# EXHIBIT A

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

May 10, 2010

Harriet Bergman
27010 Grand Central Parkway #7N
Floral Park, New York 1005

Dear Ms. Bergman:

## PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claims on BLMIS Account No. 1B0197 designated as Claim Number 000282 and Claim Number 000283 (the latter of which is duplicative of Claim Number 000282) and combined ("Combined Claim") for purposes of this determination. This letter shall serve as the Trustee's determination with respect to the Combined Claim:

Your Combined Claim securities is **DENIED**. No securities were ever purchased for your account.

---

[1] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $3,543,112.12), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $1,885,561.99). As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

As reflected in Table 1, certain of the transfers into or out of your account have been adjusted. As part of the Trustee's analysis of accounts, the Trustee has assessed accounts based on a money in/money out analysis (i.e., has the investor deposited more or less than he or she withdrew from BLMIS). This analysis allows the Trustee to determine which part of an account's balance is originally invested principal and which part is fictitious gains that were fabricated by BLMIS. A customer's allowed claim is based on the amount of principal in the customer's account.

Whenever a customer requested a transfer from one account to another, the Trustee analyzed whether the transferor account had principal in the account at the time of the transfer. The available principal in the account was transferred to and credited in the transferee account. Thus, the reason that the adjusted amount of transferred deposits or withdrawals in Table 1 is less than the purported transfer amount is that the transferor account did not have sufficient principal available to effectuate the full transfer. The difference between the purported transfer amount and the adjusted transfer amount is the amount of fictitious gain that was transferred to or from your account. Under the money in/money out analysis, the Trustee does not give credit for fictitious gains in settling your allowed claim.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($1,657,550.13) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your Combined Claim is **DENIED** in its entirety.

**On March 1, 2010, the United States Bankruptcy Court for the Southern District of New York (Lifland, J.) issued a decision which affirmed the Trustee's Net Investment Method for determining customer claims. The final resolution of this issue is expected to be determined on appeal.**

**Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.**

Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by the Trustee against you.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after May 10, 2010, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities

cc:   Liana Bergman
241 E. 76th Street #7D
New York, New York 10021

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 7/10/1997 | TRANS FROM 1B001310 | $1,773,029.16 | $370,561.99 |
| 4/18/2001 | CHECK | $100,000.00 | $100,000.00 |
| 5/23/2001 | CHECK | $50,000.00 | $50,000.00 |
| 6/21/2001 | CHECK | $50,000.00 | $50,000.00 |
| 8/27/2001 | CHECK | $70,000.00 | $70,000.00 |
| 11/2/2001 | CHECK | $50,000.00 | $50,000.00 |
| 11/16/2001 | CHECK | $35,000.00 | $35,000.00 |
| 1/31/2002 | CHECK | $30,000.00 | $30,000.00 |
| 2/26/2002 | CHECK | $30,000.00 | $30,000.00 |
| 4/23/2002 | CHECK | $25,000.00 | $25,000.00 |
| 7/15/2002 | CHECK | $75,000.00 | $75,000.00 |
| 8/2/2002 | CHECK | $25,000.00 | $25,000.00 |
| 11/19/2002 | CHECK | $300,000.00 | $300,000.00 |
| 1/30/2003 | CHECK | $300,000.00 | $300,000.00 |
| 10/21/2004 | CHECK | $150,000.00 | $150,000.00 |
| 11/5/2004 | CHECK | $150,000.00 | $150,000.00 |
| 1/24/2005 | CHECK | $50,000.00 | $50,000.00 |
| 8/30/2007 | CHECK | $25,000.00 | $25,000.00 |
| **Total Deposits:** | | $3,288,029.16 | $1,885,561.99 |

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 10/10/1997 | CHECK | ($65,514.39) | ($65,514.39) |
| 1/13/1998 | CHECK | ($65,515.80) | ($65,515.80) |
| 4/8/1998 | CHECK | ($92,713.09) | ($92,713.09) |
| 7/9/1998 | CHECK | ($93,016.00) | ($93,016.00) |
| 10/9/1998 | CHECK | ($49,423.84) | ($49,423.84) |
| 1/13/1999 | CHECK | ($96,717.20) | ($96,717.20) |
| 4/8/1999 | CHECK | ($110,000.00) | ($110,000.00) |
| 7/19/1999 | CHECK | ($75,000.00) | ($75,000.00) |
| 8/24/1999 | CHECK | ($25,000.00) | ($25,000.00) |
| 10/8/1999 | CHECK | ($59,053.48) | ($59,053.48) |
| 1/6/2000 | CHECK | ($71,979.96) | ($71,979.96) |

| 4/7/2000 | CHECK | ($101,021.97) | ($101,021.97) |
| 7/7/2000 | CHECK | ($60,411.03) | ($60,411.03) |
| 10/11/2000 | CHECK | ($40,678.35) | ($40,678.35) |
| 10/18/2000 | CHECK | ($50,000.00) | ($50,000.00) |
| 1/10/2001 | CHECK | ($35,576.07) | ($35,576.07) |
| 1/31/2001 | CHECK | ($20,000.00) | ($20,000.00) |
| 3/14/2001 | CHECK | ($25,000.00) | ($25,000.00) |
| 4/6/2001 | CHECK | ($83,920.97) | ($83,920.97) |
| 7/9/2001 | CHECK | ($56,081.33) | ($56,081.33) |
| 10/9/2001 | CHECK | ($44,658.11) | ($44,658.11) |
| 1/11/2002 | CHECK | ($67,493.53) | ($67,493.53) |
| 4/10/2002 | CHECK | ($26,567.03) | ($26,567.03) |
| 7/8/2002 | CHECK | ($95,036.45) | ($95,036.45) |
| 10/7/2002 | CHECK | ($124,583.76) | ($124,583.76) |
| 1/10/2003 | CHECK | ($44,584.48) | ($44,584.48) |
| 4/9/2003 | CHECK | ($64,488.66) | ($64,488.66) |
| 7/8/2003 | CHECK | ($80,877.91) | ($80,877.91) |
| 10/9/2003 | CHECK | ($101,317.75) | ($101,317.75) |
| 1/8/2004 | CHECK | ($41,134.90) | ($41,134.90) |
| 4/8/2004 | CHECK | ($61,288.35) | ($61,288.35) |
| 7/7/2004 | CHECK | ($93,476.04) | ($93,476.04) |
| 8/12/2004 | CHECK | ($481,500.00) | ($481,500.00) |
| 8/13/2004 | CANCEL CHECK | $481,500.00 | $481,500.00 |
| 8/16/2004 | CHECK WIRE | ($500,000.00) | ($500,000.00) |
| 10/7/2004 | CHECK | ($65,375.51) | ($65,375.51) |
| 12/28/2004 | TRANS TO 1B027230 | ($925,000.00) | $0.00 |
| 1/7/2005 | CHECK | ($51,375.55) | ($51,375.55) |
| 4/7/2005 | CHECK | ($37,216.14) | ($37,216.14) |
| 7/7/2005 | CHECK | ($39,173.16) | ($39,173.16) |
| 10/7/2005 | CHECK | ($35,546.07) | ($35,546.07) |
| 1/9/2006 | CHECK | ($57,142.43) | ($57,142.43) |
| 4/7/2006 | CHECK | ($43,960.83) | ($43,960.83) |
| 7/10/2006 | CHECK | ($48,713.30) | ($48,713.30) |
| 10/6/2006 | CHECK | ($86,893.78) | ($86,893.78) |
| 1/8/2007 | CHECK | ($46,288.46) | ($46,288.46) |
| 4/4/2007 | CHECK | ($40,163.68) | ($40,163.68) |
| 5/29/2007 | CHECK | ($40,000.00) | ($40,000.00) |
| 7/6/2007 | CHECK | ($52,598.96) | ($52,598.96) |
| 10/4/2007 | CHECK | ($54,220.92) | ($54,220.92) |

| | | | |
|---|---|---|---|
| 1/8/2008 | CHECK | ($42,928.97) | ($42,928.97) |
| 4/7/2008 | CHECK | ($21,412.72) | ($21,412.72) |
| 4/15/2008 | CHECK | ($40,000.00) | ($40,000.00) |
| 7/7/2008 | CHECK | ($92,429.02) | ($92,429.02) |
| 10/6/2008 | CHECK | ($25,542.17) | ($25,542.17) |
| **Total Withdrawals:** | | ($4,468,112.12) | ($3,543,112.12) |
| | | | |
| **Total deposits less withdrawals:** | | ($1,180,082.96) | ($1,657,550.13) |

## Steve Bergman

| | |
|---|---|
| **From:** | DeMinico, Michael P. [mdeminico@bakerlaw.com] |
| **Sent:** | Tuesday, May 25, 2010 1:27 PM |
| **To:** | Steve Bergman |
| **Subject:** | BLMIS Account 1B0197 |

Steve,

Per our telephone conversation, attached please find the account history of 1B0019 (owned by your father, Leonard Bergman). This was the predecessor account to your mother, Harriet Bergman's, account 1B0197. 1B0019 purportedly transferred $1,773,029.16 into 1B0197 on 7/10/97, but as you can see, it only had enough "net equity" at that time to transfer $370,561.99. The determination of "net equity" is simply made by adding all deposits into an account and subtracting all withdrawals. Based on that rationale, 1B0019 had insufficient funds to transfer the full $1,773,029.16 into 1B0197. Therefore, 1B0197 was initially funded with $370,561.99 (not $1,773,029.16). This accounts, in large part, for the reason that 1B0197 was overdrawn by $1,657,550.13.

Please let me know if you have any questions.

Thanks.

**My Bio  |  Web site  |  V-card**

| | |
|---|---|
| T 216.861.7591<br>F 216.696.0740<br>M<br>www.bakerlaw.com | Mike DeMinico<br>mdeminico@bakerlaw.com<br><br>Baker & Hostetler LLP<br>PNC Center<br>1900 East 9th Street, Suite 3200<br>Cleveland, Ohio 44114-3482 |



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

5/25/2010

Account Number: **1B0013**          Name: **LEONARD BERGMAN**

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 3/31/1981 | ALIX: 3/31/1981 Equity | $252,963.73 | $252,963.73 |
| 4/3/1981 | CHECK RETURN 03/24/81 | $6,408.70 | $6,408.70 |
| 1/26/1994 | CHECK | $100,000.00 | $100,000.00 |
| 1/26/1994 | CHECK | $100,000.00 | $100,000.00 |
| 9/12/1994 | CHECK | $550,000.00 | $550,000.00 |
| 1/11/1995 | CHECK | $300,000.00 | $300,000.00 |
| 1/17/1995 | CHECK | $300,000.00 | $300,000.00 |
| 5/19/1997 | CHECK | $125,000.00 | $125,000.00 |
| **Total Deposits:** | | $1,734,372.43 | $1,734,372.43 |

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 4/3/1981 | CHECK | ($9,372.43) | ($9,372.43) |
| 5/19/1981 | CHECK | ($7,499.17) | ($7,499.17) |
| 7/22/1981 | CHECK | ($10,584.96) | ($10,584.96) |
| 9/17/1981 | CHECK | ($9,374.25) | ($9,374.25) |
| 11/20/1981 | CHECK | ($9,999.03) | ($9,999.03) |
| 1/18/1982 | CHECK | ($10,599.01) | ($10,599.01) |
| 2/8/1982 | CHECK | ($6,374.22) | ($6,374.22) |
| 2/16/1982 | CHECK RETURNED | $6,374.22 | $6,374.22 |
| 3/12/1982 | CHECK | ($7,029.39) | ($7,029.39) |
| 5/6/1982 | CHECK | ($9,999.18) | ($9,999.18) |
| 6/29/1982 | CHECK | ($9,294.50) | ($9,294.50) |
| 8/30/1982 | CHECK | ($9,373.95) | ($9,373.95) |
| 11/1/1982 | CHECK | ($9,999.95) | ($9,999.95) |
| 1/6/1983 | CHECK | ($10,624.40) | ($10,624.40) |
| 3/3/1983 | CHECK | ($9,373.17) | ($9,373.17) |
| 5/5/1983 | CHECK | ($9,998.10) | ($9,998.10) |
| 6/20/1983 | CHECK | ($7,968.75) | ($7,968.75) |
| 8/18/1983 | CHECK | ($9,374.54) | ($9,374.54) |
| 10/18/1983 | CHECK | ($9,294.75) | ($9,294.75) |
| 12/21/1983 | CHECK | ($9,998.56) | ($9,998.56) |
| 3/2/1984 | CHECK | ($10,465.00) | ($10,465.00) |
| 5/4/1984 | CHECK OWENS ILL | ($10,624.88) | ($10,624.88) |
| 7/3/1984 | CHECK TRWD | ($7,495.04) | ($7,495.04) |
| 9/11/1984 | CHECK LINCOLN NATL | ($9,377.00) | ($9,377.00) |
| 10/31/1984 | CHECK ATLANTIC | ($9,292.13) | ($9,292.13) |

| | RICHFIELD | | |
|---|---|---|---|
| 1/8/1985 | CHECK AMERADA HESS | ($9,992.55) | ($9,992.55) |
| 3/8/1985 | CHECK TRW CORP | ($8,204.33) | ($8,204.33) |
| 5/15/1985 | CHECK HOUSEHOLD INTL | ($10,628.91) | ($10,628.91) |
| 7/15/1985 | CHECK GAF CORP | ($9,999.00) | ($9,999.00) |
| 9/18/1985 | CHECK CLUETT | ($9,379.12) | ($9,379.12) |
| 11/18/1985 | CHECK ASSOCIATED DRY GOODS | ($9,300.00) | ($9,300.00) |
| 1/7/1986 | CHECK ATLANTICK RICHFIELD | ($7,963.63) | ($7,963.63) |
| 2/20/1986 | CHECK HOUSEHOLD | ($7,500.00) | ($7,500.00) |
| 4/21/1986 | CHECK OWENS | ($9,996.00) | ($9,996.00) |
| 6/26/1986 | CHECK MERRILL LYNCH | ($10,620.67) | ($10,620.67) |
| 9/3/1986 | CHECK WESTERN AIRLINES | ($9,374.00) | ($9,374.00) |
| 10/29/1986 | CHECK INTERCO | ($8,752.71) | ($8,752.71) |
| 1/8/1987 | CHECK TRANSWORLD CORP | ($10,621.80) | ($10,621.80) |
| 3/3/1987 | CHECK CHEMICAL | ($9,377.15) | ($9,377.15) |
| 5/6/1987 | CHECK INTERCO | ($8,746.07) | ($8,746.07) |
| 7/14/1987 | CHECK MONARCH CORP | ($10,617.61) | ($10,617.61) |
| 9/11/1987 | CHECK HOME DEPOT | ($9,350.50) | ($9,350.50) |
| 11/23/1987 | CHECK ALCC | ($9,987.48) | ($9,987.48) |
| 2/10/1988 | CHECK KIDDE | ($10,620.93) | ($10,620.93) |
| 4/21/1988 | CHECK ATLANTIC RICHFIELD | ($9,369.95) | ($9,369.95) |
| 6/24/1988 | CHECK BIRMINGHAM STEEL | ($9,986.43) | ($9,986.43) |
| 9/13/1988 | CHECK DEERE & CO | ($10,604.00) | ($10,604.00) |
| 11/4/1988 | CHECK CASTLE & COOKE | ($8,201.50) | ($8,201.50) |
| 1/10/1989 | CHECK COASTAL CORP | ($9,996.63) | ($9,996.63) |
| 2/21/1989 | CHECK HEINZ | ($7,941.92) | ($7,941.92) |
| 5/2/1989 | CHECK PFIZER | ($9,332.60) | ($9,332.60) |
| 6/28/1989 | CHECK COMCAST | ($10,690.27) | ($10,690.27) |
| 8/30/1989 | CHECK J & J SNACK | ($8,710.96) | ($8,710.96) |
| 10/19/1989 | CHECK GATX | ($7,949.21) | ($7,949.21) |
| 12/13/1989 | CHECK COLUMBIA PICTURES | ($7,493.50) | ($7,493.50) |
| 2/14/1990 | CHECK FLEET | ($10,614.58) | ($10,614.58) |
| 4/19/1990 | CHECK SEAGULL | ($9,375.63) | ($9,375.63) |
| 6/27/1990 | CHECK SUN MICROSYSTEMS | ($9,976.41) | ($9,976.41) |
| 8/30/1990 | CHECK IMMUNEX | ($10,612.78) | ($10,612.78) |
| 10/30/1990 | CHECK CBI INDUSTRIES | ($9,988.92) | ($9,988.92) |
| 1/10/1991 | CHECK NBD BANCORP | ($9,366.76) | ($9,366.76) |
| 3/22/1991 | CHECK MCKESSON | ($9,973.15) | ($9,973.15) |
| 5/17/1991 | CHECK CONTEL | ($6,567.56) | ($6,567.56) |
| 7/10/1991 | CHECK | ($250,001.27) | ($250,001.27) |
| 7/16/1991 | CHECK HEALTH SOUTH | ($8,159.40) | ($8,159.40) |
| 7/24/1991 | CXL CHECK 7/10/91 | $250,001.27 | $250,001.27 |
| 9/19/1991 | CHECK NBD BANCORP | ($8,721.33) | ($8,721.33) |
| 11/7/1991 | CHECK FIRST FIN MGMT | ($5,464.24) | ($5,464.24) |

| | | | |
|---|---|---|---|
| 12/19/1991 | CHECK ANITEC | ($5,837.67) | ($5,837.67) |
| 1/21/1992 | CHECK STRIDE RITE | ($4,996.50) | ($4,996.50) |
| 3/17/1992 | CHECK PRODUCTIONS | ($7,633.64) | ($7,633.64) |
| 5/21/1992 | CHECK TYCO | ($9,387.38) | ($9,387.38) |
| 7/8/1992 | CHECK DEL WEBB | ($5,733.83) | ($5,733.83) |
| 8/13/1992 | CHECK HARELY | ($4,385.25) | ($4,385.25) |
| 9/22/1992 | CHECK STAPLES | ($8,563.78) | ($8,563.78) |
| 11/3/1992 | CHECK NBD BANCORP | ($3,111.09) | ($3,111.09) |
| 12/11/1992 | CHECK TRI CONTL | ($4,705.92) | ($4,705.92) |
| 1/22/1993 | CHECK SARA LEE | ($5,022.88) | ($5,022.88) |
| 2/25/1993 | CHECK TJX | ($5,473.01) | ($5,473.01) |
| 4/28/1993 | CHECK JACKPOT | ($9,363.99) | ($9,363.99) |
| 6/18/1993 | CHECK BB & T FINANCIAL CORP | ($7,526.30) | ($7,526.30) |
| 7/22/1993 | CHECK LOUISIANA | ($4,391.12) | ($4,391.12) |
| 8/27/1993 | CHECK SOUTHWEST | ($4,071.87) | ($4,071.87) |
| 10/5/1993 | CHECK BANC ONE | ($3,764.75) | ($3,764.75) |
| 11/17/1993 | CHECK MEXICO | ($5,499.00) | ($5,499.00) |
| 12/17/1993 | CHECK MERRILL LYNCH | ($3,771.25) | ($3,771.25) |
| 2/9/1994 | CHECK AMERITECH | ($3,149.00) | ($3,149.00) |
| 4/18/1994 | CHECK COMCAST | ($15,809.65) | ($15,809.65) |
| 5/20/1994 | CHECK AUTOZONE | ($2,831.50) | ($2,831.50) |
| 6/23/1994 | CHECK GEN ELECTRIC | ($5,085.87) | ($5,085.87) |
| 8/12/1994 | CHECK GEN MOTORS | ($11,030.96) | ($11,030.96) |
| 9/21/1994 | CHECK CATERPILLAR | ($4,524.50) | ($4,524.50) |
| 10/28/1994 | CHECK K MART | ($13,795.62) | ($13,795.62) |
| 11/28/1994 | CHECK CBS INC | ($18,800.50) | ($18,800.50) |
| 1/24/1995 | CHECK MCDONNELL | ($15,040.00) | ($15,040.00) |
| 2/15/1995 | CHECK HERCULES | ($18,105.50) | ($18,105.50) |
| 4/19/1995 | CHECK EMC CORP | ($40,100.67) | ($40,100.67) |
| 5/31/1995 | CHECK HEWLETT PACKARD CO | ($32,178.25) | ($32,178.25) |
| 6/23/1995 | CHECK GEN MILLS | ($10,183.13) | ($10,183.13) |
| 7/24/1995 | CHECK LSI LOGIC | ($32,236.87) | ($32,236.87) |
| 9/8/1995 | CHECK TEXAS INSTRUMENTS | ($14,097.50) | ($14,097.50) |
| 10/17/1995 | CHECK INTL PAPER | ($22,201.75) | ($22,201.75) |
| 11/16/1995 | CHECK APPLIED MATERIALS | ($18,158.50) | ($18,158.50) |
| 1/5/1996 | CHECK DEERE & CO | ($32,305.25) | ($32,305.25) |
| 2/15/1996 | CHECK FED NAT'L MORTGAGE | ($22,272.12) | ($22,272.12) |
| 4/9/1996 | CHECK GEN MOTORS CORP | ($36,503.41) | ($36,503.41) |
| 5/22/1996 | CHECK CENTOCOR | ($30,450.09) | ($30,450.09) |
| 6/27/1996 | CHECK COCA COLA | ($30,461.12) | ($30,461.12) |
| 7/31/1996 | CHECK CHRYSLER CORP | ($14,218.00) | ($14,218.00) |
| 9/6/1996 | CHECK SAFEGUARD | ($30,508.50) | ($30,508.50) |
| 10/8/1996 | CHECK HERSHEY FOODS INC | ($2,032.37) | ($2,032.37) |

| 10/17/1996 | CHECK JONES APPAREL | ($18,310.00) | ($18,310.00) |
|---|---|---|---|
| 11/13/1996 | CHECK NEWBRIDGE NETWORK | ($22,401.25) | ($22,401.25) |
| 12/18/1996 | CHECK FIRST DATA | ($32,590.50) | ($32,590.50) |
| 2/20/1997 | CHECK DEAN WITTER | ($32,683.75) | ($32,683.75) |
| 3/27/1997 | CHECK NATIONS BANK | ($18,401.00) | ($18,401.00) |
| 5/2/1997 | CHECK PHILIP MORRIS | ($18,431.00) | ($18,431.00) |
| 6/6/1997 | CHECK COLGATE | ($24,611.00) | ($24,611.00) |
| 7/8/1997 | CHECK MOBIL CORP | ($19,919.75) | ($19,919.75) |
| 7/10/1997 | TRANS TO 1B019730 | ($1,773,029.16) | ($370,561.99) |
| **Total Withdrawals:** | | ($3,136,839.60) | ($1,734,372.43) |
| | | | |
| **Total deposits less withdrawals:** | | ($1,402,467.17) | $0.00 |

103423123.1