# EXHIBIT B

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: _Harriet Bergman_
Mailing Address: _27010 Grand Central PKWY #7N_
City: _Floral Park_ State: _NY_ Zip: _11005_
Account No.: _1-B0192-3-0_
Taxpayer I.D. Number (Social Security No.): _097 18 2858_

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************

1.    Claim for money balances as of **December 11, 2008**:

a.    The Broker owes me a Credit (Cr.) Balance of        $ _____Ø_____

b.    I owe the Broker a Debit (Dr.) Balance of           $ _____Ø_____

c.    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                                    $ _____Ø_____

d.    If balance is zero, insert "None."                  $ ____None____

502180406

1

2.    Claim for securities as of **December 11, 2008**:

# PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | _YES_ | |
| b. | I owe the Broker securities | | |
| c. | If yes to either, please list below: | | _NO_ |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _PLEASE SEE ATTACHED TABLE_ | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received. **PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406

ACCT: 1-B0197-3-0

# ATTACHMENT FOR SECURITIES OWED HARRIET BERGMAN PAGE 1

| Date of Transaction | Name of Security | Number of Shares | Type of Transaction: Long/Short |
|---|---|---|---|
| 11/12/2008 | WAL-MART STORES INC | 962 | LONG |
| 11/12/2008 | INTERNATIONAL BUSINESS MACHINES | 629 | LONG |
| 11/12/2008 | EXXON MOBIL CORP | 2331 | LONG |
| 11/12/2008 | INTEL CORP | 2553 | LONG |
| 11/12/2008 | JOHNSON & JOHNSON | 1221 | LONG |
| 11/12/2008 | J.P. MORGAN CHASE | 1665 | LONG |
| 11/12/2008 | COCO COLA CO | 888 | LONG |
| 11/12/2008 | McDONALDS CORP | 518 | LONG |

Acct: 1-B0019-3-0

# ATTACHMENT FOR SECURITIES OWED HARRIET BERGMAN  PAGE 2

| Date of Transaction | Name of Security | Number of Shares | Type of Transaction: Long/Short |
|---|---|---|---|
| 11/12/2008 | MERCK & CO | 962 | LONG |
| 11/12/2008 | MICROSOFT CORP | 3515 | LONG |
| 11/12/2008 | ORACLE CORPORATION | 1776 | LONG |
| 11/12/2008 | PEPSICO INC | 703 | LONG |
| 11/12/2008 | APPLE INC | 407 | LONG |
| 11/12/2008 | PFIZER INC | 2997 | LONG |
| 11/12/2008 | ABBOTT LABORATORIES | 703 | LONG |
| 11/12/2008 | PROCTER & GAMBLE CO | 1332 | LONG |

Acct: 1-B0197-3-0

## ATTACHMENT FOR SECURITIES OWED HARRIET BERGMAN  PAGE 3

| Date of Transaction | Name of Security | Number of Shares | Type of Transaction: Long/Short |
|---|---|---|---|
| 11/12/2008 | AMGEN INC | 481 | LONG |
| 11/12/2008 | PHILLIP MORRIS INTERNATIONAL | 925 | LONG |
| 11/12/2008 | BANK OF AMERICA | 2220 | LONG |
| 11/12/2008 | QUALCOMM INC | 740 | LONG |
| 11/12/2008 | CITI GROUP INC | 2405 | LONG |
| 11/12/2008 | SCHLUMBERGER LTD | 555 | LONG |
| 11/12/2008 | COMCAST CORP CL A | 1332 | LONG |
| 11/12/2008 | AT & T INC | 2627 | LONG |

# ATTACHMENT FOR SECURITIES OWED HARRIET BERGMAN    PAGE 4

ACCT: 1-B0197-3-0

| Date of Transaction | Name of Security | Number of Shares | Type of Transaction: Long/Short |
|---|---|---|---|
| 11/12/2008 | CONOCOPHILIPS | 666 | LONG |
| 11/12/2008 | UNITED PARCEL SVC INC CLASS B | 444 | LONG |
| 11/12/2008 | CISCO SYSTEMS INC | 2701 | LONG |
| 11/12/2008 | U S BANCORP | 777 | LONG |
| 11/12/2008 | CHEVRON CORP | 925 | LONG |
| 11/12/2008 | UNITED TECHNOLOGIES CORP | 444 | LONG |
| 11/12/2008 | GENERAL ELECTRIC CO | 4699 | LONG |
| 11/12/2008 | VERIZON COMMUNICATIONS | 1258 | LONG |

# ATTACHMENT FOR SECURITIES OWED HARRIET BERGMAN    PAGE 5

ACCT: 1-B0197-3-0

| Date of Transaction | Name of Security | Number of Shares | Type of Transaction: Long/Short |
|---|---|---|---|
| 11/12/2008 | GOOGLE | 111 | LONG |
| 11/12/2008 | WELLS FARGO & CO NEW | 1554 | LONG |
| 11/12/2008 | HEWLETT PACKARD CO | 1110 | LONG |
| 11/12/2008 | US TREASURY BILL DUE 2/12/2009 | 1650000 | SHORT |
| 11/12/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | 47751 | SHORT |
| 11/12/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | 13582 | LONG |
| 11/19/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | 13582 | SHORT |

ACCT: 1-B0197-3-0

## ATTACHMENT FOR SECURITIES OWED HARRIET BERGMAN

## PAGE 6 FINAL PAGE

| Date of Transaction | Name of Security | Number of Shares | Type of Transaction: Long/Short |
|---|---|---|---|
| 11/19/2008 | US TREASURY MONEY MARKET US TREASURY BILL DUE 03/26/2009 | 100000 | LONG |
| 11/19/2008 | FIDELITY SPARTAN US TREASURY MONEY MARKET | 24510 | LONG |

✗ This Account Has An Implied value
Of $1754637.73

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | Nothing other than pending matters against the firm |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: LIANA BERGMAN (GRANDDaughter)
241 EAST 76th STREET #7D
NewYork, NY 10021
(212) 249-1585

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____    Signature_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**CUSTOMER CLAIM**

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: Harriet Bergman
Mailing Address: 27010 Grand Central PKWY 7N
City: Floral Park    State: NY    Zip: 11005
Account No.: 1-B0197-4-0
Taxpayer I.D. Number (Social Security No.): 097 18 2859

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

   a.    The Broker owes me a Credit (Cr.) Balance of        $_____ Ø

   b.    I owe the Broker a Debit (Dr.) Balance of        $_____ Ø

   c.    If you wish to repay the Debit Balance,

       please insert the amount you wish to repay and

       attach a check payable to "Irving H. Picard, Esq.,

       Trustee for Bernard L. Madoff Investment Securities LLC."

       If you wish to make a payment, **it must be enclosed**

       with this claim form.        $_____ Ø

   d.    If balance is zero, insert "None."        None

502180406        1

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

<u>YES</u>     <u>NO</u>

3. Has there been any change in your account since December 11, 2008? If so, please explain.
*Nothing other then Pending matters against the firm*

4. Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker?     X

5. Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker?     X

6. Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s)     X

7. Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming.     X

8. Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers.     X

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker.     X

Please list the full name and address of anyone assisting you in the preparation of this claim form: Liana Bergman - 241 EAST 76th St  #7D
New York, NY 10021
(212) 249-1585

502180406     4

2.     Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | YES | |
| b. | I owe the Broker securities | | YES |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| ① 11/19/08 | S+P 100 Index Dec 430 Call | | X 37 |
| ② 11/19/08 | S+P 100 Index Dec 420 Put | X37 | |
| ③ 11/19/08 | S+P 100 Index Dec 430 CALL | | 37 X |
| ④ 11/19/08 | S+P 100 Index 420 Put | 37X | |
| 11/19/08 ✱ | CONTINUED PLEASE SEE ATTACHMENT | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

ATTACHMENT FOR HARRIET BERGMAN
ACCOUNT # 1-B0197-4-0

| TRANSACTION DATE | NAME OF SECURITY | # of Shares Long | # of Shares Short |
|---|---|---|---|
| ⑤ 11/19/2008 | S+P 100 Index Nov 460 Call | 37X Long | |
| ⑥ 11/19/2008 | S+P 100 Index November 450 PUT | | 37X Short |

1-B0197-4-0

※ THIS ACCOUNT HAS AN IMPLIED Balance of $208,210.00

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____    Signature_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HARRIET BERGMAN

27010 GRAND CENTRAL PKWY #7N
FLORAL PARK    NY    11005

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-B0197-3-0 | 11/30/08 | ******285B | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 11/12 | 962 | | 2136 | WAL-MART STORES INC | 55.830 | 53,746.46 | |
| 11/12 | 629 | | 263B | INTERNATIONAL BUSINESS MACHS | 87.270 | 54,917.83 | |
| 11/12 | 2,331 | | 6462 | EXXON MOBIL CORP | 72.080 | 169,976.28 | |
| 11/12 | 1,953 | | 6964 | INTEL CORP | 14.510 | 37,146.03 | |
| 11/12 | 1,421 | | 11290 | JOHNSON & JOHNSON | 59.590 | 72,795.18 | |
| 11/12 | 1,665 | | 15616 | J P MORGAN CHASE & CO | 38.530 | 64,218.45 | |
| 11/12 | 888 | | 19941 | COCA COLA CO | 44.660 | 39,693.08 | |
| 11/12 | 518 | | 19993 | MCDONALDS CORP | 55.370 | 28,701.66 | |
| 11/12 | 962 | | 24267 | MERCK & CO | 28.550 | 27,505.10 | |
| 11/12 | 3,515 | | 28503 | MICROSOFT CORP | 21.610 | 76,802.15 | |
| 11/12 | 1,776 | | 32919 | ORACLE CORPORATION | 17.300 | 30,795.80 | |
| 11/12 | 703 | | 37245 | PEPSICO INC | 56.410 | 39,684.23 | |
| 11/12 | 407 | | 50223 | APPLE INC | 100.180 | 41,933.46 | |
| 11/12 | 2,997 | | 50725 | PFIZER INC | 16.940 | 50,886.18 | |
| 11/12 | 703 | | 54549 | ABBOTT LABORATORIES | 54.610 | 38,418.63 | |
| 11/12 | 1,332 | | 55051 | PROCTER & GAMBLE CO | 64.080 | 85,407.56 | |
| 11/12 | 481 | | 58815 | AMGEN INC | 59.160 | 28,747.96 | |
| 11/12 | 925 | | 59377 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 40,367.00 | |
| 11/12 | 2,220 | | 63201 | BANK OF AMERICA | 21.590 | 48,017.80 | |
| 11/12 | 740 | | 63703 | QUALCOMM INC | 33.770 | 25,018.80 | |
| 11/12 | 2,405 | | 67527 | CITI GROUP INC | 12.510 | 30,182.65 | |
| 11/12 | 555 | | 68029 | SCHLUMBERGER LTD | 49.480 | 27,483.40 | |
| 11/12 | 1,332 | | 71853 | COMCAST CORP CL A | 16.510 | 22,044.32 | |

CONTINUED ON PAGE  2

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HARRIET BERGMAN
27010 GRAND CENTRAL PKWY #7N
FLORAL PARK          NY    11005

| YOUR ACCOUNT NUMBER | PERIOD ENDING | TAX TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-B0197-3-0 | 11/30/08 | ****2858 | 2 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 2,627 | | 76179 | AT&T INC | 27 | 71,034.00 | |
| 11/12 | 666 | | 76681 | CONOCOPHILLIPS | 52-510 | 34,997.66 | |
| 11/12 | 444 | | 80505 | UNITED PARCEL SVC INC CLASS B | 52-040 | 23,122.76 | |
| 11/12 | 2,701 | | 81007 | CISCO SYSTEMS INC | 16-730 | 45,295.73 | |
| 11/12 | 737 | | 84831 | U S BANCORP | 29-530 | 22,975.81 | |
| 11/12 | 925 | | 85333 | CHEVRON CORP | 73-430 | 67,959.75 | |
| 11/12 | 444 | | 89157 | UNITED TECHNOLOGIES CORP | 53-160 | 23,620.04 | |
| 11/12 | 4,699 | | 69659 | GENERAL ELECTRIC CO | 19-630 | 92,428.37 | |
| 11/12 | 1,258 | | 93483 | VERIZON COMMUNICATIONS | 30-410 | 38,305.78 | |
| 11/12 | 111 | | 93985 | GOOGLE | 337-600 | 37,455.60 | |
| 11/12 | 1,554 | | 97609 | WELLS FARGO & CO NEW | 29-800 | 46,371.20 | |
| 11/12 | 1,410 | | 98311 | HEWLETT PACKARD CO | 34-900 | 48,783.00 | |
| 11/12 | | 1,650,000 | 20422 | U S TREASURY BILL DUE 2/12/2009 | 99-936 | | 1,648,944.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY-MONEY MARKET DIV 11/12/08 | DIV | | 27.42 |
| 11/12 | | 477,751 | 15520 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 477,751.00 |
| 11/19 | | 13,582 | 24889 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 13,582.00 |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1.67 |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HARRIET BERGMAN
27010 GRAND CENTRAL PKWY #7N
FLORAL PARK     NY     11005

YOUR ACCOUNT NUMBER: 1-60197-3-0
PERIOD ENDING: 11/30/08
PAGE: 3
YOUR TAX PAYER IDENTIFICATION NUMBER: ********2858

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| 11/19 | | 13,582 | 50132 | FIDELITY SPARTAN | | | 13,582.00 |
| 11/19 | | | | U S TREASURY MONEY MARKET | | | |
| 11/19 | 100,000 | | 54776 | U S TREASURY BILL | 99.926 | 99,926.00 | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| 11/19 | 24,510 | | 59373 | FIDELITY SPARTAN | 1 | 24,510.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 208,209.55 | |
| | | | | SECURITY POSITIONS | MKT. PRICE | | |
| | 2,627 | | | AT&T INC | 28.560 | | |
| | 703 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 481 | | | AMGEN INC | 55.640 | | |
| | 407 | | | APPLE INC | 92.670 | | |
| | 2,220 | | | BANK OF AMERICA | 16.250 | | |
| | 925 | | | CHEVRON CORP | 79.010 | | |
| | 2,701 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 2,405 | | | CITI GROUP INC | 8.290 | | |
| | 888 | | | COCA COLA CO | 46.870 | | |
| | 1,332 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 666 | | | CONOCOPHILLIPS | 52.520 | | |
| | 2,331 | | | EXXON MOBIL CORP | 80.150 | | |
| | 4,699 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE    4

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HARRIET BERGMAN

27010 GRAND CENTRAL PKWY #7N
FLORAL PARK            NY  11005

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-B0197-3-0 | 11/30/08 | ***-**-*2858 | 4 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 111 | | | GOOGLE | 292.960 | | |
| | 1,110 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 2,553 | | | INTEL CORP | 13.800 | | |
| | 629 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 1,665 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,221 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 518 | | | MCDONALDS CORP | 58.150 | | |
| | 982 | | | MERK & CO | 26.720 | | |
| | 3,515 | | | MICROSOFT CORP | 20.220 | | |
| | 1,776 | | | ORACLE CORPORATION | 16.090 | | |
| | 703 | | | PEPSICO INC | 56.700 | | |
| | 2,997 | | | PFIZER INC | 16.430 | | |
| | 925 | | | PHILIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,332 | | | PROCTER & GAMBLE CO | 64.150 | | |
| | 760 | | | QUALCOMM INC | 33.570 | | |
| | 555 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 24,510 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U.S TREASURY MONEY MARKET | | | |
| | 777 | | | U.S BANCORP | 26.980 | | |
| | 444 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | 100,000 | | | U.S TREASURY BILL | 99.971 | | |
| | | | | CLASS B | | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 444 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE  5 | | | |



PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HARRIET BERGMAN
27010 GRAND CENTRAL PKWY #7N
FLORAL PARK        NY    11005

YOUR ACCOUNT NUMBER  1-B0197-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER  ****##**2858
PERIOD ENDING  11/30/08
PAGE  5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,258 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 962 | | | WAL-MART STORES INC | 55.880 | | |
| | 1,554 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG   1,754,637.23 | | | |
| | | | | SHORT | | | |



# TWINCO

Twinco Supply Corp.

**Fax Transmittal**

55 Craven Street
Huntington Station , N.Y. 11746
(631) 547-1100
Fax (800) 926-TWIN (8946)

www.twinco.com

*There's nothing average about us! We automatically provide products and services with value-add built in. At Twinco, we maintain a complete inventory for every HVAC contractor and have the expertise that allows us to be a Top Level Distributor for most major manufacturers.*

Twinco
offers a myriad
of specialized services

+ HVAC Supplies
+ Automatic Temperature Controls
+ Honeywell DDC Control Systems
+ Johnson DDC Control Systems
+ Motor Starters & Variable
  Frequency Drives
+ Control Panels
+ CAD Wiring Diagrams &
  Submittals
+ Pneumatic Controls

*Authorized distributor for
Most major manufacturers*

Alco + Aprilaire
Belimo + Bell & Gossett
Cutler-Hammer + Friedrich
Honeywell + Invensys
Johnson + Marley
Metrex Valve + Reznor

Members of



**Date :** 5/27/10

**Company :** Can Neville

**Fax Number :** 212-566-4531

**Attention :** Lauren Marinelly

**From :** Steve Bergman      Fax 631-547-1103
steve@twinco.com

**Re:** Madoff Claim

**Pages :** 22

**Notes :**

We are conveniently located in:

Long Island
55 Craven Street
Huntington Station, NY 11746
Tel: (631) 547-1100
Fax: (631) 547-1103

Long Island City
10-11 38th Ave.
LIC, NY 11101
Tel: (718) 729-0005
Fax: (718) 729-3866

New York City
522 West 36th Street
New York, NY 10018
Tel: (212) 631-0555
Fax: (212) 631-0776