# Exhibit A

# S. Donald Friedman

40 Fifth Avenue
New York, NY 10011
212.995.2662 P
212.995.0022 F
don.friedman@geninvestors.com

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 Mckinney Ave., Sute 800
Dallas, TX 75201

June 29th, 2009

Dear Mr. Picard,

I am writing to you regarding our investments with Bernard L. Madoff Securities.

I have been investing with Bernard L. Madoff more than 30 years. As you can see from the attached info, during that time I invested substantial sums with him.

As the attached CV chronicles, I have had a long and wonderful career as a commercial real estate broker. I put the earnings of my life's work with Bernie Madoff and believed, until December 11th, 2009, that I had provided for my wife and children in a meaningful way. Over the years, earnings from my commissions, the sale of my firm and financings of various properties I have owned all went to Bernard L. Madoff Investment Securities.

Now, I am 77 years old and I am destitute. We are living on Social Security, and generous loans from friends. We will have to sell our homes because, as mentioned above, we invested the mortgage proceeds with Bernie.

We will then have precious little to support us for the rest of our lives. Our only hope of a slightly better outcome is if we were to receive payment on the applications enclosed here with from SIPC funds.

I cannot find meaningful work. I am running out of friends who can help us. The sale of our properties is mired in the poor sales market that exists. If our claims are not accepted and paid, what are we to do?

Sincerely,

S. Donald Friedman

Curriculum Vitae
S. DONALD FRIEDMAN

For more than 45 years, S. Donald Friedman has been a leading New York City commercial real estate broker, and, for most of this period, an owner of the prominent commercial real estate brokerage firm with which he has been associated.

For his entire professional life, his income has been derived almost exclusively from commissions generated by his brokerage activities and those of the firms in which he has been a principal.

Professional History

| | |
|---|---|
| 2006-present | General Investors Corp. – Founder, Principal Shareholder, CEO |
| 2003-2006 | The Carl Marks Consulting Group – Consultant |
| 2000-2003 | Edward S. Gordon Company – Managing Director |
| 1964-1999 | Huberth & Huberth, Inc. then Huberth & Peters, Inc. – Director, Senior Executive Vice President and 3rd largest shareholder |
| 1962-1964 | Brevoort Associates -- Principal |
| 1960-1962 | Cushman & Wakefield, Inc. -- Leasing-broker-in-training |

Professional Recognition

The Real Estate Board of New York has twice recognized Mr. Friedman with its Most Ingenious Deal of the Year Award, the commercial brokerage industry's most prestigious and coveted honor – in 1980 and 1985.

Professional Service

REBNY Ethics and Professional Practices Committee   1975–present
REBNY Arbitration Committee   1975–1988
REBNY Times Square, Plaza District, and Grand Central Rental Conditions Committees
        1972-1986
American Arbitration Association

Selected Tenant/Clients
Mr. Friedman has represented hundreds of tenants, including

*Major corporations:*
American Airlines
Avon
Bantam Doubleday Dell
BBDO
Christie's
Coca-Cola
Columbia Pictures
Equitable Life

General Mills
ITT
Stillwater Capital Corp.
TransWorld Airlines
United Artists/MGM

*Banks:*
Brooklyn Savings Bank
Chase Manhattan Bank
Crossland Savings Bank
East New York Savings Bank
Franklin National Bank
Fulton Savings Bank

*Law firms:*
Aranow Brodsky Einhorn & Dann
Clarence S. Barasch
Lionel A. Barasch
Davis & Gilbert
Kaye Scholer
Reavis & McGrath

Selected Owners/Developers
He has worked with these major owners and developers:

Hiro Real Estate Co.
Mendik Realty
Olympia & York
Peter J. Sharp
Rudin Management
Sam Minskoff & Sons
Silverstein Properties
Tishman Speyer Properties
United Nations Development Corporation
Uris Buildings Corp.
Vornado Realty Trust

Education

University of Pennsylvania, A.B. with honors in Sociology -- 1954

Personal

Former President for five years and Member of the Board of Directors for seven years of the 1165
Fifth Avenue cooperative

Founder and Chairman Emeritus of the Board of the Israel Cancer Research Fund

Resident of Manhattan and Bridgehampton, NY

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME: 212 - 995 - 2662

1F0114
S DONALD FRIEDMAN
40 FIFTH AVENUE  APT #42A
NEW YORK, NY  10011

IRA Account

Taxpayer I.D. Number (Social Security No.)

_____

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
    a.    The Broker owes me a Credit (Cr.) Balance of        $ 4,195,407.35
    b.    I owe the Broker a Debit (Dr.) Balance of           $

502180406

    c.    If you wish to repay the Debit Balance,

           please insert the amount you wish to repay and

           attach a check payable to "Irving H. Picard, Esq.,

           Trustee for Bernard L. Madoff Investment Securities LLC."

           If you wish to make a payment, **it must be enclosed**

           with this claim form.           $ _____

    d.    If balance is zero, insert "None."    _____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

| | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |
| c. | If yes to either, please list below: | | |

See Attached Statement

Number of Shares or
Face Amount of Bonds

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

**information regarding any withdrawals you have ever made or payments received from the Debtor.** *See Attached Statement*

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 7,8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | X |

502180406                          3

9.    Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970? if
so, give name of that broker.    _____    X

Please list the full name and address of anyone assisting you in the
preparation of this claim form:_____
_____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _6/28/2009_    Signature_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

Attachment to SIPC Claim Form for
S. Donald Friedman IRA
Account 1F0114

Deposits and Withdrawals

I do not have records confirming deposits and withdrawals from the account so the
following is an estimate.

Around February, 1990, I deposited approximately 499,668.58 into the account.
Attached is a letter from Vanguard showing a distribution to me of that amount.

Since this was an IRA Account, I did not make any withdrawals until late 2002 or early
2003, when I reached age 70.5 and started taking from the account the minimum required
IRA distributions.

I do not have records showing exactly what I took out, but believe it was in excess of the
amount deposited.



P.O. Box 2900
Valley Forge, PA 19482-2900

www.vanguard.com

June 22, 2009

S. DONALD FRIEDMAN
40 5TH AVE
NEW YORK NY 10011-8843

RE:     Huberth & Peters Inc.
        Plan Number:

Dear Mr. Friedman:

Thank you for contacting Vanguard regarding your retirement account. Listed below are the
distributions from your account:

| Date | | |
|---|---|---|
| February 9, 1990 | 1st distribution | $499,668.58 |
| November 28, 1990 | 2nd distribution | $1,480.75 |
| January 7, 1991 | 3rd distribution | $61.14 |
| | Total distributions | $501,210.47 |

If you have additional questions, please call Vanguard at 800-523-1188 and enter your four-
digit VOICE PIN. Associates are available Monday through Friday from 8:30 a.m. to 9 p.m.,
Eastern time. We will be pleased to assist you.

Sincerely,

Participant Services
Vanguard

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
S DONALD FRIEDMAN

40 FIFTH AVENUE  APT #42A
NEW YORK  NY  10011

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-F0114-3-0 | 11/30/08 | 1 |

YOUR TAX PAYER IDENTIFICATION NUMBER
*****66

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 259,299.84 | |
| | | | | CHECK | CW | | 19.68 |
| 11/03 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | |
| 11/03 | | | | DIV 11/03/08 | | | |
| 11/03 | | 41,875 | 23116 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 48,500.00 | |
| 11/03 | | 25,000 | 23182 | U S TREASURY BILL DUE 2/12/2009 | 99.865 | | 24,966.25 |
| 11/03 | 18,361 | | 23296 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 2/12/2009 | 1 | 18,361.00 | |
| 11/12 | 2,340 | | 3454 | WAL-MART STORES INC | 55.830 | 130,735.20 | |
| 11/12 | 1,530 | | 3956 | INTERNATIONAL BUSINESS MACHS | 87.270 | 133,584.10 | |
| 11/12 | 5,670 | | 7780 | EXXON MOBIL CORP | 72.880 | 413,455.60 | |
| 11/12 | 6,210 | | 8282 | INTEL CORP | 14.510 | 90,355.10 | |
| 11/12 | 2,970 | | 12608 | JOHNSON & JOHNSON | 59.580 | 177,070.60 | |
| 11/12 | 4,050 | | 16934 | J.P. MORGAN CHASE & CO | 38.530 | 156,208.50 | |
| 11/12 | 2,160 | | 21259 | COCA COLA CO | 44.660 | 96,551.60 | |
| 11/12 | 1,260 | | 25585 | MCDONALDS CORP | 55.370 | 69,816.20 | |
| 11/12 | 2,340 | | 29911 | MERCK & CO | 28.550 | 66,900.00 | |
| 11/12 | 8,550 | | 34237 | MICROSOFT CORP | 21.810 | 185,817.50 | |
| 11/12 | 4,320 | | 38563 | ORACLE CORPORATION | 17.300 | 74,908.00 | |
| 11/12 | 1,710 | | 51541 | PEPSICO INC | 56.410 | 96,529.10 | |

CONTINUED ON PAGE  2

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
S DONALD FRIEDMAN
40 FIFTH AVENUE    APT #42A
NEW YORK    NY 10011

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-F0114-3-0 | 11/30/08 | ****** | 2 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 990 | | 52043 | APPLE INC | 100.780 | 99,811.20 | |
| 11/12 | 7,290 | | 55867 | PFIZER INC | 16.940 | 123,783.60 | |
| 11/12 | 1,710 | | 56369 | ABBOTT LABORATORIES | 54.610 | 93,451.10 | |
| 11/12 | 3,240 | | 60193 | PROCTER & GAMBLE CO | 64.080 | 207,740.20 | |
| 11/12 | 1,170 | | 60695 | AMGEN INC | 59.160 | 69,263.20 | |
| 11/12 | 2,250 | | 64519 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 98,190.00 | |
| 11/12 | 5,400 | | 65021 | BANK OF AMERICA | 21.590 | 116,802.00 | |
| 11/12 | 1,800 | | 68845 | QUALCOMM INC | 33.770 | 60,858.00 | |
| 11/12 | 5,850 | | 69347 | CITI GROUP INC | 12.510 | 73,417.50 | |
| 11/12 | 1,350 | | 73171 | SCHLUMBERGER LTD | 49.490 | 66,852.00 | |
| 11/12 | 3,240 | | 73673 | COMCAST CORP | 16.510 | 53,621.40 | |
| 11/12 | 6,390 | | 77497 | AT&T INC CL A | 27 | 172,785.00 | |
| 11/12 | 1,620 | | 77999 | CONOCOPHILLIPS | 52.510 | 85,130.20 | |
| 11/12 | 1,080 | | 81823 | UNITED PARCEL SVC INC CLASS B | 52.040 | 56,246.20 | |
| 11/12 | 6,570 | | 82325 | CISCO SYSTEMS INC | 16.730 | 110,178.10 | |
| 11/12 | 1,890 | | 86149 | U S BANCORP | 29.530 | 55,886.70 | |
| 11/12 | 2,250 | | 86651 | CHEVRON CORP | 73.430 | 165,307.50 | |
| 11/12 | 1,080 | | 90475 | UNITED TECHNOLOGIES CORP | 53.160 | 57,455.80 | |
| 11/12 | 11,430 | | 90977 | GENERAL ELECTRIC CO | 19.630 | 224,427.90 | |
| 11/12 | 3,060 | | 94001 | VERIZON COMMUNICATIONS | 30.410 | 93,176.60 | |
| 11/12 | 270 | | 95303 | GOOGLE | 337.400 | 91,108.00 | |
| 11/12 | 3,780 | | 99127 | WELLS FARGO & CO NEW | 29.800 | 112,795.00 | |
| 11/12 | 2,700 | | 99629 | HEWLETT PACKARD CO | 34.900 | 94,339.00 | |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
S DONALD FRIEDMAN

40 FIFTH AVENUE   APT #42A
NEW YORK   NY   10011

YOUR ACCOUNT NUMBER: 1-F0114-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******
PERIOD ENDING: 11/30/08
PAGE: 3

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | | 4,100,000 | 21739 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 4,097,375.00 |
| 11/12 | | | | 2/12/2009 U S TREASURY MONEY MARKET | DIV | | 2.96 |
| 11/12 | 21,595 | | 26207 | DIV 11/12/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,595.00 | |
| 11/12 | | 18,361 | 16838 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 18,361.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 2.65 |
| 11/19 | | 21,595 | 51568 | DIV 11/19/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 21,595.00 |
| 11/19 | 275,000 | | 56172 | U S TREASURY BILL DUE 3/26/2009 | 99.926 | 274,796.50 | |
| 11/19 | 16,441 | | 60607 | 3/26/2009 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,441.00 | |
| | | | | NEW BALANCE | | 509,759.50 | |
| | 6,390 | | | SECURITY POSITIONS AT&T INC | MKT PRICE 28.560 | | |

CONTINUED ON PAGE 4

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

☐ MDF

885 Third Avenue
New York, NY 10022
(212) 230-2424
(800) 334-1343
Fax (212) 838-1061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
S DONALD FRIEDMAN
40 FIFTH AVENUE   APT #42A
NEW YORK   NY   10011

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 1-F0114-3-0 | 11/30/08 | 4 | ******1 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,710 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 1,170 | | | AMGEN INC | 55.540 | | |
| | 990 | | | APPLE INC | 92.670 | | |
| | 5,400 | | | BANK OF AMERICA | 16.250 | | |
| | 2,250 | | | CHEVRON CORP | 79.010 | | |
| | 6,570 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 5,850 | | | CITI GROUP INC | 8.290 | | |
| | 2,160 | | | COCA COLA CO | 46.870 | | |
| | 3,240 | | | COMCAST CORP CL A | 17.340 | | |
| | 1,620 | | | CONOCOPHILLPS | 52.520 | | |
| | 5,670 | | | EXXON MOBIL CORP | 80.150 | | |
| | 11,430 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 270 | | | GOOGLE | 292.960 | | |
| | 2,700 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 6,210 | | | INTEL CORP | 13.800 | | |
| | 1,530 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 4,050 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 2,970 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 1,260 | | | MCDONALDS CORP | 58.750 | | |
| | 2,340 | | | MERCK & CO | 26.720 | | |
| | 8,550 | | | MICROSOFT CORP | 20.220 | | |
| | 4,320 | | | ORACLE CORPORATION | 16.090 | | |
| | 1,710 | | | PEPSICO INC | 56.700 | | |
| | 7,290 | | | PFIZER INC | 16.430 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
S DONALD FRIEDMAN

40 FIFTH AVENUE   APT #42A
NEW YORK   NY 10011

YOUR ACCOUNT NUMBER: 1-F0114-3-0
PERIOD ENDING: 11/30/09
PAGE: 5
YOUR TAX PAYER IDENTIFICATION NUMBER: ******

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 2,250 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 3,240 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 1,800 | | | QUALCOMM INC | 33.570 | | |
| | 1,350 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 16,441 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 1,890 | | | U S BANCORP | 26.980 | | |
| | 1,080 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 275,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 1,080 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 3,060 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 2,340 | | | WAL-MART STORES INC | 55.880 | | |
| | 3,780 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES LONG | | | |
| | 4,256,607.35 | | | SHORT | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

☐ MADF

**DUPLICATE** FOR ACCOUNT NTC & CO.
S DONALD FRIEDMAN
40 FIFTH AVENUE  APT #42A
NEW YORK  NY  10011

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-F0114-3-0 | 11/30/08 | ****** | 6 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 29,322.41 |
| | | | | GROSS PROCEEDS FROM SALES | | | 32,880,113.39 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
S DONALD FRIEDMAN
40 FIFTH AVENUE APT #42A
NEW YORK NY 10011

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PERIOD ENDING | PAGE |
|---|---|---|---|
| 1-F0114-4-0 | *****  | 11/30/08 | 1 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 258,300.00 |
| 11/12 | | 90 | 42889 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 142,110.00 |
| 11/12 | 90 | | 47215 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 160,290.00 | |
| 11/19 | | 90 | 33319 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 233,910.00 |
| 11/19 | 90 | | 37644 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 270,090.00 | |
| 11/19 | 90 | | 41969 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 27,090.00 | |
| 11/19 | | 90 | 46294 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 332,910.00 |
| | | | | NEW BALANCE | | | 509,760.00 |
| | | | | SECURITY POSITIONS | | | |
| | 90 | | | S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | | 90 | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG | | | 148,500.00 |
| | | | | SHORT | | | 209,700.00- |