# EXHIBIT B

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: Lox + Neville, LLP
212-696-1999
HOME: 561-626-9040

Taxpayer I.D. Number (Social Security No.)
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

Account Number:    1EM098
MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS, FL  33418

(If incorrect, please change)

**NOTE:**    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of        $    0.   N/A
      b.    I owe the Broker a Debit (Dr.) Balance of           $    0.   N/A

502180406

c.    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                                           $ ____O____

d.    If balance is zero, insert "None."                          ____O____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.    The Broker owes me securities | ✓ | |
| b.    I owe the Broker securities | | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | See the November 30, 2008 Account Statement attached at Exhibit B | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

502180406

3

9.    Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970? if
so, give name of that broker.    _____   ✓____

Please list the full name and address of anyone assisting you in the
preparation of this claim form: *Brian J. Neville, Esq., Lax + Neville LLP*
*1412 Broadway Suite 1407 New York, NY 10018* .

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date *6/4/09*_____    Signature *Madilaine R. Kent*

Date _____    Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                        4

# LAX NEVILLE

**LAX & NEVILLE, LLP**
ATTORNEYS AT LAW

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

BARRY R. LAX
BRIAN J. NEVILLE

BRIAN MADDOX
SANDRA P. ESPINOSA
RAQUEL TERRIGNO

OF COUNSEL:
DAVID S. RICH

June 19, 2009

**VIA CERTIFIED MAIL**
**RETURNED RECEIPT REQUESTED**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE:    Madelaine R. Kent Living Trust /Bernard L. Madoff Investment Securities LLC

Dear Mr. Picard:

This firm represents the Madelaine R. Kent Living Trust and has assisted it in the preparation of its Bernard L. Madoff Investment Securities LLC ("Madoff Securities" or "Madoff") SIPC Customer Claim Form. Enclosed herein you will find a completed Customer Claim Form for the Madelaine R. Kent Living Trust account. Additionally, below is a description of the relationship between the Madelaine R. Kent Living Trust and Madoff Securities. The statements made in this letter are true and accurate to the best of our knowledge and belief, and are being provided to support the Madelaine R. Kent Living Trust SIPC claims.

Madelaine Kent is 85 years old and is married to Donald S. Kent MD who is 88 years old. In 1992, a joint account was established in the names of Kent, Donald S. and Madelaine R. Kent, T.I.C. In September of 2008, that account was closed and the proceeds were placed in a

LAX
NEVILLE

Irving H. Picard
June 19, 2009
Page 2 of 3

Madelaine R. Kent Living Trust account, with Madelaine R. Kent as Trustee.[1]    Attached hereto

as Exhibit A is the Madelaine Kent Living Trust Agreement.

Madelaine and her husband, Dr. Kent, contributed funds to the Madoff Securities

accounts from earnings received from over forty-five years of Dr. Kent's medical practice and

savings. Madelaine Kent withdrew funds from the accounts with Madoff Securities for mortgage

and tax payments and for living and medical expenses. Madelaine Kent and her husband, Dr.

Kent, lived a comfortable, but modest, lifestyle and worked hard, in part, to insure that they

would have private home healthcare should the need ever arise. Madelaine Kent cancelled her

long-term care insurance relying on the funds in her Madoff accounts, and now lives in fear of an

illness that would require a long-term care facility. Madelaine Kent has severe low-back

problems with constant sciatic pain syndrome requiring repeated visits to pain alleviation

centers. Treatments usually involve epidural blocks and physical therapy. There is deep

concern that this will deteriorate, and that she will be in need of home health care on a

continuing basis. Madelaine Kent's current source of income is social security benefits and

limited savings. At this time, she has a small amount of money to pay for her living and medical

expenses, but these funds will be depleted before too long.   The balance in the Madelaine R.

Kent Living Trust account as of November 30, 2008 is $1,145,963.21. The Madelaine R. Kent

Living Trust November 30, 2008 account statement is attached as Exhibit B.   Also attached

hereto as Exhibit C are Madoff Securities November 2008 confirmations, which list SIPC

membership, for the Madelaine R. Kent Living Trust account.

---

[1] Donald S. Kent is simultaneously submitting a SIPC Claim Form for his account with Madoff Securities – Donald S. Kent MD – Account No. 1-K0160.

# Lax Neville

Irving H. Picard
June 19, 2009
Page 3 of 3

Madelaine Kent, as trustee, received account statements from Madoff indicating the purchases and sales of securities during that month, and listing each of the open securities positions held in the account. The securities listed on these statements were real, widely held securities and their prices could be readily verified against objective and publicly available market information. Based upon the account statements and the confirmations, Madelaine Kent at all times expected to have those securities in the trust account. Madelaine Kent always believed SIPC coverage would cover the securities listed as being in her trust account should Madoff Securities ever fail. The balance in the Madelaine R. Kent Living Trust account as of the filing date is $1,145,963.21.

## CONCLUSION

The Madelaine R. Kent Living Trust is seeking the full protection of SIPA for its account as follows:

- Account No: 1-EM098        Madelaine R. Kent Living Trust

**Total = $1,145,963.21**

If there are any questions regarding this matter or if you require additional documents and information, please do not hesitate to contact me. Thank you.

Very truly yours,
Lax & Neville, LLP

By: Brian J. Neville/spc
Brian J. Neville

ENC.

# Exhibit A

# Madelaine Kent Living Trust

**Table of Contents**

| | Page |
|---|---|
| ARTICLE I. -- Disposition of Income and Principal | 1 |
|     1.  During Settlor's Lifetime | 1 |
|     2.  After Settlor's Death | 1 |
| ARTICLE II. -- Residue | 2 |
|     1.  Settlor's Husband | 2 |
|     2.  Alternate Gift to Descendants | 2 |
| ARTICLE III. -- Taxes | 2 |
| ARTICLE IV. -- Protective Provision | 2 |
| ARTICLE V. -- Administrative Powers | 3 |
| ARTICLE VI. -- Right to Amend or Revoke Agreement | 6 |
| ARTICLE VII. -- Governing Law | 6 |
| ARTICLE VIII. -- Trustees | 6 |
|     1.  Successor Trustees | 6 |
|     2.  Successor to Donald S. Kent | 6 |
|     3.  Successor to Alison Bermant | 7 |
|     4.  Additional Successors | 7 |
|     5.  Appointment of Additional Trustees | 7 |
|     6.  Requirements for Appointments | 7 |
|     7.  Inability to Serve | 7 |
|     8.  Bond Waiver | 8 |
| ARTICLE IX. -- Headings | 8 |

i

## Madelaine Kent Living Trust

# RESTATEMENT OF REVOCABLE TRUST AGREEMENT dated

September 19, 2008 between **Madelaine Kent** ("the Settlor") and **Madelaine Kent** ("the Trustees"), executed on ___March 20_____, 2009.

The Settlor created the **Madelaine Kent Living Trust** on September 19, 2008, reserving the right to amend the trust in whole or in part. Pursuant to that authority, the Settlor hereby amends the trust to restate the trust agreement in its entirety as follows:

The property presently held by the Trustees and any other property added to the trust, and their proceeds and reinvestments, from time to time held under this restatement agreement shall be administered on the terms set forth in this restatement agreement.

## Family Information

The Settlor declares that she is married to **Donald S. Kent** (who is referred to in this instrument as the Settlor's Husband,) and has four children, **Alison Bermant, Stephen Jace Kent, Ilene Kent** and **William Kent**.

## ARTICLE I. -- Disposition of Income and Principal

1.     _During Settlor's Lifetime._ Throughout the Settlor's lifetime, the Trustees shall pay to the Settlor so much of the income and principal of the trust as the Settlor shall request from time to time. The Settlor shall have the right to the use and occupancy of any residential real estate held by this trust. During any time the Settlor is disabled or incompetent, the Trustees shall pay or apply to or for the benefit of the Settlor and the Settlor's Husband so much, including all, of the income and principal as the Trustees, in their discretion, shall determine to be advisable. For this purpose, the Settlor shall be considered disabled or incompetent if declared or adjudicated as such by a court of competent jurisdiction, or if the Settlor is certified as such in writing by two licensed physicians. The Trustees shall interpret this authority so as to provide the Settlor with the best possible living standard consistent with the Settlor's means, without regard to any remainder interest. Any income not so paid or applied shall be added to the principal annually.

2.     _After Settlor's Death._ Upon the Settlor's death, the Trustees shall receive into the trust any property passing to the Trustees under the Settlor's Will and from any other

source. To the extent the property passing under the Settlor's Will is insufficient to pay all enforceable claims against the Settlor's estate, the expenses of administering the Settlor's estate, the Settlor's death taxes and any interest or penalties thereon, and the pre-residuary legacies under the Settlor's Will, or if it should be inconvenient or otherwise inadvisable to use estate property for those purposes due to lack of ready cash funds, or for any other reason, the Trustees shall pay over to the Settlor's Personal Representative(s) so much of the trust property as the Personal Representative(s) shall certify in writing to be necessary. The Trustees shall have no duty to inquire as to the propriety of any certification of the Personal Representative(s). The Trustees shall dispose of the balance of the trust property as hereafter provided.

## ARTICLE II. -- Residue

1.    Settlor's Husband. Upon the death of the Settlor, the remaining principal of the trust shall be distributed to the Settlor's Husband, **Donald S. Kent**, outright and in fee simple, if the Settlor's Husband survives the Settlor by 180 days.

2.    Alternate Gift to Descendants. The amount not given to the Settlor's Husband as aforesaid, or all of the remaining principal if the Settlor's Husband does not survive the Settlor by one hundred eighty (180) days, together with any life insurance proceeds and other assets received directly by the Trustees, shall be distributed to the Settlor's then living children, in equal shares, provided that if any of them is not then living and has descendants then living, his or her share shall be distributed to such descendants, per stirpes.

## ARTICLE III. -- Taxes

All estate, inheritance and succession taxes (but not any generation-skipping taxes), including any interest and penalties thereon, payable by reason of the Settlor's death on any property passing under this trust or the Settlor's will, shall be paid out of the principal of this trust disposed of under Article II. Any generation-skipping taxes shall be paid by the recipient as provided by law.

## ARTICLE IV. -- Protective Provision

The right of any beneficiary to receive any amount, whether of income or of principal, pursuant to any of the provisions of this instrument, shall not, in any manner, be

2

anticipated, alienated, assigned or encumbered and shall not be subject to attachment, execution or sequestration for any debt, contract, obligation or liability of any beneficiary.

## ARTICLE V. -- Administrative Powers

The fiduciaries serving hereunder shall have the following powers in addition to those otherwise provided herein or by law, to be exercised in their absolute discretion:

1.      To retain as an investment any asset received by them without liability, and to invest and reinvest in any kind of property, including common and preferred stocks, common trust funds, partnerships, limited liability companies, mutual investment funds, and real estate, without being restricted to classes of investments prescribed or authorized for fiduciaries by statute or common law of any jurisdiction and to purchase insurance policies on the Settlor's life, to exercise conversion rights on any life insurance policies held in the trust, to borrow against the policies or pledge them for loans, and to pay premiums thereon.

2.      To pursue a total return investment strategy, in which investment performance does not necessarily distinguish between the appreciation of capital (which would be credited to principal) and the current yield (which would be credited to income). In such event, in the exercise of the discretion of the Trustees, the Trustees may, from time to time, make such distributions of principal hereunder as the Trustees shall deem appropriate to compensate for the diminution of income that the Trustees shall believe resulted from such investment strategy.

3.      To manage, mortgage, pledge, and to sell or exchange by public or private sale, on any terms, and to lease without limit as to term, any real or personal property; and to enter into binding agreements of sale or give binding options, without obligation to repudiate the same in favor of better offers.

4.      To hold any property in the name of a nominee or to hold it unregistered or in such other form as to make title pass by delivery.

5.      To compromise claims, without the necessity of court approval.

6.      To make distributions partially or wholly in kind, without the necessity of distributing to each beneficiary a pro rata share of each asset and without regard for the differences in tax basis of the property distributed.

7.    Except as otherwise specifically required, to consider or disregard the financial resources of any beneficiary from sources other than this trust in connection with the exercise of any discretionary powers.

8.    To vote in person or by proxy all stocks or other securities, and in connection therewith, to delegate discretionary powers; to participate in any reorganization, consolidation, merger, recapitalization or other concerted action of security holders of any corporation; to deposit securities under protective agreements or with protective committees; and to receive securities issued as a result of such proceedings.

9.    To apply directly for the needs of any beneficiary, in case of the disability of such beneficiary due to any cause, any income or principal that is payable to such beneficiary, and to withhold any distribution to a beneficiary otherwise required if the Trustees shall determine that the beneficiary is under a disability.

10.    To engage attorneys-at-law, investment consultants, accountants, brokers, custodians or such other advisors or agents, and to appoint ancillary fiduciaries in any jurisdiction, and to pay such persons reasonable compensation currently from the income or principal hereunder.

11.    To pay administration expenses from income or principal, and notwithstanding any of the foregoing provisions of this document, to use such expenses as deductions for estate tax or income tax purposes, with full discretion to make, or not to make, adjustments or reimbursements among beneficiaries affected.

12.    To hold cash as part of the principal hereunder.

13.    To borrow money from any person or institution, including any fiduciary serving hereunder, to facilitate renewal or payment of any debts due by the Settlor or to raise money for the purpose of paying taxes, costs of administration, or for any other purpose, and to open margin accounts.

14.    From time to time, to delegate in writing to a co-fiduciary any discretionary or ministerial power, for such period of time as may be designated; provided, however, that no power may be delegated to a fiduciary otherwise specifically prohibited under the terms hereof from exercising such power.

15.    To divide, for any purpose without court approval, any trust created under this instrument (before or after it has been funded with assets) into two or more separate trusts,

4

the terms of each trust being identical to those of the divided trust, or to combine, for any purpose without court approval, any trust created hereunder with any other trust, whether created by the Settlor or others, having the same beneficiary and similar terms.

16.    If at any time, whether initially or during the continuance of any trust hereunder, the principal shall be or become of such value that, in the judgment of the Trustees, it shall be uneconomical or otherwise inappropriate to set up or continue the trust, the Trustees, in their absolute discretion, may anticipate the termination of the trust and distribute the remaining principal to the current income beneficiary absolutely, and if there is more than one income beneficiary, the trust property shall be divided equally among all income beneficiaries. Upon such termination, the remainder interest in such trust shall be extinguished and the Trustees shall be accountable with respect to such trust only to the income beneficiary(s) (or to a parent or legal guardian, in the case of a minor beneficiary).

17.    To disclaim any interest in property.

18.    To exercise all powers hereunder until final distribution.

19.    To make loans to any beneficiary hereunder, as well as to the Personal Representative(s) of the Settlor's or the Settlor's Husband estate, and to determine the terms thereof.

In connection with any trust property to which any person who is then under the age of 25 years becomes entitled (excluding any discretionary distributions),

20.    to pay over such property, without bond, directly to such person, such person's guardian or conservator, the person with whom such person resides, or any custodian for such person under the provisions of any Uniform Transfers or Gifts to Minors Act; or

21.    to hold any portion or all of such property which is not paid over as provided in the foregoing, though vested in such person, in trust for the following uses and purposes: to hold and manage the same and to pay or apply so much, including all, of the income and principal to or for such person as the Trustees, in their absolute discretion, shall determine to be advisable (adding any income not so paid or applied to the principal annually); and when such person reaches the age of 25 years, any property then remaining in the hands of the Trustees shall be paid over to such person, or upon such person's death before reaching the age of 25 years, to such person's personal representative. The Trustees shall be completely

5

discharged with respect to the payment of any such property made pursuant to any of the above provisions.

## ARTICLE VI. -- Right to Amend or Revoke Agreement

The Settlor expressly reserves the right at any time and from time to time, by an instrument in writing other than a will, signed and acknowledged in the presence of two witnesses and delivered to the Trustees, to amend or revoke this Agreement in whole or in part; provided, however, that no amendment may substantially change the duties, powers and liabilities of the Trustees without their written consent. This power shall be personal to the Settlor and may not be exercised by any attorney-in-fact, guardian or conservator acting on the Settlor's behalf.

## ARTICLE VII. -- Governing Law

The situs of this trust shall be the County of Palm Beach, State of Florida, and all questions pertaining to the construction and validity of the provisions of this Agreement shall be governed by the law of that state. To minimize any tax in respect of any trust, or any beneficiary thereof, or for such other purpose as the Trustees shall deem appropriate, the Trustees may, in their absolute discretion without court approval, remove all or any part of the property of, or the situs of administration of, such trust from one jurisdiction to another and elect, by an instrument filed with the trust records, that thereafter such trust shall be construed, regulated and governed as to administration by the laws of such other jurisdiction.

## ARTICLE VIII. -- Trustees

1.    Successor Trustees.    Upon the death, resignation or incapacity of the Settlor, the Settlor's Husband, **Donald S. Kent**, shall become a Trustee hereunder, but if the Settlor's Husband does not survive the Settlor, the Settlor may designate a substitute to serve as Trustee in her stead.

2.    Successor to Donald S. Kent.    If **Donald S. Kent**, for any reason, is unable or unwilling to serve or continue to serve, **Alison Bermant** shall serve as successor.

6

3.    <u>Successor to Alison Bermant</u>.  If **Alison Bermant**, for any reason, is unable or unwilling to serve or continue to serve, the person named by the Settlor's Husband shall serve as successor.

4.    <u>Additional Successors</u>.  Subject to the foregoing, each individual Trustee is authorized to appoint, at any time, his or her substitute or successor as a Trustee, to serve in the event she or she shall be or become unable or unwilling to serve or continue to serve.

5.    <u>Appointment of Additional Trustees</u>.  The Trustees serving hereunder from time to time are authorized to appoint at any time, by unanimous action, additional individual or corporate Trustees.

6.    <u>Requirements for Appointments</u>.  Each appointment shall be made by a written instrument other than a will, and may be revoked at any time prior to its becoming effective; and such appointment may prescribe the amount of compensation to be received by the person or corporate fiduciary appointed, and the source of payment, whether from income or principal or both; provided that the other fiduciary or fiduciaries then serving shall concur in the compensation so prescribed.

7.    <u>Inability to Serve</u>.  Any individual (other than the Settlor) who is serving as a Trustee or who is authorized or required to take any action (whether as a Trustee or

the person or persons designated to serve as Trustee or take any action if such individual is unable to serve or take such action) is incapable of serving or acting by reason of advanced age, illness, accident, or any other cause. Any such person shall be justified in assuming that such individual is unable to serve or act if that fact is certified the principal physician attending such individual. In addition, each individual so serving who fails within a reasonable time to undergo a medical examination at the written request of any person having an interest hereunder (including, but not limited to, another Trustee serving hereunder) for the sole purpose of determining if the individual lacks the required capacity to continue to serve hereunder or fails to cause the results of such examination to be made available within a reasonable time to the person making the written request, shall be treated as resigning as Trustee or other such fiduciary, provided that there is reasonable basis to request the medical examination be undertaken and provided further that no such request may be made more than once in any thirty-six (36) month

7

period. The cost of the medical examination shall be borne by the Trust with respect to which such individual is serving as Trustee or acting as a fiduciary.

8. <u>Bond Waiver</u>. No Trustee acting hereunder shall be required to give security in any jurisdiction.

### ARTICLE IX. -- <u>Headings</u>

The headings preceding the text of the Articles and paragraphs of this agreement are inserted solely for purposes of identification, and shall not be used to ascertain the meaning of any provision contained in this agreement or for any other reason.

**IN WITNESS WHEREOF**, Madelaine Kent has signed this Restatement under seal as of the date first above written.

Witnesses:

Signed by the Settlor in our presence and signed by us in the presence of the Settlor and each other:

_____    _____ [L.S.]
Witness                                        Madelaine Kent

Print name: __Kenora J. Fowler__

_____
Witness

Print name: __John Harrison Hough__

8

STATE OF __Florida__    )
                        )    SS:
COUNTY OF __Palm Beach__ )
                        )

We, Madelaine Kent, **Lenora J. Fowler** and **John Harrison Hough**, the Settlor and witnesses respectively, whose names are signed to the foregoing instrument, were sworn and declared to the undersigned officer that the Settlor signed the instrument as his Declaration of Trust, and that the Settlor signed it in the presence of the witnesses and that each of the witnesses, in the presence of the Settlor and in the presence of each other, signed the instrument as a witness.

_____
Madelaine Kent

_____
Witness

_____
Witness

SUBSCRIBED, SWORN TO, AND ACKNOWLEDGED BEFORE ME this 20th day of __March__, 2009, by Madelaine Kent, the Settlor, who:

[X] is personally known to me **OR**
[ ] has produced _____ as identification;

by __**Lenora J. Fowler**__, witness, who:

[X] is personally known to me **OR**
[ ] has produced _____ as identification; and

by __**John Harrison Hough**__, witness, who:

[X] is personally known to me **OR**
[ ] has produced _____ as identification.

_____
Notary Public, State of _____

_____
**Andrea L. Blair**
(Print, Type or Stamp Commissioned Name of Notary Public)

ANDREA L. BLAIR
Comm# DD0817569
Expires 8/26/2012
Florida Notary Assn., Inc

9

## SCHEDULE A

To Declaration of Trust dated _____, 2009,
by Madelaine Kent

ffffffffffffffffffffffffffffffffff

$10.00

# Exhibit B



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International L
12 Berkeley
Mayfair, London W1J
Tel 020 7493

MADELAINE R KENT LIVING TRUST

6379 BRANDON STREET
PALM BEACH GARDENS     FL  33418

**11/30/08**     **1-EM098-3-0**     **\*\*\*\*\*\*\*5736**     PAGE **1**

| DATE | | RECEIVED LONG | POLICY DELIVERED SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CR TO YOUR AC |
|---|---|---|---|---|---|---|---|---|
| | | | | | BALANCE FORWARD | | | 66,446.44 |
| 1/12 | | 624 | | 3051 | WAL MART STORES INC | 55.830 | 34,861.92 | |
| 1/12 | | 408 | | 5553 | INTERNATIONAL BUSINESS MACHS | 87.870 | 35,822.16 | |
| 1/12 | | 1,512 | | 7377 | EXXON MOBIL CORP | 72.880 | 110,254.56 | |
| 1/12 | | 1,656 | | 7879 | INTEL CORP | 14.510 | 24,094.56 | |
| 1/12 | | 792 | | 12205 | JOHNSON & JOHNSON | 59.250 | 47,218.36 | |
| 1/12 | | 1,008 | | 16531 | JP MORGAN CHASE & CO | 40.530 | 41,055.40 | |
| 1/12 | | 576 | | 20856 | COCA COLA CO | 44.660 | 25,747.16 | |
| 1/12 | | 336 | | 25182 | MCDONALDS CORP | 55.370 | 18,617.32 | |
| 1/12 | | 624 | | 29498 | PFIZER INC | 22.750 | 14,239.20 | |
| 1/12 | | 2,208 | | 33634 | MICROSOFT CORP | 22.550 | 49,817.80 | |
| 1/12 | | 1,152 | | 38160 | ORACLE CORPORATION | 17.300 | 19,975.60 | |
| 1/12 | | 456 | | 51138 | PEPSICO INC | 56.410 | 25,740.96 | |
| 1/12 | | 264 | | 55640 | APPLE INC | 100.700 | 26,605.92 | |
| 1/12 | | 14,040 | | 55467 | CITIGROUP INC | 2.400 | 33,808.36 | |
| 1/12 | | 456 | | 55966 | ABBOTT LABORATORIES | 54.610 | 24,920.16 | |
| 1/12 | | 864 | | 59790 | PROCTER & GAMBLE CO | 64.080 | 55,399.12 | |
| 1/12 | | 312 | | 60792 | GOOGLE INC | 342.100 | 107,239.22 | |
| 1/12 | | 600 | | 64618 | HEWLETT PACKARD INTERNATIONAL | 43.600 | 26,184.00 | |
| 1/12 | | 1,440 | | 64618 | BANK OF AMERICA | 21.590 | 31,146.60 | |
| 1/12 | | 480 | | 68442 | QUALCOMM INC | 33.770 | 16,228.60 | |
| 1/12 | | 1,200 | | 68944 | CISCO SYSTEMS INC | 16.430 | 19,777.60 | |
| 1/12 | | 360 | | 72468 | SCHLUMBERGER LTD | 48.830 | 17,826.80 | |
| 1/12 | | 864 | | 73270 | COMCAST CORP | 16.510 | 14,298.64 | |
| | | | | | CL A | | | |
| | | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Li
12 Berkeley S
Mayfair, London W1J ?
Tel 020 7493 6?

PAGE **2**

DATE: **11/30/08**

ACCOUNT NUMBER: **\*\*\*\*\*\*\*\*5736**

1-EM098-3-0

MADELAINE R KENT LIVING TRUST

6379 BRANDON STREET
PALM BEACH GARDENS    FL    33418

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TKR | DESCRIPTION | PRICE | AMOUNT DEPOSITED TO YOUR ACCOUNT | AMOUNT TO YOUR AC |
|---|---|---|---|---|---|---|---|
| 1/12 | 1,704 | | 77094 | AT&T INC | 27 | 46,076.00 | |
| 1/12 | 432 | | 77596 | COMCOPHILLIPS | 52.510 | 22,701.32 | |
| 1/12 | 288 | | 83620 | UNITED PARCEL SW INC CLASS B | 52.010 | 14,998.52 | |
| 1/12 | 1,752 | | 81922 | CISCO SYSTEMS INC | 16.730 | 29,380.96 | |
| 1/12 | 594 | | 85746 | U S BANCORP | 29.530 | 14,903.12 | |
| 1/12 | 600 | | 86249 | TELE WORK BRD | 19.230 | 11,682.00 | |
| 1/12 | 288 | | 90572 | UNITED TECHNOLOGIES CORP | 54.160 | 15,623.08 | |
| 1/12 | 3,048 | | 90574 | GENERAL ELECTRIC CO | 19.630 | 59,953.24 | |
| 1/12 | 816 | | 94398 | VERIZON COMMUNICATIONS | 30.410 | 24,846.56 | |
| 1/12 | 72 | | 98908 | GELISCO | 337.400 | 24,294.80 | |
| 1/12 | 1,008 | | 99724 | HEWLETT PACKARD CO | 29.800 | 30,038.40 | |
| 1/12 | 720 | | 99226 | U S TREASURY BILL | 34.900 | 25,156.00 | |
| | | 1,050,000 | 21336 | U S TREASURY BILL DUE 7/12/2009 | 99.936 | | 1,049. |
| 1/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | |
| 1/12 | | 59,018 | 16435 | DIV 11/12/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET FIDELITY SPARTAN | | | 59. |
| 1/12 | 16,624 | | 25804 | FIDELITY SPARTAN U S TREASURY MONEY MARKET FIDELITY SPARTAN | 1 | 16,624.00 | |
| 1/19 | | | | U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MADELAINE R KENT LIVING TRUST

6379 BRANDON STREET
PALM BEACH GARDENS    FL    33418

PAGE 3

PERIOD ENDING 11/30/08

YOUR ACCOUNT NUMBER 1-EN098-3-0

YOUR TAX IDENTIFICATION NUMBER *******5736

| DATE | BOUGHT RECEIVED OR IN | SOLD DELIVERED OR OUT | ITEM | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/19 | 16,624 | | 51095 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 16,624.00 |
| 1/19 | | 75,000 | 55717 | U.S TREASURY BILL DUE 03/26/2009 | 99.926 | 74,944.50 | |
| 1/19 | 13,586 | | 60134 | FIDELITY SPARTAN 3/26/2009 U.S TREASURY MONEY MARKET | 1 | 13,586.00 | |
| | | | | NEW BALANCE | | 133,502.94 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,704 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 456 | | | AMGEN INC | 55.540 | | |
| | 264 | | | APPLE INC | 92.670 | | |
| | 1,440 | | | BANK OF AMERICA | 16.250 | | |
| | 600 | | | CHEVRON CORP | 79.010 | | |
| | 1,752 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,560 | | | CITIGROUP INC | 8.290 | | |
| | 576 | | | COCA COLA CO | 46.870 | | |
| | 864 | | | COMCAST CORP CL A | 17.340 | | |
| | 432 | | | CONOCOPHILLIPS | 52.520 | | |
| | 1,512 | | | EXXON MOBIL CORP | 80.150 | | |
| | 3,048 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PAGE 4
PERIOD ENDING 11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER *******5736

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL    33418

| DATE | BOUGHT RECEIVED IN | SOLD DELIVERED OUT | TRN | DESCRIPTION | PRICE OR SYMBOL 1-EM098-3-0 | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 72 | | | GOOGLE | 292.960 | | |
| | 720 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 1,056 | | | INTEL CORP | 13.800 | | |
| | 408 | | | INTERNATIONAL BUSINESS MAKERS | 81.690 | | |
| | 1,080 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 792 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 336 | | | MCDONALDS CORP | 56.750 | | |
| | 624 | | | MERCK & CO | 28.720 | | |
| | 2,280 | | | MICROSOFT CORP | 20.220 | | |
| | 1,152 | | | ORACLE CORPORATION | 16.090 | | |
| | 456 | | | PEPSICO INC | 56.400 | | |
| | 1,944 | | | PFIZER INC | 16.920 | | |
| | 600 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 864 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 480 | | | QUALCOMM INC | 33.570 | | |
| | 360 | | | SCHLUMBERGER LTD | 50.140 | | |
| | 13,586 | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | |
| | 514 | | | U.S. BANCORP | 26.980 | | |
| | 288 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 75,000 | | | U.S TREASURY BILL DUE 09/25/2008  5/26/2009 | 99.971 | | |
| | 288 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MADELAINE R KENT LIVING TRUST

6379 BRANDON STREET
PALM BEACH GARDENS    FL   33418

PAGE: 5

PERIOD ENDING: 11/30/08

YOUR ACCOUNT NUMBER: *******5736

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT LONG RECEIVED OR SHORT | SOLD SHORT DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 816 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 624 | | | WAL-MART STORES INC | 55.880 | | |
| | 1,008 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | SHORT | | | |
| | | | | 31,157,965.21 | | | |

1-EM098-3-0

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MADELAINE R KENT LIVING TRUST

6379 BRANDON STREET
PALM BEACH GARDENS    FL  33418

| PERIOD ENDING | YOUR ACCOUNT NUMBER | FROM TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-EM098-3-0 | *******5736 | 6 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | PRICE | DESCRIPTION | SHARE OR UNIT PRICE | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 1,829.29 |
| | | | | GROSS PROCEEDS FROM SALES | | | 8,561,957.33 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# Exhibit C

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 07879 | 5 | 1 | | 11/06/08 | 11/12/08 | |
| IDENTIFICATION NO. | | CONTRA PARTY | | | C.H. NUMBER | | | SPECIAL DELIVERY INSTRUCTIONS | | 17 |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,656 | 458140100 | INTEL CORP | 24094.56 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 24028.56 | 66.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 99226 | 5 | 1 | | 11/06/08 | 11/12/08 | |
| IDENTIFICATION NO. | | CONTRA PARTY | | | C.H. NUMBER | | | SPECIAL DELIVERY INSTRUCTIONS | | 17 |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 720 | 428236103 | HEWLETT PACKARD CO | 25156.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.900 | 25128.00 | 28.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1–EM098–3 | D | 25182 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 336 | 580135101 | MCDONALDS CORP | 18617•32 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55•370 | 18604•32 | 13•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1–EM098–3 | D | 12205 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 792 | 478160104 | JOHNSON & JOHNSON | 47218•36 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59•580 | 47187•36 | 31•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

08-01789-cgm  Doc 2398-2  Filed 06/10/10  Entered 06/10/10 12:31:20  Exhibit B  Pg 32 of 51



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTG

New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 51138 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 456 | 713448108 | PEPSICO INC | 25740.96 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 56.410 | 25722.96 | 18.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 38160 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,152 | 68389X105 | ORACLE CORPORATION | 19975.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 19929.60 | 46.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York □ London**

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 68442 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 480 | 747525103 | QUALCOMM INC | 16228.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 16209.60 | 19.00 | | | | |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York □ London**

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 59790 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 864 | 742718109 | PROCTER & GAMBLE CO | 55399.12 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 55365.12 | 34.00 | | | | |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 90072 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 288 | 913017109 | UNITED TECHNOLOGIES CORP | 15321.08 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 15310.08 | 11.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 85746 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 504 | 902973304 | U S BANCORP | 14903.12 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 14883.12 | 20.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-4 | D | 46812 | 8 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| LD | 24 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 42744.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.800 | 42720.00 | 24.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 03051 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| LD | 624 | 931142103 | WAL-MART STORES INC | 34861.92 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.830 | 34837.92 | 24.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

New York, NY 10022
212-230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC BTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-4 | R | 45892 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | MADELAINE R KENT LIVING TRUST<br>6379 BRANDON STREET<br>PALM BEACH GARDENS    FL 33418 | | |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 24 | 783790WJ1 | S & P 100 INDEX<br>NOVEMBER 450 PUT | 88776.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 88800.00 | 24.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-EM098-3 | D | 94900 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 72 | 38259P508 | GOOGLE | 24294.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 24292.80 | 2.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-EM098-3 | D | 90574 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,048 | 369604103 | GENERAL ELECTRIC CO | 59953.24 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.630 | 59832.24 | 121.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

□ New York □ London

FINRA  NSX  SIPC  NSCC  DTC

New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1→EM098-3 | D | 16531 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,080 | 46625H100 | J.P. MORGAN CHASE & CO | 41655.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 41612.40 | 43.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

17

---

□ **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1→EM098-3 | D | 03553 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 408 | 459200101 | INTERNATIONAL BUSINESS MACHS | 35622.16 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 35606.16 | 16.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

17

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 33834 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,280 | 594918104 | MICROSOFT CORP | 49817.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.810 | 49726.80 | 91.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 29508 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 624 | 589331107 | MERCK & CO | 17839.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 17815.20 | 24.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 64116 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 600 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 26184.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 26160.00 | 24.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 55464 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,944 | 717081103 | PFIZER INC | 33008.36 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.940 | 32931.36 | 77.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 81420 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 288 | 911312106 | UNITED PARCEL SVC INC CLASS B | 14998.52 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 14987.52 | 11.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 72768 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 360 | 806857108 | SCHLUMBERGER LTD | 17826.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 17812.80 | 14.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

FINRA  NSX  SIPC  NSCC  DTC

New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 98724 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,008 | 949746101 | WELLS FARGO & CO NEW | 30078.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 30038.40 | 40.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 94398 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 816 | 92343V104 | VERIZON COMMUNICATIONS | 24846.56 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 24814.56 | 32.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-EM098-4 | R | 42486 | 8 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| BOT | 24 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 37896.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 15.800 | 37920.00 | 24.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-EM098-4 | D | 37242 | 8 | 1 | | 11/14/08 | 11/19/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 24 | 783790XD4 | S & P 100 INDEX DECEMBER 420 PUT | 72024.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 30.000 | 72000.00 | 24.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | TR | CAP | SETT | --- | --- | --- |
| 0646 | | 1-EM098-3 | D | 55717 | 5 | 1 | | 11/19/08 | 11/19/08 | |

| IDENTIFICATION NO. | | CONTRA PARTY | | C.H. NUMBER | | SPECIAL DELIVERY INSTRUCTIONS | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 75,000 | 912795K91 | U S TREASURY BILL DUE 03/26/2009  Y.T.M. .21%  3/26/2009 | 74944.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 99.926 | 74944.50 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | TR | CAP | SETT | --- | --- | --- |
| 0646 | | 1-EM098-3 | D | 77094 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | | CONTRA PARTY | | C.H. NUMBER | | SPECIAL DELIVERY INSTRUCTIONS | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 1,704 | 00206R102 | AT&T INC | 46076.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 27.000 | 46008.00 | 68.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 86248 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 600 | 166764100 | CHEVRON CORP | 44082.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 44058.00 | 24.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 64618 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,440 | 060505104 | BANK OF AMERICA | 31146.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.590 | 31089.60 | 57.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for...

## Confirmation 1

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|----|----------|--------------|----------------------|------------|
| SLD | 864 | 20030N101 | COMCAST CORP CL A | 14298.64 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|-------|-----------|------------|-----------|----------|-----|-------|
| 16.510 | 14264.64 | 34.00 | | | | |

ORIGINATOR NO. 0646

ACCOUNT NUMBER 1-EM098-3

TRANS. NO.

CODES: TR  CAP 1  SETT

TRADE DATE 11/06/08   SETTLEMENT DATE 11/12/08

800 334-1343
Fax 212 838-4061

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## Confirmation 2

| MADF | **BERNARD L. MADOFF** INVESTMENT SECURITIES LLC New York ☐ London |

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | | TRADE DATE | SETTLEMENT DATE |
|----------------|---------------|----------------|-----|------------|-------|-----|------|-----|------------|-----------------|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-EM098-3 | D | 20856 | 5 | 1 | | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.   CONTRA PARTY   C.H. NUMBER   SPECIAL DELIVERY INSTRUCTIONS

17

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|----------|--------------|----------------------|------------|
| | 576 | 191216100 | COCA COLA CO | 25747.16 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|-------|-----------|------------|-----------|----------|-----|-------|
| 4.660 | 25724.16 | 23.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-EM098-3 | D | 55966 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 456 | 002824100 | ABBOTT LABORATORIES | 24920.16 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 54.610 | 24902.16 | 18.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-EM098-3 | D | 60292 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| | 312 | 031162100 | AMGEN INC | 18469.92 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 9.160 | 18457.92 | 12.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-EM098-3 | D | 51640 | 5 | 1 | | 11/06/08 | 11/12/08 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 264 | 037833100 | APPLE INC | 26615.92 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 100.780 | 26605.92 | 10.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-EM098-3 | R | 21336 | 5 | 1 | | 11/10/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 1,050,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009          2/12/2009 | 1049328.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.936 | 1049328.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 68944 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,560 | 172967101 | CITI GROUP INC | 19577.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.510 | 19515.60 | 62.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 81922 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,752 | 17275R102 | CISCO SYSTEMS INC | 29380.96 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 29310.96 | 70.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 07377 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,512 | 30231G102 | EXXON MOBIL CORP | 110254.56 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.880 | 110194.56 | 60.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

MADF
BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-3 | D | 77596 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| D | 432 | 20825C104 | CONOCOPHILIPS | 22701.32 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 22684.32 | 17.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-4 | R | 32917 | 8 | 1 | | 11/14/08 | 11/19/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 24 | 783790LFF | S & P 100 INDEX DECEMBER 430 CALL | 62376.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.000 | 62400.00 | 24.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM098-4 | D | 41567 | 8 | 1 | | 11/14/08 | 11/19/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MADELAINE R KENT LIVING TRUST
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

17

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| D | 24 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 7224.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 3.000 | 7200.00 | 24.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

CONFIRMATION (Please see reverse for further details)