UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |



## NOTICE OF WITHDRAWAL OF OBJECTION

Dorfman Family Partners ("Claimant"), having filed an objection (the "Objection," Docket No. 657) to the Notice of Trustee's Determination respecting the Claimant's customer claim (#012771), hereby gives notice that it is withdrawing such Objection. The basis for the withdrawal is the Trustee's (1) re-review of the claim and account information and (2) issuance of a Revised Notice of Trustee's Determination dated January 6, 2010.

Dated: May 24, 2010

William P. Dorfman
c/o Herbert P Sydney
Sydney, Amster & Green PLLC
122 East 42nd Street, Suite 2800
New York, NY 10168

300084059