UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |



## NOTICE OF WITHDRAWAL OF REQUEST

Nancy L. Warshow ("Claimant"), having partially withdrawn (the "Partial Withdrawal", Docket No. 2295) her objection (the "Objection", Docket No. 2108), to the Trustee's Notice of Determination dated as of January 29, 2010 respecting the Claimant's customer claim (#3896) as a result of the Trustee providing responsive documentation from Bernard L. Madoff Investment Securities LLC's books and records to the Claimant, hereby gives notice that she is withdrawing her request (the "Request", Docket No. 2109), for information contained in records in the possession of the Federal Bureau of Investigation (the "FBI Records"). The basis for the withdrawal of the Request is the Claimant's understanding that the Trustee never relied on any information contained in the possession of the Federal Bureau of Investigation and cannot therefore provide any FBI Records to the Claimant.

300086089.2

Dated: May 28, 2010

*Nancy Warshow*
Nancy L. Warshow
195 Heron Lane, Manhasset, NY 11030