# TREZZA MANAGEMENT, INC.

*Making Real Estate Manageable*

June 8, 2010

Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

RE: Bankruptcy Case # 08-1789

To Whom It May Concern:

The accounting I received does not accurately reflect the amount of money I deposited with Bernard L. Madoff referencing bankruptcy case # 08-1789.

On May 29th, 1997, $631,594.79 was transferred from #1G0005010 to account #1G0264.
On June 2nd, 1997, $682,737.18 was transferred from #1G0005110 to account #1G0265.
On May 29th, 1997, $630,121.16 was transferred from #1G005210 to account #1G0266.

I did not get credit for $1,944,453 that was deposited in my B. L. Madoff accounts.

Sincerely yours,

Michael Goldstein

Michael Goldstein



RECEIVED
JUN 10 2010
U.S. BANKRUPTCY COURT, SDNY

*224 Pacific Street • Brooklyn, NY 11201 • (718) 624-5226 • Fax (718) 624-6542 • Trezzainc@aol.com*

1-G0264

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 5/29/1997 | TRANS FROM 1G005010 | $631,594.79 | $0.00 |
| 6/26/1998 | CHECK | $700,000.00 | $700,000.00 |
| 9/29/1998 | CHECK | $175,000.00 | $175,000.00 |
| 9/29/1998 | CHECK | $175,000.00 | $175,000.00 |
| 9/29/1998 | CHECK | $175,000.00 | $175,000.00 |
| 9/30/1998 | CXL CHECK 9/29/98 | ($175,000.00) | ($175,000.00) |
| 9/30/1998 | CXL CHECK 9/29/98 | ($175,000.00) | ($175,000.00) |
| 12/7/1998 | CHECK | $50,000.00 | $50,000.00 |
| 1/14/2000 | CHECK | $175,000.00 | $175,000.00 |
| 3/23/2000 | CHECK | $30,000.00 | $30,000.00 |
| 12/28/2000 | CHECK | $175,000.00 | $175,000.00 |
| 7/18/2001 | CHECK | $20,000.00 | $20,000.00 |
| 10/11/2002 | TRANS FROM 1S028530 | $50,000.00 | $0.00 |
| 2/25/2003 | CHECK | $30,000.00 | $30,000.00 |
| 3/1/2004 | CHECK | $150,000.00 | $150,000.00 |
| 3/2/2004 | CHECK | $200,000.00 | $200,000.00 |
| 3/4/2004 | CHECK | $35,000.00 | $35,000.00 |
| 4/16/2004 | CHECK | $20,000.00 | $20,000.00 |
| 10/25/2005 | CHECK | $70,000.00 | $70,000.00 |
| 6/27/2006 | TRANS FROM 1S028530 | $1,000.00 | $0.00 |
| 8/14/2006 | TRANS FROM 1S028530 | $25,000.00 | $0.00 |
| 5/20/2008 | CHECK | $5,000.00 | $5,000.00 |
| 10/3/2008 | CHECK | $30,000.00 | $30,000.00 |
| 10/16/2008 | CHECK | $100,000.00 | $100,000.00 |
| 10/29/2008 | CHECK | $575,000.00 | $575,000.00 |
| Total Deposits: | | $3,247,594.79 | $2,540,000.00 |

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 10/6/1997 | CHECK | ($75,000.00) | ($75,000.00) |
| 11/3/1997 | CHECK | ($20,000.00) | ($20,000.00) |
| 12/12/1997 | CHECK | ($17,000.00) | ($17,000.00) |
| 5/11/1998 | CHECK | ($80,000.00) | ($80,000.00) |
| 6/12/1998 | CHECK | ($320,000.00) | ($320,000.00) |
| 7/28/1998 | CHECK | ($230,000.00) | ($230,000.00) |
| 10/27/1998 | CHECK | ($250,000.00) | ($250,000.00) |
| 3/19/1999 | CHECK | ($10,000.00) | ($10,000.00) |
| 5/18/1999 | CHECK | ($25,000.00) | ($25,000.00) |
| 5/28/1999 | CHECK | ($40,000.00) | ($40,000.00) |

4

1-G0265

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 6/2/1997 | TRANS FROM 1G005110 | $682,737.18 | $0.00 |
| 6/26/1998 | CHECK | $700,000.00 | $700,000.00 |
| 9/30/1998 | CHECK | $175,000.00 | $175,000.00 |
| 9/30/1998 | CHECK | $175,000.00 | $175,000.00 |
| 9/30/1998 | CANCEL C&S | ($175,000.00) | ($175,000.00) |
| 12/7/1998 | CHECK | $50,000.00 | $50,000.00 |
| 1/14/2000 | CHECK | $175,000.00 | $175,000.00 |
| 3/23/2000 | CHECK | $20,000.00 | $20,000.00 |
| 12/28/2000 | CHECK | $175,000.00 | $175,000.00 |
| 7/18/2001 | CHECK | $20,000.00 | $20,000.00 |
| 2/25/2003 | CHECK | $30,000.00 | $30,000.00 |
| 3/1/2004 | CHECK | $150,000.00 | $150,000.00 |
| 3/2/2004 | CHECK | $200,000.00 | $200,000.00 |
| 4/16/2004 | CHECK | $45,000.00 | $45,000.00 |
| 10/25/2005 | CHECK | $70,000.00 | $70,000.00 |
| 5/20/2008 | CHECK | $5,000.00 | $5,000.00 |
| 10/3/2008 | CHECK | $30,000.00 | $30,000.00 |
| 10/16/2008 | CHECK | $100,000.00 | $100,000.00 |
| 10/29/2008 | CHECK | $575,000.00 | $575,000.00 |
| **Total Deposits:** | | $3,202,737.18 | $2,520,000.00 |

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 8/20/1997 | CHECK | ($50,000.00) | ($50,000.00) |
| 10/6/1997 | CHECK | ($75,000.00) | ($75,000.00) |
| 12/12/1997 | CHECK | ($17,000.00) | ($17,000.00) |
| 5/11/1998 | CHECK | ($80,000.00) | ($80,000.00) |
| 6/12/1998 | CHECK | ($340,000.00) | ($340,000.00) |
| 7/28/1998 | CHECK | ($230,000.00) | ($230,000.00) |
| 10/27/1998 | CHECK | ($250,000.00) | ($250,000.00) |
| 12/21/1998 | CHECK | ($10,000.00) | ($10,000.00) |
| 3/19/1999 | CHECK | ($10,000.00) | ($10,000.00) |
| 5/28/1999 | CHECK | ($60,000.00) | ($60,000.00) |
| 6/8/1999 | CHECK | ($50,000.00) | ($50,000.00) |
| 10/8/1999 | CHECK | ($30,000.00) | ($30,000.00) |
| 9/13/2000 | CHECK | ($15,000.00) | ($15,000.00) |
| 10/3/2000 | CHECK | ($45,000.00) | ($45,000.00) |
| 12/8/2000 | CHECK | ($35,000.00) | ($35,000.00) |
| 1/31/2001 | CHECK | ($20,000.00) | ($20,000.00) |
| 5/11/2001 | CHECK | ($40,000.00) | ($40,000.00) |
| 6/15/2001 | CHECK | ($10,000.00) | ($10,000.00) |

1-G0266

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| | | $630,121.16 | $0.00 |
| 5/29/1997 | TRANS FROM 1G005210 | $700,000.00 | $700,000.00 |
| 6/26/1998 | CHECK | $175,000.00 | $175,000.00 |
| 9/30/1998 | CHECK | $50,000.00 | $50,000.00 |
| 12/7/1998 | CHECK | $175,000.00 | $175,000.00 |
| 1/14/2000 | CHECK | $20,000.00 | $20,000.00 |
| 3/23/2000 | CHECK | $175,000.00 | $175,000.00 |
| 12/28/2000 | CHECK | $15,000.00 | $15,000.00 |
| 7/18/2001 | CHECK | $30,000.00 | $30,000.00 |
| 2/25/2003 | CHECK | $150,000.00 | $150,000.00 |
| 3/1/2004 | CHECK | $200,000.00 | $200,000.00 |
| 3/2/2004 | CHECK | $45,000.00 | $45,000.00 |
| 4/16/2004 | CHECK | $76,000.00 | $76,000.00 |
| 10/14/2004 | CHECK | $70,000.00 | $70,000.00 |
| 10/25/2005 | CHECK | $5,000.00 | $5,000.00 |
| 5/20/2008 | CHECK | $30,000.00 | $30,000.00 |
| 10/3/2008 | CHECK | $100,000.00 | $100,000.00 |
| 10/16/2008 | CHECK | $575,000.00 | $575,000.00 |
| 10/29/2008 | CHECK | $3,221,121.16 | $2,591,000.00 |
| **Total Deposits:** | | | |

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 10/6/1997 | CHECK | ($75,000.00) | ($75,000.00) |
| 12/12/1997 | CHECK | ($16,000.00) | ($16,000.00) |
| 5/11/1998 | CHECK | ($80,000.00) | ($80,000.00) |
| 6/12/1998 | CHECK | ($340,000.00) | ($340,000.00) |
| 7/28/1998 | CHECK | ($230,000.00) | ($230,000.00) |
| 10/27/1998 | CHECK | ($250,000.00) | ($250,000.00) |
| 12/21/1998 | CHECK | ($10,000.00) | ($10,000.00) |
| 3/19/1999 | CHECK | ($5,000.00) | ($5,000.00) |
| 5/28/1999 | CHECK | ($60,000.00) | ($60,000.00) |
| 6/8/1999 | CHECK | ($50,000.00) | ($50,000.00) |
| 10/8/1999 | CHECK | ($30,000.00) | ($30,000.00) |
| 9/13/2000 | CHECK | ($15,000.00) | ($15,000.00) |
| 10/3/2000 | CHECK | ($45,000.00) | ($45,000.00) |
| 12/8/2000 | CHECK | ($35,000.00) | ($35,000.00) |
| 1/31/2001 | CHECK | ($20,000.00) | ($20,000.00) |
| 5/11/2001 | CHECK | ($40,000.00) | ($40,000.00) |
| 6/15/2001 | CHECK | ($5,000.00) | ($5,000.00) |
| 9/13/2001 | CHECK | ($5,000.00) | ($5,000.00) |

4

