# EXHIBIT B

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME: 617-437-1278_____

Taxpayer I.D. Number (Social Security No.)
_____1560_____

Account Number:    1EM210
LEILA F SOBIN
C/O JON SOBIN
56 RIVER BIRCH CIRCLE
MANCHESTER, NH  03102

(If incorrect, please change)

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE **March 4, 2009.**  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE **July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of         $_____0_____
      b.    I owe the Broker a Debit (Dr.) Balance of              $_____0_____

502180406                                        1

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.        $_____

    d.    If balance is zero, insert "None."    ___None___

2.    Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

    c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | Number of Shares or Face Amount of Bonds | | |
| See Nov. 30, 2008 EM210 Statements, attached hereto as Exhibit A. | | | |
| $3,800,882.45 (market value of securities long, per EM210-3 statement) | | | |
| | | | |
| | | | |
| TOTAL: $3,800,882.45 | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

**information regarding any withdrawals you have ever made or payments received from the Debtor.** See Exhibits A and B, and documents submitted herewith.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

502180406                                    3

9.     Have you or any member of your family
       ever filed a claim under the Securities
       Investor Protection Act of 1970?  if
       so, give name of that broker.                                    _____    X _____

       Please list the full name and address of anyone assisting you in the
       preparation of this claim form: Jonathan Sobin,56 River Birch Circle,
       Manchester, NH 03102 & Christopher Van De Kieft, Esq., Seeger Weiss
       LLP, One William Street, New York, NY 10004

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _____    Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# EXHIBIT A

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LEILA F SOBIN
C/O JON SOBIN

56 RIVER BIRCH CIRCLE
MANCHESTER          NH    03102

PAGE 1
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******1560
YOUR ACCOUNT NUMBER 1-EM210-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 224,603.21 | |
| 11/12 | 2,080 | | 3119 | WAL-MART STORES INC | 55.830 | 116,209.40 | |
| 11/12 | 1,360 | | 3621 | INTERNATIONAL BUSINESS MACHS | 87.270 | 119,741.20 | |
| 11/12 | 5,040 | | 7445 | EXXON MOBIL CORP | 72.880 | 367,516.20 | |
| 11/12 | 5,520 | | 7947 | INTEL CORP | 14.510 | 80,315.20 | |
| 11/12 | 2,640 | | 12273 | JOHNSON & JOHNSON | 59.580 | 157,396.20 | |
| 11/12 | 3,600 | | 16599 | J.P. MORGAN CHASE & CO | 38.530 | 138,852.00 | |
| 11/12 | 1,920 | | 20924 | COCA COLA CO | 44.660 | 85,823.20 | |
| 11/12 | 1,120 | | 25250 | MCDONALDS CORP | 55.370 | 62,058.40 | |
| 11/12 | 2,080 | | 29876 | MERCK & CO | 28.550 | 59,467.00 | |
| 11/12 | 7,600 | | 33902 | MICROSOFT CORP | 21.810 | 166,060.00 | |
| 11/12 | 3,840 | | 38228 | ORACLE CORPORATION | 17.300 | 66,585.00 | |
| 11/12 | 1,520 | | 51206 | PEPSICO INC | 56.410 | 85,803.20 | |
| 11/12 | 880 | | 51708 | APPLE INC | 100.780 | 88,721.40 | |
| 11/12 | 6,480 | | 55532 | PFIZER INC | 16.940 | 109,030.20 | |
| 11/12 | 1,520 | | 56034 | ABBOTT LABORATORIES | 54.610 | 83,067.20 | |
| 11/12 | 2,880 | | 59858 | PROCTER & GAMBLE CO | 64.080 | 184,665.40 | |
| 11/12 | 1,040 | | 60360 | AMGEN INC | 59.160 | 61,567.40 | |
| 11/12 | 2,000 | | 64184 | PHILIP MORRIS INTERNATIONAL | 43.600 | 87,280.00 | |
| 11/12 | 4,800 | | 64686 | BANK OF AMERICA | 21.590 | 103,824.00 | |
| 11/12 | 1,600 | | 68510 | QUALCOMM INC | 33.770 | 55,096.00 | |
| 11/12 | 5,200 | | 69012 | CITI GROUP INC | 12.510 | 65,099.00 | |
| 11/12 | 1,200 | | 72836 | SCHLUMBERGER LTD | 49.480 | 59,424.00 | |
| 11/12 | 2,880 | | 73338 | COMCAST CORP CL A | 16.510 | 47,603.80 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 888-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LEILA F SOBIN
C/O JON SOBIN
56 RIVER BIRCH CIRCLE
MANCHESTER    NH    03102

**PERIOD ENDING:** 11/30/08
**YOUR TAX PAYER IDENTIFICATION NUMBER:** *****1560
**PAGE:** 2
**YOUR ACCOUNT NUMBER:** 1-EM210-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 5,680 | | 77162 | AT&T INC | 27 | 153,587.00 | |
| 11/12 | 1,440 | | 77664 | CONOCOPHILLIPS | 52.510 | 75,671.40 | |
| 11/12 | 960 | | 81488 | UNITED PARCEL SVC INC CLASS B | 52.040 | 49,996.40 | |
| 11/12 | 5,840 | | 81990 | CISCO SYSTEMS INC | 16.730 | 97,936.20 | |
| 11/12 | 1,680 | | 85314 | U S BANCORP | 29.530 | 49,677.40 | |
| 11/12 | 2,000 | | 85310 | CHEVRON CORP | 73.430 | 146,940.00 | |
| 11/12 | 960 | | 90140 | UNITED TECHNOLOGIES CORP | 53.260 | 51,071.60 | |
| 11/12 | 10,160 | | 90642 | GENERAL ELECTRIC CO | 19.630 | 199,846.80 | |
| 11/12 | 2,720 | | 94466 | VERIZON COMMUNICATIONS | 30.410 | 82,823.20 | |
| 11/12 | 240 | | 94960 | GOOGLE | 337.400 | 80,985.00 | |
| 11/12 | 3,360 | | 98792 | WELLS FARGO & CO NEW | 29.800 | 100,262.00 | |
| 11/12 | 2,400 | | 99294 | HEWLETT PACKARD CO | 34.900 | 83,856.00 | |
| 11/12 | | 3,600,000 | 21404 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 3,597,696.00 |
| | | | | 2/12/2009 | | | |
| 11/12 | | | 16503 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 91.73 |
| 11/12 | | 77,862 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 77,862.00 |
| 11/12 | 36,411 | | 25872 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 36,411.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 4.47 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**Madoff Securities International Limited**
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

LEILA F SOBIN
C/O JON SOBIN

56 RIVER BIRCH CIRCLE
MANCHESTER       NH    03102

PAGE 3
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******1560
YOUR ACCOUNT NUMBER 1-EM210-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 36,411 | 51165 | FIDELITY SPARTAN | 1 | | 36,411.00 |
| 11/19 | 275,000 | | 55782 | U S TREASURY MONEY MARKET U S TREASURY BILL DUE 03/26/2009 | 99.926 | 274,796.50 | |
| 11/19 | 1,299 | | 60204 | 3/26/2009 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,299.00 | |
| | | | | NEW BALANCE | | 448,123.91 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 5,680 | | | AT&T INC | 28.560 | | |
| | 1,520 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 1,040 | | | AMGEN INC | 55.540 | | |
| | 880 | | | APPLE INC | 92.670 | | |
| | 4,900 | | | BANK OF AMERICA | 16.250 | | |
| | 2,000 | | | CHEVRON CORP | 79.010 | | |
| | 5,840 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 5,200 | | | CITI GROUP INC | 8.290 | | |
| | 1,920 | | | COCA COLA CO | 46.870 | | |
| | 2,880 | | | COMCAST CORP CL A | 17.340 | | |
| | 1,440 | | | CONOCOPHILLIPS | 52.520 | | |
| | 5,040 | | | EXXON MOBIL CORP | 80.150 | | |
| | 10,160 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LEILA F SOBIN
C/O JON SOBIN

56 RIVER BIRCH CIRCLE
MANCHESTER        NH    03102

| PAGE | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER |
|---|---|---|---|
| 4 | 11/30/08 | *******1560 | 1-EM210-3-0 |

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 240 | | | GOOGLE | 292.960 | | |
| | 2,400 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 5,520 | | | INTEL CORP | 13.800 | | |
| | 1,360 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 3,600 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 2,640 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 1,120 | | | MCDONALDS CORP | 58.750 | | |
| | 2,080 | | | MERCK & CO | 26.720 | | |
| | 7,600 | | | MICROSOFT CORP | 20.220 | | |
| | 3,840 | | | ORACLE CORPORATION | 16.090 | | |
| | 1,520 | | | PEPSICO INC | 56.700 | | |
| | 6,480 | | | PFIZER INC | 16.430 | | |
| | 2,000 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 2,880 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 1,600 | | | QUALCOMM INC | 33.570 | | |
| | 1,200 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 1,299 | | | FIDELITY SPARTAN | 1 | | |
| | 1,680 | | | U S TREASURY MONEY MARKET | 26.980 | | |
| | 960 | | | U S BANCORP | 574.600 | | |
| | | | | UNITED PARCEL SVC INC | 99.971 | | |
| | 275,000 | | | U S TREASURY BILL CLASS B DUE 03/26/2009  3/26/2009 | | | |
| | 960 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE  5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 5

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******1560

YOUR ACCOUNT NUMBER 1-EM210-3-0

LEILA F SOBIN
C/O JON SOBIN

56 RIVER BIRCH CIRCLE
MANCHESTER    NH    03102

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 2,720 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 2,080 | | | WAL-MART STORES INC | 55.880 | | |
| | 3,360 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG              SHORT | | | |
| | | | | 3,800,882.45 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LEILA F SOBIN
C/O JON SOBIN
56 RIVER BIRCH CIRCLE
MANCHESTER    NH    03102

PERIOD ENDING: 11/30/08
PAGE: 6
YOUR TAXPAYER IDENTIFICATION NUMBER: *******1560
YOUR ACCOUNT NUMBER: 1-EM210-3-0

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 25,651.00 |
| | | | | GROSS PROCEEDS FROM SALES | | | 21,729,568.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBIT B

## EXHIBIT B

1. This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2. The information provided in the Claim Form is based on information provided in the Claimant's latest Madoff account statement and additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

4. The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5. This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

6. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. The Claimant submits herewith documents in support of the Claimant's claim, including documents containing information regarding account transactions, such as contributions and/or withdrawals. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents, if deemed necessary. Attached is a list of the documents submitted herewith.

Leila Sobin
Bernard L. Madoff Investment Securities Account No. EM210

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 1 | 9/30/2008 | Bernard L. Madoff Investment Securities | Leila F. Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated September 30, 2008. |
| 2 | 9/30/2008 | Sosnick & Bell | Leila F. Sobin | Accounting for BMIS Account EM210 for the period January 1, 2008 through September 30, 2008. |
| 3 | 12/31/2007 | Bernard L. Madoff Investment Securities | Leila F. Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 2007. |
| 4 | 12/31/2007 | Sosnick & Bell | Leila F. Sobin | Accounting for BMIS Account EM210 for the period January 1, 2007 through December 31, 2007. |
| 5 | 12/31/2006 | Bernard L. Madoff Investment Securities | Leila F. Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 2006. |
| 6 | 12/31/2006 | Sosnick & Bell | Leila F. Sobin | Accounting for BMIS Account EM210 for the period January 1, 2006 through December 31, 2006. |

Leila Sobin
Bernard L. Madoff Investment Securities Account No. EM210

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 7 | 12/31/2005 | Bernard L. Madoff Investment Securities | Leila F. Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 2005. |
| 8 | 12/31/2005 | Sosnick & Bell | Leila F. Sobin | Accounting for BMIS Account EM210 for the period January 1, 2005 through December 31, 2005. |
| 9 | 12/31/2004 | Bernard L. Madoff Investment Securities | Leila F. Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 2004. |
| 10 | 12/31/2004 | Sosnick & Bell | Leila F. Sobin | Accounting for BMIS Account EM210 for the period January 1, 2004 through December 31, 2004. |
| 11 | 12/31/2003 | Bernard L. Madoff Investment Securities | Leila F. Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 2003. |
| 12 | 12/31/2003 | Sosnick & Bell | Leila F. Sobin | Accounting for BMIS Account EM210 for the period January 1, 2003 through December 31, 2003. |

Leila Sobin
Bernard L. Madoff Investment Securities Account No. EM210

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 13 | 12/31/2002 | Bernard L. Madoff Investment Securities | Leila F. Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 2002. |
| 14 | 12/31/2002 | Sosnick & Bell | Leila F. Sobin | Accounting for BMIS Account EM210 for the period January 1, 2002 through December 31, 2002. |
| 15 | 12/31/2001 | Bernard L. Madoff Investment Securities | Leila F. Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 2001. |
| 16 | 12/30/2001 | Sosnick & Bell | Leila F. Sobin | Accounting for BMIS Account EM210 for the period January 1, 2001 through December 31, 2001. |
| 17 | 12/31/2000 | Bernard L. Madoff Investment Securities | Leila F. Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 2000. |
| 18 | 12/31/2000 | Sosnick & Bell | Leila F. Sobin | Accounting for BMIS Account EM210 for the period January 1, 2000 through December 31, 2000. |

1

PORTFOLIO MANAGEMENT REPORT AS OF  9/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
LEILA F SOBIN                    1-EM210-3
C/O JON SOBIN

56 RIVER BIRCH CIRCLE
MANCHESTER              NH 03102
```

```
STARTING EQUITY FOR CURRENT YEAR              3,779,030.14CR
CAPITAL ADDITIONS                                 2,621.97CR
CAPITAL WITHDRAWALS                              400,000.00-
REALIZED P/L FOR CURRENT YEAR                   276,201.45CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS         3,564.00CR
CURRENT CASH BALANCE                                   .56CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS  3,661,417.00    NET LONG
TOTAL EQUITY                                   3,661,417.56CR

ANNUALIZED RETURN FOR CURRENT YEAR     10.74 %
```

2

**MS. LEILA F. SOBIN**

**Trading Account #   EM210**

**Account Reconciliation**

**For the period 1/1/2008 through 9/30/2008**

| | | |
|---|---|---|
| Account Balance @ 1/1/2008 | 0.14 | |
| 12/31/2007 Purchases | 3,779,030.00 | |
| Capital Gains/(Losses), Stocks | (14,667.67) | |
| Capital Gains/(Losses), Options | 224,604.00 | |
| Dividends, stocks | 22,950.87 | |
| Dividends, U.S. Treasury MM | 198.74 | |
| Interest Treasury Bills | 43,115.50 | |
| Deposits/(Withdrawals) | (397,378.03) | |
| | 3,657,853.55 | |
| 9/30/2008 Purchases at Cost | (3,657,853.00) | |
| Difference | 0.55 | |
| Treasury Interest | 1.1% | |

| | |
|---|---|
| 9/30/2008 Purchases at Cost | 3,657,853.00 |
| US Treasury Bills – Unrealized | 3,564.00 |
| Stocks – Unrealized | 0.00 |
| Options – Unrealized | 0.00 |
| Current Market Value | 3,661,417.00 |

3

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LEILA F SOBIN                    1-EM210-3
C/O JON SOBIN

56 RIVER BIRCH CIRCLE
MANCHESTER              NH 03102


STARTING EQUITY FOR CURRENT YEAR            3,575,714.74CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                            200,000.00-
REALIZED P/L FOR CURRENT YEAR               403,315.40CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                .14CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS 3,779,030.00    NET LONG
TOTAL EQUITY                                3,779,030.14CR

ANNUALIZED RETURN FOR CURRENT YEAR    11.55 %

4

**MS. LEILA F. SOBIN**
**Trading Account #   EM210**
**Account Reconciliation**
**For the period 1/1/2007 through 12/31/2007**

| | |
|---|---|
| Account Balance @ 1/1/2007 | 0.74 |
| 12/31/2006 Purchases | 3,575,714.00 |
| Capital Gains/(Losses), Stocks | 308,333.11 |
| Capital Gains/(Losses), Options | (51,974.00) |
| Dividends, stocks | 37,975.26 |
| Dividends, U.S. Treasury MM | 1,453.93 |
| Interest Treasury Bills | 107,527.25 |
| Deposits/(Withdrawals) | (200,000.00) |
| | 3,779,030.29 |
| 12/31/2007 Purchases at Cost | (3,779,030.00) |
| Difference | 0.29 |
| Treasury Interest | 3.0% |

| | |
|---|---|
| 12/31/2007 Purchases at Cost | 3,779,030.00 |
| US Treasury Bills – Unrealized | 0.00 |
| Stocks – Unrealized | 0.00 |
| Options – Unrealized | 0.00 |
| Current Market Value | 3,779,030.00 |

5

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

LEILA F SOBIN                    1-EM210-3
C/O JON SOBIN

56 RIVER BIRCH CIRCLE
MANCHESTER              NH 03102

| | | |
|---|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 3,298,708.31CR | |
| CAPITAL ADDITIONS | 224,826.62CR | |
| CAPITAL WITHDRAWALS | 400,000.00- | |
| REALIZED P/L FOR CURRENT YEAR | 452,179.81CR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | |
| CURRENT CASH BALANCE | .74CR | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 3,575,714.00 | NET LONG |
| TOTAL EQUITY | 3,575,714.74CR | |

ANNUALIZED RETURN FOR CURRENT YEAR    13.70 %

6

**LEILA F SOBIN**

Trading Accounts #1-EM210-3-0 & 1-EM210-4-0
Account Reconciliation
For the Period 01/01/05 thru 12/31/06

**Account #1-EM210-3-0**

| | | | |
|---|---|---|---|
| Account balance @ 01/01/05 | 0.81 | | |
| 12/31/05 Purchases | 3,296,707.50 | + | |
| Cost of purchases | (32,288,686.67) | | |
| Proceeds from sales | 32,563,503.90 | | |
| Dividend Income | 65,998.08 | | |
| Interest Income - T-Bills | 39,416.50 | | |
| Deposits/(withdrawals) | | | |
| 25-Jan NS FROM 804 | -107,902.33 | | |
| 11-Sep stock | (400,000.00) | | |
| 4-Oct NS FROM 804 | 116,924.29 | | |
| Transferred (to)/from Account #1-EM210-4-0 | 72,658.00 | | |

**Account #1-EM210-4-0**

| | | | |
|---|---|---|---|
| Account balance @ 01/01/05 | 0.74 | | |
| 12/31/05 Purchases | | | |
| Cost of purchases | (384,200.00) | | |
| Proceeds from sales | 957,058.00 | | |
| Transferred (to)/from Account #1-EM210-4-0 | (72,658.00) | | |
| Account balance @ 12/31/06 | - | | |

**Reconciliation**

| | | | |
|---|---|---|---|
| Account balance @ 01/01/05 | | | 0.81 |
| 12/31/05 Purchases | + | | 3,296,707.50 |
| Capital gains/(losses), stocks | + | | 273,917.23 |
| Capital gains/(losses), options | + | | 72,658.00 |
| Dividends, stocks | + | | 64,712.13 |
| Dividends, US Treasury MM | + | | 1,275.95 |
| Interest - T-Bills | + | | 39,416.50 |
| Deposits/withdrawals | +/- | | (175,173.38) |
| | | | 3,575,714.74 |
| 12/31/05 PURCHASES AT COST | | | (3,575,714.00) |
| DIFFERENCE | | | 0.74 |

| | | |
|---|---|---|
| | 3,575,713.93 | ######## |
| TREASURY INTERES | | 1.2% |

1/7/2009

7

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LEILA F SOBIN                        1-EM210-3
C/O JON SOBIN
PO BOX 633
78 WATERLOT ROAD
SUNAPEE                NH 03782


| | | |
|---|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 3,898,742.22CR | |
| CAPITAL ADDITIONS | | |
| CAPITAL WITHDRAWALS | 921,635.19- | |
| REALIZED P/L FOR CURRENT YEAR | 321,601.28CR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | |
| CURRENT CASH BALANCE | .81CR | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 3,298,707.50 | NET LONG |
| TOTAL EQUITY | 3,298,708.31CR | |

ANNUALIZED RETURN FOR CURRENT YEAR     10.05 %

8

1/7/2009

**LEILA F SOBIN**

Trading Accounts #1-EM210-3-0 & 1-EM210-4-0
Account Reconciliation
For the Period 01/01/05 thru 12/31/05

*Account #1-EM210-3-0*

| | | | |
|---|---|---|---|
| Account balance @ 01/01/05 | | | 0.22 |
| 12/31/04 Purchases | | | 3,898,742.00 |
| Cost of purchases | | | (32,096,624.03) |
| Proceeds from sales | | | 32,418,390.63 |
| Dividend income | | | 37,054.43 |
| Interest income - T-Bills | | | 50,078.25 |
| Deposits/(withdrawals) | 30-Mar | check` | (921,635.19) |
| Transferred (to)/from Account #1-EM210-4-0 | | | (87,298.00) |
| | | | (3,298,707.50) |
| Account balance @ 12/31/05 | | | 0.81 |

*Account #1-EM210-4-0*

| | | |
|---|---|---|
| Account balance @ 01/01/05 | | - |
| Cost of purchases | | (529,582.00) |
| Proceeds from sales | | 442,284.00 |
| Transferred (to)/from Account #1-EM210-4-0 | | 87,298.00 |
| Account balance @ 12/31/05 | | - |

*Reconciliation*

| | | |
|---|---|---|
| Account balance @ 01/01/05 | | 0.22 |
| 12/31/04 Purchases | + | 3,898,742.00 |
| Capital gains/(losses), stocks | + | 321,766.60 |
| Capital gains/(losses), options | + | (87,298.00) |
| Dividends, stocks | + | 36,093.65 |
| Dividends, US Treasury MM | + | 960.78 |
| Interest - T-Bills | + | 50,078.25 |
| Deposits/withdrawals | +/- | (921,635.19) |
| | | 3,298,708.31 |
| 12/31/05 PURCHASES AT COST | | (3,298,707.50) |
| DIFFERENCE | | 0.81 |
| | | 3,298,708.09 |
| TREASURY INTEREST | | 1.3% |
| | | ####### |

9

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/04

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LEILA F SOBIN                    1-EM210-3


790 BOYLSTON STREET 25I
BOSTON              MA 02199


STARTING EQUITY FOR CURRENT YEAR                5,332,934.75CR
CAPITAL ADDITIONS                                  84,893.78CR
CAPITAL WITHDRAWALS                             2,000,000.00-
REALIZED P/L FOR CURRENT YEAR                     480,913.69CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                  .22CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS   3,898,742.00   NET LONG
TOTAL EQUITY                                    3,898,742.22CR

ANNUALIZED RETURN FOR CURRENT YEAR     10.81 %

10

LEILA F SOBIN

Trading Accounts #1-EM210-3-0 & 1-EM210-4-0
Account Reconciliation
For the Period 01/01/04 thru 12/31/04

**Account #1-EM210-3-0**

| | |
|---|---|
| Account balance @ 01/01/04 | 0.75 |
| 12/31/03 Purchases | 5,332,934.00 |
| Cost of purchases | (54,783,024.26) |
| Proceeds from sales | 55,116,803.37 |
| Dividend income | 71,464.83 |
| Interest income - T-Bills | 34,046.75 |
| Deposits/(withdrawals) | 84,893.78 |
| | (2,000,000.00) |

10-Feb  TRANS FROM 1S045730
7-Jul   TRANS TO 1EM20830

| | |
|---|---|
| Transferred (to)/from Account #1-EM310-4-0 | 41,623.00 |
| | (3,898,742.00) |
| | 0.22 |
| 12/31/04 Purchases | |
| Account balance @ 12/31/04 | 0.00 |

**Account #1-EM210-4-0**

| | |
|---|---|
| Account balance @ 01/01/04 | 0.00 |
| Cost of purchases | (882,991.00) |
| Proceeds from sales | 924,614.00 |
| Transferred (to)/from Account #1-EM210-4-0 | (41,623.00) |
| Account balance @ 12/31/04 | 0.00 |

*Reconciliation*

| | | |
|---|---|---|
| | Account balance @ 01/01/04 | 0.75 |
| | 12/31/03 Purchases | 5,332,934.00 |
| + | Capital gains/(losses), stocks | 333,779.11 |
| + | Capital gains/(losses), options | 41,623.00 |
| + | Dividends, stocks | 71,181.34 |
| + | Dividends, US Treasury MM | 283.49 |
| + | Interest - T-Bills | 34,046.75 |
| +/- | Deposits/withdrawals | (1,915,106.22) |
| | | 3,898,742.22 |
| | 12/31/04 PURCHASES AT COST | (3,898,742.00) |
| | *DIFFERENCE* | 0.22 |

11

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LEILA F SOBIN                    1-EM210-3                              M


790 BOYLSTON STREET 25I
BOSTON            MA 02199


STARTING EQUITY FOR CURRENT YEAR            1,895,498.50CR
CAPITAL ADDITIONS                           3,125,197.12CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                 312,239.13CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                .75CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS   5,332,934.00   NET LONG
TOTAL EQUITY                                5,332,934.75CR

ANNUALIZED RETURN FOR CURRENT YEAR     9.71 %

12

**LEILA F SOBIN**

| Trading Accounts # | EM210 -3 -0 |
| | EM210 -4 -0 |

**Account Reconciliation**
For the Period :  *1/01/03  -  12/31/03*

**Accounts #  *EM210 -3 -0***

| | | |
|---|---|---|
| Account Balance @ | 1/01/03 | $ 0.93 |
| Cost of purchases | 12/31/02 | 1,895,498.50 |
| Cost of purchases | to  12/31/03 | 48,481,027.25 |
| Proceeds from sales | | 48,875,160.05 |
| Dividend Income | | 35,202.01 |
| Interest Income T-Bills | | 16,878.75 |
| Interest | | 0.00 |
| Capital Withdrawals/(deposits) | | 3,125,197.12 |
| Transferred to/from Acct # | EM210 -4 -0 | 133,975.00 |
| Purchases | on 12/31/03 | 5,332,934.00 |
| Federal Tax Withheld | | 0.00 |
| Account Balance @ | 12/31/03 | $ 1.11 |

**Accounts #  *EM210 -4 -0***

| | | |
|---|---|---|
| Account Balance @ | 1/01/03 | $ 0.00 |
| Cost of purchases | | 836,140.00 |
| Proceeds from sales | | 702,165.00 |
| Transferred to/from Acct # | EM210 -3 -0 | 133,975.00 |
| Account Balance @ | 12/31/03 | $ 0.00 |

Page 14

**Capital Deposits/(Withdrawals)**

| | |
|---|---|
| Jul-31-2003 | $ 3,122,470.72 |
| Jul-31-2003 | 2,726.40 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| | $ 3,125,197.12 |

**Federal Withholding**

| Date | Amount |
|---|---|
| | $ |
| | 0.00 |

13

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

LEILA F SOBIN                    1-EM210-3                              M

790 BOYLSTON STREET 25I
BOSTON          MA 02199

STARTING EQUITY FOR CURRENT YEAR                 1,664,219.92CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                      231,278.58CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE
NET MARKET VALUE OF OPEN SECURITIES POSITIONS    1,895,498.50    NET LONG
TOTAL EQUITY                                     1,895,498.50CR

ANNUALIZED RETURN FOR CURRENT YEAR     13.89 %

14

**LEILA F SOBIN**

Trading Accounts #    EM210  -3  -0
EM210  -4  -0

Account Reconciliation
For the Period :    **1/01/02   -   12/31/02**

**Accounts #    *EM210  -3  -0***

| | | |
|---|---|---|
| Account Balance @  1/01/02 | $ | 0.92 |
| Cost of purchases  12/31/01 | | 1,664,219.00 |
| Cost of purchases  12/31/02 | | 24,485,360.66 |
| Proceeds from sales | | 24,927,600.73 |
| Dividend Income | | 12,224.48 |
| Interest Income T-Bills | | 16,609.00 |
| Interest | | 0.00 |
| Capital Withdrawals/(deposits) | | 0.00 |
| Transferred to/from Acct #  EM210  -4  -0 | | 239,795.00 |
| Purchases  12/31/02 | | 1,895,498.50 |
| Federal Tax Withheld | | 0.00 |
| Account Balance @  12/31/02 | $ | (0.03) |

**Accounts #    *EM210  -4  -0***

| | | |
|---|---|---|
| Account Balance @  1/01/02 | | 0.00 |
| Cost of purchases | | 913,406.00 |
| Proceeds from sales | | 673,611.00 |
| Transferred to/from Acct #  EM210  -3  -0 | | 239,795.00 |
| Account Balance @  12/31/02 | $ | 0.00 |

Page 2

| Capital Deposits/(Withdrawals) | |
|---|---|
| Jan-01-1904 | $ 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| | $ 0.00 |

| Federal Withholding | | |
|---|---|---|
| Date | $ | Amount |
| | | 0.00 |
| | $ | 0.00 |

15

**PORTFOLIO MANAGEMENT REPORT AS OF 12/31/01**

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LEILA F SOBIN                    1-EM210-3                              M


790 BOYLSTON STREET 25I
BOSTON          MA 02199


| | | |
|---|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,449,819.62CR | |
| CAPITAL ADDITIONS | | |
| CAPITAL WITHDRAWALS | | |
| REALIZED P/L FOR CURRENT YEAR | 214,400.30CR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | |
| CURRENT CASH BALANCE | .92CR | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,664,219.00 | NET LONG |
| TOTAL EQUITY | 1,664,219.92CR | |

ANNUALIZED RETURN FOR CURRENT YEAR     14.78 %

16

**LEILA F SOBIN**

| Trading Accounts # | EM210 | -3 | -0 |
| | EM210 | -4 | -0 |

Account Reconciliation
For the Period :   **1/01/01  -  12/31/01**

**Accounts #   EM210  -3  -0**

| | | |
|---|---|---:|
| Account Balance @ 1/01/01 | | $ | 0.62 |
| Cost of purchases | 12/31/00 | | 1,449,819.00 |
| Cost of purchases | 12/31/01 | | 16,119,237.20 |
| Proceeds from sales | | | 14,660,379.93 |
| Interest | | | 57.85 |
| Dividend Income | | | 9,298.62 |
| Federal Tax Withheld | | | 0.00 |
| Disallowed Losses | 12/31/00 | | 0.00 |
| Transferred to Account # | EM210  -4  -0 | | 318.00 |
| Capital Withdrawals/(deposits) | | | 0.00 |
| Account Balance @ 12/31/01 | | $ | 0.82 |

**Accounts #   EM210  -4  -0**

| | | |
|---|---|---:|
| Account Balance @ 1/01/01 | | $ | 0.00 |
| Transferred from Account | EM210  -3  -0 | | 318.00 |
| Cost of purchases | | | 636,356.00 |
| Proceeds from sales | | | 636,038.00 |
| Account Balance @ 12/31/01 | | $ | 0.00 |

**Capital Deposits/(Withdrawals)**

| Date | Amount |
|---|---:|
| Jan-02-2001 | $ 0.00 |
| Apr-02-2001 | 0.00 |
| Jul-02-2001 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| | $ 0.00 |

**Federal Withholding**

| Date | $ Amount |
|---|---:|
| | $ 0.00 |

17

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/00

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LEILA F SOBIN                     1-EM210-3


790 BOYLSTON STREET 25I
BOSTON              MA 02199


STARTING EQUITY FOR CURRENT YEAR
CAPITAL ADDITIONS                              1,273,281.73CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                    176,537.89CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                   .62CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS  1,449,819.00   NET LONG
TOTAL EQUITY                                   1,449,819.62CR

ANNUALIZED RETURN FOR CURRENT YEAR     13.82 %

18

**LEILA F SOBIN**

| Trading Accounts # | EM210  -3  -0 |
| | EM210  -4  -0 |

Account Reconciliation
For the Period :    **1/01/00  -  12/31/00**

| **Accounts #** | | **EM210  -3  -0** | |
|---|---|---|---|
| Account Balance @ | 1/01/00 | $ | 0.73 |
| Cost of purchases | 12/31/99 | | 1,273,281.00 |
| Cost of purchases | 12/31/00 | | 22,094,856.82 |
| Proceeds from sales | | | 20,564,270.25 |
| Dividend Income | | | 5,689.66 |
| Disallowed Losses | 12/31/99 | | 0.00 |
| Transferred to Account # | EM210  -4  -0 | | (251,615.75) |
| Capital Withdrawals/(deposits) | | | 0.00 |
| Account Balance @ | 12/31/00 | $ | 0.57 |

| **Accounts #** | | **EM210  -4  -0** | |
|---|---|---|---|
| Account Balance @ | 1/01/00 | | 0.00 |
| Transferred from Account | EM210  -3  -0 | | (251,615.75) |
| Cost of purchases | | | 293,120.75 |
| Proceeds from sales | | | 544,736.50 |
| Account Balance @ | 12/31/00 | $ | 0.00 |

| | Capital Deposits/(Withdrawals) |
|---|---|
| Jan-01-1904 | $      0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| | $      0.00 |

Page 12