

Bergen, February 26, 2009

Irving H. Picard, Esq.,
**Trustee for Bernard L. Madoff Investment
Securities LLC**
**Claims Processing Center**
**2100 McKinney Ave., Suite 800**
**Dallas, TX 75201**
**USA**

Livforsikringsselskapet Nordea Liv
Norge AS
P.O. Box 7078,
5020 Bergen
Norway

Erik O. Husø
Attorney st Law
Phone number 47 982 80 116
Telefax 47 55 17 33 80
erik.o.huso@nordea.com

## CUSTOMER CLAIMS (INDIRECT CLAIMS) - BERNARD L. MADOFF INVESTMENT SECURITIES LLC (In Liquidation)

### A. CUSTOMER CLAIM

#### 1. Introduction

With reference to United States Bankruptcy Court for the Southern District of New York order of January 2, 2009 and Instruction for Completing Customer Claim Form dated December 11, 2008 from Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC.

**To begin with we want to make it clear that the claimants mentioned below where not customers of Bernard L. Madoff Investment Securities LLC directly. The investments are done in different feeder funds which were customer of Bernard L. Madoff Investment Securities LLC, either directly or through several layers of feeder funds.**

Please find enclosed customer claim forms on behalf of the following Nordea Group companies:

- Nordea Liv & Pension, Livsforsikringsselskab A/S
- Nordea Livsförsäkring Finland Ab
- Livsforsikringsselskapet Nordea Liv Norge AS
- Nordea Livförsäkring I Sverige AB (publ)
- Nordea Liv & Pension Försäkring Sverige AB (publ)

Nordea Livförsäkring I Sverige AB (publ) and Nordea Liv & Pension Försäkring Sverige AB (publ) have merged, and the new company name is Nordea Livförsäkring Sverige AB (publ). Nordea Livförsäkring Sverige AB (publ) has the legal positions of both companies, and claims with reference to both companies will in what follows be mentioned under the name **Nordea Livförsäkring Sverige AB (publ)**.

The Nordea companies have invested substantial amounts **indirectly** in Bernard L. Madoff Investment Securities LLC through **Fairfield Sentry Limited**. Further have the companies invested in two funds that also have an indirect exposure to Bernard L. Madoff Investment Securities LLC, RMF Investment Strategies SPC Class TM31 and RMF Global Emerging Managers SPC. The fund RMF Investment Strategies SPC Class TM31 has an indirect exposure to Bernard L. Madoff Investment Securities LLC through **Kingate Global Fund Ltd.** The fund RMF Global Emerging Managers SPC has an indirect Bernard L. Madoff Investment Securities LLC exposure through **Rye Select Broad Market XL Portfolio Ltd.**



Page 2

We are aware of that under the Securities Investor Protection Act ("SIPA"), an investor must as a main rule be a *"customer"* of a Securities Investor Protection Corporation ("SIPC") member broker-dealer, in order to be protected by SIPC, and that the investor generally must be owed cash and/or securities received, acquired or held by the broker-dealer for or from the investor's account in the ordinary course of the broker-dealer's business. However, we have been informed that the SIPC Board met Friday, January 30, 2009 to discuss how claims will be treated, and possibly, whether indirect investors will be treated as *"customers"* under SIPA. We also have been informed about that the question was raised during the investor meeting 20 February, 2009.

As the mentioned feeder funds with direct customer relation to Bernard L. Madoff Investment Securities LLC had customer accounts with Bernard L. Madoff Investment Securities LLC, as opposed to the persons/subjects investing in the underlying funds, it is generally thought that these feeder funds are the *"customer"*, and it is the party eligible for SIPC protection. However we are of the opinion that indirect claims falls within the definition of the legal term *"customer"*. Under SIPA, a *"customer"* is defined in relevant parts as *"any person who has deposited cash with the debtor for the purpose of purchasing securities."* This definition, can as we see it, not be subject to a strict interpretation of the wording that excludes all indirect investors.

We have based our calculations on reported values as of October 31st 2008 for Fairfield Sentry Limited, RMF Investment Strategies SPC Class TM31 and RMF Global Emerging Manages SPC. The reasoning behind this is that these funds are priced on an end of month basis, with actual valuation and reporting taking place in the weeks after month end. The fraud related to Bernard L. Madoff Investment Securities LLC became public on or around December 12th 2008, as a result the mentioned funds wrote down underlying investments with exposure to Bernard L. Madoff Investment Securities LLC when carrying out the end of November valuation.

As these investments are indirectly/through feeder funds, the Nordea companies did **not** have any accounts with Bernard L. Madoff Investment Securities LLC. Fairfield Sentry Ltd. has given us some of their account numbers with Bernard L. Madoff Investment Securities LLC, which we have mentioned/registered in the Claim Forms.

## 2.  Indirect exposure to Bernard L. Madoff Investment Securities LLC

### a.  Fairfield Sentry Limited

Livsforsikringsselskapet Nordea Liv Norge AS has been invested in Fairfield Sentry Limited since 31 December 2002, Nordea Liv & Pension, Livsforsikringsselskab A/S since 28 February 2007, Nordea Livsförsäkring Finland Ab since 31 January 2007 and Nordea Livsförsäkring Sverige AB (publ.) 30 April 2007. Country by country **initial** investments are as follows:

- Nordea Liv & Pension, Livsforsikringsselskab A/S **USD 30 000 000**
- Nordea Livsförsäkring Finland Ab **USD 15 000 000**
- Livsforsikringsselskapet Nordea Liv Norge AS **USD 3 000 000**
- Nordea Livsförsäkring Sverige AB (publ.) **USD 20 000 000**

The market value of the Nordea company's investments in Fairfield Sentry Limited as of 31 October 2008 is **USD 76 846 913** and the market value related to each of the units is:

- Nordea Liv & Pension, Livsforsikringsselskab A/S **USD 33 594 010**
- Nordea Livsförsäkring Finland Ab **USD 16 860 686**
- Livsforsikringsselskapet Nordea Liv Norge AS **USD 4 574 641**
- Nordea Livförsäkring Sverige AB **USD 21 817 576**

Livsforsikringsselskapet Nordea Liv
Norge AS
Head office: 5020 Bergen, Norway
Business reg. nmbr: 959 922 659

**Nordea**

### b.  RMF Investment Strategies SPC Class TM31 and RMF Global Emerging Managers

The Nordea companies have also invested in two other funds, RMF Investment Strategies Class TM31 and RMF Global Emerging Managers SPC, which have an exposure to Bernard L. Madoff Investment Securities LLC through other feeder funds.

RMF Investment Strategies SPC Class TM31
The fund RMF Investment Strategies SPC Class TM31 has an indirect exposure to Bernard L. Madoff Investment Securities LLC through **Kingate Global Fund Ltd.** Kingate Global Fund constitutes as of 31 October 2008 3,64% of RMF Investment Strategies SPC Class TM31.

The total market value of NLP's investment in RMF Investment Strategies SPC Class TM31 is as of 31 October 2008 USD 193 192 244, consequently the Nordea companies exposure to Bernard L. Madoff Investment Securities LLC through RMF Investment Strategies SPC Class TM31 and Kingate Global Fund Ltd is **USD 7 032 198**. For each entity this amounts to:

Nordea Liv & Pension, Livsforsikringsselskab A/S **USD 3 164 029**
Nordea Livsförsäkring Finland Ab **USD 1 875 682**
Livsforsikringsselskapet Nordea Liv Norge AS **USD 750 549**
Nordea Livförsäkring Sverige AB (publ) **USD 1 241 938**

Nordea Liv & Pension, Livsforsikringsselskab A/S, Nordea Livsförsäkring Finland Ab and Livsforsikringsselskapet Nordea Liv Norge AS have been invested in RMF Investment Strategies SPC Class TM31 since 1 November 2005. Nordea Livsförsäkring Sverige AB (publ) has been invested since 1 May 2007.

RMF Global Emerging Managers
The fund RMF Global Emerging Managers has an indirect exposure to Bernard L. Madoff Investment Securities LLC through **Rye Select Broad Market XL Portfolio Ltd.** Rye Select Broad Market XL Portfolio Ltd constitutes as of 31 October 2008 0,35% of RMF Global Emerging Managers.

The total market value of the Nordea companies investments in RMF Global Emerging Managers is as of 31 October 2008 USD 87 534 810, consequently the Nordea companies exposure to Bernard L. Madoff Investment Securities LLC through RMF Global Emerging Managers and Rye Select Broad Market XI Portfolio Ltd is **USD 309 975**. For each entity this amounts to:

Nordea Liv & Pension, Livsforsikringsselskab A/S **USD 154 987**
Nordea Livsförsäkring Finland Ab **USD 46 496**
Livsforsikringsselskapet Nordea Liv Norge AS 46 496
Nordea Livförsäkring Sverige AB (publ) **USD 61 995**

The Nordea entities have been invested in RMF Global Emerging Managers since 1 November 2007.

### c.  The total indirect exposure to Bernard L. Madoff Investment Securities LLC

The Nordea companies total indirect exposure towards Bernard L. Madoff Investment Securities LLC (through Fairfield Sentry + RMF Investment Strategies SPC Class TM31 + RMF Global Emerging Managers) is as of 31 October 2008 **USD 84 189 086.**

Livsforsikringsselskapet Nordea Liv
Norge AS
Head office: 5020 Bergen, Norway
Business reg. nmbr: 959 922 659



Page 4

3. **Return receipt**

If possible, please sign one of the documents in the confirmation section beneath, and return it to the following address:

**Nordea Liv Norge AS
Att. Erik O. Husø
P.O. Box 7078
5020 Bergen
Norway**

Questions can be directed to the undersigned on phone number **47 55 17 32 87 or 47 98 28 01 16.**

Erik O. Husø
Attorney at Law
Nordea Group Legal

Enclosures; see list on next page.

---

**On behalf of:**

**Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201
USA**

**I/we hereby confirm that I/we have received CUSTOMER CLAIM FILINGS with BERNARD L. MADOFF INVESTMENT SECURITIES LLC (In Liquidation) for the following entities:**

- **Nordea Liv & Pension, Livsforsikringsselskab A/S**
- **Nordea Livsförsäkring Finland Ab**
- **Livsforsikringsselskapet Nordea Liv Norge AS**
- **Nordea Livförsäkring Sverige AB (publ.)**

---

**[Signature and date of confirmation]**

**CUSTOMER CLAIM**

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: _LUSFORSIKRINGSSELSKAPET NORDEA LIV NORGE AS_
Mailing Address: _P.O. BOX 7078, 5020 BERGEN, NORWAY_
City: _____ State: _____ Zip: _____
Account No.: _1-FN012-3-0, 1-FN045-3-0, 1-FN-069-4-0, 1-FN-070-4-0_ _(FAIRFIELD ACCOUNT_
Taxpayer I.D. Number (Social Security No.): _98-0397535 (EIN)_ _NUMBERS)_

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.   Claim for money balances as of **December 11, 2008**:

                                                                                    SEE

    a.    The Broker owes me a Credit (Cr.) Balance of      $_____ ATTACHMENT

    b.    I owe the Broker a Debit (Dr.) Balance of          $_____

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.                               $_____

    d.    If balance is zero, insert "None."               _____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | |
| c. | If yes to either, please list below: | | |

|  |  | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | *SEE ATTACHMENT* | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:**  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: _____
_____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _20.2.09_ _____    Signature _____

Date _20. 02. 2009_ ____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**CUSTOMER CLAIM**

Claim Number_____

Date Received_____

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008**

(Please print or type)

Name of Customer: _NORDEA LIVFORSAKRING  SVERIGE  AB_
Mailing Address: _C/O  NORDEA LIV , P.O. BOX 7078, 5020 BERGEN, NORWAY_
City: _____    State: _____    Zip: _____
Account No.: _1-FN012-3-0, 1-FN045-3-0, 1-FN-069-4-0,   1-FN-070-4-0_
Taxpayer I.D. Number (Social Security No.): _98 - 042 1191_

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of        $_____    SEE
                                                                      ATTACHMENT

    b.    I owe the Broker a Debit (Dr.) Balance of            $_____

    c.    If you wish to repay the Debit Balance,
        please insert the amount you wish to repay and
        attach a check payable to "Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC."
        If you wish to make a payment, **it must be enclosed**
        with this claim form.                                $_____

    d.    If balance is zero, insert "None."                _____

502180406                            1

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

| | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | |
| c. | If yes to either, please list below: | | |

|  |  | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | *SEE ATTACHMENT* | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date ___19/2-09___    Signature _____

Date ___19/2-09___    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**CUSTOMER CLAIM**

Claim Number_____

Date Received_____

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008**

(Please print or type)

Name of Customer: _NORDEA LIV & PENSION LIVSFORSIKRINGSSELSKAB A/S_
Mailing Address: _c/o NORDEA LIV, P.O. BOX 7078, 5020 BERGEN, NORWAY_
City: _____ State: _____ Zip: _____
Account No.: _1-FN012-3-0, 1-FN045-3-0, 1-FN-069-4-0, 1-FN-070-4-0_   (FAIRFIELD ACCOUNT
Taxpayer I.D. Number (Social Security No.): _98-054-6725 (EIN)_   NUMBERS)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.   Claim for money balances as of **December 11, 2008**:

    a.   The Broker owes me a Credit (Cr.) Balance of   $_____   SEE ATTACHMENT

    b.   I owe the Broker a Debit (Dr.) Balance of   $_____

    c.   If you wish to repay the Debit Balance,

       please insert the amount you wish to repay and

       attach a check payable to "Irving H. Picard, Esq.,

       Trustee for Bernard L. Madoff Investment Securities LLC."

       If you wish to make a payment, **it must be enclosed**

       with this claim form.   $_____

    d.   If balance is zero, insert "None."   _____

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | *SEE ATTACHMENT* | | |
| | | | |
| | | | |
| | | | |
| | | | |

(Header above last two columns: Number of Shares or <u>Face Amount of Bonds</u>)

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

502180406

4

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____  Signature _____
Peter Schmiegelow

Date ___CIO__20/2 - 2009___  Signature _____
IO 20/2 - 2009
Søren Kristensen

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.,* corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: _NORDEA LIVSFORSAKRING  FINLAND  AB_____

Mailing Address: _C/O NORDEA LIV, P.O. BOX 7078, 5020 BERGEN, NORWAY_

City: _____ State: _____ Zip: _____

Account No.: _1-FN012-3-0, 1-FN045-3-0, 1-FN-069-4-0, 1-FN-070-4-0_ _(FAIRFIELD ACCOUNT_
_NUMBERS)_

Taxpayer I.D. Number (Social Security No.): _98-0420303  (EIN)_

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of        $_____  _SEE_
                                                                                                               _ATTACHMENT_

    b.    I owe the Broker a Debit (Dr.) Balance of        $_____

    c.    If you wish to repay the Debit Balance,

            please insert the amount you wish to repay and

            attach a check payable to "Irving H. Picard, Esq.,

            Trustee for Bernard L. Madoff Investment Securities LLC."

            If you wish to make a payment, **it must be enclosed**

            with this claim form.                                                $_____

    d.    If balance is zero, insert "None."                        _____

2.    Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | SEE ATTACHMENT | | |
| | | | |
| | | | |
| | | | |
| | | | |

Number of Shares or Face Amount of Bonds

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                                    2

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|     |     | YES | NO |
|-----|-----|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date ___23.2.2009___    Signature _____

Date ___23.2.2009___    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

NATIONAL BOARD OF PATENTS AND REGISTRATION OF FINLAND

EXTRACT FROM THE TRADE REGISTER

Company name:    Nordea Henkivakuutus Suomi Oy

Business Identity Code:    0927072-8
Trade Register Number:    560.567
Company Registered:    14.04.1993
Company Form:    joint-stock insurance company
Domicile:    Helsinki
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Company's Contact Information:
Mailing Address: Aleksis Kivenkatu 9, 00020 Nordea
Visiting Address: Aleksis Kivenkatu 9, 00500 Helsinki

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Register entries:

COMPANY NAME (registered 03.12.2001)
Nordea Henkivakuutus Suomi Oy.

- - - - - - - -

PARALLEL COMPANY NAME (registered 03.12.2001)
Parallel company name (English): Nordea Life Assurance Finland
Ltd.

- - - - - - - -

DOMICILE (registered 10.05.2006)
Helsinki.

- - - - - - - -

SHARE CAPITAL (registered 02.01.2001)
Share capital: €24,488,162.09, paid in full.
Number of shares: 145,600
Book equivalent value of a share: €168.19.
The accounting par value is not an exact value.

- - - - - - - -

BOARD OF DIRECTORS (registered 21.12.2007)
Chairperson:
Carl Johan Sidenmark
Ordinary members:
Markku Antero Haapasalmi
Jukka Tapani Venäläinen

Certified Copy
Erik O. Husø
Attorney at Law

Certified Copy
Erik O. Husø
Attorney at Law