# EXHIBIT 1

# EXHIBIT 1
List of Feeder Funds[1] that Invested in Bernard L. Madoff Investment Securities, LLC ("BLMIS")

| Feeder Fund Account Name[2] | Feeder Fund Name[3] | Feeder Fund Account Number[4] | Claim Filed by Feeder Fund | Total Objections Received from Claimants Without An Account[5] ("Objecting Claimants") |
|---|---|---|---|---|
| Andover Associates LP | Andover Associates LP | 1A0061 | Yes (008317) | 81 |
| Ariel Fund LTD | Ariel Fund Limited | 1FR070 | Yes (005652) | 14 |
| Ascot Partners LP | Ascot Partners, LP | 1A0058 | Yes (005317) | 62 |
| Beacon Associates LLC | Beacon Associates LLC | 1B0118 | Yes (008318) | 506 |
| Citco Global Custody NV FBO Fairfield Sentry LTD | Fairfield Sentry Limited | 1FN012 | Yes (007898 and 011234) | 77 |
| Citco Global Custody NV FBO Fairfield Sentry LTD | Fairfield Sentry Limited | 1FN045 | Yes (008037 and 011429) | 3 |
| Fairfield Sentry Limited | Fairfield Sentry Limited | 1FN069 | Yes (011251) | 104 |
| Fairfield Sentry Limited | Fairfield Sentry Limited | 1FN070 | Yes (011310) | 2 |
| Gabriel Capital LP | Gabriel Capital, LP | 1G0321 | Yes (005868) | 12 |
| Greenwich Sentry LP | Greenwich Sentry LP | 1G0092 | Yes (007897) | 17 |
| Greenwich Sentry Partners LP | Greenwich Sentry Partners, LP | 1G0371 | Yes (007896) | 4 |
| HSBC Securities Services (Luxembourg) SA Spec Cust Acct for Herald Fund SPC-Herald USA | Herald Fund SPC-Herald USA | 1FR109 | Yes (010817) | 233 |
| Kingate Euro Fund LTD | Kingate Euro Fund Ltd. - In Liquidation | 1FN086 | Yes (015358) | 8 |
| Kingate Global Fund LTD | Kingate Global Fund Ltd. - In Liquidation | 1FN061 | Yes (015359) | 12 |
| Maxam Absolute Return Fund LP | Maxam Absolute Return Fund LP | 1M0232 | Yes (004554) | 45 |
| Rye Select Broad Mkt Fund LP | Rye Select Broad Market Fund, L.P. | 1T0027 | Yes (006237) | 207 |
| Rye Select Broad Market Insurance Portfolio LDC | Rye Select Broad Market Insurance Portfolio, LDC | 1FR010 | Yes (006230) | 4 |
| Rye Select Broad Market Portfolio Limited | Rye Select Broad Market Portfolio Limited | 1FR080 | Yes (006238) | 2 |
| Rye Select Broad Market Prime Fund, LP | Rye Select Broad Market Prime Fund, LP | 1C1260 | Yes (011041 and 013043) | 378 |
| | | | | Total: 1,771 |

---

[1] The 16 feeder funds whose investors are the subject of this Motion (the "Feeder Funds") share the following characteristics: (1) they are legal entities (i.e., capable of owning property and of suing or being sued) that were created as investment vehicles; (2) they obtained monies that they used for investment by selling (directly or indirectly) ownership interests in themselves to the Objecting Claimants and other persons; (3) the Feeder Funds' managers and administrators, not the Objecting Claimants, had responsibility for managing and directing the Feeder Funds' investments; (4) they invested directly with BLMIS and had BLMIS accounts, according to the books and records of the Debtor; and (5) they do not include ERISA plans (and other entities whose property is treated as ERISA plan property), trusts, or pass-through, self-directed, or custodial investment vehicles such as banks, brokers or dealers.

[2] As per the available books and records of BLMIS.

[3] According to claim filed with the Trustee.

[4] As per the available books and records of BLMIS.

[5] The "Claimants Without An Account" (also called the "Objecting Claimants") constitute, for purposes of this motion, claimants who made claims based upon losses suffered not in accounts in their own names but in the Feeder Funds' accounts with BLMIS.