# EXHIBIT 4

# Securities Investor Protection Corporation,

## v.

# Bernard L. Madoff Investment Securities LLC.

# In re: Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, Debtors

**Case No. 08-1789 (BRL)**
**SIPA Liquidation**
**(Substantively Consolidated)**

**Exhibits 4-82 to the Declaration of David J. Sheehan are available for review upon written or telephonic request to**:

**Baker & Hostetler LLP**
**45 Rockefeller Plaza**
**New York, NY 10111**
**Attn:  Daniel Biegelman, Esq.**
**Tel:  (212) 589-2834**
**Email: dbiegelman@bakerlaw.com**