# TREZZA MANAGEMENT, INC.

*Making Real Estate Manageable*



June 9, 2010

Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

RE: Bankruptcy Case # 08-1789

To Whom It May Concern:

The accounting I received does not accurately reflect the amount of money I deposited with Bernard L. Madoff referencing bankruptcy case # 08-1789.

On May 29th, 1997, $481,067.58 was transferred from # 1G003910 to account # 1G0272 which was only credited for $126,000.00.

On July 1st, 2002, $25,000.00 was transferred from account # 1G026430 to # 1G0272 which was not credited.

I am disputing the amount that was credited to my account (see table 1).

Sincerely,

Ludmilla Goldberg

*224 Pacific Street • Brooklyn, NY 11201 • (718) 624-5226 • Fax (718) 624-6542 • Trezzainc@aol.com*

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 5/29/1997 | TRANS FROM 1G003910 | $481,067.58 | $126,000.00 |
| 6/26/1998 | CHECK | $300,000.00 | $300,000.00 |
| 7/1/2002 | TRANS FROM 1G026430 | $25,000.00 | $0.00 |
| **Total Deposits:** | | $806,067.58 | $426,000.00 |

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 10/1/1997 | CHECK | ($18,000.00) | ($18,000.00) |
| 12/11/1997 | CHECK | ($8,000.00) | ($8,000.00) |
| 5/1/1998 | CHECK | ($6,000.00) | ($6,000.00) |
| 6/12/1998 | CHECK | ($300,000.00) | ($300,000.00) |
| 11/20/1998 | CHECK | ($27,000.00) | ($27,000.00) |
| 8/4/1999 | CHECK | ($5,000.00) | ($5,000.00) |
| 10/12/1999 | CHECK | ($28,000.00) | ($28,000.00) |
| 1/4/2000 | CHECK | ($6,000.00) | ($6,000.00) |
| 7/5/2000 | CHECK | ($6,000.00) | ($6,000.00) |
| 10/3/2000 | CHECK | ($30,000.00) | ($30,000.00) |
| 1/5/2001 | CHECK | ($5,000.00) | ($5,000.00) |
| 4/3/2001 | CHECK | ($15,000.00) | ($15,000.00) |
| 10/16/2001 | CHECK | ($25,000.00) | ($25,000.00) |
| 12/27/2001 | CHECK | ($25,000.00) | ($25,000.00) |
| 5/29/2002 | CHECK | ($25,000.00) | ($25,000.00) |
| 11/5/2002 | CHECK | ($25,000.00) | ($25,000.00) |
| 12/31/2002 | CHECK | ($10,000.00) | ($10,000.00) |
| 4/23/2003 | CHECK | ($5,000.00) | ($5,000.00) |
| 8/8/2003 | CHECK | ($5,000.00) | ($5,000.00) |
| 10/10/2003 | CHECK | ($33,000.00) | ($33,000.00) |
| 4/15/2004 | CHECK | ($15,000.00) | ($15,000.00) |
| 10/19/2004 | CHECK | ($25,000.00) | ($25,000.00) |
| 2/9/2005 | CHECK | ($30,000.00) | ($30,000.00) |
| 7/21/2005 | CHECK | ($9,000.00) | ($9,000.00) |
| 10/7/2005 | CHECK | ($20,000.00) | ($20,000.00) |
| 12/22/2005 | CHECK | ($5,000.00) | ($5,000.00) |
| 4/13/2006 | CHECK | ($11,000.00) | ($11,000.00) |
| 8/3/2006 | CHECK | ($10,000.00) | ($10,000.00) |
| 11/10/2006 | CHECK | ($13,250.00) | ($13,250.00) |
| 1/31/2007 | CHECK | ($328,000.00) | ($328,000.00) |
| 4/11/2007 | CHECK | ($10,000.00) | ($10,000.00) |
| 5/1/2007 | STOP PAYMENT | $10,000.00 | $10,000.00 |
| 5/1/2007 | CHECK | ($10,000.00) | ($10,000.00) |
| 8/2/2007 | CHECK | ($10,000.00) | ($10,000.00) |
| 11/7/2007 | CHECK | ($30,000.00) | ($30,000.00) |