June 1, 2010
Clerk of the United States Bankruptcy Court for the
Southern District of New York
and
Irving H. Picard, Trustee c/o
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111



Dear Sirs:

Please be advised I am in receipt of your communication. In respect to your letter dated 5-14-2010 advising of trustees determination of claim I am totally confused by your statement "your claim for securities is DENIED, no securities were ever purchased for your account".
Not withstanding the allegations and references to "BLMIS" monies, the Table 1 schedule of deposits and withdrawals which was enclosed does not strike a familiar note or recollection in any manner whatsoever.
For the record, I am 87 years of age, under doctors care and on several prescribed medications which render me incapable of being outside my home for any length of time. My inability to drive as well as my need for bathroom facilities makes it impossible for me to travel and/ or be present at any hearings.
In addition, let it be noted after I was drafted (Jan. 1943), honorably discharged 1946, I then went on to be a NYC police officer until my retirement from same in April 1965. As of the date of this communication My police pension and social security are my sole sources of income.

This letter supercedes any earlier communication.

Thanking you for your consideration and compassion with regard to the above circumstances. Please advise accordingly.

Sincerely,

Murray Gold



Mr Murray Gold
13759 Date Palm Ct
Delray Beach, FL 33484



Clerk of the US Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004

