SILVERMANACAMPORA LLP
Attorneys for Talon Air, Inc.
100 Jericho Quadrangle Suite 300
Jericho, New York 11753
516-479-6300
Adam L. Rosen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                              Adv. Pro. No. 08-01789 (BRL)

                Plaintiff,                     SIPA LIQUIDATION

   v.
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
-----------------------------------------------------------------x

In re:

BERNARD L. MADOFF,                                        Chapter 7

                Debtor.                       Case No. 09-11893 (BRL)

-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION OF TALON AIR, INC. FOR
ORDER (A) COMPELLING BLMIS TRUSTEE TO PAY AMOUNTS OWED
UNDER AIRCRAFT MANAGEMENT AGREEMENT, (B) FIXING TIME FOR
BLMIS TRUSTEE TO ASSUME OR REJECT AIRCRAFT MANAGEMENT AGREEMENT AND
(C) MODIFYING STAYS TO PERMIT TERMINATION OF AIRCRAFT LEASE AGREEMENT**

PLEASE TAKE NOTICE, that Talon Air, Inc., a creditor of Bernard L. Madoff Investment Securities LLC, the above-captioned Chapter 7 Debtor, hereby withdraws, without prejudice, the following motion which is currently scheduled to be heard by the Court on June 17, 2010 at 10:00 a.m.:

GMD/D306433v/F056429

- *Motion of Talon Air, Inc. for Order (A) Compelling BLMIS Trustee to Pay Amounts Owed Under Aircraft Management Agreement, (B( Fixing Time for BLMIS Trustee to Assume or Reject Aircraft Management Agreement and (C) Modifying Stays to Permit Termination of Aircraft Lease Agreement.*

Dated: Jericho, New York
       June 14, 2010

                               **SILVERMANACAMPORA LLP**
                               Attorneys for Talon Air, Inc.

                               By:   s/ Adam L. Rosen
                                   Adam L. Rosen
                             100 Jericho Quadrangle, Suite 300
                             Jericho, New York 11753
                             (516) 479-6300