| Caption: | Securities Investor Protection Corporation, Plaintiff, v. Bernard L. Madoff Investment Securities, LLC, Defendant |
|---|---|
| Adv. Proc. No.: | 08-01789 (BRL) SIPA Liquidation |
| EXHIBIT A | **Objection of Laurel Kohl and Jodi Kohl J/T WROS to Notice of Trustee's Determination of Claim** |

# EXHIBIT A

EXHIBIT A

# CUSTOMER CLAIM

Claim Number _____
Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

RECEIVED
FEB 27 2009
By _____

## DECEMBER 11, 2008

(Please print or type)

Name of Customer: Laurel Kohl and Jodi Kohl  J/T WROS
Mailing Address: c/o Okin, Hollander & DeLuca, LLP  One Parker Plaza, 400 Kelby Street
City: Fort Lee                              State: NJ                Zip: 07024
Account No.: 1 EM100-3-0 *
Taxpayer I.D. Number (Social Security No.): ******4408
*Prior to 2008, this account was maintained in the name of Laurel Kohl.

**NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE** TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE **RECEIVED BY** THE **TRUSTEE ON OR BEFORE** March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR **BEFORE** July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO **BEING** SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT **REQUESTED.**

***************************************************************************

1. Claim for money balances as of **December 11, 2008:**

   a. The Broker owes me a Credit (Cr.) Balance of        $4,792,965.62**
   b. I owe the Broker a Debit (Dr.) Balance of           $     -0-
   c. If you wish to repay the Debit Balance,
      please insert the amount you wish to repay and
      attach a check payable to "Irving H. Picard, Esq.,
      Trustee for Bernard L. Madoff Investment Securities LLC."
      If you wish to make a payment, **it must be enclosed**
      with this claim form.                               $ Not Applicable
   d. If balance is zero, insert "None."                  None

---

** This balance is derived from the Customers' statement for the period ending November 30, 2008. Customers have no knowledge of any adjustments made to their statement after that date. Customers reserve the right to amend this claim based upon their continuing investigation and other disclosures regarding the activities of the Broker.

502180406                                    1

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | No |
|---|---|---|---|
| a. | The Broker owes me securities | X |   |
| b. | I owe the Broker securities |   | X |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |

Please see the Customer's Statement dated for the period ending

November 30, 2008 attached hereto as Exhibit "A" and incorporated

herein by reference. Said statement reflects the securities which the Broker

represented it acquired on behalf of the Customers.

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.** See attached Exhibit "B" which is incorporated herein by reference.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                                    2

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Paul S. Hollander Esq., Okin, Hollander & DeLuca, LLP, One Parker Plaza, 400 Kelby Street, Fort Lee, NJ 07024 and Stuart Meyers, CPA, Dorfman Abrams Music, LLC, 21-00 Route 208 South, Fair Lawn, NJ 07410.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _2/25/09_          Signature _Laurel Kohl_

Date _2/26/09_          Signature _Jodi Kohl_

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                              4

# EXHIBT A

MADF INVESTMENT SECURITIES LLC
New York ☐ London

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley
Mayfair, London W1J
Tel 020 7493

**PERIOD ENDING:** 11/30/08
**PAGE:** 1

LAUREL KOHL
JODI M KOHL J/T WROS

8-17 PLYMOUTH DRIVE
FAIRLAWN    NJ    07410

**YOUR ACCOUNT NUMBER:** 1-EM100-3-0
**YOUR TAX PAYER IDENTIFICATION NUMBER:** ******4408

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 333,108.00 | |
| /12 | 2,678 | | 3053 | WAL-MART STORES INC | 55.830 | 149,619.74 | |
| /12 | 1,751 | | 3555 | INTERNATIONAL BUSINESS MACHS | 87.270 | 152,879.77 | |
| /12 | 6,489 | | 7379 | EXXON MOBIL CORP | 72.830 | 473,177.32 | |
| /12 | 7,107 | | 7881 | INTEL CORP | 14.510 | 103,406.57 | |
| /12 | 3,399 | | 12207 | JOHNSON & JOHNSON | 59.580 | 202,647.42 | |
| /12 | 4,635 | | 16533 | J.P. MORGAN CHASE & CO | 38.530 | 178,771.55 | |
| /12 | 2,472 | | 20858 | COCA COLA CO | 44.560 | 110,497.52 | |
| /12 | 1,442 | | 25184 | MCDONALDS CORP | 55.370 | 79,900.54 | |
| /12 | 2,678 | | 29510 | MERCK & CO | 28.550 | 76,563.90 | |
| /12 | 9,785 | | 33836 | MICROSOFT CORP | 21.810 | 213,801.85 | |
| /12 | 4,944 | | 38162 | ORACLE CORPORATION | 17.300 | 85,728.20 | |
| /12 | 1,957 | | 51140 | PEPSICO INC | 56.410 | 110,472.37 | |
| /12 | 1,133 | | 51642 | APPLE INC | 100.780 | 114,223.74 | |
| /12 | 8,343 | | 55466 | PFIZER INC | 16.940 | 141,663.42 | |
| /12 | 1,957 | | 55968 | ABBOTT LABORATORIES | 54.610 | 106,949.77 | |
| /12 | 3,708 | | 59792 | PROCTER & GAMBLE CO | 64.080 | 237,756.64 | |
| /12 | 1,339 | | 60294 | AMGEN INC | 59.160 | 79,268.24 | |
| /12 | 2,575 | | 64118 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 112,373.00 | |
| /12 | 6,160 | | 64620 | BANK OF AMERICA | 21.590 | 133,673.20 | |
| /12 | 2,060 | | 68444 | QUALCOMM INC | 33.770 | 69,648.20 | |
| /12 | 6,695 | | 68946 | CITI GROUP INC | 12.510 | 84,021.45 | |
| /12 | 1,545 | | 72770 | SCHLUMBERGER LTD | 49.480 | 76,507.60 | |
| /12 | 3,708 | | 73272 | COMCAST CORP CL A | 16.510 | 61,367.08 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF INVESTMENT SECURITIES LLC
☐ New York ☐ London

(212) 230-2424
800 334-1343
Fax (212) 838-4061

Mayfair, London W1J
Tel 020 7493

LAUREL KOHL
JODI M KOHL J/T WROS

8-17 PLYMOUTH DRIVE
FAIRLAWN    NJ    07410

PERIOD ENDING: 11/30/08    PAGE: 2
YOUR ACCOUNT NUMBER: 1-EM100-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4408

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT C TO YOUR A |
|---|---|---|---|---|---|---|---|
| /12 | 7,313 | | 77096 | AT&T INC | 27 | 197,743.00 | |
| /12 | 1,654 | | 77598 | CONOCOPHILIPS | 52.510 | 97,427.54 | |
| /12 | 1,236 | | 81422 | UNITED PARCEL SVC INC CLASS B | 52.040 | 64,370.44 | |
| /12 | 7,519 | | 81924 | CISCO SYSTEMS INC | 16.730 | 126,092.87 | |
| /12 | 2,163 | | 85748 | U S BANCORP | 29.530 | 63,959.39 | |
| /12 | 2,575 | | 86250 | CHEVRON CORP | 73.430 | 189,185.25 | |
| /12 | 1,236 | | 90074 | UNITED TECHNOLOGIES CORP | 53.160 | 65,754.76 | |
| /12 | 13,081 | | 90576 | GENERAL ELECTRIC CO | 19.630 | 257,303.03 | |
| /12 | 3,502 | | 94400 | VERIZON COMMUNICATIONS | 30.410 | 106,635.82 | |
| /12 | 309 | | 94902 | GOOGLE | 337.400 | 104,268.60 | |
| /12 | 4,326 | | 98726 | WELLS FARGO & CO NEW | 29.800 | 129,087.80 | |
| /12 | 3,090 | | 99228 | HEWLETT PACKARD CO | 34.900 | 107,964.00 | |
| /12 | | 4,700,000 | 21338 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 4,696, |
| /12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | |
| /12 | | 4,795 | 16437 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 4, |
| /12 | 16,265 | | 25806 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,265.00 | |
| /19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MADF INVESTMENT SECURITIES LLC**
New York ☐ London

Mayfair, London W1.
Tel 020 749!

(212) 230-2424
800 334-1343
Fax (212) 838-4061

LAUREL KOHL
JODI M KOHL J/T WROS

8-17 PLYMOUTH DRIVE
FAIRLAWN    NJ    07410

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-EM100-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4408
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /19 |  | 16,265 | 51097 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 |  | 16 |
| /19 | 325,000 |  | 55719 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 324,759.50 |  |
| /19 | 96 |  | 60136 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 96.00 |  |
|  |  |  |  | NEW BALANCE |  | 620,889.90 |  |
|  |  |  |  | SECURITY POSITIONS | MKT PRICE |  |  |
|  | 7,313 |  |  | AT&T INC | 28.560 |  |  |
|  | 1,957 |  |  | ABBOTT LABORATORIES | 52.390 |  |  |
|  | 1,339 |  |  | AMGEN INC | 55.540 |  |  |
|  | 1,133 |  |  | APPLE INC | 92.670 |  |  |
|  | 6,180 |  |  | BANK OF AMERICA | 16.250 |  |  |
|  | 2,575 |  |  | CHEVRON CORP | 79.010 |  |  |
|  | 7,519 |  |  | CISCO SYSTEMS INC | 16.540 |  |  |
|  | 6,695 |  |  | CITI GROUP INC | 8.290 |  |  |
|  | 2,472 |  |  | COCA COLA CO | 46.870 |  |  |
|  | 3,708 |  |  | COMCAST CORP CL A | 17.340 |  |  |
|  | 1,854 |  |  | CONOCOPHILIPS | 52.520 |  |  |
|  | 6,439 |  |  | EXXON MOBIL CORP | 80.150 |  |  |
|  | 13,081 |  |  | GENERAL ELECTRIC CO | 17.170 |  |  |
|  |  |  |  | CONTINUED ON PAGE 4 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MADF INVESTMENT SECURITIES LLC**
New York ☐ London

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Mayfair, London W1
Tel 020 749.

**PAGE** 4
**PERIOD ENDING** 11/30/08
**YOUR TAX PAYER IDENTIFICATION NUMBER** ********4408
**YOUR ACCOUNT NUMBER** 1-EM100-3-0

LAUREL KOHL
JODI M KOHL J/T WROS

8-17 PLYMOUTH DRIVE
FAIRLAWN       NJ   07410

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT C TO YOUR A |
|---|---|---|---|---|---|---|---|
| | 309 | | | GOOGLE | 292.960 | | |
| | 3,090 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 7,107 | | | INTEL CORP | 13.800 | | |
| | 1,751 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 4,635 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 3,399 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 10,442 | | | MCDONALDS CORP | 58.750 | | |
| | 2,678 | | | MERCK & CO | 26.720 | | |
| | 9,785 | | | MICROSOFT CORP | 20.220 | | |
| | 4,944 | | | ORACLE CORPORATION | 16.090 | | |
| | 1,957 | | | PEPSICO INC | 56.700 | | |
| | 8,343 | | | PFIZER INC | 16.430 | | |
| | 2,575 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 3,708 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 2,060 | | | QUALCOMM INC | 33.570 | | |
| | 1,545 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 96 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 2,163 | | | U S BANCORP | 26.980 | | |
| | 1,236 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 325,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/25/2009   3/26/2009 | | | |
| | 1,236 | | | UNITED TECHNOLOGIES CCRP | 48.520 | | |
| | | | | CONTINUED ON PAGE  5 | | | |



**MADF INVESTMENT SECURITIES LLC**
New York ☐ London

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley
Mayfair, London W1
Tel 020 749:

PAGE 5
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******4408
YOUR ACCOUNT NUMBER 1-EM100-3-0

LAUREL KOHL
JODI M KOHL J/T WROS

6-17 PLYMOUTH DRIVE
FAIRLAWN    NJ    07410

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT C TO YOUR A |
|---|---|---|---|---|---|---|
| 3,502 |  |  | VERIZON COMMUNICATIONS | 32.650 |  |  |
| 2,678 |  |  | WAL-MART STORES INC | 55.880 |  |  |
| 4,326 |  |  | WELLS FARGO & CO NEW | 28.890 |  |  |
|  |  |  | MARKET VALUE OF SECURITIES |  |  |  |
|  |  |  | LONG       SHORT |  |  |  |
|  |  |  | 4,863,005.62 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



MADF INVESTMENT SECURITIES LLC
New York ☐ London

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Mayfair, London W1
Tel 020 749:

LAUREL KOHL
JODI M KOHL J/T WROS

8-17 PLYMOUTH DRIVE
FAIRLAWN    NJ    07410

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4408
YOUR ACCOUNT NUMBER: 1-EM100-3-0
PAGE: 6

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 36 |
| | | | | GROSS PROCEEDS FROM SALES | | | 31,680 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley
Mayfair, London W1
Tel 020 749:

LAUREL KOHL
JODI M KOHL J/T WROS
8-17 PLYMOUTH DRIVE
FAIRLAWN    NJ    07410

YOUR ACCOUNT NUMBER: 1-EM100-4-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4408
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT C TO YOUR A |
|---|---|---|---|---|---|---|---|
| 12 | | | | BALANCE FORWARD | | | 333 |
| /12 | | 103 | 42488 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 162 |
| /12 | 103 | | 46814 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 133,443.00 | |
| /19 | | 103 | 32919 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 267 |
| /19 | 103 | | 37244 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 309,103.00 | |
| /19 | 103 | | 41569 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 31,003.00 | |
| /19 | | 103 | 45894 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 380. |
| | | | | NEW BALANCE | | | 620, |
| | | | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | 103 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG         SHORT 169,750.00    239,990.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBT B

Exhibit B to Customer Claim
Submitted on behalf of Laurel Kohl and
Jodi Kohl J/T WROS Account No. 1 EM100-3-0

Deposits Into and Withdrawals from
Account No. 1 EM100-3-0 for
the period May 2, 1999 through
December 11, 2008

| Date | Deposits | Withdrawals |
|---|---|---|
| 5.02.1999 | | $250,000.00 |
| 3.8.2000 | $200,000.00 | |
| 11.25.2002 | | $250,000.00 |
| 9.15.2003 | | $250,000.00 |
| 12.9.2003 | | $175,000.00 |
| 12.23.2003 | | $100,000.00 |
| 1.3.2005 | | $500,000.00 |
| 4.16.2007 | | $500,000.00 |
| 4.20.2007 | $200,000.00 | |
| 11.23.2007 | | $200,000.00 |
| 4.21.2008 | | $300,000.00 |
| 5.7.2008 | $567,473.91 | |
| 10.21.2008 | | $808,000.00 |

The information contained in this Exhibit B has been derived from Customer Statements provided by the Broker with respect to the referenced account for the period described above. At present, the above referenced Customers have been unable to locate any Customer Statements predating the period shown. The Customers are continuing their investigation and, to the extent additional information is obtained, they reserve their right to amend this Customer Claim. The information contained in this Exhibit B is subject to the Customers' continuing review and possible audit of the Broker's Customer Statements from which the information provided hereinabove was obtained.