# EXHIBIT A



COPY

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008[1]

### NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

May 17, 2010

The Douglas G. Brown Revocable Trust
11 Meadowcroft Lane
Greenwich, Connecticut 06830

Dear The Douglas G. Brown Revocable Trust:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claims on BLMIS Account No. 1B0139 designated as Claim Number 001690 and Claim Number 015094 (the latter of which is duplicative of Claim Number 001690) and combined ("Combined Claim") for purposes of this determination. This letter shall serve as the Trustee's determination with respect to the Combined Claim:

Your Combined Claim for securities is **DENIED**. No securities were ever purchased for your account.

Your Combined Claim is **ALLOWED** for $24,755.18 (the "Allowed Claim"), which was the balance in your BLMIS Account on the Filing Date based on the amount of money you deposited with BLMIS for the purchase of securities, <u>less</u> subsequent withdrawals, as more fully set forth in Table 1 annexed hereto and made a part hereof.

---

[1] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

300085227.1

COPY

Your **ALLOWED CLAIM** of $24,755.18 will be satisfied in the following manner:

The enclosed **ASSIGNMENT AND RELEASE** must be executed, notarized and returned in the envelope provided herewith. Upon receipt of the executed and notarized **ASSIGNMENT AND RELEASE**, the Trustee will fully satisfy your **ALLOWED CLAIM** by sending you a check in the amount of $24,755.18, with the funds being advanced by Securities Investor Protection Corporation pursuant to section 78fff-3(a)(1) of SIPA.

**On March 1, 2010, the United States Bankruptcy Court for the Southern District of New York (Lifland, J.) issued a decision which affirmed the Trustee's Net Investment Method for determining customer claims. The final resolution of this issue is expected to be determined on appeal.**

**Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.**

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after May 17, 2010, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.



**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York  10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York  10111

_____
Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

cc:   Christopher Van De Kieft, Esq.
      Seeger Weiss LLP
      One William Street
      New York, New York 10004

| | DEPOSITS | | |
|---|---|---|---|
| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
| 3/3/1997 | CHECK | $400,000.00 | $400,000.00 |
| 3/27/1997 | TRANS FROM 1B007210 | $412,218.87 | $0.00 |
| 3/27/1997 | TRANS FROM 1B007210 | $369.00 | $0.00 |
| 4/1/1997 | TRANS FROM 1B007210 | $0.68 | $0.00 |
| 7/26/2007 | TRANS FROM 1B014230 | $1,000,000.00 | $1,000,000.00 |
| **Total Deposits:** | | $1,812,588.55 | $1,400,000.00 |

| | WITHDRAWALS | | |
|---|---|---|---|
| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
| 4/11/1997 | CHECK | ($4,474.31) | ($4,474.31) |
| 7/11/1997 | CHECK | ($48,173.57) | ($48,173.57) |
| 10/10/1997 | CHECK | ($29,342.34) | ($29,342.34) |
| 1/13/1998 | CHECK | ($30,549.40) | ($30,549.40) |
| 4/8/1998 | CHECK | ($42,154.07) | ($42,154.07) |
| 7/9/1998 | CHECK | ($41,769.82) | ($41,769.82) |
| 10/9/1998 | CHECK | ($22,562.86) | ($22,562.86) |
| 1/13/1999 | CHECK | ($42,941.26) | ($42,941.26) |
| 4/13/1999 | CHECK | ($37,968.43) | ($37,968.43) |
| 7/8/1999 | CHECK | ($57,687.40) | ($57,687.40) |
| 10/8/1999 | CHECK | ($26,345.26) | ($26,345.26) |
| 1/6/2000 | CHECK | ($31,988.35) | ($31,988.35) |
| 4/7/2000 | CHECK | ($44,982.12) | ($44,982.12) |
| 7/7/2000 | CHECK | ($27,671.20) | ($27,671.20) |
| 10/11/2000 | CHECK | ($18,462.21) | ($18,462.21) |
| 1/10/2001 | CHECK | ($16,143.97) | ($16,143.97) |
| 4/6/2001 | CHECK | ($38,321.45) | ($38,321.45) |
| 7/9/2001 | CHECK | ($25,842.52) | ($25,842.52) |
| 10/9/2001 | CHECK | ($18,129.98) | ($18,129.98) |
| 1/11/2002 | CHECK | ($27,730.33) | ($27,730.33) |
| 4/10/2002 | CHECK | ($10,125.87) | ($10,125.87) |
| 7/8/2002 | CHECK | ($35,791.28) | ($35,791.28) |
| 10/7/2002 | CHECK | ($44,623.63) | ($44,623.63) |
| 1/10/2003 | CHECK | ($16,199.26) | ($16,199.26) |
| 4/9/2003 | CHECK | ($18,157.59) | ($18,157.59) |
| 7/8/2003 | CHECK | ($22,949.36) | ($22,949.36) |
| 10/9/2003 | CHECK | ($28,782.40) | ($28,782.40) |
| 1/8/2004 | CHECK | ($11,497.18) | ($11,497.18) |
| 4/8/2004 | CHECK | ($16,796.62) | ($16,796.62) |
| 7/7/2004 | CHECK | ($26,390.46) | ($26,390.46) |
| 10/7/2004 | CHECK | ($21,834.86) | ($21,834.86) |
| 1/7/2005 | CHECK | ($16,788.29) | ($16,788.29) |

| Date | Type | Amount | Amount |
|---|---|---|---|
| 4/7/2005 | CHECK | ($16,796.38) | ($16,796.38) |
| 7/7/2005 | CHECK | ($17,851.51) | ($17,851.51) |
| 10/7/2005 | CHECK | ($16,262.75) | ($16,262.75) |
| 1/9/2006 | CHECK | ($25,753.63) | ($25,753.63) |
| 4/7/2006 | CHECK | ($19,999.51) | ($19,999.51) |
| 7/10/2006 | CHECK | ($22,185.89) | ($22,185.89) |
| 10/6/2006 | CHECK | ($40,502.16) | ($40,502.16) |
| 1/8/2007 | CHECK | ($21,062.98) | ($21,062.98) |
| 4/4/2007 | CHECK | ($18,581.53) | ($18,581.53) |
| 7/6/2007 | CHECK | ($24,525.53) | ($24,525.53) |
| 10/4/2007 | CHECK | ($52,410.13) | ($52,410.13) |
| 1/8/2008 | CHECK | ($44,804.68) | ($44,804.68) |
| 4/7/2008 | CHECK | ($22,377.71) | ($22,377.71) |
| 7/7/2008 | CHECK | ($101,432.64) | ($101,432.64) |
| 10/6/2008 | CHECK | ($27,520.14) | ($27,520.14) |
| **Total Withdrawals:** | | ($1,375,244.82) | ($1,375,244.82) |
| | | | |
| **Total deposits less withdrawals:** | | $437,343.73 | $24,755.18 |