# EXHIBIT B

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME:_____

Account Number:   1K0042
SHEILA KOLODNY
98 RIVERSIDE DRIVE APT 17A
NEW YORK, NY  10024

Taxpayer I.D. Number (Social Security No.)
098.32.7325

See claim form for Acct. 1K0132, attached.

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.   Claim for money balances as of **December 11, 2008**:
     a.   The Broker owes me a Credit (Cr.) Balance of      $_____
     b.   I owe the Broker a Debit (Dr.) Balance of          $_____

502180406                                   1

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

~~OFFICE~~ CELL: 646 281 8655

HOME: 212 724 1425

Taxpayer I.D. Number (Social Security No.)
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

Account Number:   1K0132
SHEILA KOLODNY
98 RIVERSIDE DRIVE APT 17A
NEW YORK, NY 10024

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE **March 4, 2009**. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE **July 2, 2009**, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1. Claim for money balances as of **December 11, 2008**:
   a. The Broker owes me a Credit (Cr.) Balance of    $ 0
   b. I owe the Broker a Debit (Dr.) Balance of    $ 0

502180406                                          1

    c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.    $ __**NA**__

    d.    If balance is zero, insert "None."    __**none**__

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ |   |
| b. | I owe the Broker securities |   | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | *Please see attached supplement* | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                  2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

502180406                                3

9.  Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. _____ ✓

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _20 February 2009_   Signature _Sheila Koodwey_

Date _____   Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                       4

IN RE BERNARD L. MADOFF INVESTMENT SECURITIES LLC

CUSTOMER CLAIM FORM SUPPLEMENT

> CLAIMANT: SHEILA KOLODNY
> 98 RIVERSIDE DRIVE
> APARTMENT 17A
> NEW YORK, NY 10022
> (212 724 1425

ACCOUNT NO: 1-K0132-3-0

This claim supplement is intended to respond to the further information requests set forth in the instructions accompanying the customer claim form as such instructions relate to claims for securities held by the Broker as of December 11, 2008 pursuant to "Item 2".

1. The last account statement provided by the Broker to me, dated as of November 30, 2008, is attached to the claim form as Exhibit A. This statement lists the securities held in my account as of November 30, 2008 and indicates they had a fair market value of $641,475.02 as of such date. I have no records of transactions between November 30, 2008 and December 11, 2008, and am making a claim for the securities listed on the November 30, 2008 statement pursuant to Items 2(a) & (c) of the claim form.

2. There is no difference between securities on the last account statement provided to me by the Broker (December 11, 2008) and securities claimed.

3. Regarding other documentation:

   I have been unable to identify original investment account documentation and have only currently been able to locate the following Madoff related documentation (which is attached hereto as Exhibit B):

   (a) Monthly Madoff account statements for the years 2006, 2007 and 2008;
   (b) Form 1099 for tax years 2005, 2006 and 2007;

4. I began investing with Madoff over 25 years ago with an initial investment of $50,000 and have periodically made additional significant contributions. Withdrawals have also been made therefrom. I am not currently able to locate documentation regarding additional contributions or withdrawals other than withdrawals made since 2006 as per statements attached hereto as appendix B.

5. I received two SIPC claim forms – one for account 1-K0042-1-0 and another

**for 1-K0132-3-0. The first account number was my original Madoff account number and was changed to the latter account number in 2005. I am making my SIPC claim under the latter account number - 1-K0132-3-0. However, in the abundance of caution, I am also attaching the claim form for account number 1-K0042-1-0, with the direction that the claim in respect of such account number should be same as the claim for account number 1-K0132-3-0 in that I believe they are the same accounts. If this is not accurate, then the claims should be split.**