Helen Davis Chaitman (4266)
BECKER & POLIAKOFF, LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com
Attorneys for the
Lawrence Family Trust, George Lawrence
and Theresa Lawrence, Trustees

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br><br>**CERTIFICATE OF SERVICE** |

　　　　I, Lourdes Blanco, hereby certify that on June 16, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of the Lawrence Family Trust, George Lawrence and Theresa Lawrence, Trustees to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

>	David J. Sheehan, Esq.
>	Baker & Hostetler LLP
>	45 Rockefeller Plaza
>	New York, NY 10111
>	dsheehan@bakerlaw.com

Dated: June 16, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lourdes Blanco*