UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————
SECURITIES INVESTOR PROTECTION )
CORPORATION, )
)
                         Plaintiff, )
) Adversary Proceeding
v. ) No. 08-01789-BRL
)
BERNARD L. MADOFF INVESTMENT ) SIPA Liquidation
SECURITIES, LLC, ) (Substantively Consolidated)
)
                         Defendant )
———————————————————————)
)
In re: )
)
BERNARD L. MADOFF, )
)
                         Debtor. )
———————————————————————)

**REQUEST TO WITHDRAW AS ATTORNEYS OF RECORD**

      Richard L. Brittain, Esq., and the law firm Bird, Loechl, Brittain & McCants, LLC, having appeared as attorneys for the following claimants in the above-referenced matter and in related adversary proceedings, hereby request to withdraw as Attorneys of Record in connection with the above-referenced matter and in the related adversary proceedings. The claimants include:

        Festus & Helen Stacy Foundation, Inc.
        Gary Bizzell (and Gary Bizzell IRA Account)
        Patrick and Patricia Cooney
        Sharon Falls (a/k/a Sharon Falls Bizzell) (and Sharon Falls IRA/SEP Account)
        Stepelton Advisors, Inc.
        Brett Stepelton (and Brett Stepelton IRA Account)
        Douglas Stepelton
        Douglas Stepelton Trust
        Virlee Stepelton
        Jennifer Stepelton (f/k/a Jennifer Cooney) (and Jennifer Stepelton IRA Account)
        Sean Stepelton (and Sean Stepelton IRA/SEP Account)

      As grounds for this Request to Withdraw as Attorneys of Record, the claimants listed above have retained alternate legal counsel in connection with the above-referenced matter. The clients have retained Helen Davis Chaitman of Becker & Poliakoff LLP, 45 Broadway, New

York, New York 10006, to represent them in these proceedings.

A copy of this Request to Withdraw has previously been served upon the claimants listed above.

Wherefore, movants respectfully pray that this Request be granted. A proposed Order is attached.

Respectfully submitted,

Dated: June 18, 2010
Atlanta, Georgia

/s/ Richard L. Brittain
Richard L. Brittain, *pro hac vice*
Georgia Bar No. 083275
Bird, Loechl, Brittain & McCants, LLC
1150 Monarch Plaza
3414 Peachtree Road, NE
Atlanta, GA 30326
*E-mail address*: rbrittain@birdlawfirm.com
Telephone: (404) 264-9400
Fax: (404) 365-9731

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————
SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC,

    Defendant
———————————————————————

In re:

BERNARD L. MADOFF,

    Debtor.
———————————————————————

Adversary Proceeding
No. 08-01789-BRL

SIPA Liquidation
(Substantively Consolidated)

**ORDER GRANTING REQUEST TO WITHDRAW AS ATTORNEYS OF RECORD**

  It appearing that Richard L. Brittain, Esq., and the law firm Bird, Loechl, Brittain & McCants, LLC, have previously appeared and filed pleadings on behalf of the following claimants:

    Festus & Helen Stacy Foundation, Inc.
    Gary Bizzell (and Gary Bizzell IRA Account)
    Patrick and Patricia Cooney
    Sharon Falls (a/k/a Sharon Falls Bizzell) (and Sharon Falls IRA/SEP Account)
    Stepelton Advisors, Inc.
    Brett Stepelton (and Brett Stepelton IRA Account)
    Douglas Stepelton
    Douglas Stepelton Trust
    Virlee Stepelton
    Jennifer Stepelton (f/k/a Jennifer Cooney) (and Jennifer Stepelton IRA Account)
    Sean Stepelton (and Sean Stepelton IRA/SEP Account);

and it further appearing that said claimants have retained separate legal counsel, Helen Davis Chaitman of Becker & Poliakoff LLP, 45 Broadway, New York, New York 10006, to represent them in these proceedings, with Mr. Brittain and Bird, Loechl, Brittain & McCants, LLC having filed a Request to Withdraw as Attorneys of Record in the above-referenced matter, it is hereby

3

ORDERED, that the Request to Withdraw as Attorneys of Record be and hereby is GRANTED.  Mr. Brittain and Bird, Loechl, Brittain & McCants, LLC are hereby withdrawn as counsel of record, and Ms. Chaitman is hereby substituted as counsel for the claimants listed above.

Dated: _____
New York, New York

/s/ _____
UNITED STATES BANKRUPCY JUDGE