BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**MOTION FOR ADMISSION TO PRACTICE**
***PRO HAC VICE* OF THOMAS L. LONG**

Thomas L. Long, a member in good standing of the bar of the of the State of Ohio; U.S. District Court, Northern District of Ohio; U.S. District Court, Southern District of Ohio; U.S. District Court, Eastern District of Michigan; and U.S. Court of Appeals, Sixth Circuit. Applicant respectfully requests admission, *pro hac vice,* before the Honorable Burton R. Lifland to represent

Irving H. Picard, trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC in the above-captioned proceeding and related adversary proceedings.

Applicant's contact information is as follows:

Thomas L. Long, Esq.
BAKER HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215-4260
**T** 614.462.2626
**F** 614.462.2616
Email:  tlong@bakerlaw.com

Applicant has submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: New York, New York
       June 18, 2010                           s/ Marc E. Hirschfield
                                               BAKER & HOSTETLER LLP
                                               45 Rockefeller Plaza
                                               New York, New York 10111
                                               (212) 589-4200 / Fax (212) 589-4201
                                               Marc E. Hirschfield
                                               Email: mhirschfield@bakerlaw.com

                                               *Attorneys for Defendant Irving H. Picard,*
                                               *Esq., Trustee for the Substantively*
                                               *Consolidated SIPA Liquidation of Bernard L.*
                                               *Madoff Investment Securities LLC and Bernard*
                                               *L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## ORDER GRANTING ADMISSION TO PRACTICE, <u>*PRO HAC VICE* OF THOMAS L. LONG</u>

This matter came before the Court upon the motion of Thomas L. Long ("Applicant"), a member in good standing of the Bar of the State of Ohio; U.S. District Court, Northern District of Ohio; U.S. District Court, Southern District of Ohio; U.S. District Court, Eastern District of Michigan; and U.S. Court of Appeals, Sixth Circuit. Applicant respectfully requests admission, *pro hac vice,* to represent Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff individually, in the above-referenced matter and in any related adversary proceedings.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Thomas L. Long is admitted to practice, *pro hac vice*, in the above-referenced matter and in any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
       June ___, 2010

                                                                     _____
                                                                     Honorable Burton L. Lifland
                                                                     United States Bankruptcy Judge

300092909.1