**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**
425 Park Avenue
New York, New York 10022
(212) 754-9400
Barton Nachamie
Janice B. Grubin
Jill L. Makower

    and

**MANSFIELD TANICK & COHEN P.A.**
1700 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55403-1409
(612) 339-4295
Earl Cohen

    and

**PARKER & WENNER, P.A.**
220 South 6th Street
1700 US Bank Plaza
Minneapolis, MN 55402
(612) 355-2201
Boris Parker

**Counsel for ABG Partners** and
  **The Graybow Group, Inc., Claimants**

UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
SECURITIES INVESTOR PROTECTION    :    Adv. Pro. No.: 08-01789 (BRL)
CORPORATION,
        Plaintiff,    :    SIPA Liquidation
    v.    :    (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT    :
SECURITIES, LLC.,
    :
        Defendant.
---------------------------------------- x
In re:    :

BERNARD L. MADOFF,    :

        Debtor.    :
---------------------------------------- x

**NOTICE OF WITHDRAWAL OF ABG PARTNERS'
AND THE GRAYBOW GROUP, INC.'S MOTION FOR
ENTRY OF ORDER FOR AUTHORITY TO AMEND CLAIM
(CLAIM NO. 6258) TO IDENTIFY MULTIPLE CUSTOMERS AND THEIR
DEPOSITS OR, ALTERNATIVELY, TO PERMIT FILING OF LATE CLAIM**

**TO:   THE HONORABLE BURTON R. LIFLAND,
UNITED STATES BANKRUPTCY JUDGE:**

ABG Partners and The Graybow Group, by their attorneys, Todtman, Nachamie, Spizz & Johns, P.C., hereby withdraw their motion for entry of order for authority to amend claim (Claim No. 6258) to identify multiple customers and their deposits or, alternatively, to permit filing of late claim (Docket No. 949).

Dated:  New York, New York
        June 23, 2010

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Attorneys for Claimants,
    ABG Partners and The Graybow Group, Inc.
f/k/a Graybow Communications Group, Inc.

By:   s/ Janice B. Grubin
      Janice B. Grubin, Esq.
      Barton Nachamie, Esq.
      Jill L. Makower, Esq.
      425 Park Avenue
      New York, NY 10022
      (212) 754-9400

and

MANSFIELD TANICK & COHEN P.A.
1700 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55403-1409
(612) 339-4295
Earl Cohen

and

PARKER & WENNER, P.A.
220 South 6th Street
1700 US Bank Plaza
Minneapolis, MN 55402
(612) 355-2201
Boris Parker

257514.1