**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Adversary Proceeding<br>) No. 08-01789-BRL |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | )<br>) SIPA Liquidation<br>) (Substantively Consolidated) |
| Defendant | )<br>) |
| In re: | )<br>) |
| BERNARD L. MADOFF, | )<br>) |
| Debtor. | ) |

## ORDER GRANTING REQUEST TO WITHDRAW AS ATTORNEYS OF RECORD

It appearing that Richard L. Brittain, Esq., and the law firm Bird, Loechl, Brittain & McCants, LLC, have previously appeared and filed pleadings on behalf of the following claimants:

> Festus & Helen Stacy Foundation, Inc.
> Gary Bizzell (and Gary Bizzell IRA Account)
> Patrick and Patricia Cooney
> Sharon Falls (a/k/a Sharon Falls Bizzell) (and Sharon Falls IRA/SEP Account)
> Stepelton Advisors, Inc.
> Brett Stepelton (and Brett Stepelton IRA Account)
> Douglas Stepelton
> Douglas Stepelton Trust
> Virlee Stepelton
> Jennifer Stepelton (f/k/a Jennifer Cooney) (and Jennifer Stepelton IRA Account)
> Sean Stepelton (and Sean Stepelton IRA/SEP Account);

and it further appearing that said claimants have retained separate legal counsel, Helen Davis Chaitman of Becker & Poliakoff LLP, 45 Broadway, New York, New York 10006, to represent them in these proceedings, with Mr. Brittain and Bird, Loechl, Brittain & McCants, LLC having filed a Request to Withdraw as Attorneys of Record in the above-referenced matter, it is hereby

2

ORDERED, that the Request to Withdraw as Attorneys of Record be and hereby is GRANTED. Mr. Brittain and Bird, Loechl, Brittain & McCants, LLC are hereby withdrawn as counsel of record, and Ms. Chaitman is hereby substituted as counsel for the claimants listed above.

Dated: June 21, 2010
      New York, New York

    /s/Burton R. Lifland_____
UNITED STATES BANKRUPCY JUDGE