**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**
425 Park Avenue
New York, New York 10022
(212) 754-9400
Barton Nachamie
Janice B. Grubin
Jill Makower

    and

**MANSFIELD TANICK & COHEN P.A.**
1700 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55403-1409
(612) 339-4295
Earl Cohen

    and

**PARKER & WENNER, P.A.**
220 South 6th Street
1700 US Bank Plaza
Minneapolis, MN 55402
(612) 355-2201
Boris Parker

**Counsel for ABG Partners** and
**The Graybow Group, Inc. f/k/a Graybow**
**Communications Group, Inc., Claimants**

UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. No.: 08-01789 (BRL) |
| Plaintiff, | : | SIPA Liquidation |
| -against- | : | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC., | : | |
| | : | |
| Defendant. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                                                                     :

BERNARD L. MADOFF,                         :

                       Debtor.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

257529 v1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )ss:
COUNTY OF NEW YORK       )

      KATHLEEN FLYNN, being duly sworn, deposes and states:  I am not a party to this proceeding, am over 18 years of age and reside in Richmond County, New York.

      On June 23, 2010, I caused to be served a true copy of **Notice of Withdrawal of ABG Partners' And The Graybow Group, Inc.'s Motion For Entry of Order For Authority To Amend Claim (Claim No. 6258) To Identify Multiple Customers And Their Deposits or, Alternatively, To Permit Filing of Late Claim** via first class mail by depositing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee as indicated below and by automatic ECF notice to those parties receiving ECF in the above captioned case:

Irving H. Picard, Esq.
David J. Sheehan, Esq.
Marc Hirschfield, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10011

                                                  s/ Kathleen Flynn
                                                  Kathleen Flynn

Sworn to before me this 23rd
day of June, 2010

s/ Janice B. Grubin
Notary Public, State of New York
No. 02GR6016469
Qualified in New York County
Commission Expires January 03, 2011