# EXHIBIT B

GREENE/LEDERMAN LLC
PARTNER CAPITAL
FOR PERIOD ENDED NOVEMBER 30, 2008

| NAME | 9/30/08 CAPITAL | OCT CONTRIB OR WITHDRWL | 10/31/08 CAPITAL | NOV CONTRIB OR WITHDRWL | 11/30/08 CAPITAL | | AVERAGE PERCENTAGE OWNERSHIP | INTEREST & DIVIDENDS * | REALIZED GAINS * | MGMT FEE ** | TO MGMT ACCT | NET INCOME FOR PERIOD | PORTION OF CHECKBOOK | 11/30/08 MADOFF NET CAPITAL | PERCENT OWNERSHIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RICHARD & EDYE GREENE | 72,429.48 | | 72,429.48 | | 72,429.48 | 72,429.48 | 0.574% | 43.38 | 2,538.65 | 0.00 | | 2,582.03 | 14.98 | 74,996.55 | 0.530% |
| EDYE GREENE | 15,774.30 | | 15,774.30 | | 15,774.30 | 15,774.30 | 0.125% | 9.45 | 552.89 | 0.00 | | 562.34 | 3.26 | 16,333.38 | 0.115% |
| BLANCHE LEDERMAN | 0.00 | | 0.00 | | 0.00 | 0.00 | 0.000% | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.000% |
| MAX LEDERMAN B TRUST | 1,218,895.50 | | 1,218,895.50 | | 1,218,895.50 | 1,218,895.50 | 9.654% | 730.00 | 42,722.21 | 0.00 | | 43,452.20 | 251.62 | 1,262,096.08 | 8.916% |
| ROBERT & JENNIFER GREENE | 743.69 | | 743.69 | | 743.69 | 743.69 | 0.006% | 0.45 | 26.07 | 0.00 | | 26.51 | 0.15 | 770.05 | 0.005% |
| JAYME LEDERMAN | 296,588.98 | | 296,588.98 | | 296,588.98 | 296,588.98 | 2.349% | 177.63 | 10,395.42 | 0.00 | | 10,573.05 | 61.22 | 307,100.81 | 2.170% |
| JAYME LEDERMAN ACCT B | 43,571.11 | | 43,571.11 | | 43,571.11 | 43,571.11 | 0.345% | 26.09 | 1,527.16 | 0.00 | | 1,553.26 | 8.99 | 45,115.38 | 0.319% |
| JAYME LEDERMAN ACCT C | 150,000.00 | | 150,000.00 | | 150,000.00 | 150,000.00 | 1.188% | 89.84 | 5,257.49 | 0.00 | | 5,347.33 | 30.96 | 155,316.37 | 1.097% |
| JAIME LEDERMAN & GOYO MICHELSON | 50,515.93 | | 50,515.93 | 15,000.00 | 65,515.93 | 65,515.93 | 0.455% | 34.39 | 2,012.70 | 0.00 | | 2,047.10 | 11.85 | 67,551.18 | 0.477% |
| ILENE BARNETT | 77,058.78 | | 77,058.78 | | 77,058.78 | 77,058.78 | 0.610% | 46.15 | 2,700.91 | 0.00 | | 2,747.06 | 15.91 | 79,789.93 | 0.564% |
| DR SHERRI GREENE | 39,245.42 | | 39,245.42 | | 39,245.42 | 39,245.42 | 0.311% | 23.50 | 1,375.55 | 0.00 | | 1,399.05 | 8.10 | 40,636.37 | 0.287% |
| ILENE LEVY REV TRUST | 1,349,047.73 | | 1,349,047.73 | | 1,349,047.73 | 1,349,047.73 | 10.685% | 807.95 | 47,284.03 | 0.00 | | 48,091.98 | 278.48 | 1,396,861.23 | 9.868% |
| JESSICA LATTIF | 38,355.30 | | 38,355.30 | | 38,355.30 | 38,355.30 | 0.304% | 22.97 | 1,344.35 | 0.00 | | 1,367.32 | 7.92 | 39,714.69 | 0.281% |
| JUDY LATTIF | 75,000.00 | | 75,000.00 | | 75,000.00 | 75,000.00 | 0.594% | 44.92 | 2,628.75 | 0.00 | | 2,673.66 | 15.48 | 77,658.18 | 0.549% |
| JUDY LATTIF ACCT B | 127,187.21 | | 127,187.21 | | 127,187.21 | 127,187.21 | 1.007% | 76.17 | 4,457.90 | 0.00 | | 4,534.08 | 26.25 | 131,695.04 | 0.930% |
| MICHAEL LATTIF | 366,408.79 | | 366,408.79 | | 366,408.79 | 366,408.79 | 2.902% | 219.44 | 12,842.60 | 0.00 | | 13,062.05 | 75.64 | 379,395.20 | 2.680% |
| MICHAEL LATTIF ACCT B | 220,000.00 | | 220,000.00 | | 220,000.00 | 220,000.00 | 1.743% | 131.76 | 7,710.99 | 0.00 | | 7,842.74 | 45.41 | 227,797.33 | 1.609% |
| ROSLYN LERNER | 44,518.94 | | 44,518.94 | | 44,518.94 | 44,518.94 | 0.353% | 26.66 | 1,560.39 | 0.00 | | 1,587.05 | 9.19 | 46,096.80 | 0.326% |
| ROSLYN LERNER ACCT B | 412,407.86 | | 412,407.86 | | 412,407.86 | 412,407.86 | 3.267% | 246.99 | 14,454.87 | 0.00 | | 14,701.86 | 85.13 | 427,024.59 | 3.017% |
| RONNIE & BRUCE LEDERMAN | 980,719.56 | | 980,719.56 | | 980,719.56 | 980,719.56 | 7.768% | 587.35 | 34,374.16 | 0.00 | | 34,961.51 | 202.45 | 1,015,478.62 | 7.174% |
| BARBARA GREENE | 75,000.00 | | 75,000.00 | 25,000.00 | 100,000.00 | 100,000.00 | 0.685% | 51.81 | 3,032.29 | 0.00 | | 3,084.10 | 17.86 | 103,066.24 | 0.728% |
| BARBARA GREENE IRA | 65,714.16 | | 65,714.16 | | 65,714.16 | 65,714.16 | 0.520% | 39.36 | 2,303.28 | 0.00 | | 2,342.63 | 13.57 | 68,043.22 | 0.481% |
| ROSETTA & JACK BARNETT | 400,000.00 | | 400,000.00 | | 400,000.00 | 400,000.00 | 3.166% | 239.56 | 14,019.97 | 0.00 | | 14,259.53 | 82.57 | 414,176.98 | 2.926% |
| SANDRA STECKBECK | 680,966.59 | | 680,966.59 | | 680,966.59 | 680,966.59 | 5.394% | 407.83 | 23,867.83 | 0.00 | | 24,275.67 | 140.57 | 705,101.69 | 4.981% |
| ALAN & VICTORIA DREIFUSS | 43,029.85 | (33,029.85) | 10,000.00 | | 10,000.00 | 10,000.00 | 0.079% | 5.99 | 350.50 | 0.00 | | 356.49 | 2.06 | 10,354.43 | 0.073% |
| ERIK BARNETT | 0.00 | | 0.00 | | 0.00 | 0.00 | 0.000% | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.000% |

GREENE/LEDERMAN LLC
PARTNER CAPITAL
FOR PERIOD ENDED NOVEMBER 30, 2008

| NAME | 9/30/08 CAPITAL | OCT CONTRIB OR WITHDRWL | 10/31/08 CAPITAL | NOV CONTRIB OR WITHDRWL | 11/30/08 CAPITAL | | AVERAGE PERCENTAGE OWNERSHIP | * INTEREST & DIVIDENDS | * REALIZED GAINS | MGMT FEE | ** TO MGMT ACCT | NET INCOME FOR PERIOD | PORTION OF CHECKBOOK | 11/30/08 MADOFF NET CAPITAL | PERCENT OWNERSHIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BETTY DREIFUSS | 50,000.00 | (5,000.00) | 45,000.00 | | 45,000.00 | 45,000.00 | 0.356% | 26.95 | 1,577.25 | 0.00 | | 1,604.20 | 9.29 | 46,594.91 | 0.329% |
| MARC & RHONDA BARNETT | 292,113.92 | | 292,113.92 | | 292,113.92 | 292,113.92 | 2.314% | 174.95 | 10,238.57 | 0.00 | | 10,413.52 | 60.30 | 302,467.14 | 2.137% |
| MICHAEL & NORMA BERKMAN | 143,867.71 | | 143,867.71 | 400,000.00 | 543,867.71 | 543,867.71 | 2.599% | 196.49 | 11,499.22 | 0.00 | | 11,695.70 | 67.72 | 555,495.69 | 3.924% |
| MICHAEL BERKMAN IRA | 48,851.22 | | 48,851.22 | | 48,851.22 | 48,851.22 | 0.387% | 29.26 | 1,712.23 | 0.00 | | 1,741.49 | 10.08 | 50,582.63 | 0.357% |
| NORMA BERKMAN IRA | 76,360.31 | | 76,360.31 | | 76,360.31 | 76,360.31 | 0.605% | 45.73 | 2,676.42 | 0.00 | | 2,722.16 | 15.76 | 79,066.71 | 0.559% |
| S PLAN FORT NORMAN RUTTENBERG | 0.00 | | 0.00 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 | 3.646% | 275.81 | 16,141.66 | 0.00 | | 16,417.47 | 95.07 | 1,016,322.40 | 7.180% |
| AARON DAVID SATLER | 1,331.15 | | 1,331.15 | | 1,331.15 | 1,331.15 | 0.011% | 0.80 | 46.66 | 0.00 | | 47.45 | 0.27 | 1,378.33 | 0.010% |
| SAMUEL LELAND SATLER | 5,024.13 | | 5,024.13 | | 5,024.13 | 5,024.13 | 0.040% | 3.01 | 176.10 | 0.00 | | 179.10 | 1.04 | 5,202.19 | 0.037% |
| MATTHEW BERKMAN | 58,798.36 | | 58,798.36 | | 58,798.36 | 58,798.36 | 0.466% | 35.21 | 2,060.88 | 0.00 | | 2,096.09 | 12.14 | 60,882.31 | 0.430% |
| BENJAMIN BERKMAN | 59,265.39 | | 59,265.39 | | 59,265.39 | 59,265.39 | 0.469% | 35.49 | 2,077.25 | 0.00 | | 2,112.74 | 12.23 | 61,365.90 | 0.434% |
| LINDA PICCOLI RUTTENBERG | 0.00 | | 0.00 | | 0.00 | 0.00 | 0.000% | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.000% |
| RYAN STEPHEN GREENE | 598.61 | | 598.61 | | 598.61 | 598.61 | 0.005% | 0.36 | 20.98 | 0.00 | | 21.34 | 0.12 | 619.83 | 0.004% |
| MARK STAVIN | 1,161,240.53 | | 1,161,240.53 | | 1,161,240.53 | 1,161,240.53 | 9.198% | 695.47 | 40,701.40 | 0.00 | | 41,396.87 | 239.71 | 1,202,397.89 | 8.495% |
| DONALD SCHAEVITZ | 322,419.89 | | 322,419.89 | | 322,419.89 | 322,419.89 | 2.554% | 193.10 | 11,300.80 | 0.00 | | 11,493.89 | 66.56 | 333,847.22 | 2.359% |
| DONALD SCHAEVITZ IRA | 320,609.07 | | 320,609.07 | | 320,609.07 | 320,609.07 | 2.539% | 192.01 | 11,237.33 | 0.00 | | 11,429.34 | 66.18 | 331,972.23 | 2.345% |
| ALAN & MARILYN LESK | 88,234.69 | | 88,234.69 | | 88,234.69 | 88,234.69 | 0.699% | 52.84 | 3,092.62 | 0.00 | | 3,145.46 | 18.21 | 91,361.94 | 0.645% |
| MARILYN LESK & JOYCE RICH | 0.00 | | 0.00 | | 0.00 | 0.00 | 0.000% | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.000% |
| THOMAS ZINGARELLI | 0.00 | | 0.00 | | 0.00 | 0.00 | 0.000% | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.000% |
| HARRIETTE COOPER | 62,497.19 | | 62,497.19 | | 62,497.19 | 62,497.19 | 0.495% | 37.43 | 2,190.52 | 0.00 | | 2,227.95 | 12.90 | 64,712.24 | 0.457% |
| DREW MAXWELL GREENE | 867.08 | | 867.08 | | 867.08 | 867.08 | 0.007% | 0.52 | 30.39 | 0.00 | | 30.91 | 0.18 | 897.81 | 0.006% |
| BEVERLY GERRY ACCT A | 150,000.00 | | 150,000.00 | | 150,000.00 | 150,000.00 | 1.188% | 89.84 | 5,257.49 | 0.00 | | 5,347.33 | 30.96 | 155,316.37 | 1.097% |
| BEVERLY GERRY ACCT B | 72,629.99 | | 72,629.99 | | 72,629.99 | 72,629.99 | 0.575% | 43.50 | 2,545.68 | 0.00 | | 2,589.17 | 14.99 | 75,204.17 | 0.531% |
| JODIE RUFTY | 2,825.00 | | 2,825.00 | | 2,825.00 | 2,825.00 | 0.022% | 1.69 | 99.02 | 0.00 | | 100.71 | 0.58 | 2,925.13 | 0.021% |
| NATHAN & LEA SATLER | 36,302.97 | (5,000.00) | 31,302.97 | (5,000.00) | 26,302.97 | 26,302.97 | 0.230% | 17.37 | 1,016.48 | 0.00 | | 1,033.83 | 5.99 | 27,330.81 | 0.193% |
| GERTRUDE COSTRICH REV TRUST | 559,102.27 | | 559,102.27 | | 559,102.27 | 559,102.27 | 4.428% | 334.85 | 19,596.50 | 0.00 | | 19,931.34 | 115.41 | 578,918.20 | 4.090% |
| HARRIET GOLD REV TRUST | 559,102.27 | | 559,102.27 | | 559,102.27 | 559,102.27 | 4.428% | 334.85 | 19,596.50 | 0.00 | | 19,931.34 | 115.41 | 578,918.20 | 4.090% |
| CHARLES DANIELS | 267,990.26 | | 267,990.26 | | 267,990.26 | 267,990.26 | 2.123% | 160.50 | 9,393.04 | 0.00 | | 9,553.54 | 55.32 | 277,488.48 | 1.960% |

GREENE/LEDERMAN LLC
PARTNER CAPITAL
FOR PERIOD ENDED NOVEMBER 30, 2008

| NAME | 9/30/08 CAPITAL | OCT CONTRIB OR WITHDRWL | 10/31/08 CAPITAL | NOV CONTRIB OR WITHDRWL | 11/30/08 CAPITAL | | | AVERAGE PERCENTAGE OWNERSHIP | INTEREST & DIVIDENDS * | REALIZED GAINS * | MGMT FEE ** | TO MGMT ACCT | NET INCOME FOR PERIOD | PORTION OF CHECKBOOK | 11/30/08 MADOFF NET CAPITAL | PERCENT OWNERSHIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ANNETTE DANIELS | 278,624.95 | | 278,624.95 | 271,389.28 | 550,014.23 | | 550,014.23 | 3.197% | 241.72 | 14,146.46 | 0.00 | | 14,388.18 | 83.32 | 564,319.09 | 3.987% |
| RONNIE LEDERMAN TTEE U/W L LERNE | 252,579.64 | | 252,579.64 | | 252,579.64 | | 252,579.64 | 2.001% | 151.27 | 8,852.90 | 0.00 | | 9,004.17 | 52.14 | 261,631.67 | 1.848% |
| BONITA POLLACK | 30,309.56 | | 30,309.56 | | 30,309.56 | | 30,309.56 | 0.240% | 18.15 | 1,062.35 | 0.00 | | 1,080.50 | 6.26 | 31,383.80 | 0.222% |
| HERMENE SCHRAGER TTEE | 0.00 | | 0.00 | 149,236.17 | 149,236.17 | | 149,236.17 | 0.544% | 41.16 | 2,408.92 | 0.00 | | 2,450.08 | 14.19 | 151,672.06 | 1.072% |
| ROY SCHRAGER TTEE | 0.00 | | 0.00 | 150,000.00 | 150,000.00 | | 150,000.00 | 0.547% | 41.37 | 2,421.25 | 0.00 | | 2,462.62 | 14.28 | 152,446.36 | 1.077% |
| MANAGEMENT ACCOUNT | 0.00 | | | | 0.00 | | 0.00 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.000% |
| TOTALS | 11,744,725.34 | (43,029.85) | 11,701,695.49 | 2,005,625.45 | 13,707,320.94 | 0.00 | 13,707,320.94 | 1.00 | 7,561.33 | 442,517.78 | 0.00 | 0.00 | 450,079.11 | 2,606.22 | 14,154,793.83 | 1.00 |

* BASED ON AVERAGE PERCENTAGE OWNERSHIP
** BASED ON BEGINNING CAPITAL