# EXHIBIT B.1

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: __Jonathan Sobin__
Mailing Address: __56 River Birch Circle__
City: __Manchester__    State: __NH__    Zip: __03102__
Account No.: __1-EM208-3-0__
Taxpayer I.D. Number (Social Security No.): __    -8242__

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of    $_____0_____

    b.    I owe the Broker a Debit (Dr.) Balance of    $_____0_____

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.    $_____

    d.    If balance is zero, insert "None."    _____None_____

2.        Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.        If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| See Nov. 30, 2008 EM208 statement, attached hereto as Exhibit A. | | | |
| $2,154,695.55 | (market value of securities long, per EM208-3 statement) | | |
| (200,00.00) | (cash withdrawal made in Dec. 2008) | | |
| | | | |
| TOTAL  $1,954,695.55 | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.** See Exhibits A and B, and documents submitted herewith.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Christopher Van DeKieft, Esq., Seeger Weiss LLP, One William Street, New York, NY 10004

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date ___3/3/09___    Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**CUSTOMER CLAIM-ADDENDUM**

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

December 11, 2008

**Re: Explanation of Withdrawals for BMIS Account No. EM208**

Dear Mr. Picard:

In connection with my BMIS Account No. EM208, I made two withdrawals which I subsequently deposited with a feeder fund which was fully invested in BMIS. As a result, these monies have been completely lost.

In June 2007, I made a withdrawal in the amount of $500,000 from the above referenced account, which is reflected in the December 31, 2007 BMIS Portfolio Management Report enclosed herewith. (See Exhibit B). In June 2008, I made another withdrawal in the amount of $500,000, which is reflected in the September 30, 2008 BMIS Portfolio Management Report. (See Exhibit B). Immediately upon withdrawal of these funds, I deposited them into the Rye Select Broad Market XL Fund, L.P.-Class A account of Jonathan and Sylvia Michelle Sobin, held as Joint Tenants. (See Exhibit B).

Virtually all of the assets held by Rye Select Broad Market XL Fund, L.P. were invested in Bernard L. Madoff Investment Securities. As a result, this fund has lost substantially all of its value.

To the extent possible, please consider the above withdrawals in the determination of my "allowed claim" with SIPC. Thank you.

Sincerely,

Jonathan Sobin

# EXHIBIT A

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
Mayfair, 12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JONATHAN SOBIN

56 RIVER BIRCH CIRCLE
MANCHESTER     NH     03102

| PAGE | 1 |
|---|---|

PERIOD ENDING: 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER: *******8242

YOUR ACCOUNT NUMBER: 1-EM208-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 134,855.65 | |
| 11/12 | 1,170 | | 3118 | WAL-MART STORES INC | 55.830 | 65,367.10 | |
| 11/12 | 765 | | 3620 | INTERNATIONAL BUSINESS MACHS | 87.270 | 66,791.55 | |
| 11/12 | 2,835 | | 7444 | EXXON MOBIL CORP | 72.880 | 206,727.80 | |
| 11/12 | 3,105 | | 7946 | INTEL CORP | 14.510 | 45,177.55 | |
| 11/12 | 1,495 | | 12272 | JOHNSON & JOHNSON | 59.580 | 89,535.30 | |
| 11/12 | 2,025 | | 16598 | J.P. MORGAN CHASE & CO | 38.530 | 78,104.25 | |
| 11/12 | 1,080 | | 20923 | COCA COLA CO | 44.660 | 48,275.80 | |
| 11/12 | 630 | | 25249 | MCDONALDS CORP | 55.370 | 34,908.80 | |
| 11/12 | 1,170 | | 29575 | MERCK & CO | 28.550 | 33,409.50 | |
| 11/12 | 4,275 | | 33901 | MICROSOFT CORP | 21.810 | 93,408.75 | |
| 11/12 | 2,160 | | 38227 | ORACLE CORPORATION | 17.300 | 37,454.00 | |
| 11/12 | 855 | | 51205 | PEPSICO INC | 56.410 | 48,264.55 | |
| 11/12 | 495 | | 51707 | APPLE INC | 100.780 | 49,905.10 | |
| 11/12 | 3,645 | | 55531 | PFIZER INC | 16.940 | 61,891.30 | |
| 11/12 | 855 | | 56033 | ABBOTT LABORATORIES | 54.610 | 46,725.55 | |
| 11/12 | 1,620 | | 59857 | PROCTER & GAMBLE CO | 64.080 | 103,873.60 | |
| 11/12 | 585 | | 60359 | AMGEN INC | 59.160 | 34,631.60 | |
| 11/12 | 1,125 | | 64183 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 49,095.00 | |
| 11/12 | 2,700 | | 64685 | BANK OF AMERICA | 21.590 | 58,401.00 | |
| 11/12 | 900 | | 68509 | QUALCOMM INC | 33.770 | 30,429.00 | |
| 11/12 | 2,925 | | 69011 | CITI GROUP INC | 12.510 | 36,708.75 | |
| 11/12 | 675 | | 72835 | SCHLUMBERGER LTD | 49.480 | 33,426.00 | |
| 11/12 | 1,620 | | 73337 | COMCAST CORP CL A | 16.510 | 26,810.20 | |
| | | | | CONTINUED ON PAGE     2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 888-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JONATHAN SOBIN
56 RIVER BIRCH CIRCLE
MANCHESTER NH 03102

| PAGE | PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 2 | 11/30/08 | 1-EM208-3-0 | ******8242 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 3,195 | | 77161 | AT&T INC | 27 | 86,392.00 | |
| 11/12 | 610 | | 77663 | CONOCOPHILLIPS | 52.510 | 42,565.10 | |
| 11/12 | 540 | | 81487 | UNITED PARCEL SVC INC CLASS B | 52.040 | 28,122.60 | |
| 11/12 | 3,285 | | 81989 | CISCO SYSTEMS INC | 16.730 | 55,089.05 | |
| 11/12 | 945 | | 85813 | U S BANCORP | 29.530 | 27,942.85 | |
| 11/12 | 1,125 | | 86315 | CHEVRON CORP | 73.430 | 82,653.75 | |
| 11/12 | 540 | | 90139 | UNITED TECHNOLOGIES CORP | 53.160 | 28,727.40 | |
| 11/12 | 5,715 | | 90641 | GENERAL ELECTRIC CO | 19.630 | 112,413.45 | |
| 11/12 | 1,530 | | 94465 | VERIZON COMMUNICATIONS | 30.410 | 46,588.30 | |
| 11/12 | 135 | | 94967 | GOOGLE | 337.400 | 45,554.00 | |
| 11/12 | 1,890 | | 98791 | WELLS FARGO & CO NEW | 29.800 | 56,397.00 | |
| 11/12 | 1,350 | | 99293 | HEWLETT PACKARD CO | 34.900 | 47,169.00 | |
| 11/12 | | 2,050,000 | 21403 | U S TREASURY BILL DUE 2/12/2009     2/12/2009 | 99.936 | | 2,048,688.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 39.04 |
| 11/12 | | 35,519 | 16502 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 35,519.00 |
| 11/12 | 37,180 | | 25871 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 37,180.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 4.26 |
| | | | | CONTINUED ON PAGE     3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE **3**

PERIOD ENDING **11/30/08**

YOUR TAX PAYER IDENTIFICATION NUMBER  ******8242

YOUR ACCOUNT NUMBER  1-EM208-3-0

JONATHAN SOBIN

56 RIVER BIRCH CIRCLE
MANCHESTER        NH    03102

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 37,180 | 51164 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 37,180.00 |
| 11/19 | 150,000 | | 55781 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 149,889.00 | |
| 11/19 | 22,116 | | 60203 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 22,116.00 | |
| | | | | NEW BALANCE | | 260,585.90 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 3,195 | | | AT&T INC | 28.560 | | |
| | 855 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 585 | | | AMGEN INC | 55.540 | | |
| | 495 | | | APPLE INC | 92.670 | | |
| | 2,700 | | | BANK OF AMERICA | 16.250 | | |
| | 1,125 | | | CHEVRON CORP | 79.010 | | |
| | 3,235 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 2,925 | | | CITI GROUP INC | 8.290 | | |
| | 1,080 | | | COCA COLA CO | 46.870 | | |
| | 1,620 | | | COMCAST CORP CL A | 17.340 | | |
| | 810 | | | CONOCOPHILIPS | 52.520 | | |
| | 2,635 | | | EXXON MOBIL CORP | 80.150 | | |
| | 5,715 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

JONATHAN SOBIN

56 RIVER BIRCH CIRCLE
MANCHESTER       NH    03102

| PAGE |
|---|
| 4 |

| PERIOD ENDING |
|---|
| 11/30/08 |

| YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|
| *****8242 |

| YOUR ACCOUNT NUMBER |
|---|
| 1-EM208-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 135 | | | GOOGLE | 292.960 | | |
| | 1,350 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 3,105 | | | INTEL CORP | 13.800 | | |
| | 765 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 2,025 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,485 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 630 | | | MCDONALDS CORP | 58.750 | | |
| | 1,170 | | | MERCK & CO | 26.720 | | |
| | 4,275 | | | MICROSOFT CORP | 20.220 | | |
| | 2,160 | | | ORACLE CORPORATION | 16.090 | | |
| | 855 | | | PEPSICO INC | 56.700 | | |
| | 3,645 | | | PFIZER INC | 16.630 | | |
| | 1,125 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,620 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 900 | | | QUALCOMM INC | 33.570 | | |
| | 675 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 22,116 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 945 | | | U S BANCORP | 26.980 | | |
| | 540 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 150,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 540 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE    5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York ☐ London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JONATHAN SOBIN

56 RIVER BIRCH CIRCLE
MANCHESTER      NH      03102

**PAGE** 5

**PERIOD ENDING** 11/30/08

**YOUR TAX PAYER IDENTIFICATION NUMBER** ********8242

**YOUR ACCOUNT NUMBER** 1-EM208-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 1,530 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 1,270 | | | WAL-MART STORES INC | 55.880 | | |
| | 1,890 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | |             LONG | | | |
| | | | | 2,154,695.55 | | | |
| | | | |             SHORT | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

JONATHAN SOBIN

56 RIVER BIRCH CIRCLE
MANCHESTER        NH    03102

**YOUR ACCOUNT NUMBER** 1-EM208-3-0

**PERIOD ENDING** 11/30/03

**YOUR TAX PAYER IDENTIFICATION NUMBER** ********8242

**PAGE** 6

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | 03102 | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 17,032.89 |
| | | | | GROSS PROCEEDS FROM SALES | | | 13,946,480.38 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

## CUSTOMER CLAIM-ADDENDUM

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

December 11, 2008

### Re: Explanation of Withdrawals for BMIS Account No. EM208

Dear Mr. Picard:

In connection with my BMIS Account No. EM208, I made two withdrawals which I subsequently deposited with a feeder fund which was fully invested in BMIS.  As a result, these monies have been completely lost.

In June 2007, I made a withdrawal in the amount of $500,000 from the above referenced account, which is reflected in the December 31, 2007 BMIS Portfolio Management Report enclosed herewith. (See Exhibit B).  In June 2008, I made another withdrawal in the amount of $500,000, which is reflected in the September 30, 2008 BMIS Portfolio Management Report.  (See Exhibit B).  Immediately upon withdrawal of these funds, I deposited them into the Rye Select Broad Market XL Fund, L.P.-Class A account of Jonathan and Sylvia Michelle Sobin, held as Joint Tenants. (See Exhibit B).

Virtually all of the assets held by Rye Select Broad Market XL Fund, L.P. were invested in Bernard L. Madoff Investment Securities.  As a result, this fund has lost substantially all of its value.

To the extent possible, please consider the above withdrawals in the determination of my "allowed claim" with SIPC.  Thank you.

Sincerely,

Jonathan Sobin

# *EXHIBIT B*

## EXHIBIT B

1. This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2. The information provided in the Claim Form is based on information provided in the Claimant's latest Madoff account statement and additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

4. The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5. This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

6. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8.  The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9.  To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. The Claimant submits herewith documents in support of the Claimant's claim, including documents containing information regarding account transactions, such as contributions and/or withdrawals. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents, if deemed necessary. Attached is a list of the documents submitted herewith:

Jonathan Sobin
Bernard L. Madoff Investment Securities Account No. EM208

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 1 | 10/31/2008 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Rye Select Broad Market XL, Fund, L.P. Client Statement for the period October 1 through October 31, 2008. |
| 2 | 9/30/2008 | Sosnick & Bell | Jonathan Sobin | Accounting for BMIS Account EM208 for the period January 1, 2008 through December 31, 2008. |
| 3 | 9/30/2008 | Bernard L. Madoff Investment Securities LLC | Jonathan Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated September 30, 2008. |
| 4 | 6/30/2008 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Rye Select Broad Market XL Fund, L.P. Account Statement for the period ending June 30, 2008 indicating a contribution in the amount of $500,000. |
| 5 | 6/24/2008 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Confirmation that $500,000 was deposited into Rye Select Broad Market XL Fund, L.P. |
| 6 | 12/31/2007 | Sosnick & Bell | Jonathan Sobin | Accounting for BMIS Account EM208 for the period January 1, 2007 through December 31, 2007. |
| 7 | 12/31/2007 | Bernard L. Madoff Investment Securities LLC | Jonathan Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 2007. |
| 8 | 7/31/2007 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Rye Select Broad Market XL Fund, L.P. Account Statement for the period ending July 31, 2007 indicating a contribution in the amount of $500,000. |

Jonathan Sobin
Bernard L. Madoff Investment Securities Account No. EM208

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 9 | 12/31/2006 | Sosnick & Bell | Jonathan Sobin | Accounting for BMIS Account EM208 for the period January 1, 2006 through December 31, 2006. |
| 10 | 12/31/2006 | Bernard L. Madoff Investment Securities LLC | Jonathan Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 2006. |
| 11 | 12/31/2005 | Sosnick & Bell | Jonathan Sobin | Accounting for BMIS Account EM208 for the period January 1, 2005 through December 31, 2005. |
| 12 | 12/31/2005 | Bernard L. Madoff Investment Securities LLC | Jonathan Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 2005. |
| 13 | 12/31/2004 | Sosnick & Bell | Jonathan Sobin | Accounting for BMIS Account EM208 for the period January 1, 2004 through December 31, 2004. |
| 14 | 12/31/2004 | Bernard L. Madoff Investment Securities LLC | Jonathan Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 2004. |
| 15 | 12/31/2003 | Sosnick & Bell | Jonathan Sobin | Accounting for BMIS Account EM208 for the period January 1, 2003 through December 31, 2003. |
| 16 | 12/31/2003 | Bernard L. Madoff Investment Securities LLC | Jonathan Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 2003. |

Jonathan Sobin
Bernard L. Madoff Investment Securities Account No. EM208

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 17 | 12/31/2002 | Sosnick & Bell | Jonathan Sobin | Accounting for BMIS Account EM208 for the period January 1, 2002 through December 31, 2002. |
| 18 | 12/31/2002 | Bernard L. Madoff Investment Securities LLC | Jonathan Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 2002. |
| 19 | 12/31/2002 | Sosnick & Bell | Jonathan Sobin | Accounting for BMIS Account EM208 for the period January 1, 2001 through December 31, 2001. |
| 20 | 12/31/2001 | Bernard L. Madoff Investment Securities LLC | Jonathan Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 2001. |
| 21 | 12/31/2000 | Sosnick & Bell | Jonathan Sobin | Accounting for BMIS Account EM208. |
| 22 | 12/31/2000 | Bernard L. Madoff Investment Securities LLC | Jonathan Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 2000. |
| 23 | 12/31/1999 | Bernard L. Madoff Investment Securities LLC | Jonathan Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 1999. |
| 24 | 12/31/1998 | Bernard L. Madoff Investment Securities LLC | Jonathan Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 1998. |

Jonathan Sobin
Bernard L. Madoff Investment Securities Account No. EM208

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 25 | 12/31/1997 | Bernard L. Madoff Investment Securities LLC | Jonathan Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 1997. |
| 26 | 12/31/1996 | Bernard L. Madoff Investment Securities LLC | Jonathan Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 1996. |
| 27 | 12/31/1995 | Bernard L. Madoff Investment Securities LLC | Jonathan Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 1995. |
| 28 | 12/31/1994 | Bernard L. Madoff Investment Securities LLC | Jonathan Sobin | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 1994. |

1



BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Jonathan Sobin & Syliva Michelle Sobin JT
56 River Birch Circle
Manchester, NH 03102
USA

## CLIENT STATEMENT

A/C Number:              4807
Period Beginning:  01-Oct-2008
Period Ending:    31-Oct-2008
Fax Number:
E-Mail:  JonSobin@hotmail.com

## PERFORMANCE SUMMARY

| Security | % Change | |
|---|---|---|
|  | Period to Date | Year to Date |
| Rye Select Broad Market XL Fund, L.P. - Class A | -0.58% | 11.89% |

## PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
|---|---|---|---|---|---|
| Rye Select Broad Market XL Fund, L.P. - Class A | 1,120,028.51 | 0.00 | (6,450.53) | 0.00 | 1,113,577.98 |
| Totals | 1,120,028.51 | 0.00 | (6,450.53) | 0.00 | 1,113,577.98 |

## DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- Additional information is available at www.ryeselectfunds.com.

## INVESTOR INQUIRIES

| Telephone: 212.815.4090    Facsimile: 212.644.6669    Email: AISOnline_NY@bankofny.com    Web: www.fundadmin.com |

2

**MR. JONATHAN SOBIN**

**Trading Account #    EM208**

**Account Reconciliation**

**For the period 1/1/2008 through 9/30/2008**

| | | |
|---|---|---|
| Account Balance @ 1/1/2008 | 0.53 | 9/30/2008 Purchases at Cost | 2,074,025.50 |
| 12/31/2007 Purchases | 2,581,098.00 | US Treasury Bills – Unrealized | 2,157.50 |
| Capital Gains/(Losses), Stocks | 13,557.78 | Stocks – Unrealized | 0.00 |
| Capital Gains/(Losses), Options | 134,856.00 | Options – Unrealized | 0.00 |
| Dividends, stocks | 15,476.84 | Current Market Value | 2,076,183.00 |
| Dividends, U.S. Treasury MM | 171.82 | | |
| Interest Treasury Bills | 28,865.25 | | |
| Deposits/(Withdrawals) | (700,000.00) | | |
| | 2,074,026.22 | | |
| 9/30/2008 Purchases at Cost | (2,074,025.50) | | |
| Difference | 0.72 | | |
| Treasury Interest | 1.1% | | |



3

PORTFOLIO MANAGEMENT REPORT AS OF   9/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

JONATHAN SOBIN                    1-EM208-3

56 RIVER BIRCH CIRCLE
MANCHESTER            NH 03102

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | |
| CAPITAL ADDITIONS | 2,581,098.53CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 700,000.00- |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 192,927.70CR |
| CURRENT CASH BALANCE | 2,157.50CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | .73CR |
| TOTAL EQUITY | 2,076,183.00    NET LONG |
| | 2,076,183.73CR |

ANNUALIZED RETURN FOR CURRENT YEAR    11.51 %

4



BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Jonathan Sobin & Syliva Michelle Sobin JT
56 River Birch Circle
Manchester, NH 03102
USA

## CLIENT STATEMENT

| | |
|---|---|
| A/C Number: | 4807 |
| Period Beginning: | 01-Jun-2008 |
| Period Ending: | 30-Jun-2008 |
| Fax Number: | |
| E-Mail: | JonSobin@hotmail.com |

### PERFORMANCE SUMMARY

| Security | % Change | |
|---|---|---|
| | Period to Date | Year to Date |
| Rye Select Broad Market XL Fund, L.P. - Class A | -0.39% | 5.82% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
|---|---|---|---|---|---|
| Rye Select Broad Market XL Fund, L.P. - Class A | 557,305.19 | 500,000.00 | (4,132.48) | 0.00 | 1,053,172.71 |
| **Totals** | 557,305.19 | 500,000.00 | (4,132.48) | 0.00 | 1,053,172.71 |

### DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

**Telephone:** 212.815.4090    **Facsimile:** 212.644.6669    **Email:** AISOnline_NY@bankofny.com    **Web:** www.fundadmin.com

# R·Y·E
## Investment Management
A Division of Tremont Group Holdings, Inc.

News / Statements / Funds / Performance / Documents / Contacts / Password / Logoff

Print Page

### Account Statement

| | |
|---|---|
| Current User | Jonathan Sobin, Investor |
| | JonSobin@hotmail.com |
| Investor Selection | Jonathan & Sylvia Michelle Sobin |
| Statement Dates | 06/30/2008 |

### Jonathan & Sylvia Michelle Sobin
56 River Birch Circle
Manchester, NH 03102

#### Account Summary (year-to-date)
*Statement Date: June 30, 2008*

| Rye Select Funds | Jan 01, 2008 | | | Jun 30, 2008 | |
|---|---|---|---|---|---|
| | Value | Net Contr./With. | Net Return | Value | ROR(%) |
| Rye Select Broad Market XL Fund LP | $524,607 | $500,000 | $28,566 | $1,053,173 | 5.82% |
| *Relationship Total* | $524,607 | $500,000 | $28,566 | $1,053,173 | |

#### Current Activity

| Rye Select Funds | Jun 01, 2008 | | | Jun 30, 2008 | |
|---|---|---|---|---|---|
| | Value | Contr. | With. | Value | ROR(%) |
| Rye Select Broad Market XL Fund LP | $557,305 | $500,000 | $0 | $1,053,173 | -0.39% |
| *Relationship Total* | $557,305 | $500,000 | $0 | $1,053,173 | |

*Footnote: Due to the extraordinary events which impact the Rye Select Broad Market Series of funds, the account valuations for the periods shown here are subject to change.

Legal Notice / Disclaimer / Privacy Policy / Terms of Use

Copyright © 2008 Tremont Group Holdings, Inc. All Rights Reserved.

5



BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street, 20th Floor West
New York, New York 10286
USA

24-Jun-2008

**Jonathan Sobin & Syliva Michelle Sobin JT**
**56 River Birch Circle**
**Manchester, NH 03102**
**USA**

## TRADE CONFIRMATION

Dear Investor,

We are pleased to confirm your investment into Rye Select Broad Market XL Fund, LP. The details below confirm the specifics of
the transaction executed on your behalf.

Please take a moment to review this confirmation to ensure that all details pertaining to this transaction and your account are
correct.  If any discrepancies are identified please contact our Investor Services Group as described below.

### ACTIVITY CONFIRMED

| Security | | Rye Select Broad Market XL Fund, L.P. - Class A | |
|---|---|---|---|
| **Details** | | **Contributions** | |
| Action | Buy | Gross Contribution | 500,000.00 |
| Dealing Date | 1-Jun-2008 | Sales Charge/Interest Payment | 0.00 |
| Base Currency | USD | Net Contribution | 500,000.00 |
| Lot Ref. Number | 000366 | | |

| ACCOUNT INFORMATION | | INVESTOR INQUIRIES | |
|---|---|---|---|
| Acct. Name | Jonathan Sobin & Syliva Michelle Sobin JT | Telephone | 212.815.4090 |
| | | Facsimile | 212.644.6669 |
| Acct. Number | 4807 | | |
| Telephone | 603-622-2714 | Email | AISOnline_NY@bankofny.com |
| Facsimile | — | | |
| Email | JonSobin@hotmail.com | Web | www.fundadmin.com |

6

**MR. JONATHAN SOBIN**

**Trading Account #    EM208**

**Account Reconciliation**

**For the period 1/1/2007 through 12/31/2007**

| | | |
|---|---|---|
| Account Balance @ 1/1/2007 | 0.39 | |
| 12/31/2006 Purchases | 2,786,558.00 | |
| Capital Gains/(Losses), Stocks | 220,457.12 | |
| Capital Gains/(Losses), Options | (32,482.00) | |
| Dividends, stocks | 28,807.60 | |
| Dividends, U.S. Treasury MM | 1,179.81 | |
| Interest Treasury Bills | 76,577.50 | |
| Deposits/(Withdrawals) | (500,000.00) | |
| | 2,581,098.42 | |
| 12/31/2007 Purchases at Cost | (2,581,098.00) | |
| Difference | 0.42 | |
| Treasury Interest | 2.7% | |

| | |
|---|---|
| 12/31/2007 Purchases at Cost | 2,581,098.00 |
| US Treasury Bills – Unrealized | 0.00 |
| Stocks – Unrealized | 0.00 |
| Options – Unrealized | 0.00 |
| Current Market Value | 2,581,098.00 |

7

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JONATHAN SOBIN                    1-EM208-3


56 RIVER BIRCH CIRCLE
MANCHESTER            NH 03102


STARTING EQUITY FOR CURRENT YEAR                2,786,558.39CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                500,000.00-
REALIZED P/L FOR CURRENT YEAR                      294,540.14CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                     .53CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS   2,581,098.00    NET LONG
TOTAL EQUITY                                    2,581,098.53CR

ANNUALIZED RETURN FOR CURRENT YEAR     11.63 %

8

News / Statements / Funds / Performance / Documents / Contacts / Password / Logoff

Print Page

### Account Statement

| Current User | Jonathan Sobin, Investor |
|---|---|
| | JonSobin@hotmail.com |
| Investor Selection | Jonathan & Sylvia Michelle Sobin |
| Statement Dates | 07/31/2007 |

**Jonathan & Sylvia Michelle Sobin**
56 River Birch Circle
Manchester, NH 03102

### Account Summary (year-to-date)
*Statement Date: July 31, 2007*

| Rye Select Funds | Jan 01, 2007 | | | Jul 31, 2007 | |
|---|---|---|---|---|---|
| | Value | Net Contr./With. | Net Return | Value | ROR(%) |
| Rye Select Broad Market XL Fund LP | $0 | $500,000 | ($404) | $499,596 | -0.08% |
| *Relationship Total* | $0 | $500,000 | ($404) | $499,596 | |

### Current Activity

| Rye Select Funds | Jul 01, 2007 | | | Jul 31, 2007 | |
|---|---|---|---|---|---|
| | Value | Contr. | With. | Value | ROR(%) |
| Rye Select Broad Market XL Fund LP | $0 | $500,000 | $0 | $499,596 | -0.08% |
| *Relationship Total* | $0 | $500,000 | $0 | $499,596 | |

'Footnote: Due to the extraordinary events which impact the Rye Select Broad Market Series of funds, the account valuations for the periods shown here are subject to change.

Legal Notice / . Disclaimer / Privacy Policy / Terms of Use

Copyright © 2008 Tremont Group Holdings, Inc. All Rights Reserved.

1/6/2009 10:30 AM