# EXHIBIT B.2

9

1/7/2009

**JONATHAN SOBIN**

Trading Accounts #1-EM208-3-0 & 1-EM208-4-0
Account Reconciliation
For the Period 01/01/06 thru 12/31/06

**Account #1-EM208-3-0**

| | |
|---|---|
| Account balance @ 01/01/06 | 0.86 |
| 12/31/05 Purchases | 2,753,952.50 |
| Cost of purchases | (24,573,484.66) |
| Proceeds from sales | 24,774,235.80 |
| Dividend income | 49,502.89 |
| Interest income - T-Bills | 30,457.00 |
| Deposits/(withdrawals) | (300,000.00) |
| 14-Feb CHECK | |
| Transferred (to)/from Account #1-EM208-4-0 | 51,894.00 |
| 12/31/06 Purchases | (2,786,558.00) |
| Account balance @ 12/31/06 | 0.39 |

**Account #1-EM208-4-0**

| | |
|---|---|
| Account balance @ 01/01/06 | - |
| Cost of purchases | (661,782.00) |
| Proceeds from sales | 713,676.00 |
| Transferred (to)/from Account #1-EM208-4-0 | (51,894.00) |
| Account balance @ 12/31/06 | - |

**Reconciliation**

| | | |
|---|---|---|
| Account balance @ 01/01/06 | | 0.86 |
| + | 12/31/05 Purchases | 2,753,952.50 |
| + | Capital gains/(losses), stocks | 200,751.14 |
| + | Capital gains/(losses), options | 51,894.00 |
| + | Dividends, stocks | 48,390.45 |
| + | Dividends, US Treasury MM | 1,112.44 |
| + | Interest - T-Bills | 30,457.00 |
| +/- | Deposits/withdrawals | (300,000.00) |
| | | 2,786,558.39 |
| | 12/31/06 PURCHASES AT COST | (2,786,558.00) |
| | DIFFERENCE | 0.39 |
| | | 2,786,557.53 ####### |
| | TREASURY INTERE | 1.1% |

10

## PORTFOLIO MANAGEMENT REPORT AS OF 12/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

JONATHAN SOBIN                       1-EM208-3

56 RIVER BIRCH CIRCLE
MANCHESTER              NH 03102

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | |
| CAPITAL ADDITIONS | 2,753,953.36CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 300,000.00- |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 332,605.03CR |
| CURRENT CASH BALANCE | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | .39CR |
| TOTAL EQUITY | 2,786,558.00    NET LONG |
| | 2,786,558.39CR |

ANNUALIZED RETURN FOR CURRENT YEAR      13.35 %

11

**JONATHAN SOBIN**

Trading Accounts #1-EM208-3-0 & 1-EM208-4-0
Account Reconciliation
For the Period 01/01/05 thru 12/31/05

### Account #1-EM208-3-0

| | |
|---|---:|
| Account balance @ 01/01/05 | 0.98 |
| 12/31/04 Purchases | 2,502,691.00 |
| Cost of purchases | (23,619,319.57) |
| Proceeds from sales | 23,868,728.61 |
| Dividend income | 28,088.34 |
| Interest income - T-Bills | 39,406.00 |
| Deposits/(withdrawals) | |
| | |
| Transferred (to)/from Account #1-EM208-4-0 | (65,642.00) |
| | |
| 12/31/05 Purchases | (2,753,952.50) |
| Account balance @ 12/31/05 | 0.86 |

### Account #1-EM208-4-0

| | |
|---|---:|
| Account balance @ 01/01/05 | |
| Cost of purchases | (409,607.00) |
| Proceeds from sales | 343,965.00 |
| Transferred (to)/from Account #1-EM208-4-0 | 65,642.00 |
| Account balance @ 12/31/05 | |

### Reconciliation

| | | |
|---|---|---:|
| | Account balance @ 01/01/05 | 0.98 |
| + | 12/31/04 Purchases | 2,502,691.00 |
| + | Capital gains/(losses), stocks | 249,409.04 |
| + | Capital gains/(losses), options | (65,642.00) |
| + | Dividends, stocks | 27,197.56 |
| + | Dividends, US Treasury MM | 890.78 |
| + | Interest - T-Bills | 39,406.00 |
| +/- | Deposits/withdrawals | - |
| | | 2,753,953.36 |

| | |
|---|---:|
| 12/31/05 PURCHASES AT COST | (2,753,952.50) |
| DIFFERENCE | 0.86 |

2,753,952.38

TREASURY INTEREST    1.6%

########

1/7/2009

12

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JONATHAN SOBIN                    1-EM208-3

PO BOX 633
78 WATERLOT ROAD
SUNAPEE              NH 03782


STARTING EQUITY FOR CURRENT YEAR              2,502,691.98CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                   251,261.38CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                  .86CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS  2,753,952.50   NET LONG
TOTAL EQUITY                                   2,753,953.36CR

ANNUALIZED RETURN FOR CURRENT YEAR    10.03 %

13

**JONATHAN SOBIN**

Trading Accounts #1-EM208-3-0 & 1-EM208-4-0
Account Reconciliation
For the Period 01/01/04 thru 12/31/04

### Account #1-EM208-3-0

| | | | |
|---|---|---|---:|
| Account balance @ 01/01/04 | | | 0.75 |
| 12/31/03 Purchases | | | 2,263,439.50 |
| Cost of purchases | | | (27,172,958.06) |
| Proceeds from sales | | | 27,371,410.80 |
| Dividend income | | | 39,044.24 |
| Interest income - T-Bills | | | 18,320.75 |
| Deposits/(withdrawals) | 7-Jul | CHECK | 1,000,000.00 |
| | 14-Jul | CHECK | (1,000,000.00) |
| Transferred (to)/from Account #1-EM208-4-0 | | | (16,566.00) |
| 12/31/04 Purchases | | | (2,502,691.00) |
| Account balance @ 12/31/04 | | | 0.98 |

### Account #1-EM208-4-0

| | |
|---|---:|
| Account balance @ 01/01/04 | 0.00 |
| Cost of purchases | (432,025.00) |
| Proceeds from sales | 415,459.00 |
| Transferred (to)/from Account #1-EM208-4-0 | 16,566.00 |
| Account balance @ 12/31/04 | 0.00 |

### Reconciliation

| | | |
|---|---|---:|
| Account balance @ 01/01/04 | | 0.75 |
| 12/31/03 Purchases | + | 2,263,439.50 |
| Capital gains/(losses), stocks | + | 198,452.74 |
| Capital gains/(losses), options | + | (16,566.00) |
| Dividends, stocks | + | 38,655.72 |
| Dividends, US Treasury MM | + | 388.52 |
| Interest - T-Bills | + | 18,320.75 |
| Deposits/withdrawals | +/- | - |
| | | 2,502,691.98 |
| 12/31/04 PURCHASES AT COST | | (2,502,691.00) |
| *DIFFERENCE* | | 0.98 |

14

## PORTFOLIO MANAGEMENT REPORT AS OF 12/31/04

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

JONATHAN SOBIN                          1-EM208-3

78 CUTTER'S RIDGE ROAD
CARLISLE                    MA 01741

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | |
| CAPITAL ADDITIONS | 2,263,440.25CR |
| CAPITAL WITHDRAWALS | 1,000,000.00CR |
| REALIZED P/L FOR CURRENT YEAR | 1,000,000.00- |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 239,251.73CR |
| CURRENT CASH BALANCE | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | .98CR |
| TOTAL EQUITY | 2,502,691.00    NET LONG |
| | 2,502,691.98CR |

ANNUALIZED RETURN FOR CURRENT YEAR      10.45 %

15

**JONATHAN SOBIN**

| Trading Accounts # | EM208 -3 -0 |
| | EM208 -4 -0 |

Account Reconciliation
For the Period :   **1/01/03  -  12/31/03**

**Accounts #   EM208 -3 -0**

| | | |
|---|---|---:|
| Account Balance @ | 1/01/03 | $ 0.21 |
| Cost of purchases | 12/31/02 | 1,930,207.50 |
| Cost of purchases | to 12/31/03 | 30,167,139.09 |
| Proceeds from sales | | 30,513,447.72 |
| Dividend Income | | 20,235.93 |
| Interest Income T-Bills | | 10,646.00 |
| Interest | | 0.00 |
| Capital Withdrawals/(deposits) | | 130,000.00 |
| Transferred to/from Acct # | EM208 -4 -0 | 173,958.00 |
| Purchases | on 12/31/03 | 2,263,439.50 |
| Federal Tax Withheld | | 0.00 |
| Account Balance @ | 12/31/03 | $ 0.77 |

**Accounts #   EM208 -4 -0**

| | | |
|---|---|---:|
| Account Balance @ | 1/01/03 | 0.00 |
| Cost of purchases | | 645,622.00 |
| Proceeds from sales | | 471,664.00 |
| Transferred to/from Acct # | EM208 -3 -0 | 173,958.00 |
| Account Balance @ | 12/31/03 | $ 0.00 |

| Capital Deposits/(Withdrawals) | |
|---|---:|
| Nov-12-2003 | $ 130,000.00 |
| Apr-01-2003 | 0.00 |
| Jul-01-2003 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| | $ 130,000.00 |

| Federal Withholding | |
|---|---:|
| Date | Amount $ |
| | $ 0.00 |

16

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JONATHAN SOBIN                    1-EM208-3


78 CUTTER'S RIDGE ROAD
CARLISLE            MA 01741


STARTING EQUITY FOR CURRENT YEAR              1,930,207.71CR
CAPITAL ADDITIONS                               130,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                   203,232.54CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                  .75CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS 2,263,439.50    NET LONG
TOTAL EQUITY                                  2,263,440.25CR

ANNUALIZED RETURN FOR CURRENT YEAR     10.43 %

17

**JONATHAN SOBIN**

| Trading Accounts # | EM208 -3 -0 |
| | EM208 -4 -0 |

**Account Reconciliation**
For the Period :   **1/01/02  -  12/31/02**

**Accounts #   EM208 -3 -0**

| | | |
|---|---|---:|
| Account Balance @ | 1/01/02 | $  0.92 |
| Cost of purchases | 12/31/01 | 1,839,518.00 |
| Cost of purchases | 12/31/02 | 25,512,864.87 |
| Proceeds from sales | 12/31/02 | 25,957,674.71 |
| Dividend Income | | 12,738.72 |
| Interest Income T-Bills | | 17,300.25 |
| Interest | | 0.00 |
| Capital Withdrawals/(deposits) | | (150,000.00) |
| Transferred to/from Acct # | EM208 -4 -0 | 234,160.00 |
| Purchases | 12/31/02 | 1,930,207.50 |
| Federal Tax Withheld | | 0.00 |
| Account Balance @ | 12/31/02 | $  0.23 |

**Accounts #   EM208 -4 -0**

| | | |
|---|---|---:|
| Account Balance @ | 1/01/02 | 0.00 |
| Cost of purchases | | 948,328.00 |
| Proceeds from sales | | 714,168.00 |
| Transferred to/from Acct # | EM208 -3 -0 | 234,160.00 |
| Account Balance @ | 12/31/02 | $  0.00 |

Page 2

**Capital Deposits/(Withdrawals)**

| Date | $ | |
|---|---|---:|
| Apr-05-2002 | (150,000.00) | 0.00 |
| Jul-03-2002 | | 0.00 |
| Oct-02-2002 | | 0.00 |
| Jan-02-2003 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| $ | (150,000.00) | |

**Federal Withholding**

| Date | $ | Amount |
|---|---|---:|
| | $ | 0.00 |



18

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JONATHAN SOBIN                  1-EM208-3


78 CUTTER'S RIDGE ROAD
CARLISLE              MA 01741


STARTING EQUITY FOR CURRENT YEAR                    1,839,518.92CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                   150,000.00-
REALIZED P/L FOR CURRENT YEAR                        240,688.79CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                       .21CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       1,930,207.50   NET LONG
TOTAL EQUITY                                        1,930,207.71CR

ANNUALIZED RETURN FOR CURRENT YEAR    13.92 %

19

**JONATHAN SOBIN**

| Trading Accounts # | EM208 -3 -0 |
| | EM208 -4 -0 |

Account Reconciliation
For the Period :  **1/01/01  -  12/31/01**

**Accounts #  EM208  -3  -0**

| | | | |
|---|---|---|---|
| Account Balance @ | 1/01/01 | $ | 0.42 |
| Cost of purchases | 12/31/00 | | 1,758,044.00 |
| Cost of purchases | 12/31/01 | | 18,512,176.51 |
| Proceeds from sales | | | 16,905,198.50 |
| Interest | | | 61.68 |
| Dividend Income | | | 10,503.80 |
| Federal Tax Withheld | | | 0.00 |
| Disallowed Losses | 12/31/00 | | 0.00 |
| Transferred to Account # | EM208 -4 -0 | | 1,631.00 |
| Capital Withdrawals/(deposits) | | | (160,000.00) |
| Account Balance @ | 12/31/01 | $ | 0.89 |

**Accounts #  EM208  -4  -0**

| | | | |
|---|---|---|---|
| Account Balance @ | 1/01/01 | $ | 0.00 |
| Transferred from Account | EM208 -3 -0 | | 1,631.00 |
| Cost of purchases | | | 735,185.00 |
| Proceeds from sales | | | 733,554.00 |
| Account Balance @ | 12/31/01 | $ | 0.00 |

**Capital Deposits/(Withdrawals)**

| | | |
|---|---|---|
| Jan-12-2001 | $ | (70,000.00) |
| Sep-19-2001 | | (90,000.00) |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| Jan-01-1904 | | 0.00 |
| | $ | (160,000.00) |

**Federal Withholding**

| Date | | Amount |
|---|---|---|
| | $ | 0.00 |

20

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/00

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JONATHAN SOBIN                    1-EM208-3


78 CUTTER'S RIDGE ROAD
CARLISLE           MA 01741


STARTING EQUITY FOR CURRENT YEAR              1,758,044.42CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                             160,000.00-
REALIZED P/L FOR CURRENT YEAR                  241,474.50CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                  .92CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS  1,839,518.00    NET LONG
TOTAL EQUITY                                   1,839,518.92CR

ANNUALIZED RETURN FOR CURRENT YEAR      14.53 %

21

## JONATHAN SOBIN

| Trading Accounts # | EM208 -3 -0 |
| | EM208 -4 -0 |

Account Reconciliation
For the Period :   **1/01/00  -  12/31/00**

### Accounts #   *EM208  -3  -0*

| | | |
|---|---|---:|
| Account Balance @ | 1/01/00 | $ 0.35 |
| Cost of purchases | 12/31/99 | 1,866,379.00 |
| Cost of purchases | 12/31/00 | 29,109,074.48 |
| Proceeds from sales | | 27,273,639.44 |
| Dividend Income | | 7,101.03 |
| Disallowed Losses | 12/31/99 | 0.00 |
| Transferred to Account # | EM208 -4 -0 | (311,955.00) |
| Capital Withdrawals/(deposits) | | (350,000.00) |
| Account Balance @ | 12/31/00 | $ 0.34 |

### Accounts #   *EM208  -4  -0*

| | | |
|---|---|---:|
| Account Balance @ | 1/01/00 | $ 0.00 |
| Transferred from Account | EM208 -3 -0 | (311,955.00) |
| Cost of purchases | | 396,791.00 |
| Proceeds from sales | | 708,746.00 |
| Account Balance @ | 12/31/00 | $ 0.00 |

| Capital Deposits/(Withdrawals) | |
|---|---:|
| Apr-10-2000 | $ (230,000.00) |
| Jul-26-2000 | (50,000.00) |
| Sep-15-2000 | (70,000.00) |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| Jan-01-1904 | 0.00 |
| | $ (350,000.00) |

Page 12

22

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/00

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

JONATHAN SOBIN                    1-EM208-3

78 CUTTER'S RIDGE ROAD
CARLISLE            MA 01741

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,866,379.35CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 350,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 241,665.07CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .42CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,758,044.00   NET LONG |
| TOTAL EQUITY | 1,758,044.42CR |

ANNUALIZED RETURN FOR CURRENT YEAR    14.54 %

23

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/99

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JONATHAN SOBIN                    1-EM208-3


78 CUTTER'S RIDGE ROAD
CARLISLE            MA 01741


| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,369,767.68CR |
| CAPITAL ADDITIONS | 224,000.00CR |
| CAPITAL WITHDRAWALS | 50,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 322,611.67CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .35CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,866,379.00    NET LONG |
| TOTAL EQUITY | 1,866,379.35CR |

ANNUALIZED RETURN FOR CURRENT YEAR    20.85 %

24

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/98

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JONATHAN SOBIN                    1-EM208-3


26 ANNAWAN ROAD
WABAN                MA 02168


STARTING EQUITY FOR CURRENT YEAR
CAPITAL ADDITIONS                                973,457.15CR
CAPITAL WITHDRAWALS                              387,725.31CR
REALIZED P/L FOR CURRENT YEAR                    214,000.00-
UNREALIZED P/L ON OPEN SECURITY POSITIONS        222,585.22CR
CURRENT CASH BALANCE
NET MARKET VALUE OF OPEN SECURITIES POSITIONS          .68CR
TOTAL EQUITY                                   1,369,767.00    NET LONG
                                               1,369,767.68CR

ANNUALIZED RETURN FOR CURRENT YEAR    19.50 %

25

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/87

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JONATHAN SOBIN                    1-EM208-3


26 ANNAWAN ROAD
WABAN              MA 02168


STARTING EQUITY FOR CURRENT YEAR
CAPITAL ADDITIONS                              890,607.65CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                   90,000.00-
UNREALIZED P/L ON OPEN SECURITY POSITIONS      172,849.50CR
CURRENT CASH BALANCE
NET MARKET VALUE OF OPEN SECURITIES POSITIONS        .15CR
TOTAL EQUITY                                   973,457.00   NET LONG
                                               973,457.15CR

ANNUALIZED RETURN FOR CURRENT YEAR    20.95 %

26

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/96

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JONATHAN SOBIN                    1-EM208-3


26 ANNAWAN ROAD
WABAN                  MA 02168


STARTING EQUITY FOR CURRENT YEAR
CAPITAL ADDITIONS                                      477,221.92CR
CAPITAL WITHDRAWALS                                    300,000.00CR
REALIZED P/L FOR CURRENT YEAR
UNREALIZED P/L ON OPEN SECURITY POSITIONS              113,385.73CR
CURRENT CASH BALANCE
NET MARKET VALUE OF OPEN SECURITIES POSITIONS                .65CR
TOTAL EQUITY                                          890,607.00   NET LONG
                                                      890,607.65CR

ANNUALIZED RETURN FOR CURRENT YEAR      17.84 %

27

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JONATHAN SOBIN                    1-EM208-3


26 ANNAWAN ROAD
WABAN                 MA 02168


STARTING EQUITY FOR CURRENT YEAR                   322,980.27CR
CAPITAL ADDITIONS                                   95,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                       59,241.65CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                     .92CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS      477,221.00    NET LON
TOTAL EQUITY                                       477,221.92CR

ANNUALIZED RETURN FOR CURRENT YEAR      17.27 %

28

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/94

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

JONATHAN SOBIN                    1-EM208-3

26 ANNAWAN ROAD
WABAN                   MA 02168

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 301,823.33CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 22,500.00- |
| REALIZED P/L FOR CURRENT YEAR | 43,656.94CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .27CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 322,980.00   NET LONG |
| TOTAL EQUITY | 322,980.27CR |

ANNUALIZED RETURN FOR CURRENT YEAR    15.31 %