# EXHIBIT C

PORTFOLIO MANAGEMENT REPORT AS OF  6/30/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
1ST TRUST & CO                    1-J0035-3                              HM
FBO MARTIN J JOEL JR
FTC ACCT #961840 IRA
21 CAYUGA RD
SCARSDALE            NY 10583
```

```
STARTING EQUITY FOR CURRENT YEAR                      141,088.12CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                           6,301.38CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                 147.50CR
CURRENT CASH BALANCE
NET MARKET VALUE OF OPEN SECURITIES POSITIONS         147,537.00    NET LONG
TOTAL EQUITY                                          147,537.00CR

ANNUALIZED RETURN FOR CURRENT YEAR      9.21 %
```