# EXHIBIT D

PORTFOLIO MANAGEMENT REPORT AS OF 6/30/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
1ST TRUST & CO                          1-J0036-3                                HM
FBO SYLVIA ANN JOEL
FTC ACCT #V961839 IRA
21 CAYUGA ROAD
SCARSDALE              NY 10583
```

```
STARTING EQUITY FOR CURRENT YEAR
CAPITAL ADDITIONS                                         124,014.49CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                               3,652.51CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                     105.00CR
CURRENT CASH BALANCE
NET MARKET VALUE OF OPEN SECURITIES POSITIONS             127,772.00    NET LONG
TOTAL EQUITY                                              127,772.00CR

ANNUALIZED RETURN FOR CURRENT YEAR      6.10 %
```