# EXHIBIT E

PORTFOLIO MANAGEMENT REPORT AS OF  9/30/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


```
1ST TRUST & CO                      1-J0035-3                                HM
FBO MARTIN J JOEL JR
FTC ACCT #961840 IRA
21 CAYUGA RD
SCARSDALE           NY 10583
```

```
STARTING EQUITY FOR CURRENT YEAR                        141,088.12CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                            12,925.49CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                   322.50CR
CURRENT CASH BALANCE                                           .36CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS           154,335.75    NET LONG
TOTAL EQUITY                                            154,336.11CR

ANNUALIZED RETURN FOR CURRENT YEAR      12.55 %
```