# EXHIBIT F

PORTFOLIO MANAGEMENT REPORT AS OF  9/30/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
1ST TRUST & CO                        1-J0036-3                                HM
FBO SYLVIA ANN JOEL
FTC ACCT #V961839 IRA
21 CAYUGA ROAD
SCARSDALE          NY 10583


STARTING EQUITY FOR CURRENT YEAR                      124,014.49CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                          10,200.05CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                 215.00CR
CURRENT CASH BALANCE                                        .04CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS         134,429.50     NET LONG
TOTAL EQUITY                                          134,429.54CR

ANNUALIZED RETURN FOR CURRENT YEAR     11.22 %
```