# EXHIBIT G

PORTFOLIO MANAGEMENT REPORT AS OF  6/30/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
1ST TRUST & CO                        1-J0035-3                              HM
FBO MARTIN J JOEL JR
FTC ACCT #961840 IRA
21 CAYUGA RD
SCARSDALE              NY 10583


STARTING EQUITY FOR CURRENT YEAR                         150,904.23CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                  6,757.35CR
CURRENT CASH BALANCE                                           2.25CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS                   .83CR
TOTAL EQUITY                                             157,663.00    NET LONG
                                                         157,663.83CR

ANNUALIZED RETURN FOR CURRENT YEAR        9.03 %
```