# EXHIBIT H



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY           **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING:  **TRANS TO 1J003630**

8/19/03

159,338.82

CLIENT'S ACCOUNT NUMBER

1ST TRUST & CO
FBO MARTIN J JOEL JR
FTC ACCT #961840 IRA
21 CAYUGA RD
SCARSDALE          NY 10583

1-J0035-3          Q