UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

                      Plaintiff-Applicant,

      - against -                                   Adv. Pro. No. 08-01789-BRL

BERNARD L. MADOFF INVESTMENT           SIPA Liquidation
SECURITIES LLC,

                         Defendant.
-----------------------------------------------------------------x
STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK)

       Tatyana Venezia, being duly sworn, deposes and says:

       I am not a party to the action. I am over eighteen (18) years of age and reside in Monmouth County, State of New Jersey.

       On June 24, 2010, I served true copies of the annexed **OBJECTION TO SIPA TRUSTEE'S DETERMINATION OF CLAIM NUMBER 147** upon each of the following by mailing same in sealed envelopes, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed as indicated below:

                      Clerk of the United States Bankruptcy Court
                        for the Southern District of New York
                      One Bowling Green
                      New York, New York 10004

                      Irving H. Picard, Trustee
                      c/o Baker & Hostetler LLP
                      45 Rockefeller Plaza
                      New York, New York 10111

                                                                         Tatyana Venezia

Sworn to before me
this 24th day of June, 2010
_____
Notary Public

        MARK BORTEN
  Notary Public, State Of New York
        No. 304646865
   Qualified In Nassau County
Commission Expires August 31, 20 13