# EXHIBIT B

COPY

# CUSTOMER CLAIM

Claim Number _____

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 516-326-2812

HOME: N/A

Taxpayer I.D. Number (Social Security No.)
20-2088905

Account Number: 1J0060
JIR ENTERPRISES LLC
C/O ELIHU I ROSE
1983 MARCUS AVENUE SUITE 129
LAKE SUCCESS, NY 11042

(If incorrect, please change)

NOTE:  BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

***********************************************************************

1. Claim for money balances as of **December 11, 2008**:
   a. The Broker owes me a Credit (Cr.) Balance of        $_____
   b. I owe the Broker a Debit (Dr.) Balance of            $_____

502180406                                    1

  c. If you wish to repay the Debit Balance,

    please insert the amount you wish to repay and

    attach a check payable to "Irving H. Picard, Esq.,

    Trustee for Bernard L. Madoff Investment Securities LLC."

    If you wish to make a payment, **it must be enclosed**

    **with this claim form.**        $ _____

  d. If balance is zero, insert "None."    _____none_____

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |   |
| b. | I owe the Broker securities |   | X |
| c. | If yes to either, please list below: |   |   |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds |   |
|---|---|---|---|
|   |   | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | see attached | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |

502180406                                3

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. _____ X __

Please list the full name and address of anyone assisting you in the preparation of this claim form: _____

_____

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

JIR ENTERPRISES LDC

Date _____    Signature _____ COPY
                                    By: Elihu L Rose, MANAGER
Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                           4

CUSTOMER CLAIM

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

<u>Items 2 a and c</u>

Attached are the monthly statements as of November 30, 2008 with respect to the Claimant's account with Bernard L. Madoff Investment Securities LLC. The Claimant has no knowledge of any purchases and/or sales which may have occurred between November 30 and December 11, 2008.

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT JIR ENTERPRISES LLC
JIR ENTERPRISES LLC
23 THE BIRCHES
ROSLYN        NY    11576

1-J0060-3-0    11/30/08    ****8905    1

| | | | | |
|---|---|---|---|---|
| | | BALANCE FORWARD | | 235,835.50 |
| | 8113 | EXXON MOBIL CORP | 72.880 | 381,298.52 |
| | 8615 | INTEL CORP | 14.510 | 83,327.77 |
| | 21592 | COCA COLA CO | 44.660 | 89,041.72 |
| | 25918 | MCDONALDS CORP | 55.370 | 64,385.94 |
| | 38896 | ORACLE CORPORATION | 17.300 | 69,082.20 |
| | 51874 | PEPSICO INC | 56.410 | 69,021.57 |
| | 56702 | ABBOTT LABORATORIES | 54.610 | 86,182.97 |
| | 60526 | PROCTER & GAMBLE CO | 64.080 | 191,590.04 |
| | 65354 | BANK OF AMERICA | 21.590 | 107,717.20 |
| | 59178 | QUALCOMM INC | 33.770 | 56,124.20 |
| | 74006 | COMCAST CORP CL A | 16.510 | 49,456.88 |







**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT JIR ENTERPRISES
JIR ENTERPRISES LLC
23 THE BIRCHES
ROSLYN    NY    11576

1-J0060-3-0    11/30/08    ****8905    5

| | | | | | |
|---|---|---|---|---|---|
| 2,822 | | | VERIZON COMMUNICATIONS | 32.650 | |
| 2,158 | | | WAL-MART STORES INC | 55.880 | |
| | | | MARKET VALUE OF SECURITIES | | |
| | | | LONG | | |
| | | | SHORT | | |

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222
Affiliated with





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT JIR ENTERPRISES LLC
JIR ENTERPRISES LLC
23 THE BIRCHES
ROSLYN    NY    11576

YEAR-TO-DATE SUMMARY

1-J0060-3-0

11/30/08    *****8905    6

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT JIR ENTERPRISES
JIR ENTERPRISES LLC
23 THE BIRCHES
ROSLYN  NY  11576

1-J0060-4-0   11/30/08   ******8905   1

| | | | | MKT PRICE | | |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 235,836. |
| 83 | | 47548 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | | 147,823.00 |
| 83 | | 37977 | S & P 100 INDEX DECEMBER 420 PUT | 30 | | 249,083.00 |
| 83 | 83 | 46627 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 307,017. |
| | | | LONG 136,950.00  SHORT 193,390.00- | 16.500 | | |
| | | | SECURITY POSITIONS DECEMBER 420 PUT | | | |

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

Affiliated with