### Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. |  |

### NOTICE OF WITHDRAWAL OF OBJECTION

Ronald M. Gross, as Trustee ("Claimant"), having filed an objection to the Trustee's Notice of Determination respecting Claimant's combined customer claim (#002434 and #012010) (the "Objection", Docket No. 951), hereby gives notice that [he/~~she/it~~] is withdrawing such Objection.

Dated: June 17, 2010

Thomas D. Goldberg
(Name) Thomas D. Goldberg
(Address) Day Pitney LLP
(Tel. No.) One Canterbury Green
Stamford, CT 06901
203-977-7300

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

JUN 24 2010

**NOTICE OF WITHDRAWAL OF OBJECTION**

_Ronald M Gross, as Trustee_ ("Claimant"), having filed an objection to the Trustee's Notice of Determination respecting Claimant's combined customer claim (# _002433_ and # _011999_) (the "Objection", Docket No. _1488_), hereby gives notice that [he/~~she/it~~] is withdrawing such Objection.

Dated: _June 17_, 2010

(Name) _Thomas D. Goldberg_
(Address) _Day Pitney LLP_
(Tel. No.) _One Canterbury Green_
_Stamford, CT 06901_
_203-977-7300_