Clerk of the United States Bankruptcy Court     6/28/2010
Southern District of New York

Gentlemen: I am an indirect investor in the Bernard L. Madoff Investment Securities LLC. (BLMIS) thru the Beacon LLC, Account # 000406.

I disagree with the determination of my claim by the Trustee Irving H. Picard for BLMIS for the following reasons:

1. There was no difference between a direct investment and my indirect investment because the funds were never invested in any securities for the last 10 to 15 years; the perpetrator just fraudulently held them. My investments were made between 2003 and 2008.
2. Beacon Associates gave an average of 75% of the funds to (BLMIS) each year, not as a securities firm or in an advisory capacity but purely as a transfer agent. For that reason my account should be treated by (SIPC) the same as any investment in (BLMIS).
3. I am a net investor in BLMIS thru Beacon Ass. As the records (enclosed) by IVY Advisors indicate.
4.   The definition of Customer should not be a narrow one, since we all were aware that between 70 and 80% of the funds were being invested with BLMIS.

Please consider the above before making a decision on the definition of Customer.

Sincerely,

*[signature]*

Robert E. Decker MD(Ret.)

RECEIVED JUN 24 2010 U.S. BANKRUPTCY COURT, SDNY

**


IVY ASSET MANAGEMENT CORP.

## Beacon Associates LLC

*Robert E. Decker, IRA, NTC & Co.*

| | | | |
|---|---|---|---|
| Initial Investment: | $ | 500,000.00 | 6/1/2003 |

| Date | Contributions |
|---|---|
| 01/01/2003 | - |
| 02/01/2003 | - |
| 03/01/2003 | - |
| 04/01/2003 | - |
| 05/01/2003 | - |
| 06/01/2003 | 500,000 |
| 07/01/2003 | - |
| 08/01/2003 | - |
| 09/01/2003 | - |
| 10/01/2003 | - |
| 11/01/2003 | - |
| 12/01/2003 | 209,401 |
| Total Investor Activity | |

| Date | Contributions |
|---|---|
| 01/01/2004 | - |
| 02/01/2004 | - |
| 03/01/2004 | - |
| 04/01/2004 | - |
| 05/01/2004 | - |
| 06/01/2004 | - |
| 07/01/2004 | - |
| 08/01/2004 | - |
| 09/01/2004 | - |
| 10/01/2004 | - |
| 11/01/2004 | - |
| 12/01/2004 | - |
| Total Investor Activity | |

| Date | Contributions |
|---|---|
| 01/01/2005 | - |
| 02/01/2005 | - |
| 03/01/2005 | 345,000 |
| 04/01/2005 | - |
| 05/01/2005 | - |
| 06/01/2005 | - |
| 07/01/2005 | - |
| 08/01/2005 | - |
| 09/01/2005 | - |
| 10/01/2005 | - |
| 11/01/2005 | - |
| 12/01/2005 | - |
| Total Investor Activity | |



① IRA

**IVY** | ASSET MANAGEMENT CORP.

Beacon Associates LLC

*Robert E. Decker, IRA, NTC & Co.*

| Date | Contributions |
|---|---|
| 01/01/2006 | - |
| 02/01/2006 | - |
| 03/01/2006 | - |
| 04/01/2006 | - |
| 05/01/2006 | - |
| 06/01/2006 | - |
| 07/01/2006 | - |
| 08/01/2006 | - |
| 09/01/2006 | - |
| 10/01/2006 | 284,560 |
| 11/01/2006 | - |
| 12/01/2006 | - |
| Total Investor Activity | |

| Date | Contributions |
|---|---|
| 01/01/2007 | - |
| 02/01/2007 | - |
| 03/01/2007 | - |
| 04/01/2007 | - |
| 05/01/2007 | - |
| 06/01/2007 | - |
| 07/01/2007 | - |
| 08/01/2007 | - |
| 09/01/2007 | - |
| 10/01/2007 | - |
| 11/01/2007 | - |
| 12/01/2007 | - |
| Total Investor Activity | |

| Date | Contributions |
|---|---|
| 01/01/2008 | - |
| 02/01/2008 | 100,000 |
| 03/01/2008 | 149,000 |
| 04/01/2008 | - |
| 05/01/2008 | - |
| 06/01/2008 | - |
| 07/01/2008 | - |
| 08/01/2008 | 200,000 |
| 09/01/2008 | - |
| 10/01/2008 | - |
| 11/01/2008 | - |
| 12/01/2008 | - |
| Total Investor Activity | |

*Handwritten annotations:*

SUMMARY

\* TOTAL IRA CONTRIBUTIONS $1,787,961

- \*\* MADOFF - $1,323,091

(2)    IRA

Robert E Decker MD
350 East 82 St., NY NY 10028

Clerk of the United States Bankrupycy Court
One Bowling Green
New York, NY 10111

10004+1400



NEW YORK NY 100    12 JUN 2010 PM 2 T

RECEIVED JUN 24 2010 U.S. BANKRUPTCY COURT SO. DIST OF NEW YORK

USA 44