# EXHIBIT B

08-01789-cgm    Doc 2475-2    Filed 06/25/10    Entered 06/25/10 11:01:04    Exhibit B
Pg 2 of 3

*NEW CORRECTED 3RD QUARTER PRINTOUT 2008*

Northeast Investment Club
September 30, 2008
# of Days in the quarter = 92
Admin ck written for prev Q = 29,763.20
Bank serv charges for Q = -

| Member | Beginning Balance | Q2 - 08 Admin Fee | Capital Withdrawals | Capital Contrib | Total Earnings | Ending Balance | Qtr 3 admin S/B |
|---|---|---|---|---|---|---|---|
| Seth Mitchell Avergon | 43,412.60 | 325.59 | | 5,000.00 | 735.20 | 48,822.21 | 366.17 |
| Larry Berger | 159,664.05 | 997.90 | | | 2,419.69 | 161,085.84 | 1,006.79 x |
| David Berkwitz | 145,592.18 | 909.95 | | 554.00 | 2,215.40 | 147,451.63 | 921.57 x |
| Joyce Berkwitz | 32,602.63 | 244.52 | | 200.00 | 497.75 | 33,055.86 | 247.92 |
| Paula Berkwitz | 32,602.63 | 244.52 | | 200.00 | 497.75 | 33,055.86 | 247.92 |
| Shari & David Berkwitz (closed 6/30/08) | - | - | | | - | - | - |
| Hetty Berkwitz #1 | 191,950.62 | 1,199.69 | 25,000.00 | | 2,860.99 | 168,611.92 | 1,053.82 x |
| Hetty Berkwitz #2 | 8,033.48 | 50.21 | | | 121.72 | 8,104.99 | 50.66 x |
| Mark & Linda Bessell #1 | 283,874.80 | 1,419.37 | | 5,000.00 | 4,394.20 | 291,849.63 | 1,459.25 y |
| Mark & Linda Bessell #2 | 138,109.59 | 690.55 | | 1,000.00 | 2,110.96 | 140,530.00 | 702.65 y |
| Mark & Linda Bessell #3 | 47,354.39 | 236.77 | 25,000.00 | | 390.22 | 22,507.84 | 112.54 y |
| Ann C. Binder, Tee U/A dtd 8/10/95 | 456,602.65 | 2,283.01 | 84,232.00 | | 5,752.99 | 375,840.63 | 1,879.20 y |
| Deborah A Brooks (joined 6/3/08) | 100,793.47 | 186.91 | | | 1,602.24 | 102,208.80 | 189.54 x |
| Abraham Cohen | 8,801.01 | 66.01 | | | 133.21 | 8,868.21 | 66.51 |
| Marilyn Conrath | 30,601.11 | 229.51 | | 5,000.00 | 530.11 | 35,901.71 | 269.26 |
| Susan Derby | 2,554.50 | 19.16 | | | 38.67 | 2,574.01 | 19.31 |
| Judith Diamond | 75,170.43 | 563.78 | | | 1,137.56 | 75,744.21 | 568.08 |
| Lawrence & Barbara Dubinet | 55,148.83 | 413.62 | | | 836.40 | 55,571.61 | 416.79 |
| Laura Dubinet | 380,438.38 | 1,902.19 | 30,000.00 | 1,141.00 | 5,678.08 | 355,355.27 | 1,776.78 y |
| Brian and Bridget Englebardt | 51,480.22 | 386.10 | | 232.00 | 769.66 | 52,095.78 | 390.72 |
| Nan Fiedler | 55,322.24 | 414.92 | | | 837.43 | 55,744.75 | 418.09 |
| Jane Fox Costello | 39,687.16 | 297.65 | | | 600.70 | 39,990.21 | 299.93 |
| Deborah Friedman | 168,115.78 | 1,050.72 | | | 2,546.78 | 169,611.84 | 1,060.07 x |
| Ronnie Friedman Special Needs Trust Account | 6,926.15 | 51.95 | | | 98.77 | 6,972.97 | 52.30 |
| Freda Friedman #1 | 337,025.05 | 1,685.13 | 57,000.00 | | 4,320.21 | 282,660.13 | 1,413.30 y |
| Freda Friedman #2 | 10,408.71 | 52.04 | | | 158.92 | 10,515.59 | 52.58 y |
| Ethan Towler Grayman | 31,243.36 | 234.33 | 8,000.00 | | 347.61 | 23,356.64 | 175.17 |

*3RD Q 2005*

*2  6  4  3  5  (7)  8*

| Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| Samuel Towler Grayman | 40,220.11 | 301.65 | | | 608.89 | 40,527.35 | 303.96 |
| Sheila Greenfield | 8,536.96 | 64.03 | | | 129.22 | 8,602.15 | 64.52 |
| Patricia Herzog & Norman Janis | 37,248.73 | 279.37 | | | 563.84 | 37,533.20 | 281.50 |
| Beth Levin | 15,228.03 | 114.21 | | | 230.52 | 15,344.34 | 115.08 |
| | | | | | | | |
| Beverly Lieberman | 18,902.32 | 141.77 | | | 286.23 | 19,046.78 | 142.85 |
| Marthe Lowy | 141,998.94 | 887.49 | | | 2,148.97 | 143,260.42 | 895.38 x |
| Marthe Lowy #2 | 37,966.82 | 237.29 | | | 575.37 | 38,304.90 | 239.41 x |
| | | | | | | | |
| Nicole Nagel | 262,803.59 | 1,335.72 | 929.29 | 500.00 | 3,990.82 | 265,029.40 | 1,329.79 y |
| Gabrielle Nissl | 49,921.42 | 380.28 | 138.34 | 1,235.60 | 775.54 | 51,413.94 | 386.64 |
| Thomas Oelschlaeger | 40,489.84 | 308.43 | 112.24 | 1,002.10 | 629.11 | 41,700.38 | 313.59 |
| | | | | | | | |
| Christian & Sheri Nielsen | 51,116.14 | 383.37 | | 232.00 | 778.21 | 51,742.98 | 388.07 |
| Eric Passman | 32,235.16 | 241.76 | | | 496.22 | 32,489.62 | 243.67 |
| Barbara Ann Perrucci (will be joining end of Q4) | - | - | | 21,000.00 | | 21,000.00 | |
| Bessie Pollicove | 36,858.88 | 276.44 | | | 558.01 | 37,140.45 | 278.55 |
| Bonnie Pritzker | 173,313.40 | 1,083.21 | | | 2,623.60 | 174,853.79 | 1,092.84 x |
| | | | | | | | |
| Joshua Robbins | 37,721.83 | 282.91 | | 170.00 | 573.29 | 38,182.21 | 286.37 |
| Kristina Rudd | 69,872.70 | 524.05 | | | 1,057.70 | 70,406.35 | 528.05 |
| Arlene Adams Schuyler | 1,168,465.84 | 4,381.75 | | | 17,760.75 | 1,181,844.84 | 4,431.92 z |
| Barry and Joyce Schwartz | 4,540.04 | 34.05 | | | 68.73 | 4,574.72 | 34.31 |
| Alyce & Gerard Smith | 5,443.95 | 40.83 | | | 82.39 | 5,485.51 | 41.14 |
| | | | | | | | |
| Patricia Still | 33,275.38 | 249.57 | | 7,000.00 | 592.08 | 40,617.89 | 304.63 |
| Michael Towler | 7,406.24 | 55.55 | | | 112.11 | 7,462.80 | 55.97 |
| Jacob T. Towler-Grayman | 9,754.88 | 73.16 | | | 147.67 | 9,829.39 | 73.72 |
| Irlene Waldman | 15,695.49 | 117.72 | | | 237.20 | 15,814.97 | 118.61 |
| | | | | | | | |
| Alexis Willey | 5,964.98 | 29.82 | | | 90.65 | 6,025.81 | 30.13 y |
| Ellen & Nicholas Willey | 346,481.77 | 1,732.41 | | 1,039.00 | 5,269.20 | 351,057.56 | 1,755.29 y |
| Hannah Willey | 6,051.61 | 30.26 | | | 91.96 | 6,113.31 | 30.57 y |
| Joseph Willey | 2,666.12 | 20.00 | | | 40.36 | 2,686.48 | 20.15 |
| Nathan Zatz (removed as of 3/31/08) | - | - | | | | | |
| | 5,558,697.19 | 29,763.20 | 230,411.87 | 50,505.70 | 82,151.86 | 5,426,179.68 | 29,003.63 |

\* = added together, but not eligible for reduced admin fee
x = eligible for reduced admin fee - 2.5%/yr, because investment is > $100,000, < $250,000
y = eligible for reduced admin fee - 2.0%/yr, because investment is > $250,000, < $500,000
z = eligible for reduced admin fee - 1.5%/yr, because investment is > $500,000