# EXHIBIT A

**BERNARD L. MADOFF**
**MADF INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT MORTON L CERTILMAN
KENNETH LINDENBAUM CPA
206 AVON COURT
HEWLETT     NY    11557

PERIOD ENDING: 11/30/09
YOUR ACCOUNT NUMBER: 1-C1013-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****9311
PAGE: 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 179,675.29 | |
| 11/12 | 1,664 | | 2856 | WAL-MART STORES INC | 55.830 | 92,967.12 | |
| 11/12 | 1,088 | | 3368 | INTERNATIONAL BUSINESS MACHS | 87.270 | 94,992.76 | |
| 11/12 | 4,032 | | 7192 | EXXON MOBIL CORP | 72.880 | 294,013.16 | |
| 11/12 | 4,416 | | 7694 | INTEL CORP | 14.510 | 64,252.16 | |
| 11/12 | 2,112 | | 12020 | JOHNSON & JOHNSON | 59.580 | 125,916.96 | |
| 11/12 | 2,880 | | 16346 | J.P. MORGAN CHASE & CO | 38.530 | 111,081.40 | |
| 11/12 | 1,536 | | 20671 | COCA COLA CO | 44.660 | 68,659.76 | |
| 11/12 | 896 | | 24997 | MCDONALDS CORP | 55.370 | 49,646.52 | |
| 11/12 | 1,664 | | 29323 | MERCK & CO | 28.550 | 47,573.20 | |
| 11/12 | 6,080 | | 33649 | MICROSOFT CORP | 21.810 | 132,847.80 | |
| 11/12 | 3,072 | | 37975 | ORACLE CORPORATION | 17.300 | 53,267.60 | |
| 11/12 | 1,216 | | 50953 | PEPSICO INC | 56.410 | 68,642.56 | |
| 11/12 | 704 | | 51455 | APPLE INC | 100.780 | 70,977.12 | |
| 11/12 | 5,184 | | 55279 | PFIZER INC | 16.940 | 88,023.96 | |
| 11/12 | 1,216 | | 55781 | ABBOTT LABORATORIES | 54.610 | 66,453.76 | |
| 11/12 | 2,304 | | 59605 | PROCTER & GAMBLE CO | 64.080 | 147,732.32 | |
| 11/12 | 832 | | 60107 | AMGEN INC | 59.150 | 49,254.12 | |
| 11/12 | 1,600 | | 63931 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 69,824.00 | |
| 11/12 | 3,840 | | 64433 | BANK OF AMERICA | 21.590 | 83,058.60 | |
| 11/12 | 1,280 | | 68257 | QUALCOMM INC | 33.770 | 43,276.60 | |
| 11/12 | 4,160 | | 68759 | CITI GROUP INC | 12.510 | 52,207.60 | |
| 11/12 | 960 | | 72583 | SCHLUMBERGER LTD | 49.480 | 47,539.80 | |
| 11/12 | 2,304 | | 73085 | COMCAST CORP CL A | 16.510 | 39,131.04 | |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London
885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT MORTON L CERTILMAN
KENNETH LINDENBAUM CPA
206 AVON COURT
HEWLETT    NY    11557

YOUR ACCOUNT NUMBER: 1-C1013-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******9311
PAGE: 2

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 4,544 | | 75909 | AT&T INC | 27.510 | 122,869.00 | |
| 11/12 | 1,152 | | 77411 | CONOCOPHILIPS | 52.510 | 60,537.52 | |
| 11/12 | 768 | | 81235 | UNITED PARCEL SVC INC CLASS B | 52.040 | 39,995.72 | |
| 11/12 | 4,672 | | 91737 | CISCO SYSTEMS INC | 16.730 | 78,348.56 | |
| 11/12 | 1,344 | | 85561 | U S BANCORP | 29.530 | 39,741.32 | |
| 11/12 | 1,600 | | 86063 | CHEVRON CORP | 73.430 | 117,552.00 | |
| 11/12 | 768 | | 89887 | UNITED TECHNOLOGIES CORP | 53.160 | 40,856.88 | |
| 11/12 | 8,128 | | 90389 | GENERAL ELECTRIC CO | 19.630 | 159,877.64 | |
| 11/12 | 2,176 | | 94213 | VERIZON COMMUNICATIONS | 30.410 | 66,259.16 | |
| 11/12 | 192 | | 94715 | GOOGLE | 337.400 | 64,787.80 | |
| 11/12 | 2,688 | | 98539 | WELLS FARGO & CO NEW | 29.800 | 80,209.40 | |
| 11/12 | 1,920 | | 99041 | HEWLETT PACKARD CO | 34.900 | 67,084.00 | |
| 11/12 | | 2,875,000 | 21152 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 2,873,160.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 88.97 |
| 11/12 | | 77,658 | 16250 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 77,658.00 |
| 11/12 | 39,521 | | 25619 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 39,521.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 4.85 |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**\*\*DUPLICATE\*\*** FOR ACCOUNT MORTON L CERTILMAN
KENNETH LINDENBAUM CPA

206 AVON COURT
HEWLETT                NY 11557

YOUR ACCOUNT NUMBER: 1-C1013-3-0
PERIOD ENDING: 11/30/09
YOUR TAX PAYER IDENTIFICATION NUMBER: \*\*\*\*\*\*9311
PAGE: 3

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 |  | 39,521 | 50895 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 |  | 39,521.00 |
| 11/19 | 225,000 |  | 55526 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 224,833.50 |  |
| 11/19 | 6,437 |  | 59934 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,437.00 |  |
|  |  |  |  | NEW BALANCE |  | 358,491.88 |  |
|  |  |  |  | SECURITY POSITIONS |  |  |  |
|  | 4,544 |  |  | AT&T INC | MKT PRICE 28.560 |  |  |
|  | 1,216 |  |  | ABBOTT LABORATORIES | 52.390 |  |  |
|  | 832 |  |  | AMGEN INC | 55.540 |  |  |
|  | 704 |  |  | APPLE INC | 92.670 |  |  |
|  | 3,840 |  |  | BANK OF AMERICA | 16.250 |  |  |
|  | 1,600 |  |  | CHEVRON CORP | 79.010 |  |  |
|  | 4,672 |  |  | CISCO SYSTEMS INC | 16.540 |  |  |
|  | 4,160 |  |  | CITI GROUP INC | 8.290 |  |  |
|  | 1,536 |  |  | COCA COLA CO | 46.870 |  |  |
|  | 2,304 |  |  | COMCAST CORP CL A | 17.340 |  |  |
|  | 1,152 |  |  | CONOCOPHILIPS | 52.520 |  |  |
|  | 4,032 |  |  | EXXON MOBIL CORP | 80.150 |  |  |
|  | 8,128 |  |  | GENERAL ELECTRIC CO | 17.170 |  |  |
|  |  |  |  | CONTINUED ON PAGE 4 |  |  |  |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

**Affiliated with**
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

\*\*DUPLICATE\*\*   FOR ACCOUNT   MORTON L CERTILMAN
KENNETH LINDENBAUM CPA
206 AVON COURT
HEWLETT    NY  11557

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-C1013-3-0 | 11/30/09 | 4 |

YOUR TAX PAYER IDENTIFICATION NUMBER: \*\*\*\*\*\*\*\*9311

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 192 | | | GOOGLE | 292.960 | | |
| | 1,920 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 4,416 | | | INTEL CORP | 13.800 | | |
| | 1,088 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 2,880 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 2,112 | | | JOHNSON & JOHNSON | 58.590 | | |
| | 896 | | | MCDONALDS CORP | 58.750 | | |
| | 1,664 | | | MERCK & CO | 26.720 | | |
| | 6,080 | | | MICROSOFT CORP | 26.220 | | |
| | 3,072 | | | ORACLE CORPORATION | 20.220 | | |
| | 1,216 | | | PEPSICO INC | 16.090 | | |
| | 5,184 | | | PFIZER INC | 16.430 | | |
| | 1,600 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 2,304 | | | PROCTER & GAMBLE CO | 56.700 | | |
| | 1,280 | | | QUALCOMM INC | 64.350 | | |
| | 960 | | | SCHLUMBERGER LTD | 33.570 | | |
| | 6,437 | | | FIDELITY SPARTAN | 50.740 | | |
| | | | | U S TREASURY MONEY MARKET | 1 | | |
| | 1,344 | | | U S BANCORP | 26.990 | | |
| | 768 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 225,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 768 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT MORTON L CERTILMAN
KENNETH LINDENBAUM CPA
206 AVON COURT
HEWLETT    NY    11557

YOUR ACCOUNT NUMBER: 1-C1013-3-0
PERIOD ENDING: 11/30/09
YOUR TAXPAYER IDENTIFICATION NUMBER: *******9311
PAGE: 5

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 2,176 |  |  | VERIZON COMMUNICATIONS | 32.650 |  |  |
|  | 1,664 |  |  | WAL-MART STORES INC | 55.880 |  |  |
|  | 2,588 |  |  | WELLS FARGO & CO NEW | 28.890 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES |  |  |  |
|  |  |  |  | LONG    3,951,102.31 |  |  |  |
|  |  |  |  | SHORT |  |  |  |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London
885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT MORTON L CERTILMAN
KENNETH LINDENBAUM CPA
206 AVON COURT
HEWLETT    NY    11557

YOUR ACCOUNT NUMBER: 1-C1013-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******9311
PAGE: 6

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 20,356.56 |
| | | | | GROSS PROCEEDS FROM SALES | | | 16,864,257.50 |