# EXHIBIT B

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT JOYCE CERTILMAN
KENNETH LINDENBAUM CPA

206 AVON COURT
HEWLETT    NY    11557

YOUR ACCOUNT NUMBER: 1-C1012-3-0
PERIOD ENDING: 11/30/09
YOUR TAX PAYER IDENTIFICATION NUMBER: *******2911
PAGE: 1

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 228,239.75 | |
| 11/12 | 2,314 | | 2865 | WAL-MART STORES INC | 55.830 | 129,282.62 | |
| 11/12 | 1,513 | | 3367 | INTERNATIONAL BUSINESS MACHS | 87.270 | 132,099.51 | |
| 11/12 | 5,607 | | 7191 | EXXON MOBIL CORP | 72.880 | 408,862.16 | |
| 11/12 | 6,141 | | 7693 | INTEL CORP | 14.510 | 89,350.91 | |
| 11/12 | 2,937 | | 12019 | JOHNSON & JOHNSON | 59.580 | 175,103.46 | |
| 11/12 | 4,005 | | 16345 | J.P. MORGAN CHASE & CO | 38.530 | 154,472.65 | |
| 11/12 | 2,136 | | 20670 | COCA COLA CO | 44.560 | 95,478.76 | |
| 11/12 | 1,246 | | 24996 | MCDONALDS CORP | 55.370 | 69,040.02 | |
| 11/12 | 2,314 | | 29322 | MERCK & CO | 28.550 | 66,156.70 | |
| 11/12 | 8,455 | | 33648 | MICROSOFT CORP | 21.810 | 184,741.55 | |
| 11/12 | 4,272 | | 37974 | ORACLE CORPORATION | 17.300 | 74,075.60 | |
| 11/12 | 1,691 | | 50952 | PEPSICO INC | 56.410 | 95,456.31 | |
| 11/12 | 979 | | 51454 | APPLE INC | 100.780 | 98,702.62 | |
| 11/12 | 7,209 | | 55278 | PFIZER INC | 16.940 | 122,408.46 | |
| 11/12 | 1,691 | | 55780 | ABBOTT LABORATORIES | 54.610 | 92,412.51 | |
| 11/12 | 3,204 | | 59604 | PROCTER & GAMBLE CO | 64.080 | 205,440.32 | |
| 11/12 | 1,157 | | 60106 | AMGEN INC | 59.150 | 68,494.12 | |
| 11/12 | 2,225 | | 63930 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 97,099.00 | |
| 11/12 | 5,340 | | 64432 | BANK OF AMERICA | 21.590 | 115,303.60 | |
| 11/12 | 1,780 | | 68256 | QUALCOMM INC | 33.770 | 60,181.60 | |
| 11/12 | 5,785 | | 68758 | CITI GROUP INC | 12.510 | 72,601.35 | |
| 11/12 | 1,335 | | 72582 | SCHLUMBERGER LTD | 49.480 | 66,108.80 | |
| 11/12 | 3,204 | | 73094 | COMCAST CORP | 16.510 | 53,026.04 | |
| | | | | CL A | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London
885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT  JOYCE CERTILMAN
KENNETH LINDENBAUM CPA

206 AVON COURT
HEWLETT            NY  11557

YOUR ACCOUNT NUMBER: 1-C1012-3-0
PERIOD ENDING: 11/30/09
YOUR TAX PAYER IDENTIFICATION NUMBER: ******2911
PAGE: 2

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 6,319 | | 76909 | AT&T INC | 27 | 170,965.00 | |
| 11/12 | 1,602 | | 77410 | CONOCOPHILIPS | 52.510 | 84,185.02 | |
| 11/12 | 1,068 | | 81234 | UNITED PARCEL SVC INC CLASS B | 52.040 | 55,620.72 | |
| 11/12 | 6,497 | | 81736 | CISCO SYSTEMS INC | 16.730 | 108,953.81 | |
| 11/12 | 1,869 | | 85560 | U S BANCORP | 29.530 | 55,265.57 | |
| 11/12 | 2,225 | | 86062 | CHEVRON CORP | 73.430 | 163,470.75 | |
| 11/12 | 1,068 | | 89886 | UNITED TECHNOLOGIES CORP | 53.160 | 56,816.88 | |
| 11/12 | 11,303 | | 90388 | GENERAL ELECTRIC CO | 19.630 | 222,329.89 | |
| 11/12 | 3,026 | | 94212 | VERIZON COMMUNICATIONS | 30.410 | 92,141.66 | |
| 11/12 | 267 | | 94714 | GOOGLE | 337.400 | 90,095.80 | |
| 11/12 | 3,738 | | 98538 | WELLS FARGO & CO NEW | 29.800 | 111,541.40 | |
| 11/12 | 2,670 | | 99040 | HEWLETT PACKARD CO | 34.900 | 93,183.00 | |
| 11/12 | | 3,975,000 | 21151 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 3,972,456.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET 2/12/2009 | DIV | | 119.50 |
| 11/12 | | 101,910 | 16249 | FIDELITY SPARTAN DIV 11/12/08 | 1 | | 101,910.00 |
| 11/12 | 25,833 | | 25618 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 25,833.00 | |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 3.17 |
| 11/19 | | | | DIV 11/19/08 CONTINUED ON PAGE 3 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT JOYCE CERTILMAN
KENNETH LINDENBAUM CPA
206 AVON COURT
HEWLETT    NY    11557

YOUR ACCOUNT NUMBER: 1-C1012-3-0
PERIOD ENDING: 11/30/09
YOUR TAX PAYER IDENTIFICATION NUMBER: ********2911
PAGE: 3

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 25,833 | 50894 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 25,833.00 |
| 11/19 | 275,000 | | 55525 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.925 | 274,796.50 | |
| 11/19 | 17,684 | | 59933 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,684.00 | |
| | | | | NEW BALANCE | | 475,905.65 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 6,319 | | | AT&T INC | 28.550 | | |
| | 1,691 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 1,157 | | | AMGEN INC | 55.540 | | |
| | 979 | | | APPLE INC | 92.670 | | |
| | 5,340 | | | BANK OF AMERICA | 16.250 | | |
| | 2,225 | | | CHEVRON CORP | 79.010 | | |
| | 5,785 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 6,497 | | | CITI GROUP INC | 8.290 | | |
| | 2,136 | | | COCA COLA CO | 46.870 | | |
| | 3,204 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 1,602 | | | CONOCOPHILIPS | 52.520 | | |
| | 5,607 | | | EXXON MOBIL CORP | 80.150 | | |
| | 11,303 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**YOUR ACCOUNT NUMBER:** 1-C1012-3-0
**PERIOD ENDING:** 11/30/08
**YOUR TAX PAYER IDENTIFICATION NUMBER:** *******2911
**PAGE:** 4

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 3DT
Tel 020 7493 1222

**DUPLICATE** FOR ACCOUNT JOYCE CERTILMAN
KENNETH LINDENBAUM CPA
206 AVON COURT
HEWLETT    NY    11557

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 267 | | | GOOGLE | 292.960 | | |
| | 2,670 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 6,141 | | | INTEL CORP | 13.800 | | |
| | 1,513 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 4,005 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 2,937 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 1,246 | | | MCDONALDS CORP | 58.750 | | |
| | 2,314 | | | MERCK & CO | 26.720 | | |
| | 8,455 | | | MICROSOFT CORP | 20.220 | | |
| | 4,272 | | | ORACLE CORPORATION | 16.090 | | |
| | 1,691 | | | PEPSICO INC | 56.700 | | |
| | 7,209 | | | PFIZER INC | 16.430 | | |
| | 2,225 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 3,204 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 1,780 | | | QUALCOMM INC | 33.570 | | |
| | 1,335 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 17,684 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 1,869 | | | U S BANCORP | 26.980 | | |
| | 1,068 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 275,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 1,058 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT JOYCE GREENMAN
KENNETH LINDENBAUM CPA
206 AVON COURT
HEWLETT        NY    11557

YOUR ACCOUNT NUMBER: 1-C1012-3-0
PERIOD ENDING: 11/30/98
YOUR TAX PAYER IDENTIFICATION NUMBER: *******2911
PAGE: 5

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 3,026 | | | VERIZON COMMUNICATIONS | 32.550 | | |
| 2,314 | | | WAL-MART STORES INC | 55.880 | | |
| 3,739 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | MARKET VALUE OF SECURITIES LONG  SHORT | 4,213,792.05 | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT JOYCE CERTILMAN
KENNETH LINDENBAUM CPA
205 AVON COURT
HEWLETT          NY 11557

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 24,377.86 |
| | | | GROSS PROCEEDS FROM SALES | | | 24,497,223.95 |

YOUR ACCOUNT NUMBER: 1-C1012-3-0
PERIOD ENDING: 11/30/03
YOUR TAX PAYER IDENTIFICATION NUMBER: *******2911
PAGE: 6