

**Steven & Susan Andelman P.O. Box 1044 Glen. NH 03838**

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

Date: 11/5/08

Dear Erin

Please send a withdrawal: $40,000

Steven J. Andelman account # 1-ZA111-3: $20,000          11/13 ✓

Susan R. Andelman account # 1-ZA112-3: $20,000          11/13 ✓

TOTAL check amount: $40,000

Please mail the checks to P.O. Box 1044, Glen, NH 03838.

Thank you,

Steven J. Andelman

Susan R. Andelman

home: (603)383-9506  Steve's cell: (508)728-0708 email: club_s@man.com
fax: (603)383-9535  Sue's cell: (508)965-3455 email: susanandelman@hotmail.com



### Steven & Susan Andelman P.O. Box 1044 Glen, NH 03838

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

Date: ___7/18/08___

Dear Erin

Please send a withdrawal: ___$40,000___

✓   Steven J. Andelman account #1-ZA111-3: $ ___20,000___

     Susan R. Andelman account # 1-ZA112-3: $ ___20,000___

                    TOTAL check amount: $ ___40,000___

Please mail the checks to P.O. Box 1044, Glen, NH 03838.

Thank you,

*Steven J Andelman*

Steven J. Andelman

*Susan R. Andelman*

Susan R. Andelman

7/21

42

home: (603)383-9506  Steve's cell: (508)728-0708 email: club_a@msn.com
fax: (603)383-9535  Sue's cell: (508)965-3455 email: susanandelman@hotmail.com

Steve & Sue Andelman

Madoff Investment.                                    March 28, 2008

Please invest the enclosed check of $40,000 (forty thousand dollars) to the Steven J Andelman acct #1ZA111-3.

Sincerely,

3/31/08

Home: (603)383-9506          Mail to: P.O. Box 1044          Fax: (603)383-9535
Steve's mobile: (508)728-0708          Ship to: 10 White Birch Lane          Sue's mobile: (508)965-3455
club_a@msn.com          Glen, NH 03838          susanandelman@hotmail.com

AMF00036957



### Steven & Susan Andelman P.O. Box 1044 Glen, NH 03838

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

Date: _Jan 10, 2008_

Dear Erin

Please send a withdrawal: $40,000_____

    Steven J. Andelman account # 1-ZA111-3: $ _20,000_____

    Susan R. Andelman account # 1-ZA112-3: $ _20,000_____

           TOTAL check amount: $ _40,000_____

Please mail the checks to P.O. Box 1044, Glen, NH 03838.

Thank you,

*Steven J. Andelman*

Steven J. Andelman

*Susan R. Andelman*

Susan R. Andelman

home: (603)383-9506  Steve's cell: (508)728-0708  email: club_a@msn.com
fax: (603)383-9535   Sue's cell: (508)965-3455  email: susanandelman@hotmail.com

1\10    a

AMF00036959



**Steven & Susan Andelman P.O. Box 1044 Glen, NH 03838**

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

Date: _Sept 29, 2007_

Dear Erin

Please send a withdrawal: _$15,00_

    Steven J. Andelman account # 1-ZA111-3: $ _32,500_ — 828 m

    Susan R. Andelman account # 1-ZA112-3: $ _22,500_ — 1.1 mil

             TOTAL check amount: $ _15,000_

Please mail the checks to P.O. Box 1044, Glen, NH 03838.

Thank you,

_[signature]_

Steven J. Andelman

_[signature]_

Susan R. Andelman

5 - 10/2

home: (603)383-9506 Steve's cell: (508)726-0708 email: club_a@msn.com
fax: (603)383-9535 Sue's cell: (508)966-3455 email: susanandelman@hotmail.com

82

AMF00036960

Jul 29 07 09:54a    S&S Andelman    603-383-9535    P.1



**Steven & Susan Andelman P.O. Box 1044 Glen, NH 03838**

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

Date: _July 29, 2007_

Dear Erin

Please send a withdrawal: $45,000

Steven J. Andelman account # 1-ZA111-3: $ 22,500 ✓

Susan R. Andelman account # 1-ZA112-3: $ 22,500 ✓

TOTAL check amount: $ 45,000

Please mail the checks to P.O. Box 1044, Glen, NH 03838.

Thank you,

_Steven J. Andelman_

Steven J. Andelman

_Susan R. Andelman_

Susan R. Andelman

COPY
EACH

7/31

home: (603)383-9506  Steve's cell: (508)728-0708 email: club_a@msn.com
fax: (603)383-9535  Sue's cell: (508)965-3455 email: susanandelman@hotmail.com

AMF00036961

May 28.07 08:34   Steven & Susan Andelman   603-383-9535   p.1



## club A

**Steven & Susan Andelman P.O. Box 1044 Glen. NH 03838**

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

Date: 5/28/07

Dear Erin

Please send a withdrawal: $ 45,000                    — 817#

Steven J. Andelman account # 1-ZA111-3: $ 22,500      — 1 mil

Susan R. Andelman account # 1-ZA112-3: $ 22,500

TOTAL check amount: $ 45,000

Please mail the checks to P.O. Box 1044, Glen, NH 03838.

Thank you,

*Steven J. Andelman*

Steven J. Andelman

*Susan R. Andelman*

Susan R. Andelman

5- 5/30

home: (603)383-9506  Steve's cell: (508)728-0708 email: club_a@msn.com
fax: (603)383-9535  Sue's cell: (508)965-3455 email: susanandelman@hotmail.com

AMF00036962

Club A

Steven & Susan Andelman P.O. Box 1044 Glen. NH 03838

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

Date: 3/22/07

Dear Erin

Please send a withdrawal: $68,980 — 88/A

Steven J. Andelman account # 1-ZA111-3: $ 34,490

Susan R. Andelman account # 1-ZA112-3: $ 34,490 — 1.5mil

TOTAL check amount: $ 68,980

Please mail the checks to P.O. Box 1044, Glen, NH 03838.

Thank you,

Steven J. Andelman

S-3/26

Susan R. Andelman

home: (603)383-9506 Steve's cell: (508)728-0708 email: club_a@msn.com
fax: (603)383-9535 Sue's cell: (508)965-3455 email: susanandelman@hotmail.com

-08-01789-cgm   Doc 2478-1   Filed 06/25/10   Entered 06/25/10 17:25:40   Exhibit A - p. 1
Feb 10 07 11:34a   Steven Andelman   603-383-9535   p. 1
Requests for Deposits and Withdrawals   Pg 9 of 57



**Steven & Susan Andelman P.O. Box 1044 Glen. NH 03838**

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

Date: 2/10/07

Dear Erin

Please send a withdrawal: $22,500                    851 #

    Steven J. Andelman account # 1-ZA111-3: $ 11,250

    Susan R. Andelman account # 1-ZA112-3: $ 11,250          1.1 mil

        TOTAL check amount: $ 22,500

Please mail the checks to P.O. Box 1044, Glen, NH 03838.

Thank you,

Steven J. Andelman

Susan R. Andelman

                                S-2/13

home: (603)383-9506  Steve's cell: (508)728-0708 email: club_a@msn.com
fax: (603)383-9535  Sue's cell: (508)965-3455 email: susanandelman@hotmail.com

08-01789-cgm    Doc 2478-1    Filed 06/25/10    Entered 06/25/10 17:25:40    Exhibit A -
Requests for Deposits and Withdrawals    Pg 10 of 57

Nov 29 06 07:47a    Steven & Susan Andelman    603-383-6535    p.1



## club A

**Steven & Susan Andelman P.O. Box 1044 Glen, NH 03838**

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

Date: 11/29/06

Dear Erin

Please send a withdrawal: $45,000                                    853M

Steven J. Andelman account # 1-ZA111-3: $ 22,500        — 1.1 mil

Susan R. Andelman account # 1-ZA112-3: $ 22,500

TOTAL check amount: $ 45,000

Please mail the checks to P.O. Box 1044, Glen, NH 03838.

Thank you,

*Steven J. Andelman*
Steven J. Andelman

*Susan R. Andelman*                    *Happy Holidays*

Susan R. Andelman

S - 12/1

home: (603)383-9506  Steve's cell: (508)728-0708 email: club_a@msn.com
fax: (603)383-9535   Sue's cell: (508)965-3455 email: susanandelman@hotmail.com

AMF00036965

08-01789-cgm    Doc 2478-1    Filed 06/25/10    Entered 06/25/10 17:25:40    Exhibit A -
Sep 13 06 11:13a    Steven Deposits and Withdrawals    603-933-9557    p.1
Request for Deposits and Withdrawals    Pg 11 of 57    p.1



**Steven & Susan Andelman P.O. Box 1044 Glen, NH 03838**

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

Date: _Sept 14, 2006_

Dear Erin

Please send a withdrawal: _ASAP_

Steven J. Andelman account # 1-ZA111-3: $ _22,500_          834A
                                                              S-9/15
Susan R. Andelman account # 1-ZA112-3: $ _22,500_    — 1 mil
                                                          S-9/15
TOTAL check amount: $ _45,000_

Please mail the checks to P.O. Box 1044, Glen, NH 03838.

Thank you,

_Steven J. Andelman_
Steven J. Andelman

_Susan R. Andelman_

Susan R. Andelman

home: (603)383-9506 Steve's cell: (508)728-0708 email: club_a@msn.com
fax: (603)383-9535 Sue's cell: (508)965-3455 email: susanandelman@hotmail.com

AMF00036966



**Steven & Susan Andelman P.O. Box 1044 Glen. NH 03838**

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

Date: _6/24/06_

Dear Erin

Please send a withdrawal: $40,000

850 AT    Steven J. Andelman account # 1-ZA111-3: $ 20,000

1 Mil    Susan R. Andelman account # 1-ZA112-3: $ 20,000

TOTAL check amount: $ 40,000

Please mail the checks to P.O. Box 1044, Glen, NH 03838.

Thank you,

Steven J. Andelman

Susan R. Andelman

5-6/27

home: (603)383-9506 Steve's cell: (508)728-0708 email: club_a@msn.com
fax: (603)383-9535 Sue's cell: (508)965-3455 email: susanandelman@hotmail.com



**Steven & Susan Andelman P.O. Box 1044 Glen. NH 03838**

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

Date: 4/29/06

Dear Erin

Please send a withdrawal: $25,000

~~Steven J. Andelman account # 1-ZA111-3~~: $ 12,500

Susan R. Andelman account # 1-ZA112-3: $ 12,500

TOTAL check amount: $ 25,000

Please mail the checks to P.O. Box 1044, Glen, NH 03838.

Thank you,

*Steven J. Andelman* (signature)

Steven J. Andelman

*Susan R. Andelman* (signature)

Susan R. Andelman

5/2

home: (603)383-9506  Steve's cell: (508)726-0708 email: club_a@msn.com
fax:(603)383-9535  Sue's cell:(508)965-3455 email: susanandelman@hotmail.com



**Steven & Susan Andelman P.O. Box 1044 Glen, NH 03838**

Madoff Investment                                    March 14, 2006

Dear Crew:

    Please send a withdrawal. ASAP

Steven Andelman acct#1-ZA111-3 amount $20,000

Susan Andelman acct#1-ZA112-3 amount $20,000

        TOTAL check Amount: $40,000

        Thank you,
        Susan Andelman
        Steven Andelman

COPY EACH

3/15

home: (603)383-9506 fax: (603)383-9535
Steve's cell: (508)728-0708 email: club_a@msn.com
Sue's cell: (508)965-3455 email: susanandelman@hotmail.com

Dec 07 05 04:24p   Steven & Susan Andelman   603 383 9535      p.1



**Steven & Susan Andelman P.O. Box 1044 Glen, NH 03838**

Madoff Investments;                                    Dec 7, 2005

Dear Erin:

        Please send a withdrawal from:

Account :# 1ZA111-3 Steven Andelman $20,000      827A

account :# 1ZA112-3 Susan Andelman $20,000 — Inil

ASAP   Total $40,000 (forty thousand)

                                        Thank You
                                        & Happy Holidays

                                        Susan Andelman
                                        Steven Andelman

                          S—12/13

                                                      JC

home: (603)383-9506 fax: (603)383-9535
Steve's cell: (508)728-0708 email: club_a@msn.com
Sue's cell: (508)965-3455 email: susanandelman@hotmail.com



# club A

### Steven & Susan Andelman P.O. Box 1044 Glen, NH 03838

Madoff Investments:                              Sept 22, 2005

Dear Erin,

   Please send the 3rd quarter
check ASAP. Do not duplicate
another check for same period.
This is a change, temporaly, for
our normal set-up.

Steven Andelman acct # 1ZA111-3)
   Send $20,000

Susan Andelman acct# 1ZA117 3)
   Send $20,000

Thank you,
Susan Andelman
Steven Andelman

9/27

home: (603)383-9506 fax: (603)383-9535
Steve's cell: (508)728-0708 email: club_a@msn.com
Sue's cell: (508)965-3455 email: susanandelman@hotmail.com





# club A

**Steven & Susan Andelman P.O. Box 1044 Glen, NH 03838**

Madoff Investments:                                    Sept 22, 2005

Dear Erin,

   Please send the 3rd quarter
check ASAP. Do not duplicate
another check for same period.
This is a change, temporarily, for
our normal set-up.
         Steven Andelman acct # 1ZA111-3
             Send $20,000
         Susan Andelman, acct # ~~1ZA113~~
             Send ~~$16,000~~

                           Thank you
                           Susan Andelman
                           Steven Andelman

                                    9/23   (w)

home: (603)383-9506  fax: (603)383-9535
Steve's cell: (508)728-0708 email: club_a@msn.com
Sue's cell: (508)965-3455 email: susanandelman@hotmail.com

(1.0)

# club A

**Steven & Susan Andelman P.O. Box 1044 Glen, NH 03838**

June 9, 2005

Madoff Investment:

Dear Erin / Robert

Please change 2nd Quarterly
Check payment: Send ASAP, do not
duplicate another check for the same
period.

S-6/14

838M    Steven J Andelman acct# 1ZA111-3
amount $20,000 (twenty thousand)

1 Mil    Susan R. Andelman acct# 1ZA112-3
amount $20,000 (twenty thousand)

S-6/10

Thank You
Susan Andelman
Steven Andelman

home: (603)383-9506 fax: (603)383-9535
Steve's cell: (508)728-0708 email: club_a@msn.com
Sue's cell: (508)965-3455 email: susanandelman@hotmail.com

AMF00036973



**club A**

Steven & Susan Andelman P.O. Box 1044 Glen. NH 03838

January 15, 2005

Madoof Investments

Dear Erin:

Please invest the enclosed check as follows:

Susan R Andelman Acct#1ZA112-3   $6,000
Steven J. Andelman Acct#1ZA111-3   $6,000

Thank You
S. Andelman

1/19/05

home: (603)383-9508 fax: (603)383-9535
Steve's cell: (508)728-0708 email: club_a@msn.com
Sue's cell: (508)965-3455 email: susanandelman@hotmail.com

AMF00036974

# club A

**Steven & Susan Andelman P.O. Box 1044 Glen, NH 03858**

Madoff Investments:                              Dec. 18, 2004

Dear Erin

Please change my last 4th
Quarter Check as follows:

## SEND ASAP

this is the last check for 2004
do _not_ _duplicate_ for the year's
end. This replaces any other
withdrawal for 2004.

Acct # 1 Z A111-3 Steven Andelman
Check amt. $17,500

Acct # 1 Z A112-3 Susan Andelman
Check amt $22,000

Thank You & Happy Holidays.

Susan Andelman
Steve Andelman

CK OL
12/21

834

home: (603)383-9506  fax: (603)383-9535
Steve's cell: (508)728-0708 email: club_a@msn.com
Sue's cell: (508)965-3455 email: susanandelman@hotmail.com

# club A

**Steven & Susan Andelman P.O. Box 1044 Glen, NH 03838**

Nov. 15, 2004

Madoff Investments

Dear Orin:

Please send two Checks for
withdrawal as follows: ASAP

Steven J. Andelman  acct # 1ZA111-3   842M
$6,000 (SIX)                          } S-11/18

Susan R. Andelman acct # 1ZA112-3   1mil
$6,000 (SIX)

Total withdrawal $12,000 (twelve

Thank You
Susan Andelman
Steven Andelman

home: (603)383-9506  fax: (603)383-9535
Steve's cell: (508)728-0708 email: club_a@msn.com
Sue's cell: (508)965-3455 email: susanandelman@hotmail.com

AMF00036976



**club A**

Steven & Susan Andelman P.O. Box 1044 Glen, NH 03838

Sept 24, 2004

Madoff Investments

Dear Erin

Please note Change for 3rd
Quarter payment:

Steven J. Andelman acct # 1 ZA 111 3
Check for $17,500

Susan L. Andelman acct # 1 ZA 112 3
Check for $22,500

COPY
EACH

Note — we have Moved and the above
Address is our only residence.
Send all Correspondence to this
address.

GN

Home: (603)383-9506 Fax: (603)383-9555 Mobile: (508)728-0708 Email: club_a@msn.com

AMF00036987



Steven J. Andelman
PO Box 1044
Glen NH 03838-1044

7/16/04

Please invest the two
enclosed checks as follows:

Steven J. Andelman acct # 1ZA111-3
$291,000

Susan R Andelman acct # 1ZA112-3
$291,000

Also, note ~~Change address~~
Permanent change

*P.O. Box 1044
9 Glen Ellis Rd
Glen, NH 03838

(603) 383-9506        Thank You
                      Sue

COPY each

AMF00036988



Club A

Madoff Investments:                                    June 25, 2004

Dear Erin,

        Please change the mailing
address for 2nd Quarter check our
(June 30th) to 8 Dyar Rd, Mattapoisett
Mass. 02739 (as shown below).
          The amount as follows:
Steven Andelman acct # 1ZA111-3  $17,500
Susan Andelman acct # 1ZA112-3 - $22,500

Steve & Sue Andelman
8 Dyar Road, Mattapoisett, MA 02739
Phone: 508-758-4531  Fax: 508-758-9825
Steve: club_a@msn.com  Sue: susanandelman@hotmail.com

AMF00036990



**Steven & Susan Andelman P.O. Box 1044 Glen. NH 03838**

April 17, 2004

Maloff Investment:

Dear Erin:

Please deposit check amount equally into two accounts:

Susan L. Andelman 1ZA#112-3 $3625
Steven J. Andelman 1ZA#111-3 $3625

Ileana Joer
Susan L. Andelman
Steven J. Andelman

SA 4/16/04

**Home: (603)383-4506 Fax: (603)383-4535 Mobile: (508)728-0708 Email: club_a@msn.com**

AMF00036991

# club A

Steven & Susan Andelman P.O. Box 1044 Glen. NH 03838

March 17, 2004

Madoff Investment

Dear Irin:

    Please withdraw the following
amount for our 1st Quarter check:

Steven Andelman acct# 1 Z A111-3 :  $17,500        .560 m

Susan Andelman acct# 1 Z A112-3 :  $22,500-        .75m

TOTAL  $40,000

Send to the above N.H. address

Thank you

Susan Andelman

Steven Andelman

S - 3/18 22

Home: (603)383-9506 Fax: (603)383-9535 Mobile: (508)728-0708 Email: club_a@msn.com

AMF00036992

Madoff Investments.

Sept 23, 2003

Dear Erin:

Please send the 3rd Quarterly
Withdrawal to a change in address:
P.O. Box 1044
Glen, NH 03838

Amount: $45,000 TOTAL
Steven Andelman acct#1ZA111-3. $22,500
Susan Andelman " 1ZA112-3 $22,500

Thank You.
Sue Andelman
Steven Andelman

Steve & Sue Andelman
8 Dyer Road, Mattapoisett, MA 02739
Phone: 508-758-4531  Fax: 508-758-9825
Steve: club_a@msn.com  Sue: susanandelman@hotmail.com

AMF00036993



Club A

June 25, 2003

Madoff Investments:

Dear Erin,

Please Send the 2nd quarter
withdrawal for accts # 1-ZA111-3
(Steven Andelman) and 1-ZA112-3 (Susan
Andelman) for $22,500 each (a total
of $45,000).

Send to 8 Dyer Rd,
Mattapoisett, MA 02739

Thank You
Sue + Steve
Andelman

Steve & Sue Andelman
8 Dyer Road, Mattapoisett, MA 02739
Phone: 508-758-4551   Fax: 508-758-9825
Steve: club_a@msn.com   Sue: susanandelman@hotmail.com

03/24/03   MON 22:07  FAX 5617440649                                    ☐001

Steven & Susan Andelman
P.O. Box 1044
Glen, NH 03838

Bernard L. Madoff
885 3rd Avenue
New York City, NY 10022

March 24, 2003

Erin,

Please send the first quarter check to the above NH address. The amount has **changed**
from the last request:

Steven J. Andelman, Account # 1ZA111-3   $22,500
Susan R. Andelman, Account # 1ZA112-3   $22,500
                                Total   $45,000

If you have any questions, please call our mobile phone (508)728-0708

Thank you,

Steven J. Andelman

Susan R. Andelman

AMF00036995

Steven & Susan Audelman
P.O. Box 1044
Glen, NH  03838

Dec. 15, 2002

Madoff Investment:

Dear Erin:

Please send 2 withdrawals from the
following accounts ASAP:   602ᴹ

① Steven Audelman acct# 1ZA111-3 ($25,000)
② Susan Audelman acct# 1ZA112-3 ($25,000)
Total amt. withdrawn $50,000   750ᴹ    12/17

Send to: PO Box 1044
Glen, NH., 03838

✳ This replaces the quarterly withdrawal
for the 4th quarter.

Do not send any other checks at the end
of Dec.

Thank You,
Susan Audelman
Steven Audelman



**Club A**

Madoff Investment;                                    Sept 17, 2002

Dear Irin-

Please send two withdrawals from the
following accounts. This is an only
withdrawal for the 3rd Quarter. Do
Not send any other checks at the end
of Sept.

① Steven J Audelman acct # 1ZA111-3 ($22,500) ✓

② Susan Audelman " # 1ZA112-3 ($22,500) ✓

Total Amt. withdrawn $45,000

Send to address below.

Thank You,
Susan Audelman
[signature]

COPY EACH

9/23

**Steve & Sue Audelman**
8 Dyar Road, Mattapoisett, MA 02759
Phone: 508-758-4551   Fax: 508-758-9825
Steve: club_a@msn.com   Sue: susanaudelman@hotmail.com

P. 01



Club A

Madoff Investment                           June 12, 2002

Dear Fren.

    Please send two withdrawals from
the following accounts ASAP :                    601,000
① Steven Andelman acct # 1ZA111-3 ($22,500)  6/14
③ Susan Andelman    "   # 1ZA12-3 ($22,500)

    Total amt withdrawn $45,000

    Send to: 8 Dyer Rd, Mattapoisett, MA 02739

✓ This replaces the quarterly withdrawal
✳ for the 2nd quarter.
    Do not send any other check at the
    end of June.

                              Thank You,
                              Susan Andelman
                              Steven Andelman

IS ON
FOR 10/1

Steve & Sue Andelman
8 Dyer Road, Mattapoisett, MA 02739
Phone: 508-758-4531   Fax: 508-758-0625
Steven: club_a@msn.com   Sue: susanandelman@hotmail.com

A  Steven J. Andelman
   PO Box 1044
   Glen, NH 03838-1044

March 25, 2002

Madoff Investments

Dear Erin:

Please change the amount of the
1st quarter check to a total
of $55,00 - ($27,500 each account).

Steven Andelman #1 ZA 111-3 ($27,500)
Susan Andelman #1 ZA 112-3 ($27,500)

Send to the above address.

Thank You -
Sue Andelman

COPY
GNCH

AMF00037000

SEP-27-01



Steven & Sue Andelman

8 Dyar Road

Mattapoisett, MA 02759

Sept. 26, 2001

Madoff Investments:

Dear Frank,

Please send the 3rd quarter checks of $22,500 each account (total $45,000) to my N.H. address.

Steven & Sue Andelman
PO 1044
Alton, N.H., 03838

Steven J Andelman  $22,500 acct#1ZA111-3
Susan R. Andelman  $22,500 acct# 1ZA112-3

+ / copy

Thank You
Sue Andelman
Steven J Andelman

Phone: 508 758-4551   Fax: 508-758-9825
Steve: alub_a@msn.com   Sue: susanandelman@hotmail.com

AMF00037001



**Steven & Sue Andelman**

**8 Dyar Road**

**Mattapoisett, MA 02739**

June 25, 2001

Madoff Investments:

Dear Erin —

Please send the following Checks for the 2nd quarter: (this is to (replace) the amount of $45,000):

Steven J Andelman $20,000 acct# 1ZA111-3

Susan R Andelman $20,000 acct# 1ZA112-3

I thank You,

Sue Andelman

Steven J Andelman

COPY EACH

Phone: 508-758-4531   Fax: 508-758-9825

Steve: club_a@msn.com   Sue: susanandelman@hotmail.com

AMF00037002

# Steve & Sue Andelman
**8 Dyar Road, Mattapoisett, MA 02739**

Madoff Investments                                    4/13/01

Dear Erin.

Please deposit enclosed check
equally ($10,400) to each of the following
accounts:

Susan Andelman acct# 1ZA112-3 ($10,400)
Steven Andelman acct# 1ZA11-3 ($10,400)

                    Thank You
                    Sue Andelman
                    (603) 383-9506
                    (508) 758-4531


SA
4/18/01

AMF00037003

Steven & Susan Andelman
P.O. Box 1044
Glen, NH 03838

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

March 9, 2001

Dear Erin

Please **change the address,** to which the quarterly checks of

   Twenty Two Thousand Five Hundred dollars ($22,500.00) from 1-ZA111-3
   (Steven J. Andelman) and
   Twenty Two Thousand Five Hundred dollars ($22,500.00) from 1-ZA112-3
   (Susan R. Andelman)

will be sent, to

   **8 Dyar Road**
   **Mattapoisett, MA 02739**

Thank you,

Steven J. Andelman

Susan R. Andelman

Phone: 508-758-4531 (MA), 603-383-9506 (NH)
Fax:    508-748-9297 (MA), 603-383-9535 (NH)
Email: club_a@msn.com

+ 1 COPY

AMF00037004

Steven & Susan Andelman
P.O. Box 1044
Glen, NH 03838

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

January 4, 2001

Dear Erin.

According to Frank's instructions, I have returned the two checks for $27,500 ea with the
signatures ripped off. Please reinvest these amounts in the accounts against which they
were issued. In the future, unless otherwise instructed, at the end of each quarter starting
with the end of Q1'01, please withdraw:

> Twenty Two Thousand Five Hundred dollars ($22,500.00) from 1-ZA111-3
> (Steven J. Andelman) and
> Twenty Two Thousand Five Hundred dollars ($22,500.00) from 1-ZA112-3
> (Susan R. Andelman).

Please mail the checks for the end of **Q1** and **Q4** to P.O. Box 1044, Glen, NH 03838.
Please mail the checks for the end of **Q2** and **Q3** to 8 Dyar Road, Mattapoisett, MA
02739. We will try to call just before the end of each quarter to make sure all is
understood about the amounts and the mailing address.

Thank you,

*[signature: Steven J. Andelman]*

Steven J. Andelman

*[signature: Susan R. Andelman]*

Susan R. Andelman

Phone (603)383-9506
Fax    (603)383-9535
Email  club_a@msn.com



Steven & Susan Andelman
P.O. Box 1044
Glen, NH 03838

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

December 26, 2000

Dear Erin

Please withdraw:

586  Twenty Two Thousand Five Hundred dollars ($22,500.00) from 1-ZA111-3
(Steven J. Andelman) and

705  Twenty Two Thousand Five Hundred dollars ($22,500.00) from 1-ZA112-3
(Susan R. Andelman).

Please mail the checks to P.O. Box 1044, Glen, NH 03838.

Thank you,

Steven J. Andelman

Susan R. Andelman

Phone (603)383-9506
Fax    (603)383-9535
Email  club_a@msn.com

CKS out
12/28

AMF00037006

08-01789-cgm   Doc 2478-1   Filed 06/25/10   Entered 06/25/10 17:25:40   Exhibit A -
Requests for Deposits and Withdrawals   Pg 40 of 57

SEP-27-00 WED 11:09 VPS CERTIFICIES

Steven & Sue Andelman
8 Dyar Road
Mattapoisett, MA 02739

Madoff Investments                              Sept. 27, 2000

c/o Erin :

        Please send the 3rd Quarter
Checks (ending Sept. 30) for Steven &
Susan Andelman acct # 1-ZA111-3, 1-ZA112-3
($27,500 each) total of $55000. Change of Address.

                                Thank You
                                Sue Andelman

SEND Check to:

Steve & Sue Andelman
Box 1044
Glen, NH 03838

606,

723,

AMF00037007

✳ CHNG ADD

**Steven & Sue Andelman
8 Dyar Road
Mattapoisett, MA 02739**

Madoff Investments:

May 24, 2000

Dear Erin:

Please make the following changes on account # 1ZA111-3 (Steven), and 1ZA112-3 (Susan)

① Send quarterly checks to the above address.

② Increase the amount of the quarterly check to $55,000 ($27,500) from each acct

③ Send immediately to the above address $20,000 total ($10,000 from each acct).

Sincerely,
Susan Andelman
Steven Andelman

5/25

AMF00037008

From: Steven J. Andelman  To: Erin                                    Date: 12/28/99, Time: 12:19:24 PM

Steven & Susan Andelman
P.O. Box 1044
Glen, NH 03838

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

December 28, 1999

Dear Erin

Please withdraw:

      Four Thousand dollars ($4,000.00) from 1-ZA111-3 (Steven J. Andelman) and
      Four Thousand dollars ($4,000.00) from 1-ZA112-3 (Susan R. Andelman).

Please mail the checks to P.O. Box 1044, Glen, NH 03838.

Thank you,

*Steven J Andelman*

Steven J. Andelman


*Susan R. Andelman*

Susan R. Andelman

Phone (603)383-9506
Fax    (603)383-9535
Email  club_a@msn.com

**Steven & Sue Andelman**
**8 Dyar Road**
**Mattapoisett, MA 02739**

Madoff Investments

12/2/99

Dear Erin

Re: acct# 1ZA111-3 Steven Andelman
acct# 1ZA112-3 Susan Andelman

↑$500 - EACH

EACH
CURR.
GETS
$40,050

Please increase the quarterly amount
paid to the above accounts to $45,000
Starting with Dec 1999/4th quarter.

ALSO, mail the 4th quarter payment
(and the 1st quarter payment of 2000 (end
of March) to:

{ S. Andelman
{ Box 1044
{ Glen, N.H. 03838
(603) 383-9506

Thank You

S. Andelman

508
728
0708

We are at this address 12/3/99 - April 2000

HAPPY
Holidays

AMF00037010

SEP- 9-99 THU 14:32 VES FRET TRUES

08-01789-cgm   Doc 2478-1   Filed 06/25/10   Entered 06/25/10 17:25:40   Exhibit A -
Requests for Deposits and Withdrawals   Pg 44 of 57

P.01

**Steven & Sue Andelman**
**8 Dyar Road**
**Mattapoisett, MA 02739**

Madoff Investments:                    Sept 9, 1999

Dear Erin -
      Please withdraw $37000 from
each of the following accounts - for
a total of $74000:

      Steven Andelman acct # 1ZA111-3
      Susan Andelman      "   1ZA112-3

      Send to the above address.

                              Sincerely,
                              Susan Andelman
                              Steven Andelman

CKS OUT
9/14

AMF00037011



**Steven & Sue Andelman**
**8 Dyar Road**
**Mattapoisett, MA 02739**

email club_a@msn.com
car/boat (508)728-0708
office (508)758-9297 phone & fax
home (508)758-4531 fax (508)758-9825

April 10, 1999

Madoff Investments

Dear Erin:

Please send 2 checks for the following withdrawal:

656    $20,000 acct# 1ZA111-3 Steven Andelman
748    $20,000 acct# 1ZA112-3 Susan Andelman

Total withdrawal $40,000

Thanks,
Sue Andelman

CKS OUT

4/13

**Steven & Sue Andelman**
**8 Dyar Road**
**Mattapoisett, MA 02739**

email club_a@msn.com
car/boat (508)728-0708
office (508)758-9297 phone & fax
home (508)758-4531 fax (508)758-9825

Madoff Investment:                                    Dec. 28, 1998

Dear Erin —

        Please adjust payment for the
fourth quarter of interest paid to the
following accounts:

        Susan L. Andelman #1- ZA112-3
        pay $6,000 (not $20,000)

        Steven J Andelman #1-ZA111-3
        pay $6,000 (not $20,000)        are 12/18

Total paid $12,000.

                            Thanks.
                            Susan Andelman
                            Steven Andelman

        Happy New Year

**Steven & Sue Andelman**
**8 Dyar Road**
**Mattapoisett, MA 02739**

email club_a@msn.com
car/boat (508)728-0708
office (508)758-9297 phone & fax
home (508)758-4531 fax (508)758-9825

Madoff Investment                              Nov 22, 1998

Dear Ernie:

        Please withdraw $6,000 from each account (for a total of $12,000).

        Susan Andelman acct # 1ZA112-3
        Steven Andelman acct # 1ZA111-3

Send checks to above address      Thank you,
                                  Sue Andelman

        Happy Thanksgiving

707,
6231

**Steven & Sue Andelman**
**8 Dyar Road**
**Mattapoisett, MA 02739**

Madoff Investment

Oct 14, 1998

c/o Erin:

Please invest enclosed check to Account:

Susan R Andelman # 1ZA11-3, $7,500

~~Steven J Andelman # 1ZA11-3, $7,500~~

Thank You.

Susan Andelman

10/9/98

JUL-25-98 SAT 23:42

COPY ALL (3)

## Steve & Sue Andelman
### 8 Dyar Road, Mattapoisett, MA 02739

Madoff Investment
885 Third Ave
N.Y., N.Y. 100022

July 27, 1998

$976,738 23

Dear Erin:

Please transfer money from our joint account #1A0102 as follows:

1) Transfer $479,400 to account 1ZA111-3 Steven Andelman
2) Transfer $479,400 to account 1ZA112-3 Susan Andelman

The earnings for each quarter of $20,000 is to be withdrawn from each individual account (a total of $40,000) and sent to the above address.

Kindly acknowledge the above changes.

Thank you,

Susan Andelman

Steven Andelman

7/27/98

KEEP
$50,000
508-758-
4531

(50,139.18) - (ALL -
7/9

(was   $791,400

Steven & Sue Andelman
8 Dyar Road
Mattapoisett, MA 02739

5/21/98

Madoff Investment

Please invest the following checks

See a acct# 1ZA112-3
Steven a      "    1ZA111-3

Please acknowledge receipt

Sincerely
Sue Andelman

5/26/98

AMF00037020

Steven & Sue Andelman
8 Dyar Road
Mattapoisett, MA 02739

Madoff Investment
885 Third Ave
New York, NY 10022

May 23, 1996

Dear Annette / Jodie:

Reference account # 1 Z A111-4 (Steven J. Andelman)
Please send a check for $11,000⁰⁰ from the
above account to the above address.
I understand this transaction will take
one week. Please acknowledge confirmation
(FAX) 508 758 9825

Sincerely,

Andelman

$18,471

CIL OUT
5/29

**Steve & Sue Andelman**
8 River Bend, Mattapoisett, MA 02739

Madoff Investment                                    3/14/90

S/o  Frank or Annette:

Please reinvest the earnings
for Acct # 1-ZA111-3  Steven Andelman
     Acct # 1-ZA112-3  Susan Andelman

from this 1st quarter of 1995.

Sincerely,
Susan Andelman
Steven Andelman

AMF00037022

Dec 21 1994

Madoff Investments

Dear Annette

Please reinvest the interest for the following accounts instead of the normal practice of sending the checks for the 4th quarter of 1994.

_____ A. Asselman
acct # 1-ZA11-3-0

_____ J. Asselman
acct # 1-ZA11-4

Sincerely,

_____

_____

Box 1044
Glen _____
(603) 383-9506

AMF00037023

Steven J. Andelman
Susan R. Andelman
14 Tally Ho Lane
Framingham, MA 01701

Date: Dec 13 '94

Bernard L. Madoff
885 Third Avenue
New York, N 10022
c/o Annette Bongiorno

Reference Account Number 1-ZA111-4

Dear Sir or Madam,

Please send us a check for $15,000 out of the proceeds of the next complet trade. If there are any problems, please call us at 508)87 58. Thank you for your attention to this matter.

Sincerely,

Steven J. Andelman and/or

Susan R. Andelman

AMF00037025

Steven J. Andelman
Susan R. Andelman
14 Tally Ho Lane
Framingham, MA 01701

Date: _12/2/93_____

Bernard L. Madoff
885 Third Avenue
New York, NY 10022

Reference Account Number 1-ZA111-4 (Steven J. Andelman)

Dear Sir or Madam,

Please send us a check for $_10,000 00/100_ out of the proceeds
of the next completed trade. If there are any problems, please
call us at (508)879-0058. Thank you for your attention to this
matter.

Sincerely,

*Susan R. Andelman*

Steven J. Andelman and/or

*Steven J. Andelman*

Susan R. Andelman

*I understand it will take 2 weeks for
this transaction.*

Q - 12/7
5 - 12/14

1

AMF00037027

# STEVEN J. ANDELMAN

14 TALLY HO LANE • FRAMINGHAM, MASSACHUSETTS 01701

April 6, 1993

Bernard Madoff Investment
Account # ~~1 A0020 1~~ 1 ZA111 30

Please withdraw $15,000 from the
above account and send money to the
above address. I understand this
transaction will take 10 days.

Sincerely—

Steven J. Andelman

AMF00037028

Steven J. and Susan R. Andelman
14 Tally Ho Lane
Framingham, MA 01701
(508)879-0058

Bernard L. Madoff
885 3rd Avenue, 18th Floor
New York, NY 10022

October 18, 1991

Dear Bernie,

Enclosed are two checks:

                Shawmut #1048        $188,999.00
                Fidelity #1802         25,000.00
                                    ------------
                TOTAL ------------   $213,999.00
                                    ============

Please open two accounts:

        Susan R. Andelman, Social Security No. 099 34 1849

        Steven J. Andelman, Social Security No. 014 32 8559.

Please invest $106,999.50 in each account.

Unless otherwise notified to the contrary, please send us all earn-
ings from both accounts after each trade has been  completed  -  do
not reinvest them.

                    Sincerely yours,

                    Steven J. Andelman

                    Susan R. Andelman

AMF00037030