# FAX COVER SHEET

To: Frank Erin

Company : B. L. Madoff

Fax Number : 1-212-838-4061

Date : 9/11/98

From : Steven J. Andelman

Company : Vantage Point Systems, Inc.

Fax Number : 1-508-758-9297

Pages including cover page : 1

Subject : 1-ZA111-3-0 (sja) 1-ZA112-3-0 (sra)

*[handwritten: COPY EACH]*

Message:

Erin,

Thank you for correcting the transfer mistake. All three accounts now have the proper amounts transferred. However, it appears that the funds transferred to an erroneous account (by mistake) did not benefit from investments. Is this correct? If so, can this be corrected? Please refer to my previous fax for the account numbers and details or call me at (508)758-9297.

Thank you very much,

Steven J. Andelman

*[handwritten notes:*
*CRED.T 9/14/98*
*ACCT Errored .0028488*
*App TRANS 21,500 EACH*
*I OWE ACCT @ 1.24 EACH*
*CHS 9/18 TO FIX]*

Steven Andelman
Vantage Point Systems, Inc.

8 Dyar Road
Mattapoisett, MA 02739

Phone/Fax:(508)758-9297
Cell Phone:(508)728-0708

WinFax PRO Cover Page