Stephanie L. Andelman
611 Washington Avenue
Nederland, CO 80466

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

Date: *April 8, 2008*

Dear Erin

Please invest the enclosed check $ *100,000 ⁰⁰/₁₀₀*
for Account 1-A0102-3-0 Stephanie L. Andelman & Steven J. Andelman JNT.
Please send confirmation to Steven J. Andelman, P.O.Box 1044, Glen, NH 03838.

Thank you,

Stephanie L. Andelman
Phone 303-258-8400 Mobile
        303-931-9017 Home
Email auburnandel@yahoo.com

AMF00147141

Mar 25 08 08:51p

Steven & Stephanie Andelman
P.O. Box 1044
Glen, NH 03838

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

Date: _3/26/08_

Dear Erin

Please withdraw:

_Nine Thousand Dollars ($9000)_____ from

1A0102-3 (Steven J. Andelman and Stephanie Lyn Andelman)

Please mail the checks to P.O. Box 1044, Glen, NH 03838.

Thank you,

Steven J. Andelman

Stephanie L. Andelman

Phone (603)383-9506
Fax    (603)383-9535
Email  club_a@msn.com

AMF00147142

Steven & Stephanie Andelman
P.O. Box 1044
Glen, NH 03838

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

September 10, 2007

Dear Erin

Please withdraw:

Fifteen Hundred ($1,500.00) from 1A0102-3 (Steven J. Andelman and Stephanie
Lyn Andelman)

Please mail the checks to P.O. Box 1044, Glen, NH 03838.

Thank you,

Steven J. Andelman

Stephanie L. Andelman

Phone (603)383-9506
Fax    (603)383-9535
Email  club_a@msn.com

104A        5  9/12

Mar 22 07 07:53p      Steven & Susan Andelman      603 383 9345      p.1

08-01789-cgm    Doc 2478-3    Filed 06/25/10    Entered 06/25/10 17:25:40    Exhibit C -
Requests for Deposits and Withdrawals    Pg 4 of 34

Steve & Sue Andelman

March 22, 200

Madoff Investments:

Dear Irene -

I lease withdraw from account

#1-A0102-3   Stephanie Andelman & Steven
Andelman - joint account $15,200. Send
check ASAP.

Thank You,

Stephanie L And

5-3/26

116ᴍ

Send to

Home: (603)383-9506
Steve's mobile: (508)728-0708
club_a@msn.com

Mail to: P.O. Box 1044
Ship to: 10 White Birch Lane
Glen, NH 03838

Fax: (603)383-95
Sue's mobile: (508)965-34
susanandelman@hotmail.c

Steve & Sue Andelman

Madoff Investment                                        Dec. 20, 2006

Dear Erin:

Please deposit enclosed Check: $1,000.00/00
to account 1A0102-3 (joint acc't Stephanie
Andelman & Steven Andelman)

Thank you -

HAPPY
Holidays

12/24/06

Home: (603)383-9506          Mail to: P.O. Box 1044          Fax: (603)383-9535
Steve's mobile: (508)728-0708          Ship to: 10 White Birch Lane          Sue's mobile: (508)965-3455
club_a@msn.com                    Glen, NH 03838          susanandelman@hotmail.com

AMF00147145

Steve & Sue Andelman

Nov 29, 2006

Madoff Investments

Dear Erin:

Please deposit enclosed check $8,500
to joint account # 1A0023 : Stephanie
Andelman Steven Andelman.

Thank You.

HAPPY Holidays :)

Home: (603)383-9506
Steve's mobile: (508)728-0708
club_a@msn.com

Mail to: P.O. Box 1044
Ship to: 10 White Birch Lane
Glen, NH 03838

Fax: (603)383-9535
Sue's mobile: (508)965-3455
susanandelman@hotmail.com

AMF00147146



# CLUB A

**Steven & Susan Andelman P.O. Box 1044 Glen, NH 03838**

April 6, 2006

Madoff Investment:

Dear Drew —

Please send a check for $3806 00/100
ASAP from acct # 1A0102-3
Stephanie Andelman & Steven Andelman.

Sincerely,

Stephanie Andelman

Steven Andelman

Home: (603)383-9506 Fax: (603)383-4534 Mobile: (508)728-0708 Email: club_a@msn.com

4/10

99

AMF00147147



**club A**

Steven & Susan Andelman P.O. Box 1044 Glen. NH 03838

Madoff Investment                                    March 27, 2006

Dear Erin,

        Please withdrawal & send a check
for $3,305 from account #1A0102-3
ASAP.

                                Thank you.
                                Stephanie Andelman
                                Steven Andelman

                                                    5-3/29

102 AA

home: (603)383-9506 fax: (603)383-9535
Steve's cell: (508)728-0708 email: club_a@msn.com
Sue's cell: (508)965-3455 email: susanandelman@hotmail.com

AMF00147148

# club A

**Steven & Susan Andelman P.O. Box 1044 Glen. NH 03838**

March 25, 2005

Madoff Investments:

Dear Erin,

Please send a withdrawal check for $3,960 ASAP for acct # 1A0102 to above address.

Thank You.

Stephanie Andelman

Steven Andelman

3/29

home: (603)383-9506  fax: (603)383-9535
Steve's cell: (508)728-0708  email: club_a@msn.com
Sue's cell: (508)965-3455  email: susanandelman@hotmail.com

AMF00147149

Steven & Stephanie Andelman
P.O. Box 1044
Glen, NH 03838

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

April 1, 2004

Dear Erin

Please withdraw:

>     Four Thousand One Hundred Sixteen dollars ($4,116.00) from 1A0102-3 (Steven
>     J. Andelman and Stephanie Lyn Andelman)

Please mail the check  to P.O. Box 1044, Glen, NH 03838.

Thank you,


Steven J. Andelman


Stephanie L. Andelman

Phone (603)383-9506
Fax    (603)383-9535
Email  club_a@msn.com

Stephanie L. Andelman
177 11th Avenue
San Francisco, CA 94118

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

March 29, 2004

Dear Erin

   Please invest the enclosed check _102 for $2,000_
   for Account 1-A0102-3-0 Stephanie L. Andelman & Steven J. Andelman JNT.
   Please send confirmation to Steven J. Andelman, P.O. ox 1044, Glen, NH 03838.

Thank you,

Stephanie L. Andelman
Phone (415)305-5562 Mobile
   (415)934-2005 Work
Email auburnandel@yahoo.com

AMF00147152

Stephanie L. Andelman
177 11th Avenue
San Francisco, CA 94118

Bernard L. Madoff Investment Securities
885 Third Ave
New York, NY 10022-4834
Fax: (212)838-4061

January 2, 2004

Dear Erin

    Please invest the enclosed check ____ # 899 of $2,000
    for Account 1-A0102-3-0 Stephanie L. Andelman & Steven J. Andelman JNT.
    Please send confirmation to Steven J. Andelman, P.O. ox 1044, Glen, NH 03838.

Thank you,

Stephanie L. Andelman
Phone (415)305-5562 Mobile
        (415)934-2005 Work
Email auburnandel@yahoo.com

May 12 03 11:13a                                                                                        p.1



**Club A**

Madoff Investments!

May 12, 2003

Dear Erin or Robert

Please withdraw from account #
1-A0102-3 (Stephanie & Steven Andelman)
the amount of $2614 (two thousand
six hundred & fourteen).

Send to: 8 Dyer Rd
Mattapoisett, Ma 02739

( this is a change in address ).

Thank You

Steven J. Andelman

5/15

DO NOT Duplicate (this fax
was sent twice ).

**Steve & Sue Andelman**
8 Dyer Road, Mattapoisett, MA 02739
Phone: 508-758-4551  Fax: 508-758-9895
Steve: club_a@msn.com  Sue: susanandelman@hotmail.com

AMF00147154

Mar 27 02 11:26   603 383 9506   p.1

A   Steven J. Andelman
PO Box 1044
Glen, NH 03838-1044

March 26, 2002

Madoff Investments:

Dear Erin,

Please withdraw $12,170 from joint account #1-AP102-3 and send immediately to the above address.

Thank you,

Steven Andelman

(603) 383-9506

54

4/2/02

## Steve & Sue Andelman

**Summer**
8 Dyar Rd, Mattapoisett, MA 02739
(508)758-4531, 758-9825 fax, 758-9297 office

**Winter**
PO Box 1044, 9 Glen Ellis Rd, Glen, NH 03838
(603)583-9506, 383-9535 fax/office

Steve (508)728-0708 cell    club_a@msn.com
Sue  (508)965-3455 cell   susanandelman@hotmail.com

Madoff Investments:

April 25, 2001

Dear Erin:

Please send to Mattapoisett
address $3,200 from account
Steven J + Susan R Andelman
acct #1A0102

Thank You,

Sue Andelman

4/26

Steven & Sue Andelman
8 Dyar Road
Mattapoisett, MA 02739

Madoff Investment
Dear Erin :

June 19, 1990

Please withdraw $6,362 from joint account # 1-A0102 & send back to above address.

Sincerely,
Susan Andelman
Steven Andelman

CKDWL
6/21

67.

AMF00147163

Steven & Sue Andelman
8 Dyar Road
Mattapoisett, MA 02739

Madoff Investments
Dear Erin:

June 19, 1990

Please withdraw $6,362 from joint account # 1-A0102 & send back to above address.

Sincerely,

Susan Andelman

Steven Andelman

AMF00147163

**Steven & Sue Andelman**
**8 Dyar Road**
**Mattapoisett, MA 02739**

7/8/99

Madoff Investment

A/c Bonn

Please withdraw $4,000 (-four
thousand$) from joint account #
1A-0102. Send check to above
address.

Sincerely.

Sue Andelman

CKOUT
7/12

7ᵈ.

AMF00147164

08/29/1998  12:26    5087586067              CAPE BUILDING SYSTEM              PAGE  01

AUG-29-98 SAT 11:59 VPS.CRAFTIQUES                          P.02



**Steven & Sue Andelman
8 Dyar Road
Mattapoisett, MA 02739**

Madoff Investment                              July 28, 1998
NY, NY 10022

Dear Erin:
   Please transfer money as follows:

- Account # 1ZA111-3 Steven Andelman
      transfer $21,500 to account #1A0102 (jt Acct)

- Account # 1ZA112-3 Susan Andelman
      transfer $21,500 to account #1A0102 (jt.Acct)
This should have about $60,000 in account 1A102

Please send a check of $20,000 from the
earnings for each quarter (a total of $40,000)
from each above individual account
(acct # 1ZA111-3 & Acct #1ZA112-3) - Send
checks to above address.

                              Thank You,
                              Sue Andelman
                              Steven Andelman

This transfer can be made anytime (to allow
           earnings gained in any of the

AMF00147165

# FAX COVER SHEET

| To: Erin or Frank @ B. L. Madoff | From : Steven J. Andelman |
|---|---|
| Company : | Company : Vantage Point Systems, Inc. |
| Fax Number : 12128384061 | Fax Number : 1-508-758-9297 |
| Date : 8/29/98 | Pages including cover page : 4 |

## Subject : Stev & Sue Andelman's Account

## Message:

Dear Erin or Frank,

A mistake has been made due to a typo. The attaced copt of the 7/26/98 letter instructed $21,500 from 1ZA111-3 be transferred to 1A0102 and $21,500 from 1ZA112-3 be transferred to 1A0102. I see from the monthly statements for July (attached) that the transfers went to 1ZA10230 instead of 1A0102. Perhaps the full account number should have been referenced in the letter of instructions. It is 1A010230. My wife, Susan, did follow up the letter with a phone call to confirm everything was clear.

Please correct this mistake and see to it that the transferred amounts and results from trades made (or that would have been made) on this amount are also credited to the proper account. I will try to reach you on Monday to verify that the corrections have been made.

Thank you for your attention to this matter,

Steven J. Andelman

Steven Andelman
Vantage Point Systems, Inc.

8 Dyar Road
Mattapoisett, MA 02739
Phone/Fax:(508)758-9297
Cell Phone:(508)728-0708

WinFax PRO Cover Page

AMF00147166

**Steven & Sue Andelman**
**8 Dyar Road**
**Mattapoisett, MA 02739**

Madoff Investments

Aug. 7, 1998

Dear Erin:

Reference: acct #1A0102

Please reinvest all income earned
of the above account Steven J. & Susan
P. Andelman.

Sincerely,

Sue Andelman

AMF00147169

**Steven & Sue Andelman**
**8 Dyar Road**
**Mattapoisett, MA 02739**

Madoff Investment
NY, NY 10022

July 28, 1998

COPIES

Dear Erin:

Please transfer money as follows:

- Account # 1ZA111-3 Steven Andelman
      transfer $21,500 to account #1A0102 (Jt Acct)

- Account # 1ZA112-3 Susan Andelman
      transfer $21,500 to account #1A0102 (Jt. Acct)

This should have about $60,000 in account 1A0102

Please send a check of $20,000 from the earnings for each quarter (a total of $49,000) earnings for each above individual account from each above individual account (acct # 1ZA111-3 & Acct #1ZA112-3) · Send checks to above address.

Thank You,
Sue Andelman

This transfer can be made anytime (to allow the most earnings gained in any of the accounts)

AMF00147170

JUL-25-98 SAT 12:42 XES CRAFT JOUES                                    P. 01



**Steve & Sue Andelman**
8 Dyar Road, Mattapoisett, MA 02739

Madoff Investment                                   July 27, 1998
885 Third Ave
N.Y, N.Y, 100022

Dear Erin:

    Please transfer money from our joint account #1A0102 as follows:

(1) Transfer $479,400 to account 1ZA111-3 Steve Andelman
(2) Transfer $479,400 to account 1ZA112-3 Susan Andelman

The earnings for each quarter of $20,000 is to be withdrawn from each individual account (a total of $40,000) and sent to the above address.

Kindly acknowledge the above changes.

          Thank You,
          Susan Andelman
          Steve Andelman

MAR-25-98 WED 23:97 YES GRAN TILE TUES                                    P-01

March 26, 1998

Madoff Investment
585 Third Ave
New York, NY 10022

Dear Erin:

Please send the earnings for
account # 1A0102 to the following
address ( for the First Quarter ending
March 31 and each Quarter thereafter).

Steven + Susan Adelman
8 Klyar Rd.
Mattapoisett, Mass
02737

Sincerely,
Susan Adelman

AMF00147174

# Steve & Sue Andelman
### 8 Dyar Road, Mattapoisett, MA 02739

Madoff Investments                          Dec. 24/ 1997

To Erin:

Please send the fourth
quarter earnings for account# 1-A0102
to the following address:

Steve Andelman
Box 1044
Gben, NH 03838

(603) 383-9506

Sincerely,
Steve Andelman

AMF00147175

Steven and Susan Andelman
Winter: P.O. Box 1044
Glen, NH 03838
Summer: 8 Dyar Road
Mattapoisett, MA 02739

Bernard L. Madoff Investment Securities


Dear Erin,

Please withdraw $25,000 (twenty-five thousand) from our joint account number 1-A0102.  Please
mail the check to 8 Dyar Road, Mattapoisett, MA 02739.

Thank you,

Steven J. Andelman

Steven J. Andelman
(508)758-4531

AMF00147176



Steven & Sue Andelman
8 Dyar Road
Mattapoisett, MA 02739

Madoff Investments

c/o Erin

Sept. 25, 1997

Please reinvest the interest earnings for account #1-A012 for the 3rd Quarter (Sept 30 payment). This is a change of the original agreement for this period only.

Thank You —

Sue Andelman

AMF00147177

Steven & Sue Andelman
8 Dyar Road
Mattapoisett, MA 02739

Madoff Investment
885 Third Av.
New York, NY 10022

June 16, 1997

Dear Joanne —

Please use the following instruction to wire checks from the trade of account # 1-A0030-1 to:

Chase Manhattan Bank
AB # 021000021
from credit to National Financial Service Corp.
acct # 066196-221
benefit of Steven J & Susan R. Andelman
acct. # X50-138673

These instruction for wire deposit are in place of mailing the Checks. Include a receipt of acknowledgment of any deposits to the above Mattapoisett address

Thank you.

Susan R. Andelman
(508) 758-X/531

NO

Send profits on 1/4 "Y basis

1A010230

## Steve & Sue Andelman
### 8 Dyar Road, Mattapoisett, MA 02739

Madoff Investments                                    January 3, 1996

Dear Joanne —

Please reinvest the enclosed
check for the ~~Amount~~ of $15,000 to our
joint account #1-A0030-1-0. Send
acknowledgement of receipt.

REC
1/10/96
WPS

Sincerely,

Susan R. Andelman

Check #1362

## Steve & Sue Andelman
**8 Dyar Road, Mattapoisett, MA 02739**

Bernard Madoff Investment

8/11/95

Dear Joanne -

Please invest $8,000 (eight thousand dollars) in our joint account # 1-A0030-1 Steven J Andelman & Susan L Andelman; for the next trade of August 25th

Sincerely,
Susan L Andelman
Steven J Andelman

Rec
8/14/95

AMF00147180

**Steve & Sue Andelman**
8 Dyer Road, Mattapoisett, MA 02739

5/16/95

Madoff Investment:

Dear Joanne:

Please reinvest the earnings for our joint account on the next Next trade.

Steven S Andelman
Susan R Andelman
Acct # 1 — A0030-1

Sincerely,

Trade June 16 — $6803.00

AMF00147181

Steve & Sue Andelman
8 Dyer Road, Mattapoisett, MA 02739

5/2/95

Madoff Investment:

Dear Joanne -

Please reinvest the earnings
for our joint account on the
next trade only:

Steven Z Andelman
Susan R. Andelman
Acct # 1-A0030-1

Sincerely,
Susan Andelman
Steven Andelman

AMF00147182

Sue Andelman
14 Tally Ho Lane
Framingham, Massachusetts 01701

Bernard Madoff Investment                    6/2/94

Dear Jeanne —

Reference # 1 A0030-1
Steven J Andelman
Susan L Andelman

Please send earnings accured
from each trade instead of the
re-investing the amount. The
proceeds, as in the past. Should be
about every 2 months. Send
to above address. If any problems
call 508 879-0058. I understand
the next trade will be completed
June 16.

Thanks.
Sue Andelman

AMF00147184



Steven J. Andelman
Susan R. Andelman
14 Tally Ho Lane
Framingham, MA 01701

Date: _Feb 25, 1994_

Bernard L. Madoff
885 Third Avenue
New York, NY 10022

Reference Account Number _#1-A0030-1-0_

Dear Sir or Madam,

Please send us a check for $_35,000_ out of  the  proceeds
of the next completed trade.   If there are any problems,  please
call us at (508)879-0058.   Thank you for your attention to  this
matter.

Sincerely,

Steven J. Andelman and/or

_Susan R. Andelman_
Susan R. Andelman

1

AMF00147186