Account Number: **1A0030**     Name: **STEVEN J ANDELMAN & SUSAN R ANDELMAN J/T WROS**

### DEPOSITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 11/30/1987 | CHECK | $50,000.00 | $50,000.00 |
| 6/8/1988 | CHECK | $50,000.00 | $50,000.00 |
| 6/8/1988 | CHECK | $32,000.00 | $32,000.00 |
| 8/16/1988 | CHECK | $15,000.00 | $15,000.00 |
| 8/22/1988 | CHECK | $15,000.00 | $15,000.00 |
| 8/22/1988 | CHECK | $10,000.00 | $10,000.00 |
| 12/6/1988 | CHECK | $20,000.00 | $20,000.00 |
| 6/1/1989 | CHECK | $10,000.00 | $10,000.00 |
| 12/1/1989 | CHECK | $19,000.00 | $19,000.00 |
| 4/3/1990 | CHECK | $10,000.00 | $10,000.00 |
| 6/4/1990 | CHECK WIRE | $82,330.00 | $82,330.00 |
| 8/31/1990 | ALIX: MS Equity | $1,000.00 | $1,000.00 |
| 9/27/1990 | CHECK | $15,000.00 | $15,000.00 |
| 11/29/1990 | CHECK | $19,400.00 | $19,400.00 |
| 2/28/1992 | CHECK | $16,000.00 | $16,000.00 |
| 9/9/1994 | CHECK | $80,000.00 | $80,000.00 |
| 8/14/1995 | CHECK | $8,000.00 | $8,000.00 |
| 1/10/1996 | CHECK | $15,000.00 | $15,000.00 |
| **Total Deposits:** | | $467,730.00 | $467,730.00 |

### WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 2/4/1988 | CHECK FIDELCOR | ($1,992.62) | ($1,992.62) |
| 6/29/1990 | CHECK | ($2,200.00) | ($2,200.00) |
| 8/8/1990 | ALIX: Spiral Entry | ($2,200.00) | ($2,200.00) |
| 12/19/1990 | CHECK | ($2,200.00) | ($2,200.00) |
| 3/4/1991 | CHECK | ($2,200.00) | ($2,200.00) |
| 5/9/1991 | CHECK | ($3,000.00) | ($3,000.00) |
| 7/9/1991 | CHECK | ($3,000.00) | ($3,000.00) |
| 5/6/1992 | CHECK | ($6,000.00) | ($6,000.00) |
| 10/6/1992 | CHECK | ($10,000.00) | ($10,000.00) |
| 6/17/1993 | CHECK | ($30,000.00) | ($30,000.00) |
| 8/27/1993 | CHECK | ($35,000.00) | ($35,000.00) |
| 4/6/1994 | CHECK | ($35,000.00) | ($35,000.00) |
| 6/22/1994 | CHECK GEN ELECTRIC | ($10,084.37) | ($10,084.37) |
| 8/11/1994 | CHECK GEN MOTORS | ($19,683.71) | ($19,683.71) |
| 9/19/1994 | CHECK CATERPILLAR | ($8,082.00) | ($8,082.00) |

| Date | Description | Amount | Amount |
|---|---|---|---|
| 10/25/1994 | CHECK MEDTRONIC INC | ($16,666.25) | ($16,666.25) |
| 12/9/1994 | CHECK AUTO DESK | ($19,996.25) | ($19,996.25) |
| 2/28/1995 | CHECK PHYCOR | ($15,000.49) | ($15,000.49) |
| 3/27/1995 | CHECK USF & G CORP | ($8,793.24) | ($8,793.24) |
| 4/7/1995 | CHECK SYNETIC INC | ($4,702.92) | ($4,702.92) |
| 5/11/1995 | CHECK HEWLETT PACKARD | ($3,460.50) | ($3,460.50) |
| 6/29/1995 | CHECK SCHERING | ($6,803.00) | ($6,803.00) |
| 7/21/1995 | CHECK GILLETTE | ($17,014.50) | ($17,014.50) |
| 9/7/1995 | CHECK TEXAS INSTRUMENTS | ($7,943.75) | ($7,943.75) |
| 10/13/1995 | CHECK KROGER | ($10,313.55) | ($10,313.55) |
| 11/8/1995 | CHECK APPLIED MATERIALS | ($11,475.62) | ($11,475.62) |
| 12/8/1995 | CHECK BELLSOUTH | ($22,945.00) | ($22,945.00) |
| 2/12/1996 | CHECK FED NAT'L MORTGAGE | ($12,829.62) | ($12,829.62) |
| 3/18/1996 | CHECK HFS INC | ($14,081.25) | ($14,081.25) |
| 4/30/1996 | CHECK AFLAC | ($11,753.00) | ($11,753.00) |
| 6/7/1996 | CHECK STARBUCKS | ($16,151.45) | ($16,151.45) |
| 7/9/1996 | CHECK PEPSICO | ($17,705.50) | ($17,705.50) |
| 8/13/1996 | CHECK DAYTON HUDSON CORP | ($8,262.63) | ($8,262.63) |
| 9/18/1996 | CHECK SUN AMERICA | ($17,736.50) | ($17,736.50) |
| 10/29/1996 | CHECK HILTON HOTEL | ($1,773.00) | ($1,773.00) |
| 10/29/1996 | CHECK AT & T | ($10,673.76) | ($10,673.76) |
| 12/24/1996 | CHECK CONNER PERIPHERALS | ($18,659.99) | ($18,659.99) |
| 2/27/1997 | CHECK QUANTUM | ($17,756.19) | ($17,756.19) |
| 4/3/1997 | CHECK CAMPBELL SOUP | ($13,060.00) | ($13,060.00) |
| 5/13/1997 | CHECK KIMBERLY CLARK | ($10,676.00) | ($10,676.00) |
| 6/3/1997 | TRANS TO 1A010230 | ($958,462.20) | $0.00 |
| 6/12/1997 | CHECK GENERAL ELECTRIC | ($16,657.50) | ($16,657.50) |
| **Total Withdrawals:** | | ($1,461,996.36) | ($503,534.16) |
| | | | |
| **Total deposits less withdrawals:** | | ($994,266.36) | ($35,804.16) |

Account Number: **1A0102**    Name: **STEPHANIE ANDELMAN**
**STEVEN ANDELMAN J/T WROS**

### DEPOSITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 6/3/1997 | TRANS FROM 1A003010 | $958,462.20 | $0.00 |
| 8/31/1998 | A/O 7/30/98 | $21,500.00 | $21,500.00 |
| 8/31/1998 | A/O 7/30/98 | $21,500.00 | $21,500.00 |
| 4/22/2002 | CHECK | $4,780.00 | $4,780.00 |
| 1/27/2004 | CHECK | $2,000.00 | $2,000.00 |
| 2/25/2004 | CHECK | $5,000.00 | $5,000.00 |
| 4/5/2004 | CHECK | $2,000.00 | $2,000.00 |
| 2/8/2005 | CHECK | $8,750.00 | $8,750.00 |
| 1/30/2006 | CHECK | $8,750.00 | $8,750.00 |
| 12/1/2006 | CHECK | $8,500.00 | $8,500.00 |
| 12/26/2006 | CHECK | $1,000.00 | $1,000.00 |
| 4/13/2007 | CHECK | $1,500.00 | $1,500.00 |
| 4/10/2008 | CHECK | $100,000.00 | $100,000.00 |
| **Total Deposits:** | | $1,143,742.20 | $185,280.00 |

### WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 7/11/1997 | CHECK | ($19,248.59) | ($19,248.59) |
| 10/14/1997 | CHECK | ($25,000.00) | ($25,000.00) |
| 1/13/1998 | CHECK | ($34,650.22) | ($34,650.22) |
| 4/8/1998 | CHECK | ($49,713.10) | ($49,713.10) |
| 7/9/1998 | CHECK | ($50,139.18) | ($50,139.18) |
| 7/27/1998 | TRANS TO 1ZA11230 | ($479,800.00) | $0.00 |
| 7/27/1998 | TRANS TO 1ZA11130 | ($479,800.00) | $0.00 |
| 7/12/1999 | CHECK | ($4,000.00) | ($4,000.00) |
| 3/1/2000 | CHECK | ($10,000.00) | ($10,000.00) |
| 6/21/2000 | CHECK | ($6,362.00) | ($6,362.00) |
| 4/26/2001 | CHECK | ($3,200.00) | ($3,200.00) |
| 4/2/2002 | CHECK | ($12,170.00) | ($12,170.00) |
| 5/15/2003 | CHECK | ($2,614.00) | ($2,614.00) |
| 4/2/2004 | CHECK | ($4,116.00) | ($4,116.00) |
| 3/29/2005 | CHECK | ($3,960.00) | ($3,960.00) |
| 3/29/2006 | CHECK | ($3,305.00) | ($3,305.00) |
| 4/10/2006 | CHECK | ($3,806.00) | ($3,806.00) |
| 3/26/2007 | CHECK | ($15,200.00) | ($15,200.00) |
| 9/12/2007 | CHECK | ($1,500.00) | ($1,500.00) |
| 3/27/2008 | CHECK | ($9,000.00) | ($9,000.00) |

| | | | |
|---|---|---|---|
| **Total Withdrawals:** | | ($1,217,584.09) | ($257,984.09) |
| | | | |
| **Total deposits less withdrawals:** | | ($73,841.89) | ($72,704.09) |

Account Number: **1ZA112**     Name: **SUSAN R ANDELMAN**

### DEPOSITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---:|:---:|---:|---:|
| 12/3/1992 | CHECK | $106,999.50 | $106,999.50 |
| 9/21/1994 | CHECK | $20,000.00 | $20,000.00 |
| 5/26/1998 | CHECK | $45,000.00 | $45,000.00 |
| 7/27/1998 | TRANS FROM 1A010230 | $479,800.00 | $0.00 |
| 10/19/1998 | CHECK | $7,500.00 | $7,500.00 |
| 4/16/2001 | CHECK | $16,000.00 | $16,000.00 |
| 4/18/2001 | CHECK | $10,400.00 | $10,400.00 |
| 1/17/2002 | CHECK | $5,000.00 | $5,000.00 |
| 1/8/2004 | CHECK | $12,500.00 | $12,500.00 |
| 2/9/2004 | CHECK | $17,500.00 | $17,500.00 |
| 4/16/2004 | CHECK | $3,625.00 | $3,625.00 |
| 7/20/2004 | CHECK | $291,000.00 | $291,000.00 |
| 1/19/2005 | CHECK | $6,000.00 | $6,000.00 |
| 2/8/2005 | CHECK | $17,500.00 | $17,500.00 |
| 1/30/2006 | CHECK | $8,750.00 | $8,750.00 |
| **Total Deposits:** | | $1,047,574.50 | $567,774.50 |

### WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---:|:---:|---:|---:|
| 3/5/1993 | CHECK | ($15,000.00) | ($15,000.00) |
| 4/8/1993 | CHECK | ($5,426.46) | ($5,426.46) |
| 7/13/1993 | CHECK | ($4,657.51) | ($4,657.51) |
| 10/13/1993 | CHECK | ($1,183.10) | ($1,183.10) |
| 1/14/1994 | CHECK | ($3,379.43) | ($3,379.43) |
| 2/22/1994 | CHECK | ($10,000.00) | ($10,000.00) |
| 4/13/1994 | CHECK | ($3,468.45) | ($3,468.45) |
| 7/14/1994 | CHECK | ($2,782.40) | ($2,782.40) |
| 10/13/1994 | CHECK | ($3,092.96) | ($3,092.96) |
| 7/30/1998 | TRANS TO 1ZA10230 | ($21,500.00) | $0.00 |
| 8/31/1998 | CXL C&S 7/30/98 | $21,500.00 | $0.00 |
| 8/31/1998 | TRANS TO 1A010230 | ($21,500.00) | ($21,500.00) |
| 10/1/1998 | CHECK | ($20,000.00) | ($20,000.00) |
| 11/30/1998 | CHECK | ($6,000.00) | ($6,000.00) |
| 1/4/1999 | CHECK | ($6,000.00) | ($6,000.00) |
| 4/1/1999 | CHECK | ($20,000.00) | ($20,000.00) |
| 4/13/1999 | CHECK | ($20,000.00) | ($20,000.00) |
| 7/1/1999 | CHECK | ($20,000.00) | ($20,000.00) |
| 9/14/1999 | CHECK | ($37,000.00) | ($37,000.00) |
| 10/1/1999 | CHECK | ($20,000.00) | ($20,000.00) |
| 12/29/1999 | CHECK | ($4,000.00) | ($4,000.00) |

| Date | Type | Amount | Amount |
|---|---|---|---|
| 1/3/2000 | CHECK | ($22,500.00) | ($22,500.00) |
| 4/3/2000 | CHECK | ($22,500.00) | ($22,500.00) |
| 5/25/2000 | CHECK | ($10,000.00) | ($10,000.00) |
| 7/3/2000 | CHECK | ($27,500.00) | ($27,500.00) |
| 10/2/2000 | CHECK | ($27,500.00) | ($27,500.00) |
| 12/28/2000 | CHECK | ($22,500.00) | ($22,500.00) |
| 1/2/2001 | CHECK | ($27,500.00) | ($27,500.00) |
| 1/5/2001 | RETURNED CHECK | $27,500.00 | $27,500.00 |
| 4/2/2001 | CHECK | ($22,500.00) | ($22,500.00) |
| 7/2/2001 | CHECK | ($20,000.00) | ($20,000.00) |
| 10/1/2001 | CHECK | ($22,500.00) | ($22,500.00) |
| 1/2/2002 | CHECK | ($22,500.00) | ($22,500.00) |
| 4/1/2002 | CHECK | ($27,500.00) | ($27,500.00) |
| 6/14/2002 | CHECK | ($22,500.00) | ($22,500.00) |
| 9/23/2002 | CHECK | ($22,500.00) | ($22,500.00) |
| 12/17/2002 | CHECK | ($25,000.00) | ($25,000.00) |
| 1/2/2003 | CHECK | ($22,500.00) | ($22,500.00) |
| 1/9/2003 | STOP PAYMENT | $22,500.00 | $22,500.00 |
| 4/1/2003 | CHECK | ($22,500.00) | ($22,500.00) |
| 7/1/2003 | CHECK | ($22,500.00) | ($22,500.00) |
| 10/1/2003 | CHECK | ($22,500.00) | ($22,500.00) |
| 1/2/2004 | CHECK | ($22,500.00) | ($22,500.00) |
| 3/22/2004 | CHECK | ($22,500.00) | ($22,500.00) |
| 7/1/2004 | CHECK | ($22,500.00) | ($22,500.00) |
| 10/1/2004 | CHECK | ($22,500.00) | ($22,500.00) |
| 11/18/2004 | CHECK | ($6,000.00) | ($6,000.00) |
| 12/21/2004 | CHECK | ($22,000.00) | ($22,000.00) |
| 4/1/2005 | CHECK | ($22,500.00) | ($22,500.00) |
| 6/10/2005 | CHECK | ($20,000.00) | ($20,000.00) |
| 9/23/2005 | CHECK | ($20,000.00) | ($20,000.00) |
| 12/13/2005 | CHECK | ($20,000.00) | ($20,000.00) |
| 3/15/2006 | CHECK | ($20,000.00) | ($20,000.00) |
| 5/2/2006 | CHECK | ($12,500.00) | ($12,500.00) |
| 6/27/2006 | CHECK | ($20,000.00) | ($20,000.00) |
| 9/15/2006 | CHECK | ($22,500.00) | ($22,500.00) |
| 12/1/2006 | CHECK | ($22,500.00) | ($22,500.00) |
| 2/13/2007 | CHECK | ($11,250.00) | ($11,250.00) |
| 3/26/2007 | CHECK | ($34,490.00) | ($34,490.00) |
| 5/30/2007 | CHECK | ($22,500.00) | ($22,500.00) |
| 7/31/2007 | CHECK | ($22,500.00) | ($22,500.00) |
| 10/2/2007 | CHECK | ($22,500.00) | ($22,500.00) |
| 1/10/2008 | CHECK | ($20,000.00) | ($20,000.00) |
| 7/21/2008 | CHECK | ($20,000.00) | ($20,000.00) |
| 11/13/2008 | CHECK | ($20,000.00) | ($20,000.00) |
| **Total Withdrawals:** | | ($1,079,730.31) | ($1,079,730.31) |
| | | | |
| **Total deposits less withdrawals:** | | ($32,155.81) | ($511,955.81) |

Account Number: **1ZA111**     Name: **STEVEN J ANDELMAN**

### DEPOSITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---:|---:|
| 12/3/1992 | CHECK | $106,999.50 | $106,999.50 |
| 5/26/1998 | CHECK | $45,000.00 | $45,000.00 |
| 7/27/1998 | TRANS FROM 1A010230 | $479,800.00 | $0.00 |
| 10/19/1998 | CHECK | $7,500.00 | $7,500.00 |
| 4/16/2001 | CHECK | $16,000.00 | $16,000.00 |
| 4/18/2001 | CHECK | $10,400.00 | $10,400.00 |
| 1/7/2002 | CHECK | $8,259.14 | $8,259.14 |
| 1/17/2002 | CHECK | $5,000.00 | $5,000.00 |
| 1/8/2004 | CHECK | $5,000.00 | $5,000.00 |
| 4/16/2004 | CHECK | $3,625.00 | $3,625.00 |
| 7/20/2004 | CHECK | $291,000.00 | $291,000.00 |
| 1/19/2005 | CHECK | $6,000.00 | $6,000.00 |
| 3/31/2008 | CHECK | $40,000.00 | $40,000.00 |
| **Total Deposits:** | | $1,024,583.64 | $544,783.64 |

### WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---:|---:|
| 4/8/1993 | CHECK | ($5,551.46) | ($5,551.46) |
| 5/3/1993 | CHECK | ($15,000.00) | ($15,000.00) |
| 7/13/1993 | CHECK | ($3,777.01) | ($3,777.01) |
| 7/28/1993 | CHECK | ($3,777.01) | ($3,777.01) |
| 7/30/1993 | STOP PAYMENT | $3,777.01 | $3,777.01 |
| 10/13/1993 | CHECK | ($1,558.51) | ($1,558.51) |
| 12/14/1993 | CHECK | ($10,000.00) | ($10,000.00) |
| 1/14/1994 | CHECK | ($3,460.10) | ($3,460.10) |
| 4/13/1994 | CHECK | ($3,462.84) | ($3,462.84) |
| 7/14/1994 | CHECK | ($2,782.39) | ($2,782.39) |
| 7/20/1994 | CHECK | ($15,000.00) | ($15,000.00) |
| 10/13/1994 | CHECK | ($2,099.37) | ($2,099.37) |
| 5/29/1996 | CHECK | ($11,000.00) | ($11,000.00) |
| 7/30/1998 | TRANS TO 1ZA10230 | ($21,500.00) | $0.00 |
| 8/31/1998 | CXL C&S 7/30/98 | $21,500.00 | $0.00 |
| 8/31/1998 | TRANS TO 1A010230 | ($21,500.00) | ($21,500.00) |
| 10/1/1998 | CHECK | ($20,000.00) | ($20,000.00) |
| 11/30/1998 | CHECK | ($6,000.00) | ($6,000.00) |
| 1/4/1999 | CHECK | ($6,000.00) | ($6,000.00) |
| 4/1/1999 | CHECK | ($20,000.00) | ($20,000.00) |
| 4/13/1999 | CHECK | ($20,000.00) | ($20,000.00) |
| 7/1/1999 | CHECK | ($20,000.00) | ($20,000.00) |

| Date | Type | Amount | Amount |
|---|---|---|---|
| 9/14/1999 | CHECK | ($37,000.00) | ($37,000.00) |
| 10/1/1999 | CHECK | ($20,000.00) | ($20,000.00) |
| 12/29/1999 | CHECK | ($4,000.00) | ($4,000.00) |
| 1/3/2000 | CHECK | ($22,500.00) | ($22,500.00) |
| 4/3/2000 | CHECK | ($22,500.00) | ($22,500.00) |
| 5/25/2000 | CHECK | ($10,000.00) | ($10,000.00) |
| 7/3/2000 | CHECK | ($27,500.00) | ($27,500.00) |
| 10/2/2000 | CHECK | ($27,500.00) | ($27,500.00) |
| 12/28/2000 | CHECK | ($22,500.00) | ($22,500.00) |
| 1/2/2001 | CHECK | ($27,500.00) | ($27,500.00) |
| 1/5/2001 | RETURNED CHECK | $27,500.00 | $27,500.00 |
| 4/2/2001 | CHECK | ($22,500.00) | ($22,500.00) |
| 7/2/2001 | CHECK | ($20,000.00) | ($20,000.00) |
| 10/1/2001 | CHECK | ($22,500.00) | ($22,500.00) |
| 1/2/2002 | CHECK | ($22,500.00) | ($22,500.00) |
| 4/1/2002 | CHECK | ($27,500.00) | ($27,500.00) |
| 6/14/2002 | CHECK | ($22,500.00) | ($22,500.00) |
| 9/23/2002 | CHECK | ($22,500.00) | ($22,500.00) |
| 12/17/2002 | CHECK | ($25,000.00) | ($25,000.00) |
| 1/2/2003 | CHECK | ($22,500.00) | ($22,500.00) |
| 1/9/2003 | STOP PAYMENT | $22,500.00 | $22,500.00 |
| 4/1/2003 | CHECK | ($22,500.00) | ($22,500.00) |
| 7/1/2003 | CHECK | ($22,500.00) | ($22,500.00) |
| 10/1/2003 | CHECK | ($22,500.00) | ($22,500.00) |
| 1/2/2004 | CHECK | ($22,500.00) | ($22,500.00) |
| 3/22/2004 | CHECK | ($17,500.00) | ($17,500.00) |
| 7/1/2004 | CHECK | ($22,500.00) | ($22,500.00) |
| 10/1/2004 | CHECK | ($17,500.00) | ($17,500.00) |
| 11/18/2004 | CHECK | ($6,000.00) | ($6,000.00) |
| 12/21/2004 | CHECK | ($17,500.00) | ($17,500.00) |
| 4/1/2005 | CHECK | ($17,500.00) | ($17,500.00) |
| 6/14/2005 | CHECK | ($20,000.00) | ($20,000.00) |
| 9/27/2005 | CHECK | ($20,000.00) | ($20,000.00) |
| 12/13/2005 | CHECK | ($20,000.00) | ($20,000.00) |
| 3/15/2006 | CHECK | ($20,000.00) | ($20,000.00) |
| 5/2/2006 | CHECK | ($12,500.00) | ($12,500.00) |

| | | | |
|---|---|---|---|
| 6/27/2006 | CHECK | ($20,000.00) | ($20,000.00) |
| 9/15/2006 | CHECK | ($22,500.00) | ($22,500.00) |
| 12/1/2006 | CHECK | ($22,500.00) | ($22,500.00) |
| 2/13/2007 | CHECK | ($11,250.00) | ($11,250.00) |
| 3/26/2007 | CHECK | ($34,490.00) | ($34,490.00) |
| 5/30/2007 | CHECK | ($22,500.00) | ($22,500.00) |
| 7/31/2007 | CHECK | ($22,500.00) | ($22,500.00) |
| 10/2/2007 | CHECK | ($22,500.00) | ($22,500.00) |
| 1/10/2008 | CHECK | ($20,000.00) | ($20,000.00) |
| 7/21/2008 | CHECK | ($20,000.00) | ($20,000.00) |
| 11/13/2008 | CHECK | ($20,000.00) | ($20,000.00) |
| **Total Withdrawals:** | | ($1,084,931.68) | ($1,084,931.68) |
| | | | |
| **Total deposits less withdrawals:** | | ($60,348.04) | ($540,148.04) |