# EXHIBIT A

CUSTOMER CLAIM

Claim Number______

Date Received______

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

DECEMBER 11, 2008

(Please print or type)

Name of Customer: PFA PENSION A/S
Mailing Address: [illegible] 4
City: [illegible] State: [illegible] Zip: [illegible]
Account No.: ______
Taxpayer I.D. Number (Social Security No.): ______

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

[illegible]

*****************************************************************************

1. Claim for money balances as of **December 11, 2008**:

a. The Broker owes me a Credit (Cr.) Balance of $______

b. I owe the Broker a Debit (Dr.) Balance of $______

c. If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed** with this claim form. $______

d. If balance is zero, insert "None." ______

2. Claim for securities as of **December 11, 2008**.

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

| | YES | NO |
|---|---|---|
| a. The Broker owes me securities | ______ | ______ |
| b. I owe the Broker securities | ______ | ______ |
| c. If yes to either, please list below | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds: The Broker Owes Me (Long) | Number of Shares or Face Amount of Bonds: I Owe the Broker (Short) |
|---|---|---|---|
| ______ | ______ | ______ | ______ |
| ______ | ______ | ______ | ______ |
| ______ | ______ | ______ | ______ |
| ______ | ______ | ______ | ______ |
| ______ | ______ | ______ | ______ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE: **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so please explain | ______ | ______ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | ______ | ______ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | ______ | ______ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | ______ | ______ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so provide documentation with respect to each public customer on whose behalf you are claiming | ______ | ______ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names addresses and phone numbers | ______ | ______ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so give name of that broker | ______ | ______ |

Please list the full name and address of anyone assisting you in the preparation of this claim form ______________________________

__________________________________________________________

If you cannot compute the amount of your claim you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date FEBRUARY 25 2009 Signature [signature] Rasmus Lessing Legal Officer

Date ______ Signature [signature] Peter Carge Head of Alternative Investments

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



**BY COURIER**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment
Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201
USA

**Copenhagen**
25 February 2009

**Appendix A**

I contact you as legal counsel to PFA Pension A/S.

PFA has invested nom. USD 30,000,000 in Fairfield Sentry Ltd. in May 2007. PFA has been informed that at least 95% of AUM of Fairfield Sentry Ltd. has been invested with Bernard Madoff Investment Securities LLC.

Consequently has a claim of not less than USD 28,500,000.

Please find attached a copy of PFA's subscription agreements, a transcript of the account in which PFA holds its shares in Fairfield Sentry Ltd and copy of PFA's signature list.

Please do not hesitate to contact Rasmus Bessing +45 39176315 or if this raises any comments or questions

Yours sincerely
PFA Pension

Peter Caroe
Head of Alternative Investments

Rasmus Bessing
Legal Counsel