UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**ORDER GRANTING ADMISSION TO PRACTICE,**
*PRO HAC VICE* **OF THOMAS L. LONG**

This matter came before the Court upon the motion of Thomas L. Long ("Applicant"), a member in good standing of the Bar of the State of Ohio; U.S. District Court, Northern District of Ohio; U.S. District Court, Southern District of Ohio; U.S. District Court, Eastern District of Michigan; and U.S. Court of Appeals, Sixth Circuit. Applicant respectfully requests admission, *pro hac vice,* to represent Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff individually, in the above-referenced matter and in any related adversary proceedings.

2

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Thomas L. Long is admitted to practice, *pro hac vice*, in the above-referenced matter and in any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
June 29, 2010

/s/Burton R. Lifland
Honorable Burton L. Lifland
United States Bankruptcy Judge