UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPC Liquidation |
| | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff. | |
| -v- | **AFFIDAVIT OF SERVICE** |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC. | |
| Defendant. | |

-------------------------------------------------------------X

STATE OF NEW YORK
            )ss:
COUNTY OF NASSAU )

**CHRISTINE C. FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Glen Cove, New York.

On June 29, 2010, I served a copy of the *Notice of Appearance and Demand for Service of Papers* upon:

| | |
|---|---|
| Irving H. Picard, Trustee | Securities Investor Protection Corporation |
| c/o Baker & Hostetler, LLP. | 805 15th Street, N.W. Suite 800 |
| 45 Rockefeller Plaza | Washington, D.C. 20005-2215 |
| New York, NY 10111 | |
| | |
| Bikramjit Cheema, Esq. | Office of the United States Trustee |
| c/o Baker & Hostetler, LLP. | 33 Whitehall Street – Suite 2100 |
| 45 Rockefeller Plaza | New York, New York 10004 |
| New York, NY 10111 | |

and by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, addressed to each of the attached named parties at the last known address set forth after each name.

                                         /s/Christine C. Follett_____
                                         CHRISTINE C. FOLLETT

Sworn to before me this
29th day of June, 2010

/s/Marion Panos_____
Notary Public, State of New York
No. O1PA5046969
Qualified in Nassau County
Commission Expires July 24, 2013

2241965-1