Richard J. McCord (RJM 3290)
Carol A. Glick (CAG 2675)
CERTILMAN BALIN ADLER & HYMAN, LLP.
Attorneys for Bernard Certilman
90 Merrick Avenue
East Meadow, New York 11554
Telephone (516) 296-7000
Facsimile (516) 296-7111

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff,                Adv. Pro. No. 08-01789 (BRL)

-v-                                             SIPA Liquidation

BERNARD L. MADOFF INVESTMENT        (Substantively Consolidated)
SECURITIES, LLC.,

                Defendant.

-------------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND
## FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure, Certilman Balin Adler & Hyman, LLP. hereby appears as counsel in the above-captioned case on behalf of creditor and party in interest, Bernard Certilman, and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case, or required to be given or filed in this case, be given and served upon counsel at the following address:

2241958-1

>
> Richard J. McCord, Esq.
> Carol A. Glick, Esq.
> CERTILMAN BALIN ADLER & HYMAN, LLP.
> 90 Merrick Avenue
> East Meadow, New York 11554
> Telephone:  (516) 296-7000
> Facsimile:   (516) 296-7111
> rmccord@certilmanbalin.com
> cglick@certilmanbalin.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the referenced case and the proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned counsel be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in the referenced case.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Bernard Certilman's (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be

2241958-1

entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: East Meadow, New York
       June 29, 2010

                        **CERTILMAN BALIN ADLER & HYMAN, LLP.**
                        Attorneys for Bernard Certilman

        By:      /s/Richard J. McCord_____
                        Richard J. McCord (RM3290)
                        90 Merrick Avenue
                        East Meadow, New York 11554
                        (516) 296-7000

2241958-1