UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>      Plaintiff.<br> -v-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC.<br>      Defendant. | SIPC Liquidation<br>Adv. Pro. No. 08-01789 (BRL)<br><br>**AFFIDAVIT OF SERVICE** |

-------------------------------------------------------------X

STATE OF NEW YORK
      )ss:
COUNTY OF NASSAU )

  **CHRISTINE C. FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Glen Cove, New York.

  On June 29, 2010, I served a copy of the *Notice of Appearance and Demand for Service of Papers* upon:

| | |
|---|---|
| Irving H. Picard, Trustee<br>c/o Baker & Hostetler, LLP.<br>45 Rockefeller Plaza<br>New York, NY 10111 | Securities Investor Protection Corporation<br>805 15th Street, N.W. Suite 800<br>Washington, D.C. 20005-2215 |
| Bikramjit Cheema, Esq.<br>c/o Baker & Hostetler, LLP.<br>45 Rockefeller Plaza<br>New York, NY 10111 | Office of the United States Trustee<br>33 Whitehall Street – Suite 2100<br>New York, New York 10004 |

and by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, addressed to each of the attached named parties at the last known address set forth after each name.

               /s/ Christine C. Follett
               CHRISTINE C. FOLLETT

Sworn to before me this
29th day of June, 2010

/s/Marion Panos
Notary Public, State of New York
No. 01PA5046969
Qualified in Nassau County
Commission Expires July 24, 2013

                                            2241881-1