June 28, 2010



*VIA FEDERAL EXPRESS*
*FedEx No. 7987 9052 6216*
Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004

*VIA FEDERAL EXPRESS*
*FedEx No. 7936 6790 2824*
Mr. Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Re:   Bankruptcy Case No. 08-1789 (BRL): Objections to Trustee's Determination Regarding Claim Number 1656

To the Clerk of the United States Bankruptcy Court and Mr. Picard:

This letter is on behalf of Ann Malcolm Olesky (IRA) in connection with the filed claim, Claim Number 1656, with the Bernard L. Madoff Investment Securities LLC ("BLMIS") Liquidation Proceeding. This letter serves as Ann Malcolm Olesky (IRA)'s written objections to Irving H. Picard's (the "Trustee") denial of her claim. I am also enclosing a copy of this letter. Please file-stamp the copy and return it to me in the enclosed, self-addressed, stamped envelope.

Ann Malcolm Olesky (IRA) filed her claim on or about February 6, 2009, to recover funds in BLMIS Account Number 1EM348 properly belonging to Ann Malcolm Olesky (IRA). On or about June 4, 2010, Irving H. Picard, Trustee for the Liquidation of BLMIS, purportedly sent a Notice of Trustee's Determination of Claim, stating that Ann Malcolm Olesky (IRA)'s claim was denied. Mr. Picard's denial is based on erroneous calculations and accountings, which led to the conclusion that the account did not have a "positive 'net equity'."

Ann Malcolm Olesky (IRA) objects to the denial of its claim on the grounds that it is based on inaccurate accountings and adjustments by Mr. Picard. Such accountings do not accurately reflect the Account transactions, when the Account was initiated or all of the deposits made into the Account. Moreover, Mr. Picard's denial includes no proof to support his accountings. Ann Malcolm Olesky (IRA) hereby requests such proof. In addition, Ann Malcolm Olesky (IRA) objects to this denial based on Mr. Picard's unfair and inappropriate use of the "money in/money out" method for calculating the value of this claim. Instead, this claim should be valued based on BLMIS statements attached to the claim made for Account Number

D/768540.1

Clerk of the United States Bankruptcy Court
Mr. Irving H. Picard, Trustee
June 28, 2010
Page 2 of 2

1EM348. Ann Malcolm Olesky (IRA) also objects to this denial as it fails to account for interest or any time value on deposited amounts.

    For the reasons set forth herein, a recalculation of net equity in BLMIS Account Number 1EM348 is warranted. Furthermore, Ann Malcolm Olesky (IRA) hereby requests a hearing date to resolve this matter. To the extent applicable, Ann Malcolm Olesky (IRA) joins in the objections of other similarly situated claimants, and requests such further relief as the Court deems fair and equitable. Nothing in this letter is intended to waive any of Ann Malcolm Olesky (IRA)'s available rights or remedies, all of which are expressly reserved.

                                Respectfully,

                                ANN MALCOLM OLESKY (IRA)

                                By: *Ann Olesky*
                                    Ann Olesky

D/768540.1

**Customer:** This service area is provided for your internal use and convenience. Service must be marked on airbill.

**FedEx Service:**

**Extremely**

100% Recycled Paperboard
MINIMUM 35% POST CONSUMER CONTENT

Insert airbill here ▼

From: Origin ID: RBDA  (214) 712-9500
David Olesky
Cooper and Scully
900 Jackson Street
Suite 100
Dallas, TX 75202

SHIP TO: (212) 668-2870          BILL SENDER
Clerk, Southern District of NY
U.S. Bankruptcy Court
1 BOWLING GRN

NEW YORK, NY 10004

FedEx Express
J102010026026

Ship Date: 28JUN10
ActWgt 0.2 LB
CAD: 5313222/INET3060

Delivery Address Bar Code

Ref # 88888-00536
Invoice #
PO #
Dept #

TRK# 0201 7987 9052 6216

N8 SXYA

                TUE - 29 JUN A1
ASR    PRIORITY OVERNIGHT
                        10004
                    NY-US
                    EWR

155476
155475
155475F25
155475F50
REV 6/04 RT