**Daren W. Fryburg**
**7 Shadyside Avenue**
**Summit, New Jersey 07901**

June 21, 2010



Clerk of the U.S. Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, N.Y. 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, N.Y. 10111

Re: Bankruptcy Case # 08-1789 (BRL)
Bernard L. Madoff Securities Account 1F0107
Claim Ref 003234

Dear Sir(s),

I refer you to my attached letter dated October 26, 2009, concerning my appeal to your decision re the Notice of Trustee's Determination of Claim for my Bernard L. Madoff account 1F0107. To date, I have not received clarification per my points 1) and 2) that are again listed below for your reference:

1) Your letter dated October 19th, 2009, does not fully describe the financial calculation used to determine the 'Adjusted Amount' of $35,000.00 representing the balance transfer of $103,538.09 dated April 24th, 1997. Please clarify.

2) Your letter dated October 19th, 2009, contains financial details of 13 withdrawals via 'check' totaling $89,500.00. While I do recall withdrawing certain funds over the period, I do not recall all the withdrawals in question. Please provide evidence of these withdrawals by cancelled checks for all 13 withdrawals, providing photocopies of both the front and back of each of the 13 checks.

I did receive a voicemail message at my home from a Mr. Vic Shima (sp) from the offices of Baker & Hostetler. I promptly returned his call, leaving a message but have not been contacted since.

I look forward to and still require your clarification / evidence as requested above.

Sincerely,

Daren W Fryburg

**Daren W. Fryburg**
**7 Shadyside Avenue**
**Summit, New Jersey 07901**

October 26, 2009

Clerk of the U.S. Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, N.Y. 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, N.Y. 10111

Re: Bankruptcy Case # 08-1789 (BRL)
Bernard L. Madoff Securities Account 1F0107
Claim Ref 003234

Dear Sir(s),

Thank you for your letter dated October 19th, 2009, concerning the Notice of Trustee's Determination of Claim for my Bernard L. Madoff account 1F0107. I am **APPEALING** your determination/findings set forth in the letter on the following grounds:

1) Your letter dated October 19th, 2009, does not fully describe the financial calculation used to determine the 'Adjusted Amount' of $35,000.00 representing the balance transfer of $103,538.09 dated April 24th, 1997. Please clarify.

2) Your letter dated October 19th, 2009, contains financial details of 13 withdrawals via check totaling $89,500.00. While I do recall withdrawing certain funds over the period, I do not recall all the withdrawals in question. Please provide evidence of these withdrawals by cancelled checks for all 13 withdrawals, providing photocopies of both the front and back of each of the 13 checks.

3) I do not agree with the Trustee's determination of 'net-equity' in my account. Throughout my life, I have been very cautious in my investment objectives, never exceeding the checking account insurance thresholds per FDIC or broker account protection thresholds per SIPC. To take the 'net-equity' stance on investor accounts with balances at or below and never exceeding the SIPC protection levels is unjust.

While I appreciate the effort that the Trustee has put into the overall Bernard L. Madoff account review, I would ask the Court to consider that the 'relatively minor' balance in my account was meant to send my three daughters to college, not pay for country club dues.

I look forward to your clarification / evidence as requested above.

Sincerely,