# EXHIBIT C

## CERTIFICATION OF SERVICE

I, Lee J. Mondshein, Esq. hereby certify that on June 30, 2010, I caused a true and correct copy of the foregoing **Objection to Trustee's Determination of Claim** on behalf of Trust Number 6 U/A 12/23/88 to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF; and to be mailed by Federal Express Priority Overnight service to each of the following addresses:

Clerk of the United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY  10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111

Dated:  June 30, 2010

                                                           **/s/ Lee J. Mondshein**
                                                                 LEE J. MONDSHEIN