UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

SECURITIES INVESTOR PROTECTION
CORPORATION,

                    Plaintiff-Appellant,

                    v.

BERNARD L. MADOFF INVESTMENT SECURITIES
LLC,

                    Defendant.

------------------------------------------------------------------ X

In re:

BERNARD L. MADOFF,

                    Debtor.

------------------------------------------------------------------ X

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

CERTIFICATE OF SERVICE

        I, Richard Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        On the 1st day of July 2010 before 11 a.m., a true copy of HSBC Holdings PLC and HSBC Bank PLC's Opposition to Trustee's Motion Pursuant to 28 U.S.C. § 1781(b)(2) and Rule 2004 of the Federal Rules of Bankruptcy Procedure for an Order Issuing Requests for Judicial Assistance (Letter of Request) for Service of Subpoenas upon HSBC Holdings PLC and HSBC Bank PLC, with Exhibit A is being served by hand upon:

                    Baker & Hostetler, LLP
                    45 Rockefeller Plaza
                    New York, NY 10111
                    Attn: Oren J. Warshavsky

Securities Investor Protection Corporation
805 Fifteenth Street, NW, Suite 800
Washington, DC  20005
Attn:  Josephine Wang, Esq.

Dated:    New York, New York
               July 1, 2010

_____

Richard W. Conza

2