# EXHIBIT B

**BERNARD L. MADOFF**
**MADF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

TRUST #6 U/A 12/23/08
KATHLEEN GIAMO TRUSTEE
C/O RICHARD FRIEDMAN
6800 JERICHO TURNPIKE STE 216E
SYOSSET        NY  11791

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRAN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 32,790.63 |
| 11/12 | 286 | | 3470 | WAL-MART STORES INC | 55.850 | 15,973.30 | |
| 11/12 | 187 | | 3972 | INTERNATIONAL BUSINESS MACHS | 87.290 | 16,329.49 | |
| 11/12 | 683 | | 7796 | EXXON MOBIL CORP | 72.850 | 54,532.64 | |
| 11/12 | 239 | | 8238 | INTEL CORP | 14.510 | 1,483.09 | |
| 11/12 | 360 | | 12624 | JOHNSON & JOHNSON | 59.500 | 21,541.54 | |
| 11/12 | 495 | | 16950 | J.P. MORGAN CHASE & CO | 39.830 | 19,091.35 | |
| 11/12 | 264 | | 23275 | COCA COLA CO | 44.660 | 11,800.24 | |
| 11/12 | 154 | | 25603 | MCDONALDS CORP | 55.170 | 8,532.93 | |
| 11/12 | 286 | | 29277 | MERCK & CO | 28.550 | 8,179.30 | |
| 11/12 | 1,045 | | 34253 | MICROSOFT CORP | 27.830 | 29,032.45 | |
| 11/12 | 528 | | 36679 | ORACLE CORPORATION | 17.370 | 9,155.40 | |
| 11/12 | 239 | | 51587 | PEPSICO INC | 55.410 | 13,797.69 | |
| 11/12 | 121 | | 52039 | APPLE INC | 100.390 | 12,139.30 | |
| 11/12 | 893 | | 55883 | PFIZER INC | 16.940 | 15,128.34 | |
| 11/12 | 207 | | 56285 | ABBOTT LABORATORIES | 55.600 | 11,443.19 | |
| 11/12 | 396 | | 60309 | PROCTER & GAMBLE CO | 64.300 | 25,532.36 | |
| 12/12 | 143 | | 60711 | AMGEN INC | 58.100 | 8,464.08 | |
| 12/12 | 275 | | 64535 | PHILLIP MORRIS INTERNATIONAL | 43.630 | 12,001.00 | |
| 12/12 | 560 | | 66037 | BANK OF AMERICA | 21.590 | 12,275.40 | |
| 12/12 | 270 | | 68061 | QUALCOMM INC | 33.770 | 9,431.90 | |
| 12/12 | 715 | | 69343 | CITI GROUP INC | 12.510 | 9,972.65 | |
| 12/12 | 185 | | 72187 | SCHLUMBERGER LTD | 42.480 | 8,170.60 | |
| 11/12 | 396 | | 73609 | COMCAST CORP CL A | 16.510 | 6,552.95 | |
| | | | | CONTINUED ON PAGE  2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

Bernard L. Madoff Investment Securities LLC

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

New York □ London

BERNARD L. MADOFF

TRUST #6 U/A 12/23/88
KATHLEEN G/AMG TRUSTEE
C/O RICHARD FRIEDMAN
6800 JERICHO TURNPIKE STE 116E
SYOSSET          NY 11791

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 781 | | 77513 | AT&T INC | 27 | 21,118.00 | |
| 11/12 | 199 | | 78515 | CONOCOPHILLIPS | 52,510 | 40,403.98 | |
| 11/12 | 132 | | 81836 | UNITED PARCEL SRC INC | 52,040 | 52,074.38 | |
| 11/12 | 203 | | 82543 | CISCO SYSTEMS INC | 15,730 | 33,466.19 | |
| 11/12 | 231 | | 86165 | U S BANCORP | 23,530 | 58,590.91 | |
| 11/12 | 275 | | 88067 | CHEVRON CORP | 23,530 | 20,204.35 | |
| 11/12 | 132 | | 90691 | UNITED TECHNOLOGIES CORP | 53,039 | 47,022.12 | |
| 11/12 | 1,397 | | 90693 | GENERAL ELECTRIC CO | 19,630 | 27,478.11 | |
| 11/12 | 579 | | 94017 | VERIZON COMMUNICATIONS | 30,610 | 11,367.34 | |
| 11/12 | 233 | | 95119 | PFIZER | 31,410 | 11,135.26 | |
| 11/12 | 462 | | 99143 | WELLS FARGO & CO NEW | 29,800 | 13,795.60 | |
| 11/12 | 330 | | 99245 | HEWLETT PACKARD CO | 34,900 | 11,530.03 | |
| 11/12 | 549,000 | | 21755 | U S TREASURY BILL DUE 2/12/2009 | 99,936 | | 548,646.00 |
| | | | | DUE 2/12/2009 | | | |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | |
| 11/12 | | 8,602 | 16954 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 8,602.00 | |
| 11/14 | 32,289 | | 26723 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 32,289.00 |
| 11/14 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | |
| 11/19 | | | | CONTINUED ON PAGE  2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

1-FR0122-3-0-0          11/30/08          ******4241

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

TRUST #6 U/A 12/23/88
KATHLEEN GIAMO TRUSTEE
C/O RICHARD FRIEDMAN
5800 JERICHO TURNPIKE STE 116E
SYOSSET                NY  11791

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 324,289 | 54384 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 324,289.00 |
| 11/19 | 50,000 | | 54487 | U.S. TREASURY BILL DUE 03/26/2009 | 99.9925 | 49,996,300 | |
| | | | | 3/26/2009 | | | |
| 11/13 | 15,280 | | 60023 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 15,286.00 | |
| | | | | NEW BALANCE | | 63,546,634 | |
| | | | | SECURITY POSITIONS | NKT PRICE | | |
| | 701 | | | AT&T INC | 28,360 | | |
| | 209 | | | ABBOTT LABORATORIES | 52,398 | | |
| | 142 | | | AMGEN INC | 55,540 | | |
| | 121 | | | APPLE INC | 92,670 | | |
| | 660 | | | BANK OF AMERICA | 14,250 | | |
| | 275 | | | CHEVRON CORP | 79,910 | | |
| | 803 | | | CISCO SYSTEMS INC | 16,540 | | |
| | 715 | | | CITI GROUP INC | 85,290 | | |
| | 264 | | | COCA COLA CO | 46,840 | | |
| | 396 | | | COMCAST CORP | 17,340 | | |
| | | | | C L A | | | |
| | 196 | | | CONOCOPHILLIPS | 52,940 | | |
| | 473 | | | EXXON MOBIL CORP | 80,140 | | |
| | 1,397 | | | GENERAL ELECTRIC CO | 17,170 | | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 2222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

TRUST UA 12/21/88
KATHLEEN GLANTZ TRUSTEE
C/O RICHARD FRIEDMAN
6800 JERICHO TURNPIKE STE 116E
SYOSSET            NY   11791

| Account Number | Period Ending | Page |
|---|---|---|
| 1-FG132-3-0 | 11/30/08 | 4 |

| AMT. | BOUGHT, RECEIVED OR CONTRIBUTED | SOLD, DELIVERED OR DISTRIBUTED | TRAN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 33 | | | GOOGLE | 292.960 | | ******4761 |
| | 220 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 759 | | | XTEL CORP | 15.800 | | |
| | 187 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 4951 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 361 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 124 | | | MCDONALDS CORP | 59.790 | | |
| | 286 | | | MERCK & CO | 26.720 | | |
| | 1,045 | | | MICROSOFT CORP | 20.220 | | |
| | 525 | | | ORACLE CORPORATION | 14.030 | | |
| | 209 | | | PEPSICO INC | 54.700 | | |
| | 891 | | | PFIZER INC | 16.430 | | |
| | 275 | | | PHILIP MORRIS INTERNATIONAL | 42.160 | | |
| | 395 | | | PROCTER & GAMBLE CO | 64.160 | | |
| | 230 | | | QUALCOMM INC | 32.500 | | |
| | 165 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 15,286 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U.S. TREASURY MONEY MARKET | | | |
| | 231 | | | U S BANCORP | 26.980 | | |
| | 132 | | | UNITED PARCEL SVC INC | 51.800 | | |
| | | | | CLASS B | | | |
| | 50,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009    3/26/2009 | | | |
| | 132 | | | UNITED TECHNOLGIES CORP | 46.630 | | |
| | | | | CONTINUED ON PAGE   5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

08-01789-cgm    Doc 2500    Filed 07/01/10    Entered 07/01/10 12:30:56    Main Document
Pg 6 of 8

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1661

Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

TRUST #6 U/A 12/23/58
KATHLEEN GIAMO TRUSTEE
C/O RICHARD FRIEDMAN
6660 JERICHO TURNPIKE STE 112
SYOSSET        NY 11791

Account number: 1-F0131-3-0
Date: 11/30/08

YEAR-TO-DATE SUMMARY
DIVIDENDS
GROSS PROCEEDS FROM SALES

3,710
3,142,694

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel. 071-493-6222

TRUST #6 U/A 12/23/98
KATHLEEN G TAMA TRUSTEE
C/O RICHARD FRIEDMAN
5600 JERICHO TURNPIKE STE 110E
SYOSSET                    NY 11792

| DATE | BOUGHT RECEIVED OR DELIVERED | SOLD DELIVERED OR DELIVERED | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 33,793,400 |
| 11/22 | | 11 | 42905 | S & P 100 INDEX | 15,800 | | 17,366 |
| 11/22 | 11 | | 47211 | NOVEMBER 460 CALL | 17,800 | 19,953.30 | |
| 11/25 | | 11 | 33335 | S & P 100 INDEX | 26 | | 20,599 |
| | | | | NOVEMBER 450 PUT | | | |
| 11/25 | 11 | | 37550 | S & P 100 INDEX | 30 | 33,011.00 | |
| | | | | DECEMBER 430 CALL | | | |
| 11/25 | 11 | | 41985 | S & P 100 INDEX | 3 | 33,011.00 | |
| | | | | DECEMBER 425 PUT | | | |
| 11/25 | | 11 | 43310 | S & P 100 INDEX | 37 | | 46,445 |
| | | | | NOVEMBER 460 CALL | | | |
| | | | | S & P 100 INDEX | | | |
| | | | | NOVEMBER 430 PUT | | | 63,485 |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 11 | | S & P 100 INDEX | 23,300 | | |
| | | | | DECEMBER 430 CALL | | | |
| | | | | S & P 100 INDEX | 14,500 | | |
| | | | | DECEMBER 425 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES | SHORT | | |
| | | | | LONG | 25,630,000- | | |
| | | | | 10,150.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES