**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re: BERNARD L. MADOFF

                           Debtor

-----------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                            Plaintiff

               v.

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC.,          Defendant

-----------------------------------------------------------x

Case No.: 95-88888

Chapter 11

Adversary Proceeding No.: 08-01789

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

     I, Philip J. Gordon_____, request admission, *pro hac vice*, before the
Honorable Burton R. Liflan_____, to represent Naomi Gordon and Roger Gordon____, a
claimant_____ in the above-referenced ☐ case ☑ adversary proceeding.

     ***I certify that I am a member in good standing*** of the bar in the State of
New York_____ and, if applicable, the bar of the U.S. District Court for the Northern_____
District of New York_____.

     I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 7/1/2010_____
New York_____, New York

*Mailing Address:*

Gordon Law Group, LLP

585 Boylston Street

Boston, MA 02116

*E-mail address:* pgordon@gordonllp.com

*Telephone number:* (617) 536-1800____