**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: BERNARD L. MADOFF

                        Debtor

Case No.: 95-88888

Chapter 11

-------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION CORPORATION
                        Plaintiff

v.

BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,
                        Defendant

Adversary Proceeding No.: 08-01789

-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of __Philip J. Gordon, Esq.__, to be admitted, *pro hac vice*, to represent __Naomi Gordon and Roger Gordon__, (the "Client") a __claimant__ in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __New York__ and, if applicable, the bar of the U.S. District Court for the __Northern__ District of __New York__, it is hereby

**ORDERED**, that __Philip J. Gordon__, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

__New York__, New York

/s/ _____

                                          UNITED STATES BANKRUPTCY JUDGE