UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff-Applicant,

-against-

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
-----------------------------------------------------------------x

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation

### NOTICE OF WITHDRAWAL OF OBJECTION TO SIPA TRUSTEE'S DETERMINATION OF CLAIM NUMBER 13658

**PLEASE TAKE NOTICE THAT** the undersigned claimant ("Claimant"), having filed an Affidavit Objecting to SIPA Trustee's Determination of Claim Number 13658, dated June 24, 2010 and entered under Docket No. 2479 (the "Objection"), hereby gives notice that said Objection is withdrawn pursuant to agreement with the Trustee.

Dated: New York, New York
       July 1, 2010

_____
Kenneth E. Citron

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

          Plaintiff-Applicant,

-against-

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

          Defendant.
-----------------------------------------------------------x

Adv. Pro. No. 08-01789-BRL

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                       ) ss.:
COUNTY OF NEW YORK)

Kenneth E. Citron, being of full age, deposes and says:

I am over the age of 18 years and reside in the State of New York.

On July 1, 2010, I served a true copy of the annexed **NOTICE OF WITDRAWAL OF OBJECTION TO SIPA TRUSTEE'S DETERMINATION OF CLAIM NUMBER 13658** by first-class mail with postage prepaid thereon, by depositing said document in a sealed envelope, into a post office or official depository of the U.S. Postal Service within the State of New York, addressed as indicated below:

        Irving H. Picard, Trustee
        c/o Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, New York 10111

Sworn to before me this
1st day of July, 2010

_____          _____
Notary Public                                          Kenneth E. Citron

DEAN BAKER
Notary Public, State of New York
No. 01BA6025874
Qualified in NEW YORK County
Commission Expires JUNE 01, 2011