Therese M. Doherty, Esq.
John Oleske, Esq.                                          **Document Electronically Filed**
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Tel: (212) 592-1400
Email: joleske@herrick.com
Attorneys for Interested Party Magnify, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- - X
SECURITIES INVESTOR PROTECTION                  :
CORPORATION,                                    : Adv. Pro. No. 08-01789 (BRL)
                          Plaintiff-Applicant,  :
                                                : SIPA Liquidation
            v.                                  :
                                                : (Substantively Consolidated)
BERNARD L. MADOFF INVESTMENT                    :
SECURITIES LLC,                                 :
                                                :
                          Defendant.            : **MOTION FOR SUBSTITUTION**
                                                :
------------------------------------------------X
In re:                                          :
                                                :
BERNARD L. MADOFF                               :
                                                :
                          Debtor.               :
                                                :
- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- - X

Herrick, Feinstein LLP ("Herrick"), attorneys for Interested Party Magnify, Inc.

("Magnify"), hereby requests that John Oleske, email joleske@herrick.com, be substituted for

and replace William R. Fried, email wfried@herrick.com, as Herrick's designated counsel for

electronic service on Magnify in the above-entitled action, and that Mr. Fried be removed from

the electronic service list in said action.

HF 5926513 v.1 #14509/0001 07/06/2010 01:21 PM

Dated: New York, New York
      July 6, 2010

                               **HERRICK, FEINSTEIN LLP**

                               By:_____/s/_____
                                    John Oleske
                               2 Park Avenue
                               New York, New York  10016
                               (212) 592-1400
                               joleske@herrick.com
                               *Attorneys for Interested Party Magnify, Inc.*

HF 5926513 v.1 #14509/0001 07/06/2010 01:24 PM