# Leonard T. Juster
5901 Laurel Avenue
Apartment 135
Minneapolis, Minnesota 55416
763.546.2185



June 29, 2010

Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004

Re:  **Bernard L. Madoff Investment Securities LLC In Liquidation
Bankruptcy Case No. 08-1789(BRL)
No. 1 EM092 Claim No. 00644
Opposition to Trustee's Determination of Claim**

Dear Sir or Madam:

The undersigned claimant disagrees with the Trustee's determination as follows:

Claimant has no record or recollection of payments the Trustee claims Claimant received on October 20, 1995 and on March 20, 1997. Wherefore Claimant believes he has a valid claim against the above entitled estate for $50,000.00. Please set a hearing date to determine Trustee's alleged payments

Very truly yours,

Leonard T. Juster, Trustee and Claimant

DOCS-#3260182-v2