# EXHIBIT B

# CUSTOMER CLAIM

Claim Number _____

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: (800) 886-6690 ext 1

HOME: (510) 531-9214

Taxpayer I.D. Number (Social Security No.)
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

Account Number: 1R0213
KENNETH E ROTH
33 CAMELFORD PLACE
OAKLAND, CA 94611

(If incorrect, please change)

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

***************************************************************

1. Claim for money balances as of **December 11, 2008**:
   a. The Broker owes me a Credit (Cr.) Balance of    $ _____
   b. I owe the Broker a Debit (Dr.) Balance of    $ _____

502180406                                1

    c.   If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed with this claim form.**    $_____

    d.   If balance is zero, insert "None."

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ |   |
| b. | I owe the Broker securities |   | ✓ |

c.   If yes to either, please list below:

SEE ATTACHED ACCOUNT STATEMENT DATED 11/30/2008 BERNARD L. MADOFF INVESTMENT SECURITIES LLC

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| Nov 30th 2008 |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any (withdrawals) ~NONE~ you have ever made or payments received ~NONE~ from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|     |     | YES | NO |
| --- | --- | --- | --- |
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | ✓ ONLY BERNARD L. MADOFF INVESTMENT SECURITIES LLC HAD ANY DISCRETIONARY AUTHORITY |  |

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. _____ ✓

Please list the full name and address of anyone assisting you in the preparation of this claim form: _____

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date  2-20-2009           Signature _[signature]_

Date _____      Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ◊ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

KENNETH F ROTH
33 CAPELLJRD PLACE
OAKLAND     CA 94611

YOUR ACCOUNT NUMBER: 1-R0233-3-0
PERIOD ENDING: 11/30/01
PAGE: 2

| DATE | BOUGHT REC'D ON LOAN | SOLD DELIVERED OR SHORT | TAX# | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/12 | 242 | | 74312 | SCHLUMBERGER LTD | 48.480 | 11,804.20 | |
| 1/12 | 575 | | 74814 | COMCAST CORP CL A | 15.519 | 8,932.75 | |
| 1/12 | 1,336 | | 70639 | AT&T INC | 27 | | |
| 1/12 | 204 | | 70140 | CONOCOPHILLIPS | 52.530 | 10,727.00 | |
| 1/12 | 192 | | 80356 | UNITED PARCEL SVC INC CLASS B | 52.063 | 9,973.63 | |
| 1/12 | 1,168 | | 83466 | CISCO SYSTEMS INC | 16.790 | 19,685.66 | |
| 1/12 | 335 | | 87790 | U S BANCORP | 29.530 | 9,925.04 | |
| 1/12 | 400 | | 87772 | CHEVRON CORP | 73.439 | 15,111.83 | |
| 1/12 | 292 | | 91636 | UNITED TECHNOLOGIES CORP | 65.160 | 19,333.03 | |
| 1/12 | 2,032 | | 92119 | GENERAL ELECTRIC CO | 19.213 | 39,213.72 | |
| 1/12 | 544 | | 85362 | VERIZON COMMUNICATIONS | 30.450 | 39,950.15 | |
| 1/12 | 48 | | 75444 | APPLE | 32.444 | 13,584.16 | |
| 1/22 | | 950,000 | 22570 | U S TREASURY BILL DUE 2/12/02 | 14,075.13 | | |
| | | | | 0.0000 | 942,400.00 | | 749,000.00 |
| 1/22 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 748,970.00 |
| 1/12 | | 21,729 | 17979 | DIV 11/12/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 21.73 |
| 1/12 | 43,430 | | 27840 | FIDELITY SPARTAN MONEY MARKET | 1 | DIV | 430,430.00 |
| 1/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | DIV | 21.73 |
| 1/30/02 | | | | DIV 11/30/02 FIDELITY SPARTAN MONEY MARKET | | | 4.34 |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020-7493 6222

KENNETH E ROTH
13 CAMELFORD PLACE
OAKLAND    CA  94611

Account No: 1-R0213-3-0
Period Ending: 11/30/08
Your Tax Payer Identification Number: ***-**-5637

| DATE | BOUGHT or RECEIVED | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/19 | | 43,430 | 52910 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/25/2008 | 99.925 | | 43,430.03 |
| 1/19 | | | 57359 | FIDELITY SPARTAN U S TREASURY BILL 9/25/2008 | 1 | | 74,944.50 |
| 1/15 | 75,000 | | | | | | |
| 1/19 | 161,422 | | 51367 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 161,417.00 | |
| | | | | NEW BALANCE | | 98,153.25 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 3,135 | | | AT&T INC | 28.550 | | |
| | 304 | | | ABBOTT LABORATORIES | 53.590 | | |
| | 209 | | | ALTRIA INC | 15.010 | | |
| | 175 | | | APPLE INC | 92.670 | | |
| | 450 | | | BANK OF AMERICA | 14.250 | | |
| | 1,150 | | | CHEVRON CORP | 77.010 | | |
| | 1,060 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 350 | | | DIET GROUP INC | 8.250 | | |
| | 570 | | | COCA COLA CO | 46.PTN | | |
| | | | | COMCAST CORP | 13.340 | | |
| | | | | A | | | |
| | 288 | | | CONOCOPHILLIPS | 52.620 | | |
| | 1,099 | | | EXXON MOBIL CORP | 80.150 | | |
| | 209 | | | GENERAL ELECTRIC CO | 17.370 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES







**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**
New York ◊ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

KENNETH L. BOOK
33 CAMELLIA PLACE
OAKLAND, CA 94611

Account No: 1-K0213-4-0
Period: 11/30/03
Page: 1

| DATE | BOUGHT or RECEIVED | SOLD, DELIVERED or SHORT | TAX | DESCRIPTION | PRICE or SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 1/12 | | | | | | | 43,982.00 |
| 1/1 | | 15 | 66255 | S & P 100 INDEX NOVEMBER 460 CALL | 15.300 | | |
| 1/16 | 15 | | 66030 | S & P 100 INDEX NOVEMBER 550 PUT | 17.800 | 26,754.00 | |
| 1/16 | | 16 | 36450 | S & P 100 INDEX DECEMBER 620 CALL | 26 | | 41,734.00 |
| 1/19 | 16 | | 38194 | S & P 100 INDEX DECEMBER 620 PUT | 34 | | |
| 1/19 | | 15 | 47585 | S & P 100 INDEX NOVEMBER 460 CALL | 27 | 40,515.00 | |
| | 16 | | 49310 | S & P 100 INDEX NOVEMBER 550 PUT | | 40,515.00 | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | | | | DECEMBER 620 CALL | MKT PRICE 16,500 | | |
| | | | | DECEMBER 620 PUT | MKT PRICE 28,500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | 25,600.00 | |
| | | | | SHORT | | 37,280.00- | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1X 5AD
Tel 020 7493 6222

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

DALLAS TX 75201

| | |
|---|---|
| Postage | $ $0.76 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.66   02/21/2009 |

Sent To: IRVING H. PICARD, ESQ. TRUSTEE FOR
Street, Apt. No.: BERNARD L. MADOFF INVESTMENT SECURITIES LLC
or PO Box No.: C/O AMPS CLAIMS PROCESSING CENTER
2100 McKINNEY AVE., SUITE 800
City, State, ZIP+4: DALLAS TX 75201

---

```
0555080006 OAKLAND STATION E
     OAKLAND, California
          946112813
        0555110006 -0096
02/21/2009   (800)275-8777    01:25:52 PM

---------- Sales Receipt ----------
Product              Sale    Unit      Final
Description          Qty     Price     Price

DALLAS TX 75201 Zone-7                 $0.76
First-Class Letter
  2.10 oz.
  Return Rcpt (Green Card)             $2.20
  Certified                            $2.70
  Label #:    70070710000477955980
                                    ========
Issue PVI:                             $5.66

Total:                                 $5.66

Paid by:
  Cash                                $20.66
  Change Due:                        -$15.00

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clickmship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000402290595
Clerk: 10

    All sales final on stamps and postage
    Refunds for guaranteed services only
           Thank you for your business
************************************
************************************
           PICK UP A FREE
         RECYCLING ENVELOPE
  Take an envelope to recycle your inkjet
  cartridge, cell phone or small electronics
             free of charge!
************************************
************************************

************************************
************************************
          HELP US SERVE YOU BETTER

      Go to: http://gx.gallup.com/pos

        TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

           YOUR OPINION COUNTS
************************************
************************************

                Customer Copy
```