BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK　　）
　　　　　　　　　　　　） ss.:
COUNTY OF NEW YORK　）

　　　I, **Nikki Landrio**, being duly sworn, depose and say:  I am more than eighteen years old and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

300094711

On July 7, 2010, I served the **Trustee's Opposition to Nordea's Motion For Leave To File Response To Trustee's "Customer Motion"** by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:**   *See Attached Schedule A*

      *s/Nikki Landrio*
      NIKKI LANDRIO

Sworn to before me this
7th day of July, 2010

   *s/Magali Lespinasse Lee*
Notary Public

Magali Lespinasse Lee
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2014

# SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Chapter 7 Trustee**
Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**
Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**
Lisa Baroni – lisa.baroni@usdoj.gov
Carolina Fornos – carolina.fornos @usdoj.gov
Alicia Simmons – Alicia.simmons@usdoj.gov
Matthew Schwartz – matthew.schwartz@usdoj.gov

**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Counsel for PFA Pension, A/S**
Lee Harrington, Esq.
Nixon Peabody LLP
Email: lharrington@nixonpeabody.com

**Notices of Appearance**
Peter E. Shapiro
Shutts & Bowen LLP
200 E. Broward Bvd., Suite 200
Fort Lauderdale, FL 33301

Chester B. Salomon, Esq.
Stevens & Lee, P.C.
Email:  cs@stevenslee.com

Michael D. Sirota, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Email:   msirota@coleschotz.com

Kevin R.J. Schroth, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Email:  rschroth@coleschotz.com

Mark S. Mulholland
Ruskin Moscou Faltischek, P.C.
Email:  mmulholland@rmfpc.com

Stuart I. Rich, Esq.
Meister, Seelig & Fein LLP
Email:  sir@msf-law.com

James M. Ringer, Esq.
Meister, Seelig & Fein LLP
Email:  jmr@msf-law.com

Matthew Gluck Esq.
Milberg LLP
Email:  mgluck@milberg.com

William B. Wachtel, Esq.
Wachtel & Masyr, LLP
Email:  Wachtel@Wmllp.Com

Howard Kleinhendler, Esq.
Wachtel & Masyr, LLP
Email:  hkleinhendler@wmllp.com

David Yeger, Esq.
Wachtel & Masyr, LLP
Email: dyeger@wmllp.com

William M. O'Connor, Esq.

Crowell & Moring LLP
e-mail: woconnor@crowell.com

Brad N. Friedman, Esq.
Milberg LLP
Email: bfriedman@milberg.com

Sanford P. Dumain, Esq.
Milberg LLP
Email: sdumain@milberg.com

Sean H. Lane
Assistant United States Attorney
E-mail: sean.lane@usdoj.gov

Stephen A. Weiss
Seeger Weiss LLP
Email: sweiss@seegerweiss.com

Peter E. Shapiro
Shutts & Bowen LLP
200 E. Broward Bvd., Suite 200
Fort Lauderdale, FL 33301

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
Email:  ffm@bostonbusinesslaw.com

Barry R. Lax
Lax & Neville, LLP
Email:  blax@laxneville.com

Brian J. Neville
Lax & Neville, LLP
Email:  bneville@laxneville.com

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
schristianson@buchalter.com

Jonathan M. Landers
Milberg LLP
Email: jlanders@milberg.com

Dennis C. Quinn
Barger & Wolen, LLP
Email:  dquinn@bargerwolen.com

Alan Nisselson, Esq.
Howard L. Simon, Esq.
Regina Griffin, Esq.
Email: anisselson@windelsmarx.com
Email: hsimon@windelsmarx.com
Email: rgriffin@windelsmarx.com

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLLC
Email: eric.lewis@baachrobinson.com

Joseph E. Shickich, Jr.
Erin Joyce Letey
Riddell Williams P.S.
Email:  jshickich@riddellwilliams.com
Email:  eletey@riddellwilliams.com

Adam L. Rosen
Silverman Acampora LLP
Email:  ARosen@SilvermanAcampora.com

Brian Maddox
Lax & Neville, LLP
E-mail: bmaddox@laxneville.com

Angelina E. Lim, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, P.A.
Email: angelinal@jpfirm.com

Sanford P. Rosen, Esq.
Sanford P. Rosen & Associates, P.C.
Email:  srosen@rosenpc.com

Marsha Torn, Esq.
Calabrese and Torn, Attorneys at Law
280 Madison Avenue, 5th Floor
Email: mcalabrese@earthlink.net

Judith L. Spanier, Esq.
Abbey Spanier Rodd & Abrams, LLP
jspanier@abbeyspanier.com

David J. Molton, Esq.
Martin S. Siegel, Esq.
Brown Rudnick LLP
E-mail: dmolton@brownrudnick.com

Email:  msiegel@brownrudnick.com

Cynthia Jordan Lowery
Moore & Van Allen PLLC
Email:  cynthialowery@mvalaw.com

Karen E. Wagner
Denis J. McInerney
Dana M. Seshens
Jonathan D. Martin
Davis Polk & Wardwell LLP
Email:  denis.mcinerney@davispolk.com
Email:  karen.wagner@davispolk.com
Email: dana.seshens@davispolk.com
Email: jonathan.martin@davispolk.com

David B. Bernfeld
Jeffrey L. Bernfeld
Bernfeld, Dematteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com
Email: jeffreybernfeld@bernfeld-dematteo.com

Joel L. Herz
La Paloma Corporate Center
Email: joel@joelherz.com

Stephen Fishbein
James L. Garrity Jr.
Richard F. Schwed
Shearman & Sterling LLP
Email:  sfishbein@shearman.com
Email:  jgarrity@shearman.com;
Email: rschwed@shearman.com

Seth C. Farber
James P. Smith III
Kelly A. Librera
Dewey & Leboeuf LLP
E-mail: sfarber@deweyleboeuf.com
Email: jpsmith@deweyleboeuf.com
Email: klibrera@deweyleboeuf.com

Daniel M. Glosband
Goodwin Procter LLP
Email: dglosband@goodwinprocter.com

Larkin M. Morton

Goodwin Procter LLP
Email: lmorton@goodwinprocter.com

Russell M. Yankwitt
Yankwitt & Associates LLC
russell@yankwitt.com

Barton Nachamie, Esq.
Janice B. Grubin, Esq.
Jill L. Makower, Esq.
Todtman, Nachamie, Spizz & Johns, P.C.
E-mail: bnachamie@tnsj-law.com
E-Mail: jgrubin@tnsj-law.com
E-mail: jmakower@tnsj-law.com

Mark W. Smith, Esq.
Timothy A. Valliere, Esq.
Smith Valliere PLLC
msmith@svlaw.com
tvalliere@svlaw.com

Brett S. Moore
Porzio Bromberg & Newman P.C.
bsmoore@pbnlaw.com

Bernard V. Kleinman, Esq.
Alan Berlin, Esq.
Email:  bvkleinman@aitkenberlin.com
Email: adberlin@aitkenberlin.com

Jeffrey G. Tougas
Mayer Brown LLP
e-mail: jtougas@mayerbrown.com

Fred W. Reinke
Mayer Brown LLP
freinke@mayerbrown.com

Jeffrey G. Tougas
Mayer Brown LLP
jtougas@mayerbrown.com

Richard A. Cirillo
King & Spalding LLP
Email: rcirillo@kslaw.com

Linda H. Martin, Esq.

Joshua A. Levine, Esq.
Email: lmartin@stblaw.com
Email: jlevine@stblaw.com

Martin L. Seidel
Cadwalader, Wickersham & Taft LLP
Email: martin.seidel@cwt.com

Ernest Edward Badway
Fox Rothschild LLP
Email: ebadway@foxrothschild.com

Steven R. Schlesinger, Esq.
Hale Yazicioglu, Esq.
Jaspan Schlesinger LLP
Email: sschlesinger@jaspanllp.com
Email: hyazicioglu@jaspanllp.com

Jeremy A. Mellitz
Withers Bergman, LLP
E-mail: Jeremy.Mellitz~withers.us.com

Hunter T. Carter, Esq.
Shawanna L. Johnson, Esq.
Arent Fox LLP
Email: carter.hunter@arentfox.com
Email: johnson.shawanna@arentfox.com

George Brunelle, Esq.
Brunelle & Hadjikow, P.C.
Email: gbrunelle@brunellelaw.com

Chester B. Salomon
Becker, Glynn, Melamed & Muffy LLP
Email: csalomon@beckerglynn.com

Jonathan W. Wolfe
Barbara A. Schweiger
Skoloff & Wolfe, P.C.
Email: jwolfe@skoloffwolfe.com
Email: bschweiger@skoloffwolfe.com

Richard J. McCord, Esq.
Carol A. Glick, Esq.
Certilman Balin Adler & Hyman, LLP
Email: rmccord@certilmanbalin.com
Email: cglick@certilmanbalin.com