Joanne & Glenn Goldstein
P.O. Box 338
East Otis, MA 01029
June 30, 2010


Clerk of the United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, New York 10004

Clerk of the United States Bankruptcy Court
For the Southern District of New York:

We, Joanne & Glenn Goldstein request a hearing before Bankruptcy Judge Burton R. Lifland (re: Bankruptcy Case No. 08-1789 (BRL).

We disagree with the determination made by Irving H. Picard in regards to our Madoff account. His determination starts in May, 1997 but our account was established several years prior to 1997. His determination does not take into account our initial deposit/investment nor does it take into account monies we deposit into our Madoff account at a later date but prior to May, 1997.

We are in the process of obtaining the necessary documentation to support this claim. My husband is currently working for Adidas and living in Germany. However, he has been temporarily assigned to a project in Hong Kong and must remain there until July 17, 2010. Some of our documentation is in his apartment in Germany. The rest of our documentation is in storage in Canton, Massachusetts. When my husband returns to Germany, he will obtain the necessary documentation. He is due to arrive in the United States on July 19th and we will obtain the other documentation that is in storage at that time. At that time we will forward all necessary documentation to support our claim.

Also, for your information I received the letter that Irving H. Picard sent on June 4th, 2010 denying our claim on June 24th, 2010. It was sent to our German address and then forwarded to my address in the United States. We have had very little time to react to this denial of our claim.

Thank you for your time. I look forward to hearing from you.

Sincerely,

*Joanne T Goldstein*

Joanne T. Goldstein

