Hearing Date: October 19, 2010
Hearing Time: 10:00 AM (EST)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | **Bankruptcy Case No. 08-01789 (BRL)**<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |

**MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS**

Pursuant to the Court's Order dated April 13, 2010 (the "Order" [docket no. 2205]), Stephen J. Hoffman hereby submits this Opposition to the Trustee's Motion For An Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds [docket no. 2416], and the memoranda filed by the Trustee and by SIPC in support of the same [docket nos. 2411 and 2414, respectively].

Stephen J. Hoffman is an "Objecting Claimant" as defined in the Order. Stephen J. Hoffman filed an objection to the Trustee's denial of its claim on the basis that Stephen J. Hoffman did not have an account at BLMIS (the "Objection" [docket no. 1302]). The Objection, along with its exhibits (including Stephen J. Hoffman's customer claim), is attached hereto as **Exhibit 1**.

The Trustee's determination that Stephen J. Hoffman is not a "customer" under SIPC because it did not have an account in its name at BLMIS is wrong for the reasons set forth in Stephen J. Hoffman's Objection. In the interest of preserving judicial resources, Stephen J. Hoffman hereby incorporates by reference as if fully restated herein the arguments set forth in the Objection as to why Stephen J. Hoffman should be treated as a customer under SIPA. Stephen J. Hoffman also hereby joins and incorporates by reference as if fully restated herein the arguments and authority cited in the objections and oppositions filed on behalf of all similarly situated Objecting Claimants as to why the Trustee's determination on the customer issue is wrong.

Dated: July 12, 2010

*[signature]*

P.O. Box 3580
Stamford, CT  06905

**Stephen J. Hoffman**
P.O. Box 3580
Stamford, CT  06905

203-326-3266

<u>Sent via FedEx</u>

July 7, 2010

Clerk of the United States Bankruptcy Court for
  the Southern District of New York
One Bowling Green
New York, NY  10004

RE:  Securities Investor Protection Corporation
     vs.
     Bernard L. Madoff Investment Securities LLC

   In re:
   Bernard L. Madoff

   Bankruptcy Case No. 08-01789 (BRL)
   SIPA Liquidation
   (Substantively Consolidated)

To Whom it May Concern:

Attached is an executed MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS WITHOUT BLMS ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS letter on the above matter.

Sincerely,

*[signature]*
Stephen J. Hoffman