UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

**ORDER GRANTING TRUSTEE'S MOTION TO RETAIN
MISHCON DE REYA AS SPECIAL COUNSEL
_NUNC PRO TUNC_ AS OF FEBRUARY 1, 2010**

Upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, for authority to retain Mishcon de Reya ("Mishcon") as special counsel, *nunc pro tunc* as of February 1, 2010, and due and proper notice having been given under the circumstances of this case, and the Securities Investor Protection Corporation having specified Mishcon as special counsel, and after due deliberation,

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    The Court finds that Mishcon is hereby deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

3.    The Trustee is authorized to retain Mishcon as special counsel to the Trustee as

provided in the Motion, *nunc pro tunc*, as of February 1, 2010.


Dated: New York, NY
       _____, 2010

                                        _____
                                        HONORABLE BURTON R. LIFLAND
                                        UNITED STATES BANKRUPTCY JUDGE




300093709

2