# EXHIBIT A



**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD CERTILMAN
559 MIDDLE COUNTRY ROAD
ST JAMES    NY    11780

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-C1010-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******8446
PAGE: 1

*FINAL STATEMENT AVAILABLE*

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 457,604.26 | |
| 11/12 | 4,264 | | 2864 | WAL-MART STORES INC | 55.830 | 238,229.12 | |
| 11/12 | 2,788 | | 3366 | INTERNATIONAL BUSINESS MACHS | 87.270 | 243,419.76 | |
| 11/12 | 10,332 | | 7190 | EXXON MOBIL CORP | 72.880 | 753,409.16 | |
| 11/12 | 11,316 | | 7692 | INTEL CORP | 14.510 | 164,647.16 | |
| 11/12 | 5,412 | | 12018 | JOHNSON & JOHNSON | 59.580 | 322,662.96 | |
| 11/12 | 7,380 | | 16344 | J.P. MORGAN CHASE & CO | 38.530 | 284,646.40 | |
| 11/12 | 3,936 | | 20669 | COCA COLA CO | 44.660 | 175,938.75 | |
| 11/12 | 2,296 | | 24995 | MCDONALDS CORP | 55.370 | 127,220.52 | |
| 11/12 | 4,264 | | 29321 | MERCK & CO | 28.550 | 121,907.20 | |
| 11/12 | 15,580 | | 33647 | MICROSOFT CORP | 21.810 | 340,422.80 | |
| 11/12 | 7,872 | | 37973 | ORACLE CORPORATION | 17.300 | 136,499.60 | |
| 11/12 | 3,116 | | 50951 | PEPSICO INC | 56.410 | 175,897.56 | |
| 11/12 | 1,804 | | 51453 | APPLE INC | 100.780 | 181,879.12 | |
| 11/12 | 13,284 | | 55277 | PFIZER INC | 16.940 | 225,561.96 | |
| 11/12 | 3,116 | | 55779 | ABBOTT LABORATORIES | 54.610 | 170,288.76 | |
| 11/12 | 5,904 | | 59603 | PROCTER & GAMBLE CO | 64.080 | 378,564.32 | |
| 11/12 | 2,132 | | 60105 | AMGEN INC | 59.160 | 126,214.12 | |
| 11/12 | 4,100 | | 63929 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 178,924.00 | |
| 11/12 | 9,840 | | 64431 | BANK OF AMERICA | 21.590 | 212,838.60 | |
| 11/12 | 3,280 | | 68255 | QUALCOMM INC | 33.770 | 110,896.60 | |
| 11/12 | 10,650 | | 68757 | CITI GROUP INC | 12.510 | 133,782.60 | |
| 11/12 | 2,460 | | 72581 | SCHLUMBERGER LTD | 49.460 | 121,818.80 | |
| 11/12 | 5,904 | | 73083 | COMCAST CORP CL A | 16.510 | 97,711.04 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD CERTILMAN
559 MIDDLE COUNTRY ROAD
ST JAMES        NY    11780

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-C1010-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******8446
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 11,644 | | 76907 | AT&T INC | 27 | 314,853.00 | |
| 11/12 | 2,952 | | 77409 | CONOCOPHILIPS | 52.510 | 155,127.52 | |
| 11/12 | 1,968 | | 81233 | UNITED PARCEL SVC INC CLASS B | 52.040 | 102,492.72 | |
| 11/12 | 11,972 | | 81735 | CISCO SYSTEMS INC | 16.730 | 200,769.56 | |
| 11/12 | 3,444 | | 85559 | U S BANCORP | 29.530 | 101,838.32 | |
| 11/12 | 4,100 | | 86061 | CHEVRON CORP | 73.430 | 301,227.00 | |
| 11/12 | 1,968 | | 89885 | UNITED TECHNOLOGIES CORP | 53.160 | 104,696.88 | |
| 11/12 | 20,828 | | 90387 | GENERAL ELECTRIC CO | 19.630 | 409,686.64 | |
| 11/12 | 5,576 | | 94211 | VERIZON COMMUNICATIONS | 30.410 | 169,789.16 | |
| 11/12 | 492 | | 94713 | GOOGLE | 337.400 | 166,019.80 | |
| 11/12 | 6,888 | | 98537 | WELLS FARGO & CO NEW | 29.800 | 205,537.40 | |
| 11/12 | 4,920 | | 99039 | HEWLETT PACKARD CO | 34.900 | 171,904.00 | |
| 11/12 | | 50,000 | 19870 | U S TREASURY BILL DUE 12/18/2008 | 99.942 | | 49,971.00 |
| 11/12 | | 7,375,000 | 21150 | U S TREASURY BILL 12/18/2008 DUE 2/12/2009 | 99.936 | | 7,370,280.00 |
| 11/12 | | | | U S TREASURY MONEY MARKET 2/12/2009 | DIV | | |
| 11/12 | | 70,380 | 16248 | FIDELITY SPARTAN DIV 11/12/08 | 1 | | 72.48 |
| 11/12 | 30,253 | | 25617 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 30,253.00 | 70,380.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD CERTILMAN
559 MIDDLE COUNTRY ROAD
ST JAMES    NY    11780

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-C1010-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******8446
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 3.71 |
| 11/19 | | 30,253 | 50893 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 30,253.00 |
| 11/19 | 500,000 | | 55524 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 499,630.00 | |
| 11/19 | 21,971 | | 59932 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 21,971.00 | |
| 11/28 | | | | CHECK | | 200,000.00 | |
| 11/28 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/28/08 | CM DIV | | 3.28 |
| 11/28 | | 21,971 | 78263 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 21,971.00 |
| 11/28 | | 500,000 | 78293 | U S TREASURY BILL DUE 03/26/2009 | 99.971 | | 499,855.00 |
| 11/28 | 300,000 | | 78320 | U S TREASURY BILL DUE 03/26/2009 | 99.971 | 299,913.00 | |
| 11/28 | 21,916 | | 79138 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/25/2009 | 1 | 21,916.00 | |
| | | | | NEW BALANCE | | 915,820.71 | |
| | 11,644 | | | SECURITY POSITIONS AT&T INC | MKT PRICE 28.560 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD CERTILMAN
559 MIDDLE COUNTRY ROAD
ST JAMES    NY    11780

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******8446
PAGE: 4
YOUR ACCOUNT NUMBER: 1-C1010-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 3,116 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 2,132 | | | AMGEN INC | 55.540 | | |
| | 1,804 | | | APPLE INC | 92.670 | | |
| | 9,840 | | | BANK OF AMERICA | 16.250 | | |
| | 4,100 | | | CHEVRON CORP | 79.010 | | |
| | 11,972 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 10,660 | | | CITI GROUP INC | 8.290 | | |
| | 3,936 | | | COCA-COLA CO | 46.870 | | |
| | 5,904 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 2,952 | | | CONOCOPHILIPS | 52.520 | | |
| | 10,332 | | | EXXON MOBIL CORP | 80.150 | | |
| | 20,828 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 492 | | | GOOGLE | 292.960 | | |
| | 4,920 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 11,316 | | | INTEL CORP | 13.800 | | |
| | 2,768 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 7,380 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 5,412 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 2,296 | | | MCDONALDS CORP | 58.750 | | |
| | 4,264 | | | MERCK & CO | 26.720 | | |
| | 15,580 | | | MICROSOFT CORP | 20.220 | | |
| | 7,872 | | | ORACLE CORPORATION | 16.090 | | |
| | 3,116 | | | PEPSICO INC | 56.700 | | |
| | 13,284 | | | PFIZER INC | 16.430 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 5

**PERIOD ENDING** 11/30/08

**YOUR TAX PAYER IDENTIFICATION NUMBER** *******8446

**YOUR ACCOUNT NUMBER** 1-C1010-3-0

BERNARD CERTILMAN
559 MIDDLE COUNTRY ROAD
ST JAMES    NY    11780

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 4,100 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 5,904 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 3,280 | | | QUALCOMM INC | 33.570 | | |
| | 2,460 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 21,916 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 3,444 | | | U S BANCORP | 26.980 | | |
| | 1,968 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 300,000 | | | U S TREASURY BILL DUE 03/26/2009 | 99.971 | | |
| | | | | 3/26/2009 | | | |
| | 1,968 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 5,576 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 4,264 | | | WAL-MART STORES INC | 55.880 | | |
| | 6,888 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES LONG    SHORT 7,547,388.56 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 6
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER *******8446
YOUR ACCOUNT NUMBER 1-C1010-3-0

BERNARD CERTILMAN
559 MIDDLE COUNTRY ROAD
ST JAMES                NY    11780

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 51,150.65 |
| | | | | GROSS PROCEEDS FROM SALES | | | 43,559,790.81 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES