UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,
                       Plaintiff.

-v-

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC.
                       Defendant.
------------------------------------------------------------------X

SIPC Liquidation
Adv. Pro. No. 08-01789 (BRL)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
                )ss:
COUNTY OF NASSAU )

    **CHRISTINE C. FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Glen Cove, New York.

    On July 9, 2010, I served a copy of the ***Objection to Trustee's Determination of Claim of Bernard. Certilman*** upon:

Irving H. Picard, Trustee
c/o Baker & Hostetler, LLP.
45 Rockefeller Plaza
New York, NY 10111

Bikramjit Cheema, Esq.
c/o Baker & Hostetler, LLP.
45 Rockefeller Plaza
New York, NY 10111

and by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, addressed to each of the attached named parties at the last known address set forth after each name.

                                                   /s/ Christine C. Follett
                                                   CHRISTINE C. FOLLETT

Sworn to before me this
9th day of July, 2010

/s/Marion Panos
Notary Public, State of New York
No. 01PA5046969
Qualified in Nassau County
Commission Expires July 24, 2013

                                                                                   2244011-1