**Jil Mazer-Marino, Esq.**
**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
**990 Stewart Avenue – Suite 300**
**P.O. Box 9194**
**Garden City, New York  11530-9194**
**Phone:  (516) 741-6565**
**Fax:  (516) 741-6706**

    *and*

**EDWARD W. COCHRAN, Esq.**
**20030 Marchmont Road**
**Shaker Heights, Ohio   44122**
**Phone:  (216) 751-5546**
**Fax:  (216) 751-6630**

*Co-Counsel For William B. Korb IRA, Roger A. Enrico IRA, Charles & Miriam Wood Charitable Remainder Trust U/A 12803, John E. Guinness Revocable Trust Dtd. 6/11/92, Raymond M. Murphy, and Peter A. Carfegna Charitable Remainder Trust*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adversary Proceeding No. 08-01789-BRL |
| Plaintiff-Applicant, | |
| v. | SIPA Liquidation (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

-----------------------------------------------------------------------X
In re:

BERNARD L. MADOFF,

               Debtor.
-----------------------------------------------------------------------X

**MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY INVESTORS IN FEEDER FUNDS, FILED BY WILLIAM B. KORB IRA, ROGER A. ENRICO IRA, CHARLES & MIRIAM WOOD CHARITABLE REMAINDER TRUST U/A 12803, JOHN E. GUINNESS REVOCABLE TRUST DTD. 6/11/92, RAYMOND M. MURPHY, AND PETER A. CARFEGNA CHARITABLE REMAINDER TRUST**

William B. Korb IRA, Roger A. Enrico IRA, Charles & Miriam Wood Charitable Remainder Trust U/A 12803, John E. Guinness Revocable Trust Dtd. 6/11/92, Raymond M. Murphy, and Peter A. Carfegna Charitable Remainder Trust (hereinafter "Objectors"), by and through undersigned counsel, as and for their Memorandum in Opposition to Trustee's Motion to Affirm Trustee's Determination Denying Claims of Claimants without BLMIS Accounts in their Names, Namely, Investor Feeder Funds, respectfully represent as follows:

1. Objectors timely filed the following claims (the "Claims") against this estate:

| Investor | Claim No. |
|---|---|
| William B. Korb IRA | 015257 |
| Roger A. Enrico IRA | 014860 |
| Charles & Miriam Wood Charitable Remainder Trust U/A 12803 | 015270 |
| John E. Guinness Revocable Trust Dtd. 6/11/92 | 014405 |
| Raymond M. Murphy | 014863 |
| Peter A. Carfegna Charitable Remainder Trust | To Be Provided |

2. The Trustee issued a "Notice of Trustee's Determination of Claim," denying the "customer claim" of each Objector. Each Notice of Trustee's Determination of Claim states: "Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you

2

did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78lll."

3. The Objectors filed an objection to the Trustee's denial of their respective claims on or about January 8, 2010 [Docket No. 1394]. The Objectors hereby incorporate by reference herein, the arguments set forth in their objection.

4. The Objectors hereby join, and fully incorporate by reference as if fully restated herein, the arguments and authority cited in the objections and briefs filed on behalf of similarly situated customers.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

3

5. The Objectors reserve their right to respond to the Trustee and to the extent they deem necessary, to file a supplemental memorandum of law.

Dated: Garden City, New York
July 9, 2010

**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**

By:  /s/ Jil Mazer-Marino
Jil Mazer-Marino, Esq.

990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, N.Y. 11530-9194
Phone: 516-741-6565
Fax: 516-741-6706
E-mail: jmazermarino@msek.com

and

**EDWARD W. COCHRAN, ESQ.**
20030 Marchmont Road
Shaker Heights, Ohio 44122
Phone: 216.751.5546 Voice
Fax: 216.751.6630 Fax
E-mail: edwardcochran@wowway.com

*Co-Counsel For William B. Korb IRA, Roger A. Enrico IRA, Charles & Miriam Wood Charitable Remainder Trust U/A 12803, John E. Guinness Revocable Trust Dtd. 6/11/92, Raymond M. Murphy and the Peter A Carfegna Charitable Remainder Trust*

4

779259