**Jil Mazer-Marino, Esq.**
**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
**990 Stewart Avenue – Suite 300**
**P.O. Box 9194**
**Garden City, New York  11530-9194**
**Phone:  (516) 741-6565**
**Fax:  (516) 741-6706**

  *and*

**EDWARD W. COCHRAN, Esq.**
**20030 Marchmont Road**
**Shaker Heights, Ohio   44122**
**Phone:  (216) 751-5546**
**Fax:  (216) 751-6630**

*Co-Counsel For William B. Korb IRA, Roger A. Enrico IRA, Charles & Miriam Wood Charitable Remainder Trust U/A 12803, John E. Guinness Revocable Trust Dtd. 6/11/92, Raymond M. Murphy, and Peter A. Carfegna Charitable Remainder Trust*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adversary Proceeding No. 08-01789-BRL |
|    Plaintiff-Applicant, | |
|  v. | SIPA Liquidation (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
|    Defendant. | |

------------------------------------------------------X

In re:

BERNARD L. MADOFF,

   Debtor.

------------------------------------------------------X

## CERTIFICATE OF SERVICE

  I, Jil Mazer-Marino, Esq., hereby certify that on this 9th day of July, 2010, I caused a true and correct copy of the MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO

AFFIRM TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY INVESTORS IN FEEDER FUNDS, FILED BY WILLIAM B. KORB IRA, ROGER A. ENRICO IRA, CHARLES & MIRIAM WOOD CHARITABLE REMAINDER TRUST U/A 12803, JOHN E. GUINNESS REVOCABLE TRUST DTD. 6/11/92, RAYMOND M. MURPHY, AND PETER A. CARFEGNA CHARITABLE REMAINDER TRUST to be served upon the party listed below in the manner indicated:

<u>Via Federal Express</u>

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, NY 10111

**All Other Parties entitled to notice via E-mail through the Court's ECF System.**

<u>/s/ Jil Mazer-Marino</u><br>
Jil Mazer-Marino (JM-6470)

779326