| | |
|---|---|
| FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN 55402<br>(612) 766-7000<br>Fax: (612) 766-1600<br>Leif T. Simonson (LS-6568)<br>lsimonson@faegre.com | Hearing Date: October 19, 2010<br>Hearing Time: 10:00 AM (EST) |

*Attorneys for Mount Yale Highland Fund:*
*A Series of Mount Yale Master Portfolios, LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                            Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                            Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>                            Debtor. | **Bankruptcy Case No. 08-01789 (BRL)**<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

STATE OF MINNESOTA    )
                                          )    ss.
COUNTY OF HENNEPIN   )

     Lori Swanson, being duly sworn deposes and says, under the penalty of

perjury:

     •    I am over the age of eighteen years and employed by Faegre & Benson LLP,

2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-3901, and I am

not a part to the above-captioned proceedings.

- On July 9, 2010, I caused to be served by United States mail true and correct

copies of the following:

- **MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS**

by placing a copy of above-named document in envelopes and arranging for the deposit of same, postage prepaid, in the United States mail at Minneapolis, Minnesota, directed to said persons at the following addresses:

| Clerk of the United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Courtroom 601<br>New York, NY 10004-1408 | Irving H. Picard, Trustee<br>c/o Baker & Hostetler LLP<br>Attention: Claims Department<br>45 Rockefeller Plaza<br>New York, NY 10111 |
|---|---|

         /s/ Lori Swanson
         Lori Swanson

SWORN TO AND SUBSCRIBED before me on this 9th day of July, 2010.

         Peter C. Halls

         Notary Public, State of Minnesota
         Qualified in Hennepin County

         My commission expires Jan. 31, 2015.

fb.us.5409990.01