## CERTIFICATE OF SERVICE

I, Mark I. Silberblatt, Esq., hereby certify that on this 7th day of July 2010, I caused a true and correct copy of the Memorandum of Law Submitted by Upstate New York Bakery Drivers and Industry Pension Fund in Support of its Claim to be served upon the parties listed below in the manner indicated:

Via Federal Express

Clerk of the United States Bankruptcy Court
of the Southern District of New York
One Bowling Green
New York, NY 10004

Via Federal Express

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, NY 10111

Respectfully submitted,

BISCEGLIE & DEMARCO, LLC

_____
Mark I. Silberblatt, Esq. (MS7471)