Hearing Date: October 19, 2010
Hearing Time: 10:00 AM (EST)



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,

    Plaintiff,

vs.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

    Defendant.

In re:

BERNARD L. MADOFF,

    Debtor.

**Bankruptcy Case No. 08-01789 (BRL)**

SIPA Liquidation

(Substantively Consolidated)

**MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS**

Pursuant to the Court's Order dated April 13, 2010 (the "Order" [docket no. 2205]), David E.I. Pyott and Julianna E. Pyott Trustees of the David and Julianna Pyott Living Trust hereby submits this Opposition to the Trustee's Motion For An Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names,

Namely, Investors In Feeder Funds [docket no. 2416], and the memoranda filed by the Trustee and by SIPC in support of the same [docket nos. 2411 and 2414, respectively].

David E.I. Pyott and Julianna E. Pyott Trustees of the David and Julianna Pyott Living Trust is an "Objecting Claimant" as defined in the Order. David E.I. Pyott and Julianna E. Pyott Trustees of the David and Julianna Pyott Living Trust filed an objection to the Trustee's denial of its claim on the basis that David E.I. Pyott and Julianna E. Pyott Trustees of the David and Julianna Pyott Living Trust did not have an account at BLMIS (the "Objection" [docket no. 1302]). The Objection, along with its exhibits (including David E.I. Pyott and Julianna E. Pyott Trustees of the David and Julianna Pyott Living Trust customer claim), is attached hereto as **Exhibit 1**.

The Trustee's determination that David E.I. Pyott and Julianna E. Pyott Trustees of the David and Julianna Pyott Living Trust is not a "customer" under SIPC because it did not have an account in its name at BLMIS is wrong for the reasons set forth in David E.I. Pyott and Julianna E. Pyott Trustees of the David and Julianna Pyott Living Trust Objection. In the interest of preserving judicial resources, David E.I. Pyott and Julianna E. Pyott Trustees of the David and Julianna Pyott Living Trust hereby incorporates by reference as if fully restated herein the arguments set forth in the Objection as to why David E.I. Pyott and Julianna E. Pyott Trustees of the David and Julianna Pyott Living Trust should be treated as a customer under SIPA. David E.I. Pyott and Julianna E. Pyott Trustees of the David and Julianna Pyott Living Trust also hereby joins and incorporates by reference as if fully restated herein the arguments and authority cited in the objections and oppositions filed on behalf of all similarly situated Objecting Claimants as to why the Trustee's determination on the customer issue is wrong.

Dated: July 12, 2010

_____
David E.I. Pyott, Trustee

_____
Julianna E. Pyott, Trustee

-2-