Hearing Date and Time: October 19, 2010, 10:00 a.m. (EST)
Objection Deadline: July 12, 2010

ROPES & GRAY LLP
James A. Wright III (JW 3007)
Christopher G. Green (*pro hac vice pending*)
Andrew G. Devore (*pro hac vice pending*)
One International Place
Boston, Massachusetts 02110-2624
Telephone:  (617) 951-7000
Facsimile:  (617) 951-7050

*Attorneys for Hans L. Cartensen III,
Nader F. Dareshori, and Peter P. Jenkins*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
SECURITIES INVESTOR PROTECTION            :
CORPORATION,                                             :
                                                                         :
       *Plaintiff*,                                    :
                                                                         :  Adv. Pro. No. 08-01789-BRL
v.                                                                     :
                                                                         :  SIPA Liquidation
BERNARD L. MADOFF INVESTMENT     :
SECURITIES LLC,                                        :
                                                                         :
       *Defendant*.                                :
------------------------------------------------------------- x

**OPPOSITION OF HANS L. CARTENSEN III, NADER F. DARESHORI,
AND PETER P. JENKINS TO TRUSTEE'S MOTION FOR AN ORDER TO AFFIRM
TRUSTEE'S DETERMINATIONS DENYING CLAIMS OF CLAIMANTS WITHOUT
<u>BLMIS ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS</u>**

       Hans L. Cartensen III, Nader F. Dareshori, and Peter P. Jenkins (the "<u>Claimants</u>"), by and through their undersigned counsel, hereby submit this written opposition (the "<u>Opposition</u>") to the Trustee's Motion For An Order To Affirm Trustee's Determinations Denying Claims Of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds [Docket No. 2416] (the "<u>Motion</u>") pursuant to this Court's Order dated April 13, 2010 [Docket No. 2205] (the "<u>Order</u>"), and respectfully represent and set forth as follows:

- 1 -

1. The Claimants timely filed the Objection Of Hans L. Cartensen III, Nader F. Dareshori, And Peter P. Jenkins To Trustee's Determination Of Claims [Docket No. 1483] (the "Determination Objection"), objecting to the determination of Irving Picard, as trustee (the "Trustee"), to deny the claims of the Claimants on the basis that the Claimants did not have an "account" at Bernard L. Madoff Investment Securities LLC ("BLMIS"). Copies of the customer claims filed by the Claimants were attached as Exhibits A-C to the Determination Objection (the "Customer Claims").[1]

2. Each of the Claimants are Objecting Claimants as such term is defined in the Order. Pursuant to the Order, the Objecting Claimants are required to file their response to the Motion by July 12, 2010.

3. In the Determination Objection, the Claimants set forth their arguments as to why the Claimants are entitled to treatment as "customers" of BLMIS under the Securities Investor Protection Act of 1970. To preserve judicial resources and avoid repeating the arguments already submitted, the Claimants hereby incorporate by reference the entirety of the arguments set forth in the Determination Objection as if set forth in full herein.

## JOINDER

Numerous objections and oppositions to the Motion have been filed by similarly situated claimants. To the extent applicable, the Claimants adopt by reference the arguments of other claimants as if set forth in full herein.

## NOTICE

Notice of this Opposition has been provided to the Trustee.

---

[1] The Trustee designated the Customer Claims of Hans L. Cartensen III, Nader F. Dareshori, and Peter P. Jenkins as Claim Nos. 004512, 004452, and 005237, respectively.

- 2 -

**<u>NO PRIOR RELIEF</u>**

Other than with respect to the previously filed Determination Objection, the relief requested by the Claimants in this Opposition has not been sought previously in this or any other court.

WHEREFORE, the Claimants respectfully request that this Court deny the Motion, deem the Customer Claims filed by the Claimants allowed in full, and grant such further relief as is just and proper.

Dated: July 12, 2010
New York, New York

        ROPES & GRAY LLP

        /s/ James A. Wright III
        James A. Wright III (JW 3007)
        Christopher G. Green (*pro hac vice pending*)
        Andrew G. Devore (*pro hac vice pending*)
        One International Place
        Boston, Massachusetts 02110-2624
        Telephone: (617) 951-7000
        Facsimile: (617) 951-7050

        *Attorneys for Hans L. Cartensen III,*
        *Nader F. Dareshori, and Peter P. Jenkins*