Hearing Date and Time:    October 19, 2010, 10:00 a.m. (EST)
Objection Deadline:    July 12, 2010

ROPES & GRAY LLP
James A. Wright III (JW 3007)
Christopher G. Green (*pro hac vice pending*)
Andrew G. Devore (*pro hac vice pending*)
One International Place
Boston, Massachusetts 02110-2624
Telephone:  (617) 951-7000
Facsimile:  (617) 951-7050

*Attorneys for Arthur I. Segel*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

SECURITIES INVESTOR PROTECTION
CORPORATION,

        *Plaintiff*,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        *Defendant*.

---------------------------------------------------------- x

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation

**OPPOSITION OF ARTHUR I. SEGEL TO TRUSTEE'S MOTION**
**FOR AN ORDER TO AFFIRM TRUSTEE'S DETERMINATIONS**
**DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS ACCOUNTS**
**IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS**

      Arthur I. Segel (the "Claimant"), by and through his undersigned counsel, hereby submits

this written opposition (the "Opposition") to the Trustee's Motion For An Order To Affirm

Trustee's Determinations Denying Claims Of Claimants Without BLMIS Accounts In Their

Names, Namely, Investors In Feeder Funds [Docket No. 2416] (the "Motion") pursuant to this

Court's Order dated April 13, 2010 [Docket No. 2205] (the "Order"), and respectfully represents

and sets forth as follows:

- 1 -

1.      The Claimant timely filed the Objection Of Arthur I. Segel To Trustee's

Determination Of Claims [Docket No. 1480] (the "Determination Objection"), objecting to the

determination of Irving Picard, as trustee (the "Trustee"), to deny the Claimant's customer claim

on the basis that the Claimant did not have an "account" at Bernard L. Madoff Investment

Securities LLC ("BLMIS").  A copy of the customer claim filed by the Claimant was attached as

Exhibit A to the Determination Objection (the "Customer Claim").[1]

2.      The Claimant is an Objecting Claimant as such term is defined in the Order.

Pursuant to the Order, the Objecting Claimants are required to file their response to the Motion

by July 12, 2010.

3.      In the Determination Objection, the Claimant set forth the arguments as to why

the Claimant is entitled to treatment as a "customer" of BLMIS under the Securities Investor

Protection Act of 1970.  To preserve judicial resources and avoid repeating the arguments

already submitted, the Claimant hereby incorporates by reference the entirety of the arguments

set forth in the Determination Objection as if set forth in full herein.

## JOINDER

Numerous objections and oppositions to the Motion have been filed by similarly situated

claimants.  To the extent applicable, the Claimant adopts by reference the arguments of other

claimants as if set forth in full herein.

## NOTICE

Notice of this Opposition has been provided to the Trustee.

---

[1] The Trustee designated the Customer Claim as Claim No. 008914.

## NO PRIOR RELIEF

Other than with respect to the previously filed Determination Objection, the relief requested by the Claimant in this Opposition has not been sought previously in this or any other court.

WHEREFORE, the Claimant respectfully requests that this Court deny the Motion, deem the Customer Claim filed by the Claimant allowed in full, and grant such further relief as is just and proper.

Dated: July 12, 2010
      New York, New York

                         ROPES & GRAY LLP

                         /s/ James A. Wright III
                         James A. Wright III (JW 3007)
                         Christopher G. Green (*pro hac vice pending*)
                         Andrew G. Devore (*pro hac vice pending*)
                         One International Place
                         Boston, Massachusetts 02110-2624
                         Telephone:  (617) 951-7000
                         Facsimile:  (617) 951-7050

                         *Attorneys for Arthur I. Segel*