ROPES & GRAY LLP
James A. Wright III (JW 3007)
Christopher G. Green (*pro hac vice pending*)
Andrew G. Devore (*pro hac vice pending*)
One International Place
Boston, Massachusetts 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Attorneys for Arthur I. Segel*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

SECURITIES INVESTOR PROTECTION
CORPORATION,

      *Plaintiff,*

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

      *Defendant.*

------------------------------------------------------------ x

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation

### AFFIDAVIT OF SERVICE

COMMONWEALTH OF MASSACHUSETTS  )
                                                       :ss.:
COUNTY OF SUFFOLK                        )

MEIR C. WEINBERG, being duly sworn, deposes and says:

1.    I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in Boston, Massachusetts. I am not a party to this action.

2.    On Monday, July 12, 2010, I caused true and correct copies of the following document to be served upon the parties in this action who receive electronic service through CM/ECF, and served by first class mail upon the persons listed on the annexed <u>Exhibit A</u> at the addresses set forth in such exhibit.

25024278_1.DOC

- Opposition Of Arthur I. Segel To Trustee's Motion For An Order To Affirm Trustee's Determinations Denying Claims Of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds

*Meir C. Weinberg*
Meir C. Weinberg

Sworn to before me this 12th day of July, 2010

*Bridget Gallagher*
Notary Public

BRIDGET A. GALLAGHER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 15, 2012

25024278_1.DOC

## EXHIBIT A

David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
dsheehan@bakerlaw.com

The Honorable Burton R. Lifland
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408