ROPES & GRAY LLP
James A. Wright III (JW 3007)
Christopher G. Green (*pro hac vice pending*)
Andrew G. Devore (*pro hac vice pending*)
One International Place
Boston, Massachusetts 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Attorneys for the Trustees of Tufts College*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x
SECURITIES INVESTOR PROTECTION
CORPORATION,

      *Plaintiff*,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

      *Defendant.*
----------------------------------------------------------- x

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation

### AFFIDAVIT OF SERVICE

COMMONWEALTH OF MASSACHUSETTS  )
                                                          :ss.:
COUNTY OF SUFFOLK                       )

MEIR C. WEINBERG, being duly sworn, deposes and says:

1.    I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in Boston, Massachusetts. I am not a party to this action.

2.    On Monday, July 12, 2010, I caused true and correct copies of the following document to be served upon the parties in this action who receive electronic service through CM/ECF, and served by first class mail upon the persons listed on the annexed <u>Exhibit A</u> at the addresses set forth in such exhibit.

25024268_1.DOC

- Opposition Of The Trustees Of Tufts College To Trustee's Motion For An Order To Affirm Trustee's Determinations Denying Claims Of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds

_____
Meir C. Weinberg

Sworn to before me this 12th day of July, 2010

_____
Notary Public

BRIDGET A. GALLAGHER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 15, 2012

25024268_1.DOC

## EXHIBIT A

David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
dsheehan@bakerlaw.com

The Honorable Burton R. Lifland
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

25024268_1.DOC