*Sovereign International Asset Management*
*Larry C. Grossman, Managing Director*
*1312 Alternate 19*
*Palm Harbor, FL 34683*
*(727) 784-4841   Fax (727) 784-6181*

### Cross Reference by Security
As of 10/01/2008
09/30/2008 Prices
Anchor Class A (ANCHA)

| Acquisition Date | Quantity | Unit Cost | Current Value |
|---|---|---|---|
| **Abler, Amy, OCBB IRA fbo *** | | | |
| 09/01/2007 | 4.613 | 1,511.590 | 7,875.14 |
| **Abler, Amy, OCBB ROTH IRA fbo *** | | | |
| 09/01/2007 | 1.889 | 1,511.548 | 3,224.43 |
| **Benoit FBO Entrust, Hedge Fund *** | | | |
| 07/29/2005 | 82.65 | 1,197.230 | 141,108.32 |
| **Berggren, Barry ROTH, OCBB fbo *** | | | |
| 06/01/2008 | 4.55 | 1,657.438 | 7,767.58 |
| **Berggren, Barry trad, OCBB fbo *** | | | |
| 06/01/2008 | 429.677 | 1,657.453 | 733,591.50 |
| **Blake, Katherine, OCBB fbo *** | | | |
| 05/01/2008 | 158.792 | 1,629.255 | 271,106.83 |
| **Blount, Entrust FBO, Mandlon *** | | | |
| 12/31/2005 | 32.087 | 1,257.766 | 54,782.97 |
| **Blue Bonnet Enterprises *** | | | |
| 01/01/2008 | 75.854 | 1,573.741 | 129,506.80 |
| **Bowers, Dr. L FBO Entrust, Hedge Fund *** | | | |
| 07/29/2005 | 82.918 | 1,197.230 | 141,567.24 |
| **Bowers, Larry, OCBB fbo *** | | | |
| 06/01/2008 | 234.634 | 1,657.453 | 400,593.15 |
| **Brautigam, Carl, OCBB fbo *** | | | |
| 09/01/2008 | 3.812 | 1,707.324 | 6,508.27 |
| **Butler, Kevin IRA, 401k Penson *** | | | |
| 01/01/2007 | 50.692 | 1,441.201 | 86,547.13 |
| **Butler, Margaret, 401k Penson *** | | | |
| 01/01/2007 | 27.831 | 1,441.199 | 47,516.14 |
| **Carmody, Cahal, OCBB fbo *** | | | |
| 05/01/2008 | 100.78 | 1,629.255 | 172,063.38 |
| **Carpenter, William, OCBB fbo *** | | | |
| 04/01/2008 | 44.884 | 1,589.936 | 76,631.58 |
| **Carroll, Matthew, OCBB IRA fbo *** | | | |
| 02/27/2004 | 87.788 | 1,121.149 | 149,881.54 |


EXHIBIT A

Cross Reference by Security
As of 10/01/2008
09/30/2008 Prices
Anchor Class A (ANCHA)

| Acquisition Date | Quantity | Unit Cost | Current Value |
|---|---|---|---|
| Chrisco LTD Ptr., Hedge Fund * | | | |
| 04/30/2004 | 43 | 1,109.080 | 73,415.09 |
| Columbus Dr. Donald IRA, OCBB IRA fbo * | | | |
| 05/31/2004 | 109.437 | 1,219.226 | 186,842.87 |
| Corey, Richard * | | | |
| 05/01/2008 | 70.31 | 1,629.255 | 120,040.28 |
| Davidson, James fbo SIPS, Hedge Fund * | | | |
| 12/01/2006 | 409.63 | 1,422.020 | 699,365.57 |
| DePasquale, Lillian, OCBB IRA fbo * | | | |
| 11/01/2007 | 201.356 | 1,541.990 | 343,777.62 |
| Dougherty, Joe, OCBB fbo * | | | |
| 04/01/2008 | 45.049 | 1,589.935 | 76,912.61 |
| Doyle, David, OCBB fbo * | | | |
| 09/01/2008 | 16.355 | 1,707.315 | 27,922.20 |
| Elam, Mark FBO Entrust, Hedge Fund * | | | |
| 07/29/2005 | 7.937 | 1,197.224 | 13,550.75 |
| Evans, William (Bill), Entrust Admin fbo * | | | |
| 06/30/2006 | 53.423 | 1,340.429 | 91,208.77 |
| Ferrari, Paul, OCBB IRA fbo * | | | |
| 04/30/2005 | 15.937 | 1,185.567 | 27,209.06 |
| Ferroni, Anthony, Hedge Funds * | | | |
| 02/01/2007 | 16.645 | 1,434.347 | 28,418.52 |
| Fleisher, Mitchell * | | | |
| 03/01/2007 | 58.789 | 1,401.225 | 100,371.39 |
| Fluke, Kenneth, OCBB IRA FBO * | | | |
| 06/30/2004 | 120.178 | 1,329.937 | 205,181.61 |
| Fluke, Lesley, Hedge Fund * | | | |
| 08/31/2004 | 42.8 | 1,156.071 | 73,073.38 |
| Forrar, Beatrice, Insure Your Health * | | | |
| 07/01/2007 | 7.315 | 1,523.252 | 12,488.46 |
| Gay, Andrew * | | | |
| 10/01/2008 | 27.681 | 1,724.993 | 47,260.05 |
| Gilluly, Marny, OCBB IRA FBO * | | | |
| 11/28/2003 | 35.457 | 1,100.081 | 60,536.77 |
| Grayson, Laura, OCBB fbo * | | | |
| 01/01/2008 | 28.705 | 1,573.740 | 49,007.48 |

## Cross Reference by Security
As of 10/01/2008
09/30/2008 Prices
Anchor Class A (ANCHA)

| Acquisition Date | Quantity | Unit Cost | Current Value |
|---|---|---|---|
| Hall, George, OCBB fbo * | | | |
| 01/01/2008 | 17.254 | 1,573.742 | 29,458.10 |
| Hawkins, Jeff, OCBB IRA fbo * | | | |
| 11/01/2007 | 60.632 | 1,541.989 | 103,518.30 |
| Hawthorne, Jennifer * | | | |
| 04/02/2007 | 16.17 | 1,472.642 | 27,607.54 |
| Hayes, Cliff, OCBB IRA fbo * | | | |
| 11/01/2007 | 218.415 | 1,541.990 | 372,902.28 |
| Heidenry, Nick * | | | |
| 08/01/2008 | 34.087 | 1,680.973 | 58,197.76 |
| Hermone, Larry, OCBB fbo * | | | |
| 02/01/2008 | 23.731 | 1,593.625 | 40,515.83 |
| Hughes, James, OCBB fbo * | | | |
| 03/01/2008 | 50.606 | 1,587.078 | 86,399.96 |
| Hunton, Kenneth, OCBB IRA fbo * | | | |
| 12/31/2003 | 45.28 | 1,093.190 | 77,307.55 |
| Int'l Casting & Equ DBP, Hedge Fund * | | | |
| 06/30/2006 | 133.574 | 1,340.430 | 228,052.23 |
| Jackson, Judith, Hedge Fund * | | | |
| 06/30/2006 | 56.094 | 1,340.430 | 95,770.19 |
| Jamison, Jerry, OCBB fbo Trad * | | | |
| 02/01/2008 | 38.329 | 1,593.627 | 65,439.14 |
| Jamison, John ROTH, OCBB fbo * | | | |
| 05/01/2008 | 10.872 | 1,629.262 | 18,561.87 |
| Jamison, John Trad, OCBB fbo * | | | |
| 05/01/2008 | 7.045 | 1,629.260 | 12,028.00 |
| Jamison, Karen, OCBB fbo Trad * | | | |
| 02/01/2008 | 7.227 | 1,593.627 | 12,338.90 |
| Jamison, Star ROTH, OCBB fbo * | | | |
| 05/01/2008 | 3.63 | 1,629.242 | 6,197.71 |
| Kelly, Clifford, OCBB IRA fbo * | | | |
| 07/29/2005 | 27.35 | 1,197.230 | 46,694.93 |
| Kelly, OCBB fbo, Christine * | | | |
| 10/01/2008 | 10.739 | 1,724.988 | 18,334.29 |
| Kervin, William, OCBB IRA fbo * | | | |
| 05/01/2007 | 20.028 | 1,502.015 | 34,194.18 |

## Cross Reference by Security
### As of 10/01/2008
### 09/30/2008 Prices
### Anchor Class A (ANCHA)

| Acquisition Date | Quantity | Unit Cost | Current Value |
|---|---|---|---|
| **King, Carlton PSP, Hedge Fund *** | | | |
| 10/31/2005 | 57.846 | 1,237.380 | 98,760.71 |
| **Kirk, Lorainne *** | | | |
| 04/01/2008 | 15.016 | 1,589.939 | 25,637.48 |
| **Krogel, Richard, OCBB fbo *** | | | |
| 05/01/2008 | 54.761 | 1,629.255 | 93,493.32 |
| **Kuhn, Doug PSP, Hedge Fund *** | | | |
| 02/28/2005 | 15.122 | 1,177.434 | 25,817.94 |
| **Leja, Christine FRB IRA, Hedge Fund *** | | | |
| 09/01/2005 | 20.654 | 1,195.918 | 35,262.78 |
| **Lekowski, Ray, OCBB IRA fbo *** | | | |
| 06/30/2003 | 121.017 | 1,068.395 | 206,613.59 |
| **Lindblad, Kathleen, Hedge Fund *** | | | |
| 05/30/2003 | 78.003 | 1,015.350 | 133,174.72 |
| **Lowder, Jack, OCBB fbo *** | | | |
| 10/01/2007 | 19.965 | 1,539.865 | 34,086.27 |
| **Macleod, Michael, OCBB IRA fbo *** | | | |
| 06/30/2006 | 17.811 | 1,340.434 | 30,409.58 |
| **Mallory, Jerry, Hedge Fund *** | | | |
| 07/30/2004 | 17.459 | 1,134.079 | 29,808.10 |
| **Malone, John, OCBB fbo *** | | | |
| 05/01/2008 | 32.995 | 1,629.254 | 56,333.38 |
| **Manson, Lee, OCBB fbo *** | | | |
| 06/01/2008 | 11.673 | 1,657.458 | 19,929.26 |
| **Manson, Tom, OCBB fbo *** | | | |
| 06/01/2008 | 14.79 | 1,657.456 | 25,250.26 |
| **Marcali, Jean-Trust, Hedge Fund *** | | | |
| 12/31/2004 | 38.115 | 1,168.840 | 65,073.61 |
| **Matthews, James IRA, Hedge Fund *** | | | |
| 07/29/2005 | 52.577 | 1,197.230 | 89,765.07 |
| **Messmer, Kevin, OCBB IRA fbo *** | | | |
| 08/31/2004 | 69.836 | 1,156.069 | 119,231.53 |
| **Michalak, Andre DBP *** | | | |
| 03/01/2007 | 190.572 | 1,441.428 | 325,364.97 |
| **Newton, Gavin *** | | | |
| 03/01/2007 | 23.014 | 1,401.222 | 39,291.35 |

## Cross Reference by Security
### As of 10/01/2008
### 09/30/2008 Prices
### Anchor Class A (ANCHA)

| Acquisition Date | Quantity | Unit Cost | Current Value |
|---|---|---|---|
| O'Daniels, Darlene, OCBB fbo * | | | |
| 09/01/2008 | 24.706 | 1,707.313 | 42,181.31 |
| Oliverio, Jay, IOMA * | | | |
| 04/01/2008 | 9.062 | 1,589.928 | 15,470.79 |
| Oliverio, Maureen, IOMA * | | | |
| 04/01/2008 | 21.55 | 1,589.938 | 36,792.53 |
| Oravec, Jerry * | | | |
| 05/01/2007 | 15.895 | 1,502.016 | 27,138.20 |
| Palko, Mary, IOMA * | | | |
| 04/01/2008 | 435.159 | 1,589.935 | 742,952.00 |
| Paris, Jay, Hedge Fund * | | | |
| 11/30/2004 | 20.547 | 1,166.032 | 35,079.42 |
| Parrish JT-WROS, Chuck & Karen * | | | |
| 08/01/2008 | 33.747 | 1,680.974 | 57,615.74 |
| Patterson, John H., OCBB IRA fbo * | | | |
| 01/31/2005 | 84.339 | 1,173.840 | 143,992.14 |
| Pine, OCBB fbo, Bradley * | | | |
| 10/01/2008 | 63.224 | 1,724.991 | 107,943.14 |
| Ray, Danny, Hedge Funds * | | | |
| 10/01/2005 | 44.909 | 1,262.439 | 76,674.10 |
| Richards, Stephen, OCBB fbo * | | | |
| 02/01/2008 | 50.758 | 1,593.627 | 86,658.79 |
| Rockey, Entrust fbo, Brenda * | | | |
| 10/01/2005 | 8.687 | 1,209.334 | 14,830.72 |
| Rockey, Entrust fbo, Grover * | | | |
| 09/30/2005 | 21.058 | 1,209.341 | 35,953.05 |
| Rockey., Joint Acct, Brenda & Grover * | | | |
| 09/30/2005 | 8.331 | 1,209.340 | 14,223.94 |
| Ross, John A, OCBB IRA fbo * | | | |
| 03/01/2007 | 78.196 | 1,401.223 | 133,505.15 |
| Schreiner, Elizabeth, Hedge Fund * | | | |
| 06/30/2003 | 143.373 | 1,035.760 | 244,782.16 |
| Sheets, Paul, OCBB fbo * | | | |
| 02/01/2008 | 14.666 | 1,593.631 | 25,039.92 |
| Shepard, Kenneth, OCBB IRA fbo * | | | |
| 02/01/2007 | 13.116 | 1,434.349 | 22,393.76 |

## Cross Reference by Security
As of 10/01/2008
09/30/2008 Prices
Anchor Class A (ANCHA)

| Acquisition Date | Quantity | Unit Cost | Current Value |
|---|---|---|---|
| **Sherar, Greg, OCBB fbo** * | | | |
| 02/01/2008 | 18.769 | 1,593.626 | 32,044.33 |
| **Sood, Narenda** * | | | |
| 05/01/2007 | 195.249 | 1,502.017 | 333,350.40 |
| **Strazar, Entrust FBO, Gloria** * | | | |
| 10/31/2005 | 10.041 | 1,237.377 | 17,143.10 |
| **Sweeney, Chester, OCBB IRA fbo** * | | | |
| 05/30/2003 | 39.001 | 1,015.351 | 66,587.31 |
| **Szpunar FBO FRB, Hedge Fund** * | | | |
| 07/29/2005 | 42.317 | 1,197.231 | 72,247.55 |
| **Thompson, OCBB fbo, Howard** * | | | |
| 10/01/2008 | 33.284 | 1,724.991 | 56,826.11 |
| **Trivedi, OCBB fbo, Radha** * | | | |
| 10/01/2008 | 159.316 | 1,724.990 | 272,001.80 |
| **Van Dyke, Margaret, OCBB fbo** * | | | |
| 05/01/2008 | 20.693 | 1,629.257 | 35,328.51 |
| **Van Dyke, Thomas, OCBB fbo** * | | | |
| 05/01/2008 | 119.284 | 1,629.255 | 203,654.08 |
| **Van Dyke, Tom and Marje** * | | | |
| 05/01/2008 | 362.112 | 1,629.256 | 618,237.61 |
| **Vance, Richard, OCBB IRA fbo** * | | | |
| 10/29/2004 | 33.102 | 1,156.399 | 56,515.72 |
| **Vogt FBO Entrust, Hedge Fund** * | | | |
| 07/29/2005 | 15.151 | 1,197.228 | 25,866.60 |
| **Walker, Bernard, OCBB IRA fbo** * | | | |
| 05/01/2007 | 138.161 | 1,502.017 | 235,882.97 |
| **Wall, David, OCBB IRA fbo** * | | | |
| 06/30/2003 | 95.582 | 1,035.760 | 163,188.10 |
| **Wasson Trust, Hedge Fund** * | | | |
| 01/31/2005 | 42.35 | 1,168.839 | 72,304.07 |
| **Wilson, Barry, OCBB fbo** * | | | |
| 08/01/2008 | 32.905 | 1,680.975 | 56,179.21 |
| **Wilson, Janice, OCBB fbo** * | | | |
| 08/01/2008 | 100.569 | 1,680.973 | 171,701.78 |
| **Woollen, Evans, Hedge Funds** * | | | |
| 10/01/2005 | 155.568 | 1,209.340 | 265,603.31 |

## Cross Reference by Security
### As of 10/01/2008
### 09/30/2008 Prices
### Anchor Class A (ANCHA)

| Acquisition Date | Quantity | Unit Cost | Current Value |
|---|---|---|---|
| Zacharias, David, LBA LLC  * | | | |
| 08/01/2008 | 52.011 | 1,680.972 | 88,798.22 |
| | 7,122.529 | 1,453.936 | 12,160,364.80 |