JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
911 Chestnut Street
Clearwater, FL 33757-1368
Telephone: (727) 461-1818;
Fax: (727) 443-6548
Angelina E. Lim, Esq. (8845)
E-mail: angelinal@jpfirm.com
Michael C. Cronin, Esq.
E-mail: mikec@jpfirm.com

*Counsel for Anchor Holdings, LLC and its customers*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

   Plaintiff-Applicant,

  v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

   Defendant.
---------------------------------------------------------------X
In re:

BERNARD L. MADOFF,

   Debtor.
---------------------------------------------------------------X

Adversary Proceeding
No. 08-01789-BRL

SIPA Liquidation
(Substantively Consolidated)

## CERTIFICATE OF SERVICE

I, Angelinal E. Lim, am a partner at Johnson, Pope, Bokor, Ruppel & Burns, LLP and hereby certify that on July 12, 2010, I caused to be served the Memorandum Of Law In Opposition To The Trustee's Motion To Affirm Trustee's Determinations Denying Claims Of Indirect Customers By Anchor Holdings, LLC On Its Own Behalf And On Behalf Of Its Clients through the U.S. Bankruptcy Court for the Southern District of New

York's electronic filing system to all parties registered to received notices in this case and also by regular mail to: Irving H. Picard, Trustee, c/o: Baker & Hostetler, LLP,, Attn. David J. Sheehan, Esq., 45 Rockefeller Plaza, New York, New York 10011 and the Securities Investor Protection Corporation, Attn: Kevin H. Bell, Esq.,805 Fifteenth Street, N.W., Suite 800, Washington, D.C. 20005.

/s/ Angelina E. Lim
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
Michael C. Cronin, Esq.
Angelina E. Lim, Esq. (8845)
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
911 Chestnut Street
Clearwater, FL  33757-1368
Telephone: (727) 461-1818;
Fax: (727) 443-6548
E-mail: mikec@jpfirm.com
E-mail: angelinal@jpfirm.com

(532550\1)