RUSKIN MOSCOU FALTISCHEK P.C.
Mark S. Mulholland
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556
Telephone: (516) 663-6600
Facsimile: (516) 663-6648

**Attorney for the DeMatteis Claimants**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

            Plaintiff,

    v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

            Defendant.

---

Adv. Pro. No. 08-01789(BRL)

SIPA Liquidation

(Substantively Consolidated)

In re:

BERNARD L. MADOFF,

            Debtor.

---

    **I, DAVID SCHOENHAAR**, hereby certify that on July 12, 2010, I caused to be served a

true copy of the annexed **MEMORANDUM OF LAW BY THE DEMATTEIS CLAIMANTS**

**IN OPPOSITION TO THE TRUSTEE'S MOTION DENYING CLAIMS OF**

**CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY**

**INVESTORS IN FEEDER FUNDS** by depositing said documents, via regular mail in a sealed

envelope, in a post-office or official depository of the FedEx within the State of New York,

addressed to the last known address of the parties who have appeared as indicated below:

**DAVID J. SHEEHAN, ESQ.**
**BAKER & HOSTETLER LLP**
*Attorney for Irving H. Pichard, Esq.*
*Trustee for the Substantively Consolidated SIPA*
*Liquidation for Bernard L. Madoff Investment*
*Securities LLC and Bernard L. Madoff*
45 Rockefeller Plaza
New York, New York  10111


**JOSEPHINE WANG**
**GENERAL COUNSEL**
**SECURITIES INVESTOR PROTECTION CORPORATION**
805 Fifteenth Street, N.W.
Suite 800
Washington, D.C.  20005

DAVID SCHOENHAAR

491409

2