Helen Davis Chaitman (4266)
Becker & Poliakoff LLP
45 Broadway
New York, New York 10006
HCHAITMAN@BECKER-POLIAKOFF.COM
*Attorneys for Diane and Roger Peskin, Maureen Ebel, and a large group of other customers*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA LIQUIDATION <br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2010, I caused a true copy of:

- Opposition to the Trustee's Motion to Affirm his Determinations Denying Claims of Claimants without BLMIS Accounts in their Names, Namely, Investors in Feeder Funds, and

- Declaration of Helen Davis Chaitman in Opposition to the Trustee's Motion to Affirm his Determinations Denying Claims of Claimants without BLMIS Accounts in their Names, Namely, Investors in Feeder Funds

to be served upon the interested parties who receive electronic service through CM/ECF and by

electronic mail upon:

>David J. Sheehan, Esq.
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 10111
>dsheehan@bakerlaw.com
>
>*Attorneys for Irving H. Picard, Esq., Trustee*
>*for the Substantively Consolidated SIPA*
>*Liquidation of Bernard L. Madoff Investment*
>*Securiteis LLC and Bernard L. Madoff*

Dated: July 12, 2010

                                                      */s/ Lourdes Blanco*