Hearing Date: October 19, 2010
Hearing Time: 10:00 AM (EST)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | **Bankruptcy Case No. 08-01789 (BRL)**<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. |  |

**MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM
TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS
WITHOUT BLMIS ACCOUNTS IN THEIR NAMES,
NAMELY, INVESTORS IN FEEDER FUNDS**

Pursuant to the Court's Order dated April 13, 2010 (the "Order" [docket no. 2205]), I

Greg David Anderson hereby submits this Opposition to the Trustee's Motion For An Order to

Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In

Their Names, Namely, Investors In Feeder Funds [docket no. 2416], and the memoranda filed by

the Trustee and by SIPC in support of the same [docket nos. 2411 and 2414, respectively].

I, Greg David Anderson, am an "Objecting Claimant" as defined in the Order. I, Greg David Anderson, filed an objection to the Trustee's denial of my claim on the basis that I did not have an account at BLMIS (the "Objection" [docket no. 1302]). The Objection, along with its exhibits (including my customer claim), is attached hereto as **Exhibit 1**.

The Trustee's determination that I am not a "customer" under SIPC because I did not have an account in my name at BLMIS is wrong for the reasons set forth in my Objection. In the interest of preserving judicial resources, I, Greg David Anderson, hereby incorporate by reference as if fully restated herein the arguments set forth in the Objection as to why I should be treated as a customer under SIPA. I, Greg David Anderson, also hereby join and incorporate by reference as if fully restated herein the arguments and authority cited in the objections and oppositions filed on behalf of all similarly situated Objecting Claimants as to why the Trustee's determination on the customer issue is wrong.

Dated: July 12, 2010

/s/ G. D. Anderson

