<sup></sup>

Hearing Date: October 19, 2010
Hearing Time: 10:00 AM (EST)



RECEIVED JUL -9 2010 U.S. BANKRUPTCY COURT, SDNY

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | **Bankruptcy Case No. 08-01789 (BRL)** <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM
TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS
WITHOUT BLMIS ACCOUNTS IN THEIR NAMES,
NAMELY, INVESTORS IN FEEDER FUNDS**

Pursuant to the Court's Order dated April 13, 2010 (the "Order" [docket no. 2205]),

Lawrence Rebak and Paula Rebak hereby submits this Opposition to the Trustee's Motion For

An Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS

Accounts In Their Names, Namely, Investors In Feeder Funds [docket no. 2416], and the

memoranda filed by the Trustee and by SIPC in support of the same [docket nos. 2411 and 2414, respectively].

Lawrence Rebak and Paula Rebak is an "Objecting Claimant" as defined in the Order. Lawrence Rebak and Paula Rebak filed an objection to the Trustee's denial of its claim on the basis that Lawrence Rebak and Paula Rebak did not have an account at BLMIS (the "Objection" [docket no. 1302]). The Objection, along with its exhibits (including Lawrence Rebak and Paula Rebak customer claim), is attached hereto as **Exhibit 1**.

The Trustee's determination that Lawrence Rebak and Paula Rebak is not a "customer" under SIPC because it did not have an account in its name at BLMIS is wrong for the reasons set forth in Lawrence Rebak and Paula Rebak Objection. In the interest of preserving judicial resources, Lawrence Rebak and Paula Rebak hereby incorporates by reference as if fully restated herein the arguments set forth in the Objection as to why Lawrence Rebak and Paula Rebak should be treated as a customer under SIPA. Lawrence Rebak and Paula Rebak also hereby joins and incorporates by reference as if fully restated herein the arguments and authority cited in the objections and oppositions filed on behalf of all similarly situated Objecting Claimants as to why the Trustee's determination on the customer issue is wrong.

Dated: July 12, 2010

_____
Lawrence Rebak
5 East Lyon Farm Drive

Greenwich, CT 06831

_____
Paula Rebak
5 East Lyon Farm Drive

Greenwich, CT 06831

-2-





**SILLER & COHEN**
*Family Wealth Advisors*
800 Westchester Avenue
Rye Brook, NY 10573

Clerk of the United States Bankruptcy Court
for the
Southern District of New York
One Bowling Green
New York NY 10004-1408

First Class Mail



USM'S SDNY







02 1A
0004608724
MAILED FROM ZIPCODE 10573
JUL 02 2010
$00.78