# EXHIBIT 1

## EXHIBIT 1

### Harvest Capital Management, Inc.
### Claimants

---

Sally S. Beaudette
C. Thomas & Margaret H. Brown
Henry T. DeNero and Nancy S. DeNero
James P. Dulany
Jan Feldman
Donald H. Hangen
James L. Kruse
Charles F. Rolecek
Marshall G. Rowe
Robert H. Scott & Molly MacNaughton
Markian D. Stecyk
Harvey A. Taylor
Lee F. Wood
Martha L. Wood

672842_1.DOC