*Harriet Rubin (Dunayer)*
*9733 Ravine Avenue*
*Las Vegas, Nevada 89117*
*(702) 869-3507*



*July 7, 2010*

*Clerk of the United States Bankruptcy Court for*
*the Southern District of New York*
*One Bowling Green*
*New York, New York 10004*

*Re: Bankruptcy Case No. 08-1789 (BRL)*

*Dear Clerk of the United States Bankruptcy Court:*

*On June 10th a Denial letter regarding my claim on BLMIS Account No. 1RO181 designated as Claim Number 002072 was issued.*

*I am appealing this Denial letter because the Trustee has not given me credit for the transfer of $124,246.12 that was transferred from Account #1S036030 on May 5th, 1999 to open Account No. 1R0181. The Trustee says this was fictitious money! How can an account be opened with fictitious money?*

*The Trustee does not have the ability of going back to the time when I put this money into the account. The records from the years 1992 and 1993 when on 12/4/92 I put $120,000. into the account and then on 7/19/93 I put an additional $20,000. into the account. The records are not even available to me. My brother had many of his friends and family put in and take money out of the account (1S036030) and that's the reason I opened my own account on 5/5/99 and had Bernie Madoff (actually Frank D'Pasquali) transfer internally my portion of the money to my own account No. R0181.*

*I am trying to get credit for this amount of money, so that I will be able to live a few more years with my husband, not luxuriously, but live without staying up nights having to worry how I can pay my bills!*

*I am providing you with the statements that show the date and the move of the money into the new account. I am also providing you with two different explanations of the money in and out; one that shows $48,893.95 and one that shows $31,937.94 both of which disclaims the transfer of $124,246.12.*

*Please, please I implore you to look into my situation and in all legal fairness reverse this decision.*

*Hopefully, will await your answer.*

*Harriet Rubin (Dunayer)*
*cc: Irving H. Picard, Trustee*
*    Bankruptcy Judge Burton R. Lifland*
***Enclosures***

08-01789-cgm    Doc 2583    Filed 07/09/10    Entered 07/12/10 15:30:46    Main Document    Pg 2 of 2

