Hearing Date: October 19, 2010
Hearing Time: 10:00 AM (EST)



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | **Bankruptcy Case No. 08-01789 (BRL)**<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

### MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS

Pursuant to the Court's Order dated April 13, 2010 (the "Order" [docket no. 2205]), [John A. Jones Revocable Living Trust] hereby submits this Opposition to the Trustee's Motion For An Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds [docket no. 2416], and the memoranda filed by the Trustee and by SIPC in support of the same [docket nos. 2411 and 2414, respectively].

[John A. Jones Revocable Living Trust] is an "Objecting Claimant" as defined in the Order. [John A. Jones Revocable Living Trust] filed an objection to the Trustee's denial of its claim on the basis that [John A. Jones Revocable Living Trust] did not have an account at BLMIS (the "Objection" [docket no. 1302]). The Objection, along with its exhibits (including [John A. Jones Revocable Living Trust] customer claim), is attached hereto as **Exhibit 1**. The Trustee's determination that [John A. Jones Revocable Living Trust] is not a "customer" under SIPC because it did not have an account in its name at BLMIS is wrong for the reasons set forth in [John A. Jones Revocable Living Trust] Objection. In the interest of preserving judicial resources, [John A. Jones Revocable Living Trust] hereby incorporates by reference as if fully restated herein the arguments set forth in the Objection as to why [John A. Jones Revocable Living Trust] should be treated as a customer under SIPA. [John A. Jones Revocable Living Trust] also hereby joins and incorporates by reference as if fully restated herein the arguments and authority cited in the objections and oppositions filed on behalf of all similarly situated Objecting Claimants as to why the Trustee's determination on the customer issue is wrong.

Dated: July 12, 2010

*/s/ John A. Jones*
John A. Jones
Revocable Living Trust

