Hearing Date: October 19, 2010
Hearing Time: 10:00 AM (EST)



**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | **Bankruptcy Case No. 08-01789 (BRL)**<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM
TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS
WITHOUT BLMIS ACCOUNTS IN THEIR NAMES,
NAMELY, INVESTORS IN FEEDER FUNDS**

Pursuant to the Court's Order dated April 13, 2010 (the "Order" [docket no. 2205]), [Roxy Management Defined Benefit Pension Plan] hereby submits this Opposition to the Trustee's Motion For An Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds [docket no. 2416], and the memoranda filed by the Trustee and by SIPC in support of the same [docket nos. 2411 and 2414,

respectively].

[Roxy Management Defined Benefit Pension Plan] is an "Objecting Claimant" as defined in the Order. [Roxy Management Defined Benefit Pension Plan] filed an objection to the Trustee's denial of its claim on the basis that [Roxy Management Defined Benefit Pension Plan] did not have an account at BLMIS (the "Objection" [docket no. 1302]). The Objection, along with its exhibits (including [Roxy Management Defined Benefit Pension Plan's] customer claim), is attached hereto as **Exhibit 1**.

The Trustee's determination that [Roxy Management Defined Benefit Pension Plan] is not a "customer" under SIPC because it did not have an account in its name at BLMIS is wrong for the reasons set forth in [Roxy Management Defined Benefit Pension Plan's] Objection. In the interest of preserving judicial resources, [Roxy Management Defined Benefit Pension Plan] hereby incorporates by reference as if fully restated herein the arguments set forth in the Objection as to why [Roxy Management Defined Benefit Pension Plan] should be treated as a customer under SIPA. [Roxy Management Defined Benefit Pension Plan] also hereby joins and incorporates by reference as if fully restated herein the arguments and authority cited in the objections and oppositions filed on behalf of all similarly situated Objecting Claimants as to why the Trustee's determination on the customer issue is wrong.

Dated: July 12, 2010

_____
Roxy Management Defined Benefit Pension Plan

FedEx US Airbill

**1 From** This portion can be removed for Recipient's records.

Sender's Name: [illegible]
Company: SOUTHERN LEISURE
Address: 1005 NE 43RD ST
City: OAKLAND PARK  State: FL  ZIP: 33334-3905
Phone: 954-610-[illegible]

FedEx Tracking Number: 8704 1558 6711

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: [illegible]
Company: [illegible]
Address: [illegible]
City: NY  State: NY  ZIP: 10004-1408

**4a Express Package Service** — FedEx Standard Overnight
**5 Packaging** — FedEx Envelope
**6 Special Handling** — HOLD Weekday
**7 Payment** — Sender

MON 12 JUL A1
STANDARD OVERNIGHT
10004
NY-US EWR
SB SXYA

TRK# 8704 1558 6711