Hearing Date: October 19, 2010
Hearing Time: 10:00 AM (EST)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | **Bankruptcy Case No. 08-01789 (BRL)** <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |



**MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM
TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS
WITHOUT BLMIS ACCOUNTS IN THEIR NAMES,
NAMELY, INVESTORS IN FEEDER FUNDS**

Pursuant to the Court's Order dated April 13, 2010 (the "Order" [docket no. 2205]), [Richard Mogg Revocable Trust] hereby submits this Opposition to the Trustee's Motion For An Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds [docket no. 2416], and the memoranda filed by

the Trustee and by SIPC in support of the same [docket nos. 2411 and 2414, respectively]. [Richard Mogg Revocable Trust] is an "Objecting Claimant" as defined in the Order. [Richard Mogg Revocable Trust] filed an objection to the Trustee's denial of its claim on the basis that [Richard Mogg Revocable Trust] did not have an account at BLMIS (the "Objection" [docket no. 1302]). The Objection, along with its exhibits (including [Richard Mogg Revocable Trust's] customer claim), is attached hereto as **Exhibit 1**. The Trustee's determination that [Richard Mogg Revocable Trust] is not a "customer" under SIPC because it did not have an account in its name at BLMIS is wrong for the reasons set forth in [Richard Mogg Revocable Trust's] Objection. In the interest of preserving judicial resources, [Richard Mogg Revocable Trust] hereby incorporates by reference as if fully restated herein the arguments set forth in the Objection as to why [Richard Mogg Revocable Trust ] should be treated as a customer under SIPA. [Richard Mogg Revocable Trust] also hereby joins and incorporates by reference as if fully restated herein the arguments and authority cited in the objections and oppositions filed on behalf of all similarly situated Objecting Claimants as to why the Trustee's determination on the customer issue is wrong.

Dated: July 12, 2010

_____
Richard Mogg Revocable Trust



DIANE INGMIRE
(419) 874-3548
WELDED CONSTRUCTION, L.P.
26933 ECKEL RD
PERRYSBURG  OH  43551-1215

LTR   1 OF 1

SHIP TO:
CLERK OF US BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK  NY  10004-1408

NY 102 9-09

UPS NEXT DAY AIR                1
TRACKING #: 1Z F59 27E 01 7523 9916

BILLING: P/P