# EXHIBIT A

**SIPC Claim No. 5804**

**CUSTOMER CLAIM**

Claim Number_____

Date Received_____

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008**

(Please print or type)

**Name of Customer:** JITENDRA GOPALDAS, GOPAL GANGARAM BHATIA,
KISHANCHAND GANGARAM BHATIA, NIRMALA KISHINCHARND

**Mailing Address:** c/o Crowell & Moring LLP, Attn: William M. O'Connor

**City:** New York    **State:** New York    **Zip:** 10022

**Account No.:** ⬛⬛⬛⬛ (see Exhibit A, attached)

**Taxpayer I.D. Number (Social Security No.):** _____

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

**********************************************************************

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of    $ 2,986,916.22

    b.    I owe the Broker a Debit (Dr.) Balance of    $ 0

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.    $_____

    d.    If balance is zero, insert "None."    $2,986,916.22

2.        Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | | x |
| b. | I owe the Broker securities | | x |

c.      If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406

2

**NOTE:**  **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | x |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | x |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | x |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | x |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | x |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | x |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  If so, give name of that broker. | | x |

Please list the full name and address of anyone assisting you in the preparation of this claim form: William M. O'Connor, Crowell & Moring LLP
590 Madison Avenue, New York, NY 10022 .

If you cannot compute the amount of your claim, you may file an estimated claim.  In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  2/26/09          Signature

Date  2/26/09          Signature  Nirmala Kishanchand.

(If ownership of the account is shared, all must sign above.  Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet.  If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**Additional Signature Page for Customer Claim**
**Account No.** ▬▬▬▬

| Account Holder Name, Address, and Phone Number | Percentage Ownership | Signature |
|---|---|---|
| Jitendra Gopaldas<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention:  William M. O'Connor<br>(212) 895-4200 | 100 % * | *JGShetia* |
| Gopal Gangaram Bhatia,<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention:  William M. O'Connor<br>(212) 895-4200 | 100 % * | *(signature)* |
| Kishanchand Gangaram Bhatia<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention:  William M. O'Connor<br>(212) 895-4200 | 100 % * | *K. L. Bhatia.* |
| Nirmala Kishanchand<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention:  William M. O'Connor<br>(212) 895-4200 | 100 % * | *Nirmala Kishanchand.* |

* Each account holder owns an undivided equal share.

<u>Exhibit A</u>

Jitendra Gopaldas, Gopal Gangaram Bhatia, Kishanchand Gangaram Bhatia and Nirmala
Kishanchand (the "Customers") are joint holders of the account numbered ▇▇▇ with
Standard Chartered Bank.

Through the account with Standard Chartered Bank, the Customers' funds were invested in
2,212.89 shares of Fairfield Sentry Limited. As of the November 30, 2008 account statement,
the Customers' shares in Fairfield Sentry Limited were valued at $2,986,916.22. A copy of the
November 30, 2008 account statement is annexed hereto.

In a letter to the Customers from Fairfield Sentry Limited dated February 4, 2009, Fairfield
Sentry Limited advised the Customers that its account numbers with Bernard L. Madoff
Investment Securities LLC are: 1-FN012-3-0; 1-FN045-3-0; 1-FN069-4-0; and 1-FN070-4-0.

In the February 4, 2009 letter, Fairfield Sentry Limited stated, "Given the uncertainty in how
claims will be handled, you may wish to consider filing a claim with the SIPC." A copy of the
February 4, 2009 letter is annexed hereto.

In a letter to the Customers from Fairfield Sentry Limited dated February 25, 2009, Fairfield
Sentry Limited advised the Customers that Fairfield Sentry Limited had decided to file a claim
with the SIPC and would do so "as soon as is practicable." A copy of the February 25, 2009
letter is annexed hereto.

The Standard Chartered
Private Bank

**Standard Chartered Bank**

Singapore Branch
16 Collyer Quay
Singapore 049318

JITENDRA GOPALDAS/GOPAL GANGARAM B/
KISHANCHAND GANGARAM B/
NIRMALA KISHINCHAND
P O BOX 5475
DUBAI UNITED ARAB EMIRATES

**Statement of Accounts**

Statement Date: 30 November 2008

Client Number-Portfolio

Reference Currency: US DOLLAR

Relationship Manager: MENON, SURENDRAN

## Portfolio View & Messaging Service

This online service offered exclusively to clients of The
Standard Chartered Private Bank provides a convenient and secure
way to monitor your account and communicate with your Private
Banker. Portfolio View & Messaging also features a PDF format of
your latest official account statement for printing or saving to
your local computer. For more information on enrolment, or for
currently enrolled clients who wish to receive their statements
online only, please contact your Private Banker.

Standard Chartered Bank ("SCB") is incorporated in England and Wales with limited liability by
Royal Charter 1853, under reference 2016, and the principal office of the Company is situated
in England at 1 Aldermanbury Square, London EC2V 7SB.

SCB is authorised and regulated in the United Kingdom by the Financial Services Authority
("FSA") under FSA register number 114276.

SCB Singapore is a branch of SCB, which is licensed to conduct banking business under the
Singapore Banking Act, Chapter 19.

The Standard Chartered Private Bank is the private banking division of Standard Chartered Bank ("SCB"). American Express Bank is now a wholly owned subsidiary of Standard Chartered PLC. Private banking activities
may be carried out internationally by different SCB legal entities and affiliates according to local regulatory requirements. Not all products and services are provided by all SCB branches, subsidiaries and affiliates. Some of
the SCB entities and affiliates listed here only act as representatives of The Standard Chartered Private Bank, and may not be able to offer products and services, or offer advice to clients. They serve as points of contact
only. American Express Fianat (Lux), American Express Would Express Fund (Lux) and American Express Alternative Investment Fund (Lux) are products sponsored by American Express Bank Ltd., a Standard Chartered
group company. The mark "American Express", marks containing "American Express" and abbreviations thereof (i.e. Amex, AXP, etc.) are trademarks of American Express Marketing & Development Corp. and are used
under limited license. American Express Bank Ltd., its subsidiaries and affiliated companies are now subsidiaries or affiliated companies of Standard Chartered PLC, and are not affiliated with American Express Company or
its subsidiaries.

The Standard Chartered
**Private Bank**

Standard Chartered Bank
Singapore Branch
16 Collyer Quay
Singapore 049318.
Telephone: (65) 6596 4853
Teletac: (65) 6594 3022

Page 16
Statement Date: 30 November 2008
Reference Currency: US DOLLAR

Client Number-Portfolio:

## Alternative Investments

| Currency | Balance or Quantity | Description | Average Purchase Price | Price As of Date | Valuation | Reference Currency | % |
|---|---|---|---|---|---|---|---|
| | | | | | Redacted | | |
| USD | 2,212.69 | FAIRFIELD SENTRY LIMITED (ACTUAL) FAIRFIELD SENTRY LTD (ACTUAL) | 1105.048 | 1349.778 31 OCT 08 | 2,986,916.22 USD | 2,986,916.22 USD | 33.02 |
| | | | | | Redacted | | |

## Other Investments

| Currency | Balance or Quantity | Description | Average Purchase Price | Price As of Date | Valuation | Reference Currency | % |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Exchange rates against Reference Currency: EUR 1.2645   CAD 1.2344   NZD 1.8029   AUD 1.5193   JPY 95.3008   CHF 1.1866   GBP 1.5445   SGD 1.5090   HKD 7.7510   7.7510

Securities positions are held by the Bank or a nominee except those shown with a (+) sign which are held in client name or of,
In the case of Portfolio Investments, are held by the custodian or sub-custodian of such securities positions.
Prices are believed to be reliable, but their accuracy is not guaranteed. This document is considered approved unless we are notified in writing of any objection within one month.
The Standard Chartered Private Bank is the private banking division of Standard Chartered Bank.

FAIRFIELD SENTRY LIMITED
Romasco Place, Wickhams Cay 1
Road Town, Tortola
British Virgin Islands, VG 1110

February 4, 2009

Dear Shareholder,

You will have received several letters from us as the directors of Fairfield Sentry Limited
(the "**Company**"). These letters were sent as events unfolded regarding Bernard L.
Madoff Investments Securities LLC ("**BMIS**"). The purpose of this letter is to now
provide a significant level of additional information so that shareholders are aware of the
actions being taken by the Company and its directors. As this letter contains detailed
information concerning the Company, it should be considered confidential.

## Management

As a preliminary matter, we believe that it would be beneficial for you to understand how
the Company is being managed at this time. As you are likely aware, the Company has
three directors, Walter Noel, Peter Schmid and Jan Naess. Walter Noel is a principal of
the Fairfield Greenwich Group. Peter Schmid and Jan Naess are the independent (non-
executive) directors and have no financial interest in Fairfield Greenwich (Bermuda)
Limited (the "**Manager**") or Fairfield Greenwich Group.

The board of directors has assumed responsibility for the management of the Company.
We are meeting on a regular basis to discuss the affairs of the Company. Walter Noel has
not attended these meetings and has recused himself from such meetings since the events
of December 11, 2008. We have also amended the signing authority on the bank account
with Citco Bank Nederland N.V. Dublin Branch to ensure that no funds are wired out of
this account without the approval of either of the independent directors, Peter Schmid or
Jan Naess. We continue to work closely with the Manager, in particular to liquidate the
remaining assets of the Company (discussed further below). We are also working closely
with the administrator, Citco Fund Services (Europe) B.V., in this regard. We value
these relationships. However, we are also acting independently recognising that we owe
our duties to the Company.

## Background

On October 31, 2008 the published net asset value of the Company was
US$7,283,393,967 resulting in a net asset value per share of US$1,349.7782. On
December 11, 2008, Bernard L. Madoff was arrested. On December 18, 2008 the
Company suspended the calculation of net asset value with a consequential suspension on
subscriptions and redemptions. The November 30, 2008 net asset value had not been
calculated by the time of such suspension.

February 4, 2009
Page 2 of 5

## Current Assets

The Company currently has cash at a bank account with Citco Bank Nederland N.V. Dublin Branch in the amount of US$67,179,754 (which includes the proceeds of subscription of the December 1, 2008 and January 2, 2009 subscribers which are not assets of the Company – see below). The Company has investments, other than with BMIS, with a value as at November 30, 2008 of US$81,723,813. Of these investments, US$55,947,567 represents investments in the Non-SSC Investments as defined on page 10 of the private placement memorandum of the Company. The Company has liabilities as at November 30, 2008 in the amount of US$62,211,252, which includes a liability to the Manager in the amount of US$61,403,895 being management and performance fees payable to the Manager the payment of which was deferred by the Manager.

## Potential Claims

In addition to the foregoing assets held directly by the Company, the Company recognises it may be able to realise assets from each of the following:

(a)    The Company is currently analysing its position with respect to Securities Investor Protection Corporation ("**SIPC**"). In particular, it is making a determination as to whether it is likely to receive cash from SIPC or whether it is likely that there will be a clawback from SIPC. The filing deadline is March 4, 2009. Prior to this time, the Company will make a decision as to whether it is in the Company's best interest to make a filing with SIPC and proceed accordingly. Please see below for a discussion as to whether shareholders of or investors in the Company should individually file with SIPC.

(b)    We also recognise that there may be claims available to the Company which may be pursued in order to recover the losses of the Company. We have retained legal counsel in several jurisdictions to examine potential causes of action and will pursue all lawsuits where there is a likelihood of success on a cost effective basis. However, we are proceeding cautiously and carefully with respect to both when and how to bring such actions. Unfortunately, we cannot provide further information at this time so as not to prejudice any such actions or the Company, but as soon as we are able to do so, we will communicate further in this regard.

(c)    In addition, the Company is exploring whether it is able to make any claims with the Internal Revenue Services for overpayment of taxes (ie United States withholding tax paid on dividend income purportedly by the Company through BMIS). All such claims will be pursued to the extent that it is appropriate for the Company to do so.

February 4, 2009
Page 3 of 5

Otherwise, we confirm that we will take any and all actions which are appropriate to recover the losses of the Company.

### SIPC and You

By Order dated December 15, 2008, the United States District Court, Southern District of New York, authorised SIPC to commence a liquidation proceeding against BMIS under the United States Securities Investor Protection Act ("**SIPA**") and appointed Irving Picard, Esq. as the trustee to oversee the liquidation proceeding (the "**SIPC Trustee**"). SIPC, a nonprofit United States corporation funded by assessments on brokerage firms, protects investors against financial losses arising from insolvency of their brokers. SIPC reimburses customers of brokers for up to US$100,000 for cash and up to US$500,000 for securities in their accounts when their brokerage firms become insolvent.

SIPA provides protection to those who meet the statutory definition of a "customer". The Company had brokerage accounts with BMIS. Therefore it qualifies as a "customer" under SIPA. We have received several inquiries from shareholders about whether they should be filing claims with SIPC individually.

The Company does not know whether the SIPC Trustee is going to consider indirect investors such as the shareholders of the Company as meeting the statutory definition of "customer". Accordingly, the Company has reached out to the SIPC Trustee to inquire as to his position on this issue. As yet, we have not received any advice on this issue from the SIPC Trustee. We understand from published reports that the SIPC Board met Friday, January 30, 2009 to discuss how claims will be treated, and possibly, whether indirect investors will be treated as "customers".

Given the uncertainty in how claims will be handled, you may wish to consider filing a claim with SIPC. For your convenience, we have attached a claim form to this letter, along with instructions on how to complete it. The Company's BMIS account numbers are 1-FN012-3-0; 1-FN045-3-0; 1-FN-069-4-0; and 1-FN-070-4-0.

Please be advised that neither the Company nor its counsel represent you individually and will not give legal advice in connection with the filing of a claim with SIPC. You should seek advice from your own lawyer or advisor before you decide whether to file a claim with SIPC as the filing may have implications for you concerning, among other things, the jurisdiction of the Bankruptcy Court over possible attempts by the SIPC Trustee to recover withdrawals you have made from the Company.

### November 30 Redeemers, December 31 Redeemers and Shareholders

As indicated above, the Company suspended the calculation of net asset value of the Company on December 18, 2008. As a result, the December 31, 2008 redeeming shareholders as well as all other shareholders continue to be shareholders of the Company. With respect to the November 30, 2008 redeemers, the payment of their proceeds of

February 4, 2009
Page 4 of 5

redemption has been suspended pursuant to the suspension of the calculation of net asset value and article 10(1)(c) of the articles of association of the Company.

Once the Company is in a position to effect redemptions, which may take several years, it is anticipated that all shares will be redeemed at the same time. The result of this is that all shareholders, including the November 30, 2008 redeeming shareholders, the December 31, 2008 redeeming shareholders and the continuing shareholders, should all receive cash at the same time and share pro rata in the assets of the Company.

## December 1 and January 2 Subscribers

The Company received proceeds of subscription for both the December 1, 2008 and the January 2, 2009 dealing day. The directors have sought advice from both British Virgin Islands counsel, Conyers Dill & Pearman, as well as from Queen's Counsel in London, Richard Millet QC, concerning the nature of such assets. We have carefully considered the facts surrounding such proceeds of subscription. We have been advised by both Conyers Dill & Pearman and Richard Millet QC and we have concluded that such proceeds of subscription are not in fact assets of the Company. Rather, they are assets held in trust by the Company and should be returned to such subscribers. It is our intention to return such proceeds of subscription as soon as is practicable.

## Dutch Court Order

In the desire to provide full information to shareholders, we have to advise you of a court order freezing the bank account of the Company maintained with Citco Bank Nederland N.V. Dublin Branch obtained by a shareholder of the Company. This court order has frozen the cash in this account. This court order is having a serious detrimental effect on the Company, as it is causing amongst other matters, delays in the Company's ability to retain counsel and pursue potential lawsuits. The effect of this court order is that the Company does not have any cash to pay expenses nor the ability to return the proceeds of subscription to the December 1, 2008 and January 2, 2009 subscribers. The directors of the Company are currently in negotiations with this one investor and hope to resolve this issue soon for the benefit of all shareholders who will all be treated equitably.

## Timeframe

As indicated above, the Company suspended the calculation of net asset value on December 18, 2008. This had the effect of stopping all cash flows from and to the shareholders of the Company. We are unable to advise as to when the Company will start to realise cash from its assets as described above, including from SIPC as well as any claims the Company may bring. This is likely to take several years. The directors will endeavour to distribute cash when possible, taking into account its cash requirements in order to fund continued operations, including lawsuits, as well contingent liabilities, such as potential clawbacks from SIPC. With this in mind, the directors do not envisage returning cash in the immediate future, but will do so once the directors have determined that it is appropriate to do so.

February 4, 2009
Page 5 of 5

## <u>Conclusion</u>

We wish to assure you that we are acting faithfully and working hard in your best interests. It is our intention to recover the losses of the Company to the greatest extent possible for your benefit.

Yours faithfully,

The Board of Directors

FAIRFIELD SENTRY LIMITED
Romasco Place, Wickhams Cay 1
Road Town, Tortola
British Virgin Islands, VG 1110

February 25th, 2009

Dear Shareholder,

We are writing to you now to advise you as to the position taken by the directors of the Company in connection with making a filing with Securities Investor Protection Corporation ("**SIPC**"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC ("**BMIS**").

As set out in previous correspondence, on December 15, 2008, the Honorable Louis L. Stanton, a Federal Judge in the United States District Court for the Southern District of New York, appointed Irving Picard, Esq. as SIPC Trustee for the liquidation of BMIS. SIPC, a non-profit United States corporation funded by assessments on brokerage firms, protects investors against financial losses arising from insolvency of their brokers. SIPC reimburses customers of brokers for up to US$100,000 for cash and up to US$500,000 for securities in their accounts when their brokerage firms become insolvent.

In addition, because the SIPC proceeding is part of the bankruptcy proceeding of BMIS, the SIPC Trustee is also responsible for distributing any assets recovered from the bankruptcy of BMIS to the creditors of BMIS on a pro rata basis. By making a filing, the Company will be claiming as a creditor of BMIS its pro rata portion of the monies recovered by the Trustee for the estate, subject to claims the Trustee may allege against the Company as set forth below.

To maximize the assets of BMIS that will be distributed to customers and creditors on a pro rata basis, the SIPC Trustee may commence adversary proceedings under United States law against certain customers and creditors which received payments from BMIS. In particular, the Trustee may claim that payments made within ninety days prior to the filing of the bankruptcy petition, being the period from September 11, 2008 to December 11, 2008 (the "**Preference Period**"), are a "preference" under Section 547(b) of the United States Bankruptcy Code (the "**Bankruptcy Code**"). The SIPC Trustee would seek the return to the greatest extent possible any such alleged preference. The Trustee may also seek the return of certain monies paid to investors within two years prior to the filing of the bankruptcy petition under Section 548(b) of the Bankruptcy Code as well as six years under New York State law, claiming such monies were fraudulent conveyances under those relevant provisions.

February 25th, 2009
Page 2 of 2

It was necessary for the directors of the Company to consider any possible recovery that the Company may receive from SIPC, as well as any possible payout that the Company may need to make to SIPC, and the ability of SIPC to assert claims against the Company for monies distributed to the Company during the preference and fraudulent conveyance periods in the event the Company did not make a SIPC filing. In addition, the directors of the Company had to consider the possible recovery of assets from other sources which could be in excess of any claims by the Trustee. After very careful consideration, the directors have taken the view that it is in the Company's best interest to file with SIPC, and it is the intention of the Company to file with SIPC as soon as is practicable.

We also note that on February 20, 2009, the SIPC Trustee held a meeting with customers and creditors of BMIS. In response to several inquiries about whether investors of feeder funds that invested with BMIS are considered to be "customers" of BMIS for purposes of filing a claim, the SIPC Trustee's position is that this class of investors are outside the definition of "customer" as set forth in 15 U.S.C. § 78 lll (2). The SIPC Trustee explained that he is bound to follow the express terms of the statute and governing authorities narrowly interpreting the definition of "customer". However, the SIPC Trustee recommended that this class of investors file a claim by July 2, 2009 to preserve their rights in the event the statute is later reinterpreted or broadened to cover them as customers of BMIS. The SIPC Trustee observed that the issue may be subject to litigation. The SIPC Trustee stated that should an investor decide to file a claim, the investor should provide a narrative explaining the investor's situation and other supporting documentation. The SIPC Trustee emphasised that anyone considering filing a claim should consult counsel. Similarly, neither the Company nor its counsel represent you individually and will not give legal advice in connection with the filing of a claim with SIPC. You should seek advice from your own lawyer or advisor before you decide whether to file a claim with SIPC.

Otherwise, the directors continue to work in the best interests of the Company and all of its shareholders to recover the losses of the Company to the greatest extent possible.

Yours faithfully,

The Board of Directors

# SIPC Claim No. 5785

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: JAYASHREE BHATIA, NIRMALA K. BHATIA, KISHINCHAND GANGARAM BHATIA
GOPAL GANGARAM BHATIA
Mailing Address: c/o Crowell & Moring LLP, Attn: William M. O'Connor
City: New York                State: New York          Zip: 10022
Account No.: ▓▓▓▓(see Exhibit A, attached)
Taxpayer I.D. Number (Social Security No.): _____

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA; ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of December 11, 2008:

    a.    The Broker owes me a Credit (Cr.) Balance of      $ 2,160,919.31

    b.    I owe the Broker a Debit (Dr.) Balance of         $ 0

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Investment Securities LLC."

        If you wish to make a payment, it must be enclosed

        with this claim form.                              $

    d.    If balance is zero, insert "None."               $2,160,919.31

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.  The Broker owes me securities | | x |
| b.  I owe the Broker securities | | x |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | x |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | x |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | x |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | x |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | x |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | x |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. | | x |

Please list the full name and address of anyone assisting you in the preparation of this claim form: William M. O'Connor, Crowell & Moring LLP
590 Madison Avenue, New York, NY 10022

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**   Nirmala Kishanchand.

Date   2/26/09   Signature

Date   2/26/09   Signature

(If ownership of the account is shared, all must sign above.  Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet.  If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**Additional Signature Page for Customer Claim**
**Account No.** ▮▮▮▮▮▮

| Account Holder Name, Address, and Phone Number | Percentage Ownership | Signature |
|---|---|---|
| Jayashree Bhatia<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention: William M. O'Connor<br>(212) 895-4200 | 100% * | *Bhatia* |
| Nirmala K. Bhatia<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention: William M. O'Connor<br>(212) 895-4200 | 100% * | *Nirmala Kishanchand.* |
| Kishinchand Gangaram Bhatia<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention: William M. O'Connor<br>(212) 895-4200 | 100% * | *c. h. Bhatia.* |
| Gopal Gangaram Bhatia<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention: William M. O'Connor<br>(212) 895-4200 | 100% * | *Bhatia* |

\* Each account holder owns an undivided equal share.

## Exhibit A

Jayashree Bhatia, Nirmala K. Bhatia, Kishinchand Gangaram Bhatia and Gopal Gangaram Bhatia (the "Customers") are joint holders of the account numbered ▮▮▮▮ with Standard Chartered Bank.

Through the account with Standard Chartered Bank, the Customers' funds were invested in 1,600.94 shares of Fairfield Sentry Limited. As of the November 30, 2008 account statement, the Customers' shares in Fairfield Sentry Limited were valued at $2,160,919.31. A copy of the November 30, 2008 account statement is annexed hereto.

In a letter to the Customers from Fairfield Sentry Limited dated February 4, 2009, Fairfield Sentry Limited advised the Customers that its account numbers with Bernard L. Madoff Investment Securities LLC are: 1-FN012-3-0; 1-FN045-3-0; 1-FN069-4-0; and 1-FN070-4-0.

In the February 4, 2009 letter, Fairfield Sentry Limited stated, "Given the uncertainty in how claims will be handled, you may wish to consider filing a claim with the SIPC." A copy of the February 4, 2009 letter is annexed hereto.

In a letter to the Customers from Fairfield Sentry Limited dated February 25, 2009, Fairfield Sentry Limited advised the Customers that Fairfield Sentry Limited had decided to file a claim with the SIPC and would do so "as soon as is practicable." A copy of the February 25, 2009 letter is annexed hereto.

The Standard Chartered
**Private Bank**

## Standard Chartered Bank

Singapore Branch
16 Collyer Quay
Singapore 049318

JAYASHREE/NIRMALA K BHATIA/
KISHINCHAND GANGARAM BHATIA/
GOPAL GANGARAM BHATIA
P O BOX 5475
DUBAI UNITED ARAB EMIRATES

## Statement of Accounts

Statement Date: 30 November 2008

Client Number-Portfolio:

Reference Currency: US DOLLAR

Relationship Manager: MENON, SURENDRAN

## Portfolio View & Messaging Service

This online service offered exclusively to clients of The
Standard Chartered Private Bank provides a convenient and secure
way to monitor your account and communicate with your Private
Banker. Portfolio View & Messaging also features a PDF format of
your latest official account statement for printing or saving to
your local computer. For more information on enrolment, or for
currently enrolled clients who wish to receive their statements
online only, please contact your Private Banker.

Standard Chartered Bank ("SCB") is incorporated in England and Wales with limited liability by
Royal Charter 1853, under reference ZC18, and the principal office of the Company is situated
in England at 1 Aldermanbury Square, London EC2V 7SB.

SCB is authorised and regulated in the United Kingdom by the Financial Services Authority
("FSA") under FSA register number 114276.

SCB Singapore is a branch of SCB, which is licensed to conduct banking business under the
Singapore Banking Act, Chapter 19.

The Standard Chartered Private Bank is the private banking division of Standard Chartered Bank ("SCB"). American Express Bank is now a wholly owned subsidiary of Standard Chartered PLC. Private banking activities
may be carried out internationally by different SCB legal entities and affiliates according to local regulatory requirements. Not all products and services are provided by all SCB branches, subsidiaries and affiliates. Some of
the SCB entities and affiliates listed here only act as representatives of The Standard Chartered Private Bank, and may not be able to offer products and services, or offer advice to clients. They serve as points of contact
only. American Express Fund ("Lux), American Express World Express Fund (Lux) and American Express Alternative Investment Fund (Lux) are products sponsored by American Express Bank Ltd., a Standard Chartered
group company. The insign "American Express", mark containing "American Express" and references thereto (i.e. Amex (AP)" etc.) are trademarks of American Express Marketing & Development Corp, and are used
under limited license. American Express Bank Ltd, its subsidiaries and affiliated companies are now subsidiaries or affiliated companies of Standard Chartered PLC, and are not affiliated with American Express Company or
its subsidiaries.



The Standard Chartered
**Private Bank**

Standard Chartered Bank
Singapore Branch
16 Collyer Quay
Singapore 049318
Telephone:    (65) 6536 4833
Telefax:    (65) 6534 3022

Page: 10
Statement Date: 30 November 2008
Reference Currency: US DOLLAR

Client Number-Portfolio:

## Portfolio Investments (continued)

| Currency | Balance or Quantity | Description | Average Purchase Price | Price As of Date | As of | Valuation | Reference Currency | % |
|---|---|---|---|---|---|---|---|---|
| USD | 1,600.94 | | | | | | | |

## Alternative Investments

| Currency | Balance or Quantity | Description | Average Purchase Price | Price As of Date | Valuation | Reference Currency | % |
|---|---|---|---|---|---|---|---|
| | | FAIRFIELD SENTRY LIMITED (ACTUAL) | | | | | |
| USD | | FAIRFIELD SENTRY LTD (ACTUAL) | 1246.253 | 1349.776 31 OCT 08 | 2,160,910.31 | USD 2,160,910.31 | 23.25 |

Exchange rates outside Fairfield Quebana EUR 1.2645    HKD 7.7510

Securities positions are held by the Bank or a nominee except those placed with a (+) sign which are held in client name by the Issuer or, in the case of Portfolio Investments, are held by the custodian or sub-custodian of such securities positions.

Prices are believed to be reliable, but their accuracy is not guaranteed. This document is considered approved unless we are notified in writing of any objection within one month.

FAIRFIELD SENTRY LIMITED
Romasco Place, Wickhams Cay 1
Road Town, Tortola
British Virgin Islands, VG 1110

February 4, 2009

Dear Shareholder,

You will have received several letters from us as the directors of Fairfield Sentry Limited
(the "**Company**"). These letters were sent as events unfolded regarding Bernard L.
Madoff Investments Securities LLC ("**BMIS**"). The purpose of this letter is to now
provide a significant level of additional information so that shareholders are aware of the
actions being taken by the Company and its directors. As this letter contains detailed
information concerning the Company, it should be considered confidential.

## Management

As a preliminary matter, we believe that it would be beneficial for you to understand how
the Company is being managed at this time. As you are likely aware, the Company has
three directors, Walter Noel, Peter Schmid and Jan Naess. Walter Noel is a principal of
the Fairfield Greenwich Group. Peter Schmid and Jan Naess are the independent (non-
executive) directors and have no financial interest in Fairfield Greenwich (Bermuda)
Limited (the "**Manager**") or Fairfield Greenwich Group.

The board of directors has assumed responsibility for the management of the Company.
We are meeting on a regular basis to discuss the affairs of the Company. Walter Noel has
not attended these meetings and has recused himself from such meetings since the events
of December 11, 2008. We have also amended the signing authority on the bank account
with Citco Bank Nederland N.V. Dublin Branch to ensure that no funds are wired out of
this account without the approval of either of the independent directors, Peter Schmid or
Jan Naess. We continue to work closely with the Manager, in particular to liquidate the
remaining assets of the Company (discussed further below). We are also working closely
with the administrator, Citco Fund Services (Europe) B.V., in this regard. We value
these relationships. However, we are also acting independently recognising that we owe
our duties to the Company.

## Background

On October 31, 2008 the published net asset value of the Company was
US$7,283,393,967 resulting in a net asset value per share of US$1,349.7782. On
December 11, 2008, Bernard L. Madoff was arrested. On December 18, 2008 the
Company suspended the calculation of net asset value with a consequential suspension on
subscriptions and redemptions. The November 30, 2008 net asset value had not been
calculated by the time of such suspension.

February 4, 2009
Page 2 of 5

## Current Assets

The Company currently has cash at a bank account with Citco Bank Nederland N.V. Dublin Branch in the amount of US$67,179,754 (which includes the proceeds of subscription of the December 1, 2008 and January 2, 2009 subscribers which are not assets of the Company – see below). The Company has investments, other than with BMIS, with a value as at November 30, 2008 of US$81,723,813. Of these investments, US$55,947,567 represents investments in the Non-SSC Investments as defined on page 10 of the private placement memorandum of the Company. The Company has liabilities as at November 30, 2008 in the amount of US$62,211,252, which includes a liability to the Manager in the amount of US$61,403,895 being management and performance fees payable to the Manager the payment of which was deferred by the Manager.

## Potential Claims

In addition to the foregoing assets held directly by the Company, the Company recognises it may be able to realise assets from each of the following:

(a)     The Company is currently analysing its position with respect to Securities Investor Protection Corporation ("**SIPC**"). In particular, it is making a determination as to whether it is likely to receive cash from SIPC or whether it is likely that there will be a clawback from SIPC. The filing deadline is March 4, 2009. Prior to this time, the Company will make a decision as to whether it is in the Company's best interest to make a filing with SIPC and proceed accordingly. Please see below for a discussion as to whether shareholders of or investors in the Company should individually file with SIPC.

(b)     We also recognise that there may be claims available to the Company which may be pursued in order to recover the losses of the Company. We have retained legal counsel in several jurisdictions to examine potential causes of action and will pursue all lawsuits where there is a likelihood of success on a cost effective basis. However, we are proceeding cautiously and carefully with respect to both when and how to bring such actions. Unfortunately, we cannot provide further information at this time so as not to prejudice any such actions or the Company, but as soon as we are able to do so, we will communicate further in this regard.

(c)     In addition, the Company is exploring whether it is able to make any claims with the Internal Revenue Services for overpayment of taxes (ie United States withholding tax paid on dividend income purportedly by the Company through BMIS). All such claims will be pursued to the extent that it is appropriate for the Company to do so.

February 4, 2009
Page 3 of 5

Otherwise, we confirm that we will take any and all actions which are appropriate to recover the losses of the Company.

## SIPC and You

By Order dated December 15, 2008, the United States District Court, Southern District of New York, authorised SIPC to commence a liquidation proceeding against BMIS under the United States Securities Investor Protection Act ("**SIPA**") and appointed Irving Picard, Esq. as the trustee to oversee the liquidation proceeding (the "**SIPC Trustee**"). SIPC, a nonprofit United States corporation funded by assessments on brokerage firms, protects investors against financial losses arising from insolvency of their brokers. SIPC reimburses customers of brokers for up to US$100,000 for cash and up to US$500,000 for securities in their accounts when their brokerage firms become insolvent.

SIPA provides protection to those who meet the statutory definition of a "customer". The Company had brokerage accounts with BMIS. Therefore it qualifies as a "customer" under SIPA. We have received several inquiries from shareholders about whether they should be filing claims with SIPC individually.

The Company does not know whether the SIPC Trustee is going to consider indirect investors such as the shareholders of the Company as meeting the statutory definition of "customer". Accordingly, the Company has reached out to the SIPC Trustee to inquire as to his position on this issue. As yet, we have not received any advice on this issue from the SIPC Trustee. We understand from published reports that the SIPC Board met Friday, January 30, 2009 to discuss how claims will be treated, and possibly, whether indirect investors will be treated as "customers".

Given the uncertainty in how claims will be handled, you may wish to consider filing a claim with SIPC. For your convenience, we have attached a claim form to this letter, along with instructions on how to complete it. The Company's BMIS account numbers are 1-FN012-3-0; 1-FN045-3-0; 1-FN-069-4-0; and 1-FN-070-4-0.

Please be advised that neither the Company nor its counsel represent you individually and will not give legal advice in connection with the filing of a claim with SIPC. You should seek advice from your own lawyer or advisor before you decide whether to file a claim with SIPC as the filing may have implications for you concerning, among other things, the jurisdiction of the Bankruptcy Court over possible attempts by the SIPC Trustee to recover withdrawals you have made from the Company.

## November 30 Redeemers, December 31 Redeemers and Shareholders

As indicated above, the Company suspended the calculation of net asset value of the Company on December 18, 2008. As a result, the December 31, 2008 redeeming shareholders as well as all other shareholders continue to be shareholders of the Company. With respect to the November 30, 2008 redeemers, the payment of their proceeds of

February 4, 2009
Page 4 of 5

redemption has been suspended pursuant to the suspension of the calculation of net asset value and article 10(1)(c) of the articles of association of the Company.

Once the Company is in a position to effect redemptions, which may take several years, it is anticipated that all shares will be redeemed at the same time. The result of this is that all shareholders, including the November 30, 2008 redeeming shareholders, the December 31, 2008 redeeming shareholders and the continuing shareholders, should all receive cash at the same time and share pro rata in the assets of the Company.

### December 1 and January 2 Subscribers

The Company received proceeds of subscription for both the December 1, 2008 and the January 2, 2009 dealing day. The directors have sought advice from both British Virgin Islands counsel, Conyers Dill & Pearman, as well as from Queen's Counsel in London, Richard Millet QC, concerning the nature of such assets. We have carefully considered the facts surrounding such proceeds of subscription. We have been advised by both Conyers Dill & Pearman and Richard Millet QC and we have concluded that such proceeds of subscription are not in fact assets of the Company. Rather, they are assets held in trust by the Company and should be returned to such subscribers. It is our intention to return such proceeds of subscription as soon as is practicable.

### Dutch Court Order

In the desire to provide full information to shareholders, we have to advise you of a court order freezing the bank account of the Company maintained with Citco Bank Nederland N.V. Dublin Branch obtained by a shareholder of the Company. This court order has frozen the cash in this account. This court order is having a serious detrimental effect on the Company, as it is causing amongst other matters, delays in the Company's ability to retain counsel and pursue potential lawsuits. The effect of this court order is that the Company does not have any cash to pay expenses nor the ability to return the proceeds of subscription to the December 1, 2008 and January 2, 2009 subscribers. The directors of the Company are currently in negotiations with this one investor and hope to resolve this issue soon for the benefit of all shareholders who will all be treated equitably.

### Timeframe

As indicated above, the Company suspended the calculation of net asset value on December 18, 2008. This had the effect of stopping all cash flows from and to the shareholders of the Company. We are unable to advise as to when the Company will start to realise cash from its assets as described above, including from SIPC as well as any claims the Company may bring. This is likely to take several years. The directors will endeavour to distribute cash when possible, taking into account its cash requirements in order to fund continued operations, including lawsuits, as well contingent liabilities, such as potential clawbacks from SIPC. With this in mind, the directors do not envisage returning cash in the immediate future, but will do so once the directors have determined that it is appropriate to do so.

February 4, 2009
Page 5 of 5

## Conclusion

We wish to assure you that we are acting faithfully and working hard in your best interests. It is our intention to recover the losses of the Company to the greatest extent possible for your benefit.

Yours faithfully,

The Board of Directors

FAIRFIELD SENTRY LIMITED
Romasco Place, Wickhams Cay 1
Road Town, Tortola
British Virgin Islands, VG 1110

February 25th, 2009

Dear Shareholder,

We are writing to you now to advise you as to the position taken by the directors of the
Company in connection with making a filing with Securities Investor Protection
Corporation ("**SIPC**"), as trustee for the liquidation of Bernard L. Madoff Investment
Securities LLC ("**BMIS**").

As set out in previous correspondence, on December 15, 2008, the Honorable Louis L.
Stanton, a Federal Judge in the United States District Court for the Southern District of
New York, appointed Irving Picard, Esq. as SIPC Trustee for the liquidation of BMIS.
SIPC, a non-profit United States corporation funded by assessments on brokerage firms,
protects investors against financial losses arising from insolvency of their brokers. SIPC
reimburses customers of brokers for up to US$100,000 for cash and up to US$500,000
for securities in their accounts when their brokerage firms become insolvent.

In addition, because the SIPC proceeding is part of the bankruptcy proceeding of BMIS,
the SIPC Trustee is also responsible for distributing any assets recovered from the
bankruptcy of BMIS to the creditors of BMIS on a pro rata basis. By making a filing, the
Company will be claiming as a creditor of BMIS its pro rata portion of the monies
recovered by the Trustee for the estate, subject to claims the Trustee may allege against
the Company as set forth below.

To maximize the assets of BMIS that will be distributed to customers and creditors on a
pro rata basis, the SIPC Trustee may commence adversary proceedings under United
States law against certain customers and creditors which received payments from BMIS.
In particular, the Trustee may claim that payments made within ninety days prior to the
filing of the bankruptcy petition, being the period from September 11, 2008 to December
11, 2008 (the "**Preference Period**"), are a "preference" under Section 547(b) of the
United States Bankruptcy Code (the "**Bankruptcy Code**"). The SIPC Trustee would
seek the return to the greatest extent possible any such alleged preference. The Trustee
may also seek the return of certain monies paid to investors within two years prior to the
filing of the bankruptcy petition under Section 548(b) of the Bankruptcy Code as well as
six years under New York State law, claiming such monies were fraudulent conveyances
under those relevant provisions.

February 25th, 2009
Page 2 of 2

It was necessary for the directors of the Company to consider any possible recovery that the Company may receive from SIPC, as well as any possible payout that the Company may need to make to SIPC, and the ability of SIPC to assert claims against the Company for monies distributed to the Company during the preference and fraudulent conveyance periods in the event the Company did not make a SIPC filing. In addition, the directors of the Company had to consider the possible recovery of assets from other sources which could be in excess of any claims by the Trustee. After very careful consideration, the directors have taken the view that it is in the Company's best interest to file with SIPC, and it is the intention of the Company to file with SIPC as soon as is practicable.

We also note that on February 20, 2009, the SIPC Trustee held a meeting with customers and creditors of BMIS. In response to several inquiries about whether investors of feeder funds that invested with BMIS are considered to be "customers" of BMIS for purposes of filing a claim, the SIPC Trustee's position is that this class of investors are outside the definition of "customer" as set forth in 15 U.S.C. § 78 lll (2). The SIPC Trustee explained that he is bound to follow the express terms of the statute and governing authorities narrowly interpreting the definition of "customer". However, the SIPC Trustee recommended that this class of investors file a claim by July 2, 2009 to preserve their rights in the event the statute is later reinterpreted or broadened to cover them as customers of BMIS. The SIPC Trustee observed that the issue may be subject to litigation. The SIPC Trustee stated that should an investor decide to file a claim, the investor should provide a narrative explaining the investor's situation and other supporting documentation. The SIPC Trustee emphasised that anyone considering filing a claim should consult counsel. Similarly, neither the Company nor its counsel represent you individually and will not give legal advice in connection with the filing of a claim with SIPC. You should seek advice from your own lawyer or advisor before you decide whether to file a claim with SIPC.

Otherwise, the directors continue to work in the best interests of the Company and all of its shareholders to recover the losses of the Company to the greatest extent possible.

Yours faithfully,

The Board of Directors

# SIPC Claim No. 5789

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

**Name of Customer:** KISHANCHAND GANGARAM BHATIA, GOPAL GANGARAM BHATIA
PUSHPA GANGARAM BHATIA, MANDAKINI MANISH GAJARIA
**Mailing Address:** c/o Crowell & Moring LLP, Attn: William M. O'Connor
**City:** New York **State:** New York **Zip:** 10022
**Account No.:** ████ (see Exhibit A, attached)
**Taxpayer I.D. Number (Social Security No.):** _____

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of December 11, 2008:

a.    The Broker owes me a Credit (Cr.) Balance of        $ 196,406.23

b.    I owe the Broker a Debit (Dr.) Balance of        $ 0

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.        $_____

d.    If balance is zero, insert "None."        $196,406.23

2.        Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

| | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | | x |
| b. | I owe the Broker securities | | x |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | x |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | x |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | x |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | x |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | x |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | x |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  If so, give name of that broker. | | x |

Please list the full name and address of anyone assisting you in the preparation of this claim form: _William M. O'Connor, Crowell & Moring LLP_
_590 Madison Avenue, New York, NY 10022_ .

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.** ① *K. R. Bhahs* ② *(Vpdmali*

Date _2/26/09_          Signature ③ *Pushpa. G. Bhatia*
Date _2/26/09_          Signature ④ *Mandakini G.*

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**Additional Signature Page for Customer Claim**
**Account No.** ▓▓▓▓▓

| Account Holder Name, Address, and Phone Number | Percentage Ownership | Signature |
|---|---|---|
| Kishanchand Gangaram Bhatia<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention: William M. O'Connor<br>(212) 895-4200 | 100% * | *Ic. G. Bhatia* |
| Gopal Gangaram Bhatia<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention: William M. O'Connor<br>(212) 895-4200 | 100% * | *Bhatia* |
| Pushpa Gangaram Bhatia<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention: William M. O'Connor<br>(212) 895-4200 | 100% * | Pushpa. G. Bhatia |
| Mandakini Manish Gajaria<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention: William M. O'Connor<br>(212) 895-4200 | 100% * | Mandakini G. |

\* Each account holder owns an undivided equal share.

### Exhibit A

Kishanchand Gangaram Bhatia, Gopal Gangaram Bhatia, Pushpa Gangaram Bhatia and Mandakini Manish Gajaria (the "Customers") are joint holders of the account numbered ▮▮▮▮▮ with Standard Chartered Bank.

Through the account with Standard Chartered Bank, the Customers' funds were invested in 145.51 shares of Fairfield Sentry Limited. As of the November 30, 2008 account statement, the Customers' shares in Fairfield Sentry Limited were valued at $196,406.23. A copy of the November 30, 2008 account statement is annexed hereto.

In a letter to the Customers from Fairfield Sentry Limited dated February 4, 2009, Fairfield Sentry Limited advised the Customers that its account numbers with Bernard L. Madoff Investment Securities LLC are: 1-FN012-3-0; 1-FN045-3-0; 1-FN069-4-0; and 1-FN070-4-0.

In the February 4, 2009 letter, Fairfield Sentry Limited stated, "Given the uncertainty in how claims will be handled, you may wish to consider filing a claim with the SIPC." A copy of the February 4, 2009 letter is annexed hereto.

In a letter to the Customers from Fairfield Sentry Limited dated February 25, 2009, Fairfield Sentry Limited advised the Customers that Fairfield Sentry Limited had decided to file a claim with the SIPC and would do so "as soon as is practicable." A copy of the February 25, 2009 letter is annexed hereto.

The Standard Chartered
Private Bank

**Standard Chartered Bank**

Singapore Branch
16 Collyer Quay
Singapore 049318

## Portfolio View & Messaging Service

This online service offered exclusively to clients of The Standard Chartered Private Bank provides a convenient and secure way to monitor your account and communicate with your Private Banker. Portfolio View & Messaging also features a PDF format of your latest official account statement for printing or saving to your local computer. For more information on enrollment, or for currently enrolled clients who wish to receive their statements online only, please contact your Private Banker.

Standard Chartered Bank ("SCB") is incorporated in England and Wales with limited liability by Royal Charter 1853, under reference ZC18, and the principal office of the Company is situated in England at 1 Aldermanbury Square, London EC2V 7SB.

SCB is authorised and regulated in the United Kingdom by the Financial Services Authority ("FSA") under FSA register number 114276.

SCB Singapore is a branch of SCB, which is licensed to conduct banking business under the Singapore Banking Act, Chapter 19.

The Standard Chartered Private Bank is the private banking division of Standard Chartered Bank ("SCB"). American Express Bank is now a wholly owned subsidiary of Standard Chartered PLC. Private banking activities may be carried out internationally by different SCB legal entities and affiliates according to local regulatory requirements. Not all products and services are provided by all SCB branches, subsidiaries and affiliates. Some of the SCB entities and affiliates listed here only act as representatives of The Standard Chartered Private Bank, and may not be able to offer products and services, or offer advice to clients. They serve as points of contact only. American Express Fund (Lux), American Express World Express Fund (Lux) and American Express Alternative Investment Fund (Lux) are products sponsored by American Express Bank Ltd., a Standard Chartered group company. The mark "American Express", marks containing "American Express" and abbreviations derived (i.e. Amex, AXP, etc.) are trademarks of American Express Marketing & Development Corp. and are used under limited license. American Express Bank Ltd., its subsidiaries and affiliated companies are now subsidiaries or affiliated companies of Standard Chartered PLC, and are not affiliated with American Express Company or its subsidiaries.

KISHANCHAND GANGARAM BHATIA/
GOPAL GANGARAM BHATIA/
PUSHPA GANGARAM BHATIA/
MANDAKINI MANISH GAJARIA
P O BOX 5475 DUBAI, U A E

## Statement of Accounts

Statement Date: 30 November 2008

Client Number-Portfolio:

Reference Currency: US DOLLAR

Relationship Manager: MENON, SURENDRAN



**The Standard Chartered Private Bank**

Standard Chartered Bank
Singapore Branch
16 Collyer Quay
Singapore 049318
Telephone: (65) 6533 4833
Telefax: (65) 9534 3022

Statement Date: 30 November 2006
Reference Currency: US DOLLAR

Client Number/Portfolio:

Page 7

## Equities (continued)

| Currency | Quantity | Description | Average Purchase Price | Price As of Date | Valuation | Reference Currency | % |
|---|---|---|---|---|---|---|---|

Redacted

## Alternative Investments

| Currency | Balance per Quantity | Description | Average Purchase Price | Price As of Date | Valuation | Reference Currency | % |
|---|---|---|---|---|---|---|---|
| USD | 185.51 | FAIRFIELD SENTRY LIMITED (ACTUAL) FAIRFIELD SENTRY LTD (ACTUAL) | 1070.180 | 1349.778 31 OCT 06 | 185,406.23  USD | 185,406.23  USD  42.41 |

Securities positions are held by the Bank or a nominee except those shown with a (+) sign which are held in client name by the issuer or,
in the case of Portfolio Investments, are held by the custodian or sub-custodian of such securities positions.
Prices are believed to be reliable, but their accuracy is not guaranteed. This document is considered approved unless we are notified in writing of any objection within one month.
The Standard Chartered Private Bank is the private banking division of Standard Chartered Bank.

**FAIRFIELD SENTRY LIMITED**
Romasco Place, Wickhams Cay 1
Road Town, Tortola
British Virgin Islands, VG 1110

February 4, 2009

Dear Shareholder,

You will have received several letters from us as the directors of Fairfield Sentry Limited (the "**Company**"). These letters were sent as events unfolded regarding Bernard L. Madoff Investments Securities LLC ("**BMIS**"). The purpose of this letter is to now provide a significant level of additional information so that shareholders are aware of the actions being taken by the Company and its directors. As this letter contains detailed information concerning the Company, it should be considered confidential.

## Management

As a preliminary matter, we believe that it would be beneficial for you to understand how the Company is being managed at this time. As you are likely aware, the Company has three directors, Walter Noel, Peter Schmid and Jan Naess. Walter Noel is a principal of the Fairfield Greenwich Group. Peter Schmid and Jan Naess are the independent (non-executive) directors and have no financial interest in Fairfield Greenwich (Bermuda) Limited (the "**Manager**") or Fairfield Greenwich Group.

The board of directors has assumed responsibility for the management of the Company. We are meeting on a regular basis to discuss the affairs of the Company. Walter Noel has not attended these meetings and has recused himself from such meetings since the events of December 11, 2008. We have also amended the signing authority on the bank account with Citco Bank Nederland N.V. Dublin Branch to ensure that no funds are wired out of this account without the approval of either of the independent directors, Peter Schmid or Jan Naess. We continue to work closely with the Manager, in particular to liquidate the remaining assets of the Company (discussed further below). We are also working closely with the administrator, Citco Fund Services (Europe) B.V., in this regard. We value these relationships. However, we are also acting independently recognising that we owe our duties to the Company.

## Background

On October 31, 2008 the published net asset value of the Company was US$7,283,393,967 resulting in a net asset value per share of US$1,349.7782. On December 11, 2008, Bernard L. Madoff was arrested. On December 18, 2008 the Company suspended the calculation of net asset value with a consequential suspension on subscriptions and redemptions. The November 30, 2008 net asset value had not been calculated by the time of such suspension.

February 4, 2009
Page 2 of 5

## Current Assets

The Company currently has cash at a bank account with Citco Bank Nederland N.V.
Dublin Branch in the amount of US$67,179,754 (which includes the proceeds of
subscription of the December 1, 2008 and January 2, 2009 subscribers which are not
assets of the Company – see below). The Company has investments, other than with
BMIS, with a value as at November 30, 2008 of US$81,723,813. Of these investments,
US$55,947,567 represents investments in the Non-SSC Investments as defined on page
10 of the private placement memorandum of the Company. The Company has liabilities
as at November 30, 2008 in the amount of US$62,211,252, which includes a liability to
the Manager in the amount of US$61,403,895 being management and performance fees
payable to the Manager the payment of which was deferred by the Manager.

## Potential Claims

In addition to the foregoing assets held directly by the Company, the Company
recognises it may be able to realise assets from each of the following:

(a)     The Company is currently analysing its position with respect to Securities
        Investor Protection Corporation ("**SIPC**"). In particular, it is making a
        determination as to whether it is likely to receive cash from SIPC or whether it
        is likely that there will be a clawback from SIPC. The filing deadline is
        March 4, 2009. Prior to this time, the Company will make a decision as to
        whether it is in the Company's best interest to make a filing with SIPC and
        proceed accordingly. Please see below for a discussion as to whether
        shareholders of or investors in the Company should individually file with
        SIPC.

(b)     We also recognise that there may be claims available to the Company which
        may be pursued in order to recover the losses of the Company. We have
        retained legal counsel in several jurisdictions to examine potential causes of
        action and will pursue all lawsuits where there is a likelihood of success on a
        cost effective basis. However, we are proceeding cautiously and carefully
        with respect to both when and how to bring such actions. Unfortunately, we
        cannot provide further information at this time so as not to prejudice any such
        actions or the Company, but as soon as we are able to do so, we will
        communicate further in this regard.

(c)     In addition, the Company is exploring whether it is able to make any claims
        with the Internal Revenue Services for overpayment of taxes (ie United States
        withholding tax paid on dividend income purportedly by the Company
        through BMIS). All such claims will be pursued to the extent that it is
        appropriate for the Company to do so.

February 4, 2009
Page 3 of 5

Otherwise, we confirm that we will take any and all actions which are appropriate to recover the losses of the Company.

## SIPC and You

By Order dated December 15, 2008, the United States District Court, Southern District of New York, authorised SIPC to commence a liquidation proceeding against BMIS under the United States Securities Investor Protection Act ("**SIPA**") and appointed Irving Picard, Esq. as the trustee to oversee the liquidation proceeding (the "**SIPC Trustee**"). SIPC, a nonprofit United States corporation funded by assessments on brokerage firms, protects investors against financial losses arising from insolvency of their brokers. SIPC reimburses customers of brokers for up to US$100,000 for cash and up to US$500,000 for securities in their accounts when their brokerage firms become insolvent.

SIPA provides protection to those who meet the statutory definition of a "customer". The Company had brokerage accounts with BMIS. Therefore it qualifies as a "customer" under SIPA. We have received several inquiries from shareholders about whether they should be filing claims with SIPC individually.

The Company does not know whether the SIPC Trustee is going to consider indirect investors such as the shareholders of the Company as meeting the statutory definition of "customer". Accordingly, the Company has reached out to the SIPC Trustee to inquire as to his position on this issue. As yet, we have not received any advice on this issue from the SIPC Trustee. We understand from published reports that the SIPC Board met Friday, January 30, 2009 to discuss how claims will be treated, and possibly, whether indirect investors will be treated as "customers".

Given the uncertainty in how claims will be handled, you may wish to consider filing a claim with SIPC. For your convenience, we have attached a claim form to this letter, along with instructions on how to complete it. The Company's BMIS account numbers are 1-FN012-3-0; 1-FN045-3-0; 1-FN-069-4-0; and 1-FN-070-4-0.

Please be advised that neither the Company nor its counsel represent you individually and will not give legal advice in connection with the filing of a claim with SIPC. You should seek advice from your own lawyer or advisor before you decide whether to file a claim with SIPC as the filing may have implications for you concerning, among other things, the jurisdiction of the Bankruptcy Court over possible attempts by the SIPC Trustee to recover withdrawals you have made from the Company.

## November 30 Redeemers, December 31 Redeemers and Shareholders

As indicated above, the Company suspended the calculation of net asset value of the Company on December 18, 2008. As a result, the December 31, 2008 redeeming shareholders as well as all other shareholders continue to be shareholders of the Company. With respect to the November 30, 2008 redeemers, the payment of their proceeds of

February 4, 2009
Page 4 of 5

redemption has been suspended pursuant to the suspension of the calculation of net asset
value and article 10(1)(c) of the articles of association of the Company.

Once the Company is in a position to effect redemptions, which may take several years, it
is anticipated that all shares will be redeemed at the same time. The result of this is that
all shareholders, including the November 30, 2008 redeeming shareholders, the
December 31, 2008 redeeming shareholders and the continuing shareholders, should all
receive cash at the same time and share pro rata in the assets of the Company.

### December 1 and January 2 Subscribers

The Company received proceeds of subscription for both the December 1, 2008 and the
January 2, 2009 dealing day. The directors have sought advice from both British Virgin
Islands counsel, Conyers Dill & Pearman, as well as from Queen's Counsel in London,
Richard Millet QC, concerning the nature of such assets. We have carefully considered
the facts surrounding such proceeds of subscription. We have been advised by both
Conyers Dill & Pearman and Richard Millet QC and we have concluded that such
proceeds of subscription are not in fact assets of the Company. Rather, they are assets
held in trust by the Company and should be returned to such subscribers. It is our
intention to return such proceeds of subscription as soon as is practicable.

### Dutch Court Order

In the desire to provide full information to shareholders, we have to advise you of a court
order freezing the bank account of the Company maintained with Citco Bank Nederland
N.V. Dublin Branch obtained by a shareholder of the Company. This court order has
frozen the cash in this account. This court order is having a serious detrimental effect on
the Company, as it is causing amongst other matters, delays in the Company's ability to
retain counsel and pursue potential lawsuits. The effect of this court order is that the
Company does not have any cash to pay expenses nor the ability to return the proceeds of
subscription to the December 1, 2008 and January 2, 2009 subscribers. The directors of
the Company are currently in negotiations with this one investor and hope to resolve this
issue soon for the benefit of all shareholders who will all be treated equitably.

### Timeframe

As indicated above, the Company suspended the calculation of net asset value on
December 18, 2008. This had the effect of stopping all cash flows from and to the
shareholders of the Company. We are unable to advise as to when the Company will
start to realise cash from its assets as described above, including from SIPC as well as
any claims the Company may bring. This is likely to take several years. The directors
will endeavour to distribute cash when possible, taking into account its cash requirements
in order to fund continued operations, including lawsuits, as well contingent liabilities,
such as potential clawbacks from SIPC. With this in mind, the directors do not envisage
returning cash in the immediate future, but will do so once the directors have determined
that it is appropriate to do so.

February 4, 2009
Page 5 of 5

## Conclusion

We wish to assure you that we are acting faithfully and working hard in your best interests. It is our intention to recover the losses of the Company to the greatest extent possible for your benefit.

Yours faithfully,

The Board of Directors

FAIRFIELD SENTRY LIMITED
Romasco Place, Wickhams Cay 1
Road Town, Tortola
British Virgin Islands, VG 1110

February 25th, 2009

Dear Shareholder,

We are writing to you now to advise you as to the position taken by the directors of the Company in connection with making a filing with Securities Investor Protection Corporation ("**SIPC**"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC ("**BMIS**").

As set out in previous correspondence, on December 15, 2008, the Honorable Louis L. Stanton, a Federal Judge in the United States District Court for the Southern District of New York, appointed Irving Picard, Esq. as SIPC Trustee for the liquidation of BMIS. SIPC, a non-profit United States corporation funded by assessments on brokerage firms, protects investors against financial losses arising from insolvency of their brokers. SIPC reimburses customers of brokers for up to US$100,000 for cash and up to US$500,000 for securities in their accounts when their brokerage firms become insolvent.

In addition, because the SIPC proceeding is part of the bankruptcy proceeding of BMIS, the SIPC Trustee is also responsible for distributing any assets recovered from the bankruptcy of BMIS to the creditors of BMIS on a pro rata basis. By making a filing, the Company will be claiming as a creditor of BMIS its pro rata portion of the monies recovered by the Trustee for the estate, subject to claims the Trustee may allege against the Company as set forth below.

To maximize the assets of BMIS that will be distributed to customers and creditors on a pro rata basis, the SIPC Trustee may commence adversary proceedings under United States law against certain customers and creditors which received payments from BMIS. In particular, the Trustee may claim that payments made within ninety days prior to the filing of the bankruptcy petition, being the period from September 11, 2008 to December 11, 2008 (the "**Preference Period**"), are a "preference" under Section 547(b) of the United States Bankruptcy Code (the "**Bankruptcy Code**"). The SIPC Trustee would seek the return to the greatest extent possible any such alleged preference. The Trustee may also seek the return of certain monies paid to investors within two years prior to the filing of the bankruptcy petition under Section 548(b) of the Bankruptcy Code as well as six years under New York State law, claiming such monies were fraudulent conveyances under those relevant provisions.

February 25th, 2009
Page 2 of 2

It was necessary for the directors of the Company to consider any possible recovery that the Company may receive from SIPC, as well as any possible payout that the Company may need to make to SIPC, and the ability of SIPC to assert claims against the Company for monies distributed to the Company during the preference and fraudulent conveyance periods in the event the Company did not make a SIPC filing. In addition, the directors of the Company had to consider the possible recovery of assets from other sources which could be in excess of any claims by the Trustee. After very careful consideration, the directors have taken the view that it is in the Company's best interest to file with SIPC, and it is the intention of the Company to file with SIPC as soon as is practicable.

We also note that on February 20, 2009, the SIPC Trustee held a meeting with customers and creditors of BMIS. In response to several inquiries about whether investors of feeder funds that invested with BMIS are considered to be "customers" of BMIS for purposes of filing a claim, the SIPC Trustee's position is that this class of investors are outside the definition of "customer" as set forth in 15 U.S.C. § 78 lll (2). The SIPC Trustee explained that he is bound to follow the express terms of the statute and governing authorities narrowly interpreting the definition of "customer". However, the SIPC Trustee recommended that this class of investors file a claim by July 2, 2009 to preserve their rights in the event the statute is later reinterpreted or broadened to cover them as customers of BMIS. The SIPC Trustee observed that the issue may be subject to litigation. The SIPC Trustee stated that should an investor decide to file a claim, the investor should provide a narrative explaining the investor's situation and other supporting documentation. The SIPC Trustee emphasised that anyone considering filing a claim should consult counsel. Similarly, neither the Company nor its counsel represent you individually and will not give legal advice in connection with the filing of a claim with SIPC. You should seek advice from your own lawyer or advisor before you decide whether to file a claim with SIPC.

Otherwise, the directors continue to work in the best interests of the Company and all of its shareholders to recover the losses of the Company to the greatest extent possible.

Yours faithfully,

The Board of Directors

**SIPC Claim Nos. 14680, 14681, 15113, 15232, 15353**

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: Ashokkumar Damodardas Raipancholia and/or Dilip Damodardas
Raipancholia and/or Rajeshkumar Damodardas Raipancholia
Mailing Address: c/o Crowell & Moring LLP, Attn: William M. O'Connor
City: New York    State: New York    Zip: 10022
Account No.: ▮▮▮▮▮▮
Taxpayer I.D. Number (Social Security No.): _____

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

**********************************************************************

1   Claim for money balances as of December 11, 2008:

    a.   The Broker owes me a Credit (Cr.) Balance of     $837,813.40

    b.   I owe the Broker a Debit (Dr.) Balance of     $0_____

    c.   If you wish to repay the Debit Balance, please insert the amount

        you wish to repay and attach a check payable to "Irving H. Picard,

        Esq., Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, it must be enclosed

        with this claim form.     $_____

    d.   If balance is zero, insert "None."     $837,813.40

502180406

2.    Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.    The Broker owes me securities | | X |
| b.    I owe the Broker securities | | X |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180408

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: William M. O'Connor, Crowell & Moring LLP, 590 Madison Avenue, New York, NY 10022

502180406

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date   30/06/2009          Signature _____
                                     Ashokkumar Damodardas Raipancholia

Date   30/06/2009          Signature _____
                                     Dilip Damodardas Raipancholia

Date   30/06/2009          Signature _____
                                     Rajeshkumar Damodardas Raipancholia

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

## Exhibit A

Ashokkumar Damodardas Raipancholia and/or Dilip Damodardas Raipancholia and/or Rajeshkumar Damodardas Raipancholia (the "Customers") are joint holders of a certain account with Standard Chartered Bank ("Standard").

Through this account with Standard, the Customers' funds were invested in shares of Fairfield Sentry Limited. As of the last account statement, the Customers' shares in Fairfield Sentry Limited were valued at $837,813.40.

502180408

**Exhibit B**

| Account Holder Name, Address, and Phone Number | Percentage Ownership | Signature |
|---|---|---|
| Ashokkumar Damodardas Raipancholia c/o Crowell & Moring LLP 590 Madison Avenue New York, New York 10022 Attention: William M. O'Connor (212) 895-4200 | 100%* | x _Ashok Jamodas_ Ashokkumar Damodardas Raipancholia |
| Dilip Damodardas Raipancholia c/o Crowell & Moring LLP 590 Madison Avenue New York, New York 10022 Attention: William M. O'Connor (212) 895-4200 | 100%* | x _Dilip Damodardas_ Dilip Damodardas Raipancholia |
| Rajeshkumar Damodardas Raipancholia c/o Crowell & Moring LLP 590 Madison Avenue New York, New York 10022 Attention: William M. O'Connor (212) 895-4200 | 100%* | x _Rajesh Damodardas_ Rajeshkumar Damodardas Raipancholia |

\* Each account holder owns an undivided equal share.

502180408

CIF #⬛:
**Ashokkumar D. Raipancholia&/Or**
**Dilip Damodardas Raipancholia &/Or**
**Rajeshkumar Damodardas Raipancholia**
**Post Box No: 2172**
**Dubai – United Arab Emirates**

| FAIRFIELD SENTRY INVESTMENT | | | |
|---|---|---|---|
| Date | Number of Units | Net Asset Value | Amount |
| 28/01/04 | 257.20 | 972.01 | $250,002.21 |
| 28/09/04 | 147.80 | 1014.89 | $150,000.59 |
| 28/03/05 | 95.84 | 1043.44 | $100,003.82 |
| 27/06/07 | 119.86 | 1251.46 | $150,000.00 |

**Total Units      620.70**
**Value as of November 30, 2008 - $837813/40 ( US$ Eight**
**Hundred Thirty-Seven Thousand Eight Hundred**
**Thirteen & Cents Forty Only).**

**<u>Enclosed:</u>**
**a). Debit Notes for all the four transactions.**

**b). Standard Chartered Bank Statement as on 30th**
**November 2008.**

**c). Standard Chartered Bank Statement as on 31**
**December 2008.**

**d). Fairfield Sentry Limited Subscription Documents.**

American Express Bank Ltd.
(Incorporated in U.S.A with Limited Liability)
16 Collyer Quay #03-00
Singapore 049318
Telephone: 65384833
Fax: 65343022

ERICAN
XPRESS
BANK

GST REGISTRATION NO. ▓▓▓▓▓▓

OUR REF NO. _____

HOK KUMAR D. RAIPANCHOLIA JT ▓▓▓▓▓

ASHOK KUMAR D. RAIPANCHOLIA &/OR
DILIP D. RAIPANCHOLIA &/OR
RAJESH KUMAR D. RAIPANCHOLIA
P.O BOX 2172 DUBAI, U.A.E

FERENCE ▓▓▓▓▓▓

MMERCIAL BANKING. 28/01/04

UGHT ON 27/01/04

TRANS. REF ▓▓▓▓▓▓

250    FAIRFIELD SENTRY LIMITED CLASS -B-

| | | |
|---|---|---|
| DEBIT YOUR ACCOUNT NUMBER : ▓▓▓▓▓ | USD | 250,000.00 |
| | VALUE | 28/01/04 |

ACE OF EXECUTION:    UNQUOTED EXC. C.

| | | | | |
|---|---|---|---|---|
| 250 | AT | USD 1,000.000 | USD | 250,000.00 |
| | | GROSS AMOUNT | USD | 250,000.00 |
| | | TOTAL | USD | 250,000.00 |

ON THE FOLLOWING CHARGES: BROKERAGE
CLEARING FEE
COMMISSION

ICE WITHOUT SIGNATURE

P. O. Box 2172,
Dubai,
U. A. E.

January 14, 2004

American Express Bank Ltd.,
16 Collyer Quay,
Hitachi Tower,
Singapore 049318.

Dear Sirs,

Re: CIF #███████

Please arrange to debit subject account and invest USD250,000/- in Fairfield
Sentry Ltd. Fund.

Thanking you,

Yours faithfully,

*Dilip Damodardas.*

Ashok Kumar D. Raipancholia &/or Dilip D. Raipancholia &/or Rajesh
Kumar D. Raipancholia



American Express Bank Ltd
16 Collyer Quay
Singapore 049318
Tel: 65384833
www.americanexpress.com

9 November 2004

CIF ▮▮▮▮

**ASHOK KUMAR D. RAIPANCHOLIA &/OR**
**DILIP D. RAIPANCHOLIA &/OR**
**RAJESH KUMAR D. RAIPANCHOLIA**
**P.O BOX 2172 DUBAI, U.A.E**

Dear Sir,

## FAIRFIELD SENTRY LIMITED – B CLASS CONVERSION

We have been advised by our custodian that the above has emerged with the A Class.
Hence, your new holdings are as follows :-

| | | |
|---|---|---|
| Old holdings | : | 230.21 Fairfield Sentry Limited – Class B |
| Conversion Ratio | : | 1.1172338 –A- shares for 1 –B- share |
| New holdings | : | 257.20 Fairfield Sentry Limited – Class A |

We have updated your holdings accordingly on 1 November 2004.

Please let us know if you have any questions.

Yours faithfully

American Express Bank Ltd.

CC: DORIS SEAH



**American Express Bank Ltd.**
(Incorporated in U.S.A. with Limited Liability)
16 Collyer Quay #03-00
Singapore 049318.
Telephone: 65384833
Fax: 65343022

AMERICAN
EXPRESS
BANK

GST REGISTRATION NO. ▆▆▆▆
OUR REF NO. ▆▆▆▆

CUSTOMER ▆▆▆▆

ASHOK KUMAR D. RAIPANCHOLIA &/OR
DILIP D. RAIPANCHOLIA &/OR
RAJESH KUMAR D. RAIPANCHOLIA
P.O BOX 2172 DUBAI, U.A.E

DEAL DATE : 24 SEPTEMBER 2004

CONTRACT :

CONTRACT NOTE
WE BOUGHT FOR YOUR ACCOUNT

USD    150,000.00
VALUE DATE    SEPTEMBER

IN : NEW YORK

TRADE DATE :    23 SEP 2004

SECURITY NO. :    201142-909
FAIRFIELD SENTRY LTD CL B (PENDING)

NOTIONAL    150 AT    1,000.693    USD    150,000.00
NET AMOUNT    USD    150,000.00
AMOUNT DEBITED    USD    150,000.00

ON THE FOLLOWING CHARGES    BROKERAGE
CLEARING FEE
COMMISSION

ADVICE WITHOUT SIGNATURE

**AMERICAN EXPRESS BANK**

**American Express Bank Ltd.**
(Incorporated in U.S.A. with Limited Liability)
16 Collyer Quay #03-00
Singapore 049318.
Telephone: 65384833
Fax: 65343022

GST REGISTRATION NO. ▓▓▓▓▓▓▓
OUR REF NO. _____

CUSTOMER ▓▓▓▓▓

ASHOK KUMAR D. RAIPANCHOLIA &/OR
DILIP D. RAIPANCHOLIA &/OR
RAJESH KUMAR D. RAIPANCHOLIA
P.O BOX 2172 DUBAI, U.A.E

SECURITIES CLIENT CONFIRMATION          TRANS.REF: ▓▓▓▓▓▓▓

SECURITIES TRANSFER                              USD            0.00
WE RECEIVED FOR YOUR ACCOUNT    ▓▓▓▓▓
                                                 VALUE 20 APRIL 2005

TRADE DATE    : 28 MARCH 2005
TO            : STG TAKE ON BROKER
SECURITY NO.  : ▓▓▓▓
                FAIRFIELD SENTRY LTD CL A (ACTUAL)
                FAIRFIELD SENTRY LIMITED (ACTUAL)
NOMINAL  95.84    AT THE RATE OF    1043.4455 USD        100,003.82
                  INTEREST          USD                       0.00
                  CHARGES           USD                       0.00
                  TOTAL             USD                       0.00

ON THE FOLLOWING CHARGES : BROKERAGE _____
                           CLEARING FEE _____
                           COMMISSION _____

ADVICE WITHOUT SIGNATURE

P. O. Box 2172,
Dubai,
U. A. E.

March 24, 2005

American Express Bank Ltd.,
16 Collyer Quay,
Hitachi Tower,
Singapore 049318.

Dear Sirs,

Re: CIF #█████

Please arrange to debit my current account and invest US$ 100,000/- in Fairfield
Sentry Ltd. Fund.

Thanking you,

Yours faithfully,

Ashok Kumar D. Raipancholia &/or Dilip D. Raipancholia &/or Rajesh
Kumar D. Raipancholia



**AMERICAN EXPRESS BANK**

**American Express Bank Ltd.**
(Incorporated in U.S.A. with Limited Liability)
16 Collyer Quay #03-00
Singapore 049318.
Telephone: 65384833
Fax: 65343022

GST REGISTRATION NO. ▬▬▬▬
OUR REF NO. _____

CUSTOMER ▬▬▬▬▬▬

ASHOK KUMAR D. RAIPANCHOLIA/
DILIP D. RAIPANCHOLIA/
RAJESH KUMAR D. RAIPANCHOLIA
P.O BOX 2172 DUBAI, U.A.E

CONTRACT : ▬▬▬▬▬▬▬▬▬

CONTRACT NOTES
WE BOUGHT FOR YOUR ACCOUNT ▬▬▬▬▬    USD    150,000.00
VALUE DATE : 27 JUNE 2007

INV. CITCO FUND

TRADE DATE      26 JUN 2007

SECURITY NO. ▬▬▬▬▬▬
FAIRFIELD SENTRY LTD (ACTUAL)
NOMINAL      117.8645 AT 1,251.4305    USD    150,000.00
NET AMOUNT    USD    150,000.00
AMOUNT DEBITED    USD    150,000.00

ON THE FOLLOWING CHARGES  BROKERAGE
CLEARING FEE
COMMISSION

ADVICE WITHOUT SIGNATURE

KTT SHEFNA

P. O. Box 2172,
Dubai.
U. A. E.

May 9, 2007

American Express Bank Ltd.,
16 Collyer Quay,
Hitachi Tower,
Singapore 049318.

Dear Sirs,

Re: CIF # ███████

Please arrange to debit the subject account and invest USD150,000 in Fairfield
Sentry Ltd.

Thanking you,

Yours faithfully,

Ashokkumar D. Raipancholia &/or Dilip D. Raipancholia &/or Rajeshkumar D.
Raipancholia

The Standard Chartered
# Private Bank

# Standard Chartered Bank

Singapore Branch
16 Collyer Quay
Singapore 049318

**ASHOK KUMAR D. RAIPANCHOLIA/**
**DILIP D. RAIPANCHOLIA/**
**RAJESH KUMAR D. RAIPANCHOLIA**
**P.O BOX 2172 DUBAI, U.A.E**

## Statement of Accounts

Statement Date: 30 November 2008

Client Number-Portfolio: ▮▮▮▮

Reference Currency: US DOLLAR

Relationship Manager: MENON, SURENDRAN

## Portfolio View & Messaging Service

This online service offered exclusively to clients of The Standard Chartered Private Bank provides a convenient and secure way to monitor your account and communicate with your Private Banker. Portfolio View & Messaging also features a PDF format of your latest official account statement for printing or saving to your local computer. For more information on enrolment, or for currently enrolled clients who wish to receive their statements online only, please contact your Private Banker.

Standard Chartered Bank ("SCB") is incorporated in England and Wales with limited liability by Royal Charter 1853, under reference 2C16, and the principal office of the Company is situated in England at 1 Aldermanbury Square, London EC2V 7SB.

SCB is authorised and regulated in the United Kingdom by the Financial Services Authority ("FSA") under FSA register number 114276.

SCB Singapore is a branch of SCB, which is licensed to conduct banking business under the Singapore Banking Act, Chapter 19.

The Standard Chartered Private Bank is the private banking division of Standard Chartered Bank ("SCB"). American Express Bank is now a wholly owned subsidiary of Standard Chartered PLC. Private banking activities may be carried out internationally by different SCB legal entities and affiliates according to local regulatory requirements. Not all products and services are provided by all SCB branches, subsidiaries and affiliates. Some of the SCB entities and affiliates listed here only act as representatives of The Standard Chartered Private Bank, and may not be able to offer products and services, or offer advice to clients. They serve as points of contact only. American Express Fund (Lux), American Express World Express Fund (Lux) and American Express Alternative Investment Fund (Lux) are products sponsored by American Express Bank Ltd., a Standard Chartered group company. The mark "American Express" (including "American Express" and abbreviations thereof (i.e. Amex, AXP, etc.) are trademarks of American Express Marketing & Development Corp, and are used under limited license.

The Standard Chartered
**Private Bank**

**Standard Chartered Bank**
Singapore Branch
16 Collyer Quay
Singapore 049318
Telephone   (65) 6536 4833
Telefax   (65) 6534 3022

Page 13
Statement Date: 30 November 2008
Reference Currency: US DOLLAR

Client Number-Portfolio:

## Alternative Investments

| Currency | Balance or Quantity | Description | Average Purchase Price | Price As of Date | Valuation | Reference Currency | % |
|---|---|---|---|---|---|---|---|
| USD | 69.85 | PERMAL MACRO HOLDINGS LTD USD SHARES - CLASS A | 2863.237 | 3539.000 15 NOV 08 | 247,202.69 USD | 247,202.69 USD | 5.07 |
| USD | 620.70 | FAIRFIELD SENTRY LIMITED (ACTUAL) FAIRFIELD SENTRY LTD (ACTUAL) | 1064.974 | 1349.778 31 OCT 08 | 837,813.40 USD | 837,813.40 USD | 17.18 |
| | | **Total Alternative Investments** | | | | 1,085,016.09 USD | 22.25 |
| | | **Total Assets** | | | | 4,876,134.55 USD | 100.00 |

Statement Date: 30 November 2008

Client Number-Portfolio:

Reference Currency: US DOLLAR

Relationship Manager: MENON, SURENDRAN

Standard Chartered Bank ("SCB") is incorporated in England and Wales with limited liability by
Royal Charter 1853, under reference 2C18, and the principal office of the Company is situated
in England at 1 Aldermanbury Square, London EC2V 7SB.

SCB is authorised and regulated in the United Kingdom by the Financial Services Authority
("FSA") under FSA register number 114276.

SCB Singapore is a branch of SCB, which is licensed to conduct banking business under the
Singapore Banking Act, Chapter 19.

The Standard Chartered Private Bank is the private banking division of Standard Chartered Bank ("SCB"). American Express Bank is now a wholly owned subsidiary of Standard Chartered PLC. Private banking activities
may be carried out internationally by different SCB legal entities and affiliates according to local regulatory requirements. Not all products and services are provided by all SCB branches, subsidiaries and affiliates. Some of
the SCB entities and affiliates listed here only act as representatives of the Standard Chartered Private Bank, and may not be able to offer products and services, or offer advice to clients. They serve as points of contact
only. American Express Fund (Lux), American Express World Express Fund (Lux) and American Express Alternative Investment Fund (Lux) are products sponsored by American Express Bank Ltd., a Standard Chartered
group company. The mark "American Express", marks containing "American Express" and abbreviations thereof (i.e. Amex, AXP, etc.) are trademarks of American Express Marketing & Development Corp. and are used
under limited license. American Express Bank Ltd., its subsidiaries and affiliated companies are now subsidiaries or affiliated companies of Standard Chartered PLC, and are not affiliated with American Express Company or
its subsidiaries.



The Standard Chartered
# Private Bank

# Standard Chartered Bank

Singapore Branch
16 Collyer Quay
Singapore 049318

## SEASON'S GREETINGS

The staff at The Standard Chartered Private Bank would like to take this opportunity to thank clients for their business and continued support during this past year. We look forward to extending our quality commitment to clients in 2009 by providing the highest service standards to assist you with your wealth management needs. We wish you and your families a joyous holiday season and happy New Year.

Standard Chartered Bank ("SCB") is incorporated in England and Wales with limited liability by Royal Charter 1853, under reference 2C1/8, and the principal office of the Company is situated in England at 1 Aldermanbury Square, London EC2V 7SB.

SCB is authorised and regulated in the United Kingdom by the Financial Services Authority ("FSA") under FSA register number 114276.

SCB Singapore is a branch of SCB, which is licensed to conduct banking business under the Singapore Banking Act, Chapter 19.

ASHOK KUMAR D. RAIPANCHOLIA/
DILIP D. RAIPANCHOLIA/
RAJESH KUMAR D. RAIPANCHOLIA
P.O BOX 2172 DUBAI, U.A.E

## Statement of Accounts

Statement Date: 31 December 2008

Client Number-Portfolio: ▮▮▮▮

Reference Currency: US DOLLAR

Relationship Manager: MENON, SURENDRAN

The Standard Chartered Private Bank is the private banking division of Standard Chartered Bank ("SCB"). American Express Bank is now a wholly owned subsidiary of Standard Chartered PLC. Private banking activities may be carried out internationally by different SCB legal entities and affiliates according to local regulatory requirements. Not all products and services are provided by all SCB branches, subsidiaries and affiliates. Some of the SCB entities and affiliates listed here only act as representatives of The Standard Chartered Private Bank, and may (not be able to offer products and services, or offer advice to clients. They serve as points of contact only. American Express Fund (Lux), American Express World Equities Fund (Lux) and American Express Alternative Investment Fund (Lux) are products sponsored by American Express Bank Ltd., a Standard Chartered group company. The mark "American Express", marks containing "American Express" and abbreviations thereof (i.e., Amex, AXP, etc.) are trademarks of American Express Marketing & Development Corp. and are used under license. American Express Bank Ltd., its subsidiaries and affiliated companies are now subsidiaries or affiliated companies of Standard Chartered PLC, and are not affiliated with American Express Company or its subsidiaries.

**The Standard Chartered**
**Private Bank**

Standard Chartered Bank
Singapore Branch
16 Collyer Quay
Singapore 049318
Telephone:   (65) 6538 4633
Telefac  :   (65) 6534 3022

Page 13
Statement Date: 31 December 2008
Reference Currency: US DOLLAR

Client Number-Portfolio:

## Alternative Investments

| Currency | Balance or Quantity | Description | Average Purchase Price | Price As of Date | Valuation | Reference Currency | % |
|---|---|---|---|---|---|---|---|
| USD | 69.85 | PERMAL MACRO HOLDINGS LTD USD SHARES - CLASS A | 2863.237 | 3580.620 15 DEC 08 | 250,109.89  USD | 250,109.89  USD | 5.81 |
| USD | 620.70 | FAIRFIELD SENTRY LIMITED (ACTUAL) FAIRFIELD SENTRY LTD (ACTUAL) | 1064.974 | 0.010 22 DEC 08 | 6.21  USD | 6.21  USD | 0.00 |
| | | **Total Alternative Investments** | | | **250,116.10  USD** | | **5.82** |

Alternative Investments

| | Balance or Quantity | | | | | | |
|---|---|---|---|---|---|---|---|
| | 69.85 | | | | | | |
| | 620.70 | | | | | | |
| | 620.70 | | | | | | |

*CIF H* ▬▬▬▬

# FAIRFIELD SENTRY LIMITED SUBSCRIPTION DOCUMENTS

**Instructions**

    **A. All subscribers.** Provide all information requested in the Subscription Agreement and execute in the appropriate place on the signature page.

    **B. Items to be delivered by All Subscribers.**

        (i)        Completed and signed Subscription Agreement.

        (ii) U.S. dollar denominated funds in the amount of the full purchase price for Shares. Wire transfer funds for the full amount of the subscription to the Fund's escrow account at:

|  |  |
|---|---|
| | HSBC Bank USA |
| | 452 Fifth Avenue |
| | New York, NY 10018 |
| | U.S.A. |
| | SWIFT: |
| | ABA: ▬▬▬▬ |
| **For Account and under Swift advice to:** | Citco Bank Nederland, N.V. |
| | SWIFT: ▬▬▬▬ |
| | P.O. Box 7241 |
| | Amsterdam, The Netherlands |
| **Account No.: Reference:** | ▬▬▬▬ |
| | Fairfield Sentry Limited – Class B Shares |
| | Account No. ▬▬▬▬ |
| **IBAN:** | |
| **By Order of:** | (Name of Subscriber) |

(iii) Subscription documents should be delivered or sent by courier to Fairfield Sentry Limited, c/o Citco Fund Services (Europe) B.V., Telestone 8 –Teleport, Naritaweg 165 1043 BW Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax no.: (31-20) 572-2610.

9293351.6

335304.2

12/10/02 03:13pm

"Administrator"), the sample bank letter attached hereto as Schedule A MUST be completed by the financial institution which will be remitting the subscription monies on behalf of the subscriber.

For Account and
under Swift advice to:   HSBC Bank USA
        452 Fifth Avenue
        New York, New York 10018
        U.S.A.
        ███████████

        Citco Bank Nederland, N.V.
        Telestone 8 –Teleport,
        Naritaweg 165
        1043 BW Amsterdam
        The Netherlands
        ███████████

Account No.:
Reference:      Fairfield Sentry Limited – Class B Shares
        Account No. ████████

IBAN:
By Order of:      (Name of Subscriber)

Subscriber should fax and mail an executed, **Delivery of Subscription Agreement.** Subscriber should fax and mail an executed, completed copy of this Agreement to the Administrator at the above facsimile number and address.

 **5.**  **Status Representations.**

   **a.**  **SEC Regulation S.** Subscriber is not a "U.S. Person" under Regulation S of the U.S. Securities and Exchange Commission (adopted under the U.S. Securities Act of 1933, as amended (the "1933 Act")) because (a) if an individual, Subscriber is not a resident of the United States of America or its territories or possessions (the "U.S.") or "resident alien" as defined under the U.S. income tax laws, and (b) if an entity, Subscriber is not any of the following: (i) a partnership or corporation organized or incorporated under U.S. law; (ii) an estate of which any executor or administrator is a U.S. Person; (iii) a trust of which a trustee is a U.S. Person; (iv) any agency or branch of a foreign entity located in the U.S.; (v) a partnership or corporation organized under non-U.S. law but formed by a U.S. Person principally for the purpose of investing in securities not registered under the 1933 Act (unless organized and incorporated, and owned, by accredited investors as defined in Rule 501 under the 1933 Act who are not natural persons, estates or trusts); (vi) a non-discretionary or similar account (other than an estate or trust) held by a dealer or other fiduciary for a U.S. Person; or (vii) a discretionary or similar account (other than an estate or trust) held by a dealer or other fiduciary organized, incorporated or (if an individual) resident in the U.S.

Subscriber acknowledges that, except with the consent of the Fund, the Shares may not be owned by a U.S. Person, that the Shares will not at any time be held for the account or benefit, directly or indirectly, of any U.S. Person, and that, except with the consent of the Fund, the Subscriber will not resell, reoffer or transfer any Shares or any interest therein to any person, including a U.S. Person or any non-U.S. Person subject to the above restrictions. Subscriber acknowledges that reoffers, resales or any transfer of the Shares is subject to the limitations imposed by the Fund's Articles of Association and may be made only in compliance with applicable securities laws and only with the prior written consent of the Board of

9292351.6

335304.2            3         12/10/02 03:13pm

Name of Advisor's firm or organization:

Not Applicable:

7.    Receipt of Fund Documents and Other Documents.  Subscriber has received and read a copy of the Memorandum.  Subscriber acknowledges that in making a decision to subscribe for Shares, Subscriber has relied solely upon the Fund Documents and independent investigations made by Subscriber and has not relied on any representation inconsistent with the information in the Fund Documents.  Subscriber is not relying on the Fund, the Fund's board of directors, administrator, the Investment Manager, or any other person or entity with respect to the legal, tax and other economic considerations involved in this investment other than the Investor's own advisers.  The Investor's investment in the Shares is consistent with the investment purposes, objectives and cash flow requirements of the Investor and will not adversely affect the Investor's overall need for diversification and liquidity.

8.    Subscriber Sophistication and Financial Condition.  Subscriber has such knowledge and experience in financial and business matters that it is capable of evaluating the risks of this investment.  Subscriber has obtained sufficient information from the Fund or its authorized representatives to evaluate such risks and has consulted with the Subscriber's own advisors and is fully informed as to the legal and tax requirements within the Subscriber's own country (countries) regarding a purchase of the Shares.  Subscriber is not relying on the Fund or the board of directors, or any other person or entity with respect to the legal, tax and other economic considerations involved in this investment other than the Subscriber's own advisers.  Subscriber has not relied on any person as a purchaser representative in connection with that evaluation.  Subscriber has evaluated the risks of investing in the Fund, understands the substantial risks of loss incidental to the purchase of Shares and has determined that the Shares are a suitable investment for the Subscriber.  Subscriber's investment is consistent with its investment purposes and objectives and cash flow requirements, and will not adversely affect Subscriber's overall need for diversification and liquidity.

Subscriber understands that (a) the Fund has no operating history; (b) no governmental agency has passed upon the Shares or made any findings or determination as to the fairness of this investment; and (c) the representations, warranties, agreements, undertakings and acknowledgments made by the Subscriber in this Subscription Agreement will be relied upon by the Fund, the Board of Directors, the Investment Manager and the Administrator in determining the Subscriber's suitability as a purchaser of Shares and the Fund's compliance with various securities laws, and shall survive the Subscriber's becoming a shareholder of the Fund.

All information which the Subscriber has provided to the Fund or the Administrator concerning the Subscriber, the Subscriber's status, financial position and knowledge and experience of financial, tax and business matters, or, in the case of an Subscriber that is an entity, the knowledge and experience of financial, tax and business matters of the person making the investment decision on behalf of such entity, is correct and complete as of the date set forth herein.

9.    Redemptions.  Subscriber is aware of the limited provisions for redemptions and has read the sections in the Memorandum entitled "Transfers, Redemptions and Termination."  Subscriber has no need for liquidity in this investment, can afford a complete loss of the investment in the Shares and can afford to hold the Shares for an indefinite period of time.  Subscriber understands that the Fund will generally redeem Shares as of the last day of each month (the "Redemption Date"); provided that the

9293351.6

335304.2                                             5                          12/10/02 03:13pm

19.    <u>New York Courts.</u> Subscriber agrees that any suit, action or proceeding ("Proceeding") with respect to this Agreement and the Fund may be brought in New York. Subscriber irrevocably submits to the jurisdiction of New York courts with respect to any Proceeding and consents that service of process as provided by New York law may be made upon Subscriber in such Proceeding, and may not claim that Proceeding has been brought in an inconvenient forum. Subscriber consents to the service of process out of any New York court in any such Proceeding, by the mailing of copies thereof, by certified or registered mail, return receipt requested, addressed to Subscriber at the address of Subscriber then appearing on the Fund's records. Nothing herein shall affect the Fund's right to commence any Proceeding or otherwise to proceed against Subscriber in any other jurisdiction or to serve process upon Subscriber in any manner permitted by any applicable law in any relevant jurisdiction.

20.    <u>Office of Foreign Assets Control.</u> (A)   Subscriber understands and agrees that the Fund prohibits the investment of funds by any persons or entities that are acting, directly or indirectly, (i) in contravention of any applicable laws and regulations, including anti-money laundering regulations or conventions; (ii) on behalf of terrorists or terrorist organizations, including those persons or entities that are included on the List of Specially Designated Nationals and Blocked Persons maintained by the U.S. Treasury Department's Office of Foreign Assets Control[1] ("OFAC"), as such list may be amended from time to time, (iii) for a senior foreign political figure, any member of a senior foreign political figure's[2] immediate family or any close associate of a senior foreign political figure[2], unless the Fund, after being specifically notified by Subscriber in writing that it is such a person, conducts further due diligence, and determines that such investment shall be permitted, or (iv) for a foreign shell bank[3] (such persons or entities in (i) – (iv) are collectively referred to as "Prohibited Persons").

(B)    Subscriber represents, warrants and covenants that: (i) it is not, nor is any person or entity controlling, controlled by or under common control with Subscriber, a Prohibited Person, and (ii) to the extent Subscriber has any beneficial owners[4] or is acting as agent or nominee in connection with this investment, (a) it has carried out thorough due diligence to establish the identities of such beneficial owners, (b) based on such due diligence, Subscriber reasonably believes that no such beneficial owners are Prohibited Persons, (c) it holds the evidence of such identities and status and will maintain all such evidence for at least five years from the date of Subscriber's complete redemption from the Fund, and (d) it will make available such information and any additional information requested by the Fund that is required under applicable regulations.

(C)    If any of the foregoing representations, warranties or covenants ceases to be true or if the Fund no longer reasonably believes that it has satisfactory evidence as to their truth, notwithstanding any other agreement to the contrary, the Fund may, in accordance with applicable

---

[1]    The OFAC list may be accessed on the web at http://www.treas.gov/ofac.

[2]    Senior foreign political figure means a senior official in the executive, legislative, administrative, military or judicial branches of a foreign government (whether elected or not), a senior official of a major foreign political party, or a senior executive of a foreign government-owned corporation. In addition, a senior foreign political figure includes any corporation, business or other entity that has been formed by, or for the benefit of, a senior foreign political figure. The immediate family of a senior foreign political figure typically includes the political figure's parents, siblings, spouse, children and in-laws. A close associate of a senior foreign political figure is a person who is widely and publicly known internationally to maintain an unusually close relationship with the senior foreign political figure, and includes a person who is in a position to conduct substantial domestic and international financial transactions on behalf of the senior foreign political figure.

[3]    Foreign shell bank means a foreign bank without a physical presence in any country, but does not include a regulated affiliate. A post office box or electronic address would not be considered a physical presence. A regulated affiliate means a foreign shell bank that: (1) is an affiliate of a depository institution, credit union, or foreign bank that maintains a physical presence in the United States or a foreign country, as applicable; and (2) is subject to supervision by a banking authority in the country regulating such affiliated depository institution, credit union, or foreign bank.

[4]    Beneficial owners is defined in footnote 1 above.

9202351.6

335304.2                                    7                           12/10/02 03:13pm

Subscriber acknowledges that each director and officer of the Fund is entitled to be indemnified out of the assets of the Fund against all costs, losses or expenses arising from mistakes of judgement or any action or inaction that the person reasonably believed to be within the scope of the authority granted to him, provided that such actions or inactions did not constitute gross negligence, willful conduct or breach of fiduciary duty.

24.    **Enforceability.**  If any provision hereof is invalid or unenforceable under any applicable law, it shall be deemed inoperable to that extent (and modified to the extent necessary to comply with that law) and its invalidity or unenforceability shall not affect any other provision hereof.

25.    **Currencies.**  If Subscriber subscribes in a currency other than U.S. Dollars, Subscriber agrees that the Fund may sell such subscription funds at the market rate for that currency and that the Shares will be issued to the value of the proceeds, minus the reasonable costs relating to the sale.

26.    **Appointment of Revocable Proxy.**  Subscriber hereby designates and appoints the Administrator with full power of substitution, as its true and lawful proxy and attorney-in-fact for the purpose of voting the Shares subscribed for herein or otherwise acquired as said proxy may determine on any and all matters which may arise at any meeting of shareholders and upon which such Shares could be voted by Shareholders present in person at that meeting.  This proxy may be revoked by the owner of record of the Shares hereby subscribed for, either personally or by presentation of a subsequently executed proxy at any meeting of Shareholders, or by written notice to the Administrator at the above address (or such other address as the Fund or the Administrator shall furnish in writing to a Shareholder) received before the meeting.

27.    **If Subscriber is acting as a Representative.**  If Subscriber is subscribing as trustee, agent, representative, or nominee for another person (the "Beneficial Shareholder"), Subscriber agrees that the representations and agreements herein are made by Subscriber with respect to itself and the Beneficial Shareholder.  Subscriber has all requisite authority from the Beneficial Shareholder to execute and perform the obligations hereunder.  Subscriber also agrees to indemnify the Fund, the Investment Manager and the Administrator and their directors, members, partners, officers and agents for any and all costs, fees and expenses (including legal fees and disbursements, fines and amounts paid in settlement) in connection with any damages resulting from Subscriber's misrepresentation or misstatement contained herein, or the assertion of Subscriber's lack of proper authorization from the Beneficial Shareholder to enter into this Subscription Agreement or perform the obligations hereof.

If the Subscriber enters into a swap, structured note or other derivative instrument, the return from which is based in whole or in part on the return of the Fund (the "Swap") with a third party (a "Third Party"), the Subscriber represents and warrants that with respect to a Third Party entering into a Swap: (a) the Third Party is authorized under its constitutional documents (e.g., certificate of incorporation, by-laws, partnership agreement or trust agreement) and applicable law to enter into the Swap and would also be so authorized to invest directly into the Fund; (b) the Third Party has received and reviewed a copy of the Memorandum and the Subscription Agreement; (c) the Third Party acknowledges that the Fund and its affiliates are not responsible for the legality, suitability or tax consequences of the Swap and that the Subscriber is not an agent of the Fund; and (d) the Third Party is an "eligible swap participant" and a "qualified eligible person" under Commodity Futures Trading Commission rules, and an "accredited investor" under Regulation D and a "qualified purchaser" under the Company Act and is eligible to receive "hot issues" because it is not a restricted person as contemplated under the rules of the National Association of Securities Dealers, Inc.  Subscriber also agrees to indemnify the Fund, the Investment Manager and their officers and agents for any and all costs, fees and expenses (including legal fees and

organized under the laws of _____ and has its principal place of business in

_____.

        f.     **Authorized Persons.** The names of the persons authorized by Subscriber to give and receive instructions between the Fund and Subscriber, together with their signatures, are set forth below. Such persons are the only persons so authorized by Subscriber until further notice to the Fund by any one of such persons:

| Print Name | Signature |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |

        The Administrator and the Fund are each hereby authorized and instructed to accept and execute any instructions in respect of the Shares to which this Agreement relates given by Subscriber in written form or by facsimile. If instructions are given by Subscriber by facsimile, Subscriber undertakes to send the original letter of instructions to the Administrator and the Fund, and Subscriber agrees to keep each of them indemnified against any loss of any nature whatsoever arising to any of them as a result of any of them acting upon facsimile instructions. The Administrator and the Fund may rely conclusively upon and shall incur no liability in respect of any action taken upon any notice, consent, request, instructions or other instrument believed in good faith to be genuine or to be signed by properly authorized persons.

        g.     **Redemption Payments.** Until further notice from Subscriber to the Fund, signed by any authorized person listed above, redemption or other payments by the Fund to Subscriber should be wired only to Subscriber and only as follows (please print or type):

Bank name: _____

Bank address: _____

ABA or CHIPS number: _____

Account name: _____

Account number: _____

For further credit: _____

## SCHEDULE A

PLEASE GIVE THIS LETTER TO YOUR FINANCIAL INSTITUTION AND HAVE THEM RETURN IT TO THE ADMINISTRATOR AT THE SAME TIME THAT THE SUBSCRIPTION MONIES ARE WIRED.

### SAMPLE LETTER

[to be placed on letterhead of the financial institution remitting payment]

Date

Via mail and facsimile: (31-20) 572-2610
Fairfield Sentry Limited
Citco Fund Services (Europe) B.V.
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Dear Sirs

**RE:    FAIRFIELD SENTRY LIMITED (the "Fund")**

1.    Name of Remitting Financial Institution:
2.    Address of Remitting Financial Institution:
3.    Name of Customer:
4.    Address of Customer:
5.    We have credited your account at [Bank], Account Number [number] for [amount] by order of [subscriber] on [date].

The above information is given in strictest confidence for your own use only and without any guarantee, responsibility or liability on the part of this institution or its officials.

Yours faithfully,

Signed:                    _____

Full Name:                _____

Position:                  _____

For additional information, please contact the Administrator at Citco Fund Services (Europe) B.V., Telestone 8 – Teleport, Naritaweg 165, 1043 BW Amsterdam, The Netherlands, Telephone: (31-20) 572-2100, Facsimile:  (31-20) 572-2610.

9293351.6

355304.2                                    A-1                        12/10/02 03:13pm

Date: _____

Dear ABB:

Please purchase on my behalf $_____ of Fairfield Sentry Limited
(the "Fund"), Class B shares (the "Shares").

I have received the Offering Memorandum and the Subscription Agreement for the
Fund.

I understand that in connection with my purchase of Shares, my account will be charged a
distribution and servicing fee of .50% per annum, calculated monthly based on the month
end NAV of the Shares and payable on a quarterly basis.

Sincerely,

_____    DILP DAMODARDAS.    Reejesh Damodardas
Client Signature

Client Name: ASHOK KUMAR D. RAIPANCHOLIA &/or DILIP D. RAIPANCHOLIA &/or
Account Number: CIF #  ██████████    RAJESH KUMAR D. RAIPANCHOLIA.

| TICK WHERE APPROPRIATE | |
|---|---|
| ORIGINAL COPY | ✓ |
| FAX COPY | |
| PBSA / FAX INDEMNITY | ✓ |
| SIGNATURE VERIFIED | ✓ |
| SCANNED | |

Ashokkumar Damodardas Raipancholia
and/or Dilip Damodardas Raipancholia and/or
Rajeshkumar Damodardas Raipancholia
P.O. Box 2172
Dubai, UAE

June 29, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

William O'Connor, Esq.
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

Re:    Bernard L. Madoff Investment Securites LLC, Customer Claim of
       Ashokkumar Damodardas Raipancholia and/or Dilip Damodardas
       Raipancholia and/or Rajeshkumar Damodardas Raipancholia

Dear Mr. Picard and Mr. O'Connor:

       This letter confirms that Crowell & Moring LLP, and specifically, William
O'Connor, Esq., a partner thereof, is hereby authorized to execute and file a
Customer Claim in the Bernard L. Madoff Investment Securities LLC liquidation on
behalf of each of the undersigned.

Should you have any questions, please do not hesitate to contact us.

Sincerely,

Ashokkumar Damodardas Raipancholia

Dilip Damodardas Raipancholia

Rajeshkumar Damodardas Raipancholia

**SIPC Claim Nos. 15110, 70163**

## CUSTOMER CLAIM

Claim Number _____

Date Received _____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: Kishu Nathurmal Uttamchandani and Uttamchandani Prerna Vinod
Mailing Address: c/o Crowell & Moring LLP, Attn: William M. O'Connor
City: New York   State: New York   Zip: 10022
Account No.: _____
Taxpayer I.D. Number (Social Security No.): _____

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1  Claim for money balances as of **December 11, 2008:**

    a.    The Broker owes me a Credit (Cr.) Balance of    **$236,224.28**

    b.    I owe the Broker a Debit (Dr.) Balance of    $0 _____

    c.    If you wish to repay the Debit Balance, please insert the amount
you wish to repay and attach a check payable to "Irving H. Picard,
Esq., Trustee for Bernard L. Madoff Investment Securities LLC."

    If you wish to make a payment, **it must be enclosed**
with this claim form.    $_____

    d.    If balance is zero, insert "None."    $236,224.28

502180406

2.    Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | _____ | ___X___ |
| b. | I owe the Broker securities | _____ | ___X___ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | Number of Shares or Face Amount of Bonds | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | _____ | __X__ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | _____ | __X__ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | _____ | __X__ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | _____ | __X__ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | _____ | __X__ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | _____ | __X__ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. | _____ | __X__ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: <u>William M. O'Connor, Crowell & Moring LLP, 590 Madison Avenue, New York, NY 10022</u>

502180406

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date ___7/2/09___    Signature _____
Kishu Nathurmal Uttamchandani

Date ___7/2/09___    Signature _____
Uttamchandani Prerna Vinod

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.,* corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

## Exhibit A

Kishu Nathurmal Uttamchandani and Uttamchandani Prerna Vinod (the "Customers") are joint holders of a certain account with Standard Chartered Bank ("Standard").

Through this account with Standard, the Customers' funds were invested in shares of Fairfield Sentry Limited. As of the last account statement, the Customers' shares in Fairfield Sentry Limited were valued at $236,224.28.

**Exhibit B**

| Account Holder Name, Address, and Phone Number | Percentage Ownership | Signature |
|---|---|---|
| Kishu Nathurmal Uttamchandani<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention: William M. O'Connor<br>(212) 895-4200 | 100%* | X _____<br>Kishu Nathurmal Uttamchandani |
| Uttamchandani Prerna Vinod<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention: William M. O'Connor<br>(212) 895-4200 | 100%* | _____<br>Uttamchandani Prerna Vinod |

\* Each account holder owns an undivided equal share.

502180406

Kishu Nathurmal Uttamchandani, and
Uttamchandani Prerna Vinod
Rosha Trading Co. (LLC)
P.O. Box 6248
Dubai, UAE


June 29, 2009


Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

William O'Connor, Esq.
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022


Re:    Bernard L. Madoff Investment Securites LLC, Customer Claim of
       Kishu Nathurmal Uttamchandani and Uttamchandani Prerna Vinod


Dear Mr. Picard and Mr. O'Connor:

    This letter confirms that Crowell & Moring LLP, and specifically, William
O'Connor, Esq., a partner thereof, is hereby authorized to execute and file a
Customer Claim in the Bernard L. Madoff Investment Securities LLC liquidation on
behalf of each of the undersigned.

Should you have any questions, please do not hesitate to contact us.

Sincerely,

Kishu Nathurmal Uttamchandani

Uttamchandani Prerna Vinod

## CUSTOMER CLAIM

Claim Number \_\_\_\_\_

Date Received \_\_\_\_\_

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: Kishu Nathurmal Uttamchandani and Uttamchandani Prema Vinod
Mailing Address: c/o Crowell & Moring LLP, Attn: William M. O'Connor
City: New York   State: New York   Zip: 10022
Account No.: _____
Taxpayer I.D. Number (Social Security No.): _____

**NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1   Claim for money balances as of **December 11, 2008**:

a.   The Broker owes me a Credit (Cr.) Balance of        $236,224.28

b.   I owe the Broker a Debit (Dr.) Balance of           $0

c.   If you wish to repay the Debit Balance, please insert the amount

you wish to repay and attach a check payable to "Irving H. Picard,

Esq., Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, it **must be enclosed**

with this claim form.                                   $_____

d.   If balance is zero, insert "None."                 $236,224.28

502180406

2.    Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.    The Broker owes me securities |  | X |
| b.    I owe the Broker securities |  | X |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180408

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: William M. O'Connor, Crowell & Moring LLP, 590 Madison Avenue, New York, NY 10022

5001180408

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date ___1st July 2009___    Signature_____
Kishu Nathurmal Uttamchandani

Date ___1st July 2009___    Signature_____
Uttamchandani Prema Vinod

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

## Exhibit A

Kishin Nathumal Uttamchandani and Uttamchandani Prema Vinod (the "Customers") are joint holders of a certain account with Standard Chartered Bank ("Standard").

Through this account with Standard, the Customers' funds were invested in shares of Fairfield Sentry Limited. As of the last account statement, the Customers' shares in Fairfield Sentry Limited were valued at $238,224.28.

**Exhibit B**

| Account Holder Name, Address, and Phone Number | Percentage Ownership | Signature |
|---|---|---|
| Kishu Nathurmal Uttamchandani<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention: William M. O'Connor<br>(212) 895-4200 | 100%* | X _____<br>Kishu Nathurmal Uttamchandani |
| Uttamchandani Prema Vinod<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention: William M. O'Connor<br>(212) 895-4200 | 100%* | X _____<br>Uttamchandani Prema Vinod |

* Each account holder owns an undivided equal share.

i502180408

# SIPC Claim No. 15112

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: Arjan Mohandas Bhatia and/or Kishin Mohandas Bhatia and/or
Suresh M. Bhatia and/or Bharat Mohandas
Mailing Address: c/o Crowell & Moring LLP, Attn: William M. O'Connor
City: New York    State: New York    Zip: 10022
Account No.: Standard Chartered Bank, Singapore A/C No. ▮▮▮▮▮
Taxpayer I.D. Number (Social Security No.): _____

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.  Claim for money balances as of **December 11, 2008:**

    a.   The Broker owes me a Credit (Cr.) Balance of    $410,518.00

    b.   I owe the Broker a Debit (Dr.) Balance of    $0_____

    c.   If you wish to repay the Debit Balance, please insert the amount

        you wish to repay and attach a check payable to "Irving H. Picard,

        Esq., Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.    $_____

    d.   If balance is zero, insert "None."    $410,518.00

502180406

2.    Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

| | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | _____ | __X__ |
| b. | I owe the Broker securities | _____ | __X__ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Number of Shares or Face Amount of Bonds*

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3 | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: William M. O'Connor, Crowell & Moring LLP, 590 Madison Avenue, New York, NY 10022

502180406

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____    Signature_____

                                                     Arjan Mohandas Bhatia

Date _____    Signature _____

                                                     Kishin Mohandas Bhatia

Date _____    Signature _____

                                            Suresh M. Bhatia

Date _____    Signature _____

                                            Bharat Mohandas

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.,* corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180408

## Exhibit A

Arjan Mohandas Bhatia and/or Kishin Mohandas Bhatia and/or Suresh M. Bhatia and/or Bharat Mohandas (the "Customers") are joint holders of a certain account with Standard Chartered Bank ("Standard").

Through this account with Standard, the Customers' funds were invested in shares of Fairfield Sentry Limited. As of the last account statement, the Customers' shares in Fairfield Sentry Limited were valued at $410,518.00.

502180406

## Exhibit B

| Account Holder Name, Address, and Phone Number | Percentage Ownership | Signature |
|---|---|---|
| Arjan Mohandas Bhatia<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York  10022<br>Attention:  William M. O'Connor<br>(212) 895-4200 | 100%* | X _____<br>Arjan Mohandas Bhatia |
| Kishin Mohandas Bhatia<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York  10022<br>Attention:  William M. O'Connor<br>(212) 895-4200 | 100%* | X _____<br>Kishin Mohandas Bhatia |
| Suresh M. Bhatia<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York  10022<br>Attention:  William M. O'Connor<br>(212) 895-4200 | 100%* | X _____<br>Suresh M. Bhatia |
| Bharat Mohandas<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York  10022<br>Attention:  William M. O'Connor<br>(212) 895-4200 | 100%* | X _____<br>Bharat Mohandas |

* Each account holder owns an undivided equal share.

502180406

Arjan Mohandas Bhatia and/or Kishin Mohandas
Bhatia and/or Suresh M. Bhatia and/or
Bharat Mohandas
P.O. Box 321
Dubai, UAE

June 29, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

William O'Connor, Esq.
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

**Re:    Bernard L. Madoff Investment Securites LLC, Customer Claim of
Arjan Mohandas Bhatia and/or Kishin Mohandas Bhatia and/or
Suresh M. Bhatia  and/or Bharat Mohandas**

Dear Mr. Picard and Mr. O'Connor:

    This letter confirms that Crowell & Moring LLP, and specifically, William
O'Connor, Esq., a partner thereof, is hereby authorized to execute and file a
Customer Claim in the Bernard L. Madoff Investment Securities LLC liquidation on
behalf of each of the undersigned.

Should you have any questions, please do not hesitate to contact us.

Sincerely,

_____
Arjan Mohandas Bhatia

_____
Kishin Mohandas Bhatia

_____
Suresh M. Bhatia

_____
Bharat Mohandas

**SIPC Claim Nos. 15111, 15145, 15146, 15352, 70032**

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: Rajendrakumar Patel and Vandna Patel
Mailing Address: c/o Crowell & Moring LLP, Attn: William M. O'Connor
City: New York    State: New York    Zip: 10022
Account No.: _____
Taxpayer I.D. Number (Social Security No.): _____

**NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

********************************************************************

1   Claim for money balances as of **December 11, 2008:**

     a.   The Broker owes me a Credit (Cr.) Balance of     $256,817.13

     b.   I owe the Broker a Debit (Dr.) Balance of       $0

     c.   If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed** with this claim form.     $_____

     d.   If balance is zero, insert "None."     $256,817.13

502180406



2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|-----|-----|
| a. | The Broker owes me securities | _____ | X |
| b. | I owe the Broker securities | _____ | X |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

**Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received. PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406

V·K·

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3 | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4 | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: William M. O'Connor, Crowell & Moring LLP, 590 Madison Avenue, New York, NY 10022

502180406

*V.K.*

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  06.30.2009        Signature _____
                                                Rajendrakumar Patel

Date  06.30.2009        Signature ____ V·K Patel ____
                                                Vandna Patel

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

5021B0406

V·K·

**Exhibit A**

Rajendrakumar Patel and Vandna Patel (the "Customers") are joint holders of a certain account with Standard Chartered Bank ("Standard").

Through this account with Standard, the Customers' funds were invested in shares of Fairfield Sentry Limited. As of the last account statement, the Customers' shares in Fairfield Sentry Limited were valued at $256,817.13.



502180406

V K

**Exhibit B**

| Account Holder Name, Address, and Phone Number | Percentage Ownership | Signature |
|---|---|---|
| Rajendrakumar Patel<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention: William M. O'Connor<br>(212) 895-4200 | 100%* | X _____<br>Rajendrakumar Patel |
| Vandna Patel<br>c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, New York 10022<br>Attention: William M. O'Connor<br>(212) 895-4200 | 100%* | X  V·K·Patel _____<br>Vandna Patel |

* Each account holder owns an undivided equal share.

502180406

# SIPC Claim No. 4459

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

(Please print or type)

Name of Customer: TRADEWAVES LTD. (Acct # █████████)
Mailing Address: BANK OF BARODA BUILDING, 6TH FLOOR, 608, BURDUBAI
City: DUBAI, UNITED ARAB EMRTSState: (INTERNATIONAL)Zip: (INTERNATIONAL)
Account No.: Through FAIRFIELD SENTRY LIMITED (Acct # ████████
Taxpayer I.D. Number (Social Security No.): N/A .
█████████████)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of December 11, 2008:

   a.    The Broker owes me a Credit (Cr.) Balance of        $ 752,015.43

   b.    I owe the Broker a Debit (Dr.) Balance of        $ 0

   c.    If you wish to repay the Debit Balance,

         please insert the amount you wish to repay and

         attach a check payable to "Irving H. Picard, Esq.,

         Trustee for Bernard L. Madoff Investment Securities LLC."

         If you wish to make a payment, it must be enclosed

         with this claim form.        $ 0

   d.    If balance is zero, insert "None."        USD 752,015.43

2.        Claim for securities as of **December 11, 2008**:

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities |  | ✓ |
| b. | I owe the Broker securities |  | ✓ |
| c. | If yes to either, please list below: |  |  |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | ✓ | |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____

502180406                                    4

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date 26-02-2009.        Signature _____

Date 25 02-2009         Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# TRADEWAVES LTD.

Regd. Office:
C/o : Trident Corporate Services(BVI)Limited
International Trust Building, Wickhams Cay,
Torlda, British Virgin islands.

February 26, 2009

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC,
Claims Processing Center,
2100 McKinney Ave., Suite 800,
Dallas, TX 75201, USA

**RE: Tradewaves account no:** ▮▮▮▮▮**held with Standard Chartered Private Bank, Claim amount of USD752,015.43**

Dear Sir or Madam:

Please find enclosed:

- Our customer claim form with regards to Bernard L. Madoff Investment Securities LLC.
- Bank account statement showing our investment in Fairfield Sentry Limited who in turn is invested in Bernard L. Madoff Investment Securities LLC.
- Contact information of people given any discretionary authority to execute securities transactions with or through the broker on our behalf

We, Tradewaves, are invested in this matter through Standard Chartered Private Bank who has in turn invested our monies in Fairfield Sentry Limited. Fairfield has invested in Bernard L. Madoff Investment Securities (BMIS) through its accounts 1-FN012-3-0; 1-FN045-3-0; 1-FN-069-4-0; 1-FN-070-4-0. Our involvement is shown in the attached bank statement and is of the amount USD 752,015.43.

While we are an indirect investor, we would appreciate your treating us as customers since we have been directly affected by this scandal.

Sincerely,

Laju Rupani

For Tradewaves LTD
C/O Eagle Eye Grain Trading,
Bank of Baroda Building,
6th Floor, 608,
Dubai,
United Arab Emirates
Contact Telephone: +97150 6243328

# TRADEWAVES LTD.

Regd. Office:
C/o : Trident Corporate Services (BVI) Limited
International Trust Building, Wickhams Cay,
Tortola, British Virgin islands.

February 26, 2009

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC,
Claims Processing Center,
2100 McKinney Ave., Suite 800,
Dallas, TX 75201, USA

RE: Contact information of people given any discretionary authority to execute securities transactions
with or through the broker on our behalf

Dear Sir or Madam:

Please find the contact information of people given any discretionary authority to execute
securities transactions with or through the broker on our behalf:

1. Fairfield Sentry Limited, Romasco Place, Wickhams Cay 1, Road Town, Tortola, British
   Virgin Islands, VG 1110

2. Standard Chartered Bank, Private Banking, 6 Battery Road, 27th Floor, Singapore 049909
   Contact Person: Surendran Menon, Relationship Manager, Mobile: +97150 4546141,
   Office: +9714 5083453

Sincerely,

Laju Rupani

For Tradewaves LTD
C/O Eagle Eye Grain Trading,
Bank of Baroda Building,
6th Floor, 608,
Dubai,
United Arab Emirates
Contact Telephone: +97150 6243328

Standard Chartered Bank.
Singapore Branch
16 Collyer Quay
Singapore 049318
Telephone    (65) 6538 4833
Telefax      (65) 6534 3022

Private Bank

Page 10
Statement Date: 30 November 2008
Reference Currency: US DOLLAR

Client Number-Portfolio:

## Equities (continued)

| Currency | Quantity | Description | Average Purchase Price | Price As of Date | Valuation | | Reference Currency | | % |
|---|---|---|---|---|---|---|---|---|---|
| USD | 10,143.00 | **CITIGROUP INC** SHARES | 31.43 | 8.29 28 NOV 08 | 84,085.47 | USD | 84,085.47 | USD | 1.42 |
| USD | 1,736.00 | **INTEL CORP** SHARES | 29.50 | 13.80 28 NOV 08 | 23,956.80 | USD | 23,956.80 | USD | 0.41 |
| USD | 3,268.00 | **CISCO SYSTEMS INC** SHARES | 30.60 | 16.54 28 NOV 08 | 54,052.72 | USD | 54,052.72 | USD | 0.91 |
| | | | | | **Total Equities** | **351,301.58** | **USD** | | **5.94** |

## Alternative Investments

| Currency | Balance or Quantity | Description | Average Purchase Price | Price As of Date | Valuation | | Reference Currency | | % |
|---|---|---|---|---|---|---|---|---|---|
| USD | 557.14 | **FAIRFIELD SENTRY LIMITED (ACTUAL)** FAIRFIELD SENTRY LTD (ACTUAL) | 1014.889 | 1349.778 31 OCT 08 | 752,015.43 | USD | 752,015.43 | USD | 12.72 |
| | | | | | **Total Alternative Investments** | **752,015.43** | **USD** | | **12.72** |

Exchange rates against Reference Currency: EUR 1.2945    JPY 95.3066    SGD 1.5080    GBP 1.5445

Securities positions are held by the Bank or a nominee except those shown with a (+) sign which are held in client name by the issuer or,
In the case of Portfolio Investments, are held by the custodian or sub-custodian of such securities positions.
This document is considered approved unless we are notified in writing of any objection within one month.
Prices are believed to be reliable, but their accuracy is not guaranteed. The Standard Chartered Private Bank is the private banking division of Standard Chartered Bank.

# SIPC Claim No. 10850

**CUSTOMER CLAIM**

Claim Number_____

Date Received_____

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008**

(Please print or type)

Name of Customer: _NIKESH P. DARYANI / NEELAM P. DARYANI_
Mailing Address: _P.O. BOX   15668_
City: _DUBAI , UAE_   State: _—_   Zip: _—_
Account No.: _____—_____
Taxpayer I.D. Number (Social Security No.): _____—_____

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of      $_347,163_ ( ESTIMATED VALUE )

    b.    I owe the Broker a Debit (Dr.) Balance of         $____0____

    c.    If you wish to repay the Debit Balance,
        please insert the amount you wish to repay and
        attach a check payable to "Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC."
        If you wish to make a payment, **it must be enclosed**
        with this claim form.                                  $____0____

    d.    If balance is zero, insert "None."              _____

2.      Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | | _No_ |
| b. | I owe the Broker securities | | _No_ |

c.      If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.    IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____    Signature _Nikesh Daryani_

Date _____    Signature _N. Daryani_

(If ownership of the account is shared, all must sign above.  Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet.  If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# Nikesh P. Daryani / Neelam P. Daryani

P.O.BOX 15668, DUBAI (U.A.E.)

TEL : +97150 645 2609

E-mail : ndaryani@yahoo.com

June 16, 2009

To: **Irving H. Picard, Esq.,**
**Trustee for Bernard L. Madoff Invesment Securities LLC**
**Claims Processing Center**
**2100 McKinney Ave., Suite 800**
**Dallas, TX 75201**
**USA**

In 2004, we invested $250,000 in the Fairfield Sentry Limited Fund through our bank, American Express Bank (now Standard Chartered Bank). Fairfield Sentry Limited Fund then invested the money with Bernard Madoff. Between 2004 and present, we did not withdraw / sell any of our units in the Fairfield Sentry Limited Fund.

Between November 2008 and December 2008 when the Madoff fraud was discovered, the value of our investment (i.e. Fairfield Sentry Limited Fund) dropped from $347,163 to nearly $0 as can be seen from the bank statements.

Please find attached:
- Customer Claim form
- Copies of bank statements (Current, Dec 2008, Nov 2008)
- Account opening forms with American Express
- Account opening forms with Fairfield Sentry Limited Fund
- Letter of purchase of Fairfield Sentry Limited Fund and supporting documents


Thank you.
Best regards,


**Nikesh P. Daryani**                    **Neelam P. Daryani**

**Account Name: Nikesh P. Daryani / Neelam P. Daryani**

**Standard Chartered Bank Account Number: CIF#** ⬤

| Security | Purchase / Sale | Date | Purchase//Selling price | Quantity | Value |
|---|---|---|---|---|---|
| Fairfield Sentry Limited | SECURITY PURCHASE | 2004 | 972 | 257.2 | USD 250,000 |
| As of December 2008, Total (Principal Invested) | | | 972 | 257.2 | USD 250,000 |
| As of December 2008, Total (Principal Invested + Profit) | | | 972 | 257.2 | USD 347,163 |

# SIPC Claim No. 10851

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: VIKAS P. DARYANI | NEELAM P. DARYANI

Mailing Address: P O BOX 15664, DUBAI, U.A.E.

City: DUBAI, U.A.E.    State: _____    Zip: _____

Account No.: _____

Taxpayer I.D. Number (Social Security No.): _____

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.  Claim for money balances as of **December 11, 2008:**

    a.  The Broker owes me a Credit (Cr.) Balance of    $ 482,937 (ESTIMATED VALUE

    b.  I owe the Broker a Debit (Dr.) Balance of    $ 0

    c.  If you wish to repay the Debit Balance,
        please insert the amount you wish to repay and
        attach a check payable to "Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC."
        If you wish to make a payment, **it must be enclosed**
        with this claim form.    $ 0

    d.  If balance is zero, insert "None."    _____

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | | No |
| b. | I owe the Broker securities | | NO |

c.      If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
|  |  | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____.

502180406

4

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____    Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                    4

## Vikas P. Daryani / Neelam P. Daryani
P.O.BOX 15668, DUBAI (U.A.E.)
TEL : +97150 645 9433
E-mail : artech@emirates.net.ae                          June 16, 2009

To: Irving H. Picard, Esq.,
    Trustee for Bernard L. Madoff Invesment Securities LLC
    **Claims Processing Center**
    **2100 McKinney Ave., Suite 800**
    **Dallas, TX 75201**
    **USA**

Between 2004 and 2007, we invested $400,000 in the Fairfield Sentry Limited Fund through our bank, American Express Bank (now Standard Chartered Bank). Fairfield Sentry Limited Fund then invested the money with Bernard Madoff. Between 2004 and present, we did not withdraw / sell any of our units in the Fairfield Sentry Limited Fund.

Between November 2008 and December 2008 when the Madoff fraud was discovered, the value of our investment (i.e. Fairfield Sentry Limited Fund) dropped from $482,937 to nearly $0 as can be seen from the bank statements.

Please find attached:
- Customer Claim form
- Copies of bank statements (Current, Dec 2008, Nov 2008)
- Account opening forms with American Express
- Account opening forms with Fairfield Sentry Limited Fund
- Letters of purchases of Fairfield Sentry Limited Fund and supporting documents

Thank you.
Best regards,


**Vikas P. Daryani**                **Neelam P. Daryani**

Account Name: Vikas P. Daryani / Neelam P. Daryani

Standard Chartered Bank Account Number: CIF#

| Security | Purchase / Sale | Date | Purchase / Selling price | Quantity | Value |
|---|---|---|---|---|---|
| Fairfield Sentry Limited | SECURITY PURCHASE | 2004 | 972 | 102.87 | USD 100,000 |
| Fairfield Sentry Limited | SECURITY PURCHASE | 1/6/2005 | 1051.52 | 95.1 | USD 100,000 |
| Fairfield Sentry Limited | SECURITY PURCHASE | 26/06/2007 | 1251.41 | 159.8193 | USD 200,000 |
| As of December 2008, Total (Principal Invested) | | | 1117.98 | 357.79 | USD 400,000 |
| As of December 2008, Total (Principal Invested + Profit) | | | 1117.98 | 357.79 | USD 482,937 |