MAYER BROWN LLP
Fred W. Reinke
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Fax  (202) 263-3300
freinke@mayerbrown.com

Jeffrey G. Tougas
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Fax (212) 262-1910
jtougas@mayerbrown.com

*Attorneys for AXA Private Management*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adversary Proceeding No. 08-01789 (BRL) <br><br> SIPA Liquidation |

**CERTIFICATE OF SERVICE**

      I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on July 9, 2010, I caused a copy of the Objection/Response/Memorandum of Law of AXA Private Management, on Behalf of Certain of Its Clients, in Opposition to the Trustee's Motion to Affirm Determinations Denying the Claims of Indirect Investors (the "Response") to

17639161                                                                 1

be served by United Parcel Service Next Day Air upon: Baker & Hostetler, LLP, 45 Rockefeller Plaza, New York, New York 10111 (Attn: David J. Sheehan, Esq.).

I further certify that on July 12, 2010, I caused a copy of the Response to be served by United Parcel Service Next Day Air upon: Baker & Hostetler, LLP, 45 Rockefeller Plaza, New York, New York 10111 (Attn: Irving H. Picard, Esq.).

I further certify that on July 9, 2010, I caused electronic mail filing notification of the Response to be served upon all attorneys of record registered to receive electronic notice of filings in this case via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: New York, New York
July 12, 2010

                          MAYER BROWN LLP

                          By:   /s/ James Hennessey
                                 James Hennessey