**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**STIPULATION BETWEEN TRUSTEE AND HEIRS OF RJ DESIGNATING HEIRS OF RJ AS AN "OBJECTING CLAIMANT"**

**WHEREAS**, on June 23, 2010, Heirs of RJ ("Claimant"), by and through its undersigned counsel, filed a timely motion requesting leave to intervene as an "Objecting Claimant," and to join in the opposition papers of other Objecting Claimants to the Trustee's Motion for an Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in the Names, Namely Investors in Feeder Funds (the "Customer Motion"); and

**WHEREAS**, on or about June 11, 2010, the Trustee filed the Customer Motion pursuant to the order entered by this Court on April 13, 2010 (the "Scheduling Order");

**WHEREAS**, as an investor in Kingate Global Fund Ltd., Claimant would have been included in the Trustee's Customer Motion had its Objection been filed prior to June 11, 2010.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED** by and

between the Trustee and Claimant as follows:

1. The Trustee has no objection to designating Claimant, Heirs of RJ, as an "Objecting Claimant," as that term is defined in the Scheduling Order and the Customer Motion, and is deemed added to Exhibits 2 and 3 to the declaration of David J. Sheehan submitted in support of the Customer Motion.

2. The Trustee has no objection to the treatment of Claimant in the same manner as other Objecting Claimants.

3. The Trustee has no objection to allowing Claimant to join in the arguments and authority cited in the opposition papers and briefs filed on behalf of other Objecting Claimants and Interested Parties to the Trustee's Customer Motion.

4. The parties hereto consent to the entry of the Stipulation as an Order in this case.

Dated: New York, New York
       July 7, 2010

 */s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff*

*Investment Securities LLC and Bernard L. Madoff*

Dated: Pine Brook, New Jersey
       July 7, 2010                  Frier & Levitt, LLC

*/s/ Michelle Greenberg*
Michelle Greenberg, Esq.
84 Bloomfield Avenue
Pine Brook, NJ 07058
Telephone: (973) 618-1660
Facsimile: (973)0618-0650
Email: jlevitt@frierlevitt.com

*Attorneys for Heirs of RJ*

SO ORDERED:                DATED: New York, New York
                                        July 12, 2010

By: /s/Burton R. Lifland
    HONORABLE BURTON R. LIFLAND
    UNITED STATES BANKRUPTCY JUDGE