Hearing Date: October 19, 2010
Hearing Time: 10:00 a.m. (EST)

Linda H. Martin, Esq.
Joshua A. Levine, Esq.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: lmartin@stblaw.com
jlevine@stblaw.com
Attorneys for Spring Mountain Capital, LP,
on behalf of SMC Alternative Strategies Fund, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                            : Adv. Pro. No. 08-01789 (BRL)
                                        :
              Plaintiff,                : SIPA Liquidation
                                        :
        v.                              : (Substantively Consolidated)
                                        :
BERNARD L. MADOFF INVESTMENT            :
SECURITIES LLC,                         :
                                        :
              Defendant.                :
----------------------------------------------------------------x

**OPPOSITION TO TRUSTEE'S MOTION FOR AN ORDER TO AFFIRM TRUSTEE'S DETERMINATIONS DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS**

**PLEASE TAKE NOTICE** that, pursuant to this Court's April 13, 2010 Order scheduling adjudication of the "Customer" issue, (Docket No. 2205), SMC Alternative Strategies Fund, LLC, having timely filed a claim (Claim Nos. 011533 and 014805) and Objection to the Trustee's Determination of Claims (Docket No. 1538), by and through its General Partner, Spring Mountain Capital, LP ("Spring Mountain") and Spring Mountain's attorneys, hereby

opposes the Motion ("Motion") of Irving H. Picard, Esq., Trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, for an Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds, for the reasons set forth in the responses in opposition to the Trustee's Motion filed by other parties in interest.

Dated: New York, New York
       July 12, 2010

                              SIMPSON THACHER & BARTLETT LLP

                              By  */s/ Linda H. Martin*

                                  Linda H. Martin, Esq.
                                  Joshua A. Levine, Esq.
                                  425 Lexington Avenue
                                  New York, New York  10017
                                  Telephone: (212) 455-2000
                                  Facsimile:  (212) 455-2502

                                  Attorneys for Spring Mountain Capital, LP, on behalf of SMC Alternative Strategies Fund, LLC

CERTIFICATE OF SERVICE

   I, Linda H. Martin, certify that on July 12, 2010 a copy of the annexed Response to Trustee's Motion for an Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds was served and filed electronically through the Court's electronic filing system on this date.

   I further certify that copies of the annexed Response to Trustee's Motion for an Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds were served on the below persons at the addresses set forth below via FedEx on July 12, 2010.

| | |
|---|---|
| Clerk of the United States Bankruptcy Court<br>for the Southern District of New York<br>One Bowling Green<br>New York, New York 10004 | Irving H. Picard, Trustee<br>c/o Baker & Hostetler LLP<br>Attn: Claims Department<br>45 Rockefeller Plaza<br>New York, New York 10011 |

Dated: New York, New York
   July 12, 2010

            SIMPSON THACHER & BARTLETT LLP

            By  */s/ Linda H. Martin*

            Linda H. Martin, Esq.
            425 Lexington Avenue
            New York, New York  10017
            Telephone: (212) 455-2000
            Facsimile:  (212) 455-2502

            Attorneys for Spring Mountain Capital, LP, on behalf of SMC Alternative Strategies Fund, LLC