Hearing Date: October 19, 2010
Hearing Time: 10:00 a.m. (EST)

Linda H. Martin, Esq.
Joshua A. Levine, Esq.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: lmartin@stblaw.com
jlevine@stblaw.com
Attorneys for Spring Mountain Capital, LP,
on behalf of Centigrade Fund Limited

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION            :
CORPORATION,                              :  Adv. Pro. No. 08-01789 (BRL)
                                          :
                    Plaintiff,            :  SIPA Liquidation
                                          :
            v.                            :  (Substantively Consolidated)
                                          :
BERNARD L. MADOFF INVESTMENT              :
SECURITIES LLC,                           :
                                          :
                    Defendant.            :
-----------------------------------------------------------------x

**OPPOSITION TO TRUSTEE'S MOTION FOR AN ORDER TO AFFIRM TRUSTEE'S DETERMINATIONS DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS**

**PLEASE TAKE NOTICE** that, pursuant to this Court's April 13, 2010 Order

scheduling adjudication of the "Customer" issue, (Docket No. 2205), Centigrade Fund Limited,

having timely filed a claim (Claim No. 014806) and Objection to the Trustee's Determination of

Claim (Docket No. 1539), by and through its General Partner, Spring Mountain Capital, LP

("Spring Mountain") and Spring Mountain's attorneys, hereby opposes the Motion ("Motion") of

Irving H. Picard, Esq., Trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, for an Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds, for the reasons set forth in the responses in opposition to the Trustee's Motion filed by other parties in interest.

Dated: New York, New York
      July 12, 2010

                                        SIMPSON THACHER & BARTLETT LLP

                                        By  */s/ Linda H. Martin*

                                              Linda H. Martin, Esq.
                                              Joshua A. Levine, Esq.
                                              425 Lexington Avenue
                                              New York, New York  10017
                                              Telephone: (212) 455-2000
                                              Facsimile:  (212) 455-2502

                                              Attorneys for Spring Mountain Capital, LP, on behalf of Centigrade Fund Limited

## CERTIFICATE OF SERVICE

       I, Linda H. Martin, certify that on July 12, 2010 a copy of the annexed Response to Trustee's Motion for an Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds was served and filed electronically through the Court's electronic filing system on this date.

       I further certify that copies of the annexed Response to Trustee's Motion for an Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds were served on the below persons at the addresses set forth below via FedEx on July 12, 2010.

| | |
|---|---|
| Clerk of the United States Bankruptcy Court<br>for the Southern District of New York<br>One Bowling Green<br>New York, New York 10004 | Irving H. Picard, Trustee<br>c/o Baker & Hostetler LLP<br>Attn: Claims Department<br>45 Rockefeller Plaza<br>New York, New York 10011 |

Dated:  New York, New York
       July 12, 2010

                      SIMPSON THACHER & BARTLETT LLP

                      By  */s/ Linda H. Martin*

                      Linda H. Martin, Esq.
                      425 Lexington Avenue
                      New York, New York  10017
                      Telephone: (212) 455-2000
                      Facsimile:  (212) 455-2502

                      Attorneys for Spring Mountain Capital, LP, on behalf of Centigrade Fund Limited