Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000
Steven R. Schlesinger, Esq.

*Attorneys for Peter Zutty*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,        Adv. Pro. No. 08-01789 (BRL)

   v.        SIPA Liquidation

BERNARD L. MADOFF INVESTMENT        (Substantively Consolidated)
SECURITIES LLC,

        Defendant.
---------------------------------------------------------------X

IN RE:

BERNARD L. MADOFF,

        Debtor.
---------------------------------------------------------------X
STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NASSAU    )

        **LYNN P. McCARTHY**, being duly sworn, deposes and says:

        Deponent is not a party to the action is over 18 years of age and is employed by JASPAN SCHLESINGER LLP, 300 Garden City Plaza, Garden City, New York.

        On July 12, 2010, deponent served the **PETER ZUTTY'S OPPOSITION TO TRUSTEE'S MOTION FOR AN ORDER TO AFFIRM TRUSTEE'S DETERMINATIONS DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS**

**ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS** upon the attorneys listed below, at the addresses listed below, said addresses being designated for that purpose, via First Class Mail, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official United States Postal Service depository, located at 300 Garden City Plaza, Garden City, New York 11530:

To:    Irving H. Picard, Trustee
        c/o Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, New York 10111

                                                    s/ Lynn P. McCarthy
                                                       LYNN P. McCARTHY

Sworn to before me this
12th day of June, 2010.

s/ Hale Yazicioglu
**HALE YAZICIOGLU**
Notary Public, State of New York
No. 02YA6183236
Qualified in Suffolk County
Commission Expires 03/10/2012

HY/D713638v1/M053672/C0143890            2