Hearing Date: October 19, 2010<br>
Hearing Time: 10:00 a.m. (EST)

Linda H. Martin, Esq.\
Joshua A. Levine, Esq.\
SIMPSON THACHER & BARTLETT LLP\
425 Lexington Avenue\
New York, New York  10017\
Telephone:  (212) 455-2000\
Facsimile:  (212) 455-2502\
Email: lmartin@stblaw.com\
jlevine@stblaw.com\
Attorneys for Spring Mountain Capital, LP,\
on behalf of SMC Reserve Fund II Offshore, L.P.

UNITED STATES BANKRUPTCY COURT\
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : |
| | : |
| Plaintiff, | : Adv. Pro. No. 08-01789 (BRL) |
| | : |
| v. | : SIPA Liquidation |
| | : |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : (Substantively Consolidated) |
| | : |
| Defendant. | : |

------------------------------------------------------------------x

**OPPOSITION TO TRUSTEE'S MOTION FOR AN ORDER TO AFFIRM TRUSTEE'S DETERMINATIONS DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS**

**PLEASE TAKE NOTICE** that, pursuant to this Court's April 13, 2010 Order scheduling adjudication of the "Customer" issue, (Docket No. 2205), SMC Reserve Fund II Offshore, L.P., having timely filed a claim (Claim Nos. 011548 and 014798) and Objection to the Trustee's Determination of Claims (Docket No. 1546), by and through its General Partner, Spring Mountain Capital, LP ("Spring Mountain") and Spring Mountain's attorneys, hereby

opposes the Motion ("Motion") of Irving H. Picard, Esq., Trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, for an Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds, for the reasons set forth in the responses in opposition to the Trustee's Motion filed by other parties in interest.

Dated:  New York, New York
        July 12, 2010

                    SIMPSON THACHER & BARTLETT LLP

              By  */s/ Linda H. Martin*

                  Linda H. Martin, Esq.
                  Joshua A. Levine, Esq.
                  425 Lexington Avenue
                  New York, New York  10017
                  Telephone: (212) 455-2000
                  Facsimile:  (212) 455-2502

                  Attorneys for Spring Mountain Capital, LP, on behalf of SMC Reserve Fund II Offshore, L.P.

<u>CERTIFICATE OF SERVICE</u>

I, Linda H. Martin, certify that on July 12, 2010 a copy of the annexed Response to Trustee's Motion for an Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds was served and filed electronically through the Court's electronic filing system on this date.

I further certify that copies of the annexed Response to Trustee's Motion for an Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds were served on the below persons at the addresses set forth below via FedEx on July 12, 2010.

| | |
|---|---|
| Clerk of the United States Bankruptcy Court for the Southern District of New York One Bowling Green New York, New York 10004 | Irving H. Picard, Trustee c/o Baker & Hostetler LLP Attn: Claims Department 45 Rockefeller Plaza New York, New York 10011 |

Dated:  New York, New York
         July 12, 2010

SIMPSON THACHER & BARTLETT LLP

By  */s/ Linda H. Martin*

Linda H. Martin, Esq.
425 Lexington Avenue
New York, New York  10017
Telephone: (212) 455-2000
Facsimile:  (212) 455-2502

Attorneys for Spring Mountain Capital, LP, on behalf of SMC Reserve Fund II Offshore, L.P.

3