Objection Deadline: July 12, 2010
Hearing Date: October 19, 2010

**WITHERS BERGMAN LLP**
Brian Dunefsky (BD- 3554)
430 Park Avenue, 10th Floor
New York, New York 10022
212.848.9800 (p)
212.848.9888 (f)
Attorney for *Bright Colors Design Center Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

           Plaintiff,

-against-

BERNARD L. MADOFF INVESTMENT SECURITIES,
LLC,

           Defendants.
------------------------------------------------------------X
In re BERNARD L. MADOFF,

           Debtor
------------------------------------------------------------X

**Adversary Proceeding**

**No. 08-01789 (BRL)**

**SIPA Liquidation**

**AFFIDAVIT OF SERVICE**

      I, Dawn Sperrazza, an employee at Withers Bergman LLP, hereby certify that on July 12, 2010, I caused to be served the Objection to the Trustee's Motion to Affirm Trustee's Determination Denying Claims filed by Bright Colors Design Center Inc. on its behalf and on behalf of its clients through the U.S. Bankruptcy Court for the Southern District of New York's electronic filing system to all parties registered to receive notices in this case and also by regular mail to: Irving H. Picard, Trustee, c/o: Baker & Hostetler, LLP, Attn. David J. Sheehan, Esq., 45 Rockefeller Plaza, New York, NY 10011 and the Securities Investor Protection Corporation, Attn. Josephine Wang, Esq., 805 Fifteenth Street, N.W., Suite 800, Washington, D.C. 20005.

document number: NY24203/0001-US-878855/1

Dated: July 12, 2010

**WITHERS BERGMAN LLP**

By: _____
Dawn Sperrazza, Paralegal
430 Park Avenue, 10th Floor
New York, NY 10022-3505
Phone: (212) 848-9800
Fax: (212) 848-9888

Sworn to before me this 12th day of July, 2010.

_____
Notary Public

BRIAN DUNEFSKY
Notary Public, State of New York
No. 02DU5055125
Qualified in New York County
Commission Expires June 19, 20__