

# CUSTOMER CLAIM

Claim Number _____

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

(Please print or type)

Name of Customer: Jordan Group, LLC - Attn: John Jordan
Mailing Address: 8111 Bay Colony Drive, Unit 1004
City: Naples    State: FL    Zip: 34108
Account No.: Unknown
Taxpayer I.D. Number (Social Security No.): 51-0379649

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1. Claim for money balances as of December 11, 2008:

    a. The Broker owes me a Credit (Cr.) Balance of    $_____

    b. I owe the Broker a Debit (Dr.) Balance of    $_____

    c. If you wish to repay the Debit Balance,
       please insert the amount you wish to repay and
       attach a check payable to "Irving H. Picard, Esq.,
       Trustee for Bernard L. Madoff Investment Securities LLC."
       If you wish to make a payment, it must be enclosed
       with this claim form.    $_____

    d. If balance is zero, insert "None."    NONE

*See Supplemental Claim Information Attachment A

502180406    1

2. Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | Bernard Madoff Securities | $1055554 | |
| | | | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406

2

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X* | |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: _____

*See Supplemental Claim Information Attachment A

502180406                               3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date  6-22-09            Signature  *John L. Jordan*

Date  _____    Signature  _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                4

## CLAIM OF
### Jordan Group, LLC - Attn: John Jordan

## SUPPLEMENTAL CLAIM INFORMATION
## ATTACHMENT A

Claimant is filing this claim form as a customer of Bernard L. Madoff Investment Securities LLC ("BMIS"), having invested in BMIS through an investment in a Fund, **Beacon Associates LLC I**. The Fund has informed claimant that its customer account number with BMIS is **1B0118**. The Fund has also advised claimant it is filing a customer claim for the losses in its customer account with BMIS. Claimant reasonably believes, and therefore avers, that Beacon Associates LLC had become an agent or instrumentality of BMIS, and accordingly claimant became a customer of BMIS.

The Fund did not provide claimant with account statements which separately identified account transactions in BMIS. Accordingly, there are limitations on the claimant's ability at this time to identify claimant's transactions with BMIS. Claimant has been advised that 74% of claimant's investment in the Fund was in fact invested in BMIS and on that basis has calculated the amount of the investment in BMIS.

Claimant believes that on December 11, 2008, the amount of claimant's investment was all held in securities. BMIS invested either in covered stock option collars, with purchases of a market basket of stocks hedged by offsetting puts and calls, a United States Treasury Bill, or in Fidelity Spartan U.S. Treasury Money Market. Claimant is not currently aware of which securities were held on December 11, 2008.

Discussions with the Fund on behalf of claimant have made it clear that claimant cannot assume that any withdrawals taken from the Fund by claimant, if any, were matched by withdrawals by the Fund from BMIS. Management of the Fund has stated that withdrawals from the Fund were often funded by a line of credit or its flow of funds from new investors. Accordingly, claimant does not have any information about the withdrawal of funds from the debtor. Claimant made no personal or direct withdrawals of any kind.

Contact Information:

Jordan Group, LLC, Attn: John L. Jordan
jbj1215@aol.com
(610) 399-8888; or (239) 596-5353
and Bernard Eizen, Esquire
beizen@efin.net
(215) 751-9666

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave Ste 800
Dallas, TX 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
JUN 2 [illegible] 2009

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7008 3230 0001 4752 2893

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

5021804065

...nt of your claim, you may file an estimated claim. In that ... is an estimated claim.

...DERAL LAW TO FILE A FRAUDULENT CLAIM ... IN A FINE OF NOT MORE THAN $50,000 OR ... RE THAN FIVE YEARS OR BOTH.

...TRUE AND ACCURATE TO THE BEST OF MY

Signature

Signature

...ount is shared, all must sign above. Give each owner's name, and extent of ownership on a signed separate sheet. If other e.g., corporate, trustee, custodian, etc., also state your capacity ...pply the trust agreement or other proof of authority.)

...r claim form must be completed and mailed promptly, ...gether with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ 1.05 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.15 |

Postmark Here

Sent To: I.H. Picard Esq
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7008 3230 0001 4752 2893

| | |
|---|---|
| TOTAL | 11.69 |
| CASH T | 12.00 |
| CHANGE | .31 |

*** THANK YOU ***