# EXHIBIT C

# BEACON ASSOCIATES, LLC

SUITE 900, 123 MAIN STREET, WHITE PLAINS, NEW YORK 10601

TELEPHONE: (914) 948-1556
FAX: (914) 948-1706

June 9, 2003

**PERSONAL AND CONFIDENTIAL**

Bernard Eizen, Esq.
Eisen, Fineberg & McCarthy
Two Commerce Square, Suite 3410
2001 Market Street
Philadelphia, PA 19103-7044

Re: Beacon Associates LLC with Jordan Group LLC

Dear Mr. Eisen:

    We are pleased to welcome the Jordan Group LLC as a member in Beacon Associates, LLC. Your opening capital account effective as of June 1, 2003 is $250,000.

    We will keep you advised of Beacon's performance on an ongoing basis.

Very truly yours,

Beacon Associates, LLC

By: Beacon Associates Management Corp.,
Managing Member

By: _____

/dnm
cc: Ivy Asset Management Corp.
    Family Management Corp.
    Kinexus
    John Jordan ✓

184429.1

# BEACON ASSOCIATES LLC I

SUITE 900, 123 MAIN STREET, WHITE PLAINS, NEW YORK 10601

TELEPHONE: (914) 948-1556
FAX: (914) 948-0051

October 10, 2006

**PERSONAL AND CONFIDENTIAL**

Jordan Group, LLC
c/o Bernard Eizen, Esq.
Eisen, Fineberg & McCarthy
Two Commerce Square, Suite 3410
2001 Market Street
Philadelphia, PA 19103-7044

Re: Jordan Group, LLC with Beacon Associates LLC I

Dear Mr. Eizen:

This letter confirms our receipt of the additional $400,000. capital contribution from the Jordan Group, LLC to Beacon Associates, LLC I. The additional investment will be effective as of October 1, 2006.

Very truly yours,

Beacon Associates LLC I

By:   Beacon Associates Management Corp.
      Managing Member

/dnf
cc:   Ivy Asset Management Corp.
      Family Management Corp.
      John Jordan

00287384.



**BEACON/ANDOVER**
GROUP
ALTERNATIVE INVESTMENTS

123 Main Street, Suite 900
White Plains, New York 10601

T 914.385.0525
F 914.948.0051

September 2, 2008

**PERSONAL AND CONFIDENTIAL**

Jordan Group, LLC
c/o Bernard Eizen, Esq.
Eisen, Fineberg & McCarthy
Two Commerce Square, Suite 3410
2001 Market Street
Philadelphia, PA 19103-7044

Re: Beacon Associates LLC I with Jordan Group, LLC

Dear Mr. Eizen:

This letter confirms our receipt of the additional $700,000. capital contribution from the Jordan Group, LLC to Beacon Associates LLC I. The additional investment will be effective as of September 1, 2008.

Very truly yours,

Beacon Associates LLC I

By: Beacon Associates Management Corp.
Managing Member

/ar
cc: Ivy Asset Management Corp.
Family Management Corp.
John Jordan

00402813.

BEACON ASSOCIATES LLC I