# EXHIBIT D



## BEACON ASSOCIATES LLC I
## STATEMENT OF CAPITAL ACCOUNT
### (UNAUDITED)

2/3/2009

TO: Jordan Group, LLC

The following is a summary of your capital account
in Beacon Associates for the period ended
January 1, 2009

| | |
|---|---:|
| Value of Your Capital Account on October 1, 2008 | $1,468,981.65 |
| Capital Contributions (Withdrawals) During the three month period ended December 31, 2008 | $0.00 |
| Net Income (loss) for the three month period ended December 31, 2008 | ($1,077,924.81) |
| Value of your Capital Account as of December 31, 2008 | $391,056.84 * |
| Capital Contributions (Withdrawals) as of January 1, 2009 | $0.00 |
| Value of your Capital Account as of January 1, 2009 | $391,056.84 * |

* This capital account statement is an estimate based upon currently available information. For the purposes of this statement, the Fund's investment with Bernard L. Madoff Investment Securities LLC has been valued at zero. This capital account may be adjusted based on a number of variables including, but not limited to, the establishment of any appropriate reserves.

BEACON ASSOCIATES LLC I



123 Main Street, Suite 000
White Plains, New York 10601

T 914.385.0525
F 914.948.0051

Family Management Corp.
485 Madison Avenue, 19th Floor
New York, New York 10022

February 17, 2009

Re: Beacon Associates LLC

The percentage of the total Beacon Associates LLC fund represented by Bernard L. Madoff Investment Securities was approximately 74% at December 1, 2008.

Beacon Associates Management Corp.,
Managing Member

00435674.