UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>       Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation |

### AFFADAVIT OF SERVICE

I, Kimber P. Schladweiler, Esq., do affirm, under penalty of perjury, that I caused a true and correct copy of the foregoing Reply in Opposition to Trustee's Motion to Affirm Trustee's Determinations of Claims of Claimants Without BLMIS Accounts in Their Names to be served this day via U.S. Postal Service, first class postage prepaid, at the addresses set forth below, and did cause the same to be filed with this Court by ECF filing:

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, NY 10111

Office of the Unites States Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004

Securities Investor Protection Corporation
805 Fifteenth Street, N.W. Suite 800
Washington, D.C. 20005-2215

Dated: July 12, 2010

              */s/ Kimber P. Schladweiler*
              Kimber P. Schladweiler