BECKER GLYNN MELAMED & MUFFLY LLP
Chester B. Salomon
299 Park Avenue
New York, New York 10171
Telephone:  (212) 888-3033
Facsimile:  (212) 888-0255
Email:     csalomon@beckerglynn.com

*Attorneys for Black River Associates, L.P. and its Members*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
SECURITIES INVESTOR PROTECTION : 
CORPORATION, :
 :
    *Plaintiff*, :
 : 08-01789-BRL
v. :
 : SIPA Liquidation
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
 :
    *Defendant*. :
---------------------------------------------------------------- x

# CERTIFICATE OF SERVICE

    I hereby certify that on July 12, 2010, I filed, and thereby caused, the Opposition of Black River Associates L.P. and its Members to Trustee's Motion for an Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in their Names, dated July 12, 2010 to be served via electronic mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system and to the parties on the attached Service List via United States Postal Service regular mail.

[remainder of page intentionally blank]

Dated: New York, NY
July 12, 2010

                    BECKER, GLYNN, MELAMED & MUFFLY LLP

                    By: ___/s/Chester B. Salomon_____
                          Chester B. Salomon
                    299 Park Avenue
                    New York, New York 10171
                    Telephone: (212) 888-3033
                    Facsimile: (212) 888-0255
                    Email: csalomon@beckerglynn.com
                    *Attorneys for Claimant*

Service List

Irving H. Picard, Esq.
c/o Baker Hostetler
45 Rockefeller Plaza
New York, NY 10111

David Sheehan, Esq.
c/o Baker Hostetler
45 Rockefeller Plaza
New York, NY 10111

*149048v1*