# WOLFF ▪ SAMSON

| | | | | | |
|---|---|---|---|---|---|
| DAVID SAMSON | LAURENCE M. SMITH | COUNSEL | ASSOCIATES | NANCY A. DEL PIZZO* | **RONALD L. ISRAEL** |
| ARTHUR S. GOLDSTEIN* | WILLIAM E. GOYDAN* | | | DARREN GRZYB | 140 Broadway, 46th Floor |
| ARMEN SHAHINIAN* | DARRYL WEISSMAN* | AARON D. BASSAN | JOSEPH A. DICKSON | BETH J. ROTENBERG* | New York, NY 10005 |
| THOMAS R. O'BRIEN* | PETER E. NUSSBAUM | JOSEPH ZAWILA | CARLOS G. MANALANSAN* | BRIAN KANTAR* | (973) 530-2045 |
| GAGE ANDRETTA* | LORI GRIFA* | HOWARD K. UNIMAN | JONATHAN A. TYLER^Δ | KEVIN J. BEACH^Δ | Fax: (973) 530-2245 |
| DANIEL A. SCHWARTZ* | MICHELLE A. SCHAAP | STEVEN S. KATZ* | MYRNA BLUME | ELIZABETH C. YOO* | risrael@wolffsamson.com |
| KAREN L. GILMAN | ADAM K. DERMAN | JUNE S. MELLER* | BRIAN E. HENNESSEY^Δ | PETER D. SIMON | |
| KENNETH N. LAPTOOK* | JEFFREY M. WEINICK*^Δ | ANDREW S. KENT* | DANIEL D. BARNES* | JOSHUA M. LEVY* | |
| FREDRIC P. LAVINTHAL | ADAM P. FRIEDMAN* | ERIC J. LEVINE* | WILLIAM R. FINIZIO | PATRICIA D. CLEARY* | |
| DAVID M. HYMAN* | MITCHELL S. BERKEY* | JOSEPH MONAGHAN | DIANA L. BUONGIORNO | GRAHAM H. CLAYBROOK* | |
| DAVID L. SCHLOSSBERG | CATHERINE P. WELLS | STEPHEN G. CORDARO* | JOSHUA M. LEE | MAULIK M. SANGHAVI* | |
| ROGER J. BREENE | JONATHAN BONDY* | WARREN BARROWS* | SHANNON L. KEIM | RAYMOND A. BRANDES* | |
| DAVID N. RAVIN* | SEAN M. AYLWARD | LAURIE J. SANDS* | MARK A. FORAND* | WILLIAM J. CANNICI, JR.* | |
| BERNARD S. DAVIS | ROBERT H. CRESPI* | DONNA M. EREM | DENISE J. PIPERSBURGH* | LAUREN R. DEMAURO | |
| HOWARD J. SCHWARTZ* | JUNIE HAHN* | LEE D. HENIG-ELONA* | DANIEL T. McKILLOP | CRISTINA MARTINEZ* | |
| PAUL M. COLWELL | JOSEPH TRIPODI* | JOHN P. MALONEY* | FARAH N. HOMSI* | PATRICK B. O'REILLY | |
| ROBERT E. NIES | JILL D. ROSENBERG* | MARC R. LEPELSTAT* | DAVID M. DUGAN* | LINDSAY A. SMITH | |
| MORRIS BIENENFELD* | JOHN O. LUKANSKI* | TRICIA M. GASPARINE | ELISA M. PAGANO | JOSEPH G. FENSKE^Δ | |
| DENNIS M. TOFT | ROXANNA E. HAMMETT | BRUCE D. ETTMAN* | KIRAN V. SOMASHEKARA* | MICHAEL D. FLEISCHMAN | |
| GEORGE A. SPADORO* | BARBARA B. MANAHAN | TODD W. TERHUNE | RACHEL C. SANTARLAS*^Δ | MICHAEL G. GORDON | |
| JEFFREY M. GUSSOFF* | RONALD L. ISRAEL* | NICOLE F. DIMARIA | XAVIER M. BAILLIARD* | BRIELLE M. PERELLI | |
| JOHN F. CASEY | RHONDA CARNIOL* | RUSSEL D. FRANCISCO* | KEYANA C. LAWS* | | |
| JAMES D. FERRUCCI | MARGARET WOOD* | | STEVEN M. DIPASQUO^Δ | PATENT AGENT | |
| JOHN A. McKINNEY, JR. | DORIT F. KRESSEL* | OF COUNSEL | MELISSA A. SALIMBENE* | | |
| STEPHEN L. FERSZT* | THOMAS J. TRAUTNER | | NICOLE K. MARTIN | BRYMER H. CHIN | |
| | | CARL B. LEVY | ERIC YUN* | KINZA HECHT | |
| | | ANDREW D. ELLIS | | | |
| | | STEPHEN A. KISKER* | | | |
| | | LAUREN M. O'SULLIVAN | | | |

\* MEMBER NJ AND NY BARS
^ MEMBER NY BAR ONLY
Δ REGISTERED PATENT ATTORNEY
MEMBER NJ BAR ONLY UNLESS OTHERWISE DENOTED

July 12, 2010

<u>**Via Federal Express**</u>

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn:  Claims Department
45 Rockefeller Plaza
New York, New York 10111

      Re:    Opposition to Trustee's Motion to Affirm Trustee's Determinations of Claims
               S.E.C. v. Bernard L. Madoff Investment Securities, LLC (Adv. Pro. No. 08-01789)
               <u>Claims No. 011628 and 011629</u>

Dear Mr. Picard:

      We represent Braymar Holdings Limited ("Braymar") in connection with the above-captioned liquidation proceeding. Enclosed is Braymar's brief in opposition to the Trustee's motion to affirm the Trustee's determinations denying claims of claimant's without BLMIS accounts in their names, namely, investors in feeder funds.

                                                     Respectfully submitted,

                                                       Ronald L. Israel

Cc: (w/ encls.)
David Hyman
Clerk of the United States Bankruptcy Court
     for the Southern District of New York (via Federal Express)

WOLFF & SAMSON PC
One Boland Drive, West Orange, NJ 07052 ▪ (973) 325-1500 ▪ Fax: (973) 325-1501
140 Broadway, 46th Floor, New York, NY 10005 ▪ (212) 973-0572
www.wolffsamson.com

1245169.1