IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-01789<br><br><br><br>Claim No.: <u>1898</u> |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, FREDERICK N. LEVINGER 1983 TRUST, IN THE ALLOWED AMOUNT OF $14,092,000.00, TO C.V.I G.V.F. (LUX) MASTER S.A.R.L.

**To Transferor:**        Frederick N. Levinger 1983 Trust
                          245 Waterman Street
                          Suite 503
                          Providence, RI  2906

PLEASE TAKE NOTICE that the transfer of <u>$14,092,000.00</u> of the above-captioned allowed general unsecured claim has been transferred to:

**Transferee:**        C.V.I G.V.F. (Lux) Master S.a.r.l.
                       c/o CarVal Investors, LLC
                       12700 Whitewater Drive
                       Minnetonka, MN 55343


The evidence of transfer of claim is attached hereto.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

_____

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2010.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___   Transferee ___   Debtors's Attorney ___

                                                          _____
                                                          Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

    Bernard L. Madoff Investment
    Securities, LLC
           Debtor

Case No. 08-01789

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Frederick N. Levinger 1983 Trust ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Allowed Amount | Claim No. |
|---|---|
| $14,092,000.00 | 1898 |

have been transferred and assigned to CVI GVF (Lux) Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI GVF (Lux) Master S.a.r.l.
Address:   c/o CarVal Investors, LLC
               12700 Whitewater Drive
               Minnetonka, MN 55343
               by CarVal Investors, LLC
               its attorney-in-fact
Signature:
Name:    CHRISTINE VAN EECKHOUT
Title:     ADMIN MANAGER
Date:

ASSIGNOR: Frederick N. Levinger 1983 Trust
Address:   245 Waterman Street
               Suite 503
               Providence, RI 02906

Signature:
Name:
Title:
Date:

#1059921v2