**BROWN RUDNICK LLP**
David J. Molton
William R. Baldiga
May Orenstein
Daniel J. Saval
Seven Times Square
New York, New York 10036
Telephone: (212)-209-4800
Facsimile: (212)-209-4801

*Attorneys for Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sigma Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>        Debtor. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK   )

       Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

       On the 12th day of July, 2010, I caused to be served a true copy of the following document:

8259394

2

Joinder of Fairfield Sigma Liquidators In And To Objections To Trustee's Motion For An Order To Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds on the parties listed on the attached <u>Exhibit A</u> by first class mail.

/s/ Christopher Michael Lau Kamg
Christopher Michael Lau Kamg

Sworn to before me this
12th day of July, 2010.

/s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Attn: Chester B. Salomon, Esq.

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
Attn: Michael D. Sirota, Esq.

Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, NY 10022-4728
Attn: Kevin R.J. Schroth, Esq.

Ruskin Moscou Faltischek, P.C.
1425 RexCorp Plaza
East Tower, 15th Floor
Uniondale, NY 11556
Attn: Mark S. Mulholland

Meister, Seelig & Fein LLP
140 East 45th Street, 19th Floor
New York, NY 10017
Attn: Stuart I. Rich, Esq.
       James M. Ringer, Esq.

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: Lauren J. Resnick
       Marc D. Powers
       David Sheehan

Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022
Attn: William B. Wachtel, Esq.
       Howard Kleinhendler, Esq.
       David Yeger, Esq.

Crowell & Morning LLP
153 East 53Rd Street
New York, NY 10022-2524
Attn: William M. O'Connor
       Mark S. Lichtenstein

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: John Moscow
       Alissa M. Nann
       Seanna Brown
       Thomas M. Wearsch
       Ona T. Wang

Seeger Weiss LLP
One William Street
New York, NY 10004
Attn: Stephen A. Weiss

| | |
|---|---|
| Milberg LLP<br>One Pennsylvannia Plaza, 49th Floor<br>New York, NY  10119<br>Attn:   Brad N. Friedman<br>           Sandford P. Dumain<br>           Jonathan M. Landers<br>           Matthew Gluck | Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, NY  10007<br>Attn:   Sean H. Lane<br>           Robert William Yalen |
| Shutts & Bowen LLP<br>200 E. Broward Blvd., Suite 2100<br>Ft. Lauderdale, FL  33301<br>Attn:   Peter E. Shapiro | Securities Investor Protection Corporation<br>805 Fiftheenth Street N.W., Suite 800<br>Washington, D.C.  20005-2207<br>Attn:   Senior Associate General Counsel<br>           For Dispute Resolution |
| Baker & Hostetler LLP<br>1050 Connecticut Avenue, NW<br>Washington, D.C.  20036-5304<br>Attn:   Jonathan R. Barr<br>           Brian K. Esser | Barlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA  02110<br>Attn:   Frank F. McGinn |
| Lax & Neville, LLP<br>1412 Broadway, Suite 1407<br>New York, NY  10018<br>Attn:   Barry R. Lax<br>           Brian J. Neville<br>           Brian Maddox | Buchalter Nemer, PC<br>333 Market Street, 25th Floor<br>San Francisco, CA  94105-2126<br>Attn:   Shawn M. Christianson |
| Barger & Wolen, LLP<br>10 East 40th Street, 40th Floor<br>New York, NY  10016-0301<br>Attn:   Dennis C. Quinn | Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, NY  10019<br>Attn:   Alan Nisselson<br>           Howard L. Simon<br>           Regina Griffin |

Baach Robinson & Lewis PLLC
1201 F Street, N.W., Suite 500
Washington, D.C.  20004
Attn:   Eric L. Lewis

Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA  98154
Attn:   Joseph E. Shickich, Jr.
          Erin Joyce Letey

Calabrese and Torn
280 Madison Avenue, 5th Floor
New York, NY  10016
Attn:   Marsha Torn, Esq.

Johnson, Pope, Bokor, Ruppel & Burns, P.A.
P.O. Box 1368
Clearwater, Florida  33757
Attn:   Angelina E. Lim, Esq.

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY  10004

Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY  10016
Attn:  Judith L. Spanier, Esq.

Brunelle & Hadjikow, P.C.
One Whitehall Street, Suite 1825
New York, NY  10004
Attn: George Brunelle
        Timothy P. Kebbe

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Attn:  Jonathan D. Martin
         Denis J. McInerney
         Dana M. Seshens
         Karen E. Wagner

Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, New York  10022
Attn:   Barton Nachamie, Esq.
          Janice B. Grubin, Esq.
          Jill L. Makower, Esq.

Mark W. Smith, Esq.
Timothy A. Valliere, Esq.
Smith Valliere PLLC
509 Madison Avenue, 15th Floor
New York, NY  10022

Russell M. Yankwitt
Yankwitt & Associates LLC
One Barker Avenue, Suite 260
White Plains, New York 10601

Goodwin Procter LLP
Larkin M. Morton
The New York Times Building
620 Eighth Avenue
New York, New York 10018

Goodwin Procter LLP
Daniel M. Glosband
53 State Street
Boston, Massachusetts 02109

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York 10019-6092

Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069
Attn: Stephen Fishbein
James L. Garrity Jr.
Richard F. Schwed

Joel L. Herz
Law Office of Joel L. Herz
La Paloma Corporate Center
3573 E. Sunrise Dr., Suite 215
Tucson, Arizona 85718-3206

Bernfeld, Dematteo & Bernfeld, LLP
600 Third Avenue, 15th Floor
New York, New York 10016
Attn: David B. Bernfeld
Jeffrey L. Bernfeld

Porzio Bromberg & Newman P.C.
Attn: Brett S. Moore
100 Southgate Parkway
Morristown, NJ 07962

Stephen Fishbein
James L. Garrity Jr.
Richard F. Schwed
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Fred W. Reinke
Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

Jeffrey G. Tougas  
Mayer Brown LLP  
1675 Broadway  
New York, NY  10019

Seth C. Farber  
James P. Smith  
Kelly A. Librera  
Dewey & LeBoeuf LLp  
1301 Avenue of the Americas  
New York, NY  10019-6092

Bernard V. Kleinman, Esq.  
Alan Berlin, Esq.  
Aitken Berlin LLP  
Two Gannett Drive  
Suite 418  
White Plains, NY  10604

Ernest Edward Badway  
Fox Rothschild LLP  
100 Park Avenue, Suite 1500  
New York, New York 10017

Martin L. Seidel  
Cadwalader, Wickersham & Taft LLP  
One World Financial Center  
New York, NY 10281

Steven R. Schlesinger  
Hale Yazicioglu  
Jaspan Schlesinger LLP  
300 Garden City Plaza  
Garden City, NY  11530

Hunter T. Carter  
Shawanna L. Johnson  
Arent Fox LLP  
1675 Broadway  
New York, NY  10019

Jeremy A. Mellitz  
Withers Bergman, LLP  
430 Park Avenue, 10th Floor  
New York, NY  10022

George Brunelle  
Brunelle & Hadjikow, P.C.  
One Whitehall Street, 18th Floor  
New York New York 10004

Jonathan W. Wolfe  
Barbara A. Schweiger  
140 Broadway Center  
New York, NY  10005

Chester B. Salomon
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue
New York, NY  10171

Richard J. McCord, Esq.
Carol A. Glick, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY  11554

Lee J. Mondshein, Esq.
7600 Jericho Turnpike, Suite 200
Woodbury, New York 11797