ALSTON & BIRD LLP
Martin G. Bunin
Karl Geercken
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Attorneys for Aozora Bank Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,

        v.

Bernard L. Madoff Investment Securities, LLC,

        Defendant.

--------------------------------------------------------------X
In re:

BERNARD L. MADOFF,

        Debtor.

--------------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

### <u>OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM DETERMINATION DENYING CLAIMS CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS</u>

Pursuant to this Court's Order of April 13, 2010 (the "Order"), objecting claimant Aozora Bank Ltd., ("Aozora"), by and through its undersigned attorneys, hereby submits its opposition to the Trustee's Motion For An Order to Affirm Trustee's Determination Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors in Feeder Funds (see docket no. 2416).

On January 21, 2010, Aozora filed an objection to the Trustee's denial of its claims numbered 012847, 012848, 012849, 012850, and 012851 (collectively, the "Claims").   A copy of Aozora's objection, together with its exhibits, is attached hereto as Exhibit A.   In the interest of judicial efficiency, Aozora hereby incorporates by reference the arguments set forth in its attached January 21, 2010 objection.   As numerous oppositions have been filed on the issues described above, to the extent applicable, Aozora also joins in and incorporates by reference the arguments of other similarly situated claimants.

Dated: July 12, 2010

ALSTON & BIRD LLP


s/Karl Geercken
Martin G. Bunin
Karl Geercken
90 Park Avenue
New York, New York 10016
212-210-9400
212-210-9444 (fax)
marty.bunin@alston.com
karl.geercken@alston.com

*Attorneys for Aozora Bank Ltd.*