THOMAS, ALEXANDER & FORRESTER LLP
Emily Alexander, Esq. (3054111)
14 27th Avenue
Venice, California 90291
Telephone: (310) 961-2536
Facsimile: (310) 526-6852
Email: emilyalexander@tafattorneys.com

*Counsel for FutureSelect Prime Advisor II, LLC,
Merriwell Fund, L.P., Telesis IIW, LLC, RCW Group,
Inc., Ronald Ward and Dianne Ward*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BFL)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2010, I electronically filed a *Response in Opposition to Trustee's Memorandum of Law to Affirm Determination Denying Claim* with the Court using the CM/ECF system, which sent notification of such filing to the interested parties:

1

Dated: July 12, 2010

/s/ Emily Alexander_____
Emily Alexander, Esq.
Thomas, Alexander & Forrester LLP
14 27th Avenue
Venice, California 90291
Telephone: (310) 961-2536
Facsimile: (310) 526-6852

*Counsel for FutureSelect Prime Advisor II, LLC, Merriwell Fund, L.P., Telesis IIW, LLC, RCW Group, Inc., Ronald Ward and Dianne Ward*