Hearing Date: October 19, 2010<br>
Hearing Time: 10:00 a.m. (EST)

Gregory P. Ho
100 Riverside Drive – Apt. 8A
New York, New York 10024
Telephone: (212) 292-8310
Facsimile: (212) 292-8301
Email: gh@smcinvest.com

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

------------------------------------------------------------x

### OPPOSITION TO TRUSTEE'S MOTION FOR AN ORDER TO AFFIRM TRUSTEE'S DETERMINATIONS DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS

**PLEASE TAKE NOTICE** that, pursuant to this Court's April 13, 2010 Order scheduling adjudication of the "Customer" issue, (Docket No. 2205), Gregory P. Ho, having timely filed a claim (Claim Nos. 012098, 012142, 014818, and 015601) and Objection to the Trustee's Determination of Claims (Docket No. 1646), hereby opposes the Motion ("Motion") of Irving H. Picard, Esq., Trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, for an Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds, for the reasons set forth in the responses in opposition to the Trustee's Motion filed by other parties in interest.

Dated: New York, New York
       July 12, 2010

By: *[signature]*
Gregory P. Ho
100 Riverside Drive – Apt. 8A
New York, New York 10024
Telephone: (212) 292-8310
Facsimile: (212) 292-8301
Email: gh@smcinvest.com

## CERTIFICATE OF SERVICE

I, Gregory P. Ho, certify that on July 12, 2010 a copy of the annexed Response to Trustee's Motion for an Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds was served via hand delivery on the below persons at the addresses set forth below.

| | |
|---|---|
| Clerk of the United States Bankruptcy Court<br>for the Southern District of New York<br>One Bowling Green<br>New York, New York 10004 | Irving H. Picard, Trustee<br>c/o Baker & Hostetler LLP<br>Attn: Claims Department<br>45 Rockefeller Plaza<br>New York, New York 10011 |

Dated: New York, New York
       July 12, 2010

By _____
Gregory P. Ho
100 Riverside Drive – Apt. 8A
New York, New York 10024
Telephone: (212) 292-8310
Facsimile: (212) 292-8301
Email: gh@smcinvest.com

3