MOSES & SINGER LLP
Alan E. Gamza, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
agamza@mosessinger.com

Attorneys for Morris Fuchs Holdings, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION

          Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT
SECURITES LLC,

          Defendant.
------------------------------------------------------------X

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK  )

      Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 13th day of July, 2010, he caused a copy of the:

**Opposition to the Trustee's Motion to Affirm Trustee's Determination Denying Claims of Indirect Investors**

to be served By First Class Mail on:

                        Irving H. Picard, Trustee
                        c/o Baker & Hostetler LLP
                        Attn: Claims Department
                        45 Rockefeller Plaza
                        New York, New York 10111

                        Securities Investor Protection Corporation
                        Attn. Josephine Wang, Esq.
                        805 Fifteenth Street, N.W., Suite 800
                        Washington, D.C. 20005

826051v1  009887.0101

and served via the Electronic Case Filing System upon the registered participants as identified on the Notice of Electronic Filing

        /s/ Don K. Kick
Don K. Kick

Sworn to before me on July 13, 2010

      /s/ Marie S. Leybag
Notary Public

Marie S. Leybag
Notary Public, State of New York
No. 01LE5060744
Qualified in Queens County
Commission Expires: May 20, 2014

826051v1  009887.0101