Hearing Date: October 19, 2010
Hearing Time: 10:00 AM (EST)

7/8/10
Lisa Greenberg
1679 Willowhurst Ave
San Jose, CA 95125

Clerk of the United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY  10004-1408

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | **Bankruptcy Case No. 08-01789 (BRL)**<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |



RECEIVED
JUL 12 2010
U.S. BANKRUPTCY COURT

**MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM
TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS
WITHOUT BLMIS ACCOUNTS IN THEIR NAMES,
NAMELY, INVESTORS IN FEEDER FUNDS**

Pursuant to the Court's Order dated April 13, 2010 (the "Order" [docket no. 2205]), Lisa Greenberg hereby submits this Opposition to the Trustee's Motion For An Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds [docket no. 2416], and the memoranda filed by the Trustee and by SIPC in support of the same [docket nos. 2411 and 2414, respectively].

Lisa Greenberg is an "Objecting Claimant" as defined in the Order. [Investor] filed an objection to the Trustee's denial of its claim on the basis that [Investor] did not have an account at BLMIS (the "Objection" [docket no. 1302]). The Objection, along with its exhibits (including Lisa Greenberg's customer claim), is attached hereto as **Exhibit 1**.

The Trustee's determination that Lisa Greenberg is not a "customer" under SIPC because it did not have an account in its name at BLMIS is wrong for the reasons set forth in Lisa Greenberg's Objection. In the interest of preserving judicial resources, Lisa Greenberg hereby incorporates by reference as if fully restated herein the arguments set forth in the Objection as to why Lisa Greenberg should be treated as a customer under SIPA. Lisa Greenberg also hereby joins and incorporates by reference as if fully restated herein the arguments and authority cited in the objections and oppositions filed on behalf of all similarly situated Objecting Claimants as to why the Trustee's determination on the customer issue is wrong.

Dated: July 8, 2010

                                                    Lisa Greenberg   _Lisa Greenberg_

RECEIVED
JUL 1 2 2010
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

-2-

rely. For
applicable

ping

Page 1 of 1

For FedEx Express® Shipments Only

**FedEx**®

FedEx Express

From:    Origin ID: RHVA  (408) 879-4220
Campbell Office
Lincoln Financial Group
2105 S Bascom Ave.
Suite 300
Campbell, CA 95088

Ship Date: 09JUL10
ActWgt: 1.0 LB
CAD: 5550521/INET3060

Delivery Address Bar Code

Ref #  865030
Invoice #
PO #
Dept #

SHIP TO:    (408) 879-4220        BILL SENDER
Clerk of the US Bankruptcy Court fo
the Southern District of New York
1 BOWLING GRN

NEW YORK, NY 10004

TRK#  7937 1446 1910
0201

MON – 12 JUL A1
PRIORITY OVERNIGHT

10004
NY-US
EWR

SB SXYA