**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**ORDER DENYING NORDEA'S MOTION FOR LEAVE TO FILE RESPONSE TO
TRUSTEE'S CUSTOMER MOTION**

This matter came before the Court on June 11, 2010 on the motion (the "Motion") of

Nordea Liv & Pension, Livsforsikringsselskab A/S, Nordea Livsförsäkring Finland Ab,

Livsforsikringsselskapet Nordea Liv Norge AS, and Nordea Livsförsäkring Sverige AB

(collectively, "Nordea") for leave to file a response to the Customer Motion[1] of Irving H. Picard,

Esq., Trustee ("Trustee") for the substantively consolidated liquidation of the business of

Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15

U.S.C. § 78aaa *et seq.*, and the estate of Bernard L. Madoff.

**WHEREAS**, in accordance with the Court's December 23, 2008 Claims Procedure

---

[1] Trustee's Motion to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds.  Dkt. No. 2411.

Order,[2] the claim determination issued by the Trustee to PFA on or about December 8, 2009 is deemed confirmed by the Court and binding upon PFA; it is hereby

**ORDERED**, that the Motion is denied for the reasons set forth in the well-founded opposition of the Trustee filed on July 7, 2010 in response to the Motion; and it is further

**ORDERED**, that Nordea may not file a response to the Trustee's Customer Motion; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York
       July 13, 2010

                              /s/Burton R. Lifland
                              HONORABLE BURTON R. LIFLAND
                              UNITED STATES BANKRUPTCY JUDGE

---

[2] Order Approving Form and Manner of Publication and Mailing of Notices, Specifying Procedures for Filing, Determination, and Adjudication of Claims; and Providing Other Relief.  Dkt. No. 12.