UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**ORDER DENYING PFA'S MOTION FOR LEAVE TO FILE RESPONSE TO
TRUSTEE'S CUSTOMER MOTION**

This matter came before the Court on June 29, 2010 on the motion (the "Motion") of PFA Pension A/S ("PFA") for leave to file a response to the Customer Motion[1] of Irving H. Picard, Esq., Trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the estate of Bernard L. Madoff.

**WHEREAS**, in accordance with the Court's December 23, 2008 Claims Procedure Order,[2] the claim determination issued by the Trustee to PFA on or about December 8, 2009 is deemed confirmed by the Court and binding upon PFA; it is hereby

---

[1] Trustee's Motion to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds. Dkt. No. 2411.

[2] Order Approving Form and Manner of Publication and Mailing of Notices, Specifying Procedures for Filing, Determination, and Adjudication of Claims; and Providing Other Relief. Dkt. No. 12.

**ORDERED**, that the Motion is denied for the reasons set forth in the well-founded opposition of the Trustee filed on July 7, 2010 in response to the Motion; and it is further

**ORDERED**, that PFA may not file a response to the Trustee's Customer Motion; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York
July 13, 2010

/s/Burton R. Lifland
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE