


Hearing Date: October 19, 2010
Hearing Time: 10:00 AM (EST)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>Plaintiff,<br>vs.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | **Bankruptcy Case No. 08-01789 (BRL)**<br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>Debtor. | |

**MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS**

Pursuant to the Court's Order dated April 13, 2010 (the "Order" [docket no. 2205]), Evans Family Trust hereby submits this Opposition to the Trustee's Motion For An Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds [docket no. 2416], and the memoranda filed by the Trustee and by SIPC in support of the same [docket nos. 2411 and 2414, respectively].

Evans Family Trust is an "Objecting Claimant" as defined in the Order. Evans Family Trust filed an objection to the Trustee's denial of its claim on the basis that Evans Family Trust did not have an account at BLMIS (the "Objection" [docket no. 1302]). The Objection, along with its exhibits (including Evans Family Trust's customer claim), is attached hereto as **Exhibit 1**.

The Trustee's determination that Evans Family Trust is not a "customer" under SIPC because it did not have an account in its name at BLMIS is wrong for the reasons set forth in Evans Family Trust's Objection. In the interest of preserving judicial resources, Evans Family Trust hereby incorporates by reference as if fully restated herein the arguments set forth in the Objection as to why Evans Family Trust should be treated as a customer under SIPA. Evans Family Trust also hereby joins and incorporates by reference as if fully restated herein the arguments and authority cited in the objections and oppositions filed on behalf of all similarly situated Objecting Claimants as to why the Trustee's determination on the customer issue is wrong.

Dated: July 12, 2010

[Investor Signature]
Teresa A. Evans

**EHP CONSTRUCTION, INC.**
3054 SOUTH 2000 EAST
SALT LAKE CITY, UTAH 84109







Clerk of United States Bankruptcy Court
for the Southern District of New York
1 Bowling Green
New York, NY 10004-1408




10004+1400