*File — SIPC v. BLMIS LLC*

Ellen Diamond Waldman
645 Sheridan Rd
Highland Park, Illinois 60035

July 9, 2010

Objection to Motion Regarding Definition of "Customer"

To;

Baker and Hostetler LLP
David J Sheehan

SIPC
Kevin H Bell

I am a former investor with Stanley Chais and the Lambeth Fund and as a result of his undisclosed relationship with B. Madoff have lost thousands of dollars.

I believe each individual investor be it directly with BLMIS or a feeder fund such as Lambeth should be eligible for compensation by the SIPC.

My legal argument stems from the fact that another federal agency, the IRS, has deemed me an individual and required me to pay taxes on those paper gains, a portion of which have been reimbursed. If one government agency deems me an individual, how can another, the SIPC, claim that I am not due the same consideration?

Ellen Diamond Waldman

RECEIVED JUL 13 2010 U.S. BANKRUPTCY COURT, SDNY



S. Waldman MD
645 Sheridan Road
Highland Park, IL 60035

Clerk of the US. Bankruptcy CT.
One Bowling Green
New York, New York 10004

Attn
Hon. Burton R. Lifland