courtesy copy original sent to Judge Burton Lifland

**CANDACE NEWLOVE**
**ARTIST - CLAY & FIBERS**

P.O. BOX 943
NEDERLAND, CO 80466
720-565-5991

RECEIVED
U.S. BANKRUPTCY COURT
[ ]IST. OF NEW YORK

7/10/60

Dear Judge Burton Lifland,

I was advised to not write to you in response to this current objection on behalf of defining "customer" for SIPA since I was told it wouldn't make a difference. However, I woke this morning compelled to write to you anyway. The words I woke to were " The laws were made by the people for the people." This whole fiasco with the Madoff scandal, ponzi schemes + our economic situation is truly unfortunate and I don't envy the situation or job that you involved with. I do feel however that you are in a great position to take a stand and make a difference. Many of the investors are little people like myself that were advised to invest our monies safely, conservatively + wisely. We never made large gains or losses just a steady

over →

4-5% return annually. Originally, I am from Syracuse, New York where my grandfather was a doctor + taught at the University in the Medical School. He was a great influence on me + helped me to believe in ideals, what is right + to work hard + to believe in myself + others. I am writing to you in his honor, mother's + my daughters'. See the money that was invested was not only what I have saved since I began working at the age of 12 but the small savings he + my mother passed on to their grandchildren + great grandchildren. We are not talking about alot of money in the scheme of things but what this money represented. It represented all of our hard work, our sacrifices to put aside to create opportunities for future education for our children, our families + our communities. I am asking you please



**CANDACE NEWLOVE**
**ARTIST – CLAY & FIBERS**

P.O. BOX 943
NEDERLAND, CO 80466
720-565-5991

...contd... Consider carefully the description of "customer" for S.I.P.A./S.I.P.C. Many of us "customers" were the pennies, the nickels + the dimes that were saved up over time to tally up to an account that was invested w/ Madoff. I truly believe "we" are the customers, we are the people whose years of labor were put into a nest egg + advised it was a safe + insured investment. I understand you have a responsibility to uphold the law + this I truly respect but if I could ask one thing of you as you review the facts could you please keep in mind that we are the people, the hardworking, the honest and the willing...

→ over

Thank you very much your honor —

Sincerely —

*[signature]*

*[signature]*

