Hearing Date: October 19, 2010
Hearing Time: 10:00 AM (EST)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | **Bankruptcy Case No. 08-01789 (BRL)**<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |



RECEIVED JUL 1 3 2010 U.S. BANKRUPTCY COURT, SDNY

**MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS**

Pursuant to the Court's Order dated April 13, 2010 (the "Order" [docket no. 2205]), Sun Family Trust hereby submits this Opposition to the Trustee's Motion For An Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds [docket no. 2416], and the memoranda filed by the Trustee and by SIPC in support of the same [docket nos. 2411 and 2414, respectively].

Sun Family Trust is an "Objecting Claimant" as defined in the Order. Sun Family Trust filed an objection to the Trustee's denial of its claim on the basis that Sun Family Trust did not have an account at BLMIS (the "Objection" [docket no. 1302]). The Objection, along with its exhibits (including Sun Family Trust's customer claim), is attached hereto as **Exhibit 1**.

The Trustee's determination that Sun Family Trust is not a "customer" under SIPC because it did not have an account in its name at BLMIS is wrong for the reasons set forth in Sun Family Trust's Objection. In the interest of preserving judicial resources, Sun Family Trust hereby incorporates by reference as if fully restated herein the arguments set forth in the Objection as to why Sun Family Trust should be treated as a customer under SIPA. Sun Family Trust also hereby joins and incorporates by reference as if fully restated herein the arguments and authority cited in the objections and oppositions filed on behalf of all similarly situated Objecting Claimants as to why the Trustee's determination on the customer issue is wrong.

Dated: July 12, 2010

Sun Family Trust
David Sun  (X) _____
Diana Sun  (X) _____

# Extremely Urgent

This envelope is for use with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express℠**
**UPS 2nd Day Air®**

Apply shipping documents on this side.

Do not use this envelope for:

UPS Ground
UPS Standard
UPS Worldwide Express Plus℠
UPS Worldwide Expedited℠

171604 REV. 9/05

Call **1-800-PICK-UPS®** (1-800-742-5877) or visit **UPS.com®**.

- For UPS Next Day Air services, there is no weight limit for envelopes containing correspondence, urgent documents, and electronic media. When a UPS Next Day Air service is selected, UPS Express Envelopes containing items other than those listed above are subject to the corresponding rates for the applicable weight.

- For UPS Worldwide Express services, UPS Express Envelopes must be used for documents of no commercial value. Shipments of merchandise or items with commercial value in a UPS Express Envelope may be subject to delay and customs related charges.

- Do not send cash or cash equivalent. UPS Express Envelopes are not recommended for shipments of items valued over US$500. (See terms and conditions in the UPS Rate and Service Guide for details.)

- **Do not use this envelope for UPS Ground, UPS Standard or UPS Worldwide Expedited service shipments.**

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

80% Post-Consumer

UPS Internet Shipping: Shipment Label

Page 1 of 1

HUSAMI & ASSOCIATES
562-406-3888 230
HUSAMI & ASSOCIATES
12631 E. IMPERIAL HWY
SANTA FE SPRINGS CA 90670

SHIP TO:
SOUTHERN DISTRICT OF NEW YORK
CLERK OF U.S. BANKRUPTCY COURT
1 BOWLING GREEN
NEW YORK NY 10004-1415

1.0 LBS    LTR    1 OF 1

NY 102 9-09

UPS NEXT DAY AIR SAVER

TRACKING #: 1Z 916 774 13 9619 1613

BILLING: P/P

Reference#1: re: Sun Family Trust docs

US 12.5.35
WXPIE70 06.0A 07/2010