Hearing Date: October 19, 2010
Hearing Time: 10:00 AM (EST)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　Debtor. | Bankruptcy Case No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated)<br><br> |

### MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS

Pursuant to the Court's Order dated April 13, 2010 (the "Order" [docket no. 2205]), The Dara Sun 2006 Irrevocable Trust hereby submits this Opposition to the Trustee's Motion For An Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds [docket no. 2416], and the

memoranda filed by the Trustee and by SIPC in support of the same [docket nos. 2411 and 2414, respectively].

The Dara Sun 2006 Irrevocable Trust is an "Objecting Claimant" as defined in the Order. The Dara Sun 2006 Irrevocable Trust filed an objection to the Trustee's denial of its claim on the basis that The Dara Sun 2006 Irrevocable Trust did not have an account at BLMIS (the "Objection" [docket no. 1302]). The Objection, along with its exhibits (including The Dara Sun 2006 Irrevocable Trust's customer claim), is attached hereto as **Exhibit 1**.

The Trustee's determination that The Dara Sun 2006 Irrevocable Trust is not a "customer" under SIPC because it did not have an account in its name at BLMIS is wrong for the reasons set forth in The Dara Sun 2006 Irrevocable Trust's Objection. In the interest of preserving judicial resources, The Dara Sun 2006 Irrevocable Trust hereby incorporates by reference as if fully restated herein the arguments set forth in the Objection as to why The Dara Sun 2006 Irrevocable Trust should be treated as a customer under SIPA. The Dara Sun 2006 Irrevocable Trust also hereby joins and incorporates by reference as if fully restated herein the arguments and authority cited in the objections and oppositions filed on behalf of all similarly situated Objecting Claimants as to why the Trustee's determination on the customer issue is wrong.

Dated: July 12, 2010

               The Dara Sun 2006 Irrevocable Trust
Dara Sun, Trustee   [signature]

**Extremely Urgent**

This envelope is for use with the following services:
- UPS Next Day Air®
- UPS Worldwide Express℠
- UPS 2nd Day Air®

Apply shipping documents on thi[s]

Do not [use this enve]lope for:
- UPS Ground
- UPS Standard
- [Se]lect℠
- [UPS Wor]ldwide Expedited℠

171604 REV. 9/05 UPS

Call **1-800-PICK-UPS®** (1-800-742-5877) or visit **UPS.com®**.

- For UPS Next Day Air services, there is no weight limit for envelopes containing correspondence, urgent documents, and electronic media. When a UPS Next Day Air service is selected, UPS Express Envelopes containing items other than those listed above are subject to the corresponding rates for the applicable weight.

UPS Internet Shipping: Shipment Label

Page 1 of 1

```
HUSAMI & ASSOCIATES                    1.0 LBS    LTR        1 OF 1
562-406-3888 230
HUSAMI & ASSOCIATES
12631 E. IMPERIAL HWY
SANTA FE SPRINGS CA 90670

SHIP TO:
  SOUTERN DISTRICT OF NEW YORK
  CLERK OF U.S. BANKRUPTCY COURT
  1 BOWLING GREEN
  NEW YORK NY 10004-1415
```

NY 102 9-09



**UPS NEXT DAY AIR SAVER**  1P
TRACKING #: 1Z 916 774 13 9619 1613

BILLING: P/P

Reference#1: re: Sun Family Trust docs

UIS 12.5.35.    WXPIE70 06.0A 07/2010

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

80% Post Consumer