Helen Davis Chaitman (4266)
BECKER & POLIAKOFF, LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com
Attorneys for the Herbert Bernfeld
Residuary Trust and Marilyn Bernfeld Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br><br>**CERTIFICATE OF SERVICE** |

     I, Lourdes Blanco, hereby certify that on July 14, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of the Herbert Bernfeld Residuary Trust and Marilyn Bernfeld Trustee to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

        David J. Sheehan, Esq.
        Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, NY 10111
        dsheehan@bakerlaw.com

Dated: July 14, 2010

                                                                 */s/ Lourdes Blanco*