Helen Davis Chaitman (4266)
BECKER & POLIAKOFF, LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com
Attorneys for the Howard L. Frucht
and Carolyn Frucht Revocable Trust

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br><br>**CERTIFICATE OF SERVICE** |

　　　　I, Lourdes Blanco, hereby certify that on July 14, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of the Howard L. Frucht and Carolyn Frucht Revocable Trust to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

> David J. Sheehan, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> dsheehan@bakerlaw.com

Dated: July 14, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lourdes Blanco*