# EXHIBIT B

**Investors in Bernard L Madoff Account Titled David Shapiro Nominee**

|                    | Invested     | Share of Earning | Equity       |
|--------------------|-------------:|-----------------:|-------------:|
| Dr Daniel Shapiro  | 10,000.00    | 220.53           | 10,220.53    |
| Laurie Labdon      | 150,000.00   | 3,307.94         | 153,307.94   |
| Ethan Shapiro      | 150,000.00   | 3,307.94         | 153,307.94   |
| Jeanette Shapiro   | 150,000.00   | 3,307.94         | 153,307.94   |
| Steven Brown *     | 155,000.00   | 3,197.67         | 158,197.67   |
| Hilda Drucker      | 350,000.00   | 7,718.52         | 357,718.52   |
| David Drucker      | 80,000.00    | 1,764.23         | 81,764.23    |
| Alan Teicher       | 130,000.00   | 2,866.88         | 132,866.88   |
| John Vakoutis      | 100,000.00   | 2,205.29         | 102,205.29   |
| Marilyn Komarc     | 20,000.00    | 441.06           | 20,441.06    |
| David Shapiro  **  | -            | 1,491.47         | 1,491.47     |
|                    | 1,295,000.00 | 29,829.48        | 1,324,829.48 |

\*  $20,000 invested in middle of period.  Earning based on $145,000
\*\*  5% Fee

Note that some earlier investors withdrew their investments, and that several are deceased.