# EXHIBIT B

**Investors in Bernard L Madoff Account Titled David Shapiro Nominee 3**

|                    | Invested    | Share of Earning | Equity      |
|--------------------|-------------|------------------|-------------|
| Fred Mandel        | 200,000.00  | 4,208.33         | 204,208.33  |
| Elaine Langweiler  | 95,000.00   | 1,998.96         | 96,998.96   |
| Irv Sonnenfeld     | 40,000.00   | 841.67           | 40,841.67   |
| Cathryn Becker     | 200,000.00  | 4,208.33         | 204,208.33  |
| David Shapiro *    | -           | 592.49           | 592.49      |
|                    | 535,000.00  | 11,849.78        | 546,849.78  |

* 5% Fee

Note that some earlier investors withdrew their investments, and that several are deceased.