# EXHIBIT B

**Investors in Bernard L Madoff Account Titled David Shapiro Nominee 4**

|  | Invested | Share of Earning | Equity |
|---|---|---|---|
| Laura Kaplan (Deceased) | 307,000.00 | 6,714.60 | 313,714.60 |
| Nina Singer | 414,000.00 | 9,054.87 | 423,054.87 |
| Nancy Kaplan | 254,000.00 | 5,555.40 | 259,555.40 |
| Linda Bush | 15,000.00 | 328.08 | 15,328.08 |
| Jonathan Van Gieson | 160,000.00 | 3,499.47 | 163,499.47 |
| Adam Jacob Singer DeRive | 150,000.00 | 3,280.75 | 153,280.75 |
| David Shapiro  * | - | 1,496.48 | 1,496.48 |
|  | --------------- | ------------------ | ------------------ |
|  | 1,300,000.00 | 29,929.65 | 1,329,929.65 |

*  5% Fee

Note that some earlier investors withdrew their investments, and that several
are deceased.                                                                              `