# EXHIBIT B



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

MADELINE CELIA CHAIS
1992 TRUST

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7717
YOUR ACCOUNT NUMBER: 1-C1204-3-0
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .93 |
| | | | | NEW BALANCE | | | .93 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 4,000 | | | ALTRIA GROUP INC | 16.080 | | |
| | 2,768 | | | KRAFT FOOD INC | 27.210 | | |
| | 69,600 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 1,725,000 | | | U S TREASURY BILL DUE 2/12/2009 | 99.992 | | |
| | | | | 2/12/2009 | | | |
| | 3,400,000 | | | U S TREASURY BILL DUE 02/19/2009 | 99.986 | | |
| | | | | 2/19/2009 | | | |
| | 425,000 | | | U S TREASURY BILL DUE 03/05/09 | 99.970 | | |
| | | | | 3/05/2009 | | | |
| | 125,000 | | | U S TREASURY BILL DUE 4/02/2009 | 99.969 | | |
| | | | | 4/02/2009 | | | |
| | 4,525,000 | | | U S TREASURY BILL DUE 04/09/2009 | 99.945 | | |
| | | | | 4/09/2009 | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel: 020 7493 6222

MADELINE CELIA CHAIS
1992 TRUST

YOUR ACCOUNT NUMBER: 1-C1204-3-0
PERIOD ENDING: 11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER: ******7717
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 350,000 | | | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.915 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 10,755,670.78 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MADELINE CELIA CHAIS
1992 TRUST

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7717
YOUR ACCOUNT NUMBER: 1-C1204-3-0
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 116,333.08 |
| | | | | MARGIN INTEREST | | 16,044.23 | |
| | | | | GROSS PROCEEDS FROM SALES | | | 13,404,407.92 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES