Hearing Date: October 19, 2010
Hearing Time: 10:00 AM (EST)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | **Bankruptcy Case No.**<br>**08-01789 (BRL)**<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

JUL 13 2010

# MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS

Pursuant to the Court's Order dated April 13, 2010 (the "Order" [docket no. 2205]), Dorothy Klausner, Rev. Liv. Tr. 2nd Amendment (hereafter referred to as "Dorothy Klausner") hereby submits this Opposition to the Trustee's Motion For An Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds [docket no. 2416], and the memoranda filed by the Trustee and by SIPC in support of the same [docket nos. 2411 and 2414, respectively].

Dorothy Klausner is an "Objecting Claimant" as defined in the Order. Dorothy Klausner filed an objection to the Trustee's denial of its claim on the basis that Dorothy Klausner did not have an account at BLMIS (the "Objection" [docket no. 1302]). The Trustee's determination that Dorothy Klausner is not a "customer" under SIPC because she did not have an account in its name at BLMIS is wrong for the reasons set forth in Dorothy Klausner's Objection. In the interest of preserving judicial resources, Dorothy Klausner hereby incorporates by reference as if fully restated herein the arguments set forth in the Objection as to why Dorothy Klausner should be treated as a customer under SIPA.

Dorothy Klausner also hereby joins and incorporates by reference as if fully restated herein the arguments and authority cited in the objections and oppositions filed on behalf of all similarly situated Objecting Claimants as to why the Trustee's determination on the customer issue is wrong.

Dated: July 12, 2010

*Dorothy Klausner* BvL
Dorothy Klausner, trustee

JUL 1 3 2010

Klauner
17280 Goldwin Drive
Southfield MI
48075

ROCHESTER NY 144
10 JUL 2010 PM 4 T

Clerk of the US Bankruptcy Court
for the Southern District of NY
One Bowling Green
New York NY 10004+1408

USMS SDNY
JUL 13 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK