# EXHIBIT B



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

1994 TRUST FOR THE CHILDREN
OF STANLEY AND PAMELA CHAIS
AL ANGEL & MARK CHAIS TRUSTEE

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-C1215-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****2494
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 28,960.00 |
| 11/03 | | | | AT&T INC | | | |
| 11/03 | | | | DIV 10/10/08 11/03/08 | DIV | | |
| 11/18 | 275,000 | | 78184 | BIOGEN IDEC INC | 46.620 | | |
| 11/18 | | 6,000 | 78240 | U S TREASURY BILL | 99.661 | 274,067.75 | 279,720.00 |
| | | | | DUE 5/14/2009 | 5/14/2009 | | |
| 11/24 | | | | GOLDMAN SACHS GROUP INC | | | |
| 11/24 | | | | DIV 10/27/08 11/24/08 | DIV | | 1,925.00 |
| 11/28 | 36,537 | | 79207 | FIDELITY SPARTAN | 1 | 36,537.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | | .37 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 12,400 | | | AT&T INC | 28.560 | | |
| | 14,000 | | | ALTRIA GROUP INC | 16.080 | | |
| | 5,500 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 9,000 | | | HALLIBURTON CO | 17.600 | | |
| | 9,688 | | | KRAFT FOOD INC | 27.210 | | |
| | 18,300 | | | MASSEY ENERGY CO | 15.620 | | |
| | 28,000 | | | MICROSOFT CORP | 20.220 | | |
| | 399,795 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE  2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PAGE 2
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******2494
YOUR ACCOUNT NUMBER 1-C1215-3-0

1994 TRUST FOR THE CHILDREN
OF STANLEY AND PAMELA CHAIS
AL ANGEL & MARK CHAIS TRUSTEE

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 2,425,000 | | | U S TREASURY BILL DUE 2/12/2009 | 99.992 | | |
| | 6,250,000 | | | U S TREASURY BILL DUE 02/19/2009 | 99.986 | | |
| | 1,575,000 | | | U S TREASURY BILL DUE 03/05/09 | 99.970 | | |
| | 3,552,000 | | | U S TREASURY BILL DUE 4/02/2009 | 99.969 | | |
| | 7,725,000 | | | U S TREASURY BILL DUE 04/09/2009 | 99.945 | | |
| | 3,125,000 | | | U S TREASURY BILL DUE 4/16/2009 | 99.915 | | |
| | 100,000 | | | U S TREASURY BILL DUE 4/30/2009 | 99.868 | | |
| | 275,000 | | | U S TREASURY BILL DUE 5/14/2009 | 99.828 | | |
| | | | | MARKET VALUE OF SECURITIES LONG    SHORT 29,056,968.17 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| BERNARD L. MADOFF<br>INVESTMENT SECURITIES LLC<br>New York ◊ London<br>885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | | Affiliated with<br>Madoff Securities International Limited<br>12 Berkeley Street<br>Mayfair, London W1J 8DT<br>Tel 020 7493 6222 |
|---|---|---|
| | PERIOD ENDING<br>11/30/08 | PAGE<br>3 |
| | YOUR ACCOUNT NUMBER<br>1-C1215-3-0 | YOUR TAX PAYER IDENTIFICATION NUMBER<br>******2494 |

1994 TRUST FOR THE CHILDREN
OF STANLEY AND PAMELA CHAIS
AL ANGEL & MARK CHAIS TRUSTEE

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 411,130.08 |
| | | | | MARGIN INTEREST | | 12,687.10 | |
| | | | | GROSS PROCEEDS FROM SALES | | | 33,594,970.15 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES