**SILLS CUMMIS & GROSS P.C.**
One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Andrew H. Sherman
Email: asherman@sillscummis.com
Philip R. White
Email: pwhite@sillscummis.com

*Attorneys for William Frederick Chais Trust #3*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC.<br><br>Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (BRL) |

### CERTIFICATION OF SERVICE

PETER CALHOUN, of full age, certifies as follows:

I am a Paralegal employed with the firm of Sills Cummis & Gross P.C., attorneys for Madeline Celia Chais 1992 Trust and 1994 Trust for the Children of Stanley and Pamela Chais.

On July 15, 2010, the following document was filed electronically with the United States Bankruptcy Court for the Southern District of New York on behalf of each of the above parties:

Objection to Trustee's Determination of Claim and Request for a Hearing.

In addition to the parties that were served electronically with a Notice of Electronic Filing by the Court, the following parties were served the foregoing document on July 15, 2010 via Federal Express overnight mail:

1751595 v1

Irving H. Picard, as Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111-0100

and

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1415

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements by me are willfully false, I am subject to punishment.

Dated: July 15, 2010

*Peter Calhoun*
PETER CALHOUN