SHUTTS & BOWEN LLP
Larry I. Glick, Esq.
201 South Biscayne Blvd.
1500 Miami Center
Miami, FL 33131
Telephone No. (305) 358-6300
Facsimile No.  (305) 347-7831
lglick@shutts.com

*Counsel for Franklin Sands*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION       :
CORPORATION,                                                  :           Adv. Pro. No.: 08-01789 (BRL)
                                                                           :
         Plaintiffs-Applicants,        :           SIPA Liquidation
                                                                           :           (Substantively Consolidated)
    v.                                                                :
                                                                           :
BERNARD L. MADOFF INVESTMENT     :
SECURITIES LLC,                                        :
                                                                           :
         Defendant.                           :
------------------------------------------------------------x
In re:                                                                :
                                                                           :
BERNARD L. MADOFF                            :
                                                                           :
         Debtor.                                  :
------------------------------------------------------------x

**WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR**
**REMOVAL FROM SERVICE LIST IN THIS CASE ONLY**

**PLEASE TAKE NOTICE**, that Shutts & Bowen LLP, and any and all of its attorneys, hereby requests the withdrawal of its appearance in the above captioned action as counsel to Franklin Sands; and

**PLEASE TAKE FURTHER NOTICE**, that the law firm of Shutts & Bowen LLP, and any and all of its attorneys, hereby requests that it be removed from any and all mailing matrixes and service lists in the above-referenced matter on behalf of Franklin Sands.

Dated: July 14, 2010
      Miami, Florida

Respectfully submitted,

**SHUTTS & BOWEN LLP**

/s/ *Larry I. Glick*
Larry I. Glick  (LG-8665)
Florida Bar No. 75064
1500 Miami Center
201 South Biscayne Boulevard
Miami, FL  33131
lglick@shutts.com
Telephone:  305-358-6300
Facsimile:   305-347-7831
*Attorneys for Franklin Sands*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 14, 2009, a true and correct copy of the foregoing *Withdrawal of Notice of Appearance and Request for Removal from Service List* was served upon all counsel of record in the above matter through the Court's CM/ECF system.

         /s/ Larry I. Glick
         Larry I. Glick

MIADOCS 4500485 2