# EXHIBIT B

**From:** contactus@madofftrustee.com
**Date:** June 11, 2010 11:20:52 AM CDT
**To:** Timothy Murray <tp1murray@comcast.net>
**Subject: Re: Response to your inquiry to the Madoff contact us e-mail**

Dear Mr. Murray,

Your address has been added to receive correspondence from us.

Thank you,

Madoff Claims Processing

Quoting Timothy Murray <tp1murray@comcast.net>:

Please copy me with these Determination Letters - of the 8 claims we submitted I was copied with some but not all. It is important that I receive copies so that we can respond to them in a timely fashion.

Thank You

Tim Murray

On Jun 9, 2010, at 9:17 AM, contactus@madofftrustee.com wrote:

Dear Mr. Murray,

In response to your e-mail inquiry, the two accounts - 1EM144-3-0 and 1P0098-3-0 are still being processed.

The claim review process is still ongoing. These two claims are still under review by SIPC and the Trustee. Once your claim has been processed, you will receive a Determination Letter from the Trustee.

Thank you for your patience,

Madoff Claims Processing


Your E-mail:
Account:  1-EM144-3-0 & 1-P0098-3-0
Phone:    763-557-86055
Address 1:    6308 Upland Lane North
Address 2:
City:   Maple Grove
State: MN
Postal / ZIP:  55311
Country:  USA
_____
Comments: Our family has 8 accounts - we have received Determination Letters for all except for the two referenced above.  Because they are not sent Return Receipt can you please confirm the status of these two accounts. Thanks Tim Murray