**FRANK H. WOLF & ROBERTA WOLF**
**650 PARK AVENUE**
**NEW YORK, N.Y. 10065**

July 13, 2010

Clerk of the United States Bankruptcy Court
The Southern District of New York
One Bowling Green
New York, New York 10004



    RE: Bernard L. Madoff Investment Securities LLC
        Bankr.S.D.N.Y. No. 08-1789 (BRL)

        Frank H. Wolf & Roberta Wolf J/T WROS
        Account No. 1W0082-3-0 &
        Roberta Wolf Account No. 1W0132-3-0

Dear Sir or Madam,

Based on net cash in and net cash out on both the above referenced accounts, we deposited a total of $3,150,000.00 and withdrew a total of $1,835,000.00 with a net investment of $1,315,000.00.

The Trustee arbitrarily assumed that a transfer on June 5th, 2007 to Roberta Wolf account #1W0132-3-0 (for estate planning purposes) in the amount of $1,605,857.00 was a cash withdrawal when in fact it was nothing more than a bookkeeping journal entry as the transferred amount was never withdrawn from BLMIS.

Further, after the above transfer, additional cash deposits totaling $500,000.00 were made to account #1W0132-3-0 (which is reflected in & part of the above total deposits).

In view of the net cash deposits to both accounts exceeding $1,000,000.00, SIPC should have considered the transfer nothing more than a bookkeeping journal entry and reimbursed the maximum $500,000.00 on each account versus the $525,000.00 for both accounts.

Therefore, we respectfully request that SIPC reimburse the additional $475,000.00 on account #1W0082-3-0 the maximum reimbursement permitted by SIPC.

Respectfully,

Frank H Wolf

/Encs: Reconciliation Statement
        A/c # 1W0082-3-0 statement
        A/c # 1W0132-3-0 statement
cc:    Picard