UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

SECURITIES INVESTOR
PROTECTION CORPORATION,

        Plaintiff,

   v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

------------------------------------------------x

In re:

BERNARD L. MADOFF,

        Debtor.

------------------------------------------------x

SIPA LIQUIDATION
(Substantively Consolidated)
Adv. Pro. No. 08-01789 (BRL)

## CERTIFICATE OF SERVICE

I, Brian G. Burke, hereby certify that I caused a true and correct copy of the Objection to Trustee's Notice of Determination of Claim for the Kimberly L. Strauss 1988 Trust to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF on July 16, 2010, and served a hard copy upon the party listed below pursuant to the December 23, 2008 Order on Application for an Entry of an Order Approving Form and Manner of Publication and Mailing of Notices, Specifying Procedures for Filing, Determination, and Adjudication of Claims; and Providing Other Relief issued by the U.S. Bankruptcy Court for the Southern District of New York, on July 16, 2010:

    Irving H. Picard, Trustee
    BAKER & HOSTETLER LLP
    45 Rockefeller Plaza
    New York, NY 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201

Dated:  July 16, 2010
        New York, New York

_____
Brian G. Burke