### CERTIFICATE OF SERVICE

I, Jonathan M. Landers, certify that on the 16th day of June, 2010, I caused a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (William M. Woessner and Sheila A. Woessner - 1CM191) to be filed and served on the parties to this action via electronic filing.  In addition, service was effectuated to the following address via U.P.S.

Irving H. Picard, Trustee
c/o Baker Hostetler LLP
45 Rockefeller Plaza
New York, New York 10011


s/  Jonathan M. Landers