ARNSTEIN & LEHR LLP
Peter E. Shapiro, Esq.
200 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL  33301
Telephone:  (954) 713-7600
Facsimile:  (954) 713-7700
peshapiro@arnstein.com
*Counsel for Franklin Sands*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION            :
CORPORATION,                              :       Adv. Pro. No.: 08-01789 (BRL)
                                          :
       Plaintiffs-Applicants,            :       SIPA Liquidation
                                          :       (Substantively Consolidated)
  v.                                      :
                                          :
BERNARD L. MADOFF INVESTMENT              :
SECURITIES LLC,                           :
                                          :
       Defendant.                        :
-------------------------------------------------------------x
In re:                                    :
                                          :
BERNARD L. MADOFF,                        :
                                          :
       Debtor.                           :
-------------------------------------------------------------x

**WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR**
**REMOVAL FROM SERVICE LIST IN THIS CASE ONLY**

    **PLEASE TAKE NOTICE**, that Arnstein & Lehr LLP, and any and all of its attorneys, hereby requests the withdrawal of its appearance in the above captioned action as counsel to Franklin Sands; and

    **PLEASE TAKE FURTHER NOTICE**, that the law firm of Arnstein & Lehr LLP, and any and all of its attorneys, hereby requests that it be removed from any and all mailing matrixes and service lists in the above-referenced matter on behalf of Franklin Sands.

9120324.1

Dated: July 19, 2010
      Fort Lauderdale, Florida

                      Respectfully submitted,

                      ARNSTEIN & LEHR LLP

                      _/s/ Peter E. Shapiro_____
                      Peter E. Shapiro
                      New York Bar No.: 2288041
                      Florida Bar No.: 615511
                      200 East Las Olas Boulevard, Suite 1700
                      Fort Lauderdale, FL  33301
                      Telephone:  (954) 713-7600
                      Facsimile:  (954) 713-7700
                      peshapiro@arnstein.com
                      *Counsel for Franklin Sands*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 19, 2010, a true and correct copy of the foregoing *Withdrawal of Notice of Appearance and Request for Removal from Service List* was served upon all counsel of record in the above matter through the Court's CM/ECF system.

                      _/s/ Peter E. Shapiro_____
                          Peter E. Shapiro

9120324.1