**SECOND AMENDED EXHIBIT B**

**Investors in Bernard L Madoff Account Titled David Shapiro Nominee 2**

|  | Invested | Share of Earning | Equity |
|---|---|---|---|
| Alan Teicher | 150,000 | 3,338.06 | 153,338.06 |
| Naomi Holloch | 100,000 | 2,225.38 | 102,225.38 |
| Richard Shapiro | 500,000 | 11,126.88 | 511,126.88 |
| Myra Levine | 75,000 | 1,669.03 | 76,669.03 |
| Ruth and Erich Hirschberg | 50,000 | 1,112.69 | 51,112.69 |
| Naomi Karp | 100,000 | 2,225.38 | 102,225.38 |
| Marta Kaplan | 85,000 | 1,891.57 | 86,891.57 |
| Brenda and Jonathan Myer | 50,000 | 1,112.69 | 51,112.69 |
| Steven Brown | 190,000 | 4,228.22 | 194,228.22 |
| Jeremy Shapiro | 243,000 | 5,407.66 | 248,407.66 |
| David Shapiro  * | - | 1,807.24 | 1,807.24 |
|  | 1,543,000 | 36,144.80 | 1,579,144.80 |

*  5% Fee

Note that some earlier investors withdrew their investments, and that several are deceased.