King & Spalding LLP
1180 Peachtree Street NE
Atlanta, Georgia  30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Letitia A. McDonald, a member in good standing of the bar of the State of Georgia, request admission *pro hac* before the Honorable Burton R. Lifland, to represent third-party Bank of America, N.A. in the above-referenced adversary proceeding.

Mailing address:  1180 Peachtree Street, NE, Atlanta, GA  30309

E-mail address:  tmcdonald@kslaw.com

Telephone number:  (404) 572-4600

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: July 20, 2010                            Respectfully submitted,

                                            KING & SPALDING LLP

                                            /s/ Letitia A. McDonald
                                            Letitia A. McDonald
                                            1180 Peachtree Street NE
                                            Atlanta, GA  30309
                                            Telephone:  (404) 572-4600
                                            Facsimile:  (404) 572-5100

                                            *Counsel for Bank of America, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | |
| | SIPA LIQUIDATION |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Letitia A. McDonald, a member in good standing of the bar of the State of Georgia, having requested admission, *pro hac vice,* to represent Bank of America, N.A., a party-in-interest in the above-captioned proceeding.

IT IS THEREFORE ORDERED:

that Letitia A. McDonald, Esq., is admitted to practice, *pro hac vice,* in the above-captioned proceeding, in the United States Bankruptcy Court, Southern District of New York.

Dated: July ___, 2010
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

ATL_IMANAGE-7062526.1

King & Spalding LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, ) ) ) ) | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, ) ) ) | SIPA LIQUIDATION |
| v. ) ) | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, ) ) ) | |
| Defendant. ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2010, I caused true copies of the foregoing **Motion For Admission,** *Pro Hac Vice* to be served upon the interested parties who receive electronic service through ECF and additionally by e-mailing true and correct copies via electronic transmission to those parties as set forth on the attached Schedule A.

ATL_IMANAGE-7062443.1

- 2 -

Dated: July 20, 2010                              Respectfully submitted,

                                                KING & SPALDING LLP

                                                /s/ Letitia A. McDonald
                                                Letitia A. McDonald
                                                1180 Peachtree Street NE
                                                Atlanta, GA  30309
                                                Telephone:  (404) 572-4600
                                                Facsimile:  (404) 572-5100

                                                *Counsel for Bank of America, N.A.*

## SCHEDULE A

Matthew R. Raley, Esq.
Baker Hostetler LLP
1000 Louisiana, Suite 2000
Houston, TX  77002
mraley@bakerlaw.com