UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## ORDER GRANTING TRUSTEE'S MOTION TO RETAIN
## MISHCON DE REYA AS SPECIAL COUNSEL
## *NUNC PRO TUNC* AS OF FEBRUARY 1, 2010

Upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, for authority to retain Mishcon de Reya ("Mishcon") as special counsel, *nunc pro tunc* as of February 1, 2010, and due and proper notice having been given under the circumstances of this case, and the Securities Investor Protection Corporation having specified Mishcon as special counsel, and after due deliberation,

IT IS HEREBY ORDERED THAT:

1.       The Motion is GRANTED.

2.       The Court finds that Mishcon is hereby deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

3.      The Trustee is authorized to retain Mishcon as special counsel to the Trustee as

provided in the Motion, *nunc pro tunc*, as of February 1, 2010.


Dated: New York, New York
       July 20, 2010

                                    /s/Burton R. Lifland_____
                                    HONORABLE  BURTON R. LIFLAND
                                    UNITED STATES BANKRUPTCY JUDGE