# EXHIBIT C

# Lauren Marinelli

**From:** Cheema, Bik [bcheema@bakerlaw.com]
**Sent:** Friday, July 09, 2010 2:38 PM
**To:** Lauren Marinelli
**Subject:** Extension

Dear Lauren,

Further to our conversation, we hereby grant your clients, the Belosa's, an extension to file their response to the Trustee's determination of their claim, through July 26th, 2010.

Regards,

Bik

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

1