UNITED STATES BANKRUPTCY COURT
Southern District of New York

Securities Investor Protection Corp;
Jonathan Lee Riches, Movant,
Plaintiff

Case No: 08-01789

V.

Bernard L. Madoff,
Defendant.

FILED
JUL -9 2010
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

Notice of Appeal By Jonathan Lee Riches this courts 1/30/09 order denying Rule 24 Intervention. Appeal to the United States District Court Southern District of New York

Jonathan Lee Riches moves to appeal this courts 1/30/09 order denying me Rule 24 and Bankruptcy Intervention. I Appeal to the united states District Court for the Southern District of New York.

Bernard L. Madoff has defrauded me, my siblings, my Neighbors, and my Pets. He left my father and mother out of this. Bernard L. Madoff promised me $5 million dollars in Ponzi money if I file lawsuits around the country in his name either as him being my A/K/A or me suing him or him suing other people. Example MAdoff v. Parton, MAdoff v. Horse Illustrated and many more all you have to do is go to Justia.com or the Federal Pacer / Westlaw System and put in Bernard MAdoff and you will see all the cases with me interlinked with him. Madoff told me to continue filing in his name to keep the focus of attention off him, so journalists and reporters get confused and go on a wild goose chase away from the true Madoff. This is a diversion and this proves the calculated manipulating thinking of the one Bernard Madoff. For a while Bernard Madoff was actually paying me to file

Lawsuits in his name. He would instruct his wife Ruth to send $240.00 to my Inmate trust Account in Demoines Iowa. $240.00 is the monthly spending limit for inmates. In return, I was to file lawsuits to make him look like a victim. Bernard Madoff is also using the Jonathan Lee Riches name and Brand for his financial gain. I've been used by Bernard Madoff. Me and him were Pen Pals as I'm at the Federal Medical Center in Lexington Kentucky and he is at FMC Butner. We both write to his wife Ruth who forwards the letters to each other. Madoff has been Psychologically Manipulating my mind by convincing me to file as many lawsuits as I can and continue Adding to my fame as I'm in the Guiness Book of world records for filing the most lawsuits in the history of mankind. While I get noriety, his wife Ruth is profitting off my fame by making Jonathan Lee Riches T-shirts, hats, mugs and selling them in Times Square NY, on ebay, and the oldsmar florida flea market and Both the Madoffs are Lining up Book deals with Random House Publishing on the Jonathan Lee Riches Story, Jonathan Lee Riches Bio, where Madoff already trademarked Jonathan Lee Riches™ through legalzoom.com and copyrighted Jonathan Lee Riches©, this will allow Bernard Madoff to be set for life and his financial security and nest egg will reep the benefits of Jonathan Lee Riches. So from Jan 2009 through June 2010 Bernard Madoff has ordered me through a stolen credit card of Trustee Irving H. Picard, Subscriptions of USA today, Wall St. Journal, IBD, Smart money magazine, the Economist, American curves, newsmax, and Bernard Madoff told me in letters to use these subscriptions as a reference to find hot news stories and celebrities to sue in federal courts, and thats what I been doing. Example Riches v. Deepwater Horizon Rig, Riches v. Alice in wonderland, Spencer Pratt v. Heidi Montag, Jesse James v. Bullock. These are just a few of thousands of examples. I filed over 5,000 federal cases nationwide. Bernard Madoff told me he loves it, and Promised me I'm going to make millions off my fame when I get out of Prison with numerous marketing ideas.

Everything was planned ahead of schedule. Last Jan 2009 I was shipped to the federal medical center, FMC Lexington Kentucky where I was to enroll and participate in the RDAP, Residential Drug Abuse Program which is held on the Veritas unit. I began the program in July 2010. I was assigned a treatment Primary named DR. Amanda Hughes a/k/a DR. Amanda Leigh Hughes who is a DTS, Drug treatment Specialist in the RDAP. While I was in the RDAP program, the Plaintiffs in this case, The Securities Investor Protection Corp, they caught wind that Bernard Madoff was profiting off my Jonathan Lee Riches name while he was in Prison with side deals that I was not aware of. For instance, Bernard Madoff would have Ruth Madoff put "Jonathan Lee Riches" in google and print out thousands of articles and blogs including Wikipedia and Justia.com on every case in America that Jonathan Lee Riches has filed, then Ruth would send the articles to Bernard at FMC Butner where Madoff would distribute them throughout the prison population and promise all the inmates at FMC Butner that I'm the best pro-se Jailhouse lawyer on earth and for $100 I will file appeals, briefs and do any sort of legal work for any inmate. Madoff was making a killing. 925 inmates took up his offer at $100 a pop. The Plaintiffs in this case were livid, so they made a side deal with DR. Amanda Hughes, my Primary, to harass me emotionally, sexually, and physically. The Plaintiffs in this case instructed DR. Hughes to give me random prison shakedowns with my property and destroy all legal material that I filed on Bernard Madoff's behalf, because if I would of sent it out to Ruth on Bernards orders, they would make millions. DR. Hughes complied and would rip up all my Bernard Madoff court papers. The Plaintiffs told DR. Hughes to inflict physchological warefare on me by DR. Hughes forcing medications on me including Paxil, Trazadone, and Zoloft, then using hypnosis and pychotherapy mind manipulation trying to

convince me to stop filing lawsuits on Madoff and instead start filing lawsuits on DR. Amanda Hughes, this way Hughes knew the more suits I filed on her, she personally could profit huge with marketing and lucrative opportunities on herself as being a victim to my suits and could write books on her experience as my therapist. In which any proceeds that DR. Amanda Hughes makes from fame and fortune on me she would have to split it 50/50 with the Plaintiffs in this case. I fell for the trick as I filed a suit Simpson v. Riley, Pratt v. Montay & DR. Hughes, or all you have to do now is google "DR. Amanda Hughes" and see for yourself. The Plaintiffs instructed DR. Hughes to kick me out of the RDAP program in April 2010, 2 weeks before I was schedule to graduate. If I would of graduated I would of recieved 1 year off my sentence, which would of made me eligible for halfway house July 2010. Now I have to spend a extra year in Jail, this will allow the Plaintiffs & DR. Hughes to continue to profit, because as a Psycologist DR. Hughes knew I would be mad and go on a lawsuit filing frenzy which she ordered the Administration at FMC Lexington to put me in solitary confinement. I'm bored all day, so now I just file lawsuits, nothing else to do. I still get all the newspapers Madoff subscribed to me, I listen to NPR, and I sue. This is my livelyhood. I've been used by Madoff, DR. Hughes, and the Securities Investor Protection Corp, they are all profitting off my name and fame. I want to tell my side of the story, I'm open to all media requests from Journalists, Bloggers, or curious Americans. I'm in the process of being shipped to another institution so If you can't reach me here, look me up through the Bureau of Prisons Inmate locator. I will talk. The truth will set me free. I appeal to the District court

respectfully,

[signature]

7-5-10

Jonathan Lee Riches
#40948-018
Federal medical center
P.O. Box 14500
Lexington, KY 40512
859-255-6812