# EXHIBIT A

THIS FILING IS SUBJECT TO AMENDMENT. IN MAKING THIS
CLAIM, WE WAIVE NO RIGHTS WE MIGHT OTHERWISE HAVE.

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

(Please print or type)

Name of Customer: Robert Luria Partners _____
Mailing Address: 199 Main Street _____
City: White Plains _____  State: NY _____  Zip: 10601 _____
Account No.: 1-L0324-3-0 _____
Taxpayer I.D. Number (Social Security No.): ███████

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL – RETURN RECEIPT REQUESTED.

**********************************************************************

1. Claim for money balances as of December 11, 2008:
   a. The Broker owes me a Credit (Cr.) Balance of          $1,135,500.00
   b. I owe the Broker a Debit (Dr.) Balance of             $          0
   c. If you wish to repay the Debit Balance,
      please insert the amount you wish to repay and
      attach a check payable to "Irving H. Picard, Esq.,
      Trustee for Bernard L. Madoff Investment Securities LLC."
      If you wish to make a payment, it must be enclosed
      with this claim form.                                 $          0
   d. If balance is zero, insert "None."                               None
      Schedule 1 Attached w/exhibits

1

502180406

2.       Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | Number of Shares or Face Amount of Bonds | |
| | Schedule 2 Attached | | |
| | | | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:**    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.    IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6 | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Meltzer, Lippe, Goldstein & Breitstone, Dawn Laffin, 190 Willis Avenue, Mineola, NY 11501 .

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Robert Luria Partners
by:  Robert Luria, Partner

Date _____    Signature_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Schedule 1

Schedule 1

Robert Luria Partners
189 Main Street
White Plains, NY 10601
Account No.:    1-L0324-3-0

Timeline - Madoff Investment History

| Date | Money In | Money Out | Narrative |
|------|----------|-----------|-----------|
| | | | Exhibit 1 - Business Certificate for Robert Luria Partners |
| | $100,000.00 | | Exhibit 2 - transfer see Madoff statement dated 3/31/08, page 1. |
| | | $200,000.00 | Exhibit 3 - Money used for personal living expenses and loan repayment.   See Madoff statement dated 5/31/08, page 3. |
| 5/28/08 | $1,387,500.00 | | Exhibit 4 - transfer see Madoff statement dated 5/31/08, page 1. |
| 7/1/08 | | $2,000.00 | Exhibit 5 - Money used for Partnership.  See Madoff statement dated 7/31/08, page 1 |
| 10/31/08 | | $150,000.00 | Exhibit 6 - Money used for business loan repayments to close unprofitable business. See Madoff statement dated 10/31/08, page 1. |
| Totals | $1,487,500.00 | $352,000.00 | |

| | | |
|------|------|------|
| Deposits | $1,487,500.00 | |
| Withdrawals | $352,000.00 | |
| Difference | $1,135,500.00 | |

Exhibit 1



X 74— Conform of Conduct    Bloomberg Excelsior, Inc.
Individual - Corporate.    44

# Business Certificate for Partners

*The undersigned do hereby certify that they are conducting or transacting business as members of a partnership under the name or designation of*

ROBERT LURIA PARTNERS

at 38 Parkway Drive, Dobbs Ferry, New York 10522

in the County of Westchester    , State of New York, and do further certify that the full names of all the persons conducting or transacting such partnership including the full names of all the partners with the residence address of each such person, and the age of any who may be infants, are as follows:

| NAME *Specify which are infants and state ages.* | RESIDENCE |
| --- | --- |
| Robert Luria | 38 Parkway Drive, Dobbs Ferry, New York 10522 |
| Bernard L. Madoff and Peter B. Madoff, as Trustees of Trust U/A IX of Will of Gladys C. Luria F/B/O Robert Luria | c/o Bernard L. Madoff Investment Securities, LLC. 885 Third Avenue, New York, New York 10022 |

*WE DO FURTHER CERTIFY that we are the successors in interest to*

*the person or persons heretofore using such name or names to carry on or conduct or transact business.*

**In Witness Whereof,** *We have this* 29th *day of* May, 2007 *made and signed this certificate.*

*Robert Luria*
ROBERT LURIA

TRUST U/A IX OF WILL OF GLADYS C. LURIA F/B/O ROBERT LURIA

Bernard L. Madoff, Trustee

Peter B. Madoff, Trustee

State of New York, County of    ss.: ACKNOWLEDGMENT RPL369-a (Do not use outside New York State)

On 1/30/07    before me, the undersigned, personally appeared ROBERT LURIA personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

County of Westchester
No. 02SC6025690
Commission Expires June 1, 2007

ACKNOWLEDGMENT IN NEW YORK STATE (RPL 309-A)

State of New York
County of New York } ss.:

On MAY 29 2007     before me, the undersigned,
personally appeared     Bernard L. Madoff and

Peter B. Madoff
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(signature and office of individual taking acknowledgment)

JEAN LARSON
Notary Public, State of New York
No. 01LA5162019
Qualified in New York County
Commission Expires July 18, 20__

ACKNOWLEDGMENT OUTSIDE NEW YORK STATE (RPL 309-B)

State of
County of } ss.:

On     before me, the undersigned,
personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in

(insert city or political subdivision and state or country or other place acknowledgment taken)

_____
(signature and office of individual taking acknowledgment)

INDEX No.

Certificate of Partners

ROBERT LURIA
and
BERNARD L. MADOFF and PETER B.
MADOFF, as Trustees of TRUST U/A IX OF
WILL OF GLADYS C. LURIA F/B/O
ROBERT LURIA

CONDUCTING BUSINESS UNDER
THE NAME OF

ROBERT LURIA PARTNERS

Exhibit 2



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

RHS Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT ROBERT LURIA PARTNERS
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGEL

419 PARK AVENUE SOUTH
NEW YORK          NY   10016

Page: 1
Period: 3/31/08
Your Account Number: 1-L0324-3-0

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | NO BALANCE FORWARD | | | |
| 100,000 | | 44680 | TRANS FROM 1L0121J0 U S TREASURY BILL DUE 7/31/2008 7/31/2008 | JRML 99,552 | 99,552.00 | 99,000.00 |
| 448 | | 44698 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 440.00 | |
| | | | NEW BALANCE | | | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 448 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 100,000 | | | U S TREASURY BILL DUE 7/31/2008 7/31/2000 | 99,546 | | |
| | | | MARKET VALUE OF SECURITIES LONG 99,994.00 SHORT | | | |

Exhibit 3



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
FAX (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGEL

419 PARK AVENUE SOUTH
NEW YORK      NY 10016

ROBERT LURIA PARTNERS

Your account number: 1-L0324-3-0
Date: 5/31/08      Page 3

| Bought Received | Sold Delivered | TKN | Description | Price or Symbol | Amount Debited to Your Account | Amount Credited to Your Account |
|---|---|---|---|---|---|---|
|  | 39 | 71203 | PROCTER & GAMBLE CO | 65.880 |  | 2,568.32 |
|  | 54 | 73547 | BANK OF AMERICA | 35.490 |  | 1,916.46 |
|  | 27 | 75490 | PHILLIP MORRIS INTERNATIONAL | 52.900 |  | 1,427.30 |
|  | 63 | 77834 | CITI GROUP INC | 22.230 |  | 1,398.49 |
|  | 15 | 79777 | SCHLUMBERGER LTD | 106.430 |  | 1,596.45 |
|  | 38 | 81899 | COMCAST CORP CL A | 22 |  | 835.00 |
|  | 76 | 84064 | AT&T INC | 39.430 |  | 2,993.68 |
|  | 20 | 86001 | CONOCOPHILLIPS | 93.870 |  | 1,877.40 |
|  | 13 | 88351 | UNITED PARCEL SVC INC CLASS B | 70.260 |  | 913.38 |
|  | 75 | 90288 | CISCO SYSTEMS INC | 25.880 |  | 1,938.00 |
|  | 12 | 92631 | UNITED TECHNOLOGIES CORP | 73.570 |  | 882.84 |
|  | 27 | 94575 | CHEVRON CORP | 103.450 |  | 2,792.15 |
|  | 36 | 96908 | VERIZON COMMUNICATIONS | 37.940 |  | 1,364.84 |
|  | 24 | 98728 | THE WALT DISNEY CO | 34.040 |  | 816.96 |
| 63,082 |  | 23962 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 63,082.00 |  |
|  |  |  | FIDELITY SPARTAN U S TREASURY MONEY MARKET | CW | 200,000.00 |  |
|  |  |  | CHECK | DIV |  | 6.91 |
|  |  |  | DIV 05/28/08 |  |  |  |
| 75,895 |  | 28640 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1. |  | 75,895.00 |
| 125,000 |  | 40332 | U S TREASURY BILL DUE 11/6/2008 | 99.150 |  | 123,937.50 |
|  |  |  | DUE 11/06/2008 |  |  |  |

CONTINUED ON PAGE 4

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
JAPAN: (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (01) 7493 0222

**DUPLICATE** FOR ACCOUNT ROBERT LURIA PARTNERS
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGEL

419 PARK AVENUE SOUTH
NEW YORK          NY    10016

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-L0324-3-0 | 5/31/08 | 1 |

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 853.07 | |
| | | | AT&T INC | DIV | | 30.40 |
| | | | DIV 4/10/08  5/01/08 | DIV | | |
| | | | VERIZON COMMUNICATIONS | DIV | | 15.40 |
| | | | DIV 4/10/08  5/01/08 | | | |
| 1,375,000 | | | U S TREASURY BILL | CA | 1,366,928.75 | |
| 1,375,000 | | 87260 | TRANS FROM 1L01Z130 | 99,413 | | 1,391,500.00 |
| | | | DUE 9/18/2008 | | | |
| | | | 9/18/2008 | | | |
| | 20,572 | 87296 | FIDELITY SPARTAN | 1 | 20,572.00 | |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | ABBOTT LABORATORIES | DIV | | 7.20 |
| | | | DIV 4/15/08  5/15/08 | | | |
| | | | PROCTER & GAMBLE CO | DIV | | 15.60 |
| | | | DIV 4/18/08  5/15/08 | | | |
| | | | FIDELITY SPARTAN | DIV | | 25.40 |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | DIV 05/19/08 | | | |
| | 34,976 | 10507 | FIDELITY SPARTAN | 1 | | 34,976.00 |
| | | | U S TREASURY MONEY MARKET | | | |
| 1,400,000 | | 13765 | U S TREASURY BILL | 99,363 | | 1,391,082.00 |
| | | | DUE 9/18/2008 | | | |
| | | | 9/18/2008 | | | |
| 1,425,000 | | 15312 | U S TREASURY BILL | 99,117 | 1,412,417.25 | |
| | | | DUE 11/6/2008 | | | |
| | | | 11/06/2008 | | | |
| | | | CONTINUED ON PAGE    2 | | | |

Exhibit 5

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGEL

ROBERT LURIA PARTNERS

419 PARK AVENUE SOUTH
NEW YORK          NY      10016

Your account number: 1-L0324-3-0

Date: 7/31/08

Page: 1

| E | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 944.06 |
| 23 | | 25,000 | 76026 | U S TREASURY BILL DUE 11/06/2008 | 99.567 | | 24,886.75 |
| 23 | | | | CHECK | | | |
| 23 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | CH DIV | 23,000.00 | 3.56 |
| | | | | DIV 07/23/08 | | | |
| 23 | 1,720 | | 73749 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 1,720.00 |
| 23 | | 24,611 | 74439 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,611.00 | |
| | | | | NEW BALANCE | | | 944.75 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 24,611 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 1,275,080 | | | U S TREASURY BILL DUE 11/6/2008 | 99.551 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | 1,293,086.25 | | | LONG | | | |
| | | | | SHORT | | | |

Exhibit 6

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   ROBERT LURIA PARTNERS
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGEL

419 PARK AVENUE SOUTH
NEW YORK        NY 10016

Account Number: 1-L0324-3-0
Date: 10/31/08

| BOUGHT RECEIVED | SOLD DELIVERED | TAX | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 62,522.67 | |
| | | '01 | COCA COLA CO | DIV | | 209.00 |
| | | '01 | DIV 9/15/08 10/01/08 | DIV | | 54.56 |
| | | '01 | HEWLETT PACKARD CO | | | |
| | | '01 | DIV 9/10/08 10/01/08 | DIV | | 225.72 |
| | | '01 | MERCK & CO | | | |
| | | '03 | DIV 9/05/08 10/01/08 | DIV | | 69.30 |
| | | | SCHLUMBERGER LTD | DIV | | |
| | | '10 | DIV 9/03/08 10/03/08 | DIV | | 308.60 |
| | | | PHILLIP MORRIS INTERNATIONAL | | | |
| | | '11 | DIV 9/15/08 10/10/08 | CH | | |
| | | '11 | CHECK | DIV | | 15.34 |
| | | | FIDELITY SPARTAN | | | |
| | | | U S TREASURY MONEY MARKET | | | |
| | 16,084 | 6041 | DIV 10/31/08 | 1 | 150,000.00 | |
| | | | FIDELITY SPARTAN | | | 161,004.00 |
| | 150,000 | 6041 | U S TREASURY MONEY MARKET | 99.887 | | |
| | | | U S TREASURY BILL | | | 149,830.70 |
| | | | DUE 2/12/2009 | | | |
| 15,930 | | 6095 | 2/12/2009 | 1 | 15,930.00 | |
| | | | FIDELITY SPARTAN | | | |
| | | | U S TREASURY MONEY MARKET | 1 | 867.00 | |
| 867 | | 8T30 | FIDELITY SPARTAN | | | |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | CONTINUED ON PAGE   2 | | | |

1,145,466.13

Schedule 2

Schedule 2

Robert Luria Partners
199 Main Street
White Plains, NY 10601
Account 1-ZR 242-3-0

| Shares | Securities | 11/30/08 Per Share Value | Total Value |
|---|---|---|---|
| 1,775 | AT&T Inc. | $28.560 | $50,694.00 |
| 475 | Abbott Laboratories | $52.390 | $24,885.25 |
| 325 | Amgen Inc. | $55.540 | $18,050.50 |
| 275 | Apple Inc. | $92.670 | $25,484.25 |
| 1,500 | Bank of America | $16.250 | $24,375.00 |
| 625 | Chevron Corp. | $79.010 | $49,381.25 |
| 1,825 | Cisco Systems Inc. | $16.540 | $30,185.50 |
| 1,625 | Citi Group Inc. | $8.290 | $13,471.25 |
| 600 | Coca Cola Co. | $46.870 | $28,122.00 |
| 900 | Comcast Corp. (CL A) | $17.340 | $15,606.00 |
| 450 | Conocophilips | $52.520 | $23,634.00 |
| 1,575 | Exxon Mobil Corp. | $80.150 | $126,236.25 |
| 3,175 | General Electric Co. | $17.170 | $54,514.75 |
| 75 | Google | $292.960 | $21,972.00 |
| 750 | Hewlett Packard & Co. | $35.280 | $26,460.00 |
| 1,725 | Intel Corp | $13.800 | $23,805.00 |
| 425 | International Business Machs | $81.600 | $34,680.00 |
| 1,125 | J.P. Morgan Chase & Co. | $31.660 | $35,617.50 |
| 825 | Johnson & Johnson | $58.580 | $48,328.50 |
| 350 | McDonalds Corp. | $58.750 | $20,562.50 |
| 650 | Merck & Co. | $26.720 | $17,368.00 |
| 2,375 | Microsoft Corp | $20.220 | $48,022.50 |
| 1,200 | Oracle Corporation | $16.090 | $19,308.00 |
| 475 | Pepsico Inc | $56.700 | $26,932.50 |
| 2,025 | Pfizer Inc. | $16.430 | $33,270.75 |
| 625 | Phillip Morris International | $42.160 | $26,350.00 |
| 900 | Procter & Gamble Co. | $64.350 | $57,915.00 |
| 500 | Qualcomm Inc. | $33.570 | $16,785.00 |
| 375 | Schlumberger Ltd | $50.740 | $19,027.50 |
| 3,776 | Fidelity Spartan US Treasury Money Market | $1.000 | $3,776.00 |
| 525 | US Bancorp | $26.980 | $14,164.50 |
| 300 | United Parcel Svc Inc.    (Class B) | $57.600 | $17,280.00 |
| 100,000 | US Treasury Bill Due 3/26/2009 | $1.000 | $99,971.00 |
| 300 | United Technologies Corp. | $48.530 | $14,559.00 |
| 850 | Verizon Communications | $32.650 | $27,752.50 |
| 650 | Wal-Mart Stores Inc. | $55.880 | $36,322.00 |
| 1,050 | Wells Fargo & Co New | $28.890 | $30,334.50 |

Total                                                                $1,205,204.25

Less Net Cash (Cash Deposit - Cash Withdrawal) Broker owes m    $352,000.00

Balance Due on Securities                                          $853,204.25



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7908 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(212) 838-4061

**DUPLICATE** FOR ACCOUNT    ROBERT LURIA PARTNERS
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGEL

419 PARK AVENUE SOUTH    NY    10016
NEW YORK

YOUR ACCOUNT NUMBER: 1-L0324-3-0

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 62,522.37 | |
| 750 | | 404 | HEWLETT PACKARD CO | 34.900 | 26,205.00 | |
| 550 | | 4228 | WAL-MART STORES INC | 55.850 | 36,315.50 | |
| 425 | | 4730 | INTERNATIONAL BUSINESS MACHS | 87.270 | 37,106.75 | |
| 1,575 | | 8554 | EXXON MOBIL CORP | 72.800 | 114,049.00 | |
| 1,725 | | 9056 | INTEL CORP. | 14.510 | 25,098.75 | |
| 825 | | 13382 | JOHNSON C JOHNSON | 59.580 | 49,186.50 | |
| 1,125 | | 17707 | J.P. MORGAN CHASE & CO | 38.530 | 43,391.25 | |
| 600 | | 22033 | COCA COLA CO | 44.660 | 26,820.00 | |
| 350 | | 26359 | MCDONALDS CORP | 55.370 | 19,393.50 | |
| 650 | | 30685 | MERCK & CO | 28.350 | 18,503.50 | |
| 2,375 | | 35011 | MICROSOFT CORP | 21.010 | 51,893.75 | |
| 1,200 | | 39337 | ORACLE CORPORATION | 17.300 | 20,808.00 | |
| 475 | | 52315 | PEPSICO INC | 56.410 | 26,813.75 | |
| 275 | | 52817 | APPLE INC | 100.780 | 27,725.50 | |
| 2,025 | | 56641 | PFIZER INC | 16.940 | 34,384.50 | |
| 475 | | 57163 | ABBOTT LABORATORIES | 54.610 | 25,958.75 | |
| 900 | | 60967 | PROCTER & GAMBLE CO | 64.060 | 57,700.00 | |
| 325 | | 61469 | AMZEN INC | 59.160 | 19,240.00 | |
| 625 | | 65293 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 27,275.00 | |
| 1,500 | | 65795 | BANK OF AMERICA | 21.590 | 33,445.00 | |
| 500 | | 69619 | QUALCOMM INC. | 33.770 | 16,905.00 | |
| 1,625 | | 70121 | CITI GROUP INC | 12.510 | 20,393.75 | |
| 375 | | 73955 | SCHLUMBERGER LTD | 49.480 | 18,570.00 | |

CONTINUED ON PAGE 2

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
FAX (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT     ROBERT LURIA PARTNERS
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGEL

419 PARK AVENUE SOUTH
NEW YORK     NY   10016

Date Processed: 11/30/08
Your Account Number: 1-L0324-3-0
Page 2

| | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12 | 900 | | 74447 | COMCAST CORP CL A | 16.510 | 14,895.00 | |
| 12 | 1,775 | | 78271 | AT&T INC | 27 | 47,995.00 | |
| 12 | 450 | | 78773 | COMCOPHILIPS | 52.510 | 23,647.53 | |
| 12 | 300 | | 82597 | UNITED PARCEL SVC INC CLASS B | 52.040 | 15,524.00 | |
| 12 | 1,825 | | 83099 | CISCO SYSTEMS INC | 16.730 | 30,695.25 | |
| 12 | 525 | | 86923 | U S BANCORP | 29.530 | 15,524.25 | |
| 12 | 625 | | 87425 | CHEVRON CORP | 73.430 | 45,918.75 | |
| 12 | 300 | | 91249 | UNITED TECHNOLOGIES CORP | 93.160 | 15,960.00 | |
| 12 | 3,175 | | 91751 | GENERAL ELECTRIC CO | 19.630 | 62,452.25 | |
| 12 | 880 | | 95575 | VERIZON COMMUNICATIONS | 30.410 | 25,882.50 | |
| 12 | 75 | | 96077 | GOOGLE | 337.400 | 25,308.00 | |
| 12 | 1,050 | | 99901 | WELLS FARGO & CO NEW | 29.800 | 31,332.00 | |
| 12 | | 1,150,000 | 22512 | U S TREASURY BILL DUE 2/12/2009  2/12/2009 | 99.936 | | 1,149,264.00 |
| 12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 3.57 |
| 12 | 16,797 | | 17612 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 16,797.00 |
| 12 | | 28,798 | 26981 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 28,798.00 | |
| 19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 3.53 |

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
FAX (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   ROBERT LURIA PARTNERS
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGEL

419 PARK AVENUE SOUTH
NEW YORK          NY    10016

| PAGE | 3 |
| TODAYS DATE | 12/30/03 |
| YOUR ACCOUNT NUMBER | 1-L0326-3-0 |

| A/C | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /19 | | 28,798 | 52420 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 28,798.00 |
| /19 | 100,000 | | 56974 | U S TREASURY BILL DUE 03/26/2009 | 99,926 | 99,925.00 | |
| /19 | 3,776 | | 61458 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 3,776.00 | |
| | | | | NEW BALANCE | | 132,372.52 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | AT&T INC | 20.560 | | |
| | 1,775 | | | ABBOTT LABORATORIES | 52.372 | | |
| | 475 | | | AMGEN INC | 55.540 | | |
| | 325 | | | APPLE INC | 92.678 | | |
| | 275 | | | BANK OF AMERICA | 16.260 | | |
| | 1,500 | | | CHEVRON CORP | 79.010 | | |
| | 625 | | | CISCO SYSTEMS INC | 16.549 | | |
| | 1,825 | | | CITI GROUP INC | 8.290 | | |
| | 1,625 | | | COCA COLA CO | 46.829 | | |
| | 600 | | | COMCAST CORP | 17.340 | | |
| | 900 | | | CL A | | | |
| | 450 | | | CONOCOPHILLIPS | 52.520 | | |
| | 1,575 | | | EXXON MOBIL CORP | 46.150 | | |
| | 3,175 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(800) (212) 838-4061

**DUPLICATE** FOR ACCOUNT
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGEL

ROBERT LURIA PARTNERS

419 PARK AVENUE SOUTH
NEW YORK       NY   10016

11/30/08   4

1-L0324-3-0

| BOUGHT RECEIVED | SOLD DELIVERED | TPN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 75 | | | GOOGLE | 292.950 | | |
| 750 | | | HEWLETT PACKARD CO | 35.280 | | |
| 425 | | | INTEL CORP | 13.800 | | |
| 1,725 | | | INTERNATIONAL BUSINESS MACHS | 81.800 | | |
| 1,125 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 825 | | | JOHNSON & JOHNSON | 50.580 | | |
| 350 | | | MCDONALDS CORP | 58.790 | | |
| 650 | | | MERCK & CO | 26.720 | | |
| 2,375 | | | MICROSOFT CORP | 20.220 | | |
| 1,200 | | | ORACLE CORPORATION | 16.090 | | |
| 475 | | | PEPSICO INC | 56.700 | | |
| 2,025 | | | PFIZER INC | 16.430 | | |
| 625 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 900 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 500 | | | QUALCOMM INC | 33.570 | | |
| 375 | | | SCHLUMBERGER LTD | 50.740 | | |
| 3,776 | | | FIDELITY SPARTAN | 1 | | |
| | | | U.S. TREASURY MONEY MARKET | | | |
| 525 | | | US BANCORP | 26.900 | | |
| 300 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | CLASS B | | | |
| 100,000 | | | U.S. TREASURY BILL | 99.971 | | |
| | | | DUE 03/26/2009 | | | |
| | | | 3/26/2009 | | | |
| 300 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | CONTINUED ON PAGE  5 | | | |

CONTINUED ON PAGE  5



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (0) 1491 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT   ROBERT LURIA PARTNERS
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REBEL

419 PARK AVENUE SOUTH
NEW YORK          NY  10016

PERIOD ENDING: 11/30/00    PAGE: 5

YOUR ACCOUNT NUMBER: 1-L0124-3-0

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 050 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 550 | | | WAL-MART STORES INC | 55.880 | | |
| 1,050 | | | WELLS FARGO & CO NEW | 26.890 | | |
| | | | | | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG        SHORT | | | |
| | | | 1,205,204.25 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   ROBERT LURIA PARTNERS
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGEL

419 PARK AVENUE SOUTH
NEW YORK            NY   10016

YOUR ACCOUNT NUMBER: 1-L0324-3-0

PERIOD ENDING: 11/30/08    YEAR: 6

| BOUGHT RECEIVED | SOLD DELIVERED | TAX | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 3,879.89 |
| | | | GROSS PROCEEDS FROM SALES | | | 5,524,501.39 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(800) 338-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   ROBERT LURIA PARTNERS
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REBEL

410 PARK AVENUE SOUTH
NEW YORK          NY  10016

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-L0324-4-0 | 11/30/08 | 1 |

| TE | BOUGHT RECEIVED | SOLD DELIVERED | 7MB | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 82,523.00 |
| '12 | | 25 | 43663 | S & P 100 INDEX | 15.800 | | 39,475.00 |
| '12 | | | 47989 | NOVEMBER 460 CALL | | | |
| '12 | | | 47989 | S & P 100 INDEX | 17.300 | 44,525.00 | |
| | | | | NOVEMBER 450 PUT | | | |
| '17 | | 25 | 34093 | S & P 100 INDEX | 26 | | 64,975.00 |
| | | | | DECEMBER 430 CALL | | | |
| '19 | | | 38618 | S & P 100 INDEX | 30 | 75,025.00 | |
| | | | | DECEMBER 420 PUT | | | |
| '19 | | 25 | 42743 | S & P 100 INDEX | 3 | | 92,475.00 |
| | | | | NOVEMBER 460 CALL | | | |
| '17 | | 25 | 47068 | S & P 100 INDEX | 57 | -7,525.00 | |
| | | | | NOVEMBER 450 PUT | | | |
| | | | | NEW BALANCE | | | 132,373.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 25 | | S & P 100 INDEX | 23.300 | | |
| | | | | DECEMBER 430 CALL | | | |
| | | | | S & P 100 INDEX | 16.500 | | |
| | | | | DECEMBER 420 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG             SHORT | | | |
| | | | | 41,250.00      58,250.00- | | | |



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC.
☑ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (0171 493 6222

**DUPLICATE** FOR ACCOUNT   ROBERT LURIA PARTNERS
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGEL

415 PARK AVENUE SOUTH
NEW YORK        NY   10016

YOUR ACCOUNT NUMBER: 1-L0324-3-0

PAGE 2

| BOUGHT Received | SOLD Delivered | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | NEW BALANCE | | | 62,522.37 |
| | | | SECURITY POSITIONS | | | |
| 16,797 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| 1,150,000 | | | U S TREASURY BILL DUE 2/12/2009   2/12/2009 | 99.879 | | |
| | | | MARKET VALUE OF SECURITIES LONG   1,165,405.59          SHORT | | | |