# EXHIBIT D



X-74 — Certificate of Conducting Business as Partners, Individual—Corporation 11-91

Blumberg Excelsior, Inc
Publisher NYC 10013

# Business Certificate for Partners

The undersigned do hereby certify that they are conducting or transacting business as members of a partnership under the name or designation of

ROBERT LURIA PARTNERS
at 38 Parkway Drive, Dobbs Ferry, New York 10522
in the County of Westchester, State of New York, and do further certify that the full names of all the persons conducting or transacting such partnership including the full names of all the partners with the residence address of each such person, and the age of any who may be infants, are as follows:

| NAME Specify which are infants and state ages. | RESIDENCE |
|---|---|
| Robert Luria | 38 Parkway Drive, Dobbs Ferry, New York 10522 |
| Bernard L. Madoff and Peter B. Madoff, as Trustees of Trust U/A IX of Will of Gladys C. Luria F/B/O Robert Luria | c/o Bernard L. Madoff Investment Securities, LLC, 885 Third Avenue, New York, New York 10022 |

WE DO FURTHER CERTIFY that we are the successors in interest to

the person or persons heretofore using such name or names to carry on or conduct or transact business

**In Witness Whereof,** We have this        day of
and signed this certificate.

_____
ROBERT LURIA

TRUST U/A IX OF WILL OF GLADYS C. LURIA F/B/O ROBERT LURIA
By: _____
Bernard L. Madoff, Trustee
By: _____
Peter B. Madoff, Trustee

State of New York, County of _____   SS.: ACKNOWLEDGMENT RPL309-a (Do not use outside New York State)

On 1/30/07   before me, the undersigned, personally appeared
ROBERT LURIA
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Matthew U. Schwass
Notary Public
County of Westchester
No. 02SC6025890
Commission Expires June 1, 20 07

_____
(signature and office of individual taking acknowledgment)

| ACKNOWLEDGMENT IN NEW YORK STATE (RPL 309-a) | ACKNOWLEDGMENT OUTSIDE NEW YORK STATE (RPL 309-b) |
|---|---|
| State of New York<br>County of New York } ss.: | State of<br>County of } ss.: |
| On _____ before me, the undersigned, personally appeared Bernard L. Madoff and Peter B. Madoff personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. | On _____ before me, the undersigned, personally appeared _____ personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in |
| _____<br>(signature and office of individual taking acknowledgment) | (insert city or political subdivision and state or country or other place acknowledgment taken)<br><br>_____<br>(signature and office of individual taking acknowledgment) |

---

INDEX No. _____

**Certificate of Partners**

ROBERT LURIA
and
BERNARD L. MADOFF and PETER B. MADOFF, as Trustees of TRUST U/A IX OF WILL OF GLADYS C. LURIA F/B/O ROBERT LURIA

CONDUCTING BUSINESS UNDER
THE NAME OF

ROBERT LURIA PARTNERS