# EXHIBIT E

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:          006389

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

**RECEIVED**

MAR 05 2009

(Please print or type)

Name of Customer: Estate of Gladys C. Luria, Peter B. Madoff, Executor
Mailing Address: c/o Krass, Snow & Schmutter, P.C., 419 Park Avenue South - 19th Floor
City: New York          State: New York          Zip: 10016
Account No.: 1L0121
Taxpayer I.D. Number (Social Security No.): 13-7462664

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of December 11, 2008:

a.    The Broker owes me a Credit (Cr.) Balance of          $          0.10

b.    I owe the Broker a Debit (Dr.) Balance of          $          None

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, it must be enclosed

with this claim form.          $          N/A

d.    If balance is zero, insert "None."          None

7/8/10

Δ EX 15

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

| | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | Number of Shares or Face Amount of Bonds | |
| 9/15/08 | $350,000 U.S. Treasury Bill due 2/12/2009 | 350,000 | |
| Various | Fidelity Spartan U.S. Treasury Money Market | 62,977 | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | x |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | * | |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | * | |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | * | |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | x |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | * | |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. | | x |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Stephen J. Krass, Esq., Krass, Snow & Schmutter, P.C., 419 Park Avenue South, New York, New York 10016

502180406                                  3

\* See Attachment

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date ___3/4/09___    Signature _____ , Executor

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Estate of Gladys C. Luria                                    TIN: 13-7462664


Attachment to Customer Claim


Question 4.

Bernard L. Madoff and Peter B. Madoff were the Executors of the Estate of Gladys C. Luria,
who died on April 9, 2005. Neither Bernard L. Madoff nor Peter B. Madoff was a beneficiary of
the Estate. Bernard L. Madoff was the sole member and principal of Bernard L. Madoff
Investment Securities LLC (the "LLC") and Peter B. Madoff was employed as the Chief
Compliance Officer of the LLC. Bernard L. Madoff has resigned as Executor and Trustee under
the Will of Gladys C. Luria by an instrument dated February 12, 2009 (see attached copy of the
Resignation).

Question 5.

As sole member and principal of the LLC, Bernard L. Madoff had the exclusive power to
exercise a controlling influence over the management policies of the LLC.

Question 6.

Peter B. Madoff is the brother of Bernard L. Madoff. Neither Bernard L. Madoff nor Peter B.
Madoff has a beneficial interest in the assets of the Estate of Gladys C. Luria.

Question 8.

To the best of our knowledge and belief, discretionary authority was given to Bernard L. Madoff
and/or the LLC. Paragraph (G) of Article XV of the Last Will and Testament of Gladys C. Luria
states that "...*as long as Bernard L. Madoff shall be acting as an Executor or Trustee hereunder,
I direct that he alone shall make all decisions affecting the investment of assets constituting a
part of my estate and any trust created hereunder. As long as Bernard L. Madoff shall be acting
as an Executor or Trustee hereunder, the other Executors and Trustees shall have no
responsibility or liability with respect to any investments for which Bernard L. Madoff is hereby
given sole responsibility.*"

SURROGATE'S COURT OF THE COUNTY OF NEW YORK
STATE OF NEW YORK

————————————————————————x

Probate Proceeding, Will of         :

                                       :

        GLADYS C. LURIA,              :

                     Deceased.         :

                                         :

————————————————————————x

**RESIGNATION AS
EXECUTOR AND TRUSTEE**

File No.   2005-1945

        The undersigned, domiciled at 133 East 64th Street, New York, New York 10065, due to personal matters that no longer afford him the time to fulfill the duties of a co-Executor or co-Trustee, does hereby resign as an Executor of the Will of Gladys C. Luria and as a Trustee of the trusts created under Articles VI, VII, VIII and IX of said Will, effective immediately, and waive the issuance and service of a citation in any further proceedings relating to said Will.

        IN WITNESS WHEREOF, the undersigned has hereunto set his hand and seal on February ⁇ , 2009.

                                    BERNARD L. MADOFF

STATE OF NEW YORK       )
                            ) ss.:
COUNTY OF NEW YORK   )

        On this 12th day of February, 2009, before me, the undersigned, personally appeared BERNARD L. MADOFF, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacities, and that by his signature on the instrument, the individual executed the instrument.

                              Notary Public
                              JESSICA SHANNON
                 NOTARY PUBLIC, STATE OF NEW YORK
                        NO. 01SH6136253
                    QUALIFIED IN BRONX COUNTY
                  COMMISSION EXPIRES 11/07/2009

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT
KRASS, SNOW & SCHMUTTER
ATTN: WALTER M REGEL
ESTATE OF GLADYS C LURIA

419 PARK AVENUE SO
NEW YORK        NY    10016

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-L0121-3-0 | 11/30/08 | ****2664 | 1 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .10 |
| | | | | NEW BALANCE | | | .10 |
| | | | | SECURITY POSITIONS | | | |
| | | | | FIDELITY SPARTAN | | | |
| | 62,977 | | | U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 350,000 | | | U S TREASURY BILL DUE 2/12/2009   2/12/2009 | 99.992 | | |
| | | | | MARKET VALUE OF SECURITIES LONG   412,949.00          SHORT | | | |

412,949.10

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**   FOR ACCOUNT   ESTATE OF GLADYS LURIA C/O
KRASS, SNOW & SCHUTTER
ATTN: WALTER W REGEL

419 PARK AVENUE SO
NEW YORK          NY     10016

| PAGE | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER |
|---|---|---|---|
| 2 | 11/30/08 | *******2664 | 1-L0121-3-0 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 143.99 |
| | | | | GROSS PROCEEDS FROM SALES | | | 13,536,914.00 |

## Estate of Gladys C. Luria

### Bernard L. Madoff Investment Securities LLC Account No. 1-L0121

Gladys C. Luria died on April 9, 2005 and her above account was retitled as "Estate of Gladys C. Luria, Bernard L. Madoff and Peter B. Madoff, Co-Executors" as of July 1, 2005.

The following schedule sets forth the opening value of the Estate account and lists the transactions. Valuations as of April 9, 2005 for the 1-L0121 and 1-L0057 Madoff Investment Securities accounts held by the decedent and received by the Executors are also attached.
Copies of transactions listed on statements and other support available are attached.

| Date | Description | Deposits | Withdrawals |
|---|---|---|---|
| 04/09/05 | Acct. No. 1-L0121-30 - Cash | 18,811.46 | |
| 04/09/05 | Acct. No. 1-L0121-30 | 1,487,528.50 | |
| 04/09/05 | Acct. No. 1-L0121-40 - Cash | (18,104.00) | |
| 06/16/05 | Acct. No. 1-L0121-30 Rec'd 156 United Tech | | |
| 07/01/05 | Cash transfer from Decedent's Madoff Acct. No. 1-L0057-20 | 47,637.09 | |
| 07/01/05 | Cash transfer from Decedent's Madoff Acct. No. 1-L0057-30 | 17,262,413.03 | |
| 07/01/05 | To Estate's Chase Acct. to pay expenses | | 100,000.00 |
| 09/20/05 | Investment C.E. Unterberg Towbin proceeds | 3,920,000.00 | |
| 01/06/06 | For estate taxes | | 17,825,000.00 |
| 01/19/06 | For estate expenses | | 24,000.00 |
| 03/22/06 | For preresiduary legacies | | 1,200,000.00 |
| 05/01/06 | 2005 Form 1040 Refund | 81,930.00 | |
| 06/28/06 | For 2005 Estate Income Taxes | | 425,000.00 |
| 08/07/06 | Federal Estate Tax Refund | 319,087.00 | |
| 08/07/06 | Cash transfer from Decedent's Madoff Acct. No. 1-L0057-30 | 18,638.22 | |
| 01/25/07 | Cash distribution for trust beneficiaries | | 350,000.00 |
| 04/09/07 | Cash deposit for loan collection from Joan L. Fisher | 2,060,000.00 | |
| 09/05/07 | Transfer to Joan L. Fisher (Madoff Acct.) | | 50,000.00 |
| 10/03/07 | Distribution to Joan L. Fisher Partners (Madoff Acct.) | | 358,580.00 |
| 11/19/07 | To Estate's Chase Acct. to pay expenses | | 50,000.00 |
| 03/27/08 | Distribution to Amy Luria Partners LLC (Madoff Acct.) | | 100,000.00 |
| 03/27/08 | Distribution to Robert Luria Partners (Madoff Acct.) | | 100,000.00 |
| 03/27/08 | Distribution to Joan L. Fisher Partners (Madoff Acct.) | | 100,000.00 |
| 05/08/08 | Distribution to Amy Luria Partners LLC (Madoff Acct.) | | 1,387,500.00 |
| 05/08/08 | Distribution to Robert Luria Partners (Madoff Acct.) | | 1,387,500.00 |
| 05/08/08 | Distribution to Joan L. Fisher Partners (Madoff Acct.) | | 2,875,000.00 |
| 05/08/08 | To Estate's Chase Acct. to pay expenses | | 650,000.00 |
| 07/23/08 | Inc. Tax Reimb fr Joan L. Fisher Partners (Madoff Acct.) | 1,256.00 | |
| 07/23/08 | Inc. Tax Reimb fr Carl T. Fisher Trust (Madoff Acct.) | 10,306.00 | |

Estate of Gladys C. Luria

SSN: 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

Schedule B, Item 3

Bernard L. Madoff Investment Securities Account No. 1-L0121

| Position | Description | April 8, 2005 High | Low | April 11, 2005 High | Low | Mean | Value |
|---|---|---|---|---|---|---|---|
| | Cash Balance | | | | | | 707.46 |
| 19,284 | Fidelity Spartan US Treas MM | 1.00 | 1.00 | 1.00 | 1.00 | 1.0000 | 19,284.00 |
| 1,475,000 | U.S. Treasury Bill due 6/9/05 | 99.542 | 99.542 | 99.542 | 99.542 | 99.5420 | 1,468,244.50 |
| | Total Account Value | | | | | | 1,488,235.96 |
| | Accrued Income | | | | | | 1,437.08 |
| | Total | | | | | | 1,489,673.04 |

Luria\QPMadoff-1.qpw E

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| PAGE | PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 1 | 4/30/05 | 1-L0121-3-0 | 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 |

GLADYS C LURIA

40 EAST 88TH STREET    NEW YORK    NY    10128

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 4/01 | | | | CHECK | CH | 100,000.00 | 19,106.+ |
| 4/01 | | | | COCA COLA CO DIV 3/15/05 4/01/05 | DIV | | 251. |
| 4/01 | | | | MERCK & CO | DIV | | 318.- |
| 4/01 | | | | VIACOM INC DIV 3/04/05 4/01/05 | DIV | | 45. |
| | | | | CLASS B NON VOTING SHS DIV 2/28/05 4/01/05 | | | |
| 4/05 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/05/05 | DIV | | 5. |
| 4/05 | | 19,760 | 98169 | FIDELITY SPARTAN | 1 | | 19,762. |
| 4/05 | | 100,000 | 98980 | U S TREASURY MONEY MARKET U S TREASURY BILL DUE 06/09/2005 | 99.518 | | 99,518. |
| 4/05 | 19,284 | | 99573 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DUE 6/09/2005 | 1 | 19,284.00n | |
| 4/07 | | | | HEWLETT PACKARD CO DIV 3/16/05 4/07/05 | DIV | | 91. |
| 4/11 | | | | ALTRIA GROUP INC DIV 3/15/05 4/11/05 | DIV | | 565. |
| 4/13 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/13/05 | DIV | | 0. |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, N.Y. 10022
(212) 230-2424
800 384-1843
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

GLADYS E LURIA

40 EAST 88TH STREET     NY     10128
NEW YORK

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-L0121-3-0 | 4/30/05 | 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 | 2. |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/13 | | 19,284 | 4069 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 19,284 |
| 4/13 | 19,293 | | 13266 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,293.00 | |
| 4/25 | | | | GENERAL ELECTRIC CO DIV 2/28/05  4/25/05 | DIV | | 865. |
| 4/29 | 2,139 | | 19275 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,139.00 | |
| | | | | NEW BALANCE | | | 18,104. |
| | | | | SECURITY POSITIONS | | | |
| | 21,432 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 1,675,000 | | | U S TREASURY BILL DUE 06/09/2005     5/09/2005 | 99.697 | | |
| | | | | MARKET VALUE OF SECURITIES LONG     SHORT 1,491,962.75 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

GLADYS C LURIA

40 EAST 88TH STREET
NEW YORK          NY  10128

PAGE 3

PERIOD ENDING  4/30/05

YOUR ACCOUNT NUMBER  1-L0121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER  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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 7,146. |
| | | | | GROSS PROCEEDS FROM SALES | | | 5,290,676. |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PAGE 1

PERIOD ENDING 4/30/05

YOUR TAX PAYER IDENTIFICATION NUMBER 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

YOUR ACCOUNT NUMBER 1-L0121-4-0

GLADYS C LURIA

40 EAST 88TH STREET
NEW YORK          NY     10128

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
|  |  |  |  | BALANCE FORWARD |  | 18,104.00 |  |
|  |  |  |  | NEW BALANCE |  | 18,104.00 |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Estate of Gladys C. Luria

SSN: 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

Schedule B, Item 4

Bernard L. Madoff Investment Securities Account No. 1-L0057

| Position | Description | April 8, 2005 High | Low | April 11, 2005 High | Low | Mean | Value |
|---|---|---|---|---|---|---|---|
| 168 | Eastman Chemical Co. CUSIP 277432100 | 58.52 | 57.5 | 58.15 | 57.44 | 57.9025 | 9,727.62 |
| 675 | Eastman Kodak Co. CUSIP 277461109 | 33.08 | 32.42 | 33.10 | 32.29 | 32.7175 | 22,084.31 |
| 11,669 | Fidelity NY Mun Trust MMA CUSIP 316337104 | 1.00 | 1.00 | 1.00 | 1.00 | 1.0000 | 11,669.00 |
| 5,287 | Fidelity Spartan US Treas MM | 1.00 | 1.00 | 1.00 | 1.00 | 1.0000 | 5,287.00 |
| 6,110 | DaimlerChrysler AG CUSIP D1668R123 | 42.28 | 41.89 | 42.25 | 41.85 | 42.0675 | 257,032.43 |
| 95,000 | Abercrombie & Fitch Co. Cl A CUSIP 002896207 | 59.43 | 58.30 | 59.80 | 59.10 | 59.1575 | 5,619,962.50 |
| 9,763 | Agilent Tech Inc. CUSIP 00846U101 | 21.73 | 21.37 | 21.37 | 21.01 | 21.3700 | 208,635.31 |
| 114,000 | Altria Group Inc. CUSIP 02209S103 | 65.96 | 65.53 | 66.17 | 65.55 | 65.8025 | 7,501,485.00 |
| 96,000 | American Express Co. CUSIP 025816109 | 51.85 | 51.38 | 51.67 | 51.05 | 51.4875 | 4,942,800.00 |
| 89,000 | Broadcom Corp Cl A CUSIP 111320107 | 30.94 | 30.42 | 30.85 | 30.50 | 30.6775 | 2,730,297.50 |
| 8,037 | Delphi Corp. CUSIP 247126105 | 4.33 | 4.00 | 4.06 | 3.96 | 4.0875 | 32,851.24 |
| 4,725 | Dow Chemical CUSIP 260543103 | 50.35 | 49.02 | 49.24 | 48.51 | 49.2800 | 232,848.00 |
| 56,000 | Exxon Mobil CUSIP 30231G102 | 60.87 | 60.01 | 60.43 | 59.36 | 60.1675 | 3,369,380.00 |
| 200,000 | Hewlett Packard Co. CUSIP 428236103 | 21.87 | 21.61 | 21.80 | 21.48 | 21.6900 | 4,338,000.00 |
| 125,000 | Intel Corporation CUSIP 458140100 | 23.70 | 23.25 | 23.34 | 23.05 | 23.3350 | 2,916,875.00 |

| Quantity | Security / CUSIP | | | | | | Value |
|---|---|---|---|---|---|---|---|
| 102,000 | IBM Corp. CUSIP 459200101 | 88.46 | 87.50 | 87.54 | 86.09 | 87.3975 | 8,914,545.00 |
| 28,800 | International Paper Co. CUSIP 46146103 | 37.86 | 37.27 | 37.43 | 37.07 | 37.4075 | 1,077,336.00 |
| 163,200 | Johnson & Johnson CUSIP 478160104 | 69.48 | 68.64 | 69.26 | 68.70 | 69.0200 | 11,264,064.00 |
| 12,800 | Lehman Brothers Holdings Inc. CUSIP 524908100 | 95.30 | 94.26 | 95.89 | 94.53 | 94.9950 | 1,216,836.00 |
| 18,800 | National Semiconductor Corp. CUSIP 637640103 | 20.77 | 20.14 | 20.28 | 20.00 | 20.2925 | 381,499.00 |
| 364,500 | Oracle Corporation CUSIP 68389X105 | 12.53 | 12.33 | 12.42 | 12.30 | 12.3960 | 4,517,977.50 |
| 733 | Raytheon Co. CUSIP 755111507 | 39.21 | 38.85 | 39.12 | 38.83 | 39.0025 | 28,588.83 |
| 6,499 | Reynolds American CUSIP 761713106 | 81.10 | 80.05 | 80.87 | 79.92 | 80.4850 | 523,072.02 |
| 20,956 | Sabre Holdings Corp. CUSIP 785905100 | 21.820 | 21.530 | 21.730 | 21.370 | 21.6125 | 452,911.55 |
| | Net Debit Balance | | | | | | (34,833,848.48) |
| | Accrued Interest on Debit Bal. | | | | | | (60,742.47) |

**Short Positions**

| Quantity | Security / CUSIP | | | | | | Value |
|---|---|---|---|---|---|---|---|
| 6,110 | Daimler Chrysler AG CUSIP D1668R123 | 42.28 | 41.89 | 42.25 | 41.85 | 42.0675 | (267,032.43) |
| 114,000 | Altria Group CUSIP 02209S103 | 65.96 | 65.53 | 66.17 | 65.55 | 65.8025 | (7,501,485.00) |
| 8,037 | Delphi Corp. CUSIP 247126105 | 4.33 | 4.00 | 4.06 | 3.96 | 4.0875 | (32,851.24) |
| 733 | Raytheon Company New CUSIP 755111507 | 39.21 | 38.85 | 39.12 | 38.83 | 39.0025 | (28,588.83) |
| 6,499 | Reynolds American Inc CUSIP 761713106 | 81.10 | 80.05 | 80.87 | 79.92 | 80.4850 | (523,072.02) |

| | |
|---|---|
| Total Account Value | 17,337,244.34 |
| Accrued Income | 13,478.88 |
| Total | 17,350,723.22 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 838-4061

Frank Di Pascali

July 25, 2005

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
18th Floor
New York, NY 10022

Attn: Peter Madoff

Re: Gladys Luria
Account # 1-L0057-20

Dear Mr. Madoff:

Enclosed you will find a schedule of holdings for the above referenced account at April 8 and April 11, 2005. In addition to the value of the scheduled holdings, Account 1-L0057-20 carried a net credit balance of $74.26. There were no dividends record prior to date of death and payable after date of death.

If I can be of any further assistance please feel free to call.

Sincerely,

Frank Di Pascali

FDP/el

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

## 1-L0057-20 Holdings at April 8 and April 11, 2005

| 1-L0057-20 Positions | Description | 04/08/2005 High | 04/08/2005 Low | 04/11/2005 High | 04/11/2005 Low |
|---|---|---|---|---|---|
| 168 | Eastman Chemical Co | 58.52 | 57.50 | 58.15 | 57.44 |
| 675 | Eastman Kodak Co | 33.06 | 32.42 | 33.10 | 32.29 |
| 5,213 | Fidelity NY Mun Trust Money Market Portfolio | 1.00 | 1.00 | 1.00 | 1.00 |
| 11,743 | Fidelity Spartan U.S. Treasury Money Market | 1.00 | 1.00 | 1.00 | 1.00 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE **1**

PERIOD ENDING **4/30/05**

YOUR ACCOUNT NUMBER **1-L0057-2-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **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**

GLADYS C LURIA
40 EAST 88TH STREET
NEW YORK      NY   10128

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 73.9 |
| 4/01 | 74 | | | EASTMAN CHEMICAL CO DIV 3/05/05  4/01/05 | DIV | | 73.9 |
| 4/29 | | | 19242 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 74.00 | |
| | | | | NEW BALANCE | | | |
| | 168 679 5,287 | | | SECURITY POSITIONS EASTMAN CHEMICAL CO EASTMAN KODAK CO FIDELITY N Y MUN TRUST | | | |
| | 11,743 | | | MONEY MARKET PORTFOLIO FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 838-4061

Frank Di Pascali

July 25, 2005

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
18th Floor
New York, NY 10022

Attn: Peter Madoff

Re:  Gladys Luria
Account # 1-L0057-30

Dear Mr. Madoff:

Enclosed you will find a schedule of holdings for the above referenced account at April 8 and April 11, 2005.  In addition to the value of the scheduled holdings, Account 1-L0057-30 carried a net debit balance of $39,412,272.74.  There were dividends in the amount of $1,958.88 record prior to date of death and payable after date of death.

If I can be of any further assistance please feel free to call.

Sincerely,

Frank Di Pascali

FDP/el

## 1-L0057-30 Holdings at April 8 and April 11, 2005

| 1-L0057-30 Positions | Description | 04/08/2005 High | 04/08/2005 Low | 04/11/2005 High | 04/11/2005 Low |
|---|---|---|---|---|---|
| 6,110 | Daimler Chrysler AG | 42.28 | 41.89 | 42.25 | 41.85 |
| 95,000 | Abercrombie & Fitch Co Cl A | 59.43 | 58.30 | 59.80 | 59.10 |
| 9,763 | Agilent Technologies | 21.73 | 21.37 | 21.37 | 21.01 |
| 114,000 | Altria Group Inc | 65.96 | 65.53 | 66.17 | 65.55 |
| 96,000 | American Express Compnay | 51.85 | 51.38 | 51.67 | 51.05 |
| 89,000 | Broadcom Corp Cl A | 30.94 | 30.42 | 30.85 | 30.50 |
| 8,037 | Delphi Corp | 4.33 | 4.00 | 4.06 | 3.96 |
| 4,725 | Dow Chemical Co | 50.35 | 49.02 | 49.24 | 48.51 |
| 56,000 | Exxon Mobil Corp | 60.87 | 60.01 | 60.43 | 59.36 |
| 200,000 | Hewlett Packard Co | 21.87 | 21.61 | 21.80 | 21.48 |
| 125,000 | Intel Corp | 23.70 | 23.25 | 23.34 | 23.05 |
| 102,000 | International Business Machs | 88.46 | 87.50 | 87.54 | 86.09 |
| 28,800 | International Paper Co | 37.86 | 37.27 | 37.43 | 37.07 |
| 163,200 | Johnson & Johnson | 69.48 | 68.64 | 69.26 | 68.70 |
| 12,800 | Lehman Bros Holding Inc | 95.30 | 94.26 | 95.89 | 94.53 |
| 18,800 | National Semiconductor Corp | 20.77 | 20.14 | 20.26 | 20.00 |
| 364,500 | Oracle Corporation | 12.53 | 12.33 | 12.42 | 12.30 |
| 733 | Raytheon Company New | 39.21 | 38.85 | 39.12 | 38.83 |
| 6,499 | Reynolds American Inc | 81.10 | 80.05 | 80.87 | 79.92 |
| 20,956 | Sabre Holdings Corp | 21.82 | 21.53 | 21.73 | 21.37 |

| MADF | BERNARD L. MADOFF |
|------|-------------------|

INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 888-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

GLADYS C LURIA

40 EAST 88TH STREET
NEW YORK        NY  10128

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|-------------|------|------|------|
| | | | | BALANCE FORWARD | | 39,236,504.93 | |
| 4/01 | | | | MADF MARGIN INTEREST | INT | 191,767.81 | |
| 4/01 | | | | REMICOS AMERICAN INC | DIV | | 6,174.81 |
| 4/01 | | | | DIV 3/10/05 4/01/05 | JRNL | 6,174.05 | |
| | | | | DIV ADJ 3/10/05 4/01/05 RAI | DIV | | 6,174.05 |
| 4/11 | | | | DEV 3/15/05 4/11/05 | | | 152,000.00 |
| | | | | DIV 3/26/05 4/11/05 | DIV | | 83,220.00 |
| 4/11 | | | | ALTRIA GROUP INC | | | |
| | | | | DIV 3/15/05 4/11/05 | | | |
| 4/11 | | | | DKT AUT 3/31/05 4/11/05 MO | JRNL | 84,220.00 | |
| 4/11 | | | | NATIONAL SEMICONDUCTOR CORP | DIV | | 376.00 |
| | | | | DIV 3/21/05 4/11/05 | | | |
| 6/12 | | | | DAV 3/01/05 4/12/05 | DIV | | 9,296.98 |
| | | | | DAIMLER CHRYSLER AG | JRNL | 9,296.98 | |
| 4/12 | | | | DEV ADJ 4/11/05 4/12/05 DCX | DIV | | 1,582.81 |
| 4/29 | | | | DON CHEMICAL CO | | | |
| | | | | DIV 3/31/05 4/29/05 | | | |
| | | | | NEW BALANCE | | 39,410,313.86 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 6,110 | | | DAIMLER CHRYSLER AG | 39.390 | | |
| | 95,000 | | | ABERCROMBIE & FITCH CO | 55.950 | | |
| | | | | CL A | | | |
| | | | | CONTINUED ON PAGE      2 | | | |

| Your account number | Type | No. |
|------|------|------|
| 1-L0057-3-0 | | 1 |

| Your Tax I.D. Number | 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 |
|------|------|

| Period ending | 4/30/05 |
|------|------|

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 2    Q

GLADYS C LURIA

40 EAST 88TH STREET    NY: 10128
NEW YORK

PERIOD ENDING 4/30/05

YOUR ACCOUNT NUMBER 1-L0057-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER 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

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 9,163 | | | AGILENT TECHNOLOGIES | 20.750 | | |
| | 114,000 | | | ALTRIA GROUP INC | 64.990 | | |
| | 94,800 | | | AMERICAN EXPRESS COMPANY | 52.700 | | |
| | 093,000 | | | BROADCOM CORP CL A | 294.510 | | |
| | 8,037 | | | DELPHI CORP | 3.300 | | |
| | 4,725 | | | DOW CHEMICAL CO | 45.930 | | |
| | 63,000 | | | EXXON MOBIL CORP | 56.000 | | |
| | 200,000 | | | HEWLETT PACKARD CO | 20.470 | | |
| | 125,000 | | | INTEL CORP | 23.520 | | |
| | 102,000 | | | INTERNATIONAL BUSINESS MACHS | 76.380 | | |
| | 285,800 | | | INTERNATIONAL PAPER CO | 344.290 | | |
| | 163,200 | | | JOHNSON & JOHNSON | 68.630 | | |
| | 12,800 | | | LEHMAN BROS HOLDING INC | 91.720 | | |
| | 18,800 | | | NATIONAL SEMICONDUCTOR CORP | 19.980 | | |
| | 304,000 | | | ORACLE CORPORATION | 11.850 | | |
| | 733 | | | RAYTHEON COMPANY NEW | 37.610 | | |
| | 6,499 | | | REYNOLDS AMERICAN INC | 77.970 | | |
| | 20,956 | | | SABRE HOLDINGS CORP | 19.560 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG      SHORT | | | |
| | 57,839,035.02 | | | | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

GLADYS C LURIA

40 EAST 88TH STREET
NEW YORK        NY   10128

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|

**YEAR-TO-DATE SUMMARY**

| DIVIDENDS | | | | | | | 353,841.07 |
| MARGIN INTEREST | | | | | | 524,999.80 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PERIOD ENDING 4/30/05

YOUR TAX PAYER IDENTIFICATION NUMBER 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

PAGE 3

YOUR ACCOUNT NUMBER 1-L0057-3-0

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 838-4061

Frank Di Pascali

July 25, 2005

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
18th Floor
New York, NY 10022

Attn: Peter Madoff

Re: Gladys Luria
Account # 1-L0057-70

Dear Mr. Madoff:

Enclosed you will find a schedule of holdings for the above referenced account at April 8 and April 11, 2005. In addition to the value of the scheduled short positions, Account 1-L0057-70 carried a net credit balance of $4,578,350.00. There were no dividends record prior to date of death and payable after date of death.

If I can be of any further assistance please feel free to call.

Sincerely,

Frank Di Pascali

FDP/el

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

## 1-L0057-70 Holdings at April 8 and April 11, 2005

| 1-L0057-70 Short Positions | Description | 04/08/2005 High | 04/08/2005 Low | 04/11/2005 High | 04/11/2005 Low |
|---|---|---|---|---|---|
| 6,110 | Daimler Chrysler AG | 42.28 | 41.89 | 42.25 | 41.85 |
| 114,000 | Altria Group Inc | 65.96 | 65.53 | 66.17 | 65.55 |
| 8,037 | Delphi Corp | 4.33 | 4.00 | 4.06 | 3.96 |
| 733 | Raytheon Company New | 39.21 | 38.85 | 39.12 | 38.83 |
| 6,499 | Reynolds American Inc | 81.10 | 80.05 | 80.87 | 79.92 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE **1**

PERIOD ENDING **4/30/05**

YOUR TAX PAYER IDENTIFICATION NUMBER **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**

YOUR ACCOUNT NUMBER **1-L0057-7-0**

GLADYS C LURIA

40 EAST 88TH STREET
NEW YORK          NY     10128

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 4,578,350. |
| 4/01 | | | | REYNOLDS AMERICAN INC | DIV | | 6,174. |
| | | | | DIV 3/10/05 4/01/05 | DIV | 6,174.05 | |
| 4/01 | | | | DIV ADJ 3/10/05 4/01/05 RAI | JRNL | | |
| 4/11 | | | | ALTRIA GROUP INC | DIV | 83,220.00 | 83,220. |
| | | | | DIV 3/15/05 4/11/05 | | | |
| 4/11 | | | | DIV ADJ 3/15/05 4/11/05 MO | JRNL | | |
| | | | | DAIMLER CHRYSLER AG | DIV | | 9,296. |
| 4/12 | | | | DIV 4/11/05 4/12/05 | | 9,296.98 | |
| 4/12 | | | | DIV ADJ 4/11/05 4/12/05 DCX | JRNL | | |
| | | | | NEW BALANCE | | | 4,578,350. |
| | | | | SECURITY POSITIONS | | | |
| | | 6,110 | | DAIMLER CHRYSLER AG | MKT PRICE | | |
| | | 114,000 | | ALTRIA GROUP INC | 39.390 | | |
| | | 8,037 | | DELPHI CORP | 64.990 | | |
| | | 733 | | RAYTHEON COMPANY NEW | 3.300 | | |
| | | 6,499 | | REYNOLDS AMERICAN INC | 37.610 | | |
| | | | | | 77.970 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG 8,210,350.16- SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| MADF | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
□ New York □ London |
|---|---|

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

GLADYS C LURIA

40 EAST 88TH STREET
NEW YORK        NY    10128

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| **PERIOD ENDING** 4/30/05 | **YOUR TAX PAYER IDENTIFICATION NUMBER** 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 | **PAGE** 2 |
|---|---|---|

| **YOUR ACCOUNT NUMBER** 1-L0057-7-0 | | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | 192,890.27 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 020 7493 6222

ESTATE OF GLADYS C LURIA
BERNARD L MADOFF
& PETER B MADOFF CO-EXECUTORS
885 THIRD AVENUE      18TH FL
NEW YORK            NY   10022

| DATE | AMOUNT OF SECURITIES RECEIVED OR LONG | SOLD, MATURED OR SHORT | TAX LOT | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 21,874.39 |
| 7/01 | | | | | | 100,000,000.00 | |
| 7/01 | | | | TRANS FROM 1L005730 | CA | | 17,262,413.03 |
| 7/01 | | | | TRANS FROM 1L005720 | CA | | 47,657.09 |
| 7/01 | | | | COCA COLA CO | DIV | | |
| 7/01 | | | | DIV 6/15/05 7/01/05 | | | 266.76 |
| 7/01 | | | | MERCK & CO | DIV | | |
| | | | | DIV 6/03/05 7/01/05 | | | |
| 7/01 | | | | VIACOM INC | DIV | | |
| | | | | CLASS B NEW VOTING SHS | | | |
| 7/01 | 17,400,000 | | 94530 | U S TREASURY BILL | 99.354 | 17,287,596.00 | |
| | | | | DUE 09/15/2005 | | | |
| | 22,454 | | 94531 | FIDELITY SPARTAN | | 22,454.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 7/06 | | | | HEWLETT PACKARD CO | DIV | | 74.88 |
| 7/11 | | | | DIV 6/08/05 07/06/05 | DIV | | 4,963.48 |
| | | | | ALTRIA GROUP INC | | | |
| 7/13 | | | | DIV 6/15/05 7/11/05 | DIV | | 98.22 |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 7/13 | 80,577 | | 91709 | FIDELITY SPARTAN | 1 | | 80,577.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON NEXT PAGE | | | |

YOUR ACCOUNT NUMBER  1-L0121-3-0

STATEMENT PERIOD  7/31/05

YOUR TAXPAYER IDENTIFICATION NUMBER  13-7462664

PAGE  1

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 3

**PERIOD ENDING** 9/30/05

**YOUR TAX PAYER IDENTIFICATION NUMBER** 13-7462664

**YOUR ACCOUNT NUMBER** 1-L0121-3-0

**DUPLICATE** FOR ACCOUNT   ESTATE OF GLADYS
KRASS, SNOW & SCHMUTTER
ATTN: WALTER W REGEL

419 PARK AVENUE SO       NY   10016
NEW YORK

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /09 | | 69,039 | 90930 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 69,039.00 |
| /19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/19/05 | DIV | | 46.00 |
| /19 | | 55,286 | 33260 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 55,286.00 |
| /19 | 25,000 | | 36574 | U S TREASURY BILL DUE 1/12/2006 | 98.876 | 24,719.00 | |
| /19 | 12,805 | | 39830 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 1/12/2006 | 1 | 12,805.00 | |
| /20 | | | 41936 | CHECK | CA | | 3,920,000.00 |
| /20 | 3,900,000 | | | U S TREASURY BILL DUE 1/12/2006 1/12/2006 | 98.870 | 3,855,930.00 | |
| /20 | 64,070 | | 41951 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 64,070.00 | |
| /27 | 50,000 | | 20376 | U S TREASURY BILL DUE 12/8/2005 12/08/2005 | 99.320 | 49,660.00 | |
| /27 | 50,000 | | 20805 | U S TREASURY BILL DUE 12/15/2005 12/15/2005 | 99.256 | 49,628.00 | |
| /27 | 50,000 | | 21234 | U S TREASURY BILL DUE 12/22/2005 12/22/2005 | 99.181 | 49,590.50 | |
| | | | | CONTINUED ON PAGE      4 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   ESTATE OF GLADYS C SHAPIRO
KRASS, SNOW & SCHMUTTER
ATTN: WALTER W REGEL

419 PARK AVENUE SQ
NEW YORK          NY    10016

| PERIOD ENDING | PAGE |
|---|---|
| 1/31/06 | 1 |

YOUR ACCOUNT NUMBER: 1-L0121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 13-7462564

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .75 |
| /03 | | | | MERCK & CO<br>DIV 12/02/05  1/03/06 | DIV | | 3,990.00 |
| /03 | | | | PEPSICO INC<br>DIV 12/09/05  1/03/06 | DIV | | 2,074.80 |
| /03 | | | | VIACOM INC<br>CLASS B NON VOTING SHS<br>DIV 11/30/05  1/01/06 | DIV | | 529.20 |
| /03 | | | | WAL-MART STORES INC<br>DIV 12/16/05  1/03/06 | DIV | | 1,164.30 |
| /04 | | | | HEWLETT PACKARD CO<br>DIV 12/14/05  1/04/06 | DIV | | 1,087.28 |
| /06 | | | | CHECK WIRE | CW | 17,825,000.00 | |
| /06 | | | | THE WALT DISNEY CO<br>DIV 12/12/05  1/06/06 | DIV | | 2,608.20 |
| /09 | | 50,000 | 9151 | U S TREASURY BILL<br>DUE 5/11/2006<br>5/11/2006 | 98.600 | | 49,300.00 |
| /09 | | 50,000 | 9459 | U S TREASURY BILL<br>DUE 5/18/2006<br>5/18/2006 | 98.520 | | 49,260.00 |
| /09 | | | | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET<br>DIV 01/09/06 | DIV | | 30.11 |
| | | | | CONTINUED ON PAGE    2 | | | |

6,175,975.70

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    ESTATE OF GLADYS C
KRASS, SNOW & SCHMUTTER
ATTN: WALTER W REBEL

419 PARK AVENUE SO
NEW YORK        NY    10016

| PERIOD ENDING | PAGE |
|---|---|
| 1/31/06 | 11 |

YOUR TAX PAYER IDENTIFICATION NUMBER  13-7462664
YOUR ACCOUNT NUMBER  1-L0121-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /13 | 6,300,000 | | 26660 | U S TREASURY BILL DUE 4/06/2006 | 99.027 | 6,238,701.00 | |
| /13 | 36,588 | | 26677 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 36,588.00 | |
| /19 | | | | CHECK | CW | 24,000.00 | |
| /31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 01/31/06 | DIV | | 65.77 |
| /31 | | 36,588 | 63347 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 36,588.00 |
| /31 | 24,107 | | 72359 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,107.00 | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | 24,107 | | | FIDELITY SPARTAN | MKT PRICE 1 | | |
| | 6,300,000 | | | U S TREASURY BILL DUE 4/06/2006 | 99.236 | | 44,746.70 |
| | | | | MARKET VALUE OF SECURITIES LONG 6,275,975.00 SHORT | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 010 7493 6222

**DUPLICATE** FOR ACCOUNT   ESTATE OF GLADYS
KRASS, SNOW & SCHMUTTER
ATTN: WALTER W REGEL

419 PARK AVENUE SO   NY   10016
NEW YORK

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 3/31/06 | 13-7462664 | 1 |

YOUR ACCOUNT NUMBER 1-L0121-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 44,746. |
| 3/22 | | | | CHECK WIRE | CH | 1,200,000.00 | |
| 3/22 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/22/06 | DIV | | 133. |
| 3/22 | | 26,693 | 21694 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 26,693. |
| 3/22 | | 1,200,000 | 21695 | U S TREASURY BILL DUE 4/06/2006 | 99.817 | | 1,197,804. |
| 3/31 | 24,630 | | 28263 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,630.00 | |
| | | | | NEW BALANCE | | | 44,746. |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 24,630 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 5,100,000 | | | U S TREASURY BILL DUE 4/06/2006 | 99.928 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 5,120,958.00 | SHORT | | |

$ 5,120,958.48

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    ESTATE OF GLADYS C LURIA
KRASS, SNOW & SCHMUTTER
ATTN: WALTER M. REGEL

419 PARK AVENUE SQ
NEW YORK          NY  10016

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 5/31/06 | 1-L0121-3-0 | 13-7462664 | 1 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 44,746.48 |
| 5/01 | | | | CHECK  2005 (................) | CA | | 81,930.00 |
| 5/01 | 75,000 | | 2617 | U S TREASURY BILL DUE 6/1/2006 | 99.606 | 74,704.50 | |
| 5/01 | 7,225 | | 2618 | FIDELITY SPARTAN 6/01/2006 | 1 | 7,225.00 | |
| 5/15 | | 5,100,000 | 95602 | U S TREASURY MONEY MARKET U S TREASURY BILL DUE 5/18/2006 | 99.964 | | 5,098,164.00 |
| 5/15 | 5,125,000 | | 95607 | U S TREASURY BILL DUE 7/13/2006 5/18/2006 | 99.238 | 5,085,947.50 | |
| 5/15 | 12,217 | | 95608 | FIDELITY SPARTAN 7/13/2006 | 1 | 12,217.00 | |
| 5/30 | 75,000 | | 96747 | U S TREASURY MONEY MARKET U S TREASURY BILL DUE 7/20/2006 | 99.346 | 74,509.50 | |
| 5/30 | 482 | | 96748 | FIDELITY SPARTAN 7/20/2006 | 1 | 482.00 | |
| 5/31 | | 75,000 | 95723 | U S TREASURY MONEY MARKET U S TREASURY BILL DUE 6/1/2006 | 99.989 | | 74,991.75 |
| | | | | NEW BALANCE | | | 44,746.73 |
| 5/31 | 71,584 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |

CONTINUED ON PAGE 2

MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   ESTATE OF GLADYS C LURIA
KRASS, SNOW & SCHMUTTER
ATTN: WALTER W REGEL

419 PARK AVENUE SO
NEW YORK          NY   10016

PERIOD ENDING 6/30/06

YOUR TAX PAYER IDENTIFICATION NUMBER 13-7462664

PAGE 1

YOUR ACCOUNT NUMBER 1-L0121-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 44,746.73 |
| 5/28 | | 450,000 | 14636 | CHECK | CW | 425,000.00 | |
| 5/30 | | | | U S TREASURY BILL DUE 7/13/2006 | 99.846 | | 449,307.00 |
| 5/30 | 24,307 | | 23938 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,307.00 | |
| | | | | NEW BALANCE | | | 44,746.73 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 95,091 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 4,675,000 | | | U S TREASURY BILL DUE 7/13/2006 | 99.846 | | |
| | 75,000 | | | U S TREASURY BILL DUE 7/20/2006 | 99.761 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 4,838,512.25   SHORT | | | |

4,838,512.25

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   ESTATE OF GLADYS C LURIA
KRASS, SNOW & SCHNUTTER
ATTN: WALTER W REGEL

419 PARK AVENUE SO
NEW YORK          NY   10016

PERIOD ENDING: 8/31/06
YOUR ACCOUNT NUMBER: 1-L0121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 13-7462664
PAGE: 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 44,746.23 |
| 8/07 | | | | TRANS FROM 1L005730 | CA | | 319,087.00 |
| 8/07 | | | | TRANS FROM 1L005730 | CA | | 18,637.34 |
| 8/07 | | | | TRANS FROM 1L005730 | CA | | .88 |
| 8/31 | 337,725 | | 18945 | FIDELITY SPARTAN | 1 | 337,725.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | | | | 44,746.45 |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | 468,938 | | | FIDELITY SPARTAN | MKT PRICE | | |
| | | | | U S TREASURY MONEY MARKET | 1 | | |
| | 4,750,000 | | | U S TREASURY BILL | 99.902 | | |
| | | | | DUE 9/7/2006        9/07/2006 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG            SHORT | | | |
| | | | | 5,214,283.00 | | | |

5,214,283.45

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR FOR ACCOUNT ESTATE OF GLADYS C LURIA
KRASS, SNOW & SCHMUTTER
ATTN: WALTER W REGEL

419 PARK AVENUE SO    NY   10016
NEW YORK

| PAGE | PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 1 | 1/31/07 | 1-L0121-3-0 | *****2664 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .95 |
| /25 | | | 14894 | CHECK WIRE *(no clearing)* | CW | 350,000.00 | |
| /25 | | 375,000 | | U S TREASURY BILL DUE 3/01/2007 | 99.524 | | 373,215.00 |
| /25 | 23,215 | | 15012 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/01/2007 | 1 | 23,215.00 | |
| | | | | NEW BALANCE | | | .95 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 506,884 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 4,475,000 | | | U S TREASURY BILL DUE 3/01/2007 | 99.605 | | |
| | | | | MARKET VALUE OF SECURITIES, LONG 4,964,207.75 SHORT | | | |

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   ESTATE OF GLADYS C LURIA
KRASS, SNOW & SCHMUTTER
ATTN: WALTER W REGEL

419 PARK AVENUE SO
NEW YORK        NY    10016

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
| --- | --- | --- |
| 4/30/07 | ******2664 | 1 |

YOUR ACCOUNT NUMBER: 1-L0121-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | BALANCE FORWARD | | | 2,060,000.0 |
| 4/09 | | | | CHECK | CA | | |
| 4/09 | 2,075,000 | | 97755 | U S TREASURY BILL | 99.111 | 2,056,553.25 | |
| | | | | DUE 6/14/2007       6/14/2007 | | | |
| 4/09 | 3,446 | | 97756 | FIDELITY SPARTAN | 1 | 3,446.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 554,320 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 4,475,000 | | | U S TREASURY BILL | 99.876 | | |
| | | | | DUE 5/10/2007      5/10/2007 | | | |
| | 2,075,000 | | | U S TREASURY BILL | 99.415 | | |
| | | | | DUE 6/14/2007      6/14/2007 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG              SHORT | | | |
| | | | | 7,086,632.25 | | | |

FW   7,086,633.25

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    ESTATE OF GLADYS C LURIA
KRASS, SNOW & SCHMUTTER
ATTN: WALTER W REGEL

419 PARK AVENUE SO          NY    10016
NEW YORK

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 9/05 | | | | TRANS TO 1F011230 | CN | 50,000.00 | |
| 9/05 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/05/07 | DIV | | 58,532.41 |
| 9/05 | | 7,144,868 | 72033 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DUE 12/13/2007 | 1 | | 7,144,868.41 |
| 9/05 | 7,225,000 | | 72105 | FIDELITY SPARTAN U S TREASURY BILL DUE 12/13/2007 | 98.845 | 7,141,551.25 | |
| 9/05 | 11,850 | | 72106 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 11,850.00 | |
| | | | | NEW BALANCE | | | |
| | 11,850 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 7,225,000 | | | U S TREASURY BILL DUE 12/13/2007 | 99.232 | | |
| | | | | MARKET VALUE OF SECURITIES LONG         7,181,362.00 SHORT | | | |

YOUR ACCOUNT NUMBER
1-L0121-3-0

PERIOD ENDING
9/30/07

YOUR TAX PAYER IDENTIFICATION NUMBER
*******2664

PAGE
1

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**\*\*DUPLICATE\*\***   FOR ACCOUNT   ESTATE OF GLADYS C LURIA
KRASS, SNOW & SCHNUTTER
ATTN: WALTER M REGEL

419 PARK AVENUE SQ          NY    10016
NEW YORK

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 10/31/07 | 1-L0121-3-0 | \*\*\*\*\*\*\*2664 | 1 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 10/03 | | | | TRANS TO 1F021830 | | | |
| 10/03 | | 375,000 | 86960 | U S TREASURY BILL | CM | 358,580.00 | 372,183.— |
| | | | | DUE 12/13/2007 | 99.249 | | |
| 10/03 | 13,603 | | 87019 | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET 12/13/2007 | | 13,603.00 | |
| 10/16 | | | | CHECK | CA | | 735.— |
| 10/16 | 735 | | 89147 | FIDELITY SPARTAN | 1 | 735.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 26,188 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 6,850,000 | | | U S TREASURY BILL | 99.539 | | |
| | | | | DUE 12/13/2007 12/13/2007 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                SHORT | | | |
| | | | | 6,844,609.50 | | | |

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**PAGE** 1

**PERIOD ENDING** 11/30/07

**YOUR TAX PAYER IDENTIFICATION NUMBER** ******2664

**YOUR ACCOUNT NUMBER** 1-L0121-3-0

---

**MADF**
**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
For CT (800) 848-4061

**DUPLICATE** FOR ACCOUNT   ESTATE OF GLADYS C LURIA

KRASS, SNOW & SCHMUTTER
ATTN: WALTER W REGEL

419 PARK AVENUE SO
NEW YORK        NY   10016

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|---------------------------------|
| | | | | BALANCE FORWARD | | | 168. |
| 11/19 | | | | CHECK WIRE   To Chase Checking | CW | 50,000.00 | |
| 11/19 | | | | FIDELITY SPARTAN | DIV | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/19/07 | | | |
| 11/19 | | 26,188 | 30491 | FIDELITY SPARTAN | 1 | | 26,188.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/19 | | 25,000 | 30492 | U S TREASURY BILL | 99.748 | | 24,937. |
| | | | | DUE 12/13/2007 | | | |
| 11/19 | 1,294 | | 35241 | FIDELITY SPARTAN | 1 | 1,294.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,294 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 6,825,000 | | | U S TREASURY BILL | 99.874 | | |
| | | | | DUE 12/13/2007 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG      SHORT | | | |
| | | | | 6,817,694.50 | | | |

6,817,694.71

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4461

**DUPLICATE** FOR ACCOUNT    ESTATE OF GLADYS C LURIA
KRASS, SNOW & SCHNUTTER
ATTN: WALTER W REGEL

419 PARK AVENUE SO
NEW YORK                NY    10016

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-L0121-3-0 | 3/31/08 | ******2664 | 1 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .71 |
| 1/27 | | | | TRANS TO 1F021830 | CW | 100,000.00 | |
| 1/27 | | | | TRANS TO 1L032330 | CW | 100,000.00 | |
| 1/27 | | | | TRANS TO 1L032430 | DIV | 100,000.00 | |
| 1/27 | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 03/27/08 | | | 143.99 |
| 1/27 | | 300,000 | 44476 | U S TREASURY BILL | 99.974 | | 299,922.00 |
| | | | | DUE 4/10/2008 | | | |
| 1/27 | | 17,431 | 44677 | FIDELITY SPARTAN | 1 | | 17,431.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 1/27 | 17,497 | | 44710 | FIDELITY SPARTAN | 1 | 17,497.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 1/31 | 269 | | 46137 | TRANS FROM 1L005720 | CA | 269.00 | |
| | | | | FIDELITY SPARTAN | | | 268.40 |
| 1/31 | | | | U S TREASURY MONEY MARKET | | | |
| | | | | | | | .10 |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 17,766 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 6,575,000 | | | U S TREASURY BILL | 99.974 | | |
| | | | | DUE 4/10/2008 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | 6,591,056.50 | | | |
| | | | | SHORT | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    ESTATE OF GLADYS C LURIA
KRASS, SNOW & SCHNUTTER
ATTN: WALTER W REGEL

419 PARK AVENUE SO
NEW YORK        NY    10016

PAGE 1
PERIOD ENDING 5/31/08
YOUR TAX PAYER IDENTIFICATION NUMBER *****2664
YOUR ACCOUNT NUMBER 1-L0121-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .10 |
| 5/05 | | | | CHECK | | | 103,767.00 |
| 5/05 | 100,000 | | 75834 | U S TREASURY BILL DUE 9/18/2008 | CA 99.396 | 99,396.00 | |
| 5/05 | 4,371 | | 75835 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,371.00 | |
| 5/08 | | | | CHECK WIRE | | | |
| 5/08 | | | | TRANS TO 1F021830      Chase Tracy Inst | CW | 650,000.00 | |
| 5/08 | | | | TRANS TO 1L032330      A Luria Short Ltd | CW | 2,875,000.00 | |
| 5/08 | | | | TRANS TO 1L032430      R Luria Short | CW | 1,387,500.00 | |
| 5/09 | | 6,350,000 | 88566 | U S TREASURY BILL DUE 9/18/2008 | 99.402 | 1,387,500.00 | 6,312,027.00 |
| 5/09 | 12,027 | | 88567 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,027.00 | |
| | | | | NEW BALANCE | | | .10 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 49,028 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 350,000 | | | U S TREASURY BILL DUE 9/18/2008 | 99.420 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 396,998.00    SHORT | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT · ESTATE OF GLADYS C LURIA
KRASS, SNOW & SCHMUTTER
ATTN: WALTER M REGEL

419 PARK AVENUE SO
NEW YORK          NY    10016

PERIOD ENDING: 7/31/08

PAGE 1

YOUR TAX PAYER IDENTIFICATION NUMBER: *****2664

YOUR ACCOUNT NUMBER: 1-L0121-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|------------------|-------------------------------|---------------------------------|
| | | | | BALANCE FORWARD | | | .10 |
| /23 | | | | TRANS FROM 1F021830 | CA | | 1,256.00 |
| /23 | | | | TRANS FROM 1F020430 | CA | | 10,306.00 |
| /23 | 11,562 | | 74508 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 11,562.00 | |
| | | | | NEW BALANCE | | | .10 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 60,590 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 350,000 | | | U S TREASURY BILL DUE 9/18/2008          9/18/2008 | 99.778 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 409,813.00 | | | |

September 7 - October 5, 2005
**Page    3 of 3**

987-00008-B003-00008-    -002-1-01

Primary Account Number: 987-1033963-65



CHECK # 0106    $4,000.00 PAID 09/12



CHECK # 0107    $51.32 PAID 09/12



CHECK # 0108  $3,920,000.00 PAID 09/20

View, save and print images of your cleared checks — front **AND** back — FREE at Chase Online SM
Access your check images on the same day they clear and from the past 3 years.
Log on or enroll today at www.chase.com/online





**JPMorganChase**

JPMorgan Chase Bank, N.A.
Funds Transfer
P.O. Box 31339
Tampa, FL 33631-3339

ORIGINAL
ADVICE OF CREDIT

Our Ref. (TRN) NO. 1005300081JQ
Please mention our Reference No. (TRN) in any correspondence.
Originator's Date 06/03/22
Related Ref. No. CAP OF 06/03/22

WE CREDIT YOUR ACCOUNT NO 987103396365
FOR PAYMENT INDICATED    SAME DAY FUNDS

$1,200,000.00**

ORDERING CUSTOMER
BERNARD L MADOFF

885 THIRD AVENUE 18TH FLOOR

NEW YORK NY 10022-4834

ESTATE OF GLADYS C LURIA
C/O KRASS, SNOW, & SCHMUTTER, P.C.
419 PARK AVE SOUTH 19TH FLOOR
NEW YORK NY 10016

IMA:

Authorized Signature

# KRASS, SNOW & SCHMUTTER, P.C.

### ATTORNEYS AT LAW

### 419 PARK AVENUE SOUTH
### NEW YORK, NEW YORK 10016-8410

STEPHEN J. KRASS
STEVEN SCHMUTTER
LEE A. SNOW
ERIC B. LESSER
WALTER W. REGEL
PAUL G. deFREITAS°
MARIYA V. LINK°

212-683-3636 X260
WREGEL@KSSLAW.NET

(212) 683-3636

FACSIMILE (212) 481-7692

RICHARD B. FELDMAN
CHARLES M. NEWMAN
ALVIN LESTER SITOMER°
COUNSEL

°ALSO ADMITTED IN NJ
°ALSO ADMITTED IN FL

March 4, 2009

**FEDERAL EXPRESS**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

      Re:    <u>SIPA Customer Claims</u>

Dear Mr. Picard:

    We are the attorneys for Peter B. Madoff, Executor of the Estate of Gladys C. Luria and Trustee of the Trusts under the Will of Gladys C. Luria. We enclose the following SIPA Customer Claims for assets held in Bernard L. Madoff Investment Securities LLC accounts by the following entities:

1. Estate of Gladys C. Luria – Account No. 1-L0121.

2. Trust under Article VI of Will of Gladys C. Luria for the benefit of Joan L. Fisher, a partner of Joan L. Fisher Partners – Account No. 1-F0218.

3. Trust under Article VII of Will of Gladys C. Luria for the benefit of Joan L. Fisher, a partner of Joan L. Fisher Partners – Account No. 1-F0218.

4. Trust under Article VIII of Will of Gladys C. Luria for the benefit of Carl T. Fisher – Account No. 1-F0204.

    Please sign and date a copy of this letter below to acknowledge your receipt of the four enclosed Customer Claims and return the signed letter to me in the enclosed pre-addressed, postage paid envelope. If you have any questions, please call me.

Very truly yours,

Walter W. Regel

WWR:ll
Enclosures

Received as of the ____ day
of _____, 2009:

**RECEIVED**

MAR 0 5 2009

F:\WORD-L\LURIA\COR\picard-01.wwr.doc

**FedEx** US Airbill
Express

8492 4003 1928

NO POUCH NEEDED.

See back for peel and stick application instructions.

RECIPIENT: PEEL HERE

**1 From** This portion can be removed for Recipient's records.

Date March 4, 2008  FedEx Tracking Number 8492 4003 1928

Sender's Name WALTER W. REGEL, ESQ.  Phone 212 683-3636

Company KRASS, SNOW AND SCHMUTTER, PC

Address 419 PARK AVE S FL 19

City NEW YORK  State NY  ZIP 10016-8410

**2 Your Internal Billing Reference**
E/O G. Luria

**3 To**
Recipient's Name Irving H. Picard, Esq. Phone 868 727-8695

Company Trustee for Bernard L. Madoff
Investment Securities LLC

Address Claims Processing Center

Address 2100 McKinney Ave., Suite 800

City Dallas  State TX  ZIP 75201

8492 4003 1928

**4a Express Package Service** *Packages up to 150 lbs.*

☐ FedEx First Overnight

☑ FedEx Priority Overnight

☐ FedEx Standard Overnight

☐ FedEx 2Day

☐ FedEx Express Saver

☐ FedEx First Overnight

**4b Express Freight Service** *Packages over 150 lbs.*

☐ FedEx 1Day Freight

☐ FedEx 2Day Freight

☐ FedEx 3Day Freight

**5 Packaging**

☐ FedEx Envelope

☑ FedEx Pak

☐ FedEx Box

☐ FedEx Tube

☐ Other

**6 Special Handling**

SATURDAY Delivery

☐ HOLD Saturday

☐ HOLD Weekday

☐ No ☐ Yes

☐ No ☐ Yes

☐ Dry Ice ☐ Cargo Aircraft Only

**7 Payment** Bill to:

☑ Sender ☐ Recipient ☐ Third Party ☐ Credit Card ☐ Cash/Check

Total Packages  Total Weight  Total Declared Value  Total Charges

466

**8 Sign to Authorize Delivery Without a Signature**

7707779992

1.00

9B