Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000
Steven R. Schlesinger, Esq.

*Attorneys for Robert Luria Partners*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

             Plaintiff-Applicant,                Adv. Pro. No. 08-01789 (BRL)

     v.                              SIPA Liquidation

BERNARD L. MADOFF INVESTMENT      (Substantively Consolidated)
SECURITIES LLC,

             Defendant.
----------------------------------------------------------------X

IN RE:

BERNARD L. MADOFF,

             Debtor.
----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, **HALE YAZICIOGLU**, an attorney duly admitted to practice law in the Courts of the

State of New York and before this Court, hereby certify, pursuant to 28 U.S.C. § 1746, that on

the **20th day of July, 2010**, I served a copy of the **ROBERT LURIA PARTNERS'**

**OBJECTION TO NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM, dated July**

**20, 2010**, by First Class Mail by depositing a true copy thereof enclosed in a post-paid wrapper,

in an official depository under the exclusive care and custody of the U.S. Postal Service within

New York State, addressed to the following attorneys at the addresses listed below, said

addresses being designated for that purpose:


TO:    Irving H. Picard, Trustee
       c/o Baker & Hostetler LLP
       45 Rockefeller Plaza
       New York, New York 10111


       Andrew W. Reich, Esq.
       Baker & Hostetler LLP
       45 Rockefeller Plaza
       New York, New York 10111


       I declare under penalty of perjury that the foregoing is true and correct.

Dated: Garden City, New York
       July 20, 2010

                                        HALE YAZICIOGLU
                                        JASPAN SCHLESINGER LLP
                                        300 Garden City Plaza
                                        Garden City, New York 11530
                                        (516) 746-8000