# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _212-876-6845_

HOME: _212-427-2476_

Taxpayer I.D. Number (Social Security No.)
_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_

Account Number:   1ZB506
RUTH MECHANECK
340 E 93RD STREET APT #22-M
NEW YORK, NY  10128

(if incorrect, please change)

NOTE:     BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

1.     Claim for money balances as of December 11, 2008:
       a.     The Broker owes me a Credit (Cr.) Balance of          $ _131,186.47_
       b.     I owe the Broker a Debit (Dr.) Balance of             $ _NONE_

902180406

c    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, it must be enclosed
with this claim form.    $_____

d.    If balance is zero, insert "None."    ._____

2    Claim for securities as of December 11, 2008:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | YES | NO |
|---|---|---|
| a    The Broker owes me securities | _____ | ✓ |
| b    I owe the Broker securities | _____ | ✓ |

c    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | Number of Shares or Face Amount of Bonds | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

402180406

information regarding any withdrawals you have ever made or payments received
from the Debtor.

Please explain any differences between the securities or cash claimed and the cash
balance and securities positions on your last account statement. If, at any time, you
complained in writing about the handling of your account to any person or entity or
regulatory authority, and the complaint relates to the cash and/or securities that you are
now seeking, please be sure to provide with your claim copies of the complaint and all
related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION
ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT
PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR
COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3 | Has there been any change in your account since December 11, 2008? If so, please explain | | ✓ |
| 4 | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5 | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6 | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7 | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming | | ✓ |
| 8 | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

3

Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970?  if
so, give name of that broker                    _____   ✓

Please list the full name and address of anyone assisting you in the
preparation of this claim form:_____

_____

If you cannot compute the amount of your claim, you may file an estimated claim  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date __7/7/09__          Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc  also state your capacity
and authority.  Please supply the trust agreement or other proof of authority )

This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:

Irving H. Picard. Esq..
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave . Suite 800
Dallas, TX 75201

4

RUTH S. MECHANECK, Ph.D.

340 EAST 93RD STREET SUITE 22 M-L

NEW YORK, N.Y. 10128

TEL. 212-876-6845

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

**CREDITED YOUR**
**TRANS FROM 1ZA41330**

5/26/04

131,186.47

CLIENT'S ACCOUNT NUMBER

RUTH MECHANECK
340 E 93RD STREET APT #22-M
NEW YORK            NY 10128

1-ZB506-3

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING

**DEBITED YOUR**
**TRANS TO 1ZB50630**

5/26/04

131,186.47

CLIENT'S ACCOUNT NUMBER

THE MECHANECK REV LIV TRUST
DTD 5/11/94
DEBORAH & RUTH MECHANECK TTEES
340 E 93RD STREET APT 22-M
NEW YORK            NY 10128

1-ZA413-3

Flat 4 Victoria Court
Royal Earlswood Park
Redhill
Surrey RH1 6TB

13th May 2004

Mr Frank DiPascali
Bernard L Madoff Investment Securities
885 Third Avenue
New York
New York 10022

Dear Frank,

Re. Mechaneck Trust Account No. 1-ZA413-3-0

As Ruth and I discussed with Robert over the phone the other day, our parents'
estate/trust has now been settled with Ruth and I being the sole beneficiaries.

Please can you retitle the Mechaneck Trust Account (account number specified above) to
read the following: Ruth S. Mechaneck. Ruth's Tax ID number is .3-3354364 and her
Social Security number is 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.

Since I am a UK resident, Ruth and I agreed that it would be easier for Ruth to continue
dealing with you under her own name. She will pay me half the value of the account,
once the account has been retitled. We understand that the account is currently valued at
$131,05: 03

If anything is unclear or you require any additional information from us, please don't
hesitate to contact Ruth on 212 427 2476.

Thank you for your help

Yours sincerely,

*Deborah L Mechaneck*

Deborah L Mechaneck

*Ruth - Copy of the
letter I sent
Madoff*

Flat 3 Victoria Court
Royal Earlswood Park
Redhill
Surrey RH1 6'1E
United Kingdom

April 8 2004

Att: Mr Frank DiPascali
Bernard L Madoff Investment Securities
885 Third Avenue
New York
New York 10022

Dear Frank,

## RE:   Account number 1-ZA413-3
## Mechaneck Revocable Living Trust

As per our discussion over the phone a few weeks ago, I am writing to inform you of
the death of our father on 22nd February 2004. As you are aware, my mother passed
away on 7th February 2003.

I am enclosing a copy of my father's death certificate. If you do not need to keep this,
I would appreciate your returning it to me.

At the moment, my sister Ruth Mechaneck and I are awaiting settlement of the
Mechaneck Revocable Living Trust. Until that time, please continue to manage the
account as you have done in the past.

As soon as the Trust is settled we will write to you with further instructions

Thank you for your help  Please call Ruth Mechaneck on 212 427 2476 if you would
like clarification on the above or have any further questions

Yours sincerely,

Deborah L Mechaneck

Deborah Mechaneck

PORTFOLIO MANAGEMENT REPORT AS OF 6/30/04

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

1-Z8506-3

RUTH MECHANECK

340 E 93RD STREET APT #22-M
NEW YORK                       NY 10128

|  | 5/26/04 |  |
|---|---|---|
|  |  | 131,186.47CR |
| STARTING EQUITY |  |  |
| CAPITAL ADDITIONS |  | 1,687.87CR |
| CAPITAL WITHDRAWALS |  | 31.50CR |
| REALIZED P/L FOR CURRENT YEAR |  | .84CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS |  | 132,905.00   NET LONG |
| CURRENT CASH BALANCE |  | 132,905.84CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS |  |  |
| TOTAL EQUITY |  |  |

ANNUALIZED RETURN FOR CURRENT YEAR      13.28 %

**CUSTOMER CLAIM**

Claim Number ____

Date Received ____

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq
Trustee for Bernard L Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave Suite 800
Dallas TX 75201

Provide your office and home telephone no

OFFICE  _212-876-6845_

HOME  _212-427-2476_

Taxpayer I D Number (Social Security No.)
____ ____ ____

Account Number    1ZB506
RUTH MECHANECK
345 E 93RD STREET APT #22-M
NEW YORK NY 10128

(if incorrect, please change)

NOTE:    **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

...............................................................................

1    Claim for money balances as of **December 11, 2008**
    a    The Broker owes me a Credit (Cr.) Balance of    $ _DON'T KNOW_
    b    I owe the Broker a Debit (Dr.) Balance of    $ _NONE_

1

c.  If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, it must be enclosed
with this claim form.                                    $  *NONE*

d.  If balance is zero, insert "None."                       *NONE*

2.  Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | *See attached Statement dated 11/30/08 For Acct # 12B506* | | |

**Proper documentation can speed the review, allowance and satisfaction of your
claim and shorten the time required to deliver your securities and cash to you.
Please enclose, if possible, copies of your last account statement and purchase or
sale confirmations and checks which relate to the securities or cash you claim, and
any other documentation, such as correspondence, which you believe will be of
assistance in processing your claim. In particular, you should provide all
documentation (such as cancelled checks, receipts from the Debtor, proof of wire
transfers, etc.) of your deposits of cash or securities with the Debtor from as far
back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4 | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5 | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6 | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7 | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8 | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

3

9        Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970? if
so, give name of that broker.           _____   ✓

Please list the full name and address of anyone assisting you in the
preparation of this claim form: _____

_____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _____    Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

RUTH S. MECHANECK, PH.D.
340 East 93rd St. Apt. 22M
New York City, N.Y. 10128
(212) 427-2476

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave. Suite 800
Dallas, TX  7520

Dear Mr. Picard,

I am enclosing an amended copy of my Customer Claim form. I realized that I had
filled it out incorrectly when I sent you the initial form. The amendments are as follows:
I initially filed under question #1a "don't know". In light of what I have learned, I realize
that I am owed a credit balance of $131, 187.47. This was the initial amount of money I
had in my account # 1-ZB506-3. It represents a transfer of money from my parents'
revocable living trust Acct. # 1-ZA413-3 on 5/26/04. I am enclosing a copy of two letters
sent to Bernard Madoff Investment Securities detailing that transfer, as well as a copy of
the credit to my account and the debit to the Mechaneck Rev Liv Trust. I am also
enclosing a copy of the Portfolio Management Report as of 6/30/04 showing the starting
equity in my account (1-ZB506-3). Since I received the money credited to my account, I
have neither added any monies or taken out any monies from my account. That is why I
am claiming the amount of $131, 187.47. The second amendment to my original claim
form is question 2a. I initially stated that the Broker owed me securities. This was
incorrent, and I have in my amended claim form answered no to that question. I hope
that this amended claim form will not cause any difficulties in collecting the monies
owed to me by SIPC.

Sincerely yours,

*Ruth S. Mechaneck* (signature)

Ruth S. Mechaneck

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

RUTH MECHANECK

340 E 93RD STREET APT #22-M
NEW YORK          NY   10128

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB506-3-0 | *******2484 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 11,231.56 | |
| 11/12 | 168 | | 1574 | WELLS FARGO & CO NEW | 29.800 | 5,012.40 | |
| 11/12 | 120 | | 2076 | HEWLETT PACKARD CO | 34.900 | 4,192.00 | |
| 11/12 | 104 | | 5900 | WAL-MART STORES INC | 55.830 | 5,810.32 | |
| 11/12 | 68 | | 6402 | INTERNATIONAL BUSINESS MACHS | 87.270 | 5,936.36 | |
| 11/12 | 252 | | 10226 | EXXON MOBIL CORP | 72.880 | 18,375.76 | |
| 11/12 | 276 | | 10728 | INTEL CORP | 14.510 | 4,015.76 | |
| 11/12 | 132 | | 15054 | JOHNSON & JOHNSON | 59.580 | 7,869.56 | |
| 11/12 | 180 | | 19379 | J.P. MORGAN CHASE & CO | 38.530 | 6,942.40 | |
| 11/12 | 96 | | 23705 | COCA COLA CO | 44.660 | 4,290.36 | |
| 11/12 | 56 | | 28031 | MCDONALDS CORP | 55.370 | 3,102.72 | |
| 11/12 | 104 | | 32357 | MERCK & CO | 28.550 | 2,973.20 | |
| 11/12 | 380 | | 36683 | MICROSOFT CORP | 21.810 | 8,302.80 | |
| 11/12 | 192 | | 41009 | ORACLE CORPORATION | 17.300 | 3,328.60 | |
| 11/12 | 76 | | 53987 | PEPSICO INC | 56.410 | 4,290.16 | |
| 11/12 | 44 | | 54489 | APPLE INC | 100.780 | 4,435.32 | |
| 11/12 | 324 | | 58313 | PFIZER INC | 16.940 | 5,500.56 | |
| 11/12 | 76 | | 58815 | ABBOTT LABORATORIES | 54.610 | 4,153.36 | |
| 11/12 | 144 | | 62639 | PROCTER & GAMBLE CO | 64.080 | 9,232.52 | |
| 11/12 | 52 | | 63141 | AMGEN INC | 59.160 | 3,078.32 | |
| 11/12 | 100 | | 66965 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 4,364.00 | |
| 11/12 | 240 | | 67467 | BANK OF AMERICA | 21.590 | 5,190.60 | |
| 11/12 | 80 | | 71291 | QUALCOMM INC | 33.770 | 2,704.60 | |
| 11/12 | 260 | | 71793 | CITI GROUP INC | 12.510 | 3,262.60 | |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

RUTH MECHANECK

340 E 93RD STREET APT #22-M
NEW YORK          NY   10128

**PERIOD ENDING** 11/30/08    **PAGE** 2

**YOUR ACCOUNT NUMBER** 1-ZB506-3-0    **YOUR TAX PAYER IDENTIFICATION NUMBER** ******2484

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/12 | 60 | | 75617 | SCHLUMBERGER LTD | 49.480 | 2,970.80 | |
| 11/12 | 144 | | 76119 | COMCAST CORP CL A | 16.510 | 2,382.44 | |
| 11/12 | 284 | | 79943 | AT&T INC | 27 | 7,679.00 | |
| 11/12 | 72 | | 80445 | CONOCOPHILIPS | 52.510 | 3,782.72 | |
| 11/12 | 48 | | 84269 | UNITED PARCEL SVC INC CLASS B | 52.040 | 2,498.92 | |
| 11/12 | 292 | | 84771 | CISCO SYSTEMS INC | 16.730 | 4,896.16 | |
| 11/12 | 84 | | 88595 | U S BANCORP | 29.530 | 2,483.52 | |
| 11/12 | 100 | | 89097 | CHEVRON CORP | 73.430 | 7,347.00 | |
| 11/12 | 48 | | 92921 | UNITED TECHNOLOGIES CORP | 53.160 | 2,552.68 | |
| 11/12 | 508 | | 93423 | GENERAL ELECTRIC CO | 19.630 | 9,992.04 | |
| 11/12 | 136 | | 97247 | VERIZON COMMUNICATIONS | 30.410 | 4,140.76 | |
| 11/12 | 12 | | 97749 | GOOGLE | 337.400 | 4,048.80 | |
| 11/12 | | 175,000 | 24180 | U S TREASURY BILL DUE 2/12/2009          2/12/2009 | 99.936 | | 174,888.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 30.89 |
| 11/12 | | 24,377 | 19284 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 24,377.00 |
| 11/12 | 17,349 | | 28652 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,349.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.13 |

CONTINUED ON PAGE     3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

RUTH MECHANECK

340 E 93RD STREET APT #22-M
NEW YORK          NY    10128

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3 |

YOUR ACCOUNT NUMBER: 1-ZB506-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******2484

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 17,349 | 54193 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 17,349.00 |
| 11/19 | 25,000 | | 58615 | U S TREASURY BILL DUE 03/26/2009          3/26/2009 | 99.926 | 24,981.50 | |
| 11/19 | 4,353 | | 63229 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,353.00 | |
| | | | | NEW BALANCE | | 22,407.16 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 284 | | | AT&T INC | 28.560 | | |
| | 76 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 52 | | | AMGEN INC | 55.540 | | |
| | 44 | | | APPLE INC | 92.670 | | |
| | 240 | | | BANK OF AMERICA | 16.250 | | |
| | 100 | | | CHEVRON CORP | 79.010 | | |
| | 292 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 260 | | | CITI GROUP INC | 8.290 | | |
| | 96 | | | COCA COLA CO | 46.870 | | |
| | 144 | | | COMCAST CORP CL A | 17.340 | | |
| | 72 | | | CONOCOPHILIPS | 52.520 | | |
| | 252 | | | EXXON MOBIL CORP | 80.150 | | |
| | 508 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE     4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

RUTH MECHANECK

340 E 93RD STREET APT #22-M
NEW YORK          NY   10128

PERIOD ENDING: 11/30/08
PAGE: 4

YOUR ACCOUNT NUMBER: 1-ZB506-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******2484

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 12 | | | GOOGLE | 292.960 | | |
| | 120 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 276 | | | INTEL CORP | 13.800 | | |
| | 68 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 180 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 132 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 56 | | | MCDONALDS CORP | 58.750 | | |
| | 104 | | | MERCK & CO | 26.720 | | |
| | 380 | | | MICROSOFT CORP | 20.220 | | |
| | 192 | | | ORACLE CORPORATION | 16.090 | | |
| | 76 | | | PEPSICO INC | 56.700 | | |
| | 324 | | | PFIZER INC | 16.430 | | |
| | 100 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 144 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 80 | | | QUALCOMM INC | 33.570 | | |
| | 60 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 4,353 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 84 | | | U S BANCORP | 26.980 | | |
| | 48 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 25,000 | | | U S TREASURY BILL DUE 03/26/2009   3/26/2009 | 99.971 | | |
| | 48 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

RUTH MECHANECK

340 E 93RD STREET APT #22-M
NEW YORK        NY  10128

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 5 |

YOUR ACCOUNT NUMBER: 1-ZB506-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******2484

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 136 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 104 | | | WAL-MART STORES INC | 55.880 | | |
| | 168 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG            SHORT | | | |
| | | | | 205,578.91 | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
■ New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MADF

RUTH MECHANECK

340 E 93RD STREET APT #22-M
NEW YORK        NY  10128

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 6 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-Z8506-3-0 | *******2484 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 1,471.08 |
| | | | | GROSS PROCEEDS FROM SALES | | | 1,060,877.52 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

RUTH S. MECHANECK, PH.D.

340 EAST 93RD STREET SUITE 22 M-L

NEW YORK, N.Y. 10128

TEL. 212-876-6845

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

**CREDITED YOUR**
**TRANS FROM 1ZA41330**

5/26/04

131,186.47

CLIENT'S ACCOUNT NUMBER

1-ZB506-3

RUTH MECHANECK
340 E 93RD STREET APT #22-M
NEW YORK            NY 10128

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING

**DEBITED YOUR**
**TRANS TO 1ZB50630**

5/26/04

131,186.47

CLIENT'S ACCOUNT NUMBER

1-ZA413-3

THE MECHANECK REV LIV TRUST
DTD 5/11/94
DEBORAH & RUTH MECHANECK TTEES
340 E 93RD STREET APT 22-M
NEW YORK            NY 10128

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

1-ZB506-3

RUTH MECHANECK

340 E 93RD STREET APT #22-M
NEW YORK              NY 10128

STARTING EQUITY                    5/26/04                    131,186.47CR
CAPITAL ADDITIONS                                               1,687.87CR
CAPITAL WITHDRAWALS                                                31.50CR
REALIZED P/L FOR CURRENT YEAR                                       .84CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                          132,905.00      NET LONG
NET MARKET VALUE OF OPEN SECURITIES POSITIONS                 132,905.84CR
TOTAL EQUITY

ANNUALIZED RETURN FOR CURRENT YEAR       13.28 %