THOMAS E. BRETT, ESQ. (6018)
125-10 Queens Blvd. #311
Kew Gardens, NY 11415
718-263-0123; (fax- 718-263-0134)
e-mail: westburybretts@aol.com
*Attorney for Jennie Brett*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
SECURITIES INVESTOR PROTECTION              No. 08-AP-1789 (BRL)
CORPORATION,
                                            SIPA Liquidation
            Plaintiff,

        vs.                                 **SUPPLEMENTARY
                                            OBJECTION TO TRUSTEE'S
BERNARD L. MADOFF INVESTMENT                DETERMINATION OF CLAIM**
SECURITIES LLC,

            Defendant.
-------------------------------
In re:

BERNARD L. MADOFF,

            Debtor.
-------------------------------X

      I, Jennie Brett, hereby supplement my objection to the Notice of Trustee's Determination of Claim dated June 4, 2010, and state as follows:

GROUNDS FOR OBJECTION

      <u>The amounts of deposits are incomplete</u>.  It starts with an equity of $60,000.72 as of 3/31/81.  The first deposit thereafter is 2-1/2 years later at 10/21/83.

      I began investing with Mr. Madoff in the late 1960s.  It is difficult to search for records from 45 years ago.  He was than engaged in Arbitrage.

Mr. Picard listed my investments as starting 3/31/81 at $60,000.72 without showing previous investments. On *Exhibit B* set forth in my original objection I showed a $10,000 investment on 6/3/75 and a $30,000 investment on 2/24/78.

***NEW EVIDENCE: I have now found a $25,000 deposit on 2/12/81 evidenced by a check stub notation. Also I have found listings of short term capital gains for the years 1973, 1974, 1977 and 1978 which show amounts available for investments in the area of $10,000 in 1973, as much as $25,000 in 1974, as much as $40,000 in 1977 and as much as $75,000 in 1978. See Exhibit A annexed hereto. These listings also show withdrawals which Mr. Picard also failed to show.***

I believe there were several more investments for the 8-1/2 years from 1975 up to October 21, 1983 that have not been credited to me. I am continuing my search for that evidence.

The figures show a 2-year lapse in deposits from 9/19/95 up to the last posted withdrawal on 7/30/97. There were additional deposits in that period for which I have not received credit. I am continuing my search for that evidence.

RESERVATION OF RIGHTS

I reserve the right to revise, amend or supplement this Objection and my failure to object on any specific ground shall not be construed as a waiver of my right to object on any additional grounds.

Nothing contained herein shall be construed as a waiver of any rights that I now possess.

Dated: July 21, 2010

_____
JENNIE BRETT

THOMAS E. BRETT, ESQ. (6018)
125-10 Queens Blvd. #311
Kew Gardens, NY 11415
718-263-0123; (fax- 718-263-0134)
e-mail: westburybretts@aol.com
*Attorney for Jennie Brett*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,

  vs.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
--------------------------------

No. 08-AP-1789 (BRL)

SIPA Liquidation

**AFFIRMATION OF SERVICE**

State of New York)
County of Queens )ss.:

    Thomas E. Brett, Esq., an attorney licensed to practice law in New York, affirms the following to be true under penalty of perjury:

    On July 21, 2010 I served a true copy of the annexed Supplementary Objection to Trustee's Determination of Claim on behalf of Jennie Brett <u>with Exhibit A</u> by mailing the same in a prepaid sealed envelope in an official USPS depository to:

1. Clerk, U.S. Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004.

2. Irving H. Picard, Trustee, c/o Baker & Hostetler, LLP, Att: Claims Dept., 45 Rockefeller Plaza, New York, NY 10111.

                                    _____
                                      THOMAS E. BRETT