# WACHTEL & MASYR, LLP

ONE DAG HAMMARSKJOLD PLAZA
885 SECOND AVENUE
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 909-9500
FACSIMILE: (212) 371-0320

EUROPEAN OFFICE
VIA PIER CAPPONI, 19
FLORENCE, ITALY 50132
TELEPHONE: (39) (055) 5048366
FACSIMILE: (39) (055) 5031698

WRITER'S DIRECT DIAL:

(p) (212) 909-9530
(f) (212) 909-9462
dyeger@wmllp.com

July 22, 2010

**VIA ECF**

Mr. Vito Genna, Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:    Securities Investor Protection Corporation v.
             Bernard L. Madoff Investment Securities LLC
             **Adv. Pro. No. 08-01789 (BRL)**

Dear Mr. Genna:

      I hereby request that you remove my email address 'dyeger@wmllp.com' from further electronic notification for the above-referenced matter. My appearance was previously entered on behalf of Rosenman Family LLC. Please do not hesitate to contact me should you require anything further to effectuate this request.

                                            Very truly yours,

                                            /s    *David Yeger*

                                            David Yeger