

# MASSACHUSETTS SCHOOL OF LAW
## at Andover

www.mslaw.edu

Five Hundred Federal Street, Andover, Massachusetts 01810   Voice: 978.681.0800   Data: 978.681.6330

July 23, 2010

**Via Email and Federal Express**

Clerk's Office
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:   In Re: Bernard L. Madoff Investment Securities LLC
      No. 08-01789 (BRL)

Dear Clerk of Court:

I was a losing party in the Bankruptcy Court to the net equity proceeding in the above-referenced case. (I am listed as *pro se* party number 20 in the appendix of parties and counsel to Judge Lifland's opinion on net equity.)

Judge Lifland's judgment has been accepted for direct appeal by the Second Circuit, and I wish to file a brief on appeal in the Circuit Court. Because of confusion which somehow arose, my name was not given to the Second Circuit as one of the parties in the Bankruptcy Court. I have been instructed that this error can be remedied, and I will be able to file a brief on appeal, if I file -- or, in my case, *re*file -- a Notice of Appeal in the Bankruptcy Court and send the Bankruptcy Court a check for $455.

Attached to this letter, therefore, is another Notice of Appeal, with a check to the Court being included with the Federal Express copy of this cover letter. There are an unstapled original of these papers for filing with the Clerk, one copy for Judge Lifland in an unsealed envelope, and one copy for the Trustee, Irving Picard. An electronic copy has been filed with the Court on July 23, 2010.

I would be grateful for your prompt attention to this matter.

Sincerely,

Lawrence R. Velvel
Massachusetts School of Law

1

500 Federal Street
Andover, MA 01810
Tel: (978) 681-0800
Fax: (978) 681-6330
Email: velvel@mslaw.edu

/Enclosures

cc:   Jennifer Thompson
      Case Manager (Second Circuit)

R:\My Files\Madoff\Clerkltr.bkrptcyCt.NoticeAppeal.doc

Lawrence R. Velvel, Esq.
Massachusetts School of Law
500 Federal Street
Andover, MA 01810
Tel: (978) 681-0800
Fax: (978) 681-6330
Email: velvel@mslaw.edu

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, ) ) ) | |
| Plaintiff, ) | Adv. Pro. No. 08-01789 (BRL) |
| ) | |
| v. ) | SIPA Liquidation |
| ) | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, ) ) | (Substantively Consolidated) |
| ) | |
| Defendant. ) | |
| ) | |
| In re: ) | |
| ) | |
| BERNARD L. MADOFF, ) | |
| ) | |
| Debtor. ) | |

## NOTICE OF APPEAL

Appellant, Lawrence R. Velvel, hereby files this Notice of Appeal to the United States Court of Appeals for the Second Circuit, from the March 1, 2010 decision of the Bankruptcy Court (the "Net Equity Decision," per Judge Burton Lifland) and the attached March 8, 2010 order implementing the decision (the "Net Equity Order"). Judge Lifland

1

certified the Net Equity Order for a direct appeal to the United States Court of Appeals for the Second Circuit and the Second Circuit has granted a direct appeal.

The relevant questions on appeal include:

1. Whether the judgment of the Bankruptcy Court must be reversed because it contradicts the continuously stated Congressional intent.

2. Whether the judgment of the Bankruptcy Court must be reversed because it was a summary judgment on which no discovery was permitted to test the accuracy of factual claims made by the Trustee and SIPC or for other relevant purposes.

Respectfully submitted,

_____
Lawrence R. Velvel, Esq.
Massachusetts School of Law
500 Federal Street
Andover, MA 01810
Tel: (978) 681-0800
Fax: (978) 681-6330
Email: Velvel@mslaw.edu

Dated: July 23, 2010

R:\My Files\Madoff\NoticeofAppeal.Bnkrptcyct.doc

2

# CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing Notice of Appeal to be served on counsel listed below by first class mail, postage prepaid, on this 23rd day of July 2010.

_____
Lawrence R. Velvel

| | |
|---|---|
| Josephine Wang, Esq.<br>Securities Investor Protection Corp.<br>805 15th Street, N.W., Suite 800<br>Washington, DC 20005-2207 | Jonathan M. Landers, Esq.<br>Milberg LLP<br>One Pennsylvania Plaza<br>New York, NY 10119 |
| Stephen P. Harbeck<br>President<br>Securities Investor Protection Corp.<br>805 15th Street, N.W., Suite 800<br>Washington, DC 20005-2207 | Brian Neville, Esq.<br>Lax & Neville LLP<br>1412 Broadway, Suite 1407<br>New York, NY 10018 |
| Christopher LaRosa, Esq.<br>Securities Investor Protection Corp.<br>805 15th Street, N.W., Suite 800<br>Washington, DC 20005-2207 | Helen Chaitman, Esq.<br>Becker & Poliakoff<br>45 Broadway, 11th Floor<br>New York, NY 10006 |
| David J. Sheehan, Esq.<br>Baker & Hostetler, LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 | David Parker, Esq.<br>Kleinberg, Kaplan, Wolff & Cohen<br>551 Fifth Avenue, 18th Floor<br>New York, NY 10176 |
| Irving Picard, Esq.<br>Baker & Hostetler, LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 | Carole Neville, Esq.<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| Marc E. Hirschfield, Esq.<br>Baker & Hostetler, LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 | Stephen A. Weiss, Esq.<br>Seeger Weiss LLP<br>One William Street<br>New York, NY 10004 |
| Stephen Fishbein, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069 | Karen Wagner, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 |

3

| | |
|---|---|
| David Bernfeld, Esq.<br>Bernfeld, DeMatteo & Bernfeld LLP<br>600 Third Avenue<br>New York, NY 10016 | Chryssa V. Valletta, Esq.<br>Phillips Nizer LLP<br>666 Fifth Avenue<br>New York, NY 10103 |
| Kelly A. Librera, Esq.<br>Dewey & LeBoeuf, LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | Jeffrey A. Mitchell, Esq.<br>Gibbons, P.C.<br>One Pennsylvania Avenue<br>New York, NY 10019 |
| Daniel M. Glosband, Esq.<br>Goodwin Procter, LLP<br>620 Eighth Avenue<br>New York, NY 10018 | |

4