UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, ) ) ) | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, ) ) ) | SIPA LIQUIDATION |
| v. ) ) | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, ) ) ) | |
| Defendant. ) ) | |

ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Letitia A. McDonald, a member in good standing of the bar of the State of Georgia, having requested admission, *pro hac vice,* to represent Bank of America, N.A., a party-in-interest in the above-captioned proceeding.

IT IS THEREFORE ORDERED:

that Letitia A. McDonald, Esq., is admitted to practice, *pro hac vice*, in the above-captioned proceeding, in the United States Bankruptcy Court, Southern District of New York.

Dated: July 26, 2010
         New York, New York


                                        /s/ Burton R. Lifland
                                        UNITED STATES BANKRUPTCY JUDGE