Exhibit A

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

COPY

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: __212 - 808 - 7205__

HOME: __914 - 723 - 6151__

Taxpayer I.D. Number (Social Security No.)

Account Number: 1CM093
JANET JAFFIN REVOCABLE TRUST
230 PARK AVENUE 10TH FL #16
NEW YORK, NY 10169

1 -CM093 -3 -0
1 -CM093 -3 -0

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

**************************************************************************

1.      Claim for money balances as of December 11, 2008 :
        a.    The Broker owes me a Credit (Cr.) Balance of        $  NONE
        b.    I owe the Broker a Debit (Dr.) Balance of            $  NONE

502180406                              1

c.  If you wish to repay the Debit Balance,
    please insert the amount you wish to repay and
    attach a check payable to "Irving H. Picard, Esq.,
    Trustee for Bernard L. Madoff Investment Securities LLC."
    If you wish to make a payment, **it must be enclosed**
    with this claim form.                           $  *N/A*

d.  If balance is zero, insert "None."                *NONE*

2.  Claim for securities as of **December 11, 2008:**

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | YES | NO |
|---|---|---|
| a.  The Broker owes me securities | ✓ | |
| b.  I owe the Broker securities | ✓ | |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | *Per Attached Schedule* | *$6,385,639* | |
| | *Per Attached Schedule* | | *(307,560)* |
| | | | |
| | | | |
| | | | |

*Number of Shares or Face Amount of Bonds*

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation.  You should also provide all documentation or**

502180406                        2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

502180406                                          3

9. Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970? if
so, give name of that broker.            _____   _____

Please list the full name and address of anyone assisting you in the
preparation of this claim form:_____

_____

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _____    Signature_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                    4

Trustee at the Receipt Address on or before July 2, 2009.

> **IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE,**
> **PLEASE CONTACT THE TRUSTEE'S SPECIFICALLY**
> **ESTABLISHED HOTLINE AT 888-727-8695.**
>
> **THE TRUSTEE HAS REPRESENTATIVES READY FROM 8:00 A.M. (CENTRAL**
> **TIME) UNTIL MIDNIGHT (CENTRAL TIME)**
> **ON THE HOTLINE TO ANSWER YOUR QUESTIONS.**
>
> **DO NOT CONTACT THE TRUSTEE DIRECTLY.**

Dated: June 19, 2009
   New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the
Business of Bernard L. Madoff Investment
Securities LLC

3

The bankruptcy court has set March 4, 2009 as the final day for filing customer claims. If your claim is received by the Trustee after March 4, 2009 but on or before July 2, 2009, your claim is subject to delayed processing and to being satisfied on terms less favorable to you.

**The law governing this proceeding absolutely bars the allowance of any claim, including a customer claim, not actually received by the trustee on or before July 2, 2009. Neither the Trustee nor SIPC has authority to grant extensions of time for filing of claims, regardless of the reason. If your claim is received even one day late, it will be disallowed.**

Please file well in advance so that there will be time to re-file if, for instance, your claim is lost in the mail.

**Where To File**

The completed and signed claim form, together with supporting documents should be mailed **promptly** in the enclosed envelope to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

\*\*\*   **PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL -**   \*\*\*
**RETURN RECEIPT REQUESTED**

Your claim is not filed until received by the Trustee. If the Trustee does not receive your claim, although timely mailed, you could lose all your rights against the Broker. Your return receipt will be the only document you will receive that shows your claim has been received by the Trustee.

**THIS INSTRUCTION SHEET IS FOR YOUR FILE - DO NOT RETURN**

**YOU SHOULD RETAIN A COPY OF THE COMPLETED CLAIM FORM FOR YOUR RECORDS.**

502180408

3

| DATE OF TRANSACTION (trade date) | NAME OF SECURTIY | THE BROKER OWES ME (LONG) | I OWE THE BROKER (SHORT) | MARKET VALUE 12/11/08 | TOTAL VALUE 12/11/08 |
|---|---|---|---|---|---|
| CUSTOMER CLAIM: | JANET JAFFIN REVOCABLE TRUST | | | | |
| ACCOUNT #: | 1-CM093-3-0 | | | | |
| | | | | | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC | | | | | |
| DECEMBER 11, 2008 | | | | | |
| QUESTION #2 : CLAIM FOR SECURITIES AS OF DECEMBER 11, 2008: | | | | | |
| | | NUMBER OF SHARES OR FACE AMOUNT OF BONDS | | | |
| 11/12/08 | AT & T INC. | 9,372.00 | | 23.88 | 223,803.36 |
| | ABBOTT LABORATORIES | 2,508.00 | | 51.43 | 128,986.44 |
| | AMGEN, INC. | 1,716.00 | | 57.87 | 99,304.92 |
| | APPLE, INC. | 1,452.00 | | 98.04 | 142,354.08 |
| | BANK OF AMERICA | 7,920.00 | | 15.60 | 123,552.00 |
| | CHEVRON CORP. | 3,300.00 | | 80.31 | 265,023.00 |
| | CISCO SYSTEMS INC. | 9,636.00 | | 17.24 | 166,124.64 |
| | CITI GROUP INC. | 8,580.00 | | 9.89 | 84,856.20 |
| | COCA COLA CO. | 3,168.00 | | 43.03 | 136,319.04 |
| | COMCAST CORP. CL A | 4,752.00 | | 19.77 | 93,947.04 |
| | CONOCOPHILIPS | 2,376.00 | | 53.67 | 127,519.92 |
| | EXXON MOBIL CORP. | 8,316.00 | | 80.67 | 670,851.72 |
| | GENERAL ELECTRIC | 16,764.00 | | 17.30 | 290,017.20 |
| | GOOGLE | 396.00 | | 305.34 | 120,914.64 |
| | HEWLETT PACKARD CO. | 3,960.00 | | 35.25 | 139,590.00 |
| | INTEL CO. | 9,108.00 | | 14.29 | 130,153.32 |
| | IBM | 2,244.00 | | 81.32 | 182,482.08 |
| | J.P. MORGAN CHASE | 5,940.00 | | 31.25 | 185,625.00 |
| | JOHNSON & JOHNSON | 4,356.00 | | 57.95 | 252,430.20 |
| | MCDONALDS CORP. | 1,848.00 | | 61.54 | 113,725.92 |
| | MERCK & CO. | 3,432.00 | | 26.99 | 92,629.68 |
| | MICROSOFT CORP. | 12,540.00 | | 19.72 | 247,288.80 |
| | ORACLE CORPORATION | 6,336.00 | | 16.85 | 106,761.60 |
| | PEPSICO INC. | 2,508.00 | | 53.22 | 133,475.76 |
| | PFIZER INC. | 10,692.00 | | 16.59 | 177,380.28 |
| | PHILLIP MORRIS INTERNATIONAL | 3,300.00 | | 42.13 | 139,029.00 |
| | PROCTER & GAMBLE CO. | 4,752.00 | | 58.68 | 278,847.36 |
| | QUALCOM INC. | 2,640.00 | | 33.44 | 88,281.60 |
| | SCHLUMBERGER LTD. | 1,980.00 | | 43.25 | 85,635.00 |
| | FIDELITY SPARTAN US TREAS MONEY MKT | 57.00 | | 1.00 | 57.00 |
| | US BANCORP | 2,772.00 | | 25.57 | 70,880.04 |
| | UNITED PARCEL SERVICE INC. CL B | 1,584.00 | | 52.57 | 83,270.88 |
| | US TREASURY BILL DUE 03/26/09 | 425,000.00 | | 99.971 | 424,876.75 |
| | UNITED TECHNOLOGIES CORP. | 1,584.00 | | 47.65 | 75,477.60 |
| | VERIZON COMMUNICATIONS | 4,488.00 | | 32.82 | 147,296.16 |
| | WAL-MART STORES INC. | 3,432.00 | | 55.02 | 188,828.64 |
| | WELLS FARGO & CO NEW | 5,544.00 | | 27.10 | 150,242.40 |
| | | | | | |
| | ACCT # 1-CM093-4-0 | | | | |
| | S & P 100 Index December 420 Put | | 307,560.00 | | (307,560.00) |
| | | | | | |
| | S & P 100 Index December 430 Call | 217,800.00 | | | 217,800.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | MARKET VALUE 12/11/08 | 6,075,079.27 |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT JANET JAFFIN REVOCABLE TRUST
GEORGE M JAFFIN

230 PARK AVE SUITE 510
NEW YORK                NY    10169

PERIOD ENDING 11/30/08

YOUR ACCOUNT NUMBER 1-CM093-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER ******9233

PAGE 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | ITEM | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 402,713.84 |
| 11/12 | 3,432 | | 2239 | WAL-MART STORES INC | 55.830 | 191,745.56 | |
| 11/12 | 2,244 | | 2741 | INTERNATIONAL BUSINESS MACHS | 87.270 | 195,922.88 | |
| 11/12 | 8,316 | | 6565 | EXXON MOBIL CORP | 72.880 | 606,402.08 | |
| 11/12 | 9,108 | | 8067 | INTEL CORP | 14.510 | 132,521.08 | |
| 11/12 | 4,356 | | 11393 | JOHNSON & JOHNSON | 59.580 | 259,704.48 | |
| 11/12 | 5,940 | | 15719 | J P MORGAN CHASE & CO | 38.530 | 229,105.20 | |
| 11/12 | 3,168 | | 20044 | COCA COLA CO | 44.660 | 141,608.88 | |
| 11/12 | 1,848 | | 24370 | MCDONALDS CORP | 55.370 | 102,396.76 | |
| 11/12 | 3,432 | | 28696 | MERCK & CO INC | 28.550 | 98,120.60 | |
| 11/12 | 12,540 | | 33022 | MICROSOFT CORP | 21.810 | 273,998.40 | |
| 11/12 | 6,336 | | 37348 | ORACLE CORPORATION | 17.300 | 109,865.80 | |
| 11/12 | 2,508 | | 50326 | PEPSICO INC | 56.410 | 141,576.28 | |
| 11/12 | 1,452 | | 45652 | APPLE INC | 100.180 | 145,530.56 | |
| 11/12 | 10,692 | | 54652 | PFIZER INC | 16.980 | 181,554.44 | |
| 11/12 | 2,508 | | 55154 | ABBOTT LABORATORIES | 54.610 | 137,061.88 | |
| 11/12 | 4,752 | | 58978 | PROCTER & GAMBLE CO | 64.080 | 304,698.16 | |
| 11/12 | 1,716 | | 59480 | ALTRIA GROUP INC | 59.160 | 144,012.00 | |
| 11/12 | 7,920 | | 63006 | PHILIP MORRIS INTERNATIONAL | 21.590 | 171,308.80 | |
| 11/12 | 7,300 | | 63306 | BANK OF AMERICA | 33.770 | 89,257.80 | |
| 11/12 | 2,640 | | 61630 | QUALCOMM INC | 12.510 | 107,678.80 | |
| 11/12 | 8,580 | | 68132 | CITIGROUP INC | 10.480 | 98,049.40 | |
| 11/12 | 4,980 | | 71956 | SCHLUMBERGER LTD | 16.510 | 78,645.52 | |
| 11/12 | 4,752 | | 72458 | COMCAST CORP | | | |
| | | | | CL-A | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 1493 6222

**DUPLICATE***  FOR ACCOUNT   JANET JAFFIN REVOCABLE TRUST
GEORGE M JAFFIN
230 PARK AVE SUITE 510
NEW YORK   NY   10169

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-CM093-3-0 | 11/30/08 | 2 |

YOUR TAX PAYER IDENTIFICATION NUMBER: ********9233

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TRANS NO. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 9,372 | | 76282 | AT&T INC | 27 | 253,418.00 | |
| 11/12 | 2,376 | | 76784 | CONOCOPHILLIPS | 52.510 | 124,858.76 | |
| 11/12 | 1,584 | | 80609 | UNITED PARCEL SVC INC CLASS B | 52.040 | 82,494.36 | |
| 11/12 | 9,636 | | 81110 | CISCO SYSTEMS INC | 16.730 | 161,595.28 | |
| 11/12 | 2,772 | | 84934 | U S BANCORP | 29.530 | 81,967.15 | |
| 11/12 | 3,300 | | 85536 | CHEVRON CORP | 73.430 | 242,451.00 | |
| 11/12 | 1,584 | | 89260 | UNITED TECHNOLOGIES CORP | 53.160 | 84,268.44 | |
| 11/12 | 16,764 | | 89762 | GENERAL ELECTRIC CO | 19.630 | 329,747.32 | |
| 11/12 | 4,488 | | 93586 | VERIZON COMMUNICATIONS | 30.410 | 136,659.08 | |
| 11/12 | 396 | | 94088 | GOOGLE | 337.400 | 133,625.40 | |
| 11/12 | 5,544 | | 97912 | WELLS FARGO & CO NEW | 29.800 | 165,432.20 | |
| 11/12 | 3,960 | | 98614 | HEWLETT PACKARD CO | 34.900 | 138,362.00 | |
| 11/12 | | 50,000 | 19745 | U S TREASURY BILL DUE 12/18/2008 | 99.942 | | 49,971.00 |
| 11/12 | | 5,950,000 | 20525 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 5,946,192.00 |
| 11/12 | | | 15623 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 31.61 |
| 11/12 | | 37,823 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 37,823.00 |
| 11/12 | 29,267 | | 24992 | U S TREASURY SPARTAN MONEY MARKET | 1 | 29,257.00 | |

CONTINUED ON PAGE 3



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT JANET JAFFIN REVOCABLE TRUST
GEORGE H JAFFIN
230 PARK AVE SUITE 510
NEW YORK          NY    10169

YOUR ACCOUNT NUMBER: 1-CM093-3-1-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******9233
PAGE: 3

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | | | FIDELITY SPARTAN | DIV | | 3.59 |
| 11/19 | | | | U S TREASURY MONEY MARKET | | | |
| 11/19 | | | | DIV 11/19/08 | 1 | | |
| 11/19 | | | | FIDELITY SPARTAN | | | |
| 11/19 | 425,000 | | 50244 | U S TREASURY MONEY MARKET | 1 | | 29,267.00 |
| 11/19 | | 29,267 | 50244 | U S TREASURY BILL | 99.926 | | |
| 11/19 | | | | DUE 03/26/2009 | | | |
| 11/19 | | | | 3/26/2009 | | 424,685.50 | |
| 11/19 | | 54885 | | FIDELITY SPARTAN | | | |
| 11/19 | 57 | 59285 | | U S TREASURY MONEY MARKET | 1 | | 57.00 |
| 11/19 | | | | FIDELITY SPARTAN | | | |
| 11/19 | | | | U S TREASURY MONEY MARKET | | 771,521.10 | |
| 11/19 | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 9,372 | | | AT&T INC | 28.560 | | |
| | 2,508 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 1,716 | | | AMGEN INC | 55.540 | | |
| | 1,452 | | | APPLE INC | 92.670 | | |
| | 7,920 | | | BANK OF AMERICA | 16.250 | | |
| | 1,300 | | | CHEVRON CORP | 79.010 | | |
| | 9,636 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 8,580 | | | CITI GROUP INC | 8.290 | | |
| | 3,168 | | | COCA COLA CO | 46.870 | | |
| | 4,752 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | | | | CONTINUED ON PAGE 4 | | | |

CONTINUED ON PAGE 4



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT   JANET JAFFIN REVOCABLE TRUST
GEORGE M JAFFIN
230 PARK AVE SUITE 510
NEW YORK        NY  10169

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

YOUR ACCOUNT NUMBER: 1-CM093-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******9233
PAGE: 4

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TXN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 2,376 | | | CONOCOPHILLIPS | 52.520 | | |
| | 8,316 | | | EXXON MOBIL CORP | 80.150 | | |
| | 16,164 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 396 | | | GOOGLE INC | 292.960 | | |
| | 3,960 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 9,108 | | | INTEL CORP | 13.800 | | |
| | 2,244 | | | INTERNATIONAL BUSINESS MACHS | 81.500 | | |
| | 5,940 | | | J P MORGAN CHASE & CO | 31.660 | | |
| | 4,356 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 1,848 | | | MCDONALDS CORP | 58.750 | | |
| | 3,432 | | | MERCK & CO INC | 26.720 | | |
| | 12,540 | | | MICROSOFT CORP | 20.220 | | |
| | 6,336 | | | ORACLE CORPORATION | 16.090 | | |
| | 2,508 | | | PEPSICO INC | 56.700 | | |
| | 10,692 | | | PFIZER INC | 16.430 | | |
| | 3,300 | | | PHILIP MORRIS INTERNATIONAL | 42.160 | | |
| | 4,752 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 1,980 | | | QUALCOMM INC | 33.570 | | |
| | 57 | | | SCHLUMBERGER LTD | 50.740 | | |
| | | | | FIDELITY SPARTAN | | | |
| | 2,772 | | | U S BANCORP | 26.980 | | |
| | 1,584 | | | UNITED PARCEL SVC INC | 51.600 | | |
| | | | | CLASS B | | | |
| | | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 425,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009   3/26/2009 | | | |

CONTINUED ON PAGE 5

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**   FOR ACCOUNT   JANET JAFFIN REVOCABLE TRUST
GEORGE M JAFFIN
230 PARK AVE SUITE 510
NEW YORK     NY    10169

YOUR ACCOUNT NUMBER: 1-CM093-3-0
PERIOD ENDING: 11/30/08
PAGE: 5
YOUR TAX PAYER IDENTIFICATION NUMBER: *******9233

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,584 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 4,488 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 3,432 | | | WAL-MART STORES INC | 55.880 | | |
| | 5,544 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES LONG | | | |
| | | | | 6,240,628.03 SHORT | | | |



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC.
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT JANET JAFFIN REVOCABLE TRUST
GEORGE M JAFFIN
230 PARK AVE SUITE 510
NEW YORK        NY    10169

YOUR ACCOUNT NUMBER: 1-CM093-3-0
PERIOD ENDING: 11/30/08
PAGE: 6
YOUR TAX PAYER IDENTIFICATION NUMBER: *******9233

YEAR-TO-DATE SUMMARY
DIVIDENDS
GROSS PROCEEDS FROM SALES

AMOUNT DEBITED TO YOUR ACCOUNT / AMOUNT CREDITED TO YOUR ACCOUNT
50,800.41
41,172,598.13

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**\*\*DUPLICATE\*\*\* FOR ACCOUNT JANET JAFFIN JAFFIN REVOCABLE TRUST**
GEORGE M JAFFIN
230 PARK AVE SUITE 510
NEW YORK                    NY    10169

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-CM093-4-0 | 11/30/08 | \*\*\*\*\*\*\*\*9233 | 1 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | | | | BALANCE FORWARD | | | 402,714.00 |
| 11/12 | | | 41674 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 208,428.00 |
| 11/12 | 132 | | 46000 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 235,092.00 | |
| 11/19 | | 132 | 32105 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 343,068.00 |
| 11/19 | | 132 | 36430 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 396,132.00 | |
| 11/19 | 132 | | 40755 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | | 39,732.00 |
| 11/19 | | 132 | 45080 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 488,268.00 |
| | | | | NEW BALANCE | | | 771,522.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 132 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | 217,800.00 | |
| | | | | SHORT | | 307,560.00- | |



UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

Adversary Proceeding

No. 08-01789-BRL

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING

    NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A.
Stanton of the United States District Court for the Southern District of New York, entered an Order
granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a
Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC
(the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of
1970, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA").  Irving H. Picard, Esq. ("Trustee") was appointed
Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed
as counsel to the Trustee.  Customers of the Debtor who wish to avail themselves of the protection
afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days
after the date of this Notice.  Customers may file their claims up to six months after the date of this
Notice; however, the filing of claims after the sixty (60) day period but within the six month period
may result in less protection for the customer.  Such claims should be filed with the Trustee at Irving

502180404

## MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

## HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

TO ALL CUSTOMERS OF **BERNARD L. MADOFF INVESTMENT SECURITIES LLC:**

Enclosed are the following documents concerning the liquidation of the business of Bernard L. Madoff Investment Securities LLC (the "Debtor"):

1. A Notice;
2. A Customer Claim Form with Instructions; and
3. A brochure entitled "How SIPC Protects You."

You are urged to read the enclosed documents carefully. They explain the steps you must take to protect any rights and claims you may have in this liquidation proceeding.

The Customer Claim form should be filled out by you and mailed to Irving H. Picard, Esq., Trustee for the Liquidation of the Business of Bernard L. Madoff Investment Securities LLC at: Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. A return envelope for the completed Customer Claim form is enclosed. Please make a copy of the completed Customer Claim form for your own records.

**Your Customer Claim form will not be deemed to be filed until received by the Trustee. It is strongly recommended your claim be mailed certified mail, return receipt requested. Your return receipt will be the only document you will receive that shows your claim has been received by the Trustee.**

If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received. It is also important that you provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of any cash amounts and any securities given to the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

While your claim is being processed, you may be requested to file additional information or documents with the Trustee to support the validity of your claim.

It is your responsibility to report accurately all securities positions and money balances in connection with your account with the Debtor. A false claim or the retention of property to which

502180405

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

DECEMBER 11, 2008


## READ CAREFULLY


### INSTRUCTIONS FOR COMPLETING CUSTOMER CLAIM FORM

These instructions are to help you complete the customer claim form enclosed. If Bernard L. Madoff Investment Securities LLC ("Broker") owes you cash or securities and you wish to claim them, the trustee must receive your claim on or before the date specified on the claim form. An improperly completed claim form will not be processed but will be returned to you and, consequently, will cause a delay in the satisfaction of your claim.

**Item 1** is to be completed if on the date shown, the Broker owed you cash or if you owed the Broker cash.

If the Broker owes money to you, please indicate the amount in the space provided [Item 1a]. If you owe the Broker money, please so indicate in the space provided [Item 1b]. If the Broker owes you securities and you wish to receive those securities without deduction, then you must enclose your check for the amount shown in Item 1c payable to "Irving H. Picard, Esq., Trustee for the Broker." **Payments not enclosed with this claim form will not be accepted by the trustee for purposes of determining what securities are to be distributed to you.**

**Item 2** deals with securities (including any options) held for you. If the Broker is holding securities for you or has failed to deliver securities to you, please indicate by checking the appropriate box under Item 2 and set forth in detail the information required with respect to the date of the transaction, the name of the security and the number of shares or face value of bonds. With respect to options, set forth number and type of options, the exercise price and expiration date, *e.g.*, 3 options [call] or [put] Xerox at 70 2x October 81. PLEASE DO NOT CLAIM ANY SECURITIES YOU ALREADY HAVE IN YOUR POSSESSION.

It would expedite satisfaction of your claim if you enclose copies of:

1.    Your last account statement;

502180408

JANET JAFFIN
BERNARD MADOFF - INVESTMENT HISTORY

INCEPTION - FEBRUARY 5, 1987

| DATE | | | INITIAL INVESTMENTS | WITHDRAWALS | JANET JAFFIN |
|---|---|---|---|---|---|
| 02/05/87 | INTIAL INVESTMENT | # 6 | 25,000.00 | | 25,000.00 |
| | NET EARNINGS - 1987 | | | | 4,662.75 |
| 12/31/87 | YEAR END VALUE | | | | 29,662.75 |
| 06/20/88 | INVESTMENT | # 61 | 100,000.00 | | 100,000.00 |
| | NET EARNINGS - 1988 | | | | 12,021.81 |
| 12/31/88 | YEAR END VALUE | | | | 141,684.56 |
| 09/29/89 | INVESTMENT | # 61 | 100,000.00 | | 100,000.00 |
| | NET EARNINGS - 1989 | | | | 29,941.40 |
| 12/31/89 | YEAR END VALUE | | | | 271,625.96 |
| 07/02/90 | INVESTMENT | # 61 | 100,000.00 | | 100,000.00 |
| 10/01/09 | INVESTMENT | # 61 | 100,000.00 | | 100,000.00 |
| | NET EARNINGS - 1990 | | | | 94,788.12 |
| 12/31/90 | YEAR END VALUE | | | | 566,414.08 |
| 01/02/91 | INVESTMENT | # 6 | 12,500.00 | | 12,500.00 |
| 07/01/91 | INVESTMENT | # 6 | 12,500.00 | | 12,500.00 |
| | NET EARNINGS - 1991 | | | | 105,775.84 |
| 12/31/91 | YEAR END VALUE | | | | 697,189.92 |
| 04/09/92 | INVESTMENT | | 100,000.00 | | 100,000.00 |
| | NET EARNINGS - 1992 | | | | 19,788.67 |
| 12/31/92 | YEAR END VALUE | | | | 816,978.59 |
| 01/04/93 | INVESTMENT | | 100,000.00 | | 100,000.00 |
| 06/01/93 | INVESTMENT | | 50,000.00 | | 50,000.00 |
| 12/31/93 | INVESTMENT | | 100,000.00 | | 100,000.00 |
| | NET EARNINGS - 1993 | | | | 833,174.98 |
| 12/31/93 | YEAR END VALUE | | | | 1,900,153.57 |
| 12/29/94 | INVESTMENT | | 100,000.00 | | 100,000.00 |
| | NET EARNINGS - 1994 | | | | 301,519.43 |
| 12/31/94 | YEAR END VALUE | | | | 2,301,673.00 |
| 12/28/95 | INVESTMENT | | 250,000.00 | | 250,000.00 |
| | NET EARNINGS - 1995 | | | | 416,543.00 |
| 12/31/96 | YEAR END VALUE | | | | 2,968,216.00 |
| 12/23/96 | INVESTMENT | | 500,000.00 | | 500,000.00 |
| | NET EARNINGS - 1996 | | | | 576,949.07 |
| 12/31/96 | YEAR END VALUE | | | | 4,045,165.07 |
| 08/26/97 | INVESTMENT | | 100,000.00 | | 100,000.00 |
| | NET EARNINGS - 1997 | | | | 849,092.06 |
| 12/31/97 | YEAR END VALUE | | | | 4,994,257.13 |
| | NET EARNINGS - 1998 | | | | 899,033.46 |
| 12/31/98 | YEAR END VALUE | | | | 5,893,290.59 |
| | NET EARNINGS - 1999 | | | | 1,358,332.14 |

**JANET JAFFIN**

**BERNARD MADOFF - INVESTMENT HISTORY**

**INCEPTION - FEBRUARY 5, 1987**

| DATE | | INITIAL INVESTMENTS | WITHDRAWALS | JANET JAFFIN |
|---|---|---|---|---|
| 12/31/99 | YEAR END VALUE | | | 7,251,622.73 |
| | NET EARNINGS - 2000 | | | 1,023,432.30 |
| 12/31/00 | YEAR END VALUE | | | 8,275,055.03 |
| 04/01/01 | WITHDRAWAL | | (3,000,000.00) | (3,000,000.00) |
| 01/01/01 | TRANSFER - FROM GMJ | 2,078,068.75 | | 2,078,068.75 |
| | NET EARNINGS - 2001 | | | 1,246,924.57 |
| 12/31/01 | YEAR END VALUE | | | 8,600,048.35 |
| 04/01/02 | WITHDRAWAL | | (3,000,000.00) | (3,000,000.00) |
| | NET EARNINGS - 2002 | | | 889,302.21 |
| 12/31/02 | YEAR END VALUE | | | 6,489,350.56 |
| 05/01/03 | WITHDRAWAL | | (150,000.00) | (150,000.00) |
| 05/01/03 | WITHDRAWAL | | (70,000.00) | (70,000.00) |
| 05/01/03 | WITHDRAWAL | | (1,500,000.00) | (1,500,000.00) |
| 05/01/03 | WITHDRAWAL | | (700,000.00) | (700,000.00) |
| 08/21/03 | INVESTMENT | 1,500,000.00 | | 1,500,000.00 |
| | NET EARNINGS - 2003 | | | 742,093.72 |
| 12/31/03 | YEAR END VALUE | | | 6,311,444.28 |
| 05/17/04 | WITHDRAWAL | | (500,000.00) | (500,000.00) |
| | NET EARNINGS - 2004 | | | 845,025.17 |
| 12/31/04 | YEAR END VALUE | | | 6,656,469.45 |
| 05/03/05 | WITHDRAWAL | | (10,000.00) | (10,000.00) |
| | NET EARNINGS - 2005 | | | 668,347.83 |
| 12/31/05 | YEAR END VALUE | | | 7,314,817.28 |
| | NET EARNINGS - 2006 | | | 995,834.42 |
| 12/31/06 | YEAR END VALUE | | | 8,310,651.70 |
| 05/03/07 | WITHDRAWAL | | (1,500,000.00) | (1,500,000.00) |
| | NET EARNINGS - 2007 | | | 864,459.18 |
| 12/31/07 | YEAR END VALUE | | | 7,675,110.88 |
| 05/06/08 | WITHDRAWAL | | (2,250,000.00) | (2,250,000.00) |
| | NET EARNINGS - THRU 11/30/08 | | | 652,968.39 |
| 11/30/08 | BALANCE LAST STMT | | | 6,078,079.27 |
| | TOTALS | 5,328,068.75 | (12,680,000.00) | |
| ACCOUNT SUMMARY 02/05/87 - 11/30/08 | | | | |
| | BALANCE 02/05/87 | 0.00 | | |
| | ADD: | | | |
| | CONTRIBUTIONS | 5,328,068.75 | | |
| | EARNINGS | 13,430,010.52 | | |
| | LESS: | | | |
| | WITHDRAWALS | (12,680,000.00) | | |
| | BALANCE 11/30/08 | 6,078,079.27 | | |