UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION         Adv. Pro. No. 08-01789 (BRL)
CORPORATION,

                                                        SIPA Liquidation
                    Plaintiff-Applicant,      (Substantively Consolidated)

       v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                    Defendant.
---------------------------------------------------------------X

IN RE:
BERNARD L. MADOFF,

                    Debtor.
---------------------------------------------------------------X

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF NASSAU    )

      **SHERRY L. MIONIS**, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and is employed by JASPAN SCHLESINGER LLP.

      On July 27, 2010, deponent served the **JANET JAFFIN REVOCABLE TRUST'S OBJECTION TO NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM** upon the attorneys listed below, at the addresses listed below, said addresses being designated for that purpose, by depositing a true copy of same enclosed in a properly addressed, post-paid wrapper, in a official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:    Irving H. Picard, Trustee
         c/o Baker & Hostetler LLP
         45 Rockefeller Plaza
         New York, New York 10111

Oren Warshavsky, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
(212) 589-4200

                                                s/Sherry L. Mionis
                                                **SHERRY L. MIONIS**

Sworn before me this
27th day of July, 2010.

s/Irene Weis
Notary Public, State of New York
No. 01WE5026874
Qualified in Nassau County
Commission Expires 4/25/2010