

MICHAEL R. GRIFFINGER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4701  Fax: (973) 639-6294
griffinger@gibbonslaw.com

July 22, 2010

Vito Genna, Clerk of the Court
Office of the Clerk
United States Bankruptcy Court
  for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

  Re: **Securities Investment Protection Corp. v. Bernard L. Madoff
    Investment Securities, LLC, No.: 08-01789 (BRL)**

    <u>**Irving H. Picard v. Richard I. Stahl,** *et als.*
    **Adversary Proceeding No.: 10-03268 (BRL)**</u>

Dear Mr. Genna:

  This Firm represents the Lautenberg Foundation, Joshua S. Lautenberg and Ellen Lautenberg in the above-referenced Adversary Proceeding. We write to request that Dale E. Barney, Esq. of our firm (email address: dbarney@gibbonslaw.com), be removed from all future electronic notifications with regard to both actions captioned above.

  If any further information is needed, please feel free to contact us. Thank you.

              Respectfully submitted,

              Michael R. Griffinger
              Director

MRG:ad

cc: Dale E. Barney, Esq.

RECEIVED JUL 26 2010 U.S. BANKRUPTCY COURT, SDNY