# EXHIBIT B

AMENDED **CUSTOMER CLAIM**

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

**Name of Customer:** _Do Stay Inc._
**Mailing Address:** _19 Ocean Drive_
**City:** _Jupiter_       **State:** _FL_       **Zip:** _33469_
**Account No.:** _1D0040_
**Taxpayer I.D. Number (Social Security No.):** _____

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008**:

       a.    The Broker owes me a Credit (Cr.) Balance of       $_____0_____

       b.    I owe the Broker a Debit (Dr.) Balance of       $_____0_____

—    c.    If you wish to repay the Debit Balance,

             please insert the amount you wish to repay and

             attach a check payable to "Irving H. Picard, Esq.,

             Trustee for Bernard L. Madoff Investment Securities LLC."

             If you wish to make a payment, **it must be enclosed**

             with this claim form.                              $_____

       d.    If balance is zero, insert "None."                _____None_____

2.       Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.       If yes to either, please list below:

|  |  | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| See Nov. 30, 2008 D0040 statements, attached hereto as Exhibit A. | | | |
| $2,015,314.68 (market value of securities long, per D0040-3 statement) | | | |
| 69,300.00 (market value of securities long, per D0040-4 statement) | | | |
| (97,860.00) (market value of securities short, per D0040-4 statement) | | | |
| TOTAL: $1,986,754.68 | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.** See Exhibits A and B, and documents submitted herewith.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Christopher Van De Kieft, Esq., Seeger Weiss LLP, One William Street, New York, NY 10004                    .

If you cannot compute the amount of your claim, you may file an estimated claim.  In that case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date __6/26/69__        Signature _____

Date __6/28/69__        Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet.  If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

## CUSTOMER CLAIM

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

December 11, 2008

**Account Ownership Information for Do Stay Inc.**
**Bernard L. Madoff Investment Securities Account No. D0040**

**Customer Name:**                    Do Stay Inc.

**President
of Do Stay Inc.:**                    Elbert R. Brown

**Secretary of
Do Stay Inc.:**                        Viola Brown

**Address:**                            19 Ocean Drive, Jupiter, FL 33469

Pursuant to the Do Stay Inc. corporate documents enclosed herewith, both Elbert R. Brown and
Viola Brown are authorized to file a Securities Investor Protection Corporation Customer
Claim for Account D0040 with Bernard L. Madoff Securities, LLC.

_6/26/09_                          _Elbert R. Brown_
Date                               Elbert R. Brown
                                   President of Do Stay, Inc.

_6/26/09_                          _Viola Brown_
Date                               Viola Brown
                                   Secretary of Do Stay, Inc.

# *EXHIBIT A*

New York □ London

Mayfair, London W1J 8DT
Tel 020 7493 6222

(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT   DO STAY INC
MR SETH M LIPSON

1920 PALM BEACH LAKES BLVD
SUITE #204
WEST PALM BEACH          FL  33409

PAGE: 1

PERIOD ENDING: 11/30/08

YOUR ACCOUNT NUMBER: 1-D0040-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|-------------|-----------------|-------------------------------|---------------------------------|
| | | | | BALANCE FORWARD | | 119,771.84 | |
| 11/12 | 1,092 | | 2955 | WAL-MART STORES INC | 55.830 | 61,009.36 | |
| 11/12 | 714 | | 3457 | INTERNATIONAL BUSINESS MACHS | 87.270 | 62,338.78 | |
| 11/12 | 2,646 | | 7281 | EXXON MOBIL CORP | 72.880 | 192,945.48 | |
| 11/12 | 2,898 | | 7783 | INTEL CORP | 14.510 | 42,164.98 | |
| 11/12 | 1,386 | | 12109 | JOHNSON & JOHNSON | 59.580 | 82,632.88 | |
| 11/12 | 1,890 | | 16435 | J.P. MORGAN CHASE & CO | 38.530 | 72,996.70 | |
| 11/12 | 1,008 | | 20760 | COCA COLA CO | 44.660 | 45,057.28 | |
| 11/12 | 588 | | 25086 | MCDONALDS CORP | 55.370 | 32,580.56 | |
| 11/12 | 1,092 | | 29412 | MERCK & CO | 28.550 | 31,219.60 | |
| 11/12 | 3,990 | | 33738 | MICROSOFT CORP | 21.810 | 87,180.90 | |
| 11/12 | 2,016 | | 38064 | ORACLE CORPORATION | 17.300 | 34,956.80 | |
| 11/12 | 798 | | 51042 | PEPSICO INC | 56.410 | 45,046.18 | |
| 11/13 | 462 | | 51564 | APPLE INC | 100.780 | 46,578.36 | |
| 11/12 | 798 | | 55368 | PFIZER INC | 16.940 | 57,755.83 | |
| 11/12 | 3,402 | | 55870 | ABBOTT LABORATORIES | 54.610 | 43,609.78 | |
| 11/12 | 1,512 | | 59694 | PROCTER & GAMBLE CO | 64.080 | 96,948.96 | |
| 11/12 | 546 | | 60196 | AMGEN INC | 59.160 | 32,322.36 | |
| 11/12 | 2,520 | | 64020 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 45,822.00 | |
| 11/12 | 840 | | 64522 | BANK OF AMERICA | 21.590 | 54,506.00 | |
| 11/12 | 2,730 | | 68346 | QUALCOMM INC | 33.770 | 28,399.80 | |
| 11/12 | 630 | | 68848 | CITI GROUP INC | 12.510 | 34,261.30 | |
| 11/12 | 1,512 | | 72672 | SCHLUMBERGER LTD | 49.480 | 31,197.40 | |
| 11/12 | | | 73174 | COMCAST CORP | 16.510 | 25,221.12 | |
| | | | | CL A | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

New York □ London

(212) 230-2424
800 334-1343
Fax (212) 838-4061

Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT DO STAY INC
MR SETH M LIPSON

1920 PALM BEACH LAKES BLVD
SUITE #204
WEST PALM BEACH    FL   33409

| PAGE | PERIOD ENDING | YOUR ACCOUNT NUMBER |
|------|---------------|---------------------|
| 2 | 11/30/08 | 1-D0040-3-0 |

YOUR TAX-PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 11/12 | 2,982 | | 76998 | AT&T INC | 27 | 80,633.00 | |
| 11/12 | 756 | | 77500 | CONOCOPHILLIPS | 52.510 | 39,727.56 | |
| 11/12 | 504 | | 81324 | UNITED PARCEL SVC INC CLASS B | 52.040 | 26,248.16 | |
| 11/12 | 3,066 | | 81826 | CISCO SYSTEMS INC | 16.730 | 51,615.18 | |
| 11/12 | 882 | | 85650 | U S BANCORP | 29.530 | 25,080.46 | |
| 11/12 | 1,050 | | 86152 | CHEVRON CORP | 73.430 | 77,143.50 | |
| 11/12 | 504 | | 89976 | UNITED TECHNOLOGIES CORP | 53.160 | 26,812.64 | |
| 11/12 | 5,334 | | 90478 | GENERAL ELECTRIC CO | 19.630 | 104,919.42 | |
| 11/12 | 1,428 | | 94302 | VERIZON COMMUNICATIONS | 30.410 | 43,488.48 | |
| 11/12 | 1,126 | | 94804 | GOOGLE | 337.400 | 42,517.40 | |
| 11/12 | 1,764 | | 98628 | WELLS FARGO & CO NEW | 29.800 | 52,637.20 | |
| 11/12 | 1,260 | | 99130 | HEWLETT PACKARD CO | 34.900 | 44,024.00 | |
| 11/12 | | 1,925,000 | 21241 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 1,923,768.00 |
| 11/12 | | | 16339 | FIDELITY SPARTAN 2/12/2009 U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 16.44 |
| 11/12 | | 25,769 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 25,769.00 |
| 11/12 | 38,962 | | 25708 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 38,962.00 | |
| 11/19 | | | | U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 4.78 |

CONTINUED ON PAGE 3

⌐⌐ New York □ London

(212) 230-2424
800 334-1343
Fax (212) 838-4061

Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT  DO STAY INC
MR SETH M LIPSON

1920 PALM BEACH LAKES BLVD
SUITE #204
WEST PALM BEACH    FL  33409

PAGE: 3
PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-D0040-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TXN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/19 | | 38,962 | 50994 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 38,962.00 |
| 1/19 | 150,000 | | 55620 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 149,889.00 | |
| 1/19 | 14,910 | | 60033 | FIDELITY SPARTAN  3/26/2009 U S TREASURY MONEY MARKET | 1 | 14,910.00 | |
| | | | | NEW BALANCE | | 237,119.88 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 2,982 | | | AT&T INC | 28.560 | | |
| | 798 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 546 | | | AMGEN INC | 55.540 | | |
| | 462 | | | APPLE INC | 92.670 | | |
| | 2,520 | | | BANK OF AMERICA | 16.250 | | |
| | 1,050 | | | CHEVRON CORP | 79.010 | | |
| | 3,066 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 2,730 | | | CITI GROUP INC | 8.290 | | |
| | 1,008 | | | COCA COLA CO | 46.870 | | |
| | 1,512 | | | COMCAST CORP CL A | 17.340 | | |
| | 756 | | | CONOCOPHILLIPS | 52.520 | | |
| | 2,646 | | | EXXON MOBIL CORP | 80.150 | | |
| | 5,334 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE  4

New York □ London

(212) 230-2424
800 334-1343
Fax (212) 838-4061

Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   DO STAY INC
MR SETH M LIPSON

1920 PALM BEACH LAKES BLVD
SUITE #204
WEST PALM BEACH   FL  33409

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-D0040-3-0
YOUR TAXPAYER IDENTIFICATION NUMBER:
PAGE: 4

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| | 126 | | | GOOGLE | 292.960 | | |
| | 1,260 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 2,898 | | | INTEL CORP | 13.800 | | |
| | 714 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 1,890 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,386 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 588 | | | MCDONALDS CORP | 58.750 | | |
| | 1,092 | | | MERCK & CO | 26.720 | | |
| | 3,906 | | | MICROSOFT CORP | 20.220 | | |
| | 2,016 | | | ORACLE CORPORATION | 16.090 | | |
| | 798 | | | PEPSICO INC | 56.700 | | |
| | 3,402 | | | PFIZER INC | 16.430 | | |
| | 1,050 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,512 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 840 | | | QUALCOMM INC | 33.570 | | |
| | 630 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 14,910 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 882 | | | U.S. BANCORP | 26.980 | | |
| | 504 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 150,000 | | | U S TREASURY BILL | | | |
| | | | | DUE 03/26/2009   3/26/2009 | 22.971 | | |
| | 504 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE  5 | | | |

CONTINUED ON PAGE  5



New York □ London

(414) 230-2424
800 334-1343
Fax (212) 838-4061

Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT  DO STAY INC
MR SETH M LIPSON

1920 PALM BEACH LAKES BLVD
SUITE #204
WEST PALM BEACH   FL 33409

PAGE 5

PERIOD ENDING 11/30/08

YOUR ACCOUNT NUMBER 1-D0040-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 1,428 |  |  | VERIZON COMMUNICATIONS | 32.650 |  |  |
|  | 1,092 |  |  | WAL-MART STORES INC | 55.880 |  |  |
|  | 1,764 |  |  | WELLS FARGO & CO NEW | 28.890 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES LONG  2,015,314.68   SHORT |  |  |  |

New York □ London

(212) 230-2424
800 334-1343
Fax (212) 838-4061

Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   DO STAY INC
MR SETH M LIPSON

1920 PALM BEACH LAKES BLVD
SUITE #204
WEST PALM BEACH   FL   33409

PAGE **6**

PERIOD ENDING **11/30/08**

YOUR ACCOUNT NUMBER **1-D0040-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|---------------------------------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 13,296.15 |
| | | | | GROSS PROCEEDS FROM SALES | | | 16,833,420.31 |

New York □ London

Mayfair, London W1J 8DT
Tel (020) 7493 6222

(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT DO STAY INC
MR SETH M LIPSON

1920 PALM BEACH LAKES BLVD
SUITE #204
WEST PALM BEACH     FL   33409

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-D0040-4-0
PAGE: 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 119,772.00 |
| 11/12 | | 42 | 42390 | S & P 100 INDEX | 15.800 | | |
| 11/12 | 42 | | 46716 | NOVEMBER 460 CALL | 17.800 | | 66,318.00 |
| 11/19 | | 42 | 32821 | S & P 100 INDEX | 26 | 74,802.00 | |
| 11/19 | 42 | | 37146 | NOVEMBER 450 PUT | 30 | | 100,158.00 |
| | | | | S & P 100 INDEX | | | |
| | | | | DECEMBER 430 CALL | | | |
| 11/19 | 42 | | 41471 | S & P 100 INDEX | 3 | 126,042.00 | |
| | | | | DECEMBER 420 PUT | | | |
| 11/19 | | 42 | 45796 | S & P 100 INDEX | 37 | 12,642.00 | |
| | | | | NOVEMBER 460 CALL | | | |
| | | | | S & P 100 INDEX | | | 155,257.00 |
| | | | | NOVEMBER 450 PUT | | | |
| | | | | NEW BALANCE | | | 237,120.00 |
| | | | | | MKT PRICE | | |
| | | | | SECURITY POSITIONS | | | |
| | 42 | | | S & P 100 INDEX | 23.300 | | |
| | | | | DECEMBER 430 CALL | | | |
| | 42 | | | S & P 100 INDEX | 16.500 | | |
| | | | | DECEMBER 420 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG       69,300.00 | | | |
| | | | | SHORT      97,860.00- | | | |

# *EXHIBIT B*

## EXHIBIT B

1. This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2. The information provided in the Claim Form is based on information provided in the Claimant's latest Madoff account statement and any additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

4. The Claimant hereby requests that the Claim Form additionally be considered as a proof of claim, as a general creditor or otherwise, in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5. This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

6. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. To the extent the BMIS account for which this Claim Form is submitted contains or purports to contain funds from a "predecessor" or other BMIS account, the Claimant reserves all rights, claims, and defenses as to any such predecessor or other BMIS account. To the extent necessary or appropriate, this Claim Form is likewise submitted as a claim for and on behalf of any such predecessor or other BMIS account.

13. The Claimant submits herewith documents in support of the Claimant's claim, including documents containing information regarding account transactions, such as contributions and/or withdrawals. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents, if deemed necessary. Attached is a list of the additional documents submitted herewith.

**Do Stay Inc.**
**Bernard L. Madoff Investment Securities Account No. D0040**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 1 | 3/29/1974 | | Do Stay Inc. | Corporate Certificate of Authority to Deposit |
| **2008 Bernard L. Madoff Investment Securities LLC monthly statements** | | | | |
| | 1/31/2008 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities January 2008 account statement. |
| | 4/30/2008 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities April 2008 account statement. |
| | 7/31/2008 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities July 2008 account statement. |

**Do Stay Inc.**
**Bernard L. Madoff Investment Securities Account No. D0040**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 2007 Bernard L. Madoff Investment Securities LLC monthly statements | 10/31/2008 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities October 2008 account statement. |
| | 1/31/2007 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities January 2007 account statement. |
| | 4/30/2007 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities April 2007 account statement. |
| | 7/31/2007 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities July 2007 account statement. |

**Do Stay Inc.**
**Bernard L. Madoff Investment Securities Account No. D0040**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 8/31/2007 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities August 2007 account statement. |
| | 10/31/2007 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities October 2007 account statement. |
| **2006 Bernard L. Madoff Investment Securities LLC monthly statements** | | | | |
| | 1/31/2006 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities January 2006 account statement. |
| | 4/30/2006 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities April 2006 account statement. |

**Do Stay Inc.**
**Bernard L. Madoff Investment Securities Account No. D0040**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 7/31/2006 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities July 2006 account statement. |
| | 10/31/2006 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities October 2006 account statement. |
| 2005 Bernard L. Madoff Investment Securities LLC monthly statements | | | | |
| | 1/31/2005 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities January 2005 account statement. |
| | 4/30/2005 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities April 2005 account statement. |

**Do Stay Inc.**
**Bernard L. Madoff Investment Securities Account No. D0040**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 7/31/2005 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities July 2005 account statement. |
| | 10/31/2005 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities October 2005 account statement. |
| 2004 Bernard L. Madoff Investment Securities LLC monthly statements | | | | |
| | 1/31/2004 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities January 2004 account statement. |
| | 4/30/2004 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities April 2004 account statement. |

**Do Stay Inc.**
Bernard L. Madoff Investment Securities Account No. D0040

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 7/31/2004 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities July 2004 account statement. |
| | 10/31/2004 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities October 2004 account statement. |
| **2003 Bernard L. Madoff Investment Securities LLC monthly statements** | | | | |
| | 1/31/2003 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities January 2003 account statement. |
| | 4/30/2003 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities April 2003 account statement. |

**Do Stay Inc.**
**Bernard L. Madoff Investment Securities Account No. D0040**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 7/31/2003 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities July 2003 account statement. |
| | 10/31/2003 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities October 2003 account statement. |
| 2002 Bernard L. Madoff Investment Securities LLC monthly statements | | | | |
| | 1/31/2002 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities January 2002 account statement. |
| | 4/30/2002 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities April 2002 account statement. |

**Do Stay Inc.**
**Bernard L. Madoff Investment Securities Account No. D0040**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 7/31/2002 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities July 2002 account statement. |
| | 10/31/2002 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities October 2002 account statement. |
| 2001 Bernard L. Madoff Investment Securities LLC monthly statements | | | | |
| | 1/31/2001 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities January 2001 account statement. |
| | 4/30/2001 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities April 2001 account statement. |

**Do Stay Inc.**
**Bernard L. Madoff Investment Securities Account No. D0040**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 7/31/2001 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities July 2001 account statement. |
| | 10/31/2001 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities October 2001 account statement. |
| 2000 Bernard L. Madoff Investment Securities LLC monthly statements | | | | |
| | 1/31/2000 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities January 2000 account statement. |
| | 4/30/2000 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities April 2000 account statement. |

Do Stay Inc.
Bernard L. Madoff Investment Securities Account No. D0040

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 7/31/2000 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities July 2000 account statement. |
| | 10/31/2000 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities October 2000 account statement. |
| 1999 Bernard L. Madoff Investment Securities LLC monthly statements | | | | |
| | 1/31/1999 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities January 1999 account statement. |
| | 4/30/1999 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities April 1999 account statement. |

**Do Stay Inc.**
**Bernard L. Madoff Investment Securities Account No. D0040**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 7/31/1999 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities July 1999 account statement. |
| | 10/31/1999 | Bernard L. Madoff Investment Securities | Do Stay Inc. | Bernard L. Madoff Investment Securities October 1999 account statement. |

1

## CORPORATE
### CERTIFICATE OF AUTHORITY TO DEPOSIT

I, _Viola Brown_ , hereby certify that

I am the Secretary and custodian of the records of _De Stay Inv Com_

(Legal Name of Corporation)

a corporation organized under the laws of _Florida_ , and that the following

is a true copy of a resolution duly passed by the Board of Directors of said corporation at a meeting

duly held on the _29th_ day of _March_ , 19_74_ , at which a quorum was present and

acting:

RESOLVED that FIRST NATIONAL BANK AND TRUST COMPANY OF RIVIERA BEACH be designated

a depository of this corporation and authorised to accept for deposit to the account of this corporation checks and other

instruments payable to the order of the corporation and that any _ONE_ of the following officers:

(Number of Signatures Required)

_President_

_Secretary_

(State title and not name, if special combination as, for example, Treasurer together with President or any Vice-President, so state clearly)

are authorized to sign checks, drafts and other orders on said account and said bank shall be authorized

to honor all checks, drafts and other orders so signed even though payable to or deposited to the account

of the person so signing.

FURTHER RESOLVED that the Secretary is authorized and directed to furnish said bank a cer-

tified copy of this resolution and the names and specimen signatures of the persons from time to time

holding the above positions with the corporation, together with said bank's usual form of signature

card, and that said Bank shall be authorized to rely thereon until written notice to the contrary is re-

ceived by it.

I further certify that the above resolution is in conformity, and not in conflict, with the charter

and by-laws of the corporation and that the same has not since been rescinded or modified.

I further certify that the following are the names of the persons holding the positions set out

above whose specimen signatures appear on the signature cards submitted herewith:

_President_                                        _Elbert R. Brown_
(Type Title)                                        (Type Name)

_Secretary_                                        _Viola Brown_
(Type Title)                                        (Type Name)


IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said

corporation this _29th_ day of _March_ , 19_74_

CORPORATE                                    _Viola Brown_ (SEAL)
SEAL                                              Secretary


I hereby certify that I am a director of said corporation and that the foregoing is a correct copy of resolutions
passed as therein set forth, and that the same are now in full force.

_Elbert R. Brown_
(To be Signed by a Director Other Than the Secretary)