**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                     Plaintiff,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                     Defendant. | Adv. Pro. No.  08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                     Debtor. | |



RECEIVED
JUL 2 8 2010
U.S. BANKRUPTCY COURT, SDNY

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gene M. Linkmeyer, request admission, ***pro hac vice***, before the Honorable Burton R. Lifland, to represent Jordan Group, LLC, a claimant in the above referenced adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania.

I have submitted the filing fee of $25.00 with this motion for pro hac vice admission.

Dated:  July 22, 2010
New York, New York

_____
Gene M. Linkmeyer, Esq.

*Mailing Address:*

Jacobs Law Group, PC
2005 Market Street, Suite 1120
One Commerce Square
Philadelphia, PA 19103
Email address: glinkmeyer@jacobslawpc.com
Telephone number: (215) 569-9701