UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kimber P. Schladweiler, request admission, ***pro hac vice***, before the Honorable Burton R. Lifland, to represent Jordan Group, LLC, a claimant in the above referenced adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania.

I have submitted the filing fee of $25.00 with this motion for pro hac vice admission.

Dated: July 22, 2010
New York, New York

                 _/s/ Kimber P. Schladweiler_
                 Kimber P. Schladweiler, Esq.

                 *Mailing Address:*

                 Jacobs Law Group, PC
                 2005 Market Street, Suite 1120
                 One Commerce Square
                 Philadelphia, PA 19103
                 Email address: kschladweiler@jacobslawpc.com
                 Telephone number: (215) 569-9701