**SMITH VALLIERE PLLC**
75 Rockefeller Plaza, 21st Floor
New York, New York  10019
Telephone:  (212) 755-5200
Facsimile:  (2120 755-5203
Mark W. Smith (MS-6177)
Timothy A. Valliere (TV-1198)

*Counsel to Defendant Shana D. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Hearing Date:  July 22, 2010 |
| Plaintiff, | Adv. Pro. No. 08-01789 (BRL) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | SIPA LIQUIDATION |
| Plaintiff, | (Substantively Consolidated) |
| v. | Adv. Pro. No. 09-1503 (BRL) |
| PETER B. MADOFF, MARK D. MADOFF, ANDREW H. MADOFF, and SHANA D. MADOFF, | |
| Defendants. | |

**NOTICE OF CHANGE OF ATTORNEYS' ADDRESS**

**PLEASE TAKE NOTICE** that, effective July 27, 2010, the attorneys of record for

Defendant Shana D. Madoff, Smith Valliere PLLC, have moved their offices.  All notices and

papers should be forwarded to the undersigned attorneys at the following new address:

> SMITH VALLIERE PLLC
> 75 Rockefeller Plaza, 21st Floor
> New York, New York 10019
> (212) 755-5200 Telephone
> (212) 755-5203 Facsimile

Dated: New York, New York
      July 28, 2010

SMITH VALLIERE PLLC

By:_____
    Timothy A. Valliere, Esq.

75 Rockefeller Plaza, 21st Floor
New York, New York 10019
(212) 755-5200

*Attorneys for Defendant Shana D. Madoff*

2