# EXHIBIT B

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.
*Lax & Neville, LLP*
OFFICE: (212) 696-1999

HOME: (914) 682-3770

Taxpayer I.D. Number (Social Security No.)
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

Account Number: 1ZA052
MARILYN DAVIS & JACOB DAVIS
TTEES UTA BY MARILYN DAVIS
DTD 6/27/94
400 HIGH POINT DRIVE #4-403
HARTSDALE, NY 10530

(If incorrect, please change)

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

***************************************************************

1. Claim for money balances as of **December 11, 2008**:
   a. The Broker owes me a Credit (Cr.) Balance of   $ 0
   b. I owe the Broker a Debit (Dr.) Balance of   $ 0

502180406                              1

c.  If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                                  $ _____0_____

d.  If balance is zero, insert "None."                    _____0_____

2.  Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ |   |
| b. | I owe the Broker securities |   | ✓ |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | SEE STATEMENT ATTACHED At Exhibit B | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                                  2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

9.  Have you or any member of your family
    ever filed a claim under the Securities
    Investor Protection Act of 1970? if
    so, give name of that broker.                                         ✓
    _____  _____

Please list the full name and address of anyone assisting you in the
preparation of this claim form: _Brian J. Neville, Esq___Lax & Neville, LLP_
_1412 Broadway, Suite 1407, New York, NY 10018_____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date ___6/5/09___        Signature ___Marilyn Da___
                                          _Trustee_
Date ___6/5/09___        Signature ___Cecil Davis___
                                          _Trustee_

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                    4

# Lax Neville

LAX & NEVILLE, LLP
ATTORNEYS AT LAW

BARRY R. LAX
BRIAN J. NEVILLE

BRIAN MADDOX
SANDRA P. ESPINOSA
RAQUEL TERRIGNO

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

Of Counsel:
DAVID S. RICH

June 16, 2009

**VIA CERTIFIED MAIL**
**RETURNED RECEIPT REQUESTED**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE:   Marilyn Davis & Jacob Davis Trustee U/T/A by Marilyn Davis 6/27/94/Bernard L. Madoff Investment Securities LLC

Dear Mr. Picard:

This firm represents the Marilyn Davis & Jacob Davis Trustee U/T/A by Marilyn Davis 6/27/94 ("Marilyn Davis Trust") and has assisted it in the preparation of its Bernard L. Madoff Investment Securities LLC ("Madoff Securities" or "Madoff") SIPC Customer Claim Form. Enclosed herein you will find a completed Customer Claim Form for the Marilyn Davis Trust account. Additionally, below is a description of the relationship between the Marilyn Davis Trust and Madoff Securities. The statements made in this letter are true and accurate to the best of our knowledge and belief, and are being provided to support the Marilyn Davis Trust SIPC claims.

Marilyn Davis is 78 years old and is married to Jacob Davis who is 84 years old. Jacob and Marilyn Davis have been married for 56 years. In 1994, Marilyn Davis, as trustee of the



Irving H. Picard
June 16, 2009
Page 2 of 3

Marilyn Revocable Trust, opened an account with Madoff Securities.[1] Attached hereto as Exhibit A are pages 1 and 25 of the Marilyn Davis Revocable Trust Agreement. Marilyn Davis and her husband, Jacob, contributed funds to the Madoff Securities account from savings. Marilyn and Jacob Davis withdrew funds from the account with Madoff Securities for living and medical expenses and tax payments. Marilyn Davis's current source of income is social security benefits and loans from family members. The balance in the Marilyn Davis Trust account as of November 30, 2008 is $1,532,504.28. The Marilyn Davis Trust November 30, 2008 account statement is attached as Exhibit B.

Marilyn Davis, as trustee, received account statements from Madoff indicating the purchases and sales of securities during that month, and listing each of the open securities positions held in the account. She believed the securities listed on these statements were real, widely held securities and their prices could be readily verified against objective and publicly available market information. Based upon the account statements and the confirmations, Marilyn Davis at all times expected to have those securities in the trust account. Marilyn Davis always believed SIPC coverage would cover the securities listed as being in her trust account should Madoff Securities ever fail. The balance in the Marilyn Davis Trust account as of the filing date is $1,532,504.28.

---

[1] Jacob Davis is simultaneously submitting a SIPC Claim Form for his accounts with Madoff Securities: Jacob Davis & Marilyn Davis Trustee U/T/A by Jacob Davis 6/27/94 – Account No. 1-D0051; and Jacob Davis – Account No. 1-ZR008.



Irving H. Picard
June 16, 2009
Page 3 of 3

## CONCLUSION

The Marilyn Davis Trust is seeking the full protection of SIPA for its account as follows:

- Account No: 1ZA052        Marilyn Davis & Jacob Davis Trustee U/T/A by Marilyn Davis 6/27/94

**Total = $1,532,504.28**

If there are any questions regarding this matter or if you require additional documents and information, please do not hesitate to contact me. Thank you.

Very truly yours,
Lax & Neville, LLP

By: /Brian Neville/spe
Brian J. Neville

ENC.

# EXHIBIT A

AMENDMENT

TO

TRUST AGREEMENT

ESTABLISHING

THE MARILYN DAVIS REVOCABLE TRUST

MARILYN DAVIS, GRANTOR

MARILYN DAVIS and JACOB DAVIS, TRUSTEES

January 7, 2005

---

Krass, Snow & Schmutter, P.C.
419 Park Avenue South
New York, New York  10016

THIS AMENDED TRUST AGREEMENT made this 7th day of January, 2005, by and between MARILYN DAVIS (hereinafter referred to as the "Grantor") and MARILYN DAVIS and JACOB DAVIS (hereinafter referred to as the "Trustee" or "Trustees");

W I T N E S S E T H:

WHEREAS, on June 27, 1994, the Grantor created "The Marilyn Davis Revocable Trust", amended said Trust on December 10, 1999 and now desires to completely amend, restate and reestablish said Trust;

NOW, THEREFORE, in consideration of the premises, it is hereby agreed that the trust estate shall be held by the Trustees, IN TRUST, for the uses and purposes and on the terms and conditions herein set forth:

## ARTICLE I
### Construction Provisions

(A) The following terms and terms of similar import shall have the meanings specified below unless the context otherwise requires:

(1) "Grantor's husband" or "her husband" shall mean JACOB DAVIS.

(2) "Grantor's daughter" or "Grantor's daughters" shall mean MINDY GOLDSTEIN and STACEY DAVIS.

(3) "Code" shall mean the Internal Revenue Code of 1986, as amended, or such other statutory provisions as shall correspond thereto.

(4) "Minor" shall mean a person who shall not have attained the age of twenty-one (21) years.

(5) "Disinterested Trustees" shall mean all Trustees acting under a trust during the Grantor's lifetime; and, after the Grantor's death, such term shall mean the Trustee or Trustees

of this Agreement, have hereunto set their hands and affixed their seals, all on the day and year first above written.

_____
MARILYN DAVIS, Grantor and Trustee

_____
JACOB DAVIS, Trustee

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

On January 7, 2005, before me, the undersigned, personally appeared MARILYN DAVIS and JACOB DAVIS, personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their capacities, and that by their signatures on the instrument, the individuals executed the instrument.

_____
Notary Public

STEPHEN J. KRASS
Notary Public, State of New York
No. 2194685
Qualified in New York County
Commission Expires May 31, 2007

25

# EXHIBIT B

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

| | | PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|---|---|
| | | 11/30/08 | 1-ZA052-3-0 | *******2256 | 1 |

MARILYN DAVIS & JACOB DAVIS
TTEES UTA BY MARILYN DAVIS
DTD 6/27/94
400 HIGH POINT DRIVE  #4-403
HARTSDALE          NY   10530

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 87,965.57 | |
| 11/12 | 2,344 | | 738 | WELLS FARGO & CO NEW | 29.800 | 70,104.20 | |
| 11/12 | 960 | | 1240 | HEWLETT PACKARD CO | 34.900 | 33,542.00 | |
| 11/12 | 832 | | 5064 | WAL-MART STORES INC | 55.830 | 46,483.56 | |
| 11/12 | 544 | | 5566 | INTERNATIONAL BUSINESS MACHS | 87.270 | 47,495.88 | |
| 11/12 | 2,016 | | 9390 | EXXON MOBIL CORP | 72.880 | 147,065.08 | |
| 11/12 | 2,208 | | 9892 | INTEL CORP | 14.510 | 32,126.08 | |
| 11/12 | 1,056 | | 14218 | JOHNSON & JOHNSON | 59.580 | 62,958.48 | |
| 11/12 | 1,440 | | 18543 | J.P. MORGAN CHASE & CO | 38.530 | 55,540.20 | |
| 11/12 | 768 | | 22869 | COCA COLA CO | 44.650 | 34,328.88 | |
| 11/12 | 448 | | 27195 | MCDONALDS CORP | 55.370 | 24,822.76 | |
| 11/12 | 832 | | 31521 | MERCK & CO | 28.550 | 23,786.63 | |
| 11/12 | 3,040 | | 35847 | MICROSOFT CORP | 21.810 | 66,323.40 | |
| 11/12 | 1,536 | | 40173 | ORACLE CORPORATION | 17.300 | 26,633.80 | |
| 11/12 | 608 | | 53151 | PEPSICO INC | 56.410 | 34,321.28 | |
| 11/12 | 352 | | 53653 | APPLE INC | 100.780 | 35,483.55 | |
| 11/12 | 2,592 | | 57477 | PFIZER INC | 16.940 | 44,011.48 | |
| 11/12 | 608 | | 57979 | ABBOTT LABORATORIES | 54.610 | 33,226.88 | |
| 11/12 | 1,152 | | 61803 | PROCTER & GAMBLE CO | 64.080 | 73,866.16 | |
| 11/12 | 416 | | 62305 | AMGEN INC | 59.160 | 24,626.56 | |
| 11/12 | 800 | | 66129 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 34,912.00 | |
| 11/12 | 1,920 | | 66631 | BANK OF AMERICA | 21.590 | 41,528.80 | |
| 11/12 | 640 | | 70455 | QUALCOMM INC | 33.770 | 21,637.80 | |
| 11/12 | 2,080 | | 70957 | CITI GROUP INC | 12.510 | 26,103.80 | |

CONTINUED ON PAGE   2

BE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MARILYN DAVIS & JACOB DAVIS
TTEES UTA BY MARILYN DAVIS
DTD 6/27/94
400 HIGH POINT DRIVE  #4-403
HARTSDALE          NY  10530

PAGE: 2
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******2266
YOUR ACCOUNT NUMBER: 1-ZA052-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 480 | | 74781 | SCHLUMBERGER LTD | 49.480 | 23,769.40 | |
| 11/12 | 1,152 | | 75283 | COMCAST CORP | 16.510 | 19,065.52 | |
| 11/12 | 2,272 | | 79107 | CL A AT&T INC | 27 | 61,434.00 | |
| 11/12 | 576 | | 79609 | CONOCOPHILIPS | 52.510 | 30,268.76 | |
| 11/12 | 384 | | 83433 | UNITED PARCEL SVC INC | 52.040 | 19,998.36 | |
| 11/12 | 2,336 | | 83935 | CLASS B CISCO SYSTEMS INC | 16.730 | 39,174.28 | |
| 11/12 | 672 | | 87759 | U S BANCORP | 29.530 | 19,870.16 | |
| 11/12 | 800 | | 88261 | CHEVRON CORP | 73.430 | 58,776.00 | |
| 11/12 | 384 | | 92085 | UNITED TECHNOLOGIES CORP | 53.160 | 20,428.44 | |
| 11/12 | 4,064 | | 92587 | GENERAL ELECTRIC CO | 19.680 | 79,998.32 | |
| 11/12 | 1,088 | | 96411 | VERIZON COMMUNICATIONS | 30.410 | 33,129.08 | |
| 11/12 | 96 | | 96913 | GOOGLE | 337.400 | 32,393.40 | |
| 11/12 | | 1,400,000 | 23346 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 1,399,104.00 |
| 11/12 | | | 18448 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 100.57 |
| 11/12 | | 83,199 | | FIDELITY SPARTAN | 1 | | 83,199.00 |
| 11/12 | 26,719 | | 27816 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 26,719.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 3.24 |
| | | | | CONTINUED ON PAGE  3 | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

08-01789-cgm   Doc 2830-2   Filed 08/02/10   Entered 08/02/10 17:43:10   Exhibit B
Pg 16 of 20

PAGE: 3
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******2266
YOUR ACCOUNT NUMBER: 1-ZA052-3-0

MARILYN DAVIS & JACOB DAVIS
TTEES UTA BY MARILYN DAVIS
DTD 6/27/94
400 HIGH POINT DRIVE #4-403
HARTSDALE          NY 10530

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 26,719 | 53325 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 26,719.00 |
| 11/19 | 100,000 | | 57838 | U.S. TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 99,926.00 | |
| 11/19 | 22,668 | | 62361 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 22,668.00 | |
| | | | | NEW BALANCE | | 177,373.68 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 2,272 | | | AT&T INC | 28.560 | | |
| | 608 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 416 | | | AMGEN INC | 55.540 | | |
| | 352 | | | APPLE INC | 92.670 | | |
| | 1,920 | | | BANK OF AMERICA | 16.250 | | |
| | 800 | | | CHEVRON CORP | 79.010 | | |
| | 2,336 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 2,080 | | | CITI GROUP INC | 8.290 | | |
| | 768 | | | COCA COLA CO | 46.870 | | |
| | 1,152 | | | COMCAST CORP CL A | 17.340 | | |
| | 516 | | | CONOCOPHILLIPS | 52.520 | | |
| | 2,016 | | | EXXON MOBIL CORP | 80.150 | | |
| | 4,064 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 4
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******2266
YOUR ACCOUNT NUMBER: 1-ZA052-3-0

MARILYN DAVIS & JACOB DAVIS
TTEES UTA BY MARILYN DAVIS
DTD 6/27/94
400 HIGH POINT DRIVE #4-403
HARTSDALE NY 10530

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 96 | | | GOOGLE | 292.960 | | |
| | 960 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 2,208 | | | INTEL CORP | 13.800 | | |
| | 544 | | | INTERNATIONAL BUSINESS MACHS | 81.500 | | |
| | 1,440 | | | J.P. MORGAN CHASE & CO | 31.650 | | |
| | 1,056 | | | JOHNSON E JOHNSON | 58.580 | | |
| | 448 | | | MCDONALDS CORP | 58.750 | | |
| | 832 | | | MERCK & CO | 26.720 | | |
| | 3,040 | | | MICROSOFT CORP | 20.220 | | |
| | 1,536 | | | ORACLE CORPORATION | 16.090 | | |
| | 608 | | | PEPSICO INC | 56.200 | | |
| | 2,592 | | | PFIZER INC | 16.430 | | |
| | 800 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,152 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 640 | | | QUALCOMM INC | 33.570 | | |
| | 480 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 22,668 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U.S TREASURY MONEY MARKET | | | |
| | 672 | | | U.S BANCORP | 26.980 | | |
| | 384 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 100,000 | | | U.S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 3/26/2009 | | | |
| | 364 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE: 5
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******2266
YOUR ACCOUNT NUMBER: 1-ZA052-3-0

MARILYN DAVIS & JACOB DAVIS
TTEES UTA BY MARILYN DAVIS
DTD 5/27/94
400 HIGH POINT DRIVE  #4-403
HARTSDALE              NY  10530

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 1,088 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 832 | | | WAL-MART STORES INC | 55.880 | | |
| 1,344 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG           SHORT | | | |
| | | | 1,532,504.28 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE: 6
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******2266
YOUR ACCOUNT NUMBER: 1-ZA052-3-0

MARILYN DAVIS & JACOB DAVIS
TTEES UTA BY MARILYN DAVIS
DTD 6/27/94
400 HIGH POINT DRIVE  #4-403
HARTSDALE            NY  10530

| DATE | BOUGHT/RECEIVED LONG | SOLD/DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 10,011.95 |
| | | | | GROSS PROCEEDS FROM SALES | | | 9,434,005.88 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE: 1
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********2266
YOUR ACCOUNT NUMBER: 1-ZA052-4-0

MARILYN DAVIS & JACOB DAVIS
TTEES UTA BY MARILYN DAVIS
DTD 6/27/94
400 HIGH POINT DRIVE #4-403
HARTSDALE       NY 10530

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 87,956.00 |
| 11/12 | | 32 | 44499 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 50,528.00 |
| 11/12 | 32 | | 48825 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 56,992.00 | |
| 11/19 | | 32 | 34929 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 83,168.00 |
| 11/19 | 32 | | 39254 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 96,032.00 | |
| 11/19 | 32 | | 43519 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 99,632.00 | |
| 11/19 | | 32 | 47904 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 118,368.00 |
| | | | | NEW BALANCE | | | 177,374.00 |
| | | | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | 32 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 52,800.00 | SHORT 74,560.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES