BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc Hirschfield
Email: mhirschfield@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 3, 2010 AT 10:00 A.M.**

**UNCONTESTED MATTER**

**Picard v. Vizcaya Partners Limited, et al.; Adv. Pro. No. 09-1154**

1. Motion for Entry of Default Judgment Against Vizcaya Partners Limited, Siam Capital Management, Asphalia Fund Limited, and Zeus Partners Limited (Filed: 7/20/2010) [Docket No. 45]

300097248

Related Document:

A. Request to Enter Default filed by Marc E. Hirschfield on behalf of Irving H. Picard. (with attached Affidavit Supporting Entry of Default) (Filed 7/1/2010) [Docket No. 41]

B. Affidavit of Service of Request to Enter Default (related document 41) filed by Marc E. Hirschfield on behalf of Irving H. Picard. (Filed: 7/2/2010) [Docket No. 42]

C. Clerk's Entry of Default against Vizcaya Partners Limited, Siam Capital Management, Asphalia Fund Limited, Zeus Partners Limited (related document 41) (Filed: 7/13/2010) [Docket No. 43]

D. Certificate of Service (related document 43) filed by Clerk's Office of the U.S. Bankruptcy Court (Filed 7/13/2010) [Docket No. 44]

E. Affidavit of John W. Moscow in Support of the Trustee's Application for Entry of Default Judgment Against Vizcaya Partners Limited, Siam Capital Management, Asphalia Fund Limited, and Zeus Partners Limited (related document 45) filed by Marc E. Hirschfield on behalf of Irving H. Picard. (Filed: 7/20/2010) [Docket No. 46]

F. Affidavit of Joseph Looby in Support of the Trustee's Application for Entry of Default Judgment Against Vizcaya Partners Limited, Siam Capital Management, Asphalia Fund Limited, and Zeus Partners Limited (related document 45) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 7/20/2010) [Docket No. 47]

G. Affidavit of Service of Trustee's Motion for Default Judgment and Affidavits in Support thereof (related documents 45 , 47 , 46) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 7/21/2010) [Docket No. 48]

## **CONTESTED MATTER**

**Picard v. Fox, et al.; Adv. Pro. No. 10-3114**

2. Trustee's Motion To Strike Issue Number Five And Related Documents And Memorandum Of Law In Support filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed 6/9/2010) [Docket No. 32]

Related Documents:

A.  Affidavit of Service (related documents 32) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed: 6/9/2010) [Docket No. 33]

B.  So Ordered Stipulation signed on 7/7/2010 modifying scheduling (related document 32)  (Filed: 7/7/2010) [Docket No. 39]

C.  Notice of Adjournment of Hearing on Trustee's Motion to Strike Issue Number Five and Related Documents (related document 32) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed: 7/27/2010) [Docket No. 46]

Opposition Filed:

D.  Memorandum of Law in Opposition to Trustee's Motion to Strike (related document 32) filed by Laurence May on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated. (Filed 7/6/2010) [Docket No. 38]

E.  Marshall Defendants' Joinder in Fox Defendants' Opposition to Trustee's Motion to Strike (related document 32) filed by Helen Chaitman on behalf of Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated (Filed:  7/7/2010) [Docket No. 40]

F.  Certificate of Service (related document 40) filed by Helen Chaitman on behalf of Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated  (Filed:  7/7/2010) [Docket No. 41]

G.  Amended Certificate of Service (related document 40) filed by Helen Chaitman on behalf of Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated  (Filed:  7/7/2010) [Docket No. 42]

*[Remainder of page intentionally left blank.]*

Reply Filed:

H.  Reply Memorandum of Law in Support of Trustee's Motion to Strike Issue Number Five and Related Documents (related document 32) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed:  7/23/2010) [Docket No. 45]

Dated: New York, New York
August 2, 2010

**BAKER & HOSTETLER LLP**

By:  *s/Marc E. Hirschfield*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Keith R. Murphy
Email:  kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*