Hearing Date: October 19, 2010
Hearing Time: 10:00 AM (EST)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | Bankruptcy Case No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |



RECEIVED AUG - 2 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

**MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS**

Pursuant to the Court's Order dated April 13, 2010 (the "Order" [docket no. 2205]), 17665 Newhope Mfg., LLC hereby submits this Opposition to the Trustee's Motion For An Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds [docket no. 2416], and the

memoranda filed by the Trustee and by SIPC in support of the same [docket nos. 2411 and 2414, respectively].

17665 Newhope Mfg., LLC is an "Objecting Claimant" as defined in the Order. 17665 Newhope Mfg., LLC filed an objection to the Trustee's denial of its claim on the basis that 17665 Newhope Mfg., LLC did not have an account at BLMIS (the "Objection" [docket no. 1302]). The Objection, along with its exhibits (including 17665 Newhope Mfg., LLC customer claim), is attached hereto as **Exhibit 1**.

The Trustee's determination that 17665 Newhope Mfg., LLC is not a "customer" under SIPC because it did not have an account in its name at BLMIS is wrong for the reasons set forth in 17665 Newhope Mfg., LLC's Objection. In the interest of preserving judicial resources, 17665 Newhope Mfg., LLC hereby incorporates by reference as if fully restated herein the arguments set forth in the Objection as to why 17665 Newhope Mfg., LLC should be treated as a customer under SIPA. 17665 Newhope Mfg., LLC also hereby joins and incorporates by reference as if fully restated herein the arguments and authority cited in the objections and oppositions filed on behalf of all similarly situated Objecting Claimants as to why the Trustee's determination on the customer issue is wrong.

Dated: July 12, 2010

17665 Newhope Mfg., LLC

David Sun (X)
Diana Sun (X)
John Tu (X)