**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Adv. Pro. No. 08-1789 (BRL) SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, ) ) ) | (Substantively Consolidated) |
| Defendant. ) ) | **CERTIFICATE OF SERVICE** |
| In re: ) ) | |
| BERNARD L. MADOFF, ) ) | |
| Debtor. ) ) | |

    I, Patricia Schrage, hereby certify that on August 10, 2010, I electronically filed the

    Memorandum of Law of the Securities and Exchange Commission Supporting Trustee's Determinations Denying the Claims of Certain Feeder Fund Claimants

with the Clerk of Court using the CM/ECF system, which will send notification of such filing electronically to registered counsel.

    /s/ Patricia Schrage
    Patricia Schrage, Esq.
    Securities and Exchange Commission
    New York Regional Office
    3 World Financial Center, Suite 400
    New York, NY   10281-1022
    Telephone: (212) 336-0163
    Facsimile: (212) 336-1319
    e-mail: schragep@sec.gov