| Participant | Type | Amount |
|---|---|---:|
| Mildred Arent | P/S | 28,140.93 |
| Lisa Cavanaugh | P/S | 608,987.73 |
| | 401(k) | 237,130.00 |
| | Total | 846,117.73 |
| Kevin Galvis | P/S | 2,868.11 |
| | 401(k) | 10,756.63 |
| | Total | 13,624.74 |
| Laura Hallick | P/S | 85,891.62 |
| | 401(k) | 110,014.05 |
| | Total | 195,905.67 |
| Cathy Osipow | 401(k) | 3,751.84 |
| Thomas Shippam | P/S | 84,748.66 |
| | 401(k) | 182,835.89 |
| | Total | 267,584.55 |
| Nina Westphal | P/S | 58,983.38 |
| | 401(k) | 38,809.15 |
| | Total | 97,792.53 |
| Total | | 1,452,917.99 |