**CORINNE COLMAN**
**5600 WILSHIRE BLVD., APT 403**
**LOS ANGELES, CA 90036**

August 5, 2010

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, New York 10004

Irving H Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

RE: Bankruptcy Case No. 08-1789 (BRL)
    Corinne Colman Income Trust
    Account No. 1C1259
    Claim No. 000936



I am a 77 year old widow and support myself and my daughter who is on Social Security Disability.

I am in receipt of your notice dated July 12, 2010. I do not know where you got the information regarding "TRANS FROM 1C10731O" and the dollar amounts of $670,672.30 & $130,000.00. This Trust was established at the death of my husband and no other transfers were made to the account. The correct account number is 1C1259.

I do not have any information on account #1C107310 referred to in the letter that I received, nor was I provided with any evidence that it was ever in existence.

I cannot pay you the money you requested. I do not have the money and what little I have I need to live on or else I will be destitute. I have received but a portion of what was invested.

I request all information pertaining to account number 1C107310 and how the dollar amounts were determined be forwarded to me.

I live in California and for health reasons cannot travel to New York to attend a hearing.

Please mail, a copy of all correspondence to:
   Leon Meeks, CPA
   1655 Mesa Verde Ave., Suite 175
   Ventura, CA 93003

Thank you for your kind assistance in this matter.

*Corinne Colman*
Corinne Colman