Imtiaz A. Siddiqui (isiddiqui@cpmlegal.com)
**COTCHETT, PITRE & MCCARTHY**
One Liberty Plaza, 23rd Floor
New York, NY 10006
Telephone: (212) 682-3198
Facsimile:  (646) 219-6678

Steven N. Williams (swilliams@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Jay Wexler, Daniel Ryan, Theresa Ryan, Matthew Greenberg, Walter Greenberg, Doris Greenberg, The Estate of Leon Greenberg, and Donna M. McBride*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>                    Plaintiff,<br>   v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>                    Plaintiff,<br>   v.<br>RICHARD I. STAHL; REED ABEND; THE LAUTENBERG FOUNDATION, JOSHUA S. LAUTENBERG, ELLEN LAUTENBERG; MATIAS ERAUSQUIN, ENRIQUE ERAUSQUIN, LILIANA CONTRONE and YOLANDA FRISCHKNECHT, on behalf of themselves and those they purport to represent; NEVILLE SEYMOUR DAVIS, on behalf of himself and those he purports to | Adv. Pro. No. 10-03268 (BRL) |

| | |
|---|---|
| represent; EMILIO CHAVEZ, JR.; RETIREMENT PROGRAM FOR EMPLOYEES OF THE TOWN OF FAIRFIELD, THE RETIREMENT PROGRAM FOR POLICE OFFICERS AND FIREMEN OF THE TOWN OF FAIRFIELD, and THE TOWN OF FAIRFIELD; FLB FOUNDATION LTD.; JAY WEXLER, individually and derivatively on behalf of Rye Select Broad Market Prime Fund, L.P.; DANIEL RYAN and THERESA RYAN, individually and on behalf of the Lawrence J. Ryan By-Pass Trust; MATTHEW GREENBERG, WALTER GREENBERG and DORIS GREENBERG, individually and on behalf of the estate of Leon Greenberg; and DONNA MCBRIDE, individually and derivatively on behalf of Beacon Associates LLC II,<br><br>                    Defendants. | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES

Imtiaz A. Siddiqui of the law firm of COTCHETT, PITRE & McCARTHY, does hereby enter his appearance as attorneys for Jay Wexler, Daniel Ryan, Theresa Ryan, Matthew Greenberg, Walter Greenberg, Doris Greenberg, The Estate of Leon Greenberg, and Donna M. McBride in the above-entitled cause. Request is hereby made that all Notices in this matter be sent to said counsel.

Dated: August 17, 2010       **COTCHETT, PITRE & McCARTHY**

By    /s/ Imtiaz A. Siddiqui
        Imtiaz A. Siddiqui
**COTCHETT, PITRE & MCCARTHY**
One Liberty Plaza, 23rd Floor
New York, NY 10006
Telephone: (212) 682-3198
Facsimile: (646) 219-6678
isiddiqui@cpmlegal.com
*Attorneys for Jay Wexler, Daniel Ryan, Theresa Ryan, Matthew Greenberg, Walter Greenberg, Doris Greenberg, The Estate of Leon Greenberg, and Donna M. McBride*