EXHIBIT A

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DEBBIE LYNN LINDENBAUM
206 AVON COURT
HEWLETT              NY  11557

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-L0114-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6016

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|       |       |   |       | BALANCE FORWARD                |         | 97,271.09  |   |
| 11/12 | 1,080 |   | 309   | HEWLETT PACKARD CO             | 34.900  | 37,735.00  |   |
| 11/12 | 936   |   | 4133  | WAL-MART STORES INC            | 55.830  | 52,293.88  |   |
| 11/12 | 612   |   | 4635  | INTERNATIONAL BUSINESS MACHS   | 87.270  | 53,433.24  |   |
| 11/12 | 2,268 |   | 8459  | EXXON MOBIL CORP               | 72.880  | 165,381.84 |   |
| 11/12 | 2,484 |   | 8961  | INTEL CORP                     | 14.510  | 36,141.84  |   |
| 11/12 | 1,188 |   | 13287 | JOHNSON & JOHNSON              | 59.580  | 70,828.04  |   |
| 11/12 | 1,620 |   | 17612 | J.P. MORGAN CHASE & CO         | 38.530  | 62,482.60  |   |
| 11/12 | 864   |   | 21938 | COCA COLA CO                   | 44.660  | 38,620.24  |   |
| 11/12 | 504   |   | 26264 | MCDONALDS CORP                 | 55.370  | 27,926.48  |   |
| 11/12 | 936   |   | 30590 | MERCK & CO                     | 28.550  | 26,759.80  |   |
| 11/12 | 3,420 |   | 34916 | MICROSOFT CORP                 | 21.810  | 74,726.20  |   |
| 11/12 | 1,728 |   | 39242 | ORACLE CORPORATION             | 17.300  | 29,963.40  |   |
| 11/12 | 684   |   | 52220 | PEPSICO INC                    | 56.410  | 38,611.44  |   |
| 11/12 | 396   |   | 52722 | APPLE INC                      | 100.780 | 39,923.88  |   |
| 11/12 | 2,916 |   | 56546 | PFIZER INC                     | 16.940  | 49,513.04  |   |
| 11/12 | 684   |   | 57048 | ABBOTT LABORATORIES            | 54.610  | 37,380.24  |   |
| 11/12 | 1,296 |   | 60872 | PROCTER & GAMBLE CO            | 64.080  | 83,098.68  |   |
| 11/12 | 468   |   | 61374 | AMGEN INC                      | 59.160  | 27,704.88  |   |
| 11/12 | 900   |   | 65198 | PHILLIP MORRIS INTERNATIONAL   | 43.600  | 39,276.00  |   |
| 11/12 | 2,160 |   | 65700 | BANK OF AMERICA                | 21.590  | 46,720.40  |   |
| 11/12 | 720   |   | 69524 | QUALCOMM INC                   | 33.770  | 24,342.40  |   |
| 11/12 | 2,340 |   | 70026 | CITI GROUP INC                 | 12.510  | 29,366.40  |   |
| 11/12 | 540   |   | 73850 | SCHLUMBERGER LTD               | 49.480  | 26,740.20  |   |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DEBBIE LYNN LINDENBAUM

206 AVON COURT
HEWLETT    NY    11557

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-L0114-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6016

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,296 | | 74352 | COMCAST CORP CL A | 16.510 | 21,447.96 | |
| 11/12 | 2,556 | | 78176 | AT&T INC | 27 | 69,114.00 | |
| 11/12 | 648 | | 78678 | CONOCOPHILIPS | 52.510 | 34,051.48 | |
| 11/12 | 432 | | 82502 | UNITED PARCEL SVC INC CLASS B | 52.040 | 22,498.28 | |
| 11/12 | 2,628 | | 83004 | CISCO SYSTEMS INC | 16.730 | 44,071.44 | |
| 11/12 | 756 | | 86828 | U S BANCORP | 29.530 | 22,354.68 | |
| 11/12 | 900 | | 87330 | CHEVRON CORP | 73.430 | 66,123.00 | |
| 11/12 | 432 | | 91154 | UNITED TECHNOLOGIES CORP | 53.160 | 22,982.12 | |
| 11/12 | 4,572 | | 91656 | GENERAL ELECTRIC CO | 19.630 | 89,930.36 | |
| 11/12 | 1,224 | | 95480 | VERIZON COMMUNICATIONS | 30.410 | 37,269.84 | |
| 11/12 | 108 | | 95982 | GOOGLE | 337.400 | 36,443.20 | |
| 11/12 | 1,512 | | 99806 | WELLS FARGO & CO NEW | 29.800 | 45,117.60 | |
| 11/12 | | 1,650,000 | 22417 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 1,648,944.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 7.92 |
| 11/12 | | 12,742 | 17517 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 12,742.00 |
| 11/12 | 24,048 | | 26886 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,048.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.95 |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DEBBIE LYNN LINDENBAUM
206 AVON COURT
HEWLETT         NY    11557

PERIOD ENDING: 11/30/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-L0114-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6016

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 24,048 | 52317 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 24,048.00 |
| 11/19 | 125,000 | | 56875 | U S TREASURY BILL DUE 03/26/2009      3/26/2009 | 99.926 | 124,907.50 | |
| 11/19 | 7,000 | | 61355 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,000.00 | |
| | | | | NEW BALANCE | | 197,855.80 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 2,556 | | | AT&T INC | 28.560 | | |
| | 684 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 468 | | | AMGEN INC | 55.540 | | |
| | 396 | | | APPLE INC | 92.670 | | |
| | 2,160 | | | BANK OF AMERICA | 16.250 | | |
| | 900 | | | CHEVRON CORP | 79.010 | | |
| | 2,628 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 2,340 | | | CITI GROUP INC | 8.290 | | |
| | 864 | | | COCA COLA CO | 46.870 | | |
| | 1,296 | | | COMCAST CORP CL A | 17.340 | | |
| | 648 | | | CONOCOPHILIPS | 52.520 | | |
| | 2,268 | | | EXXON MOBIL CORP | 80.150 | | |
| | 4,572 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | | Affiliated with |
|---|---|---|
| **BERNARD L. MADOFF** **INVESTMENT SECURITIES LLC** New York ☐ London | 885 Third Avenue New York, NY 10022 (212) 230-2424 800 334-1343 Fax (212) 838-4061 | Madoff Securities International Limited 12 Berkeley Street Mayfair, London W1J 8DT Tel 020 7493 6222 |

DEBBIE LYNN LINDENBAUM

206 AVON COURT
HEWLETT          NY    11557

PERIOD ENDING: 11/30/08
PAGE: 4
YOUR ACCOUNT NUMBER: 1-L0114-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6016

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 108 | | | GOOGLE | 292.960 | | |
| | 1,080 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 2,484 | | | INTEL CORP | 13.800 | | |
| | 612 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 1,620 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,188 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 504 | | | MCDONALDS CORP | 58.750 | | |
| | 936 | | | MERCK & CO | 26.720 | | |
| | 3,420 | | | MICROSOFT CORP | 20.220 | | |
| | 1,728 | | | ORACLE CORPORATION | 16.090 | | |
| | 684 | | | PEPSICO INC | 56.700 | | |
| | 2,916 | | | PFIZER INC | 16.430 | | |
| | 900 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,296 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 720 | | | QUALCOMM INC | 33.570 | | |
| | 540 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 7,000 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 756 | | | U S BANCORP | 26.980 | | |
| | 432 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 125,000 | | | U S TREASURY BILL DUE 03/26/2009    3/26/2009 | 99.971 | | |
| | 432 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE    5 | | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DEBBIE LYNN LINDENBAUM
206 AVON COURT
HEWLETT            NY    11557

PERIOD ENDING: 11/30/08
PAGE: 5
YOUR ACCOUNT NUMBER: 1-L0114-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6016

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,224 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 936 | | | WAL-MART STORES INC | 55.880 | | |
| | 1,512 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG             SHORT | | | |
| | | | | 1,718,062.19 | | | |