UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,
                      Plaintiff.
 -v-

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC.
                      Defendant.
-----------------------------------------------------------------X

SIPC Liquidation
Adv. Pro. No. 08-01789 (BRL)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
                     )ss:
COUNTY OF NASSAU )

    **CHRISTINE C. FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Glen Cove, New York.

    On August 18, 2010, I served a copy of the ***Objection to Trustee's Determination of Claim of Debbie Lynn Lindenbaum*** via Federal Express upon:

Irving H. Picard, Trustee
c/o Baker & Hostetler, LLP.
45 Rockefeller Plaza
New York, NY 10111

Bikramjit Cheema, Esq.
c/o Baker & Hostetler, LLP.
45 Rockefeller Plaza
New York, NY 10111

and by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of Federal Express, addressed to each of the attached named parties at the last known address set forth after each name.

                                                           /s/Christine C. Follett_____
                                                           CHRISTINE C. FOLLETT

Sworn to before me this
19th day of August, 2010

/s/Marion Panos_____
Notary Public, State of New York
No. 01PA5046969
Qualified in Nassau County
Commission Expires July 24, 2013

                                                                                                 2240863-1