# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _Lax & Neville, LLP_
_212 696-1999_

HOME: _____

Taxpayer I.D. Number (Social Security No.)
_077 30 2985_

Account Number:    1F0098
CONSTANCE FRIEDMAN
2438 S W CARRIAGE PLACE
PALM CITY, FL  34990

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

**************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of        $____N/A/0____
      b.    I owe the Broker a Debit (Dr.) Balance of           $_____0_____

502180406                                    1

c.   If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                               $_____0_____

d.   If balance is zero, insert "None."            _____0_____

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | *See November 30, 2008* | | |
| | *Account statement at* | | |
| | *Exhibit B.* | | |
| | | | |
| | | | |

Number of Shares or Face Amount of Bonds

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

9.     Have you or any member of your family
       ever filed a claim under the Securities
       Investor Protection Act of 1970?  if
       so, give name of that broker.                    _____  ✓ _____

       Please list the full name and address of anyone assisting you in the
       preparation of this claim form: Brian J. Neville, Lax & Neville, LLP
       1412 Broadway, Suite 1407, New York, NY 10019

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date   3/6/09 _____       Signature  Constance Friedman _____

Date _____       Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



**LAX & NEVILLE, LLP**
**ATTORNEYS AT LAW**

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

BARRY R. LAX
BRIAN J. NEVILLE
BRENT A. BURNS
DAVID S. RICH

SANDRA P. ESPINOSA

March 6, 2009

**VIA CERTIFIED MAIL**
**RETURNED RECEIPT REQUESTED**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

      RE:    Constance Friedman /Bernard L. Madoff Investment Securities LLC

Dear Mr. Picard:

      This firm represents Constance Friedman and has assisted her in the preparation of her Bernard L. Madoff Investment Securities LLC ("Madoff Securities") SIPC Customer Claim Form. Enclosed herein you will find a completed Customer Claim Form for Constance Friedman's account. Additionally, below is a description of the relationship between Constance Friedman and Madoff Securities. The statements made in this letter are true and accurate to best of our knowledge and belief, and are being provided to support Constance Friedman's SIPC claim.

      We respectfully request that Constance Friedman's SIPC Claim Form be handled in an expedited manner. Constance Friedman is 69 years old and is married to Neil Friedman, who is 74 years old. Neil and Constance's only current source of income is social security benefits,

# LAX NEVILLE

Irving H. Picard
March 6, 2009
Page 2 of 3

exclusive of an emergency fund that they established, worth approximately $100,000. The funds in the Friedman's Madoff Securities accounts were their retirement funds. The Friedman's exemplify the severity, scope and hardship caused by the Madoff Securities fraud. Indeed, the Friedman's can no longer afford to make their mortgage payments. As a result, a friend of theirs took on their mortgage, which the Friedman's will pay on a note at the sale of the house, so the Friedman's would not lose their home. Please, any expedited determination of this claim is greatly appreciated.

In or about 1982, Constance and Neil Friedman opened a joint account with Madoff Securities. In or about 1999, the joint account was changed to an individual account, in the name of Constance Friedman, at the recommendation of an estate planning attorney. They have records of deposits made into the account from 1994 through 2007, totaling $501,650. Attached hereto as Exhibit A are copies of the checks deposited into Constance Friedman's Madoff Securities account. The deposits derived from, among other things, the proceeds of the sale of the Friedman's home in 1999 and funds contributed by a family partnership, the Friedman Investment Fund. Constance and Neil Friedman withdrew funds from the account on a quarterly basis to pay for living expenses and taxes. Constance Friedman's monthly Madoff Securities account statement for November 30, 2008 shows a balance of $2,122,157.80. Attached hereto as Exhibit B is Constance Friedman's November 30, 2008 account statement. Constance Friedman has paid to the IRS all appropriate capital gains taxes that resulted from her Madoff Securities account.

# LAX NEVILLE

Irving H. Picard
March 6, 2009
Page 3 of 3

Constance Friedman received account statements and confirmations from Madoff Securities reflecting the securities purchased and showing she held securities in her account. Based upon the account statements and confirmations, Constance Friedman at all times expected to have those securities in her account. The balance in Constance Friedman's account as of the filing date is $2,122,157.80. *See* the November 30, 2008 account statement at Exhibit B.

Neil Friedman is simultaneously submitting a separate SIPC Claim Form for his Accu-Plan Employees Profit Sharing Trust account with Madoff Securities – the Accu-Plan Employees Profit Sharing Trust - Account No: 1-A0083-3-0.

## CONCLUSION

Constance Friedman is seeking the full protection of SIPA for her account as follows:

- Account No: 1-F0098-3-0        Constance Friedman

Total = **$2,122,157.80**

If there are any questions regarding this matter or if you require additional documents and information, please do not hesitate to contact me. Thank you.

Very truly yours,
Lax & Neville, LLP

By: *Brian Neville/sre*
Brian J. Neville

ENC.

# EXHIBIT A

| Bernard L. Madoff Securities | | |
| :--- | :--- | :--- |
| Deposited Acct.# 1-F0098-3-0 | | |
| Check Number | Date | Amount |
| 5045 | 08/08/94 | $5,150 |
| 6679 | 08/14/98 | $30,000 |
| 6925 | 04/13/99 | $2,000 |
| 7021 | 07/15/99 | $200,000 |
| 429 | 10/10/00 | $20,000 |
| 697 | 06/08/01 | $5,000 |
| 805 | 04/02/02 | $14,000 |
| 194 | 08/26/02 | $7,500 |
| 385 | 05/08/03 | $7,000 |
| 449 | 8/22/2003 | $16,000 |
| 499 | 10/9/2003 | $9,000 |
| 528 | 12/02/03 | $67,000 |
| 575 | 02/06/04 | $5,000 |
| 723 | 09/22/04 | $6,000 |
| 736 | 10/11/04 | $6,000 |
| 757 | 11/08/04 | $16,000 |
| 779 | 12/13/04 | $5,000 |
| 809 | 1/26/2005 | $6,000 |
| 942 | 08/19/05 | $12,000 |
| 975 | 10/11/05 | $11,000 |
| 988 | 11/14/05 | $11,000 |
| 1029 | 01/11/06 | $5,000 |
| 1105 | 05/16/06 | $5,000 |
| 1160 | 08/11/06 | $7,000 |
| 1198 | 10/13/06 | $5,000 |
| 1220 | 11/20/06 | $5,000 |
| 1283 | 03/16/07 | $5,000 |
| 1444 | 10/22/07 | $9,000 |
| | | $501,650 |

**CONSTANCE FRIEDMAN**
**NEIL S. FRIEDMAN**
12 DENTON COURT
ROCKVILLE CENTRE, NY  11570-4430

1-2/210 203    7021

Date *July 15, 99*

Pay to the order of *Bernard L. Madoff*            $200,000

*Two hundred thousand dollars*            Dollars

**CHASE**  The Chase Manhattan Bank
10 North Village Avenue
Rockville Centre, LI, NY 11570

**SELECT BANKING**®

Memo *1-F0098-3-0*            *Neil S. Friedman*

⑆021000021⑆ 203232186⑈ 7021 ⑆0020000000⑈

---



**CONSTANCE FRIEDMAN**
**NEIL S. FRIEDMAN**
12 DENTON COURT
ROCKVILLE CENTRE, NY  11570-4430

1-2/210 203    6925

*April 13   1999*

Pay to the order of *Bernard L. Madoff*            $2000

*Two thousand &*            Dollars

**CHASE**  The Chase Manhattan Bank
10 North Village Avenue
Rockville Centre, LI, NY 11570

**SELECT BANKING**®

Memo *1-R0083-3* *IRA Contribution*            *Constance Friedman*

⑆021000021⑆ 203232186⑈ 6925 ⑆0000200000⑈

---



**CONSTANCE FRIEDMAN**
**NEIL S. FRIEDMAN**
12 DENTON COURT
ROCKVILLE CENTRE, NY  11570-4430

1-2/210 203    6679

*Aug 11  1998*

Pay to the order of *Bernard L. Madoff*            $30,000

*Thirty thousand dollars*            Dollars

**CHASE**  The Chase Manhattan Bank
10 North Village Avenue
Rockville Centre, LI, NY 11570

**SELECT BANKING**®

Memo *Acct # 1-F0098-3-0*            *Neil S. Friedman*

⑆021000021⑆ 203232186⑈ 6679 ⑆0003000000⑈

---



**CONSTANCE FRIEDMAN**
12 DENTON CT.
ROCKVILLE CENTRE, NY  11570

1-12/280 203    5045

*August 8  1994*

Pay to the order of *Bernard L. Madoff*            $5,150

*Five thousand one hundred fifty &*            DOLLARS

**First National**
BANK AND TRUST COMPANY
THE SuperCommunity Bank℠

NEIL S FRIEDMAN

Account No.:   4070069666

10/16/00                    429              20,000.00

**First National**
BANK AND TRUST COMPANY
THE SuperCOMMUNITY BANK®

NEIL S FRIEDMAN

Account No.:   4070069666

6/13/01              597          5,000.00

# First National
### BANK AND TRUST COMPANY
THE SUPERCOMMUNITY BANK ℠

**Account No.:   4070184846**

4/8/02                    805              14,000.00



**First National**
BANK AND TRUST COMPANY
THE SUPERCOMMUNITY BANK℠

NEIL S FRIEDMAN

Account No.:   4070184846

9/3/02                    194              7,500.00



**First National**
BANK AND TRUST COMPANY
THE SUPERCOMMUNITY BANK℠

NEIL S FRIEDMAN

Account No.: 4070184846

NEIL S. FRIEDMAN
CONSTANCE FRIEDMAN
5455 SW CORSAIR PLACE
PALM CITY, FL 00000

385

DATE May 8 03

PAY TO THE
ORDER OF Bernard L. Madoff _____ $ 7000

Seven thousand _____ DOLLARS

Constance Friedman

5/15/03                    385                7,000.00



**First National**
BANK AND TRUST COMPANY
THE SUPERCOMMUNITY BANK ℠

NEIL S FRIEDMAN

Account No.:   4070184846

8/27/2003              449           16,000.00



**First National**
BANK AND TRUST COMPANY
THE SuperCOMMUNITY BANK ℠

NEIL S FRIEDMAN

Account No.:   4070184846

NEIL S. FRIEDMAN
CONSTANCE FRIEDMAN
8436 SW SAVANNAH PLACE
PALM CITY, FL 34990

499

Date Oct 9 .03

Constance Friedman

10/16/2003          499          9,000.00

First National
BANK AND TRUST COMPANY
THE SUPERCOMMUNITY BANK℠

NEIL S FRIEDMAN

Account No.:    4070184846

| 12/10/2003 | 528 | 67,000.00 |



**First National**
BANK AND TRUST COMPANY

THE SUPERCOMMUNITY BANK

NEIL S FRIEDMAN

Account No.:   4070184846

2/11/2004                    575              5,000.00



**First National**
BANK AND TRUST COMPANY
THE SUPERCOMMUNITY BANK®

NEIL S FRIEDMAN

Account No.:  4070184846

---

NEIL S. FRIEDMAN
CONSTANCE FRIEDMAN
5200 SW CARRIAGE PLACE
PALM CITY, FL 34990

723

DATE Sept. 28 04

PAY TO THE ORDER OF Bernard L. Madoff                    $ 6000 ⁰⁰

Six Thousand + ⁰⁰/₁₀₀                                    DOLLARS

**First National**
BANK AND TRUST COMPANY
TREASURE COAST CLUB

FOR 1-800-98-2-0                    Constance Friedman

⑆069005158⑆    4070184846⑆ 0723    ⑈000006000000⑈

9/30/2004                    723                    6,000.00


**First National**
BANK AND TRUST COMPANY
THE SuperCOMMUNITY BANK℠

NEIL S FRIEDMAN

Account No.:   4070184846

NEIL S. FRIEDMAN
CONSTANCE FRIEDMAN
PALM CITY, FL                                    736

DATE Oct 11 04

PAY TO THE ORDER OF  Bernard L. Madoff          $ 6000.00

Six Thousand & 00                               DOLLARS

First National
BANK AND TRUST COMPANY
TREASURE COAST CLUB
PALM CITY, FLORIDA

Constance Friedman

⑈065700545811⑆  ⑆407018484611  0736  /0000600000/

10/19/2004                736           6,000.00



**First National**
BANK AND TRUST COMPANY
THE SuperCommunity Bank

NEIL S FRIEDMAN

Account No.:  4070184846

NEIL S. FRIEDMAN
CONSTANCE FRIEDMAN
8426 SW CAPRIONS PLACE
PALM CITY, FL 34990

No. 787

DATE Nov 8 04

PAY TO THE ORDER OF  Bernard L. Madoff    $ 16000

Sixteen Thousand + 00/100    DOLLARS

**First National**
BANK AND TRUST COMPANY
THE SuperCommunity Bank
8426 SW FLORIDA BANK
PALM CITY, FLORIDA 34990

TREASURE COAST CU/9

FOR 1-20038-3-2    Constance Friedman

⑆065700818⑆    4070184846⑈ 0757  ⑈000 1600000⑈

11/17/2004                    757            16,000.00

**First National**
BANK AND TRUST COMPANY
THE SUPERCOMMUNITY BANK "

NEIL S FRIEDMAN

Account No.:    4070184846

12/15/2004

12/20/2004                    779              5,000.00

**First National**
BANK AND TRUST COMPANY
THE SUPERCOMMUNITY BANK℠

NEIL S FRIEDMAN

Account No.: 4070184846

NEIL S. FRIEDMAN
CONSTANCE FRIEDMAN
8450 SW CARRIAGE PLACE
PALM CITY, FL 34990

809

DATE _Jan 26 05_

PAY TO THE
ORDER OF _Bernard L. Madoff_ ___ $ 6,000

_Six thousand _____ DOLLARS

First National
BANK AND TRUST COMPANY

TREASURE COAST CLUB

_Constance Friedman_

⑆08 7009 1681⑆  4070 184846⑈ 0809  ⑆0000600000⑈

2/2/2005     809     6,000.00

First National
BANK AND TRUST COMPANY
Your SUPER COMMUNITY BANK
Doc 2880-2    Filed 08/19/10    Entered 08/19/10 13:20:44    Exhibit B
Pg 26 of 43
Account: 4070184846

08/24/2005    942    $12,000.00

NEIL S FRIEDMAN
Account: 4070184846



10/17/2005   975   $11,000.00

NEIL B FRIEDMAN
Account: 4070184846



11/21/2005    988    $11,000.00

First National
BANK AND TRUST COMPANY
YOUR SUPERCOMMUNITY BANK℠

Case 09-01789-smb    Doc 2880-2    Filed 08/19/10    Entered 08/19/10 18:26:44    Exhibit B
Pg 29 of 43

NEIL S FRIEDMAN
Account: 4070184846



01/19/2006    1029    $5,000.00

05/24/2006    1105    $5,000.00



08/16/2006    1160    $7,000.00

NEIL S FRIEDMAN
Account: 4070184846



10/17/2006    1198    $5,000.00

NEIL S. FRIEDMAN
CONSTANCE FRIEDMAN
5406 SW CARIBANS PLACE
PALM CITY, FL 34990

1220

DATE Nov 20 06

PAY TO THE ORDER OF  Bernard L. Madoff   $ 5,000 00

Five Thousand + 00/100   DOLLARS

First National
BANK AND TRUST COMPANY
54 AUTHORIZED SIGNATURE
PALM CITY, FLORIDA 34990

TREASURE COAST CLUB

MEMO 1-6-0018-3-0   Constance Friedman

⑈063700568⑈   4070184846⑈ 1120 ⑈000050000⑈

11/27/2006   1220   $5,000.00

**Seacoast**
NATIONAL BANK

Doc 2880-2   Filed 08/19/10   Entered 08/19/10 18:26:44   Exhibit B
Pg 34 of 43

NEIL S FRIEDMAN
Account: 4070184846



03/20/2007   1293   $5,000.00

**Seacoast**
NATIONAL BANK

NEIL S. FRIEDMAN
Account: 4070184846



10/25/2007    1444    $9,000.00

# EXHIBIT B



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4661

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

CONSTANCE FRIEDMAN

2438 S W CARRIAGE PLACE
PALM CITY          FL   34990

| DATE | 11/30/08 | 1-F0098-3-0 | ***-**-2985 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKR | SECURITY | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 124,460.78 | |
| 1/12 | 1,170 | | 3443 | WAL-MART STORES INC | 55.830 | 65,367.10 | |
| 1/12 | 765 | | 3965 | INTERNATIONAL BUSINESS MACHS | 87.270 | 66,791.55 | |
| 1/12 | 2,835 | | 7769 | EXXON MOBIL CORP | 72.880 | 206,727.80 | |
| 1/12 | 3,105 | | 8271 | INTEL CORP | 14.510 | 45,177.55 | |
| 1/12 | 1,485 | | 12551 | JOHNSON & JOHNSON | 57.530 | 85,525.30 | |
| 1/12 | 2,025 | | 16923 | JP MORGAN CHASE & CO | 36.590 | 74,110.25 | |
| 1/12 | 1,080 | | 21248 | COCA COLA CO | 44.660 | 48,275.80 | |
| 1/12 | 630 | | 25574 | MCDONALDS CORP | 55.370 | 34,908.10 | |
| 1/12 | 1,170 | | 29990 | PHILIP | 28.550 | 33,449.50 | |
| 1/12 | 4,275 | | 34226 | MICROSOFT CORP | 21.818 | 93,408.75 | |
| 1/12 | 3,160 | | 38552 | ORACLE CORPORATION | 17.300 | 37,454.00 | |
| 1/12 | 855 | | 51530 | PEPSICO INC | 56.410 | 48,264.55 | |
| 1/12 | 495 | | 52032 | APPLE INC | 100.780 | 49,905.10 | |
| 1/12 | 3,645 | | 55696 | PFIZER INC | 16.940 | 61,891.30 | |
| 1/12 | 855 | | 56358 | ABBOTT LABORATORIES | 54.610 | 46,725.55 | |
| 1/12 | 1,620 | | 60102 | PROCTER & GAMBLE CO | 64.080 | 103,673.60 | |
| 1/12 | 585 | | 60688 | AMGEN INC | 59.160 | 34,631.60 | |
| 1/12 | 1,125 | | 64508 | PHILIP MORRIS INTERNATIONAL | 43.680 | 49,095.00 | |
| 1/12 | 2,700 | | 65010 | BANK OF AMERICA | 21.590 | 58,401.00 | |
| 1/12 | 900 | | 68834 | QUALCOMM INC | 33.770 | 30,429.00 | |
| 1/12 | 2,925 | | 69336 | CITIGROUP INC | 12.510 | 36,708.75 | |
| 1/12 | 675 | | 73160 | SCHLUMBERGER LTD | 49.460 | 33,426.00 | |
| 1/12 | 1,620 | | 73662 | COMCAST CORP CL A | 16.510 | 26,810.20 | |
| | | | | CONTINUED ON PAGE   2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PAGE 2

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ********2985

YOUR ACCOUNT NUMBER 1-F0098-3-0

CONSTANCE FRIEDMAN
2433 S W CARRIAGE PLACE
PALM CITY            FL  34990

| DATE | BOUGHT (Received or Long) | SOLD (Delivered or Short) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 3,195 | | 77486 | AT&T INC | 27 | 86,392.00 | |
| 11/12 | 810 | | 77988 | CONOCOPHILLIPS | 52.510 | 42,565.10 | |
| 11/12 | 540 | | 81812 | UNITED PARCEL SVC INC CLASS B | 52.040 | 28,122.60 | |
| 11/12 | 3,285 | | 82314 | CISCO SYSTEMS INC | 16.730 | 55,089.05 | |
| 11/12 | 945 | | 84138 | U S BANCORP | 29.530 | 27,942.85 | |
| 11/12 | 1,125 | | 86640 | CHEVRON CORP | 73.430 | 82,653.75 | |
| 11/12 | 540 | | 90464 | UNITED TECHNOLOGIES CORP | 53.160 | 28,727.40 | |
| 11/12 | 5,715 | | 90966 | GENERAL ELECTRIC CO | 19.630 | 112,413.45 | |
| 11/12 | 1,530 | | 94390 | VERIZON COMMUNICATIONS | 30.410 | 46,588.30 | |
| 11/12 | 135 | | 95292 | GOOGLE | 337.400 | 45,554.00 | |
| 11/12 | 1,890 | | 99116 | WELLS FARGO & CO NEW | 29.800 | 56,397.00 | |
| 11/12 | 1,350 | | 21728 | HEWLETT PACKARD CO | 34.900 | 47,169.00 | |
| 11/12 | | 2,050,000 | | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 2,048,688.00 |
| 1/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 1.40 |
| 1/12 | 3,035 | | 16827 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 3,035.00 |
| 1/12 | 4,658 | | 26196 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,658.00 | |
| 1/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .57 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

CONSTANCE FRIEDMAN

2438 S W CARRIAGE PLACE
PALM CITY          FL    34990

PAGE 3

11/30/08     ********2985     1-F0098-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRAN | SECURITY | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /19 | | 4,658 | 51557 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 4,658.00 |
| /19 | 125,080 | | 56162 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 124,907.50 | |
| /19 | 14,571 | | 60596 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 14,571.00 | |
| | | | | NEW BALANCE | | 250,190.16 | |
| | | | | SECURITY POSITIONS | THIS PAGE | | |
| | 3,195 | | | AT&T INC | 28,560 | | |
| | 855 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 585 | | | AMGEN INC | 55.540 | | |
| | 495 | | | APPLE INC | 92.670 | | |
| | 2,700 | | | BANK OF AMERICA | 16.250 | | |
| | 1,125 | | | CHEVRON CORP | 79.010 | | |
| | 3,285 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 2,925 | | | CITI GROUP INC | 8.290 | | |
| | 1,080 | | | COCA COLA CO | 46.870 | | |
| | 1,620 | | | COMCAST CORP CL A | 17.340 | | |
| | 810 | | | CONOCOPHILLIPS | 52.520 | | |
| | 2,835 | | | EXXON MOBIL CORP | 80.150 | | |
| | 5,715 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

CONSTANCE FRIEDMAN

2438 S W CARRIAGE PLACE
PALM CITY          FL    34990

| PAGE | 4 |
| YOUR TAXPAYER IDENTIFICATION NUMBER | ***-**-2985 |
| PERIOD ENDING | 11/30/08 |
| YOUR ACCOUNT NUMBER | 1-F0098-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 135 | | | GOOGLE | 292.960 | | |
| | 1,350 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 3,105 | | | INTEL CORP | 13.980 | | |
| | 765 | | | INTERNATIONAL BUSINESS MACHS | 81.660 | | |
| | 2,025 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,485 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 630 | | | MCDONALDS CORP | | | |
| | 1,170 | | | MERCK & CO | 26.720 | | |
| | 4,275 | | | MICROSOFT CORP | 20.220 | | |
| | 24,160 | | | ORACLE CORPORATION | 16.090 | | |
| | 855 | | | QUALCOM INC | | | |
| | 3,645 | | | PFIZER INC | | | |
| | 1,125 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,620 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 900 | | | QUALCOMM INC | 13.570 | | |
| | 675 | | | SCHLUMBERGER LTD | 56.740 | | |
| | 14,571 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 945 | | | U S BANCORP | 26.900 | | |
| | 540 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 125,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 540 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE   5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel. 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

CONSTANCE FRIEDMAN

2438 S W CARRIAGE PLACE
PALM CITY          FL   34990

PAGE 5

11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******2985

YOUR ACCOUNT NUMBER 1-F0098-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 1,530 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 1,170 | | | WAL-MART STORES INC | 55.880 | | |
| | 1,890 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | 2,122,157.80 | | | |
| | | | | SHORT | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

CONSTANCE FRIEDMAN

2438 S W CARRIAGE PLACE
PALM CITY    FL    34990

PAGE 6

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ********2985

YOUR ACCOUNT NUMBER 1-F0098-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | XXX | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 14,096.68 |
| | | | | GROSS PROCEEDS FROM SALES | | | 11,972,888.94 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

CONSTANCE FRIEDMAN
2438 S W CARRIAGE PLACE
PALM CITY          FL     34990

Account No: 1-F0098-4-0     11/30/08     Tax Identification Number: ******2985     Page 1

| DATE | BOUGHT RECEIVED ON LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 124,461.00 |
| /12 | | 45 | 42878 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 71,055.00 |
| /12 | 45 | | 47204 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 80,145.00 | |
| /19 | | 45 | 23388 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 116,955.00 |
| /19 | | 45 | 37633 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 135,045.00 | |
| /19 | | 45 | 43558 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 13,545.00 | |
| /19 | 45 | | 46283 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 166,455.00 |
| | | | | NEW BALANCE | | | 250,191.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 45 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG     74,250.00 | | | |
| | | | | SHORT    104,850.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES