# EXHIBIT A

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008[1]

### NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

August 3, 2010

Chalek Associates LLC
c/o Morton Chalek
30 West 60th Street, Apt. 7C
New York, New York 10023

Dear Chalek Associates LLC:

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claims on BLMIS Account No. 1C1229 designated as Claim Number 000898 and Claim Number 006938 (the latter of which is duplicative of Claim Number 000898) and combined ("Combined Claim") for purposes of this determination. This letter shall serve as the Trustee's determination with respect to the Combined Claim:

Your Combined Claim for a credit balance of $2,355,982.67 is **DENIED**. No securities were ever purchased for your account.

---

[1] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

300083962.1

## Table 1

### DEPOSITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 12/26/1996 | TRANS FROM 1S017010 | $35,000.00 | $22,233.07 |
| 12/26/1996 | TRANS FROM 1C104310 | $153,590.19 | $0.00 |
| 12/26/1996 | TRANS FROM 1C104410 | $245,513.02 | $0.00 |
| 12/26/1996 | TRANS FROM 1C104110 | $778,799.78 | $0.00 |
| 12/26/1996 | TRANS FROM 1C104210 | $127,822.58 | $0.00 |
| 10/1/1998 | CHECK | $80,000.00 | $80,000.00 |
| 9/19/2001 | CHECK | $70,000.00 | $70,000.00 |
| 3/25/2004 | CHECK | $410,000.00 | $410,000.00 |
| 9/22/2004 | CHECK | $100,000.00 | $100,000.00 |
| 5/22/2007 | CHECK | $1,190,000.00 | $1,190,000.00 |
| 11/26/2008 | CHECK | $61,000.00 | $61,000.00 |
| **Total Deposits:** | | $3,251,725.57 | $1,933,233.07 |

### WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 4/11/1997 | CHECK | ($74,013.13) | ($74,013.13) |
| 7/11/1997 | CHECK | ($92,248.99) | ($92,248.99) |
| 10/10/1997 | CHECK | ($48,400.78) | ($48,400.78) |
| 1/13/1998 | CHECK | ($50,771.29) | ($50,771.29) |
| 4/8/1998 | CHECK | ($70,503.68) | ($70,503.68) |
| 7/1/1998 | CHECK | ($60,000.00) | ($60,000.00) |
| 7/9/1998 | CHECK | ($70,464.79) | ($70,464.79) |
| 10/9/1998 | CHECK | ($36,213.03) | ($36,213.03) |
| 1/13/1999 | CHECK | ($73,920.52) | ($73,920.52) |
| 4/1/1999 | CHECK | ($54,000.00) | ($54,000.00) |
| 7/1/1999 | CHECK | ($310,000.00) | ($310,000.00) |
| 1/3/2000 | CHECK | ($60,000.00) | ($60,000.00) |
| 4/3/2000 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/3/2000 | CHECK | ($45,000.00) | ($45,000.00) |
| 9/20/2000 | CHECK | ($50,000.00) | ($50,000.00) |
| 1/2/2001 | CHECK | ($50,000.00) | ($50,000.00) |
| 4/2/2001 | CHECK | ($45,000.00) | ($45,000.00) |
| 7/2/2001 | CHECK | ($88,000.00) | ($88,000.00) |
| 4/1/2002 | CHECK | ($46,000.00) | ($46,000.00) |
| 7/1/2002 | CHECK | ($47,000.00) | ($47,000.00) |
| 10/1/2002 | CHECK | ($55,000.00) | ($55,000.00) |
| 12/13/2002 | CHECK | ($40,000.00) | ($40,000.00) |
| 4/1/2003 | CHECK | ($20,000.00) | ($20,000.00) |
| 7/1/2003 | CHECK | ($45,000.00) | ($45,000.00) |
| 10/1/2003 | CHECK | ($60,000.00) | ($60,000.00) |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 1/2/2004 | CHECK | ($47,000.00) | ($47,000.00) |
| 7/1/2004 | TRANS TO 1S026030 | ($120,000.00) | $0.00 |
| 7/1/2004 | CHECK | ($20,000.00) | ($20,000.00) |
| 1/3/2005 | CHECK | ($40,000.00) | ($40,000.00) |
| 4/1/2005 | CHECK | ($60,000.00) | ($60,000.00) |
| 4/8/2005 | STOP PAYMENT | $60,000.00 | $60,000.00 |
| 4/8/2005 | CHECK | ($75,000.00) | ($75,000.00) |
| 7/1/2005 | CHECK | ($85,000.00) | ($85,000.00) |
| 10/3/2005 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/3/2006 | CHECK | ($70,000.00) | ($70,000.00) |
| 4/3/2006 | CHECK | ($60,000.00) | ($60,000.00) |
| 7/3/2006 | CHECK | ($160,000.00) | ($160,000.00) |
| 10/2/2006 | CHECK | ($38,000.00) | ($38,000.00) |
| 1/2/2007 | STOP PAYMENT | $60,000.00 | $60,000.00 |
| 1/2/2007 | CHECK | ($60,000.00) | ($60,000.00) |
| 1/2/2007 | CHECK | ($60,000.00) | ($60,000.00) |
| 4/2/2007 | CHECK | ($40,000.00) | ($40,000.00) |
| 7/2/2007 | CHECK | ($38,000.00) | ($38,000.00) |
| 10/1/2007 | CHECK | ($65,000.00) | ($65,000.00) |
| 1/2/2008 | CHECK | ($30,000.00) | ($30,000.00) |
| 4/1/2008 | CHECK | ($400,000.00) | ($400,000.00) |
| 7/1/2008 | CHECK | ($61,000.00) | ($61,000.00) |
| 10/1/2008 | CHECK | ($142,000.00) | ($142,000.00) |
| **Total Withdrawals:** | | ($3,252,536.21) | ($3,132,536.21) |
| | | | |
| **Total deposits less withdrawals:** | | ($810.64) | ($1,199,303.14) |