MOSES & SINGER LLP
Mark N. Parry
Declan M. Butvick
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800

*Attorneys for S. Donald Friedman*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORP., <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br> (Substantively Consolidated) |
| In re <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 20th day of August, 2010, he caused a copy of the:

- **Objection to Trustee's Determination of Claim**

to be served By Hand on:

                Irving H. Picard, Trustee
                c/o Baker & Hostetler LLP
                45 Rockefeller Plaza
                New York, New York 10111

816865v2  080167.0101

        Clerk of the United States Bankruptcy Court for
        The Southern District of New York
        One Bowling Green
        New York, New York 10004

and served via the Electronic Case Filing System upon the registered participants as identified on the Notice of Electronic Filing

          /s/ Don K. Kick
          Don K. Kick

Sworn to before me on August 20, 2010

   /s/ Marie S. Leybag
Notary Public

    Marie S. Leybag
Notary Public, State of New York
   No. 01LE5060744
  Qualified in Queens County
Commission Expires: May 20, 2014

816865v2  080167.0101