EXHIBIT B

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY TRUSTEE FOR FOURTH INTERIM
PERIOD OF FEBRUARY 1, 2009 THROUGH MAY 31, 2010

| Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|
| 01 | Case Administration | 101.4 | $83,655.00 |
| 02 | Claims Review and Related Matters | 223.9 | 184,717.50 |
| 03 | Trustee Investigation | 58.4 | 48,180.00 |
| 04 | Banks and Feeder Funds | 7.9 | 6,517.50 |
| 05 | Trustee Report | 11.9 | 9,817.50 |
| 06 | Asset Search, Recovery and Sale | 33.3 | 27,472.50 |
| 07 | Avoidance Actions | 88.6 | 73,095.00 |
| 08 | Bankruptcy Court Litigation and Related Matters | 129.7 | 107,002.50 |
| 09 | Non-Bankruptcy Court Litigation | 40.4 | 33,330.00 |
| 10 | Court Appearance | 20.3 | 16,747.50 |
| 11 | Internal Office Meetings with Staff | 7.4 | 6,105.00 |
| 12 | Out of Office Meetings | - | - |
| 13 | USAO | 20.9 | 17,242.50 |
| 14 | SEC/FINRA | 7.4 | 6,105.00 |
| 16 | Fee Application and Related Matters | 18.8 | 15,510.00 |
| 17 | Press Inquiries and Responses | 36.7 | 30,277.50 |
| 18 | Luxembourg Litigation | 2.7 | 2,227.50 |
| | **Less 10% Public Interest Discount** | | (66,800.25) |
| | **Grand Total** | 809.7 | $601,202.25 |

**Current Application**

| | |
|---|---|
| Interim Compensation Requested | $ 601,202.25 |
| Interim Compensation Paid | (511,021.92) |
| Interim Compensation Deferred | $ 90,180.33 |

**Prior Applications**

| | |
|---|---|
| Interim Compensation Requested | $ 2,266,425.00 |
| Interim Compensation Paid | (1,926,461.25) |
| Interim Compensation Deferred | $ 339,963.75 |