## EXHIBIT C

## EXPENSE SUMMARY BY TRUSTEE FOR FOURTH INTERIM PERIOD OF FEBRUARY 1, 2009 THROUGH MAY 31, 2010

| Code Description | Amount |
|---|---|
| Telephone (E105) | $ 23.88 |
| Local Travel (E109) | 15.75 |
| Grand Total | $ 39.63 |

**Prior Applications**

Reimbursement of Expenses Requested and Rewarded    $  1,043.91