EXHIBIT D
SUMMARY OF FOURTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM FEBRUARY 1, 2010 THROUGH MAY 31, 2010

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Sharp Jr, Joel H | 1964 | 385.00 | 1.00 | $ 385.00 |
| | Lieberstein, Eugene | 1965 | 435.00 | 77.90 | 33,886.50 |
| | Carrey, Neil | 1968 | 495.00 | 0.90 | 445.50 |
| | Sheehan, David J. | 1968 | 825.00 | 1,015.10 | 837,457.50 |
| | Dabb, Wayne C | 1971 | 520.00 | 2.00 | 1,040.00 |
| | Colombo, Louis A | 1973 | 550.00 | 163.40 | 89,870.00 |
| | Cymrot, Mark A | 1973 | 725.00 | 71.10 | 51,547.50 |
| | Matthias, Michael R | 1973 | 595.00 | 554.30 | 329,808.50 |
| | Moscow, John W | 1973 | 735.00 | 441.50 | 324,502.50 |
| | Hutchinson, Jr, Joseph F | 1974 | 625.00 | 14.70 | 9,187.50 |
| | Bash, Brian A | 1975 | 640.00 | 288.00 | 184,320.00 |
| | Eyre, Paul P | 1975 | 690.00 | 177.00 | 122,130.00 |
| | Long, Thomas L | 1976 | 600.00 | 592.60 | 355,560.00 |
| | Markowitz, Laurence S | 1977 | 675.00 | 15.90 | 10,732.50 |
| | Siehl, Richard W | 1977 | 470.00 | 0.30 | 141.00 |
| | Kuntz, William F | 1978 | 620.00 | 303.90 | 188,418.00 |
| | Gibson, Wendy J | 1979 | 460.00 | 303.10 | 139,426.00 |
| | Johnson, Pamela Gale | 1980 | 555.00 | 6.60 | 3,663.00 |
| | Powers, Marc D | 1981 | 697.56 | 444.00 | 309,715.00 |
| | Bassin, Stuart | 1982 | 625.00 | 3.40 | 2,125.00 |
| | Bittence, Mary M | 1982 | 455.00 | 124.40 | 56,602.00 |
| | Chockley III, Frederick W | 1982 | 615.00 | 569.50 | 350,242.50 |
| | Drogen, Andrew M | 1983 | 560.00 | 1.60 | 896.00 |
| | Hannon, John P | 1983 | 640.00 | 1,035.00 | 662,400.00 |
| | Lucchesi, Thomas R | 1984 | 625.00 | 493.80 | 308,625.00 |
| | McGowan Jr, John J | 1984 | 525.00 | 39.70 | 20,842.50 |
| | Nieto, Pamela D. | 1984 | 380.00 | 415.00 | 157,700.00 |
| | Robertson, Kevin G | 1984 | 570.00 | 6.50 | 3,705.00 |
| | Wolin, Robert M | 1984 | 525.00 | 0.40 | 210.00 |
| | Lazear, Sherri B | 1985 | 470.00 | 88.30 | 41,501.00 |
| | Quiat, Laurin D | 1985 | 510.00 | 28.00 | 14,280.00 |
| | Smith, Elizabeth A | 1985 | 735.00 | 516.00 | 379,260.00 |
| | McDonald, Heather J | 1986 | 485.00 | 413.70 | 200,644.50 |
| | Reich, Andrew W | 1987 | 490.00 | 561.60 | 275,184.00 |
| | Siegal, John | 1987 | 700.00 | 173.60 | 121,520.00 |
| | Tobin, Donna A. | 1987 | 485.00 | 208.50 | 101,122.50 |
| | Burke, John J | 1988 | 560.00 | 714.80 | 400,288.00 |
| | Ferguson, Gerald J | 1988 | 670.00 | 5.50 | 3,685.00 |
| | Garske, Peder A | 1988 | 725.00 | 1.10 | 797.50 |
| | Posner, David A | 1989 | 450.00 | 57.00 | 25,650.00 |
| | Carney, John J | 1990 | 825.00 | 415.90 | 343,117.50 |
| | DeLancey, Leah E | 1990 | 550.00 | 21.50 | 11,825.00 |
| | Johnson, Victoria L | 1990 | 335.00 | 11.10 | 3,718.50 |
| | Antonetti, Marc A | 1991 | 515.00 | 1.20 | 618.00 |
| | Douthett, Breaden M | 1991 | 345.00 | 126.90 | 43,780.50 |
| | Goldberg, Steven H | 1991 | 820.00 | 142.00 | 116,440.00 |
| | Hanselman, Suzanne K | 1991 | 470.00 | 0.20 | 94.00 |
| | Hunt, Dean D | 1991 | 530.00 | 390.50 | 206,965.00 |
| | Paravano, Jeffrey H | 1991 | 715.00 | 17.90 | 12,798.50 |
| | Resnick, Lauren J | 1991 | 825.00 | 446.70 | 368,527.50 |

| Name | Year | Rate | Hours | Amount |
|---|---|---|---|---|
| Swedlund, Paul S. | 1991 | 350.00 | 480.50 | 168,175.00 |
| Hirschfield, Marc E. | 1992 | 775.00 | 746.30 | 578,382.50 |
| Selby, Judy A. | 1992 | 700.00 | 373.70 | 261,590.00 |
| Warren, Thomas D | 1992 | 555.00 | 183.70 | 101,953.50 |
| Barr, Jonathan R. | 1993 | 685.00 | 80.60 | 55,211.00 |
| Kornfeld, Mark A. | 1993 | 750.00 | 973.30 | 729,975.00 |
| Lehrer, Richard M. | 1993 | 635.00 | 1.00 | 635.00 |
| Renner, Deborah H. | 1993 | 750.00 | 916.90 | 687,675.00 |
| Slater, Lourdes M. | 1993 | 650.00 | 401.20 | 260,780.00 |
| Jacobs, Tonya A | 1994 | 470.00 | 269.40 | 126,618.00 |
| Bernard, Richard J | 1995 | 585.00 | 408.90 | 239,206.50 |
| Brennan, Terry M | 1995 | 415.00 | 450.50 | 186,957.50 |
| Culbertson, William J | 1995 | 375.00 | 114.40 | 42,900.00 |
| Procell, Karen W. | 1995 | 385.00 | 252.50 | 97,212.50 |
| Scaletta, Anthony J | 1995 | 385.00 | 200.00 | 77,000.00 |
| Ulmer, Gregory C | 1995 | 460.00 | 180.30 | 82,938.00 |
| Cole, Tracy L | 1996 | 625.00 | 135.10 | 84,437.50 |
| Mills, Jennifer A | 1996 | 400.00 | 8.40 | 3,360.00 |
| Turner, Christa C. | 1996 | 390.00 | 139.50 | 54,405.00 |
| Enockson, Paul S | 1997 | 415.00 | 187.80 | 77,937.00 |
| Gebaide, Robert H | 1997 | 385.00 | 149.70 | 57,634.50 |
| Julian, Matthew Porter | 1997 | 370.00 | 305.00 | 112,850.00 |
| Murphy, Keith R. | 1997 | 750.00 | 829.60 | 622,200.00 |
| Scully, Elizabeth A | 1997 | 515.00 | 193.30 | 99,549.50 |
| New, Jonathan B. | 1998 | 750.00 | 12.70 | 9,525.00 |
| Perdion, Jason P | 1998 | 360.00 | 348.60 | 125,496.00 |
| Rollinson, James H | 1998 | 365.00 | 418.70 | 152,825.50 |
| Wall, Brett A | 1998 | 390.00 | 419.10 | 163,449.00 |
| Wang, Ona T | 1998 | 625.00 | 334.20 | 208,875.00 |
| Warshavsky, Oren J. | 1998 | 650.00 | 880.30 | 572,195.00 |
| Farley, Ryan P. | 1999 | 650.00 | 233.30 | 151,645.00 |
| Fischbach, Ryan D | 1999 | 410.00 | 52.30 | 21,443.00 |
| Mohan, Sameer V | 1999 | 435.00 | 37.30 | 16,225.50 |
| Pergament, Benjamin D | 1999 | 535.00 | 647.70 | 346,519.50 |
| Sharp, Jeremy J | 1999 | 350.00 | 162.90 | 57,015.00 |
| Bohorquez Jr, Fernando A | 2000 | 565.00 | 633.70 | 358,040.50 |
| Pector, Michelle D | 2000 | 425.00 | 224.00 | 95,200.00 |
| Schlegelmilch, Stephan J | 2000 | 345.00 | 206.20 | 71,139.00 |
| Ware, Nathan F | 2000 | 360.00 | 473.60 | 170,496.00 |
| Burgan, Kelly S | 2001 | 400.00 | 51.30 | 20,520.00 |
| Fokas, Jimmy | 2001 | 625.00 | 667.60 | 417,250.00 |
| Oppenheim, Adam B. | 2001 | 600.00 | 513.80 | 308,280.00 |
| Pfeifer, Timothy S. | 2001 | 600.00 | 853.70 | 512,220.00 |
| VanNiel, Michael A | 2001 | 380.00 | 0.60 | 228.00 |
| Wall, Andrea C | 2001 | 340.00 | 261.30 | 88,842.00 |
| Weiser, Scott R. | 2001 | 540.00 | 606.00 | 327,240.00 |
| Zeballos, Gonzalo S. | 2001 | 650.00 | 639.80 | 415,870.00 |
| Allan, Natanya H | 2002 | 475.00 | 41.20 | 19,570.00 |
| Fanter, G Karl | 2002 | 310.00 | 58.30 | 18,073.00 |
| Wearsch, Thomas M | 2002 | 475.00 | 684.70 | 325,232.50 |
| Jenson, Karin Scholz | 2003 | 340.00 | 108.20 | 36,788.00 |
| **Partners and of Counsel Total** | | 586.67 | 29,057.30 | $ 17,047,186.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Meisels, Naomi P. | 1984 | 490.00 | 307.60 | $ 150,724.00 |
| | Wilcox, Diane D | 1988 | 300.00 | 2.80 | 840.00 |
| | Sarlson, Katherine G | 1994 | 200.00 | 385.80 | 77,160.00 |
| | Papp, Edward Daniel | 1997 | 300.00 | 206.60 | 61,980.00 |
| | Seegers, James W | 1997 | 295.00 | 4.70 | 1,386.50 |
| | Feigi, Diane L | 1998 | 240.00 | 53.80 | 12,912.00 |
| | Fish, Eric R. | 1998 | 520.00 | 477.10 | 248,092.00 |
| | Kates, Elyssa S. | 2000 | 490.00 | 459.80 | 225,302.00 |
| | Payne, Tiffany D. | 2000 | 285.00 | 0.90 | 256.50 |
| | Esser, Brian K | 2001 | 550.00 | 631.30 | 347,215.00 |
| | Beckerlegge, Robertson D | 2001 | 465.00 | 485.10 | 225,571.50 |
| | Pfeffer, James E | 2002 | 510.00 | 410.10 | 209,151.00 |
| | Garg, Anjula | 2002 | 480.00 | 177.60 | 85,248.00 |
| | Cheema, Bik | 2003 | 435.00 | 750.70 | 326,554.50 |
| | Curtis, Cory M | 2003 | 325.00 | 158.30 | 51,447.50 |
| | DeMinico, Michael P | 2003 | 285.00 | 129.30 | 36,850.50 |
| | Doty, Rebecca Jackson | 2003 | 375.00 | 131.20 | 49,200.00 |
| | Hochmuth, Farrell A | 2003 | 375.00 | 288.10 | 108,037.50 |
| | Kepple, Brandon E | 2003 | 295.00 | 302.90 | 89,355.50 |
| | Malek, Sammi | 2003 | 480.00 | 484.00 | 232,320.00 |
| | Oliver, Jason S. | 2003 | 450.00 | 12.40 | 5,580.00 |
| | Wlodek, Heather | 2003 | 400.00 | 567.00 | 226,800.00 |
| | Wilde, Michael C | 2003 | 295.00 | 458.60 | 135,287.00 |
| | Gabriel, Jessie M | 2004 | 270.00 | 795.80 | 214,866.00 |
| | Gall, Michael K. | 2004 | 275.00 | 64.60 | 17,765.00 |
| | Glasser, Michael P. | 2004 | 415.00 | 593.20 | 246,178.00 |
| | Cohen, Dennis O | 2004 | 450.00 | 208.30 | 93,735.00 |
| | Kitaev, Erica G. | 2004 | 300.00 | 266.20 | 79,860.00 |
| | Kitchen, David E | 2004 | 325.00 | 305.90 | 99,417.50 |
| | Kolm, Julie A. | 2004 | 415.00 | 228.40 | 94,786.00 |
| | Lewis, Patrick T | 2004 | 275.00 | 21.80 | 5,995.00 |
| | May, James W. | 2004 | 275.00 | 62.60 | 17,215.00 |
| | Powell, Michael L | 2004 | 400.00 | 227.00 | 90,800.00 |
| | Smith, Adam J | 2004 | 425.00 | 412.10 | 175,142.50 |
| | Smith, Rachel M | 2004 | 350.00 | 127.70 | 44,695.00 |
| | Campbell, Deanna M | 2004 | 265.00 | 155.40 | 41,181.00 |
| | Evans Jr, David L | 2004 | 285.00 | 281.20 | 80,142.00 |
| | Hartman, Ruth E | 2005 | 270.00 | 151.50 | 40,905.00 |
| | Bodenheimer, Henry C. | 2005 | 395.00 | 595.90 | 235,380.50 |
| | Leeper, Kurt A | 2005 | 265.00 | 128.40 | 34,026.00 |
| | Madbak, Hanna F. | 2005 | 460.00 | 368.10 | 169,326.00 |
| | Cavanagh, Matthew J | 2005 | 265.00 | 63.20 | 16,748.00 |
| | Carvalho, Melissa M. | 2005 | 415.00 | 284.10 | 117,901.50 |
| | Proano, David F | 2005 | 270.00 | 93.00 | 25,110.00 |
| | Raley, Matthew R | 2005 | 325.00 | 500.60 | 162,695.00 |
| | Rodriguez, Alberto | 2005 | 415.00 | 470.30 | 195,174.50 |
| | Stanganelli, Maryanne | 2005 | 435.00 | 611.40 | 265,959.00 |
| | Stump, Jacob R. | 2005 | 270.00 | 461.50 | 124,605.00 |
| | Thorpe, Courtni E | 2005 | 260.00 | 222.90 | 57,954.00 |
| | White, Nicholas L | 2005 | 260.00 | 319.70 | 83,122.00 |
| | Atencio, A Jeremy | 2005 | 290.00 | 239.80 | 69,542.00 |
| | Goldberg, Nina K | 2005 | 340.00 | 200.60 | 68,204.00 |
| | Benavides, Michelle | 2005 | 325.00 | 326.80 | 106,210.00 |
| | Chow, Teresa C. | 2005 | 350.00 | 717.20 | 251,020.00 |
| | Kwok, Annette K | 2006 | 360.00 | 173.30 | 62,388.00 |
| | Lange, Gretchen L | 2006 | 250.00 | 322.70 | 80,675.00 |
| | McVoy, Katie M | 2006 | 250.00 | 14.20 | 3,550.00 |
| | Nevin, Douglas M | 2006 | 395.00 | 185.30 | 73,193.50 |
| | Petrelli III, John W | 2006 | 315.00 | 404.20 | 127,323.00 |
| | Castillo, Jorge A | 2006 | 260.00 | 129.10 | 33,566.00 |

| Name | Year | Rate | Hours | Amount |
|---|---|---|---|---|
| Vanderwal, Amy E. | 2006 | 465.00 | 605.00 | 281,325.00 |
| Apte, Anagha S | 2006 | 395.00 | 300.40 | 118,658.00 |
| DeGaetano, Melissa A | 2006 | 250.00 | 176.10 | 44,025.00 |
| Kosack, Melissa L. | 2006 | 395.00 | 456.10 | 180,159.50 |
| Hatcher, Mark | 2006 | 250.00 | 203.00 | 50,750.00 |
| Conley, Sylvia J | 2006 | 480.00 | 277.90 | 133,392.00 |
| Oigarden, David W | 2006 | 260.00 | 279.50 | 72,670.00 |
| Nann, Alissa M. | 2007 | 435.00 | 509.50 | 221,632.50 |
| Nelson, Maritza S | 2007 | 235.00 | 64.60 | 15,181.00 |
| Figura, James D. | 2007 | 300.00 | 230.10 | 69,030.00 |
| Biegelman, Daniel R. | 2007 | 400.00 | 693.70 | 277,480.00 |
| Phillips, James E | 2007 | 290.00 | 716.60 | 207,814.00 |
| Howard, Emily A. | 2007 | 400.00 | 705.30 | 282,120.00 |
| Barker Brown, Erin R | 2007 | 235.00 | 382.60 | 89,911.00 |
| Jacobson, Michael B | 2007 | 350.00 | 336.00 | 117,600.00 |
| Walrath, Jennifer M | 2007 | 350.00 | 549.40 | 192,290.00 |
| Karp, Brian S. | 2007 | 395.00 | 496.00 | 195,920.00 |
| Heim, Kathryn M. | 2007 | 395.00 | 260.80 | 103,016.00 |
| Lugo, Alissa | 2007 | 250.00 | 74.50 | 18,625.00 |
| Markovic, Milan | 2007 | 450.00 | 390.80 | 175,860.00 |
| Garvin, Naima J. | 2007 | 450.00 | 393.80 | 177,210.00 |
| Liburd, Essence | 2007 | 370.00 | 504.00 | 186,480.00 |
| Roesch, Matthew C | 2007 | 240.00 | 488.60 | 117,264.00 |
| Brown, Seanna R. | 2007 | 450.00 | 780.20 | 351,090.00 |
| Leveque, Christopher P. | 2007 | 300.00 | 284.70 | 85,410.00 |
| Osburn, Alexis C. | 2008 | 220.00 | 85.10 | 18,722.00 |
| Law, Adam R. | 2008 | 270.00 | 48.30 | 13,041.00 |
| Raven-Hansen, Erik J. | 2008 | 340.00 | 21.80 | 7,412.00 |
| Hughes, Susan Whittaker | 2008 | 220.00 | 19.10 | 4,202.00 |
| McAllister, Magdeline K. | 2008 | 230.00 | 542.00 | 124,660.00 |
| Schill, Kathryn E | 2008 | 235.00 | 63.20 | 14,852.00 |
| Shrimanker, Amisha | 2008 | 375.00 | 701.10 | 262,912.50 |
| Sim, Chee Mei | 2008 | 230.00 | 88.30 | 20,309.00 |
| Sivick, Krista A. | 2008 | 240.00 | 33.60 | 8,064.00 |
| Clarkson, Daniel E. | 2008 | 375.00 | 661.10 | 247,912.50 |
| Esmont, Joseph M. | 2008 | 220.00 | 15.00 | 3,300.00 |
| Stanek, Christopher J. | 2008 | 220.00 | 14.10 | 3,102.00 |
| Stanley, Trevor M. | 2008 | 340.00 | 504.50 | 171,530.00 |
| Thomas, Joshua C. | 2008 | 270.00 | 309.00 | 83,430.00 |
| Kaplan, Deborah A | 2008 | 350.00 | 532.30 | 186,305.00 |
| Urda, Elizabeth G. | 2008 | 375.00 | 887.10 | 332,662.50 |
| Woltering, Catherine E. | 2008 | 230.00 | 550.20 | 126,546.00 |
| Zunno, Kathryn M. | 2008 | 450.00 | 669.00 | 301,050.00 |
| Amin, Tina U | 2008 | 250.00 | 338.40 | 84,600.00 |
| Murdock, Erin K. | 2008 | 220.00 | 226.80 | 49,896.00 |
| Mtengule, Mwanga W. | 2008 | 375.00 | 42.90 | 16,087.50 |
| Nixon, Christy A. | 2008 | 330.00 | 682.60 | 225,258.00 |
| Moody, Matthew J. | 2008 | 375.00 | 105.30 | 39,487.50 |
| Stark, Anthony M. | 2008 | 375.00 | 170.30 | 63,862.50 |
| Ashfaq, Ameena N. | 2008 | 270.00 | 2.10 | 567.00 |
| Lindsay, Gillian G. | 2008 | 210.00 | 135.80 | 28,518.00 |
| Luke, Tarsha L | 2008 | 350.00 | 345.80 | 121,030.00 |
| Goldstein, Robyn R. | 2008 | 270.00 | 731.00 | 197,370.00 |

| Name | Year | Rate | Hours | Amount |
|---|---|---|---|---|
| Khalil, Rebecca S | 2008 | 350.00 | 67.40 | 23,590.00 |
| Schweller, Jessie A. | 2009 | 375.00 | 872.40 | 327,150.00 |
| Law, Karen | 2009 | 275.00 | 612.00 | 168,300.00 |
| Vessells, Jennifer A. | 2009 | 220.00 | 516.90 | 113,718.00 |
| McKnight, Katherine L. | 2009 | 340.00 | 535.70 | 182,138.00 |
| Harker, Francesca M. | 2009 | 330.00 | 456.70 | 150,711.00 |
| Harris Weiss, Sarah C. | 2009 | 375.00 | 847.80 | 317,925.00 |
| Winquist, Justin T. | 2009 | 240.00 | 333.90 | 80,136.00 |
| Witt, Sara L. | 2009 | 210.00 | 111.00 | 23,310.00 |
| Fletcher, Adam L. | 2009 | 210.00 | 1.00 | 210.00 |
| Sheroian, Ashley L. | 2009 | 220.00 | 561.70 | 123,574.00 |
| Murray, Kelli A. | 2009 | 230.00 | 350.80 | 80,684.00 |
| Makuch, Chad W. | 2009 | 210.00 | 36.00 | 7,560.00 |
| Hilsheimer, Lauren M. | 2009 | 220.00 | 475.60 | 104,632.00 |
| Howe, Mary E. | 2009 | 330.00 | 468.90 | 154,737.00 |
| Shelenkova, Marianna A. | 2009 | 375.00 | 154.50 | 57,937.50 |
| Markel, Tatiana | 2009 | 330.00 | 847.70 | 279,741.00 |
| Molina, Marco | 2009 | 375.00 | 128.20 | 48,075.00 |
| McCarthy, Conor T. | 2009 | 210.00 | 108.10 | 22,701.00 |
| Marck, Michelle K | 2009 | 375.00 | 854.10 | 320,287.50 |
| Campbell, Patrick T | 2009 | 350.00 | 221.50 | 77,525.00 |
| James, Lyndie M. | 2009 | 230.00 | 279.40 | 64,262.00 |
| Langer, Jonathan F. | 2009 | 240.00 | 136.90 | 32,856.00 |
| D'Andrea, Lindsey | 2009 | 220.00 | 479.70 | 105,534.00 |
| Petry, S. Colin G. | 2009 | 210.00 | 181.90 | 38,199.00 |
| Ozturk, Ferve E. | 2009 | 375.00 | 910.50 | 341,437.50 |
| Scott, Justin T. | 2010 | 265.00 | 685.90 | 181,763.50 |
| Fox, Kimberly A. | 2010 | 330.00 | 40.60 | 13,398.00 |
| Castillon, Jesus J. | 2010 | 265.00 | 664.60 | 176,119.00 |
| Maynard, Kim M. | 2010 | 315.00 | 643.60 | 202,734.00 |
| Koch, Jacqueline R. | 2010 | 280.00 | 192.70 | 53,956.00 |
| Vasel, Denise D. | 2010 | 315.00 | 516.90 | 162,823.50 |
| O'Brien, Aaron A. | 2010 | 210.00 | 49.70 | 10,437.00 |
| James, Christopher T. | 2010 | 265.00 | 529.90 | 140,423.50 |
| Tarlton, Morgan A. | 2010 | 265.00 | 47.90 | 12,693.50 |
| Clegg, Sammantha E. | 2010 | 375.00 | 88.20 | 33,075.00 |
| Flynn, Alison | 2010 | 375.00 | 611.60 | 229,350.00 |
| Portnoy, Lesley F. | 2010 | 315.00 | 466.50 | 146,947.50 |
| Fein, Amanda E. | 2010 | 315.00 | 469.40 | 147,861.00 |
| Schichnes, Jessica | #N/A | 375.00 | 182.40 | 68,400.00 |
| Young, Michelle L. | #N/A | 315.00 | 131.60 | 41,454.00 |
| McDonald, Shawn P. | #N/A | 395.00 | 401.50 | 158,592.50 |
| Associates Total | | 345.43 | 52,578.00 | $ 18,162,187.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Alfred, Tamara K. | #N/A | 160.00 | 451.30 | $ 72,208.00 |
| | Berkowitz, Brooke N. | #N/A | 220.00 | 47.30 | 10,406.00 |
| | Blaber, Theresa A | #N/A | 250.00 | 128.20 | 32,050.00 |
| | Bliss, Stephanie L. | #N/A | 205.00 | 96.70 | 19,823.50 |
| | Bordner, Alexa T. | #N/A | 125.00 | 0.10 | 12.50 |
| | Brown, Matthew J. | #N/A | 130.00 | 8.60 | 1,118.00 |
| | Cabrera, Ramon C | #N/A | 200.00 | 71.10 | 14,220.00 |
| | Chamberlain, David R | #N/A | 175.00 | 93.40 | 16,345.00 |
| | Chiofalo, Frank A. | #N/A | 195.00 | 313.30 | 61,093.50 |
| | Creagan, Carol A | #N/A | 175.00 | 23.00 | 4,025.00 |
| | Fetzer, Jeffrey L | #N/A | 195.00 | 28.60 | 5,577.00 |
| | Landrio, Nikki M. | #N/A | 281.39 | 797.40 | 224,380.00 |
| | Lipkis, Shelly S. | #N/A | 190.00 | 93.80 | 17,822.00 |
| | Maxwell, Sarah A | #N/A | 160.00 | 557.10 | 89,136.00 |
| | McCann, Donald S | #N/A | 170.00 | 30.20 | 5,134.00 |
| | Montani, Christine A. | #N/A | 262.03 | 566.60 | 148,465.00 |
| | Ostrander, John C. | #N/A | 160.00 | 492.70 | 78,832.00 |
| | Palm, Cortney D. | #N/A | 125.00 | 0.50 | 62.50 |
| | Paremoud, Jana | #N/A | 200.00 | 282.10 | 56,420.00 |
| | Samarasekera, Dilip | #N/A | 200.00 | 230.40 | 46,080.00 |
| | Sherman, Jordan S. | #N/A | 200.00 | 22.40 | 4,480.00 |
| | Smith, Damian | #N/A | 240.00 | 38.50 | 9,240.00 |
| | Speros, William | #N/A | 425.00 | 1,040.30 | 442,127.50 |
| | Sulhan, Barbara J | #N/A | 170.00 | 85.20 | 14,484.00 |
| | Sweet, Karen R | #N/A | 200.00 | 346.80 | 69,360.00 |
| | Tolbert, Amelia M. | #N/A | 125.00 | 5.80 | 725.00 |
| | von Collande, Constance M. | #N/A | 250.00 | 647.00 | 161,750.00 |
| | Wallace, Dawn L. | #N/A | 250.00 | 435.50 | 108,875.00 |
| | Wilkins, Kerrick T. | #N/A | 170.00 | 289.40 | 49,198.00 |
| | Acklin, Bryan V. | #N/A | 130.00 | 30.60 | 3,978.00 |
| | Bekier, James M. | #N/A | 350.00 | 385.50 | 134,925.00 |
| | Charlotten, Magdalena | #N/A | 220.00 | 85.00 | 18,700.00 |
| | Donaho, Thomas A. | #N/A | 130.00 | 9.50 | 1,235.00 |
| | Lee, Magali L. | #N/A | 230.00 | 433.70 | 99,751.00 |
| | Little, Lynn M. | #N/A | 275.00 | 3.20 | 880.00 |
| | Reynolds, Julie L. | #N/A | 200.00 | 77.70 | 15,540.00 |
| | Kurtock, Julie A | #N/A | 200.00 | 14.70 | 2,940.00 |
| | Rodriguez, Illusion C. | #N/A | 230.00 | 179.80 | 41,354.00 |
| | Merrill, Kate M. | #N/A | 125.00 | 15.50 | 1,937.50 |
| | La Rue, Rita R. | #N/A | 195.00 | 44.20 | 8,619.00 |
| | Nunes, Silas T | #N/A | 250.00 | 570.10 | 142,525.00 |
| | Battaglia, Patricia J. | #N/A | 195.00 | 81.80 | 15,951.00 |
| | Craig, Robert E | #N/A | 425.00 | 214.50 | 91,162.50 |
| | Johnson, Ugenia M. | #N/A | 125.00 | 49.60 | 6,200.00 |
| | Koblenz, Esther E. | #N/A | 200.00 | 0.50 | 100.00 |
| | Schnarre, Nicole L. | #N/A | 350.00 | 358.20 | 125,370.00 |
| | Taylor, David C | #N/A | 225.00 | 3.40 | 765.00 |
| | Beaudette, Pat A. | #N/A | 180.00 | 2.00 | 360.00 |
| | Booms, Thomas E. | #N/A | 120.00 | 41.10 | 4,932.00 |
| | deVries, Alan C. | #N/A | 120.00 | 122.60 | 14,712.00 |
| | Russ, Mary C. | #N/A | 120.00 | 5.30 | 636.00 |
| | Shanklin, Jan R. | #N/A | 120.00 | 33.10 | 3,972.00 |
| | Bromley, Gabriela M. | #N/A | 110.00 | 15.70 | 1,727.00 |
| | Halwes, Shannon L. | #N/A | 175.00 | 263.80 | 46,165.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | | | 248.23 | 10,264.40 | $ 2,547,886.50 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 586.67 | 29,057.30 | $ 17,047,186.50 |
| Associates Total | 345.43 | 52,578.00 | 18,162,187.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 248.23 | 10,264.40 | 2,547,886.50 |
| Blended Attorney Rate | 431.30 | | |
| Total Fees Incurred | | 91,899.70 | 37,757,260.50 |

**Less 10% Public Interest Discount** (3,775,726.05)

**Grand Total** $ 33,981,534.45