COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR FOURTH INTERIM PERIOD OF FEBRUARY 1, 2010 THROUGH MAY 31, 2010

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 16,195.90 | $ 6,794,207.00 |
| 02 | Bankruptcy Court Litigation and Related Matters | 2,602.70 | 1,286,177.00 |
| 03 | Feeder Funds | 8,875.10 | 4,405,691.50 |
| 04 | Asset Search Recovery and Sale | 757.40 | 383,036.00 |
| 05 | Internal Office Meetings with Staff | 1,421.10 | 717,352.50 |
| 07 | Billing | 434.20 | 117,180.50 |
| 08 | Case Administration | 3,937.40 | 1,412,568.00 |
| 09 | Banks | 5,936.70 | 2,524,002.00 |
| 10 | Court Appearances | 13.10 | 6,757.50 |
| 11 | Press Inquires and Responses | 13.50 | 10,882.50 |
| 12 | Document Review | 4,827.50 | 1,729,204.50 |
| 13 | Discovery - Depositions and Document Productions | 1,498.10 | 648,302.00 |
| 14 | International | 2,243.90 | 1,296,666.00 |
| 15 | Charities | 1,057.90 | 400,553.00 |
| 16 | Pre-Litigation | 878.60 | 409,583.00 |
| 17 | Access - Luxembourg | 80.10 | 33,285.50 |
| 000003 | Stanley Chais | 1,046.20 | 485,219.00 |
| 000004 | J. Ezra Merkin | 964.20 | 421,374.50 |
| 000005 | Customer Claims (2009 - 2011) | 9,058.20 | 3,202,922.00 |
| 000006 | Vizcaya | 709.20 | 357,307.00 |
| 000007 | Madoff Family | 3,374.00 | 1,621,429.50 |
| 000008 | Norman Levy | 34.30 | 18,257.00 |
| 000009 | Fairfield Greenwich | 4,309.40 | 1,396,197.00 |
| 000010 | Harley | 400.30 | 193,481.50 |
| 000011 | Cohmad Securities Corporation | 1,274.00 | 566,896.00 |
| 000012 | Picower | 547.10 | 303,775.50 |
| 000013 | Kingate | 501.80 | 259,888.50 |
| 000015 | Herald | 138.50 | 63,421.00 |
| 000016 | Alpha Prime | 138.60 | 68,661.50 |
| 000017 | Primeo Fund | 89.10 | 46,273.50 |
| 000018 | Thybo | 38.20 | 23,099.50 |
| 000019 | Ruth Madoff | 34.10 | 22,911.50 |
| 000020 | Carl Shapiro | 302.50 | 178,887.50 |
| 000021 | Avoidance Action Investigation/Litigation 2010-2012 | 17,549.70 | 6,015,699.50 |
| 000022 | Fox and Marshall | 389.30 | 211,243.50 |
| 000023 | Canavan, Goldsmith and Kalman | 185.30 | 104,241.00 |
| 000024 | Robert Luria | 23.10 | 10,287.00 |
| 000025 | Amy Luria | 19.40 | 10,339.00 |
| Grand Total | | 91,899.70 | 37,757,260.50 |

**Less 10% Public Interest Discount** (3,775,726.05)

**Grand Total** $ 33,981,534.45

**Current Application**

Interim Compensation Requested $ 33,981,534.45
Interim Compensation Paid (28,884,304.29)
Interim Compensation Deferred $ 5,097,230.16

**Prior Applications**

Interim Compensation Requested $ 59,825,506.93
Interim Compensation Paid (50,851,684.32)
Interim Compensation Deferred $ 8,973,822.61