EXHIBIT F

## EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR FOURTH INTERIM PERIOD OF FEBRUARY 1, 2010 THROUGH MAY 31, 2010

| Code | Description | Amount |
|---|---|---:|
| E101 | Copying (E101) | $ 87,147.40 |
| E102 | Outside Printing (E102) | 22,608.96 |
| E104 | Facsimile (E104) | 129.10 |
| E105 | Telephone (E105) | 4,081.23 |
| E106 | Online Research (E106) | 115,977.96 |
| E107 | Delivery Services/ Messengers (E107) | 10,428.32 |
| E108 | Postage (E108) | 3,340.76 |
| E109 | Local Travel (E109) | 47,967.86 |
| E110 | Out-of-Town Travel (E110) | 229,326.90 |
| E111 | Business Meals, etc. (E111) | 36,457.43 |
| E112 | Court Fees (E112) | 7,915.67 |
| E113 | Subpoena Fees (E113) | 6,085.76 |
| E114 | Witness Fees (E114) | 4,561.00 |
| E115 | Deposition Transcripts (E115) | 18,571.72 |
| E116 | Trial Transcripts (E116) | 5,983.95 |
| E119 | Experts (E119) | 2,256.31 |
| E123 | Other Professionals (E123) | 81,389.89 |
| E124 | Other (E124) | 2,216.30 |
| E125 | Translation Costs (E125) | 44,924.67 |
| Grand Total | | $ 731,371.19 |

**Prior Applications**

Reimbursement of Expenses Requested and Rewarded     $ 945,089.54