Exhibit B

Summary of Third Interim Fee Application
of Windels Marx Lane & Mittendorf, LLP
for Services Rendered from
February 1, 2010 through May 31, 2010

| Name<br>**Partners and Special Counsel** | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Alan Nisselson | 1977 | 555.00 | 24.50 | $13,597.50 |
| Craig P. Murphy | 1977 | 535.00 | 5.30 | $2,835.50 |
| Howard L. Simon | 1977 | 495.00 | 159.90 | $79,150.50 |
| Timothy O'Neill | 1981 | 475.00 | 143.50 | $68,162.50 |
| Regina Griffin | 1993 | 460.00 | 650.90 | $299,420.00 |
| Leslie S. Barr | 1985 | 435.00 | 5.30 | $2,305.50 |
| Robert Schwartz | 1988 | 425.00 | .30 | $127.50 |
| David Swerdlow | 1994 | 375.00 | .40 | $150.00 |
| Total Partners and Special Counsel | | | **990.10** | **$465,749.00** |

| Name<br><br>**Associates** | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kim M. Longo | 2002 | 360.00 | 424.70 | $152,892.00 |
| Karen M. Cullen | 1981 | 360.00 | 816.30 | $293,868.00 |
| Gregory J. Kerr | 1996 | 360.00 | 25.70 | $9,252.00 |
| Jorge R. Salva | 2002 | 345.00 | 74.00 | $25,530.00 |
| Stacey A. Bell | 2001 | 335.00 | 716.40 | $239,994.00 |
| Michael J. Fellerman | 2001 | 335.00 | 1.20 | $402.00 |
| Brian W. Kreutter | 2003 | 305.00 | 481.20 | $146,766.00 |
| Robin Mooers | 2005 | 305.00 | 646.20 | $197,091.00 |
| Paul M. Bishop | 2004 | 300.00 | .80 | $240.00 |
| Elizabeth Fiechter | 2006 | 295.00 | 695.30 | $205,113.50 |
| Craig D. Gottilla | 2000 | 295.00 | 367.90 | $108,530.50 |
| Christopher A. Albanese | 2007 | 250.00 | 105.80 | $26,450.00 |
| Total Associates | | | **4355.50** | **$1,406,129.00** |

{10556172:4}

| Name | | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Paraprofessionals** | | | | |
| Anna Cote | | 225.00 | 83.00 | $18,675.00 |
| Tracy Heston | | 220.00 | 6.20 | $1,364.00 |
| Joel L. Solomon | | 205.00 | 13.10 | $2,685.50 |
| Christopher Reilly | | 190.00 | 198.50 | $37,715.00 |
| Jacob Gould | | 190.00 | 589.90 | $112,081.00 |
| Susan Wiener | | 165.00 | 58.10 | $9,586.50 |
| Lisa M. Winkler | | 160.00 | 364.70 | $58,352.00 |
| Jacob Gould | | 140.00 | 3.10 | $434.00 |
| Michael Simon | | 135.00 | 467.40 | $63,099.00 |
| Total Paraprofessionals | | | **1784.00** | **$303,992.00** |

| | **Blended Rate** | **Total Hours Billed** | **Total Compensation** |
|---|---|---|---|
| Partners and Special Counsel | 470.35 | 990.10 | $465,749.00 |
| Associates | 322.84 | 4355.50 | $1,406,129.00 |
| Total Paraprofessionals | 170.40 | 1784.00 | $303,992.00 |
| Blended Attorney Rate | 350.17 | | |
| Total Hours/Total Fees Incurred | | **7129.60** | **$2,175,870.00** |

{10556172:4}