<u>Exhibit C</u>

EXPENSE SUMMARY BY WINDELS MARX LANE & MITTENDORF
FOR THIRD INTERIM PERIOD OF FEBRUARY 1, 2010 THROUGH MAY 31, 2010

| Code Description | Amount |
|---|---|
| Copying | $6,350.20 |
| Outside Printing | $21.20 |
| Facsimile | $16.66 |
| Telephone | $125.06 |
| Online Research | $9,214.88 |
| Delivery Services/Messengers | $716.55 |
| Postage | $271.98 |
| Local Travel | $2,661.92 |
| Out-of-town Travel | $957.40 |
| Business Meals, etc. | $225.22 |
| Court Fees | $414.00 |
| Deposition Transcripts | $1,146.82 |
| Other | $2,019.61 |
| Total | **$24,141.50** |

{10555906:4}