Exhibit D

COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED
BY WINDELS MARX LANE & MITTENDORF FOR THIRD INTERIM
PERIOD OF FEBRUARY 1, 2010 THROUGH MAY 31, 2010

| Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|
| 001 | Asset Analysis and Recovery | .50 | $230.00 |
| 005 | Claims Administration | 59.30 | $18,959.00 |
| 007 | Fee/Employment Applications | 57.50 | $20,000.00 |
| 010 | Litigation | 3082.70 | $1,032,198.50 |
| 020 | Internal Office Meetings | 32.40 | $11,606.50 |
| 039 | Trustee Investigation | 3897.20 | $1,092,876.00 |
| Total | | **7129.60** | **$2,175,870.00** |

{10555925:4}