**SKOLOFF & WOLFE, P.C.**
Jonathan W. Wolfe (7070)
Barbara A. Schweiger (6448)
140 Broadway Center
New York, New York 10005
Telephone:  (212) 858-7522
Fax:  (212) 858-7750

*Attorneys for Carole Angel*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pr. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re | |
| BERNARD L. MADOFF, | |
| Debtor. | |

  I, Barbara S. Schweiger, herby certify that on August 25, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of Carole Angel to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

> David J. Sheehan, Esq.
> Baker & Hostetler, LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> dsheehan@bakerlaw.com

Dated:  August 25, 2010

SKOLOFF & WOLFE, P.C.

  /s/ Barbara A. Schweiger
Jonathan W. Wolfe
jwolfe@skoloffwolfe.com
Barbara A. Schweiger
bschweiger@skoloffwolfe.com
140 Broadway Center
New York, New York 10005
Telephone:  (212) 858-7522
Fax:  (212) 858-7750

*Attorneys for Carole Angel*

2