UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
 :
       Plaintiff-Applicant, : Adv. Pro. No. 08-01789 (BRL)
   v. :
BERNARD L. MADOFF INVESTMENT SECURITIES, : SIPA Liquidation
LLC, :
 :
       Defendant. :
---------------------------------------------------------------x
IN RE: :
 :
BERNARD L. MADOFF :
 :
       Debtor. :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CUSTOMER CLAIM

Pursuant to Federal Rule of Bankruptcy Procedure 3006, Square One Fund Ltd. hereby withdraws the following Customer Claim, more fully described herein below:

| Claim Number | Date Claim Filed | Amount of Claim |
|---|---|---|
| 007567 | March 4, 2009 | $ 24,897,115 |

Dated:   August 25, 2010
        New York, New York

                            Respectfully submitted,

                            SHEARMAN & STERLING LLP

                            By: _____
                                 Jaculin Aaron

                           599 Lexington Avenue
                           New York, NY 10022-6069
                           Telephone: (212) 848-4000
                           Facsimile: (212) 848-7179
                           JAaron@shearman.com

                           *Attorneys for Square One Fund Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
 :
       Plaintiff-Applicant, : Adv. Pro. No. 08-01789 (BRL)
       v. :
BERNARD L. MADOFF INVESTMENT SECURITIES, : SIPA Liquidation
LLC, :
 :
       Defendant. :
-----------------------------------------------------------------x
IN RE: :
 :
BERNARD L. MADOFF :
 :
       Debtor. :
-----------------------------------------------------------------x

## CERTIFICATE OF MAILING

    The undersigned, Jaculin Aaron of Shearman & Sterling LLP, attorneys for Square One Fund Ltd., hereby certifies that on the 25th day of August, 2010, she caused a copy of the Notice of Withdrawal of Customer Claim to be placed in an envelope with first-class postage, prepaid, and mailed to:

David J. Sheehan
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111
Attorneys for Irving Picard, Esq.
Trustee for the Liquidation of the
Business of Bernard L. Madoff
Investment Securities, LLC

                                                */s/ Jaculin Aaron*
                                          Jaculin Aaron
                                          Shearman & Sterling LLP
                                          599 Lexington Avenue
                                          New York, NY 10022-6069
                                          Telephone: (212) 848-4000
                                          Facsimile: (212) 848-7179