UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION : Adv. Pro. No. 08-01789 (BRL)
CORPORATION, :
: SIPA Liquidation
        Plaintiff, :
:
        v. :
:
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
:
        Defendant. :
:
-----------------------------------------------------------------x
:
In re: :
:
BERNARD L. MADOFF, :
:
        Debtor. :
:
:
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Michael S. Carucci, hereby certify that on August 26, 2010, on behalf of the parties listed below, I caused true and correct copies of Objections to Trustee's Determination of Claim to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF.

    The Lilyan and Abraham Berkowitz Family LLC

    The Jonathan M. Segal 1989 Trust U/D/T DTD 3/8/89 As Amended

    The Andrew N. Jaffe 1993 Irrev. Trust U/D/T DTD 6/11/93 As Amended

    The Kimberly Strauss 2006 Irrevocable Trust

    The Samantha L. Strauss 1985 Trust

    The Samantha L. Strauss 2003 Irrevocable Trust

    The Jaffe Family 2004 Irrevocable Trust

    I also hereby certify that I caused true and correct paper copies of these documents to be served upon the party listed below on August 26, 2010 pursuant to the December 23, 2008 Order on Application for an Entry of an Order Approving Form and Manner of Publication and Mailing of Notices, Specifying Procedures for Filing, Determination, and Adjudication of Claims; and

NYDOCS04/524122.1

Providing Other Relief issued by the U.S. Bankruptcy Court for the Southern District of New York.

>Irving H. Picard, Trustee
>BAKER & HOSTETLER LLP
>45 Rockefeller Plaza
>New York, NY 10111
>Telephone: (212) 589-4200
>Facsimile: (212) 589-4201

Dated: August 26, 2010
New York, New York

>Respectfully submitted,
>
>*/s/ Michael S. Carucci*
>
>Michael S. Carucci
>Shearman & Sterling LLP
>599 Lexington Avenue
>New York, NY 10022-6069
>(212) 848-4000
>michael.carucci@shearman.com

NYDOCS04/524122.1