August 25, 2010



Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, NY 10004

And

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

In the matter of the Bernard L. Madoff Investment Securities LLC

Harvey Krauss & Doron A. Tavlin as Trustees
Of the Trust dated 10/31/96 F/B/O Ryan Tavlin
BLIMIS account Number 1T0036, Claim Number 000306.

Please be advised that this notice serves as our objection to the Trustees determination denying our claim.
It is evident that the accounting information you provide is lacking the correct information regarding any deposits that were made into the account in the year 1992, 1993, and 1994.

Since the benefactor of the Trust is deceased, we are unable to verify the exact amounts and dates of the deposits but are attempting to retrieve any documentation, which pertains to other deposits made.

We request that you provide us with copies of the accounting records you used to make your determination, specifically for the years 1992, 1993, 1994, and 1999.

Please note that we are unable to provide any supporting documentation at this time and are attempting to retrieve very old documentation from extended family not living in the USA.

Also, please note that Harvey Krauss has resigned as Trustee and that all future correspondence should be sent:

Doron A Tavlin, Trustee
2232 W. Lake of the Isles Pkwy.
Minneapolis, MN 55405

Thank you for your prompt attention.

Doron A. Tavlin, Trustee