## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _(561) 832-9292_____

HOME:_____

Taxpayer I.D. Number (Social Security No.)
_65-6203638_____

1EM117
MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS, FL  33418  6880

(If incorrect, please change)

**NOTE:     BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

*************************************************************************

1.      Claim for money balances as of **December 11, 2008** :

    a.      The Broker owes me a Credit (Cr.) Balance of    $ 601,246.00   1-EM117-4-0

    b.      I owe the Broker a Debit (Dr.) Balance of    $ 601,245.76   1-EM117-3-0

502180406

1

c.    If you wish to repay the Debit Balance,
      please insert the amount you wish to repay and
      attach a check payable to "Irving H. Picard, Esq.,
      Trustee for Bernard L. Madoff Investment Securities LLC."
      If you wish to make a payment, **it must be enclosed**
      with this claim form.                                  $ ___NONE___

d.    If balance is zero, insert "None."                      ___NONE___

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | YES | |
| b. | I owe the Broker securities | YES | |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | **Number of Shares or Face Amount of Bonds** | |
| 11/12-11/19/08 | 1-EM117-3-0 STATEMENT | 5,021,854.24 | |
| 11/12-11/19/08 | 1-EM117-4-0 STATEMENT | 174,900.00 | |
| 11/12-11/19/08 | 1-EM117-4-0 STATEMENT | | 246,980.00 |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.    IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | X | |

Item 8 answer: BERNARD L. MADOFF / 885 THIRD AVENUE / NEW YORK, NY 10022

9.  Have you or any member of your family
    ever filed a claim under the Securities
    Investor Protection Act of 1970?  if
    so, give name of that broker.                              _____   X ____

    Please list the full name and address of anyone assisting you in the
    preparation of this claim form: Caler, Donten, Levine et al _____
    500 S Flagler Drive, Suite 900   West Palm Beach, FL  33401           .

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _1/8/09_____    Signature _Sylvia V. Lack, Trustee_

Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   MELVIN N LOCK TRUST
MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS   FL   33418

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****3638
PAGE: 1
YOUR ACCOUNT NUMBER: 1-EM117-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 305,081.25 | |
| 11/12 | 2,756 | | 3061 | WAL-MART STORES INC | 55.830 | 153,977.48 | |
| 11/12 | 1,802 | | 3563 | INTERNATIONAL BUSINESS MACHS | 87.270 | 157,332.54 | |
| 11/12 | 6,678 | | 7387 | EXXON MOBIL CORP | 72.880 | 486,959.64 | |
| 11/12 | 7,314 | | 7889 | INTEL CORP | 14.510 | 106,418.14 | |
| 11/12 | 3,498 | | 12215 | JOHNSON & JOHNSON | 59.580 | 208,549.84 | |
| 11/12 | 4,770 | | 16541 | J.P. MORGAN CHASE & CO | 38.530 | 183,978.10 | |
| 11/12 | 2,544 | | 20866 | COCA COLA CO | 44.660 | 113,715.04 | |
| 11/12 | 1,484 | | 25192 | MCDONALDS CORP | 55.370 | 82,228.08 | |
| 11/12 | 2,756 | | 29518 | MERCK & CO | 28.550 | 78,793.80 | |
| 11/12 | 10,970 | | 33844 | MICROSOFT CORP | 21.810 | 220,028.70 | |
| 11/12 | 5,088 | | 39170 | ORACLE CORPORATION | 17.300 | 89,225.40 | |
| 11/12 | 2,014 | | 51148 | PEPSICO INC | 56.410 | 113,685.74 | |
| 11/12 | 1,166 | | 51650 | APPLE INC | 100.780 | 11,555.48 | |
| 11/12 | 8,586 | | 55474 | PFIZER INC | 16.940 | 145,789.84 | |
| 11/12 | 2,014 | | 55976 | ABBOTT LABORATORIES | 54.610 | 110,064.54 | |
| 11/12 | 3,816 | | 59800 | PROCTER & GAMBLE CO | 64.080 | 244,681.28 | |
| 11/12 | 1,378 | | 60302 | AMGEN INC | 59.160 | 81,577.48 | |
| 11/12 | 2,650 | | 64126 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 115,646.00 | |
| 11/12 | 6,360 | | 64628 | BANK OF AMERICA | 21.590 | 137,566.40 | |
| 11/12 | 2,120 | | 68452 | QUALCOMM INC | 33.770 | 71,676.40 | |
| 11/12 | 6,890 | | 68954 | CITI GROUP INC | 12.510 | 86,468.90 | |
| 11/12 | 1,590 | | 72778 | SCHLUMBERGER LTD | 49.480 | 78,736.20 | |
| 11/12 | 3,816 | | 73280 | COMCAST CORP | 16.510 | 63,154.16 | |
| | | | | CL A | | | |
| | | | | CONTINUED ON PAGE: 2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT MELVIN N LOCK TRUST
MELVIN N LOCK TRUST

3303 DEVONSHIRE WAY
PALM BEACH GARDENS   FL   33418

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PAGE 2

PERIOD ENDING 11/30/09
YOUR ACCOUNT NUMBER 1-EM117-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER *****3538

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /12 | 7,526 | | 77104 | AT&T INC | 27 | 203,503.00 | |
| /12 | 1,908 | | 77606 | CONOCOPHILIPS | 52.510 | 100,265.08 | |
| /12 | 1,272 | | 81430 | UNITED PARCEL SVC INC CLASS B | 52.040 | 66,244.88 | |
| /12 | 7,738 | | 81932 | CISCO SYSTEMS INC | 16.730 | 129,765.74 | |
| /12 | 2,226 | | 85756 | U S BANCORP | 29.530 | 65,822.78 | |
| /12 | 2,650 | | 86258 | CHEVRON CORP | 73.430 | 194,695.50 | |
| /12 | 1,272 | | 90082 | UNITED TECHNOLOGIES CORP | 53.160 | 67,669.52 | |
| /12 | 13,462 | | 94584 | GENERAL ELECTRIC CO | 19.630 | 264,791.05 | |
| /12 | 3,604 | | 94408 | VERIZON COMMUNICATIONS | 30.630 | 110,431.64 | |
| /12 | 318 | | 94910 | GOOGLE | 337.400 | 107,305.20 | |
| /12 | 4,452 | | 98734 | WELLS FARGO & CO NEW | 29.800 | 132,847.60 | |
| /12 | 3,180 | | 99236 | HEWLETT PACKARD CO | 34.900 | 111,109.00 | |
| /12 | | 4,850,000 | 21346 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 4,846,896.00 |
| /12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 4.50 |
| /12 | | 9,030 | 16445 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,030.00 | |
| /12 | 33,938 | | 25814 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 33,938.00 | |
| /19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 4.17 |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

25 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**   FOR ACCOUNT   MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL   33418

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-EM117-3-0 | *****3638 | 3 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 33,938 | 51106 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 33,938.0 |
| 11/19 | 350,000 | | 55728 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 349,741.00 | |
| 11/19 | 1,777 | | 50145 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DUE 3/26/2009 | 1 | 1,777.00 | |
| | | | | NEW BALANCE | | 601,245.76 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 7,526 | | | AT&T INC | 28.560 | | |
| | 2,014 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 1,378 | | | AMGEN INC | 55.540 | | |
| | 1,166 | | | APPLE INC | 92.670 | | |
| | 6,360 | | | BANK OF AMERICA | 16.250 | | |
| | 2,650 | | | CHEVRON CORP | 79.010 | | |
| | 7,738 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 6,890 | | | CITI GROUP INC | 8.290 | | |
| | 2,544 | | | COCA COLA CO | 46.870 | | |
| | 3,816 | | | COMCAST CORP CL A | 17.340 | | |
| | 1,908 | | | CONOCOPHILLPS | 52.520 | | |
| | 6,678 | | | EXXON MOBIL CORP | 80.150 | | |
| | 13,462 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   MELVIN N LOCK TRUST
MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL    33418

YOUR ACCOUNT NUMBER: 1-EM117-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****3638
PAGE: 4

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 318 | | | GOOGLE | 292.950 | | |
| | 3,180 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 7,314 | | | INTEL CORP | 13.800 | | |
| | 1,902 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 4,770 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 3,498 | | | JOHNSON & JOHNSON | 58.590 | | |
| | 1,484 | | | MCDONALDS CORP | 58.750 | | |
| | 2,756 | | | MERCK & CO | 26.720 | | |
| | 10,070 | | | MICROSOFT CORP | 16.220 | | |
| | 2,508 | | | ORACLE CORPORATION | 16.090 | | |
| | 2,014 | | | PEPSICO INC | 56.700 | | |
| | 8,586 | | | PFIZER INC | 16.430 | | |
| | 2,650 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 3,816 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 2,120 | | | QUALCOMM INC | 33.570 | | |
| | 1,590 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 1,777 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 2,226 | | | U S BANCORP | 26.980 | | |
| | 1,272 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 350,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 1,272 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE    5



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS   FL   33418

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****3638
PAGE: 5
YOUR ACCOUNT NUMBER: 1-EM117-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 3,604 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 2,756 | | | WAL-MART STORES INC | 55.880 | | |
| | 4,452 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG      5,021,854.24 | | | |
| | | | | SHORT      73,080 — | | | |
| | | | | 4,949,774.24 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT MELVIN N LOCK TRUST
MELVIN N LOCK TRUST

3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL    33418

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-EM117-4-0 | *****3638 | 1 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 305,082.00 |
| 1/12 | | 106 | 42496 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 167,374.00 |
| 1/12 | 106 | | 46822 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 188,786.00 | |
| 1/19 | | 106 | 32927 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 275,494.00 |
| 1/19 | 106 | | 37252 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 318,106.00 | |
| 1/19 | 106 | | 41577 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 31,906.00 | |
| 1/19 | | 106 | 45902 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 392,094.00 |
| | | | | NEW BALANCE | | | 601,246.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 106 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |

MARKET VALUE OF SECURITIES
LONG       SHORT
174,900.00    246,980.00-
174,980
+ 72,080.00



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| **0646** | | 1-EM117-3 | R | 21346 | 5 | 1 | | 11/10/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

**** DUPLICATE ****

ACCT OF/ MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| BOT | 4,850,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009 | | 2/12/2009 | 4846896.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.936 | 4846896.00 | | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**MADF**

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

**MEMBER:**
FINRA    NSX    SIPC    NSCC    DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 55728 | 5 | 1 | | 11/19/08 | 11/19/08 | 17 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 350,000 | 912795K91 | U S TREASURY BILL DUE 03/26/2009  Y•T•M• .21% 3/26/2009 | | 349741.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.926 | 349741.00 | | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION *(Please see reverse for further details.)*

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**MADF**    New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-4 | D | 41577 | 8 | 1 | | 11/14/08 | 11/19/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT 0F/    MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 106 | 78379QKLF | S & P 100 INDEX NOVEMBER 460 CALL |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 3.000 | 31800.00 | 106.00 | | | | | 31906.00 |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

## MADF BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-4 | R | 32927 | 8 | 1 | | 11/14/08 | 11/19/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****

ACCT OF/    MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| BOT | 106 | 7837901FF | S & P 100 INDEX DECEMBER 430 CALL |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 26.000 | 275600.00 | 106.00 | | | | | 275494.00 |

17

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | C.H. NUMBER | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-4 | R | 45902 | 8 | 1 | 1 | | 11/14/08 | 11/19/08 | 17 |

CONTRA PARTY

IDENTIFICATION NO.

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/  MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| BOT | 106 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | | 392094.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 392200.00 | 106.00 | | | | |

CONFIRMATION  (Please see reverse for further details.)

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-4 | D | 37252 | 8 | 1 | | 11/14/08 | 11/19/08 |

CODES

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

IDENTIFICATION NO.

CONTRA PARTY

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS   FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 106 | 783790XD4 | S & P 100 INDEX DECEMBER 420 PUT |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 30.000 | 318000.00 | 106.00 | | | | | 318106.00 |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION *(Please see reverse for further details.)*

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 12215 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/    MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | |
|---|---|---|---|---|---|
| SLD | 3,498 | 478160104 | JOHNSON & JOHNSON | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 59.580 | 208410.84 | 139.00 | | | | | 208549.84 |

Affiliated with:
### Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-EM117-3 | D | 25192 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/  MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 1,484 | 580135101 | MCDONALDS CORP |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 55.370 | 82169.08 | 59.00 | | | | | 82228.08 |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | |
| 0646 | | 1-EM117-3 | D | 29518 | 5 | 1 | | 11/12/08 |

TRADE DATE: 11/06/08

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

IDENTIFICATION NO.

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 2,756 | 589331107 | MERCK & CO |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 28.550 | 78683.80 | 110.00 | | | | | 78793.80 |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17



CONFIRMATION *(Please see reverse for further details.)*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 33844 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 10,070 | 594918104 | MICROSOFT CORP |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 21•810 | 219626.70 | 402.00 | | | | | 220028.70 |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 38170 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/  MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 5,088 | 68389X105 | ORACLE CORPORATION | | 88225.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 88022.40 | 203.00 | | | | |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION *(Please see reverse for further details.)*

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 51148 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES: TR | CAP | SETT

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 2,014 | 713448108 | PEPSICO INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 56.410 | 113609.74 | 80.00 | | | | | 113689.74 |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17



CONFIRMATION (Please see reverse for further details.)

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York ☐ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | C.H. NUMBER | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 55474 | 5 | 1 | | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

**** DUPLICATE ****
ACCT OF/  MELVIN N LOCK TRUST

SPECIAL DELIVERY INSTRUCTIONS

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 8,586 | 717081103 | PFIZER INC | 145789.84 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.940 | 145446.84 | 343.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

CONFIRMATION *(Please see reverse for further details.)*

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 64126 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES (TR, CAP, SETT)

17

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

**** DUPLICATE ****
ACCT OF/  MELVIN N LOCK TRUST

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 2,650 | 718172109 | PHILLIP MORRIS INTERNATIONAL | | 115646.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 115540.00 | 106.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 59800 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,816 | 742718109 | PROCTER & GAMBLE CO | 244681.28 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 244529.28 | 152.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | | |
| | | | | | TR | CAP | SETT | | | | 17 |
| 0646 | | 1-EM117-3 | D | 68452 | 5 | 1 | 1 | 11/06/08 | 11/12/08 | | |

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/  MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL  33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
| SLD | 2,120 | 747525103 | QUALCOMM INC | | 71676.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 33.770 | 71592.40 | 84.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION *(Please see reverse for further details.)*

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 72778 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

**** DUPLICATE ****
ACCT OF/  MELVIN N LOCK TRUST

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 1,590 | 806857108 | SCHLUMBERGER LTD | | | 78736.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 78673.20 | 63.00 | | | | |

17

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**CONFIRMATION** *(Please see reverse for further details.)*

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 85756 | 5 | 1 | | 11/06/08 | 11/12/08 | | |

IDENTIFICATION NO.

CONTRA PARTY          C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/   MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL  33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 2,226 | 902973304 | U S BANCORP | | 65822.78 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 65733.78 | 89.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange





CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | C.H. NUMBER | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 81430 | 5 | 1 | | | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

SPECIAL DELIVERY INSTRUCTIONS

ACCT OF/ MELVIN N LOCK TRUST

**** DUPLICATE ****

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,272 | 911312106 | UNITED PARCEL SVC INC CLASS B | 66244.88 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 66194.88 | 50.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 90082 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF / MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS     FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,272 | 913017109 | UNITED TECHNOLOGIES CORP | 67669.52 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 67619.52 | 50.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 94408 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 3,604 | 92343V104 | VERIZON COMMUNICATIONS | | | 109741.64 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 109597.64 | 144.00 | | | | |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**CONFIRMATION** (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 03061 | 5 | 1 | | 11/06/08 | 11/12/08 | | 17 |

IDENTIFICATION NO.            CONTRA PARTY            C.H. NUMBER            SPECIAL DELIVERY INSTRUCTIONS

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 2,756 | 931142103 | WAL-MART STORES INC | | | 153977.48 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.830 | 153867.48 | 110.00 | | | | |



CONFIRMATION (Please see reverse for further details.)

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

**** DUPLICATE ****
ACCT OF/  MELVIN N LOCK TRUST

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 98734 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| SLD | 4,452 | 949746101 | WELLS FARGO & CO NEW | | | | 132847.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | |
|---|---|---|---|---|---|---|---|
| 29.800 | 132669.60 | 178.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-4 | R | 42496 | 8 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF / MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS   FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| BOT | 106 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 15.800 | 167480.00 | 106.00 | | | | | 167374.00 |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-4 | D | 46822 | 8 | 1 | | 11/06/08 | 11/12/08 |

CODES

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

IDENTIFICATION NO.

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 106 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 188786.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.800 | 188680.00 | 106.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 77104 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

SPECIAL DELIVERY INSTRUCTIONS

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS      FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 7,526 | 00206R102 | AT&T INC | | 203503.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27.000 | 203202.00 | 301.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 55976 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/  MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,014 | 002824100 | ABBOTT LABORATORIES | 110064.54 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 109984.54 | 80.00 | | | | |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION *(Please see reverse for further details.)*

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 60302 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

IDENTIFICATION NO.

CONTRA PARTY

**** DUPLICATE ****
ACCT OF/  MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 1,378 | 031162100 | AMGEN INC | | 81577.48 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 81522.48 | 55.00 | | | | |

17

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION *(Please see reverse for further details.)*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 51650 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ACCT OF/    **** DUPLICATE ****
MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 1,166 | 037833100 | APPLE INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 100.780 | 117509.48 | 46.00 | | | | | 117555.48 |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 64628 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

IDENTIFICATION NO.

CONTRA PARTY

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 6,360 | 060505104 | BANK OF AMERICA | | 137565.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.590 | 137312.40 | 254.00 | | | | |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**CONFIRMATION** *(Please see reverse for further details.)*

MADF

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | C.H. NUMBER | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 86258 | 5 | 1 | | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

SPECIAL DELIVERY INSTRUCTIONS

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS   FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 2,650 | 166764100 | CHEVRON CORP | | | 194695.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 194589.50 | 106.00 | | | | |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 81932 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

C.H. NUMBER

17

IDENTIFICATION NO.

CONTRA PARTY

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS   FL 33418

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 7,738 | 17275R102 | CISCO SYSTEMS INC | | 129755.74 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 129456.74 | 309.00 | | | | |



# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 68954 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

SPECIAL DELIVERY INSTRUCTIONS

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS     FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 6,890 | 172967101 | CITI GROUP INC | 86468.90 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.510 | 86193.90 | 275.00 | | | | |

17

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION  (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | SETTLEMENT DATE | TRADE DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 20866 | 5 | 1 | | 11/12/08 | 11/06/08 |

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,544 | 191216100 | COCA COLA CO | 113716.04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 44.660 | 113615.04 | 101.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

MADF



CONFIRMATION *(Please see reverse for further details.)*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | |
|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 73280 | 5 | 1 | | 11/06/08  11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 3,816 | 20030N101 | COMCAST CORP CL A |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 16.510 | 63002.16 | 152.00 | | | | | 63154.16 |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

TRADE DATE

MADF



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 77606 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

C.H. NUMBER

IDENTIFICATION NO.

CONTRA PARTY

SPECIAL DELIVERY INSTRUCTIONS

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 1,908 | 20825C104 | CONOCOPHILIPS | | | 100265.08 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 100189.08 | 76.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-EM117-3 | D | 07387 | 5 | 1 | 1 | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF / MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 6,678 | 302316102 | EXXON MOBIL CORP | 486959.64 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 72.880 | 486692.64 | 267.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 90584 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

***** DUPLICATE *****
ACCT OF/ MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 13,462 | 369604103 | GENERAL ELECTRIC CO |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 19.630 | 264259.06 | 538.00 | | | | | 264797.06 |

17

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**CONFIRMATION** *(Please see reverse for further details.)*

MADF

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 94910 | 5 | 1 | 1 | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| SLD | 318 | 38259P508 | GOOGLE | | | | | 107305.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 107293.20 | 12.00 | | | | |

**Affiliated with:**
## Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**CONFIRMATION** (Please see reverse for further details.)

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

ORIGINATOR NO. **0646**

| ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|
| 1-EM117-3 | D | 99236 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,180 | 428236103 | HEWLETT PACKARD CO | 111109.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.900 | 110982.00 | 127.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 07889 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS   FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 7,314 | 458140100 | INTEL CORP | 106418.14 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 106126.14 | 292.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

ORIGINATOR NO. 0646

ACCOUNT NUMBER: 1-EM117-3

D/R: D   TRANS. NO.: 03563   TR: 5   CAP: 1
TRADE DATE: 11/06/08   SETTLEMENT DATE: 11/12/08

17

SPECIAL DELIVERY INSTRUCTIONS
**** DUPLICATE ****
ACCT OF/ MELVIN N LOCK TRUST

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS   FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 1,802 | 459200101 | INTERNATIONAL BUSINESS MACHS | | 157332.54 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 157260.54 | 72.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-EM117-3 | D | 16541 | 5 | 1 | 1 | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

**** DUPLICATE ****
ACCT OF/   MELVIN N LOCK TRUST

SPECIAL DELIVERY INSTRUCTIONS

MELVIN N LOCK TRUST
3303 DEVONSHIRE WAY
PALM BEACH GARDENS    FL 33418

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 4,770 | 46625H100 | J.P. MORGAN CHASE & CO | | 183978.10 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 183788.10 | 190.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange