UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,
                Plaintiff-Applicant,

    - against -                                    Adv. Pro. No. 08-01789-BRL

BERNARD L. MADOFF INVESTMENT         SIPA Liquidation
SECURITIES LLC,
                Defendant.
----------------------------------------------------------------x

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK)

       Tatyana Venezia, being duly sworn, deposes and says:

       I am not a party to the action. I am over eighteen (18) years of age and reside in Monmouth County, State of New Jersey.

       On August 31, 2010, I served true copies of the annexed **OBJECTION TO SIPA TRUSTEE'S DETERMINATION OF CLAIM NUMBER 000258** upon each of the following by mailing same in sealed envelopes, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed as indicated below:

                Clerk of the United States Bankruptcy Court
                   for the Southern District of New York
                One Bowling Green
                New York, New York 10004

                Irving H. Picard, Trustee
                c/o Baker & Hostetler LLP
                45 Rockefeller Plaza
                New York, New York 10111

                                                            _____
                                                             Tatyana Venezia

Sworn to before me
this 31st day of August, 2010
_____
Notary Public

                MICHAEL WEXELBAUM
            Notary Public, State of New York
                    No. 30-4515301
                Qualified in Nassau County
         Commission Expires October 31, 20__