BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

Presentment Date: September 10, 2010
Time:  12:00 p.m.

Objections Due:  September 10, 2010
Time:  11:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff-Applicant,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |

**TRUSTEE'S MOTION FOR AN ORDER APPROVING
THE RETENTION OF WERDER VIGANÒ ANWÄLTE AS SPECIAL
<u>COUNSEL *NUNC PRO TUNC* AS OF MAY 15, 2010</u>**

Irving H. Picard, Esq. ("Trustee"), as trustee for the substantively consolidated

liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa, <u>et</u> <u>seq</u>. ("SIPA"),[1] and Bernard L. Madoff (together,

---

[1] For convenience, future reference to SIPA will not include "15 U.S.C."

the "Debtor"), by and through his undersigned counsel, for his motion (the "Motion") for authority to retain special counsel *nunc pro tunc* as of May 15, 2010, respectfully represents as follows:

### Jurisdiction

1. This Court has jurisdiction over this Application pursuant to SIPA section 78eee(b) and 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this SIPA liquidation case and this Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief sought herein are section 78eee(b)(3) of SIPA and sections 327(e), 328, 329 and 330 of the Bankruptcy Code and Fed. R. Bankr. P. 2014.

### Background

3. On December 11, 2008 (the "Filing Date"),[2] the Securities and Exchange Commission ("SEC") filed a complaint in the United States District Court for the Southern District of New York against defendants Bernard L. Madoff and BLMIS (together, the "Defendants") (No. 08 CV 10791). The complaint alleged that the Defendants engaged in fraud through investment advisor activities of BLMIS.

4. On December 12, 2008, the Honorable Louis L. Stanton of the United States District Court for the Southern District of New York entered an order which appointed Lee S. Richards, Esq., as receiver (the "Receiver").

5. On December 15, 2008, Judge Stanton entered an order pursuant to SIPA (the "Protective Decree"), which, in pertinent part:

> a) appointed the Trustee for the liquidation of the business of BLMIS pursuant to section 78eee(b)(3) of SIPA;

---

[2] *See* section 78*lll*(7)(B) of SIPA.

b) appointed Baker & Hostetler LLP as counsel ("Counsel") to the Trustee pursuant to section 78eee(b)(3) of SIPA; and

c) removed the case to this Bankruptcy Court pursuant to section 78eee(b)(4) of SIPA.

6. Issues have arisen in Switzerland that require the Trustee's participation and representation by counsel. While the Trustee has previously retained Swiss counsel, Schifferli Vafadar Sivilotti, such counsel practices in a different Swiss canton. The Trustee is investigating Swiss entities and individuals in various parts of Switzerland and may bring litigation ("Litigation") against or involving such persons or entities. These matters require the assistance of additional Swiss counsel.

## Relief Requested

7. The Trustee has determined that it will be necessary to engage additional counsel to represent him in Switzerland. Such legal counsel will enable the Trustee to carry out his duties in this SIPA liquidation proceeding. The Trustee, therefore, proposes to retain and employ the law firm of Werder Viganò Anwälte ("Werder Viganò") as its special counsel with regard to Litigation, and any related matters as directed by the Trustee, effective as of May 15, 2010.

8. The Trustee seeks to retain Werder Viganò as special counsel because of its knowledge and expertise in the laws of Switzerland.

9. The services of Werder Viganò are necessary and essential to enable the Trustee to execute faithfully his duties herein.

10. Werder Viganò has indicated a willingness to act on the Trustee's behalf to render the foregoing professional services.

3

11. The Trustee submits that Werder Viganò's provision of professional services to the Trustee is permissible under section 78eee(3) of SIPA and is in the best interest of the Debtor's estate and customers and creditors.

12. To the best of the Trustee's knowledge, and except as disclosed in the declaration of disinterestedness of Dr. Michael Werder (the "Werder Declaration"), executed on June 21, 2010 and annexed hereto as <u>Exhibit A</u>, the members, counsel and associates of Werder Viganò are disinterested pursuant to section 78eee(b)(3) of SIPA and do not hold or represent any interest adverse to the Debtor's estate in respect of the matter for which Werder Viganò is to be retained. Werder Viganò's employment and retention is necessary and in the best interests of the Debtor's estate and its customers and creditors.

13. Werder Viganò will be compensated at agreed upon rates, listed below, which reflect a reduction of its normal rates by ten percent (10%). Applications for compensation to Werder Viganò will be filed with this Court pursuant to applicable statutes and rules. Werder Viganò's rate information is as follows:

| Level of Experience | Normal Rates | Agreed Upon Rates |
| --- | --- | --- |
| Partner | CHF620 | CHF558 |
| Associate | CHF460 | CHF414 |

14. SIPC has no objection to this Motion and, pursuant to SIPA section 78eee(b)(3), SIPC specifies that the Trustee should be authorized to retain Werder Viganò as special counsel for the purposes identified herein.

## Notice

15. Notice of this Motion has been given to SIPC, United States Department of Justice, United States Securities and Exchange Commission and all parties that have filed a

4

notice of appearance herein.  In light of the nature of the relief requested, the Trustee submits that such notice is good and sufficient, and no other or further notice is necessary or required.

WHEREFORE, the Trustee respectfully requests that the Court enter an order substantially in the form of <u>Exhibit B</u> hereto, (a) granting this Motion; (b) authorizing the Trustee to employ Werder Viganò as special counsel for the purposes described herein, *nunc pro tunc*, as of May 15, 2010; and (c) granting the Trustee such other and further relief as is just and proper.

Dated: New York, New York  
       September 1, 2010

Respectfully submitted,

*s/Keith R. Murphy*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*