# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**ORDER GRANTING TRUSTEE'S MOTION TO RETAIN
WERDER VIGANÒ ANWÄLTE AS SPECIAL COUNSEL
_NUNC PRO TUNC_ AS OF MAY 15, 2010**

Upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq. ("SIPA"), and Bernard L. Madoff, for authority to retain Werder Viganò Anwälte ("Werder Viganò") as special counsel, _nunc pro tunc_ as of May 15, 2010, and due and proper notice having been given under the circumstances of this case, and the Securities Investor Protection Corporation having specified Werder Viganò as special counsel, and after due deliberation,

IT IS HEREBY ORDERED THAT:

1.　　　The Motion is GRANTED.

2.　　　The Court finds that Werder Viganò is hereby deemed disinterested under 15

2

U.S.C. § 78eee(b)(6)(B).

4. The Trustee is authorized to retain Werder Viganò as special counsel to the Trustee as provided in the Motion, *nunc pro tunc*, as of May 15, 2010.

Dated: New York, NY
           _____, 2010

                                  HONORABLE BURTON R. LIFLAND
                                  UNITED STATES BANKRUPTCY JUDGE

2