**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Philip R. White, Esq.
One Rockefeller Plaza
New York, New York 10020
Tel.: (212) 643-7000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, : : : Plaintiff : : v. : : BERNARD L. MADOFF INVESTMENT SECURITIES LLC. : : Defendant. : : | SIPA LIQUIDATION  No. 08-01789 (BRL) |

### CERTIFICATION OF SERVICE

PETER CALHOUN, of full age, certifies as follows:

I am a Paralegal employed with the firm of Sills Cummis & Gross P.C.

On August 31, 2010, Objections to Trustee's Determination of Claim and Requests for a Hearing were filed electronically with the United States Bankruptcy Court for the Southern District of New York on behalf of the following parties:

1. Tali Chais 1997 Trust;
2. Ari Chais 1999 Trust;
3. Benjamin Paul Chasalow 1999 Trust;
4. Jonathon Wolf Chais Trust;
5. Justin Robert Chasalow 1999 Trust;
6. Rachel Allison Chasalow 1999 Trust;
7. Chloe Frances Chais 1994 Trust;
8. Emily Chais Issue Trust No. 1;
9. Emily Chais Issue Trust No. 2;

1800615 v1

       10.     Emily Chais Trust No. 3;
       11.     1996 Trust for the Children of Stanley and Pamela Chais;
       12.     Justin Robert Chasalow Transferee Trust No. 1;
       13.     Rachel Allison Chasalow Transferee Trust No. 1;
       14.     William Frederick Chais Issue Trust No. 1;
       15.     Benjamin Paul Chasalow Transferee Trust No. 1;
       16.     William Frederick Chais Issue Trust No. 2; and
       17.     Mark Hugh Chais Issue Trust No. 1.

In addition to the parties that were served electronically with a Notice of Electronic Filing by the Court, the following parties were sent the foregoing documents, on August 31, 2010 via Federal Express overnight mail:

Irving H. Picard, Trustee
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

and

Clerk of the Court
U.S. Bankruptcy Court, SDNY
One Bowling Green
New York, NY 10004-1408

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements by me are willfully false, I am subject to punishment.

Dated: September 2, 2010

                                        */s/ Peter Calhoun*
                                      PETER CALHOUN