Exhibit C





**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334 1343
Fax (212) 838-4061

AMY JOEL BURGER
50 SUTTON PL SO APT 11J
NEW YORK    NY    10022

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | |
| | | | NEW BALANCE | | | 17,290.00 | |

1-B0082-8-0    11/30/03    1

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

