Exhibit D

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1
PERIOD ENDING 12/31/03
YOUR ACCOUNT NUMBER 1-B0258-3-0

AMY JOEL BURGER
50 SUTTON PLACE SO APT 11J
NEW YORK    NY   10022

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/01 | | | | BALANCE FORWARD | | | |
| 12/16 | | 6,505 | 74109 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/16/03 | | 7,006.00 | 7,506. |
| 12/16 | | 2,800,000 | 74530 | FIDELITY SPARTAN U S TREASURY BILL DUE 04/08/2004 | 99.712 | | 2,791,936. |
| 12/16 | 2,775,000 | | 74938 | U S TREASURY BILL DUE 2/5/2004 4/08/2004 | 99.881 | 2,771,697.75 | |
| 12/16 | 19,745 | | 75356 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 2/05/2004 | | 19,745.00 | |
| 12/31 | | 2,775,000 | 882 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/31/03 U S TREASURY BILL DUE 2/5/2004 | DIV 99.919 | | 2,772,757. |
| 12/31 | 1,400,000 | | 9406 | U S TREASURY BILL DUE 4/22/2004 2/05/2004 | 99.718 | 1,396,052.00 | |
| | | | | CONTINUED ON PAGE #2 4/22/2004 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affili
Madoff Securities International
12 Berkel
Mayfair, London
Tel 020 7

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

AMY JOEL BURGER
50 SUTTON PLACE SO APT 11J
NEW YORK NY 10022

**YOUR TAX PAYER IDENTIFICATION NUMBER:** 12/31/03
**YOUR ACCOUNT NUMBER:** 1-B0258-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 12/31 | 1,400,000 | | 13743 | U S TREASURY BILL DUE 4/29/2004 | 99.700 | 1,395,800.00 |
| 12/31 | 651 | | 18086 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 651.00 |
| 12/31 | | 19,745 | 96632 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| | | | | NEW BALANCE | | |
| | | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | |
| | | | | U S TREASURY BILL DUE 3/22/2004 4/22/2004 | 99.718 | |
| | 1,400,000 | | | | | |
| | 1,400,000 | | | U S TREASURY BILL DUE 4/29/2004 4/29/2004 | 99.700 | |
| | | | | MARKET VALUE OF SECURITIES LONG SHORT | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

