Exhibit F



**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 071-493 6222

MARTIN J JOEL JR TR DTD 5/5/88
FBO AMY JOEL BURGER FAMILY
BERNARD L MADOFF TRUSTEE
885 THIRD AVENUE 18TH FLOOR
NEW YORK          NY 10022

1-B0083-3-0

12/31/99    1

| DATE | | | | DESCRIPTION | | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|--|--|--|-------------|--|--|--|
| | | | | BALANCE FORWARD | | 3,388,508.13 | |
| 12/01 | | | | NEW MARGIN INTEREST | INT | 19,495.52 | |
| 12/01 | | 26,000 | | CHECK | CK | 7,000.00 | |
| 12/01 | | | | INTEL CORP | DIV | | |
| 12/01 | | | | DIV | DIV | 5,280.00 | 5,280.00 |
| 12/07 | | | | JOHNSON & JOHNSON | DIV | | |
| 12/07 | | | | DIV 11/16/99 12/07/99 | DIV | 894.60 | 894.60 |
| 12/10 | | | | DIV ADJ 11/16/99 12/07/99 | DIV | | |
| 12/10 | | | | CONSECO INC | JRNL | | |
| 12/10 | | | | DIV 11/15/99 12/10/99 | DIV | 600.00 | 600.00 |
| 12/10 | | | | DIV ADJ 11/15/99 12/10/99 MTC | JRNL | 600.00 | 600.00 |
| 12/29 | | 10,000 | | ANR CORP | | | |
| 12/29 | | | | DEL TO DD ACCT | DELV | 160.00 | 160.00 |
| 12/31 | | | | NEW MARGIN INTEREST | INT | | |
| 12/31 | | | | NEW BALANCE | | 2,923,451.28 | |
| | | | | SECURITY POSITIONS | | | |
| | | | | ADOBE SYS INC | MKT PRICE 67 1/4 | 2,010.03 | 532,500.00 |
| | | | | CONTINUED ON PAGE | | | |





**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

MARTIN J JOEL JR TR DTD 5/5/88
FBO AMY JOEL BURGER FAMILY
BERNARD L MADOFF TRUSTEE
885 THIRD AVENUE 18TH FLOOR
NEW YORK                    NY 10022

YEAR-TO-DATE SUMMARY

OLD BALANCE
MARGIN INTEREST
GROSS PROCEEDS FROM SALES    209,299.15    500,000.00

ACCOUNT NUMBER  1-B0083-3-0

12/31/99    3

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 071-493 6222

MARTIN J JOEL JR TR DTD 5/5/88
FBO AMY JOEL BURGER FAMILY
BERNARD L MADOFF TRUSTEE
885 THIRD AVENUE 18TH FLOOR
NEW YORK                NY 10022

| Date | Bought/Received | Sold/Delivered | Description | Price | Amount Debited | Amount Credited |
|---|---|---|---|---|---|---|
| 12/01 | | | BALANCE FORWARD | | | 4,345,562.50 |
| 12/01 | | | INTEL CORP | JRNL | | |
| 12/01 | | | DIV 11/07/99 12/01/99 | JRNL | 5,280.00 | 5,280.00 |
| 12/07 | | | DIV ADJ 11/07/99 12/01/99 INTC | JRNL | 894.60 | |
| 12/07 | | | JOHNSON & JOHNSON | DIV | 894.60 | 894.60 |
| 12/10 | | | DIV 11/16/99 12/01/99 JNJ | | | |
| 12/10 | | | MONSANTO CO | DIV | 600.00 | 600.00 |
| 12/10 | | | DIV ADJ 11/16/99 12/01/99 | JRNL | 160.00 | 600.00 |
| 12/15 | 2,500 | | SOLUTIA INC | DIV | 160.00 | 160.00 |
| 12/29 | 10,000 | | DIV 11/15/99 12/10/99 | RECD | 532,500.00 | |
| | | | AMR CORP | RECD | 532,500.00 | |
| | | | REC FROM 30 ACCT | | | |
| | | | TRANS FROM 10 ACCT | | | |
| 12/31 | | | NEW BALANCE | JRNL | | 70,937.50 |
| | 21,000 | | SECURITY POSITIONS | MKT PRICE | | 3,726,812.50 |
| | 225,500 | | APPLE SYS INC | 101 1/4 | | |
| | 176,000 | | CISCO SYSTEMS INC | 82 5/16 | | |
| | | | INTEL CORP | | | |
| | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 071-493 6222

MARTIN J JOEL JR TR DTD 5/5/88
FBO AMY JOEL BURGER FAMILY
BERNARD L MADOFF TRUSTEE
885 THIRD AVENUE 18TH FLOOR
NEW YORK            NY    10022

| BOUGHT | SOLD | DESCRIPTION | PRICE |
|---|---|---|---|
| | 3,195 | JOHNSON & JOHNSON | 93 1/4 |
| | 2,500 | STERBIT TECHNOLOG... INC | 78 1/2 |
| | 10,000 | MONSANTO CO | 35 7/16 |
| | 5,000 | SHARED MEDICAL SYS CORP | 50 15/16 |
| | 4,000 | SOLUTIA INC | 15 7/16 |

MARKET VALUE OF SECURITIES — LONG
SHORT     19,760,746.25-

ACCOUNT NUMBER 1-B0083-7-0

12/31/99     2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
Investment Securities
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171 493 6222

MARTIN J JOEL JR TR DTD 5/5/88
FBO AMY JOEL BURGER FAMILY
BERNARD L MADOFF TRUSTEE
885 THIRD AVENUE 18TH FLOOR
NEW YORK            NY 10022

YEAR-TO-DATE SUMMARY

DIVIDENDS
GROSS PROCEEDS FROM SALES

1-80083-7-0

12/31/99            3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES