Exhibit G

08-01789-cgm    Doc 2947-7    Filed 09/02/10    Entered 09/02/10 13:29:34    Exhibit G
Pg 2 of 6





**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

MARTIN J JOEL JR TR DTD 5/5/88
FBO AMY JOEL BURGER FAMILY
BERNARD L MADOFF TRUSTEE
885 THIRD AVENUE 18TH FLOOR
NEW YORK          NY 10022

**YOUR ACCOUNT NUMBER:** 1-B0083-3-0
**PERIOD ENDING:** 10/31/00
**PAGE:** 3 H

### YEAR-TO-DATE SUMMARY

| Description | Amount Debited To Your Account | Amount Credited To Your Account |
|---|---|---|
| DIVIDENDS | | |
| MARGIN INTEREST | 132,368.52 | |
| GROSS PROCEEDS FROM SALES | | 365,000.00 |
|  | 44,839.40 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

08-01789-cgm    Doc 2947-7    Filed 09/02/10    Entered 09/02/10 13:29:34    Exhibit G
Pg 5 of 6

## BERNARD L. MADOFF
### Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

MARTIN J JOEL JR TR DTD 5/5/88
FBO AMY JOEL BURGER FAMILY
BERNARD L MADOFF TRUSTEE
885 THIRD AVENUE 18TH FLOOR
NEW YORK    NY 10022

YOUR ACCOUNT NUMBER: 1-B0083-7-0
PERIOD ENDING: 10/31/00
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 2,682,750.00 |
| 10/24 | | | DIV | ADBE SYS INC | | | 500.00 |
| | | | | DIV 10/02/00 10/24/00 | | | |
| | | | | DIV ADJ 10/02/00 10/24/00 ADBE | | | |
| 10/24 | | 20,000 | | ADBE SYS INC | JRNL | | 500.00 |
| 10/30 | | | | DIV 10/27/00 10/30/00 | DELV | | |
| | | | | NEW BALANCE | | | 2,682,750.00 |
| | | | | SECURITY POSITIONS | | | |
| | 40,000 | | | ADBE SYS INC | 76 1/16 | | |
| | 352,000 | | | INTEL CORP | 45 | | |
| | 3,195 | | | JOHNSON & JOHNSON | 92 1/8 | | |
| | 20,000 | | | PHARMACIA CORP | 55 | | |
| | 4,000 | | | SOLUTIA INC | 12 3/4 | | |
| | | | | MARKET VALUE OF SECURITIES LONG    20,327,830.38 | SHORT | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

