Exhibit H

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT AMY JOEL BURGER
C/O PAUL KONIGSBERG
KONIGSBERG WOLF & COMPANY
440 PARK AVENUE SO 10TH FLR
NEW YORK    NY 10015

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/04
PAGE: 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 12/01 | | | | CHECK | CW | 7,000.00 | |
| 12/01 | | | | CHECK | CW | 20,000.00 | |
| 12/02 | | | | MICROSOFT CORP | DIV | | 555.44 |
| 12/02 | | | | DIV 11/17/04 12/02/04 | | | |
| 12/02 | | | | MICROSOFT CORP | | | |
| 12/02 | | | | DIV 11/17/04 12/02/04 | DIV | | 20,829.00 |
| 12/03 | | | | PFIZER INC | DIV | | 819.91 |
| 12/03 | | | | DIV 11/12/04 12/03/04 | | | |
| 12/07 | | | | JOHNSON & JOHNSON | DIV | | 543.78 |
| 12/07 | | | | DIV 11/16/04 12/07/04 | | | |
| 12/10 | 2,915 | | 1414 | TIME WARNER INC | 18.280 | 53,286.20 | |
| 12/10 | 4,293 | | 1958 | CISCO SYSTEMS INC | 20.070 | 86,160.51 | |
| 12/10 | 1,272 | | 5688 | TYCO INTERNATIONAL LTD | 33.840 | 43,044.48 | |
| 12/10 | 1,325 | | 7864 | THE WALT DISNEY CO | 27.200 | 36,040.00 | |
| 12/10 | 1,219 | | 9949 | U S BANCORP | 29.430 | 35,875.17 | |
| 12/10 | 6,784 | | 11939 | GENERAL ELECTRIC CO | 35.360 | 239,882.24 | |
| 12/10 | 1,113 | | 14047 | VIACOM INC | 36.100 | 40,179.30 | |
| 12/10 | | | | CLASS B NON-VOTING SHS | | | |
| 12/10 | 1,431 | | 16213 | HOME DEPOT INC | 41.950 | 60,030.45 | |
| 12/10 | 1,749 | | 18321 | VERIZON COMMUNICATIONS | 41.560 | 72,688.44 | |
| 12/10 | 1,908 | | 20477 | HEWLETT PACKARD CO | 21.310 | 40,659.48 | |
| 12/10 | 1,050 | | 22595 | WELLS FARGO & CO NEW | 62.100 | 65,826.00 | |
| 12/10 | 1,050 | | 24619 | INTERNATIONAL BUSINESS MACHS | 97.320 | 103,159.20 | |

CONTINUED ON PAGE 2

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT AMY JOEL BURGER

C/O PAUL KONIGSBERG
KONIGSBERG WOLF & COMPANY
440 PARK AVENUE SO 10TH FLR
NEW YORK   NY  10016

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/04
PAGE: 2

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/10 | | 2,703 | 26869 | WAL-MART STORES INC | 52.770 | | 142,637.31 |
| 12/10 | | 4,134 | 28893 | INTEL CORP | 23.760 | | 98,223.84 |
| 12/10 | | 4,187 | 31143 | EXXON MOBIL CORP | 49.660 | | 207,926.42 |
| 12/10 | | 1,908 | 33167 | JOHNSON & JOHNSON | 61.150 | | 116,674.20 |
| 12/10 | | 2,279 | 37441 | J.P. MORGAN CHASE & CO | 38.050 | | 86,715.95 |
| 12/10 | | 1,537 | 41715 | COCA COLA CO | 40.250 | | 61,864.25 |
| 12/10 | | 795 | 45989 | MEDTRONIC INC | 48.900 | | 38,875.50 |
| 12/10 | | 477 | 50263 | 3M COMPANY | 79.300 | | 37,826.10 |
| 12/10 | | 1,325 | 54537 | ALTRIA GROUP INC | 57.960 | | 76,797.00 |
| 12/10 | | 1,431 | 58811 | MERCK & CO | 28.210 | | 40,368.51 |
| 12/10 | | 6,943 | 63085 | MICROSOFT CORP | 27.260 | | 189,266.18 |
| 12/10 | | 689 | 67350 | MORGAN STANLEY | 53.570 | | 36,909.73 |
| 12/10 | | 3,286 | 80047 | ORACLE CORPORATION | 13.290 | | 43,670.94 |
| 12/10 | | 1,643 | 80589 | AMERICAN INTL GROUP INC | 64.610 | | 106,154.23 |
| 12/10 | | 1,060 | 84321 | PEPSICO INC | 50.610 | | 53,646.60 |
| 12/10 | | 848 | 84853 | AMGEN INC | 62.620 | | 53,101.76 |
| 12/10 | | 4,823 | 88595 | PFIZER INC | 27.460 | | 132,439.58 |
| 12/10 | | 795 | 89137 | AMERICAN EXPRESS COMPANY | 55.680 | | 44,265.60 |
| 12/10 | | 1,643 | 92869 | PROCTER & GAMBLE CO | 54.330 | | 89,264.19 |
| 12/10 | | 2,597 | 93409 | BANK OF AMERICA | 46.200 | | 119,981.40 |
| 12/10 | | 2,120 | 97143 | SBC COMMUNICATIONS INC | 25.570 | | 54,208.40 |
| 12/10 | | 3,286 | 97683 | CITI GROUP INC | 46.280 | | 152,076.08 |
| 12/10 | | | | EXXON MOBIL CORP DIV 11/12/04 12/10/04 | DIV | | 1,130.49 |
| 12/10 | | | | DIV 11/12/04 12/10/04 INTERNATIONAL BUSINESS MACHS DIV 11/10/04 12/10/04 | DIV | | 190.80 |
| | | | | CONTINUED ON PAGE 3 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT AMY JOEL BURGER

C/O PAUL KONIGSBERG
KONIGSBERG WOLF & COMPANY
440 PARK AVENUE SO 10TH FLR
NEW YORK NY 10016

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/04
PAGE: 3

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/10 | 1,425,000 | | 39601 | U S TREASURY BILL DUE 02/03/2005 2/03/2005 | 99.684 | 1,420,497.00 | |
| 12/10 | 1,425,000 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,419,870.00 | |
| 12/13 | | | | 3M COMPANY DIV 11/19/04 12/12/04 | DIV | | 171.72 |
| 12/15 | | | | COCA COLA CO DIV 12/01/04 12/15/04 | DIV | | 384.25 |
| 12/16 | | | | HOME DEPOT INC DIV 12/02/04 12/16/04 | DIV | | 121.64 |
| 12/17 | | | | AMERICAN INTL GROUP INC DIV 12/03/04 12/17/04 | DIV | | 123.23 |
| 12/22 | | | | BANK OF AMERICA DIV 12/03/04 12/22/04 | DIV | | 1,168.65 |
| 12/31 | | | | U S TREASURY BILL DUE 02/03/2005 | 99.844 | | 1,422,777.00 |
| 12/31 | | 1,425,000 | 76147 | U S TREASURY BILL DUE 02/10/2005 2/10/2005 | 99.801 | | 1,422,164.25 |
| 12/31 | | 1,425,000 | 80350 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/31/04 | DIV | | 12.93 |
| 12/10 | 467 | | 48157 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 2/10/2005 | 1 | 467.00 | |
| | | | 43879 | | | | |

CONTINUED ON PAGE 4

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel. 020 7493 6222



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT  AMY JOEL BURGER
KONIGSBERG WOLF & COMPANY
C/O PAUL KONIGSBERG
440 PARK AVENUE SO 10TH FLR
NEW YORK    NY 10016

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/04
PAGE: 4

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/31 | | 8,311 | 70961 | TRANS FROM 40 ACCT | JRNL | | 8,109.00 |
| 12/31 | | | | FIDELITY SPARTAN | | | 8,311.00 |
| 12/31 | 1,425,000 | | 87649 | U S TREASURY MONEY MARKET | 1 | 1,416,393.00 | |
| | | | | U S TREASURY BILL | 99.396 | | |
| | | | | DUE 04/07/2005 | | | |
| 12/31 | 1,425,000 | | 92080 | 4/07/2005 | | 1,415,538.00 | |
| | | | | U S TREASURY BILL | 99.336 | | |
| | | | | DUE 4/14/2005 | | | |
| 12/31 | 47,373 | | 96516 | FIDELITY SPARTAN | 1 | 47,373.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,425,000 | | | FIDELITY SPARTAN | 1 | | |
| | 47,373 | | | U S TREASURY MONEY MARKET | | | |
| | | | | U S TREASURY BILL | 99.396 | | |
| | | | | DUE 04/07/2005    4/07/2005 | | | |
| | 1,425,000 | | | U S TREASURY BILL | 99.336 | | |
| | | | | DUE 4/14/2005 | | | |
| | | | | MARKET VALUE OF SECURITIES LONG 2,879,304.00 SHORT | | | .33 |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT AMY JOEL BURGER

KONIGSBERG WOLF & COMPANY
C/O PAUL KONIGSBERG
440 PARK AVENUE SO 10TH FLR
NEW YORK NY 10016

YOUR ACCOUNT NUMBER: 1-B0258-4-0
PERIOD ENDING: 12/31/04
PAGE: 1

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel. 020 7493 6222

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 12/08 | 53 | | 71499 | S & P 100 INDEX DECEMBER 570 CALL | 1.850 | 9,858.00 | |
| 12/08 | | 53 | 75773 | S & P 100 INDEX DECEMBER 560 PUT | 3.400 | | 17,967.00 |
| 12/31 | | | | TRANS TO 30 ACCT NEW BALANCE | JRNL | 8,109.00 | |