Exhibit I

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel. 020 7493 6222

**DUPLICATE** FOR ACCOUNT AMY JOEL
C/O PAUL KONIGSBERG
KONIGSBERG WOLF & COMPANY
440 PARK AVENUE SO 10TH FLR
NEW YORK    NY 10016

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/05
PAGE: 1

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 30,604.71 |
| | | | CHECK | CW | 12,000.00 | |
| | | | INTEL CORP DIV 11/07/05 12/01/05 | DIV | | 320.32 |
| | | | WELLS FARGO & CO NEW DIV 11/04/05 12/01/05 | DIV | | 567.84 |
| | | | PFIZER INC DIV 11/11/05 12/06/05 | DIV | | 928.72 |
| | | | MICROSOFT CORP DIV 11/17/05 12/08/05 | DIV | | 482.56 |
| | | | EXXON MOBIL CORP DIV 11/10/05 12/09/05 | DIV | | 1,221.48 |
| | | | CHEVRON CORP DIV 11/18/05 12/12/05 | DIV | | 678.60 |
| | | | INTERNATIONAL BUSINESS MACHS DIV 11/10/05 12/10/05 | DIV | | 208.00 |
| | | | CHECK | CW | 10,000.00 | |
| | | | JOHNSON & JOHNSON DIV 11/22/05 12/13/05 | DIV | | 652.08 |
| 2,288 | | 33782 | J.P. MORGAN CHASE & CO | 39.500 | 90,375.00 | |
| | 2,288 | 33782 | J.P. MORGAN CHASE & CO | 39.500 | | 90,375.00 |
| | | | COCA COLA CO DIV 12/01/05 12/15/05 | DIV | | 378.56 |
| | | | HOME DEPOT INC DIV 12/01/05 12/15/05 | DIV | | 140.40 |

CONTINUED ON PAGE 2

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel. 020 7493 6222

**DUPLICATE** FOR ACCOUNT AMY JOEL
C/O PAUL KONIGSBERG
KONIGSBERG WOLF & COMPANY
440 PARK AVENUE SO 10TH FLR
NEW YORK    NY 10015

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/05
PAGE: 2

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | TIME WARNER INC DIV 11/30/05 12/15/05 | DIV | | 153.40 |
| | 1,092 | 3830 | WELLS FARGO & CO NEW | 63.400 | | 69,232.80 |
| | 1,560 | 3981 | DELL INC | 33.070 | | 51,589.20 |
| | 1,664 | 8097 | WAL-MART STORES INC | 49.470 | | 82,318.08 |
| | 6,916 | 8239 | GENERAL ELECTRIC CO | 35.450 | | 245,172.20 |
| | 4,212 | 12344 | EXXON MOBIL CORP | 59.600 | | 251,035.20 |
| | 1,404 | 12497 | HOME DEPOT INC | 42.150 | | 59,192.64 |
| | 1,872 | 16754 | HEWLETT PACKARD CO | 29.320 | | 54,887.04 |
| | 1,040 | 21011 | INTERNATIONAL BUSINESS MACHS | 84.470 | | 87,848.80 |
| | 4,004 | 25268 | INTEL CORP | 26.740 | | 107,066.96 |
| | 1,976 | 29525 | JOHNSON & JOHNSON | 60.330 | | 119,212.08 |
| | 2,288 | 33782 | J.P. MORGAN CHASE & CO | 39.500 | | 90,376.00 |
| | 1,352 | 38039 | COCA COLA CO | 41.080 | | 55,540.16 |
| | 780 | 42296 | MEDTRONIC INC | 56.380 | | 43,976.40 |
| | 1,352 | 48904 | ALTRIA GROUP INC | 74.090 | | 100,169.68 |
| | 1,456 | 53161 | MERCK & CO | 29.030 | | 42,267.68 |
| | 6,032 | 57347 | MICROSOFT CORP | 27.310 | | 164,733.92 |
| | 1,040 | 65705 | ABBOTT LABORATORIES | 39.520 | | 41,100.80 |
| | 1,716 | 69962 | AMERICAN INTL GROUP INC | 66.170 | | 113,547.72 |
| | 1,092 | 74028 | PEPSICO INC | 59.110 | | 64,548.12 |
| | 832 | 74219 | AMGEN INC | 77.530 | | 64,504.96 |
| | 4,888 | 78285 | PFIZER INC | 22.140 | | 108,220.32 |
| | 832 | 78476 | AMERICAN EXPRESS COMPANY | 51.    | | 42,432.00 |
| | 2,288 | 82542 | PROCTER & GAMBLE CO | 58.530 | | 133,916.64 |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT AMY JOEL

C/O PAUL KONIGSBERG
KONIGSBERG WOLF & COMPANY
440 PARK AVENUE SO 10TH FLR
NEW YORK    NY 10016

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/05
PAGE: 3

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
|  | 2,652 | 82729 | BANK OF AMERICA | 46.580 |  | 123,530.16 |
|  | 1,924 | 86799 | SPRINT NEXTEL CORP | 25.170 |  | 48,427.08 |
|  | 3,380 | 85986 | CITI GROUP INC | 49.590 |  | 167,614.20 |
|  | 2,184 | 91056 | AT&T INC | 24.990 |  | 54,578.16 |
|  | 1,456 | 91243 | COMCAST CORP CL A | 26.660 |  | 38,816.96 |
|  | 3,068 | 95310 | TIME WARNER INC | 17.850 |  | 54,763.80 |
|  | 4,212 | 95466 | CISCO SYSTEMS INC | 17.510 |  | 73,752.12 |
|  | 1,820 | 99572 | VERIZON COMMUNICATIONS | 30.800 |  | 56,056.00 |
|  | 1,508 | 99723 | CHEVRON CORP | 59.840 |  | 90,238.72 |
|  |  |  | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/15/05 | DIV |  | 13.27 |
|  |  |  | AMERICAN INTL GROUP INC DIV 12/02/05 12/16/05 | DIV |  | 257.40 |
|  | 8,685 | 45591 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 |  | 8,685.00 |
|  |  | 50174 | U S TREASURY BILL DUE 4/06/2006 | 98.794 | 1,407,814.50 |  |
| 1,425,000 |  | 54431 | U S TREASURY BILL DUE 4/13/2006 | 98.705 | 1,406,546.25 |  |
| 31,820 |  | 59193 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 31,820.00 |  |

CONTINUED ON PAGE 4

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT AMY JOEL

C/O PAUL KONIGSBERG
KONIGSBERG WOLF & COMPANY
440 PARK AVENUE SO 10TH FLR
NEW YORK NY 10016

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/05
PAGE: 4

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | FIDELITY SPARTAN | DIV | | 18.34 |
| | 31,820 | 65578 | U S TREASURY MONEY MARKET DIV 12/22/05 | 1 | | 31,820.00 |
| 31,839 | | | FIDELITY SPARTAN | DIV | | 31,839.00 |
| | | 70364 | U S TREASURY MONEY MARKET DIV 12/02/05 | 1 | 31,839.00 | |
| | | | BANK OF AMERICA DIV 12/23/05 | DIV | | 1,326.00 |
| | | | FIDELITY SPARTAN DIV 12/30/05 | DIV | | 24.49 |
| | | | SPRINT NEXTEL CORP DIV 12/09/05 12/30/05 | DIV | | 49.10 |
| | | 3098 | TRANS TO 40 ACCT | JRNL | 71,788.00 | |
| 25,710 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 26,710.00 | |
| | 31,839 | 75278 | U S TREASURY BILL DUE 3/30/2006 3/30/2006 | 98.909 | | 31,839.00 |
| | 25,000 | 80599 | U S TREASURY MONEY MARKET DUE 4/06/2006 | 99.003 | | 24,750.75 |
| | 1,425,000 | 82829 | U S TREASURY BILL DUE 4/06/2006 4/06/2006 | | | 1,409,453.25 |

CONTINUED ON PAGE 5

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel. 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT AMY JOEL

C/O PAUL KONIGSBERG
KONIGSBERG WOLF & COMPANY
440 PARK AVENUE SO 10TH FLR
NEW YORK  NY 10016

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/05
PAGE: 5

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 1,425,000 | 87283 | U S TREASURY BILL DUE 4/13/2006 | 98.824 | | 1,408,242.00 |
| 1,450,000 | | 93848 | U S TREASURY BILL DUE 5/11/2006 4/13/2006 | 98.489 | 1,428,090.50 | |
| 1,450,000 | | 98284 | U S TREASURY BILL DUE 5/18/2006 5/11/2006 | 98.405 | 1,426,872.50 | |
| 26,710 | | | NEW BALANCE | | | |
| 1,450,000 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET U S TREASURY BILL DUE 5/11/2006 | MKT PRICE 1 98.489 | | |
| 1,450,000 | | | U S TREASURY BILL DUE 5/18/2006 5/18/2006 | 98.405 | | |
| | | | MARKET VALUE OF SECURITIES LONG 2,831,673.00 SHORT | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
MADFF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT AMY JOEL
C/O PAUL KONIGSBERG
KONIGSBERG WOLF & COMPANY
440 PARK AVENUE SO 10TH FLR
NEW YORK NY 10016

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/05
PAGE: 6

### YEAR-TO-DATE SUMMARY

| DESCRIPTION | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|
| DIVIDENDS | | 30,197.70 |
| GROSS PROCEEDS FROM SALES | | 30,005,640.27 |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT AMY JOEL
C/O PAUL KONIGSBERG
KONIGSBERG WOLF & COMPANY
440 PARK AVENUE SO 10TH FLR
NEW YORK    NY 10016

YOUR ACCOUNT NUMBER: 1-B0258-4-0
PERIOD ENDING: 12/31/05
PAGE: 1

| BOUGHT/RECEIVED | SOLD/DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 30,604.00 |
| 52 | | 65514 | S & P 100 INDEX DECEMBER 570 CALL | 8.200 | 42,692.00 | |
| | 52 | 69771 | S & P 100 INDEX DECEMBER 565 PUT | .300 | | 1,508.00 |
| | | | TRANS FROM 30 ACCT | JRNL | | |
| | | | NEW BALANCE | | | 71,788.00 |