

**Exhibit J**

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**\*\*DUPLICATE\*\* FOR ACCOUNT AMY JOEL**

C/O PAUL KONIGSBERG
KONIGSBERG WOLF & COMPANY
440 PARK AVENUE SO 10TH FLR
NEW YORK     NY   10016

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/06
PAGE: 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 101,755.45 |
| 12/01 | | | | CHECK | CM | 12,000.00 | |
| 12/01 | | | | DIV INTEL CORP 11/07/06 12/01/06 | DIV | | 333.70 |
| 12/01 | | | | DIV WELLS FARGO & CO NEW 11/03/06 12/01/06 | DIV | | 539.56 |
| 12/05 | | | | DIV PFIZER INC 11/10/06 12/05/06 | DIV | | 1,015.20 |
| 12/11 | | | | DIV CHEVRON CORP 11/10/06 12/05/06 | DIV | | 659.88 |
| 12/11 | | | | DIV EXXON MOBIL CORP 11/17/06 12/11/06 | DIV | | 1,097.92 |
| 12/12 | | | | DIV INTERNATIONAL BUSINESS MACHS 11/13/06 12/11/06 | DIV | | 267.90 |
| 12/11 | | | | DIV UNITED TECHNOLOGIES CORP 11/10/06 12/09/06 | DIV | | 149.46 |
| 12/11 | | | | DIV JOHNSON & JOHNSON 11/17/06 12/10/06 | DIV | | 634.50 |
| 12/12 | | | | DIV HOME DEPOT INC 11/28/06 12/12/06 | DIV | | 264.38 |
| 12/14 | | | | DIV MICROSOFT CORP 11/30/06 12/14/06 | DIV | | 498.20 |
| 12/14 | | | | DIV AMERICAN INTL GROUP INC 11/16/06 12/14/06 | DIV | | 248.16 |
| 12/15 | | | | DIV 12/01/06 12/15/06 | | | |

CONTINUED ON PAGE 2

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT AMY JOEL
KONIGSBERG WOLF & COMPANY
C/O PAUL KONIGSBERG
440 PARK AVENUE SQ 10TH FLR
NEW YORK    NY    10016

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/06
PAGE: 2

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel: 020 7493 6222

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/15 | | | 319 | COCA COLA CO DIV 12/01/06 12/15/06 | DIV | | 364.25 |
| 12/15 | | 2,867 | 2319 | TIME WARNER INC DIV 11/30/06 12/15/06 | DIV | | 129.25 |
| 12/15 | | 658 | 4569 | WACHOVIA CORP NEW DIV 11/30/06 12/15/06 | DIV | | 631.68 |
| 12/21 | | 1,175 | 6569 | CITI GROUP INC | 54.580 | | 156,366.86 |
| 12/21 | | 2,256 | 8819 | SCHLUMBERGER LTD | 67 | | 44,060.00 |
| 12/21 | | 3,572 | 10819 | COMCAST CORP CL A | 43.140 | | 50,642.50 |
| 12/21 | | 2,350 | 13069 | AT&T INC | 35.810 | | 80,697.36 |
| 12/21 | | 1,269 | 15069 | CISCO SYSTEMS INC | 27.730 | | 98,909.56 |
| 12/21 | | 611 | 17319 | TIME WARNER INC | 21.710 | | 50,924.50 |
| 12/21 | | 5,969 | 19317 | CHEVRON CORP | 75.110 | | 95,264.59 |
| 12/21 | | 564 | 21569 | UNITED PARCEL SVC INC CLASS B | 76.630 | | 46,796.93 |
| 12/21 | | 235 | 23501 | GENERAL ELECTRIC CO | 37.630 | | 224,375.47 |
| 12/21 | | 1,128 | 25819 | UNITED TECHNOLOGIES CORP | 62.410 | | 35,177.24 |
| 12/21 | | 1,175 | 27751 | GOLDMAN SACHS GROUP INC | 201.700 | | 47,390.50 |
| 12/21 | | 1,927 | 30069 | WACHOVIA CORP NEW | 57.430 | | 64,736.04 |
| 12/21 | | 1,598 | 32001 | HOME DEPOT INC | 40.080 | | 47,047.00 |
| 12/21 | | 1,410 | 34319 | WELLS FARGO & CO NEW | 35.750 | | 68,813.25 |
| 12/21 | | 893 | | HEWLETT PACKARD CO | 40.020 | | 63,888.96 |
| 12/21 | | | | WAL-MART STORES INC | 46.640 | | 65,706.40 |
| 12/21 | | | | INTERNATIONAL BUSINESS MACHS | 95.800 | | 85,514.40 |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**\*\*DUPLICATE\*\*   FOR ACCOUNT AMY JOEL**

C/O PAUL KONIGSBERG
KONIGSBERG WOLF & COMPANY
440 PARK AVENUE SO 10TH FLR
NEW YORK     NY 10016

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/06
PAGE: 3

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel.020 7493 6222

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | 3,431 | 36251 | EXXON MOBIL CORP | 76.800 | | 263,363.80 |
| 12/21 | | 3,337 | 38569 | INTEL CORP | 21.100 | | 70,277.70 |
| 12/21 | | 1,692 | 42819 | JOHNSON & JOHNSON | 66.780 | | 112,924.76 |
| 12/21 | | 1,974 | 47069 | J.P. MORGAN CHASE & CO | 48.410 | | 95,483.34 |
| 12/21 | | 1,175 | 51318 | COCA COLA CO | 48.990 | | 57,516.25 |
| 12/21 | | 517 | 55568 | MERRILL LYNCH & CO INC | 91.960 | | 47,523.32 |
| 12/21 | | 1,222 | 59818 | ALTRIA GROUP INC | 85.910 | | 104,934.02 |
| 12/21 | | 1,269 | 64068 | MERCK & CO | 44 | | 55,786.00 |
| 12/21 | | 611 | 68318 | MORGAN STANLEY | 80.620 | | 49,234.82 |
| 12/21 | | 4,982 | 72568 | MICROSOFT CORP | 30.110 | | 149,980.81 |
| 12/21 | | 893 | 79129 | ABBOTT LABORATORIES | 48.170 | | 42,980.81 |
| 12/21 | | 1,504 | 83359 | AMERICAN INTL GROUP INC | 72.790 | | 109,416.16 |
| 12/21 | | 2,350 | 85318 | ORACLE CORPORATION | 18.050 | | 42,323.50 |
| 12/21 | | 658 | 87608 | AMGEN INC | 70.630 | | 46,448.54 |
| 12/21 | | 940 | 89568 | PEPSICO INC | 63.210 | | 59,380.40 |
| 12/21 | | 705 | 91857 | AMERICAN EXPRESS COMPANY | 62.270 | | 43,872.35 |
| 12/21 | | 4,230 | 93818 | PFIZER INC | 25.870 | | 109,261.10 |
| 12/21 | | 2,632 | 96068 | BANK OF AMERICA | 53.690 | | 141,207.08 |
| 12/21 | | 1,833 | 98068 | PROCTER & GAMBLE CO | 64.120 | | 117,458.96 |
| 12/21 | 3,000,000 | | 40644 | U S TREASURY BILL DUE 3/01/2007 | 99.063 | 2,971,890.00 | |
| 12/21 | 21,392 | | 44885 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/01/2007 BANK OF AMERICA DIV 12/01/06 12/22/06 | 1 DIV | 21,392.00 | |
| 12/22 | | | | | | | 1,473.92 |

CONTINUED ON PAGE 4

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT AMY JOEL
KONIGSBERG WOLF & COMPANY
C/O PAUL KONIGSBERG
440 PARK AVENUE SO 10TH FLR
NEW YORK          NY  10016

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/06
PAGE: 4

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/29 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/29/06 | DIV | | 44.92 |
| 12/29 | 1,550,000 | | | TRANS FROM 40 ACCT | JRNL | | |
| 12/29 | | | 566 | U S TREASURY BILL DUE 4/5/2007 4/05/2007 | 98.682 | 1,529,571.00 | 61,524.00 |
| 12/29 | 24,684 | | 5171 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,684.00 | |
| 12/29 | | 27,638 | 81937 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 27,638.00 |
| 12/29 | | 3,075,000 | 87276 | U S TREASURY BILL DUE 3/01/2007 3/01/2007 | 99.166 | | 3,049,354.50 |
| 12/29 | 1,550,000 | | 96194 | U S TREASURY BILL DUE 3/29/2007 3/29/2007 | 98.780 | 1,531,090.00 | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET U S TREASURY BILL DUE 3/29/2007 3/29/2007 | MKT PRICE 1 98.780 | | .42 |
| | | | | CONTINUED ON PAGE 5 | | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT AMY JOEL
C/O PAUL KONIGSBERG
KONIGSBERG WOLF & COMPANY
440 PARK AVENUE SO 10TH FLR
NEW YORK  NY 10016

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/06
PAGE: 5

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 1,550,000 |  |  | U S TREASURY BILL DUE 4/5/2007  4/05/2007 | 98.682 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES |  |  |  |
|  |  |  |  | LONG  3,085,345.00 |  |  |  |
|  |  |  |  | SHORT |  |  |  |



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT AMY JOEL

C/O PAUL KONIGSBERG
KONIGSBERG WOLF & COMPANY
440 PARK AVENUE SO 10TH FLR
NEW YORK    NY 10016

YOUR ACCOUNT NUMBER: 1-B0258-4-0
PERIOD ENDING: 12/31/06
PAGE: 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 101,756.00 |
| 12/18 | | 47 | 61218 | S & P 100 INDEX JANUARY 660 CALL | 6.600 | | 30,973.00 |
| 12/18 | 47 | | 65656 | S & P 100 INDEX DECEMBER 655 CALL | 2.700 | 12,737.00 | |
| 12/18 | 47 | | 70094 | S & P 100 INDEX JANUARY 650 PUT | 5 | 23,547.00 | |
| 12/18 | | 47 | 74532 | S & P 100 INDEX DECEMBER 645 PUT | .300 | | 1,363.00 |
| 12/21 | | 47 | 76818 | S & P 100 INDEX JANUARY 660 CALL | 10.500 | 49,397.00 | |
| 12/21 | 47 | | 81068 | S & P 100 INDEX JANUARY 650 PUT | 2.800 | | 13,113.00 |
| 12/29 | | | | TRANS TO 30 ACCT | JRNL | 61,524.00 | |
| | | | | NEW BALANCE | | | |

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222