Exhibit K

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

835 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    AMY JOEL
KONIGSBERG WOLF & COMPANY
C/O PAUL KONIGSBERG
440 PARK AVENUE SO 10TH FLR
NEW YORK        NY 10016

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/07
YOUR TAX PAYER IDENTIFICATION NUMBER
PAGE: 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN# | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/03 | | | | CHECK | CW | 12,000.00 | |
| 12/05 | | | | BALANCE FORWARD | DIV | | 34,940.49 |
| 12/05 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | | 12.78 |
| 12/10 | | | | DIV 12/05/07 | | | |
| 12/10 | | 26,123 | 67560 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 26,123.00 |
| 12/05 | 14,136 | | 67717 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 14,136.00 | |
| 12/11 | | | | CHEVRON CORP | DIV | | 730.80 |
| 12/10 | | | | DIV 11/16/07 12/10/07 | | | |
| 12/13 | | | | UNITED TECHNOLOGIES CORP | DIV | | 187.20 |
| 12/11 | | | | DIV 11/16/07 12/10/07 | | | |
| 12/17 | | | | JOHNSON & JOHNSON | DIV | | 690.98 |
| 12/13 | | | | DIV 11/27/07 12/11/07 | | | |
| 12/17 | | | | MICROSOFT CORP | DIV | | 514.80 |
| 12/17 | | | | DIV 11/15/07 12/13/07 | | | |
| 12/21 | | | | COCA COLA CO | DIV | | 382.50 |
| 12/21 | | | | DIV 12/01/07 12/15/07 | | | |
| 12/23 | | 1,485 | 780 | WACHOVIA CORP NEW | 55.900 | | 82,952.50 |
| 12/21 | | 1,800 | 3728 | DIV 11/30/07 12/17/07 AMERICAN INTL GROUP INC | 73.300 | | 131,868.00 |
| | | 450 | 5071 | DIV 11/30/07 12/17/07 PROCTER & GAMBLE CO BOEING CO | 87.310 | | 39,271.50 |

CONTINUED ON PAGE 2

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   AMY JOEL
KONIGSBERG WOLF & COMPANY
C/O PAUL KONIGSBERG
440 PARK AVENUE SO 10TH FLR
NEW YORK           NY   10016

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/07
PAGE: 2



| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | 720 | 8021 | SCHLUMBERGER LTD | 91.270 | | 65,686.40 |
| 12/21 | | 2,565 | 9305 | BANK OF AMERICA | 42 | | 107,628.00 |
| 12/21 | | 3,510 | 12314 | AT&T INC | 40.920 | | 143,489.20 |
| 12/21 | | 2,790 | 13598 | CITI GROUP INC | 31.250 | | 87,076.50 |
| 12/21 | | 585 | 16607 | UNITED PARCEL SVC INC CLASS B | 72.250 | | 42,243.25 |
| 12/21 | 945 | | 17891 | CONOCOPHILLIPS | 83.280 | | 78,662.60 |
| 12/21 | 585 | | 20862 | UNITED TECHNOLOGIES CORP | 75.830 | | 44,337.55 |
| 12/21 | 3,465 | | 22184 | CISCO SYSTEMS INC | 27.800 | | 96,189.00 |
| 12/21 | 1,665 | | 25063 | VERIZON COMMUNICATIONS | 43.450 | | 72,278.25 |
| 12/21 | 1,260 | | 26477 | CHEVRON CORP | 90.600 | | 114,106.00 |
| 12/21 | 1,080 | | 29356 | WACHOVIA CORP NEW | 39.740 | | 42,876.60 |
| 12/21 | 5,895 | | 30770 | GENERAL ELECTRIC CO | 36.490 | | 214,873.55 |
| 12/21 | 1,890 | | 33638 | WELLS FARGO & CO NEW | 30.060 | | 56,738.40 |
| 12/21 | 135 | | 35063 | GOOGLE | 670.400 | | 90,499.00 |
| 12/21 | 1,395 | | 37931 | WAL-MART STORES INC | 48.220 | | 67,211.90 |
| 12/21 | 225 | | 39356 | GOLDMAN SACHS GROUP INC | 209.200 | | 47,061.00 |
| 12/21 | 3,195 | | 42224 | EXXON MOBIL CORP | 89.900 | | 287,103.50 |
| 12/21 | 1,485 | | 43649 | HEWLETT PACKARD CO | 51.250 | | 76,647.25 |
| 12/21 | 765 | | 47942 | INTERNATIONAL BUSINESS MACHS | 104.540 | | 79,943.10 |
| 12/21 | 3,330 | | 52235 | INTEL CORP | 25.900 | | 86,114.00 |
| 12/21 | 1,665 | | 55528 | JOHNSON & JOHNSON | 67.600 | | 112,488.00 |
| 12/21 | 1,935 | | 60821 | J.P. MORGAN CHASE & CO | 44.570 | | 86,165.95 |
| 12/21 | 1,125 | | 65513 | COCA COLA CO | 62.580 | | 70,357.50 |
| 12/21 | 1,215 | | 69406 | ALTRIA GROUP INC | 76.070 | | 92,377.05 |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
[MADF] INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT   AMY JOEL
KONIGSBERG WOLF & COMPANY
C/O PAUL KONIGSBERG
440 PARK AVENUE SO 10TH FLR
NEW YORK        NY  10016

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/07
PAGE: 3

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | 1,260 | 73699 | MERCK & CO | 59.930 | | 75,461.80 |
| 12/21 | | 4,660 | 77992 | MICROSOFT CORP | 34.660 | | 161,085.80 |
| 12/21 | | 2,250 | 90871 | ORACLE CORPORATION | 21.040 | | 47,250.00 |
| 12/21 | | 495 | 92193 | APPLE INC | 186 | | 92,051.00 |
| 12/21 | | 945 | 95141 | PEPSICO INC | 77.530 | | 73,226.85 |
| 12/21 | | 900 | 96486 | ABBOTT LABORATORIES | 57.100 | | 51,354.00 |
| 12/21 | | 3,960 | 99434 | PFIZER INC | 23.040 | | 91,080.40 |
| 12/21 | 3,125,000 | | 47631 | U S TREASURY BILL DUE 4/10/2008   4/10/2008 | 99.124 | 3,097,625.00 | |
| 12/21 | | | | AMERICAN INTL GROUP INC DIV 12/07/07 12/21/07 | DIV | | 297.00 |
| 12/28 | 1,342 | | 51914 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,342.00 | |
| 12/31 | | | | BANK OF AMERICA DIV 12/07/07 12/28/07 | DIV | | 1,641.60 |
| 12/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/31/07 | DIV | | 34.63 |
| 12/31 | | | | TRANS TO 40 ACCT | 1   JRNL | 43,130.00 | |
| 12/31 | | 15,478 | 56999 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 15,478.00 |
| 12/31 | | 3,125,000 | 63894 | U S TREASURY BILL DUE 4/10/2008   4/10/2008 | 99.133 | | 3,097,906.25 |

CONTINUED ON PAGE   4

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   AMY JOEL
KONIGSBERG WOLF & COMPANY
C/O PAUL KONIGSBERG
440 PARK AVENUE SO 10TH FLR
NEW YORK          NY 10016

YOUR ACCOUNT NUMBER  1-80258-3-0
PERIOD ENDING  12/31/07
PAGE  4
YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/31 | 3,125,000 | | 71234 | U S TREASURY BILL DUE 04/03/2008 | 99.149 | 3,098,406.25 | |
| 12/31 | 20,148 | | 75774 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 20,148.00 |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 20,148 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 3,125,000 | | | U S TREASURY BILL DUE 04/03/2008 | 99.149 | | |
| | | | | U S TREASURY BILL DUE 04/03/2008 | | | |
| | | | | MARKET VALUE OF SECURITIES LONG 3,118,554.25 | | | |
| | | | | MARKET VALUE OF SECURITIES SHORT | | | |

•98



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ MADE   New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**DUPLICATE** FOR ACCOUNT AMY JOEL
KONIGSBERG WOLF & COMPANY
C/O PAUL KONIGSBERG
440 PARK AVENUE SO 10TH FLR
NEW YORK   NY   10016

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 32,413.78 |
| | | | | GROSS PROCEEDS FROM SALES | | | 36,625,243.20 |

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 12/31/07
PAGE: 5
YOUR TAX PAYER IDENTIFICATION NUMBER

**BERNARD L. MADOFF**
☐MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT AMY JOEL
KONIGSBERG WOLF & COMPANY
C/O PAUL KONIGSBERG
440 PARK AVENUE SO 10TH FLR
NEW YORK          NY  10016

YOUR ACCOUNT NUMBER: 1-B0258-4-0
PERIOD ENDING: 12/31/07
PAGE: 1

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 12/21 | | | | BALANCE FORWARD | | 34,940.00 | |
| 12/21 | 45 | | 82285 | S & P 100 INDEX DECEMBER 685 CALL | 5.900 | | 18,405.00 |
| 12/31 | | 45 | 86578 | S & P 100 INDEX DECEMBER 675 PUT | 4.100 | 26,595.00 | |
| | | | | TRANS FROM 30 ACCT | JRNL | | |
| | | | | NEW BALANCE | | | 43,130.00 |