Exhibit L

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AMY JOEL
50 SUTTON PLACE SO    APT 11J
NEW YORK    NY 10022

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-B0258-3-0 | 11/30/08 | 1 |

YOUR TAX PAYER IDENTIFICATION NUMBER: *****6863

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/03 | | | | BALANCE FORWARD | CM | 195,596.25 | |
| 1/03 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 81,000.00 A | |
| | | | | DIV 11/03/08 | DIV | | |
| 1/03 | 24,457 | | 23099 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 24,457.00 |
| 1/03 | | 32,441 | 23276 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 32,441.00 |
| 11/12 | 1,794 | | 2173 | WAL-MART STORES INC | 55.830 | 100,230.02 | |
| 11/12 | 1,173 | | 2675 | INTERNATIONAL BUSINESS MACHS | 87.270 | 102,413.71 | |
| 11/12 | 4,347 | | 6499 | EXXON MOBIL CORP | 72.880 | 316,982.36 | |
| 11/12 | 4,761 | | 7001 | INTEL CORP | 14.510 | 69,272.11 | |
| 11/12 | 2,277 | | 11327 | JOHNSON & JOHNSON | 59.580 | 135,754.66 | |
| 11/12 | 3,105 | | 15653 | J.P. MORGAN CHASE & CO | 38.530 | 119,759.65 | |
| 11/12 | 1,656 | | 19978 | COCA COLA CO | 44.650 | 74,022.96 | |
| 11/12 | 966 | | 24304 | MCDONALDS CORP | 55.370 | 53,525.42 | |
| 11/12 | 1,794 | | 24630 | MERCK & CO | 28.550 | 51,226.55 | |
| 11/12 | 6,555 | | 28630 | MICROSOFT CORP | 21.810 | 143,226.55 | |
| 11/12 | 3,312 | | 32956 | ORACLE CORPORATION | 17.300 | 57,429.60 | |
| 11/12 | 1,311 | | 37282 | PEPSICO INC | 56.410 | 74,005.51 | |
| 11/12 | 759 | | 50260 | APPLE INC | 100.780 | 76,522.02 | |
| 11/12 | 5,589 | | 50762 | PFIZER INC | 16.940 | 94,900.66 | |
| 11/12 | 1,311 | | 54586 | ABBOTT LABORATORIES | 54.610 | 71,645.71 | |

CONTINUED ON PAGE 2

MADF

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MADF**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AMY JOEL
50 SUTTON PLACE SO   APT 11J
NEW YORK   NY 10022

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6863
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/12 | 2,484 | | 58912 | PROCTER & GAMBLE CO | 64.080 | 159,273.72 | |
| 1/12 | 897 | | 59414 | AMGEN INC | 59.160 | 53,101.52 | |
| 1/12 | 1,725 | | 63238 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 75,279.00 | |
| 1/12 | 4,140 | | 63740 | BANK OF AMERICA | 21.590 | 89,547.60 | |
| 1/12 | 1,380 | | 67564 | QUALCOMM INC | 33.770 | 46,657.60 | |
| 1/12 | 4,485 | | 68066 | CITI GROUP INC | 12.510 | 56,206.35 | |
| 1/12 | 1,035 | | 71890 | SCHLUMBERGER LTD | 49.480 | 51,252.80 | |
| 1/12 | 2,484 | | 72392 | COMCAST CORP CL A | 16.510 | 41,109.84 | |
| 1/12 | 4,899 | | 76216 | AT&T INC | 27 | 132,468.00 | |
| 1/12 | 1,242 | | 76718 | CONOCOPHILIPS | 52.510 | 65,266.42 | |
| 1/12 | 828 | | 80542 | UNITED PARCEL SVC INC CLASS B | 52.040 | 43,122.12 | |
| 1/12 | 5,037 | | 81044 | CISCO SYSTEMS INC | 16.730 | 84,470.01 | |
| 1/12 | 1,449 | | 84868 | U S BANCORP | 29.530 | 42,845.97 | |
| 1/12 | 1,725 | | 85370 | CHEVRON CORP | 73.430 | 126,735.75 | |
| 1/12 | 828 | | 89194 | UNITED TECHNOLOGIES CORP | 53.160 | 44,049.48 | |
| 1/12 | 8,763 | | 89696 | GENERAL ELECTRIC CO | 19.630 | 172,367.69 | |
| 1/12 | 2,346 | | 93520 | VERIZON COMMUNICATIONS | 30.410 | 71,434.86 | |
| 1/12 | 207 | | 94022 | GOOGLE | 337.400 | 69,849.80 | |
| 1/12 | 2,898 | | 97846 | WELLS FARGO & CO NEW | 29.800 | 86,475.40 | |
| 1/12 | 2,070 | | 98348 | HEWLETT PACKARD CO | 34.900 | 72,325.00 | |
| 11/12 | | 3,125,000 | 20459 | U S TREASURY BILL DUE 2/12/2009   2/12/2009 | 99.936 | | 3,123,000.00 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AMY JOEL
50 SUTTON PLACE SO   APT 11J
NEW YORK   NY   10022

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: \*\*\*\*\*\*\*\*6863
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | | | | FIDELITY SPARTAN DIV 11/12/08 | DIV | | 3.95 |
| 11/12 | | 24,457 | 15557 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 24,457.00 |
| 11/12 | 8,623 | | 24926 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 8,623.00 |
| | | | | CHECK | CM | 5,000.00 | |
| 11/17 | | | | FIDELITY SPARTAN DIV 11/17/08 | DIV | | .76 |
| 11/17 | | 8,623 | 30031 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 8,623.00 |
| 11/17 | 3,624 | | 49156 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | .13 |
| 11/19 | | | | FIDELITY SPARTAN DIV 11/19/08 | DIV | | 3,624.00 |
| 11/19 | | 3,624 | 50175 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 3,624.00 |
| 11/19 | | 200,000 | 54818 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 199,852.00 | |
| 11/19 | 10,496 | | 59216 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 10,496.00 |

CONTINUED ON PAGE 4

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AMY JOEL
50 SUTTON PLACE SO    APT 11J
NEW YORK    NY    10022

YOUR ACCOUNT NUMBER: 1-B0258-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********6863
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 4,899 | | | AT&T INC | 28.560 | | |
| | 1,311 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 897 | | | AMGEN INC | 55.540 | | |
| | 759 | | | APPLE INC | 92.670 | | |
| | 4,140 | | | BANK OF AMERICA | 16.250 | | |
| | 1,725 | | | CHEVRON CORP | 79.010 | | |
| | 5,037 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 4,485 | | | CITI GROUP INC | 8.290 | | |
| | 1,656 | | | COCA COLA CO | 46.870 | | |
| | 2,484 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 1,242 | | | CONOCOPHILLIPS | 52.520 | | |
| | 4,347 | | | EXXON MOBIL CORP | 80.150 | | |
| | 8,763 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 207 | | | GOOGLE | 292.960 | | |
| | 2,070 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 4,761 | | | INTEL CORP | 13.800 | | |
| | 1,173 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 3,105 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 2,277 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 966 | | | MCDONALDS CORP | 58.750 | | |
| | | | | NEW BALANCE | | 388,382.72 | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| MADF | **BERNARD L. MADOFF** |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AMY JOEL
50 SUTTON PLACE SO    APT 11J
NEW YORK                      NY 10022

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-B0258-3-0 | 11/30/08 | 5 |

YOUR TAX PAYER IDENTIFICATION NUMBER
**********6863

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 1,794 | | | MERCK & CO | 26.720 | | |
| 6,555 | | | MICROSOFT CORP | 20.220 | | |
| 3,312 | | | ORACLE CORPORATION | 16.090 | | |
| 1,311 | | | PEPSICO INC | 56.700 | | |
| 5,589 | | | PFIZER INC | 16.430 | | |
| 1,725 | | | PHILIP MORRIS INTERNATIONAL | 42.160 | | |
| 2,404 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 1,380 | | | QUALCOMM INC | 33.570 | | |
| 1,035 | | | SCHLUMBERGER LTD | 50.740 | | |
| 10,496 | | | FIDELITY SPARTAN | 1 | | |
| | | | U S TREASURY MONEY MARKET | | | |
| 1,449 | | | U S BANCORP | 26.980 | | |
| 828 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | CLASS B | | | |
| 200,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | DUE 03/26/2009 | | | |
| | | | 3/26/2009 | | | |
| 828 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| 2,346 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 1,794 | | | WAL-MART STORES INC | 55.880 | | |
| 2,898 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG | | | |
| | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**AMY JOEL**

50 SUTTON PLACE SO   APT 11J
NEW YORK   NY   10022

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-B0258-3-0 | 11/30/08 | 6 |

YOUR TAX PAYER IDENTIFICATION NUMBER  ********6863

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 22,288.32 |
| | | | | GROSS PROCEEDS FROM SALES | | | 21,805,702.65 |