Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000
Steven R. Schlesinger, Esq.

*Attorneys for Samuels Family Limited Partnership*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff-Applicant,      Adv. Pro. No. 08-01789 (BRL)

 v.              SIPA Liquidation

BERNARD L. MADOFF INVESTMENT    (Substantively Consolidated)
SECURITIES LLC,

    Defendant.
-----------------------------------------------------------------X

IN RE:

BERNARD L. MADOFF,

    Debtor.
-----------------------------------------------------------------X

  I, **HALE YAZICIOGLU**, an attorney duly admitted to practice law before this Court, hereby certify that on the 2nd day of September, 2010, I served a copy of the within **AMY JOEL'S OBJECTION TO NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM, dated September 2, 2010**, upon the attorneys listed below at the address listed below, said address being designated for that purpose, via Fist Class Mail by depositing a true copy of same enclosed in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

To:    Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Ona T. Wang, Esq.
Naima Garvin, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: Garden City, New York
September 2, 2010

<u>s/Hale Yazicioglu</u>
HALE YAZICIOGLU
JASPAN SCHLESINGER LLP
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000
