**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2010, I caused a true copy of the Objection To Trustee's Determination of Claim Number 012677, which has been served via hand delivery upon counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, to be filed electronically with the Court.

Dated: September 2, 2010
New York, New York

                                            Respectfully submitted,

                                            /s/ Marcy Ressler Harris
                                            Schulte Roth & Zabel LLP
                                            919 Third Avenue
                                            New York, New York 10022
                                            (212) 756-2000
                                            marcy.harris@srz.com