**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

BERNARD L. MADOFF,

        Debtor.

## CERTIFICATE OF SERVICE

        I hereby certify that on September 2, 2010, I caused a true copy of the Objection

To Trustee's Determination of Claim Number 012673, which has been served via hand delivery

upon counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation

of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, to be filed

electronically with the Court.

Dated: September 2, 2010
New York, New York

                Respectfully submitted,

                /s/ Marcy Ressler Harris
                Schulte Roth & Zabel LLP
                919 Third Avenue
                New York, New York  10022
                (212) 756-2000
                marcy.harris@srz.com