**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2010, I caused a true copy of the Objection To Trustee's Determination of Claim Number 012676, which has been served via hand delivery upon counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, to be filed electronically with the Court.

Dated: September 2, 2010
New York, New York

Respectfully submitted,

/s/ Marcy Ressler Harris
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York  10022
(212) 756-2000
marcy.harris@srz.com