UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>      Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Leonard T. Juster ("Claimant"), having filed an objection (the "Objection," Docket No. 2513) to the Trustee's Notice of Determination dated as of June 10, 2010, respecting the Claimant's customer claim (#000644), hereby gives notice that he is withdrawing such Objection. The basis for the withdrawal is that the Trustee provided documentation from Bernard L. Madoff Investment Securities LLC's books and records to the Claimant which confirmed that the Trustee's calculations were correct in the Determination.

Dated: August 23, 2010

                                                                                        /s/ Leonard T. Juster
                                                                                        Leonard T. Juster
                                                                                        5901 Laurel Avenue Res 135
                                                                                        Minneapolis, Minnesota, 55416

SEP - 2 2010

U.S. [stamp illegible], SDNY

300084839.1