# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 772-285-3984

HOME: 772-882-4753 + FAX

Taxpayer I.D. Number (Social Security No.)

Account Number: 1M0100
MICHAEL MATHIAS
& STACEY MATHIAS J/T WROS
1722 COCONUT DRIVE
FORT PIERCE, FL 34949

(If incorrect, please change)

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************

1. Claim for money balances as of December 11, 2008:
   a. The Broker owes me a Credit (Cr.) Balance of    $ 1,287,907.83
   b. I owe the Broker a Debit (Dr.) Balance of       $_____

502180406                                1

    c.    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, it must be enclosed
with this claim form.    $_____

    d.    If balance is zero, insert "None."

2.    Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |   |
| b. | I owe the Broker securities |   | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
|  |  | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|  | See Attached | $1,289,907.93 |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

Information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |

502180406                                3

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970? If
     so, give name of that broker.                                              _____  X____

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form: _____
     _____

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**


Date _____    Signature_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)


This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MICHAEL MATHIAS
& STACEY MATHIAS J/T WROS

1722 COCONUT DRIVE
FORT PIERCE    FL    34949

11/30/08    ******4344    1-M0100-3-0    1

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 11/12 | | BALANCE FORWARD | | 82,403.95 |
| 11/12 | 459 | INTERNATIONAL BUSINESS MACHS | 87.270 | 40,074.93 |
| 11/12 | 1,701 | EXXON MOBIL CORP | 72.880 | 124,035.88 |
| 11/12 | 1,215 | J.P. MORGAN CHASE & CO | 38.530 | 46,951.95 |
| 11/12 | 648 | COCA COLA CO | 44.360 | 28,954.58 |
| 11/12 | 2,565 | MICROSOFT CORP | 21.810 | 56,044.55 |
| 11/12 | 1,296 | ORACLE CORPORATION | 17.300 | 22,471.80 |
| 11/12 | 2,187 | PFIZER INC | 16.940 | 37,134.78 |
| 11/12 | 513 | ABBOTT LABORATORIES | 54.510 | 28,034.93 |
| 11/12 | 575 | PHILIP MORRIS INTERNATIONAL | 43.600 | 29,457.00 |
| 11/12 | 1,620 | BANK OF AMERICA | 21.520 | 35,039.80 |
| 11/12 | 405 | SCHLUMBERGER LTD | 49.480 | 20,055.40 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES







**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MICHAEL MATHIAS
& STACEY MATHIAS J/T WROS
1722 COCONUT DRIVE
FORT PIERCE    FL    34949

11/30/08    **********4344    4

1-M0109-3-9

| Quantity | Description | Price |
|---|---|---|
| 81 | GOOGLE | 292.960 |
| 810 | HEWLETT PACKARD CO | 35.280 |
| 1,863 | INTEL CORP | 13.900 |
| 459 | INTERNATIONAL BUSINESS MACHINES | 81.600 |
| 1,215 | J.P. MORGAN CHASE & CO | 31.660 |
| 891 | JOHNSON & JOHNSON | 58.590 |
| 378 | MCDONALDS CORP | 56.750 |
| 702 | MERCK & CO | 26.920 |
| 2,565 | MICROSOFT CORP | 20.220 |
| 1,296 | ORACLE CORPORATION | 15.090 |
| 513 | PEPSICO INC | 54.100 |
| 2,187 | PFIZER INC | 16.400 |
| 675 | PHILLIP MORRIS INTERNATIONAL | 42.160 |
| 972 | PROCTER & GAMBLE CO | 54.350 |
| 540 | QUALCOMM INC | 30.370 |
| 405 | SCHLUMBERGER LTD | 50.740 |
| 363 | FIDELITY SPARTAN | 1 |
|  | U.S TREASURY MONEY MARKET |  |
| 567 | U.S. BANCORP | 26.500 |
| 324 | UNITED PARCEL SVC INC | 52.040 |
|  | CLASS B |  |
| 100,000 | U.S TREASURY BILL | 99.971 |
|  | DUE 02/26/2009 |  |
| 324 | UNITED TECHNOLOGIES CORP | 48.530 |

CONTINUED ON NEXT PAGE

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





