Exhibit E

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-SD497-3-0
PERIOD ENDING: 12/31/03
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 12/01 | | | | TRANS FROM 1J0056630 2/05/2004 | JRNL | | 1,027,555.84 |
| 12/01 | 1,000,000 | | 60246 | U S TREASURY BILL DUE 2/5/2004 | 99.835 | 998,350.00 | |
| 12/02 | | | | CHECK | CW | 7,000.00 | |
| 12/02 | 22,205 | | 60283 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 22,205.00 | |
| 12/31 | | | | DIV 12/31/03 FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 10.78 |
| 12/31 | | 1,000,000 | 1538 | U S TREASURY BILL DUE 2/5/2004 | 99.919 | | 999,190.00 |
| 12/31 | 500,000 | | 12063 | U S TREASURY BILL DUE 4/22/2004 | 99.718 | 498,590.00 | |
| 12/31 | 500,000 | | 16400 | U S TREASURY BILL DUE 4/29/2004 | 99.700 | 498,500.00 | |
| 12/31 | 24,316 | | 20810 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,316.00 | |
| 12/31 | | 22,205 | 99333 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 22,205.00 |
| 12/31 | | | | CONTINUED ON PAGE 2 | | | |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS        NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/03
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NEW BALANCE | | | .62 |
| | | | | SECURITY POSITIONS | | | |
| | 24,316 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 500,000 | | | U S TREASURY BILL DUE 4/22/2004   4/22/2004 | 99.718 | | |
| | 500,000 | | | U S TREASURY BILL DUE 4/29/2004   4/29/2004 | 99.700 | | |
| | 1,021,406.00 | | | MARKET VALUE OF SECURITIES LONG                SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/03
PAGE: 3

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 10.78 |
| | | | | GROSS PROCEEDS FROM SALES | | | 999,190.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES