Exhibit H











