Exhibit I

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

MARTIN J JOEL JR TR 5/5/88
F/B/O PATRICIA SAMUELS FAM
C/O BERNARD L MADOFF
885 THIRD AVENUE 18TH FLOOR
NEW YORK    NY 10022

YOUR ACCOUNT NUMBER: 1-50018-3-0
PERIOD ENDING: 10/31/00
PAGE: 1

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  | 2,070,782.24 |  |
| 10/02 |  |  |  | SEP MARGIN INTEREST | INT | 13,933.62 |  |
| 10/02 |  |  |  | CHECK | CW | 5,000.00 |  |
| 10/10 |  |  |  | CHECK | CW | 28,512.50 |  |
| 10/10 |  |  |  | CHUBB CORP | DIV |  | 3,300.00 |
|  |  |  |  | DIV 9/22/00 10/10/00 |  |  |  |
| 10/24 |  |  |  | ADOBE SYS INC | DIV |  | 500.00 |
|  |  |  |  | DIV 10/02/00 10/24/00 |  |  |  |
| 10/24 | 20,000 |  |  | ADOBE SYS INC | RECD |  |  |
|  |  |  |  | DIV ADJ 10/02/00 10/24/00 ADBE |  |  |  |
| 10/30 |  |  |  | ADOBE SYS INC | JRNL |  | 500.00 |
|  |  |  |  | DIV 10/27/00 10/30/00 |  |  |  |
|  |  |  |  | NEW BALANCE |  | 2,114,927.76 |  |
|  |  |  |  | SECURITY POSITIONS | MKT PRICE |  |  |
|  | 40,000 |  |  | ADOBE SYS INC | 76 1/16 |  |  |
|  | 10,000 |  |  | CHUBB CORP | 84 7/16 |  |  |
|  | 10,000 |  |  | FEDEX CORPORATION | 44 860 |  |  |
|  | 240,000 |  |  | INTEL CORP | 45 |  |  |
|  | 20,000 |  |  | IOMEGA CORP | 4 910 |  |  |
|  | 3,195 |  |  | JOHNSON & JOHNSON | 92 1/8 |  |  |
|  | 10,000 |  |  | MICRON TECHNOLOGY INC | 35 11/16 |  |  |
|  | 5,000 |  |  | PEPSICO INC | 48 7/16 |  |  |
|  | 20,000 |  |  | PHARMACIA CORP | 55 |  |  |
|  |  |  |  | CONTINUED ON PAGE 2 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

MARTIN J JOEL JR TR 5/5/88
F/B/O PATRICIA SAMUELS FAM
C/O BERNARD L MADOFF
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022

Your Account Number: 1-S0018-3-0
Period Ending: 10/31/00
Page: 3 H

YEAR-TO-DATE SUMMARY
DIVIDENDS / MARGIN INTEREST: 117,699.25
GROSS PROCEEDS FROM SALES: 

Amount Debited: 39,239.40
Amount Credited: 365,000.00

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

MARTIN J JOEL JR TR 5/5/88
F/B/O PATRICIA SAMUELS FAM
C/O BERNARD L MADOFF
885 THIRD AVENUE 18TH FLOOR
NEW YORK    NY 10022

YOUR ACCOUNT NUMBER: 1-S0018-7-0
PERIOD ENDING: 10/31/00
PAGE: 1    H

| DATE | BOUGHT | SOLD | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 10/24 | | | | BALANCE FORWARD | | | 2,321,250.00 |
| 10/24 | | | | ADOBE SYS INC | 87P | | |
| 10/30 | | | | DIV 10/02/00-10/24/00 | JRNL | 500.00 | 500.00 |
| | | | | ADJ DIV 10/02/00 10/24/00 ADBE | | | |
| | 20,000 | | | ADOBE SYS INC | DELY | | |
| | | | | DIV 10/27/00-10/30/00 | | | |
| | | | | NEW BALANCE | | | 2,321,250.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 60,000 | | | ADOBE SYS INC | 76 1/16 | | |
| | 240,000 | | | INTEL CORP | 45 | | |
| | 3,195 | | | JOHNSON & JOHNSON | 92 1/8 | | |
| | 20,000 | | | PHARMACIA CORP | 55 | | |
| | 4,000 | | | SONUS INC | 12 3/4 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG     SHORT | | | |
| | | | | 15,281,839.38 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

