Exhibit K

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/04
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 25,847.58 |
| 12/01 | | | | CHECK | CW | 10,500.00 | |
| 12/02 | | | | MICROSOFT CORP | DIV | | 183.64 |
| 12/02 | | | | DIV 11/17/04 12/02/04 | | | |
| 12/03 | | | | MICROSOFT CORP | DIV | | 7,074.00 |
| 12/03 | | | | PFIZER INC | DIV | | 278.45 |
| | | | | DIV 11/17/04 12/02/04 | | | |
| 12/07 | | | | DIV 11/12/04 12/03/04 | DIV | | 184.53 |
| | | | | JOHNSON & JOHNSON | | | |
| 12/10 | | | 325 | DIV 11/16/04 12/07/04 CITI GROUP INC | 46.280 | | 51,648.68 |
| 12/10 | | 990 | 4055 | TIME WARNER INC | 18.230 | | 18,097.20 |
| 12/10 | | 1,458 | 4599 | CISCO SYSTEMS INC | 20.070 | | 29,262.06 |
| 12/10 | | 432 | 8329 | TYCO INTERNATIONAL LTD | 33.840 | | 14,618.80 |
| 12/10 | | 450 | 10361 | THE WALT DISNEY CO | 27.200 | | 12,240.00 |
| 12/10 | | 414 | 12461 | U S BANCORP | 29.430 | | 12,184.02 |
| 12/10 | | 2,304 | 14580 | GENERAL ELECTRIC CO | 35.360 | | 81,469.44 |
| 12/10 | | 378 | 16688 | VIACOM INC CLASS B NON VOTING SHS | 36.100 | | 13,645.80 |
| 12/10 | | 485 | 18854 | HOME DEPOT INC | 41.950 | | 20,387.70 |
| 12/10 | | 594 | 20962 | VERIZON COMMUNICATIONS | 41.560 | | 24,686.64 |
| 12/10 | | 648 | 23015 | HEWLETT PACKARD CO | 21.310 | | 13,808.83 |
| 12/10 | | 350 | 25236 | WELLS FARGO & CO NEW | 62.100 | | 22,235.00 |
| 12/10 | | 360 | 27260 | INTERNATIONAL BUSINESS MACHS | 97.320 | | 35,035.20 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS        NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/04
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/10 | | 918 | 29510 | WAL-MART STORES INC | 52.770 | | 48,442.86 |
| 12/10 | | 1,404 | 31534 | INTEL CORP | 23.760 | | 33,359.04 |
| 12/10 | | 1,422 | 33784 | EXXON MOBIL CORP | 49.660 | | 70,616.52 |
| 12/10 | | 648 | 35808 | JOHNSON & JOHNSON | 61.150 | | 39,625.20 |
| 12/10 | | 774 | 40082 | J.P. MORGAN CHASE & CO | 38.050 | | 29,450.70 |
| 12/10 | | 522 | 44356 | COCA COLA CO | 40.250 | | 21,010.50 |
| 12/10 | | 270 | 48630 | MEDTRONIC INC | 48.900 | | 13,203.00 |
| 12/10 | | 162 | 52904 | 3M COMPANY | 79.300 | | 12,846.60 |
| 12/10 | | 450 | 57178 | ALTRIA GROUP INC | 57.960 | | 26,082.00 |
| 12/10 | | 486 | 61452 | MERCK & CO | 28.210 | | 13,710.06 |
| 12/10 | | 2,358 | 65726 | MICROSOFT CORP | 27.250 | | 64,279.08 |
| 12/10 | | 234 | 69893 | MORGAN STANLEY | 53.570 | | 12,535.38 |
| 12/10 | | 1,116 | 82688 | ORACLE CORPORATION | 13.290 | | 14,831.64 |
| 12/10 | | 558 | 83230 | AMERICAN INTL GROUP INC | 64.610 | | 36,052.33 |
| 12/10 | | 360 | 86962 | PEPSICO INC | 50.610 | | 18,219.60 |
| 12/10 | | 288 | 87504 | AMGEN INC | 62.620 | | 18,034.56 |
| 12/10 | | 1,638 | 91235 | PFIZER INC | 27.460 | | 44,979.48 |
| 12/10 | | 270 | 91777 | AMERICAN EXPRESS COMPANY | 55.680 | | 15,033.60 |
| 12/10 | | 558 | 95510 | PROCTER & GAMBLE CO | 54.330 | | 30,316.14 |
| 12/10 | | 882 | 96050 | BANK OF AMERICA | 46.200 | | 40,748.40 |
| 12/10 | | 720 | 99780 | SBC COMMUNICATIONS INC | 25.570 | | 18,410.40 |
| 12/10 | | | | EXXON MOBIL CORP DIV 11/12/04-12/10/04 | DIV | | 183.94 |
| 12/10 | | | | PROCTER & GAMBLE CO DIV 11/12/04-12/10/04 | DIV | | 65.80 |
| 12/10 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/10/04 12/10/04 | DIV | | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS   NY   11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/04
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/10 | 475,000 | | 42246 | U S TREASURY BILL DUE 02/03/2005 | 99.684 | 473,499.00 | |
| 12/10 | 475,000 | | 46526 | U S TREASURY BILL DUE 2/10/2005 | 99.640 | 473,290.00 | |
| 12/10 | 15,693 | | 50804 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 2/10/2005 | | 15,693.00 | |
| 12/13 | | | | 3M COMPANY DIV 11/19/04 12/12/04 | DIV | | 59.32 |
| 12/15 | | | | COCA COLA CO DIV 12/01/04 12/15/04 | DIV | | 130.50 |
| 12/16 | | | | HOME DEPOT INC DIV 12/02/04 12/16/04 | DIV | | 41.31 |
| 12/17 | | | | AMERICAN INTL GROUP INC DIV 12/03/04 12/17/04 | DIV | | 61.85 |
| 12/22 | | | | BANK OF AMERICA DIV 12/03/04 12/22/04 | DIV | | 396.99 |
| 12/31 | | 475,000 | 78742 | U S TREASURY BILL DUE 02/03/2005 | 99.844 | | 474,259.00 |
| 12/31 | | 475,000 | 82971 | U S TREASURY BILL DUE 2/10/2005 | 99.801 | | 474,054.75 |
| 12/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/31/04 | DIV | | 35.04 |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

☒ MADF

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/04
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/31 | | 29,608 | 73701 | TRANS TO 40 ACCT FIDELITY SPARTAN U S TREASURY MONEY MARKET | JRNL | | 29,608.00 |
| 12/31 | | | | U S TREASURY BILL DUE 04/07/2005 | 1 | 24,093.80 | |
| 12/31 | 475,000 | | 98404 | U S TREASURY BILL 4/07/2005 | 99.396 | 472,131.00 | |
| 12/31 | 475,000 | | 94835 | U S TREASURY BILL DUE 4/14/2005 | 99.336 | 471,846.00 | |
| 12/31 | 42,824 | | 99335 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 42,824.00 | |
| | | | | NEW BALANCE | | | .21 |
| | | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 42,824 | | | U S TREASURY BILL DUE 04/07/2005 | 99.396 | | |
| | 475,000 | | | U S TREASURY BILL 4/07/2005 | | | |
| | 475,000 | | | U S TREASURY BILL DUE 4/14/2005 | 99.336 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 985,801.00 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS          NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/04
PAGE: 5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 15,088.91 |
| | | | | GROSS PROCEEDS FROM SALES | | | 12,949,595.48 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222



**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-4-0
PERIOD ENDING: 12/31/04
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 12/08 | | | 74160 | S & P 100 INDEX DECEMBER 570 CALL | 1.850 | | |
| 12/08 | 18 | | | S & P 100 INDX DECEMBER 550 PUT | 3.400 | 25,847.00 | |
| 12/08 | | 18 | 78414 | | | 3,348.00 | 6,102.00 |
| 12/31 | | | | TRANS FROM 3QACCT | JRNL | | |
| | | | | NEW BALANCE | | | 24,092.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

YOUR TAXPAYER IDENTIFICATION NUMBER: