Exhibit L

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/05
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 9,800.68 |
| 12/01 | | | | CHECK | CW | 10,500.00 | |
| 12/01 | | | | INTEL CORP DIV 11/07/05 12/01/05 | DIV | | 98.56 |
| 12/01 | | | | WELLS FARGO & CO NEW DIV 12/04/05 12/01/05 | DIV | | 174.72 |
| 12/06 | | | | PFIZER INC DIV 11/11/05 12/06/05 | DIV | | 285.76 |
| 12/08 | | | | MICROSOFT CORP DIV 11/17/05 12/08/05 | DIV | | 148.48 |
| 12/09 | | | | EXXON MOBIL CORP DIV 11/10/05 12/09/05 | DIV | | 375.84 |
| 12/12 | | | | CHEVRON CORP DIV 11/18/05 12/12/05 | DIV | | 208.80 |
| 12/12 | | | | INTERNATIONAL BUSINESS MCHS DIV 11/10/05 12/10/05 | DIV | | 64.00 |
| 12/13 | | | | JOHNSON & JOHNSON DIV 11/22/05 12/13/05 | DIV | | 200.54 |
| 12/13 | 704 | 704 | 36426 | J.P. MORGAN CHASE & CO | 39.500 | | 27,808.00 |
| 12/15 | | | 36426 | J.P. MORGAN CHASE & CO DIV 12/01/05 12/15/05 | 39.500 | 27,808.00 | |
| 12/15 | | | | COCA COLA CO DIV 12/01/05 12/15/05 | DIV | | 116.48 |
| 12/15 | | | | HOME DEPOT INC DIV 12/01/05 12/15/05 | DIV | | 43.20 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS     NY     11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/05
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/15 | | | | DIV 11/30/05 12/15/05 | DIV | | 47.20 |
| 12/16 | | 560 | 2217 | TIME WARNER INC | 30.800 | | 17,248.00 |
| 12/16 | | 464 | 2368 | VERIZON COMMUNICATIONS | 59.840 | | 27,765.76 |
| 12/16 | | 336 | 6474 | CHEVRON CORP | 63.400 | | 21,302.40 |
| 12/16 | | 480 | 6625 | WELLS FARGO & CO NEW | 33.070 | | 15,873.60 |
| 12/16 | | 512 | 10731 | DELL INC | 49.470 | | 25,328.64 |
| 12/16 | | 2,128 | 10883 | WAL-MART STORES INC | 35.450 | | 75,437.60 |
| 12/16 | | 1,296 | 14988 | GENERAL ELECTRIC CO | 59.600 | | 77,241.60 |
| 12/16 | | 432 | 15141 | EXXON MOBIL CORP | 42.160 | | 18,213.12 |
| 12/16 | | 576 | 19398 | HOME DEPOT INC | 28.320 | | 16,898.32 |
| 12/16 | | 320 | 23655 | HEWLETT PACKARD CO | 84.470 | | 27,030.40 |
| 12/16 | | 1,232 | 27912 | INTERNATIONAL BUSINESS MACHS | 26.740 | | 32,943.68 |
| 12/16 | | 608 | 32169 | INTEL CORP | 60.330 | | 36,680.64 |
| 12/16 | | 704 | 36426 | JOHNSON & JOHNSON | 39.500 | | 27,808.00 |
| 12/16 | | 416 | 40683 | J.P. MORGAN CHASE & CO | 41.080 | | 17,089.28 |
| 12/16 | | 240 | 44940 | COCA COLA CO | 56.380 | | 13,531.20 |
| 12/16 | | 192 | 47728 | MEDTRONIC INC | 68.690 | | 13,188.48 |
| 12/16 | | 416 | 51548 | MERRILL LYNCH & CO INC | 74.090 | | 30,821.44 |
| 12/16 | | 448 | 55751 | ALTRIA GROUP INC | 29.030 | | 13,005.44 |
| 12/16 | | 1,856 | 59991 | MERCK & CO | 27.310 | | 50,687.36 |
| 12/16 | | 224 | 63981 | MICROSOFT CORP | 57.440 | | 12,866.56 |
| 12/16 | | 320 | 68349 | MORGAN STANLEY | 39.520 | | 12,646.40 |
| 12/16 | | 528 | 72606 | ABBOTT LABORATORIES | 66.170 | | 34,937.76 |
| 12/16 | | 336 | 76672 | AMERICAN INTL GROUP INC | 59.110 | | 19,860.96 |
| | | | | PEPSICO INC | | | |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS                NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/05
PAGE: 3

| DATE | BOUGHT/RECEIVED OR LONG | SOLD/DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/16 | | 256 | 76863 | AMGEN INC | 77.530 | | 19,847.68 |
| 12/16 | | 1,504 | 80929 | PFIZER INC | 22.140 | | 33,299.56 |
| 12/16 | | 256 | 81116 | AMERICAN EXPRESS COMPANY | 51. | | 13,056.00 |
| 12/16 | | 704 | 85186 | PROCTER & GAMBLE CO | 58.530 | | 41,205.12 |
| 12/16 | | 816 | 85373 | BANK OF AMERICA | 46.580 | | 38,009.28 |
| 12/16 | | 592 | 89443 | SPRINT NEXTEL CORP | 25.170 | | 14,900.64 |
| 12/16 | | 1,040 | 89630 | CITI GROUP INC | 49.590 | | 51,573.60 |
| 12/16 | | 672 | 93697 | AT&T INC | 24.990 | | 16,793.28 |
| 12/16 | | 448 | 93860 | COMCAST CORP CL A | 26.660 | | 11,943.68 |
| 12/16 | | 944 | 97956 | TIME WARNER INC | 17.850 | | 16,850.40 |
| 12/15 | | 1,296 | 98110 | CISCO SYSTEMS INC | 17.510 | | 22,692.96 |
| 12/16 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 23.21 |
| 12/16 | | | | DIV 12/16/05 AMERICAN INTL GROUP INC | DIV | | |
| 12/16 | | | | DIV 12/02/05 AMERICAN INTL GROUP INC | DIV | | 79.20 |
| 12/16 | 15,195 | | 48438 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1. | 15,195.00 | |
| 12/16 | 450,000 | | 52818 | U S TREASURY BILL DUE 4/06/2006 | 98.794 | 444,573.00 | |
| 12/16 | | 450,000 | 57075 | U S TREASURY BILL DUE 4/13/2006 4/13/2006 | 98.705 | | 444,172.50 |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/05
PAGE: 4

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/16 | 21,869 | | 62039 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,869.00 | |
| 12/22 | | | | FIDELITY SPARTAN DIV 12/22/05 | DIV | | 12.61 |
| 12/22 | 21,881 | | 73130 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,881.00 | |
| 12/22 | | 21,869 | 68423 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 21,869.00 |
| 12/23 | | | | BANK OF AMERICA DIV 12/02/05 12/23/05 | DIV | | 408.00 |
| 12/30 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 16.83 |
| 12/30 | | | | SPRINT NEXTEL CORP DIV 12/09/05 12/30/05 | DIV | | 14.80 |
| 12/30 | | | | TRANS TO 40 ACCT | JRNL | 22,472.00 | |
| 12/30 | 450,000 | | 1062 | U S TREASURY BILL DUE 5/18/2006 | 98.405 | 442,822.50 | |
| 12/30 | 27,939 | | 6037 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 27,939.00 | |
| 12/30 | | 21,881 | 78047 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 21,881.00 |
| 12/30 | | 450,000 | 85622 | U S TREASURY BILL DUE 4/06/2006 4/06/2006 | 98.909 | | 445,090.50 |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/05
PAGE: 5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/30 | | 450,000 | 90060 | U S TREASURY BILL DUE 4/13/2006 | 98.824 | | 444,708.00 |
| 12/30 | 450,000 | | 96625 | U S TREASURY BILL DUE 5/11/2006 | 98.489 | 443,200.50 | |
| | | | | NEW BALANCE 5/11/2006 | | | .85 |
| | | | | SECURITY POSITIONS | | | |
| | 27,939 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE | | |
| | 450,000 | | | U S TREASURY BILL DUE 5/11/2006 | 98.489 | | |
| | 450,000 | | | U S TREASURY BILL DUE 5/18/2006 | 98.405 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 913,962.00 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

**YOUR ACCOUNT NUMBER:** 1-S0497-4-0
**PERIOD ENDING:** 12/31/05
**PAGE:** 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 9,800.00 | |
| 12/14 | 16 | | 68158 | S & P 100 INDEX DECEMBER 570 CALL | 8.200 | 13,136.00 | |
| 12/14 | | 16 | 72415 | S & P 100 INDEX DECEMBER 565 PUT | .300 | | 464.00 |
| 12/30 | | | | TRANS FROM 30 ACCT | JRNL | | 22,472.00 |
| | | | | NEW BALANCE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

