Exhibit M



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY   11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/06
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/01 | | | | BALANCE FORWARD | | 31,790.99 | |
| 12/01 | | | | CHECK | CW | | 10,500.00 |
| 12/01 | | | | INTEL CORP DIV 11/07/06 12/01/06 | DIV | | 99.40 |
| 12/05 | | | | WELLS FARGO & CO NEW DIV 11/03/06 12/01/06 | DIV | | 160.72 |
| 12/11 | | | | PFIZER INC DIV 11/10/06 12/05/06 | DIV | | 302.40 |
| 12/11 | | | | CHEVRON CORP DIV 11/17/06 12/05/06 | DIV | | 196.55 |
| 12/11 | | | | EXXON MOBIL CORP DIV 11/13/06 12/11/06 | DIV | | 327.04 |
| 12/11 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/10/06 12/09/06 | DIV | | 79.80 |
| 12/11 | | | | UNITED TECHNOLOGIES CORP DIV 11/17/06 12/10/06 | DIV | | 44.52 |
| 12/12 | | | | JOHNSON & JOHNSON DIV 11/28/06 12/12/06 | DIV | | 159.00 |
| 12/14 | | | | HOME DEPOT INC DIV 11/30/06 12/14/06 | DIV | | 78.75 |
| 12/14 | | | | MICROSOFT CORP DIV 11/16/06 12/14/06 | DIV | | 148.40 |
| 12/15 | | | | AMERICAN INTL GROUP INC DIV 12/01/06 12/15/06 | DIV | | 73.92 |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/06
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/15 | | | 720 | COCA COLA CO DIV 12/01/06 12/15/06 | DIV | | 108.50 |
| 12/15 | | | 2970 | TIME WARNER INC DIV 11/30/06 12/15/06 | DIV | | 38.50 |
| 12/15 | | | 4970 | SCHLUMBERGER LTD DIV 11/30/06 12/15/06 | | | |
| 12/15 | | | 7220 | COMCAST CORP NEW | DIV | | 188.16 |
| 12/21 | | 546 | 9220 | PROCTER & GAMBLE CO | 64.120 | 34,988.52 | |
| 12/21 | | 854 | 11470 | CITI GROUP INC | 54.580 | 46,577.32 | |
| 12/21 | | 196 | 13470 | CISCO SYSTEMS INC | 67 | 13,125.00 | |
| 12/21 | | 350 | 15720 | TIME WARNER INC | 43.140 | 15,085.00 | |
| 12/21 | | 672 | 17720 | CL A AT&T INC | 35.810 | 24,038.32 | |
| 12/21 | | 1,064 | 19970 | CHEVRON CORP | 27.730 | 29,462.72 | |
| 12/21 | | 700 | 21917 | UNITED PARCEL SVC INC CLASS B | 21.710 | 15,169.00 | |
| 12/21 | | 378 | 24220 | GENERAL ELECTRIC CO | 75.110 | 28,376.58 | |
| 12/21 | | 182 | 26152 | UNITED TECHNOLOGIES CORP | 76.630 | 13,939.66 | |
| 12/21 | | 1,778 | 28470 | GOLDMAN SACHS GROUP INC | 37.630 | 66,835.14 | |
| 12/21 | | 168 | 30402 | WACHOVIA CORP NEW | 62.410 | 10,478.88 | |
| 12/21 | | 70 | 32720 | HOME DEPOT INC | 201.700 | 14,117.00 | |
| 12/21 | | 336 | 34652 | WELLS FARGO & CO NEW | 57.430 | 19,283.48 | |
| 12/21 | | 350 | | HEWLETT PACKARD CO | 40.080 | 14,014.00 | |
| 12/21 | | 574 | | WAL-MART STORES INC | 35.750 | 20,498.50 | |
| 12/21 | | 476 | | | 40.020 | 19,030.52 | |
| 12/21 | | 420 | | | 46.640 | 19,572.80 | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS              NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/06
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | 266 | 36970 | INTERNATIONAL BUSINESS MACHS | 95.800 | | 25,472.80 |
| 12/21 | | 1,022 | 38902 | EXXON MOBIL CORP | 76.800 | | 78,449.60 |
| 12/21 | | 994 | 41220 | INTEL CORP | 21.100 | | 20,934.40 |
| 12/21 | | 504 | 45470 | JOHNSON & JOHNSON | 66.780 | | 33,637.12 |
| 12/21 | | 588 | 49719 | J.P. MORGAN CHASE & CO | 48.410 | | 28,442.08 |
| 12/21 | | 350 | 53969 | COCA COLA CO | 48.990 | | 17,132.50 |
| 12/21 | | 154 | 58219 | MERRILL LYNCH & CO INC | 91.960 | | 14,155.84 |
| 12/21 | | 364 | 62469 | ALTRIA GROUP INC | 85.910 | | 31,257.24 |
| 12/21 | | 378 | 66719 | MERCK & CO | 44. | | 16,617.00 |
| 12/21 | | 182 | 70969 | MORGAN STANLEY | 80.620 | | 14,665.84 |
| 12/21 | | 1,484 | 75219 | MICROSOFT CORP | 30.110 | | 44,624.24 |
| 12/21 | | 266 | 81766 | ABBOTT LABORATORIES | 48.170 | | 12,803.22 |
| 12/21 | | 448 | 86009 | AMERICAN INTL GROUP INC | 72.790 | | 32,592.92 |
| 12/21 | | 700 | 87969 | ORACLE CORPORATION | 18.050 | | 12,607.00 |
| 12/21 | | 196 | 90259 | AMGEN INC | 70.630 | | 13,836.48 |
| 12/21 | | 280 | 92219 | PEPSICO INC | 63.210 | | 17,687.80 |
| 12/21 | | 210 | 94475 | AMERICAN EXPRESS COMPANY | 62.270 | | 13,068.70 |
| 12/21 | | 1,260 | 96469 | PFIZER INC | 25.870 | | 32,546.20 |
| 12/21 | | 784 | 98719 | BANK OF AMERICA | 53.690 | | 42,061.96 |
| 12/21 | 850,000 | | 43292 | U S TREASURY BILL DUE 3/01/2007 | 99.063 | 842,035.50 | |
| | | | | 3/01/2007 | | | |
| 12/22 | 42,665 | | 47533 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 42,665.00 | |
| | | | | BANK OF AMERICA | DIV | | |
| | | | | DIV 12/01/06 12/22/06 | | | 439.04 |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/06
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/29 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/29/06 | DIV | | 96.81 |
| 12/29 | | | | TRANS FROM 4D ACCT | JRNL | | |
| 12/29 | 450,000 | | 3484 | U S TREASURY BILL DUE 4/5/2007    4/05/2007 | 98.682 | 444,069.00 | |
| 12/29 | 13,974 | | 8155 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 13,974.00 | |
| 12/29 | | 57,070 | 84823 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 57,070.00 |
| 12/29 | | 850,000 | 90122 | U S TREASURY BILL DUE 3/01/2007    3/01/2007 | 99.166 | | 842,911.00 |
| 12/29 | 450,000 | | 99012 | U S TREASURY BILL DUE 3/29/2007    3/29/2007 | 98.780 | 444,510.00 | |
| | | | | NEW BALANCE | | | .41 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 13,974 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 19,807.00 |
| | 450,000 | | | U S TREASURY BILL DUE 3/29/2007    3/29/2007 | 98.780 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/06
PAGE: 5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|-----------------|---------|---------|
|  | 450,000 |  |  | U S TREASURY BILL DUE 4/5/2007  4/05/2007 LONG | 98.682 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES SHORT 902,553.00 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/06
PAGE: 6

YEAR-TO-DATE SUMMARY

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | DIVIDENDS | | | 17,479.19 |
| | | | | GROSS PROCEEDS FROM SALES | | | 8,039,857.48 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-4-0
PERIOD ENDING: 12/31/06
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 31,791.00 |
| 12/18 | | 14 | 64021 | S & P 100 INDEX JANUARY 660 CALL | 6.600 | | 9,225.00 |
| 12/18 | 14 | | 68459 | S & P 100 INDEX DECEMBER 655 CALL | 2.700 | 3,794.00 | |
| 12/18 | 14 | | 72897 | S & P 100 INDEX JANUARY 650 PUT | 5 | 7,014.00 | |
| 12/18 | | 14 | 77335 | S & P 100 INDEX DECEMBER 645 PUT | .300 | | 406.00 |
| 12/21 | 14 | | 79469 | S & P 100 INDEX JANUARY 660 CALL | 10.500 | 14,714.00 | |
| 12/21 | | 14 | 83719 | S & P 100 INDEX JANUARY 650 PUT | 2.800 | | 3,906.00 |
| 12/29 | | | | TRANS TO 3O ACCT | JRNL | 19,807.00 | |
| | | | | NEW BALANCE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES