Exhibit N

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS          NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/07
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 8,098.54 |
| 12/03 | | | | CHECK | CW | 10,500.00 | |
| 12/05 | | | | FIDELITY SPARTAN | DIV | | 56.27 |
| 12/05 | | | | U S TREASURY MONEY MARKET DIV 12/05/07 | | | |
| 12/05 | | 28,836 | 67676 | FIDELITY SPARTAN | 1 | | 28,836.00 |
| 12/10 | 18,392 | | 67787 | FIDELITY SPARTAN | 1 | 18,392.00 | |
| 12/10 | | | | U S TREASURY MONEY MARKET | | | |
| 12/11 | | | | CHEVRON CORP | DIV | | 194.88 |
| | | | | DIV 11/16/07 12/10/07 | | | |
| 12/11 | | | | UNITED TECHNOLOGIES CORP | DIV | | 49.92 |
| | | | | JOHNSON & JOHNSON | | | |
| 12/13 | | | | DIV 11/27/07 12/11/07 | DIV | | 184.26 |
| 12/15 | | | | MICROSOFT CORP | DIV | | 137.28 |
| | | | | DIV 11/15/07 12/13/07 | | | |
| 12/17 | | | | COCA COLA CO | DIV | | 102.00 |
| | | | | DIV 12/01/07 12/15/07 | | | |
| 12/17 | | | | WACHOVIA CORP NEW | DIV | | 184.32 |
| | | | | DIV 11/30/07 12/17/07 | | | |
| 12/21 | | 1,056 | 2127 | PFIZER INC | 23.040 | | 24,288.24 |
| 12/21 | | 396 | 3471 | AMERICAN INTL GROUP INC | 55.900 | | 22,121.40 |
| 12/21 | | 480 | 6420 | PROCTER & GAMBLE CO | 73.300 | | 35,165.00 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS            NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/07
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | 120 | | 7720 | BOEING CO | 87.310 | | 10,473.20 |
| 12/21 | 192 | | 10713 | SCHLUMBERGER LTD | 91.270 | | 17,516.84 |
| 12/21 | 684 | | 11997 | BANK OF AMERICA | 42 | | 28,701.00 |
| 12/21 | 936 | | 15006 | AT&T INC | 40.920 | | 38,264.12 |
| 12/21 | 744 | | 16290 | CITI GROUP INC | 31.250 | | 23,221.00 |
| 12/21 | 156 | | 19271 | UNITED PARCEL SVC INC CLASS B | 72.250 | | 11,265.00 |
| 12/21 | 252 | | 20583 | CONOCOPHILIPS | 83.280 | | 20,976.56 |
| 12/21 | 156 | | 23484 | UNITED TECHNOLOGIES CORP | 75.830 | | 11,823.48 |
| 12/21 | 924 | | 24876 | CISCO SYSTEMS INC | 27.800 | | 25,651.20 |
| 12/21 | 444 | | 27755 | VERIZON COMMUNICATIONS | 43.450 | | 19,274.80 |
| 12/21 | 336 | | 29169 | CHEVRON CORP | 90.600 | | 30,428.60 |
| 12/21 | 288 | | 32039 | WACHOVIA CORP NEW | 39.740 | | 11,434.12 |
| 12/21 | 1,572 | | 33462 | GENERAL ELECTRIC CO | 36.490 | | 57,300.28 |
| 12/21 | 504 | | 36330 | WELLS FARGO & CO NEW | 30.060 | | 15,130.24 |
| 12/21 | 36 | | 37755 | GOOGLE | 670.400 | | 24,133.40 |
| 12/21 | 372 | | 40623 | WAL-MART STORES INC | 48.220 | | 17,923.84 |
| 12/21 | 60 | | 42048 | GOLDMAN SACHS GROUP INC | 209.200 | | 12,550.00 |
| 12/21 | 852 | | 44916 | EXXON MOBIL CORP | 89.900 | | 76,560.80 |
| 12/21 | 396 | | 46341 | HEWLETT PACKARD CO | 51.250 | | 20,280.00 |
| 12/21 | 204 | | 50634 | INTERNATIONAL BUSINESS MACHS | 104.540 | | 21,318.16 |
| 12/21 | 888 | | 54927 | INTEL CORP | 25.900 | | 22,964.20 |
| 12/21 | 444 | | 59220 | JOHNSON & JOHNSON | 67.600 | | 29,997.40 |
| 12/21 | 516 | | 63512 | J.P. MORGAN CHASE & CO | 44.570 | | 22,978.12 |
| 12/21 | 300 | | 67805 | COCA COLA CO | 62.580 | | 18,762.00 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/07
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | 324 | 72098 | ALTRIA GROUP INC | 76.070 | | 24,634.68 |
| 12/21 | | 336 | 76391 | MERCK & CO | 59.930 | | 20,123.48 |
| 12/21 | | 1,248 | 80684 | MICROSOFT CORP | 34.460 | | 42,957.08 |
| 12/21 | | 600 | 93545 | ORACLE CORPORATION | 21.040 | | 12,600.00 |
| 12/21 | | 132 | 94885 | APPLE INC | 186 | | 24,547.00 |
| 12/21 | | 252 | 97833 | PEPSICO INC | 77.530 | | 19,527.56 |
| 12/21 | | 240 | 99178 | ABBOTT LABORATORIES | 57.100 | | 13,695.00 |
| 12/21 | 825,000 | | 50316 | U S TREASURY BILL DUE 4/10/2008 | 99.124 | 817,773.00 | |
| 12/21 | | | | AMERICAN INTL GROUP INC DIV 12/07/07 12/21/07 | DIV | | 817.76 |
| 12/21 | | | 54599 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 8,631.00 | |
| 12/28 | 8,631 | | | BANK OF AMERICA DIV 12/07/07 12/28/07 | DIV | | 437.76 |
| 12/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/31/07 | DIV | | 51.19 |
| 12/31 | | | | FIDELITY SPARTAN TRANS TO 40 ACCT | JRNL | 10,282.00 | |
| 12/31 | | 27,023 | 59920 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 27,023.00 |
| 12/31 | | 825,000 | 66580 | U S TREASURY BILL DUE 4/10/2008 | 99.133 | | 817,847.25 |
| | | | | | | | 79.20 |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS        NY   11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/07
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/31 | 850,000 | | 74100 | U S TREASURY BILL DUE 04/03/2008 | 99.149 | 842,756.50 | |
| 12/31 | 3,525 | | 78705 | FIDELITY SPARTAN 4/03/2008 U S TREASURY MONEY MARKET | 1 | 3,525.00 | |
| | | | | NEW BALANCE | | | .17 |
| | | | | SECURITY POSITIONS | | | |
| | 3,525 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 850,000 | | | U S TREASURY BILL DUE 04/03/2008 4/03/2008 | 99.149 | | |
| | | | | MARKET VALUE OF SECURITIES LONG  846,291.50   SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS       NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 12/31/07
PAGE: 5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 9,545.02 |
| | | | | GROSS PROCEEDS FROM SALES | | | 9,357,062.85 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-4-0
PERIOD ENDING: 12/31/07
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|--------------------------|-------|-------------|-----------------|--------------------------------|---------------------------------|
|      |                         |                          |       | BALANCE FORWARD |             |                                |                                 |
| 12/21 | 12                     |                          | 84977 | S & P 100 INDEX DECEMBER 685 CALL | 5.900 | 8,098.00 |                        |
| 12/21 |                         | 12                       | 89270 | S & P 100 INDEX DECEMBER 675 PUT | 4.100 | 7,092.00 | 4,908.00 |
| 12/31 |                         |                          |       | TRANS FROM 30 ACCT | JRNL |                                | |
|      |                         |                          |       | NEW BALANCE |                 |                                | 10,282.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES