Exhibit O

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY   11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 11/30/03
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 11/03 | | | | CHECK | CW | 55,214.05 | |
| 11/03 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/03/08 | DIV | | 1,800.00 |
| 11/03 | | 32,445 | 23162 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 32,445.00 |
| 11/03 | 25,000 | | 23268 | U S TREASURY BILL DUE 2/12/2009 | 99.865 | 24,966.25 | |
| 11/03 | 5,695 | | 23348 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 2/12/2009 | 1 | 5,695.00 | |
| 11/12 | 798 | | 529 | WELLS FARGO & CO NEW | 29.800 | 23,811.40 | |
| 11/12 | 570 | | 1031 | HEWLETT PACKARD CO | 34.900 | 19,915.00 | |
| 11/12 | 494 | | 4855 | WAL-MART STORES INC | 55.830 | 27,599.02 | |
| 11/12 | 323 | | 5357 | INTERNATIONAL BUSINESS MACHS | 87.270 | 28,200.21 | |
| 11/12 | 1,197 | | 9181 | EXXON MOBIL CORP | 72.880 | 87,284.36 | |
| 11/12 | 1,311 | | 9683 | INTEL CORP | 14.510 | 19,074.61 | |
| 11/12 | 627 | | 14009 | JOHNSON & JOHNSON | 59.580 | 37,381.66 | |
| 11/12 | 855 | | 18334 | J.P. MORGAN CHASE & CO | 38.530 | 32,977.15 | |
| 11/12 | 456 | | 22660 | COCA COLA CO | 44.660 | 20,382.96 | |
| 11/12 | 266 | | 26986 | MCDONALDS CORP | 55.370 | 14,738.42 | |
| 11/12 | 494 | | 31312 | MERCK & CO | 28.550 | 14,122.70 | |
| 11/12 | 1,805 | | 35636 | MICROSOFT CORP | 21.810 | 39,439.05 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-4-0
PERIOD ENDING: 11/30/08
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 55,215.00 |
| 11/12 | | 19 | 44290 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 30,001.00 |
| 11/12 | | 19 | 48616 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 33,839.00 | |
| 11/19 | 19 | | 34720 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 49,381.00 |
| 11/19 | 19 | | 39045 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 57,019.00 | |
| 11/19 | 19 | | 43370 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 5,719.00 | |
| 11/19 | | 19 | 47695 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 70,281.00 |
| | | | | NEW BALANCE | | | 108,301.00 |
| | | | | SECURITY POSITIONS | | | |
| | | | | S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 31,350.00    SHORT 44,270.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PATRICIA SAMUELS
24 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 11/30/08
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|-------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 11/12 | 912 | | 39964 | ORACLE CORPORATION | 17.300 | 15,813.60 | |
| 11/12 | 361 | | 52942 | PEPSICO INC | 56.410 | 20,378.01 | |
| 11/12 | 209 | | 53444 | APPLE INC | 100.780 | 21,071.02 | |
| 11/12 | 1,539 | | 57268 | PFIZER INC | 16.940 | 26,131.66 | |
| 11/12 | 361 | | 57770 | ABBOTT LABORATORIES | 54.610 | 19,728.21 | |
| 11/12 | 684 | | 61594 | PROCTER & GAMBLE CO | 64.030 | 43,857.72 | |
| 11/12 | 247 | | 62096 | AMGEN INC | 59.160 | 14,621.52 | |
| 11/12 | 475 | | 65920 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 20,729.00 | |
| 11/12 | 1,140 | | 66422 | BANK OF AMERICA | 21.590 | 24,657.60 | |
| 11/12 | 380 | | 70246 | QUALCOMM INC | 33.770 | 12,847.60 | |
| 11/12 | 1,235 | | 70748 | CITI GROUP INC | 12.510 | 15,498.85 | |
| 11/12 | 285 | | 74572 | SCHLUMBERGER LTD | 49.480 | 14,112.80 | |
| 11/12 | 684 | | 75074 | COMCAST CORP CL A | 16.510 | 11,319.84 | |
| 11/12 | | | 78898 | AT&T INC | 27 | 36,476.00 | |
| 11/12 | 1,349 | | 79400 | CONOCOPHILIPS | 52.510 | 17,971.42 | |
| 12/12 | 342 | | 83224 | UNITED PARCEL SVC INC CLASS B | 52.040 | 11,874.12 | |
| 11/12 | 228 | | 83726 | CISCO SYSTEMS INC | 16.730 | 23,259.51 | |
| 11/12 | 1,387 | | 87550 | U S BANCORP | 29.530 | 11,797.47 | |
| 11/12 | 399 | | 88052 | CHEVRON CORP | 73.430 | 34,898.25 | |
| 11/12 | 475 | | 91875 | UNITED TECHNOLOGIES CORP | 53.160 | 12,129.49 | |
| 11/12 | 228 | | 92378 | GENERAL ELECTRIC CO | 19.630 | 47,463.19 | |
| 11/12 | 2,413 | | 96202 | VERIZON COMMUNICATIONS | 30.410 | 19,669.86 | |
| 11/12 | 646 | | 96704 | GOOGLE | 337.400 | 19,233.80 | |
| 11/12 | 57 | | | | | | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 11/30/08
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | | 900,000 | 23138 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | 899,424.00 | |
| 11/12 | | | | U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | .92 |
| 11/12 | | 5,695 | 18239 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,695.00 | |
| 11/12 | 40,815 | | 27607 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 40,815.00 |
| 11/19 | | | | FIDELITY SPARTAN DIV 11/19/08 | DIV | | 5.01 |
| 11/19 | | 40,815 | 53099 | FIDELITY SPARTAN U S TREASURY BILL DUE 03/26/2009 | 1 | 40,815.00 | |
| 11/19 | 75,000 | | 57622 | U S TREASURY BILL 3/26/2009 | 99.926 | | 74,944.50 |
| 11/19 | 22,800 | | 62137 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 22,800.00 |
| | | | | NEW BALANCE | | | 108,301.00 |
| | 1,349 | | | SECURITY POSITIONS AT&T INC | MKT PRICE 28.560 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-50497-3-0
PERIOD ENDING: 11/30/08
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 361 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 247 | | | AMGEN INC | 55.540 | | |
| | 209 | | | APPLE INC | 92.670 | | |
| | 1,140 | | | BANK OF AMERICA | 16.250 | | |
| | 475 | | | CHEVRON CORP | 79.010 | | |
| | 1,387 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,235 | | | CITI GROUP INC | 8.290 | | |
| | 456 | | | COCA COLA CO | 46.870 | | |
| | 684 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 342 | | | CONOCOPHILIPS | 52.520 | | |
| | 1,197 | | | EXXON MOBIL CORP | 80.150 | | |
| | 2,413 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 57 | | | GOOGLE | 292.960 | | |
| | 570 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 1,311 | | | INTEL CORP | 13.800 | | |
| | 323 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 855 | | | J.P. MORGAN CHASE & CO | 31.600 | | |
| | 627 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 266 | | | MCDONALDS CORP | 58.750 | | |
| | 494 | | | MERCK & CO | 26.720 | | |
| | 1,805 | | | MICROSOFT CORP | 20.220 | | |
| | 912 | | | ORACLE CORPORATION | 16.090 | | |
| | 361 | | | PEPSICO INC | 56.700 | | |
| | 1,539 | | | PFIZER INC | 16.430 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-50497-3-0
PERIOD ENDING: 11/30/08
PAGE: 5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 475 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 684 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 380 | | | QUALCOMM INC | 33.570 | | |
| | 285 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 22,800 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 399 | | | U S BANCORP | 26.980 | | |
| | 228 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 75,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 228 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 646 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 494 | | | WAL-MART STORES INC | 55.880 | | |
| | 798 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES LONG     934,885.76 | SHORT | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS    NY    11746

YOUR ACCOUNT NUMBER: 1-S0497-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: —
PAGE: 6

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|--------------------------|-----|-------------|-----------------|-------------------------------|----------------------------------|
|      |                         |                          |     | YEAR-TO-DATE SUMMARY |         |                               |                                  |
|      |                         |                          |     | DIVIDENDS   |                 |                               | 6,443.19                         |
|      |                         |                          |     | GROSS PROCEEDS FROM SALES |       |                               | 6,109,650.56                     |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES