Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000
Steven R. Schlesinger, Esq.

*Attorneys for Andrew Ross Samuels*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

               Plaintiff-Applicant,               Adv. Pro. No. 08-01789 (BRL)

   v.                                                     SIPA Liquidation

BERNARD L. MADOFF INVESTMENT           (Substantively Consolidated)
SECURITIES LLC,

               Defendant.
-----------------------------------------------------------------X

IN RE:

BERNARD L. MADOFF,

               Debtor.
-----------------------------------------------------------------X

     I, **HALE YAZICIOGLU**, an attorney duly admitted to practice law before this Court, hereby certify that on the 3rd day of September, 2010, I served a copy of the within **ANDREW ROSS SAMUELS' OBJECTION TO NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM, dated September 3, 2010**, upon the attorneys listed below at the address listed below, said address being designated for that purpose, via Fist Class Mail by depositing a true copy of same enclosed in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

To:  Irving H. Picard, Trustee
     c/o Baker & Hostetler LLP
     45 Rockefeller Plaza
     New York, New York 10111


     Ona T. Wang, Esq.
     Naima Garvin, Esq.
     Baker & Hostetler LLP
     45 Rockefeller Plaza
     New York, New York 10111


     Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: Garden City, New York
       September 3, 2010

                                                  s/Hale Yazicioglu
                                                  HALE YAZICIOGLU
                                                  JASPAN SCHLESINGER LLP
                                                  300 Garden City Plaza
                                                  Garden City, New York 11530
                                                  (516) 746-8000