# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: *212 - 579 - 1830*

HOME: *212 - 579 - 1830*

Taxpayer I.D. Number (Social Security No.)
*428 - 76 - 8799*

Account Number:    1S0478
ANNE STRICKLAND SQUADRON
211 CENTRAL PARK WEST APT 3E
NEW YORK, NY  10024

(If incorrect, please change)

**NOTE:**    **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008** :     *See attached*
      a.    The Broker owes me a Credit (Cr.) Balance of     $ *Documents*
      b.    I owe the Broker a Debit (Dr.) Balance of     $_____

c.  If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                    $ _____

d.  If balance is zero, insert "None."                       _____

2.  Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | **Number of Shares or Face Amount of Bonds** | |
| _____ | *See Exhibit 1- Attached* | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if
      so, give name of that broker.                    _____    ✓____

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:_____
      _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**


Date _February 24, 2009_    Signature _Anne Strickland Squadron_

Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201


502180406                              4



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING  11/30/08

YOUR ACCOUNT NUMBER  1-50478-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER  *******8799

PAGE  1

ANNE STRICKLAND SQUADRON
211 CENTRAL PARK WEST APT 3E
NEW YORK    NY 10024

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 80,514.00 |
| 11/12 | | 25 | 44275 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 39,475.00 |
| 11/12 | 25 | | 48601 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 44,525.00 | |
| 11/19 | | 25 | 34705 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 64,975.00 |
| 11/19 | 25 | | 39030 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 75,025.00 | |
| 11/19 | 25 | | 43355 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 7,525.00 | |
| 11/19 | | 25 | 47680 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 92,475.00 |
| | | | | NEW BALANCE | | | 150,364.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 25 | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | 25 | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG    44,250.00    SHORT    58,250.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANNE STRICKLAND SQUADRON

211 CENTRAL PARK WEST APT 3E
NEW YORK          NY 10024

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

YOUR TAX PAYER IDENTIFICATION NUMBER: ******8799

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | YOUR ACCOUNT NUMBER 1-S0473-3-0 AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 80,513.09 | |
| 11/12 | 1,050 | | 514 | WELLS FARGO & CO NEW | 29.800 | 31,332.00 | |
| 11/12 | 750 | | 1016 | HEWLETT PACKARD CO | 34.900 | 26,205.00 | |
| 11/12 | 650 | | 4840 | WAL-MART STORES INC | 55.830 | 36,315.50 | |
| 11/12 | 425 | | 5362 | INTERNATIONAL BUSINESS MACHS | 87.270 | 37,106.75 | |
| 11/12 | 1,575 | | 9166 | EXXON MOBIL CORP | 72.880 | 114,849.00 | |
| 11/12 | 2,725 | | 9658 | INTEL CORP | 14.510 | 39,098.75 | |
| 11/12 | 825 | | 13994 | JOHNSON & JOHNSON | 59.580 | 49,185.50 | |
| 11/12 | 1,125 | | 18319 | J.P. MORGAN CHASE & CO | 38.530 | 43,391.25 | |
| 11/12 | 600 | | 22645 | COCA COLA CO | 44.650 | 26,820.00 | |
| 11/12 | 350 | | 26971 | MCDONALDS CORP | 55.370 | 19,393.50 | |
| 11/12 | 650 | | 31297 | MERCK & CO | 28.550 | 18,583.50 | |
| 11/12 | 2,375 | | 35823 | MICROSOFT CORP | 21.810 | 51,893.75 | |
| 11/12 | 1,200 | | 39949 | ORACLE CORPORATION | 17.300 | 20,808.00 | |
| 11/12 | 475 | | 52927 | PEPSICO INC | 56.410 | 26,813.75 | |
| 11/12 | 275 | | 53429 | APPLE INC | 100.780 | 27,725.50 | |
| 11/12 | 2,025 | | 57253 | PFIZER INC | 16.940 | 34,384.50 | |
| 11/12 | 475 | | 57755 | ABBOTT LABORATORIES | 54.510 | 25,893.75 | |
| 11/12 | 900 | | 51579 | PROCTER & GAMBLE CO | 64.080 | 57,708.00 | |
| 11/12 | 325 | | 62081 | AMGEN INC | 59.160 | 19,240.00 | |
| 11/12 | 625 | | 65905 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 27,275.00 | |
| 11/12 | 1,500 | | 66407 | BANK OF AMERICA | 21.590 | 32,445.00 | |
| 11/12 | 500 | | 70231 | QUALCOMM INC | 33.770 | 16,905.00 | |
| 11/12 | 1,625 | | 70733 | CITI GROUP INC | 12.510 | 20,393.75 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 2
PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-S0478-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ********8799

ANNE STRICKLAND SQUADRON
211 CENTRAL PARK WEST APT 3E
NEW YORK          NY  10024

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 375 | | 74557 | SCHLUMBERGER LTD | 49.480 | 18,570.00 | |
| 11/12 | 900 | | 75059 | COMCAST CORP | 16.510 | 14,895.00 | |
| | | | | CL A | | | |
| 11/12 | 1,775 | | 78883 | AT&T INC | 27 | 47,996.00 | |
| 11/12 | 450 | | 79385 | CONOCOPHILIPS | 52.510 | 23,647.50 | |
| 11/12 | 300 | | 83209 | UNITED PARCEL SVC INC | 52.040 | 15,624.00 | |
| | | | | CLASS B | | | |
| 11/12 | 1,825 | | 83711 | CISCO SYSTEMS INC | 16.730 | 30,605.25 | |
| 11/12 | 525 | | 87535 | U S BANCORP | 29.530 | 15,524.25 | |
| 11/12 | 625 | | 88037 | CHEVRON CORP | 73.430 | 45,918.75 | |
| 11/12 | 300 | | 91861 | UNITED TECHNOLOGIES CORP | 53.160 | 15,960.00 | |
| 11/12 | 3,175 | | 92363 | GENERAL ELECTRIC CO | 19.630 | 52,452.25 | |
| 11/12 | 350 | | 96187 | VERIZON COMMUNICATIONS | 30.630 | 25,882.50 | |
| 11/12 | 75 | | 96689 | GOOGLE | 337.400 | 25,305.00 | |
| 11/12 | | 1,150,000 | 23123 | U S TREASURY BILL | 99.936 | | 1,149,264.00 |
| | | | | DUE 2/12/2009 | | | |
| | | | | 2/12/2009 | | | |
| 11/12 | | | 18224 | FIDELITY SPARTAN | DIV | | 5.59 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/12/08 | | | |
| 11/12 | | 5,838 | | FIDELITY SPARTAN | 1 | | 5,838.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/12 | 16,842 | | 27592 | FIDELITY SPARTAN | 1 | 18,842.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | FIDELITY SPARTAN | DIV | | 2.31 |
| 11/19 | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/19/08 | | | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited

Affiliated with

12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PAGE 3

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******8799

YOUR ACCOUNT NUMBER 1-50478-3-0

ANNE STRICKLAND SQUADRON

211 CENTRAL PARK WEST APT 3E
NEW YORK          NY 10024

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 18,842 | 53084 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 18,842.00 |
| 11/19 | 75,000 | | 57607 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 74,944.50 | |
| 11/19 | 18,799 | | 62122 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,799.00 | |
| | | | | NEW BALANCE | | 150,353.03 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,775 | | | AT&T INC | 28.560 | | |
| | 475 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 325 | | | AMGEN INC | 55.540 | | |
| | 275 | | | APPLE INC | 92.670 | | |
| | 1,500 | | | BANK OF AMERICA | 16.250 | | |
| | 625 | | | CHEVRON CORP | 79.010 | | |
| | 1,825 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,625 | | | CITI GROUP INC | 8.290 | | |
| | 600 | | | COCA COLA CO | 46.870 | | |
| | 900 | | | COMCAST CORP CL A | 17.340 | | |
| | 450 | | | CONOCOPHILLIPS | 52.520 | | |
| | 1,575 | | | EXXON MOBIL CORP | 80.150 | | |
| | 3,175 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ANNE STRICKLAND SQUADRON

211 CENTRAL PARK WEST APT 3E
NEW YORK      NY 10024

PERIOD ENDING 11/30/06
YOUR TAX PAYER IDENTIFICATION NUMBER ******8799
PAGE 3

YOUR ACCOUNT NUMBER 1-S0478-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 18,842 | 53084 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 18,842.00 |
| 11/19 | 75,000 | | 57607 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 74,944.50 | |
| 11/19 | 18,799 | | 62122 | 3/26/2009 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,799.00 | |
| | | | | NEW BALANCE | | 150,363.03 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,775 | | | AT&T INC | 28.560 | | |
| | 475 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 325 | | | AMGEN INC | 55.540 | | |
| | 275 | | | APPLE INC | 92.670 | | |
| | 1,500 | | | BANK OF AMERICA | 16.250 | | |
| | 625 | | | CHEVRON CORP | 79.010 | | |
| | 1,625 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,625 | | | CITI GROUP INC | 8.290 | | |
| | 600 | | | COCA COLA CO | 46.870 | | |
| | 900 | | | COMCAST CORP CL A | 17.340 | | |
| | 450 | | | CONOCOPHILIPS | 52.520 | | |
| | 1,575 | | | EXXON MOBIL CORP | 80.150 | | |
| | 3,175 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 4

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******8799

YOUR ACCOUNT NUMBER 1-S0478-3-0

ANNE STRICKLAND SQUADRON

211 CENTRAL PARK WEST APT 3E
NEW YORK          NY  10024

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT CREDITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 75 | | | GOOGLE | 292.960 | | |
| | 750 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 1,725 | | | INTEL CORP | 13.800 | | |
| | 425 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 1,125 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 825 | | | JOHNSON & JOHNSON | 56.580 | | |
| | 350 | | | MCDONALDS CORP | 58.750 | | |
| | 650 | | | MERCK & CO | 26.720 | | |
| | 2,375 | | | MICROSOFT CORP | 20.220 | | |
| | 1,200 | | | ORACLE CORPORATION | 16.090 | | |
| | 475 | | | PEPSICO INC | 56.700 | | |
| | 2,025 | | | PFIZER INC | 16.430 | | |
| | 625 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 900 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 500 | | | QUALCOMM INC | 33.570 | | |
| | 375 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 18,799 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U.S TREASURY MONEY MARKET | | | |
| | 525 | | | U.S BANCORP | 26.980 | | |
| | 300 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 75,000 | | | U.S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 300 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE  5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PERIOD ENDING: 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER: *******8799

PAGE: 5

YOUR ACCOUNT NUMBER: 1-S0478-3-0

ANNE STRICKLAND SQUADRON
211 CENTRAL PARK WEST APT 3E
NEW YORK          NY 10024

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 850 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 650 | | | WAL-MART STORES INC | 55.680 | | |
| | 1,050 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG 1,195,234.50 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANNE STRICKLAND SQUADRON

211 CENTRAL PARK WEST APT 3E
NEW YORK            NY 10024

| PAGE |
|------|
| 6 |

| PERIOD ENDING |
|---------------|
| 11/30/08 |

| YOUR ACCOUNT NUMBER |
|---------------------|
| 1-S0478-3-0 |

| YOUR TAX PAYER IDENTIFICATION NUMBER |
|--------------------------------------|
| *******8799 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|--------------------------|--------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
|      |                          |                          |     | YEAR-TO-DATE SUMMARY |      |                                |                                |
|      |                          |                          |     | DIVIDENDS   |                 |                                | 9,813.16 |
|      |                          |                          |     | GROSS PROCEEDS FROM SALES |       |                                | 8,197,761.23 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

*Exhibit 2*

PORTFOLIO MANAGEMENT REPORT AS OF   9/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ANNE STRICKLAND SQUADRON            1-S0478-3


211 CENTRAL PARK WEST APT 3E
NEW YORK                 NY 10024


STARTING EQUITY FOR CURRENT YEAR                          1,595,081.48CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                          550,000.00-
REALIZED P/L FOR CURRENT YEAR                               105,305.90CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                     1,138.50CR
CURRENT CASH BALANCE                                              .88CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS            1,151,525.00   NET LONG
TOTAL EQUITY                                             1,151,525.88CR

ANNUALIZED RETURN FOR CURRENT YEAR       10.96 %

*Exhibit 3A*

Febuary 2, 2000

Salomon Smith Barney
Attn. Mr. Ascher
666 Third Ave. 3rd fl
New York NY 10017

Dear Mr. Ascher:

Please use this letter as authorization to have the proceeds of the recent sale of my ACTV stock to be picked up by Polly Geller a messenger from my firm.:

Squadron, Ellenoff, Plesent & Sheinfeld,LLP
551 Fifth Avenue
New York NY 10176

The check should  be made payable to me, in the amount of $2,313,953.13, from account 146-11473-14-010.

Thank you for taking care of this matter.

Sincerely,

Howard Squadron

*Exhibit 3A*



666 Third Avenue, New York, NY 10017

The Chase Manhattan Bank, N.A.
Syracuse, New York

801C (R11/98)

Pay to the order of

EXACTLY2MILLION 313 THOUSAND 953 DOLLARS 13 CENTS

HOWARD SQUADRON
4930 GOODRIDGE AVENUE
BRONX NY 10471-3318

⑈00146 47508⑈ ⑆021 3093 79⑆ 50 1⑈ 2⑈ 275 98⑈

FROM ISSUANCE

00146 47508

50-837
213

| Date | Account Number | Amount |
|------|----------------|--------|
| 02/02/00 | 146 11473 1 4 | *2,313,953.13 |

Approved Signature
Authorized Signature
Two Signatures Required in Over $25,000.00

Salomon Smith Barney Inc.

THIRD PARTY PICKUP
RECEIVED BY:

DATE: 02/02/00    REQUEST#: 01040    CHECK#:  00146 47508
146-11473-1-4-010                      AMOUNT:  2,313,953.13

FOR DEPOSIT ONLY TO THE ACCOUNT
OF THE WITHIN NAMED PAYEE

*Exhibit 3B*



**4541**

February 7,
PAY TO *Micha Ban-.*

FOR *Madoff Destribution*

☐ ✔ TAX DEDUCTIBLE

| | DOLLARS | CENTS |
|---|---|---|
| | 78,352 | 57 |
| | 3,953 | 13 |
| | 09,100 | |
| TOTAL | 3,392,305 | 70 |
| AMOUNT THIS CHECK | 5,000 | 00 |
| BALANCE | 3,387,305 | 70 |
| OTHER DEDUCTIONS | | |
| BALANCE FORWARD | 3,387,305 | 70 |

65209

**4542**

February 7, 2000
PAY TO *Ella Swire and David Harr*

FOR *Madoff Destribution*

*Wire transfer to Allied Irish Bank*
*Rue Vas Dias Acct # 4950 1002*

☐ ✔ TAX DEDUCTIBLE

| | DEPOSIT | |
|---|---|---|
| DEPOSIT | | |
| TOTAL | | |
| AMOUNT THIS CHECK | 35,000 | 00 |
| BALANCE | 352,305 | 00 |
| OTHER DEDUCTIONS | 25,000 | 00 |
| BALANCE FORWARD | 327,305 | 00 |

**4543**

February 8, 2000
PAY TO *Bernard L. Madoff*
*Investment Securities*

FOR *Acct # 1-50135*

☐ ✔ TAX DEDUCTIBLE

| | DEPOSIT | |
|---|---|---|
| DEPOSIT | | |
| TOTAL | | |
| AMOUNT THIS CHECK | 600,000 | 00 |
| BALANCE | | |
| OTHER DEDUCTIONS | | |
| BALANCE FORWARD | 727,305 | 00 |

# THE CITIBANK PRIVATE BANK

**Details of Activity**
HOWARD M. SQUADRON
ANNE STRICKLAND SQUADRON

HOWARD M. SQUADRON
ANNE STRICKLAND SQUADRON
C/O SQUADRON, ELLENOFF ET AL
551 5TH AVE 24TH FL
NEW YORK          NY  10176-0001

00652

Statement Period:
Feb 01-Feb 29, 2000

REGULAR CHECKING 37993835

## Opening balance

$ 48,966.24

## Funds added

| | Date Paid | | Amount |
|---|---|---|---|
| Feb 01 | 02/08 | Authorized Transfer | |
| | | TRANSFER FROM CMG ACCT. # 37999539 | 32,512.03 |
| Feb 02 | 02/11 | DEPOSIT/CHECK ERROR CORRECTION | 1,000.00 |
| Feb 02 | | DEPOSIT | 2,086.00 |
| Feb 04 | | DEPOSIT | 2,313,953.13 |
| Feb 11 | | DEPOSIT | 18,372.00 |
| | | **Total** | **2,367,923.16** |

## Checks paid

| Check No. | Date Paid | Amount | | Check No. | Date Paid | Amount | | Check No. | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 4537 | 02/08 | 11.70 | | 4545 | 02/14 | 1,931.60 | | 4549 | 02/25 | 20,000.00 |
| 4542* | 02/11 | 35,000.00 | | 4546 | 02/18 | 20,000.00 | | 4551* | 02/22 | 2,000.00 |
| 4543 | 02/10 | 1,000,000.00 / 1,000,000.00 | 4547 | 02/16 | 20,000.00 | | 4552 | 02/17 | 11,250.00 |
| 4544 | 02/14 | 1,659.85 | | 4548 | 02/16 | 20,000.00 | | | | |

* Gap in check numbers

| | | | | | | | | | | **1,731,853.15** |

## Other withdrawals made

Citibank may record client telephone calls including calls made by Citibank Private Bank Representatives verifying transaction details.
Please see the reverse for important information.

**CITIBANC**

**THE CITIBANK PRIVATE BANK**

**Details of Activity** (Continued)
HOWARD M. SQUADRON
REGULAR CHECKING 37993835

Statement Period:
Feb 01–Feb 29, 2000

| | | |
|---|---|---:|
| Feb 08 | Authorized Transfer<br>OUTGOING WIRE TRANSFER REF G000039102/001 | 25,000.00 |
| Feb 11 | Authorized Transfer<br>TRANSFER TO CKG ACCT. # 37993843 | 25,000.00 |
| Feb 15 | PURCHASE OF SECURITIES | 499,565.77 |
| | **Total** | **549,565.77** |

| | |
|---|---:|
| **Closing balance** | **$ 135,470.48** |

**Important Message:**

For 24-hour assistance regarding your account, please call The Citibank Private Bank Team at 1-800-870-1073.

You can contact your Private Bank Representative at CITIBANK, N.A. LEGAL – USA, 153 EAST 53RD ST, 20FL, NEW YORK, NY 10043; (212)559-3787.

**CITIBANK⊙®**

Page 3 of 3

000022572-00000    1001    0020789    C11

*Exhibit 3D*

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ANNE STRICKLAND SQUADRON          1-S0478-3


211 CENTRAL PARK WEST APT 3E
NEW YORK              NY 10024


| | | |
|---|---|---|
| STARTING EQUITY | 4/07/03 | 1,785,578.67CR |
| CAPITAL ADDITIONS | | |
| CAPITAL WITHDRAWALS | | 800,000.00- |
| REALIZED P/L FOR CURRENT YEAR | | 93,442.81CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | |
| CURRENT CASH BALANCE | | .98CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | | 1,079,020.50   NET LONG |
| TOTAL EQUITY | | 1,079,021.48CR |

ANNUALIZED RETURN FOR CURRENT YEAR     10.17 %

ANNE STRICKLAND SQUADRON

*Exhibit 3E*

211 Central Park West, Apt. 3E
New York, NY 10024
(212) 579-1830
Fax (212) 579-1837
assquadron@earthlink.net

VIA FAX to: 1-800-269-8948
There is one page to this fax.

**TO: Nada Rodriguez**

FROM: Anne Squadron

RE: Wire Transfer

Date: May 5, 2004

_____

I hereby authorize you to transfer by wire the amount of $800,000.00 (Eight Hundred Thousand
Dollars) from my checking account #03026716:

> The Chase Manhattan Bank
> 40 Wall Street
> New York, NY 10015
> ABA #: 021 000 021
> For Further Credit To:
> Bernard L. Madoff
> Account #: 140 081 703
> FBO: Anne Strickland Squadron
>     Account #: 1-SO478

Thanks very much.

*Anne Strickland Squadron*

*Exhibit 3F*

PORTFOLIO MANAGEMENT REPORT AS OF **12/31/04**

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ANNE STRICKLAND SQUADRON            1-S0478-3

211 CENTRAL PARK WEST APT 3E
NEW YORK            NY 10024

```
STARTING EQUITY FOR CURRENT YEAR                    1,079,021.48CR
CAPITAL ADDITIONS                                     800,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                         166,438.15CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                         .63CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       2,045,459.00    NET LONG
TOTAL EQUITY                                        2,045,459.63CR

ANNUALIZED RETURN FOR CURRENT YEAR      10.33 %
```

SORT 2505
NEW YORK, N.Y. 10043

*Exhibit 3G*

```
          ANNE STRICKLAND SQUADRON
          211 CENTRAL PARK WEST   APT 3E
          NEW YORK NY                       10024
          10024
```

### WIRE TRANSFER DEBIT ADVICE

```
VALUE DATE:SEPTEMBER 8, 2006
TRANSACTION AMOUNT US$:  1,000,000.00   FED REFERENCE #: 20060908B1Q8023C002708
DEBIT ACCOUNT #:  03026716               RECEIVING BANK #: 021000021
DEBIT NAME:                              RECEIVING BANK NAME:
ANNE STRICKLAND SQUADRON                 JPMORGAN CHASE BANK

BENEFICIARY INFO:                        THIRD PARTY:
1S04783                                  BERNARD I. MADOFF
ANNE STRICKLAND                          140081703
SQUADRON
```

DETAILS OF PAYMENT:

BBI:

FOR INQUIRIES RELATED TO THIS PAYMENT, CALL YOUR SERVICE OFFICER.

BTK#: 947004431804      GLOBAL ID#: G0062511792801

citigroup J private bank

*Exhibit 3H*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

9/08/06

| CHECK WIRE | 1,000,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

ANNE STRICKLAND SQUADRON
211 CENTRAL PARK WEST APT 3E
NEW YORK          NY 10024

1-S0478-3

PORTFOLIO MANAGEMENT REPORT AS OF  9/30/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ANNE STRICKLAND SQUADRON          1-S0478-3

211 CENTRAL PARK WEST APT 3E
NEW YORK          NY 10024

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,455,996.28CR |
| CAPITAL ADDITIONS | 1,000,000.00CR |
| CAPITAL WITHDRAWALS | 450,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 119,338.85CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 2,691.00CR |
| CURRENT CASH BALANCE | .13CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 2,128,026.00   NET LONG |
| TOTAL EQUITY | 2,128,026.13CR |

ANNUALIZED RETURN FOR CURRENT YEAR    13.34 %