BEASLEY HAUSER KRAMER LEONARD &
GALARDI,  P.A.
505 South Flagler Drive, Ste. 1500
West Palm Beach, FL 33401
Telephone:  (561) 835-0900
Facsimile:  (561) 835-0939
galardi@beasleylaw.net
beasley@beasleylaw.net

BLACKNER, STONE & ASSOCIATES
123 Australian Avenue
Palm Beach, FL 33480
Telephone: (561) 659-5754
Facsimile: (561) 659-3184
*Attorneys for Susanne Stone Marshall*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-1789 (BRL) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2010, I caused a true copy of the **Objection to the Fourth Application of the Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2010 through May 31, 2010** to be served upon the interest parties who receive electronic service through CM/ECF, and by electronic mail upon:

> David J. Sheehan, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> dsheehan@bakerlaw.com

> /s/ James W. Beasley, Jr.
> James W. Beasley, Jr.

Dated September 7, 2010