**BECKER &**
**POLIAKOFF, LLP**

45 BROADWAY
11TH FLOOR
NEW YORK, NY 10006
212.599.3322 PHONE
212.557.0295 FAX

WWW.BECKER-POLIAKOFF.COM

September 10, 2010

**BY HAND & ECF**

Honorable Burton R. Lifland
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    **In re: Bernard L. Madoff Investment Securities, LLC (08-1789-BRL)**
    **Trustee's and Baker & Hostetler, LLP's Fourth Fee Application**
    **Hearing: September 14, 2010**

Dear Judge Lifland:

    This firm has filed an objection to the 4th fee application of the Trustee and of Baker & Hostetler LLP. Unfortunately, both I and my partner, Peter Smith, will be on trial next week in New Jersey and we therefore will reply upon our written submission.

                                  Yours respectfully,

                                  Helen Davis Chaitman

HDC:leb

cc: David Sheehan, Esq. *(by email)*
    Josephine Wang, Esq. *(by email)*

LEGAL AND BUSINESS STRATEGISTS
MEMBERS OF CONSULEGIS AN INTERNATIONAL ASSOCIATION OF LAW FIRMS AND NETWORK OF LEADING LAW FIRMS