UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Security Investor Protection Corporation
          Plaintiff
          vs
Bernard L. Madoff Investment Securities, LLC
          Defendant
------------------------------------------------------------X

ORDER OF DISMISSAL
FOR
FAILURE TO PROSECUTE
BANKRUPTCY APPEAL

10-CV-6252 LTS

FROM:   VITO GENNA, CLERK
           UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK

TO:      RUBY J. KRAJICK, CLERK
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK

IN RE: Bernard L. Madoff                    BANKRUPTCY CASE: **08-1789A (BRL)**
DATE OF FILING NOTICE OF APPEAL: 7/9/2010

The above-referenced case is forwarded to District Court for possible dismissal. Petitioner has failed Pay the Filing Fee and file Designation of Items to be Included in the Record as required by:

    _X_ FRBP 8006
    ___ Federal Rules of Civil Procedure (Rule _____)
    _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___ Rule 8007-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **August 19, 2010**                                        Vito Genna, Clerk
         New York, New York                         U.S. Bankruptcy Court, SDNY

Internal Control #: 2790                              By: _____
                                                                       Deputy Clerk

**ORDER**

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated  September 8  20 10
        New York, New York                          Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____           Ruby J. Krajick, Clerk
                                                                    District Court, SDNY

                                                                    By: _____
                                                                         Deputy Clerk