**FRANK H. WOLF & ROBERTA WOLF**
**650 PARK AVENUE** APT 8B
**NEW YORK, N.Y. 10065**

August 31, 2010

Clerk of the United States Bankruptcy Court
The Southern District of New York
One Bowling Green
New York, New York 10004

      RE: Bernard L. Madoff Investment Securities LLC
          Bankr.S.D.N.Y. No. 08-1789 (BRL)

      Frank H. Wolf & Roberta Wolf J/T WROS
      Account No. 1W0082-3-0 &
      Roberta Wolf Account No. 1W0132-3-0

Dear Judge,

Enclosed is a copy of our July 22nd, 2010 letter requesting a hearing date on the above referenced matter.

As of today we have received no response. Please advise when we will be notified about a hearing date or suggestion how we go about getting one.

Respectfully,

Frank H Wolf



RECEIVED
SEP - 7 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

FRANK H. WOLF & ROBERTA WOLF
650 PARK AVENUE
NEW YORK, N.Y. 10065

July 22nd, 2010

Clerk of the United States Bankruptcy Court
The Southern District of New York
One Bowling Green
New York, New York 10004

      RE: Bernard L. Madoff Investment Securities LLC
      Bankr.S.D.N.Y. No. 08-1789 (BRL)

      Frank H. Wolf & Roberta Wolf J/T WROS
      Account No. 1W0082-3-0 &
      Roberta Wolf Account No. 1W0132-3-0

Dear Judge,

In response to the 6/16/10 'Notice of Determination of Claim' in the above referenced matter, we replied 7/13/10, copy enclosed.

Please advise when we will be notified about a hearing date.

Respectfully,

Frank H Wolf

cc: Irving H. Picard Esq.