BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 14, 2010 AT 10:00 A.M.**

**CONTESTED MATTER**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-1789**

1.   Notice of Hearing on Fourth Applications For Interim Compensation For Services Rendered And Reimbursement of Actual and Necessary Expenses Incurred by Applicants from 2/1/2010 through 5/31/2010 4 filed by David J. Sheehan on behalf of Irving H. Picard  (Filed 8/20/2010) [Docket No. 2895]

300101247

2. Fourth Application Of Trustee and Baker & Hostetler LLP For Allowance Of Interim Compensation For Services Rendered And Reimbursement of Actual and Necessary Expenses Incurred From February 1, 2010 through May 31, 2010 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 2/1/2010 to 5/31/2010, fee:$33981534.45, expenses: $731371.19, for Irving H. Picard, Trustee Chapter 7, period: 2/1/2010 to 5/31/2010, fee:$601202.25, expenses: $39.63 filed by David J. Sheehan  (Filed:  8/20/2010) [Docket No. 2883]

3. Third Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2010 through May 31, 2010 and Request for Partial Release of Holdback for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 2/1/2010 to 5/31/2010, fee:$2,175,870.00, expenses: $24,141.50. filed by Regina Griffin (Filed:  8/20/2010) [Docket No. 2884]

4. Application of Eugene F. Collins As Special Counsel For The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement of Actual and Necessasry Expenses Incurred From 2/1/2010 through 5/31/2010 for Eugene F. Collins, Trustee's Attorney, period: 2/1/2010 to 5/31/2010, fee:$48211.00, expenses: $16233.37. filed by David J. Sheehan  (Filed:  8/20/2010) [Docket No. 2886]

5. Application Of Williams, Barristers & Attorneys As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From 2/1/2010 through 5/31/2010 for Williams, Barristers & Attorneys, Trustee's Attorney, period: 2/1/2010 to 5/31/2010, fee:$85805.00, expenses: $9145.00. filed by David J. Sheehan  (Filed:  8/20/2010) [Docket No. 2887]

6. Application of Attias & Levy As Special Counsel For The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement of Actual and Necessary Expenses Incurred From 2/1/2010 through 5/31/2010 for Attias & Levy, Trustee's Attorney, period: 2/1/2010 to 5/31/2010, fee:$97137.60, expenses: $10823.89. filed by David J. Sheehan  (Filed:  8/20/2010) [Docket No. 2888]

7. Application of SCA Creque as Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered From 1/1/2010 through 5/31/2010 for SCA Creque, Trustee's Attorney, period: 2/1/2010 to 5/31/2010, fee:$10237.50, expenses: $0.00. filed by David J. Sheehan  (Filed:  8/20/2010) [Docket No. 2889]

8. Application of Schiltz & Schiltz as Special Counsel To The Trustee For Allowance of Interim Compensation For Services Rendered And Reimbursement Of Actual and Necessary Expenses Incurred From 2/1/2010 through 5/31/2010 for Schiltz & Schiltz, Trustee's Attorney, period: 2/1/2010 to 5/31/2010, fee:$68952.75, expenses: $4481.93. filed by David J. Sheehan  (Filed:  8/20/2010) [Docket No. 2890]

9. Application of Hogan Lovells International LLP (Formerly Lovells LLP) As Special

    Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursemnt Of Actual And Necessary Expenses Incurred From 2/1/2010 through 5/31/2010 for Lovells LLP, Trustee's Attorney, period: 2/1/2010 to 5/31/2010, fee:$335327.40, expenses: $64327.30. filed by David J. Sheehan (Filed: 8/20/2010) [Docket No. 2891]

10.    Application of Mishcon de Reya As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered From 2/1/2010 through 5/31/2010 for Mishcon de Reya, Trustee's Attorney, period: 2/1/2010 to 5/31/2010, fee:$82407.79, expenses: $0.0. filed by David J. Sheehan (Filed: 8/20/2010) [Docket No. 2892]

11.    Application of Kugler Kandestin, L.L.P. As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursment of Actual and Necessary Expenses Incurred From 2/1/2010 through 5/31/2010 for Kugler Kandestin, L.L.P., Special Counsel, period: 2/1/2010 to 5/31/2010, fee:$13050.81, expenses: $178.62. filed by David J. Sheehan (Filed: 8/20/2010) [Docket No. 2893]

12.    Application of Higgs Johnson Truman Bodden & Co. As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From 10/1/2009 through 11/30/2009 and 2/1/2010 through 5/31/2010 for Higgs Johnson Truman Bodden & Co., Special Counsel, period: 2/1/2010 to 5/31/2010, fee:$94482.45, expenses: $11487.98. filed by David J. Sheehan (Filed: 8/20/2010) [Docket No. 2894]

    Related Documents:

A.    Certificate of Mailing (related documents 2884, 2886, 2894, 2887, 2889, 2893, 2891, 2892, 2883, 2890, 2888) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 8/31/2010) [Docket No. 2921]

    Objections Due:                September 7, 2010

    Objection Filed:

B.    Objection to Fourth Applications of Irving H. Picard, Trustee, and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from February 1, 2010 through May 31, 2010 (related document 2883) filed by Helen Chaitman on behalf of Maureen Ebel, Diane Peskin, Roger Peskin (Filed: 9/2/2010) [Docket No. 2943]

C.    Objection to Motion for Fourth Interim Fee Application filed by Peter W. Smith on behalf of Susanne Stone Marshall (Filed: 9/7/2010) [Docket No. 2967]

    Responses Filed:

D.    Response/Recommendation of the Securities Investor Protection Corporation in

        Support of Fourth Applications of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses (related documents 2883) filed by Josephine Wang on behalf of Securities Investor Protection Corporation  (Filed:  9/9/2010) [Docket No. 2969]

E.    Response/Recommendation of the Securities Investor Protection Corporation in Support of Third Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses (related document 2884) filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed 9/9/2010) [Docket No. 2970]

F.    Response/Recommendation of the Securities Investor Protection Corporation in Support of Fourth Applications of Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses (related documents 2886, 2894, 2887, 2889, 2893, 2891, 2892, 2890, 2888) filed by Josephine Wang on behalf of Securities Investor Protection Corporation  (Filed:  9/9/2010) [Docket No. 2971]

G.    Trustee's Response to Objection to Fourth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From February 1, 2010 Through May 31, 2010  (filed 9/13/2010) [Docket No. 2975]

Dated: New York, New York
      September 13, 2010

**BAKER & HOSTETLER LLP**

By:    s/Marc E. Hirschfield
          Baker & Hostetler LLP
          45 Rockefeller Plaza
          New York, NY  10111
          Telephone: (212) 589-4200
          Facsimile: (212) 589-4201
          David J. Sheehan
          Email: dsheehan@bakerlaw.com
          Marc E. Hirschfield
          Email: mhirschfield@bakerlaw.com

          Attorneys for Irving H. Picard, Esq. Trustee
          for the Substantively Consolidated SIPA
          Liquidation of Bernard L. Madoff
          Investment Securities LLC And Bernard L.
          Madoff