UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

### ORDER GRANTING TRUSTEE'S MOTION TO RETAIN WERDER VIGANÒ ANWÄLTE AS SPECIAL COUNSEL <u>*NUNC PRO TUNC*</u> AS OF MAY 15, 2010

      Upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, <u>et</u> <u>seq</u>. ("SIPA"), and Bernard L. Madoff, for authority to retain Werder Viganò Anwälte ("Werder Viganò") as special counsel, *nunc pro tunc* as of May 15, 2010, and due and proper notice having been given under the circumstances of this case, and the Securities Investor Protection Corporation having specified Werder Viganò as special counsel, and after due deliberation,

      IT IS HEREBY ORDERED THAT:

      1.      The Motion is GRANTED.

      2.      The Court finds that Werder Viganò is hereby deemed disinterested under 15

2

U.S.C. § 78eee(b)(6)(B).

4. The Trustee is authorized to retain Werder Viganò as special counsel to the Trustee as provided in the Motion, *nunc pro tunc*, as of May 15, 2010.

Dated: New York, New York
       September 13, 2010

                                    /s/Burton R. Lifland
                                    HONORABLE  BURTON R. LIFLAND
                                    UNITED STATES BANKRUPTCY JUDGE

2