**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Philip R. White, Esq.
One Rockefeller Plaza
New York, New York 10020
Tel.: (212) 643-7000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : : : | SIPA LIQUIDATION |
| Plaintiff | : : | No. 08-01789 (BRL) |
| v. | : : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC. | : : : | |
| Defendant. | : : : | |

## CERTIFICATION OF SERVICE

PETER CALHOUN, of full age, certifies as follows:

I am a Paralegal employed with the firm of Sills Cummis & Gross P.C.

On September 15, 2010, Objections to Trustee's Determination of Claim and Requests for a Hearing were filed electronically with the United States Bankruptcy Court for the Southern District of New York on behalf of the following parties:

1. Ari Chais 1999 Trust;
2. Benjamin Paul Chasalow 1999 Trust;
3. Chloe Frances Chais 1994 Trust;
4. Justin Robert Chasalow 1999 Trust;
5. Rachel Allison Chasalow 1999 Trust; and
6. Tali Chais 1997 Trust

1800615 v2

In addition to the parties that were served electronically with a Notice of Electronic Filing by the Court, the following parties were sent the foregoing documents, on September 15, 2010 via Federal Express overnight mail:

| Irving H. Picard, Trustee | | Clerk of the Court |
| Baker & Hostetler LLP | and | U.S. Bankruptcy Court, SDNY |
| 45 Rockefeller Plaza | | One Bowling Green |
| New York, NY 10111 | | New York, NY 10004-1408 |

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements by me are willfully false, I am subject to punishment.

Dated: September 15, 2010

*Peter Calhoun*
PETER CALHOUN