# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: Lax + Neville_____
(212) 696-1999
HOME:_____

Taxpayer I.D. Number (Social Security No.)
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 / 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

Account Number:   1M0002

JOHN MACCABEE
& SHERRY MORSE MACCABEE
LIVING TRUST DATED 1/24/97
436 LAKE STREET
SAN FRANCISCO, CA  94118

(If incorrect, please change)

**NOTE:**    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

**************************************************************************

1.    Claim for money balances as of **December 11, 2008**:
      a.    The Broker owes me a Credit (Cr.) Balance of        $___0_____
      b.    I owe the Broker a Debit (Dr.) Balance of        $___0_____

c.   If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                    $_____*O*_____

d.   If balance is zero, insert "None."            _____*O*_____

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | See the November 30, 2008 | _____ | _____ |
| _____ | Account Statement attached | _____ | _____ |
| _____ | as Exhibit A | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation.  You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.                            _____   ✓____

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form: Brian J. Neville, Esq., Lax & Neville, LLP
        1412 Broadway, suite 1407 New York, NY 10018                          .

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _____   Signature_____

Date _____   Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



**LAX & NEVILLE, LLP**
ATTORNEYS AT LAW

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

BARRY R. LAX
BRIAN J. NEVILLE

---

BRIAN MADDOX
SANDRA P. ESPINOSA
RAQUEL TERRIGNO

OF COUNSEL:
DAVID S. RICH

June 17 2009

**VIA CERTIFIED MAIL**
**RETURNED RECEIPT REQUESTED**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE:     John Maccabee and Sherry Morse Maccabee Living Trust DTD 1/24/97/Bernard
L. Madoff Investment Securities LLC

Dear Mr. Picard:

This firm represents the John Maccabee and Sherry Morse Maccabee Living Trust DTD

1/24/97 ("John Maccabee and Sherry Morse Maccabee Living Trust") and has assisted it with the

preparation of its Bernard L. Madoff Investment Securities LLC ("Madoff Securities") SIPC

Customer Claim Form. Enclosed herein you will find a completed Customer Claim Form for the

John Maccabee and Sherry Morse Maccabee Living Trust account. Additionally, below is a

description of the relationship between the John Maccabee and Sherry Morse Maccabee Living

Trust and Madoff Securities. The statements made in this letter are true and accurate to best of

our knowledge and belief, and are being provided to support the John Maccabee and Sherry

Morse Maccabee Living Trust SIPC claims.

# LAX NEVILLE

Irving H. Picard
June 17, 2009
Page 2 of 3

Sherry Morse and John Maccabee are married and are 58 and 63 years old, respectively. In or about 1975, John Maccabee opened the account with Madoff Securities. Contributions were made to the account in the approximate amount of $120,000 in 1975, $20,000 in 1982 and $100,000 in 1985. In addition, sometime between 1989 and 1991, Sherry Morse may have contributed an additional $30,000. In recent years, John Maccabee and Sherry Morse received regularly quarterly checks in the amount of $8,775, totaling $35,100 a year, which were used to pay taxes and for education expenses. Upon information and belief, Madoff Securities created three separate accounts within one account (Account Nos. 1-M0002-3-0, 1-M0002-7-0; 1-M0002-8-0). The balances in the John Maccabee and Sherry Morse Maccabee Living Trust account as of November 30, 2008 are $101,067 for that portion of the account ending with #3, $192,670 for that portion of the account ending with #7, and $32,100 for that portion of the account ending with #8, for a total balance of $325,837. *See* the John Maccabee and Sherry Morse Maccabee Living Trust November 30, 2008 account statement attached hereto as Exhibit A. Also attached hereto as Exhibit B are Madoff Securities October 2008 confirmations, which list SIPC membership, for the John Maccabee and Sherry Morse Maccabee Living Trust account. The John Maccabee and Sherry Morse Maccabee Living Trust paid to the IRS all appropriate capital gains taxes that resulted from the Madoff Securities account. Sherry Morse has been forced to try to rebuild her design business in a tumbling marketplace, and does not have a pension. John Maccabee is also self-employed and has very small pension. Sherry Morse and John Maccabee now have significantly reduced means to pay for living expenses and educational expenses for their two children and for retirement.



Irving H. Picard
June 17, 2009
Page 3 of 3

The John Maccabee and Sherry Morse Maccabee Living Trust received account statements and confirmations from Madoff Securities reflecting the securities purchased and showing it held securities in the account. Based upon the account statements and confirmations, the John Maccabee and Sherry Morse Maccabee Living Trust, at all times, expected to have those securities in its account. John Maccabee and Sherry Morse Maccabee always believed SIPC coverage would cover the securities listed as being in their account should Madoff Securities ever fail. The total balance in the John Maccabee and Sherry Morse Maccabee Living Trust account as of the filing date is $325,837.

## CONCLUSION

The John Maccabee and Sherry Morse Maccabee Living Trust is seeking the full protection of SIPA for its account as follows:

-   Account Nos: 1-M0002-3-0;    John Maccabee and Sherry Morse
    1-M0002-7-0; 1-M0002-8-0    Maccabee Living Trust DTD 1/24/97

Total = **$325,837**

If there are any questions regarding this matter or if you require additional documents and information, please do not hesitate to contact me. Thank you.

Very truly yours,
Lax & Neville, LLP

By: Brian J. Neville/SPE
Brian J. Neville

ENC.

# EXHIBIT A

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

835 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOHN MACCABEE
& SHERRY MORSE MACCABEE
LIVING TRUST DATED 2/24/97
436 LAKE STREET
SAN FRANCISCO           CA   94118

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

YOUR ACCOUNT NUMBER: 1-M0002-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****5355

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 303,425.45 | |
| 11/03 | | | | OCT MARGIN INTEREST | INT | 637.89 | |
| 11/25 | | | | KB HOME | DIV | | 187.50 |
| | | | | DIV 11/14/08 11/25/08 | | | |
| 11/25 | | | | DIV ADJ 11/14/08 11/25/08 K3H | JRNL | 187.50 | |
| | | | | NEW BALANCE | | 301,053.34 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 2,000 | | | DEVON ENERGY CORP NEW | 72.340 | | |
| | 3,000 | | | KB HOME | 11.630 | | |
| | 2,500 | | | SANDISK CORP | 9 | | |
| | 6,000 | | | TARGET CORP | 33.750 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG               SHORT | | | |
| | | | | 402,130.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| MADF | **BERNARD L. MADOFF** |
|------|------------------------|
|      | INVESTMENT SECURITIES LLC |
|      | New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
(800) 334-1343
Fax: (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOHN MACCABEE
& SHERRY MORSE MACCABEE
LIVING TRUST DATED 5/24/97
435 LAKE STREET
SAN FRANCISCO          CA    94118

| PAGE |
|------|
| 2 |

| PERIOD ENDING |
|---------------|
| 11/30/08 |

| YOUR ACCOUNT NUMBER |
|---------------------|
| 1-M0002-3-0 |

| YOUR TAX PAYER IDENTIFICATION NUMBER |
|--------------------------------------|
| ******5355 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|--------------------------|--------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
|      |                          |                          |     | YEAR-TO-DATE SUMMARY |        |                               |                                |
|      |                          |                          |     | DIVIDENDS   |                 |                               | 4,993.52                       |
|      |                          |                          |     | MARGIN INTEREST |             | 4,268.85                      |                                |
|      |                          |                          |     | GROSS PROCEEDS FROM SALES |   |                               | 702,936.00                     |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 74 93 6222

**PERIOD ENDING** 11/30/08

**PAGE** 1

**YOUR ACCOUNT NUMBER** 1-M0002-7-0

**YOUR TAX PAYER IDENTIFICATION NUMBER** *******5355

JOHN MACCABEE
& SHERRY MORSE MACCABEE
LIVING TRUST DATED 1/24/97
436 LAKE STREET
SAN FRANCISCO        CA    94118

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 594,800.00 |
| 11/25 | | | | KB HOME | DIV | | |
| | | | | DIV 11/14/08 11/25/08 | | 187.50 | |
| 11/25 | | | | DIV ADJ 11/14/08 11/25/08 KBH | JRYL | | 187.50 |
| | | | | NEW BALANCE | | | 594,800.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 2,000 | | | DEVON ENERGY CORP NEW | 72.340 | | |
| | 3,000 | | | KB HOME | 11.630 | | |
| | 2,500 | | | SANDISK CORP | .8 | | |
| | 5,000 | | | TARGET CORP | 32.750 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG      402,130.00- | | | |
| | | | | SHORT | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

JOHN MACCABEE
& SHERRY MORSE MACCABEE
LIVING TRUST DATED 1/24/97
435 LAKE STREET
SAN FRANCISCO    CA  94118

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR TAX PAYER IDENTIFICATION NUMBER: ********5355
YOUR ACCOUNT NUMBER: 1-M0002-7-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | 94118 | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | 187.50 | |
| | | | | GROSS PROCEEDS FROM SALES | | | 596,600.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

JOHN MACCABEE
& SHERRY MORSE MACCABEE
LIVING TRUST DATED 1/24/97
435 LAKE STREET
SAN FRANCISCO    CA  94118

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/03 | 1 |

YOUR ACCOUNT NUMBER: 1-M0002-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******5355

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 140,040.00 |
| 10/03 | 1,200 | | 6138 | SPDR TRUST SER 1 UNITS | 116.700 | 140,040.00 | |
| 10/03 | | 1,200 | 35845 | SPDR TRUST SER 1 UNITS | 116.700 | | 140,040.00 |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | | | | SPDR TRUST SER 1 UNITS | 89.950 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | SHORT | 107,940.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| MADF | **BERNARD L. MADOFF** |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOHN MACCABEE
& SHERY MORSE MACCABEE
LIVING TRUST DATED 2/24/97
436 LAKE STREET
SAN FRANCISCO    CA    94118

**PAGE** 2

**PERIOD ENDING** 11/30/08

**YOUR TAX PAYER IDENTIFICATION NUMBER** ********5355

**YOUR ACCOUNT NUMBER** 1-M0002-9-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | GROSS PROCEEDS FROM SALES | | | 140,060.90 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBIT B

| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London | | | | | | |
|---|---|---|---|---|---|---|---|

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

685 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | O/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0002-8 | R | 35846 | 5 | 1 | | 9/30/08 | 10/03/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

Q

JOHN MACCABEE
& SHERRY MORSE MACCABEE
LIVING TRUST DATED 1/24/97
436 LAKE STREET
SAN FRANCISCO        CA 94118

SHORT

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 1,200 | 78462F103 | SPDR TRUST SER 1 UNITS | 140040.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 116.700 | 140040.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| MADF | **BERNARD L. MADOFF**<br>**INVESTMENT SECURITIES LLC**<br>**New York □ London** | | | | MEMBER:<br>NASD CSE SIPC NSCC DTC | | | | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0002-7 | R | 05850 | 5 | 1 | | 10/02/08 | 10/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

Q
SHORT AGAINST BOX

JOHN MACCABEE
& SHERRY MORSE MACCABEE
LIVING TRUST DATED 1/24/97
436 LAKE STREET
SAN FRANCISCO CA 94118

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 6,000 | 87612E106 | TARGET CORP | 284520.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 47.420 | 284520.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York □ London

MEMBER:
NASD CSE SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0002-7 | R | 05848 | 5 | 1 | | 10/06/08 | 10/09/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | SHORT AGAINST BOX |

JOHN MACCABEE
& SHERRY MORSE MACCABEE
LIVING TRUST DATED 1/24/97
436 LAKE STREET
SAN FRANCISCO CA 94118

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 3,000 | 48666K109 | KB HOME | 54870.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 18.290 | 54870.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0002-7 | R | 05849 | 5 | 1 | | 10/07/08 | 10/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | Q | SHORT AGAINST BOX |

JOHN MACCABEE
& SHERRY MORSE MACCABEE
LIVING TRUST DATED 1/24/97
436 LAKE STREET
SAN FRANCISCO          CA 94118

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| BOT | 2,500 | 80004C101 | SANDISK CORP | 46750.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
| 18.700 | 46750.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange