# Baker Hostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

September 14, 2010

Bik Cheema
direct dial: 212.589.4613
bcheema@bakerlaw.com

Frank H. Wolf
650 Park Avenue
New York, NY 10065

Re: Bernard L. Madoff Investment Securities LLC
Bankr. S.D.N.Y. 08-1789 (BRL)

Frank H. Wolf & Robert Wolf J/T WROS
Account No. 1W0082-3-0 &
Roberta Wolf Account No. 1W0132-3-0

Dear Mr. Wolf:

We are in receipt of copies of your letters to the Court dated as of July 22, 2010 and August 31, 2010 (both attached to this letter), requesting a hearing date on the above referenced matter.

On December 23, 2008, the Court entered an order (the "Claims Procedures Order"), among other things, establishing procedures for the handling of claims in this liquidation proceeding under the Securities Investor Protection Act. The Claims Procedures Order provides in pertinent part that when the Trustee has determined a claim and a claimant objects, it becomes a contested matter and thus is subject to a court hearing. Also pursuant to the Claims Procedures Order, following receipt by the Trustee of an opposition by a claimant, the Trustee shall obtain a date and time for a hearing before this Court on the controverted claim and shall notify the claimant in writing of the date, time and place of such hearing.

To date, no hearings have been scheduled on specific objections to the Trustee's claims determination other than a hearing to determine the meaning of "net equity" under the Securities Investor Protection Act (SIPA) that was held on February 2, 2010 and the upcoming Customer issue hearing that will be held on October 19, 2010 for those claimants that invested in feeder funds. After this Court's Order of March 8, 2010, in which it upheld the Trustee's methodology for determining net equity, and taking into account appeals of that decision as authorized by the Second Circuit on June 16, 2010 as well as the upcoming Customer hearing, we will consider how to proceed with the many objections that we have received. That will occur in due course

Frank H. Wolf
September 14, 2010
Page 2

with respect to your objections to the above-referenced claims, which will be handled under the same procedures as other objections filed in this case.

Sincerely,

Bik Cheema

Encls.

300101539.1

**FRANK H. WOLF & ROBERTA WOLF**
650 PARK AVENUE
NEW YORK, N.Y. 10065

August 31, 2010

Clerk of the United States Bankruptcy Court
The Southern District of New York
One Bowling Green
New York, New York 10004

      RE: Bernard L. Madoff Investment Securities LLC
           Bankr.S.D.N.Y. No. 08-1789 (BRL)

      Frank H. Wolf & Roberta Wolf J/T WROS
      Account No. 1W0082-3-0 &
      Roberta Wolf Account No. 1W0132-3-0

Dear Judge,

Enclosed is a copy of our July 22nd, 2010 letter requesting a hearing date on the above referenced matter.

As of today we have received no response. Please advise when we will be notified about a hearing date or suggestion how we go about getting one.

Respectfully,

Frank H Wolf

FRANK H. WOLF & ROBERTA WOLF
650 PARK AVENUE
NEW YORK, N.Y. 10065

July 22nd, 2010

Clerk of the United States Bankruptcy Court
The Southern District of New York
One Bowling Green
New York, New York 10004

RE: Bernard L. Madoff Investment Securities LLC
Bankr.S.D.N.Y. No. 08-1789 (BRL)

Frank H. Wolf & Roberta Wolf J/T WROS
Account No. 1W0082-3-0 &
Roberta Wolf Account No. 1W0132-3-0

Dear Judge,

In response to the 6/16/10 'Notice of Determination of Claim' in the above referenced matter, we replied 7/13/10, copy enclosed.

Please advise when we will be notified about a hearing date.

Respectfully,

Frank H Wolf

cc: Irving H. Picard Esq.