# Exhibit 3

*Exhibit 3*
*Non-Compliant Responses*

| ID | Party | Claim # | Account Name | Account # | Law Firm | Docket # of Response to Customer Motion | Date of Response to Customer Motion | Reason for Non-Compliance |
|---|---|---|---|---|---|---|---|---|
| 1 | SANDRA BUSEL REV TRUST; JOEL BUSEL TRUSTEE | 008940 | SANDRA BUSEL REV TRUST | 1B0094 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 2 | JOEL BUSEL REV TRUST; SANDRA BUSEL TRUSTEE | 008941 | JOEL BUSEL REV TRUST | 1B0095 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 3 | JOSEPH HANSON | 003024 | RYE SELECT BROAD MARKET PRIME FUND, LP | 1C1260 | PRO SE FILING | 2578 | 7/9/2010 | DID NOT OBJECT TO TRUSTEE'S DETERMINATION |
| 4 | KATHRYN M. QUIGLEY | 003504 | RYE SELECT BROAD MARKET PRIME FUND, LP | 1C1260 | PRO SE FILING | 2521 | 7/6/2010 | DID NOT OBJECT TO TRUSTEE'S DETERMINATION |
| 5 | DONALD A BENJAMIN | 000141 | DONALD A BENJAMIN | 1CM006 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 6 | ALAN H ROSENTHAL & LINDA S ROSENTHAL TEN BY THE ENTIRETY | 005114 | ALAN H ROSENTHAL | 1CM246 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 7 | LINDA S WALDMAN | 000569 | LINDA S WALDMAN | 1CM300 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 8 | ARMAND LINDENBAUM | 008392 | ARMAND LINDENBAUM | 1CM304 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 9 | NTC & CO. FBO DONALD A BENJAMIN | 000980 | NTC & CO. | 1CM402 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 10 | THE ALLEN FAMILY TRUST DATED 11/30/89 | 000105 | THE ALLEN FAMILY TRUST | 1CM406 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 11 | NTC & CO. FBO PAUL ALLEN (47025) | 000106 | NTC & CO. | 1CM407 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 12 | ROBERT F FERBER | 011327 | ROBERT F FERBER | 1CM524 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 13 | DAVID A WINGATE | 009781 | DAVID A WINGATE | 1CM581 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 14 | TRACY D KAMENSTEIN | 000189 | TRACY D KAMENSTEIN | 1CM596 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 15 | SLOAN G KAMENSTEIN | 000177 | SLOAN G KAMENSTEIN | 1CM597 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 16 | MARTIN LIFTON | 009484 | NTC & CO. | 1CM649 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 17 | ERIC F. SALZMAN, GENERAL PARTNER OF BLACK RIVER ASSOCIATES LP | 006048 | BLACK RIVER ASSOCIATES LP | | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 18 | EMS TRUST | 013707 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 19 | JOAN SALTZMAN | 013708 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 20 | MARIAN SALTZMAN | 013709 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 21 | BLUE RIVER ASSOCIATES LP | 013710 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 22 | SALTZMAN GROUP | 013711 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 23 | MBS TRUST | 013712 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 24 | ROBERT SALTZMAN | 013713 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 25 | MBS UNITRUST | 013714 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 26 | MARIAN SALTZMAN 76 TRUST | 013715 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 27 | ROBERT SALTZMAN 76 TRUST | 013716 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 28 | XYLON SALTZMAN 76 TRUST | 013717 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 29 | GABRIEL SALTZMAN TRUST | 013718 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 30 | IAN SALTZMAN TRUST | 013719 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 31 | MICHAEL SALTZMAN TRUST | 013720 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 32 | SALTY PARTNERS | 013721 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 33 | SALTZMAN FOUNDATION | 013722 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 34 | CHLOE SALTZMAN 80 TRUST | 013723 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 35 | CHLOE SALTZMAN 81 TRUST | 013724 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 36 | SAIN PARTNERS | 013725 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 37 | SAJE PARTNERS | 013726 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |

*Exhibit 3*
*Non-Compliant Responses*

| ID | Party | Claim # | Account Name | Account # | Law Firm | Docket # of Response to Customer Motion | Date of Response to Customer Motion | Reason for Non-Compliance |
|---|---|---|---|---|---|---|---|---|
| 38 | ERIC SALTZMAN | 013727 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 39 | ARNOLD SALTZMAN | 013728 | BLACK RIVER ASSOCIATES LP | 1CM795 | BECKER, GLYNN, MELAMED & MUFFLY LLP | 2628 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 40 | CAROL KAMENSTEIN | 000184 | CAROL KAMENSTEIN | 1CM914 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 41 | CHAITMAN/SCHWEBEL LLC | 000401 | CHAITMAN/SCHWEBEL LLC | 1CM921 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 42 | ROGER M PESKIN AND DIANE PESKIN JT WROS | 003301 | ROGER M PESKIN | 1CM948 | BECKER & POLIAKOFF, LLP | 2567, 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 43 | THE WHITMAN PARTNERSHIP BERNARD WHITMAN | 010449 | THE WHITMAN PARTNERSHIP | 1EM256 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 44 | THOMAS A SHERMAN (IRA) | 001431 | NTC & CO. | 1EM378 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 45 | NTC & CO. FBO MARK S FELDMAN (99304) | 002834 | NTC & CO. | 1F0072 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 46 | SONDRA FEINBERG NORMAN FEINBERG JT WROS | 001018 | SONDRA FEINBERG | 1F0141 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 47 | NANCY FELDMAN | 010459 | NANCY FELDMAN | 1F0152 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 48 | SONDRA FEINBERG NORMAN FEINBERG JT WROS | 001017 | SONDRA FEINBERG | 1F0189 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 49 | CRESCENT ADVISORS LTD | 012206 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2705 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 50 | RACHEL AVIV | 014106 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2708 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 51 | RACHEL AVIV & DAFNA HARLEV | 014106 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2704 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 52 | RACHEL & DORON AVIV | 014106 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2732 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 53 | RACHEL & DANA AVIV | 014106 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2728 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 54 | RACHEL AVIV & DALIT KREMER | 014106 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2737 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 55 | DAFNA & MICHAEL FARLEV | 014107 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2731 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 56 | ESTHER ZIV AV | 014109 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2696 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 57 | YOSEPH & RENA YECHIELI | 014110 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2741 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 58 | YOSSI & YAEL ZYLBERBERG | 014111 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2668 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 59 | ZAFRIR & MIRA KOCHANOVSKY | 014112 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2721 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 60 | SHLOMO & MIRIAM ABRAHAMER | 014113 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2665 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 61 | JEANNETTE GOLDSTEIN & RUTH KEREM | 014114 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2739 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 62 | JEANNETTE GOLDSTEIN & ARIELLA SHKEDI | 014115 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2742 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 63 | M.T.B.N. | 014116 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2720 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 64 | JOSEPH AND RUTH SHAPIRA | 014117 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2716 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 65 | CAPE VERDE GROUP LTD. | 014118 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2733 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 66 | STIRS INTERNATIONAL INVESTMENTS LTD. | 014119 | HARLEY INTERNATIONAL FUND LTD - C/O FORTIS PRIME FUND SOLUTION | 1FN094 | PRO SE FILING | 2735 | 7/14/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 67 | CARLA GINSBURG M D | 002414 | CARLA GINSBURG M D | 1G0220 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 68 | MARTIN R. HARNICK AND STEVEN P. NORTON PARTNERS | 001924 | MARTIN R HARNICK | 1H0062 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 69 | MARTIN R HARNICK & STEVEN P NORTON PARTNERS | 001925 | MARTIN R HARNICK | 1H0123 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 70 | HOWARD ISRAEL | 005500 | HOWARD ISRAEL | 1I0009 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 71 | SAULIUS KAJOTA | 001095 | SAULIUS KAJOTA | 1K0206 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 72 | MARTIN LIFTON C/O THE LIFTON COMPANY LLC | 010964 | MARTIN LIFTON | 1KW162 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 73 | ELLEN DIAMOND WALDMAN | 003232 | THE LAMBETH CO | 1L0002 | PRO SE FILING | 2683 | 7/13/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 74 | RONNIE SUE AMBROSINO | 004082 | RONNIE SUE AMBROSINO | 1L0143 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |

Exhibit 3
Non-Compliant Responses

| ID | Party | Claim # | Account Name | Account # | Law Firm | Docket # of Response to Customer Motion | Date of Response to Customer Motion | Reason for Non-Compliance |
|---|---|---|---|---|---|---|---|---|
| 75 | REALTY NEGOTIATORS INC DEFINED BENEFIT PENSION PLAN | 009614 | REALTY NEGOTIATORS INC | 1R0096 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 76 | JEFFREY SHANKMAN | 010631 | JEFFREY SHANKMAN | 1S0060 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 77 | MIKE STEIN | 002376 | MIKE STEIN | 1S0146 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 78 | NTC & CO. FBO JEFFREY SHANKMAN (111772) | 002908 | NTC & CO. | 1S0277 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 79 | HERBERT SILVERA | 004588 | HERBERT SILVERA | 1S0475 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 80 | JEFF AND KAREN HANSEN FAMILY TRUST | 003506 | RYE SELECT BROAD MKT FUND LP | 1T0027 | PRO SE FILING | 2650 | 7/12/2010 | DID NOT OBJECT TO TRUSTEE'S DETERMINATION |
| 81 | RICHARD H. PAUKER AND JOYCE M. PAUKER | 006613 | RYE SELECT BROAD MKT FUND LP | 1T0027 | PRO SE FILING | 2648 | 7/12/2010 | DID NOT OBJECT TO TRUSTEE'S DETERMINATION |
| 82 | GUNTHER UNFLAT & MARGARET UNFLAT JT WROS | 000734 | GUNTHER UNFLAT | 1U0017 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 83 | NTC & CO. FBO GUNTHER K UNFLAT (40366) | 000732 | NTC & CO. | 1U0018 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 84 | TRIANGLE PROPERTIES #39 | 009611 | TRIANGLE PROPERTIES #39 | 1Y0005 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 85 | ROBERT YAFFE | 009613 | NTC & CO. | 1Y0007 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 86 | ROBERT YAFFE | 009612 | ROBERT YAFFE | 1Y0010 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 87 | LEONARD FORREST REV TRUST | 000299 | LEONARD FORREST REV TRUST | 1ZA013 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 88 | CYNTHIA ARENSON & THEODORE ARENSON JT WROS | 000241 | CYNTHIA ARENSON | 1ZA020 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 89 | MISHKIN FAMILY TRUST | 004174 | MISHKIN FAMILY TRUST | 1ZA030 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 90 | MARVIN ENGLEBARDT RET PLAN | 000318 | MARVIN ENGLEBARDT RET PLAN | 1ZA041 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 91 | MORREY BERKWITZ KEOGH ACCT | 000362 | MORREY BERKWITZ KEOGH ACCT | 1ZA043 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 92 | SAM PREFFER AND SHIRLEY PREFFER AND PAMELA PREFFER T/I/C | 000881 | SAM PREFFER | 1ZA087 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 93 | HANNAH P NORMAN REVOCABLE TRUST DATED 4/13/92 | 008594 | HANNAH P NORMAN | 1ZA146 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 94 | GROSS ASSOCIATES C/O HERB GROSS | 002972 | GROSS ASSOCIATES | 1ZA170 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 95 | SHIRLEY K STONE MELVIN M STONE TRUSTEES SHIRLEY K STONE REV TST 8/9/05 | 000553 | SHIRLEY K STONE | 1ZA208 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 96 | MARVIN J PLATEIS OR ROBERTA PLATEIS JT WROS | 000319 | MARVIN J PLATEIS | 1ZA210 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 97 | ALAN ENGLISH AND RITA ENGLISH JT WROS | 002132 | ALAN ENGLISH | 1ZA220 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 98 | R R ROSENTHAL ASSOCIATES | 000206 | R R ROSENTHAL ASSOCIATES | 1ZA238 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 99 | MILLER TRUST PARTNERSHIP | 002293 | MILLER TRUST PARTNERSHIP | 1ZA260 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 100 | CAROL NELSON AND STANLEY NELSON JT WROS | 000480 | CAROL NELSON | 1ZA284 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 101 | ALICE SCHINDLER | 001146 | ALICE SCHINDLER | 1ZA294 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 102 | ELAINE R SCHAFFER OR CARLA R HURSHHORN TTEES ELAINE R SCHAFFER REV TST | 009540 | ELAINE R SCHAFFER | 1ZA309 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 103 | LESLIE GOLDSMITH | 000950 | LESLIE GOLDSMITH | 1ZA328 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 104 | SUSAN GREER | 000996 | SUSAN GREER | 1ZA336 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 105 | ELAINE GLODSTEIN REV TRUST DTD 11/13/97 | 004077 | ELAINE GLODSTEIN REV TST | 1ZA415 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 106 | DAVID N GLODSTEIN & SUSAN L GLODSTEIN JT WROS | 005069 | DAVID N GLODSTEIN | 1ZA496 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 107 | WDG ASSOCIATES INC RETIREMENT TRUST | 002036 | WDG ASSOCIATES INC | 1ZA538 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 108 | KUNTZMAN FAMILY LLC | 002044 | KUNTZMAN FAMILY LLC | 1ZA539 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 109 | JOYCE BRILLANTE &MICHAEL BRILLANTE FAMILY ACCT | 001158 | JOYCE BRILLANTE | 1ZA565 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 110 | HELENE SAREN-LAWRENCE | 000950 | HELENE SAREN-LAWRENCE | 1ZA620 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 111 | TOBY HARWOOD | 005666 | TOBY HARWOOD | 1ZA716 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 112 | BURT MOSS & ASSOCIATES, INC. 401K PLAN | 003775 | P & S ASSOCIATES GEN PTNRSHIP | 1ZA873 | SCHOEPPL & BURKE, P.A. | 2570 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 113 | BURT & SUSAN MOSS, TEN ENT | 003783 | P & S ASSOCIATES GEN PTNRSHIP | 1ZA873 | SCHOEPPL & BURKE, P.A. | 2570 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 114 | BURT MOSS & ASSOCIATES, INC. 401K PLAN | 004950 | P & S ASSOCIATES GEN PTNRSHIP | 1ZA873 | SCHOEPPL & BURKE, P.A. | 2570 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 115 | BURT & SUSAN MOSS | 005343 | P & S ASSOCIATES GEN PTNRSHIP | 1ZA873 | SCHOEPPL & BURKE, P.A. | 2570 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 116 | BURTON HAROLD MOSS INDIVIDUAL RETIREMENT ACCT | 003782 | S & P ASSOCIATES GEN PTNRSHIP | 1ZA874 | SCHOEPPL & BURKE, P.A. | 2570 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 117 | BURTON HAROLD MOSS INDIVIDUAL RETIREMENT ACCT | 004949 | S & P ASSOCIATES GEN PTNRSHIP | 1ZA874 | SCHOEPPL & BURKE, P.A. | 2570 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 118 | THE GABA PARTNERSHIP | 002307 | THE GABA PARTNERSHIP | 1ZA901 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 119 | STEPHEN EHRLICH & LESLIE EHRLICH | 010630 | STEPHEN EHRLICH | 1ZA911 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 120 | ROBERT J VOGEL &/OR BARBARA J VOGEL JT WROS | 001002 | ROBERT J VOGEL | 1ZA931 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 121 | THE MILLER PARTNERSHIP | 002285 | THE MILLER PARTNERSHIP | 1ZA977 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 122 | BRAD E AVERGON & CYNTHIA B AVERGON JT WROS | 000264 | BRAD E AVERGON | 1ZB094 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |

*Exhibit 3*
*Non-Compliant Responses*

| ID | Party | Claim # | Account Name | Account # | Law Firm | Docket # of Response to Customer Motion | Date of Response to Customer Motion | Reason for Non-Compliance |
|---|---|---|---|---|---|---|---|---|
| 123 | ROBERT AVERGON & JACQUELINE AVERGON JT WROS | 000225 | ROBERT AVERGON | 1ZB095 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 124 | CARLA SZYMANSKI REV TST DATED 11/25/97 | 013612 | CARLA SZYMANSKI | 1ZB252 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 125 | KENNETH M KOHL & MYRNA KOHL JT/WROS | 000204 | KENNETH M KOHL | 1ZB286 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 126 | ANNETTE JUNGREIS AND IRVING JUNGREIS TRUSTEES ANNETTE JUNGREIS TRUST 5/13/93 | 005059 | ANNETTE JUNGREIS | 1ZB303 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 127 | IRVING JUNGREIS AND ANNETTE JUNGREIS TRUSTEES IRVING JUNGREIS TRUST 5/13/93 | 005057 | IRVING JUNGREIS | 1ZB304 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 128 | WILLIAM I BADER | 011793 | WILLIAM I BADER | 1ZB319 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 129 | THE ESTELLE HARWOOD FAMILY LIMITED PARTNERSHIP | 005664 | THE ESTELLE HARWOOD FAMILY LIMITED PARTNERSHIP | 1ZB352 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 130 | THE SANFORD HARWOOD FAMILY LIMITED PARTNERSHIP | 005665 | THE SANFORD HARWOOD FAMILY | 1ZB353 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 131 | HENRY R BESSELL TRUST U/D/T DATED 10/10/00 | 001497 | HENRY R BESSELL TRUST | 1ZB407 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 132 | WOHL GEORGE PARTNERS LP | 003963 | WOHL GEORGE PARTNERS LP | 1ZB430 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 133 | BERKOWITZ BLAU FOUNDATION INC | 002605 | BERKOWITZ BLAU FOUNDATION INC | 1ZB453 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 134 | MAUREEN ANNE EBEL | 002582 | MAUREEN ANNE EBEL | 1ZB463 | BECKER & POLIAKOFF, LLP | 2567; 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 135 | MICHAEL EPSTEIN & JOAN B EPSTEIN JT WROS | 005707 | MICHAEL EPSTEIN | 1ZB471 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 136 | RONALD GENE WOHL CREDIT SHELTER TRUST | 003975 | RONALD GENE WOHL | 1ZB499 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 137 | DARA NORMAN SIMONS | 008608 | DARA NORMAN SIMONS | 1ZB501 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 138 | NTC & CO. FBO WILLIAM S MISHKIN (22186) | 004167 | NTC & CO. | 1ZR007 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 139 | NTC & CO. FBO ELAINE RUTH SCHAFFER 21569 | 009541 | NTC & CO. | 1ZR013 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 140 | THERESA ROSE RYAN | 000814 | NTC & CO. | 1ZR039 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 141 | SANFORD HARWOOD (IRA) | 005661 | NTC & CO. | 1ZR066 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 142 | NTC & CO. FBO ANNA COHN (89349) | 009769 | NTC & CO. | 1ZR115 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 143 | NTC & CO. FBO RUSSELL DUSEK (82010) | 002927 | NTC & CO. | 1ZR131 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 144 | NTC & CO. FBO ROBERT HALIO (26849) | 002007 | NTC & CO. | 1ZR140 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 145 | SOL GANES | 011246 | NTC & CO. | 1ZR173 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 146 | RUSSELL L. DUSEK II | 002879 | NTC & CO. | 1ZR222 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 147 | FBO RUSSELL DUSEK III 44487 | 002878 | NTC & CO. | 1ZR273 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 148 | MAUREEN ANNE EBEL | 008831 | NTC & CO. | 1ZR318 | BECKER & POLIAKOFF, LLP | 2567; 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 149 | NTC & CO. FBO GRACE MISHKIN (29315) | 009157 | NTC & CO. | 1ZW003 | BECKER & POLIAKOFF, LLP | 2568 | 7/12/2010 | DID NOT INVEST IN ONE OF 19 FEEDER FUND ACCOUNTS |
| 150 | CERTAIN OF THE CLIENTS OF AXA PRIVATE MANAGEMENT | | | | MAYER BROWN LLP | 2538 | 7/9/2010 | EXHIBIT A TO OPPOSITION INCLUDES CLAIM FORM WITH ADDENDUM A, WHICH PURPORTS TO IDENTIFY CERTAIN CUSTOMERS OF AXA PRIVATE MANAGEMENT, BUT SUCH "AXA PM CUSTOMERS" ARE NOT IDENTIFIED |
| 151 | AARVEE LTD. | | | | CROWELL & MORING | | | NO CLAIM FILED |
| 152 | PARASRAM DARYANI, NEELAM P. DARYANI, VIKAS P. DARYANI, NIKESH P. DARYANI | | | | CROWELL & MORING | 2590 | 7/12/2010 | NO CLAIM FILED |