# Exhibit 4

*Exhibit 4*
*Claimants Seeking Leave to Join*

| ID | Party | Claim # | Account Name | Account # | Law Firm | Docket # of Response to Customer Motion | Date of Response to Customer Motion | Docket No. of Order Granting/Denying Motion for Leave | Status of Claimant |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NORDEA LIVSFORSAKRING SVERIGE AB | 004442 | CITCO GLOBAL CUSTODY NV FBO FAIRFIELD SENTRY LTD | 1FN012 | NIXON PEABODY LLP | 2410 | 6/11/2010 | 2661 | NON-COMPLIANT RESPONSE |
| 2 | NORDEA LIVSFORSAKRING FINLAND AB | 004443 | CITCO GLOBAL CUSTODY NV FBO FAIRFIELD SENTRY LTD | 1FN012 | NIXON PEABODY LLP | 2410 | 6/11/2010 | 2661 | NON-COMPLIANT RESPONSE |
| 3 | LIVSFORSIKRINGSSELSKAPET NORDEA LIV NORGE AS | 004444 | CITCO GLOBAL CUSTODY NV FBO FAIRFIELD SENTRY LTD | 1FN012 | NIXON PEABODY LLP | 2410 | 6/11/2010 | 2661 | NON-COMPLIANT RESPONSE |
| 4 | NORDEA LIV & PENSION, LIVSFORSIKRINGSSELSKAB A/S | 004445 | CITCO GLOBAL CUSTODY NV FBO FAIRFIELD SENTRY LTD | 1FN012 | NIXON PEABODY LLP | 2410 | 6/11/2010 | 2661 | NON-COMPLIANT RESPONSE |
| 5 | PFA PENSION A/S | 007125 | FAIRFIELD SENTRY LIMITED | 1FN069 | NIXON PEABODY LLP | 2481 | 6/29/2010 | 2662 | NON-COMPLIANT RESPONSE |
| 6 | JEWISH COMMUNITY FOUNDATION OF THE JEWISH FEDERATION COUNCIL OF GREATER LOS ANGELES | 004727 | JEWISH COMMUNITY FOUNDATION | | BARGER & WOLEN, LLP | 2594; 2597 | 7/12/2010 | 2877 | INTERESTED PARTY |
| 7 | JEWISH COMMUNITY FOUNDATION OF THE JEWISH FEDERATION COUNCIL OF GREATER LOS ANGELES | 100366 | JEWISH COMMUNITY FOUNDATION | 110059 | BARGER & WOLEN, LLP | 2594; 2597 | 7/12/2010 | 2877 | INTERESTED PARTY |
| 8 | HEIRS OF RJ | 014697 | KINGATE GLOBAL FUND LTD | 1FN061 | FRIER LEVITT | 2463 | 6/23/2010 | 2604 | OBJECTING CLAIMANT |