# EXHIBIT B

# Anne Strickland Squadron

February 23, 2009

To: Irving Picard, Trustee

Re: **NTC & Co. FBO Anne Squadron (380271)**
    **Madoff Account 1-SO234-4 in the name of Anne Squadron**

Type: Traditional IRA. Self-directed through Fiserv ISS (formerly Retirement Accounts Inc)

Taxpayer ID: 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

**THIS IS A CORRECTION TO THE ORIGINAL CLAIM DATED FEBRUARY 16, 2008 RE 1-SO234 in the name of Anne Squadron**

Subsequently to submitting the above reference claim, I discovered that I had received a claim form from Fiserv stating that unless I "complete the Claimant Section correctly, the proceeds from this claim (if received by you personally) will be deemed a distribution. You may be required to pay income taxes and any applicable penalties."

Accordingly, I am re-submitting the claim form sent by Fiserv with the correct name of the account holder (me), as instructed by Fiserv.

The correct name on the claim form I received from Fiserv is "NTC & Co, FBO Anne Squadron (380271)". (In my original filing, the name is simply "Anne Squadron" with the BMIS account number of 1SO234. Note that on more recent Fiserv documents, my full name is given: Anne Strickland Squadron.)

Because of the volume of claims you are receiving, I have also copied my original cover memo dated February 16, 2008 as well as all of the exhibits so that they will be attached to this corrected claim. (Needless to say, I am simply attempting to correct my original claim form, not apply twice!)

Thank you for your attention to this matter.

Sincerely yours,

*Anne Strickland Squadron*

Anne Strickland Squadron
Enclosures

---

211 Central Park West, 3E, New York, NY 10024 • T: 212-579-1830 • F: 212-579-1837 • assquadron@earthlink.net

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: *212-579-1830*

HOME: *212-579-1830*

Account Number:    1S0234
NTC & CO.
FBO ANNE SQUADRON (380271)
P O BOX 173859
DENVER, CO  80217

Taxpayer I.D. Number (Social Security No.)
*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*

(If incorrect, please change)

**NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

***********************************************************************

1.    Claim for money balances as of **December 11, 2008**:
    a.    The Broker owes me a Credit (Cr.) Balance of        $ *See attached Documents*
    b.    I owe the Broker a Debit (Dr.) Balance of        $_____

502180406

c.   If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                        $_____

d.   If balance is zero, insert "None."                      _____

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | *See Exhibit 1- Attached* | | |
| | | | |
| | | | |
| | | | |
| | | | |

(Number of Shares or Face Amount of Bonds)

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                                    2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if
      so, give name of that broker.    _____    _____✓_____

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:_____
      _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**


Date *February 23, 2009*  Signature *Ann Strickland Squadron*

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201


502180406

# Anne Strickland Squadron

February 16, 2009

To: Irving Picard, Trustee

Re: **Madoff Account 1-SO234-3 in the name of Anne Strickland Squadron**

Type: Traditional IRA. Self-directed through Fiserv ISS (formerly Retirement Accounts Inc)

Taxpayer ID: 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

## Introduction

As of November 30, 2008, the confirmed value in my Madoff Account 1-SO234-3 was $13,438,279.90. (See Exhibit 1)

The value at the end of September 2008, was $12,941,795.93, as shown by the BMIS quarterly "Portfolio Management Report as of 9/30/08." (See Exhibit 2) This is the value reflected in the quarterly statement from Fiserv dated October 1, 2008 – December 31, 2008, since this statement reflects only the latest quarterly statement from BMIS, and not the reported gains since the date of this last statement. (See Exhibit 3)

## Establishment of the Account

In 1996, my late husband, Howard M. Squadron, moved his retirement account to Retirement Accounts Incorporated (the predecessor of Fiserv ISS), and directed that it be invested with Bernard Madoff Investment Securities. The amount he deposited into BMIS was $3,337,000.00. He further directed that BMIS have "discretion with respect to investment of my IRA account." (See documents in Exhibit 4, confirming this transfer.)

## Activity in the Account

Because my husband was concerned about my future financial welfare, and because he was still active in his law firm, he did not withdraw any funds until he turned 70 and 1/2 on March 5, 1997, and was subject to mandatory withdrawals. There were five withdrawals during his lifetime, totaling $1,349,695.91. (See Exhibit 5 for details of these transfers.)

<u>Transfer of the Account From My Husband to Me</u>

My husband died on December 26, 2001. In 2002, I arranged to rollover his IRA account to me, and continued to invest it with BMIS, as my husband had directed. There was, however, a final Required Minimum Distribution of $271,155.11 for the year 2002. (See Exhibit 6 for documents confirming this.) There have since been no other withdrawals. **

<u>Conclusion</u>

The statement from BMIS dated 11/30/08 states that the current Market Value of Securities was $13,438,279.90.

(As noted above, the Portfolio Management Report from BMIS dated 9/30/08 states that the value of the account was $12,941,795.93. The statement from Fiserv dated October 1, 2008 – December 31, 2008, also states the value of the account was $12,941,765.93, because it did not include gains made in the last quarter by BMIS.) (See documents in Exhibit 1 - 3.)

Thank you for your attention. I look forward to hearing from you. Please let me know if you require further information.

Sincerely yours,

*Anne Strickland Squadron*

Anne Strickland Squadron

Enclosures

** In 2003, I 'borrowed" $300,000.00 from this account. I repaid it within the required 60 days, and therefore neither reported it to the IRS nor paid tax on it. Therefore, it was not a "withdrawal." I have documents confirming this if you need them. I have not included them in this Claim lest you be even more swamped by paper than you already are.

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: *212-579-1830*

HOME: *212-579-1830*

Taxpayer I.D. Number (Social Security No.)
*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*

1S0234
ANNE SQUADRON
211 CENTRAL PARK WEST  APT 3E
NEW YORK, NY  10024

(If incorrect, please change)

**NOTE:** **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.     Claim for money balances as of **December 11, 2008**:
   a.     The Broker owes me a Credit (Cr.) Balance of        $ *see attached Documents*
   b.     I owe the Broker a Debit (Dr.) Balance of           $_____

502180406                                              1

c.    If you wish to repay the Debit Balance,
       please insert the amount you wish to repay and
       attach a check payable to "Irving H. Picard, Esq.,
       Trustee for Bernard L. Madoff Investment Securities LLC."
       If you wish to make a payment, **it must be enclosed**
       with this claim form.                                                  $_____

d.    If balance is zero, insert "None."                         _____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|                              |  | YES | NO |
|------------------------------|--|-----|-----|
| a.  The Broker owes me securities |  | ✓ |  |
| b.  I owe the Broker securities |  |  |  |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
|  |  | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | *See Exhibit 1 - Attached* | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                               2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|     |     | YES | NO |
|-----|-----|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | ✓ |

502180406

3

9.    Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970?  if
so, give name of that broker.    _____    ✓_____

Please list the full name and address of anyone assisting you in the
preparation of this claim form:_____
_____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _February 16, 2009___   Signature _Anne Strickland Squadron__

Date _____   Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                    4

*Exhibit 2*

PORTFOLIO MANAGEMENT REPORT AS OF   9/30/08   *IRA*   **

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ANNE SQUADRON                    1-S0234-3

211 CENTRAL PARK WEST   APT 3E
NEW YORK                NY 10024


STARTING EQUITY FOR CURRENT YEAR                11,968,885.95CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                      959,831.23CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS           13,078.75CR
CURRENT CASH BALANCE                                      .43CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS   12,941,795.50    NET LONG
TOTAL EQUITY                                    12,941,795.93CR

ANNUALIZED RETURN FOR CURRENT YEAR      10.82 %





**Fiserv** Investment
Support
Services
www.fiserviss-iaservices.com

## Traditional IRA
### October 1, 2008 - December 31, 2008

Page 1 of 3

```
>00731 5666970 001 008145
ANNE STRICKLAND SQUADRON
211 CENTRAL PARK WEST APT 3E
NEW YORK NY 10024
```

**Account Name:** ANNE STRICKLAND SQUADRON        **Contact:** CLIENT CONNECTION
**Account Number:** 031038027150

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**

| | |
|---|---|
| Current Period | |
| Brokerage Accounts | $12,941,795.93 |
| *Cash | $0.00 |
| **Total Account Value** | **$12,941,795.93** |
| Prior Period | |
| Total Account Value | $12,941,795.93 |

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

| | |
|---|---|
| Rollovers | |
| Current Tax Year | $0.00 |
| Contributions | |
| Current Tax Year (2008) | $0.00 |
| Prior Tax Year (2007) | $0.00 |
| Employer Contributions | |
| Current Tax Year (2008) | $0.00 |
| Prior Tax Year (2007) | $0.00 |
| Distributions | |
| Current Tax Year (2008) | $0.00 |
| Current Tax Year Withholding (2008) | $0.00 |
| Prior Tax Year (2007) | $0.00 |
| Prior Tax Year Withholding (2007) | $0.00 |

\* FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian.
  No other investments are FDIC insured through this institution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records.
Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on
IRS Form 5498, if the account is an IRA, SEP, Simple, or Roth account.

717 17th Street, Ste. 1700, Denver, CO 80202-3331 » PO Box 173859, Denver, CO 80217-3859 » 800-962-4238

*Trust and custodial services provided by Trust Industrial Bank, member FDIC.*

CLINS (01-09), RMD (01-09)                    00731 5666970 001462 002400 00001/00002           ROLLSIK  [IQP-5169 12/07]

Exhibit 3

EXHIBIT 4

*ESTABLISHMENT OF MADOFF ACCOUNT SO-234*

Exhibit 4-A

Letter from Retirements Accounts Inc. dated May 20, 1996, thanking Howard Squadron "for establishing a self-directed IRA with us" and requesting "future investment instructions."

Exhibit 4-B

Letter from my late husband, Howard M. Squadron, on his letterhead dated June 20, 1996 to Retirement Accounts Inc. stating that Bernard Madoff Investment Securities, Inc. "has discretion with respect to investment of my IRA account."

Exhibit 4-C

Statement from Retirement Accounts (dated 4/01/96 through 6/30/96) confirming that they are "awaiting receipt of the following assets from your prior trustee or custodian." The amount cited is $3,337,000.00.

Exhibit 4-D

The earliest statement I have from Retirement Accounts Inc. dated October 1, 1996 – December 31, 1996, stating that the Total Account Value is $3,776,048.00, which reflects both the original amount invested and the gains.

*Exhibit 4A*



# RETIREMENT
# ACCOUNTS
### I N C O R P O R A T E D

Howard M. Squadron                    May 20, 1996
49360 Goodridge Ave.
Riverdale, NY  10471         Account No:  46308


Thank you  for establishing a self-directed IRA with us.
Your account number is 46308.  Please be sure to include
this number on future checks or correspondence.

We are enclosing an Investment Direction Form for
future investment instructions.

If you have any questions, please call.

Once again, welcome to  RAI, the leader in self-directed
retirement plans.

Sincerely,



Retirement Accounts, Inc.
A Division of Affinity Retirement Services, Inc.

*Exhibit 4B*

## SQUADRON, ELLENOFF, PLESENT & SHEINFELD, LLP

551 FIFTH AVENUE

NEW YORK, N.Y. 10176

(212) 661-6500

HOWARD M. SQUADRON
THEODORE ELLENOFF (1924-1995)
STANLEY PLESENT
IRA S. SHEINFELD
DAVID ALTER
MICHAEL R. KLEINERMAN
HARVEY HOROWITZ
NEAL M. GOLDMAN
ELLIOT G. SAGOR
JOEL I. PAPERNIK
MICHAEL H. KING
IRA S. GREENE
ARTHUR D. STOUT III
SLADE R. METCALF
JUDITH R. COHEN
MARK L. GOLDSTEIN
JAMES H. STEVRALIA
JEFFREY W. RUBIN
HOWARD M. TOPAZ

DAVID L. KOVACS
MITCHELL R. LUBART
SHARON STEIN
HARVEY M. KATZ
JOSEPH R. RACKMAN
MARK J. WEINSTEIN
PHILIP E. ALTMAN
LAWRENCE A. JACOBS
KENNETH R. KOCH
STEPHEN J. GULOTTA, JR.
CLIFFORD THAU
ALAN KATZ
JOSEPH P. ARMAO
JOSEPH R. GAGLIANO, JR.
MARK H. JACKSON
SCOTT FRIEDMAN
DORI ANN HANSWIRTH
DEBORAH R. WOLFE
STEPHEN H. KAY

OF COUNSEL
DAVID GRAY CARLSON
STANLEY I. LEHRER
STUART M. STEIN

FAX
(212) 697-6686

WRITER'S DIRECT DIAL NUMBER

June 20, 1996

Retirement Accounts Incorporated
Post Office   Box 3017
Winter Park, Florida 32790

Re:   Account No:   46308

Gentlemen:

Thank you for your May 20 letter.   Bernard Madoff Investment Securities, Inc. has discretion with respect to investment of my IRA account.

Very truly yours,

Howard M. Squadron

HMS/md

Your Account Number: 46308
Type Of Account:        Simple IRA
Social Security No:     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
Birth Date:             September 5, 1926

**RETIREMENT
ACCOUNTS**
I N C O R P O R A T E D

*Exhibit 4c*

0001032159
Howard M. Squadron
49360 Goodridge Ave
Riverdale, NY  10471

IRA STATEMENT

STATEMENT FOR THE PERIOD OF   4/01/96 THROUGH   6/30/96

TRANSACTION SUMMARY

| Date | Transaction | Received | Disbursed | Balance |
|------|-------------|----------|-----------|---------|
|      |             | Beginning balance $ |  | .00 |
| 5/21/96 | #360135 - ESTABLISHMENT FEES REC | 25.00 |  | 25.00 |
| 5/21/96 | #360136 - TRUST ADMINISTRATION FEE | 58.00 |  | 83.00 |
| 5/21/96 | #360135 - TRANSFER FEE TO RAI |  | 25.00 | 58.00 |
| 5/21/96 | #360136 - TRANSFER FEE TO RAI |  | 58.00 | .00 |
|      |             | Ending balance $ |  | .00 |

Total value as of   6/30/96 $           .00

RAI is awaiting receipt of the following assets
from your prior trustee or custodian:

| Quantity | Description | Date of Request | Estimated Value |
|----------|-------------|-----------------|-----------------|
| 2.000 | ALL IRA ASSETS | 5/21/96 | 3,337,000.00 |

PLEASE SEE REVERSE FOR ADDITIONAL INFORMATION

Post Office Box 3017 • Winter Park, Florida 32790 • Phone: (407) 644-2002 • Toll Free: 1-800-325-4352 • FAX: (407) 740-5149

022159

# RETIREMENT ACCOUNTS, INC.

## Individual Retirement Account Statement
### October 1, 1996 - December 31, 1996

HOWARD M. SQUADRON
49360 GOODRIDGE AVE.
RIVERDALE, NY  10471

---

**Retirement Account Number:  946308-0001**       **Trustee Tax ID# 84-0519832**       **SSN# 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**

## ACCOUNT SUMMARY

### ACCOUNT VALUE

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

Current Period

| | | |
|---|---|---|
| Brokerage Account | $3,776,048.00 | |
| **Total Account Value** | **$3,776,048.00** | |

Rollovers
| | |
|---|---|
| Current Tax Year | $0.00 |

Distributions
| | |
|---|---|
| Current Tax Year | $0.00 |

Contributions
| | |
|---|---|
| Current Tax Year (1996) | $0.00 |
| Prior Tax Year (1995) | $0.00 |

Employer Contributions
| | |
|---|---|
| Received Current Year | $0.00 |

Prior Period

| | |
|---|---|
| **Total Account Value** | **$3,608,922.00** |

## ACCOUNT INVESTMENTS

**BROKERAGE ACCOUNT**

| Description | Account Number | Total Value |
|---|---|---|
| BERNARD L. MADOFF INVT. SEC. | 1-S0234 | 3,776,048.00 |
| | **Total Value of Brokerage Account** | **$3,776,048.00** |
| | **OTAL ACCOUNT VALUE** | **$3,776,048.00** |

EXHIBIT 5

*WITHDRAWALS MADE BY MY HUSBAND, HOWARD M. SQUADRON*

Exhibit 5A

1997 -- $500,000.00.  Statement from Retirement Accounts Inc. dated April 1, 1997 – June 30, 1997.

Exhibit 5B

1998 -- $200,000.00.  Statement from Retirement Accounts Inc. dated October 1, 1998 – December 31, 1998.

Exhibit 5C

1999 -- $200,000.00.  Statement from Retirement Accounts Inc. dated October 1, 1999 – December 31, 1999.

Exhibit 5D

2000 -- $209,585.78.  Portfolio Management Report dated 12/31/00 from Bernard Madoff Investment Securities.

Exhibit 5E

2001 -- $240,110.13.  Statement from Retirements Accounts, inc. dated October 1, 2001 – December 31, 2001.

*Exhibit 5A*   Exhibit B

# RETIREMENT
## ACCOUNTS, INC.

Page 1 of 2

## Corrected Individual Retirement Account Statement
### April 1, 1997 - June 30, 1997

HOWARD M. SQUADRON
49360 GOODRIDGE AVE.
RIVERDALE, NY  10471

Retirement Account Number: 040008-0001     Trustee Tax ID# 84-0519832     SSN# 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

## ACCOUNT SUMMARY

**ACCOUNT VALUE**

**CONTRIBUTION AND
DISTRIBUTION SUMMARY**

Current Period

| | | |
|---|---|---|
| Brokerage Account | $3,696,808.95 | |
| **Total Account Value** | **$3,696,808.95** | |

Rollovers

| | |
|---|---|
| Current Tax Year | $0.00 |

Distributions

| | |
|---|---|
| Current Tax Year | $500,000.00 |

Contributions

| | |
|---|---|
| Current Tax Year (1997) | $0.00 |
| Prior Tax Year (1996) | $0.00 |

Employer Contributions

| | |
|---|---|
| Received Current Year | $0.00 |

Prior Period

| | |
|---|---|
| **Total Account Value** | **$3,459,737.73** |

## ACCOUNT INVESTMENTS

**BROKERAGE ACCOUNT**

| Description | Account Number | Total Value |
|---|---|---|
| BERNARD L. MADOFF INVT. SEC. | 1-S0234 | 3,696,808.95 |
| | **Total Value of Brokerage Account** | **$3,696,808.95** |
| | **OTAL ACCOUNT VALUE** | **$3,696,808.95** |

*DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976*
P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899

*Exhibit B*

# RETIREMENT ACCOUNTS, INC.

## Individual Retirement Account Statement
### October 1, 1998 - December 31, 1998

HOWARD M. SQUADRON
49360 GOODRIDGE AVE.
RIVERDALE, NY  10471

Retirement Account Number:  946308-0001    Trustee Tax ID# 84-0519832    SSN# 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

## ACCOUNT SUMMARY

### ACCOUNT VALUE

#### CONTRIBUTION AND DISTRIBUTION SUMMARY

Current Period

| | |
|---|---|
| Additional Investments | $4,530,725.49 |
| **Total Account Value** | **$4,530,725.49** |

Rollovers

| | |
|---|---|
| Current Tax Year | $0.00 |
| Distributions | |
| Current Tax Year | $200,000.00 |
| Contributions | |
| Current Tax Year (1998) | $0.00 |
| Prior Tax Year (1997) | $0.00 |
| Employer Contributions | |
| Received Current Year | $0.00 |

Prior Period

| | |
|---|---|
| **Total Account Value** | **$4,296,371.25** |

## ACCOUNT INVESTMENTS

### ADDITIONAL INVESTMENTS

| Description | Account Number | Shares | Price Per Share | Total Value |
|---|---|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE | 1-S0234 | 4,530,725.4900 | 1.0000 | 4,530,725.49 |
| | | Total Value of Additional Investments | | $4,530,725.49 |
| | | **TOTAL ACCOUNT VALUE** | | **$4,530,725.49** |

*DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976*
P.O. Box 173785 ▫ Denver, CO ▫ 80217-3785
303-294-5959 ▫ 800-325-4352 ▫ Fax 303-294-5899

*Exhibit 5C*

# RETIREMENT ACCOUNTS, INC.

CIM-009972

**Individual Retirement Account Statement**
**October 1, 1999 - December 31, 1999**

Page 1 of 2

HOWARD M. SQUADRON
49360 GOODRIDGE AVE.
RIVERDALE NY 10471-0000

100290

**Participant Name: HOWARD M. SQUADRON**
**Retirement Account Number: 019463080001**     **Trustee Tax ID#: 84-0519832**     **SSN: 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**

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**

Current Period
  Brokerage Accounts    $5,281,561.77
  Account Value Subtotal    $5,281,561.77

    Total Account Value    $5,281,561.77

Prior Period
  Total Account Value    $5,076,958.10

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

Rollovers
  Current Tax Year    $0.00

Contributions
  Current Tax Year (1999)    $0.00
  Prior Tax Year (1998)    $0.00

Employer Contributions
  Received Current Year    $0.00

Roth Conversion
  Current Tax Year    $0.00

Distributions
  Current Tax Year    $200,000.00

## IMPORTANT ACCOUNT INFORMATION

**Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.**

---

P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785 ▪ 303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com



RAI-2257 (8/99)

*Exhibit 5D*

# PORTFOLIO MANAGEMENT REPORT AS OF 12/31/00

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

HOWARD M SQUADRON (IRA)                1-S0234-3

4930 GOODRIDGE AVENUE
RIVERDALE                NY 10471

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 5,281,561.77CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 209,585.78- |
| REALIZED P/L FOR CURRENT YEAR | 738,689.09CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .08CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 5,810,665.00    NET LONG |
| TOTAL EQUITY | 5,810,665.08CR |

ANNUALIZED RETURN FOR CURRENT YEAR    14.25 %

Exhibit 5E

# RETIREMENT ACCOUNTS, INC.

## Individual Retirement Account Statement
## October 1, 2001 - December 31, 2001

CIM-00133-001933
HOWARD M. SQUADRON                    1343
4930 GOODRIDGE AVE.
BRONX NY 10471

**Participant Name: HOWARD M. SQUADRON**
**Retirement Account Number: 019463080001**          **Trustee Tax ID#: 84-0519832**

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

**Current Period**
| | |
|---|---|
| Brokerage Accounts | $6,426,020.62 |
| Account Value Subtotal | $6,426,020.62 |
| **Total Account Value** | **$6,426,020.62** |

**Prior Period**
| | |
|---|---|
| Total Account Value | $6,205,150.09 |

### CONTRIBUTION AND DISTRIBUTION SUMMARY

| | |
|---|---|
| **Rollovers** | |
| Current Tax Year | $0.00 |
| **Contributions** | |
| Current Tax Year (2001) | $0.00 |
| Prior Tax Year (2000) | $0.00 |
| **Employer Contributions** | |
| Received Current Year | $0.00 |
| **Roth Conversion** | |
| Current Tax Year | $0.00 |
| **Distributions** | |
| **Current Tax Year | $240,110.13 |

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

**Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.**

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on IRS Form 5498.

P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785 ▪ 303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5899 ▪ www.retirementaccountsinc.com



RAI-2257 (8/99)

## EXHIBIT 6

*TRANSFER OF MADOFF ACCOUNT SO-234  TO ANNE STRICKLAND SQUADRON
AND  WITHDRAWAL OF FINAL REQUIRED MINIMUM DISTRIBUTION*

### Exhibit 6A

Fax to Lynn Leimbeck at Retirement Accounts, Inc. dated April 4, 2002, requesting that
my late husband's Madoff-directed IRA account be rolled over into a new account for my
benefit, and also requesting that the final required minimum distribution be sent to me.

### Exhibit 6B

Fax to Lynn Lemibeck at Retirement Accounts, Inc. dated June 4, 2002, requesting that
she inform Bernard Madoff Investment Securities of the change in ownership of the
account.

### Exhibit 6C

Statement from Retirement Accounts, Inc. of the IRA Distribution for 2002 of
$271,140.11, which represents my husband's final required minimum distribution.  At
that time, the Current Reported Value of the Bernard L. Madoff Brokerage Account was
$6,524,575.30.

Exhibit B 6A

# ANNE STRICKLAND SQUADRON
43 West 61st Street, Apt. 12E
New York, N.Y.  10023
(212) 307-7941
Fax: (212) 307-4941

TO: Lynn Leimbeck

FROM: Anne Squadron

RE: Retirement Account Number: 019463080001 (Howard M. Squadron)

Date: April 4, 2002

---

Dear Lynn,

Enclosed are the forms requesting that my husband's Retirement Account be rolled over into my account.  I have also enclosed a death certificate.

Please send me the RMD before rolling this account over into my new IRA.  Please liquidate the RMD from the Madoff Account and send the check to me at the above address.  Do not withhold any tax.

Thanks so very much for your help.  It has been most reassuring to me as I deal with all the paper work resulting from my husband's death.

Best regards,

Anne

*Exhibit 6B*

# ANNE STRICKLAND SQUADRON
43 West 61st Street, Apt. 12E
New York, N.Y. 10023
(212) 307-7941
Fax: (212) 307-4941



To Fax #: 303-294-5899
There is one page to this fax.

TO: **Lynn Leimbeck**

FROM Anne Squadron

RE: Retirement Account Number 031038027150 (Anne Strickland Squadron)

Date: June 4, 2002

---

Dear Lynn,

Would you please send a letter or fax to Bernard Madoff Investment Securities informing them that Howard's IRA account has been rolled over into mine, and that the name they have on record should be changed to reflect this?

Would you please also send a copy to Jody Crupi at that office.

The fax number is 212-838-4061.  The address is Bernard Madoff Investment Securities LLC, 885 Third Avenue, New York, N.Y. 10022.

Thanks so very much.  With best personal regards,

Anne

*Exhibit 6 C* Exhibit B

# RETIREMENT ACCOUNTS, INC.

019463080001
Page 2 of 2

## ACCOUNT INVESTMENTS

| Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value |

### BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE S0234 | 6,508,121.27 | 6,524,575.30 |
| | Total Value of Brokerage Accounts | $6,524,575.30 |
| | TOTAL ACCOUNT VALUE | $6,524,575.30 |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 04/26/2002 | CASH ADJUSTMENT INCREASE | BERNARD L MADOFF CHECK # 134611 | | 271,155.11 |
| 04/26/2002 | FEE COLLECTION | | | -15.00 |
| 04/30/2002 | INTEREST | | | 4.46 |
| 05/08/2002 | IRA DISTRIBUTION | For Tax Year 2002 | | -271,140.11 |
| 05/10/2002 | IRA DISTRIBUTION | R/O TO BENE A/C 031038027150 For Tax Year 2002 | | -4.46 |



CIM-000909-001129
RAI-2257 (8/99)



*Exhibit 1*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
ANNE SQUADRON

211 CENTRAL PARK WEST  APT 3E
NEW YORK          NY 10024

PERIOD ENDING: 11/30/08

YOUR ACCOUNT NUMBER: 1-S0234-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *****6253

PAGE: 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE ON SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 794,492.26 | |
| 11/12 | 11,970 | | 357 | WELLS FARGO & CO NEW | 29.800 | 357,184.00 | |
| 11/12 | 8,550 | | 859 | HEWLETT PACKARD CO | 34.900 | 298,737.00 | |
| 11/12 | 7,410 | | 4683 | WAL-MART STORES INC | 55.830 | 413,996.30 | |
| 12/12 | 4,945 | | 5185 | INTERNATIONAL BUSINESS MACHS | 87.270 | 423,016.15 | |
| 11/12 | 17,955 | | 9009 | EXXON MOBIL CORP | 72.800 | 1,309,278.40 | |
| 11/12 | 19,665 | | 9511 | INTEL CORP | 14.510 | 286,125.15 | |
| 11/12 | 9,405 | | 13837 | JOHNSON & JOHNSON | 59.580 | 560,725.90 | |
| 11/12 | 12,825 | | 18162 | J.P. MORGAN CHASE & CO | 38.530 | 494,660.25 | |
| 11/12 | 6,840 | | 22488 | COCA COLA CO | 44.660 | 305,747.40 | |
| 11/12 | 3,990 | | 26814 | MCDONALDS CORP | 55.370 | 221,085.30 | |
| 11/12 | 7,419 | | 31140 | MERCK & CO | 28.550 | 211,851.50 | |
| 11/12 | 27,075 | | 35466 | MICROSOFT CORP | 21.810 | 591,588.75 | |
| 11/12 | 13,680 | | 39792 | ORACLE CORPORATION | 17.300 | 237,211.00 | |
| 11/12 | 5,415 | | 52770 | PEPSICO INC | 56.410 | 305,676.15 | |
| 11/12 | 3,135 | | 53272 | APPLE INC | 100.780 | 316,070.30 | |
| 11/12 | 23,085 | | 57096 | PFIZER INC | 16.940 | 391,982.90 | |
| 11/12 | 5,415 | | 57598 | ABBOTT LABORATORIES | 54.610 | 295,929.15 | |
| 11/12 | 10,260 | | 61422 | PROCTER & GAMBLE CO | 64.080 | 657,870.80 | |
| 11/12 | 3,705 | | 61924 | AMGEN INC | 59.160 | 219,335.80 | |
| 11/12 | 7,125 | | 65748 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 310,935.00 | |
| 11/12 | 17,100 | | 66250 | BANK OF AMERICA | 21.590 | 369,873.00 | |
| 11/12 | 5,700 | | 70074 | QUALCOMM INC | 33.770 | 192,717.00 | |
| 11/12 | 18,525 | | 70576 | CITI GROUP INC | 12.510 | 232,488.75 | |
| | | | | CONTINUED ON PAGE   2 | | | |

Exhibit 1

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
ANNE SQUADRON

211 CENTRAL PARK WEST APT 3E
NEW YORK NY 10024

PERIOD ENDING 11/30/08
PAGE 1
YOUR TAX PAYER IDENTIFICATION NUMBER *****6253
YOUR ACCOUNT NUMBER 1-S0234-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 794,492.26 |
| 11/12 | 11,970 | | 357 | WELLS FARGO & CO NEW | 29.800 | 357,184.00 | |
| 11/12 | 8,550 | | 859 | HEWLETT PACKARD CO | 34.900 | 298,737.00 | |
| 11/12 | 7,410 | | 4683 | WAL-MART STORES INC | 55.830 | 413,995.30 | |
| 11/12 | 4,845 | | 5185 | INTERNATIONAL BUSINESS MACHS | 87.270 | 423,016.15 | |
| 11/12 | 17,955 | | 9009 | EXXON MOBIL CORP | 72.880 | 1,309,278.40 | |
| 11/12 | 19,665 | | 9511 | INTEL CORP | 14.510 | 286,125.15 | |
| 11/12 | 9,405 | | 13837 | JOHNSON & JOHNSON | 59.580 | 560,725.90 | |
| 11/12 | 12,825 | | 18162 | J.P. MORGAN CHASE & CO | 38.530 | 494,660.25 | |
| 11/12 | 6,820 | | 22488 | COCA COLA CO | 44.660 | 305,747.40 | |
| 11/12 | 3,990 | | 26814 | MCDONALDS CORP | 55.370 | 221,085.30 | |
| 11/12 | 7,410 | | 31140 | MERCK & CO | 28.550 | 211,951.50 | |
| 11/12 | 27,075 | | 35466 | MICROSOFT CORP | 21.810 | 591,588.75 | |
| 11/12 | 13,680 | | 39792 | ORACLE CORPORATION | 17.300 | 237,621.00 | |
| 11/12 | 5,415 | | 52770 | PEPSICO INC | 56.410 | 305,636.15 | |
| 11/12 | 3,135 | | 53272 | APPLE INC | 100.780 | 316,070.30 | |
| 11/12 | 23,085 | | 57096 | PFIZER INC | 16.940 | 391,982.90 | |
| 11/12 | 5,415 | | 57598 | ABBOTT LABORATORIES | 54.610 | 295,929.15 | |
| 11/12 | 10,260 | | 61422 | PROCTER & GAMBLE CO | 64.080 | 657,870.80 | |
| 11/12 | 3,705 | | 61924 | AMGEN INC | 59.160 | 219,335.80 | |
| 11/12 | 7,125 | | 65748 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 310,935.00 | |
| 11/12 | 17,100 | | 66250 | BANK OF AMERICA | 21.590 | 369,873.00 | |
| 11/12 | 17,100 | | 70074 | QUALCOMM INC | 33.770 | 192,717.00 | |
| 11/12 | 18,525 | | 70576 | CITI GROUP INC | 12.510 | 232,483.75 | |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
ANNE SQUADRON

211 CENTRAL PARK WEST APT 3E
NEW YORK                NY 10024

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-S0234-3-0 | ******6253 | 2 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 4,275 | | 74400 | SCHLUMBERGER LTD | 49.480 | 211,698.00 | |
| 11/12 | 10,260 | | 74902 | COMCAST CORP | 16.510 | 169,802.60 | |
| | | | | CL A | | | |
| 11/12 | 20,235 | | 78726 | AT&T INC | 27 | 547,154.00 | |
| 11/12 | 5,130 | | 79228 | CONOCOPHILLIPS | 52.510 | 269,581.30 | |
| 11/12 | 3,420 | | 83052 | UNITED PARCEL SVC INC | 52.040 | 178,112.80 | |
| | | | | CLASS B | | | |
| 11/12 | 20,805 | | 83554 | CISCO SYSTEMS INC | 16.730 | 348,899.65 | |
| 11/12 | 5,985 | | 87378 | U S BANCORP | 29.530 | 176,976.05 | |
| 11/12 | 7,125 | | 87880 | CHEVRON CORP | 73.430 | 523,473.75 | |
| 11/12 | 3,420 | | 91704 | UNITED TECHNOLOGIES CORP | 53.160 | 181,943.20 | |
| 11/12 | 36,195 | | 92206 | GENERAL ELECTRIC CO | 19.630 | 711,954.85 | |
| 11/12 | 9,690 | | 96030 | VERIZON COMMUNICATIONS | 30.410 | 295,059.90 | |
| 11/12 | 855 | | 96532 | GOOGLE | 337.400 | 288,511.00 | |
| 11/12 | | 100,000 | 20146 | U S TREASURY BILL DUE 12/18/2008 | 99.942 | | 99,94... |
| 11/12 | | 12,825,000 | 22966 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 12,816,7... |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 70.8... |
| 11/12 | | 75,428 | 18067 | FIDELITY SPARTAN DIV 11/12/08 U S TREASURY MONEY MARKET | 1 | | 75,428.00 |
| | | | | CONTINUED ON PAGE 3 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
ANNE SQUADRON

211 CENTRAL PARK WEST APT 3E
NEW YORK NY 10024

PAGE 3
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER *****6253
YOUR ACCOUNT NUMBER 1-S0234-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 27,410 | | 27435 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 27,410.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 3.96 |
| 11/19 | | 27,410 | 52913 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 27,410.00 |
| 11/19 | 875,000 | | 57449 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 874,352.50 | |
| 11/19 | 6,921 | | 61951 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 6,921.00 | |
| | | | | NEW BALANCE | | 1,590,782.47 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 20,235 | | | AT&T INC | 28.560 | | |
| | 5,415 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 3,705 | | | AMGEN INC | 55.540 | | |
| | 3,135 | | | APPLE INC | 92.670 | | |
| | 17,100 | | | BANK OF AMERICA | 16.250 | | |
| | 7,125 | | | CHEVRON CORP | 79.010 | | |
| | 20,805 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 18,525 | | | CITI GROUP INC | 8.290 | | |
| | 6,840 | | | COCA COLA CO | 46.870 | | |

CONTINUED ON PAGE 4

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MADF

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE**    FOR ACCOUNT NTC & CO.
ANNE SQUADRON

211 CENTRAL PARK WEST    APT 3E
NEW YORK            NY 10024

| PAGE | 4 |
| --- | --- |

| PERIOD ENDING |
| --- |
| 11/30/03 |

| YOUR TAX PAYER IDENTIFICATION NUMBER |
| --- |
| ******6253 |

| YOUR ACCOUNT NUMBER |
| --- |
| 1-S0234-3-0 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 10,260 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 5,130 | | | CONOCOPHILIPS | 52.520 | | |
| | 17,955 | | | EXXON MOBIL CORP | 80.150 | | |
| | 36,195 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 855 | | | GOOGLE | 292.950 | | |
| | 8,550 | | | HEWLETT PACKARD CO | 35.290 | | |
| | 19,665 | | | INTEL CORP | 11.800 | | |
| | 4,845 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 12,825 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 9,405 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 3,990 | | | MCDONALDS CORP | 58.750 | | |
| | 7,410 | | | MERCK & CO | 26.720 | | |
| | 27,075 | | | MICROSOFT CORP | 20.220 | | |
| | 13,680 | | | ORACLE CORPORATION | 16.090 | | |
| | 5,415 | | | PEPSICO INC | 56.700 | | |
| | 23,085 | | | PFIZER INC | 16.430 | | |
| | 7,125 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 10,260 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 5,700 | | | QUALCOMM INC | 33.570 | | |
| | 4,275 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 6,921 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 5,985 | | | U S BANCORP | 26.980 | | |
| | 3,420 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | | | | CONTINUED ON PAGE  5 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 5.

**PERIOD ENDING** 11/30/08

**YOUR TAX PAYER IDENTIFICATION NUMBER** \*\*\*\*\*\*\*6253

**YOUR ACCOUNT NUMBER** 1-S0234-3-0

\*\*DUPLICATE\*\*    FOR ACCOUNT  NTC & CO.
ANNE SQUADRON

211 CENTRAL PARK WEST APT 3E
NEW YORK        NY 10024

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 875,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 3,420 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 9,690 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 7,410 | | | WAL-MART STORES INC | 55.830 | | |
| | 11,970 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 13,438,279.90      SHORT | | | |

*Exhibit 1*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**    FOR ACCOUNT    NTC & CO.
ANNE SQUADRON

211 CENTRAL PARK WEST APT 3E
NEW YORK                NY 10024

PERIOD ENDING: 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

PAGE: 1

YOUR ACCOUNT NUMBER: 1-S0234-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 794,492.26 |
| 11/12 | 11,970 | | 357 | WELLS FARGO & CO NEW | 29.800 | 357,184.00 | |
| 11/12 | 8,550 | | 859 | HEWLETT PACKARD CO | 34.900 | 298,737.00 | |
| 11/12 | 7,410 | | 4683 | WAL-MART STORES INC | 55.830 | 413,996.30 | |
| 12/12 | 4,845 | | 5185 | INTERNATIONAL BUSINESS MACHS | 87.270 | 423,016.15 | |
| 11/12 | 17,955 | | 9009 | EXXON MOBIL CORP | 72.880 | 1,309,278.40 | |
| 11/12 | 19,665 | | 9511 | INTEL CORP | 14.510 | 286,125.15 | |
| 11/12 | 9,405 | | 13837 | JOHNSON & JOHNSON | 59.580 | 560,725.90 | |
| 11/12 | 12,825 | | 18162 | J.P. MORGAN CHASE & CO | 38.530 | 494,660.25 | |
| 11/12 | 6,820 | | 22488 | COCA COLA CO | 44.660 | 305,747.40 | |
| 11/12 | 3,990 | | 26814 | MCDONALDS CORP | 55.370 | 221,085.30 | |
| 11/12 | 7,410 | | 31140 | MERCK & CO | 28.550 | 211,951.50 | |
| 11/12 | 27,075 | | 35466 | MICROSOFT CORP | 21.810 | 591,588.75 | |
| 11/12 | 13,680 | | 39792 | ORACLE CORPORATION | 17.300 | 237,321.00 | |
| 11/12 | 5,415 | | 52770 | PEPSICO INC | 56.410 | 305,676.15 | |
| 11/12 | 3,135 | | 53272 | APPLE INC | 100.780 | 316,070.30 | |
| 11/12 | 23,085 | | 57096 | PFIZER INC | 16.940 | 391,982.90 | |
| 11/12 | 5,415 | | 57598 | ABBOTT LABORATORIES | 54.610 | 295,929.15 | |
| 11/12 | 10,260 | | 61422 | PROCTER & GAMBLE CO | 64.080 | 657,870.80 | |
| 11/12 | 3,705 | | 61924 | AMGEN INC | 59.160 | 219,335.80 | |
| 11/12 | 7,125 | | 65748 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 310,935.00 | |
| 11/12 | 17,100 | | 66250 | BANK OF AMERICA | 21.590 | 369,873.00 | |
| 11/12 | 5,700 | | 70074 | QUALCOMM INC | 33.770 | 192,717.00 | |
| 11/12 | 18,525 | | 70576 | CITI GROUP INC | 12.510 | 232,498.75 | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE    2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
ANNE SQUADRON
211 CENTRAL PARK WEST APT 3E
NEW YORK NY 10024

PAGE 2
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER *****6253
YOUR ACCOUNT NUMBER 1-S0234-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 11/12 | 4,275 | | 74400 | SCHLUMBERGER LTD | 49.480 | 211,698.00 | |
| 11/12 | 10,260 | | 74902 | COMCAST CORP CL A | 16.510 | 169,802.60 | |
| 11/12 | 20,235 | | 78726 | AT&T INC | 27 | 547,154.00 | |
| 11/12 | 5,130 | | 79228 | CONOCOPHILLIPS | 52.510 | 269,581.30 | |
| 11/12 | 3,420 | | 83052 | UNITED PARCEL SVC INC CLASS B | 52.040 | 178,112.80 | |
| 11/12 | 20,805 | | 83554 | CISCO SYSTEMS INC | 16.730 | 348,899.65 | |
| 11/12 | 5,985 | | 87378 | U S BANCORP | 29.530 | 176,976.05 | |
| 11/12 | 7,125 | | 87880 | CHEVRON CORP | 73.430 | 523,473.75 | |
| 11/12 | 3,420 | | 91704 | UNITED TECHNOLOGIES CORP | 53.160 | 181,943.20 | |
| 11/12 | 36,195 | | 92206 | GENERAL ELECTRIC CO | 19.630 | 711,954.85 | |
| 11/12 | 9,690 | | 96030 | VERIZON COMMUNICATIONS | 30.410 | 295,059.90 | |
| 11/12 | 855 | | 96532 | GOOGLE | 337.400 | 288,511.00 | |
| 11/12 | | 100,000 | 20146 | U S TREASURY BILL DUE 12/18/2008 | 99.942 | | 99,94... |
| 11/12 | | 12,825,000 | 22966 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 12,816,792.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 70.8... |
| 11/12 | | 75,428 | 18067 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 75,428.00 | |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**
ANNE SQUADRON

FOR ACCOUNT   NTC & CO.

211 CENTRAL PARK WEST   APT 3E
NEW YORK   NY   10024

PAGE 3
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER *****6253
YOUR ACCOUNT NUMBER 1-S0234-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 27,410 | | 27435 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 27,410.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 3.06 |
| 11/19 | | 27,410 | 52913 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 27,410.00 |
| 11/19 | 875,000 | | 57449 | U S TREASURY BILL DUE 03/26/2009        3/26/2009 | 99.926 | 874,352.50 | |
| 11/19 | 6,921 | | 61951 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 6,921.00 | |
| | | | | NEW BALANCE | | 1,590,782.47 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 20,235 | | | AT&T INC | 28.560 | | |
| | 5,415 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 3,705 | | | AMGEN INC | 55.540 | | |
| | 3,135 | | | APPLE INC | 92.670 | | |
| | 17,100 | | | BANK OF AMERICA | 16.250 | | |
| | 7,125 | | | CHEVRON CORP | 79.010 | | |
| | 20,805 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 18,525 | | | CITI GROUP INC | 8.290 | | |
| | 6,840 | | | COCA COLA CO | 46.870 | | |

CONTINUED ON PAGE   4

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE**    FOR ACCOUNT  NTC & CO.
ANNE SQUADRON

211 CENTRAL PARK WEST   APT 3E
NEW YORK            NY  10024

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/03 | 1-S0234-3-0 | *****6253 | 4 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 10,260 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 5,130 | | | CONOCOPHILIPS | 52.520 | | |
| | 17,955 | | | EXXON MOBIL CORP | 80.150 | | |
| | 36,195 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 355 | | | GOOGLE | 292.960 | | |
| | 8,550 | | | HEWLETT PACKARD CO | 35.290 | | |
| | 19,665 | | | INTEL CORP | 81.800 | | |
| | 4,845 | | | INTERNATIONAL BUSINESS MACHS | 31.600 | | |
| | 12,825 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 9,405 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 3,990 | | | MCDONALDS CORP | 58.750 | | |
| | 7,410 | | | MERCK & CO | 26.720 | | |
| | 27,075 | | | MICROSOFT CORP | 20.220 | | |
| | 13,680 | | | ORACLE CORPORATION | 16.090 | | |
| | 5,415 | | | PEPSICO INC | 56.700 | | |
| | 23,085 | | | PFIZER INC | 16.430 | | |
| | 7,125 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 10,260 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 5,700 | | | QUALCOMM INC | 33.570 | | |
| | 4,275 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 6,921 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 5,985 | | | U S BANCORP | 26.980 | | |
| | 3,420 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | | | | CONTINUED ON PAGE  5 | | | |

CONTINUED ON PAGE 5

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**MADF  BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE**   FOR ACCOUNT   NTC & CO.
ANNE SQUADRON

211 CENTRAL PARK WEST APT 3E
NEW YORK         NY 10024

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253
PAGE: 5
YOUR ACCOUNT NUMBER: 1-50234-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|----------------------------------|
| | 875,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 3,420 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 9,690 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 7,410 | | | WAL-MART STORES INC | 55.830 | | |
| | 11,970 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES LONG    SHORT 13,438,279.90 | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| MADF | BERNARD L. MADOFF |
| | INVESTMENT SECURITIES LLC |

New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.
ANNE SQUADRON

211 CENTRAL PARK WEST APT 3E
NEW YORK        NY 10024

PAGE: 6

PERIOD ENDING: 11/30/03

YOUR TAX PAYER IDENTIFICATION NUMBER: *********6253

YOUR ACCOUNT NUMBER: 1-S0234-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 88,757.02 |
| | | | | GROSS PROCEEDS FROM SALES | | | 74,741,807.72 |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 6

**PERIOD ENDING** 11/30/03

**YOUR TAX PAYER IDENTIFICATION NUMBER** *****6253

**YOUR ACCOUNT NUMBER** 1-S0234-3-0

MADF
**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.
ANNE SQUADRON

211 CENTRAL PARK WEST APT 3E
NEW YORK           NY 10024

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
|      |                 |                |     | YEAR-TO-DATE SUMMARY |      |      |                |
|      |                 |                |     | DIVIDENDS |      |      | 88,757.*  |
|      |                 |                |     | GROSS PROCEEDS FROM SALES |      |      | 74,741,807.* |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC.
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.
ANNE SQUADRON

211 CENTRAL PARK WEST APT 3E
NEW YORK          NY 10024

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

YOUR ACCOUNT NUMBER: 1-S0234-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *****6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 794,493.00 |
| 11/12 | | 285 | 44118 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 450,015.00 |
| 11/12 | 285 | | 48444 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 507,585.00 | |
| 11/19 | | 285 | 34548 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 749,715.00 |
| 11/19 | 285 | | 38873 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 855,285.00 | |
| 11/19 | 285 | | 43198 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 85,785.00 | |
| 11/19 | | 285 | 47523 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 1,054,215.00 |
| | | | | NEW BALANCE | | | 1,590,785.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 285 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG            SHORT | | | |
| | | | | 470,250.00    664,050.00- | | | |