EXHIBIT B

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York
Claim Number:
007931

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

**RECEIVED**

MAR 1 8 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME:_____

Taxpayer I.D. Number (Social Security No.)
_____

Account Number:    1K0052
GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK, NY  10022

(If incorrect, please change)

**NOTE:**    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of **December 11, 2008**:
      a.    The Broker owes me a Credit (Cr.) Balance of          $____-0-____
      b.    I owe the Broker a Debit (Dr.) Balance of          $____-0-____

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                                    $ _____

d.    If balance is zero, insert "None."                     *NONE*

2.    Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | YES | NO |
|---|---|---|
| a.  The Broker owes me securities | ✓ | |
| b.  I owe the Broker securities | | |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| *See statement attached – $381,925.00* | | ✓ | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | ✓ |

9.  Have you or any member of your family
    ever filed a claim under the Securities
    Investor Protection Act of 1970?  if
    so, give name of that broker.

Please list the full name and address of anyone assisting you in the
preparation of this claim form: *Jeffrey Wine CPA*
*PO Box 133  Red Bank, NJ 07701*

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _____    Signature_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.* corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                   4

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE **1**

PERIOD ENDING **11/30/08**

YOUR ACCOUNT NUMBER **1-K0052-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*\*\***

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG

400 EAST 55TH STREET   APT# 7C
NEW YORK        NY   10022

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | SYMBOL | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 22,463.86 |
| 11/12 | 240 | | | HEWLETT PACKARD CO | 36.900 | 8,386.00 | |
| 11/12 | 200 | | | WAL-MART STORES INC | 55.810 | 11,226.64 | |
| 11/12 | 136 | | | INTERNATIONAL BUSINESS MACHS | 87.270 | 11,873.72 | |
| 11/12 | 504 | | | EXXON MOBIL CORP | 72.810 | 36,853.52 | |
| 11/12 | 264 | | | INTEL CORP | 12.810 | 34,403.12 | |
| 11/12 | 264 | | | JOHNSON & JOHNSON | 59.580 | 15,739.12 | |
| 11/12 | 360 | | | J.P. MORGAN CHASE & CO | 38.530 | 13,884.80 | |
| 11/12 | 132 | | | COCA COLA CO | 44.690 | 8,581.17 | |
| 11/12 | 112 | | | MCDONALDS CORP | 55.370 | 6,205.14 | |
| 11/12 | 208 | | | MERCK & CO | 25.750 | 5,360.40 | |
| 11/12 | 760 | | | MICROSOFT CORP | 21.810 | 16,605.60 | |
| 11/12 | 304 | | | ORACLE CORPORATION | 21.300 | 6,558.20 | |
| 11/12 | 552 | | | PEPSICO INC | 56.430 | 8,900.32 | |
| 11/12 | 88 | | | APPLE INC | 106.780 | 9,471.44 | |
| 11/12 | 648 | | | PFIZER INC | 16.940 | 11,002.12 | |
| 11/12 | 152 | | | ABBOTT LABORATORIES | 54.610 | 8,300.72 | |
| 11/12 | 288 | | | PROCTER & GAMBLE CO | 66.150 | 19,186.00 | |
| 11/12 | 104 | | | AMGEN INC | 59.600 | 6,198.64 | |
| 11/12 | 200 | | | PHILLIP MORRIS INTERNATIONAL | 43.600 | 8,728.00 | |
| 11/12 | 480 | | | BANK OF AMERICA | 21.590 | 10,382.20 | |
| 11/12 | 160 | | | QUALCOMM INC | 33.770 | 5,409.20 | |
| 11/12 | 520 | | | CITI GROUP INC | 12.510 | 6,522.20 | |
| 11/12 | 120 | | | SCHLUMBERGER LTD | 49.480 | 5,941.60 | |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE:** 2

**PERIOD ENDING:** 11/30/08

**YOUR TAX PAYER IDENTIFICATION NUMBER:** ********

GLORIA KONIGSBERG 1/T/F
JEFFREY KONIGSBERG

400 EAST 55TH STREET APT# 7C
NEW YORK    NY 10022

**YOUR ACCOUNT NUMBER:** 1-K0052-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 288 | | 74233 | COMCAST CORP CL A | 16-510 | 4,765.88 | |
| 11/12 | 258 | | 78054 | AT&T INC | 27-510 | 15,358.00 | |
| 11/12 | 144 | | 78559 | CONOCOPHILIPS | 52-510 | 7,556.44 | |
| 11/12 | 96 | | 82383 | UNITED PARCEL SVC INC CLASS B | 52-040 | 4,998.84 | |
| 11/12 | 584 | | 82805 | CISCO SYSTEMS INC | 16-730 | 9,793.32 | |
| 11/12 | 168 | | 86709 | U.S BANCORP | 29-530 | 4,967.84 | |
| 11/12 | 200 | | 87211 | CHEVRON CORP | 73-430 | 14,694.00 | |
| 11/12 | 96 | | 91035 | UNITED TECHNOLOGIES CORP | 53-160 | 5,100.36 | |
| 11/12 | 1,016 | | 91751 | GENERAL ELECTRIC CO | 19-630 | 19,984.08 | |
| 11/12 | 272 | | 95361 | VERIZON COMMUNICATIONS | 30-410 | 8,281.52 | |
| 11/12 | 24 | | 95863 | GOOGLE | 337-400 | 8,097.60 | |
| 11/12 | 336 | | 99687 | WELLS FARGO & CO NEW | 29-800 | 10,025.60 | |
| 11/12 | | | | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.956 | | 349,771.80 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/17/08 | DIV | | 23.55 |
| 11/12 | | 19,588 | 17398 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 19,588.00 | |
| 11/12 | 5,479 | | 26767 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 5,479.00 |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .67 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PERIOD ENDING: 11/30/08    PAGE: 3

GLORIA KONIGSBERG 1/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK NY 10022

YOUR ACCOUNT NUMBER: 1-K0052-3-0

TAX I.D. NUMBER: ********

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 5,479 | 52182 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 5,479.00 |
| 11/19 | | (1,37) | 56749 | U S TREASURY MONEY MARKET DUE 03/26/2009 | 99.926 | 24,981.50 | |
| 11/19 | 4,466 | | 61221 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,466.00 | |
| | | | | NEW BALANCE | | | 44,815.38 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 566 | | | ABBOTT LABORATORIES | 204.560 | | |
| | 152 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 104 | | | AMGEN INC | 55.540 | | |
| | 480 | | | APPLE INC | 92.670 | | |
| | 80 | | | BANK OF AMERICA | 16.250 | | |
| | 200 | | | CHEVRON CORP | 79.010 | | |
| | 584 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 520 | | | CITI GROUP INC | 8.290 | | |
| | 192 | | | COCA COLA CO | 46.810 | | |
| | 288 | | | COMCAST CORP CL A | 17.340 | | |
| | 144 | | | CONOCOPHILLIPS | 52.520 | | |
| | 504 | | | EXXON MOBIL CORP | 80.150 | | |
| | 1,016 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK        NY    10022

PAGE: **4**
PERIOD SHOWN: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******
YOUR ACCOUNT NUMBER: 1-K0052-3-0

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | THIS | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 24 | | | GOOGLE | 292.950 | | |
| | 264 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 550 | | | INTEL CORP | 13.800 | | |
| | 336 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 360 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 264 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 112 | | | MCDONALDS CORP | 56.750 | | |
| | 208 | | | MERCK & CO | 26.720 | | |
| | 760 | | | MICROSOFT CORP | 20.220 | | |
| | 384 | | | ORACLE CORPORATION | 16.090 | | |
| | 152 | | | PEPSICO INC | 56.700 | | |
| | 648 | | | PHILLIP MORRIS INTERNATIONAL | 42.430 | | |
| | 200 | | | PHILIP MORRIS INTERNATIONAL | 16.360 | | |
| | 288 | | | PROCTOR & GAMBLE CO | 42.360 | | |
| | 160 | | | QUALCOMM INC | 31.570 | | |
| | 320 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 4,465 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U.S. TREASURY MONEY MARKET | | | |
| | 268 | | | U.S. BANCORP | 25.790 | | |
| | 960 | | | UNITED PARCEL SVC INC | 51.800 | | |
| | | | | CLASS B | | | |
| | 25,000 | | | U.S. TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 96 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG

400 EAST 55TH STREET  APT# 7C
NEW YORK          NY  10022

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-K0052-3-0 | ********* |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 272 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 208 | | | WAL-MART STORES INC | 55.880 | | |
| | 336 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG            SHORT | | | |
| | | | | 381,925.07 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG

400 EAST 55TH STREET APT# 7C
NEW YORK                NY   10022

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | YOUR ACCOUNT NUMBER<br>1-K0052-3-0 | PERIOD ENDING<br>11/30/08 | PAGE<br>6 | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE  SUMMARY | | | | | | |
| | | | | DIVIDENDS<br>GROSS PROCEEDS FROM SALES | | | | | | 25,787.89<br>2,295,965.95 |

YOUR TAX PAYER IDENTIFICATION NUMBER
*********

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK        NY  10022

PERIOD ENDING: 11/30/08

YOUR ACCOUNT NUMBER: 1-K0052-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | PRICE | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 22,464.00 |
| 11/12 | | 39 | 43449 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 121,632.00 |
| 11/12 | 8 | | 47775 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 14,248.00 | |
| 11/19 | | 40 | 33879 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 20,792.00 |
| 11/19 | 8 | | 38204 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 24,008.00 | |
| 11/19 | | 42 | 52529 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | | 2,408.00 |
| 11/19 | 8 | | 46854 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | 29,592.00 | |
| | | | | NEW BALANCE | | | 44,816.00 |
| | | | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | 8 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG    SHORT 13,200.00        18,640.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 00190 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.        CONTRA PARTY        C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK    NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 240 | 428236103 | HEWLETT PACKARD CO | 8385.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.900 | 8376.00 | 9.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse for further details.)*

## BERNARD L. MADOFF
**MADF** INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC



| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 04014 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK            NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 208 | 931142103 | WAL-MART STORES INC | | 11620.64 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.830 | 11612.64 | 8.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



# BERNARD L. MADOFF

**INVESTMENT SECURITIES LLC**

New York ☐ London

805 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:

FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. |
|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 04516 |

| CODES | | |
|---|---|---|
| TR | CAP | SETT |
| 5 | 1 | 1 |

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 11/06/08 | 11/12/08 |

IDENTIFICATION NO.    CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK            NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 136 | 459200101 | INTERNATIONAL BUSINESS MACHS | 11873.72 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 11868.72 | 5.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details)

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0052-3 | D | 08340 | 5 | 1 | | 11/06/08 | 11/12/08 |

CONTRA PARTY
IDENTIFICATION NO.
C.H. NUMBER
SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 504 | 302316102 | EXXON MOBIL CORP | 36751.52 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 72.880 | 36731.52 | 20.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION *Please see reverse for further details*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. |
|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 08842 |

IDENTIFICATION NO.

CONTRA PARTY

**CODES**

| TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|
| 5 | 1 | | 11/06/08 | 11/12/08 |

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET   APT# 7C
NEW YORK            NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 552 | 458140100 | INTEL CORP | 8031.52 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 8009.52 | 22.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

805 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 13168 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

C.H. NUMBER

CONTRA PARTY

IDENTIFICATION NO.

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

SPECIAL DELIVERY INSTRUCTIONS

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | |
|---|---|---|---|---|---|
| WE | | | | | |
| SLD | 264 | 478160104 | JOHNSON & JOHNSON | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 59·580 | 15729·12 | 10·00 | | | | | 15739·12 |

**Affiliated with:**
## Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

JK

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 17493 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK        NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 360 | 46625H100 | J.P. MORGAN CHASE & CO | 13884.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 13870.80 | 14.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 21819 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK        NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 192 | 191216100 | COCA COLA CO | | | 8581.72 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 44.660 | 8574.72 | 7.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | C.H. NUMBER | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 26145 | 5 | 1 | | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK                NY 10022

| B/S | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 112 | 580135101 | MCDONALDS CORP |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 55.370 | 6201.44 | 4.00 | | | | | 6205.44 |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 30471 | 5 | 1 | 1 | 11/12/08 |

CODES: TR CAP SETT

TRADE DATE: 11/06/08

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK         NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLB | 208 | 589331107 | MERCK & CO | 5946.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 5938.40 | 8.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details)

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. |  | CODES |  | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | TR | CAP | SETT |  |  |
| 0646 |  | 1-K0052-3 | D | 34797 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK           NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 760 | 594918104 | MICROSOFT CORP | 16605.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.810 | 16575.60 | 30.00 |  |  |  |  |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

JK11



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 39123 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 384 | 68389X105 | ORACLE CORPORATION | 6658.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 6643.20 | 15.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

JK12

CONFIRMATION (Please see reverse for further details.)

JR13

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
MADF  New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0052-3 | D | 52101 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 152 | 713448108 | PEPSICO INC | 8580.32 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 56.410 | 8574.32 | 6.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

JK 14

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/T | TRANS. NO. | CODES | | | C.H. NUMBER | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0052-3 | D | 52603 | 5 | 1 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK    NY 10022

SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
| SLD | 88 | 037833100 | APPLE INC | | 8871.64 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 100.780 | 8868.64 | 3.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 56427 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.                    CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK            NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 648 | 717081103 | PFIZER INC | | 11002.12 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.940 | 10977.12 | 25.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

TR 16

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 56929 | 5 | 1 | | 11/06/08 | 11/12/08 |

C.H. NUMBER

IDENTIFICATION NO.

CONTRA PARTY

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 152 | 002824100 | ABBOTT LABORATORIES | 8306.72 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 8300.72 | 6.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 60753 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

C.H. NUMBER

CONTRA PARTY

IDENTIFICATION NO.

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK                    NY 10022

SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 288 | 742718109 | PROCTER & GAMBLE CO | 18466.04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 18455.04 | 11.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

JK17

CONFIRMATION (Please see reverse for further details.)

Claim    Pg 30 of 56



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 61255 | | 5 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 104 | 031162100 | AMGEN INC | | 6156.64 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 6152.64 | 4.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

JK/8

CONFIRMATION *(Please see reverse for further details.)*



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 65079 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| SLD | 200 | 718172109 | PHILLIPS MORRIS INTERNATIONAL | | | | 8728.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 8720.00 | 8.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:

FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA. | ACCOUNT NUMBER | D/R | TRANS. NO. | | CODES | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0052-3 | D | 65581 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.        CONTRA PARTY        C.H. NUMBER        SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG T/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
| SLD | 480 | 060505104 | BANK OF AMERICA | | 10382.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 21.590 | 10363.20 | 19.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue,
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 69405 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 160 | 747525103 | QUALCOMM INC | | 5409.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 5403.20 | 6.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse for further details)*

JK21



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 69907 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|---|
| SLD | 520 | | 172967101 | CITI GROUP INC |

| | PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 12.510 | 6505.20 | 20.00 | | | | | 6525.20 |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

JK22



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 73731 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

CONTRA PARTY

C.H. NUMBER

IDENTIFICATION NO.

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 120 | 806857108 | SCHLUMBERGER LTD | 5941.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 5937.60 | 4.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

TR 24

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 74233 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 288 | 20030N101 | COMCAST CORP CL A | 4765.88 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.510 | 4754.88 | 11.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

JK25

**BERNARD L. MADOFF**
MADF  INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0052-3 | D | 78057 | | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.                CONTRA PARTY                C.H. NUMBER        SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK        NY 10022

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| WE | 568 | 00206R102 | AT&T INC | | 15358.00 |
| SLD | | | | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27.000 | 15336.00 | 22.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

TK26

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:

FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 78559 | | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK           NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 144 | 20825C104 | CONOCOPHILLIPS | 7566.44 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 7561.44 | 5.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**CONFIRMATION** (Please see reverse for further details.)

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | CODES | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0846 | | 1-K0052-3 | D | 82383 | 5 | 1 | | 11/06/08 | 11/12/08 |

C.H. NUMBER

IDENTIFICATION NO.

CONTRA PARTY

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 96 | 911312106 | UNITED PARCEL SVC INC CLASS B | 4998.84 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 52.040 | 4995.84 | 3.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

JK27



JR-28

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0046 | | 1-K0052-3 | D | 82885 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.                      C.H. NUMBER

CONTRA PARTY

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 584 | 17275R102 | CISCO SYSTEMS INC | | 9793.32 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 9770.32 | 23.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

JR 29

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 86709 | 5 | 1 | | 11/06/08 | 11/12/08 |

CONTRA PARTY

C.H. NUMBER

IDENTIFICATION NO.

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 168 | 902973304 | U S BANCORP | | 4967.04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 4961.04 | 6.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 87211 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK            NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 200 | 166764100 | CHEVRON CORP | 14694.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 14686.00 | 8.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

JK30

CONFIRMATION  (Please see reverse for further details.)



CONFIRMATION (Please see reverse for further details.)

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 91035 | 5 | 1 | | 11/06/08 | 11/12/08 |

CONTRA PARTY

C.H. NUMBER

IDENTIFICATION NO.

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG T/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 96 | 913017109 | UNITED TECHNOLOGIES CORP | | 5106.36 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 5103.36 | 3.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

JK31

CONFIRMATION (Please see reverse for further details.)



**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 91537 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO. | CONTRA PARTY | | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK           NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,016 | 369604103 | GENERAL ELECTRIC CO | 19984.08 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.630 | 19944.08 | 40.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

JK32

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
**MDF** INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | SETTLEMENT DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0646 | | 1-K0052-3 | D | 95361 | 5 | 1 | | 11/12/08 |

CODES
TRADE DATE 11/06/08

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

CONTRA PARTY

IDENTIFICATION NO.

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK        NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 272 | 92343V104 | VERIZON COMMUNICATIONS | 8281.52 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 30.410 | 8271.52 | 10.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

JK33

CONFIRMATION *[Please see reverse for further details.]*



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | | CODES | | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 95863 | | TR 5 | CAP 1 | | | 11/06/08 | 11/12/08 |

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| SLD | 24 | 38259P508 | GOOGLE | | | | | 8097.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 8097.60 | | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

TK34

CONFIRMATION (Please see reverse for further details.)



## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | D | 99687 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.         CONTRA PARTY         C.H. NUMBER         SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK           NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 336 | 9497461101 | WELLS FARGO & CO NEW | | 10025.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 10012.80 | 13.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

JK35



JR3b

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-3 | R | 22298 | CODES | 5 | 1 | | 11/10/08 | 11/12/08 |

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

IDENTIFICATION NO.

CONTRA PARTY

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|
| 350,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009 | 2/12/2009 | 349776.00 |

| | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| WE | | 76.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | | CODES | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0052-3 | D | 56749 | 5 | 1 | 1 | 11/19/08 | 11/19/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
| SLD | 25,000 | 912795K91 | U S TREASURY BILL DUE 03/26/2009  Y.T.M. .21% 3/26/2009 | | 24981.50 |

| PRICE | PRINCIPAL | COMMISSION | INTEREST | STATE TAX | FEE | MISC. |
| 99.926 | 24981.50 | | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

JK37

CONFIRMATION (Please see reverse for further details.)

MADF | **BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

385 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

**MEMBER:**
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-4 | R | 43449 | 8 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO. | CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK        NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 8 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 12632.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.800 | 12640.00 | 8.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

JK38

CONFIRMATION (Please see reverse for further details.)

TR 39

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
MADF | New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-4 | D | 47775 | 8 | 1 | | 11/06/08 | 11/12/08 |

CODES

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK              NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 8 | 78379ONJ1 | S & P 100 INDEX NOVEMBER 450 PUT | | 14248.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.800 | 14240.00 | 8.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

JK 40



**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED V.A. | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-4 | R | 33879 | 8 | 1 | | 11/14/08 | 11/19/08 |

CODES (TR CAP SETT)

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK    NY 10022

| | QUANTITY | | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | 20792.00 |
| WE | 8 | | 78379OLFF | S & P 100 INDEX | | |
| BOT | | | | DECEMBER 430 CALL | | |

SPECIAL DELIVERY INSTRUCTIONS

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.000 | 20800.00 | 8.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



JK 41

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-4 | D | 38204 | | 8 | 1 | | 11/14/08 | 11/19/08 |

CODES

C.H. NUMBER

CONTRA PARTY

IDENTIFICATION NO.

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK        NY 10022

SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 8 | | 783790XD4 | S & P 100 INDEX | 24008.00 |
| | | | | DECEMBER 420 PUT | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.000 | 24000.00 | 8.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



TR42

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-4 | D | 42529 | | 8 | 1 | | 11/14/08 | 11/19/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK        NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 8 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 2408.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 3.000 | 2400.00 | 8.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



JR43

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0052-4 | R | 46854 | 8 | 1 | | 11/14/08 | 11/19/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
JEFFREY KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| W/E | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| BOT | 8 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | | | | | 29592.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 29600.00 | 8.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

KONIGSBERG
400 EAST 55th ST. # 7C
NEW YORK, NY 10022

7008 2810 0001 2867 2541

IRVING PICARD ESQ.
TRUSTEE FOR BERNARD MADOFF INVESTMENT
CLAIMS PROCESSING CENTER
2100 MCKINNEY AVENUE, STE 800
DALLAS, TX 75201