EXHIBIT B

## CUSTOMER CLAIM

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York
Claim Number:

007933

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

**RECEIVED**

MAR 1 8 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME:_____

Taxpayer I.D. Number (Social Security No.)

Account Number:    1K0053
GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK, NY  10022

(If incorrect, please change)

**NOTE:**    **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

*********************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
    a.    The Broker owes me a Credit (Cr.) Balance of        $_____-0-_____
    b.    I owe the Broker a Debit (Dr.) Balance of        $_____-0-_____

502180406                                    1

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                           $_____

d.    If balance is zero, insert "None."                    _NoNE_____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _see statement attached – $1,682,333 90_ ✓ | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|     |                                                                                                                                                                 | YES | NO  |
| --- | --------------------------------------------------------------------------------------------------------------------------------------------------------------- | --- | --- |
| 3.  | Has there been any change in your account since December 11, 2008? If so, please explain.                                                                        |     | ✓   |
| 4.  | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker?                                                   |     | ✓   |
| 5.  | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |     | ✓   |
| 6.  | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |     | ✓   |
| 7.  | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |     | ✓   |
| 8.  | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |     | ✓   |

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.                    _____

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:  _Jeffrey Wine CPA_
        _Po Box 133, Red Bank, NJ 07701_

If you cannot compute the amount of your claim, you may file an estimated claim.  In that case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____    Signature X_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet.  If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Gloria Konigsberg
400 East 55th Street #7C
New York, NY 10022

February 20, 2009

Dear Sirs:

Attached please find the claim forms and supporting documentation relative to my accounts with Bernard Madoff.

Please be advised of the following:

The Customer expressly reserves their right to modify, amend or supplement this Customer Claim at any time and in any respect. By executing and filing this Customer Claim, the Customer does not waive any right with respect to any claim he or she has or may have against the Debtor or any other person.

The Customer submits itself to the jurisdiction of the United States Bankruptcy Court for the Southern District of New York solely for the purpose of the resolution of the claims set forth herein. The Customer objects to the exercise of jurisdiction by the Bankruptcy Court over the Customer or over any cases or controversies concerning the Customer for any other purpose. The Customer demands trial by jury on all issues so triable.

Please advised of any further information you may need with regard to the above.

Very truly yours,

Gloria Konigsberg



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK NY 10022

PERIOD ENDING 11/30/08    PAGE 1

YOUR TAX PAYER IDENTIFICATION NUMBER ********

YOUR ACCOUNT NUMBER 1-K0053-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN# | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED / CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 91,709-61 |
| 01/12 | 1,050 | | 191 | HEWLETT PACKARD CO | 34,900 | 36,687-00 |
| 11/12 | 910 | | 4015 | WAL-MART STORES INC | 55,830 | 50,841-30 |
| 11/12 | 595 | | 4517 | INTERNATIONAL BUSINESS MACHS | 87,270 | 51,940-65 |
| 11/12 | 2,205 | | 8341 | EXXON MOBIL CORP | 72,880 | 160,788-40 |
| 11/12 | 2,415 | | 8843 | INTEL CORP | 14,510 | 35,137-65 |
| 11/12 | 1,155 | | 13169 | JOHNSON & JOHNSON | 59,580 | 68,860-90 |
| 11/12 | 1,575 | | 017494 | J.P. MORGAN CHASE & CO | 38,530 | 60,747-75 |
| 11/12 | 840 | | 21820 | COCA COLA CO | 44,660 | 37,547-40 |
| 11/12 | 490 | | 026145 | MCDONALDS CORP | 55,370 | 27,150-30 |
| 11/12 | 910 | | 030472 | MERCK & CO | 28,550 | 26,016-50 |
| 11/12 | 3,325 | | 034798 | MICROSOFT CORP | 21,810 | 72,651-25 |
| 11/12 | 1,680 | | 039124 | ORACLE CORPORATION | 17,300 | 29,131-00 |
| 11/12 | 965 | | 052102 | PEPSICO INC | 56,410 | 37,538-65 |
| 11/12 | 385 | | 052664 | APPLE INC | 100,780 | 38,815-30 |
| 11/12 | 2,835 | | 056428 | PFIZER INC | 16,940 | 48,137-90 |
| 11/12 | 665 | | 056930 | ABBOTT LABORATORIES | 54,610 | 36,351-65 |
| 11/12 | 1,200 | | 060755 | PROCTER & GAMBLE CO | 54,080 | 80,790-80 |
| 11/12 | 455 | | 061256 | AMGEN INC | 59,160 | 26,935-30 |
| 11/12 | 875 | | 065080 | PHILLIP MORRIS INTERNATIONAL | 43,600 | 38,105-00 |
| 11/12 | 2,100 | | 65582 | BANK OF AMERICA | 21,590 | 45,623-00 |
| 11/12 | 700 | | 069606 | QUAL COMM INC | 33,770 | 23,657-00 |
| 11/12 | 2,275 | | 69908 | CITI GROUP INC | 12,510 | 28,657-25 |
| 11/12 | 525 | | 073732 | SCHLUMBERGER LTD | 49,480 | 25,998-00 |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG

400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| | PAGE | 2 |
| PERIOD ENDING | 11/30/08 |
| YOUR ACCOUNT NUMBER | 1-K0053-3-0 |
| YOUR TAX YEAR IDENTIFICATION NUMBER | ******** |

| DATE | BOUGHT RECEIVED OR IN | SOLD DELIVERED OR OUT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,260 | | (E) 74234 | COMCAST CORP | 16.510 | | 20,852.60 |
| | | | | CL A | | | |
| 11/12 | | 2,485 | (F) 78058 | AT&T INC | 27.510 | 67,194.00 | |
| 11/12 | | 630 | 78560 | CONOCOPHILLIPS INC | 52.510 | 33,106.30 | |
| 11/12 | | 420 | 82384 | UNITED PARCEL SVC INC | 52.040 | 21,872.80 | |
| | | | | CLASS B | | | |
| 11/12 | 2,555 | | (B) 82886 | CISCO SYSTEMS INC | 16.730 | 42,847.15 | |
| 11/12 | 735 | | 86710 | U S BANCORP | 29.530 | 21,733.55 | |
| 11/12 | 875 | | (A) 87212 | CHEVRON CORP | 73.430 | 64,286.25 | |
| 11/12 | 420 | | (G) 91036 | UNITED TECHNOLOGIES CORP | 53.160 | 22,343.20 | |
| 11/20 | 4,445 | | (H) 91538 | GENERAL ELECTRIC CO | 19.630 | 87,432.35 | |
| 11/12 | 1,190 | | 95362 | VERIZON COMMUNICATIONS | 30.410 | 36,234.90 | |
| 11/12 | 105 | | 95864 | GOOGLE | 337.400 | 35,431.00 | |
| 11/12 | 1,470 | | (H) 99688 | WELLS FARGO & CO NEW | 29.800 | 43,864.00 | |
| 11/12 | | 1,575,000 | 22299 | U S TREASURY BILL DUE 2/12/2009 | 99.996 | | 1,574,992.00 |
| | | | | 2/12/2009 | | | |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 65.49 |
| 11/12 | 53,476 | | 17399 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 53,476.00 |
| 11/12 | 35,373 | | 26758 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 35,373.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 4.34 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG

400 EAST 55TH STREET APT# 7C
NEW YORK          NY  10022

PERIOD ENDING **11/30/08**    PAGE **3**

YOUR ACCOUNT NUMBER **1-K0053-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **********

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 35,373 | 52183 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 35,373.00 |
| 11/19 | 125,000 | | 56750 | U.S. TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 124,907.50 | |
| 11/19 | 15,330 | | 61222 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 15,330.00 | |
| | | | | NEW BALANCE | | 189,499.63 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 2,485 | | | AT&T INC | 28.560 | | |
| | 665 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 655 | | | AMGEN INC | 52.540 | | |
| | 385 | | | APPLE INC | 92.670 | | |
| | 2,100 | | | BANK OF AMERICA | 15.250 | | |
| | 875 | | | CHEVRON CORP | 79.010 | | |
| | 2,555 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 2,275 | | | CITIGROUP INC | 8.290 | | |
| | 840 | | | COCA-COLA CO | 46.870 | | |
| | 1,260 | | | COMCAST CORP CL A | 17.340 | | |
| | 630 | | | CONOCOPHILLIPS | 52.520 | | |
| | 2,205 | | | EXXON MOBIL CORP | 80.150 | | |
| | 4,445 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG

400 EAST 55TH STREET    APT# 7C
NEW YORK    NY    10022

PERIOD ENDING  11/30/08      PAGE  4

YOUR ACCOUNT NUMBER  1-K0053-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER  *******

| DATE | BOUGHT Received on Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 105 | | | GOOGLE | 292.960 | | |
| | 1,050 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 415 | | | INTEL CORP | 13.800 | | |
| | 1,595 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 1,575 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,490 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 930 | | | MCDONALDS CORP | 58.750 | | |
| | | | | MERCK & CO | 26.120 | | |
| | 3,325 | | | MICROSOFT CORP | 20.220 | | |
| | 1,680 | | | ORACLE CORPORATION | 16.090 | | |
| | 2,835 | | | PEPSICO INC | 56.700 | | |
| | | | | PFIZER INC | 16.430 | | |
| | 875 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,260 | | | PROCTER & GAMBLE CO | 64.250 | | |
| | 500 | | | QUALCOMM INC | 33.270 | | |
| | 525 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 15,330 | | | FIDELITY SPARTAN U.S TREASURY MONEY MARKET | 1 | | |
| | 135 | | | UNITED PARCEL SVC INC | 55.960 | | |
| | 420 | | | CLASS B | 57.500 | | |
| | 125,000 | | | U.S TREASURY BILL DUE 05/26/2009 | 99.971 | | |
| | 420 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF | BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 5

PERIOD ENDING 11/30/08

YOUR TAXPAYER IDENTIFICATION NUMBER ********

YOUR ACCOUNT NUMBER 1-K0053-3-0

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK      NY 10022

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,190 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 930 | | | WAL-MART STORES, INC. | 55.880 | | |
| | 1,420 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG              SHORT | | | |
| | | | | 1,682,333.90 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**MADF** | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG

400 EAST 55TH STREET APT# 7C
NEW YORK    NY  10022

| PAGE | 6 |
| PERIOD ENDING | 11/30/08 |
| YOUR ACCOUNT NUMBER | 1-K0053-3-0 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | ******** |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 10,589-05 |
| | | | | GROSS PROCEEDS FROM SALES | | | 8,754,592 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ********

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK NY 10022

YOUR ACCOUNT NUMBER 1-K0053-4-0

| DATE | BOUGHT Received on Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 91,710.00 |
| 11/12 | | 35 | 33459 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 55,265.00 |
| 11/12 | 35 | | 47776 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 62,335.00 | |
| 11/19 | | 35 | 33880 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 90,965.00 |
| 11/19 | 35 | | 38205 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 105,035.00 | |
| 11/19 | | 35 | 25730 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | | 10,535.00 |
| 11/19 | 35 | | 46855 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | 129,465.00 | |
| | | | | NEW BALANCE | | | 389,500.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 35 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 35 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 54,750.00 | | | |
| | | | | SHORT 81,550.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0053-3 | D | 13169 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.       CONTRA/PARTY                      C.H. NUMBER        SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK         NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 1,155 | 478160104 | JOHNSON & JOHNSON | 68860.90 |

| | PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | |
| | 59.580 | 68814.90 | 45.00 | | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 17494 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET  APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,575 | 46625H100 | J.P. MORGAN CHASE & CO | 60747.75 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 60684.75 | 63.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 26146 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG T/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 490 | 580135101 | MCDONALDS CORP | 27150.30 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 27131.30 | 19.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange





**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | TR | CAP | SETT | | |
| **0646** | | **1-K0053-3** | **D** | **30472** | | **5** | **1** | | **11/06/08** | **11/12/08** |

IDENTIFICATION NO.                    CONTRA PARTY                    C.H. NUMBER                    SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| **SLD** | **910** | **589331107** | **MERCK & CO** | **26016.50** |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| **28.550** | **25980.50** | **36.00** | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0053-3 | D | 34798 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

IDENTIFICATION NO.

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK       NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 3,325 | 594918104 | MICROSOFT CORP | 72651.25 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 21.810 | 72518.25 | 133.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 39124 | | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | | SECURITY DESCRIPTION | | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| SLD | 1,680 | 68389X105 | | ORACLE CORPORATION | | | | 29131.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 29064.00 | 67.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | | CODES | | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0053-3 | D | 52102 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK                NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
| SLD | 665 | 713448108 | PEPSICO INC | | 37538.65 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 56.410 | 37512.65 | 26.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

17ス

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 56428 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.      CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK        NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 2,835 | 717081103 | PFIZER INC | | 48137.90 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.940 | 48024.90 | 113.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

(H)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0846 | | 1-K0053-3 | D | 65080 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET  APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
| SLD | 875 | 718172109 | PHILLIP MORRIS INTERNATIONAL | | 38185.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 43.600 | 38150.00 | 35.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**MADF** | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-KO053-3 | D | 60754 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK     NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,260 | 742718109 | PROCTER & GAMBLE CO | 80790.86 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 80740.80 | 50.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 69406 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK     NY 10022

| WE | QUANTITY | CUSIP NUMBER | | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| SLD | 700 | 747525103 | | QUALCOMM INC | | | 23667.006 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 23639.00 | 28.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

17-1

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 73732 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK                    NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 525 | 806857108 | SCHLUMBERGER LTD | 25998.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 25977.00 | 21.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 86710 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO. CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 735 | 902973304 | U S BANCORP | | 21733.55 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 21704.55 | 29.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 82384 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 420 | 911312106 | UNITED PARCEL SVC INC CLASS B | 21872.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 21856.80 | 16.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

FINRA   NSX   SIPC   NSCC   DTC   MEMBER:

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0053-3 | D | 91036 | 5 | 1 | | 11/06/08 | 11/12/08 |

CONTRA PARTY

IDENTIFICATION NO.                    C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK        NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 420 | 913017109 | UNITED TECHNOLOGIES CORP | 22343.206 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 53.160 | 22327.20 | 16.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 95362 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.            CONTRA PARTY            C.H. NUMBER            SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 1,190 | 92343V104 | VERIZON COMMUNICATIONS | | | 36234.90 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 36187.90 | 47.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 04015 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

IDENTIFICATION NO.

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK           NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 910 | 931142103 | WAL-MART STORES INC | 50841.30 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.830 | 50805.30 | 36.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 99688 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,470 | 949746101 | WELLS FARGO & CO NEW | 43864.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 43806.00 | 58.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

(S)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0053-4 | R | 43450 | 8 | 1 | | 11/06/08 | 11/12/08 |

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

CONTRA PARTY

IDENTIFICATION NO.

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET  APT# 7C
NEW YORK              NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| BOT | 35 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 55265.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 15.800 | 55300.00 | 35.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-K0053-4 | D | 47776 | 8 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.          CONTRA PARTY                           C.H. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R. KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 35 | 783790MJ1 | | S & P 100 INDEX NOVEMBER 450 PUT | | 62335.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.800 | 62300.00 | 35.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED / VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 78058 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK      NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| SLD | 2,485 | 00206R102 | AT&T INC | | | | 67194.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | |
|---|---|---|---|---|---|---|---|
| 27.000 | 67095.00 | 99.00 | | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 56930 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R. KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 665 | 002824100 | ABBOTT LABORATORIES | 36341.65 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 36315.65 | 26.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 61256 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK         NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 455 | 031162100 | AMGEN INC | 26935.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 26917.80 | 18.00 | | | | |

**Affiliated with**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES |  |  | C.H. NUMBER | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | TR | CAP | SETT |  |  |  |
| 0646 |  | 1-K0053-3 | D | 52604 | 5 | 1 |  |  | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.          CONTRA PARTY

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK        NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 385 | 037833100 | APPLE INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 100.780 | 38800.30 | 15.00 |  |  |  |  | 38815.30 |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 65582 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

GLORIA KONIGSBERG I/T/F
STEPHEN R. KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,100 | 060505104 | BANK OF AMERICA | 45423.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.590 | 45339.00 | 84.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:

FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 87212 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK        NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 875 | 166764100 | CHEVRON CORP | | 64286.25 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 64251.25 | 35.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**MADF BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 82886 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

C.H. NUMBER

CONTRA PARTY

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,555 | 17275R102 | CISCO SYSTEMS INC | 42847.15 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 42745.15 | 102.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:

FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | YR | CAP | SETT | | |
| 0646 | | 1-K0053-3 | D | 69908 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | | CONTRA PARTY | | C.H. NUMBER | | | | SPECIAL DELIVERY INSTRUCTIONS | |

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
| SLD | 2,275 | 172967101 | CITI GROUP INC | | 28551.25 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 12.510 | 28460.25 | 91.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:

FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES |  |  | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | TR | CAP | SETT |  |  |
| 0646 |  | 1-K0053-3 | D | 21820 | 5 | 1 |  | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.    CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R. KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK    NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 840 | 191216100 | COCA COLA CO | 37547.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 44.660 | 37514.40 | 33.00 |  |  |  |  |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 74234 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.                    CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK                      NY 10022

| WE | QUANTITY | CUSIP NUMBER | | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 1,260 | 20030N101 | | COMCAST CORP | | 20852.60 |
| | | | | CL A | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.510 | 20802.60 | 50.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York ☐ London**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| **0646** | | 1-K0053-3 | D | 78560 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 630 | 20825C104 | CONOCOPHILIPS | 33106.30 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 33081.30 | 25.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
MADF  INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 08341 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.
CONTRA PARTY
C.H. NUMBER
SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK     NY 10022

| WE | QUANTITY | CUSIP NUMBER | | SECURITY DESCRIPTION | | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| SLD | 2,205 | 30231G102 | | EXXON MOBIL CORP | | | | 160788.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.880 | 160700.40 | 88.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0053-3 | D | 91538 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R. KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK    NY 10022

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
| --- | --- | --- | --- | --- | --- |
| WE | | 369604103 | GENERAL ELECTRIC CO | | 87432.35 |
| SLD | 4,445 | | | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 19.630 | 87255.35 | 177.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 95864 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK        NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 105 | 38259P508 | GOOGLE | | 35431.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 35427.00 | 4.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
MADF  INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 00191 | | | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET  APT# 7C
NEW YORK         NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,050 | 428236103 | HEWLETT PACKARD CO | 36687.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.900 | 36645.00 | 42.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 08843 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| WE | 2,415 | 458140100 | INTEL CORP |
| SLD | | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 14.510 | 35041.65 | 96.00 | | | | | 35137.65 |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

K1



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. |
|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 04517 |

CODES
| TR | CAP | SETT |
|---|---|---|
| 5 | 1 | 1 |

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET  APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 595 | 459200101 | INTERNATIONAL BUSINESS MACHS | 51948.65 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 51925.65 | 23.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-4 | D | 38205 | 8 | 1 | | 11/14/08 | 11/19/08 |

CODES

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

CONTRA PARTY

IDENTIFICATION NO.

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK        NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 35 | 783790XD4 | S & P 100 INDEX DECEMBER 420 PUT | 105035.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.000 | 105000.00 | 35.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

(M₁)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

FINRA   NSX   SIPC   NSCC   DTC   MEMBER:

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | C.H. NUMBER | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-4 | R | 46855 | 8 | 1 | | | 11/14/08 | 11/19/08 |

CONTRA/PARTY

IDENTIFICATION NO.

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 35 | 78379QWJ1 | S & P 100 INDEX<br>NOVEMBER 450 PUT | 129465.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 129500.00 | 35.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0053-4 | R | 33880 | 8 | 1 | | 11/14/08 | 11/19/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 35 | 783790LFF | S & P 100 INDEX DECEMBER 430 CALL | 90965.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.000 | 91000.00 | 35.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-4 | D | 42530 | 8 | 1 | 1 | 11/14/08 | 11/19/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 35 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 10535.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 3.000 | 10500.00 | 35.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | R | 22299 | 5 | 1 | | 11/10/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK          NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 1,575,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009 | 1573992.00 |

2/12/2009

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.936 | 1573992.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0053-3 | D | 56750 | 5 | 1 | 1 | 11/19/08 | 11/19/08 |

IDENTIFICATION NO.                    CONTRA PARTY

CODES

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

GLORIA KONIGSBERG I/T/F
STEPHEN R KONIGSBERG
400 EAST 55TH STREET APT# 7C
NEW YORK        NY 10022

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 125,000 | 912795K91 | U S TREASURY BILL<br>DUE 03/26/2009  Y.T.M. .21%<br>3/26/2009 | 124907.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.926 | 124907.50 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange