# EXHIBIT A
## Financial Assets

The BLMIS estate has positions in the following entities:

Hilite International, Inc.
McKenchnie Aerospace DE, Inc.
Electrical Components International, Inc.
Alpha Media Group Holdings Inc.
Caprock Holdings, Inc.
Panavision Inc.
Coach America Holdings, Inc.
Advanced Glass
Bankruptcy Management Services
Compucom Systems
Fairpoint Communications
Rare Restaurant Group
NewPage Corporation
Paetec
SGS International
Spansion Inc.
U.S. Investigative Services
True Temper Sports
West Corp.
Abtech Industries, Inc.
BMS Holdings
Dana Corporation
Elinear Inc.
Enbridge Energy Management LLC
Five Star Quality Care Inc.
Flyi Inc.
First Horizon
Kinder Morgan Management
Mossimo Inc.
NTR Acquisition Co.
National Penn BancShares Inc.
Pharmaceutical HOLDRs Trust
Regional Bank HOLDRs Trust
Retail HOLDRs Trust
Ramp Corporation
Senior Housing Properties
Tee-Comm Electronics Inc.
Vast Solutions Inc.
Visteon Corp.
Zweig Total Return Fund Inc.

300101745