IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-01789<br><br>**Case No.**<br><br><br><br>**Claim No.: 7048** |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, MARTIN ROSE, IN THE ALLOWED AMOUNT OF $1,560,000.00, TO C.V.I G.V.F. (LUX) MASTER S.A.R.L.

**To Transferor:**     Martin Rose
1350 Club Drive
Hewlett Harbor, NY  11557

PLEASE TAKE NOTICE that the transfer of $1,560,000.00 of the above-captioned allowed general unsecured claim has been transferred to:

**Transferee:**     C.V.I G.V.F. (Lux) Master S.a.r.l.
c/o CarVal Investors, LLC
Attn: Teri Salberg
12700 Whitewater Drive, MS 144
Minnetonka, MN 55343

The evidence of transfer of claim is attached hereto.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2010.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| Bernard L. Madoff Investment Securities, LLC<br>Debtor | Case No. 08-01789 (BRL) |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Martin Rosen ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Allowed Amount | Claim No. |
|---|---|
| $1,560,000.00 | 007048 |

have been transferred and assigned to CVI GVF (Lux) Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE:  CVI GVF (Lux) Master S.a.r.l.
Address:   c/o CarVal Investors, LLC
           12700 Whitewater Drive
           Minnetonka, MN 55343

By:        CarVal Investors, LLC, its
           Attorney-in-Fact

Signature: *Brett Stenberg*
Name:      **Brett Stenberg**
Title:     **Authorized Signer**
Date:

ASSIGNOR: Martin Rosen
Address:  1305 Club Drive
          Hewlett Harbor, New York 11557

Signature: [signature]
Name:      Martin Rosen
Title:
Date:      9/28/10

Sworn to before me
this 28th day of
September, 2010.

[signature]

MARGARET A. DEMARINO
Notary Public, State of New York
No. 01DE4888789
Qualified in Nassau County
Commission expires April 6, 2011