BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE
## *PRO HAC VICE* OF JESSIE GABRIEL

I, Jessie Gabriel, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to

represent Irving H. Picard, trustee for the SIPA Liquidation of Bernard L. Madoff Investment

Securities LLC in the above-referenced matter and in any related adversary proceedings.

I certify that I am a member in good standing of the bar in the State of New York, the

300103537

State of Ohio, the U.S. Court of Appeals for the Sixth Circuit, and the U.S. District Court for the Southern District of Ohio.

Applicant has submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: New York, New York
       October 1, 2010

                                                              *s/Jessie Gabriel*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
(212) 589-4200 / Fax (212) 589-4201
Jessie Gabriel
Email: jgabriel@bakerlaw.com

*Attorneys for Defendant Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*