BAKER & HOSTETLER LLP

45 Rockefeller Plaza

New York, New York 10111

Telephone: (212) 589-4200

Facsimile: (212) 589-4201

David J. Sheehan

Email: dsheehan@bakerlaw.com

Marc E. Hirschfield

Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

## ORDER GRANTING ADMISSION TO PRACTICE,
## *PRO HAC VICE* OF JESSIE GABRIEL

Upon the motion of Jessie Gabriel, to be admitted, *pro hac vice*, to represent Irving H.

Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment

Securities LLC and Bernard L. Madoff individually (the "Client"), in the above-referenced

matter and in any related adversary proceedings, and upon the movant's certification that the

movant is a member in good standing of the bar in the State of New York, the State of Ohio, the

U.S. Court of Appeals for the Sixth Circuit, and the U.S. District Court for the Southern District

of Ohio, it is herby

**ORDERED**, that Jessie Gabriel, Esq., is admitted to practice, *pro hac vice*, in the above-

referenced matter and in any related adversary proceedings, to represent the Client, in the United

States Bankruptcy Court for the Southern District of New York, provided that the filing fee has

been paid.

Dated: New York, New York
      October____, 2010

_____
Honorable Burton L. Lifland
United States Bankruptcy Judge

300103538