September 28, 2010

Clerk of the United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004-1408



Jill MN Buchholz
77 Shirley Street
Pepperell, MA 01463

To whom it may concern,

I am resubmitting these forms as requested. I originally sent them in January 2010, but while away this summer received a second request. I am sending them again as assurance that you receive my request before the October 22nd meeting.

I was away all summer and then moved my daughter from Massachusetts to college in Ohio. After that I moved my parents from their home of 43 years across the state of Michigan to Senior housing. That is why I was unable to respond before this time.

Hopefully you have everything you need from me to proceed forward.

Thank you,

Jill MN Buchholz

Hearing Date: October 19, 2010
Hearing Time: 10:00 AM (EST)



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | **Bankruptcy Case No. 08-01789 (BRL)**<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

### MEMORANDUM IN OPPOSITION TO TRUSTEE'S MOTION TO AFFIRM TRUSTEE'S DETERMINATION DENYING CLAIMS OF CLAIMANTS WITHOUT BLMIS ACCOUNTS IN THEIR NAMES, NAMELY, INVESTORS IN FEEDER FUNDS

Pursuant to the Court's Order dated April 13, 2010 (the "Order" [docket no. 2205]), Jill M N Buchholz 2004 Family Trust hereby submits this Opposition to the Trustee's Motion For An Order to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds [docket no. 2416], and the

memoranda filed by the Trustee and by SIPC in support of the same [docket nos. 2411 and 2414, respectively].

Jill M N Buchholz 2004 Family Trust is an "Objecting Claimant" as defined in the Order. Jill M N Buchholz 2004 Family Trust filed an objection to the Trustee's denial of its claim on the basis that Jill M N Buchholz 2004 Family Trust did not have an account at BLMIS (the "Objection" [docket no. 1302]). The Objection, along with its exhibits (including Jill M N Buchholz 2004 Family Trust customer claim), is attached hereto as **Exhibit 1**.

The Trustee's determination that [Jill M N Buchholz 2004 Family Trust] is not a "customer" under SIPC because it did not have an account in its name at BLMIS is wrong for the reasons set forth in Jill M N Buchholz 2004 Family Trust Objection. In the interest of preserving judicial resources, Jill M N Buchholz 2004 Family Trust hereby incorporates by reference as if fully restated herein the arguments set forth in the Objection as to why Jill M N Buchholz 2004 Family Trust should be treated as a customer under SIPA. Jill M N Buchholz 2004 Family Trust also hereby joins and incorporates by reference as if fully restated herein the arguments and authority cited in the objections and oppositions filed on behalf of all similarly situated Objecting Claimants as to why the Trustee's determination on the customer issue is wrong.

Dated: July 12, 2010

*Jill M N Buchholz*

Jill M N Buchholz ( Trustee )

-2-