REDACTED

## TRANSACTION DETAIL

ROBERT M. ROSENTHAL TRUST CUST. #1*

FOR THE PERIOD 01/01/98 - 12/31/98    PAGE 35

| DATE | DESCRIPTION | INCOME | PRINCIPAL | INVESTMENTS |
|---|---|---|---|---|
| 04/30/98 | PURCHASED 200 SHARES 200 SHARES AT $0.625 | | 138.69- | 138.69 |
| | TOTAL FOR ASSET | | 15,111.25- | |
| | TOTAL PURCHASES | | 11,119,962.71- | 11,119,962.71 |
| | OTHER DISBURSEMENTS | | | |
| 03/27/98 | CASH DISBURSEMENT PAID TO   WIRE TRANSFER DIST-PAYMENT FOR BENEFICIARY BERNARD MADOFF INVESTMENT SECURITES A/C#1R010830 | | 4,000,000.00- | |
| 04/16/98 | CASH DISBURSEMENT PAID TO   DEPOSIT-BANK ACCOUNT DIST-PAYMENT FOR BENEFICIARY TRANSFER TO FVB C/A# 3494-2033 | | 1,809,814.00- | |
| 06/10/98 | CASH DISBURSEMENT PAID TO   DEPOSIT-BANK ACCOUNT DIST-PAYMENT FOR BENEFICIARY TRANSFER TO FVB C/A# 3831-4967 | | 100,000.00- | |
| 06/17/98 | CASH DISBURSEMENT PAID TO   DEPOSIT-BANK ACCOUNT DIST-PAYMENT TO BENEFICIARY CREDIT FVB C/A #3831-4967 PER REQUEST 6/16/98 | | 100,000.00- | |

(D)
FIRST VIRGINIA BANK
C/O NORTHERN OPERATIONS CENTER, INC.
PO BOX 88
FALLS CHURCH, VA 22040-0088

Sl 3

40

48

**STATEMENT CLOSING DATE**
09-30-98

**ACCOUNT NUMBER** — *MAIN ACCOUNT*

**FOR INFORMATION ABOUT YOUR ACCOUNT, PLEASE CALL THIS NUMBER:**
703-241-3240

**TAX I.D. NUMBER**

REDACTED

ROBERT M ROSENTHAL
MARION  ROSENTHAL

PAGE    1

| ACCOUNT TYPE | PREVIOUS BALANCE | ADDITIONS TO ACCOUNT | SUBTRACTIONS FROM ACCOUNT | NEW BALANCE |
|---|---|---|---|---|
| NOW ACCT | 334,854.77 | 1,482,251.52 | 1,529,164.26 | 287,942.03 |

....INTEREST CHECKING/NOW ........

DATE....AMOUNT....DESCRIPTION OF ACTIVITY.....................BALANCE

| DATE | AMOUNT | DESCRIPTION OF ACTIVITY | | BALANCE |
|---|---|---|---|---|
| 08-31 | | PREVIOUS BALANCE | | 334,854.77 |
| 09-01 | 4,456.48- | CHECK 7294 | RF 01527280 | 330,398.29 |
| 09-01 | 9,270.12- | PRE AUTHORIZED PYMT | NATIONSBANC MC MTG PAYMT | 321,128.17 |
| 09-02 | 100.00- | CHECK 7296 | RF 01858935 | 321,028.17 |
| 09-04 | 1,344.30- | CHECK 7299 | RF 01016239 | 319,683.87 |
| 09-04 | 27,000.00- | TELEPHONE TRF DB | TELEPHONE TRANSF | 292,683.87 |
| 09-09 | 2,000.00- | DEBIT ADJUSTMENT | RF 01500089 | 290,683.87 |
| 09-10 | 69,089.88+ | DEPOSIT | RF 01699901 | 359,773.75 |
| 09-10 | 1397,942.10+ | DEPOSIT | RF 01699894 | 1,757,715.85 |
| 09-10 | 200.00- | CHECK 7297 | RF 01641492 | 1,757,515.85 |
| 09-10 | 5,700.00- | DEBIT ADJUSTMENT | RF 01712105 | 1,751,815.85 |
| 09-16 | 60.07- | CHECK 2147 | RF 02740368 | 1,751,755.78 |
| 09-16 | 150.00- | CHECK 2162 | RF 02730430 | 1,751,605.78 |
| 09-16 | 3,500.00- | CHECK 7300 | RF 02619429 | 1,748,105.78 |
| 09-17 | 28.00- | CHECK 7295 | RF 01406669 | 1,748,077.78 |
| 09-17 | 2,282.50- | CHECK 2148 | RF 01447269 | 1,745,795.28 |
| 09-17 | 1400,000.00- | CHECK 2161 | RF 02765842 | 345,795.28 |
| 09-17 | 4.40- | CHECK 2149 | RF 02872322 | 345,790.88 |
| 09-18 | 1,309.75- | CHECK 2145 | RF 01563506 | 344,481.13 |
| 09-21 | 40.00- | CHECK 2156 | RF 01698619 | 344,441.13 |
| 09-21 | 95.00- | CHECK 2153 | RF 01660131 | 344,346.13 |
| 09-21 | 135.00- | CHECK 2158 | RF 02142443 | 344,211.13 |
| 09-21 | 185.00- | CHECK 8665 | RF 01671110 | 344,026.13 |
| 09-22 | 80.00- | CHECK 7102 | RF 02317643 | 343,946.13 |
| 09-22 | 293.57- | CHECK 2165 | RF 01920037 | 343,652.56 |
| 09-22 | 681.56- | CHECK 2168 | RF 01007078 | 342,971.00 |
| 09-22 | 6,000.00- | CHECK 2151 | RF 01932309 | 336,971.00 |
| 09-22 | 8,067.00- | CHECK 2160 | RF 02338911 | 328,904.00 |
| 09-22 | 10,618.16- | CHECK 2163 | RF 02313753 | 318,285.84 |
| 09-23 | 38.51- | CHECK 2169 | RF 02516841 | 318,247.33 |
| 09-23 | 60.26- | CHECK 2157 | RF 02522951 | 318,187.07 |
| 09-23 | 67.53- | CHECK 2164 | RF 02516842 | 318,119.54 |
| 09-23 | 123.59- | CHECK 2159 | RF 02516041 | 317,995.95 |
| 09-23 | 199.16- | CHECK 2167 | RF 02516843 | 317,796.79 |
| 09-23 | 1,304.89- | CHECK 2155 | RF 02528731 | 316,491.90 |
| 09-23 | 2,332.80- | CHECK 8666 | RF 01044705 | 314,159.10 |
| 09-23 | 5,400.00- | CHECK 2150 | RF 02513842 | 308,759.10 |
| 09-24 | 40.00- | CHECK 2152 | RF 02720077 | 308,719.10 |
| 09-24 | 80.00- | CHECK 2172 | RF 02699198 | 308,639.10 |
| 09-25 | 74.03- | CHECK 8668 | RF 02921251 | 308,565.07 |
| 09-25 | 400.00- | CHECK 2172 | RF 02849164 | 308,165.07 |
| 09-25 | 1,303.21- | CHECK 2166 | RF 02877951 | 306,861.86 |
| 09-25 | 2,485.45- | CHECK 2154 | RF 02855638 | 304,376.41 |

NOTICE: SEE REVERSE FOR IMPORTANT INFORMATION

(D)
FIRST VIRGINIA BANK
C/O FIRST VIRGINIA OPERATIONS SVCS, INC          S1 3
PO BOX 88
FALLS CHURCH, VA 22040-0088                      40

| STATEMENT CLOSING DATE |
| --- |
| 04-30-99 |

ACCOUNT NUMBER

REDACTED                                          7

FOR INFORMATION ABOUT YOUR ACCOUNT, PLEASE CALL THIS NUMBER:

| 703-241-3240 |
| --- |

TAX I.D. NUMBER

401

ROBERT M ROSENTHAL
HOUSE ACCOUNT                                     PAGE    1
DOMENICO CONTI/MIKE CHARAPP/DON BAVELY

| ACCOUNT TYPE | PREVIOUS BALANCE | ADDITIONS TO ACCOUNT | SUBTRACTIONS FROM ACCOUNT | NEW BALANCE |
| --- | --- | --- | --- | --- |
| NOW ACCT | 13,904.79 | 1,750,509.07 | 1,563,896.00 | 200,517.86 |

....INTEREST CHECKING/NOW    3494-2033....

DATE.......AMOUNT..DESCRIPTION OF ACTIVITY....................BALANCE

| DATE | AMOUNT | DESCRIPTION OF ACTIVITY | | BALANCE |
| --- | --- | --- | --- | --- |
| 03-31 | | PREVIOUS BALANCE | | 13,904.79 |
| 04-01 | 450,000.00+ | CREDIT ADJUSTMENT | RF 02640156 | 463,904.79 |
| 04-12 | 450,000.00- | CHECK 1885 | RF 01377171 | 13,904.79 |
| 04-12 | 900.00- | CHECK 1883 | RF 02787620 | 13,004.79 |
| 04-12 | 400.00- | CHECK 1882 | RF 02664993 | 12,604.79 |
| 04-15 | 500,000.00+ | CREDIT ADJUSTMENT | RF 01069715 | 512,604.79 |
| 04-16 | 596.00- | CHECK 1881 | RF 02519277 | 512,008.79 |
| 04-16 | 700,000.00+ | AUTOMATIC DEPOSIT | TRUST OPS ACH | 1,212,008.79 |
| 04-16 | 100,000.00+ | AUTOMATIC DEPOSIT | TRUST OPS ACH | 1,312,008.79 |
| 04-28 | 2,000.00- | CHECK 1889 | RF 02955620 | 1,310,008.79 |
| 04-29 | 1105,000.00- | CHECK 1886 | RF 02195773 | 205,008.79 |
| 04-30 | 5,000.00- | CHECK 1888 | RF 02364980 | 200,008.79 |
| 04-30 | 509.07+ | INTEREST PAID | | 200,517.86 |

1999 YEAR TO DATE INTEREST PAID       787.43

ANNUAL PERCENTAGE YIELD EARNED............     0.90%
STATEMENT PERIOD............. 03/31 THROUGH 04/30
NUMBER OF DAYS IN PERIOD.................    30 DAYS
INTEREST EARNED........................... $509.07
BALANCE USED TO CALCULATE THE APY.... $688,200.26

NOTICE: SEE REVERSE FOR IMPORTANT INFORMATION
ARLINGTON VA 22204-4309



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 020 7493 6222

ROBERT M ROSENTHAL
MARION ROSENTHAL J/T WROS

REDACTED

| Date | Bought Received or In | Sold Delivered or Out | TRN | Description | Price or Symbol | Amount Debited to Your Account | Amount Credited to Your Account |
|---|---|---|---|---|---|---|---|
| | | | | | 1-R0108-3-0 | 1/31/01 | 5 |
| 1/23 | | | | CHECK | | | 450,000.00 |
| 1/23 | 450,000 | | 48627 | U S TREASURY BILL DUE 5/17/2001 | CA 98.420 | 442,890.00 | |
| 1/26 | | 3,383 | 46904 | AMERICAN EXPRESS COMPANY | 46 3/4 | | 98,470.00 |
| 1/26 | 100,000 | | 50246 | U S TREASURY BILL DUE 5/17/2001 | 98.470 | 98,470.00 | |
| 1/31 | 20,710 | | 55408 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,710.00 | |
| | | | | NEW BALANCE | | | 96,363.81 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 11,144 | | | AOL TIME WARNER INC | 52.560 | | |
| | 9,410 | | | AT & T CORP | 23.950 | | |
| | 6,112 | | | AMERICAN INTL GROUP INC | 85.020 | | |
| | 1,988 | | | AMGEN INC | 70 5/16 | | |
| | 4,264 | | | BANK OF AMERICA | 53.620 | | |
| | 4,995 | | | BRISTOL MYERS SQUIBB COMPANY | 61.890 | | |
| | 18,735 | | | CISCO SYSTEMS INC | 37 7/16 | | |
| | 13,105 | | | CITI GROUP INC | 55.970 | | |
| | 6,311 | | | COCA COLA CO | 58.____ | | |
| | 5,916 | | | THE WALT DISNEY CO | 30.450 | | |
| | 5,629 | | | EMC CORPORATION MASS | 75.990 | | |
| | | | | CONTINUED ON PAGE 6 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

REDACTED

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

 **BERNARD L. MADOFF**
Investment Securities LLC
New York □ London

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/23/01

450,000.00

CHECK

CLIENT'S ACCOUNT NUMBER

1-R0108-3

ROBERT M ROSENTHAL
MARION ROSENTHAL J/T WROS



**BERNARD L. MADOFF**
**MADF** Investment Securities LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 020 7493 6222

REDACTED

ROBERT M ROSENTHAL
MARION ROSENTHAL J/T WROS

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | ITEM | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 4,000,000.00 |
| 11/01 | | | | CHECK WIRE | CA | | |
| 11/01 | | | | AT & T CORP | DIV | | 1,749.00 |
| 11/01 | | | | DIV 9/28/01 11/01/01 | | | |
| 11/01 | | | | BRISTOL MYERS SQUIBB COMPANY | DIV | | 557.28 |
| 11/01 | | | | DIV 10/05/01 11/01/01 | | | |
| 11/01 | | | | PHARMACIA CORP | DIV | | 79.61 |
| 11/01 | | | | DIV 10/11/01 11/01/01 | | | |
| 11/01 | | | | TYCO INTERNATIONAL LTD | DIV | | 3,377.20 |
| 11/01 | | | | DIV 10/01/01 11/01/01 | | | |
| 11/01 | 4,000,000 | | 90874 | VERIZON COMMUNICATIONS | 99.460 | 3,978,400.00 | |
| 11/01 | | | | DIV 10/10/01 11/01/01 | DIV | | |
| 11/01 | 21,600 | | 90875 | U S TREASURY BILL | 1 | 21,600.00 | |
| | | | | DUE 2/7/2002 2/07/2002 | | | |
| 11/01 | | | | FIDELITY SPARTAN | DIV | | |
| 11/09 | | | | U S TREASURY MONEY MARKET | DIV | | |
| 11/15 | | | | AMERICAN EXPRESS COMPANY | | | 1,568.64 |
| | | | | DIV 10/05/01 11/09/01 | | | |
| 11/16 | | 2,573 | 91328 | PROCTER E GAMBLE CO | 80.200 | | 208,155.70 |
| 11/16 | | 1,140 | 91303 | DIV 10/19/01 11/15/01 | 57.990 | | 66,108.60 |
| 11/16 | | 4,916 | 91678 | AMERICAN INTL GROUP INC | 37.700 | | 185,333.20 |
| | | | | AMGEN INC | | | |
| | | | | AOL—TIME WARNER INC | | | |
| | | | | CONTINUED ON PAGE  2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

**11/01/01**

| CHECK WIRE | 4,000,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

**1-R0108-3**

ROBERT M ROSENTHAL
MARION ROSENTHAL J/T WROS

REDACTED

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/01

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ROBERT M ROSENTHAL                    1-R0108-3
MARION ROSENTHAL J/T WROS



| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 13,632,201.26CR |
| CAPITAL ADDITIONS | 4,450,000.00CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 1,994,174.18CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .44CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 20,076,375.00    NET LONG |
| TOTAL EQUITY | 20,076,375.44CR |

ANNUALIZED RETURN FOR CURRENT YEAR    13.54 %



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

RODERT M ROSENTHAL
MARION ROSENTHAL J/T WROS
C/O ROSENTHAL AUTOMOTIVE

REDACTED

Date: 1/31/03   Account: 1-R0108-3-0   Page 10

| Date | Bought/Received | Sold/Delivered | TXN | Description | Price or Symbol | Amount Debited | Amount Credited |
|------|-----------------|----------------|-----|-------------|-----------------|----------------|-----------------|
| 1/14 | 5,712 | | 91965 | WAL-MART STORES INC | 50,800 | 290,169.60 | |
| 1/14 | 8,687 | | 92242 | EXXON MOBIL CORP | 35,160 | 305,261.18 | |
| 1/14 | | 24,800,000 | 77418 | U S TREASURY BILL DUE 4/24/2003 | 99,658 | | 2,791,541.00 |
| 1/14 | | 24,800,000 | T7625 | U S TREASURY BILL DUE 4/24/2003 | 99,669 | | 2,791,732.00 |
| 1/14 | 1,000,000 | | 59312 | CHECK WIRE | CA | | 1,000,000.00 |
| 1/14 | 1,000,000 | | | U S TREASURY BILL DUE 3/27/2003 | 99,768 | 997,680.00 | |
| 1/21 | 250,000 | | 77426 | U S TREASURY BILL DUE 3/27/2003 | 99,796 | 249,490.00 | |
| 1/27 | 11,105 | 11,105 | | NAME CHG PHILIP MORRIS/ALTRIA ALTRIA GROUP INC | | | |
| 1/28 | 14,515 | | 802483 | NAME CHG PHILIP MORRIS/ALTRIA | RECD | 443,191.34 | |
| 1/31 | | | | U S TREASURY MONEY MARKET MORGAN STANLEY | 3 | 1,465,515.00 | |
| 1/31 | 736 | | 84945 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | 736.00 | 736.92 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONTINUED ON PAGE 11

# TRANSFER DOCUMENTS

10130306

(D)
FIRST VIRGINIA BANK
C/O NORTHERN OPERATIONS CENTER, INC.                        S1 3
PO BOX 88
FALLS CHURCH, VA 22040-0088                                    40

| STATEMENT CLOSING DATE |
| 04-30-98 |

ACCOUNT NUMBER    *House Acct*

REDACTED                                              12

FOR INFORMATION ABOUT YOUR ACCOUNT, PLEASE CALL THIS NUMBER:
| 703-241-3240 |
TAX I.D. NUMBER

401

ROBERT M ROSENTHAL
HOUSE ACCOUNT                                              PAGE    1
DOMENICO CONTI/MIKE CHARAPP/DON BAVELY

| ACCOUNT TYPE | PREVIOUS BALANCE | ADDITIONS TO ACCOUNT | SUBTRACTIONS FROM ACCOUNT | NEW BALANCE |
|---|---|---|---|---|
| NOW ACCT | 1,896.22 | 4,086,425.40 | 3,950,883.34 | 137,438.28 |

....INTEREST CHECKING/NOW      3494-2033....

DATE....AMOUNT....DESCRIPTION OF ACTIVITY...................BALANCE

| | | | | |
|---|---|---|---|---|
| 03-31 | | PREVIOUS BALANCE | | 1,896.22 |
| 04-02 | 90,000.00+ | CREDIT ADJUSTMENT | RF 02072608 | 91,896.22 |
| 04-06 | 20,000.00- | CHECK 1656 | RF 02241124 | 71,896.22 |
| 04-06 | 50,000.00- | CHECK 1655 | RF 02241123 | 21,896.22 |
| 04-09 | 19,500.00+ | CHECK 1658 | RF 01222573 | 2,396.22 |
| 04-10 | 70.00- | CHECK 1657 | RF 01319136 | 2,326.22 |
| 04-15 | 205,480.00+ | DEPOSIT | RF 02756806 | 207,806.22 |
| 04-16 | 520,007.00+ | AUTOMATIC DEPOSIT | TRUST OPS ACH | 727,813.22 |
| 04-16 | 1809,814.00+ | AUTOMATIC DEPOSIT | TRUST OPS | 2,537,627.22 |
| 04-17 | 460,186.71+ | DEPOSIT | RF 01251706 | 2,997,813.93 |
| 04-17 | 1000,000.00+ | WIRE TRANSFER | BERNARD L MADOFF | 3,997,813.93 |
| | | WTFED5032 FVB140 | | |
| 04-17 | 8.00- | FEE | WIRE TRANSFER | 3,997,805.93 |
| 04-22 | 3,729.95- | DEBIT ADJUSTMENT | RF 01779384 | 3,994,075.98 |
| 04-22 | 4,603.62- | DEBIT ADJUSTMENT | RF 01779385 | 3,989,472.36 |
| 04-23 | 3750,000.00- | CHECK 1659 | RF 02793687 | 239,472.36 |
| 04-28 | 20,000.00- | CHECK 1661 | RF 02553525 | 219,472.36 |
| 04-28 | 50,000.00- | CHECK 1662 | RF 02553524 | 169,472.36 |
| 04-29 | 60.14- | CHECK 1669 | RF 02572799 | 169,412.22 |
| 04-29 | 17,800.38- | CHECK 1666 | RF 02657016 | 151,611.84 |
| 04-29 | 15,111.25- | DEBIT ADJUSTMENT | RF 02983075 | 136,500.59 |
| 04-30 | 937.69+ | INTEREST PAID | | 137,438.28 |

1998 YEAR TO DATE INTEREST PAID            978.86

ANNUAL PERCENTAGE YIELD EARNED...........    1.41%
STATEMENT PERIOD...............    03/31 THROUGH 04/30
NUMBER OF DAYS IN PERIOD...............    30 DAYS
INTEREST EARNED...............    $937.69
BALANCE USED TO CALCULATE THE APY....  $812,582.57

NOTICE: SEE REVERSE FOR IMPORTANT INFORMATION
003E449

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York ☐ London

_Note New Name_

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSENTHAL FAMILY LLC
C/O ROSENTHAL AUTOMOTIVE

**REDACTED**

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/03 | 18 |

YOUR ACCOUNT NUMBER: 1-R0108-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 12,504 | 69016 | PFIZER INC | 31.910 | | 399,002 |
| | 2,605 | 69135 | PROCTER & GAMBLE CO | 88.940 | | 231,688 |
| | 2,605 | 69255 | PHARMACIA CORP | 44.660 | | 115,818 |
| | 6,779 | 69373 | SBC COMMUNICATIONS INC | 21.730 | | 43,529 |
| | 1,117 | 69492 | SCHLUMBERGER LTD | 38.970 | | 64,654 |
| | 3,463 | 69611 | TEXAS INSTRUMENTS INC | 13.330 | | 57,012 |
| | 4,277 | 69730 | TYCO INTERNATIONAL LTD | 21.070 | | 82,320 |
| | 3,907 | 69849 | U S BANCORP | 63.910 | | 59,500 |
| | 931 | 69968 | UNITED TECHNOLOGIES CORP | 41.610 | | 147,091 |
| | 3,535 | 70087 | VIACOM INC CLASS B NON VOTING SHS | 37.580 | | 203,984 |
| | 5,428 | 70205 | VERIZON COMMUNICATIONS | 47.260 | | 162,101 |
| | 3,430 | 70325 | WELLS FARGO & CO NEW | 54.630 | | 483,912 |
| | 8,958 | 70444 | WAL-MART STORES INC | 35.970 | | 494,011 |
| | 13,734 | 70563 | EXXON MOBIL CORP TRANS TO 1R011030 | CW | 1,000,000.00 | |
| 2,825,000 | | 18681 | U S TREASURY BILL DUE 7/24/2003 7/24/2003 | 99.617 | 2,814,180.25 | |
| 2,825,000 | | 18800 | U S TREASURY BILL DUE 7/31/2003 7/31/2003 | 99.594 | 2,813,530.50 | |
| 2,825,000 | | 18919 | U S TREASURY BILL DUE 8/7/2003 8/07/2003 | 99.572 | 2,812,909.00 | |
| | | | CONTINUED ON PAGE 19 | | | |

E RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800) 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSENTHAL FAMILY LLC
C/O ROSENTHAL AUTOMOTIVE

| PAGE | 1 |
| DATE | 6/30/03 |
| YOUR ACCOUNT NUMBER | 1-R0108-3-0 |

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TKR | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 505,205.38 |
| 6/02 | | | | INTEL CORP   DIV 5/07/03  6/01/03 | DIV | | 33.36 |
| 6/02 | | | | WELLS FARGO & CO NEW   DIV 5/09/03  6/01/03 | DIV | | 2,181.60 |
| 6/05 | | | | PFIZER INC   DIV 5/16/03  6/05/03 | DIV | | 5,233.30 |
| 6/09 | | | | ANHEUSER BUSCH COS INC   DIV 5/09/03  6/09/03 | DIV | | 709.02 |
| 6/10 | | | | EXXON MOBIL CORP   DIV 5/13/03  6/10/03 | DIV | | 7,338.25 |
| 6/10 | | | | INTERNATIONAL BUSINESS MACHS   DIV 5/09/03  6/10/03 | DIV | | 1,163.52 |
| 6/10 | | | | JOHNSON & JOHNSON   DIV 5/20/03  6/10/03 | DIV | | 1,902.72 |
| 6/10 | | | | UNITED TECHNOLOGIES CORP   DIV 5/16/03  6/10/03 | DIV | | 545.40 |
| 6/11 | | 2,824 | 37 | TRANSFER TO 1-R0110000   DIV 5/15/03  6/12/03 | CM | 4,647,546.00 | 4,555.40 |
| 6/12 | | 1,213 | 158 | DU PONT E I DE NEMOURS & CO   DIV 5/15/03  6/12/03 | DIV | | |
| | | | | 3M COMPANY   DIV 5/23/03  6/12/03 | DIV 28 | | 1,066.56 |
| 6/19 | | | | BRISTOL MYERS SQUIBB COMPANY   DIV  6/19/03 | 53-610 | | 794.074.00 |
| 6/19 | | | | ANHEUSER BUSCH COS INC | | | 65,028.93 |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ROSENTHAL FAMILY LLC                  1-R0108-3

C/O ROSENTHAL AUTOMOTIVE



REDACTED

| | | |
|---|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 22,524,343.02CR | |
| CAPITAL ADDITIONS | 1,000,000.00CR | |
| CAPITAL WITHDRAWALS | 5,447,546.00- | |
| REALIZED P/L FOR CURRENT YEAR | 2,161,731.34CR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | |
| CURRENT CASH BALANCE | .36CR | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 20,238,528.00 | NET LONG |
| TOTAL EQUITY | 20,238,528.36CR | |

ANNUALIZED RETURN FOR CURRENT YEAR     10.68 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

THE MARION ROSENTHAL AND           1-R0116-3
ROBERT ROSENTHAL FOUNDATION



| | | |
|---|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 3,302,457.58CR | |
| CAPITAL ADDITIONS | | |
| CAPITAL WITHDRAWALS | | |
| REALIZED P/L FOR CURRENT YEAR | 348,082.84CR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | |
| CURRENT CASH BALANCE | .92CR | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 3,650,539.50 | NET LONG |
| TOTAL EQUITY | 3,650,540.42CR | |

RETURN FOR CURRENT YEAR     10.54 %



**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSENTHAL FAMILY LLC
C/O ROSE RETAIL AUTOMOTIVE

REDACTED

| DATE | BOUGHT RECEIVED OR LONG | SOLD RECEIVED OR SHORT | PRICE | DESCRIPTION | DIV | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 106,138.95 |
| 5/03 | | | | TRANS TO 1R010300 A/B 4/29/04 | | 55,200,000.00 | |
| 5/03 | | | | SBC COMMUNICATIONS INC DIV | DIV | | 35,320.69 |
| 5/03 | | | | VERIZON COMMUNICATIONS DIV 4/10/04 5/03/04 | DIV | | 18,186.15 |
| 5/07 | | | | DIV 4/09/04 5/03/04 FIDELITY SPARTAN | DIV | | 123.18 |
| | | | | U S TREASURY MONEY MARKET DIV 05/07/04 | | | |
| 5/07 | 40,297 | | | FIDELITY SPARTAN | 1 | | 40,297.00 |
| 5/07 | 100,000 | | | U S TREASURY MONEY MARKET U S TREASURY BILL | 99,643 | | 99,643.00 |
| | | | | DUE 9/2/2004 9/02/2004 | | | |
| 5/14 | | | | PROCTER & GAMBLE CO DIV 4/23/04 5/14/04 | DIV | | 24,590.00 |
| 5/17 | | | | TEXAS INSTRUMENTS INC DIV 4/30/04 5/17/04 | DIV | | 151.02 |
| 5/18 | 3,614 | 58639 | | AMERICAN INTL GROUP INC | 74,850 | | 254,051.90 |
| 5/18 | 1,761 | 58645 | | AMGEN INC | 57,291 | | 100,711.59 |
| 5/18 | 1,761 | 58651 | | AMERICAN EXPRESS COMPANY | 48,380 | | 85,137.18 |
| 5/18 | 1,132 | 58653 | | BOEING CO | 46,380 | | 52,506.16 |
| 5/18 | 2,803 | 58658 | | BANK OF AMERICA | 80,460 | | 225,529.38 |
| 5/18 | 2,641 | 58660 | | BRISTOL MYERS SQUIBB COMPANY | 25,500 | | 67,365.50 |
| | | | | CONTINUED ON PAGE   2 | | | |

5/31/04   1-R0108-3-0   PAGE 1

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



REDACTED

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ROSENTHAL FAMILY LLC
C/O ROSENTHAL AUTOMOTIVE

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRAN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/25 | | | | GENERAL ELECTRIC CO | DIV | | 8,437.88 |
| 4/29 | | 6,500,000 | 1679T | DIV 2/25/05, 4/25/05 US TREASURY BILL TRANS ID 1R011030 | CM | 6,476,170.00 | |
| 4/29 | | | | DUE 06/02/2005 | 99.754 | | 6,484,010.00 |
| 6/29 | 28,678 | | 1963* | FIDELITY SPARTAN 6/02/2005 US TREASURY MONEY MARKET | 1 | 28,678.00 | |
| | | | | NEW BALANCE | | | 176,368.14 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 37,452 | | | FIDELITY SPARTAN | 1 | | |
| | 2,000,000 | | | U S TREASURY MONEY MARKET US TREASURY BILL DUE 06/02/2005 | 99.748 | | |
| | 8,675,000 | | | 6/02/2005 U S TREASURY BILL DUE 06/09/2005 | 99.697 | | |
| | | | | MARKET VALUE OF SECURITIES LONG SHORT 10,601,126.75 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PERIOD ENDING: 4/30/05
PAGE: 2
YOUR TAXPAYER IDENTIFICATION NUMBER
YOUR ACCOUNT NUMBER: 1-R0108-3-0

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York** ☐ **London**

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

DEBITED YOUR
TRANS TO 1R011030

4/29/05

6,476,170.00

CLIENT'S ACCOUNT NUMBER

ROSENTHAL FAMILY LLC
C/O ROSENTHAL AUTOMOTIVE

1-R0108-3

REDACTED

PORTFOLIO MANAGEMENT REPORT AS OF  6/30/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ROSENTHAL FAMILY LLC                    1-RO108-3

C/O ROSENTHAL AUTOMOTIVE



REDACTED

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 16,739,061.09CR |
| CAPITAL ADDITIONS | 6,476,170.00- |
| CAPITAL WITHDRAWALS | 618,815.00CR |
| REALIZED P/L FOR CURRENT YEAR | 2,569.50CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | .59CR |
| CURRENT CASH BALANCE | 10,884,275.00    NET LONG |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 10,884,275.59CR |
| TOTAL EQUITY | |

ANNUALIZED RETURN FOR CURRENT YEAR     8.65 %



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSENTHAL FAMILY LLC
C/O ROSENTHAL AUTOMOTIVE

REDACTED

PERIOD ENDING: 5/31/06   PAGE 1

YOUR ACCOUNT NUMBER: 1-R0108-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 5/01 | | | | TRANS TO 1R01010301/0 4/29 | CB | 99,073,348.00 | |
| 5/01 | | | | ATLT INC | DIV | | 34,160.88 |
| | | | | DIV 4/10/06 5/01/06 | | | |
| 5/01 | | | 35033 | J.P. MORGAN CHASE & CO | DIV | | 2,894.76 |
| | | | | DIV 4/06/06 4/30/06 | | | |
| 5/01 | | | | VERIZON COMMUNICATIONS | DIV | | 2,886.84 |
| | | | | DIV 4/10/06 5/01/06 | | | |
| 5/10 | | 200,000 | 35033 | U.S. TREASURY BILL | 99,722 | | 199,444.00 |
| | | | | DUE 6/1/2006 6/01/2006 | | | |
| 5/10 | 150,000 | | 37100 | U S TREASURY BILL | 99,168 | 148,752.00 | |
| | | | | DUE 7/13/2006 7/13/2006 | | | |
| 5/10 | | | | FIDELITY SPARTAN | DIV | | 21.54 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 05/10/06 | | | |
| 5/10 | | 15,666 | 31711 | AMERICAN EXPRESS COMPANY | DIV | | 380.16 |
| | | | | DIV 4/07/06 5/10/06 | | | |
| 5/10 | | | | FIDELITY SPARTAN | 1 | | 15,666.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 5/10 | 121,128 | | 40181 | FIDELITY SPARTAN | 1 | 121,128.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 5/15 | | | | ABBOTT LABORATORIES | DIV | | 1,109.79 |
| | | | | DIV 4/13/06 5/15/06 | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

DEBITED YOUR
TRANS TO 1R011030 A/O 4/29

5/01/06

9,073,348.00

CLIENT'S ACCOUNT NUMBER

1-R0108-3

ROSENTHAL FAMILY LLC
C/O ROSENTHAL AUTOMOTIVE



# REDACTED

NARD L. MADOFF
TMENT SECURITIES LLC
York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

REDACTED

HAL FAMILY LLC

SENTHAL AUTOMOTIVE

**PAGE 3**

**PERIOD ENDING 6/30/06**

**YOUR ACCOUNT NUMBER 1-R010B-3-0**

| SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 5,663 | 82565 | GENERAL ELECTRIC CO | 34 | | 192,542.00 |
| 1,569 | 84553 | VERIZON COMMUNICATIONS | 31.900 | | 50,051.10 |
| 218 | 86821 | GOLDMAN SACHS GROUP INC | 141.310 | | 30,805.58 |
| 915 | 88810 | WELLS FARGO & CO NEW | 66.640 | | 60,975.60 |
| 1,133 | 91076 | HOME DEPOT INC | 37.040 | | 41,966.32 |
| 1,351 | 93067 | WAL-MART STORES INC | 47.860 | | 64,658.86 |
| 1,225 | 95333 | HEWLETT PACKARD CO | 38.010 | | 46,680.25 |
| 3,311 | 97324 | EXXON MOBIL CORP | 59.100 | | 195,680.10 |
| 828 | 99590 | INTERNATIONAL BUSINESS MACHS | 77.790 | | 64,410.12 |
| | | TRANS TO 1R011030 | CW | 894,567.92 | |
| ,000 | 3399 | U S TREASURY BILL | 99.708 | 797,664.00 | |
| | | DUE 7/13/2006   7/13/2006 | | | |
| ,000 | 7641 | U.S. TREASURY BILL | 99.615 | 796,920.00 | |
| | | DUE 7/20/2006   7/20/2006 | | | |
| ,413 | 11891 | FIDELITY SPARTAN | 1 | 45,413.00 | |
| | | U.S. TREASURY MONEY MARKET | | | |
| | | HOME DEPOT INC DIV 6/08/06 6/22/06 | DIV | | 169.95 |
| | | BANK OF AMERICA DIV 6/02/06 6/23/06 | DIV | | 1,263.50 |
| | | PEPSICO INC DIV 6/09/06 6/30/06 | DIV | | 274.50 |
| | | SPRINT NEXTEL CORP DIV 5/17/06 6/30/06 | DIV | | 183.15 |
| | | CONTINUED ON PAGE 4 | | | |

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

WE HAVE THIS DAY         **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING: **TRANS TO 1R011030**                    6/20/06

894,567.92

CLIENT'S ACCOUNT NUMBER

ROSENTHAL FAMILY LLC
C/O ROSENTHAL AUTOMOTIVE

1-R0108-3

REDACTED

(D)
FIRST VIRGINIA BANK
C/O NORTHERN OPERATIONS CENTER, INC.                    S1 3
PO BOX 88.
FALLS CHURCH, VA 22040-0088                             40

STATEMENT CLOSING DATE
04-30-98

ACCOUNT NUMBER ███████    *House Acct*

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ROSENTHAL FAMILY LLC                    1-R0108-3

C/O ROSENTHAL AUTOMOTIVE

REDACTE

|                                                    |                |          |
| -------------------------------------------------- | -------------- | -------- |
|                                                    | 11,470,395.87CR |          |
| STARTING EQUITY FOR CURRENT YEAR                   |                |          |
| CAPITAL ADDITIONS                                  | 9,967,915.92-  |          |
| CAPITAL WITHDRAWALS                                | 732,679.99CR   |          |
| REALIZED P/L FOR CURRENT YEAR                      |                |          |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS          | .44CR          |          |
| CURRENT CASH BALANCE                               | 2,235,159.50   | NET LONG |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS      | 2,235,159.94CR |          |
| TOTAL EQUITY                                       |                |          |

ANNUALIZED RETURN FOR CURRENT YEAR        14.94 %

|       |                                    |               |            |
| ----- | ---------------------------------- | ------------- | ---------- |
|       |                                    |               | ███,███.██ |
|       | DEBIT ADJUSTMENT    RF 02983075    |               | 136,500.59 |
| 04-30 | 937.69+ INTEREST PAID              |               | 137,438.28 |

1998 YEAR TO DATE INTEREST PAID        978.86
ANNUAL PERCENTAGE YIELD EARNED..............  1.41%
STATEMENT PERIOD.................: 03/31 THROUGH 04/30
NUMBER OF DAYS IN PERIOD.................  30 DAYS
INTEREST EARNED....................  $937.69
BALANCE USED TO CALCULATE THE APY....  $812,582.57

NOTICE: SEE REVERSE FOR IMPORTANT INFORMATION