# STATEMENT DATED NOVEMBER 30, 2008

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

REDACTED

MARION ROSENTHAL REVOCABLE TST
ROBERT ROSENTHAL REV TST TIC

PERIOD ENDING 11/30/08

PAGE 1

YOUR ACCOUNT NUMBER: 1-R0110-3-0

*Handwritten:* Int 6,817    Div 6,42

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1,313,625.07 | |
| 11/05 | 2,637 | | 11072 | APPLE INC | 105.380 | 277,992.06 | |
| 11/05 | 4,688 | | 11307 | ABBOTT LABORATORIES | 55.090 | 258,448.92 | |
| 11/05 | 3,223 | | 11542 | AMGEN INC | 60.350 | 194,636.05 | |
| 11/05 | 2,344 | | 11777 | BOEING CO | 51.120 | 119,818.28 | |
| 11/05 | 15,236 | | 12012 | BANK OF AMERICA | 23.840 | 363,835.24 | |
| 11/05 | 1,758 | | 12247 | BAXTER INTERNATIONAL INC | 60.600 | 106,504.80 | |
| 11/05 | 3,516 | | 12482 | BANK OF NEW YORK MELLON CORP | 32.290 | 113,671.64 | |
| 11/05 | 5,860 | | 12717 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 121,008.60 | |
| 11/06 | 2,051 | | 12952 | ANHEUSER BUSCH COS INC | 62.430 | 128,125.93 | |
| 11/05 | 16,408 | | 13187 | CITI-GROUP INC | 13.530 | 222,656.24 | |
| 11/05 | 8,790 | | 13422 | COMCAST CORP | 15.790 | 139,145.10 | |
| | | | | CL A | | | |
| 11/05 | 4,688 | | 13657 | CONOCOPHILIPS | 51.120 | 239,837.56 | |
| 11/05 | 17,873 | | 13892 | CISCO SYSTEMS INC | 17.520 | 313,849.96 | |
| 11/06 | 4,395 | | 14127 | CVS CAREMARK CORP | 30.510 | 134,266.45 | |
| 11/05 | 6,153 | | 14362 | CHEVRON CORP | 73.740 | 453,968.22 | |
| 11/05 | 5,860 | | 14597 | THE WALT DISNEY CO | 24.760 | 145,327.60 | |
| 11/05 | 31,351 | | 14832 | GENERAL ELECTRIC CO | 19.600 | 615,733.60 | |
| 11/05 | 586 | | 15067 | GOOGLE | 356.520 | 208,943.72 | |
| 11/06 | 1,172 | | 15302 | GOLDMAN SACHS GROUP INC | 91.870 | 107,717.64 | |
| 11/06 | 5,274 | | 15537 | HOME DEPOT INC | 23.300 | 123,094.20 | |
| 11/06 | 7,325 | | 15772 | HEWLETT PACKARD CO | 38.310 | 280,913.75 | |
| 11/06 | 4,102 | | 16007 | INTERNATIONAL BUSINESS MACHS | 92.800 | 380,829.60 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

RNARD L. MADOFF
ESTMENT SECURITIES LLC
v York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

REDACTED

ON ROSENTHAL REVOCABLE TST
RT ROSENTHAL REV TST TIC

| PAGE | 16 |
| PERIOD ENDING | 11/30/08 |
| YOUR ACCOUNT NUMBER | 1-R0110-3-0 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | ******** |

| AMT LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 58,534 | | | PFIZER INC | 16.430 | | |
| 18,017 | | | PHILLIP MORRIS INTERNATIONAL | 42.150 | | |
| 26,055 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 14,348 | | | QUALCOMM INC | 33.570 | | |
| 10,378 | | | SCHLUMBERGER LTD | 50.740 | | |
| 29,139 | | | FIDELITY SPARTAN | 1 | | |
| | | | U S TREASURY MONEY MARKET | | | |
| 5,908 | | | 3M COMPANY | 66.930 | | |
| 30,776 | | | TIME WARNER INC | 9.050 | | |
| 15,192 | | | U S BANCORP | 26.980 | | |
| 8,440 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| 8,440 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| 24,524 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 19,412 | | | WAL-MART STORES INC | 55.880 | | |
| 29,191 | | | WELLS FARGO & CO NEW | 28.890 | | |
| 1,386 | | | WYETH | 36.010 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG   36,085,203.25 | | | |
| | | | SHORT | | | |

STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222



MARION ROSENTHAL REVOCABLE TST
ROBERT ROSENTHAL REV TST TIC



REDACTED

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-R0110-4-0 | ****** |

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 1,313,626.01 |
| | 293 | 19062 | S & P 100 INDEX | 20.300 | | 594,497.00 |
| | | 19297 | NOVEMBER 470 CALL | | | |
| | | | S & P 100 INDEX | 20.500 | 500,943.00 | |
| 293 | | 31583 | NOVEMBER 450 PUT | | | 444,198.00 |
| | | | S & P 100 INDEX | 22 | | |
| | 202 | 31818 | NOVEMBER 470 CALL | | | |
| | | | S & P 100 INDEX | 13.800 | 278,962.00 | |
| 202 | | 44063 | NOVEMBER 450 PUT | | | 309,750.00 |
| | | | S & P 100 INDEX | 12.400 | | |
| | 250 | 44278 | NOVEMBER 485 CALL | | | |
| | | | S & P 100 INDEX | 16.800 | 420,250.00 | |
| 250 | | 30257 | NOVEMBER 475 PUT | | | |
| | | | S & P 100 INDEX | 26 | | 1,936,255.00 |
| | 745 | 30495 | DECEMBER 430 CALL | | | |
| | | | S & P 100 INDEX | 30 | 2,235,745.00 | |
| 745 | | 30733 | DECEMBER 420 PUT | | | |
| | | | S & P 100 INDEX | 1.500 | 74,745.00 | |
| | 495 | 30971 | NOVEMBER 470 CALL | | | |
| | | | S & P 100 INDEX | .900 | 22,750.00 | |
| 495 | | 31209 | NOVEMBER 495 CALL | | | |
| | | | S & P 100 INDEX | 45 | | 2,227,005.00 |
| | 250 | 31447 | NOVEMBER 450 PUT | | | |
| | | | S & P 100 INDEX | 59 | | 1,474,750.00 |
| 250 | | | NOVEMBER 475 PUT | | | |
| | | | CONTINUED ON PAGE 2 | | | |

THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| PAGE | PERIOD ENDING | YOUR ACCOUNT NUMBER |
|---|---|---|
| 2 | 11/30/08 | 1-R0110-4-0 |

YOUR TAX PAYER IDENTIFICATION NUMBER   *****

MARION ROSENTHAL REVOCABLE TST
ROBERT ROSENTHAL REV TST TIC

REDACTED

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 99 | 72225 | S & P 100 INDEX DECEMBER 380 CALL | 34 | | 336,501. |
| | 99 | 72463 | S & P 100 INDEX DECEMBER 370 PUT | 21 | 207,999.00 | |
| | | | NEW BALANCE | | | 4,795,1 |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 745 | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 99 | | S & P 100 INDEX DECEMBER 380 CALL | 61 | | |
| 745 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| 99 | | | S & P 100 INDEX DECEMBER 370 PUT | 5.100 | | |

MARKET VALUE OF SECURITIES
LONG                    SHORT
1,279,740.00       2,339,750.00-

MADF

# INVESTMENT DOCUMENTS

10130306



**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

IN ACCOUNT WITH

MARION ROSENTHAL

PERIOD ENDING: 12/31/95
PAGE: 1

YOUR ACCOUNT NUMBER: 1-R0110-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 12/27 | | | | CHECK WIRE | | | 320,000.00 |
| 12/27 | 320,000 | | 89475 | U S TREASURY BILL DUE 3/14/1996 | 98.940 JRNL | 316,608.00 | 316,736.00 |
| 12/29 | | 320,000 | 90603 | U S TREASURY BILL DUE 3/14/1996 | 98.980 | | |
| 12/29 | 320,000 | | 93408 | U S TREASURY BILL DUE 3/28/1996 | 98.770 | 316,064.00 | |
| 12/29 | 4,064 | | 96275 | FIDELITY CASH RESERVES SBI | 1 | 4,064.00 | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | 4,064 | | | FIDELITY CASH RESERVES SBI | MKT PRICE 1 | | |
| | 320,000 | | | U S TREASURY BILL DUE 3/28/1996 | 98.770 | | |
| | | | | MARKET VALUE OF SECURITIES LONG SHORT | | | |
| | | | | 320,128.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DON ROSENTHAL
TEE U/A DTD SEPT 28 1995

REDACTED

PERIOD ENDING: 3/31/03

YOUR ACCOUNT NUMBER: 1-R0110-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER:

PAGE: 6

| SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 720 | 85134 | AMERICAN EXPRESS COMPANY | 37.860 | | 27,259.20 |
| 675 | 87222 | PROCTER & GAMBLE CO | 88.940 | | 60,034.50 |
| 810 | 89214 | BANK OF AMERICA | 70.630 | | 57,048.30 |
| 720 | 91302 | PHARMACIA CORP | 44.460 | | 32,011.20 |
| 1,035 | 93294 | BRISTOL MYERS SQUIBB COMPANY | 22.390 | | 23,173.65 |
| 1,800 | 95381 | SBC COMMUNICATIONS INC | 21.730 | | 39,114.00 |
| 450 | 97374 | ANHEUSER BUSCH COS INC | 48.400 | | 21,780.00 |
| 945 | 99509 | VIACOM INC | 41.720 | | 39,425.40 |
| | | CLASS B NON VOTING SHS | | | |
| | | TRANS FROM 1R010830 | CA | | |
| '5,000 | 21358 | U S TREASURY BILL | 99.550 | 1,418,587.50 | |
| | | DUE 8/14/2003 | | | |
| | | 8/14/2003 | | | |
| '5,000 | 25366 | U S TREASURY BILL | 99.527 | 1,418,259.75 | |
| | | DUE 8/21/2003 | | | |
| | | 8/21/2003 | | | |
| 9,554 | 29401 | FIDELITY SPARTAN | 1 | 9,554.00 | |
| | | U S TREASURY MONEY MARKET | | | |
| 2,162 | 34410 | FIDELITY SPARTAN | 1 | 2,162.00 | |
| | | U S TREASURY MONEY MARKET | | | |
| | | NEW BALANCE | | | 1,000,000.00 |
| | | SECURITY POSITIONS | MKT PRICE | | |
| 5,740 | | FIDELITY SPARTAN | 1 | | 99,057.88 |
| | | U S TREASURY MONEY MARKET | | | |
| | | CONTINUED ON PAGE    7 | | | |

TEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**MadF** INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MARION ROSENTHAL
TRUSTEE U/A DTD SEPT 28 1995

PAGE 1
PERIOD ENDING 6/30/03
YOUR ACCOUNT NUMBER 1-R0110-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 131,692.57 |
| 6/05 | | | | PFIZER INC DIV 5/15/03 6/05/03 | DIV | | 869.25 |
| 6/10 | | | | EXXON MOBIL CORP DIV 5/13/03 6/10/03 | DIV | | 1,220.00 |
| 6/10 | | | | JOHNSON & JOHNSON DIV 5/20/03 6/10/03 | DIV | | 512.00 |
| 6/11 | 4,450,000 | | | TRANS FROM 1R010830 | CA 99.714 | 4,437,273.00 | |
| 6/11 | | | 99113 | U S TREASURY BILL DUE 10/2/2003 | | | 4,447,546.00 |
| 6/11 | 10,273 | | 99114 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 10/02/2003 | 1 | 10,273.00 | |
| 6/12 | | | | DU PONT E I DE NEMOURS & CO DIV 5/15/03 6/12/03 | DIV | | 256.00 |
| 6/12 | | | | 3M COMPANY DIV 5/23/03 6/12/03 | DIV | | 201.30 |
| 6/20 | | | | AMERICAN INTL GROUP INC DIV 6/06/03 6/20/03 | DIV | | 88.88 |
| 6/25 | | 305 | 3165 | 3M COMPANY | 130.800 | | 39,894.00 |
| 6/25 | | 1,525 | 7235 | ALTRIA GROUP INC | 43.160 | | 65,819.00 |
| 6/25 | | 1,647 | 11305 | MERCK & CO | 62.930 | | 103,645.71 |
| 6/25 | | 7,747 | 15375 | MICROSOFT CORP | 26.340 | | 204,055.98 |
| 6/25 | | 793 | 19441 | MORGAN STANLEY | 44.300 | | 35,129.99 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MARION ROSENTHAL REVOCABLE TST        1-R0110-3
ROBERT ROSENTHAL REV TST TIC

                   REDACTED

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,842,428.34CR |
| CAPITAL ADDITIONS | 5,447,546.00CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 500,640.56CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | .90CR |
| CURRENT CASH BALANCE | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 7,790,614.00    NET LONG |
| TOTAL EQUITY | 7,790,614.90CR |

ANNUALIZED RETURN FOR CURRENT YEAR      9.81 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/03                          **

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ROBERT ROSENTHAL                      1-R0120-3

C/O ROSENTHAL AUTOMOTIVE
                   REDACTED

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,485,297.72CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 64,860.16- |
| REALIZED P/L FOR CURRENT YEAR | 149,650.10CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .16CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,570,087.50    NET LONG |
| TOTAL EQUITY | 1,570,087.66CR |

ANNUALIZED RETURN FOR CURRENT YEAR      10.42 %



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSENTHAL FAMILY LLC
C/D ROSENTHAL AUTOMOTIVE

Period ending 5/31/04   Page 1
Your tax payer identification number: 1-R0108-3-0

REDACTED

| Date | Bought/Received | Sold/Delivered | Description | Price or Symbol | Amount Debited to Your Account | Amount Credited to Your Account |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 106,138.95 |
| 5/03 | | | TRANS TUROLI030 A/DE 4/29/04 | | | 3,329,569 |
| 5/03 | | | SBC COMMUNICATIONS INC DIV 4/10/04 5/03/04 | DIV | | 3,386.15 |
| 5/03 | | | VERIZON COMMUNICATIONS DIV 4/09/04 5/03/04 | DIV | | 12,511 |
| 5/07 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 05/07/04 | DIV | | |
| 5/07 | 40,297 | 57553 | FIDELITY SPARTAN | 1 | | 40,297.00 |
| 5/07 | 100,000 | 57671 | U S TREASURY MONEY MARKET | 99,643 | | 99,643.00 |
| 5/07 | | | U S TREASURY BILL DUE 9/2/2004 | | 25,590,000.00 | |
| | | | 9/02/2004 | | | |
| 5/14 | | | PROCTER & GAMBLE CO DIV 4/23/04 5/14/04 | DIV | | |
| 5/17 | | | TEXAS INSTRUMENTS INC DIV 4/30/04 5/17/04 | DIV | | 151.02 |
| 5/18 | 3,614 | 58639 | AMERICAN INTL GROUP INC | 70,850 | | 256,051.90 |
| 5/18 | 1,761 | 58645 | AMGEN INC | 57,190 | | 100,711.59 |
| 5/18 | 1,761 | 58651 | AMERICAN EXPRESS COMPANY | 46,380 | | 85,197.18 |
| 5/18 | 1,132 | 58653 | BOEING CO | 43,380 | | 49,306.16 |
| 5/18 | 2,803 | 58658 | BANK OF AMERICA | 80,460 | | 225,529.38 |
| 5/18 | 2,641 | 58660 | BRISTOL MYERS SQUIBB COMPANY | 25,500 | | 67,345.50 |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 2

PERIOD ENDING 4/30/05

YOUR TAX PAYER IDENTIFICATION NUMBER [REDACTED]

YOUR ACCOUNT NUMBER 1-R0110-3-0

MARION ROSENTHAL REVOCABLE TST
ROBERT ROSENTHAL REV TST TIC

REDACTED

| BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | | | 7,683.50 |
| | | | GENERAL ELECTRIC CO | DIV | | |
| | | | DIV 2/28/05  4/25/05 | | | |
| | | | TRANS FROM 1R010330 | | | |
| 5,500,000 | | 17005 | U S TREASURY BILL | 99.696 | 6,480,240.00 | 5,676,170.00 |
| | | | DUE 06/09/2005 | | | |
| 14,905 | | 19635 | FIDELITY SPARTAN | 1 | 14,905.00 | |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | NEW BALANCE | CA | | 160,502.25 |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 43,141 | | | FIDELITY SPARTAN | 1 | | |
| | | | U S TREASURY MONEY MARKET | | | |
| 7,750,000 | | | U S TREASURY BILL | 99.748 | | |
| | | | DUE 06/02/2005 | | | |
| 4,375,000 | | | U S TREASURY BILL | 99.637 | | |
| | | | DUE 06/09/2005 | | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG                    SHORT | | | |
| | | | 22,105,054.75 | | | |

Handwritten: 27,7304.25   14,331,443.25

IS STATEMENT FOR INCOME TAX PURPOSES

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MARION ROSENTHAL REVOCABLE TST       1-R0110-3
ROBERT ROSENTHAL REV TST TIC



REDACTED

| | | |
|---|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 15,248,307.65CR | |
| CAPITAL ADDITIONS | 6,476,170.00CR | |
| CAPITAL WITHDRAWALS | | |
| REALIZED P/L FOR CURRENT YEAR | 1,102,791.76CR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 2,809.75CR | |
| CURRENT CASH BALANCE | .41CR | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 22,830,078.75 | NET LONG |
| TOTAL EQUITY | 22,830,079.16CR | |

ANNUALIZED RETURN FOR CURRENT YEAR       7.81 %

| | |
|---|---|
| **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>P&S Dept. 212 230-2436<br>800 334-1343<br>Fax 212 838-4061 |

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

CREDITED YOUR
TRANS FROM 1R010830

4/29/05

6,476,170.00

CLIENT'S ACCOUNT NUMBER

MARION ROSENTHAL REVOCABLE TST
ROBERT ROSENTHAL REV TST TIC

1-R0110-3

REDACTED



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

MARION ROSENTHAL REVOCABLE TST
ROBERT ROSENTHAL REV TST TIC

REDACTED

| PAGE | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER |
|---|---|---|---|
| 1 | 5/31/06 | 366,739.68 | 1-R0110-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 5/01 | | | | TRANS FROM 1R010830 A/O 4/29 | | | 9,073,348.00 |
| 5/01 | | | | AT&T INC | CA | | 5,890.02 |
| | | | | | DIV | | |
| 5/01 | | | | DIV 4/10/06 5/01/06 | DIV | | 3,978.93 |
| | | | | J.P. MORGAN CHASE & CO | | | |
| | | | | DIV 4/06/06 4/30/06 | DIV | | 5,449.68 |
| 5/01 | | | | VERIZON COMMUNICATIONS | | | |
| | | | | DIV 4/10/06 5/01/06 | | | |
| 5/05 | 119 | | 2779 | ABBOTT LABORATORIES | 42.190 | 5,020.61 | |
| 5/05 | 203 | | 2935 | AMERICAN INTL GROUP INC | 64.690 | 13,132.07 | |
| 5/05 | 91 | | 3091 | AMGEN INC | 66.700 | 6,069.70 | |
| 5/05 | 98 | | 3247 | AMERICAN EXPRESS COMPANY | 52.720 | 5,166.56 | |
| 5/05 | 63 | | 3403 | BOEING CO | 83.910 | 5,286.33 | |
| 5/05 | 364 | | 3559 | BANK OF AMERICA | 49.310 | 17,948.84 | |
| 5/05 | 154 | | 3715 | BRISTOL MYERS SQUIBB COMPANY | 24.940 | 3,840.76 | |
| 5/05 | 392 | | 3871 | CITI GROUP INC | 49.470 | 19,392.24 | |
| 5/05 | 49 | | 4027 | CATERPILLAR INC | 75.890 | 3,718.61 | |
| 5/05 | 168 | | 4183 | COMCAST CORP | 30.040 | 5,046.72 | |
| | | | | CL A | | | |
| 5/05 | 476 | | 4339 | CISCO SYSTEMS INC | 21.160 | 10,072.16 | |
| 5/05 | 175 | | 4495 | CHEVRON CORP | 61.460 | 10,755.50 | |
| 5/05 | 182 | | 4651 | DELL INC | 25.510 | 4,642.82 | |
| 5/05 | 147 | | 4807 | THE WALT DISNEY CO | 27.830 | 4,091.01 | |
| 5/05 | 819 | | 4963 | GENERAL ELECTRIC CO | 34.270 | 28,067.13 | |
| | | | | CONTINUED ON PAGE  2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

CREDITED YOUR
TRANS FROM 1R010830 A/O 4/29

5/01/06

9,073,348.00

CLIENT'S ACCOUNT NUMBER

MARION ROSENTHAL REVOCABLE TST
ROBERT ROSENTHAL REV TST TIC

1-R0110-3

REDACTED

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE **10**

PERIOD ENDING **6/30/06**

YOUR ACCOUNT NUMBER **1-R0110-3-0**

ION ROSENTHAL REVOCABLE TST
ERT ROSENTHAL REV TST TIC

REDACTED

| SOLD DELIVERED OR SHORT | BOUGHT OR LONG | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | | | (894,557.92) |
| | 425,000 | 3400 | TRANS FROM 1R010830 U S TREASURY BILL DUE 7/13/2006 | CA 99.708 | 423,759.00 | |
| | 425,000 | 7642 | U S TREASURY BILL DUE 7/20/2006 7/13/2006 | 99.615 | 423,363.75 | |
| | 47,446 | 11892 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 7/20/2006 | 1 | 47,446.00 | |
| | | | HOME DEPOT INC DIV 6/08/06 6/22/06 | DIV | | 1,508.40 |
| | | | BANK OF AMERICA DIV 6/02/06 6/23/06 | DIV | | 10,894.00 |
| | | | PEPSICO INC DIV 6/09/06 6/30/06 | DIV | | 2,264.70 |
| | | | SPRINT NEXTEL CORP DIV 5/17/06 6/30/06 | DIV | | 345.68 |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 06/30/06 | DIV | | 319.31 |
| 219,909 | | 17245 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 219,909.00 |
| | 250,000 | 20600 | U S TREASURY BILL DUE 7/27/2006 7/27/2006 | 99.671 | 249,177.50 | |
| | | | CONTINUED ON PAGE 11 | | | |

| MADF | **BERNARD L. MADOFF** |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York □ London |

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY          **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING: **TRANS FROM 1R010830**

6/20/06

894,567.92

CLIENT'S ACCOUNT NUMBER

**MARION ROSENTHAL REVOCABLE TST**
**ROBERT ROSENTHAL REV TST TIC**

1-R0110-3

REDACTED

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MARION ROSENTHAL REVOCABLE TST      1-R0110-3
ROBERT ROSENTHAL REV TST TIC



REDACTED

| | | |
|---|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 23,749,960.63CR | |
| CAPITAL ADDITIONS | 9,967,915.92CR | |
| CAPITAL WITHDRAWALS | | |
| REALIZED P/L FOR CURRENT YEAR | 3,904,571.60CR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | |
| CURRENT CASH BALANCE | .40CR | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 37,622,447.75 | NET LONG |
| TOTAL EQUITY | 37,622,448.15CR | |

ANNUALIZED RETURN FOR CURRENT YEAR    12.87 %

# TRANSFER DOCUMENTS

10130306

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 4

PERIOD ENDING 4/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER **********

YOUR ACCOUNT NUMBER 1-R0110-3-0

REDACTED

MARION ROSENTHAL REVOCABLE TST
ROBERT ROSENTHAL REV TST TIC

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 3,500,000 | 30428 | U S TREASURY BILL DUE 5/15/2008 5/15/2008 | 99.843 | (105.00) | 3,494,505.00 |
| | 1,900,000 | 30640 | U S TREASURY BILL DUE 06/05/2008 6/05/2008 | 99.768 | 19.00 | 1,895,592.00 |
| | 1,575,000 | 30850 | U S TREASURY BILL DUE 06/12/2008 6/12/2008 | 99.751 | 94.50 | 1,571,078.25 |
| | 4,450,000 | 31067 | U S TREASURY BILL DUE 7/10/2008 7/10/2008 | 99.665 | 1,691.00 | 4,435,092.50 |
| 2,775,000 | | 31342 | U S TREASURY BILL DUE 9/11/2008 9/11/2008 | 99.338 | 2,756,629.50 | |
| 5,471 | | 31555 | FIDELITY SPARTAN | 1 | 5,471.00 | |
| 425,000 | | 33072 | U S TREASURY MONEY MARKET U S TREASURY BILL DUE 9/18/2008 9/18/2008 | 99.317 | 422,097.25 | |
| | | | WAL-MART STORES INC DIV 3/16/08 4/07/08 | DIV | | 1,680.31 |
| 12,653 | | 36310 | FIDELITY SPARTAN U S TREASURY MONEY MARKET CHECK WIRE | 1 | 12,653.00 | |
| | | | | CW | 10,000,000.00 | |
| | | | CONTINUED ON PAGE   5 | | | |

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:  **DEBITED YOUR CHECK WIRE**

4/09/08

10,000,000.00

CLIENT'S ACCOUNT NUMBER

MARION ROSENTHAL REVOCABLE TST
ROBERT ROSENTHAL REV TST TIC

1-R0110-3

REDACTED