UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

In re:  BERNARD L. MADOFF,                                    Case No.: _____
                                                             Chapter_____

                                    Debtor

--------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION                               Adversary Proceeding No.: 08-1789(BRL)
CORPORATION
                                    Plaintiff

                    v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                                    Defendant

--------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I,  _John C. Holmes_ , request permission, *pro hac vice*, before the

Honorable _Burton R. Lifland_ , to represent  _Jewish Community Foundation of the Jewish Federation Council

of Greater Los Angeles_ , an _interested party_ in the above referenced ■ case □ adversary proceeding.


*I certify that I am a member in good standing* in the bar in the State of  _California_  and, if

applicable, the bar of the U.S. District Court for the Central District of California.


I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.


Dated:  10 / 1 / 10
New York , New York

_Mailing Address:_

Barger & Wolen LLP

633 West Fifth Street, 47th Floor

Los Angeles, CA  90071-2043

*E-mail address*:  jholmes@bargerwolen.com

*Telephone number*: (213) 680-2800