BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
Telephone: 202.861.1500
Jennifer M. Walrath
Email: jwalrath@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE
## *PRO HAC VICE* OF JENNIFER M. WALRATH

I, Jennifer M. Walrath, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Irving H. Picard, trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC in the above-referenced matter and in any related adversary proceedings.

I certify that I am a member in good standing of the bar in the District of Columbia, the

300105501

Commonwealth of Virginia, the U.S. District Court for the District of Columbia, the U.S. District Court for the Eastern District of Virginia, the U.S. Court of Appeals for the District of Columbia Circuit, and the U.S. Court of Appeals for the Fourth Circuit.

Applicant has submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Washington, DC
October 5, 2010

       *s/Jennifer M. Walrath*
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
T 202.861.1500/ F 202.861.1783
Jennifer M. Walrath
Email: jwalrath@bakerlaw.com

*Attorneys for Defendant Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300105501

2