BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>                     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

### NOTICE OF AGENDA FOR MATTERS SCHEDULED
### FOR HEARING ON OCTOBER 7, 2010 AT 10:00 A.M.

### UNCONTESTED MATTER

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-1789**

1.    Motion For Entry of Order Pursuant To Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving An Agreement By and Between The Trustee And HSBC Bank PLC to Effectuate Agreement With The Primeo Liquidators filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed: 8/30/2010) [Docket No. 2914]

300105574

Related Documents:

A. Affidavit of Service Motion For Entry of Order Pursuant To Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving An Agreement By and Between The Trustee And HSBC Bank PLC to Effectuate Agreement With The Primeo Liquidators (related document(s) 2914 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 8/30/2010) [Docket No. 2917]

Dated: New York, New York
October 6, 2010

**BAKER & HOSTETLER LLP**

By: /s/ *Marc E. Hirschfield*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC And Bernard L.
Madoff*