UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,

    Plaintiff-Applicant,

    v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

    Defendant.

In re:

BERNARD L. MADOFF,

    Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

### ORDER GRANTING ADMISSION TO PRACTICE, _PRO HAC VICE_ OF JESSIE GABRIEL

Upon the motion of Jessie Gabriel, to be admitted, *pro hac vice*, to represent Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff individually (the "Client"), in the above-referenced matter and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York, the State of Ohio, the U.S. Court of Appeals for the Sixth Circuit, and the U.S. District Court for the Southern District of Ohio, it is herby

2

**ORDERED**, that Jessie Gabriel, Esq., is admitted to practice, *pro hac vice*, in the above-referenced matter and in any related adversary proceedings, to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
October 7, 2010

/s/Burton R. Lifland
Honorable Burton L. Lifland
United States Bankruptcy Judge