# <u>EXHIBIT A</u>

THIS FILIh.G IS SUBJECT TO AMENDMENT. ,w MAKING THIS
CLAIM, WE WAIVE NO RIGHTS WE MIGHT OTHERWISE HAVE.

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

(Please print or type)

Name of Customer: Amy Luria Partners LLC
Mailing Address: 5 Colby Road
City: Port Washington          State: NY        Zip: 11050
Account No.: 1-L0323-3-0
Taxpayer I.D. Number (Social Security No.): _____

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

a.    The Broker owes me a Credit (Cr.) Balance of          $1,485,500.00

b.    I owe the Broker a Debit (Dr.) Balance of             $_____0

c.    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                                      $_____0

d.    If balance is zero, insert "None."                    _____None
**Schedule 1 Attached w/exhibits**

1

2.    Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | Schedule 2 Attached | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION
ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT
PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR
COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the
preparation of this claim form: Meltzer, Lippe, Goldstein & Breitstone,
Dawn Laffin, 190 Willis Ave., Mineola, NY  11501
                                                                        .

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Amy Luria Partners, LLC
by:   Amy J. Luria, Member

Date _____    Signature_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Schedule 1

Amy Luria Partners LLC
5 Colby Road
Port Washington, NY 11050
Account No.:    1-L0323-3-0

Timeline - Madoff Investment History

| Date | Money In | Money Out | Narrative |
|---|---|---|---|
| 3/27/2008 | $100,000.00 | | Exhibit 1 - Operating Agreement of Amy Luria Partners LLC |
| 5/8/08 | $1,387,500.00 | | Exhibit 2 - transfer see Madoff statement dated 3/31/08 (page 2) |
| | | | Exhibit 3 - transfer see Madoff statement dated 5/31/08 (page 1) |
| 7/23/08 | | $2,000.00 | Exhibit 4 - Madoff statement dated 7/31/08 (page 1) |
| 11/24/08 | | $300,000.00 | Exhibit 5 - Madoff statement dated 11/30/08 (page 3) |
| | | <$300,000.00> | Trustee's preemptory freezing of $300,000 in LLC's account at HSBC |
| Totals | $1,487,500.00 | $2,000.00 | |

| Deposits | $1,487,500.00 |
|---|---|
| Withdrawals | $2,000.00 |
| Difference | $1,485,500.00 |

# OPERATING AGREEMENT

## OF

# AMY LURIA PARTNERS LLC

Krass, Snow & Schmutter, P.C.
419 Park Avenue South
New York, New York  10016
(212) 683-3636

AGREEMENT, made _7/19_____, 2007, by AMY LURIA, residing at 5 Colby Road, Port Washington, New York 11050 and BERNARD L. MADOFF and PETER B. MADOFF, as Trustees of the TRUST UNDER ARTICLE IX OF THE WILL OF GLADYS C. LURIA F/B/O AMY LURIA, having an address at c/o Bernard L. Madoff Investment Securities, LLC, 885 Third Avenue, Suite 3180, New York, New York 10022 (each a "Member" and together the "Members").

## *WITNESSETH:*

WHEREAS, the Members desire to form a limited liability company pursuant to the laws of the State of New York for the purposes hereinafter set forth, and to establish the Members' rights and obligations in connection with the limited liability company;

NOW, THEREFORE, in consideration of the covenants set forth herein and other valuable consideration, the agreement of the Members shall be as follows:

1.    Formation. The Members have formed a limited liability company (the "LLC") pursuant to the provisions of the New York Limited Liability Company Law, for the purposes and the period and upon the terms and conditions hereinafter set forth.

2.    Name. The name of the LLC shall be AMY LURIA PARTNERS LLC. All business of the LLC shall be conducted under said name.

3.    Purposes. The purposes of the LLC are to engage in any lawful business purposes as the Members may deem desirable.

4.    Place of Business. The principal place of business of the LLC shall be at 5 Colby Road, Port Washington, New York 11050, or at such other or additional places of business within or outside of the State of New York as the Members from time to time may designate.

5.    Registered Agent. The LLC hereby designates the Secretary of State of New York as agent of the LLC for the service of process.

6.    Term. The term of the LLC shall commence on the filing the Articles of Organization of the LLC and shall continue until the occurrence of an event hereinafter set forth which causes the termination of the LLC.

7.    Capital Contribution. The capital contributions of the Members shall be as reflected in the books and records of the LLC. The Members shall not be required to make any additional capital contributions.

8.    Allocations and Distributions. The profits or losses of the LLC from the conduct of the LLC's business, after all expenses incurred in connection therewith have been paid or provided for, may be distributed to the Members as determined by the Members.

*1*

F:\WORD\-L\LURIA\C\OperAgt.doc

This Agreement may be signed in two (2) or more counterparts, each of which shall be deemed an original and all of which taken together shall be deemed one and the same instrument.

IN WITNESS WHEREOF, the Members have executed this Agreement as of the date first above written.

_____
AMY LURIA

TRUST UNDER ARTICLE IX OF WILL OF
GLADYS C. LURIA F/B/O AMY LURIA

By:_____
          Bernard L. Madoff, Trustee

By:_____
          Peter B. Madoff, Trustee

This Agreement may be signed in two (2) or more counterparts, each of which shall be deemed an original and all of which taken together shall be deemed one and the same instrument.

IN WITNESS WHEREOF, the Members have executed this Agreement as of the date first above written.

_____
                          AMY LURIA

TRUST UNDER ARTICLE IX OF WILL OF
GLADYS C. LURIA F/B/O AMY LURIA

By:_____
                    Bernard L. Madoff, Trustee

By:_____
                    Peter B. Madoff, Trustee

                              3

This Agreement may be signed in two (2) or more counterparts, each of which shall be deemed an original and all of which taken together shall be deemed one and the same instrument.

IN WITNESS WHEREOF, the Members have executed this Agreement as of the date first above written.

_____
AMY LURIA

TRUST UNDER ARTICLE IX OF WILL OF
GLADYS C. LURIA F/B/O AMY LURIA

By:_____
        Bernard L. Madoff, Trustee

By:_____
        Peter B. Madoff, Trustee

F:\WORD\-L\LURIA\C\OperAgt.doc

This Agreement may be signed in two (2) or more counterparts, each of which shall be deemed an original and all of which taken together shall be deemed one and the same instrument.

IN WITNESS WHEREOF, the Members have executed this Agreement as of the date first above written.

_____
AMY LURIA

TRUST UNDER ARTICLE IX OF WILL OF
GLADYS C. LURIA F/B/O AMY LURIA

By: _____
Bernard L. Madoff, Trustee

By: _____
Peter B. Madoff, Trustee

3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGAL

AMY LURIA PARTNERS LLC

419 PARK AVENUE SOUTH
NEW YORK    NY    10016

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-L0323-3-0 | 3/31/08 | 1 |

YOUR TAX PAYER IDENTIFICATION NUMBER
******1036

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 3/27 | 100,000 | | 44679 | TRANS FROM 1L012130 U S TREASURY BILL DUE 7/31/2008 | JRNL 99.552 | | 100,000. |
| 3/27 | 448 | | 44697 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 448.00 |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET U S TREASURY BILL DUE 7/31/2008 | MKT PRICE 1 99.546 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 99,994.00 SHORT | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

**DUPLICATE** FOR ACCOUNT
KRASS SNOW & SCHUTTER PC
ATTN: WALTER REGAL

419 PARK AVENUE SOUTH
NEW YORK        NY    10016

AMY LURIA PARTNERS LLC
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

YOUR ACCOUNT NUMBER: 1-L0323-3-0
PERIOD SHOWN: 5/31/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1036
PAGE: 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/01 | | | | BALANCE FORWARD | | 853.07 | |
| 5/01 | | | | AT&T INC / DIV 4/10/08 5/01/08 | DIV | | 30.4 |
| 5/01 | | | | VERIZON COMMUNICATIONS / DIV 4/10/08 5/01/08 | DIV | | 15.4 |
| 5/08 | 1,375,000 | | 87259 | TRANS FROM 1L032330 / U S TREASURY BILL / DUE 9/18/2008 | CA 99.413 | 1,366,928.75 | 1,387,500.00 |
| 5/08 | | | 87295 | FIDELITY SPARTAN / U S TREASURY MONEY MARKET / 9/18/2008 | 1 | | |
| 5/15 | 20,572 | | | ABBOTT LABORATORIES / DIV 4/15/08 5/15/08 | DIV | 20,572.00 | 7.20 |
| 5/15 | | | | PROCTER & GAMBLE CO / DIV 4/18/08 5/15/08 | DIV | | 15.6 |
| 5/19 | | 34,976 | 10506 | FIDELITY SPARTAN / U S TREASURY MONEY MARKET / DIV 05/19/08 | 1 | | 34,976.00 |
| 5/19 | | 1,400,000 | 13764 | U S TREASURY MONEY MARKET / DUE 9/18/2008 9/18/2008 | 99.363 | | 1,391,082.00 |
| 5/19 | 1,425,000 | | 15311 | U S TREASURY BILL / DUE 11/6/2008 11/06/2008 | DIV 99.117 | 1,412,417.25 | 25.4 |

· CONTINUED ON PAGE    2

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT AMY LURIA PARTNERS
KRASS SNOW & SCHNUTTER PC
ATTN: WALTER REGAL
419 PARK AVENUE SOUTH
NEW YORK NY 10016

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-L0323-3-0 | 5/31/08 | 2 |

YOUR TAX PAYER IDENTIFICATION NUMBER: *****1036

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/19 | 12,813 | | 17024 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,813.00 | |
| 5/23 | | 40 | 1195 | DIV CITI GROUP INC DIV 5/05/08 5/23/08 | DIV | | 20.10 |
| 5/27 | | 40 | 1195 | WELLS FARGO & CO NEW | 28.160 | | 1,125.4 |
| 5/27 | | 126 | 2911 | GENERAL ELECTRIC CO | 31.740 | | 3,994.2 |
| 5/27 | | 30 | 5482 | WAL-MART STORES INC | 56.040 | | 1,680.2 |
| 5/27 | | 3 | 7198 | GOOGLE | 577.900 | | 1,733.7 |
| 5/27 | | 68 | 9769 | EXXON MOBIL CORP | 95.310 | | 6,479.0 |
| 5/27 | | 5 | 11412 | GOLDMAN SACHS GROUP INC | 183.260 | | 916.30 |
| 5/27 | | 31 | 15645 | HEWLETT PACKARD CO | 46.300 | | 1,436.30 |
| 5/27 | | 18 | 15932 | INTERNATIONAL BUSINESS MACHS | 125.210 | | 2,253.78 |
| 5/27 | | 73 | 24219 | INTEL CORP | 24.120 | | 1,756.76 |
| 5/27 | | 36 | 28506 | JOHNSON & JOHNSON | 66.470 | | 2,391.92 |
| 5/27 | | 41 | 32792 | J.P. MORGAN CHASE & CO | 43.960 | | 1,801.36 |
| 5/27 | | 25 | 37072 | COCA COLA CO | 57.230 | | 1,429.75 |
| 5/27 | | 15 | 41269 | MCDONALDS CORP | 59.810 | | 897.15 |
| 5/27 | | 27 | 45480 | MERCK & CO | 39.960 | | 1,077.92 |
| 5/27 | | 101 | 58341 | MICROSOFT CORP | 28.820 | | 2,906.52 |
| 5/27 | | 50 | 59767 | ORACLE CORPORATION | 22.310 | | 1,113.50 |
| 5/27 | | 11 | 60686 | APPLE INC | 185.820 | | 2,044.02 |
| 5/27 | | 21 | 62628 | PEPSICO INC | 67.670 | | 1,421.07 |
| 5/27 | | 20 | 64973 | ABBOTT LABORATORIES | 55.030 | | 1,100.60 |
| 5/27 | | 86 | 66915 | PFIZER INC | 20.120 | | 1,727.32 |
| 5/27 | | 31 | 69259 | AMERICAN INTL GROUP INC | 38.430 | | 1,190.33 |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

**DUPLICATE** FOR ACCOUNT AMY LURIA PARTNERS LLC (212) 838-4061
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGAL

419 PARK AVENUE SOUTH NY 10016

YOUR ACCOUNT NUMBER: 1-L0323-3-0
PERIOD ENDING: 5/31/08
PAGE: 3
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1036

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/27 | | 39 | 71202 | PROCTER & GAMBLE CO | 65.880 | | 2,568.3 |
| 5/27 | | 54 | 73546 | BANK OF AMERICA | 35.490 | | 1,916.4 |
| 5/27 | | 27 | 75489 | PHILIP MORRIS INTERNATIONAL | 52.900 | | 1,427.3 |
| 5/27 | | 63 | 77833 | CITI GROUP INC | 22.230 | | 1,398.4 |
| 5/27 | | 15 | T9776 | SCHLUMBERGER LTD | 106.430 | | 1,596.4 |
| 5/27 | | 38 | 81898 | COMCAST CORP CL A | 22 | | 835.0 |
| 5/27 | | 76 | 84063 | AT&T INC | 39.430 | | 2,993.6 |
| 5/27 | | 20 | 86000 | CONOCOPHILLIPS | 93.870 | | 1,877.4 |
| 5/27 | | 13 | 88350 | UNITED PARCEL SVC INC CLASS B | 70.260 | | 913.3 |
| 5/27 | | 75 | 90287 | CISCO SYSTEMS INC | 25.880 | | 1,938.0 |
| 5/27 | | 12 | 92630 | UNITED TECHNOLOGIES CORP | 73.570 | | 882.8 |
| 5/27 | | 27 | 94574 | CHEVRON CORP | 103.450 | | 2,792.1 |
| 5/27 | | 36 | 96907 | VERIZON COMMUNICATIONS | 37.940 | | 1,366.8 |
| 5/27 | | 24 | 90727 | THE WALT DISNEY CO | 34.040 | | 816.9 |
| 5/28 | 63,082 | | 23961 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 63,082.00 | |
| 5/28 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 05/28/08 | DIV | | 6.91 |
| 5/28 | | 75,895 | 28659 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 75,895.00 |
| 5/28 | 75,000 | | 33049 | U S TREASURY BILL DUE 9/18/2008 DUE 9/18/2008 | 99.410 | | 74,557.50 |

CONTINUED ON PAGE 4

**BERNARD L. MADOFF**
[MADF]
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGAL

AMY LURIA PARTNERS LLC

419 PARK AVENUE SOUTH
NEW YORK            NY     10016

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-L0323-3-0 | 5/31/08 | 4 |

YOUR TAX PAYER IDENTIFICATION NUMBER  ******1036

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/28 | 3,003 | | 38152 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,003.00 | |
| 5/29 | | | | GOLDMAN SACHS GROUP INC DIV  4/29/08  5/29/08 | DIV | | |
| 5/30 | 91 | | 43233 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 91.00 | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 3,094 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 75,000 | | | U S TREASURY BILL DUE  9/18/2008  9/18/2008 | 99.420 | | 944.88 |
| | 1,625,000 | | | U S TREASURY BILL DUE 11/6/2008  11/06/2008 | 99.138 | | |
| | | | | MARKET VALUE OF SECURITIES LONG  1,490,375.50 | | | |
| | | | | MARKET VALUE OF SECURITIES SHORT | | | |

1.7

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   AMY LURIA PARTNERS LLC
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGAL
419 PARK AVENUE SOUTH
NEW YORK NY 10016

YOUR ACCOUNT NUMBER: 1-L0323-3-0
PERIOD ENDING: 5/31/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1036
PAGE: 5

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 150.4 |
| | | | | GROSS PROCEEDS FROM SALES | | | 1,554,426.7 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020/7493 6222

**DUPLICATE** FOR ACCOUNT
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGAL

AMY LURIA PARTNERS

419 PARK AVENUE SOUTH
NEW YORK           NY   10016

YOUR ACCOUNT NUMBER  1-L0323-3-0

REPORT ENDING  7/31/08

PAGE  1

YOUR TAX PAYER IDENTIFICATION NUMBER  ******1036

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 7/23 | | | | CHECK | CW | 944.06 | |
| 7/23 | | | | FIDELITY SPARTAN | DIV | 2,000.00 | I/r Prep ? |
| | | | | U S TREASURY MONEY MARKET | | | 6.8 |
| | | | | DIV 07/23/08 | | | |
| 7/23 | 1,232 | | 73748 | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 7/23 | 1,232 | | 74438 | FIDELITY SPARTAN | 1 | 1,232.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 944.23 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,232 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 75,000 | | | U S TREASURY BILL | 99.778 | | |
| | | | | DUE 9/18/2008 | | | |
| | | | | 9/18/2008 | | | |
| | 1,425,000 | | | U S TREASURY BILL | 99.551 | | |
| | | | | DUE 11/6/2008 | | | |
| | | | | 11/06/2008 | | | |
| | | 3,225 | | | | | 3,225.0 |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | 1,494,667.25 | | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | SHORT | | | |

**BERNARD L. MADOFF**
[MADF] INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

\*\*DUPLICATE\*\* FOR ACCOUNT ANY LURIA PARTNERS
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGAL
419 PARK AVENUE SOUTH
NEW YORK          NY   10016

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
| 1-L0323-3-0 | 7/31/08 | 2 |

YOUR TAX PAYER IDENTIFICATION NUMBER
\*\*\*\*\*\*\*1036

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|--------------------------------|---------------------------------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 289.1 |
| | | | | GROSS PROCEEDS FROM SALES | | | 1,554,426.7 |

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGAL
419 PARK AVENUE SOUTH   NEW YORK   NY   10016

AMY LURIA PARTNERS LLC

YOUR ACCOUNT NUMBER: 1-L0323-3-0

PERIOD SHOWN: 11/30/08   FORM: 1

YOUR TAX PAYER IDENTIFICATION NUMBER: ******1036

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TSN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 70,919.33 | |
| 11/12 | 990 | | 403 | HEWLETT PACKARD CO | 34.900 | 34,590.00 | |
| 11/12 | 858 | | 4227 | WAL-MART STORES INC | 55.830 | 47,936.14 | |
| 11/12 | 561 | | 4729 | INTERNATIONAL BUSINESS MACHS | 87.270 | 48,980.47 | |
| 11/12 | 2,079 | | 8553 | EXXON MOBIL CORP | 72.880 | 151,600.52 | |
| 11/12 | 2,277 | | 9055 | INTEL CORP | 14.510 | 33,130.27 | |
| 11/12 | 1,089 | | 13381 | J.P. MORGAN CHASE & CO | 59.580 | 64,925.62 | |
| 11/12 | 1,485 | | 17706 | JOHNSON & JOHNSON | 38.530 | 57,276.05 | |
| 11/12 | 722 | | 22032 | COCA COLA CO | 44.660 | 25,401.72 | |
| 11/12 | 462 | | 26358 | MCDONALDS CORP | 55.370 | 25,598.94 | |
| 11/12 | 858 | | 26658 | MERCK & CO | 28.550 | 24,529.90 | |
| 11/12 | 3,135 | | 30604 | MICROSOFT CORP | 21.810 | 68,409.35 | |
| 11/12 | 1,584 | | 35010 | ORACLE CORPORATION | 17.300 | 27,466.20 | |
| 11/12 | 627 | | 39336 | PEPSICO INC | 56.410 | 35,394.07 | |
| 11/12 | 363 | | 52314 | APPLE INC | 100.780 | 36,597.14 | |
| 11/12 | 2,673 | | 52816 | PFIZER INC | 16.940 | 45,386.62 | |
| 11/12 | 627 | | 56640 | ABBOTT LABORATORIES | 54.610 | 34,265.47 | |
| 11/12 | 1,188 | | 57142 | PROCTER & GAMBLE CO | 64.080 | 76,174.04 | |
| 11/12 | 429 | | 60966 | AMGEN INC | 59.160 | 25,396.64 | |
| 11/12 | 825 | | 61468 | PHILIP MORRIS INTERNATIONAL | 43.600 | 36,003.00 | |
| 11/12 | 1,980 | | 65292 | BANK OF AMERICA | 21.590 | 42,827.20 | |
| 11/12 | 660 | | 65794 | QUALCOMM INC | 33.770 | 22,314.20 | |
| 11/12 | 2,145 | | 69618 | CITI GROUP INC | 12.510 | 26,918.95 | |
| 11/12 | 495 | | 70120 | SCHLUMBERGER LTD | 49.480 | 24,511.60 | |
| | | | 73944 | | | | |

CONTINUED ON PAGE 2

1,247,578.26

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT  AMY LURIA PARTNERS LLC
KRASS SNOW & SCHNITTER PC
ATTN: WALTER REGAL
419 PARK AVENUE SOUTH
NEW YORK                NY    10016

YOUR ACCOUNT NUMBER: 1-L0323-3-0
PERIOD ENDING: 11/30/08
PAGE 2
YOUR TAX PAYER IDENTIFICATION NUMBER: *****1036

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,180 | | 74446 | COMCAST CORP CL A | 16.510 | 19,660.88 | |
| 11/12 | 2,343 | | 78270 | AT&T INC | 27 | 63,354.00 | |
| 11/12 | 594 | | 78772 | CONOCPHILIPS | 52.510 | 31,213.94 | |
| 11/12 | 396 | | 82596 | UNITED PARCEL SVC INC CLASS B | 52.040 | 20,622.84 | |
| 11/12 | 2,609 | | 83098 | CISCO SYSTEMS INC | 16.730 | 40,398.57 | |
| 11/12 | 693 | | 86922 | U S BANCORP | 29.530 | 20,491.29 | |
| 11/12 | 825 | | 87424 | CHEVRON CORP | 73.430 | 60,612.75 | |
| 11/12 | 396 | | 91248 | UNITED TECHNOLOGIES CORP | 53.160 | 21,066.36 | |
| 11/12 | 4,191 | | 91750 | GENERAL ELECTRIC CO | 19.630 | 82,436.33 | |
| 11/12 | 1,122 | | 95574 | VERIZON COMMUNICATIONS | 30.410 | 34,164.02 | |
| 11/12 | 99 | | 96076 | GOOGLE | 337.400 | 34,165.60 | |
| 11/12 | 1,386 | | 99900 | WELLS FARGO & CO NEW | 29.800 | 33,405.60 | |
| 11/12 | | 1,475,000 | 22511 | U S TREASURY BILL DUE 2/12/2009  2/12/2009 | 99.936 | 41,357.80 | 1,474,056. |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET  DIV 11/12/08 | DIV | | 55, |
| 11/12 | 18,797 | | 26980 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,797.00 | |
| 11/12 | | 45,860 | 17611 | FIDELITY SPARTAN U S TREASURY MONEY MARKET  DIV 11/12/08 | 1 | | 45,860. |
| 11/19 | | | | FIDELITY SPARTAN MONEY MARKET  U S TREASURY MONEY MARKET  DIV 11/19/08 | 1  DIV | | 2, |

CONTINUED ON PAGE   3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8UT
Tel 020 7493 6222

**DUPLICATE*** FOR ACCOUNT
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGAL
419 PARK AVENUE SOUTH
NEW YORK          NY     10016

For Account
AMY LURIA PARTNERS LLC

YOUR ACCOUNT NUMBER: 1-L0323-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****1036
PAGE: 3

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE ON SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 18,797 | 52419 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 18,797. |
| 11/19 | 100,000 | | 56973 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 99,926.00 | |
| 11/19 | 17,742 | | 61457 | FIDELITY SPARTAN U S TREASURY MONEY MARKET CHECK | CM DIV | 300,000.00 | |
| 11/24 | | | 76952 | DIV 11/24/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 17,742. |
| 11/24 | 17,742 | | 76952 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,742.00 | |
| 11/24 | 100,000 | | 76963 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.963 | 99,963. | |
| 11/28 | | 54 | 78664 | APPLE INC | 92.950 | | 5,017. |
| 11/28 | | 94 | 78670 | ABBOTT LABORATORIES | 50.780 | | 4,770. |
| 11/28 | | 64 | 78676 | AMGEN INC | 55.990 | | 3,581. |
| 11/28 | | 297 | 78682 | BANK OF AMERICA | 14.590 | | 4,322. |
| 11/28 | | 321 | 78688 | CITIGROUP INC | 5.950 | | 1,897. |
| 11/28 | | 178 | 78694 | COMCAST CORP CL A | 15.280 | | 2,712. |
| 11/28 | | 89 | 78700 | CONOCOPHILIPS | 49.510 | | 4,403. |
| 11/28 | | 361 | 78706 | CISCO SYSTEMS INC | 16.400 | | 5,906. |

CONTINUED ON PAGE 4

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGAL

AMY LURIA PARTNERS LLC

419 PARK AVENUE SOUTH
NEW YORK            NY    10016

YOUR ACCOUNT NUMBER: 1-L0323-3-0
PERIOD ENDING: 11/30/08
PAGE: 4
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1036

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|------|-------------|-----------------|-------------------------------|--------------------------------|
| 11/28 | 123 | | 78712 | CHEVRON CORP | 74.300 | | 9,134. |
| 11/28 | 628 | | 78718 | GENERAL ELECTRIC CO | 15.260 | | 9,558. |
| 11/28 | 14 | | 78724 | GOOGLE | 257.440 | | 3,604. |
| 11/28 | 148 | | 78730 | HEWLETT PACKARD CO | 35.700 | | 5,278. |
| 11/28 | 84 | | 78736 | INTERNATIONAL BUSINESS MACHS | 79.890 | | 6,707. |
| 11/28 | 341 | | 78742 | INTEL CORP | 13.630 | | 4,634. |
| 11/28 | 163 | | 78748 | JOHNSON & JOHNSON | 59.110 | | 9,628. |
| 11/28 | 222 | | 78754 | J.P. MORGAN CHASE & CO | 27.580 | | 6,114. |
| 11/28 | 118 | | 78760 | COCA COLA CO | 45.230 | | 5,333. |
| 11/28 | 69 | | 78766 | MCDONALDS CORP | 55.510 | | 3,828. |
| 11/28 | 128 | | 78772 | MERCK & CO | 25.440 | | 3,251. |
| 11/28 | 470 | | 78776 | MICROSOFT CORP | 20.690 | | 9,706. |
| 11/28 | 237 | | 78778 | ORACLE CORPORATION | 16.640 | | 3,934. |
| 11/28 | 94 | | 78784 | PEPSICO INC | 55.660 | | 5,229. |
| 11/28 | 400 | | 78802 | PFIZER INC | 16.040 | | 6,400. |
| 11/28 | 178 | | 78808 | PROCTER & GAMBLE CO | 64.680 | | 11,506. |
| 11/28 | 123 | | 78814 | PHILLIP MORRIS INTERNATIONAL | 41.830 | | 5,141. |
| 11/28 | 99 | | 78820 | QUALCOMM INC | 32.820 | | 3,246. |
| 11/28 | 74 | | 78826 | SCHLUMBERGER LTD | 46.390 | | 3,430. |
| 11/28 | 351 | | 78832 | AT&T INC | 26.940 | | 9,441. |
| 11/28 | 59 | | 78838 | UNITED PARCEL SVC INC | 54.610 | | 3,219. |
| | | | 78844 | CLASS B | | | |
| 11/28 | 103 | | 78850 | U S BANCORP | 25.100 | | 2,581. |
| 11/28 | 59 | | 78856 | UNITED TECHNOLOGIES CORP | 49.110 | | 2,895. |
| 11/28 | 168 | | 78862 | VERIZON COMMUNICATIONS | 29.730 | | 4,908. |

CONTINUED ON PAGE 5

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT AMY LURIA PARTNERS L P
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGAL

419 PARK AVENUE SOUTH
NEW YORK    NY    10016

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 1-L0323-3-0 | 11/30/08 | 5 | *****1036 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/28 | | 207 | 78868 | WELLS FARGO & CO NEW | 26.020 | | 5,378. |
| 11/28 | | 128 | 78874 | WAL-MART STORES INC | 52.770 | | 6,745. |
| 11/28 | | 311 | 78880 | EXXON MOBIL CORP | 78.800 | | 24,494. |
| 11/28 | 30,609 | | 79165 | FIDELITY SPARTAN | 1 | 30,609.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 167,993.54 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,992 | | | AT&T INC | 28.560 | | |
| | 533 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 365 | | | AMGEN INC | 55.540 | | |
| | 309 | | | APPLE INC | 92.670 | | |
| | 1,683 | | | BANK OF AMERICA | 16.250 | | |
| | 702 | | | CHEVRON CORP | 79.010 | | |
| | 2,048 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,824 | | | CITI GROUP INC | 8.290 | | |
| | 674 | | | COCA COLA CO | 46.870 | | |
| | 1,010 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 505 | | | CONOCOPHILLPS | 52.520 | | |
| | 1,768 | | | EXXON MOBIL CORP | 80.150 | | |
| | 3,563 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 85 | | | GOOGLE | 292.960 | | |
| | 842 | | | HEWLETT PACKARD CO | 35.280 | | |
| | | | | CONTINUED ON PAGE    6 | | | |

# BERNARD L. MADOFF

**INVESTMENT SECURITIES LLC**

New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**FOR ACCOUNT**

\*\*DUPLICATE\*\*
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGAL
419 PARK AVENUE SOUTH
NEW YORK                    NY    10016

AMY LURIA PARTNERS LLC

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-L0323-3-0 | 11/30/08 | 6 |

YOUR TAX PAYER IDENTIFICATION NUMBER
\*\*\*\*\*1036

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT | DATE |
|---|---|---|---|---|---|---|---|
| 1,936 | | | INTEL CORP | 13.800 | | | |
| 477 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | | |
| 1,263 | | | J.P. MORGAN CHASE & CO | 31.660 | | | |
| 926 | | | JOHNSON & JOHNSON | 58.580 | | | |
| 393 | | | MCDONALDS CORP | 58.750 | | | |
| 730 | | | MERCK & CO | 26.720 | | | |
| 2,665 | | | MICROSOFT CORP | 20.220 | | | |
| 1,347 | | | ORACLE CORPORATION | 16.090 | | | |
| 533 | | | PEPSICO INC | 56.700 | | | |
| 2,273 | | | PFIZER INC | 16.430 | | | |
| 702 | | | PHILIP MORRIS INTERNATIONAL | 42.160 | | | |
| 1,010 | | | PROCTER & GAMBLE CO | 64.350 | | | |
| 561 | | | QUALCOMM INC | 33.570 | | | |
| 421 | | | SCHLUMBERGER LTD | 50.740 | | | |
| 30,609 | | | FIDELITY SPARTAN | 1 | | | |
| | | | U S TREASURY MONEY MARKET | | | | |
| 590 | | | U S BANCORP | 26.980 | | | |
| 337 | | | UNITED PARCEL SVC INC | 57.600 | | | |
| | | | CLASS B | | | | |
| 337 | | | UNITED TECHNOLOGIES CORP | 48.530 | | | |
| 954 | | | VERIZON COMMUNICATIONS | 32.650 | | | |
| 730 | | | WAL-MART STORES INC | 55.880 | | | |
| 1,179 | | | WELLS FARGO & CO NEW | 28.890 | | | |
| | | | | | | | |
| | | | MARKET VALUE OF SECURITIES | | | | |
| | | | LONG | | | | |
| 1,267,317.80 | | | SHORT | | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC

New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT
KRASS SNOW & SCHMUTTER PC
ATTN: WALTER REGAL

AMY LURIA PARTNERS LLC

419 PARK AVENUE SOUTH
NEW YORK          NY    10016

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 4,410. |
| | | | | GROSS PROCEEDS FROM SALES | | | 6,253,649. |

YOUR ACCOUNT NUMBER  1-L0323-3-0

PERIOD ENDING  11/30/08

PAGE  7

YOUR TAX PAYER IDENTIFICATION NUMBER  *******1036

Schedule 2

Amy Luria Partners LLC
5 Colby Road
Port Washington, NY 11050
Account 1-L0323-3-0

| Shares | Securities | 11/30/08 Per Share Value | Total Value |
|---|---|---|---|
| 1,992 | AT&T Inc. | $28.560 | $56,891.52 |
| 533 | Abbott Laboratories | $52.390 | $27,923.87 |
| 365 | Amgen Inc. | $55.540 | $20,272.10 |
| 309 | Apple Inc. | $92.670 | $28,635.03 |
| 1,683 | Bank of America | $16.250 | $27,348.75 |
| 702 | Chevron Corp. | $79.010 | $55,465.02 |
| 2,048 | Cisco Systems Inc. | $16.540 | $33,873.92 |
| 1,824 | Citi Group Inc. | $8.290 | $15,120.96 |
| 674 | Coca Cola Co. | $46.870 | $31,590.38 |
| 1,010 | Comcast Corp. (CL A) | $17.340 | $17,513.40 |
| 505 | Conocophilips | $52.520 | $26,522.60 |
| 1,768 | Exxon Mobil Corp. | $80.150 | $141,705.20 |
| 3,563 | General Electric Co. | $17.170 | $61,176.71 |
| 85 | Google | $292.960 | $24,901.60 |
| 842 | Hewlett Packard & Co. | $35.280 | $29,705.76 |
| 1,936 | Intel Corp | $13.800 | $26,716.80 |
| 477 | International Business Machs | $81.600 | $38,923.20 |
| 1,263 | J.P. Morgan Chase & Co, | $31.660 | $39,986.58 |
| 926 | Johnson & Johnson | $58.580 | $54,245.08 |
| 393 | McDonalds Corp. | $58.750 | $23,088.75 |
| 730 | Merck & Co, | $26.720 | $19,505.60 |
| 2,665 | Microsoft Corp | $20.220 | $53,886.30 |
| 1,347 | Oracle Corporation | $16.090 | $21,673.23 |
| 533 | Pepsico Inc | $56.700 | $30,221.10 |
| 2,273 | Pfizer Inc. | $16.430 | $37,345.39 |
| 702 | Phillip Morris International | $42.160 | $29,596.32 |
| 1,010 | Procter & Gamble Co. | $64.350 | $64,993.50 |
| 561 | Qualcomm Inc. | $33.570 | $18,832.77 |
| 421 | Schlumberger Ltd | $50.740 | $21,361.54 |
| 30,609 | Fidelity Spartan US Treasury Money Market | $1.000 | $30,609.00 |
| 590 | US Bancorp | $26.980 | $15,918.20 |
| 337 | United Parcel Svc Inc.      (Class B) | $57.600 | $19,411.20 |
| 337 | United Technologies Corp. | $48.530 | $16,354.61 |
| 954 | Verizon Communications | $32.650 | $31,148.10 |
| 730 | Wal-Mart Stores Inc. | $55.880 | $40,792.40 |
| 1,179 | Wells Fargo & Co New | $28.890 | $34,061.31 |

Total                                                                                           **$1,267,317.80**

Less Net Cash (Cash Deposit - Cash Withdrawal) Broker owes me                 **$2,000.00**

Balance Due on Securities                                                       **$1,265,317.80**