Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000
Steven R. Schlesinger, Esq.

*Attorneys for Amy Luria Partners LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

            Plaintiff-Applicant,         Adv. Pro. No. 08-01789 (BRL)

    v.         SIPA Liquidation

BERNARD L. MADOFF INVESTMENT        (Substantively Consolidated)
SECURITIES LLC,

         Defendant.
-------------------------------------------------------------X

IN RE:

BERNARD L. MADOFF,

         Debtor.
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, **HALE YAZICIOGLU**, an attorney duly admitted to practice law in the Courts of the State of New York and before this Court, hereby certify, pursuant to 28 U.S.C. § 1746, that on the **12th day of October, 2010**, I served a copy of the **AMY LURIA PARTNERS LLC'S OBJECTION TO NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM, dated October 12, 2010**, by First Class Mail by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service

within New York State, addressed to the following attorneys at the addresses listed below, said addresses being designated for that purpose:

TO:    Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Andrew W. Reich, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Garden City, New York
October 12, 2010

/s/Hale Yazicioglu
HALE YAZICIOGLU
JASPAN SCHLESINGER LLP
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000