**EXHIBIT 4**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Case No.  08-01789 (BRL) |
| Debtor. | (Substantively Consolidated) |

SECURITIES INVESTOR PROTECTION
CORPORATION

          Plaintiff,

          v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

          Defendant.

## NOTICE OF WITHDRAWAL OF OBJECTION

    Nassau Capital LLC ("Claimant"), having filed an objection to the Trustee's Notice of

Determination respecting Claimant's customer claim (#011202) (the "Objection", Docket No.

889), hereby gives notice that it is withdrawing such Objection.

Dated: _____, 2010

NASSAU CAPITAL LLC

By: _____
Name:
c/o Elise Scherr Frejka
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

RECEIVED
OCT 1 2 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK