# ROBIN S. FRIEHLING
15 Braemar Court, New City, New York 10956
Phone: (845) 708-5758
Cell: (845) 494-0108
E-mail: Friehlings1@aol.com

**Via Certified Mail – Return Receipt Requested**



October 6, 2010

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Re: Bankruptcy Case No. 08-1789 (BRL)

Dear Court Representative and Mr. Picard:

This letter will notify you of my disagreement with the Trustee's determination as stated in Mr. Picard's letter dated September 8, 2010, and entitled 'Notice of Trustee's Determination of Claim' (Attachment 1), concerning Friehling & Horowitz CPAs PC Employees Profit Sharing Plan (hereinafter referred to as "the Plan"), BLMIS Account No. 1F0056, designated as Claim Number 2125. As per the instructions in Mr. Picard's letter, please accept this letter as my request for a hearing before Bankruptcy Judge Burton R. Lifland.

I am the wife of David G. Friehling and I have my own interest in the Plan.

Mr. Picard's determination letter states:

> Because you have withdrawn all monies that were deposited into your account, you do not have a positive "net equity" in your account and are not entitled to an allowed claim in the BLMIS liquidation proceeding.

Table 1 attached to Mr. Picard's letter (Attachment 2) is incomplete. It only reflects account activity from 12/21/1989 through 4/16/1997. In fact, the Plan's BLMIS accounts were in existence up to and including 12/11/2008 (please see Attachment 3 - statement issued by BLMIS as of 11/30/2008), yet to date, we have not received any additional analysis of this account from Mr. Picard covering the period of 4/17/1997 through 12/11/2008.

Continued . . .

Furthermore, Table 1 reflects that the balance in this account as of 5/21/1997 was transferred to account # 1F012430, also an account held at BLMIS. Attached please find a copy of the BLMIS statements dated 5/31/1997 showing the same amount being transferred out of account 1-F0056-1-0 (Attachment 4) and into account 1-F0124-3-0 (Attachment 5). This transfer does not constitute a withdrawal of monies. This transfer was effected by BLMIS pursuant to notification from BLMIS that the money would be transferred and a new account number would be created. At no time, did anyone withdraw funds from this account. The funds were continuously in the custody of BLMIS.

The Plan is a bona fide pension plan, duly filed with the IRS and assigned Taxpayer ID 13-3548061 for the profit-sharing plan and 13-3575364 for the money purchase plan – both of which were contained in the Plan accounts held at BLMIS. Enclosed please find the IRS Notice of New Employer Identification Number Assigned to each, dated 1/17/90 (Attachment 6) and 7/17/90 (Attachment 7), respectively. The Plan filed the required Form 5500 each and every year of its existence.

At various times since January, 1990, I have been an employee on the payroll of Friehling & Horowitz, CPAs, PC. As an employee, I exercised my right under the Plan to roll-over into the Plan bona fide pension savings that I had accrued myself while working as an employee at 3 different employers. The schedule of my deposits into the Plan is as follows:

| Date | Amount | Description |
|---|---|---|
| 5/9/1990 | $46,006,56[1] | Proceeds accrued during my employment at Montefiore Medical Center from 1/4/1982 to 1/4/1990. |
| 4/16/1997 | $15,101.94[2] | Proceeds accrued during my employment at FEGS from 4/2/1990 to 4/26/1996. |
| 1/11/2000 | $38,597.65[3] | Proceeds accrued during my employment at Rockland ARC from 4/29/1996 to 1/31/1999. |
| TOTAL | $99,706.15 | |

I respectfully request a hearing before Bankruptcy Judge Burton R. Lifland as I believe that, contrary to Mr. Picard's letter, there is net equity in the Plan account held by BLMIS and accordingly, I am entitled to SIPC coverage for the loss that I sustained as a covered participant in the Plan.

Sincerely,

*John S. Friehling*

Robin S. Friehling

---

[1] See Attachment 8 - 1990 Form 1099-R from Citibank.
[2] See Attachment 9 - 1997 Form 1099-R from College Retirement Equities Fund.
[3] See Attachment 10 - 1999 Form 1099-R from The Chase Manhattan Bank.

2