**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:  BERNARD L. MADOFF,                                     Case No.: _____
                                                                Chapter_____

                              Debtor

-----------------------------------------------------------x
SECURITIES INVESTOR PROTECTION                      Adversary Proceeding No.: 08-1789(BRL)
CORPORATION
                              Plaintiff

                         v.
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
                              Defendant

-----------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of John C. Holmes, to be admitted, ***pro hac vice***, to represent Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles, (the "Client") an interested party in the above referenced ■ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California, it is hereby

**ORDERED,** that John C. Holmes, Esq. is admitted to practice, ***pro hac vice***, in the above referenced ■ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  October 13, 2010
         New York, New York                             /s/Burton R. Lifland_____
                                                        UNITED STATES BANKRUPTCY JUDGE