# **EXHIBIT A**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
13 WEST HARTSDALE AVENUE
HARTSDALE    NY    10530

YOUR ACCOUNT NUMBER: 1-L0108-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4776
PAGE: 1

| BOUGHT OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 61,757.68 | |
| 690 | | 303 | HEWLETT PACKARD CO | 34.900 | 20,964.00 | |
| 520 | | 4127 | WAL-MART STORES INC | 55.830 | 29,051.60 | |
| 340 | | 4629 | INTERNATIONAL BUSINESS MACHS | 87.270 | 29,684.80 | |
| 1,250 | | 8453 | EXXON MOBIL CORP | 72.880 | 91,878.80 | |
| 1,380 | | 8955 | INTEL CORP | 14.510 | 20,078.80 | |
| 650 | | 13281 | JOHNSON & JOHNSON | 59.580 | 39,348.80 | |
| 900 | | 17606 | J.P. MORGAN CHASE & CO | 38.530 | 34,713.00 | |
| 480 | | 21932 | COCA COLA CO | 44.660 | 21,455.80 | |
| 280 | | 26258 | MCDONALDS CORP | 55.370 | 15,514.60 | |
| 520 | | 30584 | MERCK & CO | 28.550 | 14,866.00 | |
| 1,900 | | 34910 | MICROSOFT CORP | 21.810 | 41,515.00 | |
| 960 | | 39235 | ORACLE CORPORATION | 17.300 | 16,646.00 | |
| 380 | | 52214 | PEPSICO INC | 56.410 | 21,450.80 | |
| 220 | | 52736 | APPLE INC | 100.780 | 22,179.60 | |
| 1,620 | | 56540 | PFIZER INC | 16.940 | 27,506.80 | |
| 380 | | 57042 | ABBOTT LABORATORIES | 54.610 | 20,766.80 | |
| 720 | | 60866 | PROCTER & GAMBLE CO | 64.080 | 46,165.60 | |
| 260 | | 61368 | AMGEN INC | 59.160 | 15,391.60 | |
| 500 | | 65192 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 21,820.00 | |
| 1,200 | | 65694 | BANK OF AMERICA | 21.590 | 25,956.00 | |
| 400 | | 69518 | QUALCOMM INC | 33.770 | 13,524.00 | |
| 1,300 | | 70020 | CITI GROUP INC | 12.510 | 16,315.00 | |
| 300 | | 73844 | SCHLUMBERGER LTD | 49.480 | 14,856.00 | |
| | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
63 WEST HARTSDALE AVENUE
HARTSDALE    NY 10530

YOUR ACCOUNT NUMBER: 1-L0108-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4776
PAGE: 2

| BOUGHT, RECEIVED OR LONG | SOLD, DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 720 | | 74346 | COMCAST CORP CL A | 16.510 | 11,915.20 | |
| 1,420 | | 78170 | AT&T INC | 27 | 38,396.00 | |
| 360 | | 78672 | CONOCOPHILLIPS | 52.510 | 18,917.60 | |
| 240 | | 82496 | UNITED PARCEL SVC INC CLASS B | 52.040 | 12,498.60 | |
| 1,460 | | 82998 | CISCO SYSTEMS INC | 16.730 | 24,483.80 | |
| 420 | | 86822 | U S BANCORP | 29.530 | 12,418.60 | |
| 500 | | 87324 | CHEVRON CORP | 73.430 | 36,735.00 | |
| 240 | | 91148 | UNITED TECHNOLOGIES CORP | 53.150 | 12,767.40 | |
| 2,540 | | 91650 | GENERAL ELECTRIC CO | 19.630 | 49,961.20 | |
| 680 | | 95474 | VERIZON COMMUNICATIONS | 30.410 | 20,705.80 | |
| | | 95976 | GOOGLE | 337.400 | | |
| 60 | | 99800 | WELLS FARGO & CO NEW | 29.800 | 20,246.00 | |
| 840 | | 22411 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | 25,065.00 | |
| | 925,000 | | 2/12/2009 | | | 924,408.00 |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 3.73 |
| | | | DIV 11/12/08 | | | |
| | | | FIDELITY SPARTAN | 1 | | |
| | 10,340 | 17511 | U S TREASURY MONEY MARKET | | | 10,340.00 |
| | 24,952 | 26880 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 24,952.00 |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 3.06 |
| | | | DIV 11/19/08 | | | |
| | | | CONTINUED ON PAGE 3 | | | |

IS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
13 WEST HARTSDALE AVENUE
HARTSDALE    NY    10530

YOUR ACCOUNT NUMBER: 1-L0108-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4776
PAGE: 3

| BOUGHT QUANTITY OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 24,952 | 52311 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 24,952.00 |
| 75,000 | | 56669 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 74,944.50 | |
| 9,931 | | 61349 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,931.00 | |
| | | | NEW BALANCE | | 117,637.99 | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 1,420 | | | AT&T INC | 28.560 | | |
| 380 | | | ABBOTT LABORATORIES | 52.390 | | |
| 260 | | | AMGEN INC | 55.540 | | |
| 220 | | | APPLE INC | 92.670 | | |
| 1,200 | | | BANK OF AMERICA | 16.250 | | |
| 500 | | | CHEVRON CORP | 79.010 | | |
| 1,460 | | | CISCO SYSTEMS INC | 16.540 | | |
| 1,300 | | | CITI GROUP INC | 8.290 | | |
| 480 | | | COCA COLA CO | 46.870 | | |
| 720 | | | COMCAST CORP | 17.340 | | |
| | | | CL A | | | |
| 360 | | | CONOCOPHILLIPS | 52.520 | | |
| 1,260 | | | EXXON MOBIL CORP | 80.130 | | |
| 2,540 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | CONTINUED ON PAGE 4 | | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
83 WEST HARTSDALE AVENUE
HARTSDALE                NY   10530

YOUR ACCOUNT NUMBER: 1-L0108-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4776
PAGE: 4

**STATEMENT FOR INCOME TAX PURPOSES**

| BOUGHT / RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 60 | | GOOGLE | 292.960 | | |
| | 600 | | HEWLETT PACKARD CO | 35.280 | | |
| | 1,380 | | INTEL CORP | 13.800 | | |
| | 340 | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 900 | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 660 | | JOHNSON & JOHNSON | 58.580 | | |
| | 280 | | MCDONALDS CORP | 58.750 | | |
| | 520 | | MERCK & CO | 26.720 | | |
| | 1,900 | | MICROSOFT CORP | 20.220 | | |
| | 960 | | ORACLE CORPORATION | 16.090 | | |
| | 380 | | PEPSICO INC | 56.700 | | |
| | 1,620 | | PFIZER INC | 16.430 | | |
| | 500 | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 720 | | PROCTER & GAMBLE CO | 64.350 | | |
| | 400 | | QUALCOMM INC | 33.570 | | |
| | 300 | | SCHLUMBERGER LTD | 50.740 | | |
| | 9,931 | | FIDELITY SPARTAN | 1 | | |
| | | | U S TREASURY MONEY MARKET | | | |
| | 420 | | U S BANCORP | 26.980 | | |
| | 240 | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | CLASS B | | | |
| 75,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | DUE 03/26/2009    3/26/2009 | | | |
| | 240 | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | CONTINUED ON PAGE    5 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
13 WEST HARTSDALE AVENUE
HARTSDALE           NY  10530

| BOUGHT OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 680 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 520 | | | WAL-MART STORES INC | 55.880 | | |
| 840 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG      966,075.05 | | | |
| | | | SHORT | | | |

YOUR ACCOUNT NUMBER: 1-L0108-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4776
PAGE: 5

THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
3 WEST HARTSDALE AVENUE
HARTSDALE    NY    10530

YOUR ACCOUNT NUMBER: 1-L0108-4-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4776
PAGE: 1

| BOUGHT OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 61,758.00 |
| | 20 | 43562 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 31,580.00 |
| | 20 | 47888 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 35,620.00 | |
| 20 | | 33992 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 51,980.00 |
| 20 | | 38317 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 60,020.00 | |
| | 20 | 42642 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | | 6,020.00 |
| | 20 | 46967 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | 73,980.00 | |
| | | | NEW BALANCE | | | 117,638.00 |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | MARKET VALUE OF SECURITIES LONG    33,000.00    SHORT    46,600.00- | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

2