# **EXHIBIT B**

LAW OFFICES
# DAVID M. RICHMAN

FRED I. SONNENFELD
JUDITH R. RICHMAN
MARVIN W. WEINSTEIN
BRAD EVAN SERLEN
OF COUNSEL

800 LEXINGTON AVENUE
NEW YORK, N.Y. 10017
(212) 687-1425
FACSIMILE (212) 682-4425
E-MAIL: drichman@sonnrichlaw.com

February 19, 2009

**Via United Parcel Service**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff
 Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, *Suite 800*
Dallas, Texas 75201

      Re:    *Claim of E/O Richard A. Luria*
              *Account No: 1LO108*

Dear Mr. Picard:

     In my capacity as Co-Executor of the Estate of Richard A. Luria, I enclose a "Customer Claim" in the matter of Bernard L. Madoff Investment Securities LLC.

     ***Please note*** that the beneficiary on this account, Susan Luria, deposited $300,000.00 of her own funds into the Estate account on April 25, 2007, and withdrew $100,000.00 from the Estate account on October 10, 2008.

     In the event there are any issues presented by this submission, please contact me at the telephone number above, or Steve Kass, CPA, at the accounting firm of Kass & Jaffe, PC (914-948-7800).

Very truly yours,

David M. Richman

DMR:lmb
*Enclosure*

cc:    Stephen L. Kass, CPA
       Kass & Jaffe, PC

       Jay Rosen, Esq.
       Mrs. Susan Luria ✓

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 212-687-1425

HOME: 914-997-2900

Taxpayer I.D. Number (Social Security No.)
___    _____

Account Number: 1L0108
ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
333 WEST HARTSDALE AVENUE
HARTSDALE, NY 10530

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.  Claim for money balances as of **December 11, 2008**:
    a.  The Broker owes me a Credit (Cr.) Balance of     $____-0-____
    b.  I owe the Broker a Debit (Dr.) Balance of         $____-0-____

502180406

    c.    If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, it must be enclosed with this claim form.      $_____0_____

    d.    If balance is zero, insert "None."      _____None_____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | x |   |
| b. | I owe the Broker securities |   | x |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds — The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
|   |   |   |   |
|   | SEE ATTACHED LIST |   |   |
|   |   |   |   |
|   |   |   |   |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

502180406      2

08-01789-cgm    Doc 3035-2    Filed 10/14/10    Entered 10/14/10 13:05:47    Exhibit B
Pg 5 of 8


information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

| # | Question | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | Don't know | |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | x |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | x |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | x |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | x |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | Only Madoff Investments |

502180406                                                3

9.  Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. _____  __x__

Please list the full name and address of anyone assisting you in the preparation of this claim form: Stephen L. Kass, CPA
1025 Westchester Avenue, White Plains, NY 10604

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _Feb. 19, 2009_    Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# ESTATE OF RICHARD A. LURIA
## DUE FROM BERNARD L. MADOFF
## INVESTMENT SECURITIES, LLC.

| Trade Date | Name of Security | Brokers Owes Me Number of Shares |
|---|---|---:|
| 11/12/08 | A T & T | 1,420 |
| | Abbott Laboratories | 380 |
| | Amgen, Inc. | 260 |
| | Apple, Inc. | 220 |
| | Bank of America | 1,200 |
| | Chevron Corp. | 500 |
| | Cisco Systems, Inc. | 1,460 |
| | Citi Group, Inc. | 1,300 |
| | Coca Cola Co. | 480 |
| | Comcast Corp. | 720 |
| | ConocoPhilips | 360 |
| | Exxon Mobil Corp. | 1,260 |
| | General Electric Co. | 2,540 |
| | Google | 60 |
| | Hewlett Packard Co. | 600 |
| | Intel Corp. | 1,380 |
| | International Business Machines | 340 |
| | J.P. Morgan Chase & Co. | 900 |
| | Johnson & Johnson | 660 |
| | McDonalds Corp. | 280 |
| | Merck & Co. | 520 |
| | Microsoft Corp. | 1,900 |
| | Oracle Corporation | 960 |
| | Pepsico Inc. | 380 |
| | Pfizer Inc. | 1,620 |
| | Phillip Morris International | 500 |
| | Proctor & Gamble Co. | 720 |
| | Qualcomm Inc. | 400 |
| | Schlumberger | 300 |
| | US Bancorp | 420 |
| | United Parcel Service, Inc. | 240 |
| | United Technologies Corp | 240 |
| | Verizon Communications | 680 |
| | Wal-Mart Stores | 520 |
| | Well Fargo & Co | 840 |
| 11/19/08 | Fidelity Spartan | 9,931 |
| | U. S. Treasury Bill | 75,000 |

08-01789-cgm    Doc 3035-2    Filed 10/14/10    Entered 10/14/10 13:05:47    Exhibit B
Pg 8 of 8
Jun 02 2009 12:47PM    SONNENFELD + RICHMAN LLP    212-682-6425    p.2

UPS: Tracking Information                                          Page 1 of 1

Close Window



## Tracking Summary

Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z F01 723 22 1002 661 0 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 02/20/2009 10:08 A.M. |
| Delivered To: | DALLAS, TX, US |
| Signed By: | PAM |
| Service: | NEXT DAY AIR |

Tracking results provided by UPS: 06/02/2009 12:42 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.