# **EXHIBIT D**



Susan G. Luria
880 W. Hartsdale ... 4102  02  042507  1-8175/210  833
Hartsdale, NY 10530-1657                            25378962

Date 1-27-2007

Pay to the order of  Bernard L Madoff Invest   $ 300,000.00

Three hundred thousand and 00/100 -------- Dollars

citibank
CITIBANK, N.A. BR. #175
407 TARRYTOWN ROAD
WHITE PLAINS, NY 10607

Citibank Everything Counts

Memo #1-L21023-0                    Susan G. Luria

---

PAID CITIBANK
CCPD #853
4107  560020589 042507

ENDORSE HERE
Invest. 2?2119
PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081 703

Bernard L Madoff

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
333 WEST HARTSDALE AVENUE
HARTSDALE                NY  10530

YOUR ACCOUNT NUMBER: 1-L0108-3-0
TRADE DATE PERIOD: 4/30/07
YOUR TAX PAYER IDENTIFICATION NUMBER: ##-###4776
PAGE: 1

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel: 020 7493 6222

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 15,653.18 | |
| 4/02 | | | | COCA COLA CO | | | |
| 4/02 | | | | DIV 3/15/07 4/01/07 | DIV | | 69.00 |
| 4/02 | | | | MERCK & CO | | | |
| 4/02 | | | | DIV 3/09/07 4/02/07 | DIV | | 82.08 |
| 4/02 | | | | WAL-MART STORES INC | | | |
| 4/02 | | | | DIV 3/15/07 4/02/07 | DIV | | 52.80 |
| 4/04 | | | | HEWLETT PACKARD CO | | | |
| 4/04 | | | | DIV 3/14/07 4/04/07 | DIV | | 31.76 |
| 4/10 | | | | ALTRIA GROUP INC | | | |
| 4/10 | | | | DIV 3/15/07 4/10/07 | DIV | | 179.39 |
| 4/24 | 88 | | 1588 | MERRILL LYNCH & CO INC | 90.140 | 7,935.32 | |
| 4/24 | 209 | | 5882 | ALTRIA GROUP INC | 70.020 | 14,672.16 | |
| 4/24 | 216 | | 10176 | MERCK & CO | 49.660 | 10,734.56 | |
| 4/24 | 112 | | 14470 | MORGAN STANLEY | 81.120 | 9,089.44 | |
| 4/24 | 848 | | 18764 | MICROSOFT CORP | 28.300 | 24,002.00 | |
| 4/24 | 160 | | 24297 | ABBOTT LABORATORIES | 57.070 | 9,137.20 | |
| 4/24 | 264 | | 28590 | AMERICAN INT'L GROUP INC | 54.200 | 19,014.80 | |
| 4/24 | 168 | | 31646 | PEPSICO INC | 65.590 | 11,025.12 | |
| 4/24 | 456 | | 32864 | BANK OF AMERICA | 50.930 | 23,242.08 | |
| 4/24 | 720 | | 35940 | PFIZER INC | 26.650 | 19,245.00 | |
| 4/24 | 496 | | 37173 | CITI GROUP INC | 52.770 | 26,193.92 | |
| 4/24 | 320 | | 40234 | PROCTER & GAMBLE CO | 63.560 | 20,351.20 | |
| 4/24 | 120 | | 41477 | COMCAST CORP CL A | 27.460 | 3,295.60 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◊ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
333 WEST HARTSDALE AVENUE
HARTSDALE       NY    10530

YOUR ACCOUNT NUMBER: 1-L0108-3-0
PERIOD ENDING: 4/30/07
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4776
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/24 | 120 | | 44528 | SCHLUMBERGER LTD | 73.610 | 8,832.20 | |
| 4/24 | 158 | | 45766 | CONOCOPHILLIPS | 69.070 | 11,509.76 | |
| 4/24 | 632 | | 48822 | AT&T INC | 38.970 | 24,654.04 | |
| 4/24 | 516 | | 50060 | CISCO SYSTEMS INC | 26.530 | 14,356.48 | |
| 4/24 | 384 | | 53116 | TIME WARNER INC | 20.730 | 7,975.32 | |
| 4/24 | 216 | | 54354 | CHEVRON CORP | 76.880 | 16,614.08 | |
| 4/24 | 104 | | 57410 | UNITED PARCEL SVC INC CLASS B | 71.120 | 7,400.48 | |
| 4/24 | 1,040 | | 58640 | GENERAL ELECTRIC CO | 34.950 | 36,359.00 | |
| 4/24 | 296 | | 61704 | VERIZON COMMUNICATIONS | 37.270 | 11,042.92 | |
| 4/24 | 24 | | 62942 | GOOGLE | 473.400 | 11,361.60 | |
| 4/24 | 192 | | 65938 | WACHOVIA CORP NEW | 55.439 | 10,649.56 | |
| 4/24 | 40 | | 67236 | GOLDMAN SACHS GROUP INC | 215.030 | 8,602.20 | |
| 4/24 | 344 | | 70292 | WELLS FARGO & CO NEW | 35.710 | 12,297.24 | |
| 4/24 | 208 | | 71530 | HOME DEPOT INC | 38.600 | 8,036.80 | |
| 4/24 | 248 | | 74586 | WAL-MART STORES INC | 47.690 | 11,835.12 | |
| 4/24 | 272 | | 75824 | HEWLETT PACKARD CO | 40.980 | 11,156.56 | |
| 4/24 | 576 | | 78830 | EXXON MOBIL CORP | 77.670 | 44,760.92 | |
| 4/24 | 152 | | 30118 | INTERNATIONAL BUSINESS MACHS | 94.200 | 14,324.40 | |
| 4/24 | 594 | | 84412 | INTEL CORP | 21.180 | 12,592.12 | |
| 4/24 | 228 | | 88706 | JOHNSON & JOHNSON | 54.360 | 12,394.08 | |
| 4/24 | 352 | | 92999 | J.P. MORGAN CHASE & CO | 51.450 | 18,110.40 | |
| 4/24 | 200 | | 97293 | CCCA COLA CO | 51.370 | 10,282.00 | |
| 4/24 | | 550,000 | 88189 | U S TREASURY BILL DUE 5/16/2007 5/14/2007 | 99.321 | | 546,265.50 |

CONTINUED ON PAGE    3

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel: 020 7493 6222

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
323 WEST HARTSDALE AVENUE
HARTSDALE          NY    10530

**Your Account Number:** 1-L0103-3-0
**Tax Payer Identification Number:** ******4776
**Period Ending:** 4/30/07
**Page:** 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/24 | | | 3178 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/24/07 | DIV | | 151.59 |
| 4/24 | 49,824 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 49,824.00 | |
| 4/24 | | 49,648 | 33183 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 49,648.00 |
| 4/25 | | | | CHECK | CA | | 300,000.00 |
| 4/25 | | | | GENERAL ELECTRIC CO DIV 2/26/07 4/25/07 | DIV | | 285.72 |
| 4/25 | 300,000 | | 6811 | U S TREASURY BILL DUE 6/14/2007 | 99.335 | 298,005.00 | |
| 4/25 | | | 6812 | U S TREASURY BILL 6/14/2007 | | | |
| 4/25 | 1,995 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,995.00 | |
| 4/30 | 690 | | 10558 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 690.00 | |
| 4/30 | | | | U S TREASURY SPARTAN MONEY MARKET | | | 14,927.03 |

NEW BALANCE

SECURITY POSITIONS

| | | | | | MKT PRICE | | |
|---|---|---|---|---|---|---|---|
| | 632 | | | AT&T INC | 38.720 | | |
| | 150 | | | ABBOTT LABORATORIES | 56.620 | | |
| | 208 | | | ALTRIA GROUP INC | 69.920 | | |
| | 254 | | | AMERICAN INTL GROUP INC | 69.910 | | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ♦ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493-6222

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
333 WEST HARTSDALE AVENUE
HARTSDALE        NY    10530

| BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | YOUR ACCOUNT NUMBER<br>1-L0108-3-0 | PERIOD ENDING<br>4/30/07 | YOUR TAX PAYER IDENTIFICATION NUMBER<br>******4775 | PAGE<br>4 | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 456 | | | BANK OF AMERICA | 50.900 | | | | | | |
| 216 | | | CHEVRON CORP | 77.770 | | | | | | |
| 616 | | | CISCO SYSTEMS INC | 26.740 | | | | | | |
| 496 | | | CITI GROUP INC | 53.620 | | | | | | |
| 200 | | | COCA COLA CO | 52.190 | | | | | | |
| 320 | | | COMCAST CORP | 26.560 | | | | | | |
| | | | CL A | | | | | | | |
| 168 | | | CONOCOPHILIPS | 69.350 | | | | | | |
| 576 | | | EXXON MOBIL CORP | 79.330 | | | | | | |
| 1,040 | | | GENERAL ELECTRIC CO | 36.850 | | | | | | |
| 40 | | | GOLDMAN SACHS GROUP INC | 218.610 | | | | | | |
| 24 | | | GOOGLE | 471.380 | | | | | | |
| 272 | | | HEWLETT PACKARD CO | 42.140 | | | | | | |
| 208 | | | HOME DEPOT INC | 37.870 | | | | | | |
| 584 | | | INTEL CORP | 21.500 | | | | | | |
| 152 | | | INTERNATIONAL BUSINESS MACHS | 102.210 | | | | | | |
| 352 | | | J.P. MORGAN CHASE & CO | 52.100 | | | | | | |
| 280 | | | JOHNSON & JOHNSON | 64.220 | | | | | | |
| 216 | | | MERCK & CO | 51.440 | | | | | | |
| 88 | | | MERRILL LYNCH & CO INC | 90.230 | | | | | | |
| 680 | | | MICROSOFT CORP | 20.940 | | | | | | |
| 112 | | | MORGAN STANLEY | 84.010 | | | | | | |
| 168 | | | PEPSICO INC | 66.090 | | | | | | |
| 720 | | | PFIZER INC | 26.660 | | | | | | |
| 920 | | | PROCTER & GAMBLE CO | 64.310 | | | | | | |
| | | | CONTINUED ON PAGE 5 | | | | | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
333 WEST HARTSDALE AVENUE
HARTSDALE          NY   10530

YOUR ACCOUNT NUMBER: 1-L0103-3-0
PERIOD ENDING: 4/30/07
YOUR TAX PAYER IDENTIFICATION NUMBER: ********4776
PAGE: 5

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 120 | | | SCHLUMBERGER LTD | 73.830 | | |
| 52,509 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 384 | | | TIME WARNER INC | 20.630 | | |
| 104 | | | UNITED PARCEL SVC INC CLASS B | 70.430 | | |
| 300,000 | | | U S TREASURY BILL DUE 5/14/2007 5/14/2007 | 99.415 | | |
| 296 | | | VERIZON COMMUNICATIONS | 38.190 | | |
| 192 | | | WACHOVIA CORP NEW | 55.540 | | |
| 248 | | | WAL-MART STORES INC | 47.920 | | |
| 344 | | | WELLS FARGO & CO NEW | 35.990 | | |
| | | | MARKET VALUE OF SECURITIES LONG       894,999.20 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◇ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
333 WEST HARTSDALE AVENUE
HARTSDALE    NY    10530

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 2,211.15 |
| | | | GROSS PROCEEDS FROM SALES | | | 1,662,300.95 |

YOUR ACCOUNT NUMBER  1-L0103-3-0
PERIOD ENDING  4/30/07
YOUR TAX PAYER IDENTIFICATION NUMBER  *******4776
PAGE  6