# EXHIBIT A

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
13 WEST HARTSDALE AVENUE
HARTSDALE        NY   10530

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
| --- | --- | --- |
| 1-L0108-3-0 | 11/30/08 | 1 |

YOUR TAX PAYER IDENTIFICATION NUMBER   ******4776

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | 61,757.68 | |
| 600 | | 303 | HEWLETT PACKARD CO | 34.900 | 20,954.00 | |
| 520 | | 4127 | WAL-MART STORES INC | 55.830 | 29,051.60 | |
| 340 | | 4629 | INTERNATIONAL BUSINESS MACHS | 87.270 | 29,684.80 | |
| 1,250 | | 8453 | EXXON MOBIL CORP | 72.880 | 91,878.80 | |
| 1,380 | | 8955 | INTEL CORP | 14.510 | 20,078.80 | |
| 650 | | 13281 | JOHNSON & JOHNSON | 59.580 | 39,348.80 | |
| 900 | | 17606 | J.P. MORGAN CHASE & CO | 38.530 | 34,713.00 | |
| 480 | | 21932 | COCA COLA CO | 44.660 | 21,455.80 | |
| 280 | | 26258 | MCDONALDS CORP | 55.370 | 15,514.60 | |
| 520 | | 30584 | MERCK & CO | 28.550 | 14,866.00 | |
| 1,900 | | 34910 | MICROSOFT CORP | 21.810 | 41,515.00 | |
| 960 | | 39235 | ORACLE CORPORATION | 17.300 | 16,646.00 | |
| 360 | | 52214 | PEPSICO INC | 56.410 | 21,450.80 | |
| 220 | | 52736 | APPLE INC | 100.780 | 22,179.60 | |
| 1,620 | | 56540 | PFIZER INC | 16.940 | 27,506.80 | |
| 380 | | 57042 | ABBOTT LABORATORIES | 54.610 | 20,766.80 | |
| 720 | | 60866 | PROCTER & GAMBLE CO | 64.080 | 46,165.60 | |
| 260 | | 61368 | AMGEN INC | 59.160 | 15,391.60 | |
| 500 | | 65192 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 21,820.00 | |
| 1,200 | | 65694 | BANK OF AMERICA | 21.590 | 25,956.00 | |
| 400 | | 69518 | QUALCOMM INC | 33.770 | 13,524.00 | |
| 1,300 | | 70020 | CITI GROUP INC | 12.518 | 16,315.00 | |
| 300 | | 73844 | SCHLUMBERGER LTD | 49.480 | 14,856.00 | |

CONTINUED ON PAGE 2

S STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
53 WEST HARTSDALE AVENUE
HARTSDALE    NY 10530

YOUR ACCOUNT NUMBER: 1-L0108-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********4776
PAGE: 2

| DUGHT ED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 720 | | 74346 | COMCAST CORP | 16.510 | 11,915.20 | |
| | 925,000 | 22411 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 924,408.00 |
| 840 | | 99800 | WELLS FARGO & CO NEW | 29.800 | 25,065.00 | |
| 60 | | 95975 | GOOGLE | 337.400 | 20,246.00 | |
| 680 | | 95474 | VERIZON COMMUNICATIONS | 30.410 | 20,705.80 | |
| 2,540 | | 91650 | GENERAL ELECTRIC CO | 19.630 | 49,961.20 | |
| 240 | | 91148 | UNITED TECHNOLOGIES CORP | 53.160 | 12,767.40 | |
| 500 | | 87324 | CHEVRON CORP | 73.430 | 36,735.00 | |
| 420 | | 86822 | U S BANCORP | 29.530 | 12,418.60 | |
| 1,460 | | 82998 | CISCO SYSTEMS INC | 16.730 | 24,483.80 | |
| 240 | | 82496 | UNITED PARCEL SVC INC CLASS B | 52.040 | 12,498.60 | |
| 360 | | 78672 | CONOCOPHILLIPS | 52.510 | 18,917.60 | |
| 1,420 | | 78170 | AT&T INC CL A | 27. | 38,396.00 | |
| | 10,340 | 26880 | U S TREASURY MONEY MARKET FIDELITY SPARTAN U S TREASURY MONEY MARKET FIDELITY SPARTAN DIV 11/19/08 | DIV | 24,952.00 | 10,340.00 |
| 24,952 | | 17511 | U S TREASURY MONEY MARKET FIDELITY SPARTAN | 1 | | 3.06 |
| | 1 | | U S TREASURY MONEY MARKET FIDELITY SPARTAN DIV 11/12/08 | DIV | | 3.73 |
| | | | FIDELITY SPARTAN 2/12/2009 | | | |
| | | | CONTINUED ON PAGE   3 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC

New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
13 WEST HARTSDALE AVENUE
HARTSDALE          NY  10530

YOUR ACCOUNT NUMBER: 1-LC108-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********4776
PAGE: 3

| AMOUNT RIGHTED END OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 24,952 | 52311 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 24,952.00 |
| 75,000 | | 56669 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 74,944.50 | |
| 9,931 | | 61349 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,931.00 | |
| | | | NEW BALANCE | | 117,637.99 | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 1,420 | | | AT&T INC | 28.560 | | |
| 380 | | | ABBOTT LABORATORIES | 52.390 | | |
| 260 | | | AMGEN INC | 55.540 | | |
| 220 | | | APPLE INC | 92.670 | | |
| 1,200 | | | BANK OF AMERICA | 16.250 | | |
| 500 | | | CHEVRON CORP | 79.010 | | |
| 1,460 | | | CISCO SYSTEMS INC | 16.540 | | |
| 1,300 | | | CITI GROUP INC | 8.290 | | |
| 480 | | | COCA COLA CO | 46.870 | | |
| 720 | | | COMCAST CORP CL A | 17.340 | | |
| 360 | | | CONOCOPHILIPS | 52.520 | | |
| 1,260 | | | EXXON MOBIL CORP | 80.130 | | |
| 2,540 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE   4

THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC

New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
33 WEST HARTSDALE AVENUE
HARTSDALE        NY  10530

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

YOUR ACCOUNT NUMBER: 1-L0108-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4776
PAGE: 4

| BOUGHT OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 60 | | | GOOGLE | 292.960 | | |
| 600 | | | HEWLETT PACKARD CO | 35.280 | | |
| 1,380 | | | INTEL CORP | 13.300 | | |
| 340 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 900 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 660 | | | JOHNSON & JOHNSON | 58.580 | | |
| 280 | | | MCDONALDS CORP | 58.750 | | |
| 520 | | | MERCK & CO | 26.720 | | |
| 1,900 | | | MICROSOFT CORP | 20.220 | | |
| 950 | | | ORACLE CORPORATION | 16.090 | | |
| 380 | | | PEPSICO INC | 56.700 | | |
| 1,620 | | | PFIZER INC | 16.430 | | |
| 500 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 720 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 400 | | | QUALCOMM INC | 33.570 | | |
| 300 | | | SCHLUMBERGER LTD | 50.740 | | |
| 9,931 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 420 | | | U S BANCORP | 26.980 | | |
| 240 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| 75,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| 240 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | CONTINUED ON PAGE 5 | | | |

S STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
NVESTMENT SECURITIES LLC

New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
13 WEST HARTSDALE AVENUE
HARTSDALE          NY   10530

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-L0108-3-0 | 11/30/08 | 5 |

| YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|
| *******4776 |

| QUIGHT ED ON LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 680 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 520 | | | WAL-MART STORES INC | 55.880 | | |
| 840 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG    966,075.05 | | | |
| | | | SHORT | | | |

THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC

New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

TATE OF RICHARD A LURIA
VID RICHMAN AND JAY ROSEN
ECUTORS
3 WEST HARTSDALE AVENUE
RTSDALE          NY    10530

YOUR ACCOUNT NUMBER: 1-L0108-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER: **-***4776

PERIOD ENDING: 11/30/08

PAGE: 1

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 61,758.00 |
| | 20 | 43562 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 31,580.00 |
| 20 | | 47888 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 35,620.00 | |
| | 20 | 33992 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 51,980.00 |
| 20 | | 38317 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 60,020.00 | |
| 20 | | 42642 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 6,020.00 | |
| | 20 | 46967 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 73,980.00 |
| | | | NEW BALANCE | | | 117,638.00 |
| | | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | MARKET VALUE OF SECURITIES LONG | 33,000.00 | | |
| | | | SHORT | 46,600.00- | | |