**EXHIBIT D**



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

New York □ London

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel: 020 7493 6222

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
333 WEST HARTSDALE AVENUE
HARTSDALE NY 10530

| YOUR ACCOUNT NUMBER | TRADE DATE/PERIOD | TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-L0108-3-0 | 4/30/07 | ******4776 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 15,553.18 | |
| 4/02 | | | | DIV 3/15/07 4/01/07 COCA COLA CO | DIV | | 69.00 |
| 4/02 | | | | DIV 3/09/07 4/02/07 MERCK & CO | DIV | | 82.08 |
| 4/02 | | | | DIV 3/15/07 4/02/07 WAL-MART STORES INC | DIV | | 52.80 |
| 4/04 | | | | DIV 3/15/07 4/02/07 HEWLETT PACKARD CO | DIV | | 71.76 |
| 4/10 | | | | DIV 3/14/07 4/04/07 ALTRIA GROUP INC | | | |
| | | | | DIV 3/15/07 4/10/07 MERRILL LYNCH & CO INC | DIV | | 179.39 |
| 4/24 | 88 | | 1598 | ALTRIA GROUP INC | 70.140 | 7,935.32 | |
| 4/24 | 208 | | 5882 | MERCK & CO | 70.020 | 14,572.16 | |
| 4/24 | 216 | | 10176 | MORGAN STANLEY | 49.660 | 10,734.56 | |
| 4/24 | 112 | | 14470 | MICROSOFT CORP | 81.120 | 9,083.44 | |
| 4/24 | 848 | | 18764 | ABBOTT LABORATORIES | 28.300 | 24,752.00 | |
| 4/24 | 150 | | 24297 | AMERICAN INT'L GROUP INC | 57.070 | 9,137.20 | |
| 4/24 | 264 | | 28590 | PEPSICO INC | 54.200 | 19,014.80 | |
| 4/24 | 168 | | 31646 | BANK OF AMERICA | 58.590 | 11,025.12 | |
| 4/24 | 456 | | 32864 | PFIZER INC | 55.590 | 23,242.08 | |
| 4/24 | 720 | | 35940 | CITI GROUP INC | 70.930 | 19,215.00 | |
| 4/24 | 496 | | 37173 | PROCTER & GAMBLE CO | 26.650 | 26,192.92 | |
| 4/24 | 320 | | 40234 | COMCAST CORP | 52.770 | 20,351.20 | |
| 4/24 | 320 | | 41472 | CL A | 63.560 | 8,805.60 | |
| | | | | | 27.690 | | |
| | | | | CONTINUED ON PAGE 2 | | | |

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ◊ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
333 WEST HARTSDALE AVENUE
HARTSDALE           NY    10530

YOUR ACCOUNT NUMBER: 1-L0108-3-0
PERIOD ENDING: 4/30/07
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4776
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/24 | 120 | | 44528 | SCHLUMBERGER LTD | 73.610 | 8,837.20 | |
| 4/24 | 158 | | 45766 | CONOCOPHILLIPS | 69.070 | 11,509.75 | |
| 4/24 | 632 | | 48822 | AT&T INC | 38.970 | 24,654.04 | |
| 4/24 | 616 | | 50060 | CISCO SYSTEMS INC | 26.530 | 16,356.48 | |
| 4/24 | 384 | | 53116 | TIME WARNER INC | 20.730 | 7,975.32 | |
| 4/24 | 216 | | 54354 | CHEVRON CORP | 76.880 | 16,614.08 | |
| 4/24 | 104 | | 57410 | UNITED PARCEL SVC INC CLASS B | 71.120 | 7,400.49 | |
| 4/24 | 1,040 | | 58640 | GENERAL ELECTRIC CO | 34.950 | 36,389.00 | |
| 4/24 | 296 | | 51704 | VERIZON COMMUNICATIONS | 37.270 | 11,042.92 | |
| 4/24 | 24 | | 62942 | GOOGLE | 473.400 | 11,361.60 | |
| 4/24 | 192 | | 65898 | WACHOVIA CORP NEW | 55.430 | 10,649.56 | |
| 4/24 | 40 | | 67236 | GOLDMAN SACHS GROUP INC | 215.030 | 8,602.20 | |
| 4/24 | 344 | | 70292 | WELLS FARGO & CO NEW | 35.710 | 12,297.24 | |
| 4/24 | 208 | | 71530 | HOME DEPOT INC | 38.600 | 8,036.80 | |
| 4/24 | 248 | | 74586 | WAL-MART STORES INC | 47.690 | 11,835.12 | |
| 4/24 | 272 | | 75824 | HEWLETT PACKARD CO | 40.980 | 11,156.56 | |
| 4/24 | 576 | | 78830 | EXXON MOBIL CORP | 77.670 | 44,760.92 | |
| 4/24 | 152 | | 80113 | INTERNATIONAL BUSINESS MACHS | 94.200 | 14,324.40 | |
| 4/24 | 594 | | 84412 | INTEL CORP | 21.180 | 12,592.12 | |
| 4/24 | 352 | | 88706 | JOHNSON & JOHNSON | 54.360 | 19,546.69 | |
| 4/24 | 228 | | 92999 | J.P. MORGAN CHASE & CO | 51.450 | 18,010.40 | |
| 4/24 | 200 | | 97293 | CCCA COLA CO | 51.370 | 10,292.00 | |
| 4/24 | | 550,000 | 88189 | U S TREASURY BILL DUE 6/14/2007 | 99.321 | | 546,265.50 |

CONTINUED ON PAGE 5/14/2007

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel: 020-7493-6222

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
333 WEST HARTSDALE AVENUE
HARTSDALE    NY    10530

YOUR ACCOUNT NUMBER: 1-L0103-3-0
TAX IDENTIFICATION NUMBER: ******4776
PERIOD ENDING: 4/30/07
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/24 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/24/07 | DIV | | 151.59 |
| 4/24 | 49,824 | | 3178 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 49,824.00 | |
| 4/24 | | 49,548 | 33183 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 49,548.00 |
| 4/25 | | | | CHECK | CA | | |
| 4/25 | | | | GENERAL ELECTRIC CO DIV 2/26/07 4/25/07 | DIV | | |
| 4/25 | 300,000 | | 6811 | U S TREASURY BILL DUE 6/14/2007 | 99.335 | 298,005.00 | |
| 4/25 | | | | | | | 300,000.00 |
| 4/25 | | | | | | | 285.72 |
| 4/25 | | 1,995 | 5812 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 1,995.00 |
| 4/30 | | 690 | 10558 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 690.00 |
| | | | | NEW BALANCE | | | 14,927.03 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 632 | | | AT&T INC | 38.720 | | |
| | 150 | | | ABBOTT LABORATORIES | 56.620 | | |
| | 208 | | | ALTRIA GROUP INC | 69.920 | | |
| | 254 | | | AMERICAN INTL GROUP INC | 69.910 | | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◊ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
333 WEST HARTSDALE AVENUE
HARTSDALE          NY    10530

YOUR ACCOUNT NUMBER: 1-L0108-3-0
PERIOD ENDING: 4/30/07
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4775
PAGE: 4

| BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 456 | | | BANK OF AMERICA | 50.900 | | |
| 216 | | | CHEVRON CORP | 77.770 | | |
| 616 | | | CISCO SYSTEMS INC | 26.740 | | |
| 496 | | | CITI GROUP INC | 53.620 | | |
| 200 | | | COCA COLA CO | 52.190 | | |
| 320 | | | COMCAST CORP | 26.560 | | |
| | | | CL A | | | |
| 168 | | | CONOCOPHILIPS | 69.350 | | |
| 576 | | | EXXON MOBIL CORP | 79.330 | | |
| 1,040 | | | GENERAL ELECTRIC CO | 36.850 | | |
| 40 | | | GOLDMAN SACHS GROUP INC | 218.610 | | |
| 24 | | | GOOGLE | 471.380 | | |
| 272 | | | HEWLETT PACKARD CO | 42.140 | | |
| 208 | | | HOME DEPOT INC | 37.870 | | |
| 584 | | | INTEL CORP | 21.500 | | |
| 152 | | | INTERNATIONAL BUSINESS MACHS | 102.210 | | |
| 352 | | | J.P. MORGAN CHASE & CO | 52.100 | | |
| 280 | | | JOHNSON & JOHNSON | 64.220 | | |
| 216 | | | MERCK & CO | 51.440 | | |
| 88 | | | MERRILL LYNCH & CO INC | 90.230 | | |
| 680 | | | MICROSOFT CORP | 29.940 | | |
| 112 | | | MORGAN STANLEY | 84.010 | | |
| 168 | | | PEPSICO INC | 66.090 | | |
| 720 | | | PFIZER INC | 26.460 | | |
| 320 | | | PROCTER & GAMBLE CO | 64.310 | | |

CONTINUED ON PAGE 5

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
333 WEST HARTSDALE AVENUE
HARTSDALE           NY 10530

YOUR ACCOUNT NUMBER: 1-L0108-3-0
PERIOD ENDING: 4/30/07
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4776
PAGE: 5

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 120 | | | SCHLUMBERGER LTD | 73.830 | | |
| 52,509 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 384 | | | TIME WARNER INC | 20.630 | | |
| 104 | | | UNITED PARCEL SVC INC CLASS B | 70.430 | | |
| 300,000 | | | U S TREASURY BILL DUE 5/14/2007 5/14/2007 | 99.415 | | |
| 296 | | | VERIZON COMMUNICATIONS | 38.180 | | |
| 192 | | | WACHOVIA CORP NEW | 55.540 | | |
| 248 | | | WAL-MART STORES INC | 47.920 | | |
| 344 | | | WELLS FARGO & CO NEW | 35.990 | | |
| | | | MARKET VALUE OF SECURITIES LONG 894,999.20 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◊ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ESTATE OF RICHARD A LURIA
DAVID RICHMAN AND JAY ROSEN
EXECUTORS
333 WEST HARTSDALE AVENUE
HARTSDALE          NY    10530

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 2,211.15 |
| | | | GROSS PROCEEDS FROM SALES | | | 1,662,300.95 |

YOUR ACCOUNT NUMBER  1-L0103-3-0
PERIOD ENDING  4/30/07
YOUR TAX PAYER IDENTIFICATION NUMBER  *******4776
PAGE  6