Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000
Steven R. Schlesinger, Esq.

*Attorneys for Estate of Richard A. Luria,*
*David Richman and Jay Rosen Executors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,        Adv. Pro. No. 08-01789 (BRL)

   v.        SIPA Liquidation

BERNARD L. MADOFF INVESTMENT        (Substantively Consolidated)
SECURITIES LLC,

        Defendant.
-------------------------------------------------------------X

IN RE:

BERNARD L. MADOFF,

        Debtor.
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, **HALE YAZICIOGLU**, an attorney duly admitted to practice law in the Courts of the State of New York and before this Court, hereby certify, pursuant to 28 U.S.C. § 1746, that on the **14th day of October, 2010**, I served a copy of the **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND PLEADINGS, dated October 14, 2010,** and the **AMENDED VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019 OF JASPAN SCHLESINGER LLP, dated October 14, 2010**, by First Class Mail by

depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following attorneys at the addresses listed below, said addresses being designated for that purpose:

TO:    Irving H. Picard, Trustee
        c/o Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, New York 10111

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Garden City, New York
        October 14, 2010

        /s/Hale Yazicioglu
        HALE YAZICIOGLU
        JASPAN SCHLESINGER LLP
        300 Garden City Plaza
        Garden City, New York 11530
        (516) 746-8000