Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000
Steven R. Schlesinger, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

         Plaintiff-Applicant,         Adv. Pro. No. 08-01789 (BRL)

    v.         SIPA Liquidation

BERNARD L. MADOFF INVESTMENT         (Substantively Consolidated)
SECURITIES LLC,

         Defendant.
------------------------------------------------------------X

IN RE:

BERNARD L. MADOFF,

         Debtor.
------------------------------------------------------------X

## AMENDED VERIFIED STATEMENT PURSUANT TO
## BANKRUPTCY RULE 2019 OF JASPAN SCHLESINGER LLP

    **STEVEN R. SCHLESINGER**, verifies as follows:

    1.    I am a member of the law firm Jaspan Schlesinger LLP (hereinafter "Jaspan") and am duly admitted to practice before the State Courts of the State of New York as well as the United States District Courts and Bankruptcy Courts for the Southern and Eastern Districts of New York.

    2.    I hereby submit this amended verified statement on behalf of Jaspan pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"),

as legal counsel in the above-referenced proceedings for the individuals and entities as set forth herein.

3. As of today, Jaspan is engaged as counsel by the individuals and entities set forth on Schedule "A", annexed hereto and incorporated by reference (collectively, "the Clients").

4. Jaspan has been engaged as legal counsel individually by the Clients in connection with each of their separate and individual claims arising out of their accounts and monies with Bernard L. Madoff Investment Services LLC ("BLMIS") and Bernard L. Madoff ("Madoff"). The names, addresses and claims of each of the Clients are listed on Schedule A.

5. Jaspan has been engaged by each of the Clients solely as legal counsel and not as attorney-in-fact. Jaspan's representation of each of the Clients is limited to their individual interests and claims against BLMIS.

6. Jaspan does not currently represent any other holder of a claim against or interest in BLMIS, nor have the Clients formed a committee to represent the interests of any party.

7. Each of the Clients is the original holders of their claim.

8. Jaspan is not aware of any claim it holds against BLMIS or Madoff.

9. Jaspan reserves the right to modify, revise, and supplement this statement to reflect any changes hereto.

Dated: Garden City, New York
October 14, 2010

             JASPAN SCHLESINGER LLP

           By: /s/Steven R. Schlesinger
              STEVEN R. SCHLESINGER
              300 Garden City Plaza
              Garden City, New York 11530
              (516) 746-8000

To:    JOSEPHINE WANG, ESQ.
KEVIN H. BELL, ESQ.
Securities Investor Protection Corp.
805 15th Street, N.W.
Suite 800
Washington, D.C. 20005-2207
(202) 371-8300

MARK WARREN SMITH, ESQ.
Smith Valliere PLLC
*Attorneys for Bernard L. Madoff Investment Securities LLC*
509 Madison Avenue
Suite 1510
New York, New York 1002-5537
(212) 755-5200

DAVID J. SHEEHAN, ESQ.
MARC HIRSCHFIELD, ESQ.
Baker & Hostetler LLP
*Attorneys for Irving H. Picard, Trustee*
45 Rockefeller Plaza
New York, New York 10111

# SCHEDULE A

| *Name* | *Address* | *Claim Amount / Account Number* |
|---|---|---|
| Amy Joel | 50 Sutton Place So. Apt. 11J<br>New York, New York 10022 | $1,088,222.34<br>BLMIS Account No. A0137<br><br>$12,207,082.08<br>BLMIS Account No. J0057<br><br>$3,203,540.01<br>BLMIS Account No. 1B0258 |
| Amy Luria Partners LLC | 5 Colby Road<br>Port Washington, New York 11050 | $1,485,500.00<br>BLMIS Account No. 1L0323 |
| Andrew Samuels | 14 Pine Hill Drive<br>Dix Hills, New York 11746 | $478,009.95, <u>amended</u> to $158,009.95<br>BLMIS Account No. 1S0495 |
| Estate of Richard A. Luria, David Richman and Jay Rosen Executors | c/o Sonnenfeld & Richman LLP<br>360 Lexington Avenue<br>New York, N.Y. 10017 | $952,475.05<br>BLMIS Account No. 1L0108 |
| Janet Jaffin Dispositive Trust, Janet Jaffin and Milton Cooper as Co-Trustees | 230 Park Avenue<br>10th Floor # 16<br>New York, New York 10169 | $6,150,868.03<br>BLMIS Account No. 1CM093 |
| LDP Corp. | c/o Leonard Pearlman<br>112 West 56th Street, Suite 205<br>New York, New York 10019 | $1,813,826.77<br>BLMIS Account No. 1ZA795 |
| Patricia Samuels | 14 Pine Hill Drive<br>Dix Hills, New York 11746 | $1,088,222.34<br>BLMIS Account No. A0137<br><br>$12,207,082.08<br>BLMIS Account No. J0057<br><br>$921,965.76<br>BLMIS Account No. 1S0497 |
| Peter Zutty | 3405 Windsor Place<br>Boca Raton, Florida 33496 | $884,799.76<br>Accounts held with Rye Investment Management |

1

# SCHEDULE A

| | | |
|---|---|---|
| Robert Luria Partners | 199 Main Street<br>White Plains, New York 10601 | $1,135,500.00<br>BLMIS Account No. 1L0324 |
| Robert Zutty | 939 Captiva Drive<br>Hollywood, Florida 33019 | $1,282.248.00<br>Accounts held with Rye Investment Management |
| Samuels Family Ltd. Partnership | 14 Pine Hill Drive<br>Dix Hills, New York 11746 | $598,726.73<br>BLMIS Account No. 1S0493 |
| Sylvia Samuels | 7635 Southampton Terrace # 307<br>Tamarac, Florida 33321 | $720,093.56<br>BLMIS Account No. 1S0494 |

2