BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                          Plaintiff,<br><br>               v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                          Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>                          Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON OCTOBER 19, 2010 AT 10:00 A.M.**

**CONTESTED MATTERS**

**SIPC v. BLMIS; Adv. Pro. No. 08-1789**

1.     Trustee's Motion For An Order To Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds filed by David Sheehan  (Filed:  6/11/2010) [Docket No. 2416]

Related Documents:

A. Memorandum of Law in Support of Trustee's Motion To Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors in Feeder Funds (related documents 2416, 2413) filed by David J. Sheehan on behalf of Irving H. Picard  (Filed:  6/11/2010) [Docket No. 2411]

B. Declaration of Matthew B. Greenblatt In Support of the Trustee's Motion To Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds (related documents 2416, 2414) filed by David J. Sheehan on behalf of Irving H. Picard filed by David J. Sheehan on behalf of Irving H. Picard  (Filed:  6/11/2010) [Docket No. 2412]

C. Declaration of David J. Sheehan In Support of the Trustee's Motion To Affirm Trustee's Determination Denying Claims Of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds (related document 2416, 2411) filed by David J. Sheehan on behalf of Irving H. Picard  (Filed:  6/11/2010) [Docket No. 2413]

D. Memorandum of Law of the Securities Investor Protection Corporation in Support of Trustee's Motion to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds (related documents 2415, 2416) filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed:  6/11/2010) [Docket No. 2414]

E. Declaration of Christopher H. LaRosa in Support of Memorandum of Law of the Securities Investor Protection Corporation in Support of Trustee's Motion to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds (related document 2416 )  filed by Josephine Wang on behalf of Securities Investor Protection Corporation  (Filed: 6/11/2010) [Docket No. 2415]

F. Affidavit of Service of Trustee's Motion for an Order To Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors in Feeder Funds, Memorandum of Law and Declarations in Support (related documents 2413, 2416, 2411, 2412) filed by David J. Sheehan on behalf of Irving H. Picard  (Filed:  6/16/2010) [Docket No. 2442]

G. Certificate of Mailing of Trustee's Motion for an Order To Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors in Feeder Funds, Memorandum of Law and Declarations in Support (related documents 2413, 2416, 2415 , 2411, 2412, 2414) filed by David J. Sheehan on behalf of Irving H. Picard  (Filed:  6/16/2010) [Docket No. 2446]

H. Memorandum of Law of the Securities and Exchange Commission Supporting Trustee's Determination Denying Claims of Certain Feeder Fund Claimants (related document 2416 ) filed by Patricia Schrage on behalf of Securities and Exchange Commission (Filed: 8/10/2010) [Docket No. 2849]

I. Certificate of Service of Memorandum of Law of the Securities and Exchange Commission Supporting Trustee's Determination Denying Claims of Certain Feeder Fund Claimants (related document 2849) filed by Patricia Schrage on behalf of Securities and Exchange Commission (Filed: 8/10/2010) [Docket No. 2850]

Objection Deadline: July 12, 2010

2. Objections Filed:

Attached as **Exhibit A** is a schedule of objections filed in opposition to the Trustee's Motion.

3. Replies Filed:

A. Reply of Securities Investor Protection Corporation in Support of Trustee's Motion to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds (related document 2416) filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 9/20/2010) [Docket No. 2993]

B. Trustee's Reply in Support of Trustee's Motion to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds (related documents 2416, 2414) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 9/20/2010) [Docket No. 2995]

C. Declaration of Seanna R. Brown in Support of Trustee's Reply in Support of Trustee's Motion to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds (related documents 2416, 2995, 2414) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 9/20/2010) [Docket No. 2996]

D. Certificate of Service of Reply of The Securities Investor Protection Corporation in Support of Trustee's Motion to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds (related document 2993) filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 9/20/2010) [Docket No. 2997]

E. Affidavit of Service of Trustee's Reply in Support of Trustee's Motion to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds and the Declaration of Seanna

R. Brown in Support thereof (related documents 2996, 2995) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 9/20/2010) [Docket No. 2999]

Additional Filings:

A. Notice of Hearing on Trustee's Motion to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors in Feeder Funds (related document 2416) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 10/5/2010) [Docket No. 3018]

B. Affidavit of Service of Notice of Hearing on Trustee's Motion To Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds (related document 3018) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 10/5/2010) [Docket No. 3019]

Status:    This matter is going forward.

Dated: New York, New York
October 18, 2010

Respectfully submitted,

/s/ David J. Sheehan
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*