BLITMAN & KING LLP                                    Hearing Date: October 19, 2010
Jennifer A. Clark, Esq.                               Hearing Time: 10:00AM (EST)
Bar Roll No. JC5102
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111
Facsimile:    (315) 471-2623
Email:        jaclark@bklawyers.com

*Attorneys for Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund, Bricklayers & Allied Craftworkers, Local No. 2, AFL-CIO, Building Trade Employers Insurance Fund, Central New York Laborers' Annuity Fund, Central New York Laborers' Health and Welfare Fund, Central New York Laborers' Pension Fund, Central New York Laborers' Training Fund, Construction Employers Association of CNY, Inc., Construction and General Laborers' Local No. 633, AFL-CIO, Engineers Joint Welfare Fund, Engineers Joint Training Fund, International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund, International Brotherhood of Electrical Workers  Local No. 43 and Electrical Contractors Welfare Fund, I.B.E.W. Local 241 Welfare Benefits Fund, I.B.E.W. Local 910 Welfare Fund, Laborers' Local 103 Annuity Fund, Laborers' Local 103 Welfare Fund, New York State Lineman's Safety Training Fund, Oswego Laborers' Local No. 214 Pension Fund, Plumbers, Pipefitters and Apprentices Local No. 112 Health Fund, Roofers' Local 195 Annuity Fund, Roofers' Local 195 Health & Accident Fund, Syracuse Builders Exchange, Inc./CEA Pension Plan, Service Employees Benefit Fund, Service Employees Pension Fund of Upstate New York, S.E.I.U. Local 200United,AFL-CIO, Syrabex, Inc., Syracuse Builders Exchange, Inc., U.A. Local 73, Plumbers & Fitters, AFL-CIO, Local 73 Retirement Fund, and Upstate Union Health and Welfare Fund.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION          :
CORPORATION,                            :
         Plaintiff,              :       Adversary Proceeding
                                        :
    — *versus* —                     :       No. 08-01789 (BRL)
                                        :
BERNARD L. MADOFF INVESTMENT            :       SIPA Liquidation
SECURITIES, LLC,                        :       (Substantively Consolidated)
         Defendant               :

------------------------------------------------------------------------x

In re BERNARD L. MADOFF,                                    :
                        Debtor                             :
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2010, I electronically filed a Supplement Affidavit of

Jennifer A. Clark, Esq. with the Clerk of the Bankruptcy Court using the CM/ECF system, which

sent notification of such filing to the following:

Alissa M. Nann
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212-589-4214
Fax : 212-589-4201
Email: anann@bakerlaw.com

Bik Cheema
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
Fax : (212) 589-4201
Email: bcheema@bakerlaw.com

Brian K. Esser
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
Fax : (212) 589-4201
Email: besser@bakerlaw.com

David J. Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212 589 4200
Fax : 212 589 4201
Email: dsheehan@bakerlaw.com

Irving H. Picard
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
Fax : (212) 589-4201
Email: ipicard@bakerlaw.com

Jennifer M. Walrath
Baker & Hostetler LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 861-1500
Fax : (202) 861-1783
Email: jwalrath@bakerlaw.com

Jessie Morgan Gabriel
Baker & Hostetler LLP
65 E. State Street
Columbus, OH 43215
(614) 228-1541
Fax : (614) 462-2616
Email: jgabriel@bakerlaw.com

John Moscow
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212-589-4200
Fax : 212-589-4201
Email: jmoscow@bakerlaw.com

Jonathan R. Barr
Baker & Hostetler LLP
1050 Connecticut Avenue NW
Washington, DC 20036-5304
(202) 861-1500
Fax : (212) 861-1783
Email: jbarr@bakerlaw.com

Keith R. Murphy
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212-589-4200
Fax : 212-589-4201
Email: kmurphy@bakerlaw.com

Lauren Resnick
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
Fax : (212) 589-4201
Email: lresnick@bakerlaw.com

Marc E. Hirschfield
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212-589-4200
Fax : 212-589-4201
Email: mhirschfield@bakerlaw.com

Marc D. Powers
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212-589-4200
Fax : 212-589-4201
Email: mpowers@bakerlaw.com

Oren Warshavsky
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212.589.4200
Fax : 212.589.4201
Email: owarshavsky@bakerlaw.com

4

Regina Griffin
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 100019
212-237-1113
Fax : 212-262-1215
Email: rgriffin@windelsmarx.com

Richard J. Bernard
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212-589-4215
Fax : 212-589-4201
Email: rbernard@bakerlaw.com

Seanna Brown
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
Fax : (212) 589-4201
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and Bernard L. Madoff*


Josephine Wang
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, DC 20005-2207
Email: jwang@sipc.org

Kevin H. Bell
Security Investment Protection Corporation
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005-2207
Email: kbell@sipc.org

*Attorneys for Securities Investor Protection Corporation*

5

Dated: October 18, 2010                    BLITMAN & KING LLP

                                           /s/  Jennifer A. Clark
                                           Jennifer A. Clark, Esq.
                                           Bar Roll No. JC5102
                                           Franklin Center, Suite 300
                                           443 North Franklin Street
                                           Syracuse, New York 13204-5412
                                           Telephone:    (315) 422-7111
                                           Facsimile:    (315) 471-2623
                                           Email:        jaclark@bklawyers.com