BAKER & HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215-4260
Telephone: (614) 462-4768
Jennifer Vessells, Esq.
Email: jvessells@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE
## *PRO HAC VICE* OF JENNIFER VESSELLS

I, Jennifer Vessells, request admission, *pro hac vice*, before the Honorable Burton R. Lifland,

to represent Irving H. Picard, trustee for the SIPA Liquidation of Bernard L. Madoff Investment

Securities LLC in the above-referenced matter and in any related adversary proceedings.

I certify that I am a member in good standing of the bar in the State of Ohio and the bar of

the U.S. District Court for the Southern District of Ohio.

Applicant has submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Columbus, OH
October 20, 2010

        *s/Jennifer Vessells*
BAKER & HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215-4260
Telephone: (614) 462-4768
Jennifer Vessells
Email: jvessells@bakerlaw.com

*Attorneys for Defendant Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*