| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

### ORDER GRANTING ADMISSION TO PRACTICE, <u>*PRO HAC VICE*</u> OF LINDSEY D'ANDREA

Upon the motion of Lindsey D'Andrea, to be admitted, *pro hac vice*, to represent Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff individually (the "Client"), in the above-referenced matter and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and, the bar of the U.S. District Court for the Southern District of Ohio, it is herby

**ORDERED**, that Lindsey D'Andrea, Esq., is admitted to practice, *pro hac vice*, in the above-referenced matter and in any related adversary proceedings, to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
   October ___, 2010

                    _____
                    Honorable Burton L. Lifland
                    United States Bankruptcy Judge

300107276