BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Amy E. Vanderwal, Esq.
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 21, 2010 AT 10:00 A.M.**

**UNCONTESTED MATTER**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-1789**

1.   Trustee's Motion For an Order Pursuant To Section 78fff(a) of the Securities Investor Protection Act and Sections 363 and 105(a) of the Bankruptcy Code Authorizing the Sale of Certain Financial Assets filed by Marc E. Hirschfield on behalf of Irving H. Picard

300108943.1

(Filed: 9/30/2010) [Docket No. 3009]

<u>Related Documents</u>:

A. Affidavit of Service of Trustee's Motion For an Order Pursuant To Section 78fff(a) of the Securities Investor Protection Act and Sections 363 and 105(a) of the Bankruptcy Code Authorizing the Sale of Certain Financial Assets (related document(s) 3009 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 9/30/2010) [Docket No. 3010]

Dated: New York, New York
October 20, 2010

          **BAKER & HOSTETLER LLP**

By: /s/ *Marc E. Hirschfield*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

300108943.1      - 2 -