Helen Davis Chaitman (4266)
BECKER & POLIAKOFF, LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com
Attorneys for the Allen Family Trust,
Paul Allen, Laurel Allen, Cathy J. Meyer,
Jeffrey H. Allen, and Robert J. Allen

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br><br><br>**CERTIFICATE OF SERVICE** |

   I, Lourdes Blanco, hereby certify that on October 20, 2010 I caused a true and correct copy of the **Objection to Investment Determination of Claim** on behalf of the Allen Family Trust, Paul Allen, Laurel Allen, Cathy J. Meyer, Jeffrey H. Allen, and Robert J. Allento be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

>    David J. Sheehan, Esq.
>    Baker & Hostetler LLP
>    45 Rockefeller Plaza
>    New York, NY 10111
>    dsheehan@bakerlaw.com

Dated: October 20, 2010

                                                                     */s/ Lourdes Blanco*