**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, ) | |
| ) | SIPA LIQUIDATION |
| Plaintiff, ) | |
| v. ) | Adv. Proc. No. 08-01789 (BRL) |
| ) | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, ) | |
| ) | |
| Defendant. ) | |

---------------------------------------------------------------------------------

## NOTICE OF LAW FIRM NAME CHANGE

PLEASE TAKE NOTICE THAT effective September 30, 2010, Sonnenschein Nath & Rosenthal LLP ("Sonnenschein") has combined with Denton Wilde Sapte LLP. As a result, Sonnenschein has changed its name to SNR Denton US LLP as of that effective date. The firm and its lawyers' office addresses, phone numbers and fax numbers have not been affected by this change. Please take notice of this change and update your records accordingly.

Dated: October 20, 2010

Respectfully submitted,
SNR Denton US LLP

By:   /s/ Carole Neville

Carole Neville (CN5862)
SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020
carole.neville@snrdenton.com
Telephone:  (212) 768-6889
Facsimile:  (212) 768-6353

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2010, I electronically filed the foregoing **NOTICE OF FIRM NAME CHANGE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered parties.

/s/ Carole Neville
Carole Neville