# Exhibit A

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 212-854-0286

HOME: —

Taxpayer I.D. Number (Social Security No.)
13-5598093

Account Number:   1C0048
COLUMBIA UNIVERSITY
C/O THE TRUSTEES OF COLUMBIA
UNIV IN THE CITY OF NEW YORK
~~405 LEXINGTON AVENUE 63RD FL~~
~~NEW YORK, NY 10174~~
412 LOW MEMORIAL LIBRARY
535 WEST 116th ST
NEW YORK, NY 10027

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

***********************************************************************

1. Claim for money balances as of **December 11, 2008**:
   a. The Broker owes me a Credit (Cr.) Balance of     $  -0-
   b. I owe the Broker a Debit (Dr.) Balance of        $  -0-

502180406                            1

08-01789-cgm   Doc 3056-1   Filed 10/21/10   Entered 10/21/10 16:50:47   Exhibit A
Pg 3 of 12

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

| | | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. *Please see attached information* | X | |

502180406

3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 1
PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-C0048-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****8093

COLUMBIA UNIVERSITY
C/O THE TRUSTEES OF COLUMBIA
UNIV IN THE CITY OF NEW YORK
405 LEXINGTON AVENUE 63RD FL
NEW YORK    NY    10174

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 641,096.51 |
| 11/12 | 5,902 | | 2861 | WAL-MART STORES INC | 55.830 | 329,744.66 | |
| 11/12 | 3,859 | | 3363 | INTERNATIONAL BUSINESS MACHS | 87.270 | 336,928.93 | |
| 11/12 | 14,301 | | 7187 | EXXON MOBIL CORP | 72.880 | 1,042,828.88 | |
| 11/12 | 15,663 | | 7689 | INTEL CORP | 14.510 | 227,896.13 | |
| 11/12 | 7,492 | | 12015 | JOHNSON & JOHNSON | 59.580 | 446,612.78 | |
| 11/12 | 10,215 | | 16341 | J.P. MORGAN CHASE & CO | 38.530 | 393,791.95 | |
| 11/12 | 5,448 | | 20666 | COCA COLA CO | 44.660 | 243,524.68 | |
| 11/12 | 3,178 | | 24992 | MCDONALDS CORP | 55.370 | 176,092.86 | |
| 11/12 | 5,902 | | 29319 | MERCK & CO | 28.550 | 168,738.10 | |
| 11/12 | 21,565 | | 33644 | MICROSOFT CORP | 21.810 | 471,194.65 | |
| 11/12 | 10,896 | | 37970 | ORACLE CORPORATION | 17.300 | 188,935.80 | |
| 11/12 | 4,313 | | 50948 | PEPSICO INC | 56.410 | 243,468.33 | |
| 11/12 | 2,507 | | 51450 | APPLE INC | 100.100 | 251,740.66 | |
| 11/12 | 18,587 | | 55274 | PFIZER INC | 16.940 | 312,210.78 | |
| 11/12 | 4,313 | | 55776 | ABBOTT LABORATORIES | 54.610 | 235,704.93 | |
| 11/12 | 8,172 | | 59600 | PROCTER & GAMBLE CO | 64.080 | 523,987.76 | |
| 11/12 | 2,931 | | 60102 | AMGEN INC | 59.360 | 174,899.16 | |
| 11/12 | 5,675 | | 63926 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 247,657.00 | |
| 11/12 | 13,620 | | 64428 | BANK OF AMERICA | 21.590 | 294,599.80 | |
| 11/12 | 4,540 | | 68252 | QUALCOMM INC | 33.770 | 153,496.80 | |
| 11/12 | 14,755 | | 68754 | CITIGROUP INC | 12.510 | 185,175.05 | |
| 11/12 | 3,405 | | 72578 | SCHLUMBERGER LTD | 49.480 | 168,615.40 | |
| 11/12 | 8,172 | | 73080 | COMCAST CORP CL A | 16.510 | 135,245.72 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 2
PERIOD ENDING 11/30/08
YOUR ACCOUNT NUMBER 1-C0048-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER *****8093

COLUMBIA UNIVERSITY
C/O THE TRUSTEES OF COLUMBIA
UNIV IN THE CITY OF NEW YORK
405 LEXINGTON AVENUE 63RD FL
NEW YORK         NY   10174

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRAN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 16,117 | | 76904 | AT&T INC | 27 | 435,803.00 | |
| 11/12 | 4,086 | | 77406 | CONOCOPHILLIPS | 52.510 | 214,718.86 | |
| 11/12 | 2,724 | | 81230 | UNITED PARCEL SVC INC CLASS B | 52.040 | 141,864.96 | |
| 11/12 | 16,571 | | 81732 | CISCO SYSTEMS INC | 16.730 | 277,894.83 | |
| 11/12 | 4,767 | | 85556 | U S BANCORP | 29.530 | 140,959.51 | |
| 11/12 | 5,675 | | 86058 | CHEVRON CORP | 73.430 | 416,942.25 | |
| 11/12 | 2,724 | | 89882 | UNITED TECHNOLOGIES CORP | 53.160 | 144,847.84 | |
| 11/12 | 28,829 | | 90384 | GENERAL ELECTRIC CO | 19.630 | 567,066.27 | |
| 11/12 | 7,718 | | 94208 | VERIZON COMMUNICATIONS | 30.410 | 235,012.38 | |
| 11/12 | 681 | | 94710 | GOOGLE | 337.400 | 229,796.40 | |
| 11/12 | 9,534 | | 98534 | WELLS FARGO & CO NEW | 29.800 | 284,494.20 | |
| 11/12 | 6,810 | | 99036 | HEWLETT PACKARD CO | 34.900 | 237,941.00 | |
| 11/12 | | 50,000 | 19869 | U S TREASURY BILL DUE 12/18/2008 | 99.942 | | 49,971.00 |
| 11/12 | | 10,225,000 | 21147 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 10,218,456.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 99.57 |
| 11/12 | | 93,706 | 16245 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 93,706.00 |
| 11/12 | 35,872 | | 25614 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 35,872.00 | |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 3
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******8093
YOUR ACCOUNT NUMBER 1-C0048-3-0

COLUMBIA UNIVERSITY
C/O THE TRUSTEES OF COLUMBIA
UNIV IN THE CITY OF NEW YORK
405 LEXINGTON AVENUE 63RD FL
NEW YORK         NY   10174

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 4.40 |
| 11/19 | | 35,872 | 50890 | FIDELITY SPARTAN U S TREASURY BILL | 1 | | 35,872.00 |
| 11/19 | 700,000 | | 55521 | U S TREASURY BILL DUE 05/26/2009 05/26/2009 | 99.926 | 699,482.00 | |
| 11/19 | 16,487 | | 59929 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,487.00 | |
| | | | | NEW BALANCE | | 1,275,334.85 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 16,107 | | | AT&T INC | 28.560 | | |
| | 4,313 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 2,951 | | | AMGEN INC | 55.540 | | |
| | 2,497 | | | APPLE INC | 92.670 | | |
| | 13,620 | | | BANK OF AMERICA | 16.250 | | |
| | 5,675 | | | CHEVRON CORP | 79.010 | | |
| | 15,571 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 14,755 | | | CITI GROUP INC | 8.290 | | |
| | 5,443 | | | COCA COLA CO | 45.870 | | |
| | 8,172 | | | COMCAST CORP CL A | 17.340 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

COLUMBIA UNIVERSITY
C/O THE TRUSTEES OF COLUMBIA
UNIV IN THE CITY OF NEW YORK
405 LEXINGTON AVENUE 53RD FL
NEW YORK         NY  10174

PAGE: 4
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******8093
YOUR ACCOUNT NUMBER: 1-C0048-3-0

| DATE | BOUGHT/RECEIVED OR LONG | SOLD/DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 4,036 | | | CONOCOPHILIPS | 52.520 | | |
| | 14,301 | | | EXXON MOBIL CORP | 80.150 | | |
| | 28,329 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 681 | | | GOOGLE | 292.960 | | |
| | 6,810 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 15,663 | | | INTEL CORP | 13.800 | | |
| | 3,859 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 10,215 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 7,491 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 3,178 | | | MCDONALDS CORP | 58.750 | | |
| | 5,902 | | | MERCK & CO | 26.720 | | |
| | 21,565 | | | MICROSOFT CORP | 20.220 | | |
| | 10,896 | | | ORACLE CORPORATION | 16.090 | | |
| | 4,313 | | | PEPSICO INC | 56.700 | | |
| | 18,287 | | | PFIZER INC | 16.430 | | |
| | 5,675 | | | PHILIP MORRIS INTERNATIONAL | 42.160 | | |
| | 8,172 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 4,540 | | | QUALCOMM INC | 33.570 | | |
| | 3,405 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 16,487 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 4,767 | | | U S BANCORP | 26.980 | | |
| | 2,724 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 700,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 3/26/2009 | | | |
| | | | | CONTINUED ON PAGE   5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 5
PERIOD ENDING: 11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER: ******8093
YOUR ACCOUNT NUMBER: 1-C0048-3-0

COLUMBIA UNIVERSITY
C/O THE TRUSTEES OF COLUMBIA
UNIV IN THE CITY OF NEW YORK
405 LEXINGTON AVENUE 63RD FL
NEW YORK          NY  10174

| DATE | BOUGHT, RECEIVED OR LONG | SOLD, DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 2,724 |  |  | UNITED TECHNOLOGIES CORP | 48.530 |  |  |
|  | 7,718 |  |  | VERIZON COMMUNICATIONS | 32.650 |  |  |
|  | 5,902 |  |  | WAL-MART STORES INC | 55.880 |  |  |
|  | 9,534 |  |  | WELLS FARGO & CO NEW | 28.890 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES |  |  |  |
|  |  |  |  | LONG |  |  |  |
|  |  |  |  | SHORT |  |  |  |
|  |  |  |  | 10,771,515.83 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

COLUMBIA UNIVERSITY
C/O THE TRUSTEES OF COLUMBIA
UNIV IN THE CITY OF NEW YORK
405 LEXINGTON AVENUE 63RD FL
NEW YORK NY 10174

PERIOD ENDING: 11/30/08
PAGE: 6
YOUR ACCOUNT NUMBER: 1-C0048-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******8093

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 72,940.10 |
| | | | | GROSS PROCEEDS FROM SALES | | | 61,708,631.54 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

COLUMBIA UNIVERSITY
C/O THE TRUSTEES OF COLUMBIA
UNIV IN THE CITY OF NEW YORK
405 LEXINGTON AVENUE 63RD FL
NEW YORK     NY  10174

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-C0048-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****8093
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  |  | 541,097.00 |
| 11/12 |  | 227 | 42296 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 |  | 358,433.00 |
| 11/12 | 227 |  | 46622 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 404,287.00 |  |
| 12/19 |  | 227 | 32727 | S & P 100 INDEX DECEMBER 430 CALL | 26 |  | 589,973.00 |
| 11/19 | 227 |  | 37052 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 681,227.00 |  |
| 11/19 |  | 227 | 45977 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 68,327.00 |  |
| 11/19 | 227 |  | 45702 | S & P 100 INDEX NOVEMBER 450 PUT | 37 |  | 839,673.00 |
|  |  |  |  | NEW BALANCE |  |  | 1,275,335.00 |
|  |  |  |  | SECURITY POSITIONS |  |  |  |
|  |  |  |  | S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 29.500 |  |  |
|  | 227 |  |  | S & P 100 INDEX DECEMBER 420 PUT | 16.500 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES LONG 374,550.00 SHORT 528,910.00- |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

8. The investments with the Broker were held in a separately-managed endowment fund at Columbia Law School. As of 11/30/08, the endowment fund was managed by Mr. Jonathan Greenburg, who was employed at Cohmad Securities Corporation, 885 Third Avenue, New York NY 10022 (212) 230-2480.

00166242.1

Page 1 of 1

From: Origin ID: JREA (212) 854-0779
Susan K. Rushing
Columbia University
412 Low Memorial Library, MC 4308
535 West 116th St.,
New York, NY 10027

FedEx Express

Ship Date: 01JUL09
ActWgt: 0.5 LB
CAD: 2372071/INET9060
Account#: S *********

Delivery Address Bar Code

SHIP TO: (888) 727-8695    BILL SENDER
**Trustee for B.L. Madoff Investments**
**Irving H. Picard, Esq.**
**2100 MCKINNEY AVE STE 800**
**CLAIMS PROCESSING CENTER**
**DALLAS, TX 75201**

Ref #
Invoice #
PO #
Dept #





TRK# 7977 2889 5690    THU - 02JUL    A1
0201                    PRIORITY OVERNIGHT

XH RBDA    75201
           TX-US
           DFW

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en/PrintIFrame.html    7/1/2009