# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**TRANSFER OF ALLOWED CLAIM**

A CLAIM HAS BEEN SUBMITTED IN THIS CASE, DESIGNATED AS CLAIM NO. _____. Transferee hereby gives evidence pursuant to certain Claims Trading Procedures approved by Order of the above-captioned Court dated _____, 2010 [Dkt. No. ____], of the transfer of the allowed claim referenced in this evidence.

_____          _____
Name of Transferee                                              Name of Transferor

Name and Address where notices to          Name and Address where notices to
transferee should be sent:                           transferor should be sent:

_____          _____
_____          _____

Name and Address where payments to
transferee should be sent (if different
from above):

_____
_____

Phone: _____
Claim No. _____
Allowed Claim Amount:
_____

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

By: _____   Date: _____ \_\_, 20\_\_
     Transferee/Transferee's Agent

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 & 3571.*

# Assignment

_____ ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby transfer and assign unto _____, its successors and assigns ("Assignee"), all rights, title, interests in and to Assignor's Allowed Claim in the amount of US$_____ , as stated in the determination letter dated _____ from Irving H. Picard, the trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, substantively consolidated with the estate of Bernard L. Madoff in Case No. 08-01789, identified by Claim No. _____in proceedings pending before the United States Bankruptcy Court for the Southern District of New York, together with any affirmative claims of the Assignor against third parties.

Assignor hereby certifies by this Assignment that:

i) Assignee will be recognized as the valid owner of the Allowed Claim and will receive all distributions on account of such Claim; and

ii) The Allowed Claim Amount constitutes the entire amount of the Claim and has not been reduced by any prior payment from the Trustee on account of the Allowed Claim; and

iii) No part of the Allowed Claim has been assigned previously, except for any assignment to the Trustee in return for a distribution.

IN WITNESS WHEREOF, dated the \_\_\_ of _____, 20\_\_.

By: _____  By: _____
(Signature of Authorized Party)                    (Signature of Authorized Party)

_____        _____
(Company Name)                                     (Company Name)

_____        _____
(Print name of Authorized Party)                   (Print name of Authorized Party)

By: _____  By: _____

_____        _____

_____        _____
(Telephone Number)                                 (Telephone Number)