**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC.

SIPA LIQUIDATION

Case No. 08-01789

## NOTICE OF TRANSFER OF ALLOWED CLAIM

TO:   [Transferor Name ]
      [Street Address]
      [City, State and Zip Code]

[name]_____, as Transferee, has asked the Court to transfer your allowed claim in the amount of $_____ against Bernard L. Madoff Investments Securities, LLC ("Claim") to Transferee. **PLEASE NOTE that your Claim represents the entire amount of your Claim and has not been reduced by the amount of any prior payment by the Trustee on account of your Claim.**

If you do not object to the transfer of your Claim, you do not need to take any action.

If you do not want your Claim to be transferred, **WITHIN 21 DAYS OF THE MAILING OF THIS NOTICE, YOU MUST DO THE FOLLOWING:**

1. Prepare a written objection to the transfer explaining your reasons for objecting to the transfer of your Claim to the Transferee. Your written objection must include the caption of this case and No. 08-01789. Please also refer to Claim No. _____ in your objection.

2. File your written objection with the Clerk of the United States Bankruptcy Court, in person between the hours of 8:30 a.m. and 5:00 p.m., or by mail at the following address:

   Clerk, United States Bankruptcy Court
   Southern District of New York
   Alexander Hamilton Custom House
   One Bowling Green
   New York, New York 10004-1408

3. Send a copy of your objection to the Transferee at _____, _____, __[Address], Attention: _____, and to Irving H. Picard, Esq. Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201, Attention: John S. Franks.

4. Prepare a written certification including the caption of the case and Case No. 08-01789, and certifying that you sent a copy of your objection to the Transferee of your Claim and to the Trustee's Claims Processing Center, as set forth in paragraph 3 above, and file that written certification with the Clerk of the United States Bankruptcy Court at the address above.

If you file an objection, the purported Transferee of the Allowed Claim must request a hearing before the United States Bankruptcy Court at the address above to resolve the objection before any distribution is made on the Claims.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED IN COURT RECORDS AS THE CLAIMANT AND WILL RECEIVE ANY DISTRIBUTION TO WHICH YOUR CLAIM IS ENTITLED.**

AlixPartners LLP