# EXHIBIT 4

## Mediator List

| Name | Firm |
| --- | --- |
| Berkowitz, Ted A. | Farrell Fritz, P.C. |
| Conrad, Francis G. | Business Strategy Advisors |
| Costa, Keith N. | Akerman Senterfitt LLP |
| Cyganowski, Melanie | Otterbourg, Steindler, Houston & Rosen P.C. |
| Haber, Eric | Cooley LLP |
| Herman, Ira L. | Thompson & Knight LLP |
| Hirshfield, Stuart | Mintz Levin Cohn Ferris Glovsky & Popeo PC |
| Rich, Jeffrey N. | K & L Gates LLP |
| Rose, Jorian L. | Venable LLP |
| Silverman, Kenneth P. | Silverman Acampora LLP |
| Strickon, Harvey A. | Paul Hastings Janofsky & Walker LLP |

300109326