UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE* OF FREDERICK W. CHOCKELY III

This matter came before the Court upon the motion of Frederick W. Chockley III, a member in good standing of the Bars of the District of Columbia, and the Commonwealth of Virginia, for admission, *pro hac vice,* to represent Irving H. Picard, Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff individually, in the above-referenced matter and in any related adversary proceedings.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Frederick W. Chockley III is admitted to practice, *pro hac vice*, in the United States Bankruptcy Court, Southern District of New York; provided that the filing fee has been paid.

Dated: New York, New York
      October 22, 2010

                                                   /s/Burton R. Lifland_____
                                                   Honorable Burton L. Lifland
                                                   United States Bankruptcy Judge