BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

I, **Oleg Bitman**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

300109905

On October 22, 2010, I served the:

- **Notice of Trustee's Motion For an Order Establishing Procedures For the Assignment of Allowed Claims; and**

- **Trustee's Motion For an Order Establishing Procedures For the Assignment of Allowed Claims (with Exhibits attached)**

by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on below:

TO:

Jay Lawrence Moss Trust
c/o Jay Lawrence Moss Trustee
3 Windermere Court
Newport Beach, CA 92657

Martin Rose
1350 Club Drive
Hewlett Harbor, NY 11557

Frederick N. Levinger 1983 Trust
245 Waterman Street, Suite 503
Providence, RI 02906

*s/Oleg Bitman*
OLEG BITMAN

Sworn to before me this
25th day of October, 2010

*s/Magali Lespinasse Lee*
Notary Public

Magali Lespinasse Lee
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2014

300109905                    2