UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**ORDER GRANTING ADMISSION TO PRACTICE,
_PRO HAC VICE_ OF LAUREN M. HILSHEIMER**

　　Upon the motion of Lauren M. Hilsheimer, to be admitted, *pro hac vice*, to represent Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff individually (the "Client"), in the above-referenced matter and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and, the bar of the U.S. District Court for the Southern District of Ohio, it is herby

　　**ORDERED**, that Lauren M. Hilsheimer, Esq., is admitted to practice, *pro hac vice*, in the above-referenced matter and in any related adversary proceedings, to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
　　　　October 25, 2010

　　　　　　　　　　　　　　　　　　　　　　　/s/Burton R. Lifland_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Burton L. Lifland
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge