Mr. & Mrs. David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496



**NOTICE** OF TRUSTEE'S DETERMINATION OF CLAIM

BERNARD L. MADOFF INVESTMENTS

I AM ENCLOSING A COPY SAME REFERRING TO
ACCOUNT NO. 1CM 404 INDICATING CLAIM NUMBER
000058 AND CLAIM NUMBER 015790 CLAIMING THE
DENIED AMOUNTS FOR  5,139,994.36

I AM OBJECTING TO THE DETERMINATION OF THE
TRUSTEES  AND AM PUTTING MYSELF DAVID
GROSS & IRMA GROSS J/T WROS ACCOUNT
1CM 404 OF WHICH I AM ENCLOSING
SEVEN PAGES OF MY LAST STATEMENT
INDICATING A SUM OF 5,139,994.36
WHICH I ASSUME IS A DOLLAR AMOUNT
EVALUATED BY SECURITIES LISTED. ( 7 PAGES )

I DISAGREE WITHTHE FIGURES PRESENTED
ON THE NOTICE STARTING 6/27/96
THE PRESENTATION I HAVE AT THIS TIME
IS THE DOCUMENTATION I RECIEVED
FROM MY ACCOUNT  1-CM302-4
I DO NOT KNOW WHAT EVER HAPPENED
TO THESE NUMBERS, BUT I WOULD NOT
HAVE OPENED A RETIREMENT ACCOUNT
IF I DID NOT HAVE A PREVIOUS ACOUNT
ESPECIALLY WHEN TOLD THEY DO NOT
HANDLE RETIREMENT ACCOUNTS.

LOOK AT THE FOLLOWING CLAIMS INSUPPORT

ACCOUNT 1-CM302 IN THE NAME OF DAVID GROSS IN THE AMOUNT OF 1,471,297.99 SAME TYPE OF INFORMATION AS THE PREVIOUS ACCOUNT.
( 7 PAGES )

COPIES OF FOR BOTH ACCOUNTS CM 404 AND CM 302 INDICATING TRADES WITH VERY IMPRESSIVE FORMAT INDICATING MEMBER OF FINRA - NSX - SIPC -NSCC - DTC.- . I DO NOT KNOW EXACTLY THE DUTIES OF ALL INDICATED. IM NOT SURE WHAT PERCENTAGE OF INVESTERS DO AS I WOULD THINK IT WAS TO IMPRESS THE INVESTER THAT ANY ORGINIZATION COULD EXIST FOR A DOZEN OR MORE YEARS THAT THE RELIANCE OF OUR GOVERMENT AGENCIES MIGHT FAVOR MADOFF ORGINIZATIONS AND LOOK AWAY.

SINCE I WAS NOT SO ASTUTE IN ANILIZING AND UNDERSTANDING HOW TO REPORT MY SUPPOSINGLY EARNINGS AND DID NOT RECIEVE A FINAL AMOUNT TO REPORT TO THE GOVERMENT.
ALL INCOME WAS ORDINARY TAXES. NO CAPITAL GAINES,

BERNARD L. MADOFFS SECURITY OFFICES REFERRED ME TO A FIRM TO KEEP MY RECORDS, ALL TRADES WERE MADE IN DUPLICATE AND A A COPY SENT TO SOSNIK BELL LLC ONE PARKER PLAZA FORT LEE N.J. 07024, I AM ENCLOSING A COPY OF THE TYPE OF REPORTS THAT WAS GIVEN TO ME AT THE END OF THE YEAR. FOR

TAX PURPOSES.

THE RETURNS ON INVESTMENT WAS MUCH BETTER THAN I MAY HAVE DONE ON MY OWN. THAT A YEAR OR TWO LATER, INQUIRY WAS MADE ABOUT MY RETIREMENT ACCOUNT. BERNARD L. MADOFF SECURITIES DID NOT HANDEL RETIREMENT ACCOUNTS. I WAS REFERRED TO AN ACTUARY.WHO WOULD KEEP TRACK OF MY I R A RETIREMENT FUNDS. THE FUNDS WOULD BE HANDLED BY MADOFF. INVESTED WITH THE MADOFF ORGINIZATION.

SINCE I, DAVID GROSS DID NOT HAVE RECORDS FROM THE INCEPTION OF MY INVESTMENTS, I RELIED ON MY SUPPOSINGLY PROFESSIONAL.

I WAS RECOMMENDED TO RETIREMENT ACCOUNT INC.A FISERV COMPANY POST OFFICE BOX 3017 WINTER PARK, . FLORIDA 32790 TELEPHONE   1 800 325 4352.

BY THE RECORDS OF RETIREMENT ACCOUNTS INCORPORATED ACCOUNT # 019400910001 I AM ABLE TO SUBMIT INFORMATION THAT I WAS A CLIENT BEFORE 1996.

SOMETIME IN 1992  OR 1993 I MET A REPRESENTATIVE OF MADOFF INVESTMENT SECURITIES. AT WHICH TIME I GAVE HIM FUNDS TO INVEST FOR DAVID AND IRMA GROSS.
SOME PERIOD OF TIME LATER, I WAS TOLD TO GO TO THE OFFICES COMAD AND MADOFF

SECURITES OFFICES. I VISITED , AND MET A
PERSON BY THE NAME OF COHN WHO THEN
MADE ME FEEL THAT I WAS DOING THE
THE PROPER THING BY ENTRUSTING MY
INVESTMENTS WITH THIS ORGINIZATION.
I THEN WAS IMPREST WITH THE TOUR OF
THE PREMISES WITH MANY PEOPLE
WORKING AT THE COMPUTERS
SUPPOSINGLY DOING TRADE.

SOME TIME LATER THE YEAR 1994 I FELT
THAT THIS TOO COULD BE A GOOD PLACE
TO HAVE MY RETIREMENT FUND.

ENCLOSED IS A COPY OF A STATEMENT
FROM RETIREMENT ACCOUNTS DATED
12/20/1994 INDICATING THAT I HAD
TRANSFERRED SECURITIES AND CASH
FUNDS.  CALL THIS  ITEM # 1

ITEM # 2 STATEMENT DATED 11/28/94
ACKNOWLEDGING RECIEVING SECURITIES.

ITEM # 3 INDICATING A ROLLOVER FROM
ACORN FUND 12/08/1994

ITEM # 4 INDICATING ACCOUNT 1-CM051-3-0
IN A PENSION PLAN WHICH SHOULD BE
MY IRA

ITEM # 5 STATEMENT DATED 12/31/94
FROM BERNARD L. MADOFF SECURITIES TO
RETIREMENT ACCTS INC CUST IRA
F/B/O DAVID GROSS (40091)

SOMETHING , WRONG WITH TWO DIFFERENT ACCOUNT NUMBER FOR MY RETIREMENT FUND. 1=CM302-3-0
1-CM051-3-0

ITEM # 6 ACKNOWLEDGEMENT OF ACCOUNT FROM RETIREMENT ACCOUNTS

MANY TRANSFERS OF FUNDS TO THE BLMIS WAS IN SECURITIES. I AM NOT SURE WHO TRASFERRED THEM INTO OTHER SECURITIES WHICH IS DOCUMENTED BY RETIREMENT ACCOUNTS.

I DAVID GROSS AT THIS TIME HAVE BEEN MADE TO BELIEVE I AM A CRIMINAL AND MUST DEFEND MYSELF.WHEN, IN GOOD FAITH I FEEL THAT I DID NOTHING WRONG.

FROM THE INTIAL START OF MY ACCOUNT I PAID HUNDREDS OF THOUSANDS OF DOLLARS TO FEDERAL TAXES PLUS NEW YORK STATE TAXES. ON INCOME THE TRUSTEE HAS THE BENEFIT OF EXPERT COUNSEL WITH A VERY RESOURCEFUL WELL OF INCOME. THE DISADVANTAGE IS I DO NOT HAVE THE SAME RESOURCES AND AM BEING PUT AT A DISADVANTAGE.

IN THE PERIOD, OF THIS SUPPOSING FATHOM INCOME I HAD NOT PAID

MY TAXES, MAY HAVE BEEN PENILIZED BY JAIL OR PAY UP MONIES DUE. THIS IS THE AMERICAN WAY.

DURING THIS PERIOD I WAS AUDITED AND NEVER WAS QUESTIONED ABOUT THE MADOFF ACCOUNT. IF I WERE ABLE TO RECIEVE ALL MY TAX MONIES I WOULD FEEL THE LAW WORKS BOTH WAYS.

WHEREFORE, IT IS RESPECTFULLY REQUESTED THAT THE COURT DENY THE TRUSTEE'S MOTION TO CREATE A NEW DEFINITION OF NET EQUITY IN VIOLATION OF LAW AND IN CONTRVENTION OF MY ENTITLEMENT TO RELY UPON THE NOVEMBER 30, 2008 BLMIS STATEMENT, DIRECT SIPC TO ISSUE IMMEDIATE PAYMENT TO THE CUSTOMER IN THE AMOUNT OF $500,000.00 PLUS INTEREST FROM THE DATE OF DETERMINATION AND REQUEST THAT THE COURT GRANT SUCH RELIEF AS IT DEEMS JUST AND PROPER.

DAVID GROSS

Mr. & Mrs. David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496



Bernard L. Madoff Investment Securities LLC
New York □ London
885 Third Avenue, New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER: FINRA NSX SIPC NSCC DTC

ORIGINATOR NO.: 0646
DELIVERED VIA:
IDENTIFICATION NO.:
ACCOUNT NUMBER: 1-CN302-3
D/R: D
TRANS. NO.: 82019
TR: 5
CAP: 1
SETT:
TRADE DATE: 9/16/08
SETTLEMENT DATE: 9/17/08

CONTRA PARTY:
DAVID GROSS
7248 BALLANTRAE COURT
BOCA RATON FL 33496

WE / SLD
QUANTITY: 1,400,000
CUSIP NUMBER: 912795K34
SECURITY DESCRIPTION: U S TREASURY BILL DUE 2/12/2009 Y.T.M. 1.21% 2/12/2009

C.H. NUMBER:
ACCT OF/ NTC & CO.

**** DUPLICATE ****
SPECIAL DELIVERY INSTRUCTIONS

PRICE: 99.511
PRINCIPAL: 1393154.00
COMMISSION:
STATE TAX:
INTEREST:
FEE:
MISC:
NET AMOUNT: 1393154.00

17

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER: FINRA  NSX  SIPC  NSCC  DTC

[CONFIRMATION — Please see reverse for further details] 17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-CM404-3 | R | 20665 | 5 | 1 | | 9/12/08 | 9/17/08 |

CONTRA PARTY  C.H. NUMBER  SPECIAL DELIVERY INSTRUCTIONS

IDENTIFICATION NO.

DAVID GROSS
AND IRMA GROSS J/T WROS
7248 BALLANTRAE COURT
BOCA RATON        FL 33496

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 3,192 | 74271810 9 | PROCTER & GAMBLE CO | 232186.76 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.780 | 232313.76 | 127.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange


Trust

September 20, 2010

Lincoln Trust Company
(formerly Fiserv Investment Support Services)

GROSS DAVID
7248 BALLANTRAE CT
BOCA RATON FL 33496

GROSS, DAVID
Account ending in: 910001

RE: IMPORTANT INFORMATION REGARDING YOUR LINCOLN TRUST ACCOUNT
FEDERATED KAUFMANN FD CL K - 314172644

Dear Account Owner:

Lincoln Trust Company recently received a litigation notice for the above security. However, as all Lincoln Trust Company retirement plans are self-directed, we cannot comment on this matter. All documents for the above litigation can be obtained at http://www.noticeclass.com/federatedsettlement/. We strongly encourage you to carefully review this information to determine what action (if any) you are required to take. Please contact the originator or your financial representative if you have specific questions pertaining to this litigation. You may also contact the Claims Administrator at 877-779-1414 for questions.

For more information about the status of your account, log on to our website at http://www.lincolntrustco.com/. There, you can view account holdings and activity, download account maintenance forms, and learn about other products and services available from Lincoln Trust Company. If you have general questions about your account, you can call your designated financial representative or one of our Client Service Representatives. We are available to answer questions about your account Monday through Friday, 7:30 AM - 5:00 PM Mountain Time, by calling us toll-free at (800) 962-4238.

Thank you for your attention to this matter.


Lincoln Trust Company