UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

### ORDER GRANTING ADMISSION TO PRACTICE, <u>*PRO HAC VICE*</u> OF JOHN J. BURKE

Upon the motion of John J. Burke, to be admitted, *pro hac vice*, to represent Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff individually (the "Client"), in the above-referenced matter and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the District of Columbia and, the bar of the U.S. District Court for the District of Columbia, U.S. Court of Appeals for the Federal Circuit and the U.S. Court of International Trade, it is herby

**ORDERED**, that John J. Burke, is admitted to practice, *pro hac vice*, in the above-referenced matter and in any related adversary proceedings, to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  New York, New York
         October ___, 2010

                                                                                  _____
                                                                                  Honorable Burton L. Lifland
                                                                                  United States Bankruptcy Judge