

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

OCT 2 5 2010

Monday, October 18, 2010\\

CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK. NEW YORK  10004

IRVING H. PICARD TRUSTEE
C/O BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA
NW YORK, NEW YORK   10111

TO ALL CONCERNED IN REFERENCE TO THE LETTER OF OCTOBER 8. 2010

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**
    **IN LIQUIDATION  DECEMBER 11, 2008**
**NOTICE OF TRUSTEE'S REVISED DETERMINATION OF CLAIM**

I DAVID GROSS 7248 BALLANTRAE CT. BOCA RATON .FLORIDA
33496, PHONE 561 483 4543 DISAGREE WITH THE TRUSTEE'S
DETERMINATION

I WILL TRY TO GIVE YOU A LITTLE BACK GROUND OF MY
INTRODUCTION TO BLMIS INVESTMENTS.

SOMETIME IN THE YEARS OF 1980'S , I MET AN INDIVIDUAL
BY THE NAME OF RICHARD SPRING, WHO AT THE TIME WAS
REPRESENTING HIMSELF TO RAISE MONEY FOR A VERY
GOOD OPPORTUNITY FOR AN INVESTMENT. IT SEEMED HE
HAD LOST OR LEFT HIS POSITION REPRESENTING AN ESTATE.

AT THIS TIME, I WAS TOLD THAT IT WOULD HELP GET HIM
STARTED AGAIN AND HE WAS VERY TRUST WORTHY AND .
COMPETENT.

AT THIS TIME I, DAVID GROSS GAVE A CHECK FOR 100,000
THOUSAND DOLLARS TO HIS NAME. I WAS THEN ADVISED
THAT THIS SUM OF DOLLARS WAS PUT TOGETHER WITH
AN ACCOUNT THAT I WAS PART OF. I ACCEPETED HIS
WORD AND TRUSTED HIM. AT THE END OF THE YEAR I
WAS TOLD THAT MY INVESTMENT WAS VERY SECURE
AND I EARNED ABOUT 15% AND AT THE TIME GAVE ME
A NUMBER TO REPORT FOR INCOME TAX PURPOSES.

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

THE RETURN WAS THAT GOOD, I KEPT ON GIVING
HIM MONIES TO INCREASE MY INVESTMENT EACH YEAR
BECAUSE, I LIKED THE FIGURES I WAS GIVEN AT THE
TIME WHICH WAS INCREASING MY WORTH. PLUS
MY CONTRIBUTING TAXES TO NEW YORK STATE
AND THE FEDERAL GOVERMENT.

AFTER A FEW YEARS, I MADE A REQUEST OF MR.
RICHARD SPRING THAT, I HAD CONSIDERABLE FUNDS
WITH HIM AND THAT I WANTED TO KNOW WHERE MY
MONIES WAS, SINCE I AM REPORTING SUMS OF MONEY
AS ORDINARY INCOME.

THIS TIME, HE MADE ARRANGEMENTS FOR ME TO GO
TO A FIRM BY THE NAME OF COMAD, WHICH HE WAS
AFFILIATED WITH. I DAVID GROSS MADE AN APPOINTMENT
TO MEET, A PERSON BY THE NAME OF SONNY COHN AT
CO MAD. UPON MY MEETING MR. COHN HE TOOK ME FROM
FLOOR TO FLOOR SHOWING ME THE OPERATION WITH A
LOT OF EMPLOYEES TRADING IN THE STOCK MARKET.
THIS MADE ME FEEL COMFORTABLE THAT
THIS WAS A VERY GOOD OPERATION

TO ASSURE ME, AND TO BUILD MY CONFIDENCE AT THIS
TIME, I WAS ADVISED THAT I WOULD HAVE MY OWN
ACCOUNTS AND WOULD BE RECEIVING MONTHLY
REPORTS FROM THEN ON.

FROM, THAT TIME ON, I RECIEVED REPORTS ON ACCOUNTS
1-CM404-3 AND 1-CM302-3 INDICATING TRADE PLUS A
MONTHLY STATEMENT, ( ENCLOSING A COPY OF TRADE
DOCUMENTS SHOWING AS A MEMBER OF FINRA- NSX-
SIPC - NSCC- DTC- ) I STILL DO NOT KNOW WHAT THESE
MEAN OR THERE RESPONSIBILITIES)

I DID NOT UNDERSTAND THE STATEMENTS AND ALL THE
STOCK TRADES, I WAS REFERRED TO SOMEONE WHO
WOULD LOOK OUT FOR ME.

I AGREED THAT ALL TRADES AND STATEMENTS WERE
SENT TO SOSNIK,BELL & CO LLC ONE PARKER PLAZA,
FORT LEE, NEW JERSEY 07024  TELEPHONE NUMBERS
201-461-6464 ---FAX 201 461 6864 -- 201-618-6864 --
THE PEOPLE HANDLING MY ACCOUNTS FOR ME TO
CONTACT IS TO BE LARRY BELL OR SCOTT SOSNICK.



David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

SOSNIK & BELL PREPARED THE PAPERS AND REPORT WHAT I SHOULD BE PAYING FROM THE BLMIS EARNINGS.

ENCLOSED WITH MY OBJECTION IS A COPY I ADDRESSED AT THE TOP OF THIS LETTER.

AT THE PRESENT I AM NOT FAMILIAR WITH ACCOUNT 1CM05130 AND DO NOT HAVE THE ABILITY TO QUESTION THE TRUSTEE THE NUMBERS FOR MORE OR LESS.
I DO RECALL THAT I HAD WITH DIFFERENT MUTUAL FUND I R A MONIES AND TURNED THEM OVER TO BLMIS TO HAVE IT TRANSFERRED TO AN IRA SET WITH RETIREMENT COMPANY WHICH HANDLED THE PAPER WORK, DESIGNATING ALL FUNDS TO BLMIS. I LIKED THE RETURNS ON INVESTMENT, THEREFORE, I PUT ALL MY OTHER IRA MONIES WITH MADOFF THROUGH RETIREMENT, I DO KNOW, I DID HAVE SIGNIFICANT MONIES IN IRA'S AND DO NOT HAVE THE MEMORY FOR ALL THESE TRANSACTIONS.

AT THIS TIME, THE GREATEST BENEFICUIARY OF MY ACCOUNT WAS THE FEDERAL GOVERMENT AND NEW YORK STATE IN WHICH I CONTRIBUTED MILLIONS.

I FEEL THERE HAS BEEN, AN INJUSTICE TO ME BECAUSE ALL THE CONFIDENCE AND TRUST WITH GOVERMENT AGENCIES I WAS SUBCONSCIOUS TO, AS I DID WITH OTHERS I, TRUSTED.

SINCERELY,

DAVID GROSS

Doc 3077   Filed 10/25/10   Entered 10/28/10 16:05:31   Main Document

## THE INTELLIGENT INVESTOR
### By Jason Zweig

# What Conflict of Interest? How Power Blinds Us to Our Flaws

Why do powerful people with so much to lose push so hard to squeeze out a little more gain for themselves?

That question lingers after the Wall Street Journal's reports of actively traded securities trading by members of Congress and their aides. As the Journal has shown, dozens of public servants on Capitol Hill (and sometimes their spouses) actively traded during the financial crisis—buying stock against shares of home-building companies, even trading in and out of stocks that stood to benefit from government interventions they helped oversee.

Such trades are legal, since prohibitions on insider trading generally don't apply to Congress. All the members of Congress and staffers involved in the trades have told the Journal that they adhered to the relevant codes of ethics and complied with all requirements for public disclosure.

It is likely that the traders on Capitol Hill genuinely believe that their actions are beyond reproach, says Daylian Cain, a psychologist at Yale University's School of Management. "This isn't about corrupt people bending rules to line their own pockets," he says. "People are just not good at being objective about their own potential conflicts of interest. Whatever side of an issue we're on, we can easily convince ourselves that we're on the right side."

Still, based on letters and online comments from the Journal's readers, it seems that many Americans think members of Congress and their staffers are being disingenuous or deceptive when they maintain they didn't do anything wrong.

That is because, in the financial markets, information is power. Whoever gets better information sooner has an advantage over those who receive the news later. In the public's eyes, members of Congress, and even those who work in their offices, gain just such an informational edge by writing legislation and running investigative hearings. That is what separates investors on Capitol Hill from those on Main Street.

That edge may change the behavior of those in Congress who trade. "Power makes people feel both psychologically invincible and psychologically invisible," adds Adam Galinsky, a professor of organizational behavior at Northwestern Uni-


Christophe Vorlet

versity's business school. "Power explains Prof. Galinsky, focuses people on their own internal goals—blinding them, in the process, to how others may view them. In Plato's 'Republic,' Socrates invokes the myth of the ring of Gyges, which conferred upon its wearer the power of being invisible to others, if we wear invisible to others, if we wear such a ring at will. Socrates says, "No man would keep his

hands off what was not his own when he could safely take what he liked."

Being in a position of power also may make people feel that they can do no wrong. In recent experiments, Dana Carney, a psychologist at Columbia University's business school, has found that acquiring power makes people more comfortable committing acts they might otherwise be reluctant to commit, like lying or cheating. As people rise to a position of power, she has shown, their bodies generate more testosterone, a hormone associated with aggression and risk-taking, and less cortisol, a chemical that the body generates in response to stress.

"Having power changes you physiologically, reducing your body's internal feedback that tells you which actions are good or bad," says Prof. Carney. "Power temporarily intoxicates you."

Naturally, the lessons of how power alters behavior apply to us all. When your investments have been on a roll lately, that may fill you with a sense of your own power over the mar-

ket, leading you to feel that all your ideas are brilliant and that any evidence to the contrary is unconvincing.

One solution, says Don A. Moore of the University of California at Berkeley, would be to compel traders on Capitol Hill to disclose their trades more frequently rather than once a year, as they do now. Others would be to ban trading outright, subject all trades to independent review before they can be executed, or require members of Congress to put their assets in blind trusts.

If you passed a law saying that members of Congress and their staff[s] can only invest in index funds, on the whole you would do them a great favor, for two reasons," says Meir Statman, a finance professor at Santa Clara University. First, they won't be trading items they and their constituents don't like. And two, they're more likely to make more money on index funds than by trying to outsmart the market."

*intelligentinvestor@wsj.com; twitter.com/jasonzweigwsj*

Ms. Irma Gross
7248 Ballantrae Ct
Boca Raton, FL 33496



Clerk of the U.S. Bankruptcy
Court for the Southern District
of New York.
one Bowling Green
NY NY 10004

RECEIVED OCT 28 2010
BANKRUPTCY COURT
EAST. DIST. OF NEW YORK