LOWENSTEIN SANDLER PC
Bruce S. Nathan, Esq.
David M. Banker, Esq.
1251 Avenue of the Americas
18th Floor
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

*Attorneys for Pulver Family Foundation, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

## CERTIFICATION OF SERVICE

I, David M. Banker, hereby certify that on October 29, 2010, I caused a true and correct copy of Pulver Family Foundation, Inc. Objection to Trustee's Determination of Claim, to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF; to be served by hand upon:

        Irving H. Picard, Trustee
        c/o Baker & Hostetler, LLP
        45 Rockefeller Plaza
        New York, NY 10111;

22710/1
10/29/2010 14421143.1

-2-

and to be mailed by Federal Express Priority Overnight service to each of the following addresses:

> Clerk of the United States Bankruptcy Court
> for the Southern District of New York
> One Bowling Green
> New York, NY 10004
>
> Irving H. Picard, Trustee
> c/o Baker & Hostetler, LLP
> 45 Rockefeller Plaza
> New York, NY 10111.

Dated: October 29, 2010

> /s/*David M. Banker*
> David M. Banker, Esq.
> 1251 Avenue of the Americas
> 18th Floor
> New York, NY 10020