UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |

## CERTIFICATE OF SERVICE

    I, Kirk L. Brett, under penalty of perjury, hereby certify that on October 28, 2010 I served a copy of the LIMITED OBJECTION OF ASM CAPITAL TO TRUSTEE'S MOTION FOR AN ORDER ESTABLISHING PROCEDURES FOR THE ASSIGNMENT OF ALLOWED CLAIMS upon each person listed on the below Service List by Fedex overnight courier service and e-mail.

Dated: New York, New York
      October 29, 2010

                                              /s/ Kirk L. Brett
                                              Kirk L. Brett

**SERVICE LIST**

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: Geraldine Ponto, Esq.
Email: gponto@bakerlaw.com

Securities Investor Protection Corporation
805 Fifteenth Street, NW
Suite 800
Washington, DC 20005
Attn: Kevin H. Bell, Esq.
Email: kbell@sipc.org