UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Debtor.

SECURITIES INVESTOR PROTECTION
CORPORATION

Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Defendant.

SIPA LIQUIDATION

Case No. 08-01789 (BRL)

(Substantively Consolidated)



RECEIVED OCT 29 2010 U.S. BANKRUPTCY COURT, SDNY

## NOTICE OF WITHDRAWAL OF OBJECTION

Sam Zemsky ("Claimant"), having filed an objection to the Notice of Trustee's Determination of Claim respecting Claimant's customer claim (#009161) (the "Objection"), Docket No. 2783, hereby gives notice that he is withdrawing such Objection.

Dated: Oct 13, 2010

Sam Zemsky
c/o Gary Kriner
Taurus Partners LLC
726 Exchange Street, Suite 412
Buffalo, New York 14210