# SECURITIES INVESTOR PROTECTION CORPORATION
## Irving Picard, Trustee of Bernard L. Madoff Investment Securities, LLC

Period Ended September 30, 2010

Report No. 22

### CASH RECEIPTS:

| General Cash Receipts | Net Change for Period | Prior Period Cumulative | Total Received | Cumulative Detail Customer Fund | Cumulative Detail General Estate | Cumulative Detail SIPC | Code |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $57,012,185.47 | | | $ | | | |
| Transfer from Debtor's Estate - Other * (See Note) | 0.00 | 5,206.29 | 5,206.29 | | | | 4010 |
| Transfers from Debtor's Estate - BNY account | 0.00 | 336,660,934.06 | 336,660,934.06 | | | | 4014 |
| Transfers from Debtor's Estate - Chase account | 0.00 | 235,156,309.36 | 235,156,309.36 | | | | 4016 |
| Broker Dealer's - Other close outs | 0.00 | 0.00 | 0.00 | | | | 4031 |
| Interest and Dividends | 71,158.87 | 1,261,587.88 | 1,332,746.75 | | | | 4040 |
| Mutual Fund Trail Commissions | 0.00 | 0.00 | 0.00 | | | | 4050 |
| Sale of Securities | 0.00 | 0.00 | 0.00 | | | | 4060 |
| Closeout Proceeds - Broker Dealers | 0.00 | 37,273,877.23 | 37,273,877.23 | | | | 4030 |
| Closeout Proceeds - NSCC | 0.00 | 21,783,082.40 | 21,783,082.40 | | | | 4031 |
| Closeout Proceeds - DTCC | 0.00 | 12,660,000.00 | 12,660,000.00 | | | | 4032 |
| Sale of Debtor's Assets | 0.00 | 0.00 | 0.00 | | | | 4070 |
| - Sports Tickets | 0.00 | 89,690.80 | 89,690.80 | | | | 4071 |
| - Bank Debt Participations | 95.43 | 2,083,599.32 | 2,083,694.75 | | | | 4072 |
| - DTCC Shares | 0.00 | 204,170.51 | 204,170.51 | | | | 4073 |
| - Market Making Business | 0.00 | 1,075,676.01 | 1,075,676.01 | | | | 4075 |
| Refunds - General | 0.00 | 0.00 | 0.00 | | | | 4090 |
| - BLM Air Charter | 0.00 | 752,963.00 | 752,963.00 | | | | 4074 |
| Refunds - Deposits | 0.00 | 9,841.45 | 9,841.45 | | | | 4091 |
| - Dues/Subscriptions | 0.00 | 169,025.68 | 169,025.68 | | | | 4092 |
| - Car Registrations | 0.00 | 157.00 | 157.00 | | | | 4093 |
| - Vendors | 0.00 | 58,066.58 | 58,066.58 | | | | 4094 |
| - Transit Cards | 0.00 | 793.61 | 793.61 | | | | 4095 |
| - Insurance/Workers Comp | 0.00 | 402,859.56 | 402,859.56 | | | | 4096 |
| - Ref. - Political Contributions | 0.00 | 144,500.00 | 144,500.00 | | | | 4097 |
| - Refunds Other | 0.00 | 50.84 | 50.84 | | | | 4099 |
| Recoveries - General | 0.00 | 0.00 | 0.00 | | | | 4100 |
| Recoveries - Litigation Related | 0.00 | 0.00 | 0.00 | | | | 4101 |
| - Pre-Litigation Settlements | 0.00 | 455,381,048.00 | 455,381,048.00 | | | | 4021 |
| - Customer Preferences | 770,728.36 | 43,147,294.82 | 43,918,023.18 | | | | 4020 |
| - Employees | 0.00 | 10,674.74 | 10,674.74 | | | | 4102 |
| - Taxing Authorities | 0.00 | 12,777.56 | 12,777.56 | | | | 4103 |
| - Class Actions | 2,806.96 | 179,769.37 | 182,576.33 | | | | 4104 |
| - NASDAQ | 0.00 | 308,948.49 | 308,948.49 | | | | 4105 |
| - NYSE | 0.00 | 183,683.79 | 183,683.79 | | | | 4106 |
| - Transaction Fees | 0.00 | 96,816.23 | 96,816.23 | | | | 4107 |
| - Sub-Tenants | 0.00 | 71,298.73 | 71,298.73 | | | | 4108 |
| - Other | 0.00 | 0.36 | 0.36 | | | | 4109 |
| Miscellaneous | 0.00 | 0.00 | 0.00 | | | | 4110 |
| Subtenant Rent | 4,411.87 | 461,276.77 | 465,688.64 | | | | 4111 |
| Sub-total General Cash Receipts | $849,201.49 | $1,149,645,980.44 | $1,150,495,181.93 | $0.00 | $0.00 | $0.00 | |
| Advances from SIPC | | | | | | | |
| Administration - Advances | 20,975,925.27 | 227,787,524.86 | 248,763,450.13 | | | | 2901 |
| Securities - Paid Bank Loans | 0.00 | 0.00 | 0.00 | | | | 2921 |
| - Cash in Lieu | 7,638,475.53 | 712,539,921.02 | 720,178,396.55 | | | | 2922 |
| Sub-total SIPC Advances | $28,614,400.80 | $940,327,445.88 | $968,941,846.68 | | | | |
| Total Cash Receipts | $29,463,602.29 | $2,089,973,426.32 | $2,119,437,028.61 | $0.00 | $0.00 | $0.00 | |

* (Note) In addition, on January 30, 2009, Depository Trust & Clearing Corp. transferred to the Trustee's brokerage account 1601 securities positions. The total net equity value at September 30, 2010 is $306,541,894.

(See Page 5 for more details)

Page 1

**Period Ended September 30, 2010**                                      Report No. 22
*CASH DISBURSEMENTS:*
*Administrative Disbursements*

| | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid | Code |
|---|---:|---:|---:|---|
| **General Administrative Disbursements** | | | | |
| Computer - Rental | 0.00 | 11,121.59 | $11,121.59 | 5011 |
| - Software Support | 0.00 | 55,159.20 | $55,159.20 | 5012 |
| - Equipment Leases | 0.00 | 204,159.01 | $204,159.01 | 5013 |
| Employee related - Salaries-Net | 0.00 | 4,361,844.80 | $4,361,844.80 | 5020 |
| - FICA-Employer | 0.00 | 318,550.60 | $318,550.60 | 5021 |
| - Fed. & St. Unemploy. | 117.76 | 2,294.16 | $2,411.92 | 5023 |
| - Temporary Help | 0.00 | 29,612.50 | $29,612.50 | 5024 |
| - Employee Medical Plan | 0.00 | 830,103.99 | $830,103.99 | 5025 |
| - Employee LTD | 0.00 | 6,887.03 | $6,887.03 | 5026 |
| - Employee Expense Reimbursement | 0.00 | 1,125.87 | $1,125.87 | 5027 |
| - Employee Life/AD&D | 0.00 | 9,006.83 | $9,006.83 | 5028 |
| - Other | 0.00 | 1,622.90 | $1,622.90 | 5029 |
| Insurance - Trustee Bond | 0.00 | 600.00 | $600.00 | 5030 |
| Insurance - Surety & Fidelity Bonds | 0.00 | 37,400.00 | $37,400.00 | 5031 |
| Insurance Workers Comp | 0.00 | 12,578.00 | $12,578.00 | 5032 |
| - Other | 0.00 | 8,496.00 | $8,496.00 | 5039 |
| Fees - Payroll Processing | 0.00 | 8,195.96 | $8,195.96 | 5045 |
| - Other | 39.39 | 9,835.11 | $9,874.50 | 5049 |
| Rent - Office | 59,502.89 | 3,224,296.14 | $3,283,799.03 | 5050 |
| - Equipment | 0.00 | 1,695.89 | $1,695.89 | 5051 |
| - Warehouse | 10,864.55 | 231,756.74 | $242,621.29 | 5052 |
| - Bulova | 0.00 | 310,130.75 | $310,130.75 | 5053 |
| - Other | 936.00 | 23,873.27 | $24,809.27 | 5059 |
| Telephone and Telegraph | 0.00 | 360,456.68 | $360,456.68 | 5060 |
| Communication Fees | 0.00 | 626,227.89 | $626,227.89 | 5061 |
| Utilities - Electricity | 166.37 | 6,298.38 | $6,464.75 | 5070 |
| Office Supplies & Expense - Maint. & Repairs | 458.52 | 72,213.50 | $72,672.02 | 5080 |
| - Moving&Storage | 144.00 | 141,490.50 | $141,634.50 | 5081 |
| - Postage/Handling/Prep | 0.00 | 40,343.00 | $40,343.00 | 5082 |
| - Reproduction | 1,199.44 | 164,347.27 | $165,546.71 | 5083 |
| - Locksmith | 0.00 | 2,770.83 | $2,770.83 | 5084 |
| - Security | 0.00 | 249,897.70 | $249,897.70 | 5085 |
| - Supplies | 0.00 | 3,342.03 | $3,342.03 | 5086 |
| - Temporary Help | 0.00 | 4,413,489.59 | $4,413,489.59 | 5087 |
| - Other | 0.00 | 33,798.47 | $33,798.47 | 5089 |
| Taxes | 0.00 | 77,671.94 | $77,671.94 | 5090 |
| NYC Commercial Rent Tax | 3,768.00 | 50,285.01 | $54,053.01 | 5091 |
| Claims Related Costs - Mailing Costs | 0.00 | 23,053.28 | $23,053.28 | 5101 |
| - Publication | 0.00 | 163,961.13 | $163,961.13 | 5102 |
| - Supplies | 0.00 | 16,244.58 | $16,244.58 | 5103 |
| - Printing | 0.00 | 2,207.42 | $2,207.42 | 5104 |
| Scanning - Investigation | 91,618.58 | 4,592,252.55 | $4,683,871.13 | 5110 |
| Foreign Research | 0.00 | 38,975.00 | $38,975.00 | 5112 |
| **Sub-total General Admin. Disbursements** | **$168,815.50** | **$20,779,673.09** | **$20,948,488.59** | |
| **Professional Fees and Expenses** | | | | |
| Trustee Fees | 303,760.45 | 2,436,297.41 | $2,740,057.86 | 5200 |
| Trustee Expenses | 954.41 | 1,083.54 | $2,037.95 | 5201 |
| Trustee Counsel Fees (Baker) | 15,761,394.84 | 79,702,073.68 | $95,463,468.52 | 5210 |
| Trustee Counsel Expenses (Baker) | 467,861.00 | 1,676,479.18 | $2,144,340.18 | 5211 |
| Trustee Counsel Fees (Windels) | 1,930,696.00 | 1,562,822.72 | $3,493,518.72 | 5212 |
| Trustee Counsel Expenses (Windels) | 24,141.50 | 34,758.34 | $58,899.84 | 5213 |
| Special Counsel Fees | 668,489.84 | 2,568,597.70 | $3,237,087.54 | 5220 |
| Special Counsel Expenses | 116,678.09 | 223,214.43 | $339,892.52 | 5221 |
| Consultant Fees | 7,128,439.83 | 112,198,973.72 | $119,327,413.55 | 5240 |
| Consultant Expenses | 172,576.13 | 3,377,803.75 | $3,550,379.88 | 5241 |
| Investment Banker Fees | 0.00 | 1,050,000.00 | $1,050,000.00 | 5242 |
| Sales Tax | 20,615.22 | 692,972.15 | $713,587.37 | 5243 |
| Hosting Expense | 107,560.60 | 2,992,347.30 | $3,099,907.90 | 5244 |
| Receiver Counsel Fees | 0.00 | 300,000.00 | $300,000.00 | 5260 |
| Receiver Counsel Expenses | 0.00 | 6,449.08 | $6,449.08 | 5261 |
| Receiver's Consultants Fees | 0.00 | 316,000.00 | $316,000.00 | 5262 |
| Receiver's Consultants Expenses | 0.00 | 15,000.00 | $15,000.00 | 5263 |
| **Sub-total Professional Fees and Expenses** | **$26,703,167.91** | **$209,154,873.00** | **$235,858,040.91** | |
| **Total Administrative Disbursements** | **$26,871,983.41** | **$229,934,546.09** | **$256,806,529.50** | |

Page 2

Period Ended September 30, 2010

Report No. 22

### CASH DISBURSEMENTS:

| Claim Related Disbursements | Net Change for Period | Prior Period Cumulative | Total Paid | Cumulative Totals Customer Fund | Cumulative Totals General Estate | Cumulative Totals SIPC | Code |
|---|---|---|---|---|---|---|---|
| Customer - Paid Bank Loan | | | | | | | 6021 |
| - Securities - Cash in Lieu | | | | | | | 6022 |
| - Securities - Purchases | | | | | | | 6023 |
| - Indemnification | | | | | | | 6031 |
| - Cash Balance | $ 5,393,613.85 | $ 714,649,383.56 | $ 720,042,997.41 | | | | 6041 |
| Customer - | | | | | | | 6050 |
| Customer - | | | | | | | 6060 |
| Customer - Trustee Journal Entry per Allocation | | | | | | | 6000 |
| Other - Contractual Commitments | | | | | | | 6111 |
| - Pd. Bank Loan | | | | | | | 6121 |
| - Indemnification | | | | | | | 6131 |
| Other - | | | | | | | 6140 |
| Other - | | | | | | | 6150 |
| Other - | | | | | | | 6160 |
| Other - Trustee Journal Entry per Allocation | | | | | | | 6100 |
| General Creditor | | | | | | | 6200 |
| Sub-total Claim Disbursements | $5,393,613.85 | $714,649,383.56 | $720,042,997.41 | $0.00 | $0.00 | $0.00 | |
| **Other Disbursements (except Investments)** | | | | | | | |
| SIPC - Refunds - Recoupment | | | | | | | 6301 |
| - Indemnification | | | | | | | 6310 |
| - Constr. Commitments | | | | | | | 6311 |
| - Paid Bank Loan | | | | | | | 6321 |
| - Subrogation | | | | | | | 6322 |
| Other - | | | | | | | 6400 |
| Other - | | | | | | | 6401 |
| Other - | | | | | | | 6402 |
| Other - | | | | | | | 6403 |
| Other - | | | | | | | 6404 |
| Sub-total Other Disbursements | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | |
| Investments by Trustee - Purchases* | $0.00 | $1,088,377,311.20 | $1,088,377,311.20 | | | | 1900 |
| Sub-total Administrative Disb. - page 2 | $26,871,983.41 | $229,934,546.09 | $256,806,529.50 | 0.00 | 0.00 | 0.00 | |
| Total Disbursements | $32,265,597.26 | $2,032,961,240.85 | $2,065,226,838.11 | $0.00 | $0.00 | $0.00 | |
| Total Receipts less Disbursements | ($2,801,994.97) | $57,012,185.47 | $54,210,190.50 | | | | |
| Ending Cash Balance | $54,210,190.50 | | | | | | |

* (Note) On August 27, 2009, a preferred custody account maintained by Citibank was established and $1,028,377,311 had been transferred into the account through April 30, 2010. As of September 30, 2010 the total net equity value of this account was $1,031,667,789.

*(See page 6 for more details)*

* (Note) On December 21, 2009, an insured money market account maintained by Citibank was established and $60,000,000 was transferred into the account. As of September 30, 2010, the total net equity value of this account was $60,229,670.

**Period Ended September 30, 2010**                                       Report No. 22

## SUMMARY INFORMATION ON STATUS OF LIQUIDATION

|  | Customer Claimants | Broker/Dealer Claimants | General Estate Claimants |
|---|---:|---:|---:|
| Claims received | 16,374 | 50 | 100 |
| Claims satisfied by distribution of cash and/or securities: | | | |
| a. As part of the transfer in bulk | - | - | - |
| b. On an account by account basis-Fully Satisfied (1) | 817 | - | - |
| c. On an account by account basis-Partially Satisfied (1) | 1,312 | - | - |
| | 2,129 | - | - |
| Claims Determined but not yet satisfied | 95 | - | - |
| Claims under review | 2,971 | 50 | 100 |
| Claims Denied: | | | |
| a. No Claims | 8 | - | - |
| c. Assets at Another Broker | - | - | - |
| c. Other Denials for which no objections were filed | 8,302 | - | - |
| d. Denials for which objections were filed: | | | |
| - Hearing not yet set | 2,385 | - | - |
| - Set for Hearing | 484 | - | - |
| - Adjudicated | - | - | - |
| | 14,245 | 50 | 100 |

Accounts with cash and/or securities which were transferred in bulk
                Filing Date Value

Customer name securities distributed
Customer fund securities distributed
                                                            $

(1) To the extent satisfied, customer claims have been paid with up to
    the maximum SIPC advance of $500,000.

_____          10/18/10
(Trustee's Signature)                    (Date)

_____          10/15/10
(Accountant's Signature)                 (Date)

Page 4

Period Ended September 30, 2010

Report No. 22

**IRVING H. PICARD, TRUSTEE FOR BLMIS LLC**
Morgan Joseph Account

| | Fixed Income | Equities | Accrued Interest | Sweep Account (Proceeds from sale of securities and other investment transactions) | Account Balance | |
|---|---|---|---|---|---|---|
| Balance on August 31, 2010 | 300,328,459 | 9,054 | 221,253 | 5,790,617 | 306,349,383 | Note 1 |
| Sale of Securities Fixed Income Equities | (59,994,498) | | | 60,000,000 | 5,502 | |
| Securities Purchased | 59,955,625 | | | (59,955,625) | - | |
| Unrealized Gain or (Loss) | 57,746 | 881 | | | 58,627 | |
| Interest and Dividends Earned | | | 141,487 | (13,103) | 128,384 | |
| Other changes in Account Balance | | | | (2) | (2) | |
| Balance on September 30, 2010 | 300,347,332 | 9,935 | 362,740 | 5,821,887 | 306,541,894 | |

Note 1: Actual gain or ( loss) on sales of Securities

Page 5

**Period Ended September 30, 2010**

**Report No. 22**

**IRVING H. PICARD, TRUSTEE FOR BLMIS LLC**
**Citibank Preferred Custody Account**

**A/C # 25D070578768**

| | Cash Assets/Mutual Funds | U.S. Treasury Bills | US Treasury Notes | Accrued Interest | Account Balance |
|---|---|---|---|---|---|
| **Balance August 31, 2010** | 110,511,155 | 820,318,755 | 100,473,000 | 191,082 | 1,031,493,992 |
| Sales of Securities | 319,763,127 | (320,091,000) | | | (327,873) |
| Purchase of Securities | (299,525,951) | 299,525,951 | | | - |
| Unrealized Gain or (Loss) | | 67,882 | 31,000 | | 98,882 |
| Interest and Dividends Earned | | | | | |
| Interest | 336,873 | | | 61,475 | 398,348 |
| Dividends | 507 | | | 3,933 | 4,440 |
| **Balance September 30, 2010** | 131,085,711 | 799,821,588 | 100,504,000 | 256,490 | 1,031,667,789 |