Olshan Grundman Frome Rosenzweig
& Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY  10022
Andrea Fischer, Esq.
Telephone: 212-451-2300
Facsimile:  212-451-2222

*Attorneys for United States Fire Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff - Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant.<br>------------------------------------------------------------------<br>In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | Adv. Pro. No. 08-01789-BRL<br><br>SIPA Liquidation<br><br>(Substantively Consolidated)<br><br><br><br><br><br>Chapter 7<br><br>No. 09-11893 (BRL) |

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned previously appeared as counsel for United States Fire Insurance Company*,* pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§101, *et. seq.* (the "Bankruptcy Code"), the undersigned hereby withdraws its appearance in the case and requests that they be removed from all service and distribution lists.

1115045-1

Dated: New York, New York
November 1, 2010

**OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP**

By: /s/ Andrea Fischer
Andrea Fischer
Park Avenue Tower
65 East 55th Street
New York, NY 10022
212.451.2300

*Attorneys for United States Fire
Insurance Company*

1115045-1