# MSL  MASSACHUSETTS SCHOOL OF LAW
## www.mslaw.edu                                                                at Andover
Five Hundred Federal Street, Andover, Massachusetts 01810   Voice: 978.681.0800   Data: 978.681.6330

November 2, 2010

**Via Federal Express and ECF**

Clerk's Office
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:   In Re: Bernard L. Madoff Investment Securities LLC
      No. 08-01789 (BRL)

Dear Clerk of Court:

Enclosed for filing in the above-referenced matter are an original and copies of an Objection to Trustee's Premature Motion to Establish, At This Time, Procedural Rules Governing Avoidance Actions.

There are an unstapled original of these papers for filing with the Clerk, one copy for Judge Lifland in an unsealed envelope, and one copy for the Trustee, Irving Picard. An electronic copy has been filed with the Court on November 2, 2010.

                                        Sincerely,

                                        /s/ Lawrence R. Velvel
                                        Lawrence R. Velvel
                                        Massachusetts School of Law
                                        500 Federal Street
                                        Andover, MA 01810
                                        Tel: (978) 681-0800
                                        Fax: (978) 681-6330
                                        Email: velvel@mslaw.edu

/Enclosures

R:\My Files\Madoff\Clerkltr.bkrptcyCt..doc