Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810
Tel:  (978) 681-0800
Fax: (978) 681-6330
Email: velvel@mslaw.edu

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,** ) ) ) | |
| **Plaintiff-Applicant,** ) ) | **Adv. Pro. No. 08-01789 (BRL)** |
| **v.** ) ) | |
| **BERNARD L. MADOFF INVESTMENT SECURITIES LLC,** ) ) ) | **SIPA LIQUIDATION (Substantively Consolidated)** |
| **Defendant.** ) ) ) | |
| **In re:** ) ) | |
| **BERNARD L. MADOFF,** ) ) ) | |
| **Debtor.** ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing Objection to Trustee's Premature Motion to Establish, *At This Time*, Procedural Rules Governing Avoidance Actions to be served on counsel listed below by electronic case filing, and by regular mail to Marc E. Hirschfeld, Esq., counsel for the Trustee, and to Kevin H. Bell, Esq., counsel for the Securities Investor Protection Corporation, on this 2nd day of November, 2010.

/s/ Lawrence R. Velvel
Lawrence R. Velvel

Josephine Wang, Esq.                         Jonathan M. Landers, Esq.
Securities Investor Protection Corp.         Milberg LLP
805 15th Street, N.W., Suite 800             One Pennsylvania Plaza

Washington, DC 20005-2207

Kevin H. Bell, Esq.
Securities Investor Protection Corp.
805 15th Street, N.W., Suite 800
Washington, DC 20005

Christopher LaRosa, Esq.
Securities Investor Protection Corp.
805 15th Street, N.W., Suite 800
Washington, DC 20005-2207

David J. Sheehan, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

Irving Picard, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

Marc E. Hirschfield, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

Stephen Fishbein, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

David Bernfeld, Esq.
Bernfeld, DeMatteo & Bernfeld LLP
600 Third Avenue
New York, NY 10016

Kelly A. Librera, Esq.
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, NY 10019

Daniel M. Glosband, Esq.
Goodwin Procter, LLP
620 Eighth Avenue
New York, NY 10018

New York, NY 10119

Brian Neville, Esq.
Lax & Neville LLP
1412 Broadway, Suite 1407
New York, NY 10018

Helen Chaitman, Esq.
Becker & Poliakoff
45 Broadway, 11th Floor
New York, NY 10006

David Parker, Esq.
Kleinberg, Kaplan, Wolff & Cohen
551 Fifth Avenue, 18th Floor
New York, NY 10176

Carole Neville, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020

Stephen A. Weiss, Esq.
Seeger Weiss LLP
One William Street
New York, NY 10004

Karen Wagner, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Chryssa V. Valletta, Esq.
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103

Jeffrey A. Mitchell, Esq.
Gibbons, P.C.
One Pennsylvania Avenue
New York, NY 10019