BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
Telephone: 202-861-1500
Elizabeth A. Scully, Esq.
Email: escully@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |

**MOTION FOR ADMISSION TO PRACTICE**
**_PRO HAC VICE_ OF ELIZABETH A. SCULLY**

    I, Elizabeth A. Scully, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Irving H. Picard, trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC in the above-referenced matter and in any related adversary proceedings.

    I certify that I am a member in good standing of the bar in the District of Columbia and

the bar of the U.S. District Court for the District of Columbia.

    Applicant has submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Washington, DC
       November 2, 2010

                                                     *s/Elizabeth A. Scully*
                                              BAKER & HOSTETLER LLP
                                              Washington Square, Suite 1100
                                              1050 Connecticut Avenue, NW
                                              Washington, DC 20036-5304
                                              Telephone: 202-861-1500
                                              Elizabeth A. Scully, Esq.
                                              Email: escully@bakerlaw.com

                                              *Attorneys for Defendant Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*