EXHIBIT A

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London
885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT MORTON L GROSS
KENNETH LINDENBAUM CPA
206 AVON COURT
HEWLETT    NY    11557

YOUR ACCOUNT NUMBER: 1-C1013-3-0
PERIOD ENDING: 11/30/99
YOUR TAX PAYER IDENTIFICATION NUMBER: *****0311
PAGE: 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|   |   |   |   | BALANCE FORWARD |   |   | 179,675.29 |
| 11/12 | 1,664 |   | 2856 | WAL-MART STORES INC | 55.830 | 92,967.12 |   |
| 11/12 | 1,088 |   | 3358 | INTERNATIONAL BUSINESS MACHS | 87.270 | 94,992.76 |   |
| 11/12 | 4,032 |   | 7192 | EXXON MOBIL CORP | 72.890 | 294,013.16 |   |
| 11/12 | 4,416 |   | 7694 | INTEL CORP | 14.510 | 64,252.16 |   |
| 11/12 | 2,112 |   | 12020 | JOHNSON & JOHNSON | 59.580 | 125,916.96 |   |
| 11/12 | 2,880 |   | 16346 | J.P. MORGAN CHASE & CO | 38.530 | 111,081.40 |   |
| 11/12 | 1,536 |   | 20571 | COCA COLA CO | 44.650 | 68,659.76 |   |
| 11/12 | 896 |   | 24997 | MCDONALDS CORP | 55.370 | 49,646.52 |   |
| 11/12 | 1,664 |   | 29323 | MERCK & CO | 28.550 | 47,573.20 |   |
| 11/12 | 6,080 |   | 33549 | MICROSOFT CORP | 21.910 | 132,847.80 |   |
| 11/12 | 3,072 |   | 37975 | ORACLE CORPORATION | 17.300 | 53,267.60 |   |
| 11/12 | 1,216 |   | 50953 | PEPSICO INC | 56.410 | 69,542.56 |   |
| 11/12 | 704 |   | 51455 | APPLE INC | 100.780 | 70,977.12 |   |
| 11/12 | 5,184 |   | 55279 | PFIZER INC | 16.940 | 88,023.96 |   |
| 11/12 | 1,216 |   | 55781 | ABBOTT LABORATORIES | 54.610 | 66,453.76 |   |
| 11/12 | 2,304 |   | 59605 | PROCTER & GAMBLE CO | 64.080 | 147,712.32 |   |
| 11/12 | 832 |   | 60107 | AMGEN INC | 59.150 | 49,254.12 |   |
| 11/12 | 1,600 |   | 63931 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 69,824.00 |   |
| 11/12 | 3,840 |   | 64433 | BANK OF AMERICA | 21.590 | 83,058.60 |   |
| 11/12 | 1,280 |   | 58257 | QUALCOMM INC | 33.770 | 43,275.60 |   |
| 11/12 | 4,160 |   | 58759 | CITI GROUP INC | 12.510 | 52,207.60 |   |
| 11/12 | 950 |   | 72593 | SCHLUMBERGER LTD | 49.490 | 47,538.80 |   |
| 11/12 | 2,304 |   | 73095 | COMCAST CORP CL A | 14.719 | 39,131.04 |   |
|   |   |   |   | CONTINUED ON PAGE 2 |   |   |   |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT MORTON L CERTILMAN
KENNETH LINDENBAUM CPA
206 AVON COURT
HEWLETT    NY    11557

YOUR ACCOUNT NUMBER: 1-C1013-3-0
PERIOD ENDING: 11/30/09
YOUR TAX PAYER IDENTIFICATION NUMBER: ******9211
PAGE: 2

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 4,544 | | 76909 | AT&T INC | 27 | 122,969.00 | |
| 11/12 | 1,152 | | 77411 | CONOCOPHILIPS | 52.510 | 60,537.52 | |
| 11/12 | 768 | | 91225 | UNITED PARCEL SVC INC CLASS B | 52.040 | 39,995.72 | |
| 11/12 | 4,672 | | 91737 | CISCO SYSTEMS INC | 16.730 | 78,349.56 | |
| 11/12 | 1,344 | | 85561 | U S BANCORP | 29.530 | 39,741.32 | |
| 11/12 | 1,500 | | 86053 | CHEVRON CORP | 78.430 | 117,552.00 | |
| 11/12 | 768 | | 89987 | UNITED TECHNOLOGIES CORP | 53.160 | 40,955.88 | |
| 11/12 | 8,128 | | 90389 | GENERAL ELECTRIC CO | 19.630 | 159,877.64 | |
| 11/12 | 2,176 | | 94213 | VERIZON COMMUNICATIONS | 30.410 | 66,259.16 | |
| 11/12 | 192 | | 94715 | GOOGLE | 337.400 | 64,787.80 | |
| 11/12 | 2,688 | | 98539 | WELLS FARGO & CO NEW | 29.800 | 80,209.40 | |
| 11/12 | 1,920 | | 99041 | HEWLETT PACKARD CO | 34.900 | 67,094.00 | |
| 11/12 | | 2,975,000 | 21152 | U S TREASURY BILL DUE 2/12/2009 | 99.935 | | 2,973,160.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/09 | DIV | | 88.97 |
| 11/12 | | 77,659 | 16250 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 77,659.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/09 | DIV | | 4.97 |
| 11/13 | 39,521 | | 25619 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 39,521.00 | |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London
885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT MORTON L CERTILMAN
KENNETH LINDENBAUM CPA

205 AVON COURT
HEWLETT                 NY    11557

YOUR ACCOUNT NUMBER: 1-C1013-3-0
PERIOD ENDING: 11/30/09
YOUR TAX PAYER IDENTIFICATION NUMBER: *******9311
PAGE: 3

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 99,521 | 50895 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 99,521.00 |
| 11/19 | 225,000 | | 55526 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.925 | 224,833.50 | |
| 11/19 | 5,437 | | 59934 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,437.00 | |
| | | | | NEW BALANCE | | 359,491.00 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 4,544 | | | AT&T INC | 28.560 | | |
| | 1,216 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 832 | | | AMGEN INC | 55.540 | | |
| | 704 | | | APPLE INC | 92.670 | | |
| | 3,840 | | | BANK OF AMERICA | 16.250 | | |
| | 1,600 | | | CHEVRON CORP | 79.010 | | |
| | 4,672 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 4,160 | | | CITI GROUP INC | 8.290 | | |
| | 1,536 | | | COCA COLA CO | 46.870 | | |
| | 2,304 | | | COMCAST CORP CL A | 17.340 | | |
| | 1,152 | | | CONOCOPHILIPS | 52.520 | | |
| | 4,032 | | | EXXON MOBIL CORP | 80.150 | | |
| | 8,128 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE 4

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

**YOUR ACCOUNT NUMBER:** 1-C1013-3-0
**PERIOD ENDING:** 11/30/08
**YOUR TAX PAYER IDENTIFICATION NUMBER:** *******9311
**PAGE:** 4

**DUPLICATE** FOR ACCOUNT MORTON L CERTILMAN
KENNETH LINDENBAUM CPA
206 AVON COURT
HEWLETT    NY    11557

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 192 | | | GOOGLE | 292.960 | | |
| | 1,920 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 4,416 | | | INTEL CORP | 13.800 | | |
| | 1,088 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 2,960 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 2,112 | | | JOHNSON & JOHNSON | 58.590 | | |
| | 896 | | | MCDONALDS CORP | 58.750 | | |
| | 1,664 | | | MERCK & CO | 26.720 | | |
| | 6,080 | | | MICROSOFT CORP | 20.220 | | |
| | 3,072 | | | ORACLE CORPORATION | 16.090 | | |
| | 1,216 | | | PEPSICO INC | 56.700 | | |
| | 5,184 | | | PFIZER INC | 16.430 | | |
| | 1,500 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 2,304 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 1,280 | | | QUALCOMM INC | 33.570 | | |
| | 960 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 5,437 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 1,344 | | | U S BANCORP | 26.990 | | |
| | 768 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 225,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 768 | | | UNITED TECHNOLOGIES CORP | 48.733 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT   MORTON L CERTILMAN
KENNETH LINDENBAUM CPA

206 AVON COURT
HEWLETT                    NY   11557

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL |
|---|---|---|---|---|---|
| | 2,176 | | | VERIZON COMMUNICATIONS | 32.650 |
| | 1,664 | | | WAL-MART STORES INC | 55.980 |
| | 2,499 | | | WELLS FARGO & CO NEW | 28.890 |
| | | | | MARKET VALUE OF SECURITIES LONG | 3,951,102.31 |
| | | | | SHORT | |

YOUR ACCOUNT NUMBER: 1-C1013-3-0
PERIOD ENDING: 11/30/09
YOUR TAX PAYER IDENTIFICATION NUMBER: *******9311
PAGE: 5

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT MORTON L CERTILMAN
KENNETH LINDENBAUM CPA

206 AYOU COURT
HEWLETT              NY    11557

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL |
|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | |
| | | | | DIVIDENDS | |
| | | | | GROSS PROCEEDS FROM SALES | |

YOUR ACCOUNT NUMBER: 1-C1013-3-0
PERIOD ENDING: 11/30/09
YOUR TAX PAYER IDENTIFICATION NUMBER: ********7311
PAGE: 6

AMOUNT DEBITED TO YOUR ACCOUNT

AMOUNT CREDITED TO YOUR ACCOUNT
20,356.56
16,964,257.50