# EXHIBIT B

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S REVISED DETERMINATION OF CLAIM

October 8, 2010

Morton L. Certilman and
Joyce Certilman J/T WROS
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554

Dear Morton L. Certilman and Joyce Certilman J/T WROS:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee previously determined your claims on BLMIS Account No. 1C1013 designated as Claim No. 009706 and Claim No. 013019 pursuant to a Notice of Trustee's Determination of Claim dated April 28, 2010 (the "Prior Notice"). The Prior Notice disclosed an April 2, 1981 withdrawal in the amount of $200,000.00 (the "Transfer"). Based on information coming to the Trustee's attention subsequent to the issuance of the Prior Notice, the Transfer has been adjusted from a withdrawal to a deposit to your BLMIS account. Furthermore, securities deposits of $962,039.59 and securities withdrawals of $236,936.52 have been added, resulting in a decrease of the overdrawn amount by $925,103.07 in your BLMIS account. This Notice of Trustee's Revised Determination of Claim contains corrected deposit and withdrawal totals, along with the corrected adjusted overdrawn balance of $10,089,029.07.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

300096582

This Notice of Trustee's Revised Determination of Claim supersedes the Prior Notice and serves as the Trustee's revised determination with respect to BLMIS Account No. 1C1013 designated as Claim No. 009706 and Claim No. 013019 (the latter of which is duplicative of Claim No. 009706) and combined ("Combined Claim") for purposes of this determination. This letter shall serve as the Trustee's revised determination with respect to the Combined Claim:

Your Combined Claim for a credit balance of $6,437.00 and for securities is **DENIED**. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $12,686,133.29), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $2,597,104.22). As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

As reflected in Table 1, certain of the transfers into or out of your account have been adjusted. As part of the Trustee's analysis of accounts, the Trustee has assessed accounts based on a money in/money out analysis (i.e., has the investor deposited more or less than he or she withdrew from BLMIS). This analysis allows the Trustee to determine which part of an account's balance is originally invested principal and which part is fictitious gains that were fabricated by BLMIS. A customer's allowed claim is based on the amount of principal in the customer's account.

Whenever a customer requested a transfer from one account to another, the Trustee analyzed whether the transferor account had principal in the account at the time of the transfer. The available principal in the account was transferred to and credited in the transferee account. Thus, the reason that the adjusted amount of transferred deposits or withdrawals in Table 1 is less than the purported transfer amount is that the transferor account did not have sufficient principal available to effectuate the full transfer. The difference between the purported transfer amount and the adjusted transfer amount is the amount of fictitious gain that was transferred to or from your account. Under the money in/money out analysis, the Trustee does not give credit for fictitious gains in settling your allowed claim.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($10,089,029.07) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your Combined Claim is **DENIED** in its entirety.

**On March 1, 2010, the United States Bankruptcy Court for the Southern District of New York (Lifland, J.) issued a decision which affirmed the Trustee's Net Investment Method for determining customer claims. The final resolution of this issue is expected to be determined on appeal.**

300096582

2

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Revised Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court and the Trustee within **THIRTY DAYS** after October 8, 2010, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

Oct 18 10 05:35p    MORTON CERTILMAN    5616384432    p.4

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York  10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York  10111

*/s/ Irving H. Picard*
───────────────────────────
Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 3/31/1981 | ALIX: 3/31/1981 Equity | $407,336.95 | $407,336.95 |
| 3/31/1981 | ALIX: 3/31/1981 Equity | $106,846.78 | $106,846.78 |
| 4/1/1981 | SA: INT OHIO POW 3 3/8-81 | $843.75 | $843.75 |
| 4/2/1981 | CHECK | $200,000.00 | $200,000.00 |
| 5/14/1981 | SA: DIV MET PRO | $400.00 | $400.00 |
| 6/15/1981 | SA: WORLD AWYS INC SECD EQUIP | $1,250.00 | $1,250.00 |
| 7/13/1981 | CORRECT CHECK 6/15 | $10,380.90 | $10,380.90 |
| 8/3/1981 | SA: INT RESORTS INTL 10-99 | $1,250.00 | $1,250.00 |
| 10/1/1981 | SA: OHIO PWR CO 1ST MTG 3.375 | $49,982.50 | $49,982.50 |
| 10/1/1981 | SA: OHIO PWR CO 1ST MTG 3.375 | $843.50 | $843.50 |
| 12/21/1981 | SA: NYS DORM AIR REV CITY UNIV | $48,431.91 | $48,431.91 |
| 12/21/1981 | SA: NYS GENL OBLIG 9.100 2/15/ | $30,314.16 | $30,314.16 |
| 12/21/1981 | SA: CITY OF BUFFALO GENL IMP W | $25,519.50 | $25,519.50 |
| 12/21/1981 | SA: BUFFALO NY GENL IMP 7.375 | $19,729.42 | $19,729.42 |
| 12/21/1981 | SA: STATE NY POWER AUTHORITY G | $16,760.00 | $16,760.00 |
| 12/28/1981 | SA: ST NY GENL OBLIG ALBANK SO | $36,315.85 | $36,315.85 |
| 12/28/1981 | SA: CITY OF YONKERS GO SER B 7 | $33,612.25 | $33,612.25 |
| 12/28/1981 | SA: NYS MORTGAGE AGENCY REV BD | $28,414.15 | $28,414.15 |
| 12/28/1981 | SA: MAC FOR CITY N.Y. 1976 SER | $28,239.15 | $28,239.15 |
| 12/28/1981 | SA: ST NY GO SOWEST SEW DIST C | $25,625.00 | $25,625.00 |
| 12/28/1981 | SA: ST NY G O PUBL IMP CNTY SU | $23,777.76 | $23,777.76 |
| 12/28/1981 | SA: MUNICIPAL ASSISTANCE CORP | $23,696.35 | $23,696.35 |
| 12/28/1981 | SA: BUFFALO NY SCHOOLS 4.900 8 | $21,468.95 | $21,468.95 |

| Date | Description | Amount | Amount |
|---|---|---|---|
| 12/28/1981 | SA: NYC HOUS AUTH MTG REV 1978 | $20,670.82 | $20,670.82 |
| 12/28/1981 | SA: WILL FLOYD UN FREE SCH NY | $18,152.35 | $18,152.35 |
| 12/28/1981 | SA: POWER AUTHORITY STATE NY G | $16,319.00 | $16,319.00 |
| 12/28/1981 | SA: MUNICIPALS CITY NY 10.250 | $13,884.06 | $13,884.06 |
| 2/1/1982 | SA: INT RESORTS 10-99 | $1,250.00 | $1,250.00 |
| 2/11/1982 | SA: REDEEM CITY SCHOOL TROY | $19,992.50 | $19,992.50 |
| 2/11/1982 | SA: INTEREST CITY SCHOOL TROY | $1,155.00 | $1,155.00 |
| 3/31/1982 | SA: RED UST 15% 82 | $14,992.50 | $14,992.50 |
| 3/31/1982 | SA: INT UST 15% 82 | $1,125.00 | $1,125.00 |
| 5/19/1982 | SA: TELECOM EQUIP CORP | $21,150.00 | $21,150.00 |
| 6/30/1982 | TRANS FROM M CERTILMAN L | $21,150.00 | $0.00 |
| 8/2/1982 | SA: INT RESORTS 10-99 | $1,250.00 | $1,250.00 |
| 12/8/1982 | SA: ASTRO SYSTEMS INC | $34,800.00 | $34,800.00 |
| 1/10/1983 | SA: MET PRO CORP | $20,062.50 | $20,062.50 |
| 1/10/1983 | SA: MET PRO CORP | $19,912.50 | $19,912.50 |
| 1/10/1983 | SA: TELECOM PLUS INTL CORP | $17,199.00 | $17,199.00 |
| 1/10/1983 | SA: TELECOM PLUS INTL CORP | $17,123.40 | $17,123.40 |
| 1/10/1983 | SA: TELECOM PLUS INTL CORP | $11,437.50 | $11,437.50 |
| 1/10/1983 | SA: TELECOM PLUS INTL CORP | $11,387.50 | $11,387.50 |
| 1/10/1983 | SA: CONSOLIDATED EDISON CO N Y | $2,015.00 | $2,015.00 |
| 1/13/1983 | SA: TELECOM PLUS INTL CORP | $131,537.60 | $131,537.60 |
| 1/19/1983 | SA: MET PRO CORP | $7,890.00 | $7,890.00 |
| 1/19/1983 | SA: MET PRO CORP | $7,889.73 | $7,889.73 |
| 1/19/1983 | SA: MET PRO CORP | $1,289.48 | $1,289.48 |
| 1/19/1983 | SA: MET PRO CORP | $1,289.43 | $1,289.43 |
| 1/20/1983 | SA: MET PRO CORP | $3,945.00 | $3,945.00 |
| 1/20/1983 | SA: MET PRO CORP | $3,944.86 | $3,944.86 |
| 2/1/1983 | SA: INT RESORTS INTL 10-99 | $1,250.00 | $1,250.00 |
| 3/10/1983 | CHECK | $102,500.00 | $102,500.00 |
| 3/31/1983 | SA: RESORTS INTL DEB 10.000 8/ | $1,250.00 | $1,250.00 |

| Date | Description | Amount | Amount |
|---|---|---|---|
| 4/4/1983 | SA: INTERNATIONAL BUSINESS MAC | $2,375.00 | $2,375.00 |
| 6/1/1983 | SA: WORLD AWYS INC SECD EQUIP | $1,250.00 | $1,250.00 |
| 8/2/1983 | SA: RESORTS INTL DEB 10.000 8/ | $1,250.00 | $1,250.00 |
| 10/5/1983 | SA: INTERNATIONAL BUSINESS MAC | $2,375.00 | $2,375.00 |
| 12/5/1983 | SA: WORLD AWYS INC SECD EQUIP | $1,250.00 | $1,250.00 |
| 2/6/1984 | SA: RESORTS INTL DEB 10.000 8/ | $1,250.00 | $1,250.00 |
| 4/2/1984 | SA: INTERNATIONAL BUSINESS MAC | $2,375.00 | $2,375.00 |
| 6/1/1984 | SA: WORLD AWYS INC SECD EQUIP | $1,250.00 | $1,250.00 |
| 8/1/1984 | SA: RESORTS INTL DEB 10.000 8/ | $1,250.00 | $1,250.00 |
| 10/1/1984 | SA: INTERNATIONAL BUSINESS MAC | $2,375.00 | $2,375.00 |
| 12/14/1984 | SA: WORLD AWYS INC SECD EQUIP | $1,250.00 | $1,250.00 |
| 2/1/1985 | SA: RESORTS INTL DEB 10.000 8/ | $1,250.00 | $1,250.00 |
| 4/1/1985 | SA: INTERNATIONAL BUSINESS MAC | $2,375.00 | $2,375.00 |
| 6/17/1985 | SA: WORLD AWYS INC SECD EQUIP | $1,250.00 | $1,250.00 |
| 7/10/1985 | SA: INTERNATIONAL BUSINESS MAC | $51,187.50 | $51,187.50 |
| 8/1/1985 | SA: RESORTS INTL DEB 10.000 8/ | $1,250.00 | $1,250.00 |
| 10/17/1985 | CHECK | $8,000.00 | $8,000.00 |
| 12/2/1985 | SA: WORLD AWYS INC SECD EQUIP | $1,250.00 | $1,250.00 |
| 2/3/1986 | SA: RESORTS INTL DEB 10.000 8/ | $1,250.00 | $1,250.00 |
| 4/1/1986 | CHECK | $250,000.00 | $250,000.00 |
| 4/1/1986 | CHECK | $250,000.00 | $250,000.00 |
| 6/16/1986 | SA: WORLD AWYS INC SECD EQUIP | $1,250.00 | $1,250.00 |
| 6/23/1986 | SA: WORLD AWYS INC SECD EQUIP | $25,600.00 | $25,600.00 |
| 8/1/1986 | SA: RESORTS INTL DEB 10.000 8/ | $1,250.00 | $1,250.00 |
| 8/18/1986 | SA: RESORTS INTL DEB 10.000 8/ | $1,250.00 | $1,250.00 |

| Date | Description | Amount | Amount |
|---|---|---|---|
| 2/2/1987 | SA: RESORTS INTL DEB 10.000 8/ | $1,250.00 | $1,250.00 |
| 8/3/1987 | SA: RESORTS INTL DEB 10.000 8/ | $1,250.00 | $1,250.00 |
| 2/1/1988 | SA: RESORTS INTL DEB 10.000 8/ | $1,250.00 | $1,250.00 |
| 2/25/1988 | SA: RESORTS INTL DEB 10.000 8/ | $1,250.00 | $1,250.00 |
| 8/1/1988 | SA: RESORTS INTL DEB 10.000 8/ | $1,250.00 | $1,250.00 |
| 2/1/1989 | SA: RESORTS INTL DEB 10.000 8/ | $1,250.00 | $1,250.00 |
| 8/1/1989 | SA: RESORTS INTL DEB 10.000 8/ | $1,250.00 | $1,250.00 |
| 10/23/1990 | SA: RESORTS INTL DEB 10.000 8/ | $16.20 | $16.20 |
| 6/18/1991 | SA: RESORTS INTL INC SECURED N | $75.00 | $75.00 |
| 10/29/1991 | SA: RESORTS INTL INC SECURED N | $15.00 | $15.00 |
| 11/19/1991 | SA: RESORTS INTL INC SECURED N | $90.00 | $90.00 |
| 5/12/1992 | SA: RESORTS INTL INC SECURED N | $112.50 | $112.50 |
| 4/26/1993 | SA: RESORTS INTL INC SECURED N | $82.50 | $82.50 |
| 5/28/1993 | SA: RESORTS INTL INC SECURED N | $75.00 | $75.00 |
| 3/24/1994 | SA: RESORTS INTL INC SECURED N | $531.55 | $531.55 |
| 6/28/1994 | SA: RESORTS INTL INC SECURED N | $1,400.49 | $1,400.49 |
| 7/19/1994 | SA: DLRS RESORTS INTL HOTEL SU | $212.28 | $212.28 |
| 7/19/1994 | SA: PARTIAL REDEMPTION DLRS RE | $207.58 | $207.58 |
| 7/19/1994 | SA: SUN INTL SER A ORDINARY SH | $14.09 | $14.09 |
| 8/29/1994 | SA: RESORTS INTL INC NEW COMMO | $555.00 | $555.00 |
| 9/27/1994 | SA: RESORTS INTL HOTEL FIN INC | $40.33 | $40.33 |
| 9/30/1994 | SA: DLRS RESORTS INTL HOTEL SU | $297.23 | $297.23 |
| 9/30/1994 | SA: DLRS RESORTS INTL HOTEL 1B | $70.62 | $70.62 |
| 1/11/1995 | SA: ESCROW RESORTS | $30.64 | $30.64 |

300096582                                        8

| DATE | | AMOUNT | |
|---|---|---|---|
| 3/20/1995 | SA: RESORTS INTL HOTEL FIN INC<br>INTL SUB DE | $55.00 | $55.00 |
| 3/31/1995 | SA: RESORTS INTL HOTEL FIN INC | $0.31 | $0.31 |
| 9/15/1995 | SA: RESORTS INTL HOTEL FIN INC | $55.00 | $55.00 |
| 9/28/1995 | SA: RESORTS INTL HOTEL FIN INC | $1.22 | $1.22 |
| 3/15/1996 | SA: RESORTS INTL HOTEL FIN INC | $55.00 | $55.00 |
| 3/25/1996 | SA: RESORTS INTL HOTEL FIN INC | $0.61 | $0.61 |
| 9/16/1996 | SA: RESORTS INTL HOTEL FIN INC | $55.00 | $55.00 |
| 12/19/1996 | SA: SUN INTL ORDINARY SHARES | $12.99 | $12.99 |
| 3/17/1997 | SA: RESORTS INTL HOTEL FIN INC | $55.00 | $55.00 |
| 3/31/1997 | SA: RESORTS INTL HOTEL FIN INC | $1,122.02 | $1,122.02 |
| 8/5/2004 | CHECK | $250,000.00 | $250,000.00 |
| 12/14/2006 | CHECK | $50,000.00 | $50,000.00 |
| **Total Deposits:** | | $2,618,254.22 | $2,597,104.22 |

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 4/7/1981 | CHECK | ($1,125.00) | ($1,125.00) |
| 4/10/1981 | CHECK | ($3,218.75) | ($3,218.75) |
| 4/20/1981 | CHECK | ($1,355.76) | ($1,355.76) |
| 5/11/1981 | CHECK | ($14,361.48) | ($14,361.48) |
| 5/21/1981 | CHECK | ($400.00) | ($400.00) |
| 6/15/1981 | CHECK | ($10,380.90) | ($10,380.90) |
| 6/22/1981 | CHECK | ($37.00) | ($37.00) |
| 6/22/1981 | CHECK | ($1,250.00) | ($1,250.00) |
| 6/23/1981 | CHECK | ($2,050.33) | ($2,050.33) |
| 6/26/1981 | CHECK | ($10,840.33) | ($10,840.33) |
| 7/13/1981 | CHECK 6/15 | ($10,380.90) | ($10,380.90) |
| 7/31/1981 | CHECK | ($11,863.00) | ($11,863.00) |
| 8/13/1981 | CHECK | ($1,250.00) | ($1,250.00) |
| 8/20/1981 | CHECK | ($2,049.28) | ($2,049.28) |
| 8/27/1981 | CHECK | ($14,454.89) | ($14,454.89) |
| 9/24/1981 | CHECK | ($11,862.05) | ($11,862.05) |
| 10/5/1981 | CHECK | ($37.00) | ($37.00) |

| Date | Description | Amount | Amount |
|---|---|---|---|
| 10/19/1981 | CHECK | ($1,125.00) | ($1,125.00) |
| 10/19/1981 | CHECK | ($2,375.00) | ($2,375.00) |
| 10/27/1981 | CHECK | ($2,047.66) | ($2,047.66) |
| 10/29/1981 | CHECK | ($15,357.75) | ($15,357.75) |
| 11/23/1981 | CHECK | ($11,867.92) | ($11,867.92) |
| 12/2/1981 | TRANS TO DEBBIE L CERTILMAN | ($50,000.00) | ($50,000.00) |
| 12/2/1981 | TRANS TO PATRICE E CERTILMAN | ($50,000.00) | ($50,000.00) |
| 12/2/1981 | TRANS TO ALYSSA B CERTILMAN | ($50,000.00) | ($50,000.00) |
| 12/7/1981 | CHECK | ($1,535.00) | ($1,535.00) |
| 12/14/1981 | CHECK | ($11,518.01) | ($11,518.01) |
| 12/18/1981 | CHECK | ($1,287.00) | ($1,287.00) |
| 1/18/1982 | CHECK | ($1,400.00) | ($1,400.00) |
| 1/25/1982 | CHECK | ($11,868.09) | ($11,868.09) |
| 1/26/1982 | CHECK | ($2,162.55) | ($2,162.55) |
| 2/2/1982 | CHECK | ($6,737.77) | ($6,737.77) |
| 2/10/1982 | CHECK | ($111,052.03) | ($111,052.03) |
| 2/18/1982 | CHECK | ($1,250.00) | ($1,250.00) |
| 2/19/1982 | CHECK | ($1,155.00) | ($1,155.00) |
| 2/19/1982 | CHECK | ($19,992.50) | ($19,992.50) |
| 3/18/1982 | CHECK | ($42.00) | ($42.00) |
| 3/18/1982 | CHECK | ($7,356.60) | ($7,356.60) |
| 4/1/1982 | CHECK | ($7,925.87) | ($7,925.87) |
| 4/5/1982 | CHECK | ($1,804.06) | ($1,804.06) |
| 4/12/1982 | CHECK | ($1,025.00) | ($1,025.00) |
| 4/20/1982 | CHECK | ($2,375.00) | ($2,375.00) |
| 5/18/1982 | CHECK | ($7,911.96) | ($7,911.96) |
| 5/24/1982 | CHECK | ($2,046.53) | ($2,046.53) |
| 5/26/1982 | CHECK | ($6,933.08) | ($6,933.08) |
| 6/1/1982 | CHECK | ($440.00) | ($440.00) |
| 6/7/1982 | CHECK | ($15,000.00) | ($15,000.00) |
| 6/21/1982 | CHECK | ($1,250.00) | ($1,250.00) |
| 6/25/1982 | CHECK | ($42.00) | ($42.00) |
| 6/30/1982 | TRANS TO M CERTILMAN | ($21,150.00) | $0.00 |
| 7/7/1982 | CHECK | ($9,579.50) | ($9,579.50) |
| 7/13/1982 | CHECK | ($674.50) | ($674.50) |
| 7/13/1982 | CHECK | ($1,445.26) | ($1,445.26) |
| 7/22/1982 | CHECK | ($8,977.85) | ($8,977.85) |
| 8/16/1982 | CHECK | ($1,250.00) | ($1,250.00) |
| 9/3/1982 | CHECK | ($7,983.28) | ($7,983.28) |
| 9/16/1982 | CHECK | ($42.00) | ($42.00) |
| 9/16/1982 | CHECK | ($2,600.73) | ($2,600.73) |

Oct 18 10 05:38p    MORTON CERTILMAN    5163844432    p.11

| | | | |
|---|---|---|---|
| 9/16/1982 | CHECK | ($8,448.84) | ($8,448.84) |
| 10/12/1982 | CHECK | ($2,375.00) | ($2,375.00) |
| 10/20/1982 | CHECK | ($6,386.54) | ($6,386.54) |
| 11/10/1982 | CHECK | ($2,275.38) | ($2,275.38) |
| 11/12/1982 | CHECK | ($8,978.75) | ($8,978.75) |
| 12/8/1982 | CHECK | ($34,800.00) | ($34,800.00) |
| 12/13/1982 | CHECK | ($1,250.00) | ($1,250.00) |
| 12/16/1982 | CHECK | ($8,514.79) | ($8,514.79) |
| 12/22/1982 | CHECK | ($42.00) | ($42.00) |
| 1/10/1983 | SA: MET PRO CORP | ($20,062.50) | ($20,062.50) |
| 1/10/1983 | CHECK | ($2,895.43) | ($2,895.43) |
| 1/13/1983 | CHECK | ($7,965.53) | ($7,965.53) |
| 1/14/1983 | CHECK | ($20,000.00) | ($20,000.00) |
| 1/19/1983 | SA: MET PRO CORP | ($1,289.43) | ($1,289.43) |
| 1/19/1983 | SA: MET PRO CORP | ($7,889.73) | ($7,889.73) |
| 1/20/1983 | SA: MET PRO CORP | ($3,944.86) | ($3,944.86) |
| 2/15/1983 | CHECK | ($8,515.50) | ($8,515.50) |
| 2/16/1983 | CHECK | ($1,250.00) | ($1,250.00) |
| 3/7/1983 | CHECK | ($2,896.76) | ($2,896.76) |
| 3/9/1983 | CHECK | ($7,964.16) | ($7,964.16) |
| 3/31/1983 | SA: INT RESORTS INTL 10-99 | ($1,250.00) | ($1,250.00) |
| 4/14/1983 | CHECK | ($2,375.00) | ($2,375.00) |
| 4/22/1983 | CHECK | ($8,514.62) | ($8,514.62) |
| 4/26/1983 | CHECK | ($6,769.25) | ($6,769.25) |
| 5/9/1983 | CHECK | ($2,825.26) | ($2,825.26) |
| 5/13/1983 | CHECK | ($4,700.00) | ($4,700.00) |
| 6/7/1983 | CHECK | ($6,036.75) | ($6,036.75) |
| 6/13/1983 | CHECK | ($1,250.00) | ($1,250.00) |
| 6/24/1983 | CHECK | ($8,491.18) | ($8,491.18) |
| 6/29/1983 | CHECK | ($2,415.19) | ($2,415.19) |
| 7/21/1983 | CHECK | ($6,081.75) | ($6,081.75) |
| 7/29/1983 | CHECK 07/18 | ($20,000.00) | ($20,000.00) |
| 8/16/1983 | CHECK | ($1,250.00) | ($1,250.00) |
| 8/19/1983 | CHECK | ($2,069.13) | ($2,069.13) |
| 8/19/1983 | CHECK | ($2,812.25) | ($2,812.25) |
| 8/23/1983 | CHECK | ($8,491.63) | ($8,491.63) |
| 9/12/1983 | CHECK | ($6,082.45) | ($6,082.45) |
| 10/11/1983 | CHECK | ($2,375.00) | ($2,375.00) |
| 10/31/1983 | CHECK | ($15,085.02) | ($15,085.02) |
| 11/14/1983 | CHECK | ($9,188.47) | ($9,188.47) |
| 12/14/1983 | CHECK | ($1,250.00) | ($1,250.00) |
| 12/20/1983 | CHECK | ($10,610.00) | ($10,610.00) |

| Date | Description | Amount | Amount |
|---|---|---|---|
| 1/9/1984 | CHECK | ($7,565.38) | ($7,565.38) |
| 1/12/1984 | CHECK | ($20,000.00) | ($20,000.00) |
| 2/24/1984 | CHECK | ($1,250.00) | ($1,250.00) |
| 3/2/1984 | CHECK | ($18,012.50) | ($18,012.50) |
| 3/14/1984 | CHECK | ($9,050.00) | ($9,050.00) |
| 4/17/1984 | CHECK | ($2,375.00) | ($2,375.00) |
| 5/4/1984 | CHECK OWENS ILL | ($15,212.50) | ($15,212.50) |
| 5/18/1984 | CHECK VIACOM | ($7,989.99) | ($7,989.99) |
| 6/13/1984 | CHECK | ($1,250.00) | ($1,250.00) |
| 7/3/1984 | CHECK TRWD | ($12,121.45) | ($12,121.45) |
| 7/11/1984 | CHECK BRISTOL | ($6,392.32) | ($6,392.32) |
| 7/12/1984 | CHECK | ($20,000.00) | ($20,000.00) |
| 8/14/1984 | CHECK | ($1,250.00) | ($1,250.00) |
| 9/11/1984 | CHECK ENSTAR CORP | ($14,258.00) | ($14,258.00) |
| 9/17/1984 | CHECK LORIMAR PRODTNS | ($9,064.00) | ($9,064.00) |
| 10/12/1984 | CHECK | ($2,375.00) | ($2,375.00) |
| 10/31/1984 | CHECK ATLANTIC RICHFIELD | ($13,301.50) | ($13,301.50) |
| 11/16/1984 | CHECK WACHOVIA | ($7,000.25) | ($7,000.25) |
| 12/19/1984 | CHECK | ($1,250.00) | ($1,250.00) |
| 1/7/1985 | CHECK JEWEL | ($6,397.85) | ($6,397.85) |
| 1/8/1985 | CHECK AMERADA HESS | ($16,158.82) | ($16,158.82) |
| 2/14/1985 | CHECK | ($1,250.00) | ($1,250.00) |
| 3/14/1985 | CHECK IC INDUSTRIES | ($22,255.00) | ($22,255.00) |
| 4/11/1985 | CHECK | ($2,375.00) | ($2,375.00) |
| 4/18/1985 | CHECK | ($16,000.00) | ($16,000.00) |
| 4/25/1985 | CHECK ATLANTIC RICHFIELD | ($18,913.25) | ($18,913.25) |
| 6/20/1985 | CHECK | ($1,250.00) | ($1,250.00) |
| 6/25/1985 | CHECK INTL HARVESTER | ($23,739.18) | ($23,739.18) |
| 8/15/1985 | CHECK | ($1,250.00) | ($1,250.00) |
| 8/19/1985 | CHECK ETHYL | ($16,693.76) | ($16,693.76) |
| 10/25/1985 | CHECK INTL HARVESTER | ($27,390.00) | ($27,390.00) |
| 11/1/1985 | CHECK TAX EXEMPT BOND | ($16,000.00) | ($16,000.00) |
| 12/16/1985 | CHECK INT WORLD AWYS | ($1,250.00) | ($1,250.00) |
| 12/30/1985 | CHECK WALTER JIM | ($25,785.55) | ($25,785.55) |
| 1/16/1986 | CHECK INT MUN ASSIST CORP | ($16,000.00) | ($16,000.00) |
| 2/10/1986 | CHECK | ($1,250.00) | ($1,250.00) |
| 2/24/1986 | CHECK ERC INTL | ($21,156.46) | ($21,156.46) |
| 4/17/1986 | CHECK LEAR SEIGLER | ($20,546.25) | ($20,546.25) |
| 6/19/1986 | CHECK DIGITAL | ($35,728.54) | ($35,728.54) |

|  |  |  |  |
|---|---|---|---|
|  | EQUIPMENT |  |  |
| 6/25/1986 | CHECK INT 6/15 WORLD AWYS INC | ($1,250.00) | ($1,250.00) |
| 7/3/1986 | CHECK REDEEMED WORLD AWYS INC | ($25,600.00) | ($25,600.00) |
| 7/15/1986 | CHECK TAX EXEMPT MAC | ($16,000.00) | ($16,000.00) |
| 8/12/1986 | CHECK AMERICAN INTL GROUP | ($25,166.60) | ($25,166.60) |
| 8/19/1986 | SA: RESORTS INTL DEB 10.000 8/ | ($1,250.00) | ($1,250.00) |
| 8/22/1986 | CHECK INT RESORTS INTL | ($1,250.00) | ($1,250.00) |
| 10/8/1986 | CHECK CALFED | ($35,778.57) | ($35,778.57) |
| 12/3/1986 | CHECK TRIANGLE | ($38,017.87) | ($38,017.87) |
| 1/15/1987 | CHECK WESTERN AIR LINES | ($14,966.21) | ($14,966.21) |
| 2/10/1987 | CHECK US GYPSUM | ($35,804.60) | ($35,804.60) |
| 2/19/1987 | CHECK INT RESORTS INTL | ($1,250.00) | ($1,250.00) |
| 3/4/1987 | CHECK AMERICAN GENERAL | ($12,688.22) | ($12,688.22) |
| 3/27/1987 | CHECK FIRST PA | ($25,210.70) | ($25,210.70) |
| 5/5/1987 | CHECK INTL LEASE FIN | ($11,941.54) | ($11,941.54) |
| 5/20/1987 | CHECK GENCORP | ($33,332.15) | ($33,332.15) |
| 7/14/1987 | CHECK MONARCH CORP | ($14,938.30) | ($14,938.30) |
| 7/29/1987 | CHECK BRISTOL | ($35,853.05) | ($35,853.05) |
| 8/19/1987 | CHECK | ($1,250.00) | ($1,250.00) |
| 9/11/1987 | CHECK HOME DEPOT | ($16,905.12) | ($16,905.12) |
| 9/24/1987 | CHECK ATLANTIC RICHFIELD | ($25,226.87) | ($25,226.87) |
| 11/23/1987 | CHECK ALCO | ($15,902.28) | ($15,902.28) |
| 11/27/1987 | CHECK HECHINGER | ($35,837.86) | ($35,837.86) |
| 2/4/1988 | CHECK | ($1,250.00) | ($1,250.00) |
| 2/9/1988 | CHECK BELL & HOWELL | ($14,951.92) | ($14,951.92) |
| 2/10/1988 | CHECK KIDDE | ($33,592.45) | ($33,592.45) |
| 2/29/1988 | SA: RESORTS INTL DEB 10.000 8/ | ($1,250.00) | ($1,250.00) |
| 4/19/1988 | CHECK AMERICAM BRANDS | ($19,772.22) | ($19,772.22) |
| 4/21/1988 | CHECK ATLANTIC RICHFIELD | ($31,990.45) | ($31,990.45) |
| 6/24/1988 | CHECK BIRMINGHAM STEEL | ($51,754.00) | ($51,754.00) |
| 8/12/1988 | CHECK INTEREST | ($1,250.00) | ($1,250.00) |
| 9/13/1988 | CHECK DEERE & CO | ($55,002.00) | ($55,002.00) |

Oct 18 10 05:4up    MORION CERTILMAN    5616384432    p.14

| Date | Description | Amount | Amount |
|---|---|---|---|
| 11/4/1988 | CHECK CASTLE & COOKE | ($42,476.00) | ($42,476.00) |
| 12/13/1988 | CHECK TELE COMMUNICATIONS | ($32,341.77) | ($32,341.77) |
| 2/8/1989 | CHECK INTEREST 02/01/89 | ($1,250.00) | ($1,250.00) |
| 2/17/1989 | CHECK COMPUTER ASSOC INTL | ($54,993.83) | ($54,993.83) |
| 4/6/1989 | CHECK TAX EXEMPT INT 04/01/89 | ($1,087.50) | ($1,087.50) |
| 4/13/1989 | CHECK PFIZER | ($42,418.74) | ($42,418.74) |
| 6/20/1989 | CHECK DURR FILLAUER MED | ($54,964.54) | ($54,964.54) |
| 7/17/1989 | CHECK | ($350,000.00) | ($350,000.00) |
| 8/7/1989 | CHECK INTEREST 08/01/89 | ($1,250.00) | ($1,250.00) |
| 8/18/1989 | CHECK INLAND | ($51,775.70) | ($51,775.70) |
| 10/20/1989 | CHECK AMERICAN MAIZE | ($48,527.28) | ($48,527.28) |
| 12/12/1989 | CHECK | ($300,000.00) | ($300,000.00) |
| 12/13/1989 | CHECK COLUMBIA PICTURES | ($38,828.25) | ($38,828.25) |
| 1/5/1990 | CHECK | ($400,000.00) | ($400,000.00) |
| 2/15/1990 | CHECK WESTINGHOUSE | ($54,935.07) | ($54,935.07) |
| 4/10/1990 | CHECK MCKESSON | ($36,402.83) | ($36,402.83) |
| 5/10/1990 | CHECK | ($250,000.00) | ($250,000.00) |
| 6/12/1990 | CHECK CONNER | ($51,754.70) | ($51,754.70) |
| 7/30/1990 | CHECK COMPAQ COMPUTERS | ($41,253.00) | ($41,253.00) |
| 10/1/1990 | CHECK INTEL | ($48,537.44) | ($48,537.44) |
| 11/6/1990 | CHECK C I L RESORTS INTL | ($16.20) | ($16.20) |
| 12/12/1990 | CHECK ANADARKO | ($51,728.04) | ($51,728.04) |
| 2/21/1991 | CHECK FEDERAL | ($55,021.25) | ($55,021.25) |
| 4/25/1991 | CHECK POLICY | ($45,308.88) | ($45,308.88) |
| 6/21/1991 | CHECK AVON | ($36,416.38) | ($36,416.38) |
| 6/28/1991 | CHECK INT RESORT INTL 4/1/91 | ($75.00) | ($75.00) |
| 8/27/1991 | CHECK DIAMOND | ($51,748.76) | ($51,748.76) |
| 10/16/1991 | CHECK TRITON | ($39,651.86) | ($39,651.86) |
| 11/13/1991 | CHECK | ($15.01) | ($15.01) |
| 12/16/1991 | CHECK MARK IV | ($36,390.65) | ($36,390.65) |
| 1/17/1992 | CHECK CAMPBELL | ($25,895.00) | ($25,895.00) |
| 3/5/1992 | TRANS TO JOYCE CERTILMAN | ($182,150.00) | $0.00 |
| 3/17/1992 | CHECK PRODUCTIONS | ($39,640.55) | ($39,640.55) |
| 5/15/1992 | CHECK CIL RESORTS | ($112.50) | ($112.50) |

|  |  |  |  |
|---|---|---|---|
|  | INTL INC |  |  |
| 5/20/1992 | CHECK TYCO TOYS | ($48,552.38) | ($48,552.38) |
| 6/5/1992 | CHECK | ($200,000.00) | ($200,000.00) |
| 7/7/1992 | CHECK DEL WEBB | ($29,681.21) | ($29,681.21) |
| 8/12/1992 | CHECK HARLEY | ($22,704.25) | ($22,704.25) |
| 9/21/1992 | CHECK STAPLES | ($44,578.20) | ($44,578.20) |
| 10/30/1992 | CHECK NBD BANCORP | ($16,218.28) | ($16,218.28) |
| 12/10/1992 | CHECK TRI CONTL | ($24,335.98) | ($24,335.98) |
| 1/21/1993 | CHECK | ($200,000.00) | ($200,000.00) |
| 2/19/1993 | CHECK MOTOROLA | ($25,958.50) | ($25,958.50) |
| 3/18/1993 | CHECK WALMART | ($22,778.25) | ($22,778.25) |
| 5/20/1993 | CHECK DSC COMM | ($48,799.85) | ($48,799.85) |
| 6/28/1993 | CHECK SOUTHWESTERN BELL | ($22,795.37) | ($22,795.37) |
| 8/24/1993 | CHECK ANADARKO | ($50,810.69) | ($50,810.69) |
| 9/28/1993 | CHECK ENRON | ($23,605.12) | ($23,605.12) |
| 11/1/1993 | CHECK | ($500,000.00) | ($500,000.00) |
| 11/4/1993 | CHECK SNAPPLE | ($25,420.00) | ($25,420.00) |
| 12/13/1993 | CHECK | ($350,000.00) | ($350,000.00) |
| 12/14/1993 | CHECK HUFFY | ($26,810.58) | ($26,810.58) |
| 1/27/1994 | CHECK ALZA | ($8,495.25) | ($8,495.25) |
| 3/9/1994 | CHECK COMCAST | ($8,294.13) | ($8,294.13) |
| 3/15/1994 | CHECK | ($300,000.00) | ($300,000.00) |
| 4/14/1994 | CHECK WESTWOOD | ($8,489.96) | ($8,489.96) |
| 5/20/1994 | CHECK AUTOZONE | ($7,555.62) | ($7,555.62) |
| 6/22/1994 | CHECK GEN ELECTRIC | ($3,776.50) | ($3,776.50) |
| 6/29/1994 | CHECK CASH PAYMENT A/C MGN | ($1,400.49) | ($1,400.49) |
| 8/11/1994 | CHECK GEN MOTORS | ($14,745.33) | ($14,745.33) |
| 8/17/1994 | CHECK | ($200,000.00) | ($200,000.00) |
| 9/19/1994 | CHECK CATERPILLAR | ($8,321.25) | ($8,321.25) |
| 10/27/1994 | CHECK K MART | ($12,110.00) | ($12,110.00) |
| 11/25/1994 | CHECK CBS INC | ($11,352.50) | ($11,352.50) |
| 1/4/1995 | CHECK ARCHER DANIELS | ($9,080.00) | ($9,080.00) |
| 1/24/1995 | CHECK MCDONNELL | ($9,095.50) | ($9,095.50) |
| 2/15/1995 | CHECK HERCULES | ($6,823.50) | ($6,823.50) |
| 4/12/1995 | CHECK | ($350,000.00) | ($350,000.00) |
| 4/18/1995 | CHECK EMC CORP | ($15,076.43) | ($15,076.43) |
| 5/30/1995 | CHECK HEWLETT | ($5,133.25) | ($5,133.25) |
| 6/16/1995 | CHECK | ($2,262.13) | ($2,262.13) |
| 7/5/1995 | CHECK BANKAMERICA | ($1,919.88) | ($1,919.88) |
| 8/2/1995 | CHECK KOREA | ($4,494.90) | ($4,494.90) |
| 8/28/1995 | CHECK STAPLES | ($2,251.25) | ($2,251.25) |
| 10/6/1995 | CHECK CHARLES | ($3,523.00) | ($3,523.00) |

|            | SCHWAB                          |              |              |
|------------|---------------------------------|--------------|--------------|
| 10/27/1995 | CHECK                           | ($56.22)     | ($56.22)     |
| 11/7/1995  | CHECK MEDTRONIC                 | ($3,212.62)  | ($3,212.62)  |
| 12/8/1995  | CHECK BELLSOUTH                 | ($6,752.50)  | ($6,752.50)  |
| 2/14/1996  | CHECK FED NAT'L MORTGAGE        | ($3,541.50)  | ($3,541.50)  |
| 4/8/1996   | CHECK GEN MOTORS CORP           | ($5,822.64)  | ($5,822.64)  |
| 4/26/1996  | CHECK                           | ($55.61)     | ($55.61)     |
| 5/16/1996  | CHECK CENTOCOR                  | ($4,846.26)  | ($4,846.26)  |
| 6/19/1996  | CHECK CHUBB CORP                | ($4,865.50)  | ($4,865.50)  |
| 7/24/1996  | CHECK MONSANTO                  | ($2,263.50)  | ($2,263.50)  |
| 9/13/1996  | CHECK TRAVELERS                 | ($6,324.22)  | ($6,324.22)  |
| 9/20/1996  | CHECK INT 9/15/96               | ($55.00)     | ($55.00)     |
| 10/21/1996 | CHECK HILTON HOTEL              | ($492.37)    | ($492.37)    |
| 10/21/1996 | CHECK LUCENT TECH               | ($2,923.00)  | ($2,923.00)  |
| 11/21/1996 | CHECK NEWBRIDGE NETWORKS        | ($3,570.00)  | ($3,570.00)  |
| 12/24/1996 | CHECK                           | ($200,000.00)| ($200,000.00)|
| 12/26/1996 | CHECK SEAGATE TECHNOLOGY        | ($5,529.62)  | ($5,529.62)  |
| 2/19/1997  | CHECK FEDERAL HOME              | ($985.75)    | ($985.75)    |
| 3/21/1997  | CHECK INTEREST 3/15/97          | ($55.00)     | ($55.00)     |
| 3/26/1997  | CHECK NATIONS BANK              | ($675.87)    | ($675.87)    |
| 4/29/1997  | CHECK PHILIP MORRIS             | ($678.00)    | ($678.00)    |
| 5/13/1997  | CHECK                           | ($150,000.00)| ($150,000.00)|
| 9/23/1997  | CHECK                           | ($150,000.00)| ($150,000.00)|
| 11/19/1997 | CHECK                           | ($100,000.00)| ($100,000.00)|
| 1/7/1998   | CHECK                           | ($200,000.00)| ($200,000.00)|
| 4/6/1998   | CHECK                           | ($650,000.00)| ($650,000.00)|
| 6/1/1998   | CHECK                           | ($350,000.00)| ($350,000.00)|
| 7/23/1998  | CHECK                           | ($150,000.00)| ($150,000.00)|
| 9/3/1998   | CHECK                           | ($200,000.00)| ($200,000.00)|
| 9/9/1998   | CHECK                           | ($250,000.00)| ($250,000.00)|
| 9/10/1998  | STOP PAYMENT                    | $200,000.00  | $200,000.00  |
| 9/10/1998  | CHECK                           | ($200,000.00)| ($200,000.00)|
| 9/30/1998  | CHECK                           | ($100,000.00)| ($100,000.00)|
| 10/7/1998  | CHECK                           | ($50,000.00) | ($50,000.00) |
| 4/6/1999   | CHECK                           | ($500,000.00)| ($500,000.00)|
| 5/14/1999  | CHECK                           | ($150,000.00)| ($150,000.00)|
| 6/8/1999   | CHECK                           | ($200,000.00)| ($200,000.00)|
| 6/14/1999  | STOP PAYMENT                    | $200,000.00  | $200,000.00  |
| 6/14/1999  | CHECK                           | ($200,000.00)| ($200,000.00)|
| 7/30/1999  | CHECK                           | ($150,000.00)| ($150,000.00)|

| Date | Type | | |
|---|---|---|---|
| 9/10/1999 | CHECK | ($250,000.00) | ($250,000.00) |
| 11/3/1999 | CHECK | ($150,000.00) | ($150,000.00) |
| 12/17/1999 | CHECK | ($200,000.00) | ($200,000.00) |
| 4/6/2000 | CHECK | ($350,000.00) | ($350,000.00) |
| 5/4/2000 | CHECK | ($100,000.00) | ($100,000.00) |
| 5/26/2000 | CHECK | ($150,000.00) | ($150,000.00) |
| 6/7/2000 | CHECK | ($150,000.00) | ($150,000.00) |
| 7/5/2000 | CHECK | ($100,000.00) | ($100,000.00) |
| 7/28/2000 | CHECK | ($100,000.00) | ($100,000.00) |
| 9/6/2000 | CHECK | ($150,000.00) | ($150,000.00) |
| 7/31/2003 | CHECK WIRE | ($500,000.00) | ($500,000.00) |
| Total Withdrawals: | | ($12,889,433.29) | ($12,686,133.29) |
| | | | |
| Total deposits less withdrawals: | | ($10,271,179.07) | ($10,089,029.07) |

17

300096582

Oct 18 10 05:42p    MORTON CERTILMAN    5616384432    p.18