UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION              SIPC Liquidation
CORPORATION,                                Adv. Pro. No. 08-01789 (BRL)
                    Plaintiff.
      -v-                                   **AFFIDAVIT OF SERVICE**

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC.
                    Defendant.
-----------------------------------------------------------------X

STATE OF NEW YORK
                    )ss:
COUNTY OF NASSAU )

      **CHRISTINE C. FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Glen Cove, New York.

      On November 2, 2010, I served a copy of the ***Objection to Trustee's Determination of Claim of Morton L. Certilman and Joyce Certilman*** via Federal Express and Electronic Mail upon:

Irving H. Picard, Trustee
c/o Baker & Hostetler, LLP.
45 Rockefeller Plaza
New York, NY 10111
ipicard@bakerlaw.com

Bikramjit Cheema, Esq.
c/o Baker & Hostetler, LLP.
45 Rockefeller Plaza
New York, NY 10111
bcheema@bakerlaw.com

and by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of Federal Express, addressed to each of the attached named parties at the last known address set forth after each name.

                                                   /s/ Christine C. Follett
                                                   CHRISTINE C. FOLLETT

Sworn to before me this
2nd day of November, 2010
/s/Marion Panos
Notary Public, State of New York
No. 01PA5046969
Qualified in Nassau County
Commission Expires July 24, 2013

2285536.1