# EXHIBIT B

# ACCOUNT BALANCE STATEMENT
## D. STONE INDUSTRIES, INC. PROFIT SHARING PLAN
### For the plan year 1/1/2008 through 12/31/2008

| | Beginning Balance | Gain (Loss) | Contribution | Forfeitures Allocated | Adjustments | Ending Balance | Vested Amount Percent | Vested Amount |
|---|---|---|---|---|---|---|---|---|
| **DANIEL STONE** | | | | | | | | |
| Rollover Account Pooled | 5,870,119.05 | -3,487,605.27 | 0.00 | N/A | -617,657.11 | 1,764,856.67 | 100 | 1,764,856.57 |
| **MICHAEL STONE** | | | | | | | | |
| Rollover Account Pooled | 1,295,033.97 | -673,312.87 | 0.00 | N/A | -281,000.00 | 340,721.10 | 100 | 340,721.10 |
| Insurance CSV | 52,602.21 | 4,990.08 | 0.00 | N/A | 0.00 | 57,592.29 | 100 | 57,592.29 |
| Employee Total: | $1,347,636.18 | -$668,322.79 | $0.00 | $0.00 | -$281,000.00 | $398,313.39 | | $398,313.39 |
| **SCOTT STONE** | | | | | | | | |
| Employer Account Pooled | 9,186.58 | -6,099.84 | 0.00 | 0.00 | 0.00 | 3,086.74 | 100 | 3,086.74 |
| Rollover Account Pooled | 259,036.62 | -167,600.41 | 0.00 | N/A | -6,624.23 | 84,811.95 | 100 | 84,811.98 |
| Insurance CSV | 43,838.94 | 6,558.40 | 0.00 | N/A | 0.00 | 50,397.34 | 100 | 50,397.34 |
| Subtotal: | $302,875.56 | -$161,042.01 | $0.00 | $0.00 | -$6,624.23 | $135,209.32 | | $135,209.32 |
| Employee Total: | $312,062.14 | -$167,141.85 | $0.00 | $0.00 | -$6,624.23 | $138,296.06 | | $138,296.06 |
| **SUSAN STONE** | | | | | | | | |
| Employer Account Pooled | 176.06 | -116.90 | 0.00 | 0.00 | 0.00 | 59.16 | 100 | 59.16 |
| Rollover Account Pooled | 6,986,223.72 | -4,638,813.37 | 0.00 | N/A | 0.00 | 2,347,410.35 | 100 | 2,347,410.35 |
| Employee Total: | $6,986,399.78 | -$4,638,930.27 | $0.00 | $0.00 | $0.00 | $2,347,469.51 | | $2,347,469.51 |
| **Totals for each account:** | | | | | | | | |
| Employer Account Pooled | 9,362.64 | -6,216.74 | 0.00 | 0.00 | 0.00 | 3,145.90 | | 3,145.90 |
| Rollover Account Pooled | 14,410,413.36 | -8,967,331.92 | 0.00 | 0.00 | -905,281.34 | 4,537,800.10 | | 4,537,800.10 |
| Insurance CSV | 96,441.15 | 11,548.48 | 0.00 | 0.00 | 0.00 | 107,989.63 | | 107,989.63 |
| Subtotal: | $14,506,854.51 | -$8,955,783.44 | $0.00 | $0.00 | -$905,281.34 | $4,645,789.73 | | $4,645,789.73 |
| Grand Total: | $14,516,217.15 | -$8,962,000.18 | $0.00 | $0.00 | -$905,281.34 | $4,648,935.63 | | $4,648,935.63 |