**Barbara A. Sirotkin, Esq.**
**P.O. Box 679**
**Quechee, VT 05059**
**Phone/Fax (802) 295-3743**

COPY

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

October 15, 2010

Dear Mr. Picard:

I am in receipt of your letter of September 27, 2010 which denies my SIPC claim. Please note my objection to your reasoning and calculations. The method you employ is quite convenient for SIPC, which has <u>not met its obligations</u> to cover the unsuspecting former Madoff clients. We believed we would be protected by the insurance advertised on <u>each and every statement</u> we received.

As I understand it, you were appointed by SIPC. The obvious is that your job would entail protecting the members of SIPC from losses. One cannot represent the Madoff victims and at the same time protect the interests of the insurance industry. Therefore, you cannot claim that you have chosen a fair and equitable means of determining how much, who or why someone should or should not be indemnified. Your method merely helps protect SIPC from having to pay. With your methods you can totally ignore SIPC's guarantee of protection and claim there was no money in my account after all. How convenient for SIPC.

The US government never dismissed all the money in my account as "fictitious." It accepted my tax payments year after year. It relied on the statements sent by Madoff, just as I had relied upon them. We had a right to assume that these statements were accurate. If the federal government and the SEC could not foresee that Madoff was a scam, how in the world could one expect his clients to figure it out? My family lost everything because of this scam. Instead of sympathy for the victims, we get notices of your requests for further fees and letters like the one I just received.

I hereby request documentation upon which you base your dismissal of the $3,821,605.56 transferred into my account on 1/3/2006. Please be advised that this request does not waive my objection to the contents of your letter, nor will my possible participation in a hearing pertaining to the above be deemed an acceptance of your methodology.

Barbara Sirotkin, Esq.

RECEIVED
NOV - 1 2010
U.S. BANKRUPTCY COURT, SDNY