| | |
|---|---|
| KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.<br>551 Fifth Avenue, 18th Floor<br>New York, New York 10176<br>(212) 968-6000<br>David Parker<br>Matthew J. Gold<br>Jason Otto | Hearing Date: **November 10, 2010**<br>Hearing Time: **10:00 a.m.** |

Counsel for Lawrence Elins and Malibu Trading and Investing, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
SECURITIES INVESTOR PROTECTION      :
CORPORATION,                        :   Adv. Pro. No. 08-01789 (BRL)
                                    :
           Plaintiff,               :   SIPA Liquidation
                                    :
     v.                             :   (Substantively Consolidated)
                                    :
BERNARD L. MADOFF INVESTMENT        :
SECURITIES LLC,                     :
                                    :
           Defendant.               :
----------------------------------------------------------:
                                    :
In re:                              :
                                    :
BERNARD L. MADOFF,                  :
                                    :
           Debtor.                  :
----------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, **MATTHEW J. GOLD**, state, under penalty of perjury:

1. I am not a party to the action, and am over 18 years of age.

2. On November 4, 2010, I served a true copy of the Objection of Lawrence Elins and Malibu Trading and Investing, L.P. to Trustee's Motion for an Order (I) Approving Litigation Procedures For Avoidance Actions and (II) Amending Global Protective Order, by email, addressed to the email address of the addressees as indicated below:

MGOLD\174009.1 - 11/4/10

Marc E. Hirschfield   Email: mhirschfield@bakerlaw.com
Baker & Hostetler LLP

Kevin Bell   Email: kbell@sipc.org
Securities Investor Protection Corporation


        /s/ *Matthew J. Gold*
        Matthew J. Gold

Dated:  November 4, 2010