PHILLIPS NIZER LLP
Chryssa V. Valletta (8507)
666 Fifth Avenue
New York, NY 10103
Tel: (212) 977-9700
Fax: (212) 262-5152
cvalletta@phillipsnizer.com
*Counsel for Herbert Barbanel, Alice Barbanel
and Lauri Ann Schwartz-Barbanel*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES INVESTOR PROTECTION
CORPORATION,

     Plaintiff,

  v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

     Defendant.

SIPA LIQUIDATION
(Substantively Consolidated)
Adv. Pro. No. 08-01789 (BRL)

**CERTIFICATE OF SERVICE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

BERNARD L. MADOFF,

     Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  I, Chryssa V. Valletta, hereby certify that on November 4, 2010 I caused a true and correct copy of the OBJECTION TO TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING LITIGATION CASE MANAGEMENT PROCEDURES FOR AVOIDANCE ACTIONS AND (II) AMENDING GLOBAL PROTECTIVE ORDER to be filed electronically with the Court and served upon the parties in the action who receive service through CM/ECF and served upon the parties listed below by U.S. Mail:

1128621.1

| | |
|---|---|
| David Sheehan | Kevin H. Bell |
| Baker & Hostetler LLP | Securities Investor Protection Corporation |
| 45 Rockefeller Plaza | 805 Fifteenth Street, NW, Suite 80 |
| New York, NY 10111 | Washington, DC 20005 |

November 4, 2010

By: /s/ Chryssa V. Valletta
    Chryssa V. Valletta

2

1128621.1