LOEB & LOEB LLP
345 Park Avenue
New York, New York  10154
Tel:  212-407-4000
P. Gregory Schwed
Daniel B. Besikof

*Attorneys for Alan L. Aufzien, Norma K. Aufzien, Jonathan M. Aufzien, Lisa S. Aufzien, Leslie Aufzien Levine and Meredith Aufzien Bauer*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
**SECURITIES INVESTOR PROTECTION**  :
**CORPORATION,**  :
:  **SIPA Liquidation**
        **Plaintiff,**  :  **(Substantively Consolidated)**
:  **Adv. Proc. No. 08-01789-BRL**
        v.  :
:
**BERNARD L. MADOFF INVESTMENT**  :
**SECURITIES LLC**  :
:
        **Defendant.**  :
---------------------------------------------------------------X
:
In re:  :
:
**BERNARD L. MADOFF,**  :
:
        **Debtor.**  :
:
---------------------------------------------------------------X

**OBJECTION OF AUFZIEN INVESTORS TO TRUSTEE'S
MOTION FOR ENTRY OF AN ORDER (I) APPROVING LITIGATION
CASE MANAGEMENT PROCEDURES FOR AVOIDANCE
ACTIONS AND (II) AMENDING GLOBAL PROTECTIVE ORDER**

Alan L. Aufzien, Norma K. Aufzien, Jonathan M. Aufzien, Lisa S. Aufzien, Leslie Aufzien Levine and Meredith Aufzien Bauer (collectively, the "Aufzien Investors"), by their undersigned counsel, Loeb & Loeb LLP, hereby object (this "Objection") to the Trustee's

NY871269.1
666666-66666

Motion for Entry of an Order (i) Approving Litigation Case Management Procedures for Avoidance Actions and (ii) Amending Global Protective Order dated October 21, 2010 (the "Motion").

In support of this Objection, the Aufzien Investors join in the Objection to the Motion filed by Davis Polk & Wardwell on behalf of Sterling Equities Associates and certain affiliates (the "Davis Polk Response"). The Aufzien Investors incorporate by reference and adopt the arguments and authorities cited in the Davis Polk Response and reserve the right to be heard at the scheduled hearing on this matter, and to supplement this Objection as necessary.

The Aufzien Investors note that, like thousands of other investors in Bernard L. Madoff Investment Securities, they are unable to determine whether the relief requested by the Trustee in the Motion is intended to affect them, because none of them has yet been sued by the Trustee. As a result, the Aufzien Investors file this Objection as a protective measure to preserve their rights in the event that the Trustee does determine to commence suit against any of them in the future.

## CONCLUSION

WHEREFORE, for the reasons stated in this Objection and in the Davis Polk Response, the Aufzien Investors respectfully request that the Court deny the Motion and grant such other and further relief as it determines to be just and proper.

Dated:  November 4, 2010             **LOEB & LOEB LLP**

By: /s/ P. Gregory Schwed
    P. Gregory Schwed
    Daniel B. Besikof
    345 Park Avenue
    New York, New York  101054
    Tel:  212-407-4000

*Attorneys for Norma K. Aufzien,*
*Jonathan M. Aufzien, Lisa S. Aufzien,*
*Leslie Aufzien Levine and Meredith Aufzien*
*Bauer, and Meredith Aufzien Bauer*