**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
Facsimile  (212) 557-0295
HCHAITMAN@BECKERNY.COM

*Attorneys for Becker & Poliakoff LLP Clients*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

### CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2010, I caused a true copy of the **Objection to Trustee's Motion for Order (I) Approving Litigation Case Management Procedures for Avoidance Actions and (II) Amending Global Protective Order** to be served upon the interested parties who receive electronic service through CM/ECF, and by electronic mail upon:

> David J. Sheehan, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> dsheehan@bakerlaw.com

Dated: November 4, 2010                              /s/ *Lourdes Blanco*