**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
45 Broadway
New York, New York 10006
Telephone (212) 599-3322
Facsimile (212) 557-0295
HCHAITMAN@BECKERNY.COM

*Attorneys for Becker & Poliakoff LLP Clients*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

In re:

BERNARD L. MADOFF,

       Debtor.

## CERTIFICATE OF SERVICE

  I hereby certify that on November 4, 2010, I caused a true copy of the **Objection to Trustee's Motion for an Order Establishing Settlement Approval Procedures** to be served upon the interested parties who receive electronic service through CM/ECF, and by electronic mail upon:

    David J. Sheehan, Esq.
    Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, NY 10111
    dsheehan@bakerlaw.com

Dated: November 4, 2010           /s/ *Lourdes Blanco*