MILBERG LLP
Jonathan M. Landers
Matthew Gluck
Brad N. Friedman
Jennifer L. Young
One Pennsylvania Plaza
48th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

SEEGER WEISS LLP
Stephen A. Weiss
Christopher M. Van de Kieft
Parvin Aminolroaya
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile:  (212) 584-0799

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | CERTIFICATE OF SERVICE |

2

I hereby certify that on November 4, 2010, I caused a true copy of the OPPOSITION TO TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (1) APPROVING LITIGATION CASE MANAGEMENT PROCEDURES FOR AVOIDANCE ACTIONS, AND (2) AMENDING GLOBAL PROTECTIVE ORDER [Dkt. No. 3113] to be filed electronically and served upon all parties who receive electronic service through ECF, and by electronic mail upon:

>BAKER & HOSTETLER LLP
>45 Rockefeller Plaza
>New York, NY 10111
>Telephone: (212) 589-4200
>Facsimile: (212) 589-4201
>David J. Sheehan
>dsheehan@bakerlaw.com
>Marc E. Hirschfield
>mhirschfield@bakerlaw.com
>Richard J. Bernard
>rbernard@bakerlaw.com
>Elyssa S. Kates
>ekates@bakerlaw.com

Dated: November 4, 2010

<u>s/ Jennifer L. Young</u>

2