**BROWN RUDNICK LLP**
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Counsel for Kenneth Krys and Joanna Lau,*
*in their capacities as Joint Liquidators*
*of Fairfield Sentry Limited*

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>**SIPA Liquidation**<br><br>**(Substantively Consolidated)** |
| **In re:**<br><br>**BERNARD L. MADOFF,**<br><br>Debtor. | |

### AFFIDAVIT OF SERVICE

8276737

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

On the 5th day of November, 2010, I caused to be served a true copy of the following document: Objection And Reservation of Rights of Kenneth Krys And Joanna Lau, As Liquidators of Fairfield Sentry Limited, To Notice of Trustee's Determination of Claim No. 11310 on the parties listed below by hand delivery and on the attached Exhibit A by first class mail.

| **HAND DELIVERY** | **HAND DELIVERY** |
|---|---|
| Clerk of the United States Bankruptcy Court for the Southern District of New York<br>One Bowling Green<br>New York, New York 10004 | Irving H. Picard, Trustee<br>c/o Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111 |
| **HAND DELIVERY**<br><br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, New York 10004 | |

                                                                                   /s/ Christopher Michael Lau Kamg
                                                                                    Christopher Michael Lau Kamg

Sworn to before me this
5th day of November, 2010.

/s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

2

Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY  10022
Attn:   Chester B. Salomon, Esq.

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ  07602-0800
Attn:   Michael D. Sirota, Esq.

Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, NY  10022-4728
Attn:   Kevin R.J. Schroth, Esq.

Ruskin Moscou Faltischek, P.C.
1425 RexCorp Plaza
East Tower, 15th Floor
Uniondale, NY  11556
Attn:   Mark S. Mulholland

Meister, Seelig & Fein LLP
140 East 45th Street, 19th Floor
New York, NY  10017
Attn:   Stuart I. Rich, Esq.
        James M. Ringer, Esq.

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111
Attn:   Lauren J. Resnick
        Marc D. Powers
        David Sheehan

Wachtel & Masyr, LLP
110 East 59th Street
New York, NY  10022
Attn:   William B. Wachtel, Esq.
        Howard Kleinhendler, Esq.
        David Yeger, Esq.

Crowell & Morning LLP
153 East 53Rd Street
New York, NY  10022-2524
Attn:   William M. O'Connor
        Mark S. Lichtenstein

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111
Attn:   John Moscow
        Alissa M. Nann
        Seanna Brown
        Thomas M. Wearsch
        Ona T. Wang

Seeger Weiss LLP
One William Street
New York, NY  10004
Attn:   Stephen A. Weiss

| | |
|---|---|
| Milberg LLP<br>One Pennsylvannia Plaza, 49th Floor<br>New York, NY 10119<br>Attn: Brad N. Friedman<br>　　　Sandford P. Dumain<br>　　　Jonathan M. Landers<br>　　　Matthew Gluck | Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007<br>Attn: Sean H. Lane<br>　　　Robert William Yalen |
| Shutts & Bowen LLP<br>200 E. Broward Blvd., Suite 2100<br>Ft. Lauderdale, FL 33301<br>Attn: Peter E. Shapiro | Securities Investor Protection Corporation<br>805 Fiftheenth Street N.W., Suite 800<br>Washington, D.C. 20005-2207<br>Attn: Senior Associate General Counsel<br>　　　For Dispute Resolution |
| Baker & Hostetler LLP<br>1050 Connecticut Avenue, NW<br>Washington, D.C. 20036-5304<br>Attn: Jonathan R. Barr<br>　　　Brian K. Esser | Barlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110<br>Attn: Frank F. McGinn |
| Lax & Neville, LLP<br>1412 Broadway, Suite 1407<br>New York, NY 10018<br>Attn: Barry R. Lax<br>　　　Brian J. Neville<br>　　　Brian Maddox | Buchalter Nemer, PC<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126<br>Attn: Shawn M. Christianson |
| Barger & Wolen, LLP<br>10 East 40th Street, 40th Floor<br>New York, NY 10016-0301<br>Attn: Dennis C. Quinn | Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, NY 10019<br>Attn: Alan Nisselson<br>　　　Howard L. Simon<br>　　　Regina Griffin |

Baach Robinson & Lewis PLLC
1201 F Street, N.W., Suite 500
Washington, D.C. 20004
Attn: Eric L. Lewis

Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154
Attn: Joseph E. Shickich, Jr.
Erin Joyce Letey

Calabrese and Torn
280 Madison Avenue, 5th Floor
New York, NY 10016
Attn: Marsha Torn, Esq.

Johnson, Pope, Bokor, Ruppel & Burns, P.A.
P.O. Box 1368
Clearwater, Florida 33757
Attn: Angelina E. Lim, Esq.

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016
Attn: Judith L. Spanier, Esq.

Brunelle & Hadjikow, P.C.
One Whitehall Street, Suite 1825
New York, NY 10004
Attn: George Brunelle
Timothy P. Kebbe

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Attn: Jonathan D. Martin
Denis J. McInerney
Dana M. Seshens
Karen E. Wagner

Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, New York 10022
Attn: Barton Nachamie, Esq.
Janice B. Grubin, Esq.
Jill L. Makower, Esq.

Mark W. Smith, Esq.
Timothy A. Valliere, Esq.
Smith Valliere PLLC
509 Madison Avenue, 15th Floor
New York, NY 10022

Russell M. Yankwitt
Yankwitt & Associates LLC
One Barker Avenue, Suite 260
White Plains, New York  10601

Goodwin Procter LLP
Larkin M. Morton
The New York Times Building
620 Eighth Avenue
New York, New York  10018

Goodwin Procter LLP
Daniel M. Glosband
53 State Street
Boston, Massachusetts  02109

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York  10019-6092

Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022-6069
Attn:   Stephen Fishbein
        James L. Garrity Jr.
        Richard F. Schwed

Joel L. Herz
Law Office of Joel L. Herz
La Paloma Corporate Center
3573 E. Sunrise Dr., Suite 215
Tucson, Arizona  85718-3206

Bernfeld, Dematteo & Bernfeld, LLP
600 Third Avenue, 15th Floor
New York, New York  10016
Attn:   David B. Bernfeld
        Jeffrey L. Bernfeld

Porzio Bromberg & Newman P.C.
Attn:  Brett S. Moore
100 Southgate Parkway
Morristown, NJ  07962

Stephen Fishbein
James L. Garrity Jr.
Richard F. Schwed
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-6069

Fred W. Reinke
Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C.  20006-1101

Jeffrey G. Tougas
Mayer Brown LLP
1675 Broadway
New York, NY  10019

Seth C. Farber
James P. Smith
Kelly A. Librera
Dewey & LeBoeuf LLp
1301 Avenue of the Americas
New York, NY  10019-6092

Bernard V. Kleinman, Esq.
Alan Berlin, Esq.
Aitken Berlin LLP
Two Gannett Drive
Suite 418
White Plains, NY  10604

Ernest Edward Badway
Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, New York 10017

Martin L. Seidel
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Steven R. Schlesinger
Hale Yazicioglu
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, NY  11530

Hunter T. Carter
Shawanna L. Johnson
Arent Fox LLP
1675 Broadway
New York, NY  10019

Jeremy A. Mellitz
Withers Bergman, LLP
430 Park Avenue, 10th Floor
New York, NY  10022

George Brunelle
Brunelle & Hadjikow, P.C.
One Whitehall Street, 18th Floor
New York New York 10004

Jonathan W. Wolfe
Barbara A. Schweiger
140 Broadway Center
New York, NY  10005

Chester B. Salomon
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue
New York, NY  10171

Richard J. McCord, Esq.
Carol A. Glick, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY  11554

Lee J. Mondshein, Esq.
7600 Jericho Turnpike, Suite 200
Woodbury, New York 11797

Imitiaz A. Siddiqui
Cotchett, Pitre & McCarthy
One Liberty Plaza, 23rd Floor
New York, NY  10006

Steven N. Williams
Cotchett, Pitre & McCarthy
840 Malcom Road, Suite 200
Burlingame, CA  94010

Steven R. Schlesinger, Esq.
Hale Yazcioglu, Esq.
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, NY  11530

Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004