## EXHIBIT A

**(Customer Claim)**

# STROOCK

7001 0320 0005 2739 6159

Via Certified Mail
Return Receipt Requested

June 23, 2009

Danielle Alfonzo Walsman
Direct Dial 212-806-5607
Direct Fax 212-806-2607
dwalsman@stroock.com

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment
   Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

Re:   Jonathan Roth Acct Nos. 1-R0050 and 1-R0157

Dear Mr. Picard:

We are counsel to Jonathan Roth. Please see the attached Customer Claim forms with
attachments for Account Nos. 1-R0050 and 1-R0157.

If you have any questions, please feel free to call me.

Very truly yours,

Danielle Alfonzo Walsman

Enclosures

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: __Jonathan Roth__
Mailing Address: __70-31  108th Street,  Apt 7D__
City: __Forest Hills__        State: __NY__        Zip: __11375__
Account No.: __1R 0050__
Taxpayer I.D. Number (Social Security No.): __059 - 38 - 9156__

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************************

1.    Claim for money balances as of December 11, 2008:

    a.    The Broker owes me a Credit (Cr.) Balance of        $____0____

    b.    I owe the Broker a Debit (Dr.) Balance of        $____0____

    c.    If you wish to repay the Debit Balance,
       please insert the amount you wish to repay and
       attach a check payable to "Irving H. Picard, Esq.,
       Trustee for Bernard L. Madoff Investment Securities LLC."
       If you wish to make a payment, it must be enclosed
       with this claim form.        $_____

    d.    If balance is zero, insert "None."        __None__

2.    Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| *See attached statement dated 11/30/08* | | $8,945,850.00 | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. |  | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  If so, give name of that broker. |  | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: _Stroock & Stroock & Lavan LLP,_
_180 Maiden Lane, New York, NY 10038_
_Attn: Danielle Alfonzo Walsman_

.If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date ___06 / 18 / 09___    Signature _Jonathan David Bott_

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                4



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JONATHAN RUTH
70-21 108TH STREET APT 1D
FOREST HILLS      NY 11375

11/30/08      1-R0050-3-0      *****-9155

| AMOUNT | | DESCRIPTION | MKT PRICE | |
|---|---|---|---|---|
| | | BALANCE FORWARD | | 7,129,701.92 |
| 25,000 | 78344 | BARRICK GOLD CORP | 20-890 | 522,250.00 |
| | | SECURITY POSITIONS | | |
| 20,000 | | APPLE INC | 92.520 | |
| 5,000 | | BARRICK GOLD CORP | 21.455 | |
| 257,000 | | DEVON ENERGY CORP NEW | 72.540 | |
| 84,000 | | MILLIPORE CORP | 50.550 | |
| 25,500 | | NYMA RESORTS LTD | 29.520 | |
| | | MARKET VALUE OF SECURITIES | | |
| | | LONG    SHORT | | |
| 8,945,850.30 | | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JONATHAN ROTH:
70-31 108TH STREET APT 7D
FOREST HILLS      NY   11375

11/30/98        ****9156        1

1-R0050-7-0

BALANCE FORWARD
NEW BALANCE                                    12,358,025.00
                                               12,358,025.00

SECURITY POSITIONS                    MKT. PRICE
APPLE COMPUTER
DEPON ENERGY CORP NEW
MELLPORE CORP
PENN RESOURCES LTD
MARKET VALUE OF SECURITIES
        LONG                8,209,350.00
        SHORT



## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: _Jonathan Roth_
Mailing Address: _70-31 108th Street, Apt 7D_
City: _Forest Hills_        State: _NY_        Zip: _11375_
Account No.: _1-R0157_
Taxpayer I.D. Number (Social Security No.): _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_

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of December 11, 2008:

   a.    The Broker owes me a Credit (Cr.) Balance of        $        0

   b.    I owe the Broker a Debit (Dr.) Balance of        $        0

   c.    If you wish to repay the Debit Balance,
        please insert the amount you wish to repay and
        attach a check payable to "Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC."
        If you wish to make a payment, it must be enclosed
        with this claim form.        $_____

   d.    If balance is zero, insert "None."        _None_

502180406                            1

2.    Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _See attached_ | _account statement dated 11/30/08_ | $1,589,156.32 | |
| | | | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: _Stroock & Stroock & Lavan LLP 180 Maiden Lane, New York, NY 10038 Attn: Danielle Alfonzo Walsman_

502180406

3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please Indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date ___06/18/09___   Signature _____

Date _____   Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                    4



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**  FOR ACCOUNT   NTC  &  CO.
JONATHAN ROTH

70-31 108TH STREET APT 7D
FOREST HILLS    NY  11375

| DATE | | | BALANCE FORWARD | | | | |
|---|---|---|---|---|---|---|---|
| 11/12 | | 4555 | HEWLETT PACKARD CO | 24,900 | | 91,709.32 | |
| 11/12 | 858 | | WAL-MART STORES INC | 55,830 | | 44,357.80 | |
| 11/12 | 561 | | INTERNATIONAL BUSINESS MACHS | 53,270 | | 47,935.14 | |
| 11/12 | 2,442 | | BANK OF AMERICA | | | 49,980.47 | |
| 11/12 | 2,077 | | | 59,580 | | 55,850.22 | |
| 11/12 | 1,089 | 13709 | JOHNSON & JOHNSON | | | 54,925.62 | |
| 11/12 | 1,685 | 13034 | J. P. MORGAN CHASE & CO | 38,530 | | 57,276.05 | |
| 11/12 | | 26668 | COCA COLA CO | 255,670 | | 57,491.42 | |
| 11/12 | 856 | 31012 | MCDONALDS CORP | 28,550 | | 25,598.94 | |
| 11/12 | 225 | | MERCK & CO | 21,830 | | 24,529.90 | |
| 11/12 | | | MICROSOFT CORP | | | 58,499.35 | |
| 11/12 | | | ORACLE CORPORATION | 100,780 | | 36,374.20 | |
| 11/12 | 367 | 55944 | APPLE INC | | | 35,397.14 | |
| 11/12 | 2,583 | 55964 | | | | 35,355.47 | |
| 11/12 | | | | | | 76,177.94 | |
| 11/12 | 429 | 61796 | AMGEN INC | 59,160 | | 25,396.64 | |
| 11/12 | 225 | 65520 | PHILIP MORRIS INTERNATIONAL | 55,600 | | 36,003.00 | |
| 11/12 | | | SCHLUMBERGER LTD | 23,500 | | 22,827.20 | |
| 11/12 | 620 | 69946 | QUALCOMM INC | 53,710 | | 22,351.20 | |
| 11/12 | 2,145 | 70448 | CITI GROUP INC | 12,510 | | 25,913.95 | |

1-R0157-3-0      11/30/08      ******6253      1



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

***DUPLICATE*** FOR ACCOUNT  NTC & CO.
JONATHAN ROTH

70-31 108TH STREET APT 7D
FOREST HILLS    NY  11375

1-R0157-3-0    11/30/08    ********6253    2

| Date | | | | | | | | Security | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/12 | 495 | | | | | 74272 | | SCHLUMBERGER LTD | 49.480 | 24,511.60 |
| 11/12 | 1,159 | | | | | 14774 | | COMCAST CORP | 16.510 | 19,660.88 |
| 11/12 | | | | | | 78998 | | STERLING | | 63,354.00 |
| 11/12 | 594 | | | | | 79100 | | CONOCOPHILLIPS | 52.510 | 31,213.94 |
| 11/12 | 396 | | | | | 82924 | | UNITED PARCEL SVC INC | 52.940 | 20,952.84 |
| 11/12 | 23,409 | | | | | | | |  | | |
| 11/12 | 893 | | | | | 88426 | | CISCO SYSTEMS INC | | |
| 11/12 | | | | | | 87250 | | U S BANCORP | 29.530 | 40,393.57 |
| 11/12 | | | | | | | | CHEVRON CORP | 71.630 | 20,491.29 |
| 11/12 | | | | | | 95902 | | VERIZON ELECTRONIC CORP | | 60,512.73 |
| 11/12 | 1,122 | | | | | | | VERIZON COMMUNICATIONS | 30.430 | 34,164.02 |
| 11/12 | 99 | | | | | 96404 | | GOOGLE | | 337,405.60 |
| 11/12 | | | | | | | | | | 1,474,056.00 |
| 11/12 | | | | | | | | 2/12/2009 | | |
| 11/12 | | | | | | | | FIDELITY SPARTAN | DIV | 78.69 |
| 11/12 | | | | | | | | U.S. TREASURY MONEY MARKET | | |
| 11/12 | 63,344 | | | | | 17909 | | FIDELITY SPARTAN | | 63,344.00 |
| 11/12 | | | | | | | | U.S. TREASURY MONEY MARKET | | |
| 11/12 | | | | | | | | FIDELITY SPARTAN | | 63,344.00 |
| 11/19 | | | | | | | | U.S. TREASURY MONEY MARKET | DIV | 4.46 |

CONTINUED ON PAGE 3



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7393 6222

\*\*DUPLICATE\*\*    FOR ACCOUNT    NTC & CO.
JONATHAN ROTH

70-31 108TH STREET APT 7D
FOREST HILLS    NY  11375

| | | 1-R0157-3-0 | 11/30/08 | \*\*\*\*\*\*6255 | 3 |

| 11/19 | 36,304 | 52776 | FIDELITY SPARTAN | 1 | | 36,304.00 |
| 11/19 | 125,000 | | U.S. TREASURY MONEY MARKET | 99.925 | 124,907.50 | |
| | | | U.S. TREASURY BILL | | | |
| | | | DUE 03/26/2009 | | | |
| 11/19 | 107,259 | 6181 | FIDELITY SPARTAN | | 107,259.00 | |
| | | | U.S. TREASURY MONEY MARKET | | | |
| | | | NEW BALANCE | | 183,911.16 | |
| | 3,365 | | ABBOTT LABORATORIES | 52.866 | | |
| | 627 | | AMGEN INC | 52.390 | | |
| | 429 | | APPLE INC | 55.590 | | |
| | 563 | | BANK OF AMERICA | 15.520 | | |
| | 825 | | CHEVRON CORP | 79.010 | | |
| | 2,409 | | CISCO SYSTEMS INC | 16.550 | | |
| | 1,138 | | COMCAST CORP | 17.340 | | |
| | 4,191 | | GENERAL ELECTRIC CO | 17.170 | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

***DUPLICATE*** FOR ACCOUNT   NTC  & CO.
JONATHAN ROTH

TO-31 108TH STREET APT 7D
FOREST HILLS                NY  11375

11/30/08        *******6253        4

1-R0157-3-0

| | GOOGLE | 292-960 |
| | HEWLETT PACKARD CO | 35-280 |
| | INTERNATIONAL BUSINESS MACHS | 13-300 |
| 1,485 | J.P. MORGAN CHASE & CO | 51-600 |
| 7,092 | JOHNSON & JOHNSON | 58-290 |
| 860 | MERCK & CO | 281-720 |
| 3,135 | MICROSOFT CORP | 20-220 |
| 1,586 | ORACLE CORPORATION | 16-090 |
| | PEPSICO INC | 56-700 |
| | PFIZER INC | 264-300 |
| 825 | PHILLIP MORRIS INTERNATIONAL | 42-160 |
| 1,188 | PROCTER & GAMBLE CO | 64-350 |
| 1,490 | QUALCOMM INC | 33-570 |
| | SCHLUMBERGER LTD | 568-740 |
| 10,269 | FIDELITY SPARTAN | 1 |
| | U.S. TREASURY MONEY MARKET | |
| | UNITED TECHNOLOGIES INC | 872-560 |
| 725,000 | CLASS B | 992-971 |
| | U.S. TREASURY BILL | |
| | DUE 04/23/2009 | |
| 396 | UNITED TECHNOLOGIES CORP | 48-530 |
| | *CONTINUED ON PAGE | |







**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
JONATHAN ROTH

70-31 108TH STREET APT 79
FOREST HILLS      NY  11375

| DATE | | | | | TRANSACTION | | MKT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/12 | | | | | BALANCE FORWARD | | | 91,710.00 |
| 11/12 | 33 | | | 48316 | S & P 100 INDEX | 15,800 | | 52,107.00 |
| 11/19 | 33 | | | 34420 | NOVEMBER 460 CALL | 17-800 | 58,773.90 | |
| | | | | | S & P 100 INDEX | | | |
| 11/19 | 33 | | | 38745 | NOVEMBER 450 PUT | 25 | | 857,767.00 |
| | | | | | S & P 100 INDEX | | | |
| 11/19 | 33 | | | | DECEMBER 420 CALL | 30 | 99,053.00 | |
| | | | | | S & P 100 INDEX | | | |
| 11/19 | 33 | | | 47895 | DECEMBER 420 PUT | | 91,933.00 | |
| | | | | | NOVEMBER 460 CALL | | | |
| 11/19 | | | | 33 | S & P 100 INDEX | 37 | | 122,067.00 |
| | | | | | NOVEMBER 450 PUT | | | |
| | | | | | NEW BALANCE | | | 185,912.00 |
| | | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | | DECEMBER 420 CALL | | | |
| | | | 33 | | S & P 100 INDEX | 26.500 | | |
| | | | | | DECEMBER 420 PUT | | | |
| | | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | | LONG | 54,450.00 | | |
| | | | | | SHORT | 76,800.00 | | |

| TAX LOT | YOUR ACCOUNT NUMBER | STATEMENT DATE |
|---|---|---|
| I | ******6253 | 11/30/08 |

1-R0157-4-0