**CT**
a Wolters Kluwer business

CT
111 Eighth Avenue
13th Floor
New York, NY 10011

212.894.8940 tel

October 22, 2010

Brian K. Esser
Baker & Hostetler LLP
45 Rockefeller Plaza,
NY, NY  10111

Re:  Securities Investor Protection Corporation, Pltf. vs. Bernard L.
Madoff Investment Securities LLC, Dft. // To: Chubb National Insurance
Company

Case No.  08-01789 BRL

Dear Sir/Madam:

After checking our records and the records of the State of NY, it has been
determined that C T Corporation System is not the registered agent for an
entity by the name of Chubb National Insurance Company.

Accordingly, we are returning the documents received from you.

Very truly yours,

Paula Kash
Sr. Process Specialist

Log# 517484483

FedEx Tracking# 790361529630



RECEIVED
OCT 27 2010
U.S. BANKRUPTCY COURT, SDNY

cc:  Southern District of New York: US Bankruptcy Court
     One Bowling Green,
     New York, NY  10004