BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 10, 2010 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**Picard v. Harley International (Cayman) Limited; Adv. Pro. No. 09-1187**

1. Motion for Default Judgment and Summary Judgments Against Harley International (Cayman) Limited filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed: 10/26/2010) [Docket No. 8]

Related Documents:

A. Affidavit of Elizabeth A. Scully In Support Of The Trustee's Motion For Default And Summary Judgments Against Harley International (Cayman) Limited (related document 8) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 10/26/2010) [Docket No. 9]

B. Affidavit of Joseph Looby in Support Of The Trustee's Motion For Default And Summary Judgments Against Harley International (Cayman) Limited (related document 8) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 10/26/2010) [Docket No. 10]

C. Memorandum of Law in Support Of The Trustee's Motion For Default And Summary Judgments Against Harley International (Cayman) Limited (related document 8) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 10/26/2010) [Docket No. 11]

D. Statement of Facts as to Which There is no Genuine Issue to be Tried (related document 8) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 10/26/2010) [Docket No. 12]

E. Affidavit of Service (related documents 8, 9, 10, 11, 12) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 10/27/2010) [Docket No. 13]

F. Affidavit of Elizabeth A. Scully Regarding Service (related documents 8, 9, 10, 11, 12) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 10/28/2010) [Docket No. 14]

Objection Deadline: November 3, 2010

Objections Filed: No Objections Filed

Status: This matter is going forward.

## CONTESTED MATTERS

### SIPC v. BLMIS; Adv. Pro. No. 08-1789

2. Trustee's Motion for an Order Establishing Procedures For the Assignment of Allowed Claims filed by Geraldine E. Ponto on behalf of Irving H. Picard (Filed: 10/21/2010) [Docket No. 3057]

Related Documents:

A. Affidavit of Service of Trustee's Motion for an Order Establishing Procedures For the Assignment of Allowed Claims (related document 3057) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 10/25/2010) [Docket No. 3064]

B. Supplemental Affidavit of Service of Trustee's Motion for an Order Establishing Procedures For the Assignment of Allowed Claims (related document 3057) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 10/25/2010) [Docket No. 3065]

Objection Deadline:   November 4, 2010

Objections Filed:

C. Limited Objection of ASM Capital to Trustee's Motion for an Order Establishing Procedures for the Assignment of Allowed Claims (related document 3057) filed by Kirk L. Brett on behalf of ASM Capital, L.P  (Filed:  10/28/2010) [Docket No. 3057]

Reply Filed:

D. Trustee's Reply In Further Support Of Motion For An Order Establishing Procedures For The Assignment Of Allowed Claims (related document 3057) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed:  11/8/2010) [Docket No. 3129]

E. Affidavit of Service of Trustee's Omnibus Reply to Litigation and Settlement Procedures Motions and the Trustee's Reply In Further Support Of Motion For An Order Establishing Procedures For The Assignment Of Allowed Claims (related documents 3128, 3129) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed:  11/9/2010) [Docket No. 3130]

Status:   This matter is going forward.

3. Trustee's Motion for Entry of an Order (I) Approving Litigation Case Management Procedures for Avoidance Actions and (II) Amending Global Protective Order filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed:  10/21/2010) [Docket No. 3058]

Related Documents:

A. Affidavit of Service of Trustee's Motion for Entry of an Order (I) Approving Litigation Case Management Procedures for Avoidance Actions and (II) Amending Global Protective Order (related document 3058, 3059) filed by Marc

E. Hirschfield on behalf of Irving H. Picard  (Filed:  10/25/2010) [Docket No. 3063]

Objection Deadline:                November 4, 2010

Objections Filed:

B. Objection of Lawrence R. Velvel to Trustee's Premature Motion to Establish, At This Time, Procedural Rules Governing Avoidance Actions (related document 3058) filed by Lawrence Velvel  (Filed:  11/2/2010) [Docket No. 3087]

C. Objection of Lawrence Elins and Malibu Trading and Investing, L.P. to Trustee's Motion for an Order (I) Approving Litigation Procedures for Avoidance Actions and (II) Amending Global Protective Order (related document 3058) filed by Matthew J. Gold on behalf of Lawrence Elins, Malibu Trading and Investing, L.P.  (Filed:  11/4/2010) [Docket No. 3098]

D. Objection to Trustee's Motion for Entry of an Order (I) Approving Litigation Case Management Procedures for Avoidance Actions and (II) Amending Global Protective Order (related document 3058) filed by Chryssa Vilma Beth Valletta on behalf of Alice Barbanel, Herbert Barbanel, Lauri Ann Schwartz-Barbanel  (Filed:  11/4/2010) [Docket No. 3105]

E. Objection to Trustee's Motion for Entry of an Order (I) Approving Litigation Case Management Procedures for Avoidance Actions and (II) Amending Global Protective Order (related document 3058) filed by Karen E. Wagner on behalf of Sterling Equities Associates  (Filed:  11/4/2010) [Docket No. 3107]

F. Objection of Aufzien Investors to Trustee's Motion for Entry of an Order (I) Approving Litigation Case Management Procedures for Avoidance Actions and (II) Amending Global Protective Order (related document 3058) filed by Peter Gregory Schwed on behalf of Alan L. and Norma K. Aufzien, Jonathan M. Aufzien, Lisa S. Aufzien, Meredith Aufzien Bauer, Leslie Aufzien Levine  (Filed: 11/4/2010) [Docket No. 3109]

G. Objection to Trustee's Motion for Entry of an Order (I) Approving Litigation Case Management Procedures for Avoidance Actions and (II) Amending Global Protective Order (related document 3058) filed by Helen Chaitman on behalf of Becker & Poliakoff LLP Clients  (Filed:  11/4/2010) [Docket No. 3110]

H. Joinder to Trustee's Motion for Entry of an Order (I) Approving Litigation Case Management Procedures for Avoidance Actions and (II) Amending Global Protective Order (related document 3058) filed by Carole Neville on behalf of SNR Denton Customers  (Filed:  11/4/2010) [Docket No. 3112]

I.  Opposition to Trustee's Motion for Entry of an Order (I) Approving Litigation Case Management Procedures for Avoidance Actions and (II) Amending Global Protective Order (related document 3058) filed by Jonathan M. Landers on behalf of Albert J. Goldstein U/W FBO Ruth E. Goldstein TTEE, Ann Denver, Norton Eisenberg, Export Technicians, Inc., Stephen R. Goldenberg, Judith Rock Goldman, Jerry Guberman, Anita Karimian, Michael Mathias, Stacey Mathias, Martin Rappaport, Paul J Robinson, Bernard Seldon, Harold A. Thau, The Aspen Company  (Filed:  11/4/2010) [Docket No. 3113]

J.  Certificate of Service of Opposition to Trustee's Motion for Entry of an Order (I) Approving Litigation Case Management Procedures for Avoidance Actions and (II) Amending Global Protective Order (related document 3113) filed by Jonathan M. Landers on behalf of Albert J. Goldstein U/W FBO Ruth E. Goldstein TTEE, Ann Denver, Norton Eisenberg, Export Technicians, Inc., Stephen R. Goldenberg, Judith Rock Goldman, Jerry Guberman, Anita Karimian, Michael Mathias, Stacey Mathias, Martin Rappaport, Paul J Robinson, Bernard Seldon, Harold A. Thau, The Aspen Company  (Filed:  11/4/2010) [Docket No. 3114]

K.  Objection to Trustee's Motion for Entry of an Order (I) Approving Litigation Case Management Procedures for Avoidance Actions and (II) Amending Global Protective Order (related document 3058) filed by Brian Maddox on behalf of Mary Albanese, Gordon Bennett, Brow Family Partnership, Allan Goldstein, Laurence and Suzanne Kaye, Rose Less  (Filed:  11/4/2010) [Docket No. 3115]

L.  Letter from Network for Investor Action & Protection to Judge Lifland dated November 4, 2010 in opposition to Trustee's Motion for Entry of an Order (I) Approving Litigation Case Management Procedures for Avoidance Actions and (II) Amending Global Protective Order (related document 3058) (not filed on Court's docket)

Reply Filed:

L.  Trustee's Omnibus Reply To Objections To (A) Motion For Entry Of An Order (I) Approving Litigation Case Management Procedures For Avoidance Actions And (II) Amending Global Protective Order; And (B) Trustee's Motion For An Order Pursuant Section 105(A) Of The United States Bankruptcy Code And Rules 2002 And 9019 Of The Federal Rules Of Bankruptcy Procedure Establishing Procedures For The Approval Of Settlements (related documents 3058, 3059) filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed:  11/8/2010) [Docket No. 3128]

M.  Affidavit of Service of Trustee's Omnibus Reply to Litigation and Settlement Procedures Motions and the Trustee's Reply In Further Support Of Motion For An Order Establishing Procedures For The Assignment Of Allowed Claims (related documents 3128, 3129) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed:  11/9/2010) (See Tab 2E) ([Docket No. 3130]

300112699                                            - 5 -

    Status:    This matter is going forward.

4. Trustee's Trustee's Motion For an Order Pursuant to Section 105(a) of The United States Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Establishing Procedures For Approval of Settlements filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed:  10/21/2010) [Docket No. 3059]

    Related Documents:

    A.    Affidavit of Service of Trustee's Motion for Entry of an Order (I) Approving Litigation Case Management Procedures for Avoidance Actions and (II) Amending Global Protective Order (related document 3058, 3059) filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed:  10/25/2010) [Docket No. 3063]

    Objection Deadline:    November 4, 2010

    Objections Filed:

    B.    Objection of Lawrence Elins and Malibu Trading and Investing, L.P. to Trustee's Motion for an Order Establishing Procedures for Approval of Settlements (related document 3059) filed by Matthew J. Gold on behalf of Lawrence Elins, Malibu Trading and Investing, L.P.  (Filed:  11/4/2010) [Docket No. 3101]

    C.    Objection to Trustee's Motion for an Order Establishing Settlement Procedures (related document 3059) filed by Helen Chaitman on behalf of Becker & Poliakoff LLP Clients  (Filed:  11/4/2010) [Docket No. 3111]

    Reply Filed:

    D.    Trustee's Omnibus Reply To Objections To (A) Motion For Entry Of An Order (I) Approving Litigation Case Management Procedures For Avoidance Actions And (II) Amending Global Protective Order; And (B) Trustee's Motion For An Order Pursuant Section 105(A) Of The United States Bankruptcy Code And Rules 2002 And 9019 Of The Federal Rules Of Bankruptcy Procedure Establishing Procedures For The Approval Of Settlements (related documents 3058 , 3059) filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed:  11/8/2010) [Docket No. 3128]

    E.    Affidavit of Service of Trustee's Omnibus Reply to Litigation and Settlement Procedures Motions and the Trustee's Reply In Further Support Of Motion For An Order Establishing Procedures For The Assignment Of Allowed Claims (related documents 3128, 3129) filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed:  11/9/2010) (See Tab 2E) ([Docket No. 3130]

Status:    This matter is going forward.

5.  Additional Filings:

   A.  Notice of Adjournment of Hearing on the (a) Trustee's Motion for Entry of Order (I) Approving Litigation Case Management Procedures For Avoidance Actions and (II) Amending Global Protective Order, and (b) Trustee's Motion For an Order Pursuant to Section 105(a) of the United States Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedures Establishing Procedures For Approval of Settlements (related documents 3058, 3059 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard.  (Filed:  10/25/2010) [Docket No. 3066]

   B.  Affidavit of Service of Notice of Adjournment of Hearing on the (a) Trustee's Motion for Entry of Order (I) Approving Litigation Case Management Procedures For Avoidance Actions and (II) Amending Global Protective Order, and (b) Trustee's Motion For an Order Pursuant to Section 105(a) of the United States Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedures Establishing Procedures For Approval of Settlements (related document 3066) filed by Marc E. Hirschfield on behalf of Irving H. Picard.  (Filed: 10/26/2010) [Docket No. 3075]

   C.  Notice of Adjournment of Hearing on the Trustee's Motion for an Order Establishing Procedures For the Assignment of Allowed Claims (related document 3057 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed:  11/2/2010) [Docket No. 3085]

   D.  Affidavit of Service of Notice of Adjournment of Hearing on Trustee's Motion for an Order Establishing Procedures for the Assignment of Allowed Claims (related document 3085 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed:  11/8/2010) [Docket No. 3124]

   Status:    This matter is going forward.

Dated: New York, New York  
       November 9, 2010

Respectfully submitted,

/s/ *Marc E. Hirschfield*

BAKER & HOSTETLER LLP  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone:    (212) 589-4200  
Facsimile:    (212) 589-4201  
David J. Sheehan, Esq.  
Email: dsheehan@bakerlaw.com  
Marc Hirschfield, Esq.  
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*