Hearing Date: November 10, 2010
Hearing Time: 10:00 a.m.

KING & SPALDING LLP
Richard A. Cirillo
Lauren W. Mitchell
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: 212-556-2100
*Attorneys for National Bank of Kuwait, S.A.K.,*
*NBK Banque Privée (Suisse) SA, and Lemania SICAV-SIF*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Claimant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

**JOINDER IN OBJECTION TO TRUSTEE'S MOTION FOR ENTRY OF**
**AN ORDER (I) APPROVING LITIGATION CASE MANAGEMENT PROCEDURES**
**FOR AVOIDANCE ACTIONS AND (II) AMENDING GLOBAL PROTECTIVE ORDER**

On behalf of National Bank of Kuwait S.A.K, NBK Banque Privée (Suisse) SA, and Lemania SICAV-SIF and reserving all defenses, the undersigned joins in the Objection to Trustee's Motion for Entry of an Order (i) Approving Litigation Case Management Procedures for Avoidance Actions and (ii) Amending Global Protective Order filed by Sterling Equities Associates and certain affiliates by their counsel Davis Polk & Wardwell LLP on November 4,

2010 (Adv. Pro. No. 08-01789, Dkt. 3107).

Dated: New York, NY
       November 9, 2010

                                  KING & SPALDING LLP

                                  by _____
                                      Richard A. Cirillo
                                      Lauren W. Mitchell
                                1185 Avenue of the Americas
                                New York, NY 10036-4003
                                Telephone: 212-556-2100
                                Telecopier: 212-556-2222

                                *Attorneys for the NBK Investors*