
**David Gross**
7248 Ballantrae Ct
Boca Raton, FL 33496



10/10/31

IRVING H, PICARD TRUSTEE
BAKER & HOSTETER
45 ROCKEFELLER PLAZXA
NEW YORK, N.Y. 10111

CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR
YHE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NEW YORK 10004

REFERENCE BANKRUPTCY CASE NO. 08-1789 (BR

TO ALL WHOM IT MAY CONCERN, (LIFLAND, J.)

ALL THE ENCLOSED DOCUMENTS RECEIVED FROM THE TRUSTEE
DATED OCTOBER 8, 2010 AND OCTOBER 25, 2010 PERTAINING TO
NOTICE OF REVISED DETERMINATION OF CLAIM

## I DAVID GROSS DISAGREE WITH THE TRUSTEE'S DETERMINATION FOR BOTH LETTER REFERRED TO.

AT THIS TIME I AM ENCLOSING ONE COPY OF TWO TRANSACTIONS
REFERENCED AND IDENTIFIED BY ACCOUNT NUMBER 1-CM302-3
IN THE NAME OF DAVID GROSS WHICH REPRESENTED MY
I R A RETIREMENT ACCOUNT.INDICATING THAT BERNARD L.
MADOFF INVESTMENT SECURITIES LLC WAS A MEMBER OF
THE FOLOWING FINRA  NSX  SIPC  DTC PLUS MAILING ADDRESS
AND TELEPHONE NUMBER. I DID INQUIRE WITH ONE OF THEM AND
WAS ASSURED THAT THE INTEGRITY OF THE FIRM WAS AN OLD TIME
RELIABLE COMPANY. I NEVER QUESTIONED THE REAL MEANINGS OF
BEING A MEMBER OF THE TRADE ON THE SLIPS REALLY MEANT

I AM ENCLOSING A COPY OF TWO TRANSACTIONS INDICATING
ALL THE SAME ABOVE INFORMATION . THIS IS FOR A DIFFERENT
ACCOUNT 1-CM404-3 NAME ON THE ACCOUNT ID DAVID GROSS
IRMA GROSS J/T WROS

ENCLODED IS A COPY OF A LETTER DATED OCTOBER 18, 2010
GIVING A LITLE OF MY INTRODUCTION TO COMAD AND BMLIS.
WHICH I PREVIOUSLY SENT TO PICARD AND THE COURT.

I WROTE THE LETTER OF TH 18TH 0F OCTOBER AFTER I RECEIVED
THE CORRESPONDENCE DATED OCTOBER 8, 2010 FROM THE
TRUSTEE. GIVIING A DETERMINATION OF CLAIM WHICH DISAGREE
WITH. SHOULD YOU EXAMINE SOME OF THE NUMBERS YOU WILL
SEE TRANSACTION FROM 1CM0130 OF WHICH I DO NOT
RECOGNISE. PLUS THE NUMBERS DO NOT MAKE SCENSE  TO
DAVID GROSS/ THE PROPER DISREIBUTION SHOULD BE

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

ACCOUNTED FOR BY THE ACTURARY RETIREMENT ACCOUNTS.
THESE NUMBERS COULD BE AS GOOD AS BLMIS NUMBERS
AS INDICATIG PURCHASES AND NUMBERS. WHY SHOULD
I ACCEPT ANYTHING NOW THAT SUPPOSINGLY NOT TRUE
IN THE PAST. WHAT MAKES IT SO AT PRESENT WHEN THEY
WERE ABLE TO DISIPATE FUNDS TO THEIR CONVIENCE.

THE PRESENT LETTER IS INSPIRED TO ME WITH THE LETTER
OF OCTOBER 25, 2010 ALSO INDICATING

**NOTICE OF TRUSTEE;S REVISED DETERMINATION
OF CLAIM**

**SINCE BLMIS WAS ABLE TO MINIPULATE NUMBERS
TO SUITE THEMSELFS OR HIS FIRM THERE IS NO WAY
I COULD SAY HOW THEY APPLIED MY CONTRIBUTIONS.**

<u>I DEFINETLY DISAGREE WITH THEIR DECISSION
PERTAING TO THE FOLLOING ACCOUNT
1-CM302-1    AND    1-CM404-3</u>

ENCLOSED IS A COPY OF A COMMENT OF NET EQUITY.

ONE OF THE BEST BENEFICUARIES OF MY YEARLY FINANCIAL
STATEMENTS WAS THE STATE OF NEW YORK AND THE
INTERNAL REVENUE. I BELIEVE THAT THE TRUSTEE CLAIMS
ETC. AND ETC. I AM ENTITLED TO THE MILLIONS I PAID
IN TAXES WHICH DULY NOT COMING TO THOSE THAT
BENEFIT FROM THE FRAUD, PLEASE ADVISE ME OF THE
JUSTICE OF IT ALL.

SINCERELY,    *[signature]*

DAVID GROSS
7248 BALLANTRAE CT.
BOCA RATON FL. 33496    561 483 4543

P.S. ALL HELP WOULD BR APPRECIATED IN IGNORING THE
TRUSTEE'S DETERMINATION OF CLAIM IN RESPECT TO
DAVID GROSS AND DAVIDGROSS / IRMA GROSS ACCOUNT