

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

Monday, October 18, 2010\\

CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK. NEW YORK 10004

IRVING H. PICARD TRUSTEE
C/O BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA
NW YORK, NEW YORK  10111

RECEIVED NOV - 8 2010 U.S. BANKRUPTCY COURT, SDNY

TO ALL CONCERNED IN REFERENCE TO THE LETTER OF OCTOBER 8. 2010

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**
  IN LIQUIDATION  DECEMBER 11, 2008
**NOTICE OF TRUSTEE'S REVISED DETERMINATION OF CLAIM**

I DAVID GROSS 7248 BALLANTRAE CT. BOCA RATON ,FLORIDA 33496, PHONE 561 483 4543 DISAGREE WITH THE TRUSTEE'S DETERMINATION

I WILL TRY TO GIVE YOU A LITTLE BACK GROUND OF MY INTRODUCTION TO BLMIS INVESTMENTS.

SOMETIME IN THE YEARS OF 1980'S , I MET AN INDIVIDUAL BY THE NAME OF RICHARD SPRING, WHO AT THE TIME WAS REPRESENTING HIMSELF TO RAISE MONEY FOR A VERY GOOD OPPORTUNITY FOR AN INVESTMENT. IT SEEMED HE HAD LOST OR LEFT HIS POSITION REPRESENTING AN ESTATE.

AT THIS TIME, I WAS TOLD THAT IT WOULD HELP GET HIM STARTED AGAIN AND HE WAS VERY TRUST WORTHY AND . COMPETENT.

AT THIS TIME I,  DAVID GROSS GAVE A CHECK FOR 100,000 THOUSAND DOLLARS TO HIS NAME. I WAS THEN ADVISED THAT THIS SUM OF DOLLARS WAS PUT TOGETHER WITH AN ACCOUNT THAT I WAS PART OF. I ACCEPETED HIS WORD AND TRUSTED HIM. AT THE END OF THE YEAR  I WAS TOLD THAT MY INVESTMENT WAS VERY SECURE AND I EARNED ABOUT 15% AND AT THE TIME GAVE ME A NUMBER TO REPORT FOR INCOME TAX PURPOSES. THE RETURN WAS  THAT GOOD , I KEPT ON GIVING

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

G

HIM MONIES TO INCREASE MY INVESTMENT EACH YEAR BECAUSE ,I LIKED THE FIGURES I WAS GIVEN AT THE TIME WHICH WAS INCREASING MY WORTH. PLUS MY CONTRIBUTING TAXES TO NEW YORK STATE AND THE FEDERAL GOVERMENT.

AFTER A FEW YEARS, I MADE A REQUEST OF MR. RICHARD SPRING THAT , I HAD CONSIDERABLE FUNDS WITH HIM AND THAT I WANTED TO KNOW WHERE MY MONIES WAS,  SINCE I AM REPORTING SUMS OF MONEY AS ORDINARY INCOME.

THIS TIME , HE MADE ARRANGEMENTS FOR ME TO  GO TO A FIRM BY THE NAME OF COMAD, WHICH HE WAS AFFILIATED WITH. I DAVID GROSS MADE AN APPOINTMENT TO MEET , A PERSON BY THE NAME OF SONNY COHN AT CO MAD. UPON MY MEETING MR. COHN  HE TOOK ME FROM FLOOR TO FLOOR SHOWING ME THE OPERATION  WITH A LOT OF EMPLOYEES TRADING IN THE  STOCK MARKET . THIS  MADE ME FEEL COMFORTABLE THAT THIS WAS A VERY GOOD OPERATION

TO ASSURE ME, AND TO BUILD MY CONFIDENCE AT THIS TIME, I WAS ADVISED THAT I WOULD HAVE MY OWN ACCOUNTS AND WOULD BE RECEIVING MONTHLY REPORTS FROM THEN ON.

FROM , THAT TIME ON, I RECIEVED REPORTS ON ACCOUNTS 1-CM404-3  AND 1-CM302-3 INDICATING TRADE PLUS A MONTHLY STATEMENT, ( ENCLOSING A COPY OF TRADE DOCUMENTS SHOWING AS A MEMBER OF FINRA- NSX- SIPC - NSCC- DTC- ) I STILL DO NOT KNOW WHAT THESE MEAN OR THERE RESPONSIBILITIES)

I DID NOT UNDERSTAND THE STATEMENTS AND ALL THE STOCK TRADES, I WAS REFERRED TO SOMEONE WHO WOULD LOOK OUT FOR ME.

I AGREED THAT  ALL TRADES AND STATEMENTS WERE SENT TO SOSNIK,BELL & CO LLC ONE PARKER PLAZA, FORT LEE, NEW JERSEY 07024  TELEPHONE NUMBERS 201-461-6464 ---FAX 201 461 6864 -- 201-618-6864 -- THE PEOPLE HANDLING MY ACCOUNTS  FOR ME TO CONTACT IS TO BE LARRY BELL OR SCOTT SOSNICK.

SOSNIK & BELL PREPARED THE PAPERS AND REPORT
WHAT I SHOULD BE PAYING FROM THE BLMIS EARNINGS.

ENCLOSED WITH MY OBJECTION IS A COPY I ADDRESSED
AT THE TOP OF THIS LETTER.

AT THE PRESENT I AM NOT FAMILIAR WITH ACCOUNT
1CM05130 AND DO NOT HAVE THE ABILITY TO QUESTION
THE TRUSTEE THE NUMBERS FOR MORE OR LESS.
I DO RECALL THAT I HAD WITH DIFFERENT MUTUAL FUND
I R A MONIES AND TURNED THEM OVER TO BLMIS TO
HAVE IT TRANSFERRED TO AN IRA SET WITH RETIREMENT
COMPANY WHICH HANDLED THE PAPER WORK ,
DESIGNATING ALL FUNDS TO BLMIS. I LIKED THE
RETURNS ON INVESTMENT , THEREFORE ,I PUT ALL MY
OTHER IRA MONIES WITH MADOFF THROUGH RETIREMENT,
I DO KNOW , I DID HAVE SIGNIFICANT MONIES IN IRA'S
AND DO NOT HAVE THE MEMORY FOR ALL THESE
TRANSACTIONS.

AT THIS TIME, THE GREATEST BENEFICUIARY OF MY
ACCOUNT WAS THE FEDERAL GOVERMENT AND NEW
YORK STATE IN WHICH I CONTRIBUTED MILLIONS.

I FEEL THERE HAS BEEN, AN INJUSTICE TO ME BECAUSE
ALL THE CONFIDENCE AND TRUST WITH GOVERMENT
AGENCIES I WAS SUBCONSCIOUS TO, AS I DID WITH
OTHERS I, TRUSTED.

SINCERELY,

DAVID GROSS



David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422