LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Tel: 212-407-4000
P. Gregory Schwed
Daniel B. Besikof

*Attorneys for Alan L. Aufzien, Norma K. Aufzien, Jonathan M. Aufzien, Lisa S. Aufzien, Leslie Aufzien Levine and Meredith Aufzien Bauer*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                                                         :
SECURITIES INVESTOR PROTECTION                           :
CORPORATION,                                             :
                                                         :  SIPA Liquidation
                            Plaintiff,                   :  (Substantively Consolidated)
                                                         :  Adv. Proc. No. 08-01789-BRL
            v.                                           :
                                                         :
BERNARD L. MADOFF INVESTMENT                             :
SECURITIES LLC                                           :
                                                         :
                            Defendant.                   :
---------------------------------------------------------X
                                                         :
In re:                                                   :
                                                         :
BERNARD L. MADOFF,                                       :
                                                         :
                            Debtor.                      :
                                                         :
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Daniel B. Besikof, a member in good standing of the Bar of the State of New York, pursuant to 28 U.S.C. § 1746, certify under penalty of perjury that on November 4, 2010, I caused true and correct copies of OBJECTION OF AUFZIEN INVESTORS TO TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING LITIGATION CASE

NY872166.1
666666-66666

MANAGEMENT PROCEDURES FOR AVOIDANCE ACTIONS AND (II) AMENDING GLOBAL PROTECTIVE ORDER to be served upon the parties listed on the attached service list by first class mail.

Dated: November 9, 2010          By: _____
                                      Daniel B. Besikof

**SERVICE LIST**

Baker & Hostetler LLP
Counsel for the Trustee
45 Rockefeller Plaza
New York, New York 10111
Attention: Marc E. Hirschfield, Esq.

Securities Investor Protection Corporation
805 Fifteenth Street NW, Suite 800
Washington, DC 20005
Attention: Kevin H. Ball, Esq.