Helen Davis Chaitman (4266)
BECKER & POLIAKOFF, LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com
Attorneys for Ryan Murray, Callie Murray,
Brett Palmer, Blake Palmer, Oscar Palmer,
Sophia Palmer, Dana LeFavor, Heidi Holmers,
Kelly Burich, Boyer F. Palmer, and Megan Burich

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br><br>**CERTIFICATE OF SERVICE** |

     I, Lourdes Blanco, hereby certify that on November 10, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of Ryan Murray, Callie Murray, Brett Palmer, Blake Palmer, Oscar Palmer, Sophia Palmer, Dana LeFavor, Heidi Holmers, Kelly Burich, Boyer F. Palmer, and Megan Burich to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

> David J. Sheehan, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> dsheehan@bakerlaw.com

Dated: November 10, 2010

                                                                     */s/ Lourdes Blanco*