**LOWENSTEIN SANDLER PC**
Bruce Buechler, Esq. (BB 0324)
Nicole Stefanelli, Esq. (NS 4100)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

   -and-

1251 Avenue of the Americas, 18th Floor
New York, NY  10020
Tel: (212) 262-6700
Fax: (212) 262-7402

*Attorneys for Judaic Heritage Foundation, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |

### CERTIFICATION OF SERVICE

24349/2
11/11/2010 **16097929**.**1**

I, Nicole Stefanelli, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am an associate with the law firm of Lowenstein Sandler PC, Attorneys for Judaic Heritage Foundation, Inc..

2. On November 11, 2010, I caused a true and correct copy of the Objection to Trustee's Determination of Claim of Judaic Heritage Foundation, Inc. to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and by First Class Mail upon:

> Irving H. Picard, Trustee
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111
>
> Lesley F. Portnoy, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

Dated:   November 11, 2010               */s/ Nicole Stefanelli*
                                          Nicole Stefanelli