**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Philip R. White, Esq.
One Rockefeller Plaza
New York, New York 10020
Tel.: (212) 643-7000

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff | No. 08-01789 (BRL) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC. | |
| Defendant. | |

### CERTIFICATION OF SERVICE

PETER CALHOUN, of full age, certifies as follows:

I am a paralegal employed with the firm of Sills Cummis & Gross P.C.

On November 11, 2010, Objections to the Trustee's Revised Determination of Claim and Requests for a Hearing were filed electronically with the United States Bankruptcy Court for the Southern District of New York on behalf of the following parties:

1. Emily Chais Trust No. 2;
2. Mark Hugh Chais Trust No. 2; and
3. William Frederick Chais Trust No. 2.

In addition to the parties that were served electronically with a Notice of Electronic Filing by the Court, the following parties were sent the foregoing documents, on November 11, 2010 via Federal Express overnight mail:

1800615 v3

|  |  |  |
|---|---|---|
| Irving H. Picard, Trustee<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 | and | Clerk of the Court<br>U.S. Bankruptcy Court, SDNY<br>One Bowling Green<br>New York, NY 10004-1408 |

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements by me are willfully false, I am subject to punishment.

Dated: November 11, 2010

*Peter Calhoun*
PETER CALHOUN