MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone:    212-309-6000
Bernard J. Garbutt III
Menachem O. Zelmanovitz
Andrew D. Gottfried
Michael S. Kraut

*Attorneys for The Kostin Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | |
| Plaintiff, | : | Adv. Pro. No. 08-01789 (BRL) |
| v. | : | |
| | : | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | |
| Defendant. | : | |

---------------------------------------------------------X

**NOTICE OF APPEARANCE, REQUEST FOR
SERVICE OF PAPERS AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE** that the Kostin Company, through its undersigned counsel, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9010(b) of the Bankruptcy Rules, and requests that all notices given or required to be given in these cases, and all pleadings and other documents served and required to be served herein, be given to and served upon:

> Bernard J. Garbutt III, Esq.
> Menachem O. Zelmanovitz, Esq.
> Morgan, Lewis & Bockius LLP
> 101 Park Avenue
> New York, New York  10178-0060
> Telephone No.:  (212) 309-6000
> Telecopier No.:  (212) 309-6001
> E-mail:    bgarbutt@morganlewis.com
>                mzelmanovitz@morganlewis.com

DB1/66013059.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, neither this notice nor any later appearance, pleading, claim or suit shall waive the Kostin Company's right (i) to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (iv) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Kostin Company is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:   New York, New York
         November 11, 2010

                                    MORGAN, LEWIS & BOCKIUS LLP

                                    By:   /s/ Bernard J. Garbutt III
                                          Bernard J. Garbutt III
                                          Menachem O. Zelmanovitz
                                    101 Park Avenue
                                    New York, New York 10178
                                    (212) 309-6000
                                    *Attorneys for The Kostin Company*

TO:

    Clerk of the United States Bankruptcy Court for
    the Southern District of New York
    One Bowling Green
    New York, NY 10004

    Irving H. Picard, Trustee
    c/o Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, NY 10111

DB1/66013059.1