# EXHIBIT B

ACCOUNT # 1-01125-3    THE KOSTIN CO

REPORT FOR THE PERIOD FROM 1/01/89 TO 12/31/89

| | |
|---|---|
| INITIAL INVESTMENT | 5,192,347.90CR |
| PROFITS UNDER EXPECTED RETURN FOR PREVIOUS YEAR | 4,065,729.99 |
| ADJUSTMENTS | |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| NET WORKING CAPITAL | 5,192,347.90CR |
| EXPECTED RATE OF RETURN 32% | |
| EXPECTED RETURN FOR 365 DAYS | |
| REALIZED P/L | 1,661,551.33CR |
| UNREALIZED P/L | 1,057,216.55CR |
| PROFITS WITHDRAWN | 10,600,990.70CR |
| OVER/UNDER EXPECTED RETURN FOR CURRENT YEAR | 9,996,656.02 |
| CURRENT CASH BALANCE | 8,081,457.74 |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 20,866,283.00 |
| TOTAL EQUITY | 12,784,825.26CR |