# EXHIBIT C

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****1870
PAGE: 1

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                CT    06820

YOUR ACCOUNT NUMBER: 1-K0060-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 146,155,014.47 | |
| 11/03 | | | | OCT MARGIN INTEREST | INT | 318,692.17 | |
| 11/03 | | | | FREEPORT MCMORAN COMMON DIV 10/15/08 11/01/08 | DIV | | 80,262.50 |
| 11/03 | | | | DIV ADJ 10/15/08 11/01/08 FCX | JRNL | 80,262.50 | |
| 11/03 | | | | J C PENNEY CO INC DIV 10/10/08 11/01/08 | DIV | | 15,000.00 |
| 11/03 | | | | DIV ADJ 10/10/08 11/01/08 JCP | JRNL | 16,000.00 | |
| 11/21 | 50,000 | | 78342 | BARRICK GOLD CORP | 20.890 | 1,044,500.00 | |
| 11/21 | | | | APACHE CORP DIV 10/22/08 11/21/08 | DIV | | 11,250.00 |
| 11/21 | | | | DIV ADJ 10/22/08 11/21/08 APA | JRNL | 11,250.00 | |
| 11/25 | 50,000 | | 78352 | NATIONAL OILWELL INC | 18.120 | 906,000.00 | |
| 11/28 | | 179,000 | | ANHEUSER BUSCH COS INC TRANS FROM TO ACCT | DELV | | 11,324,070.00 |
| | | | | NEW BALANCE | | 137,100,136.64 | |

| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 115,000 | | | AMAZON COM INC | 42.700 | | |
| | 75,000 | | | APACHE CORP | 77.300 | | |
| | 50,000 | | | BARRICK GOLD CORP | 29.450 | | |
| | 70,000 | | | CONWAY INC | 27.970 | | |
| | 75,000 | | | DEVON ENERGY CORP NEW | 72.340 | | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
MADF INVESTMENT SECURITIES LLC
New York □ London

805 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE KOSTIN CO

C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                CT   06820

| PAGE | PREVIOUS BRKDBG | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER |
|---|---|---|---|
| 2 | 11/30/08 | ******1870 | 1-K0060-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 160,525 |  |  | FREEPORT MCMORAN COMMON | 23.990 |  |  |
|  | 95,000 |  |  | GENENTECH INC | 76.600 |  |  |
|  | 50,000 |  |  | GOOGLE | 292.960 |  |  |
|  | 50,000 |  |  | HESS CORP | 54.040 |  |  |
|  | 120,000 |  |  | HEWLETT PACKARD CO | 35.280 |  |  |
|  | 1,196,052 |  |  | INTEL CORP | 13.800 |  |  |
|  | 170,000 |  |  | MEDCO HEALTH SOLUTIONS INC | 42 |  |  |
|  | 50,000 |  |  | NATIONAL OILWELL INC | 28.290 |  |  |
|  | 80,000 |  |  | J C PENNEY CO INC | 18.990 |  |  |
|  | 352,500 |  |  | RESEARCH IN MOTION LTD | 42.470 |  |  |
|  | 187,500 |  |  | REYNOLDS AMERICAN INC | 41.080 |  |  |
|  | 435,000 |  |  | SANDISK CORP | 8 |  |  |
|  | 50,000 |  |  | TARGET CORP | 33.760 |  |  |
|  | 150,000 |  |  | TOLL BROTHERS INC | 19.930 |  |  |
|  | 413,000 |  |  | WELLS FARGO & CO NEW | 28.890 |  |  |
|  | 250,000 |  |  | WYNN RESORTS LTD | 39.320 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES |  |  |  |
|  |  |  |  | LONG                      SHORT |  |  |  |
|  |  |  |  | 131,910,057.35 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliates with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN            CT   06820

PAGE: 3
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1870
YOUR ACCOUNT NUMBER: 1-K0060-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 1,792,222.76 |
| | | | | MARGIN INTEREST | | 3,892,367.31 | |
| | | | | GROSS PROCEEDS FROM SALES | | | 97,561,680.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 486-8061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT    06820

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1870
YOUR ACCOUNT NUMBER: 1-K0060-T-0
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 227,859,677.17 |
| 11/03 | | | | FREEPORT MCMORAN COMMON | | | |
| 11/03 | | | | DIV 10/15/08 11/01/08 | DIV | 80,262.50 | 80,262.50 |
| 11/03 | | | | DIV ADJ 10/15/08 11/01/08 FCX | JRNL | | |
| | | | | J C PENNEY CO INC | DIV | 16,000.00 | 15,000.00 |
| 11/03 | | | | DIV 10/10/08 11/01/08 | | | |
| 11/21 | | | | DIV ADJ 10/10/08 11/01/08 JCP | JRNL | | |
| | | | | APACHE CORP | DIV | 11,250.00 | 11,250.00 |
| 11/21 | | | | DIV 10/22/08 11/21/08 | | | |
| 11/28 | 179,000 | | | DIV ADJ 10/22/08 11/21/08 APA | JRNL | | |
| | | | | ANHEUSER BUSCH COS INC | RECD | 11,324,070.00 | |
| | | | | TRANS TO 30 ACCT | | | |
| | | | | NEW BALANCE | | | 216,535,607.17 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 115,000 | | AMAZON COM INC | 42.700 | | |
| | | 75,000 | | APACHE CORP | 77.300 | | |
| | | 70,000 | | CONWAY INC | 27.970 | | |
| | | 75,000 | | DEVON ENERGY CORP NEW | 72.340 | | |
| | | 160,525 | | FREEPORT MCMORAN COMMON | 23.990 | | |
| | | 95,000 | | GENENTECH INC | 76.600 | | |
| | | 50,000 | | GOOGLE | 292.960 | | |
| | | 50,000 | | HESS CORP | 54.040 | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ◊ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                CT 06820

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-K0060-7-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****1870
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | 120,000 | | HEWLETT PACKARD CO | 35.280 | | |
| | | 1,196,052 | | INTEL CORP | 13.800 | | |
| | | 80,000 | | J C PENNEY CO INC | 18.990 | | |
| | | 352,500 | | RESEARCH IN MOTION LTD | 42.470 | | |
| | | 187,500 | | REYNOLDS AMERICAN INC | 41.030 | | |
| | | 435,000 | | SANDISK CORP | 8 | | |
| | | 60,000 | | TARGET CORP | 33.760 | | |
| | | 150,000 | | TOLL BROTHERS INC | 19.930 | | |
| | | 250,000 | | WYNN RESORTS LTD | 39.820 | | |
| | | | | MARKET VALUE OF SECURITIES  SHORT | | | |
| | | | | LONG     109,950,987.35- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ◊ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PAGE: 3
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1870
YOUR ACCOUNT NUMBER: 1-K0060-7-0

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                    CT   06820

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
|      |   |   |   | YEAR-TO-DATE SUMMARY | | | |
|      |   |   |   | DIVIDENDS | | | 227,859,677.17 |
|      |   |   |   | GROSS PROCEEDS FROM SALES | | 599,903.69 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MDM INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                CT  06820

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1870
YOUR ACCOUNT NUMBER: 1-K0060-8-0
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 77,981,071.86 |
| | | | | NEW BALANCE | | | 77,981,071.86 |
| | | 550,000 | | SECURITY POSITIONS SPDR TRUST SER 1 UNITS | MKT PRICE 89.950 | | |
| | | | | MARKET VALUE OF SECURITIES LONG     SHORT 58,467,500.00— | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1 8DT
Tel 020 7493 6222

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                CT    06820

PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******1870
YOUR ACCOUNT NUMBER 1-K0060-9-0
PAGE 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | GROSS PROCEEDS FROM SALES | | | 77,988,420.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES