# EXHIBIT D

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____ *N/A*_____

HOME: *203-655-1681*

Taxpayer I.D. Number (Social Security No.)
*06-0891870*

Account Number:   1K0060
THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN, CT  06820

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

**********************************************************************

1.   Claim for money balances as of December 11, 2008 :    *See account*
     a.   The Broker owes me a Credit (Cr.) Balance of    *Statement attached.*
          $_____
     b.   I owe the Broker a Debit (Dr.) Balance of    $_____ *0*

c.   If you wish to repay the Debit Balance,
     please insert the amount you wish to repay and
     attach a check payable to "Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC."
     If you wish to make a payment, it must be enclosed
     with this claim form.                                    $_____

d.   If balance is zero, insert "None."                       _____

2.   Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | ✓ | |

c.   If yes to either, please list below:

|  |  | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _See account statement attached._ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

9.     Have you or any member of your family
       ever filed a claim under the Securities
       Investor Protection Act of 1970?  if
       so, give name of that broker.                          ✓

       Please list the full name and address of anyone assisting you in the
       preparation of this claim form:_____
       _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _____     Signature _The Kostin Co._____
                                         SUSAN L. Kostin
Date _____     Signature _Managing Partner_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

## ADDENDUM TO PROOF OF CLAIM OF THE KOSTIN CO.

1.      In executing and filing these claims, The Kostin Co. does not submit itself to the jurisdiction of this Court for any purpose other than with respect to these claims, and does not waive: (i) any of its rights and remedies against any other person or entity who may be liable for all or part of the claims set forth herein, whether an affiliate, assignee, guarantor or otherwise, of the Debtor-in-Liquidation, (ii) any other obligation owed to The Kostin Co., (iii) any past, present or future defaults (or events of default) by the Debtor-in-Liquidation, or (iv) any right to seek to withdraw the reference with respect to the subject matter of these claims or any objection, counterclaim or other proceeding commenced with respect thereto.  The filing of this proof of claim is not an election of remedies.

2.      The Kostin Co. expressly reserves the right to amend or supplement this proof of claim in any respect at any time, including, without limitation, in respect of additional amounts.

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

825 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliate with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 6BT
Tel 020 7493 6222

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                    CT   06820

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

| YOUR ACCOUNT NUMBER | TAX ... IDENTIFICATION NUMBER |
|---|---|
| 1-K0060-3-0 | ****1870 |

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 169,155,016.47 |
| 11/03 | | | | OCT MARGIN INTEREST | INT | 318,692.17 | |
| 11/03 | | | | FREEPORT MCMORAN COMMON | DIV | | 30,262.50 |
| | | | | DIV 10/15/08 11/01/08 | | | |
| 11/03 | | | | DIV ADJ 10/15/08 11/01/08 FCX | JRNL | 80,252.50 | |
| | | | | J C PENNEY CO INC | | | |
| 11/03 | | | | DIV 10/10/08 11/01/08 | DIV | | 13,000.00 |
| | | | | DIV ADJ 10/10/08 11/01/08 JCP | JRNL | 16,000.00 | |
| 11/21 | 50,000 | | 78342 | BARRICK GOLD CORP | 20.890 | 1,044,500.00 | |
| 11/21 | | | | APACHE CORP | DIV | | 11,250.00 |
| | | | | DIV 10/22/08 11/21/08 | | | |
| 11/23 | | | | DIV ADJ 10/22/08 11/21/08 APA | JRNL | 11,250.00 | |
| 11/25 | 50,000 | | 78352 | NATIONAL OILWELL INC | 18.120 | 906,000.00 | |
| 11/28 | | 179,000 | | ANHEUSER BUSCH COS INC | DELV | | 11,324,070.00 |
| | | | | TRANS FRM 70 ACCT | | | |
| | | | | NEW BALANCE | | 137,100,136.64 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 115,000 | | | AMAZON COM INC | 62.700 | | |
| | 75,000 | | | APACHE CORP | 77.300 | | |
| | 50,000 | | | BARRICK GOLD CORP | 29.450 | | |
| | 70,000 | | | CDNWAY INC | 27.970 | | |
| | 75,000 | | | DEVON ENERGY CORP   NEW | 72.360 | | |
| | | | | CONTINUED ON PAGE        2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE KOSTIN CO

C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT   06820

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 2 |

YOUR ACCOUNT NUMBER: 1-K0060-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******1870

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 160,525 | | | FREEPORT MCMORAN COMMON | 23.990 | | |
| | 95,000 | | | GENENTECH INC | 76.600 | | |
| | 50,000 | | | GOOGLE | 292.960 | | |
| | 50,000 | | | HESS CORP | 54.040 | | |
| | 120,000 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 1,196,052 | | | INTEL CORP | 13.800 | | |
| | 1,270,000 | | | MEDCO HEALTH SOLUTIONS INC | 42 | | |
| | 50,000 | | | NATIONAL OILWELL INC | 28.290 | | |
| | 90,000 | | | J C PENNEY CO INC | 18.990 | | |
| | 352,500 | | | RESEARCH IN MOTION LTD | 42.470 | | |
| | 187,500 | | | REYNOLDS AMERICAN INC | 41.080 | | |
| | 435,000 | | | SANDISK CORP | 8 | | |
| | 60,000 | | | TARGET CORP | 33.760 | | |
| | 150,000 | | | TOLL BROTHERS INC | 19.930 | | |
| | 413,000 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 250,000 | | | WYNN RESORTS LTD | 39.920 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 131,910,057.35 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222
Affiliated with

THE KOSTIN CO

C/O EDWARD B KOSTIN
4 MATURE'S WAY
DARIEM                    CT    06320

PERIOD ENDING: 11/30/08

YOUR ACCOUNT NUMBER: 1-K0060-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *****1870

PAGE: 3

Q

YEAR-TO-DATE SUMMARY

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | DIVIDENDS | | | 1,792,222.76 |
| | | | | MARGIN INTEREST | | 3,892,367.31 | |
| | | | | GROSS PROCEEDS FROM SALES | | | 97,561,680.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493/6222

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURES WAY
DARIEN                    CT    06820

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

YOUR ACCOUNT NUMBER: 1-K0060-7-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****1870

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 227,859,677.17 |
| 11/03 | | | | FREEPORT MCMORAN COMMON | DIV | 80,252.50 | |
| 11/03 | | | | DIV 10/15/08 11/01/08 | | | |
| 11/03 | | | | DIV ADJ 10/15/09 11/01/08 FCX | JRNL | | 39,262.50 |
| 11/03 | | | | J C PENNEY CO INC | DIV | 16,000.00 | |
| 11/03 | | | | DIV 10/10/08 11/01/08 | | | |
| 11/03 | | | | DIV ADJ 10/10/08 11/01/08 JCP | JRNL | | 15,000.00 |
| 11/21 | | | | APACHE CORP | DIV | 11,250.00 | |
| 11/21 | | | | DIV 10/22/08 11/21/08 | | | |
| 11/21 | | | | DIV ADJ 10/22/08 11/21/08 APA | JRNL | | 11,250.00 |
| 11/28 | | | | ANHEUSER BUSCH COS INC | RECD | 11,324,070.00 | |
| | 179,000 | | | TRANS TO 30 ACCT | | | |
| | | | | | | | |
| | | | | NEW BALANCE | | | 216,535,607.17 |
| | | | | | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 115,000 | | AMAZON COM INC | 42.700 | | |
| | | 75,000 | | APACHE CORP | 77.300 | | |
| | | 70,000 | | CONWAY INC | 27.970 | | |
| | | 75,000 | | DEVON ENERGY CORP NEW | 72.340 | | |
| | | 160,525 | | FREEPORT MCMORAN COMMON | 23.990 | | |
| | | 95,000 | | GENENTECH INC | 76.600 | | |
| | | 50,000 | | GOOGLE | 292.960 | | |
| | | 50,000 | | HESS CORP | 54.040 | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ♦ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

THE KOSTIN CO

C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                CT   06820

PERIOD ENDING 11/30/98
YOUR TAX PAYER IDENTIFICATION NUMBER *****1870
PAGE 2
YOUR ACCOUNT NUMBER 1-K0060-7-0

| BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 120,000 | | HEWLETT PACKARD CO | 35.280 | | |
| | 1,196,052 | | INTEL CORP | 12.900 | | |
| | 80,000 | | J C PENNEY CO INC | 18.990 | | |
| | 332,500 | | RESEARCH IN MOTION LTD | 42.470 | | |
| | 197,500 | | REYNOLDS AMERICAN INC | 41.030 | | |
| | 435,000 | | SANDISK CORP | 8 | | |
| | 60,000 | | TARGET CORP | 33.760 | | |
| | 150,000 | | TOLL BROTHERS INC | 19.930 | | |
| | 250,000 | | WYNN RESORTS LTD | 39.820 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG        109,950,987.35- | | | |
| | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                CT  06820

| PAGE | 3 |

| PERIOD ENDING | 11/30/08 |

| YOUR TAX PAYER IDENTIFICATION NUMBER | ******1870 |

| YOUR ACCOUNT NUMBER | 1-K0060-7-0 |

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | 599,903.69 | |
| | | | | GROSS PROCEEDS FROM SALES | | | 227,859,677.17 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1 9DT
Tel 020 7493 6222

THE KOSTIN CO

C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                CT  06820

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-K0060-8-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1970

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | THN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 77,981,071.96 |
| | | | | NEW BALANCE | | | 77,981,071.96 |
| | 650,000 | | | SECURITY POSITIONS SPDR TRUST SER 1 UNITS | MKT PRICE 89.950 | | |
| | | | | MARKET VALUE OF SECURITIES LONG | 58,467,500.00— | | |
| | | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN            CT    06820

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
tel 020 7493 6222

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-K006-0-0 | 11/30/08 | 2 |

YEAR-TO-DATE SUMMARY
GROSS PROCEEDS FROM SALES

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | GROSS PROCEEDS FROM SALES | | *******1,870 | 77,989,420.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | | |
| 0648 | | 1-K0060-3 | R | 46276 | 5 | 2 | | | 12/11/96 | 12/16/96 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN        CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 50,000 | 458140100 | INTEL CORP | 6806250.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 136 1/8 | 6806250.00 | | | | | |

MEMBERS

NASD   NSCC   SIAC   DTC   SIPC
SOES   CAE   ISCC   CSE   TARS

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

| MADF |

212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | R | 42930 | 5 | 2 | | 12/11/96 | 12/16/96 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 75,600 | 458140100 | INTEL CORP | 10281600.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 136.000 | 10281600.00 | | | | | |

**MEMBERS**

NASD    NSCC    SIAC    DTC    SIPC

SOES    CAE    ISCC    CSE    TARS

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

MADF

212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | O/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-K0060-3 | R | 42931 | 5 | 2 | | 12/11/96 | 12/16/96 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|----|----------|--------------|---------------------|------------|
| BOT | 38,000 | 458140100 | INTEL CORP | 5172750.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|-------|-----------|------------|-----------|----------|----------|-------|
| 136 1/8 | 5172750.00 | | | | | |

MEMBERS

NASD    NSCC    SIAC    DTC    SIPC

SOES    CAE    ISCC    CSE    TARS

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-7 | R | 76730 | 5 | 2 | DD | 4/24/95 | 5/01/95 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 50,000 | 458140142 | INTEL CORP 98 WTS | 1393750.00 |
| | SHORT | | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 27 7/8 | 1393750.00 | | | | | |

**MEMBERS**

NASD    NSCC    SIAC    DTC    SIPC

SOES    CAE    ISCC    CSE    TARS



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 76729 | 5 | 2 | DD | 4/24/95 | 5/01/95 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 50,000 | 458140142 | INTEL CORP 98 WTS | 1387500.00 |
| | SHORT | | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 27 3/4 | 1387500.00 | | | | | |

### MEMBERS

NASD    NSCC    SIAC    DTC    SIPC

SOES    CAE    ISCC    CSE    TARS



**BERNARD L. MADOFF**
Investment Securities

885 Third Avenue New York, NY 10022-4834

212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 76728 | 5 | 2 | DD | 4/24/95 | 5/01/95 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 50,000 | 458140142 | INTEL CORP 98 WTS | 1381250.00 |
| | SHORT | | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 27 5/8 | 1381250.00 | | | | | |

## MEMBERS

NASD      NSCC      SIAC      DTC      SIPC

SOES      CAE      ISCC      CSE      TARS

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-7 | R | 31305 | 5 | 2 | | 4/03/95 | 4/10/95 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 23,000 | 458140100 | INTEL CORP | 1949250.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 84 3/4 | 1949250.00 | | | | | |

## MEMBERS

NASD    NSCC    SIAC    DTC    SIPC

SOES    CAE    ISCC    CSE    TARS

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 31302 | 5 | 2 | | 3/31/95 | 4/07/95 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO<br>C/O EDWARD B KOSTIN<br>4 NATURE'S WAY<br>DARIEN          CT 06820 | | SHORT AGAINST BOX |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 48,542 | 458140100 | INTEL CORP | 4041121.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 83 1/4 | 4041121.50 | | | | | |

MEMBERS

NASD    NSCC    SIAC    DTC    SIPC

SOES    CAE    ISCC    CSE    TARS



**BERNARD L. MADOFF**
**Investment Securities**

885 Third Avenue New York, NY 10022-4834

212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 31259 | 5 | 2 | | 3/31/95 | 4/07/95 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | SHORT AGAINST BOX |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 50,000 | 458140100 | INTEL CORP | 4168750.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 83 3/8 | 4168750.00 | | | | | |

### MEMBERS

NASD    NSCC    SIAC    DTC    SIPC

SOES    CAE    ISCC    CSE    TARS

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-7 | R | 31304 | 5 | 2 | | 3/30/95 | 4/06/95 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| BOT | 44,000 | 458140100 | INTEL CORP | 3696000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
| 84.000 | 3696000.00 | | | | | |

### MEMBERS

NASD     NSCC     SIAC     DTC     SIPC

SOES     CAE     ISCC     CSE     TARS

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-7 | R | 31303 | 5 | 2 | | 3/30/95 | 4/06/95 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN            CT 06820

SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 37,800 | 458140100 | INTEL CORP | 3170475.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 83 7/8 | 3170475.00 | | | | | |

MEMBERS

NASD    NSCC    SIAC    DTC    SIPC

SOES    CAE    ISCC    CSE    TARS



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Telex 235150
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 14148 | 5 | 2 | | 9/03/96 | 9/06/96 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 16,000 | 458140100 | INTEL CORP | 1260000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 78 3/4 | 1260000.00 | | | | | |

## MEMBERS

NASD    NSCC    SIAC    DTC    SIPC

SOES    CAE    ISCC    CSE    TARS

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York □ London**

**MEMBER:**
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | D | 82165 | 5 | 2 | | 1/24/03 | 1/29/03 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 210,000 | 458140100 | INTEL CORP | 3343200.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.920 | 3343200.00 | | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

| MADF |

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | D | 82166 | 5 | 2 | | 1/24/03 | 1/29/03 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 294,736 | 458140100 | INTEL CORP | 4686302.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.900 | 4686302.40 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York □ London**

MADF

MEMBER:
NASD   CSE   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | | |
| 0646 | | 1-K0060-7 | D | 82167 | 5 | 2 | | 1/24/03 | 1/29/03 | | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO | | Q |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 160,000 | 458140100 | INTEL CORP | 2540800.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.880 | 2540800.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>**New York** ☐ **London** | **MEMBER:**<br>NASD  CSE  SIPC  NSCC  DTC | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

| | | | | | CODES | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
| 0646 | | 1-K0060-7 | D | 82168 | 5 | 2 | | 1/24/03 | 1/29/03 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 200,000 | 458140100 | INTEL CORP | 3170000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.850 | 3170000.00 | | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | D | 82169 | 5 | 2 | | 1/24/03 | 1/29/03 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 215,000 | 458140100 | INTEL CORP | 3399150.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.810 | 3399150.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | D | 82170 | 5 | 2 | | 1/24/03 | 1/29/03 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 255,000 | 458140100 | INTEL CORP | 4080000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.000 | 4080000.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-7 | D | 82171 | 5 | 2 | | 1/24/03 | 1/29/03 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | | Q |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN        CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 260,000 | 458140100 | INTEL CORP | 4173000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
| 16.050 | 4173000.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York** □ **London**

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 59997 | 5 | | 2 | 10/30/01 | 11/02/01 | 17 |

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

IDENTIFICATION NO.          CONTRA PARTY          Q

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 75,000 | 428236103 | HEWLETT PACKARD CO | 1278750.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.050 | 1278750.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD   CSE   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-3 | D | 59996 | 5 | 2 | | 10/30/01 | 11/02/01 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | Q |

```
THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820
```

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|----|----------|--------------|----------------------|------------|
| SLD | 85,000 | 428236103 | HEWLETT PACKARD CO | 1445000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|-------|-----------|------------|-----------|----------|----------|-------|
| 17.000 | 1445000.00 | | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London

MADF

**MEMBER:**
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 14515 | 5 | 2 | | 5/30/06 | 6/02/06 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 50,000 | 38259P508 | GOOGLE | 18625000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 372.500 | 18625000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange and NASDAQ Europe

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | | |
| 0646 | | 1-K0060-3 | D | 32219 | 5 | 2 | | 8/29/03 | 9/04/03 | | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 30,000 | 76182K105 | R J REYNOLDS TOBACCO HLDS | 1008000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.600 | 1008000.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

**MEMBER:**
NASD   CSE   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 32215 | 5 | 2 | | 8/28/03 | 9/03/03 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 95,000 | 76182K105 | R J REYNOLDS TOBACCO HLDS | 3157800.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.240 | 3157800.00 | | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | | |
| 0646 | | 1-K0060-7 | D | 79974 | 5 | 2 | | 11/01/04 | 11/04/04 | | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | Q |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 100,000 | 760975102 | RESEARCH IN MOTION LTD | 9325000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 93.250 | 9325000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange and NASDAQ Europe

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

385 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES |  |  | TRADE DATE | SETTLEMENT DATE | 17 |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | TR | CAP | SETT |  |  |  |
| 0646 |  | 1-K0060-7 | D | 79973 | 5 | 2 |  | 11/01/04 | 11/04/04 |  |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
|  |  | Q |  |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 50,000 | 760975102 | RESEARCH IN MOTION LTD | 4650000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 93.000 | 4650000.00 |  |  |  |  |  |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange and NASDAQ Europe

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-K0060-7 | D | 79972 | 5 | 2 | | 11/01/04 | 11/04/04 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|----|----------|--------------|---------------------|------------|
| SLD | 100,000 | 760975102 | RESEARCH IN MOTION LTD | 9309000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|-------|-----------|------------|-----------|----------|----------|-------|
| 93.090 | 9309000.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange and NASDAQ Europe

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-K0060-3 | D | 89646 | 5 | 2 | | 4/30/04 | 5/05/04 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 50,000 | 760975102 | RESEARCH IN MOTION LTD | 4554500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
| 91.090 | 4554500.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange and NASDAQ Europe

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-3 | D | 59462 | 5 | | 2 | 1/29/04 | 2/03/04 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

Q

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 25,000 | 760975102 | RESEARCH IN MOTION LTD | 2083500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 83.340 | 2083500.00 | | | | | |

CONFIRMATION

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

**MEMBER:**
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-3 | D | 59461 | 5 | 2 | | 1/29/04 | 2/03/04 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 50,000 | 760975102 | RESEARCH IN MOTION LTD | 4163500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 83.270 | 4163500.00 | | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
### New York □ London

MADF

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | D | 11572 | 5 | 2 | | 9/01/04 | 9/08/04 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 50,000 | 760975102 | RESEARCH IN MOTION LTD | 2999500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.990 | 2999500.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange and NASDAQ Europe

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | OR? | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | 17 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | D | 11573 | 3 | 2 | | 9/21/04 | 9/24/04 | |

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

IDENTIFICATION NO.

CONTRA PARTY

Q

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 100,000 | 760975102 | RESEARCH IN MOTION LTD | 7644000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 76.440 | 7644000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange and NASDAQ Europe

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-7 | D | 11574 | 5 | | 2 | 9/21/04 | 9/24/04 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 100,000 | 760975102 | RESEARCH IN MOTION LTD | 7624000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 76.240 | 7624000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange and NASDAQ Europe

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-7 | R | 20921 | 3 | | 2 | 10/01/04 | 10/06/04 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

Q
SHORT AGAINST BOX

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 50,000 | 760975102 | RESEARCH IN MOTION LTD | 3687500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.750 | 3687500.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange and NASDAQ Europe

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
NASD   CSE   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | O/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 20922 | 5 | | 2 | 10/01/04 | 10/06/04 |

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

Q
SHORT AGAINST BOX

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 100,000 | 760975102 | RESEARCH IN MOTION LTD | 7381000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.810 | 7381000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange and NASDAQ Europe

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD   CSE   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR. | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 52471 | 5 | 2 | | 5/27/04 | 6/02/04 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN            CT 06820

Q
SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 50,000 | 760975102 | RESEARCH IN MOTION LTD | 5693500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 113.870 | 5693500.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange and NASDAQ Europe



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 52472 | 5 | 2 | | 5/27/04 | 6/02/04 |

CODES

IDENTIFICATION NO.      CONTRA PARTY

C.H. NUMBER

Q

SPECIAL DELIVERY INSTRUCTIONS

SHORT AGAINST BOX

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN            CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 25,000 | 760975102 | RESEARCH IN MOTION LTD | 2849500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 113.980 | 2849500.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange and NASDAQ Europe

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MADF

MEMBER:
NASD   CSE   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES YR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 52473 | 5 | 2 | | 5/27/04 | 6/02/04 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 50,000 | 760975102 | RESEARCH IN MOTION LTD | 5700000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 114.000 | 5700000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange and NASDAQ Europe

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 20920 | 3 | 2 | | 10/01/04 | 10/06/04 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN         CT 06820

SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 100,000 | 760975102 | RESEARCH IN MOTION LTD | 7353000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.530 | 7353000.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange and NASDAQ Europe

| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York ☐ London | MEMBER:<br>NASD  NSX  SIPC  NSCC  DTC | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 891.44 | 5 | 1 | | 3/02/07 | 3/07/07 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO<br>C/O EDWARD B KOSTIN<br>4 NATURE'S WAY<br>DARIEN          CT 06820 | H | |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 55,000 | 35671D857 | FREEPORT MCMORAN COPPER - B | 3016750.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.850 | 3016750.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 84430 | 5 | 1 | | 1/31/07 | 2/05/07 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | H | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                    CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 75,000 | 58405U102 | MEDCO HEALTH SOLUTIONS INC | 4347000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 57.960 | 4347000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 84467 | 5 | 1 | | 1/31/07 | 2/05/07 |

CODES

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | H |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| S1D | 10,000 | 58405U102 | MEDCO HEALTH SOLUTIONS INC | 580900.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 58.090 | 580900.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
NASD   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 68213 | 5 | 1 | | 12/05/07 | 12/10/07 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 50,000 | 42809H107 | HESS CORP | 3751500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 75.030 | 3751500.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 40785 | 5 | 1 | | 7/05/07 | 7/10/07 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06320

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 65,000 | 023135106 | AMAZON COM INC | 4467450.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 68.730 | 4467450.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
NASD   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-3 | D | 40784 | 5 | 1 | | 7/05/07 | 7/10/07 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 50,000 | 023135106 | AMAZON COM INC | 3430000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 68.600 | 3430000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | | |
| 0646 | | 1-K0060-7 | R | 00291 | 5 | 1 | | 1/02/08 | 1/07/08 | | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO<br>C/O EDWARD B KOSTIN<br>4 NATURE'S WAY<br>DARIEN     CT 06820 | Q | SHORT AGAINST BOX |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 180,000 | 458140100 | INTEL CORP | 4712400.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.180 | 4712400.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR. | CAP | SETT | | | |
| 0646 | | 1-K0060-7 | R | 00290 | 5 | 1 | | 1/02/08 | 1/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | Q | |

SHORT AGAINST BOX

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN           CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| BOT | 171,052 | 458140100 | INTEL CORP | 4483272.92 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 26.210 | 4483272.92 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York** □ **London**

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-7 | R | 00289 | 5 | | 1 | 1/02/08 | 1/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                    CT 06820

Q
SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 190,000 | 458140100 | INTEL CORP | 4989400.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.260 | 4989400.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION /Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York □ London**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-7 | R | 00295 | 5 | | 1 | 1/02/08 | 1/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

SHORT AGAINST BOX

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| BOT | 15,000 | 38259P508 | GOOGLE | 10450500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 696.700 | 10450500.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | O/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0060-7 | R | 00294 | 5 | 1 | | 1/02/08 | 1/07/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| BOT | 35,000 | 38259P508 | GOOGLE | 24394650.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 696.990 | 24394650.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York □ London**

MADF

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-K0060-3 | R | 00267 | 5 | 1 | | 1/03/08 | 1/08/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| BOT | 60,000 | 80004C101 | SANDISK CORP | 1998600.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 33.310 | 1998600.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-7 | R | 00286 | 5 | 1 | | 1/03/08 | 1/08/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 175,000 | 458140100 | INTEL CORP | 4436250.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 25.350 | 4436250.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 00287 | 5 | 1 | | 1/03/08 | 1/08/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | SHORT AGAINST BOX |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 130,000 | 458140100 | INTEL CORP | 3287700.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 25.290 | 3287700.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 00288 | 5 | 1 | | 1/03/08 | 1/08/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN        CT 06820

SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 150,000 | 458140100 | INTEL CORP | 3789000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 25.260 | 3789000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DVR | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 00285 | 5 | 1 | | 1/03/08 | 1/08/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO C/O EDWARD B KOSTIN 4 NATURE'S WAY DARIEN    CT 06820 | Q | SHORT AGAINST BOX |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 200,000 | 458140100 | INTEL CORP | 5064000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 25.320 | 5064000.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 00292 | 5 | | 1 | 1/03/08 | 1/08/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO | Q | SHORT AGAINST BOX |
| | C/O EDWARD B KOSTIN | | |
| | 4 NATURE'S WAY | | |
| | DARIEN        CT 06820 | | |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 50,000 | 023135106 | AMAZON COM INC | 4849500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 96.990 | 4849500.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 00293 | 5 | 1 | | 1/03/08 | 1/08/08 | | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                CT 06820

SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 65,000 | 023135106 | AMAZON COM INC | 6299800.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 96.920 | 6299800.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York** □ **London**

MADF

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 00368 | 5 | 1 | | 1/09/08 | 1/14/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

Q

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 70,000 | 205944101 | CONWAY INC | 2677500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.250 | 2677500.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-3 | D | 00269 | 5 | 1 | | 1/09/08 | 1/14/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 90,000 | 889478103 | TOLL BROTHERS INC | 1431900.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 15.910 | 1431900.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-K0060-3 | D | 00268 | 5 | 1 | | 1/09/08 | 1/14/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | Q |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN        CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 60,000 | 889478103 | TOLL BROTHERS INC | 952800.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 15.880 | 952800.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | BETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 00369 | 5 | 1 | | 1/18/08 | 1/24/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN         CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 120,000 | 067901108 | BARRICK GOLD CORP | 5434800.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 45.290 | 5434800.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>**New York** □ **London** | | **MEMBER:**<br>NASD  NSX  SIPC  NSCC  DTC | | 385 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 00370 | 5 | 1 | | 1/18/08 | 1/24/08 | | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN            CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 80,000 | 067901108 | BARRICK GOLD CORP | 3628800.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 45.360 | 3628800.00 | | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | B | 09715 | 5 | 1 | | 1/30/08 | 2/04/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN        CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 75,000 | 037411105 | APACHE CORP | 6957750.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 92.770 | 6957750.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | SETT | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | | | | 17 |
| 0646 | | 1-K0060-3 | D | 09549 | 5 | 1 | | 1/31/08 | 2/05/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |
| | | | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

Q

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 75,000 | 25179M103 | DEVON ENERGY CORP   NEW | 6141000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 81.880 | 6141000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
NASD   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | 17 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | R | 40524 | 5 | 1 | | 5/01/08 | 5/06/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 95,000 | 067901108 | BARRICK GOLD CORP | 3562500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.500 | 3562500.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | R | 40525 | 5 | 1 | | 5/01/08 | 5/06/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN            CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 55,000 | 067901108 | BARRICK GOLD CORP | 2067450.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.590 | 2067450.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES |  |  | TRADE DATE | SETTLEMENT DATE |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | TR | CAP | SETT |  |  |  |
| 0646 |  | 1-K0060-3 | R | 40526 | 5 | 1 |  | 5/02/08 | 5/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
|  |  |  | Q |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 50,000 | 067901108 | BARRICK GOLD CORP | 1871000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.420 | 1871000.00 |  |  |  |  |  |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR. | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-3 | D | 75225 | 5 | 1 | | 7/10/08 | 7/15/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 70,000 | 983134107 | WYNN RESORTS LTD | 5005000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 71.500 | 5005000.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 75226 | 5 | | 1 | 7/10/08 | 7/15/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 62,000 | 983134107 | WYNN RESORTS LTD | 4449740.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 71.770 | 4449740.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
NASD  NSX  SIPC  NCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-K0060-3 | D | 75227 | 5 | 1 | | 7/10/08 | 7/15/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 88,000 | 983134107 | WYNN RESORTS LTD | 6336000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 72.000 | 6336000.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 75228 | 5 | 1 | | 7/10/08 | 7/15/08 |

CODES

17

| IDENTIFICATION NO. | CONTRA PARTY | | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

C.H. NUMBER          Q

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                    CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 30,000 | 983134107 | WYNN RESORTS LTD | 2157000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 71.900 | 2157000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  NSX  SIPC  NCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-3 | D | 75277 | 5 | 1 | | 7/08/08 | 7/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 95,000 | 368710406 | GENENTECH INC | 7262750.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 76.450 | 7262750.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-3 | D | 69978 | 5 | 1 | | 7/31/08 | 8/05/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | Q |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN        CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 80,000 | 708160106 | J C PENNEY CO INC | 2464000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 30.800 | 2464000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 69976 | 5 | 1 | | 7/31/08 | 8/05/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 60,000 | 87612E106 | TARGET CORP | 2755200.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 45.920 | 2755200.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

| MADF |

**MEMBER:**
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-3 | D | 93449 | 5 | 1 | | 9/03/08 | 9/08/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 100,000 | 80004C101 | SANDISK CORP | 1427000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.270 | 1427000.00 | | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

**MEMBER:**
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 93448 | 5 | 1 | | 9/03/08 | 9/08/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 110,000 | 80004C101 | SANDISK CORP | 1556500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.150 | 1556500.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 93447 | 5 | 1 | | 9/02/08 | 9/05/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | Q |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 100,000 | 80004C101 | SANDISK CORP | 1438000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.380 | 1438000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0060-3 | D | 93445 | 5 | | 1 | 9/02/08 | 9/05/08 |

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 125,000 | 80004C101 | SANDISK CORP | 1781250.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.250 | 1781250.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 93089 | 5 | 1 | | 9/19/08 | 9/24/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | SHORT AGAINST BOX |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 150,000 | 983134107 | WYNN RESORTS LTD | 13632000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 90.880 | 13632000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 93090 | 5 | 1 | | 9/18/08 | 9/23/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | SHORT AGAINST BOX |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 100,000 | 983134107 | WYNN RESORTS LTD | 9489000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 94.890 | 9489000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York ☐ London**

MADF

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-7 | R | 93081 | 5 | 1 | | 9/03/08 | 9/08/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN       CT 06820 | Q | SHORT AGAINST BOX |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 55,000 | 760975102 | RESEARCH IN MOTION LTD | 6500450.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 118.190 | 6500450.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-K0060-7 | R | 93080 | 5 | 1 | | 9/03/08 | 9/08/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO | | SHORT AGAINST BOX |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 80,000 | 760975102 | RESEARCH IN MOTION LTD | 9440000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 118.000 | 9440000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
### New York □ London

MADF

**MEMBER:**
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-7 | R | 93079 | 5 | 1 | | 9/03/08 | 9/08/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | SHORT AGAINST BOX |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 75,000 | 760975102 | RESEARCH IN MOTION LTD | 8813250.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 117.510 | 8813250.00 | | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| | | | | 885 Third Avenue |
|---|---|---|---|---|
| **BERNARD L. MADOFF** | | MEMBER: | | New York, NY 10022 |
| **INVESTMENT SECURITIES LLC** | | NASD  NSX  SIPC  NSCC  DTC | | 212 230-2424 |
| **New York ☐ London** | | | | 800 334-1343 |
| | | | | Fax 212 838-4061 |

MADF

| | | | | CODES | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | 5 | 1 | | 9/03/08 | 9/08/08 | 17 |
| 0646 | | 1-K0060-7 | R | 93078 | | | | | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

SHORT AGAINST BOX

```
THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820
```

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 90,000 | 760975102 | RESEARCH IN MOTION LTD | 10541700.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 117.130 | 10541700.00 | | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York □ London**

MADF

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 93077 | 5 | 1 | | 9/03/08 | 9/08/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | SHORT AGAINST BOX |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 52,500 | 760975102 | RESEARCH IN MOTION LTD | 6164550.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 117.420 | 6164550.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 93076 | 5 | | 1 | 9/02/08 | 9/05/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN              CT 06820

SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 50,000 | 42809H107 | HESS CORP | 5078500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 101.570 | 5078500.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York** ☐ **London**

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
NASD   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 93088 | 5 | 1 | | 8/28/08 | 9/03/08 |

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN        CT 06820 | Q
SHORT AGAINST BOX | |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 35,000 | 368710406 | GENENTECH INC | 3435250.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 98.150 | 3435250.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MADF

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-K0060-7 | R | 93087 | 5 | | 1 | 8/27/08 | 9/02/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SHORT AGAINST BOX

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 60,000 | 368710406 | GENENTECH INC | 5886000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 98.100 | 5886000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York** □ **London**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 93074 | 5 | 1 | | 9/23/08 | 9/26/08 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

SHORT AGAINST BOX

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 55,000 | 35671D857 | FREEPORT MCMORAN COMMON | 4021600.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.120 | 4021600.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 93073 | 5 | | 1 | 9/23/08 | 9/26/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | SHORT AGAINST BOX |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 29,725 | 35671D857 | FREEPORT MCMORAN COMMON | 2196380.25 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.890 | 2196380.25 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York □ London**

MADF

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-K0060-7 | R | 93072 | 5 | 1 | | 9/23/08 | 9/26/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

SHORT AGAINST BOX

Q

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN            CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| BOT | 75,800 | 35671D857 | FREEPORT MCMORAN COMMON | 5558414.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 73.330 | 5558414.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| MADF | **BERNARD L. MADOFF**<br>**INVESTMENT SECURITIES LLC**<br>**New York □ London** | MEMBER:<br>NASD  NSX  SIPC  NSCC  DTC | **885 Third Avenue**<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-K0060-7 | R | 93075 | 5 | 1 | | 9/19/08 | 9/24/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN            CT 06820

SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| BOT | 75,000 | 25179M103 | DEVON ENERGY CORP  NEW | 7824750.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 104.330 | 7824750.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-3 | D | 93452 | 5 | | 1 | 8/26/08 | 8/29/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 95,000 | 949746101 | WELLS FARGO & CO NEW | 2729350.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.730 | 2729350.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 93453 | 5 | 1 | | 8/26/08 | 8/29/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 105,000 | 949746101 | WELLS FARGO & CO NEW | 3045000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.000 | 3045000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 93450 | 5 | 1 | | 8/27/08 | 9/02/08 | 17 |

CODES: TR CAP SETT

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 125,000 | 949746101 | WELLS FARGO & CO NEW | 3572500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.580 | 3572500.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | O/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 93451 | 5 | 1 | | 8/27/08 | 9/02/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | Q |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 115,000 | 949746101 | WELLS FARGO & CO NEW | 3297050.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.670 | 3297050.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London | | MEMBER:<br>NASD  CSE  SIPC  NSCC  DTC | | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| **0646** | | 1-K0060-7 | R | 05827 | 5 | 1 | | 10/03/08 | 10/08/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO<br>C/O EDWARD B KOSTIN<br>4 NATURE'S WAY<br>DARIEN          CT 06820 | Q | SHORT AGAINST BOX |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 54,000 | 889478103 | TOLL BROTHERS INC | 1245240.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 23.060 | 1245240.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York** □ **London**

MADF

**MEMBER:**
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-K0060-7 | R | 05828 | 5 | 1 | | 10/03/08 | 10/08/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B. KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 46,000 | 889478103 | TOLL BROTHERS INC | 1056620.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 22.970 | 1056620.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
NASD   CSE   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-8 | R | 35829 | 5 | 1 | | 9/26/08 | 10/01/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | Q | |

SHORT

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| BOT | 90,000 | 78462F103 | SPDR TRUST SER 1 UNITS | 10898200.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
| 120.980 | 10888200.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-8 | R | 35830 | 5 | 1 | | 9/26/08 | 10/01/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO<br>C/O EDWARD B KOSTIN<br>4 NATURE'S WAY<br>DARIEN          CT 06820 | SHORT | Q |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 98,000 | 78462F103 | SPDR TRUST SER 1 UNITS | 11833500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 120.750 | 11833500.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-8 | R | 35831 | 5 | 1 | | 9/26/08 | 10/01/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

SHORT

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 95,000 | 78462F103 | SPDR TRUST SER 1 UNITS | 11439900.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 120.420 | 11439900.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-8 | R | 35832 | 5 | | 1 | 9/29/08 | 10/02/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SHORT    Q

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 125,000 | 78462F103 | SPDR TRUST SER 1 UNITS | 14862500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 118.900 | 14862500.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York** □ **London**

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-8 | R | 35833 | 5 | 1 | | 9/29/08 | 10/02/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | SHORT | Q |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                    CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 110,000 | 78462F103 | SPDR TRUST SER 1 UNITS | 13030600.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 118.460 | 13030600.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-8 | R | 35834 | 5 | 1 | | 9/29/08 | 10/02/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO<br>C/O EDWARD B KOSTIN<br>4 NATURE'S WAY<br>DARIEN      CT 06820 | SHORT | Q |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 132,000 | 78462F103 | SPDR TRUST SER 1 UNITS | 15933720.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 120.710 | 15933720.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 05818 | 5 | 1 | | 10/07/08 | 10/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 75,000 | 80004C101 | SANDISK CORP | 1402500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 18.700 | 1402500.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| | | | |
|---|---|---|---|
| **MADF** | **BERNARD L. MADOFF**<br>**INVESTMENT SECURITIES LLC**<br>**New York ☐ London** | MEMBER:<br>NASD  CSE  SIPC  NSCC  DTC | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 05820 | 5 | 1 | | 10/07/08 | 10/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO<br>C/O EDWARD B KOSTIN<br>4 NATURE'S WAY<br>DARIEN          CT 06820 | Q | SHORT AGAINST BOX |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 59,000 | 80004C101 | SANDISK CORP | 1097990.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 18.610 | 1097990.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York ☐ London**

MADF

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-7 | R | 05819 | 5 | 1 | | 10/08/08 | 10/14/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | SHORT AGAINST BOX |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 62,000 | 80004C101 | SANDISK CORP | 1140180.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 18.390 | 1140180.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London | MEMBER:<br>NASD  CSE  SIPC  NSCC  DTC | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

|  |  | | | | CODES | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
| 0646 | | 1-K0060-7 | R | 05821 | 5 | 1 | | 10/08/08 | 10/14/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO<br>C/O EDWARD B KOSTIN<br>4 NATURE'S WAY<br>DARIEN        CT 06820 | Q | SHORT AGAINST BOX |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 71,000 | 80004C101 | SANDISK CORP | 1300010.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 18.310 | 1300010.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York □ London**

MADF

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES |||| TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | | |
| 0646 | | 1-K0060-7 | R | 05822 | 5 | | 1 | 10/08/08 | 10/14/08 | | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

SHORT AGAINST BOX

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 69,000 | 80004C101 | SANDISK CORP | 1260630.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 18.270 | 1260630.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York □ London**

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 05823 | 5 | 1 | | 10/09/08 | 10/15/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | SHORT AGAINST BOX |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN            CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 49,000 | 80004C101 | SANDISK CORP | 887880.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 18.120 | 887880.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
**New York** □ **London**

MADF

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0060-7 | R | 05824 | 5 | 1 | | 10/09/08 | 10/15/08 |

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO C/O EDWARD B KOSTIN 4 NATURE'S WAY DARIEN       CT 06820 | Q | SHORT AGAINST BOX |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 50,000 | 80004C101 | SANDISK CORP | 903000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 18.060 | 903000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York** ☐ **London**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-K0060-7 | R | 05815 | 5 | 1 | | 10/07/08 | 10/10/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | Q |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                    CT 06820

SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 57,500 | 761713106 | REYNOLDS AMERICAN INC | 2674900.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 46.520 | 2674900.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD  CSE·  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 05816 | 5 | 1 | | 10/07/08 | 10/10/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | SHORT AGAINST BOX |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 58,000 | 761713106 | REYNOLDS AMERICAN INC | 2694680.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 46.460 | 2694680.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 05817 | 5 | | 1 | 10/08/08 | 10/14/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 72,000 | 761713106 | REYNOLDS AMERICAN INC | 3233520.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 44.910 | 3233520.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York □ London**

MADF

**MEMBER:**
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | | 17 |
| 0646 | | 1-K0060-7 | R | 05812 | 5 | 1 | | 10/03/08 | 10/08/08 | | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

SHORT AGAINST BOX

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 58,000 | 428236103 | HEWLETT PACKARD CO | 2611160.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 45.020 | 2611160.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York** □ **London**

MADF

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0060-7 | R | 05813 | 5 | 1 | | 10/03/08 | 10/08/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO<br>C/O EDWARD B KOSTIN<br>4 NATURE'S WAY<br>DARIEN          CT 06820 | Q | SHORT AGAINST BOX |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 62,000 | 428236103 | HEWLETT PACKARD CO | 2783180.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 44.890 | 2783180.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

| MADF |

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-3 | R | 06159 | 5 | | 1 | 9/26/08 | 10/01/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE*S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 27,000 | 949746101 | WELLS FARGO & CO NEW | 1025730•00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 37•990 | 1025730•00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  CSE·  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 05810 | 5 | 1 | | 10/01/08 | 10/06/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | SHORT AGAINST BOX |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN        CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 75,000 | 037411105 | APACHE CORP | 7659000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 102.120 | 7659000.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0060-7 | R | 05811 | 5 | 1 | | 10/06/08 | 10/09/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

Q

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN        CT 06820

SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|----|----------|--------------|---------------------|------------|
| BOT | 70,000 | 205944101 | CONWAY INC | 2680300.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|-------|-----------|------------|-----------|----------|----------|-------|
| 38.290 | 2680300.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD   CSE   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 05814 | 5 | 1 | | 10/03/08 | 10/08/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | SHORT AGAINST BOX |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN            CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 80,000 | 708160106 | J C PENNEY CO INC | 2564800.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 32.060 | 2564800.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-7 | R | 05825 | 5 | 1 | | 10/02/08 | 10/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO<br>C/O EDWARD B KOSTIN<br>4 NATURE'S WAY<br>DARIEN        CT 06820 | Q | SHORT AGAINST BOX |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 60,000 | 87612E106 | TARGET CORP | 2845200.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 47.420 | 2845200.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
NASD CSE SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | | |
| 0646 | | 1-K0060-7 | R | 05826 | 5 | 1 | | 10/03/08 | 10/08/08 | | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

SHORT AGAINST BOX

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 50,000 | 889478103 | TOLL BROTHERS INC | 1156500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 23.130 | 1156500.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York** ☐ **London**

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 78342 | 5 | 1 | | 11/18/08 | 11/21/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 50,000 | 067901108 | BARRICK GOLD CORP | 1044500.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 20.890 | 1044500.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0060-3 | D | 78352 | 5 | 1 | | 11/20/08 | 11/25/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | Q | |

THE KOSTIN CO
C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN        CT 06820

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 50,000 | 637071101 | NATIONAL OILWELL INC | 906000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 18.120 | 906000.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange