BAKER & HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215-4260
Telephone: (614) 462-6488
Catherine E. Woltering, Esq.
Email: cwoltering@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE
## *PRO HAC VICE* OF CATHERINE E. WOLTERING

I, Catherine E. Woltering, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Irving H. Picard, trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC in the above-referenced matter and in any related adversary proceedings.

I certify that I am a member in good standing of the bar in the State of Ohio, the bar of the

300115884

U.S. District Court for the Southern District of Ohio, and the bar of the U.S. District Court for the Northern District of Ohio.

Applicant has submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Columbus, OH
November 16, 2010

        *s/Catherine E. Woltering*
BAKER & HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215-4260
Telephone: (614) 462-4768
Catherine E. Woltering
Email: cwoltering@bakerlaw.com

*Attorneys for Defendant Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300115884