

## PHILADELPHIA
### FINANCIAL

**VIA OVERNIGHT MAIL**

November 15, 2010

Clerk
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

**NOTICE OF OPPOSITION TO TRUSTEE'S
DETERMINATION OF CLAIM**
Bankruptcy Case No. 08-1789 (BRL)
Bernard L. Madoff Investment Securities LLC ("BLMIS")
In Liquidation (December 11, 2008)

| Account No. | Claimant Name |
|---|---|
| 012419 | AGL Life Assurance Company Separate Account VL84 FBO VL300723 |
| 012420 | AGL Life Assurance Company Separate Account VL84 FBO VL300724 |
| 012421 | AGL Life Assurance Company Separate Account VL84 FBO VL300725 |
| 012422 | AGL Life Assurance Company Separate Account VL84 FBO VL300726 |
| 012423 | AGL Life Assurance Company Separate Account VL84 FBO VL300727 |
| 012424 | AGL Life Assurance Company Separate Account VL84 FBO VL300728 |

Ladies and Gentlemen:

On behalf of AGL Life Assurance Company Separate Account VL84 FBO VL300723, AGL Life Assurance Company Separate Account VL84 FBO VL300724, AGL Life Assurance Company Separate Account VL84 FBO VL300725, AGL Life Assurance Company Separate Account VL84 FBO VL300726, AGL Life Assurance Company Separate Account VL84 FBO VL300727 and AGL Life Assurance Company Separate Account VL84 FBO VL300728 (collectively, "Claimants"), I write to express Claimants' disagreement with and opposition to the Notices of Trustee's Determinations of Claims dated October 22, 2010 (the "Determination

1

Notices") in respect of Claimant's Claim Numbers 012419-012424. Copies of the Determination Notices are attached to this letter as Exhibit "A."

As set forth in the Determination Notice, the Trustee denied Claimants' claim on the grounds that Claimants did not have accounts with BLMIS and therefore were not customers of BLMIS under SIPA as that term is defined at 15 U.S.C. Section 78lll(2).

Claimants submit this opposition to the Trustees Determination of Claims as set forth in the attached Determination Notices. To the extent that the term "customer" is defined differently under SIPA, is determined to include claimants other than those that had a direct customer account, or the application of the "customer" definition is determined to include claimants other than those that had a direct customer account with BLMIS, Claimants hereby request to be treated as all other similarly situated customer claimants in any final order or decision with respect to the treatment of customer claimants of BLMIS. In addition, to the extent that the Trustee's definition of "Net Equity" or application of such definition is determined to be incorrect or improper, Claimants hereby requests to be treated as all other similarly situated customer claimants in any final order determining that the Trustee has misapplied the "net equity" principles. Claimants reserve all rights with respect to any such event.

Finally, please note your records that AGL Life Assurance Company has changed its name to Philadelphia Financial Life Assurance Company.

Respectfully yours,

*[signature]*

Joseph A. Fillip, Jr.
Executive Vice President – Legal
Philadelphia Financial Life Assurance Company (f/k/a AGL Life Assurance Company)
For Claimants:
AGL Life Assurance Company Separate Account VL84 FBO VL300723
AGL Life Assurance Company Separate Account VL84 FBO VL300724
AGL Life Assurance Company Separate Account VL84 FBO VL300725
AGL Life Assurance Company Separate Account VL84 FBO VL300726
AGL Life Assurance Company Separate Account VL84 FBO VL300727
AGL Life Assurance Company Separate Account VL84 FBO VL300728



DONNA BROWN
484-530-4824
PHILADELPHIA FINANCIAL
610 W GERMANTOWN PIKE STE 460
PLYMOUTH MEETING PA 19462

0.0 LBS    LTR    1 OF 1

SHIP TO:
FOR THE SOUTHERN DISTRICT OF NY
484-530-4800
UNITED STATES BANKRUPCY COURT
ONE BOWLING GREEN
CLERK
NEW YORK NY 10004-1415

NY 102 9-09

UPS NEXT DAY AIR SAVER    1P
TRACKING #: 1Z 9V8 Y45 13 9656 3978

BILLING: P/P

CS 12.8.10    WXPIE60 09.0A 10/2010

Extremely Urgent
UPS Worldwide Express
UPS 2nd Day Air

Insert shipping document under window from the
Do not use this envelope for:

Visit ups.com® or call 1-800-PICK-UPS® (1-800-742-5877) to schedule a pickup or find a drop off location near you.

https://www.campusship.ups.com/cship/create?ActionOriginPair=print__Receipt&POP... 11/15/2010

100% Recycled fiber
80% Post-Consumer

01019S103    1/10    PAC    United Parcel Service, Louisville, KY