# Orthopaedic Specialty Group PC
# Defined Contribution Pension Plan



## LIST OF PARTICIPANTS FILING CUSTOMER CLAIMS

RECEIVED MAR 0 4 2009

### Volume 1
1. Alexander, Linda
2. Armstrong, Kai
3. Awad, John
4. Ayala, Ivette
5. Backe, Henry
6. Basta, Angela
7. Belchak, Jeanne
8. Belcher, Kim
9. Bell, Janet
10. Bindelglass, David
11. Bjork, Joan
12. Brenia, Cynthia
13. Brittis, Dante
14. Broadhurst, Linda
15. Butler, Barbara
16. Carney, Wilhelmina
17. Cash, Lorina
18. Casimiro, Joan
19. Castro, Rosaura
20. Christy, Brian
21. Chymeryc, Tracey
22. Cimino, William
23. Ciskowski, Michael
24. Collazo, Carmen
25. Commaille, Nancy
26. Constantino, Janet
27. Cortez, Jessica
28. Council, Brooke
29. Crasilli, Lisa
30. Dawe, Robert
31. Delgado, Aileen
32. Delucia, Kathy
33. Delucia, Lisa
34. Dmowski, Brigette
35. Edelman, Sue
36. Falkowski, Barbara
37. Favazza, Donna
38. Fournier, Cynthia
39. Franzese, Sarah

### Volume 2
40. Gallant, Scott
41. Giarratano, Valerie
42. Glover, Pam
43. Gonzalez, Maria
44. Gutierrez, Diana
45. Hagerty, June
46. Hash, Stacy
47. Haydon-Ryan, Amy
48. Heibler, Carol
49. Hermele, Herbert
50. Heske, Nancy
51. Ianotti, Erika
52. Janik, Laura
53. Kalapir, Daniela
54. Kettles, Christina
55. Kirschenbaum, Lawrence
56. Kross, Rayna
57. Kwok, Patrick
58. Langeland, Rolf
59. Laviolette, Cuschine
60. Lay, Nicole
61. Lewkowicz, Martha
62. Libretti, George
63. Lilly, Stacy
64. Lomax, Marissa
65. Lorenzo, Laura
66. Makar, Karen
67. Malin, Joel
68. Martino, Donna
69. Mastroianni, Elizabeth
70. Maxwell, Karen
71. Mcaleer, Sarah
72. Mikos, Kathleen
73. Moore, Diana
74. Morrison, Murray
75. Nagy, Kim
76. Noll, Noreen
77. Nowlan, Patricia
78. Otero, Patricia
79. Padilla, Taina

### Volume 3
80. Panapada, Caroline
81. Parisi, Madelyn
82. Pelton, Melissa
83. Perez, Edna
84. Petrowsky, Ryan
85. Petrucelli, Joyce
86. Piccolo, Jennifer
87. Pimpinella, Suzanne
88. Platt, Candace
89. Raschke, Barbara
90. Ripley, Denise
91. Rivera, Yesenia
92. Rodriguez-Ortiz, Raquel
93. Rosa, Isabel
94. Rosado, David
95. Rosiello, Tita
96. Saffir, Michael
97. Sammartano, Claudia
98. Santos, Ivelisse
99. Schaefer, Linda
100. Schneider, Christine
101. Shear, Perry
102. Simpson, Lynn
103. Slattery, Elizabeth
104. Soviero, Fiore
105. St. Cloud, Carline
106. Stanton, Robert
107. Stasolla, Rebecca
108. Stevens, Tiffany
109. Stockmal, Nicole
110. Stopka, Ania
111. Teixeira, Susana
112. Towle, Simone
113. Turner, Monica
114. Uhlan, Cynthia
115. Vargas, Candace
116. Viola, Kathie
117. Wilmot, Jane

RECEIVED MAR 0 4 2009