# SANDAK HENNESSEY & GRECO LLP
### COUNSELORS AT LAW

707 Summer Street  Stamford, CT 06901-1026
Telephone (203) 425-4200    Facsimile (203) 325-8608

Stephen J. Conover
Kevin M. Greco
William J. Hennessey, Jr.
Gary S. Klein
Marc J. Kurzman*
Stephanie A. McLaughlin*
Peter M. Nolin
Jay H. Sandak
Elizabeth A. B. Suchy
Michael P. Sweeney

Amy E. Souchuns
Jacqueline N. Olschan*
Susan Briggs*
Brian A. Daley*
Patrick J. Hanna*
Adam P. Redder

*Also Admitted in New York

March 4, 2009

VIA FEDERAL EXPRESS

Irving H. Picard, Esq., Trustee
Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

    Re:    Orthopaedic Specialty Group PC Defined Contribution Pension Plan
              a/k/a Orthopaedic Specialty Group PC 401(k) Plan (the "Plan")
              (BMIS Account No. 1O0004)

Dear Mr. Picard:

This law firm represents the individual participants in the Orthopaedic Specialty Group PC Defined Contribution Pension Plan (the "Participants"). The Participants' contributions to the Plan (including roll-over contributions and payroll deductions), as well as the employer contributions made on their behalf, were deposited with Bernard L. Madoff Investment Securities LLC ("BMIS") for the purpose of purchasing securities and credited to BMIS Account No. 1O0004 (the "BMIS Account"). BMIS provided to the Plan's administrators confirmations and statements purporting to show that securities were in fact purchased with the deposited funds. The Participants have been advised that BMIS is now the subject of liquidation proceedings. Accordingly, we hereby submit Customer Claims on behalf of each of the Participants.

Irving H. Picard, Esq., Trustee
March 3, 2009
Page 2 of 2

which addresses the Participants' entitlement to recovery of their cash and securities under SIPA.

Counsel for OSG is also submitting to you under separate cover a Customer Claim on behalf of the Plan. That submission contains additional supporting documentation, including records of deposits to and withdrawals from the BMIS Account from the inception of the Account in 1993 through the liquidation date of BMIS, including copies of Portfolio Management Reports, BMIS Credit Advices, and OSG letters to BMIS enclosing deposit checks. Rather than re-submitting that voluminous supporting documentation here, we respectfully refer you to the Plan's submission for further support of the Participants' Customer Claims.

Please contact me if you have any questions or require any further information or documentation regarding the Participants' Customer Claims. Please remit to the undersigned, as Trustee, the proceeds of the Participants' Customer Claims.

Very truly yours,

Marc J. Kurzman

MJK/act
Enclosures