Exhibit D to OSG Plan
Participants' Objection

SCHEDULE 1

# ORTHOPAEDIC SPECIALTY GROUP, P.C.
## 401(k) PENSION PLAN
### PARTICIPANT CLAIM LIST AS OF 11-30-2008

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| NAME | SS# | ASSETS AT MADOFF ON 11/30/2008 | CASH IN TRANSIT TO MADOFF ON 11/30/2008 | TOTAL AT MADOFF | PERCENTAGE OF TOTAL |
| ALEXANDER, LINDA | | 297,165.41 | 1,600.86 | 298,766.27 | 0.8745% |
| ARMSTRONG, KAI | | 1,369.66 | 520.98 | 1,890.64 | 0.0055% |
| AWAD, JOHN | | 84,162.50 | 12,169.12 | 96,331.62 | 0.2820% |
| AYALA, IVETTE | | 22,533.76 | 1,466.53 | 24,000.29 | 0.0703% |
| BACKE, HENRY | | 702,206.55 | 12,169.12 | 714,375.67 | 2.0910% |
| BASTA, ANGELA | | 29,868.77 | 1,071.29 | 30,940.06 | 0.0906% |
| BELCHAK, JEANNE | | 24,993.94 | 2,572.87 | 27,566.81 | 0.0807% |
| BELCHER, KIM | | 68,657.59 | 2,140.04 | 70,797.63 | 0.2072% |
| BELL, JANET | | 595.58 | 229.44 | 825.02 | 0.0024% |
| BINDELGLASS, DAVID | | 1,395,668.29 | 12,169.12 | 1,407,837.41 | 4.1209% |
| BJORK, JOAN | | 127,569.49 | 0.00 | 127,569.49 | 0.3734% |
| [REDACTED] | | [REDACTED] | [REDACTED] | [REDACTED] | 0.0210% |
| BRENIA, CYNTHIA | | 350.74 | 132.09 | 482.83 | 0.0014% |
| BRITTIS, DANTE | | 984,609.42 | 12,169.12 | 996,778.54 | 2.9177% |
| BROADHURST, LINDA | | 10,300.46 | 356.31 | 10,656.77 | 0.0312% |
| BUTLER, BARBARA | | 1,224.59 | 465.10 | 1,689.69 | 0.0049% |
| [REDACTED] | | [REDACTED] | [REDACTED] | [REDACTED] | 0.0002% |
| CARNEY, WILHELMINA | | 206,628.76 | 6,210.67 | 212,839.43 | 0.6230% |
| CASH, LORINA | | 41,941.40 | 0.00 | 41,941.40 | 0.1228% |
| CASIMIRO, JOAN | | 9,407.67 | 641.27 | 10,048.94 | 0.0294% |
| CASTRO, ROSAURA | | 2,822.84 | 418.12 | 3,240.96 | 0.0095% |
| CHRISTY, BRIAN | | 7,298.50 | 529.11 | 7,827.61 | 0.0229% |
| CHYMERYC, TRACEY | | 1,269.97 | 489.23 | 1,759.20 | 0.0051% |
| CIMINO, WILLIAM | | 534,307.61 | 0.00 | 534,307.61 | 1.5640% |
| CISKOWSKI, MICHAEL | | 53,494.18 | 2,459.47 | 55,953.65 | 0.1638% |
| COLLAZO, CARMEN | | 6,937.29 | 341.63 | 7,278.92 | 0.0213% |
| COMMAILLE, NANCY | | 108,273.13 | 3,746.81 | 112,019.94 | 0.3279% |
| CONSTANTINO, JANET | | 77,923.47 | 1,168.94 | 79,092.41 | 0.2315% |
| CORTEZ, JESSICA | | 6,644.71 | 468.47 | 7,113.18 | 0.0208% |
| COUNCIL, BROOKE | | 15,424.14 | 600.77 | 16,024.91 | 0.0469% |
| CRASILLI, LISA | | 3,097.37 | 453.61 | 3,550.98 | 0.0104% |
| DAWE, ROBERT | | 4,403,177.55 | 13,559.62 | 4,416,737.17 | 12.9282% |
| DELGADO, AILLEEN | | 19,208.09 | 931.13 | 20,139.22 | 0.0589% |
| [REDACTED] | | [REDACTED] | [REDACTED] | [REDACTED] | 0.0675% |
| DELUCIA, KATHY | | 460,790.71 | 3,230.00 | 464,020.71 | 1.3582% |
| DELUCIA, LISA | | 10,336.79 | 544.08 | 10,880.87 | 0.0318% |

SCHEDULE 1

# ORTHOPAEDIC SPECIALTY GROUP, P.C.
## 401(k) PENSION PLAN
### PARTICIPANT CLAIM LIST AS OF 11-30-2008

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| NAME | SS# | ASSETS AT MADOFF ON 11/30/2008 | CASH IN TRANSIT TO MADOFF ON 11/30/2008 | TOTAL AT MADOFF | PERCENTAGE OF TOTAL |
| DMOWSKI, BRIGETTE | | 13,889.64 | 1,175.29 | 15,064.93 | 0.0441% |
| EDELMAN, SUE | | 68,859.68 | 0.00 | 68,859.68 | 0.2016% |
| FALKOWSKI, BARBARA | | 9,457.52 | 568.30 | 10,025.82 | 0.0293% |
| FAVAZZA, DONNA | | 75,012.45 | 2,692.19 | 77,704.64 | 0.2274% |
| FOURNIER, CYNTHIA | | 52,683.73 | 3,714.10 | 56,397.83 | 0.1651% |
| FRANZESE, SARAH | | 25,460.00 | 831.58 | 26,291.58 | 0.0770% |
| ■■■■■■ | | ■■■ | ■■■ | ■■■ | 1.2300% |
| GALLANT, SCOTT | | 1,312.48 | 505.61 | 1,818.09 | 0.0053% |
| ■■■■■■ | | ■■■ | ■■■ | ■■■ | 0.0251% |
| GIARRATANO, VALERIE | | 102,197.31 | 5,723.60 | 107,920.91 | 0.3159% |
| GLOVER, PAMELA | | 9,184.81 | 0.00 | 9,184.81 | 0.0269% |
| GONZALEZ, MARIA | | 11,736.12 | 571.99 | 12,308.11 | 0.0360% |
| GUTIERREZ, DIANA | | 1,278.20 | 480.80 | 1,759.00 | 0.0051% |
| HAGERTY, JUNE | | 15,322.91 | 1,990.44 | 17,313.35 | 0.0507% |
| HASH, STACY | | 31,289.49 | 288.36 | 31,577.85 | 0.0924% |
| HAYDON-RYAN. AMY | | 26,164.43 | 643.05 | 26,807.48 | 0.0785% |
| HEIBLER, CAROL | | 7,284.73 | 476.31 | 7,761.04 | 0.0227% |
| HERMELE, HERBERT | | 5,298,706.99 | 13,559.62 | 5,312,266.61 | 15.5494% |
| HESKE, NANCY | | 510,661.53 | 4,282.21 | 514,943.74 | 1.5073% |
| ■■■■■■ | | ■■■ | ■■■ | ■■■ | 0.6959% |
| IANOTTI, ERIKA | | 1,046.22 | 403.03 | 1,449.25 | 0.0042% |
| JANIK, LAURA | | 34,798.77 | 981.41 | 35,780.18 | 0.1047% |
| ■■■■■■ | | ■■■ | ■■■ | ■■■ | 0.0001% |
| KALAPIR, DANIELA | | 23,380.06 | 1,112.08 | 24,492.14 | 0.0717% |
| KETTLES, CHRISTINA | | 29,992.33 | 608.42 | 30,600.75 | 0.0896% |
| KIRSCHENBAUM, LAWREN | | 156,865.05 | 13,559.62 | 170,424.67 | 0.4988% |
| KROSS, RAYNA | | 10,435.17 | 0.00 | 10,435.17 | 0.0305% |
| ■■■■■■ | | ■■■ | ■■■ | ■■■ | 0.0680% |
| KWOK, PATRICK | | 268,559.99 | 12,169.12 | 280,729.11 | 0.8217% |
| LANGELAND, ROLF | | 566,926.07 | 12,169.12 | 579,095.19 | 1.6951% |
| LAVIOLETTE, CUSCHINE | | 980.34 | 377.66 | 1,358.00 | 0.0040% |
| LAY, NICOLE | | 22,038.78 | 444.56 | 22,483.34 | 0.0658% |
| LEWKOWICZ, MARTHA | | 15,624.80 | 399.03 | 16,023.83 | 0.0469% |
| LIBRETTI, GEORGE | | 10,242.78 | 455.79 | 10,698.57 | 0.0313% |
| LILLY, STACY | | 10,413.21 | 141.40 | 10,554.61 | 0.0309% |
| LOMAX, MARISSA | | 22,360.49 | 0.00 | 22,360.49 | 0.0655% |
| LORENZO, LAURA | | 8,072.95 | 1,533.47 | 9,606.42 | 0.0281% |

08-01789-cgm    Doc 3195-4    Filed 11/18/10    Entered 11/18/10 16:49:00    Exhibit D
Pg 3 of 4

SCHEDULE 1

# ORTHOPAEDIC SPECIALTY GROUP, P.C.
# 401(k) PENSION PLAN
## PARTICIPANT CLAIM LIST AS OF 11-30-2008

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| NAME | SS# | ASSETS AT MADOFF ON 11/30/2008 | CASH IN TRANSIT TO MADOFF ON 11/30/2008 | TOTAL AT MADOFF | PERCENTAGE OF TOTAL |
| ▮ | ▮ | ▮ | | ▮ | 0.0861% |
| MAKAR, KAREN | | 39,508.25 | 891.04 | 40,399.29 | 0.1183% |
| MALIN, JOEL | | 353,233.59 | 12,169.12 | 365,402.71 | 1.0696% |
| MARTINO, DONNA | | 24,464.36 | 1,972.77 | 26,437.13 | 0.0774% |
| MASTROIANNI, ELIZABE | | 1,052.95 | 405.63 | 1,458.58 | 0.0043% |
| MAXWELL, KAREN | | 8,531.61 | 289.27 | 8,820.88 | 0.0258% |
| MCALEER, SARAH | | 525.07 | 202.27 | 727.34 | 0.0021% |
| ▮ | | ▮ | ▮ | ▮ | 0.0033% |
| MIKOS, KATHLEEN | | 1,360.50 | 513.47 | 1,873.97 | 0.0055% |
| MOORE, DIANA | | 54,063.36 | 484.79 | 54,548.15 | 0.1597% |
| ▮ | | ▮ | ▮ | ▮ | 0.0003% |
| MORRISON, MURRAY | | 7,628,965.32 | 1,777.85 | 7,630,743.17 | 22.3358% |
| NAGY, KIM | | 62,473.20 | 1,179.99 | 63,653.19 | 0.1863% |
| NOLL, NOREEN | | 144,636.37 | 1,737.23 | 146,373.60 | 0.4284% |
| NOWLAN, PATRICIA | | 225,141.20 | 6,522.60 | 231,663.80 | 0.6781% |
| ▮ | | ▮ | ▮ | ▮ | 0.0229% |
| OTERO, PATRICIA | | 1,619.90 | 0.00 | 1,619.90 | 0.0047% |
| PADILLA, TAINA | | 12,486.07 | 1,490.62 | 13,976.69 | 0.0409% |
| PANAPADA, CAROLINE | | 42,018.66 | 5,678.51 | 47,697.17 | 0.1396% |
| PARISI, MADELYN | | 13,550.66 | 68.70 | 13,619.36 | 0.0399% |
| PELTON, MELISSA | | 64,720.16 | 3,763.98 | 68,484.14 | 0.2005% |
| PEREZ, EDNA | | 24,246.23 | 1,093.73 | 25,339.96 | 0.0742% |
| PETROWSKY, RYAN | | 1,176.09 | 453.07 | 1,629.16 | 0.0048% |
| PETRUCELLI, JOYCE | | 17,014.27 | 0.00 | 17,014.27 | 0.0498% |
| PICCOLO, JENNIFER | | 4,828.63 | 297.82 | 5,126.45 | 0.0150% |
| PIMPINELLA, SUZANNE | | 5,327.61 | 495.80 | 5,823.41 | 0.0170% |
| PLATT, CANDACE | | 8,193.41 | 98.74 | 8,292.15 | 0.0243% |
| RASCHKE, BARBARA | | 154,229.94 | 4,101.54 | 158,331.48 | 0.4634% |
| ▮ | | ▮ | ▮ | ▮ | 0.1089% |
| RIPLEY, DENISE | | 415,733.69 | 5,330.70 | 421,064.39 | 1.2325% |
| RIVERA, YESINA | | 2,185.50 | 352.63 | 2,538.13 | 0.0074% |
| ▮ | | ▮ | ▮ | ▮ | 0.0052% |
| RODRIGUEZ-ORTIZ, RAQ | | 975.74 | 375.89 | 1,351.63 | 0.0040% |
| ▮ | | ▮ | ▮ | ▮ | 0.0096% |
| ROSA, ISABEL | | 3,605.02 | 550.63 | 4,155.65 | 0.0122% |
| ROSADO, DAVID | | 7,781.83 | 719.46 | 8,501.29 | 0.0249% |
| ▮ | | ▮ | ▮ | ▮ | 0.0064% |

SCHEDULE 1

# ORTHOPAEDIC SPECIALTY GROUP, P.C.
## 401(k) PENSION PLAN
### PARTICIPANT CLAIM LIST AS OF 11-30-2008

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| NAME | SS# | ASSETS AT MADOFF ON 11/30/2008 | CASH IN TRANSIT TO MADOFF ON 11/30/2008 | TOTAL AT MADOFF | PERCENTAGE OF TOTAL |
| ROSIELLO, TITA | | 5,049.48 | 480.70 | 5,530.18 | 0.0162% |
| SAFFIR, MICHAEL | | 295,621.46 | 10,315.37 | 305,936.83 | 0.8955% |
| SAMMARTANO, CLAUDIA | | 31,126.26 | 3,248.69 | 34,374.95 | 0.1006% |
| SANTOS, IVELISSE | | 21,151.54 | 690.42 | 21,841.96 | 0.0639% |
| SCHAEFER, LINDA | | 7,316.27 | 1,088.95 | 8,405.22 | 0.0246% |
| SCHNEIDER, CHRISTINE | | 37,927.83 | 1,167.50 | 39,095.33 | 0.1144% |
| SHEAR, PERRY | | 581,450.40 | 13,559.62 | 595,010.02 | 1.7416% |
| SIMPSON, LYNN | | 11,964.59 | 260.83 | 12,225.42 | 0.0358% |
| SLATTERY, ELIZABETH | | 27,069.24 | 945.95 | 28,015.19 | 0.0820% |
| SOVIERO, FIORE | | 94,831.71 | 4,048.41 | 98,880.12 | 0.2894% |
| ST CLOUD, CARLINE | | 1,058.34 | 407.70 | 1,466.04 | 0.0043% |
| STANTON, ROBERT | | 5,026,189.38 | 13,559.62 | 5,039,749.00 | 14.7518% |
| STASOLLA, REBECCA | | 6,472.41 | 265.25 | 6,737.66 | 0.0197% |
| STEVENS, TIFFANY | | 16,563.03 | 948.13 | 17,511.16 | 0.0513% |
| STOCKMAL, NICOLE | | 11,538.06 | 0.00 | 11,538.06 | 0.0338% |
| STOPKA, ANIA | | 3,730.34 | 681.81 | 4,412.15 | 0.0129% |
| TEIXEIRA, SUSANA | | 822.76 | 316.95 | 1,139.71 | 0.0033% |
| ■ | | ■ | ■ | ■ | 0.0036% |
| TOWLE, SIMONE | | 63,523.84 | 0.00 | 63,523.84 | 0.1859% |
| TURNER, MONICA | | 4,885.15 | 800.97 | 5,686.12 | 0.0166% |
| UHLAN, CYNTHIA | | 13,555.70 | 2,399.16 | 15,954.86 | 0.0467% |
| VARGAS, CANDACE | | 111,361.71 | 0.00 | 111,361.71 | 0.3260% |
| ■ | | ■ | ■ | ■ | 0.0103% |
| VIOLA, KATHIE | | 25,615.22 | 6,377.95 | 31,993.17 | 0.0936% |
| ■ | | ■ | ■ | ■ | 0.0173% |
| WILMOT, JANE | | 163,574.98 | 4,999.83 | 168,574.81 | 0.4934% |
| ■ | | ■ | ■ | ■ | 0.0050% |
| ■ | | ■ | ■ | ■ | 0.0097% |
| | | 33,863,708.48 | 300,000.00 | 34,163,708.48 | 100.0000% |