Exhibit B

Summary of Fourth Interim Fee Application
of Windels Marx Lane & Mittendorf, LLP
for Services Rendered from
June 1, 2010 through September 30, 2010

| Name<br><br>**Partners and Special Counsel** | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Alan Nisselson | 1977 | 555.00 | 31.10 | $17,260.50 |
| Howard L. Simon | 1977 | 495.00 | 255.40 | $126,423.00 |
| Timothy O'Neill | 1981 | 475.00 | 258.70 | $122,882.50 |
| Charles A. Damato | 1979 | 470.00 | 6.80 | $3,196.00 |
| Regina Griffin | 1993 | 460.00 | 625.40 | $287,684.00 |
| Alan Landzberg | 1979 | 460.00 | 5.50 | $2,530.00 |
| Eric W. Bruenner | 1976 | 445.00 | .20 | $89.00 |
| Leslie S. Barr | 1985 | 435.00 | .60 | $261.00 |
| Total Partners and Special Counsel | | | **1183.70** | **$560,326.00** |
| Name<br><br>**Associates** | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
| Kim M. Longo | 2002 | 360.00 | 499.50 | $179,820.00 |
| Karen M. Cullen | 1981 | 360.00 | 769.60 | $277,056.00 |
| Jorge R. Salva | 2002 | 345.00 | 759.80 | $262,131.00 |
| Carol LaFond | 2000 | 345.00 | 332.10 | $114,574.50 |
| Stacey A. Bell | 2001 | 335.00 | 675.70 | $226,359.50 |
| Yani Indrajana Ho | 2006 | 315.00 | 454.80 | $143,262.00 |
| Brian W. Kreutter | 2003 | 305.00 | 451.00 | $137,555.00 |
| Robyn Mooers | 2005 | 305.00 | 694.60 | $211,853.00 |
| Elizabeth Fiechter | 2006 | 295.00 | 582.40 | $171,808.00 |
| Craig D. Gottilla | 2000 | 295.00 | 434.50 | $128,177.50 |
| Craig A. Linton | 2008 | 250.00 | 377.90 | $94,475.00 |
| Total Associates | | | **6031.90** | **$1,947,071.50** |

| Name | | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Paraprofessionals** | | | | |
| Anna Cote | | 225.00 | 99.60 | $22,410.00 |
| Tracy Heston | | 220.00 | 1.80 | $396.00 |
| Zac B. Howes | | 210.00 | 315.60 | $66,276.00 |
| Anthony T. Navatto | | 210.00 | 340.50 | $71,505.00 |
| Joel L. Solomon | | 205.00 | 30.30 | $6,211.50 |
| Christopher Reilly | | 190.00 | 318.10 | $60,439.00 |
| Candi McBride | | 190.00 | 2.40 | $456.00 |
| Michael Hudson | | 190.00 | 2.00 | $380.00 |
| Jacob Gould | | 190.00 | 629.60 | $119,624.00 |
| Susan Wiener | | 165.00 | 1.90 | $313.50 |
| Lisa M. Winkler | | 160.00 | 656.20 | $104,992.00 |
| Michael A. Simon | | 135.00 | 454.20 | $61,317.00 |
| Candice Jampol | | 125.00 | 15.40 | $1,925.00 |
| Total Paraprofessionals | | | **2867.60** | **$516,245.00** |

| | **Blended Rate** | **Total Hours Billed** | **Total Compensation** |
|---|---|---|---|
| Partners and Special Counsel | 473.37 | 1183.70 | $560,326.00 |
| Associates | 322.80 | 6031.90 | $1,947,071.50 |
| Total Paraprofessionals | 180.03 | 2867.60 | $516,245.00 |
| Blended Attorney Rate | 347.50 | | |
| Total Hours/Total Fees Incurred | | **10083.20** | **$3,023,642.50** |