<u>Exhibit C</u>

EXPENSE SUMMARY BY WINDELS MARX LANE & MITTENDORF
<u>FOR FOURTH INTERIM PERIOD OF JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010</u>

| Code Description | Amount |
|---|---|
| Copying | $15,372.90 |
| Outside Printing | $704.86 |
| Facsimile | $21.00 |
| Telephone | $385.83 |
| Online Research | $9,906.60 |
| Delivery Services/Messengers | $2,329.37 |
| Postage | $161.64 |
| Local Travel | $2,213.85 |
| Business Meals, etc. | $643.27 |
| Court Fees | $51.25 |
| Litigation Support Vendors | $168.60 |
| Other | $1,168.75 |
| Total | **$33,127.92** |

{10598366:1}