Exhibit D

COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF FOR FOURTH INTERIM PERIOD OF JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010

| Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|
| 005 | Claims Administration | 1.00 | $344.50 |
| 007 | Fee/Employment Applications | 93.90 | $31,964.50 |
| 010 | Litigation | 2604.10 | $850,467.00 |
| 020 | Internal Office Meetings | 30.80 | $11,698.50 |
| 039 | Trustee Investigation | 6752.80 | $1,925,850.50 |
| 040 | Banks and Feeder Funds | 598.60 | $202,937.50 |
| P200 | Fact Gathering/Due Diligence | 2.00 | $380.00 |
| Total | | **10083.20** | **$3,023,642.50** |

{10603059:1}