MOSES & SINGER LLP
Mark N. Parry
Declan M. Butvick
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
(212) 554-7800

*Attorneys for Stanford International, Inc.; Sau Ling Lee;*
*Sui Ping Lam; Rebecca Pui-Wa Tsang; Anna Shin-Man Shum;*
*Mai Ming Yuan; Hermione Tsoi and South Shore Partners*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORP., <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br> (Substantively Consolidated) |
| In re <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK    )

　　Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 19th day of November, 2010, he caused copies of the:

**(1)    Objection to Trustee's Determination of the Customer Claim of Stanford International, Inc.;**

**(2)    Objection to Trustee's Determination of the Customer Claim of Sau Ling Lee;**

849578v1  010789.0100

  **(3)**   **Objection to Trustee's Determination of the Customer Claim of Sui Ping Lam;**

  **(4)**   **Objection to Trustee's Determination of the Customer Claim of Rebecca Pui-Ta Tsang;**

  **(5)**   **Objection to Trustee's Determination of the Customer Claim of Anna Shin-Man Shum;**

  **(6)**   **Objection to Trustee's Determination of the Customer Claim of Mai Ming Yuan;**

  **(7)**   **Objection to Trustee's Determination of the Customer Claim of Hermione Tsoi; and**

  **(8)**   **Objection to Trustee's Determination of the Customer Claim South Shore Partners**

to be served By Hand on:

   Irving H. Picard, Trustee
   c/o Baker & Hostetler LLP
   45 Rockefeller Plaza
   Attn: Claims Department
   New York, New York 10111

to be served Via Federal Express On:

   Clerk of the United States Bankruptcy Court for
   The Southern District of New York
   One Bowling Green
   New York, New York 10004

and served via the Electronic Case Filing System upon the registered participants as identified on the Notice of Electronic Filing.

            /s/ Don K. Kick
            Don K. Kick

Sworn to before me on November 22, 2010

/s/ Marie S. Leybag
Notary Public

   Marie S. Leybag
  Notary Public, State of New York
    No. 01LE5060744
   Qualified in Queens County
  Commission Expires: May 20, 2014

849578v1  010789.0100