Leonard P. Schwartz
710 Golfers Pass Road
Incline Village, NV 89451
775-250-2686

November 16, 2010

Clerk of the United Sates Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

RE: Claim # 007465

To whom it may concern

I have been notified that my claim # 007465 has been denied because I was not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C., Sec. 78/// (2).

I was not a customer because the account was in my father's name. It was his intent that I receive, as his only child, the balance of his estate; therefore, I am entitled to make a claim to the bankruptcy court. Fanny Schwartz, who was a party to the will, is now deceased. Please note the attached will made out by Theodore M. Schwartz..

I trust this resolves the issue. Please let me know if I can further clarify this issue.

Yours truly,

Leonard P. Schwartz

CC: Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, New York 10111



RECEIVED NOV 19 2010 U.S. BANKRUPTCY COURT SD DIST OF NEW YORK