# EXHIBIT B

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: _Stephen Wilkes_

Mailing Address: _17 Crooked Mile Road_

City: _Westport_    State: _CT_    Zip: _06880_

Account No.: _1 CM 865_

Taxpayer I.D. Number (Social Security No.): _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_

_ID # 20-0724288_

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of    $_____0_____

    b.    I owe the Broker a Debit (Dr.) Balance of    $_____0___ N/A

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.    $_____0_____

    d.    If balance is zero, insert "None."    _____0_____

2.	Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ |  |
| b. | I owe the Broker securities |  | ✓ |

c.	If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
|  | Please see the attached |  |  |
|  | November 30, 2008 account |  |  |
|  | Statement at Exhibit D. |  |  |
|  |  |  |  |
|  |  |  |  |

Number of Shares or Face Amount of Bonds

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received. **PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

<u>YES</u>                    <u>NO</u>

3.   Has there been any change in your account since December 11, 2008?  If so, please explain.    _____    ✓

4.   Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker?    _____    ✓

5.   Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker?    _____    ✓

6.   Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s)    _____    ✓

7.   Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming.    _____    ✓

8.   Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers.    _____    ✓

9.   Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker.    _____    ✓

Please list the full name and address of anyone assisting you in the preparation of this claim form: Brian J. Neville, Esq., Lax + Neville, LLP 1412 Broadway suite 1407 New York, NY 10018

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date ___5/21/09___          Signature _____

Date _____          Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# LAX NEVILLE

**LAX & NEVILLE, LLP**
ATTORNEYS AT LAW

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

**BARRY R. LAX**
**BRIAN J. NEVILLE**
_____

**BRIAN MADDOX**
**SANDRA P. ESPINOSA**
**RAQUEL TERRIGNO**

OF COUNSEL:

**DAVID S. RICH**

## PROTECTIVE CLAIM

June 26, 2009

**VIA FEDERAL EXPRESS**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE:    Stephen Wilkes /Bernard L. Madoff Investment Securities LLC

Dear Mr. Picard:

This firm represents Stephen Wilkes, partner of the Wilkes Family Partnership. On February 10, 2009, the Wilkes Family Partnership filed a SIPC Customer Claim Form. Stephen Wilkes and the other partners of the Wilkes Family Partnership are electing to submit individual SIPC Claim Forms. Stephen Wilkes is filing a protective claim to protect any rights that he may have if the law changes or if a legal determination is made that individual partners are entitled to payments by SIPC. The other partners, Bette Wilkes, Samuel Wilkes and Jennie Wilkes, are simultaneously submitting individual SIPC Claim Forms. Enclosed herein you will find a completed Bernard L. Madoff Investment Securities LLC ("Madoff Securities") Customer Claim Form for Stephen Wilkes. Below is a description of the relationship between Stephen Wilkes and Madoff Securities. The statements made in this letter are true and accurate to the best of our knowledge and belief, and are being provided to support Stephen Wilkes's SIPC claims.

# LAXNEVILLE

Irving H. Picard
June 26, 2009
Page 2 of 3

In or about February 2004, Stephen Wilkes opened an account with Madoff Securities on behalf of the Wilkes Family Partnership. Attached hereto as Exhibit A is the Madoff Securities Account Information Verification Form. Stephen Wilkes is a partner of the Wilkes Family Partnership, together with Bette Wilkes, Samuel Wilkes and Jennie Wilkes. Attached hereto as Exhibit B is the General Partnership Agreement for the Wilkes Family Partnership. Stephen Wilkes and the other partners invested a total of $1,240,000.00 into their account with Madoff Securities. Attached hereto as Exhibit C are wire transfer documents reflecting the deposits made in the account. Stephen Wilkes received account statements and confirmations from Madoff Securities reflecting the securities purchased and showing the Wilkes Family Partnership held securities in the account. Attached hereto as Exhibit D are Madoff Securities account statements for March 2004 through November 2008. Also attached hereto as Exhibit E are Madoff Securities confirmations, which list SIPC membership, for November 2008. Based upon the account statements and confirmations, Stephen Wilkes at all times expected to have those securities in the Wilkes Family Partnership account. The balance in the Wilkes Family Partnership account as of the filing date is $2,100,602.26. *See* the Wilkes Family Partnership November 30, 2008 account statement as Exhibit D. Stephen Wilkes and the other partners of the Wilkes Family Partnership did not withdraw any funds from the account at any time.

## CONCLUSION

Stephen Wilkes is seeking the full protection of SIPA as follows:

-    Account No: I-CM865-3-0          Stephen Wilkes, Partner of the Wilkes Family
                                      Partnership

                                      Total = **$2,100,602.26**

# LAX NEVILLE

Irving H. Picard
June 26, 2009
Page 3 of 3

    If there are any questions regarding this matter or if you require additional documents and

information, please do not hesitate to contact me.  Thank you.

                        Very truly yours,
                        Lax & Neville, LLP

By:    _Brian Neville/sre_
                 Brian J. Neville

ENC.

# EXHIBIT A



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 838-4061

WILKES FAMILY PARTNERSHIP
17 CROOKED MILE RD
WESTPORT, CT 06880

February 13, 2004

Account Information Verification

Account:          1CM865

Dear Client:
In accordance with SEC regulation 17a-3: Books and Records, we are required to verify that the following information is complete and accurate.

Account Name and Address
WILKES FAMILY PARTNERSHIP
17 CROOKED MILE RD
WESTPORT, CT 06880

Account Information
Account Type:                                    Partnership
Investment Objective:                         * Trading Income
Annual Income:
Net Worth:

Customer Information
Name:            WILKES FAMILY PARTNERSHIP

Alternate Address
NONE

Street:          17 CROOKED MILE RD
Apt/Suite:
City:            WESTPORT
State:           CT - CONNECTICUT
Country:         UNITED STATES
Province:
Zip Code:        06880
Home:            (203)-984-1572
Business:        (203)-226-7695
Tax ID:          ON FILE
DOB:
Occupation:
Company/Firm:
Member Firm:

If any of your account or customer information is found to be inaccurate, please contact us at
212 230-2424

* Trading Income - Emphasis on short-term trading practices to capitalize on market fluctuations. This objective is associated with market risk.

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel. 020-7493 6222

# 1, 2 30,000
3/1

# EXHIBIT B

# GENERAL PARTNERSHIP AGREEMENT

## THE WILKES FAMILY PARTNERSHIP

THIS PARTNERSHIP AGREEMENT, made and entered into as of this 20th day of _____April_____, 2004, by and between the following listed persons as Partners:

| Name | Address | Number of General Partnership Units |
|------|---------|:-----------------------------------:|
| Stephen Wilkes | 17 Crooked Mile Road<br>Westport, CT 06880 | 30 |
| Bette Wilkes | 17 Crooked Mile Road<br>Westport, CT 06880 | 30 |
| Stephen Wilkes as Custodian for Jennie Wilkes | 17 Crooked Mile Road<br>Westport, CT 06880 | 28 |
| Bette Wilkes as Custodian for Sam Wilkes | 17 Crooked Mile Road<br>Westport, CT 06880 | 12 |
|  |  | 100 |

## W I T N E S S E T H:

WHEREAS, the parties hereto desire to form a General Partnership for the purpose of investing and managing certain property hereinafter described;

WHEREAS, the partners are subscribing to and voluntarily entering into this Agreement for the purposes set forth in Section 1.4;

NOW THEREFORE, in consideration of the premises and of the mutual promises herein contained, the parties hereto do hereby agree as follows:

# ARTICLE I
### Formation, Name, Office,
### Purposes, Terms, Fiscal Year

1.1    <u>Formation</u>. The parties hereby form a General Partnership (the "Partnership").

1.2    <u>Name</u>. The Partnership and its business shall be conducted under the name and style of THE WILKES FAMILY PARTNERSHIP.

1.3    <u>Office</u>. The principal office and place of business of the Partnership shall be located at 17 Crooked Mile Road, Westport, Connecticut, or at such other place or places as the Partners may from time to time determine.

1.4    <u>Purposes</u>. The purposes of the Partnership are:

(a)    To hold the property of the Partnership as a mutual investment and to provide for its management.

(b)    To borrow money and to issue evidences of indebtedness and to secure the same by mortgage, pledge or other lien on the assets of the Partnership, or other security device, and to repay in whole or in part, refinance, recast, increase, modify or extend any such indebtedness and the terms thereof and security therefor, as the Partners may determine.

(c)    To carry on any other activities, including, without limitation, the investment and reinvestment of income and capital in property, real or personal, of any kind, and to execute and deliver any instruments, as the Partners may determine to be necessary or advisable in order to accomplish the purposes of the Partnership.

1.5    <u>Fiscal Year</u>. The fiscal year of the Partnership shall be the calendar year.

# ARTICLE II
### Capital

2.1    <u>Capital of the Partnership</u>. The initial capital of the Partnership shall be the aggregate amount of the interests in personal property contributed by the Partners as

2

hereinafter set forth, increased by Partnership profits at any time transferred to capital and decreased by Partnership losses and by distributions to Partners at any time in reduction of capital.

2.2 **Initial Capital**. The initial capital accounts of the Partners, constituting the aggregate the value of the property interests contributed by the respective Partners are as follows:

| Name | Number of Units | Capital Account |
|------|-----------------|-----------------|
| Stephen Wilkes | 30 | $ 375,000 |
| Bette Wilkes | 30 | 375,000 |
| Stephen Wilkes as Custodian for Jennie Wilkes | 28 | 350,000 |
| Bette Wilkes as Custodian for Sam Wilkes | 12 | 150,000 |
| | 100 | $1,250,000 |

2.3 **Interest**. No interest shall be paid on any capital contributed to the Partnership.

## ARTICLE III
### Profits and Losses, Distributions

3.1 **Profits and Losses**. All profits shall be shared by the Partners in accordance with the ratio which the number of units of Partnership interest owned by each Partner bears to the number of units of Partnership interest outstanding. Losses shall be similarly allocated, except that a net loss in any period shall be allocated among the Partners in the ratio that each may have made a contribution to payment of the expenses involved.

3.2 **Distributions**. All distributions from the Partnership, whether of excess net cash receipts, proceeds of financing, or refinancing, proceeds of sale or other disposition of Partnership properties or otherwise, shall be shared by the Partners in accordance with the ratio which the number of units of Partnership interests owned by each Partner bears to the total number of units of Partnership interest outstanding.

3

3.3   Reduction of Capital. Net losses and distributions shared by the Partners as aforesaid which result in reducing their capital accounts below initial capital contributions aforesaid shall not result in reducing the number of units of Partnership interest owned by each Partner and the Partners in the aggregate.

## ARTICLE IV
## Management, Duties and Restrictions

4.1   Management. Except as provided in Section 4.2, all Partnership decisions shall be controlled by the affirmative vote of two-thirds (2/3) of the Partners, with each Partner entitled to one vote for each unit of the Partnership held by him or her.

4.2   Managing Partners. Stephen Wilkes and Bette Wilkes are named Managing Partners of the Partnership. As such, they may open a bank account or accounts on behalf of the Partnership (on which they may designate another Partner as alternate signatory), they may draw checks on or make deposits in any such account, they may enter into or acquire contracts of insurance for the protection of partnership property and the protection of the Partners against liability, prepare, sign and file required tax forms and appeal from, consent to, and compromise partnership tax matters and assessments, and employ or contract with others for the purchase, management, maintenance, improvement, leasing, encumbering, brokerage listing and sale of partnership property. The Managing Partners may at any time be replaced by a vote of two-thirds (2/3) of the Partners as provided in Section 4.1.

4.3   Other Activities. Any of the Partners may engage in or possess an interest in other business ventures of every nature and description, independently or with others, including, but not limited to the ownership, financing, leasing, operation, management, syndication or development of real property; and neither the Partnership nor any of the Partners thereof shall have any rights by virtue of this Agreement in and to such independent ventures or the income or profits derived therefrom.

4

4.4.    <u>Banking and Receipts</u>.  All funds of the Partnership shall be deposited in such bank or brokerage account or accounts as the Managing Partners shall designate, and withdrawals therefrom shall be made upon such signature or signatures as the Partners may designate from time to time.

4.5    <u>Books and Tax Returns</u>.

(a)    The Partners shall maintain full and accurate books at the principal office of the Partnership and the Partners shall have the right to inspect and examine such books, and to make copies thereof, at reasonable times.  The books shall be closed and balanced at the end of each calendar year.

(b)    The Partnership shall use the cash method of accounting.

## ARTICLE V
## <u>Withdrawal</u>

5.1    <u>Partner Withdrawal</u>.  A Partner may withdraw from the partnership at any time by giving not less than three (3) months written notice of such withdrawal to all remaining Partners.

5.2    <u>Distribution to Withdrawing Partner</u>.  A withdrawing Partner shall be entitled to receive any distribution to which he or she is entitled under this Agreement, and, in addition, such withdrawing Partner shall receive within a reasonable time after withdrawal, the fair value of his or her interest in the Partnership as of the date of withdrawal based upon such withdrawing Partner's right to share in distributions as provided in Article III.

5.3    <u>No Termination</u>.  The withdrawal of a Partner under this Article V will not result in the termination and dissolution of the Partnership.

## ARTICLE VI
## <u>Termination and Dissolution</u>

6.1    <u>Termination and Dissolution</u>.  The Partnership shall be terminated and dissolved upon the happening of any of the following events:

5

(a)    A vote of the Partnership as provided in Section 4.1;

(b)    The sale or other disposition of all or substantially all of the Partnership assets; or

(c)    The Partnership becomes insolvent or bankrupt.

6.2    <u>Winding up and Liquidation</u>.  In the event the Partnership is terminated as hereinabove provided, the affairs of the Partnership shall be wound up and the Partnership shall be liquidated.  The proceeds of such winding up and liquidation shall be distributed in the following order:

(a)    To creditors, in the order of priority as provided by law; then

(b)    To all of the Partners in proportion to their units of partnership interest in the Partnership.

ARTICLE VII
<u>General Provisions</u>

7.1    <u>Notices</u>.  Except as may otherwise be provided in this Agreement, any and all notices, consents, waivers, or other instruments shall be in writing, signed by the party concerned, and shall be deemed properly given if delivered in person or sent by registered or certified U.S. mail, postage prepaid, addressed (I) in the case of the Partnership, to the Partnership at the principal place of business of the Partnership, or (ii) to such Partner at the address first of record in the Partnership books (until changed by such Partner by notice to the Partnership).

7.2    <u>Arbitration</u>.  Any controversy or claim arising out of or relating to any provisions of this Agreement, or the breach thereof, shall be settled by arbitration in accordance with the rules then in effect of the American Arbitration Association, to the extent consistent with the laws of the State of Connecticut, and judgment upon the award rendered may be entered in any court having jurisdiction thereof.  Each party shall be responsible for her or his own costs.

6

7.3 _Applicable Law_. This Agreement and the rights of the Partners shall be governed by and construed and enforced in accordance with the laws of the State of Connecticut.

7.4 _Severability_. In case any one or more of the provisions contained in this Agreement or any application thereof shall be invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of the remaining provisions contained herein and any other application thereof shall not in any way be affected or impaired thereby.

7.5 _Binding Effect_. Except as herein otherwise provided to the contrary, this Agreement shall be binding upon and inure to the benefit of the Partners and their respective heirs, executors, administrators, successors and permitted assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement in a number of counterparts on the day and year above written.

In the presence of:

Stephen Wilkes

7

_[signature]_

_[signature]_

_[signature]_

_[signature]_
Bette Wilkes

_[signature]_
Stephen Wilkes, as Custodian for Jennie Wilkes

_[signature]_
Bette Wilkes, as Custodian for Sam Wilkes

8

STATE OF CONNECTICUT    )
                           )    ss.
COUNTY OF FAIRFIELD    )

       Personally appeared Stephen Wilkes and Bette Wilkes, signers and sealers of the foregoing instrument, and acknowledged the same to be their free act and deed in the capacities aforesaid, before me.

                                    _____
                                    Notary Public

                                      SANTA IRAOLA
                                    NOTARY PUBLIC
                   MY COMMISSION EXPIRES APR. 30, 2008

\15314\1\83834.1

9

# EXHIBIT C

# THE WASHINGTON TRUST Company

| CONTROL # | RESOURCE # |
|---|---|
| 03013 ? | |

**ORIGINATOR INFORMATION**

| Date | 3/1/04 | Date Faxed | 3/1/04 |
|---|---|---|---|

| Originator's Name | Bette Wilkes |
|---|---|

| Company Name (if applicable) | |
|---|---|

| Address | c/o Trust Operations — attn: Mary Kelliher |
|---|---|

| Phone | x1233 - Please call if any problems with transaction |
|---|---|

| Identification (Required - State, Number & Type) | (on file) |
|---|---|

The undersigned originator requests payment to be made to the beneficiary or beneficiary account num or named below. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole ob gation of The Washington Trust Company is to exercise ordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer.

**AMOUNT OF WIRE AND SOURCE OF FUNDS**

| Amount | $ 1 2 3 0 0 0 0 0 0 |
|---|---|

| Source of Funds | ☒ Debit Account Listed Below ☐ Cash ☐ Other (List) ☒ Wire Fee WAIVED |
|---|---|

| Account Number to Debit | 8 2 6 3 5 7 |
|---|---|

**BENEFICIARY BANK INFORMATION**

| ABA Routing Number | 0 2 1 0 0 0 0 2 1 |
|---|---|

| Receiving Bank Name | JP Morgan Chase Bank |
|---|---|

| Receiving Bank Address | 40 Wall Street, New York, NY 10015 |
|---|---|

| Beneficiary Bank Name | |
|---|---|

| Beneficiary Bank Address | |
|---|---|

| Beneficiary Name | Bernard Madoff |
|---|---|

| Beneficiary Account Number | 1 4 0 0 8 1 7 0 3 |
|---|---|

| Message To Beneficiary | for further credit to: Wilkes Family Relationship a/c #1CM865 |
|---|---|

| Intermediary Bank Information | |
|---|---|

| Intermediary Bank Name | |
|---|---|

| Intermediary Bank Address | MAR 0 2 2004 |
|---|---|

**FOR BANK USE ONLY**

| Officer Name (Print) | Lori L. Harrison | Officer Signature | X |
|---|---|---|---|
| Officer Name (Print) | Stephanie G. Blanchette | Officer Signature | X S. Blanchette AVP |

**OFFICE USE ONLY**

| Approved By | | Entered By | |
|---|---|---|---|
| | | Call Back Verification By | |

okay Blanchette

Standard Screen

Sender ABA: 011500858 Name: WASH TR WESTERLY
Receiver ABA: 021000021 Name: CHASE          Type Code: 1000
Amount:    1,230,000.00 Bus Function Code: CTR Ref #: 030137

Originator:    ID Code:    Identifier:
Name butts wilkes                Adr c/o trust operations
Adr washington trust company        Adr westerly ri

Beneficiary:   ID Code: D   Identifier: 140081703
Name barnard madoff                Adr
Adr                    Adr
Orig to Benef Info:
Text: wilkes family relationship      a/c 1cm865

FI to FI Info:

OMAD
IMAD 20040301 A1Q1771E 000040 URCFT0040   OMAD20040301 B1QGC06R 0042t   0301 14/4
CGC NOTES:                              PDM:

## THE WASHINGTON TRUST Company

### Wire Transfer Authorization

| CONTROL # | 030905 | KBOCURI INST # |
|---|---|---|

**ORIGINATOR'S INFORMATION**

| Date | 3/9/2004 | Date Faxed | |
|---|---|---|---|
| Originator's Name | Bette Wilkes | | |
| Company Name (if applicable) | | | |
| Address | c/o Trust Operations -- attn: Mary Kelleher | | |
| Phone | x1233 - Please call if any problems with transaction | | |
| Identification (Driver's - State, Number & Type) | (on file) | | |

The undersigned originator requests payment to be made to the beneficiary or beneficiary account number named below. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of The Washington Trust Company is to exercise ordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer.

Originator's Authorizing Signature

**AMOUNT OF WIRE AND SOURCE OF FUNDS**

| Amount Of Wire | $ | | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|
| Source Of Funds | ☒ Debit Account Listed Below | ☐ Cash | ☐ Other (List) | | | ☒ Wire Fee $15.00 | | | |
| Account Number to Debit | 8 2 6 3 5 7 | | | | | | | | |

**BENEFICIARY BANK INFORMATION**

| ABA/Routing Number | | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 2 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Beneficiary Bank Name | JP Morgan Chase Bank | | | | | | | | | |
| Beneficiary Bank Address | 40 Wall St., NYC, NY | | | | | | | | | |
| Beneficiary Bank Name | | | | | | | | | | |
| Beneficiary Bank Address | | | | | | | | | | |
| Beneficiary Name | Bernard L. Madoff | | | | | | | | | |
| Beneficiary Account Number | 1 4 0 0 8 1 7 0 3 | | | | | | | | | |
| Information To Beneficiary | fbo Wilkes Family Partnership, a/c #1-M865 | | | | | | | | | |
| Intermediary Bank Information | | | | | | | | | | |
| Intermediary Bank Name | | | | | | | | | | |
| Intermediary Bank Address | | | | | | | | | | |

**OFFICE USE ONLY**

| Officer (Sign) | Patricia M. Dillon | Officer Signature | X | | |
|---|---|---|---|---|---|
| Officer (Print) | S. Blanchette | Officer Signature | X S. Blanchette AVP | | |

**TELLER/OFFICE USE ONLY**

| | | Entered By | | |
|---|---|---|---|---|
| Verified By | | Call Back Verification By | | |

MAR 1 0 2004

Standard Screen
Sender ABA: 021500088 Name: WASH TR WESTERLY

Receiver ABA: 021000021 Name: CHASE        Type Code: 1000
Amount: 10,000.00 Exe Function Code: CTR Ref #: 055085

Originator:    ID-Code-        Identifier:
Name bete willies              Air clo tress operations
Air washington trust company   Air westerly ri

Beneficiary:  ID-Code-         Identifier:
Name bernard t santoff         Air
Air                            Air

Org to Benef Info:
Jbo willies family partnership        a/c 1cm865

FI to FI Info:

Ref FRAD
IMADDGOAD3D9 A1Q177IE 000095 URCTT006 OMAD20040309 BKGCCORR 000404 0309 1013
LOC NOTES:        FDIC

# EXHIBIT D















# EXHIBIT E

CONFIRMATION (Please see reverse for further details.)



# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

883 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA. | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-CM865-4 | D | 41277 | 8 | 1 | | 11/14/08 | 11/19/08 | |

CODES

IDENTIFICATION NO.

WILKES FAMILY PARTNERSHIP
17 CROOKED MILE ROAD
WESTPORT        CT 06880

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION: | NET AMOUNT |
|---|---|---|---|---|
| SLD | 44 | 78379OKLF | S & P 100 INDEX NOVEMBER 460 CALL | 13244.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 3.000 | 13200.00 | 44.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VS. | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-CM865-4 | R | 32627 | 8 | 1 | | 11/14/08 | 11/19/08 |

CODES

WILKES FAMILY PARTNERSHIP
17 CROOKED MILE ROAD
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 44 | 78379Q1FF | S & P 100 INDEX DECEMBER 430 CALL | 114356.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.000 | 114400.00 | 44.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details)

| ORIGINATOR NO. | DELIVERED VS. | ACCOUNT NUMBER | DR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0846 | | 1-CM865-4 | R | 45602 | 8 | 1 | | 11/14/08 | 11/19/08 |

IDENTIFICATION NO.   CONTRA PARTY   C.H. NUMBER   SPECIAL DELIVERY INSTRUCTIONS

WILKES FAMILY PARTNERSHIP
17 CROOKED MILE ROAD
WESTPORT          CT 06880

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| WE | | | | |
| BOT | 44 | 783790NJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 162756.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 162800.00 | 44.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

Exhibit B



# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

FINRA   NSX   SIPC   NSCC   DTC   MEMBER

| ORDER/DINING NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-CM865-4 | D | 36952 | 8 | 1 | | 11/14/08 | 11/19/08 |

IDENTIFICATION NO.        CONTRA PARTY        C.H. NUMBER        SPECIAL DELIVERY INSTRUCTIONS

WILKES FAMILY PARTNERSHIP
17 CROOKED MILE ROAD
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 44 | 783790XD4 | S & P 100 INDEX
DECEMBER 420 PUT | | 132044.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.000 | 132000.00 | 44.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

**(Please print or type)**

Name of Customer: *Samuel Wilkes*

Mailing Address: *17 Crooked Mile Road*

City: *Westport*          State: *CT*          Zip: *06880*

Account No.: *1 CM 865*

Taxpayer I.D. Number (Social Security No.): *049 - 90 - 9084*

*I.O # 20-0734288*

**NOTE:**     BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

      a.    The Broker owes me a Credit (Cr.) Balance of          $_____

      b.    I owe the Broker a Debit (Dr.) Balance of          $_____

      c.    If you wish to repay the Debit Balance,

          please insert the amount you wish to repay and

          attach a check payable to "Irving H. Picard, Esq.,

          Trustee for Bernard L. Madoff Investment Securities LLC."

          If you wish to make a payment, **it must be enclosed**

          with this claim form.          $_____

      d.    If balance is zero, insert "None."          _____

2.        Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | _____ | _____ |
| b. | I owe the Broker securities | _____ | _____ |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | **Number of Shares or Face Amount of Bonds** | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:**   **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

<u>YES</u>                <u>NO</u>

3.    Has there been any change in your account since December 11, 2008?  If so, please explain.

4.    Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker?

5.    Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker?

6.    Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s)

7.    Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming.

8.    Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers.

9.    Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker.

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____5/21/09_____     Signature _Beth Wilkes as Custodian for_
                                      _Samuel Wilkes_

Date _____     Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: *Bette Wilkes*
Mailing Address: *17 Crooked Mile Road*
City: *Westport*          State: *CT*          Zip: *06880*
Account No.: *1 CM 865*
Taxpayer I.D. Number (Social Security No.): *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*

*Partnership ID # 20-0724288*

**NOTE:**    **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

*************************************************************************

1. Claim for money balances as of **December 11, 2008**:

   a.    The Broker owes me a Credit (Cr.) Balance of          $_____0_____

   b.    I owe the Broker a Debit (Dr.) Balance of          $_____0__N/A__

   c.    If you wish to repay the Debit Balance,

   please insert the amount you wish to repay and

   attach a check payable to "Irving H. Picard, Esq.,

   Trustee for Bernard L. Madoff Investment Securities LLC."

   If you wish to make a payment, **it must be enclosed**

   with this claim form.          $_____0_____

   d.    If balance is zero, insert "None."          _____0_____

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.   The Broker owes me securities | ✓ | |
| b.   I owe the Broker securities | | ✓ |

c.      If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | *Please see the attached* | | |
| | *November 30, 2008 account* | | |
| | *statement at Exhibit D.* | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Brian J. Neville, Esq., Lax + Neville LLP 1412 Broadway suite 1407 New York NY 10018

3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____5/21/09_____        Signature _Beth Wilkes_____

Date _____        Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# LAX NEVILLE

**LAX & NEVILLE, LLP**
ATTORNEYS AT LAW

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

BARRY R. LAX
BRIAN J. NEVILLE

BRIAN MADDOX
SANDRA P. ESPINOSA
RAQUEL TERRIGNO

OF COUNSEL:
DAVID S. RICH

## PROTECTIVE CLAIM

June 26, 2009

**VIA FEDERAL EXPRESS**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE:   Bette Wilkes /Bernard L. Madoff Investment Securities LLC

Dear Mr. Picard:

This firm represents Bette Wilkes, partner of the Wilkes Family Partnership. On February 10, 2009, the Wilkes Family Partnership filed a SIPC Customer Claim Form. Bette Wilkes and the other partners of the Wilkes Family Partnership are electing to submit individual SIPC Claim Forms. Bette Wilkes is filing a protective claim to protect any rights that she may have if the law changes or if a legal determination is made that individual partners are entitled to payments by SIPC. The other partners, Stephen Wilkes, Samuel Wilkes and Jennie Wilkes, are simultaneously submitting individual SIPC Claim Forms. Enclosed herein you will find a completed Bernard L. Madoff Investment Securities LLC ("Madoff Securities") Customer Claim Form for Bette Wilkes. Below is a description of the relationship between Bette Wilkes and Madoff Securities. The statements made in this letter are true and accurate to the best of our knowledge and belief, and are being provided to support Bette Wilkes's SIPC claims.

**LAX**
**NEVILLE**

Irving H. Picard
June 26, 2009
Page 2 of 3

In or about February 2004, Bette Wilkes opened an account with Madoff Securities on behalf of the Wilkes Family Partnership. Attached hereto as Exhibit A is the Madoff Securities Account Information Verification Form. Bette Wilkes is a partner of the Wilkes Family Partnership, together with Stephen Wilkes, Samuel Wilkes and Jennie Wilkes. Attached hereto as Exhibit B is the General Partnership Agreement for the Wilkes Family Partnership. Bette Wilkes and the other partners invested a total of $1,240,000.00 into their account with Madoff Securities. Attached hereto as Exhibit C are wire transfer documents reflecting the deposits made in the account. Bette Wilkes received account statements and confirmations from Madoff Securities reflecting the securities purchased and showing the Wilkes Family Partnership held securities in the account. Attached hereto as Exhibit D are Madoff Securities account statements for March 2004 through November 2008. Also attached hereto as Exhibit E are Madoff Securities confirmations, which list SIPC membership, for November 2008. Based upon the account statements and confirmations, Bette Wilkes at all times expected to have those securities in the Wilkes Family Partnership account. The balance in the Wilkes Family Partnership account as of the filing date is $2,100,602.26. *See* the Wilkes Family Partnership November 30, 2008 account statement as Exhibit D. Bette Wilkes and the other partners of the Wilkes Family Partnership did not withdraw any funds from the account at any time.

## CONCLUSION

Bette Wilkes is seeking the full protection of SIPA as follows:

Account No: I-CM865-3-0         Bette Wilkes, Partner of the Wilkes Family Partnership

Total = $**2,100,602.26**

# Lax Neville

Irving H. Picard
June 26, 2009
Page 3 of 3

      If there are any questions regarding this matter or if you require additional documents and

information, please do not hesitate to contact me.  Thank you.

                                  Very truly yours,
                                  Lax & Neville, LLP

By:     *Brian J. Neville*

           Brian J. Neville

ENC.

# EXHIBIT A



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 838-4061

WILKES FAMILY PARTNERSHIP
17 CROOKED MILE RD
WESTPORT, CT 06880

February 13, 2004

Account Information Verification

Account:          1CM865

Dear Client:

In accordance with SEC regulation 17a-3: Books and Records, we are required to verify that the following information is complete and accurate.

Account Name and Address
WILKES FAMILY PARTNERSHIP
17 CROOKED MILE RD
WESTPORT, CT 06880

Account Information
Account Type:                                    Partnership
Investment Objective:                    * Trading Income
Annual Income:
Net Worth:

Customer Information
Name:              WILKES FAMILY PARTNERSHIP

Street:              17 CROOKED MILE RD
Apt/Suite:
City:                 WESTPORT
State:               CT - CONNECTICUT
Country:          UNITED STATES
Province:
Zip Code:         08880
Home:             (203)-984-1572
Business:         (203)-226-7695
Tax ID:            ON FILE
DOB:
Occupation:
Company/Firm:
Member Firm:

Alternate Address
NONE

---

**If any of your account or customer information is found to be inaccurate, please contact us at
212 230-2424**

\* Trading Income - Emphasis on short-Term trading practices to capitalize on market fluctuations. This objective is associated with market risk.

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel. 020-7493 6222

# 1, 2 30,000
3/1

# EXHIBIT B

# GENERAL PARTNERSHIP AGREEMENT

## THE WILKES FAMILY PARTNERSHIP

THIS PARTNERSHIP AGREEMENT, made and entered into as of this 20th day of _April_, 2004, by and between the following listed persons as Partners:

| Name | Address | Number of General Partnership Units |
|------|---------|-------------------------------------|
| Stephen Wilkes | 17 Crooked Mile Road Westport, CT 06880 | 30 |
| Bette Wilkes | 17 Crooked Mile Road Westport, CT 06880 | 30 |
| Stephen Wilkes as Custodian for Jennie Wilkes | 17 Crooked Mile Road Westport, CT 06880 | 28 |
| Bette Wilkes as Custodian for Sam Wilkes | 17 Crooked Mile Road Westport, CT 06880 | 12 |
| | | 100 |

## W I T N E S S E T H:

WHEREAS, the parties hereto desire to form a General Partnership for the purpose of investing and managing certain property hereinafter described;

WHEREAS, the partners are subscribing to and voluntarily entering into this Agreement for the purposes set forth in Section 1.4;

NOW THEREFORE, in consideration of the premises and of the mutual promises herein contained, the parties hereto do hereby agree as follows:

## ARTICLE I
## Formation, Name, Office,
## Purposes, Terms, Fiscal Year

1.1    Formation. The parties hereby form a General Partnership (the "Partnership").

1.2    Name. The Partnership and its business shall be conducted under the name and style of THE WILKES FAMILY PARTNERSHIP.

1.3    Office. The principal office and place of business of the Partnership shall be located at 17 Crooked Mile Road, Westport, Connecticut, or at such other place or places as the Partners may from time to time determine.

1.4    Purposes. The purposes of the Partnership are:

(a)    To hold the property of the Partnership as a mutual investment and to provide for its management.

(b)    To borrow money and to issue evidences of indebtedness and to secure the same by mortgage, pledge or other lien on the assets of the Partnership, or other security device, and to repay in whole or in part, refinance, recast, increase, modify or extend any such indebtedness and the terms thereof and security therefor, as the Partners may determine.

(c)    To carry on any other activities, including, without limitation, the investment and reinvestment of income and capital in property, real or personal, of any kind, and to execute and deliver any instruments, as the Partners may determine to be necessary or advisable in order to accomplish the purposes of the Partnership.

1.5    Fiscal Year. The fiscal year of the Partnership shall be the calendar year.

## ARTICLE II
## Capital

2.1    Capital of the Partnership. The initial capital of the Partnership shall be the aggregate amount of the interests in personal property contributed by the Partners as

2

hereinafter set forth, increased by Partnership profits at any time transferred to capital and decreased by Partnership losses and by distributions to Partners at any time in reduction of capital.

2.2    Initial Capital. The initial capital accounts of the Partners, constituting the aggregate the value of the property interests contributed by the respective Partners are as follows:

| Name | Number of Units | Capital Account |
|------|-----------------|-----------------|
| Stephen Wilkes | 30 | $ 375,000 |
| Bette Wilkes | 30 | 375,000 |
| Stephen Wilkes as Custodian for Jennie Wilkes | 28 | 350,000 |
| Bette Wilkes as Custodian for Sam Wilkes | 12 | 150,000 |
|  | 100 | $1,250,000 |

2.3    Interest. No interest shall be paid on any capital contributed to the Partnership.

## ARTICLE III
### Profits and Losses, Distributions

3.1    Profits and Losses. All profits shall be shared by the Partners in accordance with the ratio which the number of units of Partnership interest owned by each Partner bears to the number of units of Partnership interest outstanding. Losses shall be similarly allocated, except that a net loss in any period shall be allocated among the Partners in the ratio that each may have made a contribution to payment of the expenses involved.

3.2    Distributions. All distributions from the Partnership, whether of excess net cash receipts, proceeds of financing, or refinancing, proceeds of sale or other disposition of Partnership properties or otherwise, shall be shared by the Partners in accordance with the ratio which the number of units of Partnership interests owned by each Partner bears to the total number of units of Partnership interest outstanding.

3

3.3    Reduction of Capital.  Net losses and distributions shared by the Partners as aforesaid which result in reducing their capital accounts below initial capital contributions aforesaid shall not result in reducing the number of units of Partnership interest owned by each Partner and the Partners in the aggregate.

ARTICLE IV
Management, Duties and Restrictions

4.1    Management.  Except as provided in Section 4.2, all Partnership decisions shall be controlled by the affirmative vote of two-thirds (2/3) of the Partners, with each Partner entitled to one vote for each unit of the Partnership held by him or her.

4.2    Managing Partners.  Stephen Wilkes and Bette Wilkes are named Managing Partners of the Partnership.  As such, they may open a bank account or accounts on behalf of the Partnership (on which they may designate another Partner as alternate signatory), they may draw checks on or make deposits in any such account, they may enter into or acquire contracts of insurance for the protection of partnership property and the protection of the Partners against liability, prepare, sign and file required tax forms and appeal from, consent to, and compromise partnership tax matters and assessments, and employ or contract with others for the purchase, management, maintenance, improvement, leasing, encumbering, brokerage listing and sale of partnership property.  The Managing Partners may at any time be replaced by a vote of two-thirds (2/3) of the Partners as provided in Section 4.1.

4.3    Other Activities.  Any of the Partners may engage in or possess an interest in other business ventures of every nature and description, independently or with others, including, but not limited to the ownership, financing, leasing, operation, management, syndication or development of real property; and neither the Partnership nor any of the Partners thereof shall have any rights by virtue of this Agreement in and to such independent ventures or the income or profits derived therefrom.

4

4.4    <u>Banking and Receipts</u>. All funds of the Partnership shall be deposited in such bank or brokerage account or accounts as the Managing Partners shall designate, and withdrawals therefrom shall be made upon such signature or signatures as the Partners may designate from time to time.

4.5    <u>Books and Tax Returns</u>.

(a)    The Partners shall maintain full and accurate books at the principal office of the Partnership and the Partners shall have the right to inspect and examine such books, and to make copies thereof, at reasonable times. The books shall be closed and balanced at the end of each calendar year.

(b)    The Partnership shall use the cash method of accounting.

## ARTICLE V
### Withdrawal

5.1    <u>Partner Withdrawal</u>. A Partner may withdraw from the partnership at any time by giving not less than three (3) months written notice of such withdrawal to all remaining Partners.

5.2    <u>Distribution to Withdrawing Partner</u>. A withdrawing Partner shall be entitled to receive any distribution to which he or she is entitled under this Agreement, and, in addition, such withdrawing Partner shall receive within a reasonable time after withdrawal, the fair value of his or her interest in the Partnership as of the date of withdrawal based upon such withdrawing Partner's right to share in distributions as provided in Article III.

5.3    <u>No Termination</u>. The withdrawal of a Partner under this Article V will not result in the termination and dissolution of the Partnership.

## ARTICLE VI
### Termination and Dissolution

6.1    <u>Termination and Dissolution</u>. The Partnership shall be terminated and dissolved upon the happening of any of the following events:

5

(a)      A vote of the Partnership as provided in Section 4.1;

(b)      The sale or other disposition of all or substantially all of the
Partnership assets; or

(c)      The Partnership becomes insolvent or bankrupt.

6.2      <u>Winding up and Liquidation</u>.  In the event the Partnership is terminated as
hereinabove provided, the affairs of the Partnership shall be wound up and the Partnership shall
be liquidated.  The proceeds of such winding up and liquidation shall be distributed in the
following order:

(a)      To creditors, in the order of priority as provided by law; then

(b)      To all of the Partners in proportion to their units of partnership
interest in the Partnership.

ARTICLE VII<br><u>General Provisions</u>

7.1      <u>Notices</u>.  Except as may otherwise be provided in this Agreement, any and
all notices, consents, waivers, or other instruments shall be in writing, signed by the party
concerned, and shall be deemed properly given if delivered in person or sent by registered or
certified U.S. mail, postage prepaid, addressed (I) in the case of the Partnership, to the
Partnership at the principal place of business of the Partnership, or (ii) to such Partner at the
address first of record in the Partnership books (until changed by such Partner by notice to the
Partnership).

7.2      <u>Arbitration</u>.  Any controversy or claim arising out of or relating to any
provisions of this Agreement, or the breach thereof, shall be settled by arbitration in accordance
with the rules then in effect of the American Arbitration Association, to the extent consistent
with the laws of the State of Connecticut, and judgment upon the award rendered may be entered
in any court having jurisdiction thereof.  Each party shall be responsible for her or his own costs.

6

7.3     Applicable Law. This Agreement and the rights of the Partners shall be governed by and construed and enforced in accordance with the laws of the State of Connecticut.

7.4     Severability. In case any one or more of the provisions contained in this Agreement or any application thereof shall be invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of the remaining provisions contained herein and any other application thereof shall not in any way be affected or impaired thereby.

7.5     Binding Effect. Except as herein otherwise provided to the contrary, this Agreement shall be binding upon and inure to the benefit of the Partners and their respective heirs, executors, administrators, successors and permitted assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement in a number of counterparts on the day and year above written.

In the presence of:

Stephen Wilkes

7

_Leslie Bull_
_for of B_

_Leslie Bull_
_for of B_

_Leslie Bull_
_for of B_

_Bette Wilkes_
Bette Wilkes

_Stephen Wilkes_
Stephen Wilkes, as Custodian for Jennie Wilkes

_Bette Wilkes_
Bette Wilkes, as Custodian for Sam Wilkes

8

STATE OF CONNECTICUT    )
                        )    ss.
COUNTY OF FAIRFIELD     )

  Personally appeared Stephen Wilkes and Bette Wilkes, signers and sealers of the

foregoing instrument, and acknowledged the same to be their free act and deed in the capacities

aforesaid, before me.

           Notary Public

            SANTA IRAOLA
            NOTARY PUBLIC
        MY COMMISSION EXPIRES APR. 30, 2008

\15314\1\89834.1

9

# EXHIBIT C

# Wire Transfer Authorization

**THE WASHINGTON TRUST Company**

| CONTROL # | | RESOURCE # |
|---|---|---|
| 0 3013 7 | | |

## ORIGINATOR INFORMATION

| | | | |
|---|---|---|---|
| Date | 3/1/04 | Date Faxed | 3/1/04 |
| Originator's Name | Bette Wilkes | | |
| Company Name (if applicable) | | | |
| Address | c/o Trust Operations -- attn: Mary Kelliher | | |
| Phone | x1233 - Please call if any problems with transaction | | |
| Identification (Required - State, Number & Type) | (on file) | | |

The undersigned originator requests payment to be made to the beneficiary or beneficiary account num for named below. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole ob gation of The Washington Trust Company is to exercise ordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer.

**Client/Agent's Authorizing Signature**

## AMOUNT OF WIRE AND SOURCE OF FUNDS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Amount of Wire | $ | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | . | 0 0 |
| Source of Funds | ☒ Debit Account Listed Below | | ☐ Cash | | ☐ Other (List) | | | | ☒ Wire Fee WAIVER | | |
| Account Number to Debit | 8 | 2 | 6 | 3 | 5 | 7 | | | | | |

## BENEFICIARY BANK INFORMATION

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ABA Routing Number | | | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 2 1 |
| Receiving Bank Name | JP Morgan Chase Bank | | | | | | | | | |
| Receiving Bank Address | 40 Wall Street, New York, NY 10015 | | | | | | | | | |
| Beneficiary Bank Name | | | | | | | | | | |
| Beneficiary Bank Address | | | | | | | | | | |
| Beneficiary Name | Barnard Madoff | | | | | | | | | |
| Beneficiary Account Number | 1 4 0 0 8 1 7 0 3 | | | | | | | | | |
| Notes To Beneficiary | for further credit to: Wilkes Family Relationship c #1CM865 | | | | | | | | | |
| Intermediary Bank Information | | | | | | | | | | |
| Intermediary Bank Name | | | | | | | | | | |
| Intermediary Bank Address | | | | | | | | | | |

MAR 0 2 2004

## BANK USE ONLY

| | | | | |
|---|---|---|---|---|
| Officer (Print) | Lori L. Harrison | Officer Signature | X | |
| Officer (Print) | Stephanie G. Blanchette | Officer Signature | X S Blanchette | AVP |

## OPERATIONS USE ONLY

| | | | |
|---|---|---|---|
| Wire # | | Entered By | |
| Reviewed By | | Call Back Verification By | |

okay Blanchette

**Standard Screen**

Sender ABA: 011500858  Name: WASH TR WESTERLY
Receiver ABA: 021000021  Name: CHASE          Type Code: 1000
Amount:      1,230,000.00  Bus Function Code: CTR  Ref #: 030137

Originator:  ID Code:      Identifier:
Name bette wilkes              Adr c/o trust operations
Adr washington trust company   Adr westerly ri

Beneficiary:  ID Code: D     Identifier: 140031703
Name barnard madoff            Adr
Adr                     Adr
Orig To Benef Info:
Ref: wilkes family relationship      a/c 1cm863

Fl to FI Info:


IMAD
IMAD20040301 A1Q1771E 000040 URCFT0040   OMAD20040301 B1QGC05R 00421  0301 1414
BANK NOTES:                                              PDM:

**Wire Transfer Authorization**

# THE WASHINGTON TRUST *Company*

| CONTROL # | 030505 | ACCOUNT INS # |
|---|---|---|

## ORIGINATOR INFORMATION

| Date | 3/9/2004 | Date Faxed | |
|---|---|---|---|
| Originator's Name | Bette Wilkes | | |
| Company Name (if available) | | | |
| Address | c/o Trust Operations -- attn: Mary Kelliher | | |
| Phone | x1233 - Please call if any problems with transaction | | |
| Identification (Reg/Visa - State, Number & Type) | (on file) | | |

The undersigned originator requests payment to be made to the beneficiary or beneficiary account number named below. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of The Washington Trust Company is to exercise ordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer.

Originator's Authorization

## AMOUNT OF WIRE AND SOURCE OF FUNDS

| Amount Of Wire | $ 1 0 0 0 0 0 0 |
|---|---|
| Source Of Funds | ☒ Debit Account Listed Below   ☐ Cash   ☐ Other (List)   ☒ Wire Fee $15.00 |
| Account Number to Debit | 8 2 6 3 5 7 |

## RECEIVING BANK INFORMATION

| ABA Routing Number | 0 2 1 0 0 0 0 2 1 |
|---|---|
| Receiving Bank Name | JP Morgan Chase Bank |
| Receiving Bank Address | 40 Wall St., NYC, NY |
| Beneficiary Bank Name | |
| Beneficiary Bank Address | |
| Beneficiary Name | Bernard L. Madoff |
| Beneficiary Account Number | 1 4 0 0 8 1 7 0 3 |
| Reference To Beneficiary | fbo Wilkes Family Partnership, a/c #1 M865 |
| Bank To Bank Information | |
| Intermediary Bank Name | |
| Intermediary Bank Address | |

## BANK USE ONLY

| Officer Name (Print) | PATRICIA M. Vilim | | Officer Signature | X _____ M.L. _____ 1870 |
|---|---|---|---|---|
| Officer Name (Print) | S. Blanchette | | Officer Signature | X S. Blanchette   AVP |

| Verified By | | Entered By | |
|---|---|---|---|
| | | Call Back Verification By | |

MAR 1 0 2004

Standard Screen
Sender ABA: 021000655 Name: WASH TR WESTERLY

Receiver ABA: 021000021 Name: CHASE          Type Code: 1000
Amount:   10,000.00 Bus Function Code: CTR Ref #: E6985

Originator:       ID-Code:          Identifier:
Name bette wilkes                   Adr c/o trust operations
Adr washington trust company        Adr westerly ri

Beneficiary:    ID-Code:          Identifier:
Name bernard l wasloff              Adr
Adr                                 Adr
Orig to Bene Info:
Joe wilkes family partnership       alc 3x8865

FI to FI Info:

Ref IMAD
IMAD20040309 A1Q1711E 000395 URCRT0006 CMAD20040309 B1QGC0RE 000404 0309 1013
EOC NOTES:
FDIC

# EXHIBIT D

THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES FAMILY PARTNERSHIP
17 CROOKED MILE ROAD
WESTPORT    CT   06880

$ 2,070,632.29

| | | | BALANCE FORWARD | | | 124,460.65 |
|---|---|---|---|---|---|---|

1-E9265-3-0        11/30/08        ****4288        1

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

805 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MILES FAMILY PARTNERSHIP
11 CROOKED MILE ROAD
WESTPORT    CT  06880

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020/7493 6222
Affiliated with

1-C0165-3-0     11/30/08     *****X208     2

| | | | | | | |
|---|---|---|---|---|---|---|
| 3,126 | 76804 | AT&T INC | 27 | 34,472.00 | | |
| 3,212 | 62632 | CESS P CISGB SYSTEMS INC | 16,750 | 53,864.76 | | |
| 528 | 37116 | GENERAL ELECTRIC CO | 19,630 | 109,915.44 | | |
| 5,588 | 58224 | HEWLETT PACKARD CO | 34,900 | 46,120.00 | | |
| 1,320 | 99936 | | 34,900 | 46,120.00 | | |
| | | FIDELITY SPARTAN | DIV | | | 35.68 |
| | | U S TREASURY MONEY MARKET | | | | 32,958400 |
| | | U S TREASURY MONEY MARKET | | | | 3170 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (01) 763 6222

MILES FAMILY PARTNERSHIP
17 CROOKED MILE ROAD
WESTPORT    CT    06880

| 1-08657-3-0 | 11/30/08 | 088886236 | 3 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

WILKES FAMILY PARTNERSHIP

11 CROOKED MILE ROAD    CT 06880
WESTPORT

1-CM565-3-0    11/30/08    ##########288

| | | | |
|---|---|---|---|
| 132 | GOOGLE | 292,960 | |
| 1,980 | J.P. MORGAN CHASE & CO | 31,660 | |
| 4,180 | MICROSOFT CORP | 20,220 | |
| 4,105 | PHILIP MORRIS INTERNATIONAL | 42,140 | |
| | FIDELITY SPARTAN | 1 | |
| 12,681 | | | |
| 528 | CLASS B | | |
| 528 | UNITED TECHNOLOGIES CORP | 48,530 | |



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (0) 785 6222

MILKES FAMILY PARTNERSHIP
17 CROOKED MILE ROAD
WESTPORT                    CT  06880

1-0M65-3-0    11/30/88    5    1ZA0004298

VERIZON COMMUNICATIONS

MARKET VALUE OF SECURITIES

32,650

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

WILKES FAMILY PARTNERSHIP
17 CROOKED MILE ROAD
WESTPORT          CT  06880

YEAR-TO-DATE SUMMARY

GROSS PROCEEDS FROM SALES

1-CM065-3-0    11/30/08    ########288    6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

WILKES FAMILY PARTNERSHIP
17 CHECKER MILE ROAD
WESTPORT            CT  06880

11/30/08          1

| | | | BALANCE FORWARD | | | |
|---|---|---|---|---|---|---|
| 11/12 | 44 | 46522 | S & P 100 INDEX | 17,800 | 78,364.00 | 126,461.00 |
| 11/12 | 44 | 36952 | S & P 100 INDEX | 30 | 132,044.00 | |
| 11/19 | 44 | 45602 | S & P 100 INDEX | 37 | | 162,756.00 |
| 11/19 | 44 | | S & P 100 INDEX | 16,500 | | |

# EXHIBIT E



## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA. | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-CM865-4 | D | 41277 | 8 | 1 | | 11/14/08 | 11/19/08 |

**CODES**

| IDENTIFICATION NO. | CONTRA PARTY | | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|---|

WILKES FAMILY PARTNERSHIP
17 CROOKED MILE ROAD
WESTPORT                          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 44 | 78379OKLF | S & P 100 INDEX<br>NOVEMBER 460 CALL |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 3.000 | 13200.00 | 44.00 | | | | | 13244.00 |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

**CONFIRMATION** *(Please see reverse for further details.)*



# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

| OFFICE/PROD NO. | RETAINED W/A | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETTL | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-CM865-4 | R | 32627 | 8 | 1 | | 11/14/08 | 11/19/08 |

CONTRA/ORDER NO.

CONTRA PARTY        CL# NUMBER        SPECIAL DELIVERY INSTRUCTIONS

**CODES**

WILKES FAMILY PARTNERSHIP
17 CROOKED MILE ROAD
WESTPORT                    CT 06880

| B/S/T | WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|---|
| S/011 | | 44 | 783790LFF | S & P 100 INDEX DECEMBER 430 CALL |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 26.000 | 114400.00 | 44.00 | | | | | 114356.00 |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

17

CONFIRMATION *(Please see reverse for further details.)*



# BERNARD L. MADOFF

**INVESTMENT SECURITIES LLC**

New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

**MEMBER:**
FINRA  NSX  SIPC  ISCC  DTC

| ORIGINATOR NO. | DELIVERED VIA. | ACCOUNT NUMBER | DM | TRANS. NO. | TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-CH865-4 | R | 45602 | 8 | 1 | | 11/14/08 | 11/19/08 |

**CODES**

DENTIFOR/DWD — CONTRA PARTY — C.H. NUMBER — SPECIAL DELIVERY INSTRUCTIONS

WILKES FAMILY PARTNERSHIP
17 CROOKED MILE ROAD
WESTPORT                    CT 06880

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| BOT | 44 | 783790NJ1 | S & P 100 INDEX |
| WE | | | NOVEMBER 650 PUT |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 37.000 | 162800.00 | 44.00 | | | | | 162756.00 |

17

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

**CONFIRMATION** *(Please see reverse for further details.)*



**BERNARD L. MADOFF**

INVESTMENT SECURITIES LLC

New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER
FINRA  NSX  SIPC  NSCC  DTC

| ORDER NO. | DELIVERED VIA | ACCOUNT NUMBER | CR. | TRANS. NO. | TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-CM865-4 | D | 36952 | 8 | 1 | | 11/14/08 | 11/19/08 |

IDENTIFICATION NO. — CONTRA PARTY — C.H. NUMBER — SPECIAL DELIVERY INSTRUCTIONS

**CODES**

WILKES FAMILY PARTNERSHIP
17 CROOKED MILE ROAD
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 44 | 78379XD04 | S & P 100 INDEX DECEMBER 420 PUT | 132044.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.000 | 132000.00 | 44.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

17

**CONFIRMATION** *(Please see reverse for further details.)*



# BERNARD L. MADOFF

INVESTMENT SECURITIES LLC

New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATION NO. | DELIVERER VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT. | | |
| 0846 | | 1-CM865-3 | R | 21047 | 5 | 1 | | 11/10/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | | | CLK. NUMBER | | | | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|

WILKES FAMILY PARTNERSHIP
17 CROOKED MILE ROAD
WESTPORT                    CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| BOT | 2,000,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009 | | 2/12/2009 | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 99.936 | 1998720.00 | | | | | | 1998720.00 |

17

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION  (Please see reverse for further details.)

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: _Jennie Wilkes_____

Mailing Address: _17 Crooked Mile Road_____

City: _Westport_____ State: _CT_ Zip: _06880_

Account No.: _1 CM 865_____

Taxpayer I.D. Number (Social Security No.): _110 - 76-2461_

_ID# 20-0724288_

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

**********************************************************************

1.   Claim for money balances as of **December 11, 2008**:

  a.   The Broker owes me a Credit (Cr.) Balance of        $____0____

  b.   I owe the Broker a Debit (Dr.) Balance of        $____0__N/A__

  c.   If you wish to repay the Debit Balance,

      please insert the amount you wish to repay and

      attach a check payable to "Irving H. Picard, Esq.,

      Trustee for Bernard L. Madoff Investment Securities LLC."

      If you wish to make a payment, **it must be enclosed**

      with this claim form.        $____0____

  d.   If balance is zero, insert "None."        ____0____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | Please see the attached | | |
| | November 30, 2008 account | | |
| | Statement at Exhibit D | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                                    2

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Brian J. Neville, Esq. Lax + Neville LLP 1412 Broadway Suite 1407 New York, NY 10018

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _5/21/09_____    Signature _Jennie Willes_____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# LAX NEVILLE

**LAX & NEVILLE, LLP**
ATTORNEYS AT LAW

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

BARRY R. LAX
BRIAN J. NEVILLE

BRIAN MADDOX
SANDRA P. ESPINOSA
RAQUEL TERRIGNO

OF COUNSEL:

DAVID S. RICH

## PROTECTIVE CLAIM

June 26, 2009

**VIA FEDERAL EXPRESS**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

      RE:    Jennie Wilkes /Bernard L. Madoff Investment Securities LLC

Dear Mr. Picard:

This firm represents Jennie Wilkes, partner of the Wilkes Family Partnership. On February 10, 2009, the Wilkes Family Partnership filed a SIPC Customer Claim Form. Jennie Wilkes and the other partners of the Wilkes Family Partnership are electing to submit individual SIPC Claim Forms. Jennie Wilkes is filing a protective claim to protect any rights that she may have if the law changes or if a legal determination is made that individual partners are entitled to payments by SIPC. The other partners, Bette Wilkes, Stephen Wilkes and Samuel Wilkes, are simultaneously submitting individual SIPC Claim Forms. Enclosed herein you will find a completed Bernard L. Madoff Investment Securities LLC ("Madoff Securities") Customer Claim Form for Jennie Wilkes. Below is a description of the relationship between Jennie Wilkes and Madoff Securities. The statements made in this letter are true and accurate to the best of our knowledge and belief, and are being provided to support Jennie Wilkes's SIPC claims.

# LAX NEVILLE

Irving H. Picard
June 26, 2009
Page 2 of 3

statements made in this letter are true and accurate to the best of our knowledge and belief, and are being provided to support Jennie Wilkes's SIPC claims.

In or about February 2004, Stephen Wilkes as Custodian for Jennie Wilkes opened an account with Madoff Securities on behalf of the Wilkes Family Partnership. Attached hereto as Exhibit A is the Madoff Securities Account Information Verification Form. Jennie Wilkes is a partner of the Wilkes Family Partnership, together with Bette Wilkes, Stephen Wilkes and Samuel Wilkes. Attached hereto as Exhibit B is the General Partnership Agreement for the Wilkes Family Partnership. The partners invested a total of $1,240,000.00 into their account with Madoff Securities. Attached hereto as Exhibit C are wire transfer documents reflecting the deposits made in the account. Stephen Wilkes as Custodian for Jennie Wilkes received account statements and confirmations from Madoff Securities reflecting the securities purchased and showing the Wilkes Family Partnership held securities in the account. Attached hereto as Exhibit D are Madoff Securities account statements for March 2004 through November 2008. Also attached hereto as Exhibit E are Madoff Securities confirmations, which list SIPC membership, for November 2008. Based upon the account statements and confirmations, Jennie Wilkes at all times expected to have those securities in the Wilkes Family Partnership account. The balance in the Wilkes Family Partnership account as of the filing date is $2,100,602.26. *See* the Wilkes Family Partnership November 30, 2008 account statement as Exhibit D. Jennie Wilkes and the other partners of the Wilkes Family Partnership did not withdraw any funds from the account at any time.



Irving H. Picard
June 26, 2009
Page 3 of 3

## CONCLUSION

Stephen Wilkes as Custodian for Jennie Wilkes is seeking the full protection of SIPA as follows:

- Account No: I-CM865-3-0          Stephen Wilkes as Custodian for Jennie Wilkes,
                                    Partner of the Wilkes Family Partnership

                                    Total = $**2,100,602.26**

If there are any questions regarding this matter or if you require additional documents and information, please do not hesitate to contact me. Thank you.

Very truly yours,
Lax & Neville, LLP

By: _Brian J. Neville_
Brian J. Neville

ENC.

# EXHIBIT A



# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 838-4061

WILKES FAMILY PARTNERSHIP
17 CROOKED MILE RD
WESTPORT, CT 06880

February 13, 2004

Account Information Verification

Account:     1CM865

Dear Client:
In accordance with SEC regulation 17a-3: Books and Records, we are required to verify that the following information is complete and accurate.

**Account Name and Address**
WILKES FAMILY PARTNERSHIP
17 CROOKED MILE RD
WESTPORT, CT 06880

**Account Information**
Account Type:                                      Partnership
Investment Objective:                        * Trading Income
Annual Income:
Net Worth:

**Customer Information**
Name:          WILKES FAMILY PARTNERSHIP

**Alternate Address**
NONE

Street:               17 CROOKED MILE RD
Apt/Suite:
City:                  WESTPORT
State:                 CT - CONNECTICUT
Country:               UNITED STATES
Province:
Zip Code:              06880
Home:                  (203)-984-1572
Business:              (203)-226-7595
Tax ID:                ON FILE
DOB:
Occupation:
Company/Firm:
Member Firm:

---

**If any of your account or customer information is found to be inaccurate, please contact us at
212 230-2424**

* Trading Income - Emphasis on short-term trading practices to capitalize on market fluctuations. This objective is associated with market risk.

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel. 020-7493 6222

$ 1,2 30/000
3/1

# EXHIBIT B

# GENERAL PARTNERSHIP AGREEMENT

## THE WILKES FAMILY PARTNERSHIP

THIS PARTNERSHIP AGREEMENT, made and entered into as of this 20th day of __April__ , 2004, by and between the following listed persons as Partners:

| Name | Address | Number of General Partnership Units |
|---|---|---|
| Stephen Wilkes | 17 Crooked Mile Road Westport, CT 06880 | 30 |
| Bette Wilkes | 17 Crooked Mile Road Westport, CT 06880 | 30 |
| Stephen Wilkes as Custodian for Jennie Wilkes | 17 Crooked Mile Road Westport, CT 06880 | 28 |
| Bette Wilkes as Custodian for Sam Wilkes | 17 Crooked Mile Road Westport, CT 06880 | 12 |
| | | 100 |

## W I T N E S S E T H:

WHEREAS, the parties hereto desire to form a General Partnership for the purpose of investing and managing certain property hereinafter described;

WHEREAS, the partners are subscribing to and voluntarily entering into this Agreement for the purposes set forth in Section 1.4;

NOW THEREFORE, in consideration of the premises and of the mutual promises herein contained, the parties hereto do hereby agree as follows:

## ARTICLE I
### Formation, Name, Office,
### Purposes, Terms, Fiscal Year

1.1    Formation.  The parties hereby form a General Partnership (the "Partnership").

1.2    Name.  The Partnership and its business shall be conducted under the name and style of THE WILKES FAMILY PARTNERSHIP.

1.3    Office.  The principal office and place of business of the Partnership shall be located at 17 Crooked Mile Road, Westport, Connecticut, or at such other place or places as the Partners may from time to time determine.

1.4    Purposes.  The purposes of the Partnership are:

(a)    To hold the property of the Partnership as a mutual investment and to provide for its management.

(b)    To borrow money and to issue evidences of indebtedness and to secure the same by mortgage, pledge or other lien on the assets of the Partnership, or other security device, and to repay in whole or in part, refinance, recast, increase, modify or extend any such indebtedness and the terms thereof and security therefor, as the Partners may determine.

(c)    To carry on any other activities, including, without limitation, the investment and reinvestment of income and capital in property, real or personal, of any kind, and to execute and deliver any instruments, as the Partners may determine to be necessary or advisable in order to accomplish the purposes of the Partnership.

1.5    Fiscal Year.  The fiscal year of the Partnership shall be the calendar year.

## ARTICLE II
### Capital

2.1    Capital of the Partnership.  The initial capital of the Partnership shall be the aggregate amount of the interests in personal property contributed by the Partners as

2

hereinafter set forth, increased by Partnership profits at any time transferred to capital and decreased by Partnership losses and by distributions to Partners at any time in reduction of capital.

2.2    Initial Capital. The initial capital accounts of the Partners, constituting the aggregate the value of the property interests contributed by the respective Partners are as follows:

| Name | Number of Units | Capital Account |
|------|-----------------|-----------------|
| Stephen Wilkes | 30 | $  375,000 |
| Bette Wilkes | 30 | 375,000 |
| Stephen Wilkes as Custodian for Jennie Wilkes | 28 | 350,000 |
| Bette Wilkes as Custodian for Sam Wilkes | _12_ | _150,000_ |
|  | 100 | $1,250,000 |

2.3    Interest. No interest shall be paid on any capital contributed to the Partnership.

## ARTICLE III
### Profits and Losses, Distributions

3.1    Profits and Losses. All profits shall be shared by the Partners in accordance with the ratio which the number of units of Partnership interest owned by each Partner bears to the number of units of Partnership interest outstanding. Losses shall be similarly allocated, except that a net loss in any period shall be allocated among the Partners in the ratio that each may have made a contribution to payment of the expenses involved.

3.2    Distributions. All distributions from the Partnership, whether of excess net cash receipts, proceeds of financing, or refinancing, proceeds of sale or other disposition of Partnership properties or otherwise, shall be shared by the Partners in accordance with the ratio which the number of units of Partnership interests owned by each Partner bears to the total number of units of Partnership interest outstanding.

3

3.3   Reduction of Capital. Net losses and distributions shared by the Partners as aforesaid which result in reducing their capital accounts below initial capital contributions aforesaid shall not result in reducing the number of units of Partnership interest owned by each Partner and the Partners in the aggregate.

### ARTICLE IV
### Management, Duties and Restrictions

4.1   Management. Except as provided in Section 4.2, all Partnership decisions shall be controlled by the affirmative vote of two-thirds (2/3) of the Partners, with each Partner entitled to one vote for each unit of the Partnership held by him or her.

4.2   Managing Partners. Stephen Wilkes and Bette Wilkes are named Managing Partners of the Partnership. As such, they may open a bank account or accounts on behalf of the Partnership (on which they may designate another Partner as alternate signatory), they may draw checks on or make deposits in any such account, they may enter into or acquire contracts of insurance for the protection of partnership property and the protection of the Partners against liability, prepare, sign and file required tax forms and appeal from, consent to, and compromise partnership tax matters and assessments, and employ or contract with others for the purchase, management, maintenance, improvement, leasing, encumbering, brokerage listing and sale of partnership property. The Managing Partners may at any time be replaced by a vote of two-thirds (2/3) of the Partners as provided in Section 4.1.

4.3   Other Activities. Any of the Partners may engage in or possess an interest in other business ventures of every nature and description, independently or with others, including, but not limited to the ownership, financing, leasing, operation, management, syndication or development of real property; and neither the Partnership nor any of the Partners thereof shall have any rights by virtue of this Agreement in and to such independent ventures or the income or profits derived therefrom.

4

4.4   Banking and Receipts.  All funds of the Partnership shall be deposited in such bank or brokerage account or accounts as the Managing Partners shall designate, and withdrawals therefrom shall be made upon such signature or signatures as the Partners may designate from time to time.

4.5   Books and Tax Returns.

(a)   The Partners shall maintain full and accurate books at the principal office of the Partnership and the Partners shall have the right to inspect and examine such books, and to make copies thereof, at reasonable times.  The books shall be closed and balanced at the end of each calendar year.

(b)   The Partnership shall use the cash method of accounting.

### ARTICLE V
### Withdrawal

5.1   Partner Withdrawal.  A Partner may withdraw from the partnership at any time by giving not less than three (3) months written notice of such withdrawal to all remaining Partners.

5.2   Distribution to Withdrawing Partner.  A withdrawing Partner shall be entitled to receive any distribution to which he or she is entitled under this Agreement, and, in addition, such withdrawing Partner shall receive within a reasonable time after withdrawal, the fair value of his or her interest in the Partnership as of the date of withdrawal based upon such withdrawing Partner's right to share in distributions as provided in Article III.

5.3   No Termination.  The withdrawal of a Partner under this Article V will not result in the termination and dissolution of the Partnership.

### ARTICLE VI
### Termination and Dissolution

6.1   Termination and Dissolution.  The Partnership shall be terminated and dissolved upon the happening of any of the following events:

5

(a)     A vote of the Partnership as provided in Section 4.1;

(b)     The sale or other disposition of all or substantially all of the Partnership assets; or

(c)     The Partnership becomes insolvent or bankrupt.

6.2 · Winding up and Liquidation. In the event the Partnership is terminated as hereinabove provided, the affairs of the Partnership shall be wound up and the Partnership shall be liquidated. The proceeds of such winding up and liquidation shall be distributed in the following order: .

(a)     To creditors, in the order of priority as provided by law; then·

(b)     To all of the Partners in proportion to their units of partnership interest in the Partnership.

## ARTICLE VII
### General Provisions

7.1 . Notices. Except as may otherwise be provided in this Agreement, any and all notices, consents, waivers, or other instruments shall be in writing, signed by the party concerned, and shall be deemed properly given if delivered in person or sent by registered or certified U.S. mail, postage prepaid, addressed (I) in the case of the Partnership, to the Partnership at the principal place of business of the Partnership, or (ii) to such Partner at the address first of record in the Partnership books (until changed by such Partner by notice to the Partnership).

7.2     Arbitration. Any controversy or claim arising out of or relating to any provisions of this Agreement, or the breach thereof, shall be settled by arbitration in accordance with the rules then in effect of the American Arbitration Association, to the extent consistent with the laws of the State of Connecticut, and judgment upon the award rendered may be entered in any court having jurisdiction thereof. Each party shall be responsible for her or·his own costs.

6

7.3    Applicable Law. This Agreement and the rights of the Partners shall be governed by and construed and enforced in accordance with the laws of the State of Connecticut.

7.4    Severability. In case any one or more of the provisions contained in this Agreement or any application thereof shall be invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of the remaining provisions contained herein and any other application thereof shall not in any way be affected or impaired thereby.

7.5    Binding Effect. Except as herein otherwise provided to the contrary, this Agreement shall be binding upon and inure to the benefit of the Partners and their respective heirs, executors, administrators, successors and permitted assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement in a number of counterparts on the day and year above written.

In the presence of:

Stephen Wilkes

7

_(signature)_
_(signature)_

_(signature)_
Bette Wilkes

_(signature)_
_(signature)_

_(signature)_
Stephen Wilkes, as Custodian for Jennie Wilkes

_(signature)_
_(signature)_

_(signature)_
Bette Wilkes, as Custodian for Sam Wilkes

8

STATE OF CONNECTICUT   )

                           )  ss.

COUNTY OF FAIRFIELD    )

       Personally appeared Stephen Wilkes and Bette Wilkes, signers and sealers of the foregoing instrument, and acknowledged the same to be their free act and deed in the capacities aforesaid, before me.

_____
Notary Public

SANTA IRAOLA
NOTARY PUBLIC
MY COMMISSION EXPIRES APR. 30, 2008

\15314\1\83834.1

9

# EXHIBIT C

01/07/2008 16:53 FAX
03/01/04 MON 13:31 FAX 401 348 1838    @002/005

# Wire Transfer Authorization

## THE WASHINGTON TRUST Company

CONTROL # 03013

RESOURCE #

### ORIGINATOR INFORMATION

| | | | |
|---|---|---|---|
| Date | 3/1/04 | Date Faxed | 3/1/04 |

Originator's Name: **Bette Wilkes**

Company Name (if applicable):

Address: **c/o Trust Operations -- attn: Mary Kelliher**
**x1233 - Please call if any problems with transaction**

Phone
Identification (Required - State, Number & Type): **(on file)**

The undersigned originator requests payment to be made to the beneficiary or beneficiary account from or named below. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of The Washington Trust Company is to exercise ordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a series of any other party's involvement in processing this transfer.

Defendant's Authorizing

### AMOUNT OF WIRE AND SOURCE OF FUNDS

| Amount of Wire | $ | 1 | | 2 | 3 | 0 | 0 | 0 | 0 | | 0 | 0 |

Source Of Funds: [X] Debit Account Listed Below  [ ] Cash  [ ] Other (List)   [X] Wire Fee **WAIVER**

| Account Number to Debit | 8 | 2 | 6 | 3 | 5 | 7 |

### BENEFICIARY BANK INFORMATION

| ABA Routing Number | | | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 2 | 1 |

Receiving Bank Name: **JP Morgan Chase Bank**
Receiving Bank Address: **40 Wall Street, New York, NY 10015**

Beneficiary Bank Name:
Beneficiary Bank Address:

Beneficiary Name: **Barnard Madoff**
Beneficiary Account Number: 1 4 0 0 8 1 7 0 3

Reference To Beneficiary: **for further credit to: Wilkes Family Relationship a/c #1CM865**

Note To Bank Information:
Intermediary Bank Name:
Intermediary Bank Address:

MAR 02 2004

### BANK USE ONLY

| Officer Signature (Print) | Lori L. Harrison | Officer Signature | X |
| Officer Name (Print) | Stephanie G. Blanchette | Officer Signature | X S. Blanchette AVP |

| Entered By | |
| Verified By | | Call Back Verification By | |

okay Blanchette

Standard Screen
Sender ABA: 011500858 Name: WASH TR WESTERLY
Receiver ABA: 021000021 Name: CHASE          Type Code: 1000
Amount:          1,230,000.00 Bus Function Code: CTR Ref #: 050137

Originator:      ID Code:          Identifier:
Name betts wilkes                  Adr c/o trust operations
Adr washington trust company       Adr westerly ri

Beneficiary:      ID Code: D       Identifier: 140051703
Name barnard madoff               Adr
Adr                      Adr
Orig to Benef Info:
          Ref: wilkes family relationship      a/c 1cm863

FI to FI Info:


Ref/IMAD
IMAD20040301 A1Q1771E 000040 URCFT0040   OMAD20040301 B1QGC06R 0042t ; 0301 1414
GBC NOTES:                              PDM:

03/09/04 TUE 10:18 FAX 401 646 1838 @004/005
@002

WASHINGTON TRUST

**Wire Transfer Authorization**

**THE WASHINGTON TRUST** *Company*

| CONTROL # | | KEOCURI 1IS? # |
|---|---|---|
| 030905 | | |

## ORIGINATOR INFORMATION

| | | | |
|---|---|---|---|
| Date | 3/9/2004 | Date Faxed | |
| Originator's Name | Bette Wilkes | | |
| Company Name (if applicable) | | | |
| Address | c/o Trust Operations -- attn: Mary Kelliher | | |
| Phone | x1233 - Please call if any problems with transaction | | |
| Identification Positive- Auth. Number & Type) | (on file) | | |

The undersigned originator requests payment to be made to the beneficiary or beneficiary account number listed below. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of The Washington Trust Company is to exercise ordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer.

Originator's Authorizing Signature

## AMOUNT OF WIRE AND SOURCE OF FUNDS

| Amount Of Wire | $ | | | | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Source Of Funds | ☒ Debit Account Listed Below | | ☐ Cash | | ☐ Other (List) | | | ☒ Wire Fee $14.00 | | | |
| Account Number to Debit | 8 | 2 | 6 | 3 | 5 | 7 | | | | | |

## SUBSIDIARY BANK INFORMATION

| ABA Routing Number | | | | | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 2 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Receiving Bank Name | JP Morgan Chase Bank | | | | | | | | | | | | |
| Receiving Bank Address | 40 Wall St., NYC, NY | | | | | | | | | | | | |
| Beneficiary Bank Name | | | | | | | | | | | | | |
| Beneficiary Bank Address | | | | | | | | | | | | | |
| Beneficiary Name | Bernard L. Madoff | | | | | | | | | | | | |
| Beneficiary Account Number | 1 | 4 | 0 | 0 | 8 | 1 | 7 | 0 | 3 | | | | |
| Instruction To Beneficiary | fbo Wilkes Family Partnership, a/c #1 M865 | | | | | | | | | | | | |
| Further Bank Information | | | | | | | | | | | | | |
| Beneficiary Bank Name | | | | | | | | | | | | | |
| Beneficiary Bank Address | | | | | | | | | | | | | |

## BANK USE ONLY

| | | Officer Signature | X | | |
|---|---|---|---|---|---|
| | S. Blanchette | Officer Signature | X S. Blanchette | AVP | |

## CENTRAL DISTRIBUTION ONLY

| Verified By | | Entered By | |
|---|---|---|---|
| | | Call Back Verification By | |

MAR 1 0 2004

@005/005

**Standard Screen**

Sender ABA: 021560635 Name: WASH TR WESTERLY

Receiver ABA: 021000021 Name: CHASE    Type Code: 1000

Amount: 10,000.00 Bus Function Code: CTR Ref #: 656985

Originator: ID-Code:    Identifier:

Name betsy wilkes    Adr c/o trust operations

Adr washington trust company    Adr westerly ri

Name bernard l madoff    Adr

Adr    Adr

Orig to Benef Info:    a/c 1cm865

Jac wilkes family partnership

FI to FI Info:

Ref-IMAD

IMAD20104309 A1Q177IE 000606 URC9T0006 OMAD30A0309 B1Q5CORR 000604 0309 1023

LOC NOTES:    FDIC

# EXHIBIT D





PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES







# EXHIBIT E



CONFIRMATION (please see reverse for further details)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-C1065-4 | D | 41277 | 8 | 1 | | 11/14/08 | 11/19/08 |

WILKES FAMILY PARTNERSHIP
17 CROOKED MILE ROAD
WESTPORT      CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 44 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 13244.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 3.000 | 13200.00 | 44.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORDER NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT. | | |
| 0646 | | 1-CM865-4 | R | 45602 | 8 | 1 | . | 11/14/08 | 11/19/08 |

IDENTIFICATION NO.        C.H. NUMBER

CONTRA PARTY        SPECIAL DELIVERY INSTRUCTIONS

WILKES FAMILY PARTNERSHIP
17 CROOKED MILE ROAD
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BUT | 44 | 78379QN J1 | S & P 100 INDEX<br>NOVEMBER 450 PUT | 162756.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 162800.00 | 44.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATING NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-CH865-4 | D | 36952 | 8 | 1 | | 11/14/08 | 11/19/08 |

IDENTIFICATION NO.        CONTRA PARTY        CODE        CH. NUMBER

WILKES FAMILY PARTNERSHIP
17 CROOKED MILE ROAD
WESTPORT                CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 44 | 783790XD4 | S & P 100 INDEX DECEMBER 420 PUT | 132044.00 |

| PRICE | PRINCIPAL | COMMISSION | INTEREST | STATE TAX | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.000 | 132000.00 | 44.00 | | | | |

SPECIAL DELIVERY INSTRUCTIONS

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London

**MEMBER:**
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | DIR | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-CW865-3 | R | | 21047 | 5 | 1 | | 11/10/08 | 11/12/08 | 17 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

WILKES FAMILY PARTNERSHIP
17 CROOKED MILE ROAD
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| BUT | 2,000,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009 | | 1998720.00 |

2/12/2009

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.936 | 1998720.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange