BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

## NOTICE OF OMNIBUS AVOIDANCE ACTION HEARING DATES

In accordance with the Court's Order dated November 10, 2010 (the "Order") establishing omnibus case management procedures for avoidance actions subject to the Court's Order, please take notice that Avoidance Omnibus Hearings (as defined in the Order) shall be held on January 26, 2011, February 16, 2011, March 23, 2011, April 2011, May 25, 2011 and June 29, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable

300129775

Burton R. Lifland, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 1004.  Thereafter, Avoidance Action Omnibus Hearings shall be scheduled approximately every thirty (30) days at the convenience of the Court and once the hearings are scheduled, the Trustee will file and serve an updated Notice of Omnibus Hearing Dates in accordance with the Order.

Dated: New York, New York
       November 23, 2010              By: */s/* Marc E. Hirschfield

                                      **BAKER & HOSTETLER LLP**
                                      45 Rockefeller Plaza
                                      New York, New York 10111
                                      Telephone: (212) 589-4200
                                      Facsimile: (212) 589-4201
                                      David J. Sheehan
                                      Email:  dsheehan@bakerlaw.com
                                      Marc E. Hirschfield
                                      Email:  mhirschfield@bakerlaw.com
                                      Richard J. Bernard
                                      Email: rbernard@bakerlaw.com
                                      Geraldine E. Ponto
                                      Email: gponto@bakerlaw.com
                                      Marc Skapof
                                      Email: mskapof@bakerlaw.com

                                      *Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*