UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION                    SIPC Liquidation
CORPORATION,                                      Adv. Pro. No. 08-01789 (BRL)
                        Plaintiff.

  -v-                                           **AFFIDAVIT OF SERVICE**


BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC.
                      Defendant.
-------------------------------------------------------------X


STATE OF NEW YORK
                  )ss:
COUNTY OF NASSAU )

      **CHRISTINE C. FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Glen Cove, New York.

      On November 24, 2010, I served a copy of the ***Objection to Trustee's Determination of Claim of Joyce Certilman*** upon:

Irving H. Picard, Trustee
c/o Baker & Hostetler, LLP.
45 Rockefeller Plaza
New York, NY 10111

Bikramjit Cheema, Esq.
c/o Baker & Hostetler, LLP.
45 Rockefeller Plaza
New York, NY 10111


and by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, addressed to each of the attached named parties at the last known address set forth after each name.

                            /s/Christine C. Follett_____
                            CHRISTINE C. FOLLETT

Sworn to before me this
24th day of November, 2010

Karen P. Galvin_____
Notary Public, State of New York
No. 01GA5001652
Qualified in Nassau County
Commission Expires September 14, 2014

2301211.1