BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

      Plaintiff-Applicant,

      v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

      Defendant.

In re:

BERNARD L. MADOFF,

      Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## AMENDED NOTICE OF OMNIBUS AVOIDANCE ACTION HEARING DATES

In accordance with the Court's Order dated November 10, 2010 (the "Order")

establishing omnibus case management procedures for avoidance actions subject to the Court's

Order, please take notice that Avoidance Omnibus Hearings (as defined in the Order) shall be

held on January 26, 2011, February 16, 2011, March 23, 2011, April 27, 2011, May 25, 2011 and

June 29, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable

300131907

Burton R. Lifland, United States Bankruptcy Court, Southern District of New York, One

Bowling Green, New York, New York 1004.  Thereafter, Avoidance Action Omnibus Hearings

shall be scheduled approximately every thirty (30) days at the convenience of the Court and once

the hearings are scheduled, the Trustee will file and serve an updated Notice of Omnibus Hearing

Dates in accordance with the Order.

Dated: New York, New York
      November 29, 2010          By: */s/* Marc E. Hirschfield

                                    **BAKER & HOSTETLER LLP**
                                    45 Rockefeller Plaza
                                    New York, New York 10111
                                    Telephone: (212) 589-4200
                                    Facsimile: (212) 589-4201
                                    David J. Sheehan
                                    Email:  dsheehan@bakerlaw.com
                                    Marc E. Hirschfield
                                    Email:  mhirschfield@bakerlaw.com
                                    Richard J. Bernard
                                    Email: rbernard@bakerlaw.com
                                    Geraldine E. Ponto
                                    Email: gponto@bakerlaw.com
                                    Marc Skapof
                                    Email: mskapof@bakerlaw.com

                                  *Attorneys for Irving H. Picard, Esq., Trustee for the*
                                  *Substantively Consolidated SIPA Liquidation of*
                                  *Bernard L. Madoff Investment Securities LLC*
                                  *And Bernard L. Madoff*

300131907