**MARJORY CAJOUX**
*Attorney At Law*
*406 Atlantic Avenue*
*Brooklyn, NY 11217*
*(718) 237-0411*



<u>Via Certified Mail</u>

November 22, 2010

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, New York 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

    Re:    *Bankruptcy Case No.: 08-1789 (BRL)*
            Bernard L. Madoff Investment Securities LLP
            **Opposition to Trustee's Determination of Claim**

Honorable Judge:

    I represent Ronald Joseph and Marie Elsie Joseph in the above referenced matter, and as such I am fully familiar with the facts and circumstances of this matter as set forth herein. I am submitting this letter in opposition to the Trustee's Determination of Claim.

    The trustee denied Ronald Joseph and Marie Elsie Joseph's claim number 006050 on ground that Ronald Joseph and Marie Elsie Joseph did not have an account and are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C.

    We disagree with the determination because effective April 1, 2010 all accounts of Maggie Faustin, residing at 12 Crown Street, Apt. 5E, Brooklyn, NY 11225 with social Security Number: 0███-██-█227 have been transferred to Ronald Joseph and Marie Elsie Joseph.

    Furthermore, on February 2, 1999, Madeleine Faustin Joseph created the Madeleine Faustin Joseph fund in the amount of $156,000 which was maintained at Bernard Madoff Investment Securities. Madeleine Faustin Joseph was the mother of Ronald Joseph and Marie Elsie Joseph. Ronald Joseph and Marie Elsie Joseph were both beneficiaries of the trust.

Opposition's to Trustee's Determination of Claim
Marjory Cajoux

On February 25, 2004, Ronald Joseph and Marie Elsie Joseph commenced a lawsuit for Fraud, Conversion, Duress, Undue Influence, Breach of Contract, Breach of Fiduciary Duties, Breach of Trust against Maggie Faustin in the Supreme Court of the State of New York, County of Kings.

The matter has been settled. Pursuant to the Settlement Agreement, Maggie Faustin must transfer all of her accounts held at Bernard L. Madoff Investment Securities LLP and/or with the Trustee to Ronald Joseph and Marie Elsie Joseph.

In anticipation of the settlement agreement, Ronald Joseph and Marie Elsie Joseph timely submitted a claim form.

There has been a restraining Order freezing the account since 2005. The Stay was ordered by Judge Held and later by the Honorable Judge Yvonne Lewis.

Therefore, Ronald and Marie Elsie Joseph have a credit balance in the amount of $156,000.00.

Based upon the foregoing, Ronald Joseph and Marie Elsie Joseph disagree with the trustee's determination and request a payment in the amount of $156,000.00.

Enclosed please find the following:

1. Copy of Authorization to Transfer
2. Copy of Settlement Agreement and Release
3. Copy of Trust Agreement
4. Copy of Stay signed by the Honorable Judge Yvonne Lewis
5. Statement from Bernard L. Madoff Investment Securities LLC dated 10/31/2005 indicating balance of $153,862.00
6. Copy of Claim Form timely filed by Ronald Joseph and Marie Elsie Joseph

Thank you for your cooperation.

Sincerely,
Marjory Cajoux

Encls.