December 1, 2010



Clerk:  U.S. Bankruptcy Court
          Southern District of New York
          One Bowling Green
          New York, New York 10004

RE: Case NO. 08-1789, and claimant Lamar Ellis Trust opposition to the trustee

November 4, 2010 letter informing claimant Lamar Ellis Trust, that it had missed the

"Bar Date of July 2, 2009." The trustee, however, is in error the claimant Lamar Ellis

Trust Claim was submitted to the trustee on March 22nd, 2009. Several enclosed

documents herein will disclose that a line of communication was going between the two

parties.

COURT WILL NOTE:

1) CLAIMANTS: 7/28/09 HAND WRITTEN LETTER TO THE TRUSTEE OF DOCUMENTS FROM A CALIFORNIA SUPERIOR COURT THAT MAY SHOW PROOF OF MR. MADOFF INVOLVEMENT HERE.
   A) DOCUMENTS SUBMITTED TO THE TRUSTEE ARE NOTED HERE, AS EXHIbiT 3, NO CUSTOMER CLAIM WAS SUBMITTED AT THIS TIME. CLAIMANTS CERTIFIED RETURN RECEIPT #70062760 0003 8484 94 95 SHOWN HERE DOES SHOW THAT THESE "EXHibiT WERE RECEIVED by THE TRUSTEE ON JUL 30, 2009.

2) CLAIMANT ASK THE COURT TO TAKE NOTE, THAT BEGINING WITH THE TRUSTEE's DECEMBER 8, 2009 LETTER TO THE CLAIMANT, ADVISING IT TO CONTACT THE COURT IF IT DISAGREED WITH TRUSTEE' DECISION. THE CLAIMANT ENCLOSED COPIES OF THAT DISAGREEMENT ARE DATED HEREIN AS OF DECEMBER 21, 2009

Lamar Ellis

1372 Fernlake Ave
Brea, Ca 92821

X 34 PAGES

7/28/09

(Copy of original
7/28/09 letter to
Trustee Picard — Lamar Ellis
10/29/10)

Irving H. Picard Esq., Trustee of
Bernard Madoff Investment Securities
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Re: Madoff documentation Proof of his involvement sent to Ca. Superior Court.

Dear Mr. Picard;

I think @ this time it is in my Trust best interest to submit court documents, u.s. appeals office documents along with other informational pages that have been filed in the past against a huge number of (Does) which includes Mr. Madoff as a (Doe).

Thank you
Lamar Ellis
1372 Ferndale Ave
Brea, Ca 92821