# TRACHTENBERG RODES & FRIEDBERG LLP
### ATTORNEYS AT LAW
### 545 FIFTH AVENUE
### NEW YORK, NEW YORK 10017

DAVID G. TRACHTENBERG  
LEONARD A. RODES  
BARRY J. FRIEDBERG

TELEPHONE (212) 972-2929  
TELECOPIER (212) 972-7581  
www.trflaw.com

November 24, 2010

United States Bankruptcy Court  
Southern District of New York  
One Bowling Green  
New York, NY 10004

**Attention:** **ECF / Corrections Department**

**Re:** Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC  
Case No. 08-01789 (BRL)

Dear Sir/Madam,

I am a New York attorney admitted to practice in the Southern District of New York. Earlier this year, I appeared in the above-referenced case in order to move for admission pro hac vice of two Philadelphia lawyers to represent a claimant, Jordan Group.

Despite the fact that the motion was granted, my name and email address continues to be linked to this matter.

**By this letter, I respectfully request that my name and email address – lrodes@trflaw.com – be removed (or de-"linked") from this case,** so that I can stop receiving the numerous emails that this matter appears to generate on a daily basis.

Thank you for your prompt anticipated attention to this request.

Sincerely,

Leonard A. Rodes

LAR/