2D Bridle Path Circle
Randolph, Massachusetts 02368

November 19, 2010



Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

**Re: Bankruptcy Case No. 08-1789 (BRL)**
**Claim Number 070175, Bernard L. Madoff Investment Securities in Liquidation**

To whom it may concern:

I am writing to dispute the determination and request a hearing before Bankruptcy Judge Burton R. Lifland in reference to claim number 070175 in the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS").

According to the determination claim letter dated November 4, 2010 my claim was received after the expiration of the Bar Date. I've enclosed a copy of my customer claim completed and submitted on 2 July 2009 via internet. This completed customer claim was also sent to Mr. Kevin McCue via email on 2 July 2009. Additionally in the determination letter it states that information regarding claim procedures was sent to former customers of Madoff regarding the liquidation procedures. I invested my money with George Louis Theodule of Creative Capital Consortium/Leading Diversity Investments who claims he was a feeder fund for Bernard L. Madoff. Perhaps Mr. Theodule received the notice sent to former customers however he did not share this information with me.

Furthermore this determination letter states that there is no link to my claim to any Customer Account with BLMIS. Mr. George Louis Theodule of Creative Capital Consortium/Leading Diversity Investments claims that he was a feeder fund for Madoff. I invested funds with Mr. Theodule whom in turn claims he invested the money with Madoff. As proof of my "investment" I've enclosed a copy of my Bank of America cashier's check.

The following supporting documentation is enclosed for your review: 1. Copies of my emailed customer claim dated July 2, 2009; 2. Bank of America cashier's check; and 3. Scan of Leading Diversity Investment web page dated October 2008.

Bankruptcy Case No. 08-1789 (BRL), Sanon, N. Claim Number 070175

I appreciate your time with this matter. Any additional information maybe sent to me via email at graciliabonny92@gmail.com or Nerlande.Sanon@state.ma.us, my telephone number is: 617.363.5115 (day) or 781.963.6538 (evening) or my mailing address 2D Bridle Path Circle, Randolph, MA 02368

Sincerely,

*Nerlande Sanon*

Nerlande Sanon
2D Bridle Path Circle
Randolph, MA 02368

Bankruptcy Case No. 08-1789 (BRL), Sanon, N. Claim Number 070175