BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
And Bernard L. Madoff*

Presentment Date: December 7, 2010
Time: 12:00 p.m.

Objections Due: December 7, 2010
Time: 11:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendant.

In re:

BERNARD L. MADOFF,

    Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

---

**TRUSTEE'S MOTION FOR AN ORDER APPROVING
THE RETENTION OF TAYLOR WESSING LLP AS SPECIAL
COUNSEL *NUNC PRO TUNC* AS OF NOVEMBER 4, 2010**

Irving H. Picard, Esq. ("Trustee"), as trustee for the substantively consolidated

liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq. ("SIPA"),[1] and Bernard L. Madoff (together, the "Debtors"), by and through his undersigned counsel, for his motion (the "Motion") for authority to retain Taylor Wessing LLP ("Taylor Wessing") as special counsel *nunc pro tunc* as of November 4, 2010, respectfully represents as follows:

### Jurisdiction

1. This Court has jurisdiction over this Motion pursuant to SIPA section 78eee(b) and 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this SIPA liquidation case and this Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief sought herein are section 78eee(b)(3) of SIPA and sections 327(e), 328, 329 and 330 of the Bankruptcy Code and Fed. R. Bankr. P. 2014.

### Background

3. On December 11, 2008 (the "Filing Date"),[2] the Securities and Exchange Commission ("SEC") filed a complaint in the United States District Court for the Southern District of New York against defendants Bernard L. Madoff and BLMIS (together, the "Defendants") (No. 08 CV 10791). The complaint alleged that the Defendants engaged in fraud through investment advisor activities of BLMIS.

4. On December 12, 2008, the Honorable Louis L. Stanton of the United States District Court for the Southern District of New York entered an order which appointed Lee S. Richards, Esq., as receiver (the "Receiver").

5. On December 15, 2008, Judge Stanton entered an order pursuant to SIPA (the "Protective Decree"), which, in pertinent part:

---

[1] For convenience, future reference to SIPA will not include "15 U.S.C."

    a) appointed the Trustee for the liquidation of the business of BLMIS pursuant to section 78eee(b)(3) of SIPA;

    b) appointed Baker & Hostetler LLP as counsel ("Counsel") to the Trustee pursuant to section 78eee(b)(3) of SIPA; and

    c) removed the case to this Bankruptcy Court pursuant to section 78eee(b)(4) of SIPA.

6. Issues have arisen in England that require the Trustee's participation and representation by counsel. Lovells LLP ("Lovells") was retained as of January 15, 2009 to represent the Trustee in England pursuant to an order of this Court dated February 18, 2009. Following its merger with Hogan & Hartson LLP, certain conflicts arose that rendered Lovells unable to continue as counsel to the Trustee. Accordingly, the Trustee terminated Lovells's retention and retained Mishcon de Reya ("Mishcon") to serve as primary counsel as of February 1, 2010, pursuant to an order of this Court dated July 20, 2010.

7. Mishcon has recently informed the Trustee of a potential conflict of interest, which the Trustee has decided merited termination of Mishcon's retention. Accordingly, the Trustee now seeks to retain Taylor Wessing as his primary counsel in England to assist with current and potential litigation ("Litigation") against or otherwise involving persons or entities located in England and the British Commonwealth.

### Relief Requested

8. The Trustee has determined that it will be necessary to engage counsel to represent him in England and the British Commonwealth. Such legal counsel will enable the Trustee to carry out his duties in this SIPA liquidation proceeding. The Trustee, therefore, proposes to retain and employ Taylor Wessing as its special counsel with regard to Litigation, and any related matters as directed by the Trustee, effective as of November 4, 2010.

---

[2] See section 78lll(7)(B) of SIPA.

3

9. The Trustee seeks to retain Taylor Wessing as special counsel because of its knowledge and expertise in the laws of England.

10. The services of Taylor Wessing are necessary and essential to enable the Trustee to execute faithfully his duties herein.

11. Taylor Wessing has indicated a willingness to act on the Trustee's behalf to render the foregoing professional services.

12. The Trustee submits that Taylor Wessing's provision of professional services to the Trustee is permissible under section 78eee(3) of SIPA and is in the best interest of the Debtors' estate and customers and creditors.

13. To the best of the Trustee's knowledge, and as set out on the declaration of David Kilmaine Percy de Ferrars, attached hereto as Exhibit A, the members, counsel and associates of Taylor Wessing are disinterested pursuant to section 78eee(b)(3) of SIPA and do not hold or represent any interest adverse to the Debtors' estate in respect of the matter for which Taylor Wessing is to be retained. Taylor Wessing's employment and retention is necessary and in the best interests of the Debtors' estate and its customers and creditors.

14. Taylor Wessing will be compensated at agreed upon rates, listed below, which reflect a reduction of its normal rates by ten percent (10%). Applications for compensation to Taylor will be filed with this Court pursuant to applicable statutes and rules. Taylor's rate information is as follows:

| Level of Experience | Normal Rates | Agreed Upon Rates |
| --- | --- | --- |
| Partner | £485 | £436.50 |
| Associates | £240 to £405 | £216 to £364.50 |

4

15. SIPC has no objection to this Motion and, pursuant to SIPA section 78eee(b)(3), SIPC specifies that the Trustee should be authorized to retain Taylor Wessing as special counsel for the purposes identified herein.

### Notice

16. Notice of this Motion has been given to SIPC, the SEC, the Internal Revenue Service, the United States Attorney for the Southern District of New York, and, by way of the ECF filing that will be made, all parties that have filed a notice of appearance herein. In light of the nature of the relief requested, the Trustee submits that such notice is good and sufficient, and no other or further notice is necessary or required.

WHEREFORE, the Trustee respectfully requests that the Court enter an order substantially in the form of Exhibit B hereto, (a) granting this Motion; (b) authorizing the Trustee to employ Taylor Wessing as special counsel for the purposes described herein, *nunc pro tunc*, as of November 4, 2010; and (c) granting the Trustee such other and further relief as is just and proper.

Dated: New York, New York
November 29, 2010

Respectfully submitted,

/s/ *Marc Hirschfield*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

6