# EXHIBIT B

## Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

**ORDER GRANTING TRUSTEE'S MOTION TO RETAIN
TAYLOR WESSING LLP AS SPECIAL COUNSEL
*NUNC PRO TUNC* AS OF NOVEMBER 4, 2010**

Upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, for authority to retain Taylor Wessing LLP ("Taylor Wessing") as special counsel, *nunc pro tunc* as of November 4, 2010, and due and proper notice having been given under the circumstances of this case, and the Securities Investor Protection Corporation having specified Taylor Wessing as special counsel, and after due deliberation,

IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED.

2.     The Court finds that Taylor Wessing is hereby deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

3.     The Trustee is authorized to retain Taylor Wessing as special counsel to the

2

Trustee as provided in the Motion, *nunc pro tunc*, as of November 4, 2010.

Dated: New York, NY
_____, 2010

_____
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE

300130162