| | |
|---|---|
| BAKER & HOSTETLER LLP | **Presentment Date:** December 8, 2010 |
| 45 Rockefeller Plaza | **Time:** 12:00 p.m. |
| New York, New York 10111 | |
| Telephone: (212) 589-4200 | **Objections Due:** December 8, 2010 |
| Facsimile: (212) 589-4201 | **Time:** 11:00 a.m. |
| David J. Sheehan | |
| Email: dsheehan@bakerlaw.com | |
| Marc E. Hirschfield | |
| Email: mhirschfield@bakerlaw.com | |
| Timothy S. Pfeifer | |
| Email: tpfeifer@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,

      Plaintiff-Applicant,

      v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

      Defendant.

In re:

BERNARD L. MADOFF,

      Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

**NOTICE OF PRESENTMENT OF TRUSTEE'S MOTION UNDER 28 U.S.C. § 1781(b)(2) AND RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN ORDER ISSUING REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE FOR SERVICE OF SUBPOENAS UPON INDIVIDUALS IN AUSTRIA AFFILIATED WITH BAST AG**

**PLEASE TAKE NOTICE** that upon the motion of Irving H. Picard, Esq., as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC

("BLMIS") and Bernard L. Madoff individually, the undersigned will present the attached proposed order (the "Order") to the Honorable Burton R. Lifland, United States Bankruptcy Judge, for signature and entry on **December 8, 2010 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed Order, shall (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules, and General Orders; (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefore; (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with proof of service, and a courtesy copy delivered to the Chambers of the Honorable Burton R. Lifland, One Bowling Green New York, New York 10004; (v) be served upon (a) Baker & Hostetler LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David Sheehan and Marc Hirschfield, and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq. so as to be received no later than **11:00 a.m. on December 8, 2010**.

**PLEASE TAKE FURTHER NOTICE** that in the event any objections are timely served and filed, a hearing may be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE**, that, unless objections are timely served and filed, the proposed Order may be signed without a hearing.

Dated: New York, New York
November 30, 2010

Respectfully submitted,

*s/Marc E. Hirschfield*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Timothy S. Pfeifer
Email: tpfeifer@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*