Presentment Date: December 8, 2010
Time: 12:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,

    Plaintiff-Applicant,

    v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

    Defendant.

In re:

BERNARD L. MADOFF,

    Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

**ORDER APPROVING REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE FOR SERVICE OF SUBPOENAS UPON INDIVIDUALS IN AUSTRIA AFFILIATED WITH LB HOLDING GmbH**

Upon the motion (the "Motion") of Irving H. Picard, Esq., as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") and Bernard L. Madoff, individually, for an order approving the Requests for International Judicial Assistance (the "Requests") from the applicable courts in Austria, and due and sufficient notice of the motion having been given under the circumstances, and it appearing that such Requests are appropriate, it is hereby

ORDERED that the Motion is granted; and it is further

2

ORDERED that the Clerk of this Court is directed to issue the Requests in the forms attached to this Order.

Dated: New York, New York
December __, 2010

Hon. Burton R. Lifland
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,

        Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

        Defendant.

In re:

BERNARD L. MADOFF,

        Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

# Exhibits 1 - 7 to the TRUSTEE'S MOTION UNDER 28 U.S.C. § 1781(b)(2) AND RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN ORDER ISSUING REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE FOR SERVICE OF SUBPOENAS UPON INDIVIDUALS IN AUSTRIA AFFILIATED WITH LB HOLDING GMBH as listed on the attached index is available for review upon written or telephonic request to:

**Baker & Hostetler LLP**
**45 Rockefeller Plaza**
**New York, NY 10111**
**Attn: Nikki Landrio**
**Tel: (212) 589-4221**
**Email: nlandrio@bakerlaw.com**

| Exhibit Number | Exhibit Description |
|---|---|
| All Exhibits | The following documents are included in each of the exhibits:<br><br>1 Request (as defined in the Motion),<br>1 certified German translation of the Request,<br>1 Subpoena,<br>1 certified German translation of the Subpoena,<br>1 attachment to the Subpoena,<br>1 certified German translation of the attachment to the Subpoena,<br>1 copy of the January 2009 Order (as defined in the Motion), and<br>1 certified German translation of the January 2009 Order.<br><br>In addition, a duplicate of each of the above-listed documents is included in each exhibit. |
| 1 | Mag. Manfred Handbüchler |
| 2 | Mag. Dr. Hans Peter Hemetsberger |
| 3 | Harald Kopertz |
| 4 | Mag. Harald Nograsek |
| 5 | Mag. Thomas Puschnig |
| 6 | Mag Dr. Gert Rossow |
| 7 | Dr. Peter Weber |