Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810
Tel: (978) 681-0800
Fax: (978) 681-6330
Email: velvel@mslaw.edu

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |

## NOTICE OF APPEAL

Lawrence R. Velvel hereby files a notice of appeal to the United States District Court from those portions of the Bankruptcy Court's Order, per Judge Lifland, establishing procedures for avoidance actions which limit discovery, bar deposition of the Trustee, and require mandatory mediation in the above captioned case.

          Respectfully submitted,

          _____
          Lawrence R. Velvel, Esq.
          Massachusetts School of Law
          500 Federal Street
          Andover, MA 01810
          Tel: (978) 681-0800
          Fax: (978) 681-6330
          Email: Velvel@mslaw.edu

Dated: December 1, 2010

R:\My Files\Madoff\NoticeofAppeal.OrderNov10.doc