## CERTIFICATE OF SERVICE

      I, Jonathan M. Landers, certify that on the 1st day of December, 2010, I caused a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (Advent Management Corp. Pension Plan and Trust - 1ZA466) to be filed and served on the parties to this action via electronic filing.  In addition, service was effectuated to the following address via UPS overnight mail:

> Irving H. Picard, Trustee
> c/o Baker Hostetler LLP
> 45 Rockefeller Plaza
> New York, New York 10011

                                                         s/ Jonathan M. Landers