UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                            )   ss:
COUNTY OF DALLAS            )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On November 15, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000007).

Executed on Nov 22, 2010

_____
John S. Franks

Sworn to and subscribed before me this 22nd day of November, 2010



_____
(SEAL)

_____
Notary Public

2

# Exhibit A

SERVICE LIST A
TRANSFER NUMBER T600607
NOVEMBER 15, 2010

| TRANSFEROR | TRANSFEREE | NAME | | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY, STATE ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| | X | | Contrarian Funds, LLC | Attention: Alisa Mumola | 411 West Putnam Ave., Suite 425 | | Greenwich, CT 06830 | |