UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

### AFFIDAVIT OF MAILING

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

JOHN S. FRANKS, being duly sworn, deposes and says:

1.   I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.   I am over the age of eighteen years and am not a party to the above-captioned action.

3.   On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

A.   Notice of Transfer of Allowed Claim (Transfer Number T000005).

4.   On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

B.   Notice of Transfer of Allowed Claim (Transfer Number T000009).

5.   On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

C.   Notice of Transfer of Allowed Claim (Transfer Number T000010).

6.   On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit D, a true and correct copy of the following:

D.   Notice of Transfer of Allowed Claim (Transfer Number T000011).

7.   On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit E, a true and correct copy of the following:

E.       Notice of Transfer of Allowed Claim (Transfer Number T000012).

8.       On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit F, a true and correct copy of the following:

F.       Notice of Transfer of Allowed Claim (Transfer Number T000013).

9.       On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit G, a true and correct copy of the following:

G.       Notice of Transfer of Allowed Claim (Transfer Number T000014).

10.      On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit H, a true and correct copy of the following:

H.       Notice of Transfer of Allowed Claim (Transfer Number T000015).

11.      On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit I, a true and correct copy of the following:

I.       Notice of Transfer of Allowed Claim (Transfer Number T000016).

12.      On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit J, a true and correct copy of the following:

J.       Notice of Transfer of Allowed Claim (Transfer Number T000017).

13.      On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit K, a true and correct copy of the following:

K.       Notice of Transfer of Allowed Claim (Transfer Number T000018).

14.      On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit L, a true and correct copy of the following:

L.       Notice of Transfer of Allowed Claim (Transfer Number T000019).

15.      On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit M, a true and correct copy of the following:

M.       Notice of Transfer of Allowed Claim (Transfer Number T000020).

16.     On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit N, a true and correct copy of the following:

    N.     Notice of Transfer of Allowed Claim (Transfer Number T000021).

17.     On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit O, a true and correct copy of the following:

    O.     Notice of Transfer of Allowed Claim (Transfer Number T000022).

18.     On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit P, a true and correct copy of the following:

    P.     Notice of Transfer of Allowed Claim (Transfer Number T000024).

19.     On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit Q, a true and correct copy of the following:

    Q.     Notice of Transfer of Allowed Claim (Transfer Number T000025).

20.     On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit R, a true and correct copy of the following:

    R.     Notice of Transfer of Allowed Claim (Transfer Number T000026).

21.     On November 24, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit S, a true and correct copy of the following:

    S.     Notice of Transfer of Allowed Claim (Transfer Number T000027).

Executed on __Nov 30__, 2010

John S. Franks

Sworn to and subscribed before me this __30th__ day of __December__ 2010

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____
(SEAL)

Notary Public

4

Exhibit A

SERVICE LIST
TRANSFEROR DIR #42 00005
NOVEMBER 24, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Liquidity Solutions, Inc. | | One University Plaza | Suite 312 | Hackensack | NJ | 07601 |

Exhibit B

SERVICE LIST 2
TRANSFERS OF CLAIMS 2009

NOVEMBER 24, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit C

SERVICE LIST 52
TRANSFERS ON OR AFTER 2010

NOVEMBER 24, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit D

SERVICE LIST D
TRANSFERS ON OR AFTER 2011

**NOVEMBER 24, 2010**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit E

SERVICE LIST 2
TRANSFERS OF CLAIMS FOR 2012

NOVEMBER 24, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit F

SERVICE LIST 4.2
TRANSFER ON OR AFTER 2013

NOVEMBER 24, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit G

SERVICE LIST 5.2
TRANSFERS THROUGH MARCH 2014

**NOVEMBER 24, 2010**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit H

SERVICE LIST B
TRANSFER NUMBER 462015

NOVEMBER 24, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit I

SERVICE LIST 1/2
TRANSFER CALENDAR FOR 2016

**NOVEMBER 24, 2010**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit J

**NOVEMBER 24, 2010**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit K

SERVICE LIST 5.2

TRANSFER OF CLAIM 2018

**NOVEMBER 24, 2010**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit L

SERVICE LIST
TRUSTEE'S 22ND OMNIBUS 2019

**NOVEMBER 24, 2010**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit M

SERVICE LIST A 2
TRANSFER VOLUME 4 2020

NOVEMBER 24, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit N

SERVICE LIST
TRANSFERS ON/AFTER NOVEMBER 24, 2021

NOVEMBER 24, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit O

**SERVICE LIST Q**

**TRANSFER OF CLAIM 3022**

**NOVEMBER 24, 2010**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit P

SERVICE LIST 1
TRANSFER OF CLAIMS 2024

**NOVEMBER 24, 2010**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit Q

SERVICE LIST Q.2
TRUSTEE'S COMBINED 43-2025

NOVEMBER 24, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit R

SERVICE LIST 2
TRANSFER CLAIMS FILE #426026

**NOVEMBER 24, 2010**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit S

SERVICE LIST 2.2
TRUSTEE'S AMENDED EXHIBIT 27

NOVEMBER 24, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |