UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                           )    ss:
COUNTY OF DALLAS            )

JOHN S. FRANKS, being duly sworn, deposes and says:

1.    I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On November 30, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A.    Notice of Transfer of Allowed Claim (Transfer Number T000008).

Executed on _____Dec 3_____, 2010

_____
John S. Franks

Sworn to and subscribed before me this __3rd__ day of __December__, 2010

(SEAL)

_____
Notary Public

2

# Exhibit A

SERVICE LIST A
TRANSFER NUMBER 4900008
NOVEMBER 30, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Contrarian Funds, LLC | Attention: Alisa Mumola | 411 West Putnam Ave. | Suite 425 | Greenwich | CT | 06830 |