UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS           )
                               )     ss:
COUNTY OF DALLAS     )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On December 2, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A.    Notice of Transfer of Allowed Claim (Transfer Number T000002).

4. On December 2, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    B.    Notice of Transfer of Allowed Claim (Transfer Number T000003).

5. On December 2, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

    C.    Notice of Transfer of Allowed Claim (Transfer Number T000023).

6. On December 2, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit D, a true and correct copy of the following:

    D.    Notice of Transfer of Allowed Claim (Transfer Number T000028).

7. On December 2, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit E, a true and correct copy of the following:

E.      Notice of Transfer of Allowed Claim (Transfer Number T000029).

8.      On December 2, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit F, a true and correct copy of the following:

F.      Notice of Transfer of Allowed Claim (Transfer Number T000030).

9.      On December 2, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit G, a true and correct copy of the following:

G.      Notice of Transfer of Allowed Claim (Transfer Number T000031).

10.     On December 2, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit H, a true and correct copy of the following:

H.      Notice of Transfer of Allowed Claim (Transfer Number T000032).

Executed on ___Dec 3___, 2010

_____
John S. Franks

Sworn to and subscribed before me this 3rd day of December, 2010

(SEAL)

_____
Notary Public

3

# Exhibit A

**SERVICE LIST**
**TRANSFERS DUE 12-1-00002**

DECEMBER 2, 2010

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| | X | | C.V.I.G.V.F. (Lux) Master S. a.r.l. | c/o CarVal Investors, LLC | 12700 Whitewater Drive | | Minnetonka | MN | 55343 |


Exhibit B

**DECEMBER 2, 2010**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | ███████████ | ███ | ███ | ███ | ███ | ███ | ███ |
| | X | | C.V.I.G.V.F. (Lux) Master S. a.r.l. | c/o CarVal Investors, LLC | 12700 Whitewater Drive | | Minnetonka | MN | 55343 |

Exhibit C

SERVICE LIST 1
TRANSFERS AFTER 9/30/2006

DECEMBER 2, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | C.V.I.G.V.F. (Lux) Master S. a.r.l. | c/o CarVal Investors, LLC | 12700 Whitewater Drive | | Minnetonka | MN | 55343 |

Exhibit D

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

# Exhibit E

SERVICE LIST

TRANSFER OF CLAIM OTHER THAN FOR SECURITY 2028

DECEMBER 2, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit F

SERVICE LIST b.1
TRANSFERS OF MORE THAN $20,000

DECEMBER 2, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| x | | | | | | | | | |
| | x | | ASM BLMIS Claims LLC | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit G

SERVICE LIST 2
TRANSFERS OF MORE THAN $1,000,000

DECEMBER 2, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | CVI GVF (Lux) Master S.a.r.l. | Attn: Terri Salberg | 12700 Whitewater Drive | MS144 | Minnetonka | MN | 55343-9439 |

Exhibit H

SERVICE LIST B,
TRANCHE 2 UNDER 2004031

DECEMBER 2, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| x | x | | CVI GVF (Lux) Master S.a.r.l. | Attn: Terri Salberg | 12700 Whitewater Drive | MS144 | Minnetonka | MN | 55343-9439 |

Exhibit I

Pg 21 of 21

SERVICE LIST
TRANSFER LIMOR 2010032

DECEMBER 2, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| X | X | | SPCP Group LLC | Brian Jarmain | Two Greenwich Plaza, 1st Floor | | Greenwich | CT | 06830 |