UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**ORDER GRANTING TRUSTEE'S MOTION TO RETAIN
TAYLOR WESSING LLP AS SPECIAL COUNSEL
*NUNC PRO TUNC* AS OF NOVEMBER 4, 2010**

Upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, for authority to retain Taylor Wessing LLP ("Taylor") as special counsel, *nunc pro tunc* as of November 4, 2010, and due and proper notice having been given under the circumstances of this case, and the Securities Investor Protection Corporation having specified Taylor as special counsel, and after due deliberation,

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    The Court finds that Taylor is hereby deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

2

3. The Trustee is authorized to retain Taylor as special counsel to the Trustee as provided in the Motion, *nunc pro tunc*, as of November 4, 2010.

Dated: New York, New York
December 7, 2010

/s/Burton R. Lifland
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE

2