UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

## ORDER AUTHORIZING TRUSTEE TO ENTER INTO JOINT LITIGATION AGREEMENT

Upon the Motion ("Motion") of the Trustee[1] for an order, pursuant to sections 1526, 1527 and 105(a) of the Bankruptcy Code, authorizing the Trustee to enter into the Litigation Agreement; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested therein; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to section 78eee(b)(4) of SIPA, 28 U.S.C. §§ 157 and 1334; and venue being proper in this district pursuant to section 78eee(b)(4) of SIPA and 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion was properly given and no further notice of the Motion is necessary; it is hereby,

**ORDERED**, that the relief requested in the Motion is granted; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

**ORDERED**, that the Trustee is authorized to enter into the Litigation Agreement and pursue the Claims in accordance with the terms thereof.

Dated: New York, New York
December 7, 2010

                                        /s/Burton R. Lifland
                                        HONORABLE BURTON R. LIFLAND
                                        UNITED STATES BANKRUPTCY JUDGE