# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Adversary Proceeding #: 10-03200-brl

*Assigned to:* Judge Burton R. Lifland
*Demand:*

*Date Filed:* 04/09/10

*Nature[s] of Suit:* 72 Injunctive relief - other

### Plaintiff
----------------------

**Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC**

represented by **David J. Sheehan**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212 589 4200
Fax : 212 589 4201
Email: dsheehan@bakerlaw.com

**Keith R. Murphy**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212-589-4200
Fax : 212-589-4201
Email: kmurphy@bakerlaw.com

V.

### Defendant
------------------------

**Lissa Canavan, Individually and to the extent she purports to represent a class of those similarly situated**

represented by **Helen Chaitman**
Becker & Poliakoff, LLP
45 Broadway
New York, NY 10006
212-599-3322
Fax : 212-557-0295
Email: HChaitman@becker-poliakoff.com

**Peter W. Smith**
Becker & Poliakoff. LLP
45 Broadway
New York, NY 10006
212-955-3322
Email: psmith@becker-poliakoff.com

**Leslie Goldsmith, individually and to**

represented by

the extent she purports to represent a
class of those similarly situated

**Helen Chaitman**
(See above for address)

**Peter W. Smith**
(See above for address)

**Judith Kalman, individually and to
the extent she purports to represent a
class of those similary situated**

represented by **Helen Chaitman**
(See above for address)

**Peter W. Smith**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 04/09/2010 | 1 | Complaint against Lissa Canavan, Individually and to the extent she purports to represent a class of those similarly situated, Leslie Goldsmith, individually and to the extent she purports to represent a class of those similarly situated, Judith Kalman, individually and to the extent she purports to represent a class of those similary situated . Nature(s) of Suit: (72 (Injunctive relief - other)) Filed by Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 04/09/2010) |
| 04/09/2010 | 2 | Motion for Temporary Restraining Order /*Memorandum of Law in Support of Trustee's Application For Preliminary Injunction, Enforcement of Stay, Declaration That Canavan, Goldsmith and Kalman Action is Void Ab Initio, and Temporary Restraining Order* filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Attachments: # 1 Appendix A) (Murphy, Keith) (Entered: 04/09/2010) |
| 04/09/2010 | 3 | Affidavit *in Support of the Trustee's Application For Preliminary Injunction, Enforcement of Automatic Stay, Declaration That Canavan, Goldsmith, and Kalman Action is Void Ab Initio And Temporary Restraining Order* (related document(s) 2 ) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q# 18 Exhibit R# 19 Exhibit S# 20 Exhibit T# 21 Exhibit U# 22 Exhibit V) (Sheehan, David) (Entered: 04/09/2010) |
|  |  | Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 5/25/2010 at 10:00 AM at Courtroom 623 (BRL), Answer due by 5/13/2010, (Campbell, |

| 04/13/2010 | 4 | Tiffany) (Entered: 04/13/2010) |
|---|---|---|
| 04/14/2010 | 5 | Order to Show Cause signed on 4/14/2010 As to why the Court should not (1) deem the New Jersey Action as in violation of the automatic stay provisions of Section 362 of the Bankruptcy Code and Section 78eee(b)(2)(B)(i) of SIPA and, thus, declare the New Jersey Action to be void ab initio; and (2) issue a Preliminary Injunction, pursuant to 11 U.S.C. Sections 362(a) and 105(a) and Bankruptcy Rule 7065, enjoining the New Jersey Plaintiffs and those acting in concert or participation with them, or on their behalf, and all defendants, from proceeding with their litigation in the New Jersey Action (related document(s) 2 ). With hearing to be held on 5/18/2010 at 10:00 AM at Courtroom 623 (BRL). (Saenz De Viteri, Monica) (Entered: 04/14/2010) |
| 04/14/2010 | 6 | Certificate of Service *of Order to Show Cause, Memorandum of Law, Affidavit in Support, Complaint and Proposed Order* (related document(s) 1 , 3 , 2 , 5 ) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 04/14/2010) |
| 04/15/2010 | 7 | Certificate of Service *of Order to Show Cause, Memorandum of Law, Affidavit in Support, Complaint and Proposed Order* (related document(s) 1 , 3 , 2 , 5 ) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 04/15/2010) |
| 04/21/2010 | | Receipt of Complaint(10-03200) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 635. Fee amount 250.00. (Slinger) (Entered: 04/21/2010) |
| 04/22/2010 | 8 | Summons Service Executed on Judith Kalman, individually and to the extent she purports to represent a class of those similary situated Answer Due: 05/13/2010; Leslie Goldsmith, individually and to the extent she purports to represent a class of those similarly situated Answer Due: 05/13/2010; Lissa Canavan, Individually and to the extent she purports to represent a class of those similarly situated Answer Due: 05/13/2010. (related document(s) 1 , 4 ) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 04/22/2010) |
| | | Notice of Appearance filed by Helen Chaitman on behalf of Judith Kalman, individually and to the extent she purports to represent a class of those similary situated, Leslie Goldsmith, |

| 04/28/2010 | 9 | individually and to the extent she purports to represent a class of those similarly situated, Lissa Canavan, Individually and to the extent she purports to represent a class of those similarly situated. (Chaitman, Helen) (Entered: 04/28/2010) |
|---|---|---|
| 04/28/2010 | 10 | Notice of Appearance filed by Peter W. Smith on behalf of Judith Kalman, individually and to the extent she purports to represent a class of those similary situated, Leslie Goldsmith, individually and to the extent she purports to represent a class of those similarly situated, Lissa Canavan, Individually and to the extent she purports to represent a class of those similarly situated. (Smith, Peter) (Entered: 04/28/2010) |
| 05/04/2010 | 11 | So Ordered Stipulation Modifying Scheduling signed on 5/4/2010 (White, Greg) (Entered: 05/04/2010) |
| 05/05/2010 | 12 | Letter *to Hon. Judge Burton R. Lifland* filed by Peter W. Smith on behalf of Judith Kalman, individually and to the extent she purports to represent a class of those similary situated, Leslie Goldsmith, individually and to the extent she purports to represent a class of those similarly situated, Lissa Canavan, Individually and to the extent she purports to represent a class of those similarly situated. (Smith, Peter) (Entered: 05/05/2010) |
| 05/05/2010 | 13 | Letter *to Hon. Burton R. Lifland (Doc. 12) with attachment* filed by Peter W. Smith on behalf of Judith Kalman, individually and to the extent she purports to represent a class of those similary situated, Leslie Goldsmith, individually and to the extent she purports to represent a class of those similarly situated, Lissa Canavan, Individually and to the extent she purports to represent a class of those similarly situated. (Attachments: # 1 Exhibit Attachment)(Smith, Peter) (Entered: 05/05/2010) |
| 05/17/2010 | 14 | Order signed on 5/17/2010 Denying Discovery Sought by Defendants (related document(s) 12 , 13 ). (Saenz De Viteri, Monica) (Entered: 05/17/2010) |
| 05/18/2010 | 15 | So Ordered Stipulation signed on 5/18/2010 Between Lissa Canavan, Leslie Goldmith, and Judith Kalman, individually and to the extent they represent a class of those similarly situated and Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff. RE: Modifying Scheduling (related document (s) 11 , 5 ). With hearing to be held on 6/29/2010 at 10:00 AM at Courtroom 623 (BRL). (Saenz De Viteri, Monica) (Entered: 05/18/2010) |
| | | So Ordered Stipulation signed on 5/25/2010 Between Lissa |

| | | |
|---|---|---|
| 05/25/2010 | 16 | Canavan, Leslie Goldmith, and Judith Kalman, individually and to the extent they represent a class of those similarly situated and Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff (related document(s) 11 , 5 ). RE: Modifying Scheduling. (Saenz De Viteri, Monica) (Entered: 05/25/2010) |
| 05/26/2010 | 17 | Opposition *Notice of Cross-Motion to Dismiss Complaint* (related document(s) 2 ) filed by Helen Chaitman on behalf of Judith Kalman, individually and to the extent she purports to represent a class of those similary situated, Leslie Goldsmith, individually and to the extent she purports to represent a class of those similarly situated, Lissa Canavan, Individually and to the extent she purports to represent a class of those similarly situated. (Attachments: # 1 Exhibit Proposed Order) (Chaitman, Helen) (Entered: 05/26/2010) |
| 05/26/2010 | 18 | Memorandum of Law *Defendants' Memorandum of Law Opposing Trustee's Motion for an Injunction and Supporting Defendants' Cross-Motion to Dismiss the Complaint* filed by Helen Chaitman on behalf of Judith Kalman, individually and to the extent she purports to represent a class of those similary situated, Leslie Goldsmith, individually and to the extent she purports to represent a class of those similarly situated, Lissa Canavan, Individually and to the extent she purports to represent a class of those similarly situated. (Chaitman, Helen) (Entered: 05/26/2010) |
| 05/26/2010 | 19 | Certificate of Service (related document(s) 18 , 17 ) filed by Helen Chaitman on behalf of Judith Kalman, individually and to the extent she purports to represent a class of those similary situated, Leslie Goldsmith, individually and to the extent she purports to represent a class of those similarly situated, Lissa Canavan, Individually and to the extent she purports to represent a class of those similarly situated. (Chaitman, Helen) (Entered: 05/26/2010) |
| 06/16/2010 | 20 | Reply to Motion / *Reply Memorandum Of Law In Further Support Of Trustee's Application For Preliminary Injunction, Enforcement Of Stay, And Declaration That Canavan, Goldsmith And Kalman Action Is Void Ab Initio, And In Opposition To Defendants' Cross-Motion To Dismiss* filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 06/16/2010) |
| | | Affidavit of Service *by I. Rodriguez* (related document(s) 20 ) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee |

| 06/18/2010 | 21 | for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 06/18/2010) |
|---|---|---|
| 06/23/2010 | 22 | Reply to Motion *Defendants' Reply Memorandum of Law in Further Support of Defendants' Cross-Motion to Dismiss the Complaint* (related document(s) 2 ) filed by Helen Chaitman on behalf of Judith Kalman, individually and to the extent she purports to represent a class of those similary situated, Leslie Goldsmith, individually and to the extent she purports to represent a class of those similarly situated, Lissa Canavan, Individually and to the extent she purports to represent a class of those similarly situated. (Chaitman, Helen) (Entered: 06/23/2010) |
| 06/23/2010 | 23 | Certificate of Service (related document(s) 22 ) filed by Helen Chaitman on behalf of Judith Kalman, individually and to the extent she purports to represent a class of those similary situated, Leslie Goldsmith, individually and to the extent she purports to represent a class of those similarly situated, Lissa Canavan, Individually and to the extent she purports to represent a class of those similarly situated. (Chaitman, Helen) (Entered: 06/23/2010) |
| 06/25/2010 | 24 | Notice of Adjournment of Hearing *on Trustee's Application for Preliminary Injunction, Enforcement of Stay, and Temporary Restraining Order* (related document(s) 2 ) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. with hearing to be held on 9/15/2010 at 10:00 AM at Courtroom 623 (BRL) (Murphy, Keith) (Entered: 06/25/2010) |
| 06/28/2010 | 25 | Affidavit of Service *of Notice of Adjournment* (related document (s) 24 ) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 06/28/2010) |
| 07/15/2010 | 26 | Notice of Adjournment of Hearing */Notice of Adjournment of the Pre-Trial Conference to September 21, 2010* filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. with hearing to be held on 9/21/2010 at 10:00 AM at Courtroom 623 (BRL) (Murphy, Keith) (Entered: 07/15/2010) |
| 07/19/2010 | 27 | Affidavit of Service *of Notice of Adjournment of Pre-Trial Conference to September 21, 2010* (related document(s) 26 ) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 07/19/2010) |
|  |  | Notice of Adjournment of Hearing *on Trustee's Application for* |

| 08/31/2010 | 28 | *Preliminary Injunction, Enforcement of Stay, and Temporary Restraining Order* (related document(s) 2 ) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. with hearing to be held on 12/29/2010 at 10:00 AM at Courtroom 623 (BRL) (Murphy, Keith) (Entered: 08/31/2010) |
| --- | --- | --- |
| 09/02/2010 | 29 | Affidavit of Service *of Notice of Adjournment of Hearing on Trustee's Application for Preliminary Injunction, Enforcement of Stay, and Temporary Restraining Order* (related document(s) 2 ) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 09/02/2010) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 12/05/2010 12:25:58 | | | |
| **PACER Login:** | bp2735 | **Client Code:** | madoff |
| **Description:** | Docket Report | **Search Criteria:** | 10-03200-brl Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: html |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |