Helen Davis Chaitman (4266)
Becker & Poliakoff LLP
45 Broadway
New York, NY 10006
hchaitman@becker-poliakoff.com
*Attorneys for Diane and Roger Peskin, and
several hundred other customers*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |

## CERTIFICATE OF SERVICE

   I hereby certify that on December 7, 2010, I caused a true copy of the **Objection to Fifth Applications of Irving H. Picard, Trustee, and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from June 1, 2010 through September 30, 2010** to be served upon the interested parties who receive electronic service through CM/ECF, and by electronic mail upon:

| | |
|---|---|
| David J. Sheehan, Esq.<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>dsheehan@bakerlaw.com | Kevin H. Bell, Esq.<br>Securities Investor Protection Corporation<br>8005 Fifteenth Street, NW, Suite 800<br>Washington, DC 20005<br>kbell@sipc.org |

Dated: December 7, 2010                 /s/ *Lourdes Blanco*