**EXHIBIT B**

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (BRL) |
| Plaintiff-Applicant, | |
| v. | SIPA Liquidation (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**ORDER PURSUANT TO SECTION 105(a) OF THE**
**BANKRUPTCY CODE AND RULES 2002 AND 9019 OF THE FEDERAL**
**RULES OF BANKRUPTCY PROCEDURE APPROVING AN AGREEMENT BY**
**AND AMONG THE TRUSTEE AND THE SHAPIRO FAMILY**

Upon the motion (the "Motion")[1] dated December ___, 2010 [ECF No. ____]

of Irving H. Picard, as trustee (the "Trustee") for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15

U.S.C. §§ 78aaa *et seq*. ("SIPA"), and substantively consolidated estate of Bernard L.

Madoff, seeking entry of an order, pursuant to sections 105(a) of the United States

Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*. and Rules 2002 and 9019 of the Federal Rules of

Bankruptcy Procedure, approving the agreement, by and among the Trustee and the Shapiro

Family, in substantially the form annexed to the Motion (the "Agreement"); and it appearing

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

that due and sufficient notice has been given to all parties in interest as required by Rules

2002 and 9019 of the Federal Rules of Bankruptcy Procedure; and the Court having

considered the Affidavit of Irving Picard in support of the Motion; and it further appearing

the relief sought in the Motion is appropriate based upon the record of the hearing held

before this Court to consider the Motion; and it further appearing that this Court has

jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C.

§§ 157 and 1334; and after due deliberation; and sufficient cause appearing therefor; it is

ORDERED, that the Motion is granted in its entirety; and it is further

ORDERED, that the Agreement between the Trustee on the one hand and the

Shapiro Family on the other hand is hereby approved and authorized; and it is further

ORDERED, that the Trustee and the Shapiro Family, on behalf of themselves

and the Shapiro BLMIS Account Holders, shall each comply with and carry out the terms of

the Agreement.

Dated: New York, New York
         _____ __, 2010

_____
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE