UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

## CERTIFICATE OF SERVICE

I, RISHI KAPOOR, an attorney admitted to practice in the State of New York, hereby certify that on December 7, 2010, I caused a true and correct copy of the attached *Objection to Trustee's Revised Determination of Claim* filed by Albert H. Small to be served via ECF filing on all the parties registered to accept electronic service in the above-captioned case as of December 7, 2010, and via overnight delivery, by depositing a true and accurate copy enclosed in a properly addressed envelope wrapped into the custody of an overnight delivery service for overnight delivery, prior to the latest time designated by the overnight delivery service for overnight delivery, on the following:

　　　　　Clerk of the United States Bankruptcy Court for
　　　　　the Southern District of New York
　　　　　One Bowling Green
　　　　　New York, New York 10004

　　　　　and

　　　　　Irving H. Picard, Trustee
　　　　　c/o Baker & Hostetler LLP
　　　　　45 Rockefeller Plaza
　　　　　New York, New York 10011

- 2 -

Dated: New York, New York
       December 7, 2010

                                             */s/ Rishi Kapoor*
                                              Rishi Kapoor

- 2 -