UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |

**ORDER APPROVING REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE FOR SERVICE OF SUBPOENAS UPON INDIVIDUALS IN AUSTRIA AFFILIATED WITH BANK MEDICI**

Upon the motion (the "Motion") of Irving H. Picard, Esq., as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") and Bernard L. Madoff, individually, for an order approving the Requests for International Judicial Assistance (the "Requests") from the applicable courts in Austria, and due and sufficient notice of the motion having been given under the circumstances, and it appearing that such Requests are appropriate, it is hereby

ORDERED that the Motion is granted; and it is further

2

ORDERED that the Clerk of this Court is directed to issue the Requests in the forms attached to this Order.

Dated: New York, New York
December 8, 2010

*/s/Burton R. Lifland*
Hon. Burton R. Lifland
UNITED STATES BANKRUPTCY JUDGE