BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

Presentment Date: December 17, 2010
Time: 12:00 p.m.

Objections Due: December 17, 2010
Time: 11:00 a.m.

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

### TRUSTEE'S MOTION FOR AN ORDER APPROVING THE RETENTION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS SPECIAL COUNSEL *NUNC PRO TUNC* AS OF NOVEMBER 29, 2010

Irving H. Picard, Esq. ("Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq. ("SIPA"),[1] and Bernard L. Madoff (together, the "Debtors"), by and through his undersigned counsel, for his motion (the "Motion") for authority to retain Young Conaway Stargatt & Taylor, LLP ("Young Conaway") as special counsel *nunc pro tunc* as of November 29, 2010, respectfully represents as follows:

### Jurisdiction

1. This Court has jurisdiction over this Motion pursuant to SIPA section 78eee(b) and 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this SIPA liquidation case and this Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief sought herein are section 78eee(b)(3) of SIPA and sections 327(e), 328, 329 and 330 of the Bankruptcy Code and Fed. R. Bankr. P. 2014.

### Background

3. On December 11, 2008 (the "Filing Date"),[2] the Securities and Exchange Commission ("SEC") filed a complaint in the United States District Court for the Southern District of New York against defendants Bernard L. Madoff and BLMIS (together, the "Defendants") (No. 08 CV 10791). The complaint alleged that the Defendants engaged in fraud through investment advisor activities of BLMIS.

4. On December 12, 2008, the Honorable Louis L. Stanton of the United States District Court for the Southern District of New York entered an order which appointed Lee S. Richards, Esq., as receiver (the "Receiver").

5. On December 15, 2008, Judge Stanton entered an order pursuant to SIPA (the "Protective Decree"), which, in pertinent part:

---

[1] For convenience, future reference to SIPA will not include "15 U.S.C."

2

    a) appointed the Trustee for the liquidation of the business of BLMIS pursuant to section 78eee(b)(3) of SIPA;

    b) appointed Baker & Hostetler LLP ("Baker Hostetler") as counsel to the Trustee pursuant to section 78eee(b)(3) of SIPA; and

    c) removed the case to this Bankruptcy Court pursuant to section 78eee(b)(4) of SIPA.

6. By Order dated July 16, 2009, this Court authorized the retention of Windels Marx Lane & Mittendorf, LLP ("Windels Marx") as special counsel to the Trustee. Among other roles, Windels Marx has acted as counsel to the Trustee in situations where Baker Hostetler had a conflict.

7. Baker Hostetler and Windels Marx have recently identified a matter as to which they are both conflicted. According, the Trustee is seeking to retain Young Conaway in connection with this matter and in connection with any future matters as to which both Baker Hostetler and Windels Marx are conflicted.

## Relief Requested

8. The Trustee has determined that it is necessary to engage special counsel to represent him in connection with the litigation of a certain avoidance action (the "Litigation") as to which both Baker Hostetler and Windels Marx are conflicted. The Trustee also foresees the need for future assistance with other matters in the event Baker Hostetler and Windels Marx are both conflicted. The retention of such legal counsel will enable the Trustee to carry out his duties in this SIPA liquidation proceeding. The Trustee, therefore, proposes to retain and employ Young Conaway as its special counsel with regard to the Litigation, and any similar matters as directed by the Trustee, effective as of November 29, 2010.

---

[2] See section 78lll(7)(B) of SIPA.

9. The Trustee seeks to retain Young Conaway as special counsel because of its extensive experience in bankruptcy litigations and its experience serving as special counsel in other bankruptcy matters.

10. The services of Young Conaway are necessary and essential to enable the Trustee to execute faithfully his duties herein.

11. Young Conaway has indicated a willingness to act on the Trustee's behalf to render the foregoing professional services.

12. The Trustee submits that Young Conaway's provision of professional services to the Trustee is permissible under section 78eee(b)(3) of SIPA and is in the best interest of the Debtors' estates and customers and creditors.

13. To the best of the Trustee's knowledge, and as set out on the affidavit of Matthew B. Lunn, attached hereto as <u>Exhibit A</u>, Young Conaway is disinterested pursuant to section 78eee(b)(6)(A) of SIPA and do not hold or represent any interest adverse to the Debtors' estate in respect of the matter for which Young Conaway is to be retained.

14. Young Conaway will be compensated at agreed upon rates, listed below, which reflect a reduction of its normal rates by ten percent (10%). Applications for compensation to Young Conaway will be filed with this Court pursuant to applicable statutes and rules. Young Conaway's rate information is as follows:

| Level of Experience | Hourly Rates (after 10% discount) |
| --- | --- |
| John Dorsey (Partner) | $567.00 |
| Daniel Geoghan (Partner) | $477.00 |
| Matthew Lunn (Partner) | $382.50 |
| Michael Neiberg (Associate) | $256.50 |
| Justin Duda (Associate) | $247.50 |
| Paralegals | $112.50 - $198.00 |

15. SIPC has no objection to this Motion and, pursuant to SIPA section 78eee(b)(3), SIPC concurs that the Trustee should be authorized to retain Young Conaway as special counsel for the purposes identified herein.

## Notice

16. Notice of this Motion has been given to SIPC, the SEC, the Internal Revenue Service, the United States Attorney for the Southern District of New York, and, by way of the ECF filing that will be made, all parties that have filed a notice of appearance herein. In light of the nature of the relief requested, the Trustee submits that such notice is good and sufficient, and no other or further notice is necessary or required.

WHEREFORE, the Trustee respectfully requests that the Court enter an order substantially in the form of Exhibit B hereto, (a) granting this Motion; (b) authorizing the Trustee to employ Young Conaway as special counsel for the purposes described herein, *nunc pro tunc*, as of November 29, 2010; and (c) granting the Trustee such other and further relief as is just and proper.

Dated: New York, New York
December 9, 2010

Respectfully submitted,

/s/ Keith Murphy
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*