# Bird, Loechl, Brittain & McCants
A LIMITED LIABILITY COMPANY ‡
ATTORNEYS AT LAW
**1150 Monarch Plaza**
3414 Peachtree Road, Northeast
Atlanta, Georgia 30326
(404) 264-9400

WENDELL R. BIRD*, P.C.
RICHARD L. BRITTAIN
KEVIN J. LOECHL**
JONATHAN T. McCANTS***

MARK P. MILLER****
MARTÍN O. MUÑOZ*****
TROY G. WOOLLEN

THOMAS O. KOTOUC†******
RUSSELL P. REACH†*******

FACSIMILE: (404) 365-9731
E-MAIL: INFO@BIRDLAWFIRM.COM
WEB SITE: WWW.BIRDLAWFIRM.COM

*ALSO ADMITTED IN FLORIDA, ALABAMA AND CALIFORNIA
**ALSO ADMITTED IN ILLINOIS
***ALSO ADMITTED IN MISSISSIPPI
****ALSO ADMITTED IN VIRGINIA
*****ALSO ADMITTED IN CALIFORNIA
******ALSO ADMITTED IN ALABAMA, NEBRASKA AND SOUTH CAROLINA
†******* (1960-2007)
†OF COUNSEL
‡INCLUDING PROFESSIONAL CORPORATIONS

December 2, 2010

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

**Attention:** ECF / Corrections Department

<u>RE: Securities Investor Protection Corporation v. Bernard Madoff Investment Securities, LLC
Case No. 08-01789 (BRL)</u>

Dear Sir/Madam:

I hope you are doing well.

I appeared in this case *pro have vice* earlier this year, but on June 21, 2010, Judge Lifland granted our firm's Request to Withdraw as Attorneys of Record. However, since that time I have continued to receive the numerous emails that are generated in this case.

I respectfully request that my name and email address --- rbrittain@birdlawfirm.com --- be removed, or de-linked, from this case. Thank you for your attention to this matter.

If you need additional information, please feel free to contact me.

Sincerely,

Richard L. Brittain
Bird, Loechl, Brittain & McCants, LLC