UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS          )
                        )          ss:
COUNTY OF DALLAS        )

JOHN S. FRANKS, being duly sworn, deposes and says:

1.  I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.  I am over the age of eighteen years and am not a party to the above-captioned action.

3.  On December 8, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A.  Notice of Transfer of Allowed Claim (Transfer Number T000033).

4.  On December 8, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    B.  Notice of Transfer of Allowed Claim (Transfer Number T000034).

5.  On December 8, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

    C.  Notice of Transfer of Allowed Claim (Transfer Number T000035).

6.  On December 8, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit D, a true and correct copy of the following:

    D.  Notice of Transfer of Allowed Claim (Transfer Number T000036).

7.  On December 8, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit E, a true and correct copy of the following:

     E.     Notice of Transfer of Allowed Claim (Transfer Number T000037).

8.     On December 8, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit F, a true and correct copy of the following:

     F.     Notice of Transfer of Allowed Claim (Transfer Number T000038).

9.     On December 8, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit G, a true and correct copy of the following:

     G.     Notice of Transfer of Allowed Claim (Transfer Number T000039).

10.     On December 8, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit H, a true and correct copy of the following:

     H.     Notice of Transfer of Allowed Claim (Transfer Number T000040).

11.     On December 8, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit I, a true and correct copy of the following:

     I.     Notice of Transfer of Allowed Claim (Transfer Number T000041).

12.     On December 8, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit J, a true and correct copy of the following:

     J.     Notice of Transfer of Allowed Claim (Transfer Number T000042).

Executed on _____ , 2010

_____
John S. Franks

Sworn to and subscribed before me this \_\_\_\_ day of _____, 2010

_____
(SEAL)

_____
Notary Public

3

Exhibit A

**SERVICE LIST**
**TRANSFERS OF CLAIM**

DECEMBER 8, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | VonWin Capital Management, L.P. | Attn: Roger Von Spiegel | 261 5th Avenue | Suite 2200 | New York | NY | 10016 |

Exhibit B

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital, L.P. | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit C

SERVICE LIST 2
TRANSFERS (DE 123) 0035

DECEMBER 8, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital, L.P. | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit D

SERVICE LIST B-3
TRANSFER ON OR AFTER 2010036

DECEMBER 8, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| x | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | x | | ASM Capital, L.P. | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit E

SERVICE LIST
TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DECEMBER 8, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| x | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | x | | ASM Capital, L.P. | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit F

SERVICE LIST 5.2
TRANSFER OF CLAIM OTHER THAN 3038

DECEMBER 8, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| x | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | x | | ASM Capital, L.P. | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

# Exhibit G

SERVICE LIST
TRANSFERS (MOR 200039

**DECEMBER 8, 2010**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| x | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | x | | Dolos LLC | c/o The Corporate Trust Company | 1209 Orange Street | | Wilmington | DE | 19801 |

# Exhibit H

SERVICE LIST L2
TRANSFER ON OR AFTER 2/6/040

DECEMBER 8, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| x | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | x | | Dolos LLC | c/o The Corporate Trust Company | 1209 Orange Street | | Wilmington | DE | 19801 |

Exhibit I

SERVICE LIST
TRANSFERS IN MONTH OF 2041

**DECEMBER 8, 2010**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| x | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| | x | CVI GVF (Lux) Master S.a.r.l. | Attn: Terri Salberg | 12700 Whitewater Drive | MS144 | Minnetonka | MN | 55343-9439 |

# Exhibit J

08-01789-cgm    Doc 3334    Filed 12/10/10    Entered 12/10/10 12:12:28    Main Document
Pg 23 of 23

SERVICE LIST
TRANSFER NUMBER 226042

DECEMBER 8, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| x | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | x | | CVI GVF (Lux) Master S.a.r.l. | Attn: Terri Salberg | 12700 Whitewater Drive | MS144 | Minnetonka | MN | 55343-9439 |