BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:      (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

### NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON DECEMBER 14, 2010 AT 10:00 A.M.

### CONTESTED MATTER

### SIPC v. BLMIS, et al.; Adv. Pro. No. 08-1789

1.      Fifth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2010 through September 30, 2010 for Baker & Hostetler, L.L.P., Trustee's Attorney period: 6/1/2010 to 9/30/2010, fee: $38,522,476.35, expenses: $851,332.34, for Irving H. Picard, Other Professional filed by David J. Sheehan on behalf

of Irving H. Picard  (Filed 11/19/2010) [Docket No. 3207]

2.       Application of Attias & Levy as Special Counsel to the Trustee for Allowance of Interim
         Compensation for Services Rendered and Reimbursement of Actual and Necessary
         Expenses Incurred from June 1, 2010 through September 30, 2010 for Attias & Levy,
         Special Counsel, period: 6/1/2010 to 9/30/2010, fee:$264,850.04, expenses: $10,827.27.
         filed by Attias & Levy filed by Attias & Levy  (Filed:  11/19/2010) [Docket No. 3208]

3.       Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of
         Interim Compensation for Services Rendered and Reimbursement of Actual and
         Necessary Expenses Incurred from June 1, 2010 through September 30, 2010 for Eugene
         F. Collins, Special Counsel, period: 6/1/2010 to 9/30/2010, fee:$23,767.09, expenses:
         $745.54. filed by Eugene F. Collins (Filed:  11/19/2010) [Docket No. 3209]

4.       Application of Hogan Lovells International LLP (Formerly Lovells LLP) as Special
         Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered
         and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2010
         through July 20, 2010 as well as Reimbursement of Fees Previously Held Back by SIPC
         for Hogan Lovells International LLP, Special Counsel, period: 6/1/2010 to 7/20/2010,
         fee:$88,455.60, expenses: $29,312.01. filed by Hogan Lovells International LLP  (Filed:
         11/19/2010) [Docket No. 3210]

5.       Fourth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim
         Compensation for Services Rendered and Reimbursement of Actual and Necessary
         Expenses Incurred from June 1, 2010 through September 30, 2010 for Windels Marx
         Lane & Mittendorf, LLP, Special Counsel, period: 6/1/2010 to 9/30/2010,
         fee:$3,023,642.50, expenses: $33,127.92. filed by Regina Griffin  (Filed:  11/19/2010)
         [Docket No. 3211]

6.       Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for
         Allowance of Interim Compensation for Services Rendered and Reimbursement of
         Actual and Necessary Expenses Incurred from June 1, 2010 through September 30, 2010
         for Williams, Barristers & Attorneys, Special Counsel, period: 6/1/2010 to 9/30/2010,
         fee:$133,244.23, expenses: $16,365.00. filed by Williams, Barristers & Attorneys  (Filed:
         11/19/2010) [Docket No. 3212]

7.       Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of
         Interim Compensation for Services Rendered and Reimbursement of Actual and
         Necessary Expenses Incurred from June 1, 2010 through September 30, 2010 for Schiltz
         & Schiltz, Special Counsel, period: 6/1/2010 to 9/30/2010, fee:$92046.75, expenses:
         $5983.05. filed by Schiltz & Schiltz  (Filed:  11/19/2010) [Docket No. 3213]

8.       Application of Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) as
         Special Counsel to the Trustee for Allowance of Interim Compensation for Services
         Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1,
         2010 through September 30, 2010 for Higgs & Johnson, Special Counsel, period:

6/1/2010 to 9/30/2010, fee:$67,709.25, expenses: $4,735.06. filed by Higgs & Johnson (Filed: 11/19/2010) [Docket No. 3214]

9.      Application of Kugler Kandestin, L.L.P., as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2010 through September 30, 2010 for Kugler Kandestin, L.L.P., Special Counsel, period: 6/1/2010 to 9/30/2010, fee:$4,985.32, expenses: $117.63. filed by Kugler Kandestin, L.L.P  (Filed: 11/19/2010) [Docket No. 3215]

10.     Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from March 11, 2010 through September 30, 2010 for Werder Vigano, Special Counsel, period: 3/11/2010 to 9/30/2010, fee:$33,878.90, expenses: $1,041.09. filed by Werder Vigano  (Filed:  11/19/2010) [Docket No. 3216]

11.     Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from June 1, 2010 through September 30, 2010 for SCA Creque, Special Counsel, period: 6/1/2010 to 9/30/2010, fee:$74582.02, expenses: $0. filed by SCA Creque  (Filed: 11/19/2010) [Docket No. 3217]

Related Documents:

A.      Notice of Hearing on Fifth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from June 1, 2010 through September 30, 2010 (related documents 3213 , 3211 , 3207 , 3210 , 3212 , 3216 , 3217 , 3214 , 3215 , 3209 , 3208 ) filed by David J. Sheehan on behalf of Irving H. Picard  (Filed:  11/19/2010) [Docket No. 3219]

B.      Affidavit of Service (related documents 3213 , 3207 , 3210 , 3212 , 3216 , 3218 , 3217 , 3214 , 3215 , 3209 , 3208 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard.  (Filed:  12/6/2010) [Docket No. 3303]

Objections Due:                          December 7, 2010

Objections Filed:

A.      Objection to Fifth Applications of Irving H. Picard, Trustee, and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from June 1, 2010 through September 30, 2010 (related document 3207 ) filed by Helen Chaitman on behalf of Diane Peskin, Roger Peskin  (Filed:  12/7/2010) [Docket No. 3308]

Responses Filed:

A.      Response to Motion Recommendation of the Securities Investor Protection
        Corporation in Support of Fifth Applications of Trustee and Counsel for Interim
        Compensation and Reimbursement of Expenses (related document 3207 ) filed by
        Josephine Wang on behalf of Securities Investor Protection Corporation  (Filed:
        12/9/2010) [Docket No. 3325]

B.      Response to Motion Recommendation of the Securities Investor Protection
        Corporation in Support of Fourth Application of Windels Marx Lane &
        Mittendorf LLP for interim Compensation and Reimbursement of Expenses
        (related document 3211 ) filed by Josephine Wang on behalf of Securities
        Investor Protection Corporation  (Filed:  12/9/2010) [Docket No. 3329]

C.      Response to Motion Recommendation of the Securities Investor Protection
        Corporation in Support of Fifth Applications of Special Counsel to Irving H.
        Picard, Trustee for Interim Compensation and Reimbursement of Expenses
        (related documents 3213 , 3210 , 3212 , 3216 , 3217 , 3214 , 3215 , 3209 , 3208 )
        filed by Josephine Wang on behalf of Securities Investor Protection Corporation
        (Filed:  12/9/2010) [Docket No. 3331]

Related Documents

A.      Certificate of Service for Recommendation of the Securities Investor Protection
        Corporation in Support of Fifth Applications of Trustee and Counsel for Interim
        Compensation and Reimbursement of Expenses (related document 3325) filed by
        Josephine Wang on behalf of Securities Investor Protection Corporation  (Filed
        12/9/2010) [Docket No. 3326]

B.      Certificate of Service *for* the Recommendation of the Securities Investor
        Protection Corporation in Support of Fourth Application of Windels Marx Lane &
        Mittendorf LLP for Interim Compensation and Reimbursement of Expenses
        (related document 3329 ) filed by Josephine Wang on behalf of Securities
        Investor Protection Corporation  (Filed: 12/9/201) [Docket No. 3330]

C.      Certificate of Service for the Recommendation of the Securities Investor
        Protection Corporation in Support of Fifth Applications of Special Counsel to
        Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of

Expenses (related document 3331 ) filed by Josephine Wang on behalf of
Securities Investor Protection Corporation  (Filed 12/9/2010) [Docket No. 3332]

Dated: New York, New York
      December 13, 2010

**BAKER & HOSTETLER LLP**

By:    s/Marc E. Hirschfield          
        Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, NY  10111
        Telephone: (212) 589-4200
        Facsimile: (212) 589-4201
        David J. Sheehan
        Email: dsheehan@bakerlaw.com
        Marc E. Hirschfield
        Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC And Bernard L.
Madoff*

300133801.1                            - 5 -