Helen Davis Chaitman (4266)
BECKER & POLIAKOFF, LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com
Attorneys for Mildred Arent, Elizabeth Cavanaugh, Kevin Galvis, Laura Hallick, Cathy Osipow, Thomas Shippam, and Nina Westphal

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br><br>**CERTIFICATE OF SERVICE** |

  I, Lourdes Blanco, hereby certify that on December 13, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of Mildred Arent, Elizabeth Cavanaugh, Kevin Galvis, Laura Hallick, Cathy Osipow, Thomas Shippam, and Nina Westphal to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

    David J. Sheehan, Esq.
    Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, NY 10111
    dsheehan@bakerlaw.com

Dated: December 13, 2010

                  */s/ Lourdes Blanco*