# EXHIBIT A

## CHALEK ASSOCIATES LLC

| MEMBERS | %SHARES | $ EQUITY |
| --- | --- | --- |
| MORTON J. CHALEK | 51.90% | $1,194,491 |
| RICHARD CHALEK | 24.70 | 568,187 |
| MITCHEL CHALEK | 3.10 | 70,300 |
| DAVID CHALEK | 0.06 | 1,352 |
| ISABEL CHALEK | 0.14 | 3,155 |
| ROBIN TZANNES | 0.80 | 17,502 |
| PETER TZANNES | 0.44 | 10,225 |
| JOHN TZANNES | 1.65 | 37,857 |
| JESSICA DECKER | 1.88 | 43,265 |
| FRANCES REISS | 15.43 | 355,083 |