Helen Davis Chaitman (4266)
BECKER & POLIAKOFF, LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com
Attorneys for Chalek Associates LLC,
Morton J. Chalek, Richard Chalek, Mitchel
Chalek, David Chalek, Isabel Chalek, Robin
Tzannes, Peter Tzannes, John Tzannes,
Jessica Decker, and Frances Reiss

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br><br>**CERTIFICATE OF SERVICE** |

   I, Lourdes Blanco, hereby certify that on December 13, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of Chalek Associates LLC, Morton J. Chalek, Richard Chalek, Mitchel Chalek, David Chalek, Isabel Chalek, Robin Tzannes, Peter Tzannes, John Tzannes, Jessica Decker, and Frances Reiss to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

    David J. Sheehan, Esq.
    Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, NY 10111
    dsheehan@bakerlaw.com

Dated: December 13, 2010

                   */s/ Lourdes Blanco*