Jeffrey D. Felder, Esq.
410 Seventeenth St., Suite 2200
Denver, Colorado 80202
T: 303.223.1205
F: 303.223.8005
E-mail: jfelder@bhfs.com

*Attorney for The Richard and Deborah Felder Foundation, Jonathan E. Felder, and Jeffrey D. Felder*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |



## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* OF JEFFREY D. FELDER

I, Jeffrey D. Felder, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent The Richard and Deborah Felder Foundation, Jonathan E. Felder, and Jeffrey D. Felder, victims of the Madoff Ponzi Scheme, and parties-in-interest in the above-referenced case and adversary proceeding.

I certify that I am a member in good standing of the bar in the State of Colorado and the bar of the U.S. District Court for the District of Colorado.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: December 13, 2010  
Denver, Colorado

Respectfully submitted,

_____  
Jeffrey D. Felder, CO Bar No. 38333  
410 Seventeenth St., Suite 2200  
Denver, Colorado 80202  
T: 303.223.1205  
F: 303.223.8005  
E-mail: jfelder@bhfs.com

*Attorney for The Richard and Deborah Felder Foundation, Jonathan E. Felder, and Jeffrey D. Felder*