Helen Davis Chaitman (4266)
BECKER & POLIAKOFF, LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com
Attorneys for Kuntzman Family LLC,
Wayne Green, Jacqueline Green,
Judith Gattegno, Ethan Siegel and
Jennifer Gattengo

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                       Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br><br>**CERTIFICATE OF SERVICE** |

I, Lourdes Blanco, hereby certify that on December 15, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of Kuntzman Family LLC, Wayne Green, Jacqueline Green, Judith Gattegno, Ethan Siegel and Jennifer Gattengo to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

       David J. Sheehan, Esq.
       Baker & Hostetler LLP
       45 Rockefeller Plaza
       New York, NY 10111
       dsheehan@bakerlaw.com

Dated: December 15, 2010

                                  */s/ Lourdes Blanco*