mckHelen Davis Chaitman (4266)
BECKER & POLIAKOFF, LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com
Attorneys for the Miller Family Partnership,
EDM Trust #1 dated September 3, 1992
Steven F. Miller and Danessa Miller

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br>**CERTIFICATE OF SERVICE** |

     I, Lourdes Blanco, hereby certify that on December 15, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of the Miller Family Partnership, EDM Trust #1 dated September 3, 1992 Steven F. Miller and Danessa Miller to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

        David J. Sheehan, Esq.
        Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, NY 10111
        dsheehan@bakerlaw.com

Dated: December 15, 2010

                                                          */s/ Lourdes Blanco*