UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )    ss:
COUNTY OF DALLAS          )

    JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On December 10, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000044).

Executed on Dec 14, 2010

_____
John S. Franks

Sworn to and subscribed before me this 14th day of December, 2010

_____
(SEAL)

_____
Notary Public

[Notary Seal: BOBBIE J. PHILLIPS, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 1-5-2014]

2

# Exhibit A

SERVICE LIST A
TRANSFER NUMBER 4900044

DECEMBER 10, 2010

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |