December 13, 2010

Clerk of the United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004



Irving H Picard, Trustee
C/o Banker & Hostetler LLP
Att: Claims Department
45 Rockefeller Plaza
New York, NY 10111

      Re: Corey and Linda Platzner
        Claim No. 013520
        The Platzner Organization LLC
        Claim No.  013521

Gentlemen:

  Receipt of your determination regarding the above claim numbers dated
November 19, 2010 is acknowledged.  Please be advised that the claimants herein
disagree and reject your determination and a hearing is requested.

  The claimants herein intend to retain counsel to protect our rights and claims
and further reserve any rights to any discovery relative to these claims and other legal
remedies or procedures to which we are entitled to under the law.

         Very truly yours,

         _____
         Corey J. Platzner

         _____
         Linda Platzner

         The Platzner Organization

     By: _____
         Corey J. Platzner

Cc: Vincent P. D'Andrea
  William T. Barbera



**PLATZNER INTERNATIONAL GROUP, LTD.**
**Real Estate Extraordinaire**
309 NORTH AVENUE, NEW ROCHELLE, NEW YORK 10804-0111 • TEL: (914) 235-7770 • FAX: (914) 235-1037

https://www.fedex.com/shipping/html/en/PrintIFrame.html



From:  Origin ID: AXSA  (914) 235-7770
Hanh Pfelzner
Platzner International Group,
308 North Ave

New Rochelle, NY 10601

Ship Date: 13DEC10
ActWgt: 1.0 LB
CAD: 482704/INET3999

Delivery Address Bar Code

Ref #:  Corey
Invoice #
PO #
Dept #

BILL SENDER

SHIP TO:  (914) 235-7770
Southern Distric of New York,
Clerk of The U.S Bankruptcy Court
1 BOWLING GRN

NEW YORK, NY 10004

TRK#  7942 1209 6708
0201

EA SXYA

TUE - 14 DEC  A1
STANDARD OVERNIGHT

10004
NY-US
EWR

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with
the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per
package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of
damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

© 2006 FedEx 155478/155475 REV 9/05 RT