## EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Joseph Sloves Revocable Trust Dated 9/19/00 ("Claimant"), having filed an objection to the Notice of Trustee's Determination of Claim respecting Claimant's customer claim (Claim No. 009123) (the "Objection," Docket No. 2059), hereby gives notice that it is withdrawing such Objection.

Dated: November 30, 2010

JOSEPH SLOVES REVOCABLE TRUST
DATED 9/19/00

By: _/s/ Joseph Sloves_
Name: Joseph Sloves
Title: Trustee
0800 Cluny Road
Aspen, Colorado 81611

14