**EXHIBIT 16**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Case No. 08-01789 (BRL) |
| Debtor. | (Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION | |
| Plaintiff, | |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Milton Levin and Cynthia Levin TIC ("Claimant"), having filed an objection to the Trustee's Notice of Determination respecting Claimant's customer claim (#004223) (the "Objection", Docket No. 930), hereby give notice that they are withdrawing such Objection.

Dated: 11/3____, 2010

Milton Levin and Cynthia Levin TIC
10 Ivy Garden Way
East Greenwich, Rhode Island 02818



300097380.9

30