## EXHIBIT 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Arthur H. Goldberg ("Claimant"), having filed an objection to the Notice of Trustee's Determination of Claim respecting Claimant's customer claim (#011193) (the "Objection", Docket No. 2242), hereby give notice that he is withdrawing such Objection.

Dated: November 9, 2010

_/s/ Arthur H. Goldberg_
Arthur H. Goldberg
c/o Elise Frejka, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036



095879, 000001, 300108680.2                        18