

# MASSACHUSETTS SCHOOL OF LAW
## at Andover

www.mslaw.edu

Five Hundred Federal Street, Andover, Massachusetts 01810   Voice: 978.681.0800   Data: 978.681.6330

December 17, 2010

**Via Federal Express and ECF**

Clerk's Office
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:   In Re: Bernard L. Madoff Investment Securities LLC
      No. 08-01789 (BRL); 10-05412 (BRL)

Dear Clerk of Court:

    Enclosed for filing in the above-referenced matter are an original and copies of a Reply to the Trustee's Objection to a Partial Stay of the Orders of November 10, 2010.

    There are an unstapled original of these papers for filing with the Clerk, one copy for Judge Lifland in an unsealed envelope, and one copy for the Trustee, Irving Picard. An electronic copy has been filed with the Court on December 17, 2010.

                                                    Sincerely,

                                                   Lawrence R. Velvel
                                                   Massachusetts School of Law
                                                   500 Federal Street
                                                    Andover, MA 01810
                                                    Tel: (978) 681-0800
                                                    Fax: (978) 681-6330
                                                    Email: velvel@mslaw.edu

/Enclosures

R:\My Files\Madoff\Clerkltr.bkrptcyCt.ReplytoTrustStayOrder.doc