# EXHIBIT A

# S. Donald Friedman

40 Fifth Avenue
New York, NY 10011
212.995.2662 P
212.995.0022 F
don.friedman@geninvestors.com

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 Mckinney Ave., Sute 800
Dallas, TX 75201

June 29th, 2009

Dear Mr. Picard,

I am writing to you regarding our investments with Bernard L. Madoff Securities.

I have been investing with Bernard L. Madoff more than 30 years. As you can see from the attached info, during that time I invested substantial sums with him.

As the attached CV chronicles, I have had a long and wonderful career as a commercial real estate broker. I put the earnings of my life's work with Bernie Madoff and believed, until December 11th, 2009, that I had provided for my wife and children in a meaningful way. Over the years, earnings from my commissions, the sale of my firm and financings of various properties I have owned all went to Bernard L. Madoff Investment Securities.

Now, I am 77 years old and I am destitute. We are living on Social Security, and generous loans from friends. We will have to sell our homes because, as mentioned above, we invested the mortgage proceeds with Bernie.

We will then have precious little to support us for the rest of our lives. Our only hope of a slightly better outcome is if we were to receive payment on the applications enclosed here with from SIPC funds.

I cannot find meaningful work. I am running out of friends who can help us. The sale of our properties is mired in the poor sales market that exists. If our claims are not accepted and paid, what are we to do?

Sincerely,

*[signature]*

S. Donald Friedman

Curriculum Vitae
S. DONALD FRIEDMAN

For more than 45 years, S. Donald Friedman has been a leading New York City commercial real estate broker, and, for most of this period, an owner of the prominent commercial real estate brokerage firm with which he has been associated.

For his entire professional life, his income has been derived almost exclusively from commissions generated by his brokerage activities and those of the firms in which he has been a principal.

Professional History

| | |
|---|---|
| 2006-present | General Investors Corp. – Founder, Principal Shareholder, CEO |
| 2003-2006 | The Carl Marks Consulting Group – Consultant |
| 2000-2003 | Edward S. Gordon Company – Managing Director |
| 1964-1999 | Huberth & Huberth, Inc. then Huberth & Peters, Inc. – Director, Senior Executive Vice President and 3rd largest shareholder |
| 1962-1964 | Brevoort Associates -- Principal |
| 1960-1962 | Cushman & Wakefield, Inc. -- Leasing-broker-in-training |

Professional Recognition

The Real Estate Board of New York has twice recognized Mr. Friedman with its Most Ingenious Deal of the Year Award, the commercial brokerage industry's most prestigious and coveted honor – in 1980 and 1985.

Professional Service

REBNY Ethics and Professional Practices Committee    1975–present
REBNY Arbitration Committee    1975–1988
REBNY Times Square, Plaza District, and Grand Central Rental Conditions Committees
        1972-1986
American Arbitration Association

Selected Tenant/Clients
Mr. Friedman has represented hundreds of tenants, including

*Major corporations:*
American Airlines
Avon
Bantam Doubleday Dell
BBDO
Christie's
Coca-Cola
Columbia Pictures
Equitable Life

General Mills
ITT
Stillwater Capital Corp.
TransWorld Airlines
United Artists/MGM

*Banks:*
Brooklyn Savings Bank
Chase Manhattan Bank
Crossland Savings Bank
East New York Savings Bank
Franklin National Bank
Fulton Savings Bank

*Law firms:*
Aranow Brodsky Einhorn & Dann
Clarence S. Barasch
Lionel A. Barasch
Davis & Gilbert
Kaye Scholer
Reavis & McGrath

Selected Owners/Developers
He has worked with these major owners and developers:

Hiro Real Estate Co.
Mendik Realty
Olympia & York
Peter J. Sharp
Rudin Management
Sam Minskoff & Sons
Silverstein Properties
Tishman Speyer Properties
United Nations Development Corporation
Uris Buildings Corp.
Vornado Realty Trust

Education

University of Pennsylvania, A.B. with honors in Sociology -- 1954

Personal

Former President for five years and Member of the Board of Directors for seven years of the 1165 Fifth Avenue cooperative

Founder and Chairman Emeritus of the Board of the Israel Cancer Research Fund

Resident of Manhattan and Bridgehampton, NY

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

(Please print or type)

**Name of Customer:** S. Donald Friedman
**Mailing Address:** 40 Fifth Avenue, Apt. 42A
**City:** New York  **State:** New York  **Zip:** 10011
**Account No.:** 1F0148  1F0054
**Taxpayer I.D. Number (Social Security No.):** _____

*Trustee cover forms for code sheet attached*

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

****************************************************************************

1. Claim for money balances as of **December 11, 2008**:

   a. The Broker owes me a Credit (Cr.) Balance of    $816,234.31

   b. I owe the Broker a Debit (Dr.) Balance of       $  --

   c. If you wish to repay the Debit Balance,
      please insert the amount you wish to repay and
      attach a check payable to "Irving H. Picard, Esq.,
      Trustee for Bernard L. Madoff Investment Securities LLC."
      If you wish to make a payment, **it must be enclosed**
      with this claim form.                           $  --

   d. If balance is zero, insert "None."                 --

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME:_____

Taxpayer I.D. Number (Social Security No.)

_____

Account Number:   1F0148
S DONALD FRIEDMAN
40 FIFTH AVENUE  APT 42A
NEW YORK, NY  10011

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.   Claim for money balances as of **December 11, 2008**:
     a.   The Broker owes me a Credit (Cr.) Balance of        $_____
     b.   I owe the Broker a Debit (Dr.) Balance of            $_____

502180406

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME: 212-995-2662

Taxpayer I.D. Number (Social Security No.)
_____

Account Number:   1F0054
S DONALD FRIEDMAN
40 FIFTH AVENUE APT 42A
NEW YORK, NY 10011

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.  Claim for money balances as of **December 11, 2008**:
    a.  The Broker owes me a Credit (Cr.) Balance of        $_____
    b.  I owe the Broker a Debit (Dr.) Balance of           $_____

502180406

2.  Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |   |
| b. | I owe the Broker securities |   | X |
| c. | If yes to either, please list below: |   |   |

See Attached Statements

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| ———— | ———————————— | ———— | ———— |
| ———— | ———————————— | ———— | ———— |
| ———— | ———————————— | ———— | ———— |
| ———— | ———————————— | ———— | ———— |
| ———— | ———————————— | ———— | ———— |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.** See Attached Schedules

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                                    2

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Howard R. Herman, Esq., Moses & Singer LLP The Chrysler Building, 405 Lexington Ave, NY, NY 10174-1299.

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. _____ __X__

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  6/28/2009         Signature _____

Date _____ Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

Attachment to SIPC Claim Form for
S. Donald Friedman
Accounts 1F0054 and 1F0148

Note: These two accounts were treated as one account; I do not know why it was broken into two accounts. Since these accounts have been open since at least 1980, I do not have records showing the deposits into and withdrawals from these accounts. However, below is my estimate of such deposits and withdrawals

Estimated Deposits and Withdrawals

| Date | Amount |
|---|---|
| **Deposits** | |
| 1980-1983 | $ 400,000.00 |
| 1982 | $ 180,000.00 |
| 1985 | $ 360,000.00 |
| 1986 | $900,000.00 |
| 1987 | $ 300,000.00 |
| 1987 | $ 230,000.00 |
| 1987-1989 | $ 222,000.00 |
| 1989 | $ 600,000.00 |
| 1990 | $ 420,000.00 |
| 1991 | $ 98,000.00 |
| 1994 | $ 750,000.00 |
| 1998 | $ 609,000.00 |
| 1999 | $ 770,000.00 |
| 1999 | $ 800,000.00 |
| 1998-2005 | $ 900,000.00 |
| 2001 | $ 275,000.00 |
| **Total Deposits** | $ 7,814,000.00 |
| **Withdrawals** | |
| 1994 | $ 1,000,000.00 |
| 1995-1999 | $ 1,800,000.00 |
| 2000-2004 | $ 2,700,000.00 |
| 2005-2008 | $ 1,440,000.00 |
| 2003 | $ 200,000.00 |
| **Total Withdrawals** | $ 7,140,000.00 |
| **Excess of Deposits over Withdrawals** | $ 674,000.00 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

S DONALD FRIEDMAN
40 FIFTH AVENUE APT 42A
NEW YORK          NY    10011

YOUR ACCOUNT NUMBER: 1-F0054-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 11/03 | | | | OCT MARGIN INTEREST | INT | 7,437,450.50 | |
| | | | | NEW BALANCE | | 15,791.84 | |
| | | | | | | 7,453,242.34 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 20,000 | | | AMAZON COM INC | 42.700 | | |
| | 900 | | | GOOGLE | 292.960 | | |
| | 115,000 | | | MICROSOFT CORP | 20.220 | | |
| | 25,000 | | | PRICELINE COM INC | 69 | | |
| | | | | MARKET VALUE OF SECURITIES LONG | | | |
| | 5,167,964.00 | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

S DONALD FRIEDMAN
40 FIFTH AVENUE APT 42A
NEW YORK          NY     10011

YOUR ACCOUNT NUMBER: 1-F0054-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******
PAGE: 2 Q

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 37,950.00 |
| | | | | MARGIN INTEREST | | 209,041.01 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

S DONALD FRIEDMAN
40 FIFTH AVENUE APT 42A
NEW YORK   NY   10011

YOUR ACCOUNT NUMBER: 1-F0054-7-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********
PAGE: 1   Q

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|-----------------|---------|---------|
| | | | | BALANCE FORWARD | | | |
| | | | | NEW BALANCE | | | 2,567,091.00 |
| | | | | SECURITY POSITIONS | | | |
| | | | | AMAZON COM INC | MKT PRICE 42.700 | | |
| | 20,000 | | | GOOGLE | 292.950 | | |
| | 900 | | | | | | |
| | | | | MARKET VALUE OF SECURITIES LONG | | | 2,567,091.00 |
| | | | | SHORT 1,117,664.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

S DONALD FRIEDMAN
40 FIFTH AVENUE APT 42A
NEW YORK          NY    10011

YOUR ACCOUNT NUMBER: 1-F0054-7-0
PERIOD ENDING: 11/30/08
PAGE: 2
YOUR TAX PAYER IDENTIFICATION NUMBER: ********

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | GROSS PROCEEDS FROM SALES | | | 2,567,091.00 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

S DONALD FRIEDMAN
40 FIFTH AVENUE APT 42A
NEW YORK NY 10011

YOUR ACCOUNT NUMBER: 1-F0148-3-0
PERIOD ENDING: 11/30/08
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/03 | | | | BALANCE FORWARD | | | |
| | | | | OCT MARGIN INTEREST | INT | 669,492.83 | |
| | | | | NEW BALANCE | | 1,421.52 | |
| | 35,916 | | | SECURITY POSITIONS ALCATEL - LUCENT SPON ADR | | | |
| | | | | MARKET VALUE OF SECURITIES LONG 76,860.24 SHORT | MKT PRICE 2.140 | | 670,914.35 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

S DONALD FRIEDMAN
40 FIFTH AVENUE APT 42A
NEW YORK NY 10011

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

YOUR ACCOUNT NUMBER: 1-F0148-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | MARGIN INTEREST | | 18,760.27 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

S DONALD FRIEDMAN
40 FIFTH AVENUE  APT 42A
NEW YORK        NY 10011

YOUR ACCOUNT NUMBER: 1-F0148-7-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********
PAGE: 1   Q

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| | | 35,916 | | NEW BALANCE | | | 2,323,000.00 |
| | | | | SECURITY POSITIONS | | | |
| | | | | ALCATEL- LUCENT SPON ADR | MKT PRICE 2.140 | | |
| | | | | MARKET VALUE OF SECURITIES LONG | | | |
| | | | | SHORT 76,860.24- | | 2,323,000.00 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES