MOSES & SINGER LLP
Mark N. Parry
Declan M. Butvick
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800

*Attorneys for S. Donald Friedman*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORP., <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br> (Substantively Consolidated) |
| In re <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                          ) ss.:
COUNTY OF NEW YORK  )

    Wanda E. Castro, being duly sworn according to law, deposes and says that she is employed by Moses & Singer LLP, and that on the 17th day of December, 2010, she caused a copy of the:

- **OBJECTION TO TRUSTEE'S REVISED DETERMINATION OF CLAIM**

to be served by hand on:

853536v1  080167.0101

        Irving H. Picard, Trustee
        c/o Baker & Hostetler LLP
        Attn: Claims Department
        45 Rockefeller Plaza
        New York, New York 10111

        Clerk of the United States Bankruptcy Court for
        The Southern District of New York
        One Bowling Green
        New York, New York 10004

and served via the Electronic Case Filing System upon the registered participants as identified on the Notice of Electronic Filing.

        /s/ Wanda E. Castro
        Wanda E. Castro

Sworn to before me on December 17, 2010

/s/ Don K. Kick
Notary Public

    Don K. Kick
Notary Public, State of New York
   No. 01KI6098644
  Qualified in Nassau County
Commission Expires Sept. 15, 2011

853536v1  080167.0101