Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810
Tel: (978) 681-0800
Fax: (978) 681-6330
Email: velvel@mslaw.edu

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC<br><br>     Plaintiff,<br>v.<br><br>LAWRENCE R. VELVEL,<br><br>     Defendant. | Adv. Pro. No. 10-05412 (BRL) |

**NOTICE OF APPLICABILITY OF THE ORDER APPROVING LITIGATION
CASE MANAGEMENT PROCEDURES FOR AVOIDANCE ACTIONS**

1

2

PLEASE TAKE NOTICE, that the Order Approving Litigation Case Management Procedures for avoidance Actions entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), and Adv. Pro. No. 10-05412 (BRL), on November 10, 2010 is hereby made applicable to and governs this adversary proceeding against Lawrence R. Velvel, without waiver by Velvel of any right to object to any procedure or any action under any procedures.

By: *Lawrence R. Velvel*
Lawrence R. Velvel, Esq.
Massachusetts School of Law
500 Federal Street
Andover, MA 01810
Tel: (978) 681-0800
Fax: (978) 681-6330
Email: Velvel@mslaw.edu

Dated: December 17, 2010

R:\My Files\Madoff\NoticeApplicability.doc

2