Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810
Tel: (978) 681-0800
Fax: (978) 681-6330
Email: velvel@mslaw.edu

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE R. VELVEL,<br><br>Defendant. | Adv. Pro. No. 10-05412 (BRL) |

### CERTIFICATE OF SERVICE

1

    I hereby certify that I have caused the foregoing Notice of Applicability, to be served on counsel listed below by electronic case filing on this 17th day of December, 2010.

*Lawrence R. Velvel*

Josephine Wang, Esq.  
Securities Investor Protection Corp.  
805 15th Street, N.W., Suite 800  
Washington, DC 20005-2207

Kevin H. Bell, Esq.  
Securities Investor Protection Corp.  
805 15th Street, N.W., Suite 800  
Washington, DC 20005

Christopher LaRosa, Esq.  
Securities Investor Protection Corp.  
805 15th Street, N.W., Suite 800  
Washington, DC 20005-2207

David J. Sheehan, Esq.  
Baker & Hostetler, LLP  
45 Rockefeller Plaza  
New York, NY 10111

Irving Picard, Esq.  
Baker & Hostetler, LLP  
45 Rockefeller Plaza  
New York, NY 10111

Marc E. Hirschfield, Esq.  
Baker & Hostetler, LLP  
45 Rockefeller Plaza  
New York, NY 10111

Stephen Fishbein, Esq.  
Shearman & Sterling LLP  
599 Lexington Avenue  
New York, NY 10022-6069

David Bernfeld, Esq.  
Bernfeld, DeMatteo & Bernfeld LLP  
600 Third Avenue

Jonathan M. Landers, Esq.  
Milberg LLP  
One Pennsylvania Plaza  
New York, NY 10119

Brian Neville, Esq.  
Lax & Neville LLP  
1412 Broadway, Suite 1407  
New York, NY 10018

Helen Chaitman, Esq.  
Becker & Poliakoff  
45 Broadway, 11th Floor  
New York, NY 10006

David Parker, Esq.  
Kleinberg, Kaplan, Wolff & Cohen  
551 Fifth Avenue, 18th Floor  
New York, NY 10176

Carole Neville, Esq.  
Sonnenschein Nath & Rosenthal  
1221 Avenue of the Americas  
New York, NY 10020

Stephen A. Weiss, Esq.  
Seeger Weiss LLP  
One William Street  
New York, NY 10004

Karen Wagner, Esq.  
Davis Polk & Wardwell LLP  
450 Lexington Avenue  
New York, NY 10017

Chryssa V. Valletta, Esq.  
Phillips Nizer LLP  
666 Fifth Avenue

2

New York, NY 10016

Kelly A. Librera, Esq.
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, NY 10019

Daniel M. Glosband, Esq.
Goodwin Procter, LLP
620 Eighth Avenue
New York, NY 10018

New York, NY 10103

Jeffrey A. Mitchell, Esq.
Gibbons, P.C.
One Pennsylvania Avenue
New York, NY 10019