## EXHIBIT A

Balances as of 11/30/08

William Pressman Inc. Rollover 1ZA734

| | |
|---|---|
| Debra Tamblyn | $57,312.26 |
| Allen Wilson | $211,516.49 |
| Joseph Amaturo | $994,905.56 |
| Winifred Amaturo | $286,804.08 |
| William Pressman | $85,723.17 |

William Pressman Inc. 1ZA733

| | |
|---|---|
| Ellen Lev | $25,566.67 |
| Alice Jacobs | $25,566.67 |
| Ilene May | $638,725.36 |
| Shirley Blank | $419,040.28 |
| Bea Laub Estate | $51,228.33 |
| Alice Weiner | $409,294.67 |
| Harriet Barbuto | $2,621,372.00 |
| Evy Rosenfield | $51,228.33 |
| Sherman Rosenfield | $50,421.58 |
| William Pressman | $250,726.66 |