# MASSACHUSETTS SCHOOL OF LAW
## at Andover

www.mslaw.edu

Five Hundred Federal Street, Andover, Massachusetts 01810   Voice: 978.681.0800   Data: 978.681.6330

December 20, 2010

**Via Federal Express and ECF**

Clerk's Office
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:   In Re: Bernard L. Madoff Investment Securities LLC
      No. 08-01789 (BRL); 10-05412 (BRL)

Dear Clerk of Court:

　　　Enclosed for filing in the above-referenced matter are an original and copies of a Notice of Appeal.

　　　There are an unstapled original of these papers for filing with the Clerk, one copy for Judge Lifland in an unsealed envelope, and one copy for the Trustee, Irving Picard. An electronic copy has been filed with the Court on December 20, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　Lawrence R. Velvel
　　　　　　　　　　　　　　　　　　　　　　　　Massachusetts School of Law
　　　　　　　　　　　　　　　　　　　　　　　　500 Federal Street
　　　　　　　　　　　　　　　　　　　　　　　　Andover, MA 01810
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (978) 681-0800
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (978) 681-6330
　　　　　　　　　　　　　　　　　　　　　　　　Email: velvel@mslaw.edu

/Enclosures