BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Thomas R. Lucchesi, Esq.
Email: tlucchesi@bakerlaw.com
Lauren J. Resnick, Esq.
Email: lresnick@bakerlaw.com
Marc E. Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Tracy L. Cole, Esq.
Email: tcole@bakerlaw.com
Oren J. Warshavsky, Esq.
Email: owarshavsky@bakerlaw.com
Amy E. Vanderwal, Esq.
Email: avanderwal@bakerlaw.com
Seanna R. Brown, Esq.
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON DECEMBER 21, 2010 AT 10:00 A.M.**

300138563.1

**UNCONTESTED MATTER**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-1789**

1. Motion For Entry of Order Pursuant To Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement by and Between the Trustee and the Shapiro Family filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed:  12/7/2010) [Docket No. 3310]

   Related Documents:

   A.   Affidavit of Service of Motion For Entry of Order Pursuant To Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement by and Between the Trustee and the Shapiro Family filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed:  12/20/2010) [Docket No. 3546]

Dated: New York, New York
       December 20, 2010

**BAKER & HOSTETLER LLP**

By:   /s/ *Marc E. Hirschfield*
      Baker & Hostetler LLP
      45 Rockefeller Plaza
      New York, NY  10111
      Telephone: (212) 589-4200
      Facsimile: (212) 589-4201
      David J. Sheehan, Esq.
      Email: dsheehan@bakerlaw.com
      Thomas R. Lucchesi, Esq.
      Email: tlucchesi@bakerlaw.com
      Lauren J. Resnick, Esq.
      Email: lresnick@bakerlaw.com
      Marc E. Hirschfield, Esq.
      Email: mhirschfield@bakerlaw.com
      Tracy L. Cole, Esq.
      Email: tcole@bakerlaw.com
      Oren J. Warshavsky, Esq.
      Email: owarshavsky@bakerlaw.com
      Amy E. Vanderwal, Esq.
      Email: avanderwal@bakerlaw.com
      Seanna R. Brown, Esq.
      Email: sbrown@bakerlaw.com

      *Attorneys for Irving H. Picard, Esq. Trustee*
      *for the Substantively Consolidated SIPA*
      *Liquidation of Bernard L. Madoff*
      *Investment Securities LLC And Bernard L. Madoff*