Helen Davis Chaitman (4266)
BECKER & POLIAKOFF LLP
45 Broadway
New York, NY 10006
hchaitman@becker-poliakoff.com
Attorneys for Savest Ltd. and each
of its members

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

SECURITIES INVESTOR PROTECTION
CORPORATION,

         Plaintiffs

vs.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

         Defendant.
-----------------------------------------------------------

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

**WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM**

      Savest Ltd. hereby withdraws, on behalf of itself and on behalf of each of its members the Objection and Amended Objection to the Notice of Trustee's Determination of Claim filed on April 13, 2010 and May 28, 2010, respectively.

December 21, 2010

                                      BECKER & POLIAKOFF LLP

                                      By  /s/ Helen Davis Chaitman

                                      45 Broadway
                                      New York, NY 10006
                                      (212) 599-3322
                                      hchaitman@becker-poliakoff.com
                                      Attorneys for Savest Ltd. and
                                      each of its members