UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

In re:

BERNARD L. MADOFF,

        Debtor.

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE* OF JEFFREY D. FELDER

Upon the motion of Jeffrey D. Felder, to be admitted, *pro hac vice*, to represent The Richard and Deborah Felder Foundation, Jonathan E. Felder, and Jeffrey D. Felder, (the "Clients"), victims of the Madoff Ponzi Scheme, and parties-in-interest in the above-referenced case and adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Colorado and the bar of the U.S. District Court for the District of Colorado, it is hereby

**ORDERED**, that Jeffrey D. Felder, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case and adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December 22, 2010  /s/Burton R. Lifland_____
      New York, New York  UNITED STATES BANKRUPTCY JUDGE