UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x    Adv. Pro. No. 08-01789 (BRL)

SECURITIES INVESTOR PROTECTION    )
CORPORATION,    )
    )
                    Plaintiff,    )    SIPA LIQUIDATION
    )
   vs.    )
    )
    )    CERTIFICATE OF SERVICE
BERNARD L. MADOFF INVESTMENT    )
SECURITIES LLC,    )
    )
                  Defendant.    )
----------------------------------------------------------------------x

    I, Howard Kleinhendler, hereby certify that on December 22, 2010 I caused a true and correct copy of the Amended Objection to Trustee's Determination of Claim on behalf of Shelley Michelmore to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

        David J. Sheehan, Esq.
        Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, NY 10111
        dsheehan@bakerlaw.com

Dated: December 22, 2010

        /s/ Howard Kleinhendler