**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

| | |
|---|---|
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-08-01789(BRL) |
| Plaintiff, | |
| v. | |
| NTC & CO. LLP, as former custodian of an Individual Retirement Account for the benefit of Franklin Sands; and FRANKLIN SANDS, | |
| Defendants. | |

## NOTICE OF APPEARANCE FOR FRANKLIN SANDS
## AND REQUEST FOR NOTICE

The undersigned hereby appears on behalf of Defendant, **FRANKLIN SANDS**

("Sands") and pursuant to Bankruptcy Rule 2002 requests that he be served with all notices,

motions and papers and added to the matrix as follows:

9344870.1

Peter E. Shapiro, Esq.
ARNSTEIN & LEHR LLP
200 E. Las Olas Blvd., Ste. 1700
Ft. Lauderdale, Florida 33301
Telephone:  (954) 713-7600
Facsimile:  (954) 713-7700
Email:  peshapiro@arnstein.com

**PLEASE TAKE FURTHER NOTICE** that, in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in Rules 2002 and 9007, but also includes, without limitation, all reports filed with the Office of the U.S. Trustee, orders and notices of any petition, pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitting or conveyed by mail, delivery, telephone, telegraph, telex, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of Sands.

**PLEASE TAKE FURTHER NOTICE** that Sands intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) Sands' right to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge; (2) Sands' right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) Sands' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Sands is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments, which rights Sands expressly reserves.

2

Dated: December 22, 2010.

Respectfully submitted,

/s/ Peter E. Shapiro
Peter E. Shapiro
PS-4795
ARNSTEIN & LEHR LLP
200 E. Las Olas Blvd., Ste. 1700
Ft. Lauderdale, Florida 33301
Telephone:  (954) 713-7600
Facsimile:  (954) 713-7700
peshapiro@arnstein.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2010, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and is being served this day on all counsel or parties of record via Electronic Filing generated by CM/ECF to counsel of record and the Office of the US Trustee.

/s/ Peter E. Shapiro
Peter E. Shapiro, Esq.

4

9344870.1