UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Robin S. Friehling ("Claimant"), having filed an objection to the Notice of Trustee's Determination of Claim respecting Claimant's customer claim number 2125 (the "Objection"), hereby gives notice that she is withdrawing such Objection.

Date: December 2, 2010
      New City, New York

_____
Robin S. Friehling

[RECEIVED DEC 17 2010 stamp]