UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Robert M. Potamkin ("Claimant"), having filed an objection to the Notice of Trustee's Determination of Claim respecting Claimant's customer claims (Nos. 011263 and 015223) (the "Objection", Docket No. 1777), hereby gives notice that he is withdrawing such Objection.

Dated: Nov. 29, 2010

Robert M. Potamkin
1100 Black Birch Drive
Aspen, Colorado 81611

RECEIVED DEC 17 2010 U.S. BANKRUPTCY COURT, SDNY