UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Robert Potamkin Lexie Potamkin Tenants by the Entirety ("Claimant"), having filed an objection to the Notice of Trustee's Determination of Claim respecting Claimant's customer claims (Nos. 011264 and 015222) (the "Objection", Docket No. 710), hereby gives notice that they are withdrawing such Objection.

Dated: Nov. 29, 2010

Robert Potamkin  Lexie Potamkin
Tenants by the Entirety
1100 Black Birch Drive
Aspen, Colorado 81611

RECEIVED DEC 17 2010