

O.D.D. Investment L.P. #2
c/o SchupakGroup
595 Madison Avenue, 35th Floor
New York, NY 10022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- Adv. Pro. No. 08-01789 (BRL)
SECURITIES PARTNER PROTECTION
CORPORATION,

Plaintiffs
                                              SIPA Liquidation

vs.

                                           **OBJECTION TO TRUSTEE'S**
                                           **DETERMINATION OF**
BERNARD L. MADOFF INVESTMENT   **CLAIM**
SECURITIES LLC,

Defendant.
-----------------------------------------------------------

O.D.D. Investment L.P. #2 ("Claimant") hereby objects to the Notices of Trustee's Determination of Claim dated November 30, 2010 sent by Irving H. Picard (the "Determination Letters") to Claimant regarding their claim and states as follows:

**Background facts**
The account number of O.D.D. Investment L.P. #2 was BLMIS No. 1000171. The Trustee concedes that this Account #2 1000171 account with BLMIS had a positive net equity of $2,300,620.44. The trustee justified denying the claim of Account No. 1000171 by combining it with BLMIS account 100015 which had a negative "net equity" in excess of $2,300,620 and offset 100% of the claim of account No. 1000171. This appeal is based upon the fact that there is no statutory or enforceable authority for combining the accounts as aforesaid and that sufficient evidence was presented to the Trustee and his counsel that equitable ownership of Account No. 1000171 was different than that of Account No. 100015.

_____
Donald Schupak, Esq. On behalf of O.D.D. Investment L.P. #2