**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman (4266)
45 Broadway
New York, NY 10006
hchaitman@becker-poliakoff.com
*Attorneys for Diane and Roger Peskin,*
*and a large group of other customers*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | Appeal No. _____ |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## <u>NOTICE OF APPEAL</u>

Diane Peskin, Roger Peskin, and a non-exclusive group of other Customers of Bernard L.

Madoff Investment Securities, LLC, as listed on Exhibit A hereto ("Appellants"), by their

attorneys, Becker & Poliakoff, LLP, appeal under 28 U.S.C. § 158(a) from the Order of the

bankruptcy judge Honorable Burton R. Lifland, titled "Order Approving Applications for

Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses"

entered in this Adversary Proceeding on the 14th day of December, 2010, to the extent that it

granted the fifth applications for interim compensation of Irving H. Picard, Trustee, and his

counsel, Baker & Hostetler LLP.

1

The names of parties to the order appealed from and the names, addresses, and telephone

numbers of their respective attorneys are as follows:

Irving H. Picard, Trustee
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4688

David J. Sheehan, Esq.
Baker & Hostetler LLP
Counsel to the Trustee
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4616

Diane and Roger Peskin
Becker & Poliakoff, LLP
45 Broadway
New York, NY 10006
Telephone: (212) 559-3322

Kevin H. Bell, Esq.
Securities Investor Protection Corporation
805 15th Street, NW
Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300

December 28, 2010

BECKER & POLIAKOFF, LLP

By: /s/ Helen Davis Chaitman
45 Broadway
New York, NY 10006
(212) 599-3322
*Attorneys for Diane and Roger Peskin, and a*
*large group of other customers*

United States Bankruptcy Court          Helen Davis Chaitman (4266)
Southern District of New York             Becker & Poliakoff, LLP
Adv. Pro. No. 08-01789 (BRL)              NOTICE OF APPEAL

## SERVICE LIST

Irving H. Picard, Trustee
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4688

David J. Sheehan, Esq.
Baker & Hostetler LLP
Counsel to the Trustee
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4616

Diane and Roger Peskin
Becker & Poliakoff, LLP
45 Broadway
New York, NY 10006
Telephone: (212) 559-3322

Kevin H. Bell, Esq.
Securities Investor Protection Corporation
805 15th Street, NW
Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300