## EXHIBIT B

### COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY TRUSTEE FOR FIFTH INTERIM PERIOD OF JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010

| Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|
| 01 | Case Administration | 126.40 | 104,280.00 |
| 02 | Claims Review and Related Matters | 235.10 | 193,957.50 |
| 03 | Trustee Investigation | 104.40 | 86,130.00 |
| 04 | Banks and Feeder Funds | 8.60 | 7,095.00 |
| 05 | Trustee Report | 0.30 | 247.50 |
| 06 | Asset Search, Recovery and Sale | 25.10 | 20,707.50 |
| 07 | Avoidance Actions | 167.00 | 137,775.00 |
| 08 | Bankruptcy Court Litigation and Related Matters | 100.20 | 82,665.00 |
| 09 | Non-Bankruptcy Court Litigation | 29.70 | 24,502.50 |
| 10 | Court Appearance | 2.50 | 2,062.50 |
| 13 | USAO | 38.30 | 31,597.50 |
| 14 | SEC/FINRA | 15.90 | 13,117.50 |
| 15 | Travel Time | 3.00 | 2,475.00 |
| 16 | Fee Application and Related Matters | 21.70 | 17,902.50 |
| 17 | Press Inquiries and Responses | 38.60 | 31,845.00 |
| 18 | Luxembourg Litigation | 5.30 | 4,372.50 |
| | **Less 10% Public Interest Discount** | | (76,073.25) |
| | **Grand Total** | 922.10 | 684,659.25 |

**Current Application**

| | |
|---|---|
| Interim Compensation Requested | $ 684,659.25 |
| Interim Compensation Paid | (581,960.34) |
| Interim Compensation Deferred | $ 102,698.91 |

**Prior Applications**

| | |
|---|---|
| Interim Compensation Requested | $ 2,867,627.25 |
| Interim Compensation Paid | (2,437,483.16) |
| Interim Compensation Deferred | $ 430,144.09 |

## EXHIBIT C

## EXPENSE SUMMARY BY TRUSTEE FOR FIFTH INTERIM PERIOD OF JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010

| Code Description | Amount |
|---|---|
| Local Travel (E109) | $ 22.50 |
| Out-of-Town Travel (E110) | 931.91 |
| Grand Total | $ 954.41 |

**Prior Applications**

Reimbursement of Expenses Requested and Rewarded    $ 1,083.54

EXHIBIT D
SUMMARY OF FIFTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein, Eugene | 1965 | 435.00 | 263.10 | $ 114,448.50 |
| | Carrey, Neil | 1968 | 495.00 | 1.20 | 594.00 |
| | Sheehan, David J. | 1968 | 825.00 | 981.70 | 809,902.50 |
| | Dabb, Wayne C | 1971 | 520.00 | 0.50 | 260.00 |
| | Colombo, Louis A | 1973 | 550.00 | 118.60 | 65,230.00 |
| | Cymrot, Mark A | 1973 | 725.00 | 49.00 | 35,525.00 |
| | Matthias, Michael R | 1973 | 595.00 | 666.70 | 396,686.50 |
| | Moscow, John W | 1973 | 735.00 | 643.00 | 472,605.00 |
| | Bash, Brian A | 1975 | 640.00 | 304.80 | 195,072.00 |
| | Beckwith, Edward J | 1975 | 605.00 | 37.50 | 22,687.50 |
| | Eyre, Paul P | 1975 | 690.00 | 66.70 | 46,023.00 |
| | Long, Thomas L | 1976 | 600.00 | 707.90 | 424,740.00 |
| | Markowitz, Laurence S | 1977 | 675.00 | 74.30 | 50,152.50 |
| | Kuntz, William F | 1978 | 620.00 | 419.30 | 259,966.00 |
| | Gibson, Wendy J | 1979 | 460.00 | 343.10 | 157,826.00 |
| | Goldman, Matthew R | 1979 | 670.00 | 4.40 | 2,948.00 |
| | Johnson, Pamela Gale | 1980 | 555.00 | 44.70 | 24,808.50 |
| | Powers, Marc D | 1981 | 700.00 | 424.00 | 296,800.00 |
| | Bassin, Stuart | 1982 | 625.00 | 0.50 | 312.50 |
| | Bittence, Mary M | 1982 | 455.00 | 187.20 | 85,176.00 |
| | Chockley III, Frederick W | 1982 | 615.00 | 485.20 | 298,398.00 |
| | Ponto, Geraldine E. | 1982 | 750.00 | 339.20 | 254,400.00 |
| | Hannon, John P | 1983 | 640.00 | 577.20 | 369,408.00 |
| | Lucchesi, Thomas R | 1984 | 625.00 | 443.40 | 277,125.00 |
| | McGowan Jr, John J | 1984 | 525.00 | 34.10 | 17,902.50 |
| | Nieto, Pamela D. | 1984 | 380.00 | 213.20 | 81,016.00 |
| | Robertson, Kevin G | 1984 | 570.00 | 13.00 | 7,410.00 |
| | Lazear, Sherri B | 1985 | 470.00 | 99.00 | 46,530.00 |
| | Quiat, Laurin D | 1985 | 510.00 | 12.90 | 6,579.00 |
| | Smith, Elizabeth A | 1985 | 735.00 | 369.90 | 271,876.50 |
| | Green, Elizabeth A. | 1986 | 425.00 | 3.90 | 1,657.50 |
| | Kane, William K. | 1986 | 600.00 | 3.60 | 2,160.00 |
| | McDonald, Heather J | 1986 | 485.00 | 462.80 | 224,458.00 |
| | Reich, Andrew W | 1987 | 490.00 | 611.60 | 299,684.00 |
| | Siegal, John | 1987 | 700.00 | 127.30 | 89,110.00 |
| | Tobin, Donna A. | 1987 | 485.00 | 234.60 | 113,781.00 |
| | Burke, John J | 1988 | 560.00 | 629.50 | 352,520.00 |
| | Ferguson, Gerald J | 1988 | 670.00 | 5.50 | 3,685.00 |
| | Posner, David A | 1989 | 450.00 | 10.80 | 4,860.00 |
| | Carney, John J | 1990 | 825.00 | 260.40 | 214,830.00 |
| | DeLancey, Leah E | 1990 | 550.00 | 10.90 | 5,995.00 |
| | Johnson, Victoria L | 1990 | 335.00 | 6.80 | 2,278.00 |
| | McNellie, Elizabeth A | 1990 | 440.00 | 12.80 | 5,632.00 |
| | Douthett, Breaden M | 1991 | 345.00 | 460.40 | 158,838.00 |
| | Goldberg, Steven H | 1991 | 820.00 | 216.20 | 177,284.00 |
| | Hunt, Dean D | 1991 | 530.00 | 281.60 | 149,248.00 |
| | Resnick, Lauren J | 1991 | 825.00 | 434.50 | 358,462.50 |
| | Swedlund, Paul S. | 1991 | 350.00 | 319.60 | 111,860.00 |
| | Hirschfield, Marc E. | 1992 | 775.00 | 826.00 | 640,150.00 |
| | Selby, Judy A. | 1992 | 700.00 | 760.50 | 532,350.00 |
| | Warren, Thomas D | 1992 | 555.00 | 251.40 | 139,527.00 |
| | Barr, Jonathan R. | 1993 | 685.00 | 75.60 | 51,786.00 |
| | Eschedor, Jennifer L | 1993 | 340.00 | 0.10 | 34.00 |
| | Kornfeld, Mark A. | 1993 | 750.00 | 1,057.20 | 792,900.00 |
| | Lehrer, Richard M. | 1993 | 635.00 | 19.00 | 12,065.00 |
| | Renner, Deborah H. | 1993 | 750.00 | 874.40 | 655,800.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Slater, Lourdes M. | 1993 | 650.00 | 727.00 | 472,550.00 |
| | Dolatly, George C. | 1994 | 695.00 | 67.70 | 47,051.50 |
| | Jacobs, Tonya A | 1994 | 470.00 | 352.20 | 165,534.00 |
| | Bernard, Richard J | 1995 | 585.00 | 545.20 | 318,942.00 |
| | Brennan, Terry M | 1995 | 415.00 | 351.80 | 145,997.00 |
| | Culbertson, William J | 1995 | 375.00 | 101.30 | 37,987.50 |
| | Fuller, Lars H. | 1995 | 340.00 | 97.90 | 33,286.00 |
| | Procell, Karen W. | 1995 | 385.00 | 273.80 | 105,413.00 |
| | Scaletta, Anthony J | 1995 | 385.00 | 183.00 | 70,455.00 |
| | Ulmer, Gregory C | 1995 | 460.00 | 137.60 | 63,296.00 |
| | Cole, Tracy L | 1996 | 625.00 | 364.80 | 228,000.00 |
| | Mills, Jennifer A | 1996 | 400.00 | 8.10 | 3,240.00 |
| | Turner, Christa C. | 1996 | 390.00 | 142.00 | 55,380.00 |
| | Enockson, Paul S | 1997 | 415.00 | 144.20 | 59,843.00 |
| | Gebaide, Robert H | 1997 | 385.00 | 18.70 | 7,199.50 |
| | Julian, Matthew Porter | 1997 | 370.00 | 70.60 | 26,122.00 |
| | Murphy, Keith R. | 1997 | 750.00 | 893.10 | 669,825.00 |
| | Scully, Elizabeth A | 1997 | 515.00 | 461.90 | 237,878.50 |
| | New, Jonathan B. | 1998 | 750.00 | 364.10 | 273,075.00 |
| | Perdion, Jason P | 1998 | 360.00 | 158.80 | 57,168.00 |
| | Rollinson, James H | 1998 | 365.00 | 561.10 | 204,801.50 |
| | Wall, Brett A | 1998 | 390.00 | 277.70 | 108,303.00 |
| | Wang, Ona T | 1998 | 625.00 | 546.10 | 341,312.50 |
| | Warshavsky, Oren J. | 1998 | 650.00 | 859.80 | 558,870.00 |
| | Farley, Ryan P. | 1999 | 650.00 | 656.40 | 426,660.00 |
| | Fischbach, Ryan D | 1999 | 410.00 | 194.00 | 79,540.00 |
| | Mohan, Sameer V | 1999 | 435.00 | 43.50 | 18,922.50 |
| | Pergament, Benjamin D | 1999 | 535.00 | 665.20 | 355,882.00 |
| | Sharp, Jeremy J | 1999 | 350.00 | 23.30 | 8,155.00 |
| | Bohorquez Jr, Fernando A | 2000 | 565.00 | 804.90 | 454,768.50 |
| | Parrish, Jimmy D. | 2000 | 325.00 | 1.60 | 520.00 |
| | Pector, Michelle D | 2000 | 425.00 | 63.60 | 27,030.00 |
| | Schlegelmilch, Stephan J | 2000 | 345.00 | 96.20 | 33,189.00 |
| | Ware, Nathan F | 2000 | 360.00 | 657.80 | 236,808.00 |
| | Burgan, Kelly S | 2001 | 400.00 | 6.40 | 2,560.00 |
| | Fokas, Jimmy | 2001 | 625.00 | 625.20 | 390,750.00 |
| | Oppenheim, Adam B. | 2001 | 600.00 | 576.50 | 345,900.00 |
| | Pfeifer, Timothy S. | 2001 | 600.00 | 855.40 | 513,240.00 |
| | Wall, Andrea C | 2001 | 340.00 | 136.60 | 46,444.00 |
| | Weiser, Scott R. | 2001 | 540.00 | 630.10 | 340,254.00 |
| | Zeballos, Gonzalo S. | 2001 | 650.00 | 705.20 | 458,380.00 |
| | Allan, Natanya H | 2002 | 475.00 | 38.80 | 18,430.00 |
| | Wearsch, Thomas M | 2002 | 475.00 | 610.20 | 289,845.00 |
| | Jenson, Karin Scholz | 2003 | 340.00 | 19.70 | 6,698.00 |
| Partners and of Counsel Total | | | 598.00 | 31,001.40 | $ 18,538,869.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Meisels, Naomi P. | 1984 | 490.00 | 374.60 | $ 183,554.00 |
| | Wilcox, Diane D | 1988 | 300.00 | 11.10 | 3,330.00 |
| | Sarlson, Katherine G | 1994 | 200.00 | 410.30 | 82,060.00 |
| | Papp, Edward Daniel | 1997 | 300.00 | 124.90 | 37,470.00 |
| | Feigi, Diane L | 1998 | 240.00 | 1.30 | 312.00 |
| | Fish, Eric R. | 1998 | 521.40 | 395.90 | 207,428.00 |
| | Lehrer II, John R. | 1999 | 415.00 | 2.00 | 830.00 |
| | Kates, Elyssa S. | 2000 | 490.00 | 595.90 | 291,991.00 |
| | Payne, Tiffany D. | 2000 | 285.00 | 7.80 | 2,223.00 |
| | Beckerlegge, Robertson D | 2001 | 465.00 | 665.70 | 309,550.50 |
| | Esser, Brian K | 2001 | 550.00 | 562.90 | 309,595.00 |
| | Garg, Anjula | 2002 | 480.00 | 649.00 | 311,520.00 |
| | North, Geoffrey A. | 2002 | 480.00 | 159.70 | 76,656.00 |
| | Pfeffer, James E | 2002 | 510.00 | 24.20 | 12,342.00 |
| | Cheema, Bik | 2003 | 435.00 | 674.10 | 293,233.50 |
| | Curtis, Cory M | 2003 | 325.00 | 35.80 | 11,635.00 |
| | DeMinico, Michael P | 2003 | 285.00 | 46.90 | 13,366.50 |
| | Doty, Rebecca Jackson | 2003 | 375.00 | 134.10 | 50,287.50 |
| | Hochmuth, Farrell A | 2003 | 375.00 | 130.30 | 48,862.50 |
| | Kepple, Brandon E | 2003 | 295.00 | 3.00 | 885.00 |
| | Malek, Sammi | 2003 | 480.00 | 320.30 | 153,744.00 |
| | Oliver, Jason S. | 2003 | 450.00 | 167.20 | 75,240.00 |
| | Wilde, Michael C | 2003 | 295.00 | 259.40 | 76,523.00 |
| | Wlodek, Heather | 2003 | 400.00 | 666.00 | 266,400.00 |
| | Campbell, Deanna M | 2004 | 265.00 | 164.00 | 43,460.00 |
| | Cohen, Dennis O | 2004 | 450.00 | 182.50 | 82,125.00 |
| | Evans Jr, David L | 2004 | 285.00 | 6.30 | 1,795.50 |
| | Gabriel, Jessie M | 2004 | 270.00 | 836.00 | 225,720.00 |
| | Gall, Michael K. | 2004 | 275.00 | 12.00 | 3,300.00 |
| | Glasser, Michael P. | 2004 | 415.00 | 693.40 | 287,761.00 |
| | Karttunen, Timo | 2004 | 425.00 | 134.00 | 56,950.00 |
| | Kitaev, Erica G. | 2004 | 300.00 | 95.20 | 28,560.00 |
| | Kitchen, David E | 2004 | 325.00 | 404.30 | 131,397.50 |
| | Lewis, Patrick T | 2004 | 275.00 | 16.80 | 4,620.00 |
| | Powell, Michael L | 2004 | 400.00 | 127.00 | 50,800.00 |
| | Smith, Adam J | 2004 | 425.00 | 370.90 | 157,632.50 |
| | Smith, Rachel M | 2004 | 350.00 | 118.90 | 41,615.00 |
| | Atencio, A Jeremy | 2005 | 290.00 | 32.30 | 9,367.00 |
| | Benavides, Michelle | 2005 | 325.00 | 440.40 | 143,130.00 |
| | Bodenheimer, Henry C. | 2005 | 395.00 | 732.60 | 289,377.00 |
| | Carvalho, Melissa M. | 2005 | 415.00 | 322.90 | 134,003.50 |
| | Chow, Teresa C. | 2005 | 350.00 | 461.70 | 161,595.00 |
| | Emme, Steven C. | 2005 | 325.00 | 22.00 | 7,150.00 |
| | Goldberg, Nina K | 2005 | 340.00 | 56.20 | 19,108.00 |
| | Hartman, Ruth E | 2005 | 270.00 | 284.40 | 76,788.00 |
| | Leeper, Kurt A | 2005 | 265.00 | 109.40 | 28,991.00 |
| | Madbak, Hanna F. | 2005 | 460.00 | 440.40 | 202,584.00 |
| | Proano, David F | 2005 | 270.00 | 52.60 | 14,202.00 |
| | Raley, Matthew R | 2005 | 325.00 | 490.60 | 159,445.00 |
| | Rodriguez, Alberto | 2005 | 415.00 | 462.40 | 191,896.00 |
| | Stanganelli, Maryanne | 2005 | 435.00 | 620.60 | 269,961.00 |
| | Stump, Jacob R. | 2005 | 270.00 | 354.00 | 95,580.00 |
| | Thorpe, Courtni E | 2005 | 260.00 | 183.30 | 47,658.00 |
| | White, Nicholas L | 2005 | 260.00 | 319.80 | 83,148.00 |
| | Apte, Anagha S | 2006 | 395.00 | 608.50 | 240,357.50 |
| | Carlisle, Marie L. | 2006 | 315.00 | 417.40 | 131,481.00 |
| | Conley, Sylvia J | 2006 | 480.00 | 165.40 | 79,392.00 |
| | Hatcher, Mark | 2006 | 250.00 | 249.60 | 62,400.00 |
| | Kosack, Melissa L. | 2006 | 395.00 | 917.10 | 362,254.50 |
| | Kwok, Annette K | 2006 | 360.00 | 162.20 | 58,392.00 |
| | Lange, Gretchen L | 2006 | 250.00 | 145.50 | 36,375.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Nevin, Douglas M | 2006 | 395.00 | 561.40 | 221,753.00 |
| | Nye, James H | 2006 | 315.00 | 64.40 | 20,286.00 |
| | Oigarden, David W | 2006 | 260.00 | 0.50 | 130.00 |
| | Olson, Stephen T | 2006 | 315.00 | 564.80 | 177,912.00 |
| | Petrelli III, John W | 2006 | 315.00 | 177.90 | 56,038.50 |
| | Vanderwal, Amy E. | 2006 | 465.00 | 646.30 | 300,529.50 |
| | Barker Brown, Erin R | 2007 | 235.00 | 153.00 | 35,955.00 |
| | Biegelman, Daniel R. | 2007 | 400.00 | 742.40 | 296,960.00 |
| | Bobb, Matthew I. | 2007 | 400.00 | 348.60 | 139,440.00 |
| | Brown, Seanna R. | 2007 | 450.00 | 931.30 | 419,085.00 |
| | Calvani, Torello H. | 2007 | 450.00 | 470.70 | 211,815.00 |
| | Figura, James D. | 2007 | 300.00 | 90.10 | 27,030.00 |
| | Frazier, Dustin A | 2007 | 240.00 | 1.50 | 360.00 |
| | Garvin, Naima J. | 2007 | 450.00 | 172.10 | 77,445.00 |
| | Goldmark, Jena B. | 2007 | 400.00 | 66.10 | 26,440.00 |
| | Heim, Kathryn M. | 2007 | 395.00 | 762.10 | 301,029.50 |
| | Howard, Emily A. | 2007 | 400.00 | 667.00 | 266,800.00 |
| | Jacobson, Michael B | 2007 | 350.00 | 695.90 | 243,565.00 |
| | Karp, Brian S. | 2007 | 395.00 | 681.70 | 269,271.50 |
| | Lawrence, Kelvin M | 2007 | 240.00 | 150.20 | 36,048.00 |
| | Leveque, Christopher P. | 2007 | 300.00 | 18.40 | 5,520.00 |
| | Liburd, Essence | 2007 | 370.00 | 591.60 | 218,892.00 |
| | Lugo, Alissa | 2007 | 250.00 | 27.60 | 6,900.00 |
| | Nann, Alissa M. | 2007 | 435.00 | 618.40 | 269,004.00 |
| | Nelson, Maritza S | 2007 | 235.00 | 166.00 | 39,010.00 |
| | Phillips, James E | 2007 | 290.00 | 461.60 | 133,864.00 |
| | Ritz, Kenneth A. | 2007 | 400.00 | 60.50 | 24,200.00 |
| | Roesch, Matthew C | 2007 | 240.00 | 309.90 | 74,376.00 |
| | Serrano, Marco G. | 2007 | 450.00 | 224.10 | 100,845.00 |
| | Walrath, Jennifer M | 2007 | 350.00 | 524.50 | 183,575.00 |
| | Amin, Tina U | 2008 | 250.00 | 121.30 | 30,325.00 |
| | Ashfaq, Ameena N. | 2008 | 270.00 | 3.50 | 945.00 |
| | Clarkson, Daniel E. | 2008 | 375.00 | 650.50 | 243,937.50 |
| | Esmont, Joseph M. | 2008 | 220.00 | 10.70 | 2,354.00 |
| | Goldstein, Robyn R. | 2008 | 270.00 | 713.00 | 192,510.00 |
| | Hughes, Susan Whittaker | 2008 | 220.00 | 37.10 | 8,162.00 |
| | Kaplan, Deborah A | 2008 | 350.00 | 482.70 | 168,945.00 |
| | Khalil, Rebecca S | 2008 | 350.00 | 13.30 | 4,655.00 |
| | Law, Adam R. | 2008 | 270.00 | 180.40 | 48,708.00 |
| | Luke, Tarsha L | 2008 | 350.00 | 338.40 | 118,440.00 |
| | McAllister, Magdeline K. | 2008 | 230.00 | 310.00 | 71,300.00 |
| | McCurrach, Elizabeth G. | 2008 | 375.00 | 688.70 | 258,262.50 |
| | Moody, Matthew J. | 2008 | 375.00 | 606.30 | 227,362.50 |
| | Mtengule, Mwanga W. | 2008 | 375.00 | 525.80 | 197,175.00 |
| | Murdock-Park, Erin K. | 2008 | 220.00 | 112.30 | 24,706.00 |
| | Nixon, Christy A. | 2008 | 330.00 | 406.60 | 134,178.00 |
| | Osburn, Alexis C. | 2008 | 220.00 | 54.40 | 11,968.00 |
| | Schill, Kathryn E | 2008 | 235.00 | 53.30 | 12,525.50 |
| | Sim, Chee Mei | 2008 | 230.00 | 305.60 | 70,288.00 |
| | Sivick, Krista A. | 2008 | 240.00 | 12.60 | 3,024.00 |
| | Stanek, Christopher J. | 2008 | 220.00 | 8.50 | 1,870.00 |
| | Stanley, Trevor M. | 2008 | 340.00 | 311.40 | 105,876.00 |
| | Stark, Anthony M. | 2008 | 375.00 | 723.20 | 271,200.00 |
| | Thomas, Joshua C. | 2008 | 270.00 | 313.90 | 84,753.00 |
| | Walgenbach, Emilie J. | 2008 | 400.00 | 243.20 | 97,280.00 |
| | Whittlesey, Gillian L. | 2008 | 210.00 | 223.90 | 47,019.00 |
| | Woltering, Catherine E. | 2008 | 230.00 | 767.00 | 176,410.00 |
| | Zunno, Kathryn M. | 2008 | 450.00 | 904.90 | 407,205.00 |
| | Campbell, Patrick T | 2009 | 350.00 | 140.80 | 49,280.00 |
| | D'Andrea, Lindsey | 2009 | 220.00 | 620.20 | 136,444.00 |
| | Gentile, Dominic A. | 2009 | 375.00 | 382.60 | 143,475.00 |
| | Hangawatte, Udyogi A. | 2009 | 340.00 | 108.50 | 36,890.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Harker, Francesca M. | 2009 | 330.00 | 197.20 | 65,076.00 |
| | Harris Weiss, Sarah C. | 2009 | 375.00 | 771.30 | 289,237.50 |
| | Hilsheimer, Lauren M. | 2009 | 220.00 | 605.90 | 133,298.00 |
| | Howe, Mary E. | 2009 | 330.00 | 628.20 | 207,306.00 |
| | James, Lyndie M. | 2009 | 230.00 | 3.10 | 713.00 |
| | Langer, Jonathan F. | 2009 | 240.00 | 26.90 | 6,456.00 |
| | Law, Karen | 2009 | 275.00 | 281.60 | 77,440.00 |
| | Marck, Michelle K | 2009 | 375.00 | 739.00 | 277,125.00 |
| | Markel, Tatiana | 2009 | 330.00 | 749.70 | 247,401.00 |
| | Maynard, Kim M. | 2009 | 315.00 | 633.50 | 199,552.50 |
| | McCarthy, Conor T. | 2009 | 210.00 | 3.50 | 735.00 |
| | McKnight, Katherine L. | 2009 | 340.00 | 469.10 | 159,494.00 |
| | Molina, Marco | 2009 | 375.00 | 533.20 | 199,950.00 |
| | Murray, Kelli A. | 2009 | 230.00 | 157.40 | 36,202.00 |
| | Ozturk, Ferve E. | 2009 | 375.00 | 860.40 | 322,650.00 |
| | Schweller, Jessie A. | 2009 | 375.00 | 831.50 | 311,812.50 |
| | Shapiro, Peter B. | 2009 | 375.00 | 769.90 | 288,712.50 |
| | Shelenkova, Marianna A. | 2009 | 375.00 | 560.20 | 210,075.00 |
| | Sheroian, Ashley L. | 2009 | 220.00 | 672.10 | 147,862.00 |
| | Vessells, Jennifer A. | 2009 | 220.00 | 560.90 | 123,398.00 |
| | Winquist, Justin T. | 2009 | 240.00 | 221.90 | 53,256.00 |
| | Witt, Sara L. | 2009 | 210.00 | 238.90 | 50,169.00 |
| | Burgos, Jocelyn | 2010 | 350.00 | 390.10 | 136,535.00 |
| | Castillon, Jesus J. | 2010 | 265.00 | 664.00 | 175,960.00 |
| | Clegg, Sammantha E. | 2010 | 375.00 | 618.00 | 231,750.00 |
| | Fein, Amanda E. | 2010 | 315.00 | 582.70 | 183,550.50 |
| | Flynn, Alison | 2010 | 375.00 | 546.60 | 204,975.00 |
| | James, Christopher T. | 2010 | 265.00 | 571.60 | 151,474.00 |
| | Koch, Jacqueline R. | 2010 | 280.00 | 296.20 | 82,936.00 |
| | Matthews, Jacqueline K. | 2010 | 215.00 | 5.00 | 1,075.00 |
| | Maytal, Anat | 2010 | 375.00 | 334.00 | 125,250.00 |
| | McMillan, David M. | 2010 | 375.00 | 190.70 | 71,512.50 |
| | O'Brien, Aaron A. | 2010 | 210.00 | 15.40 | 3,234.00 |
| | Portnoy, Lesley F. | 2010 | 315.00 | 589.70 | 185,755.50 |
| | Rog, Joshua B. | 2010 | 375.00 | 58.20 | 21,825.00 |
| | Schichnes, Jessica | 2010 | 375.00 | 680.70 | 255,262.50 |
| | Scott, Justin T. | 2010 | 265.00 | 773.40 | 204,951.00 |
| | Tarlton, Morgan A. | 2010 | 265.00 | 93.40 | 24,751.00 |
| | Vasel, Denise D. | 2010 | 315.00 | 612.30 | 192,874.50 |
| | Young, Michelle L. | 2010 | 315.00 | 659.40 | 207,711.00 |
| | Blanton, Jack D. | #N/A | 210.00 | 127.60 | 26,796.00 |
| | Cabico, Jason D. | #N/A | 315.00 | 102.70 | 32,350.50 |
| | Craig, M. Kristin | #N/A | 265.00 | 42.20 | 11,183.00 |
| | Economides, Constantine P. | #N/A | 375.00 | 219.40 | 82,275.00 |
| | Johnson, Andrew T. | #N/A | 210.00 | 130.80 | 27,468.00 |
| | Krishna, Ganesh | #N/A | 375.00 | 68.70 | 25,762.50 |
| | Liao, Nina C. | #N/A | 300.00 | 21.70 | 6,510.00 |
| | McDonald, Shawn P. | #N/A | 395.00 | 299.60 | 118,342.00 |
| | Prabucki, Kenneth | #N/A | 210.00 | 130.90 | 27,489.00 |
| | Ramos, Miguel A. | #N/A | 265.00 | 10.70 | 2,835.50 |
| | Rose, Nicholas M. | #N/A | 315.00 | 72.80 | 22,932.00 |
| | Shrimanker, Amisha | #N/A | 375.00 | 40.70 | 15,262.50 |
| | Townsend, Wendy C. | #N/A | 325.00 | 33.60 | 10,920.00 |
| | Wangsgard, Kendall E. | #N/A | 315.00 | 103.80 | 32,697.00 |
| Associates Total | | | 353.86 | 58,562.20 | $ 20,723,089.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Acklin, Bryan V. | #N/A | 130.00 | 23.00 | $ 2,990.00 |
| | Alexander, Rebecca S. | #N/A | 160.00 | 494.80 | 79,168.00 |
| | Alfred, Tamara K. | #N/A | 160.00 | 171.90 | 27,504.00 |
| | Atkinson, Susan L | #N/A | 170.00 | 10.00 | 1,700.00 |
| | Ball, Stanley C. | #N/A | 120.00 | 22.00 | 2,640.00 |
| | Battaglia, Patricia J. | #N/A | 195.00 | 351.20 | 68,484.00 |
| | Bekier, James M. | #N/A | 350.00 | 762.20 | 266,770.00 |
| | Bitman, Oleg | #N/A | 230.00 | 37.40 | 8,602.00 |
| | Blaber, Theresa A | #N/A | 250.00 | 218.70 | 54,675.00 |
| | Bliss, Stephanie L. | #N/A | 205.00 | 118.10 | 24,210.50 |
| | Booms, Thomas E. | #N/A | 120.00 | 206.20 | 24,744.00 |
| | Bromley, Gabriela M. | #N/A | 110.00 | 62.90 | 6,919.00 |
| | Brown, Adam R. | #N/A | 120.00 | 122.20 | 14,664.00 |
| | Cabrera, Ramon C | #N/A | 200.00 | 238.20 | 47,640.00 |
| | Chamberlain, David R | #N/A | 175.00 | 1.00 | 175.00 |
| | Chapman, Jennifer | #N/A | 175.00 | 1.50 | 262.50 |
| | Charlotten, Magdalena | #N/A | 220.00 | 263.00 | 57,860.00 |
| | Chiofalo, Frank A. | #N/A | 195.00 | 480.10 | 93,619.50 |
| | Cohen, Justin H. | #N/A | 325.00 | 61.20 | 19,890.00 |
| | Consolino, Serine R. | #N/A | 280.00 | 65.50 | 18,340.00 |
| | Craig, Robert E | #N/A | 425.00 | 149.40 | 63,495.00 |
| | Curtin, Daniel P. | #N/A | 280.00 | 30.40 | 8,512.00 |
| | DeCoteau, Meshawn M. | #N/A | 375.00 | 257.50 | 96,562.50 |
| | deVries, Alan C. | #N/A | 120.00 | 453.50 | 54,420.00 |
| | Donaho, Thomas A. | #N/A | 130.00 | 11.50 | 1,495.00 |
| | Fetzer, Jeffrey L | #N/A | 195.00 | 4.50 | 877.50 |
| | Halwes, Shannon L. | #N/A | 175.00 | 260.10 | 45,517.50 |
| | Heller, Julie | #N/A | 350.00 | 429.60 | 150,360.00 |
| | Iskhakova, Yuliya | #N/A | 250.00 | 101.70 | 25,425.00 |
| | Jones, Michael K. | #N/A | 125.00 | 153.20 | 19,150.00 |
| | Khan, Juvaria S. | #N/A | 280.00 | 1.00 | 280.00 |
| | Koblenz, Esther E. | #N/A | 200.00 | 0.50 | 100.00 |
| | Landrio, Nikki M. | #N/A | 300.00 | 819.60 | 245,880.00 |
| | Lee, Magali L. | #N/A | 230.00 | 633.80 | 145,774.00 |
| | Lipkis, Shelly S. | #N/A | 190.00 | 304.30 | 57,817.00 |
| | Little, Lynn M. | #N/A | 275.00 | 55.60 | 15,290.00 |
| | Martin, Sasha L. | #N/A | 230.00 | 28.50 | 6,555.00 |
| | Maxwell, Sarah A | #N/A | 160.00 | 519.90 | 83,184.00 |
| | McCann, Donald S | #N/A | 170.00 | 14.80 | 2,516.00 |
| | Monahan, Edward T | #N/A | 150.00 | 0.30 | 45.00 |
| | Monge, Tirsa | #N/A | 275.00 | 268.90 | 73,947.50 |
| | Montani, Christine A. | #N/A | 275.00 | 696.40 | 191,510.00 |
| | Nunes, Silas T | #N/A | 250.00 | 702.40 | 175,600.00 |
| | O'Connor, Natalie C. | #N/A | 125.00 | 1.00 | 125.00 |
| | Ostrander, John C. | #N/A | 160.00 | 459.20 | 73,472.00 |
| | Paremoud, Jana | #N/A | 200.00 | 380.90 | 76,180.00 |
| | Plummer, Caitlin M. | #N/A | 280.00 | 2.30 | 644.00 |
| | Rawles, Michael M | #N/A | 195.00 | 11.00 | 2,145.00 |
| | Remus, Amanda | #N/A | 275.00 | 111.40 | 30,635.00 |
| | Reynolds, Julie L. | #N/A | 200.00 | 58.50 | 11,700.00 |
| | Rodriguez, Illusion C. | #N/A | 230.00 | 135.60 | 31,188.00 |
| | Russ, Mary C. | #N/A | 120.00 | 430.40 | 51,648.00 |
| | Sakowitz, Brittany A. | #N/A | 130.00 | 11.00 | 1,430.00 |
| | Samarasekera, Dilip | #N/A | 200.00 | 138.50 | 27,700.00 |
| | Schnarre, Nicole L. | #N/A | 350.00 | 655.20 | 229,320.00 |
| | Shamsi, Azfar B | #N/A | 262.50 | 147.40 | 39,390.00 |
| | Shanklin, Jan R. | #N/A | 120.00 | 401.70 | 48,204.00 |
| | Smith, Damian | #N/A | 240.00 | 34.50 | 8,280.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Stute, David J. | #N/A | 160.00 | 387.10 | 61,936.00 |
| | Sulhan, Barbara J | #N/A | 170.00 | 169.00 | 28,730.00 |
| | Sweet, Karen R | #N/A | 200.00 | 218.00 | 43,600.00 |
| | Tolbert, Amelia M. | #N/A | 125.00 | 2.00 | 250.00 |
| | Van Dyke, Dawn M | #N/A | 200.00 | 17.80 | 3,560.00 |
| | Villamayor, Fidentino L. | #N/A | 290.00 | 253.30 | 73,457.00 |
| | von Collande, Constance M. | #N/A | 250.00 | 627.50 | 156,875.00 |
| | Wallace, Dawn L. | #N/A | 250.00 | 453.60 | 113,400.00 |
| | Wasserman, Gabor M. | #N/A | 325.00 | 288.50 | 93,762.50 |
| | Wilkins, Kerrick T. | #N/A | 170.00 | 282.30 | 47,991.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | | | 231.63 | 15,286.20 | $ 3,540,793.00 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 598.00 | 31,001.40 | $ 18,538,869.50 |
| Associates Total | 353.86 | 58,562.20 | 20,723,089.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 231.63 | 15,286.20 | 3,540,793.00 |
| Blended Attorney Rate | 438.37 | | |
| Total Fees Incurred | | 104,849.80 | 42,802,751.50 |
| Less 10% Public Interest Discount | | | (4,280,275.15) |
| Grand Total | | | $ 38,522,476.35 |

EXHIBIT E

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR FIFTH INTERIM
PERIOD OF JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 11,989.30 | $ 5,091,624.00 |
| 02 | Bankruptcy Court Litigation and Related Matters | 2,984.90 | 1,486,879.00 |
| 03 | Feeder Funds | 9,695.30 | 4,850,145.00 |
| 04 | Asset Search Recovery and Sale | 494.70 | 290,658.00 |
| 05 | Internal Office Meetings with Staff | 1,167.70 | 521,257.00 |
| 07 | Billing | 455.70 | 123,544.50 |
| 08 | Case Administration | 6,932.20 | 2,179,383.50 |
| 09 | Banks | 9,269.40 | 3,984,485.50 |
| 10 | Court Appearances | 5.00 | 2,250.00 |
| 11 | Press Inquires and Responses | 20.20 | 14,139.00 |
| 12 | Document Review | 5,313.10 | 2,096,915.50 |
| 13 | Discovery - Depositions and Document Productions | 2,552.50 | 1,315,603.00 |
| 14 | International | 2,054.70 | 1,157,622.50 |
| 15 | Charities | 1,311.10 | 531,509.50 |
| 16 | Pre-Litigation | 60.20 | 23,353.50 |
| 17 | Access - Luxembourg | 145.60 | 70,526.50 |
| 18 | Auditors | 338.20 | 156,888.50 |
| 000003 | Stanley Chais | 1,754.50 | 584,856.50 |
| 000004 | J. Ezra Merkin | 636.60 | 249,938.50 |
| 000005 | Customer Claims (2009 - 2011) | 6,845.90 | 2,504,785.00 |
| 000006 | Vizcaya | 818.60 | 331,834.50 |
| 000007 | Madoff Family | 1,331.60 | 668,779.00 |
| 000008 | Norman Levy | 340.40 | 128,886.50 |
| 000009 | Fairfield Greenwich | 7,100.00 | 2,142,792.50 |
| 000010 | Harley | 261.80 | 146,754.00 |
| 000011 | Cohmad Securities Corporation | 2,651.10 | 1,061,304.50 |
| 000012 | Picower | 463.80 | 290,267.00 |
| 000013 | Kingate | 1,027.40 | 408,929.00 |
| 000015 | Herald | 95.30 | 41,468.00 |
| 000016 | Alpha Prime | 75.20 | 37,620.00 |
| 000017 | Primeo Fund | 161.30 | 79,259.50 |
| 000018 | Thybo | 106.90 | 54,385.00 |
| 000019 | Ruth Madoff | 34.90 | 18,910.50 |
| 000020 | Carl Shapiro | 459.10 | 224,910.00 |
| 000021 | Avoidance Action Investigation/Litigation 2010-2012 | 23,570.50 | 8,899,638.00 |
| 000022 | Fox and Marshall | 575.00 | 241,926.50 |
| 000023 | Canavan, Goldsmith and Kalman | 266.60 | 131,113.00 |
| 000024 | Robert Luria | 46.80 | 20,680.50 |
| 000025 | Amy Luria | 64.40 | 35,838.50 |
| 000026 | Richard Stahl | 1,372.30 | 601,090.50 |
| Grand Total | | 104,849.80 | 42,802,751.50 |

**Less 10% Public Interest Discount**      (4,280,275.15)

**Grand Total**      $ 38,522,476.35

**Current Application**

Interim Compensation Requested      $ 38,522,476.35
Interim Compensation Paid      (32,744,104.91)
Interim Compensation Deferred      $ 5,778,371.44

**Prior Applications**

Interim Compensation Requested      $ 93,807,041.39
Interim Compensation Paid      (79,735,974.88)
Interim Compensation Deferred      $ 14,071,066.51

## EXHIBIT F

### EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR FIFTH INTERIM PERIOD OF JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010

| Code | Description | Amount |
|---|---|---:|
| E101 | Copying (E101) | $ 174,714.62 |
| E102 | Outside Printing (E102) | 17,334.78 |
| E104 | Facsimile (E104) | 37.10 |
| E105 | Telephone (E105) | 3,891.79 |
| E106 | Online Research (E106) | 112,688.57 |
| E107 | Delivery Services/ Messengers (E107) | 15,000.59 |
| E108 | Postage (E108) | 1,370.30 |
| E109 | Local Travel (E109) | 62,795.89 |
| E110 | Out-of-Town Travel (E110) | 292,641.71 |
| E111 | Business Meals, etc. (E111) | 58,499.75 |
| E112 | Court Fees (E112) | 6,497.69 |
| E113 | Subpoena Fees (E113) | 5,545.00 |
| E114 | Witness Fees (E114) | 6,306.21 |
| E115 | Deposition Transcripts (E115) | 29,194.75 |
| E116 | Trial Transcripts (E116) | 9,980.94 |
| E121 | Arbitrator/Mediator Fees (E121) | 463.18 |
| E123 | Other Professionals (E123) | 25,619.48 |
| E124 | Other (E124) | 3,266.46 |
| E125 | Translation Costs (E125) | 25,483.53 |
| Grand Total | | $ 851,332.34 |

**Prior Applications**

Reimbursement of Expenses Requested and Rewarded    $1,676,460.73