Helen Davis Chaitman (4266)
Becker & Poliakoff LLP
45 Broadway
New York, New York 10006
HCHAITMAN@BECKER-POLIAKOFF.COM
*Attorneys for Diane and Roger Peskin,
and a large group of other customers*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Case No.: Case No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated)<br><br><br>Appeal No.: _____ |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2010, I caused a true copy of:

- Notice of Appeal with Exhibit A;
- Civil Cover Sheet;
- Notice of Motion for Leave to Appeal;
- Helen Davis Chaitman Declaration in Support with Exhibits A-K; and
- Memorandum of Law in Support of Motion for Leave to Appeal

to be served by electronic mail upon the parties at the addresses listed below:

**Baker & Hostetler LLP**
David J.Sheehan: dsheehan@bakerlaw.com
*Attorneys for the Trustee*

**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org


Dated: December 28, 2010

                                                              */s/ Julie Gorchkova*