Helen Davis Chaitman (4266)
BECKER & POLIAKOFF, LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com

Attorneys for the Lazarus Investment Group,
Linda Lazarus, Amber Lazarus, Audra Lazarus,
Adam Lazarus, Ronald Lazarus and Zipora Lazarus

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br><br>**CERTIFICATE OF SERVICE** |

      I, Julie Gorchkova, hereby certify that on December 28, 2010, I caused a true and correct copy of the **Objection to Trustee's Determination of Claim**, with accompanying Exhibits, on behalf of the Lazarus Investment Group and each of its Investors to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

> David J. Sheehan, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> dsheehan@bakerlaw.com

Dated: December 28, 2010

                                                                                */s/ Julie Gorchkova*