Helen Davis Chaitman (4266)
BECKER & POLIAKOFF, LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com

Attorneys for the Schy Family Partnership,
Zipora Lazarus, Rose and Ira Schy, Abe
and Lisa Schy, Doron Schy and Family,
Steven Schy and Family, and Elan Schy

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>**CERTIFICATE OF SERVICE** |

I, Julie Gorchkova, hereby certify that on December 28, 2010, I caused a true and correct copy of the **Objection to Trustee's Determination of Claim,** along with accompanying Exhibits, on behalf of Schy Family Partnership and each of its Partners to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

> David J. Sheehan, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> dsheehan@bakerlaw.com

Dated: December 18, 2010

                                                                                                */s/ Julie Gorchkova*