*Ronald + Pamela Frimmer TIC
Partners in Parker Investment Co.
(Claim # 004131)*

December 23, 2010

Clerk of the United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green
New York, NY  10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn:  Claims Department
45 Rockefeller Plaza
New York, NY  10111



Re: *Ronald + Pamela Frimmer TIC* **Partner in Partners Investment Co. (Claim No. 004131  )**

**Bankruptcy Case No. 08-1789 (BRL)**

Gentlemen:

I disagree with the Trustee's Determination dated December 3, 2010 to deny my claim. My objection to your determination is based upon the continuing litigation, which has not yet been adjudicated, relating to the status of claims of individuals who invested through partnerships and funds. I respectfully request my claim be reconsidered at the time these cases are adjudicated.

Very truly yours,

*Ronald Frimmer TIC*
*Pamela Frimmer TIC*

JG:rs
JG-2010:12:23:Clerk of US Bankruptcy-Irving:Picard




Feinmel
250 E 78 ed St. 16c
NY NY 10021

Clerk of the U.S. Bankruptcy Court
for the Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004

10004+1400

Claim 004131