SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
sfishbein@shearman.com

*Attorneys for Claimants listed on Schedule A*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
:
SECURITIES INVESTOR : 
PROTECTION CORPORATION, :
:
Plaintiff, : SIPA LIQUIDATION
: (Substantively Consolidated)
v. : Adv. Pro. No. 08-01789 (BRL)
:
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
:
Defendant. :
:
------------------------------------ x
:
In re: : Bankr. Case No. 08-01789 (BRL)
:
BERNARD L. MADOFF, :
:
Debtor. :
:
------------------------------------ x

**WITHDRAWAL OF OBJECTIONS TO TRUSTEE'S
DETERMINATIONS OF CLAIMS**

The claimants indicated on the accompanying Schedule A, each having filed an

objection, or objections, to the Notices of Trustee's Determination of Claim and/or Notices of

Trustee's Revised Determination of Claim in the above-captioned proceeding, on the dates

indicated on Schedule A, hereby withdraw such objections with prejudice.

Dated: New York, New York
December 29, 2010

                                            SHEARMAN & STERLING LLP

                                            By:  */s/ Stephen Fishbein*
                                                Stephen Fishbein
                                                James Garrity
                                                Richard Schwed
                                          599 Lexington Avenue
                                          New York, NY 10022-6069
                                          Telephone: (212) 848-4000
                                          Facsimile: (212) 848-7179
                                          sfishbein@shearman.com

                                          *Attorneys for Claimants listed on Schedule A*

## SCHEDULE A

| Claimant | Objection Filing Date | Docket Number |
|---|---|---|
| Daniel Waintrup | 4-23-2010 | 2225 |
| Kimberly L. Strauss 1988 Trust | 7-16-2010 | 2764, 2765 |
| Andrew N. Jaffe 1993 Irrev. Trust U/D/T DTD 6/11/93 As Amended | 8-26-2010 | 2903 |
| Samantha L. Strauss 1985 Trust | 8-26-2010 | 2904 |
| Samantha L. Strauss 2003 Irrevocable Trust | 8-26-2010 | 2905 |
| Jonathan M. Segal 1989 Trust U/D/T DTD 3/8/89 As Amended | 8-26-2010 | 2907 |
| Kimberly Strauss 2006 Irrevocable Trust | 8-26-2010 | 2908 |
| Jaffe Family 2004 Irrevocable Trust | 8-26-2010 | 2909 |
| Carl Shapiro & Ruth Shapiro Family Foundation | 11-12-2010 | 3154 |
| Ellen Jaffe Trust U/D/T DTD 5/8/2003 As Amended | 11-12-2010 12-17-2010 | 3157, 3158, 3541 |
| Jennifer Segal Herman Trust U/D/T DTD 5/1/67 As Amended | 11-12-2010 12-17-2010 | 3160, 3539 |
| Jennifer Segal Herman 1985 Trust Dated 4/16/85 | 11-12-2010 | 3161, 3162 |
| Jonathan M. Segal Trust U/D/T DTD 12/1/70 | 11-12-2010 | 3163 |
| Linda Shapiro Family Trust Dated 12/08/76 | 11-12-2010 | 3166 |
| Linda Shapiro Waintrup 1992 Trust U/D/T DTD 3/11/92 As Amended | 11-12-2010 12-17-10 | 3167, 3169, 3540 |
| LSW 2006 Irrevocable Trust | 11-12-2010 | 3171 |
| Michael S. Jaffe Trust U/D/T 9/25/71 As Amended | 11-12-2010 | 3172 |
| Michael Jaffe 1989 Trust U/D/T DTD 8/24/89 As Amended | 11-12-2010 | 3173 |
| Rhonda Shapiro Zinner 1993 Trust U/D/T DTD 7/7/93 As Amended | 11-12-2010 | 3174, 3175 |
| Steven C. Jaffe Trust U/D/T DTD 9/25/71 As Amended | 11-12-2010 | 3178 |
| Steven Jaffe 1989 Trust U/D/T DTD 8/24/89 As Amended | 11-12-2010 | 3179 |
| Wellesley Capital Management | 11-12-2010 | 3180 |
| Carl Shapiro Trust U/D/T 4/9/03 | 11-12-2010; 12-17-2010 | 3155, 3156; 3537 |
| Andrew N. Jaffe Trust U/D/T DTD 5/12/75 As Amended | 11-12-2010; 12-17-2010 | 3153; 3538 |
| Ruth Shapiro Trust U/D/T 4/9/03 | 11-12-2010; 12-17-2010 | 3176, 3177; 3542 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
: 
SECURITIES INVESTOR :
PROTECTION CORPORATION, :
: 
        Plaintiff, : SIPA LIQUIDATION
: (Substantively Consolidated)
   v. : Adv. Pro. No. 08-01789 (BRL)
: 
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
: 
        Defendant. :
: 
------------------------------ x
: 
In re: : Bankr. Case No. 08-01789 (BRL)
: 
BERNARD L. MADOFF, :
: 
        Debtor. :
: 
------------------------------ x

**CERTIFICATE OF SERVICE**

    I, Stephen Fishbein, hereby certify that on December 30, 2010, I caused a true and correct copy of Withdrawal of Objections to Trustee's Determinations of Claims, on behalf of the parties listed on Schedule A thereof, to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF.

    I also hereby certify that I caused a true and correct paper copy of the Withdrawal of Objections to Trustee's Determinations of Claims to be served upon the party listed below on December 30, 2010 pursuant to the December 23, 2008 Order on Application for an Entry of an Order Approving Form and Manner of Publication and Mailing of Notices, Specifying Procedures for Filing, Determination, and Adjudication of Claims; and Providing Other Relief issued by the U.S. Bankruptcy Court for the Southern District of New York.

        Irving H. Picard, Trustee
        BAKER & HOSTETLER LLP
        45 Rockefeller Plaza
        New York, NY 10111
        Telephone: (212) 589-4200
        Facsimile: (212) 589-4201

NYDOCS04/528298.1

Dated: December 30, 2010
   New York, New York

Respectfully submitted,

*/s/ Stephen Fishbein*
Stephen Fishbein
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000
sfishbein@shearman.com

NYDOCS04/528298.1