UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | SIPA LIQUIDATION<br><br>Case No. 08-01789 |
|---|---|

## AFFIDAVIT OF MAILING

STATE OF TEXAS                )
                              )    ss:
COUNTY OF DALLAS              )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On December 30, 2010, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000051).

Executed on __Dec 30__, 2010

_____
John S. Franks

Sworn to and subscribed before me this __30th__ day of __December__, 2010

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____
(SEAL)

_____
Notary Public

2

# Exhibit A

SERVICE LIST A
TRANSFER NUMBER T000051

DECEMBER 30, 2010

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| | X | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |