# Phyllis A. Katz, Ph.D.
303 East 57th Street
Apt. 40F
New York, NY 10022
Telephone 212-956-1339
Fax 212-956-5805
phyllisakatz@cs.com

December 22, 2010

**Clerk of the United States Bankruptcy Court**
**Southern District of New York**
**Alexander Hamilton Custom House**
**One Bowling Green**
**New York, NY 1004**

**Attn: Judge Lifland**

Re: **Case No: 08-01789**

Dear Judge Lifland,

This letter is to request an extension of one week, with regard to filing an objection to the above-mentioned claim transfer. The reason for this request is my attorney is ill and I need more time to consult with him.

I very much appreciate your assistance in this matter.

Thank you very much.

Sincerely,

*Phyllis Katz*

**Phyllis A. Katz, Ph.D.**

Enclosure