**WACHTEL & MASYR, LLP**
Howard Kleinhendler
885 Second Avenue, 47th Fl.
New York, New York 10017
Telephone: (212) 909-9500
Facsimile: (212) 909-9490
E-Mail: hkleinhendler@wmllp.com
*Attorneys for Rosenman Family LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (BRL)<br>SIPA Liquidation<br>(Substantively Consolidated)<br><br>**NOTICE OF ATTORNEYS'<br>CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE**, that the address of Wachtel & Masyr, LLP, counsel for the Rosenman Family LLC in the above-captioned matter, has been changed to the following address and all papers to be served upon such attorneys should be sent to the following address:

Wachtel & Masyr, LLP
885 Second Avenue, 47th Floor
New York, New York 10017

Dated: New York, New York
       January 3, 2011

**WACHTEL & MASYR, LLP**

By: _____*/s Howard Kleinhendler*
Howard Kleinhendler
885 Second Avenue, 47th Floor
New York, New York 10017
(212) 909-9500
*Attorneys for Rosenman Family LLC*