Sharon Kleinberg
Laurence M. Ostrin
23 East 10th St. #107
New York, NY 10003

December 21, 2010

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, NY 10004

Re: Notice of Trustee's Determination of Claim
Liquidation of the business of Bernard L. Madoff Investment Securities LLC

Bankruptcy case No. 08-1789 (BRL)

With reference to our letter of 12/17/10 (see attached), we also want to mention) we never took any money out of our accounts

RECEIVED
DEC 29 2010
U.S. BANKRUPTCY COURT, SDNY

Sincerely yours,

(Sharon Kleinberg)

Laurence M. Ostrin (Laurence M. Ostrin)

Sharon Kleinberg
Laurence M. Ostrin
23 East 10th Street #101
New York, NY 10003

December 17, 2010

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

Re: Notice of Trustee's Determination of Claim
Liquidation of the business of Bernard L. Madoff Investment Securities LLC
Bankruptcy Case No. 08-1789 (BRL)

My husband (Laurence M. Ostrin) and I (Sharon Kleinberg) absolutely object to this determination.

We did have an investment in Bernard L. Madoff Investment Securities LLC — 2 Accounts:
- Sharon Kleinberg and Laurence Ostrin
- Sharon Kleinberg (IRA)

Sincerely yours,

Sharon Kleinberg (Sharon Kleinberg)
Laurence M. Ostrin (Laurence M. Ostrin)