To:— Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004.    U.S.A

Claim N° 070213.

Dear Sirs,
I received your letter from December 3rd on December 13th.
Everything seems to be wrong. The Royal Bank of Canada (Suisse) put some of my money in the Thema fund; stolen by Mr. Madoff. Please see the extracts from the bank enclosed. They supposedly were taking care of the hearing in the court. Now when the money should be returned to the legitimate owners, it is deneid!
I would like a proper explanation. I think that somebody from the bank will represent me as I am not able to go to the court in the U.S.A as I am old and ill. I am not able to travel.
Thank you for your kind attention,
Evelina Marietta Gold Cioffi
Rua Jacurici 86 ap 22 São Paulo. S.P. Brasil
Cep: 01453-030

RECEIVED
DEC 28 2010
U.S. BANKRUPTCY COURT
SD DIST OF NEW YORK