Sharon Kleinberg
Laurence M. Ostrin
23 East 10th Street #107
New York, NY 10003

December 30, 2010


RECEIVED JAN - 3 2011 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Clerk of the United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004

Re: Notice of Trustee's Determination of Claim
Liquidation of the business of Bernard L. Madoff Investment Securities LLC
Bankruptcy Case No. 08-1789 (BRL)

My husband (Laurence M. Ostrin) and I (Sharon Kleinberg) absolutely object to this determination.

We did have an investment in Bernard L. Madoff Investment Securities LLC - 2 Accounts:
- Sharon Kleinberg and Laurence Ostrin
- Sharon Kleinberg (IRA)

→ * Also, we never took any money out of our accounts.

Sincerely yours,

Sharon Kleinberg (Sharon Kleinberg)
Laurence M. Ostrin (Laurence M. Ostrin)

**Phyllis A. Katz, Ph.D.**
303 East 57th Street
Apt 40F
New York, NY 10022
Telephone 212-956-1339
Fax 212-956-5805
Phyllisakatz@cs.com

December 29, 2010

**Clerk of the United States Bankruptcy Court**
**Southern District of New York**
**Alexander Hamilton Custom House**
**One Bowling Green**
**New York, NY 10004**

Attn: Judge Lifland

Re: **Case No: 08-01789**

Dear Judge Lifland:

I would like to withdraw my request for an extension of time in the above related case, as I was able to secure this request directly with the parties involved.

Thank you for your time in this matter and hope that you continue to enjoy this most festive season.

Sincerely,

*[signature]*

Phyllis A Katz, Ph.D.

2010 DEC 30 A 11:41
FILED
U.S. BANKRUPTCY COURT