Sharon Kleinberg
Laurence M. Ostrin
23 East 10th Street #107
New York, NY 10003

December 30, 2010



Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

Re: Notice of Trustee's Determination of Claim
Liquidation of the business of Bernard L. Madoff Investment
Securities LLC
Bankruptcy Case No. 08-1789 (BRL)

My husband (Laurence M. Ostrin) and I (Sharon Kleinberg) absolutely object to this determination.

We did have an investment in Bernard L. Madoff Investment Securities LLC — 2 accounts:
- Sharon Kleinberg and Laurence Ostrin
- Sharon Kleinberg (IRA)

→* Also, we never took any money out of our accounts.

Sincerely yours.

Sharon Kleinberg (Sharon Kleinberg)
Laurence M. Ostrin (Laurence M. Ostrin)