JEFFREY STAVIN
4 TONI ANN CIRCLE
PLAINVIEW, NY 11803

December 28, 2010

RECEIVED
DEC 30 2010

Clerk of the United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green
New York, NY 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, NY 10111

Re: **Jeffrey Stavin, Partner in Partners Investment Co. (Claim No. 004131)**

    **Claim No. 011063**

    **Bankruptcy Case No. 08-1789 (BRL)**

Gentlemen:

I disagree with the Trustee's Determination dated December 3, 2010 to deny my claim. My objection to your determination is based upon the continuing litigation, which has not yet been adjudicated, relating to the status of claims of individuals who invested through partnerships and funds. I respectfully request my claim be reconsidered at the time these cases are adjudicated.

Very truly yours,

*Jeffrey Stavin*
Jeffrey Stavin