Laura Crivelli
2370 Jordan Drive
Cortland Manor, NY 10567



December 23, 2010

Clerk of the United States Bankruptcy Court
    for the Southern District of New York
One Bowling Green
New York, NY 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, NY 10111

**Re:  Laura Crivelli Partner in Partners
        Investment Co. (Claim No. 012649)**

**Bankruptcy Case No. 08-1789 (BRL)**

Gentlemen:

I disagree with the Trustee's Determination dated December 3, 2010 to deny my claim. My objection to your determination is based upon the continuing litigation, which has not yet been adjudicated, relating to the status of claims of individuals who invested through partnerships and funds. I respectfully request my claim be reconsidered at the time these cases are adjudicated.

Very truly yours,

*Laura Crivelli*

Laura Crivelli

JG:rs
JG-2010:12:23:Clerk of US Bankruptcy-Irving:Picard