UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL) [1]<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
          ) ss.:
COUNTY OF NEW YORK )

  I, **Oleg Bitman**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

  On December 29, 2010, I served the *Trustee's Opposition to Motion of Lawrence R. Velvel for (1) Judicial Approval of a Notice of Appeal—from Certain Avoidance Procedures—that was filed on December 20, 2010, Three Days after the Avoidance Procedures became applicable to him, or (2) in the alternative, for a brief extension of time, until December 1, 2010,*

---

[1] The Trustee is filing the present Affidavit of Service regarding Opposition to Velvel's Motion in the main case (08-01789) as opposed to Dean Velvel's adversary proceeding (Adv. Pro. No. 10-05412) because Dean Velvel filed his motion under the docket of the main case, despite listing the adversary proceeding caption on his motion. Motion to Approve, ECF No. 3544 (Dec. 20, 2010). The Trustee has omitted any reference to the Dean Velvel's adversary proceeding in the caption, as the Trustee's present Opposition is filed in the main case.

300139113

*for the filing of a prior Notice of Appeal that was Submitted on that Date* by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:**   *See Attached Schedule A*

                                                     */s/ Oleg Bitman*
                                                    OLEG BITMAN

Sworn to before me this
5th day of January, 2011


*/s/Magali Lespinasse Lee*
Notary Public

Magali Lespinasse Lee
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2014

2

300139113

# SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Chapter 7 Trustee**

Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**Securities Investor Protection Corporation**

Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**

Lisa Baroni – lisa.baroni@usdoj.gov
Carolina Fornos – carolina.fornos_@usdoj.gov
Alicia Simmons – Alicia.simmons@usdoj.gov
Matthew Schwartz – matthew.schwartz@usdoj.gov

**Counsel to the JPL**

Eric L. Lewis – Eric.Lewis@baachrobinson.com

3

300139113

Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA  01810

Stephen Fishbein, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-6069

David Bernfeld, Esq.
Bernfeld, DeMatteo & Bernfeld LLP
600 Third Avenue
New York, NY  10016

Jonathan M. Landers, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, NY  10119

Brian Neville, Esq.
Lax & Neville LLP
1412 Broadway, Suite 1407
New York, NY  10018

Helen Chaitman, Esq.
Becker & Poliakoff
45 Broadway, 11th Floor
New York, NY  10006

David Parker, Esq.
Kleinberg, Kaplan, Wolff & Cohen
551 Fifth Avenue, 18th Floor
New York, NY  10176

Carole Neville, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY  10020

Stephen A. Weiss, Esq.
Seeger Weiss LLP
One William Street
New York, NY  10004

Karen Wagner, Esq.
David Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

Chryssa V. Valletta, Esq.
Phillips Nizer LLP
666 Fifth Avenue
New York, NY  10103

Kelly A. Librera, Esq.
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, NY  10019

Daniel Glosband, Esq.
Goodwin Procter, LLP
620 Eighth Avenue
New York, NY  10018

Jeffrey A. Mitchell, Esq.
Gibbons, P.C.
One Pennsylvania Avenue
New York, NY  10019