BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON JANUARY 6, 2011 AT 10:00 A.M.**

**UNCONTESTED MATTER**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-1789**

1.　　Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement by and between The Trustee and Union Bancaire Privee and M-Invest Limited filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed:  12/6/2010) [Docket No. 3302]

300139294

Related Documents:

A. Affidavit of Service of Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement by and between The Trustee and Union Bancaire Privee and M-Invest Limited filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed:  1/5/2011) [Docket No. 3624]

Status:  This matter is going forward.

Dated: New York, New York
   January 5, 2011

**BAKER & HOSTETLER LLP**

By: /s/ *Marc E. Hirschfield*
   Baker & Hostetler LLP
   45 Rockefeller Plaza
   New York, NY  10111
   Telephone: (212) 589-4200
   Facsimile: (212) 589-4201
   Email: dsheehan@bakerlaw.com
   Marc E. Hirschfield
   Email: mhirschfield@bakerlaw.com
   Keith R. Murphy
   Email: kmurphy@bakerlaw.com
   Jonathan B. New
   Email: jnew@bakerlaw.com
   Adam B. Oppenheim
   Email: aoppenheim@bakerlaw.com
   Mark A. Kornfeld
   Email: mkomfeld@bakerlaw.com
   Melissa L. Kosack
   Email: mkosack@bakerlaw.com
   Anthony M. Stark
   Email: astark@bakerlaw.com
   Amy E. Vanderwal
   Email: avanderwal@bakerlaw.com

   *Attorneys for Irving H. Picard, Esq. Trustee*
   *for the Substantively Consolidated SIPA*
   *Liquidation of Bernard L. Madoff*
   *Investment Securities LLC And Bernard L. Madoff*