UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |

## ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING AN AGREEMENT BY AND AMONG THE TRUSTEE AND UNION BANCAIRE PRIVÉE

Upon the motion (the "Motion")[1] of Irving H. Picard, Esq. (the "Trustee") as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, seeking entry of an order, pursuant to sections 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, approving the agreement, by and among the Trustee on one the hand and Union Bancaire Privée, UBP S.A. ("UBP") and M-Invest Limited ("M-Invest"), on the other hand, in substantially the form annexed to the Motion (the "Agreement"); and it appearing that

---
[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

due and sufficient notice has been given to all parties in interest as required by Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure; and the Court having considered the Affidavit of Irving Picard in support of the Motion; and it further appearing the relief sought in the Motion is appropriate based upon the record of the hearing held before this Court to consider the Motion; and it further appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation; and sufficient cause appearing therefor; it is

      ORDERED, that the Motion is granted in its entirety; and it is further

      ORDERED, that the Agreement between the Trustee on the one hand and UBP, and M-Invest, on the other hand, is hereby approved and authorized; and it is further

      ORDERED, that the Trustee, UBP, on behalf of itself, and M-Invest, on behalf of itself and the M-Invest BLMIS Account Holder, shall each comply with and carry out the terms of the Agreement.

Dated: New York, New York
      January 6, 2011

      /s/Burton R. Lifland
      HONORABLE BURTON R. LIFLAND
      UNITED STATES BANKRUPTCY JUDGE