

**CANDACE NEWLOVE**
**ARTIST - CLAY & FIBERS**

P.O. BOX 943
NEDERLAND, CO 80466
720-565-5991

[RECEIVED stamp: JAN -6 2011 U.S. BANKRUPTCY COURT, SDNY]

12/31/10

To Judge Burton Lifland -

　I am writing in response to the latest motion of the Jeffrey Picower estate's offering to the trustee Irving picard on behalf of the Madoff Victims recovery... I am desparately discouraged how this has transformed. I am an investor + have been defrauded of my lifesavings... My money was invested with a firm here in Boulder Colorado who invested with a firm that invested our portfolios with Madoff... We are being told that because we are indirect investors that we have NO RIGHTS to our money →

CANDACENEWLOVE@STARLITEINTERNET.COM

This is WRONG, UNJUST, UNFAIR + illogical... I implore you to please take this money + have it held in trust for ALL investors not just the legally defined direct investors... We are real people with real lives + real rights to an equitable recovery of our hard earned monies... please take this letter as a formal request to put a hold on this money + distribute it fairly + equitably amongst all of the investors... This was Mrs Picowers request to return the monies to the people that lost... It is my understanding that over 16,000 claims were filed as investors asking to be refunded or assisted by SIPC and only a little over 2,000 were granted this "privilege" That is only 14% or less of victims being



**CANDACE NEWLOVE**
ARTIST - CLAY & FIBERS

P.O. BOX 943
NEDERLAND, CO 80466
720-565-5991

Compensated... I understand this is a complex case but PLEASE if you can find it in your heart & within your professional stature to please do what is not only right but to uphold the request of Mrs. Picower...

Thank You So much -

Candace S. Newlove

CANDACENEWLOVE@STARLITEINTERNET.COM