# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:___516-498-9698 (Admin Agent)___

HOME:___516-498-9698 (Admin Agent)___

Account #: 1-FR-063-3-0
Optima Limited Partnership
C/O Rachel Sha
7 Sutton Court
Great Neck, NY 11021

Taxpayer I.D. Number (Social Security No.)
___N.A.___

(If incorrect, please change)

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of **December 11, 2008**:
   a.    The Broker owes me a Credit (Cr.) Balance of   $ ___16,325,031.04___
   b.    I owe the Broker a Debit (Dr.) Balance of   $ _____

See Attachment 1

502180406

1

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                    $_____

d.    If balance is zero, insert "None."            _____

2.    Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | See Attachment 1 | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

**information regarding any withdrawals you have ever made or payments received
from the Debtor.**    See Attachment 2

Please explain any differences between the securities or cash claimed and the cash
balance and securities positions on your last account statement.  If, at any time, you
complained in writing about the handling of your account to any person or entity or
regulatory authority, and the complaint relates to the cash and/or securities that you are
now seeking, please be sure to provide with your claim copies of the complaint and all
related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION
ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT
PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR
COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | x |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | x |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | x |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | x |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | x |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | |

Bernard L. Madoff
Investment
Securities
885 Third Ave.
New York, NY 10022

212-230-2424

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970? if                                    X
      so, give name of that broker.          _____    _____

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:____Howard Herman, Moses & Singer LLP,____
      ____Chrysler Building, 405 Lexington Ave., New York, NY 10174____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**    Optima Limited Partnership
                             By: Optima, Inc., Its General Partner
                             By: _____
Date ___20 - 6 - 2009___    Signature__Choi Sang Shum, Its Authorized Signatory__

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Attachment 3

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**Attachment 1**

**Positions As Of November 30, 2008**

MADF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET  P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING 11/30/08

YOUR ACCOUNT NUMBER 1-FR063-3-0

PAGE 1

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 990,161.87 | |
| 11/12 | 9,126 | | 3396 | WAL-MART STORES INC | 55.830 | 509,869.58 | |
| 11/12 | 5,967 | | 3898 | INTERNATIONAL BUSINESS MACHS | 87.270 | 520,978.09 | |
| 11/12 | 22,113 | | 7722 | EXXON MOBIL CORP | 72.080 | 1,612,479.44 | |
| 11/12 | 24,219 | | 8224 | INTEL CORP | 14.510 | 352,385.69 | |
| 11/12 | 11,583 | | 12550 | JOHNSON & JOHNSON | 59.580 | 690,578.14 | |
| 11/12 | 15,795 | | 16876 | J.P. MORGAN CHASE & CO | 38.530 | 609,212.35 | |
| 11/12 | 8,424 | | 21201 | COCA COLA CO | 44.660 | 376,551.84 | |
| 11/12 | 4,914 | | 25527 | MCDONALDS CORP | 55.370 | 272,284.18 | |
| 11/12 | 9,126 | | 29853 | MERCK & CO | 28.550 | 260,912.30 | |
| 11/12 | 33,345 | | 34179 | MICROSOFT CORP | 21.810 | 728,287.45 | |
| 11/12 | 16,848 | | 38505 | ORACLE CORPORATION | 17.300 | 292,143.40 | |
| 11/12 | 6,669 | | 51483 | PEPSICO INC | 56.410 | 376,464.29 | |
| 11/12 | 3,861 | | 51985 | APPLE INC | 100.780 | 389,265.58 | |
| 11/12 | 28,431 | | 55809 | PFIZER INC | 16.940 | 482,758.14 | |
| 11/12 | 6,669 | | 56311 | ABBOTT LABORATORIES | 54.610 | 364,460.09 | |
| 11/12 | 12,636 | | 60135 | PROCTER & GAMBLE CO | 64.080 | 810,219.88 | |
| 11/12 | 4,563 | | 60637 | AMGEN INC | 59.180 | 270,129.08 | |
| 11/12 | 8,775 | | 64461 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 382,941.00 | |
| 11/12 | 21,060 | | 64963 | BANK OF AMERICA | 21.590 | 455,527.40 | |
| 11/12 | 7,020 | | 68787 | QUALCOMM INC | 33.770 | 237,345.40 | |
| 11/12 | 22,815 | | 69289 | CITI GROUP INC | 12.510 | 286,327.65 | |
| 11/12 | 5,265 | | 73113 | SCHLUMBERGER LTD | 49.490 | 260,722.20 | |
| 11/12 | 12,636 | | 73615 | COMCAST CORP CL A | 16.510 | 209,125.36 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE **2**

PERIOD ENDING **11/30/08**

YOUR TAX PAYER IDENTIFICATION NUMBER

YOUR ACCOUNT NUMBER **1-FR063-3-0**

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/12 | 24,921 | | 77439 | AT&T INC | 27 | 673,863.00 | |
| 11/12 | 6,318 | | 77941 | CONOCOPHILIPS | 52.510 | 332,010.18 | |
| 11/12 | 4,212 | | 81765 | UNITED PARCEL SVC INC CLASS B | 52.040 | 219,360.48 | |
| 11/12 | 25,623 | | 82267 | CISCO SYSTEMS INC | 16.730 | 429,696.79 | |
| 11/12 | 7,371 | | 86091 | U S BANCORP | 29.530 | 217,959.63 | |
| 11/12 | 8,775 | | 86593 | CHEVRON CORP | 73.430 | 644,699.25 | |
| 11/12 | 4,212 | | 90417 | UNITED TECHNOLOGIES CORP | 53.160 | 224,077.92 | |
| 11/12 | 44,577 | | 90919 | GENERAL ELECTRIC CO | 19.630 | 876,829.51 | |
| 11/12 | 11,934 | | 94743 | VERIZON COMMUNICATIONS | 30.410 | 363,389.94 | |
| 11/12 | 1,053 | | 95245 | GOOGLE | 337.400 | 355,324.20 | |
| 11/12 | 14,742 | | 99069 | WELLS FARGO & CO NEW | 29.800 | 439,900.60 | |
| 11/12 | 10,530 | | 99571 | HEWLETT PACKARD CO | 34.900 | 367,918.00 | |
| 11/12 | | 100,000 | 19942 | U S TREASURY BILL DUE 12/18/2008 | 99.942 | 99,942.00 | 99,942.00 |
| 11/12 | | 15,825,000 | 21681 | U S TREASURY BILL DUE 2/12/2009 12/18/2008 | 99.936 | | 15,814,872.00 |
| 11/12 | | | | U S TREASURY BILL 2/12/2009 | | | |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 1005 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | 30.19 | |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3 |

YOUR TAX PAYER IDENTIFICATION NUMBER

YOUR ACCOUNT NUMBER
1-FR063-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | | 99,483 | 16780 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 99,483.00 |
| 11/12 | 47,167 | | 26149 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 47,167.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 5.02 |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | 1.74 | |
| 11/19 | | 47,167 | 51480 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 47,167.00 |
| 11/19 | 1,075,000 | | 56085 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 1,074,204.50 | |
| 11/19 | 24,563 | | 60519 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,563.00 | |
| | | | | NEW BALANCE | | 1,970,855.91 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 24,921 | | | AT&T INC | 28.560 | | |
| | 6,669 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 4,563 | | | AMGEN INC | 55.540 | | |
| | 3,861 | | | APPLE INC | 92.670 | | |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 4

**PERIOD ENDING** 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER

**YOUR ACCOUNT NUMBER** 1-FR063-3-0

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 21,060 | | | BANK OF AMERICA | 16.250 | | |
| | 8,775 | | | CHEVRON CORP | 79.010 | | |
| | 25,623 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 22,815 | | | CITI GROUP INC | 8.290 | | |
| | 8,424 | | | COCA COLA CO | 46.870 | | |
| | 12,636 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 6,318 | | | CONOCOPHILIPS | 52.520 | | |
| | 22,113 | | | EXXON MOBIL CORP | 80.150 | | |
| | 44,577 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 1,053 | | | GOOGLE | 292.960 | | |
| | 10,530 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 24,219 | | | INTEL CORP | 13.800 | | |
| | 5,967 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 15,795 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 11,583 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 4,914 | | | MCDONALDS CORP | 58.750 | | |
| | 9,126 | | | MERCK & CO | 26.720 | | |
| | 33,345 | | | MICROSOFT CORP | 20.220 | | |
| | 16,848 | | | ORACLE CORPORATION | 16.090 | | |
| | 6,669 | | | PEPSICO INC | 56.700 | | |
| | 28,431 | | | PFIZER INC | 16.430 | | |
| | 8,775 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 12,636 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 7,020 | | | QUALCOMM INC | 33.570 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET   P O BOX 309
GEORGE TOWN  GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING  11/30/08
YOUR ACCOUNT NUMBER  1-FR063-3-0
PAGE  5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 5,265 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 24,563 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 7,371 | | | U S BANCORP | 26.980 | | |
| | 4,212 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 1,075,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 4,212 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 11,934 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 9,126 | | | WAL-MART STORES INC | 55.880 | | |
| | 14,742 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | 16,563,711.04 | | | | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020/ 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET  P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING **11/30/08**    PAGE **6**

YOUR ACCOUNT NUMBER **1-FR063-3-0**    YOUR TAX PAYER IDENTIFICATION NUMBER **M**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 112,037.01 |
| | | | | GROSS PROCEEDS FROM SALES | | | 94,740,345.11 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**[MADF] INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET   P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-FR063-4-0
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 990,162.00 |
| 11/12 | | 351 | 42831 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 554,229.00 |
| 11/12 | 351 | | 47257 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 625,131.00 | |
| 11/19 | | 351 | 33261 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 912,249.00 |
| 11/19 | 351 | | 37586 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 1,053,351.00 | |
| 11/19 | 351 | | 41911 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 105,651.00 | |
| 11/19 | | 351 | 46236 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 1,298,349.00 |
| | | | | NEW BALANCE | | | 1,970,856.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 351 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 351 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG       SHORT 579,150.00       817,830.00- | | | |

**Attachment 2**

**Deposit / Withdrawal History**

### Optima Limited Partnership Withdrawal/Deposit History

| | Addition | Withdrawal |
|---|---|---|
| Oct-99 | 1,499,980.00 | |
| Feb-00 | 1,499,980.00 | |
| Feb-00 | | (55,000.00) |
| Aug-00 | 399,980.00 | |
| Nov-00 | 4,999,980.00 | |
| May-01 | | (65,000.00) |
| Oct-01 | | (65,000.00) |
| Jan-02 | | (65,000.00) |
| Jun-02 | | (65,000.00) |
| Nov-02 | 1,250,000.00 | |
| Dec-02 | 550,000.00 | |
| Mar-03 | | (65,000.00) |
| May-03 | | (430,000.00) |
| Jul-03 | 880,000.00 | |
| Mar-04 | | (820,000.00) |
| Aug-04 | | (760,000.00) |
| Dec-04 | | (100,000.00) |
| Mar-05 | | (80,000.00) |
| Aug-05 | | (350,000.00) |
| Apr-06 | | (800,000.00) |
| Dec-06 | | (150,000.00) |
| Apr-07 | | (80,000.00) |
| May-07 | | (430,000.00) |
| Jun-07 | | (500,000.00) |
| Sep-07 | | (1,160,000.00) |
| Mar-08 | | (100,000.00) |
| Jun-08 | | (600,000.00) |
| | 11,079,920.00 | (6,740,000.00) |

Last check ($80K) on 12/09/08 did not clear.

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY    CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:  CHECK WIRE

10/14/99

1,499,980.00

CLIENT'S ACCOUNT NUMBER

1-FR063-3

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET  P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/99

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

OPTIMA LIMITED PARTNERSHIP              1-FR063-3
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET  P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

| | | |
|---|---|---|
| STARTING EQUITY | 10/14/99 | 1,499,980.00CR |
| CAPITAL ADDITIONS | | |
| CAPITAL WITHDRAWALS | | 21.88- |
| REALIZED P/L FOR CURRENT YEAR | | 39,064.42CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | |
| CURRENT CASH BALANCE | | .54CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | | 1,539,022.00 NET LONG |
| TOTAL EQUITY | | 1,539,022.54CR |

ANNUALIZED RETURN FOR CURRENT YEAR    12.03 %

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

PAGE 1
PERIOD ENDING 2/29/00
YOUR ACCOUNT NUMBER 1-FR063-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER M

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 2/08 | | | | BALANCE FORWARD | | | 7,330.88 |
| 2/14 | | | | CHECK | CW | | 1,499,980.00 |
| 2/14 | | | | CHECK WIRE | CA | 55,000.00 | |
| 2/14 | | | | TEXAS INSTRUMENTS INC DIV 1/31/00 2/14/00 | DIV | | 10.20 |
| 2/14 | | | | W/H TAX DIV TXN | | 3.06 | |
| 2/14 | 1,450,000 | | 8213 | U S TREASURY BILL DUE 04/06/2000 | CM 99.250 | 1,639,125.00 | |
| 2/15 | | | | PROCTER & GAMBLE CO DIV 1/21/00 2/15/00 | DIV | | 128.00 |
| 2/15 | | | | W/H TAX DIV PG | | 38.40 | |
| 2/15 | 5,855 | | 8231 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | CW 1 | 5,855.00 | |
| 2/24 | | 880 | 3725 | ORACLE CORPORATION | 59 | | 51,920.00 |
| 2/24 | | 440 | 7455 | PEPSICO INC | 34 3/16 | | 15,042.50 |
| 2/24 | | 480 | 9480 | AMERICAN INTL GROUP INC | 89 3/4 | | 43,080.00 |
| 2/24 | | 400 | 11185 | PROCTER & GAMBLE CO | 93 3/4 | | 37,500.00 |
| 2/24 | | 320 | 13210 | AMGEN INC | 72 5/16 | | 23,140.00 |
| 2/24 | | 920 | 14915 | AT & T CORP | 47 1/2 | | 43,700.00 |
| 2/24 | | 140 | 16940 | AMERICAN EXPRESS COMPANY | 140 1/4 | | 19,635.00 |
| 2/24 | | 240 | 18645 | TEXAS INSTRUMENTS INC | 135 1/2 | | 32,520.00 |
| 2/24 | | 280 | 20658 | BOEING CO | 36 7/8 | | 10,325.00 |
| 2/24 | | 480 | 22372 | WELLS FARGO & CO NEW | 34 | | 16,320.00 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

YOUR ACCOUNT NUMBER: 1-FR063-3-0
PERIOD ENDING: 8/31/00
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 8/15 | | 46,571 | 52364 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 46,571.00 |
| 8/15 | 1,650,000 | | 68585 | U S TREASURY BILL DUE 11/9/2000 | 98.550 | 1,626,075.00 | |
| 8/15 | 1,650,000 | | 72423 | U S TREASURY BILL DUE 11/2/2000 | 98.670 | 1,628,055.00 | |
| 8/21 | | | | TEXAS INSTRUMENTS INC DIV 7/31/00 8/21/00 | DIV | | 19.70 |
| 8/21 | | | | W/H TAX DIV TXN | CW | 5.61 | |
| 8/24 | | | | MERRILL LYNCH & CO INC DIV 9/04/00 8/24/00 | DIV | | 64.00 |
| 8/25 | | | | W/H TAX DIV MER | CW | 19.20 | |
| 8/25 | | | | CITI GROUP INC DIV 8/07/00 8/25/00 | DIV | | 321.07 |
| 8/28 | | | | W/H TAX DIV C | CW | 96.32 | |
| 8/28 | | | | CHECK WIRE | CA | | → 399,980.00 |
| 8/28 | 400,000 | | 75215 | U S TREASURY BILL DUE 11/2/2000 | 98.880 | 395,520.00 | |
| 8/31 | 19,155 | | 76728 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,155.00 | |
| | | | | NEW BALANCE | | 4,791.61 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 19,155 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING: 11/30/00

YOUR ACCOUNT NUMBER: 1-FR063-3-0

PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | | 1,850,000 | 81307 | U S TREASURY BILL DUE 01/18/2001 | 98.750 | | 1,827,060.00 |
| | | | | | | | |
| 11/07 | | | | CHECK WIRE                 1/18/2001 | CA | | 4,999,980.00 |
| 11/07 | 5,075,000 | | 16836 | U S TREASURY BILL DUE 01/11/2001 | 98.830 | 5,018,160.00 | |
| | | | | | | | |
| | | | | 1/11/2001 | | | |
| 11/08 | 1,127 | | 2946 | BANK OF AMERICA | 48 7/8 | 55,082.13 | |
| 11/08 | 1,784 | | 3551 | VERIZON COMMUNICATIONS | 56 15/16 | 100,437.75 | |
| 11/08 | 1,323 | | 6539 | BRISTOL MYERS SQUIBB COMPANY | 61 3/4 | 81,695.25 | |
| 11/08 | 1,078 | | 7144 | WELLS FARGO & CO NEW | 46 1/2 | 50,127.00 | |
| 11/08 | 3,038 | | 10132 | CITI GROUP INC | 54 | 164,052.00 | |
| 11/08 | 3,038 | | 10737 | WAL-MART STORES INC | 47 1/8 | 143,165.75 | |
| 11/08 | 4,606 | | 13725 | CISCO SYSTEMS INC | 56 1/4 | 259,087.50 | |
| 11/08 | 2,352 | | 14330 | EXXON MOBIL CORP | 87 5/8 | 206,094.00 | |
| 11/08 | 1,372 | | 17318 | THE WALT DISNEY CO | 37 3/4 | 51,793.00 | |
| 11/08 | 1,470 | | 20911 | EMC CORPORATION MASS | 97 | 142,590.00 | |
| 11/08 | 6,615 | | 24504 | GENERAL ELECTRIC CO | 53  3/16 | 351,935.31 | |
| 11/08 | 1,568 | | 28097 | HOME DEPOT INC | 41 | 64,288.00 | |
| 11/08 | 1,323 | | 31690 | HEWLETT PACKARD CO | 45 3/4 | 60,527.25 | |
| 11/08 | 1,176 | | 35293 | INTERNATIONAL BUSINESS MACHS | 100 | 117,600.00 | |
| 11/08 | 4,508 | | 38876 | INTEL CORP | 46 | 207,368.00 | |
| 11/08 | 931 | | 42469 | JOHNSON & JOHNSON | 91 1/4 | 84,953.75 | |
| 11/08 | 1,656 | | 46062 | COCA COLA CO | 59 3/8 | 98,918.75 | |
| 11/08 | 2,303 | | 49655 | LUCENT TECHNOLOGIES INC | 24 | 55,272.00 | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET  P O BOX 309
GEORGE TOWN  GRAND CAYMAN
CAYMAN ISLAND

| PERIOD ENDING | YOUR ACCOUNT NUMBER | PAGE |
|---|---|---|
| 5/31/01 | 1-FR063-3-0 | 1 |

**YOUR TAX PAYER IDENTIFICATION NUMBER**  M

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 19,150.70 |
| 5/01 | | | | AT & T CORP | DIV | | 147.38 |
| 5/01 | | | | DIV 3/30/01  5/01/01 | | | |
| 5/01 | | | | W/H TAX DIV T | CH | 44.21 | |
| 5/01 | | | | BRISTOL MYERS SQUIBB COMPANY | DIV | | 556.88 |
| 5/01 | | | | DIV 4/06/01  5/01/01 | | | |
| 5/01 | | | | W/H TAX DIV BMY | CH | 167.06 | |
| | | | | PHARMACIA CORP | DIV | | 162.72 |
| 5/01 | | | | DIV 4/10/01  5/01/01 | | | |
| 5/01 | | | | W/H TAX DIV PHA | CH | 48.82 | |
| | | | | VERIZON COMMUNICATIONS | DIV | | 1,091.48 |
| 5/01 | | | | DIV 4/10/01  5/01/01 | | | |
| 5/01 | | | | W/H TAX DIV VZ | CH | 327.44 | |
| 5/02 | | | | TYCO INTERNATIONAL LTD | DIV | | 23.29 |
| | | | | DIV 4/02/01  5/02/01 | | | |
| 5/02 | | | | W/H TAX DIV TYC | CH | 6.99 | |
| 5/04 | | | | CHECK | CH | 65,000.00 | |
| 5/10 | | | | AMERICAN EXPRESS COMPANY | DIV | | 110.16 |
| | | | | DIV 4/06/01  5/10/01 | | | |
| 5/10 | | | | W/H TAX DIV AXP | CH | 33.05 | |
| 5/15 | | | | PROCTER & GAMBLE CO | DIV | | 474.60 |
| | | | | DIV 4/20/01  5/15/01 | | | |
| 5/15 | | | | W/H TAX DIV PG | CH | 142.38 | |
| 5/15 | | | | FIDELITY SPARTAN | DIV | | 8.80 |
| 5/29 | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 05/29/01 | | | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
Investment Securities LLC
New York ☐ London

MadF

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S. CHURCH STREET  P O BOX 309
GEORGE TOWN  GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING 10/31/01

YOUR ACCOUNT NUMBER 1-FR063-3-0

PAGE 1

M

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1,610,030.79 | |
| 10/01 | | | | COCA COLA CO | DIV | | 892.80 |
| 10/01 | | | | DIV 9/15/01 10/01/01 | CM | 267.84 | |
| 10/01 | | | | W/H TAX DIV KO | DIV | | 1,624.00 |
| | | | | MERCK & CO | | | |
| 10/01 | | | | DIV 9/04/01 10/01/01 | CM | 487.20 | |
| 10/09 | | | | W/H TAX DIV MRK | DIV | | 631.12 |
| | | | | WAL-MART STORES INC | | | |
| | | | | DIV 9/21/01 10/09/01 | CM | 189.34 | |
| 10/09 | | | | W/H TAX DIV WMT | DIV | | 316.00 |
| 10/10 | | | | HEWLETT PACKARD CO | | | |
| | | | | DIV 9/19/01 10/10/01 | CM | 94.80 | |
| 10/10 | | | | W/H TAX DIV HWP | DIV | | 58.34 |
| 10/15 | | | | CHECK | | 65,000.00 | |
| 10/15 | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 10/15 | | | | DIV 10/15/01 | CM | 17.50 | |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | W/H TAX DIV FDLXX | | | |
| 10/15 | | 25,517 | 38975 | FIDELITY SPARTAN | 1 | | 25,517.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 10/15 | | 775,000 | 42880 | U S TREASURY BILL | 99.680 | | 772,520.00 |
| | | | | DUE 12/6/01  12/06/2001 | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**MadF** INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

| PERIOD ENDING | YOUR ACCOUNT NUMBER | PAGE |
|---|---|---|
| 1/31/02 | 1-FR063-3-0 | 3 |

YOUR TAX PAYER IDENTIFICATION NUMBER    M

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/14 | | 4,950,000 | 60024 | U S TREASURY BILL DUE 5/30/2002 | 99.370 | | 4,918,815.00 |
| 1/23 | 200,000 | | 36486 | U S TREASURY BILL 5/30/2002 DUE 04/18/2002 | 99.600 | 199,200.00 | |
| 1/25 | | | 37286 | CHECK | CM | 65,000.00 → | |
| 1/28 | | 200,000 | 37286 | U S TREASURY BILL DUE 04/18/2002 4/18/2002 | 99.620 | | 199,240.00 |
| 1/28 | 150,000 | | 37341 | U S TREASURY BILL DUE 04/18/2002 4/18/2002 | 99.620 | 149,430.00 | |
| 1/31 | 9,221 | | 40872 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/18/2002 | 1 | 9,221.00 | |
| | | | | NEW BALANCE | | 200,733.18 | |
| | | | | | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 8,517 | | | AOL TIME WARNER INC | 26.310 | | |
| | 6,847 | | | AT & T CORP | 17.790 | | |
| | 2,672 | | | AMERICAN EXPRESS COMPANY | 35.850 | | |
| | 5,177 | | | AMERICAN INTL GROUP INC | 74.150 | | |
| | 2,004 | | | AMGEN INC | 55.500 | | |
| | 3,006 | | | BANK OF AMERICA | 63.030 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET  P O BOX 309
GEORGE TOWN  GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING: 6/30/02
YOUR TAX PAYER IDENTIFICATION NUMBER:
YOUR ACCOUNT NUMBER: 1-FR063-3-0
PAGE: 1  M

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 535,660.54 | |
| 6/03 | | | | INTEL CORP | DIV | | 146.02 |
| | | | | DIV 5/07/02 6/01/02 | | | |
| 6/03 | | | | W/H TAX DIV INTC | CH | 43.81 | |
| 6/03 | | | | WELLS FARGO & CO NEW | DIV | | 1,080.80 |
| | | | | DIV 5/10/02 6/01/02 | | | |
| 6/03 | | | | W/H TAX DIV WFC | CH | 326.24 | |
| 6/06 | | | | PFIZER INC | DIV | | 1,892.53 |
| | | | | DIV 5/17/02 6/06/02 | | | |
| 6/06 | | | | W/H TAX DIV PFE | CH | 564.76 | |
| 6/10 | | | | ANHEUSER-BUSCH COS INC | DIV | | 260.46 |
| | | | | DIV 5/09/02 6/10/02 | | | |
| 6/10 | | | | W/H TAX DIV BUD | CH | 78.14 | |
| 6/10 | | | | EXXON MOBIL CORP | DIV | | 3,595.59 |
| | | | | DIV 5/13/02 6/10/02 | | | |
| 6/10 | | | | W/H TAX DIV XOM | CH | 1,078.68 | |
| 6/10 | | | | INTERNATIONAL BUSINESS MACHS | DIV | | 601.95 |
| | | | | DIV 5/10/02 6/10/02 | | | |
| 6/10 | | | | W/H TAX DIV IBM | CH | 180.59 | |
| 6/11 | | | | CHECK | CH | 65,000.00 → | |
| 6/11 | | | | JOHNSON & JOHNSON | DIV | | 516.40 |
| | | | | DIV 5/21/02 6/11/02 | | | |
| 6/11 | | | | W/H TAX DIV JNJ | CH | 154.92 | |
| 6/12 | | | | DU PONT E I DE NEMOURS & CO | DIV | | 588.00 |
| | | | | DIV 5/15/02 6/12/02 | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET  P O BOX 309
GEORGE TOWN  GRAND CAYMAN
CAYMAN ISLAND

| PERIOD ENDING | 11/30/02 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | |
| YOUR ACCOUNT NUMBER | 1-FR063-3-0 |
| PAGE | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 870,896.60 |
| 11/05 | 1,250,000 | | | CHECK | CA | | → 1,250,000.00 |
| 11/05 | | | 78819 | U S TREASURY BILL DUE 12/19/2002 12/19/2002 | 99.830 | 1,247,875.00 | |
| 11/08 | 75,000 | 6,220 | 76019 | AT & T CORP | 14.060 | | 87,453.20 |
| 11/08 | | | 79526 | U S TREASURY BILL DUE 12/19/2002 12/19/2002 | 99.871 | 74,903.25 | |
| 11/08 | 14,675 | | 81653 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 14,675.00 | |
| 11/15 | | 1,228 | 84523 | AMERICAN INTL GROUP INC | 63.990 | | 78,579.72 |
| 11/15 | | 592 | 84802 | AMGEN INC | 45.430 | | 26,894.56 |
| 11/15 | | 2,131 | 85081 | AOL TIME WARNER INC | 15.020 | | 32,007.62 |
| 11/15 | | 607 | 85360 | AMERICAN EXPRESS COMPANY | 35.220 | | 21,378.54 |
| 11/15 | | 399 | 85639 | BOEING CO | 31.650 | | 12,628.35 |
| 11/15 | | 725 | 85918 | BANK OF AMERICA | 67.610 | | 49,017.25 |
| 11/15 | | 945 | 86197 | BRISTOL MYERS SQUIBB COMPANY | 26.650 | | 25,184.25 |
| 11/15 | | 412 | 86476 | ANHEUSER BUSCH COS INC | 48.550 | | 20,002.60 |
| 11/15 | | 2,355 | 86755 | CITI GROUP INC | 36.330 | | 85,557.15 |
| 11/15 | | 266 | 87034 | COLGATE PALMOLIVE CO | 52.930 | | 14,079.38 |
| 11/15 | | 3,419 | 87313 | CISCO SYSTEMS INC | 12.880 | | 44,036.72 |
| 11/15 | | 474 | 87591 | DU PONT E I DE NEMOURS & CO | 42.150 | | 19,979.10 |
| 11/15 | | 962 | 87870 | THE WALT DISNEY CO | 17.500 | | 16,835.00 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING: 12/31/02
YOUR ACCOUNT NUMBER: 1-FR063-3-0
PAGE: 2
M

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/09 | 1,325,000 | | 95913 | U S TREASURY BILL DUE 3/20/2003 | 99.656 | 1,320,574.50 | |
| 12/10 | | | | EXXON MOBILE CORP 3/20/2003 DIV 11/12/02 12/10/02 | DIV | | 24,532.30 |
| 12/10 | | | | W/H TAX DIV XOM | CH | 759.69 | |
| 12/10 | | | | INTERNATIONAL BUSINESS MACHS DIV 12/08/02 12/10/02 | DIV | | 414.00 |
| 12/10 | | | | W/H TAX DIV IBM | CH | 124.20 | |
| 12/10 | | | | JOHNSON & JOHNSON DIV 11/19/02 12/10/02 | DIV | | 269.35 |
| 12/10 | | | | W/H TAX DIV JNJ | CH | 80.51 | |
| 12/10 | | | | UNITED TECHNOLOGIES CORP DIV 11/15/02 12/10/02 | DIV | | 133.28 |
| 12/10 | | | | W/H TAX DIV UTX | CH | 39.98 | |
| 12/13 | | | | CHECK | CA | | 550,000.00 |
| 12/13 | 550,000 | | 97721 | U S TREASURY BILL DUE 3/20/2003 | 99.679 | 548,234.50 | |
| 12/16 | | | | DU PONT E I DE NEMOURS & CO 3/20/2003 DIV 11/15/02 12/14/02 | DIV | | 406.70 |
| 12/16 | | | | W/H TAX DIV DD | CH | 122.01 | |
| 12/31 | | 1,350,000 | 2736 | U S TREASURY BILL DUE 1/2/2003 | 99.995 | | 1,349,932.50 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET   P O BOX 309
GEORGE TOWN  GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING: **3/31/03**
PAGE: **7**
YOUR ACCOUNT NUMBER: **1-FR063-3-0**
YOUR TAX PAYER IDENTIFICATION NUMBER: **M**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/26 | | 4,424 | 65835 | BANC ONE CORP | 36.920 | | 163,334.08 |
| 3/26 | | 20,224 | 69915 | ORACLE CORPORATION | 11.570 | | 233,991.68 |
| 3/26 | | 10,112 | 71917 | AMERICAN INTL GROUP INC | 54.660 | | 552,721.92 |
| 3/26 | | 4,740 | 75997 | AMGEN INC | 58.720 | | 278,332.80 |
| 3/26 | | 6,636 | 78085 | PEPSICO INC | 41.440 | | 274,905.84 |
| 3/26 | | 17,380 | 80077 | AOL TIME WARNER INC | 11.400 | | 198,132.00 |
| 3/26 | | 23,700 | 82165 | PFIZER INC | 31.930 | | 756,741.00 |
| 3/25 | | 5,056 | 84157 | AMERICAN EXPRESS COMPANY | 37.860 | | 191,420.16 |
| 3/26 | | 4,740 | 86245 | PROCTER & GAMBLE CO | 88.940 | | 421,575.60 |
| 3/26 | | 5,688 | 88237 | BANK OF AMERICA | 70.430 | | 400,605.84 |
| 3/26 | | 5,056 | 90325 | PHARMACIA CORP | 44.460 | | 224,789.76 |
| 3/26 | | 7,268 | 92317 | BRISTOL MYERS SQUIBB COMPANY | 22.390 | | 162,730.52 |
| 3/26 | | 12,640 | 94405 | SBC COMMUNICATIONS INC | 21.730 | | 274,667.20 |
| 3/26 | | 3,160 | 96397 | ANHEUSER BUSCH COS INC | 48.400 | | 152,944.00 |
| 3/26 | | 6,636 | 98532 | VIACOM INC | 41.720 | | 276,853.92 |
| | | | | CLASS B NON VOTING SHS | | | |
| 3/26 | | | | CHECK | CW | 65,000.00 | |
| 3/26 | 6,475,000 | | 20398 | U S TREASURY BILL | 99.550 | 6,445,862.50 | |
| | | | | DUE 8/14/2003 | | | |
| | | | | 8/14/2003 | | | |
| 3/26 | 6,475,000 | | 24406 | U S TREASURY BILL | 99.527 | 6,444,373.25 | |
| | | | | DUE 8/21/2003 | | | |
| | | | | 8/21/2003 | | | |
| 3/26 | 10,604 | | 28421 | FIDELITY SPARTAN | 1 | | 10,604.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE 8 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET  P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING: 5/31/03
YOUR ACCOUNT NUMBER: 1-FR063-3-0
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/13 | | 6,500,000 | 98900 | U S TREASURY BILL DUE 8/28/2003 | 99.673 | | 6,478,745.00 |
| 5/13 | 18,865 | | 63335 | FIDELITY SPARTAN 8/28/2003 U S TREASURY MONEY MARKET | 1 | 18,865.00 | |
| 5/19 | | | | CHECK | CM | 430,000.00 | |
| 5/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 05/19/03 | .DIV | | 2.49 |
| 5/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CM | .75 | |
| 5/19 | | 18,865 | 81039 | FIDELITY SPARTAN U.S TREASURY MONEY MARKET | 1 | | 18,865.00 |
| 5/21 | | 3,324 | 88732 | DU.PONT E I DE NEMOURS & CO | 42.310 | | 140,638.44 |
| 5/21 | | 6,371 | 89386 | U S BANCORP | 23.360 | | 148,826.56 |
| 5/21 | | 3,878 | 89816 | BANC ONE CORP | 37.830 | | 146,704.74 |
| 5/21 | | 2,770 | 89817 | ANHEUSER BUSCH COS INC | 51.780 | | 143,430.60 |
| 5/21 | 50,000 | | 90052 | U S TREASURY BILL DUE 10/2/2003 | 99.609 | 49,804.50 | |
| 5/21 | 40,272 | | 90692 | FIDELITY SPARTAN 10/02/2003 U S TREASURY MONEY MARKET | 1 | 40,272.00 | |
| | | | | NEW BALANCE | | | |
| 5/21 | 14,681 | | | SECURITY POSITIONS AOL TIME WARNER INC | MKT PRICE 15.220 | | 794,692.18 |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET  P O BOX 309
GEORGE TOWN  GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING: 7/31/03
PAGE: 4

YOUR ACCOUNT NUMBER: 1-FR063-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 7/21 | | | | CHECK | | | → 880,000.00 |
| 7/21 | 775,000 | | 31459 | U S TREASURY BILL DUE 10/16/03 | CA 99.785 | 773,333.75 | |
| 7/21 | 6,964 | | 34054 | FIDELITY SPARTAN  10/16/2003 U S TREASURY MONEY MARKET | 1 | 6,964.00 | |
| 7/31 | | | | MORGAN STANLEY DIV 7/11/03 7/31/03 | DIV | | 720.36 |
| 7/31 | | | | W/H TAX DIV NWD | CW | 216.11 | |
| 7/31 | 8,194 | | 41573 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 8,194.00 | |
| | | | | NEW BALANCE | | | 1,230,981.76 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 13,833 | | | AOL TIME WARNER INC | 15.430 | | |
| | 6,264 | | | ALTRIA GROUP INC | 40.010 | | |
| | 3,915 | | | AMERICAN EXPRESS COMPANY | 44.170 | | |
| | 7,630 | | | AMERICAN INTL GROUP INC | 64.200 | | |
| | 3,915 | | | AMGEN INC | 69.590 | | |
| | 2,610 | | | ANHEUSER BUSCH COS INC | 51.820 | | |
| | 4,698 | | | BANK OF AMERICA | 82.570 | | |
| | 3,393 | | | BANC ONE CORP | 39.560 | | |
| | 6,903 | | | BRISTOL MYERS SQUIBB COMPANY | 26.200 | | |
| | 21,141 | | | CISCO SYSTEMS INC | 19.520 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET  P O BOX 309
GEORGE TOWN  GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING: 3/31/04
YOUR ACCOUNT NUMBER: 1-FR063-3-0
PAGE: 1

| DATE | BOUGHT Received on Long | SOLD Delivered on Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 117,260.95 |
| 3/01 | | | | INTEL CORP | DIV | | 821.60 |
| | | | | DIV 2/07/04  3/01/04 | | | |
| 3/01 | | | | W/H TAX DIV INTC | CW | 246.48 | |
| 3/01 | | | | WELLS FARGO & CO NEW | DIV | | 2,457.00 |
| | | | | DIV 2/06/04  3/01/04 | | | |
| 3/01 | | | | W/H TAX DIV WFC | CW | 737.10 | |
| 3/05 | | | | PFIZER INC | DIV | | 4,110.60 |
| | | | | DIV 2/13/04  3/05/04 | | | |
| 3/05 | | | | W/H TAX DIV PFE | CW | 1,233.18 | |
| 3/09 | | | | JOHNSON & JOHNSON | DIV | | 2,246.40 |
| | | | | DIV 2/17/04  3/09/04 | | | |
| 3/09 | | | | W/H TAX DIV JNJ | CW | 673.92 | |
| 3/10 | | | | EXXON MOBIL CORP | DIV | | 5,200.00 |
| | | | | DIV 2/11/04  3/10/04 | | | |
| 3/10 | | | | W/H TAX DIV XOM | CW | 1,560.00 | |
| 3/10 | | | | INTERNATIONAL BUSINESS MACHS | DIV | | 873.60 |
| | | | | DIV 2/10/04  3/10/04 | | | |
| 3/10 | | | | W/H TAX DIV IBM | CW | 262.08 | |
| 3/12 | | | | CHECK | CW | 120,000.00 → | |
| 3/12 | | | | FIDELITY SPARTAN | DIV | | 60.01 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 03/12/04 | | | |
| 3/12 | | | | FIDELITY SPARTAN | CW | 13.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | W/H TAX DIV FDLXX | | | |
| | | | | CONTINUED ON PAGE  2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| MADF | **BERNARD L. MADOFF** |
| --- | --- |
| | INVESTMENT SECURITIES LLC |
| | New York ☐ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET  P O BOX 309
GEORGE TOWN  GRAND CAYMAN
CAYMAN ISLAND

| PERIOD ENDING | YOUR ACCOUNT NUMBER | PAGE | |
| --- | --- | --- | --- |
| 3/31/04 | 1-FR063-3-0 | 2 | M |

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3/12 | | | | 3M COMPANY | DIV | | 936.00 |
| | | | | DIV  2/20/06  3/12/04 | | | |
| 3/12 | | | | W/H TAX DIV MMM | CW | 280.80 | |
| 3/12 | | 81,724 | 65440 | FIDELITY SPARTAN | 1 | | 81,724.00 |
| 3/12 | | 5,350,000 | 65455 | U S TREASURY MONEY MARKET | 99.637 | | 5,330,579.50 |
| | | | | U S TREASURY BILL | | | |
| | | | | DUE 7/29/2004 | | | |
| 3/12 | 5,300,000 | | 65486 | U S TREASURY BILL | 99.615 | 5,279,595.00 | |
| | | | | DUE 9/5/2004 | | | |
| | | | | 8/05/2004 | | | |
| 3/12 | 12,751 | | 65523 | FIDELITY SPARTAN | 1 | 12,751.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 3/16 | | | | CHECK | | 700,000.00 → | |
| 3/22 | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 03/22/04 | | | |
| 3/22 | | | | FIDELITY SPARTAN | CW | .55 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | W/H TAX DIV FDLXX | | | |
| 3/22 | | 12,751 | 65796 | FIDELITY SPARTAN | 1 | | 12,751.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 3/22 | | 700,000 | 65900 | U S TREASURY BILL | 99.703 | | 697,921.00 |
| | | | | DUE 7/15/2004 | | | |
| | | | | 7/15/2004 | | | |
| | | | | CONTINUED ON PAGE  3 | | | 2.17 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE **3**

PERIOD ENDING **8/31/04**

YOUR ACCOUNT NUMBER **1-FR063-3-0**

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET  P O BOX 309
GEORGE TOWN  GRAND CAYMAN
CAYMAN ISLAND

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 8/18 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 08/18/04 | DIV | | 25.56 |
| 8/18 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | 7.67 | |
| 8/18 | | 23,853 | 31310 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 23,853.00 |
| 8/18 | 47,331 | | 66378 | FIDELITY SPARTAN U S TREASURY MONEY MARKET CHECK | 1 | 47,331.00 | |
| 8/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 08/23/04 | DIV | →760,000.00 | 6.08 |
| 8/23 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | 1.82 | |
| 8/23 | | 47,331 | 77774 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 47,331.00 |
| 8/25 | | 1,650 | 4200 | UNITED TECHNOLOGIES CORP | 93.630 | | 154,489.50 |
| 8/27 | | 3,025 | 7483 | MERRILL LYNCH & CO INC | 51.040 | | 154,396.00 |
| 8/27 | | 10,175 | 7538 | HEWLETT PACKARD CO | 17.680 | | 179,894.00 |
| 8/27 | | 3,575 | 7578 | MORGAN STANLEY | 49.830 | | 178,142.25 |
| 8/27 | | 17,050 | 7618 | ORACLE CORPORATION | 10.310 | | 175,785.50 |
| 8/27 | | 1,705 | 7662 | AMERICAN INTL GROUP INC | 70.410 | | 120,049.05 |
| | | | | CONTINUED ON PAGE  4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET  P O BOX 309
GEORGE TOWN  GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING: 12/31/04
PAGE: 1
YOUR ACCOUNT NUMBER: 1-FR063-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 105,561.03 |
| 12/02 | | | | MICROSOFT CORP | DIV | | 2,774.80 |
| 12/02 | | | | DIV 11/17/04 12/02/04 | CW | 817.44 | |
| 12/02 | | | | W/H TAX DIV MSFT MICROSOFT CORP | DIV | | 102,190.00 |
| 12/02 | | | | DIV 11/17/04 12/02/04 | CW | 30,654.00 | |
| 12/03 | | | | W/H TAX DIV MSFT | CW | 100,000.00 | |
| 12/03 | | | | CHECK | | | |
| 12/03 | | | | PFIZER INC | DIV | | 4,022.29 |
| | | | | DIV 11/12/04 12/03/04 | | | |
| 12/03 | | | | W/H TAX DIV PFE | CW | 1,206.66 | |
| 12/07 | | | | JOHNSON & JOHNSON | DIV | | 2,667.60 |
| | | | | DIV 11/16/04 12/07/04 | | | |
| 12/07 | | | | W/H TAX DIV JNJ | CW | 800.28 | |
| 12/07 | | 14,300 | 2663 | TIME WARNER INC | 18.280 | | 261,404.00 |
| 12/10 | | 21,060 | 3207 | CISCO SYSTEMS INC | 20.070 | | 422,674.20 |
| 12/10 | | 6,240 | 6937 | TYCO INTERNATIONAL LTD | 33.840 | | 211,161.60 |
| 12/10 | | 33,280 | 13188 | GENERAL ELECTRIC CO | 35.360 | | 1,176,780.80 |
| 12/10 | | 5,460 | 15296 | VIACOM INC | 36.100 | | 197,106.00 |
| | | | | CLASS B NON VOTING SHS | | | |
| 12/10 | | 7,020 | 17462 | HOME DEPOT INC | 41.950 | | 294,489.00 |
| 12/10 | | 8,580 | 19570 | VERIZON COMMUNICATIONS | 41.560 | | 356,584.80 |
| 12/10 | | 5,200 | 23844 | WELLS FARGO & CO NEW | 62.100 | | 322,920.00 |
| 12/10 | | 5,200 | 25868 | INTERNATIONAL BUSINESS MACHS | 97.320 | | 506,064.00 |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MADF BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

DPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

YOUR ACCOUNT NUMBER: 1-FR063-3-0
PERIOD ENDING: 3/31/05
YOUR TAX PAYER IDENTIFICATION NUMBER
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/18 | 7,150,000 | | 84180 | U S TREASURY BILL DUE 06/09/2005 | 99.373 | 7,105,169.50 | |
| 3/18 | | | | AMERICAN INTL GROUP INC DIV 3/04/05 3/18/05 | DIV | | 1,016.00 |
| 3/18 | | | | W/H TAX DIV AIG | CW | 304.80 | |
| 3/18 | 23,508 | | 88442 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 23,508.00 | |
| 3/24 | | | | HOME DEPOT INC DIV 3/10/05 3/24/05 | DIV | | 685.90 |
| 3/24 | | | | W/H TAX DIV HD | CW | 205.74 | |
| 3/28 | | | | CHECK | CW | 80,000.00 | |
| 3/28 | | | | BANK OF AMERICA DIV 3/04/05 3/25/05 | DIV | | 5,600.70 |
| 3/28 | | | | W/H TAX DIV BAC | CW | 1,680.21 | |
| 3/31 | | 75,000 | 92654 | U S TREASURY BILL DUE 4/21/2005 | 99.846 | | 74,884.50 |
| 3/31 | 25,000 | | 92805 | U S TREASURY BILL DUE 06/09/2005 | 99.471 | 24,867.75 | |
| 3/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/31/05 | DIV | | 75.94 |
| 3/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | 8.08 | |
| | | | | CONTINUED DN PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 749 0622

PERIOD ENDING: 8/31/05

PAGE: 1

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

YOUR ACCOUNT NUMBER: 1-FR063-3-0

*YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 185,456.11 |
| 8/23 | | 7,250,000 | 2369 | U S TREASURY BILL DUE 9/22/2005 | 99.727 | | 7,230,707.50 |
| | | | | 9/22/2005 | | | |
| 8/23 | | 100,000 | 2584 | U S TREASURY BILL DUE 8/25/2005 | 99.982 | | 99,982.00 |
| | | | | 8/25/2005 | | | |
| 8/23 | 7,100,000 | | 2949 | U S TREASURY BILL DUE 9/29/2005 | 99.663 | 7,076,073.00 | |
| | | | | 9/29/2005 | | | |
| 8/23 | | | | CHECK | CW | 350,000.00 → | |
| 8/23 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 08/23/05 | DIV | | 473.99 |
| 8/23 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | 127.20 | |
| 8/23 | | 108,485 | 2236 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 108,485.00 |
| 8/23 | 12,898 | | 3343 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,898.00 | |
| | | | | NEW BALANCE | | | 185,456.40 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 12,898 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 185,456.40 |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

PAGE 5    M

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET  P O BOX 309
GEORGE TOWN  GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING 4/30/06

YOUR ACCOUNT NUMBER 1-FR063-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/28 | | 3,885 | 92476 | MEDTRONIC INC | 49.050 | | 190,559.25 |
| 4/28 | 50,000 | | 92501 | U S TREASURY BILL DUE 6/1/2006 | 99.568 | 49,784.00 | |
| 4/28 | | | | CHECK  6/01/2006 | CM | 900,000.00 | |
| 4/28 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/28/06 | DIV | | 23.36 |
| 4/28 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CM | 7.01 | |
| 4/28 | | | | MEDTRONIC INC DIV 4/07/06  4/28/06 | DIV | | 373.93 |
| 4/28 | | | | W/H TAX DIV MDT | CM | 112.18 | |
| 4/28 | | | | MORGAN STANLEY DIV 4/13/06 - 4/28/06 | DIV | | 909.09 |
| 4/28 | | | | W/H TAX DIV MS | CM | 272.73 | |
| 4/28 | | 32,717 | 92196 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 32,717.00 |
| 4/28 | | 200,000 | 92197 | U S TREASURY BILL DUE 6/1/2006  6/01/2006 | 99.568 | | 199,136.00 |
| 4/28 | 5,708 | | 92744 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,708.00 | |
| 4/28 | | 5,708 | 94561 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 5,708.00 |

CONTINUED ON PAGE  6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING: 12/31/06

YOUR ACCOUNT NUMBER: 1-FR063-3-0

PAGE: 1

M

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/01 | | | | BALANCE FORWARD | | 546,450.83 | |
| 12/01 | | | | INTEL CORP | DIV | | 1,739.50 |
| | | | | DIV 11/07/06 12/01/06 | | | |
| 12/01 | | | | W/H TAX DIV INTC | CW | 521.85 | |
| 12/01 | | | | WELLS FARGO & CO NEW | DIV | | 2,812.60 |
| | | | | DIV 11/03/06 12/01/06 | | | |
| 12/01 | | | | W/H TAX DIV WFC | CW | 863.78 | |
| 12/05 | | | | PFIZER INC | DIV | | 5,292.00 |
| | | | | DIV 11/10/06 12/05/06 | | | |
| 12/05 | | | | W/H TAX DIV PFE | CW | 1,587.60 | |
| 12/11 | | | | CHEVRON CORP | DIV | | 3,439.80 |
| | | | | DIV 11/17/06 12/11/06 | | | |
| 12/11 | | | | W/H TAX DIV CVX | CW | 1,031.94 | |
| 12/11 | | | | EXXON MOBIL CORP | DIV | | 5,723.20 |
| | | | | DIV 11/13/06 12/11/06 | | | |
| 12/11 | | | | W/H TAX DIV XOM | CW | 1,716.96 | |
| 12/11 | | | | INTERNATIONAL BUSINESS MACHS | DIV | | 1,396.50 |
| | | | | DIV 11/10/06 12/09/06 | | | |
| 12/11 | | | | W/H TAX DIV IBM | CW | 418.95 | |
| 12/11 | | | | UNITED TECHNOLOGIES CORP | DIV | | 779.10 |
| | | | | DIV 11/17/06 12/10/06 | | | |
| 12/11 | | | | W/H TAX DIV UTX | CW | 233.73 | |
| 12/12 | | | | CHECK | CW | 150,000.00 → | |
| 12/12 | | | | JOHNSON & JOHNSON | DIV | | 3,307.50 |
| 12/12 | | | | DIV 11/28/06 12/12/06 | | | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET  P O BOX 309
GEORGE TOWN  GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING: 4/30/07
YOUR TAX PAYER IDENTIFICATION NUMBER
YOUR ACCOUNT NUMBER: 1-FR063-3-0
PAGE: 1
M

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 473,835.39 | |
| 4/02 | | | | COCA COLA CO | DIV | | 2,057.00 |
| 4/02 | | | | DIV 3/15/07  4/01/07 | | | |
| 4/02 | | | | W/H TAX DIV KO | CM | 617.10 | |
| 4/02 | | | | MERCK & CO | DIV | | 2,482.92 |
| 4/02 | | | | DIV 3/09/07  4/02/07 | | | |
| 4/02 | | | | W/H TAX DIV MRK | CM | 744.88 | |
| 4/02 | | | | WAL-MART STORES INC | DIV | | 1,597.20 |
| 4/04 | | | | DIV 3/16/07  4/02/07 | | | |
| | | | | W/H TAX DIV WMT | CM | 479.16 | |
| 4/04 | | | | HEWLETT PACKARD CO | DIV | | 658.24 |
| 4/10 | | | | DIV 3/14/07  4/04/07 | | | |
| | | | | W/H TAX DIV HPQ | CM | 197.47 | |
| 4/10 | | | | ALTRIA GROUP INC | DIV | | 5,411.12 |
| 4/17 | | | | DIV 3/15/07  4/10/07 | | | |
| 4/17 | | | | W/H TAX DIV MO | CM | 1,623.34 | |
| | | | | CHECK | CM | 80,000.00 → | |
| | | | | FIDELITY SPARTAN | DIV | | 227.19 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 4/17 | | | | DIV 04/17/07 | | | |
| | | | | FIDELITY SPARTAN | CM | 68.16 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | W/H TAX DIV FDLXX | | | |
| 4/17 | 70,513 | | 8965 | FIDELITY SPARTAN | 1 | | 70,513.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE   2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING: 5/31/07
YOUR ACCOUNT NUMBER: 1-FR063-3-0
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 451,571.17 | |
| 5/07 | | | | CHECK | CM | → 430,000.00 | |
| 5/15 | | | | PROCTER & GAMBLE CO DIV 4/27/07 5/15/07 | DIV | | 3,388.00 |
| | | | | W/H TAX DIV PG | CM | 1,016.40 | |
| 5/21 | | 11,616 | 33546 | TIME WARNER INC | 21.610 | | 248,234.56 |
| 5/21 | | 3,146 | 37811 | UNITED PARCEL SVC INC CLASS B | 70.700 | | 222,297.20 |
| 5/21 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 05/21/07 | DIV | | 46.91 |
| 5/21 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CM | 14.07 | |
| 5/21 | | 16,845 | 42550 | FIDELITY SPARTAN | 1 | | 16,845.00 |
| 5/22 | 75,000 | 6,292 | 55908 | HOME DEPOT INC | 38.370 | | 241,173.04 |
| 5/22 | | | 56000 | U S TREASURY BILL DUE 8/9/2007 8/09/2007 | 98.964 | 74,223.00 | |
| 5/22 | 21,322 | | 56093 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,322.00 | |
| 5/23 | | | | MERRILL LYNCH & CO INC DIV 5/08/07 5/23/07 | DIV | | 931.70 |
| | | | | CONTINUED ON PAGE 2 | | | |

M

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET  P O BOX 309
GEORGE TOWN  GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING 6/30/07

YOUR ACCOUNT NUMBER 1-FR063-3-0

PAGE 1

M

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 248,533.28 | |
| 6/01 | | | | CONOCOPHILLIPS | DIV | | 2,083.62 |
| 6/01 | | | | DIV 5/21/07  6/01/07 | CM | | |
| 6/01 | | | | W/H TAX DIV COP | DIV | 625.09 | |
| 6/01 | | | | INTEL CORP | CM | | 1,987.43 |
| 6/01 | | | | DIV 5/07/07  6/01/07 | CM | | |
| 6/01 | | | | W/H TAX DIV INTC | DIV | 596.23 | |
| 6/01 | | | | WELLS FARGO & CO NEW | CM | | 2,913.68 |
| 6/01 | | | | DIV 5/04/07  6/01/07 | CM | | |
| 6/04 | | | | W/H TAX DIV WFC | DIV | 874.10 | |
| 6/04 | | | | WAL-MART STORES INC | CM | | 1,650.44 |
| 6/04 | | | | DIV 5/18/07  6/04/07 | CM | | |
| 6/05 | | | | W/H TAX DIV WMT | DIV | 495.13 | |
| 6/05 | | | | PFIZER INC | CM | | 6,316.20 |
| 6/05 | | | | DIV 5/11/07  6/05/07 | CM | | |
| 6/07 | | | | W/H TAX DIV PFE | CM | 1,894.86 | |
| 6/11 | | | | CHECK | CM | 500,000.00 | |
| 6/11 | | | | CHEVRON CORP | DIV | | 3,789.72 |
| 6/11 | | | | DIV 5/18/07  6/11/07 | CM | | |
| 6/11 | | | | W/H TAX DIV CVX | DIV | 1,136.92 | |
| 6/11 | | | | EXXON MOBIL CORP | CM | | 6,098.40 |
| 6/11 | | | | DIV 5/14/07  6/11/07 | CM | | |
| 6/11 | | | | W/H TAX DIV XOM | DIV | 1,829.52 | |
| 6/11 | | | | INTERNATIONAL BUSINESS MACHS | CM | | 1,839.20 |
| 6/11 | | | | DIV 5/10/07  6/09/07 | | | |
| | | | | CONTINUED ON PAGE  2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/D MAPLES & CALDER UGLAND HSE
S CHURCH STREET P D BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING: 9/30/07
YOUR ACCOUNT NUMBER: 1-FR063-3-0
PAGE: 4  M

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/26 | | 6,264 | 52785 | CHEVRON CORP | 95.080 | | 595,331.12 |
| 9/26 | | 9,744 | 56321 | WELLS FARGO & CO NEW | 36.820 | | 358,385.08 |
| 9/26 | | 29,464 | 57099 | GENERAL ELECTRIC CO | 41.670 | | 1,226,586.88 |
| 9/26 | | 6,960 | 60635 | WAL-MART STORES INC | 44.710 | | 310,903.60 |
| 9/26 | | 696 | 61413 | GOOGLE | 557.200 | | 387,784.20 |
| 9/26 | | 16,240 | 64949 | EXXON MOBIL CORP | 93.270 | | 1,514,055.80 |
| 9/26 | | 1,160 | 65727 | GOLDMAN SACHS GROUP INC | 206.560 | | 239,563.60 |
| 9/26 | | 7,888 | 70041 | HEWLETT PACKARD CO | 50.580 | | 398,660.04 |
| 9/26 | | 3,944 | 74355 | INTERNATIONAL BUSINESS MACHS | 117.900 | | 464,840.60 |
| 9/26 | | 17,168 | 78669 | INTEL CORP | 26 | | 445,682.00 |
| 9/26 | | 8,352 | 82983 | JOHNSON & JOHNSON | 65.340 | | 545,385.68 |
| 9/26 | | 9,976 | 87297 | J.P. MORGAN CHASE & CO | 47.430 | | 472,762.68 |
| 9/26 | | 5,800 | 91610 | COCA COLA CO | 56.700 | | 328,628.00 |
| 9/26 | | 6,264 | 95924 | ALTRIA GROUP INC | 59.410 | | 434,534.24 |
| 9/26 | | | | CHECK | CM | | |
| 9/26 | | | | FIDELITY SPARTAN | DIV | | 49.02 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 09/26/07 | | →1,160,000.00 | |
| 9/26 | | | | FIDELITY SPARTAN | CM | | |
| | | | | U S TREASURY MONEY MARKET | | 14.71 | |
| | | | | W/H TAX DIV FDLXX | | | |
| 9/26 | | 56,123 | 71341 | FIDELITY SPARTAN | 1 | | 56,123.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 9/26 | 15,200,000 | | 76010 | U S TREASURY BILL | 98.823 | 15,021,096.00 | |
| | | | | DUE 1/17/2008 | | | |
| | | | | 1/17/2008 | | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET  P O BOX 309
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLAND

PERIOD ENDING: 3/31/08

YOUR TAX PAYER IDENTIFICATION NUMBER

PAGE: 1

YOUR ACCOUNT NUMBER: 1-FR063-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | .41 |
| 3/11 | | | | CHECK | CW | → 100,000.00 | |
| 3/11 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/11/08 | DIV | | 35.66 |
| 3/11 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | 10.70 | |
| 3/11 | | 9,230 | 10991 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 9,230.00 |
| 3/11 | | 100,000 | 11014 | U S TREASURY BILL DUE 04/03/2008 | 99.890 | | 99,890.00 |
| 3/11 | 9,145 | | 11041 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,145.00 | |
| 3/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/19/08 | DIV | | 4.24 |
| 3/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | 1.27 | |
| 3/19 | | 9,145 | 25858 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 9,145.00 |
| 3/19 | | 15,475,000 | 30147 | U S TREASURY BILL DUE 04/03/2008 | 99.954 | | 15,467,881.50 |
| | | | | 4/03/2008 | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

OPTIMA LIMITED PARTNERSHIP
C/O MAPLES & CALDER UGLAND HSE
S CHURCH STREET P O BOX 309
GEORGE TOHN GRAND CAYMAN
CAYMAN ISLAND

YOUR ACCOUNT NUMBER: 1-FR0663-3-0
PERIOD ENDING: 6/30/08
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/10 | | | | W/H TAX DIV IBM | CM | 685.80 | |
| 6/08 | | | | UNITED TECHNOLOGIES CORP DIV 5/16/08 6/18/08 | DIV | | 975.36 |
| 5/10 | | | | W/H TAX DIV UTX | CM | 292.61 | |
| 6/12 | | | | MICROSOFT CORP DIV 5/15/08 6/12/08 | DIV | | 2,021.94 |
| 6/12 | | | | W/H TAX DIV MSFT | CM | 846.58 | |
| 5/30 | | | | CHECK WIRE | C4 | 600,000.00 | |
| 6/30 | | | | FIDELITY SPARTAN DIV 06/000/99 U S TREASURY MONEY MARKET | DIV | | 21.35 |
| 6/30 | | | | FIDELITY SPARTAN W/H TAX DIV FDLXX | CM | 5.41 | |
| 6/30 | 17,893 | | 48179 | U S TREASURY MONEY MARKET FIDELITY SPARTAN | 1 | | 17,893.00 |
| 6/30 | 600,000 | | 48339 | U S TREASURY MONEY MARKET U S TREASURY BILL DUE 9/18/2008 | 99.604 | | 597,624.00 |
| 6/30 | 15,532 | | 48955 | FIDELITY SPARTAN 9/18/2008 U S TREASURY MONEY MARKET | 1 | 15,532.00 | |
| 6/30 | 23,437 | | 50664 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 23,437.00 | |
| | | | | NEW BALANCE | | 260,029.86 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 36,959 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**Attachment 3**

**Evidence of Authority**

# MAPLES

| | |
|---|---|
| **Our ref** | MAW\301627\3315867v1 |
| **Direct tel** | +852 2971 3010 |
| **Email** | anne.walker@maplesandcalder.com |

The Board of Directors
Optima Inc.
as general partner of Optima Limited Partnership
PO Box 309
Ugland House
Grand Cayman KY1-1104
Cayman Islands

25 June 2009

Dear Sirs

**Optima Limited Partnership**

We confirm that Maples Corporate Services Limited is licensed as a management company in the Cayman Islands under the Companies Management Law and regulated by the Cayman Islands Monetary Authority in the Cayman Islands.

Pursuant to section 6(2) of the Exempted Limited Partnership Law (as amended), Maples Corporate Services Limited acts as the registered office of Optima Limited Partnership and pursuant to section 11(1) of the Exempted Limited Partnership Law (as amended) holds the register of partnership interests of Optima Limited Partnership.

We confirm that as of the date hereof, our records show that Optima Inc. is the general partner of Optima Limited Partnership.

Yours faithfully

*Maples and Calder*

Maples and Calder

**Maples and Calder**

53rd Floor  The Center  99 Queen's Road Central  Hong Kong
Tel +852 2522 9333  Fax +852 2537 2955  www.maplesandcalder.com
**Resident Hong Kong Partners:** Christine Chang (England and Wales), Spencer Privett (England and Wales)
Anne Walker (England and Wales), Anthony Webster (England and Wales), Greg Knowles (England and Wales)
Harriet Unger (England and Wales), Barry Mitchell (British Virgin Islands), Matthew Stocker (Cayman Islands)
Cayman Islands and British Virgin Islands Attorneys at Law | **Offices:** British Virgin Islands, Cayman Islands, Dubai, Dublin, Hong Kong, London