MOSES & SINGER LLP
Howard R. Herman, Esq.
Christopher R. Gresh, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 554-7800
Fax: (212) 554-7700

*Counsel for Optima Limited Partnership*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
---------------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation
(Substantively Consolidated)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK  )

     Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 6thth day of January, 2011, he caused copies of the:

**Optima Limited Partnership's Objection to Trustee's Determination of Claim**

to be served Via First Class Mail on:

                Irving H. Picard, Trustee
                c/o Baker & Hostetler LLP
                45 Rockefeller Plaza
                Attn: Claims Department
                New York, New York 10111

                and

                Clerk of the United States Bankruptcy Court for

        The Southern District of New York
        One Bowling Green
        New York, New York 10004

and served via the Electronic Case Filing System upon the registered participants as identified on the Notice of Electronic Filing.

          /s/ Don K. Kick
          Don K. Kick

Sworn to before me on January 6, 2011

   /s/ Marie S. Leybag
Notary Public

    Marie S. Leybag
Notary Public, State of New York
    No. 01LE5060744
  Qualified in Queens County
Commission Expires: May 20, 2014

856334v1  010789.0100