136 Hamilton Avenue
Greenwich, CT 06830

January 6, 2011

Clerk of the United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, New York, 10004

Claim #: 003911

Clerk,

I disagree with your move to deny my case and would like a hearing. I have been making contributions to Bernard Madoff Securities since 2000. As of the date of the discovery of the fraud, I had $164,819 in the account.

To support my case, I have included:
- My statements from Bernard Madoff Securities,
- 1 letter from David Friehling, CPA regarding my account
- 1 letter from Friehling & Horowitz, CPA's regarding my account
- A cancelled check in the amount of $25,000 from Bernard Madoff Securities

At my hearing, I will produce further documentation to support my case. Thank you.

Sincerely,

Colin Chambers

cc:   Irving H. Picard, Trustee