

# MASSACHUSETTS SCHOOL OF LAW
## at Andover

www.mslaw.edu

Five Hundred Federal Street, Andover, Massachusetts 01810   Voice: 978.681.0800   Data: 978.681.6330

January 7, 2011

**Via Federal Express and ECF**

Clerk's Office
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:    In Re: Bernard L. Madoff Investment Securities LLC
       No. 08-01789 (BRL); 10-05412 (BRL)

Dear Clerk of Court:

   Enclosed for filing in the above-referenced matter are an original and copies of a Reply to Trustee's Opposition to Notice of Appeal.

   There are an unstapled original of these papers for filing with the Clerk, one copy for Judge Lifland in an unsealed envelope, and one copy for the Trustee, Irving Picard. An electronic copy has been filed with the Court on January 7, 2011.

                                        Sincerely,

                                        Lawrence R. Velvel
                                        Massachusetts School of Law
                                        500 Federal Street
                                        Andover, MA 01810
                                        Tel: (978) 681-0800
                                        Fax: (978) 681-6330
                                        Email: velvel@mslaw.edu

/Enclosures

R:\My Files\Madoff\Clerkltr.bkrptcyCt.ReplyTrOppAppeal.doc