

# MASSACHUSETTS SCHOOL OF LAW
## at Andover

www.mslaw.edu

Five Hundred Federal Street, Andover, Massachusetts 01810   Voice: 978.681.0800   Data: 978.681.6330

January 7, 2011

**Via Federal Express and ECF**

Clerk's Office
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:   In Re: Bernard L. Madoff Investment Securities LLC
      No. 08-01789 (BRL); 10-05412 (BRL)

Dear Clerk of Court:

   As discussed on the phone, Lawrence R. Velvel is withdrawing his Motion for Leave to File an Interlocutory Appeal (Document No. 3264), without prejudice to refiling it or a petition for mandamus in future. Because the Motion for Leave to File an Interlocutory Appeal is being withdrawn, the two motions to be heard on January 25, 2011 are Velvel's Motion for a Partial Stay of the Court's Orders of November 10, 2011 and his Motion for Approval of his Notice of Appeal. Velvel will notify the parties of the January 25th hearing on the two motions.

Sincerely,

Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810
Tel: (978) 681-0800
Fax: (978) 681-6330
Email: velvel@mslaw.edu

cc:   All Counsel