Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810
Tel: (978) 681-0800
Fax: (978) 681-6330
Email: velvel@mslaw.edu

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC<br><br>    Plaintiff,<br><br>v.<br><br>LAWRENCE R. VELVEL,<br><br>    Defendant. | Adv. Pro. No. 10-05412 (BRL) |

NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON JANUARY 25, 2011 AT 10:00 A.M.

**SIPC v. BLMIS, et al.: Adv. Pro. No. 08-01789; Adv. Pro. No. 10-05412**

1. Motion of Lawrence R. Velvel for a Partial Stay of the Court's Orders of November 10, 2010 Involving Avoidance Actions Against Innocent Investors.

2. Motion of Lawrence R. Velvel for (1) Judicial Approval of a Notice of Appeal -- From Certain Avoidance Procedures -- That Was Filed on December 20, 2010, Three Days After the Avoidance Procedures Became Applicable to Him, or (2) in the Alternative, For a Brief Extension of Time, Until December 1, 2010, for the Filing of a Prior Notice of Appeal That Was Submitted on That Date.

Dated: January 10, 2011       By: _____
                                  Lawrence R. Velvel, Esq.
                                  Massachusetts School of Law
                                  500 Federal Street
                                  Andover, MA 01810
                                  Tel: (978) 681-0800
                                  Fax: (978) 681-6330
                                  Email: Velvel@mslaw.edu

R:\My Files\Madoff\NoticeofHearing1.25.11.doc

2