

# MASSACHUSETTS SCHOOL OF LAW
## at Andover

www.mslaw.edu

Five Hundred Federal Street,  Andover, Massachusetts 01810   Voice: 978.681.0800   Data: 978.681.6330

January 10, 2011

**<u>Via Federal Express and ECF</u>**

Clerk's Office
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:    In Re: Bernard L. Madoff Investment Securities LLC
          <u>No. 08-01789 (BRL); 10-05412 (BRL)</u>

Dear Clerk of Court:

Enclosed for filing in the above-referenced matter are an original and copies of a Notice of Agenda for Hearing.

There are an unstapled original of these papers for filing with the Clerk, one copy for Judge Lifland in an unsealed envelope, and one copy for the Trustee, Irving Picard. An electronic copy has been filed with the Court on January 10, 2011.

Sincerely,

Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810
Tel:  (978) 681-0800
Fax: (978) 681-6330
Email: velvel@mslaw.edu

/Enclosures

R:\My Files\Madoff\Clerkltr.bkrptcyCt.NoticeHearing.doc