Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810
Tel: (978) 681-0800
Fax: (978) 681-6330
Email: velvel@mslaw.edu

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                     Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                          Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC<br><br>                     Plaintiff,<br>v.<br><br>LAWRENCE R. VELVEL,<br><br>                          Defendant. | Adv. Pro. No. 10-05412 (BRL) |

## CERTIFICATE OF SERVICE

     I hereby certify that I have caused the foregoing Notice of Hearing, to be served on counsel listed below by electronic case filing on this 10th day of January, 2011.

1

_____
Lawrence R. Velvel

| | |
|---|---|
| Josephine Wang, Esq.<br>Securities Investor Protection Corp.<br>805 15th Street, N.W., Suite 800<br>Washington, DC 20005-2207 | Jonathan M. Landers, Esq.<br>Milberg LLP<br>One Pennsylvania Plaza<br>New York, NY 10119 |
| Kevin H. Bell, Esq.<br>Securities Investor Protection Corp.<br>805 15th Street, N.W., Suite 800<br>Washington, DC 20005 | Brian Neville, Esq.<br>Lax & Neville LLP<br>1412 Broadway, Suite 1407<br>New York, NY 10018 |
| Christopher LaRosa, Esq.<br>Securities Investor Protection Corp.<br>805 15th Street, N.W., Suite 800<br>Washington, DC 20005-2207 | Helen Chaitman, Esq.<br>Becker & Poliakoff<br>45 Broadway, 11th Floor<br>New York, NY 10006 |
| David J. Sheehan, Esq.<br>Baker & Hostetler, LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 | David Parker, Esq.<br>Kleinberg, Kaplan, Wolff & Cohen<br>551 Fifth Avenue, 18th Floor<br>New York, NY 10176 |
| Irving Picard, Esq.<br>Baker & Hostetler, LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 | Carole Neville, Esq.<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| Marc E. Hirschfield, Esq.<br>Baker & Hostetler, LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 | Stephen A. Weiss, Esq.<br>Seeger Weiss LLP<br>One William Street<br>New York, NY 10004 |
| Stephen Fishbein, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069 | Karen Wagner, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 |
| David Bernfeld, Esq.<br>Bernfeld, DeMatteo & Bernfeld LLP<br>600 Third Avenue<br>New York, NY 10016 | Chryssa V. Valletta, Esq.<br>Phillips Nizer LLP<br>666 Fifth Avenue<br>New York, NY 10103 |
| Kelly A. Librera, Esq. | Jeffrey A. Mitchell, Esq. |

2

Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, NY 10019

Gibbons, P.C.
One Pennsylvania Avenue
New York, NY 10019

Daniel M. Glosband, Esq.
Goodwin Procter, LLP
620 Eighth Avenue
New York, NY 10018