**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

For calendar year 2006, or tax year beginning _____ ending _____

**2006**

Partner # 12

☒ Amended K-1      OMB No. 1545-0099    651106

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

### Part I — Information About the Partnership

A  Partnership's employer identification number
   **11-2475476**

B  Partnership's name, address, city, state, and ZIP code
   **1973 MASTERS VACATION FUND**
   **JEROME HOROWITZ JAMES T & WILLIAM C**
   **37 N MAIN STREET SUITE 3**
   **NEW CITY         NY 10956**

C  IRS Center where partnership filed return
   **Ogden, UT**

D  ☐ Check if this is a publicly traded partnership (PTP)
E  ☐ Tax shelter registration number, if any _____
F  ☐ Check if Form 8271 is attached

### Part II — Information About the Partner

G  Partner's identifying number
   **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**

H  Partner's name, address, city, state, and ZIP code
   **ALEXANDER HARRELL**
   **3287 N.W. 56TH STREET**
   **BOCA RATON         FL 33496**

I  ☒ General partner or LLC member-manager     ☐ Limited partner or other LLC member
J  ☒ Domestic partner       ☐ Foreign partner
K  What type of entity is this partner? **Individual**

L  Partner's share of profit, loss, and capital:

|        | Beginning  | Ending     |
|--------|------------|------------|
| Profit | 3.230000 % | 4.060000 % |
| Loss   | 3.230000 % | 4.060000 % |
| Capital| 3.230000 % | 4.060000 % |

M  Partner's share of liabilities at year end:
   Nonrecourse                 $ _____
   Qualified nonrecourse financing $ _____
   Recourse                    $ _____

J  Partner's capital account analysis:
   Beginning capital account          $ **139,154**
   Capital contributed during the year $ _____
   Current year increase (decrease)    $ **14,778**
   Withdrawals & distributions        $ (**146**)
   Ending capital account             $ **153,786**

   ☐ Tax basis  ☐ GAAP  ☐ Section 704(b) book  ☐ Other (explain)

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Amount | # | Item | Amount |
|---|------|--------|---|------|--------|
| 1 | Ordinary business income (loss) | | 15 | Credits | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions | |
| 4 | Guaranteed payments | | | | |
| 5 | Interest income | | | | |
| 6a | Ordinary dividends | 2,143 | | | |
| 6b | Qualified dividends | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | 10,450 | | | |
| 9a | Net long-term capital gain (loss) | | 17 | Alternative minimum tax (AMT) items | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses | |
| 11 C | Other income (loss) | 2,185 | | | |
| 12 | Section 179 deduction | | 19 A | Distributions | 146 |
| 13 | Other deductions | | 20 A | Other information | 2,143 |
| 14 | Self-employment earnings (loss) | | | | |

\* See attached statement for additional information.

MASTERS 1973 MASTERS VACATION FUND 1/30/2007 11:39 AM
11-2475476 **Analysis of Partner's K-1, Current Year Inc (Dec)**
FYE: 12/31/2006   **JEROME HOROWITZ JAMES T & WILLIAM C**

Partner #:  12

Partner Name:  ALEXANDER HARRELL

### Items Included in Current Year Inc (Dec):

**Schedule K Additions:**

| | | |
|---|---:|---:|
| Ordinary Dividends | $ | 2,143 |
| Net Short-Term Capital Gain\Loss | | 10,450 |
| Section 1256 Contracts | | 2,185 |
| Subtotal | | 14,778 |
| **Total per Schedule K-1, Current Year Inc (Dec)** | $ | 14,778 |