UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

# AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )  ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On January 10, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000052).

Executed on ___Jan 10___, 2011

_____
John S. Franks

Sworn to and subscribed before me this _10th_ day of _January_, 2011

_____
(SEAL)

_____
Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 4900052**
**JANUARY 10, 2011**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| x | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | x | | MGD Fund, LLC | c/o Diane Lichtenstein | Trebatch Lichtenstein & Avrutine, LLP | 950 Third Avenue, 4th Floor | New York | NY | 10022 |