Travis Chambers
59 Hawxhurst Road
Monroe, NY 10950



January 6, 2011

Clerk of the United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, New York, 10004

Clerk,

Several of my friends have received letters regarding their 1973 Masters Vacation Fund account at Bernard Madoff Securities. To date I have not. I have been making contributions to Bernard Madoff Securities since 1973. As of the date of the discovery of the fraud, I had $32,142 in the account. I have included a copy of my last statement as verification.

This letter is to inform you that I would like to request a hearing on this matter to insure I receive the restitution that I am due. Thank you.

Sincerely,

Travis Chambers

cc:    Irving H. Picard, Trustee

**Partner's Share of Income, Deductions, Credits, etc.**  ▶ See back of form and separate instructions.

year beginning _____
ending _____

### Part I  Information About the Partnership

**A** Partnership's employer identification number
11-2475476

**B** Partnership's name, address, city, state, and ZIP code
1973 MASTERS VACATION FUND
JEROME HOROWITZ JAMES T & WILLIAM C
337 N MAIN STREET
NEW CITY                        NY 10956

**C** IRS Center where partnership filed return
Cincinnati, OH  45999-0011

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number
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

**F** Partner's name, address, city, state, and ZIP code
TRAVIS CHAMBERS

59 HAWHURST AVENUE
MONROE                          NY 10950

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I** What type of entity is this partner? **Individual**

**J** Partner's share of profit, loss, and capital:

|  | Beginning | Ending |
|---|---|---|
| Profit | 0.770000 % | 0.820000 % |
| Loss | 0.770000 % | 0.820000 % |
| Capital | 0.770000 % | 0.820000 % |

**K** Partner's share of liabilities at year end:
- Nonrecourse $ _____
- Qualified nonrecourse financing $ _____
- Recourse $ _____

**L** Partner's capital account analysis:
- Beginning capital account $ 28,771
- Capital contributed during the year $ _____
- Current year increase (decrease) $ 3,407
- Withdrawals & distributions $ ( 36 )
- Ending capital account $ 32,142

☐ Tax basis  ☐ GAAP  ☐ Section 704(b) book  ☐ Other (explain)

| Box | Item | Value | Box | Item | Value |
|---|---|---|---|---|---|
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions | |
| 4 | Guaranteed payments | | | | |
| 5 | Interest income | | | | |
| 6a | Ordinary dividends | 327 | | | |
| 6b | Qualified dividends | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | 3,080 | | | |
| 9a | Net long-term capital gain (loss) | | 17 | Alternative minimum tax (AMT) items | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses | |
| 11 | Other income (loss) | | | | |
| 12 | Section 179 deduction | | 19 | Distributions  A | 36 |
| 13 | Other deductions | | 20 | Other information  A | 327 |
| 14 | Self-employment earnings (loss) | | | | |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2007

DAA