142 Plymouth Drive
Freehold, NJ 07728
January 4, 2011

Clerk of the United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004



Re: Bernie Madoff Investment Securities, Claim No. 001205/Bankruptcy Case No. 08-1789 (BRL)

To Whom It May Concern:

I am a claimant in the BLMIS Bankruptcy Case No. 08-1789 (BRL). My claim number is 001205. I wish to be scheduled a hearing based on the recent denial letter I received stating I did not have an account with BLMIS. My investment with Bernard Madoff was through a fund titled the "1973 Masters Vacation Fund".
I am in opposition of this denial as I have been invested with Bernie L. Madoff as evident in the following documents enclosed:

1. A letter from David G. Friehling, CPA for Bernard L. Madoff, stating the 1973 Masters Vacation Fund was invested with Bernard L. Madoff.
2. A copy of the Bernard L. Madoff Investment Securities Customer Claim form filed on behalf of the fund by David G. Friehling, CPA for Mr. Madoff.
3. A letter from Jerome Horowitz, CPA for Bernard Madoff and David Friehling's partner, stating check deposits for the 1973 Masters Vacation Fund be payable to Bernard L. Madoff.
4. A copy of a personal bank check made payable to Bernard L. Madoff and signed as deposited for Bernard L. Madoff.

Thank you for your time and cooperation,

Peter Barbato


cc:   Irving H. Picard, Trustee
      c/o Baker and Hostetler LLP
      Attn: Claims Department
      45 Rockefeller Plaza
      New York, NY 10111

enc.