

David Gross
7248 Ballantrae Ct
Boca Raton FL 33496-1422

Tuesday, April 28, 2009

RECEIVED
JAN 10 2011
U.S. BANKRUPTCY COURT, SDNY

IRVING H. PICARD ESQ
TRUSTEE FOR BERNARD L. MADOFF INVESTMENT SECURITIES
CLAIM PROCESSING CENTER
2100 NC KINNEY AVE,    SUITE 800
DALLAS, TEXAS 75201

BNERNARD L. MADOFF
INVESTMENT SECURITIES LLC
885 THIRD AVE,
NEW YORK, N.Y. 10022

212 230 2424 - 800 334 1343 - FAX 212 838 4061

ATTENTION:

ENCLOSED IS A LETTER I DAVID GROSS WROTE ON 3/1/2009 TO THE TRUSTEE OFFICE MAKING A REQUEST MADE OF ME FROM MY INSURANCE COMPANY. I HAVE BEEN A CLIENT FOR APPROXIMATELY TWENTY YEARS AND HAVE NOT RETAINED RECORDS THAT FAR BACK. I WOULD APPRECIATE WHAT EVER INFORMATION I MAY RECIEVE.

I DAVID GROSS WAS REFERRED BY YOUR OFFICE THAT INFORMATION COULD NOT BE RELEASED TO ME BECAUSE OF THE SUBJECT MATTER WAS UNDER INVESTIGATION. IT WAS SUGGESTED THAT I GET IN TOUCH WITH THE F B I..

ENCLOSED IS A COPY OF A LETTER DATED MARCH 19, 2009 TO THE U S DEPARTMENT OF JUSTICE MAKING MY REQUEST IN REFERENCE TO TWO OF MY ACCOUNTS 1-CM404-4 IN THE NAME OF IRMA AND DAVID GROSS ALSO DAVID GROSS IRA ACCOUNT 1-CM302-4-0

THE ONLY ANSWER I COULD RECIEVE IS A COPY OF A LETTER I AM ENCLOSING DATED JANUARY 13, 2009 WHITCH IS SELF EXPLANITITORY.

IF I WERE ABLE TO DO A CLAW BACK OF INCOME TAXES I HAVE PAID ON FICTITIOUS INCOME OVER THE YEARS I WOULD BE A MILLIONAIRE AGAIN. THIS INDICATES THAT I MADE LOADS OF FINANCIAL CONTRIBUTIONS TO ENHANCE MY PORTFOLIO. ALL I COULD SAY THAT THE TAXES I PAID WAS REAL MONIES.

AT THIS TIME, MY REQUEST IS TO RECIEVE ANY MONIES DUE ME THROUGH THE SIPC PROGRAM AND INFORMATION YOU MAY MAKE AVAILABLE TO ME.

I DO NOT HATE THE MADOFF FAMILY OR IT RELATIVES AND CO PARTNERS SUCH AS SONNY COHN -COMAD.OR THEIR FAMILIES SUCH AS THEIR GRAND CHILDRENS TRUST FUNDS.ETC.

THE THE MONIES THEY RECIEVED WAS FROM FUNDS THAT WAS CONTRIBUTED BY DISILLISIONED INVESTERS.

THEREFORE, I SEE NO REASON WHY THEY SHOULD BENEFIT THROUGH FRAUD OR THIEVERY TO HAVE FUNDS BELONGING TO THOSE WHO TRUSTED THE S E C TO LOOK OUT FOR THE PUBLICS INTEREST.

SINCERELY,

DAVID GROSS
7248 BALLANTRAE CT.
BOCA RATON, FL. 334963