Re: B. Madoff Investment
Securities LLC.

550 Chemins Du Baou,
06410 Biot,
FRANCE
15/12/10.

RECEIVED
JAN 1 0 2011
US BANKRUPTCY COURT
DIST OF NEW YORK

Dear Sir/Madam

I am writing in reply to the Notice of Trustee's Determination of Claim, which I received on Friday 10th December.

Firstly you are right, I am not a Customer of BLMIS and secondly, right again, my claim was late, this is because there was a misunderstanding of whether I, myself had to make the claim directly.

I was not directly involved in the Madoff Investment Securities, but I was and am indirectly involved with Fairfield Sigma.

Could you please confirm that FAIRFIELD SIGMA has claimed? AND that I will get money back from them!



Clerk of the United States Bankruptcy
Court for the Southern District of New York
One Bowling Green,
New York
New York 10004

REPUBLIQUE FRANÇAISE
06. BIOT
15.12.10
16H
003 060180
6.47 EUR
Documents

JAN 10 2011
US BANKRUPTCY COURT
SD DIST OF NEW YORK

VEUILLEZ SCANNER
PLEASE SCAN

FRANCE          PRIO
Niveau de garantie : R1 ☒ R2☐
RK 66 868 720 4 FR
Scan

REGISTERED MAIL DELIVERY
RK 66 868 720 4 FR

RK 66 868 720 4 FR

REGISTERED MAIL, ATTEMPTED DELIVERY
RK 66 868 720 4 FR

REMISE CONTRE SIGNATURE
SIGNATURE REQUIRED
Signature

RECOMMANDÉ / REGISTERED

Rabattre cette partie au recto de l'envoi
AR    AR    AR