# EXHIBIT A

300139779

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK         Presentment Date: January 20, 2011 at 12:00 p.m.

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**ORDER GRANTING TRUSTEE'S MOTION TO ESTABLISH
PROCEDURES FOR SERVING COMPLAINTS AND EXHIBITS FILED UNDER SEAL**

Upon the motion, dated January 11, 2011 (the "Motion"),[1] of Irving H. Picard (the Trustee"), trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, *et seq*., and the estate of Bernard L. Madoff ("Madoff" and together with BLMIS, the "Debtors"), in the SIPA Liquidation filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), pursuant to, *inter alia*, §105(a) of the Bankruptcy Code, and the Global Protective Order issued by this Court on February 16, 2010, as modified by the Case Management Order issued by this Court on November 10, 2010,

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

300139779

seeking authority to serve unredacted versions of complaints on defendants named in adversary proceedings commenced by the Trustee, and to have such recipients bound by the Global Protective Order, and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), (e), (f) and (g); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the relief requested in the Motion is hereby granted in its entirety; and it is further

ORDERED that the procedures for serving complaints filed under seal as set forth in the Motion are approved in their entirety; and it is further

ORDERED that the Trustee or his counsel may serve a copy of the Sealed Complaint in unredacted form on all Defendants named in such adversary proceedings commenced by the Trustee, along with a copy of the Global Protective Order and this Order; and it is further

ORDERED that all Defendants served with a Sealed Complaint are bound by the Global Protective Order unless and until the Court orders otherwise; and it is further

ORDERED that the Court retains jurisdiction to enforce and implement the terms and provisions of this Order.

Dated: New York, New York
       January __, 2011

                                              _____
                                              Hon. Burton R. Lifland
                                              UNITED STATES BANKRUPTCY JUDGE