BRUNELLE & HADJIKOW, P.C.
George Brunelle (GB-3900)
One Whitehall Street – 18th Floor
New York, New York 10006
Telephone: (212) 809-9100
Facsimile: (212) 809-3219
*Attorneys for James H. Cohen Special Trust
and other Investor-Claimants Captioned Below*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------X
SECURITIES INVESTOR PROTECTION           :   Adv. Pro. No. 08-01789 (BRL)
CORPORATION,
                    Plaintiff,           :
                                             SIPA Liquidation
        v.                               :

BERNARD L. MADOFF INVESTMENT             :
SECURITIES LLC,
                    Defendant.           :   **SUPPLEMENTAL**
---------------------------------------X    **NOTICE OF OPPOSITION**
                                             **TO TRUSTEE'S**
In Re: Objection to the Trustee's Determination  :   **DETERMINATION OF CLAIMS**
of Claim with Respect to
                                         :
JAMES H. COHEN SPECIAL TRUST,
MORRIE ABRAMSON,                         :
BARRY E. KAUFMAN,
JAMES H. COHEN,                          :
ROBYN C. BERNIKER,
ALAN D. GARFIELD,                        :
MARION TALLERING-GARFIELD,
ERIN M. HELBERG,                         :
THE MARIAN COHEN 2001
   RESIDENCE TRUST, and                  :
BK INTEREST, LLC,
            Investor-Claimants.          :
---------------------------------------X

   Investor-Claimants JAMES H. COHEN SPECIAL TRUST, MORRIE ABRAMSON,

BARRY E. KAUFMAN, JAMES H. COHEN, ROBYN C. BERNIKER, ALAN D.

GARFIELD, MARION TALLERING-GARFIELD, ERIN M. HELBERG, THE MARIAN

{00068783.2}

COHEN 2001 RESIDENCE TRUST and BK INTEREST, LLC (collectively called the "Cohen-Related Investors"), by and through their undersigned attorneys, hereby serve and file the following "Supplemental Notice of Opposition to Trustee's Determination of Claims," with respect to the Bernard L. Madoff Investment Securities Trustee's ("BLMIS Trustee's"), (a) the July 30, 2009 Notice of Trustee's Determination of Claim ("Trustee's First Determination Notice"), and (b) the December 17, 2010 Notices of Trustee's Determination of Claim ("Trustee's Second Determination Notices"), all of which Notices are attached hereto as Exhibit 1.

1. On August 27, 2009, the James H. Cohen Special Trust and the Cohen-Related Investors filed a Notice of Opposition to the BLMIS Trustee's First Determination Notice. A copy of their August 27, 2009 submission (without the previously filed exhibits) is attached as Exhibit 2, and that submission, along with its Exhibits, is hereby ratified and reconfirmed.

2. With respect to the BLMIS Trustee's Second Determination Notice, the James H. Cohen Special Trust, along with each and all of the Cohen-Related Investors captioned above, hereby jointly and severally give notice of their opposition to the Trustee's Second Determination Notice. In so doing, the James H. Cohen Special Trust and the Cohen-Related Investors, jointly and severally, repeat and reaffirm the facts, allegations and legal contentions expressed in their August 27, 2009 Notice of Opposition to the BLMIS Trustee's First Determination Notice.

**RELIEF REQUESTED**

3. WHEREFORE, for the reasons stated therein, the Court is respectfully requested to grant the following relief to each and all of the Cohen-Related Investors:

A. That the James H. Cohen Special Trust and each of the Cohen-Related Investors be awarded the full amount of their separate claims upon the Madoff Trust, together with lawful interest and costs;

B. That the James H. Cohen Special Trust and each of the Cohen-Related Investors be awarded, with respect to the Madoff Trust, the full amount of their separate claims under the Securities Investors Protection Act ("SIPA"), together with lawful interest and costs;

C. That the James H. Cohen Special Trust and each of the Cohen-Related Investors be awarded such other and further relief as the Court may deem just and proper.

## CONCLUSION

4. The Cohen-Related Investors each reserve the right to revise, supplement, or amend this Notice of Objection to Trustee's Second Determination Notices.

5. The Cohen-Related Investors reserve all rights set forth Rule 9014, including, without limitation, rights of discovery. *See* Fed. R. Bankr. P. 9014.

6. The Cohen-Related Investors reserve all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever.

7. The Cohen-Related Investors incorporate by reference all reservations of rights set forth in their customer claim submissions to the BLMIS Trustee.

00057584.2

## SUPPLEMENTAL NOTICE AS TO CHANGE OF ADDRESS AND RESPONSIBLE ATTORNEYS

Counsel to the James H. Cohen Special Trust and the Cohen-Related Investors has filed notice with the Court, via the Court's ECF system, of a change in their address and in the attorneys responsible for the representation of these parties. A copy of the ECF filing is attached as Exhibit 3. All parties are asked to change their service lists to reflect the new address, as set forth below.

DATED:  New York, New York
        January 12, 2011

Respectfully submitted,

BRUNELLE & HADJIKOW, P.C.

By: /s/ George Brunelle
    George Brunelle
One Whitehall Street – 18th Floor
New York, New York 10006
Telephone: (212) 594-5300
Facsimile: (212) 809-3219
*Attorneys for James H. Cohen Special Trust, Morrie Abramson, Barry E. Kaufman, James H. Cohen, Robyn C. Berniker, Alan D. Garfield, Marian Tallering-Garfield, Erin M. Helberg, The Marian Cohen 2001 Residence Trust and BK Interest, LLC*

00057584.2