BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:   (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**SECOND AMENDED NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON JANUARY 13, 2011 AT 10:00 A.M.**

**CONTESTED MATTERS**

**Picard v. Picower, et al.; Adv. Pro. No. 09-1197**

1.   Notice of Motion and Motion for Entry of an Order Pursuant to Section 105(A) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement by and Between the Trustee and the Picower BLMIS Account Holders and Enjoining Certain Claims filed by David J. Sheehan on behalf of Irving H. Picard  (Filed:  12/17/2010) [Docket No. 25]

Related Documents:

A. Memorandum of Law in Support of Motion For Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement by and Between The Trustee and the Picower BLMIS Account Holders And Enjoining Certain Claims filed by David J. Sheehan on behalf of Irving H. Picard  (Filed:  12/17/2010) [Docket No. 25]

B. Affidavit of Service of [Baker Hostetler] Memorandum of Law in Support of Motion For Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement by and Between The Trustee and the Picower BLMIS Account Holders And Enjoining Certain Claims (related document 25) filed by David J. Sheehan on behalf of Irving H. Picard  (Filed:  12/21/2011) [Docket No. 26]

C. Affidavit of Service [Alix Partners] of Memorandum of Law in Support of Motion For Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement by and Between The Trustee and the Picower BLMIS Account Holders And Enjoining Certain Claims (related document 25) filed by David J. Sheehan on behalf of Irving H. Picard (Filed:  1/5/2011) [Docket No. 27]

Objection Deadline:    January 6, 2011

Objections Filed:

D. Objection to Motion Objection of Susanne Stone Marshall and Other Victims of the Crime of the Picower Parties whose Claims are Not Recognized by the Trustee to the Trustees Settlement with the Picower Parties (related document 25) filed by Helen Chaitman on behalf of Susanne Stone Marshall, the putative class that she represents, and other Madoff investors whose claims are not recognized by the Trustee  (Filed:  1/6/2011) [Docket No. 32]

E. Objection to Motion to Approve Settlement and Cross-Motion to Adjourn Hearing and For Leave to Take Discovery (related document 25) filed by Laurence May on behalf of Adele Fox  (Filed:  1/6/2011) [Docket No. 34]

F. Objection to Motion For Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement by and Between The Trustee and the Picower BLMIS Account Holders And Enjoining Certain Claims Re: Claim Nos. 001895,001897,001949,001896,002185,002186,001802 and 003367 (related document 25) filed by The Surabians  (Filed 1/10/11) [Docket No. 35]

Replies Filed:

G. Trustee Irving Picard's Response to Objections to Picower Settlement (related documents 25,32,34,35) filed by Keith R. Murphy on behalf of Irving H. Picard (Filed 1/11/11) [Docket No. 36]

H. Statement of the Securities Investor Protection Corporation in Support of Trustee's Motion for Entry of an Order Approving an Agreement by and Between the Trustee and the Picower BLMIS Account Holders and Enjoining Certain Claims, and Reply to Responses in Opposition Thereto (related document 25 ) filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed 1/11/11) [Docket No. 37]

I. The United States of America's Statement in Support of the Picower Settlement (related documents 25) filed by Matthew L. Schwartz on behalf of United States Of America (Filed 1/12/11) [Docket No. 40]

Related Documents:

J. Certificate of Service of Statement of the Securities Investor Protection Corporation in Support of Trustee's Motion for Entry of an Order Approving an Agreement by and Between the Trustee and the Picower BLMIS Account Holders and Enjoining Certain Claims, and Reply to Responses in Opposition Thereto (related document 37 ) filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed 1/11/11) [Docket No. 38]

K. Affidavit of Service of Trustee Irving Picard's Response to Objections to Picower Settlement (related document 36) filed by Keith R. Murphy on behalf of Irving H. Picard (Filed 1/11/11) [Docket No. 39]

L. Certificate of Service (related document 40) filed by Alicia M. Simmons on behalf of United States Of America (Filed 1/12/11) [Docket No. 41]

M. Notice of Revised Proposed Order (related document 25) filed by David J. Sheehan on behalf of Irving H. Picard (Filed 1/12/11) [Docket No. 42]

Status: This matter is going forward.

| | |
|---|---|
| Dated: New York, New York<br>      January 12, 2011 | Respectfully submitted,<br><br>*/s/ Marc E. Hirschfield*<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Marc E. Hirschfield<br>Email: mhirschfield@bakerlaw.com<br>*Attorneys for Irving H. Picard, Esq.*<br>*Trustee for the Substantively Consolidated*<br>*SIPA Liquidation of Bernard L. Madoff*<br>*Investment Securities LLC and Bernard L.*<br>*Madoff* |