Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810
Tel: (978) 681-0800
Fax: (978) 681-6330
Email: velvel@mslaw.edu

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (BRL) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-05412 (BRL) |
| LAWRENCE R. VELVEL, | |
| Defendant. | |

LAWRENCE R. VELVEL'S STATEMENT OF ISSUES
AND DESIGNATION OF RECORD ON APPEAL
[Related Document – Document No. 3545]

1

Lawrence R. Velvel hereby provides, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, his statement of issues to be presented on appeal, and his designation of items to be included in the record on appeal.

## STATEMENT OF ISSUES

On November 10, 2010 the Bankruptcy Court entered an Order ("The Order") establishing the procedures to be followed in certain adversary proceedings in this case. The issues on appeal relate to The Order. In particular, the issues are:

1. Whether the provisions of The Order severely limiting discovery are lawful.

2. Whether the provisions of The Order barring depositions of the Trustee without special dispensation from the Court are lawful.

3. Whether The Order's requirement of mandatory mediation imposed on defendants is lawful where the Trustee's counsel has explicitly said the Trustee will give little or no weight to the defendants' legal positions.

## DESIGNATION OF RECORD

| Item No. | Docket No. | Description |
| --- | --- | --- |
| 1 | 3141 | Order of November 10, 2010 (1) Establishing Litigation Case Management Procedures For Certain Avoidance Actions and (2) Amending The February 16, 2010 Protective Order |
| 2 | 3194 | Transcript of Hearing Held on November 10, 2010 |