Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000
Steven R. Schlesinger, Esq.

*Attorneys for Patricia Samuels and Amy Joel as remaindermen under the Article 3rd Trust of the L/W/T of Martin J. Joel, Jr.*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

              Plaintiff-Applicant,              Adv. Pro. No. 08-01789 (BRL)

    v.                                               SIPA Liquidation

BERNARD L. MADOFF INVESTMENT            (Substantively Consolidated)
SECURITIES LLC,

              Defendant.
----------------------------------------------------------------X

IN RE:

BERNARD L. MADOFF,

              Debtor.
----------------------------------------------------------------X

    I, **HALE YAZICIOGLU**, an attorney duly admitted to practice law before this Court, hereby certify that on the 17th day of January, 2011, I served a copy of the within **OBJECTION OF PATRICIA SAMUELS AND AMY JOEL AS REMAINDERMEN UNDER THE ARTICLE 3RD TRUST OF THE L/W/T OF MARTIN J. JOEL, JR. TO NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM, dated January 17, 2011**, upon the attorneys listed below at the address listed below, said address being designated for that purpose, via First Class Mail by depositing a true copy of same enclosed in a properly addressed wrapper in an

1

official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

To:  Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Ona T. Wang, Esq.
Naima Garvin, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: Garden City, New York
January 17, 2011

/s/ Hale Yazicioglu
HALE YAZICIOGLU
JASPAN SCHLESINGER LLP
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000

2

HY/D738929v1/M053602/C0143600