

45 BROADWAY
NEW YORK, NY 10006
212.599.3322 PHONE
212.557.0295 FAX

WWW.BECKER-POLIAKOFF.COM
WWW.BECKERNY.COM

January 17, 2010

**BY ECF**

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   **Re: In re: Bernard L. Madoff**
      **Motion to Leave for Appeal U.S. Bankruptcy Court, Southern District of**
      **New York, 08-1789 (BRL) Order dated December 14, 2010**

Dear Sir/Madam:

  We represent the movants in connection with the referenced motion for leave to appeal. Please accept this very short reply memorandum which focuses for the Court the narrow issue on appeal.

          Respectfully,

          */s/ Helen Davis Chaitman*
          Helen Davis Chaitman

HDC:jg