Helen Davis Chaitman (4266)
Becker & Poliakoff LLP
45 Broadway
New York, NY 10006
hchaitman@becker-poliakoff.com
*Attorneys for Diane and Roger Peskin, and*
*several hundred other customers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2011, I caused a true copy of the following document:

- Cover letter to the Court; and
- Movants' Reply in Support of Motion for Leave to Appeal

to be served by electronic mail upon the parties at the addresses listed below:

**Baker & Hostetler LLP**
David J.Sheehan: dsheehan@bakerlaw.com
*Attorneys for the Trustee*

**Securities Investor Protection Corporation**
Josephine Wang: jwang@sipc.org
Kevin Bell: kbell@sipc.org
*Attorneys for Securities Investor Protection Corporation*

Dated: January 17, 2011                                    /s/ *Julie Gorchkova*