UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION

     Plaintiff-Applicant,

  - against -

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

     Defendant.

------------------------------------------------------------X

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation

**AFFIDAVIT OF RICHARD TUCHMAN**

State of Florida  )
County of Palm Beach )

  RICHARD TUCHMAN, being duly sworn, deposes and says the following:

1. My name is Richard Tuchman. I submit this Affidavit in support of my objection to the Determination of my claim, Claim Number 002163, in the above-referenced matter. I have personal knowledge of the facts set forth herein.

2. On March 31, 2005, I initiated a wire transfer in the amount of $250,000 from my personal bank account at JPMorgan Chase Bank, N.A., and caused that amount to be directly wired to Bernard L. Madoff Investment Securities LLC ("BLMIS") for deposit into Account Number ID00075.

3. On December 29, 2005, I initiated a wire transfer in the amount of $300,000 from my personal bank account at JPMorgan Chase Bank, N.A. and caused that amount to be directly wired to BLMIS for deposit into Account Number ID00075 ("Account 75").

4. Since Account 75 was opened at BLMIS, I believed that I was a customer of BLMIS and that the funds that I deposited into Account 75 were my personal funds.

5. In addition, I had the complete and sole authority to make investment decisions with respect to my share of the funds that were invested in Account 75.

_____
Richard Tuchman

Sworn to before me this ___ day of January, 2011

_____
Notary Public



KENNETH M. REICHLE, JR.
MY COMMISSION # DD947630
EXPIRES: December 19, 2013
Fl. Notary Discount Assoc. Co.