

The Woodcutters Cottage
Brownstown
Collinstown
Co. Westmeath

Clerk of the United States Bankruptcy court
For the Southern District of New York
One Bowling Green
New York New York 10004

15 December 2010

| Re:   Emily Joanna Treherne | Claim No: 070211 |

Dear Sirs

Please find enclosed my previous correspondence regarding my claim to your good selves.

Unfortunately I have been of ill health and have spent a lot of time in a medical institution due to my many problems arising out of the loss of my money through Mr Madoff's scheme.

I have been unable to carry out any normal day to day business or normal family life. I would ask you to look on my claim in a favourable manner as I have been ill advised on too many occasions. I can travel to New York or ask some of my family to go on my behalf to meet with you if you would find this helpful. My husband has left me and I am destitute and my failing health is leaving me very vulnerable. I can send doctor and medical records if required. Clarification regarding this position would be most appreciated on this occasion.

I look forward to hearing from you in due course. Due to postal and geographic location I hope this finds you on time.

Yours Faithfully

*Emily Treherne*
Emily Treherne