Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810
Tel:  (978) 681-0800
Fax: (978) 681-6330
Email: velvel@mslaw.edu

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LAWRENCE R. VELVEL,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 10-05412 (BRL) |

REVISED NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON JANUARY 25, 2011 AT 10:00 A.M.

**SIPC v. BLMIS, et al.:  Adv. Pro. No. 08-01789; Adv. Pro. No. 10-05412**

1. Motion of Lawrence R. Velvel for a Partial Stay of the Court's Orders of November 10, 2010 Involving Avoidance Actions Against Innocent Investors.

2. Motion of Lawrence R. Velvel for (1) Judicial Approval of a Notice of Appeal -- From Certain Avoidance Procedures -- That Was Filed on December 20, 2010, Three Days After the Avoidance Procedures Became Applicable to Him, or (2) in the Alternative, For a Brief Extension of Time, Until December 1, 2010, for the Filing of a Prior Notice of Appeal That Was Submitted on That Date.

3. Motion for Leave to File an Interlocutory Appeal in the District Court from Certain Dispositive Provisions of this Court's Order of November 10, 2010 Establishing Procedures for Avoidance Actions.

Dated: January 19, 2011        By: _____
                                    Lawrence R. Velvel, Esq.
                                    Massachusetts School of Law
                                    500 Federal Street
                                    Andover, MA 01810
                                    Tel: (978) 681-0800
                                    Fax: (978) 681-6330
                                    Email: Velvel@mslaw.edu

R:\My Files\Madoff\NoticeofHearing1.25.11.REVISED.doc