**FRANZBLAU DRATCH, P.C.**
ATTORNEYS AT LAW
PLAZA ONE
354 EISENHOWER PARKWAY
P.O. BOX 472
LIVINGSTON, N.J. 07039-0472
(973) 992-3700
TELECOPIER (973) 992-7945 OR (973) 994-0130
email: <fullname>@njcounsel.com
WRITER'S DIRECT DIAL: (973) 533-7212

S. M. CHRIS FRANZBLAU△
STEPHEN N. DRATCH*
MARTIN L. FENIK*
PATRICK T. COLLINS□▽
JULIAN WILSEY
BRIAN M. DRATCH*
ELIZABETH A. DELAHUNTY▼

NEW YORK OFFICE
233 BROADWAY
SUITE 2701
NEW YORK, NY 10279
(212) 571-1808
PLEASE REPLY TO N.J. OFFICE

WEBSITE:
www.njcounsel.com

OF COUNSEL
RICHARD E. MISCHEL*
ALLEN B. PEARL
CYRUS J. BLOOM
SANFORD F. YOUNG*°
ADAM D. DRATCH*

*NJ & NY BAR
△NJ & DC BAR
°PA BAR
▼NJ & FL BAR
□CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A MATRIMONIAL ATTORNEY
▽CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

January 14, 2011

VIA FEDERAL EXPRESS

Clerk
United States Bankruptcy Court
for the Southern District of New York
1 Bowling Green
New York, New York 10004

Re: Bernard L. Madoff Investment Securities LLC in Liquidation
Case No. 08-1789(BRL)
Morty Wolosoff Trust
Claim No. 005981

Dear Sir:

I am the Trustee of the Morty Wolosoff Trust. I am in receipt of the Trustee's Determination of Claim dated December 17, 2010 denying the Morty Wolosoff Trust Claim, designated as Claim No. 005981. In accordance with said letter the Morty Wolosoff Trust is respectfully requesting a hearing.

The grounds for the disagreement with the Trustee's determination is as follows: Morty Wolosoff Trust invested in Bernard L. Madoff Investment Securities ("BLMIS") through an investment vehicle known as the "The Lucky Company". The account number assigned by BLMIS to the Wolosoff Trust via The Lucky Company was account number "1-L0053-3-0". This aforesaid account number, by BLMIS, was dedicated to the Morty Wolosoff Trust and the Trust established for his wife, The Gloria Wolosoff Trust. Though perhaps the name "Morty Wolosoff Trust" and "Gloria Wolosoff Trust" were not specifically set forth in the records of BLMIS the fact remains that the account number 1-L0053-3-0 unequivocally belonged to the Morty Wolosoff Trust and the Gloria Wolosoff Trust. In addition, based upon information and belief BLMIS was informed that account number 1-L-0053-3-0" was the property of the Morty Wolosoff Trust and the Gloria Wolosoff

Pg 2 of 2

FRANZBLAU DRATCH, P.C.
A PROFESSIONAL CORPORATION

Clerk
United States Bankruptcy Court
for the Southern District of New York
January 14, 2011
Page 2

Trust. Accordingly, the Morty Wolosoff Trust respectfully requests a hearing.

Respectfully yours,

STEPHEN N. DRATCH

SND/rlm
cc: Irving H. Picard, Trustee c/o Baker & Hostetler, LLP, Attn. Claims Dept., 45 Rockefeller Plaza, N.Y., N.Y. 10111