# FRANZBLAU DRATCH, P.C.
ATTORNEYS AT LAW
PLAZA ONE
354 EISENHOWER PARKWAY
P.O. BOX 472
LIVINGSTON, N.J. 07039-0472

(973) 992-3700

TELECOPIER (973) 992-7945 OR (973) 994-0130

email: <fullname>@njcounsel.com

WRITER'S DIRECT DIAL: (973) 533-7 212

S. M. CHRIS FRANZBLAU△
STEPHEN N. DRATCH*
MARTIN L. FENIK*
PATRICK T. COLLINS◻▽
JULIAN WILSEY
BRIAN M. DRATCH*
ELIZABETH A. DELAHUNTY▼

NEW YORK OFFICE
233 BROADWAY
SUITE 2701
NEW YORK, NY 10279
(212) 571-1808
PLEASE REPLY TO N.J. OFFICE

WEBSITE:
www.njcounsel.com

OF COUNSEL
RICHARD E. MISCHEL*
ALLEN B. PEARL
CYRUS J. BLOOM
SANFORD F. YOUNG*○
ADAM D. DRATCH*

*NJ & NY BAR
△NJ & DC BAR
○PA BAR
▼NJ & FL BAR
◻CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A MATRIMONIAL ATTORNEY
▽CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

January 14, 2011

VIA FEDERAL EXPRESS



Clerk
United States Bankruptcy Court
 for the Southern District of New York
1 Bowling Green
New York, New York 10004

Re: Bernard L. Madoff Investment Securities LLC in Liquidation
    Case No. 08-1789(BRL)
    Gloria Wolosoff Trust
    Claim No. 005980

Dear Sir:

I am the Trustee of the Gloria Wolosoff Trust. I am in receipt of the Trustee's Determination of Claim dated December 17, 2010 denying the Gloria Wolosoff Trust Claim, designated as Claim No. 005980. In accordance with said letter the Gloria Wolosoff Trust is respectfully requesting a hearing.

The grounds for the disagreement with the Trustee's determination is as follows: Gloria Wolosoff Trust invested in Bernard L. Madoff Investment Securities ("BLMIS") through an investment vehicle known as the "The Lucky Company". The account number assigned by BLMIS to the Wolosoff Trust via The Lucky Company was account number "1-L0053-3-0". This aforesaid account number, by BLMIS, was dedicated to the Morty Wolosoff Trust and the Trust established for his wife, The Gloria Wolosoff Trust. Though perhaps the name "Morty Wolosoff Trust" and "Gloria Wolosoff Trust" were not specifically set forth in the records of BLMIS the fact remains that the account number 1-L0053-3-0 unequivocally belonged to the Morty Wolosoff Trust and the Gloria Wolosoff Trust. In addition, based upon information and belief BLMIS was informed that account number 1-L-0053-3-0" was the property of the Morty Wolosoff Trust and the Gloria Wolosoff

**FRANZBLAU DRATCH, P.C.**
A PROFESSIONAL CORPORATION

Clerk
United States Bankruptcy Court
 for the Southern District of New York
January 14, 2011
Page 2


Trust. Accordingly, the Morty Wolosoff Trust respectfully requests a hearing.

Respectfully yours,

STEPHEN N. DRATCH

SND/rlm
cc: Irving H. Picard, Trustee c/o Baker & Hostetler, LLP, Attn. Claims Dept., 45 Rockefeller Plaza, N.Y., N.Y. 10111