Richard E. Signorelli
Bryan Ha
LAW OFFICE OF
RICHARD E. SIGNORELLI
799 Broadway, Suite 539
New York, New York 10003
Telephone:   212 254 4218
Facsimile:    212 254 1396
E-mail: rsignorelli@nycLITIGATOR.com
Website: www.nycLITIGATOR.com

Attorneys for Drew Buckmaster

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

       Plaintiff-Applicant,

       v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

       Defendant.
------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

       Debtor.
------------------------------------------------------------x

Adversary Proceeding
No. 08-01789-BRL

SIPA Liquidation
(Substantively Consolidated)

## OBJECTION TO TRUSTEE'S DETERMINATION OF
## DREW BUCKMASTER'S CUSTOMER CLAIM (CLAIM NO. 015830)

Drew Buckmaster, by and through his attorneys, as and for his objection to the Trustee's determination denying his customer claim (Claim No. 015830), states as follows:[1]

1. Mr. Buckmaster is a "customer" of Bernard L. Madoff Investment Securities LLC ("BLMIS") as that term is defined in the Securities Investor Protection Act ("SIPA"). Mr. Buckmaster had an account with BLMIS.

2. The Trustee's determination denying Mr. Buckmaster's claim on the ground that he is not a "customer" of BLMIS under SIPA and that he did not have an account with BLMIS is erroneous and contrary to law.

3. Accordingly, Mr. Buckmaster's claim should be allowed in full as filed.

4. To the extent applicable, Mr. Buckmaster joins in the objections of other claimants whose claims have been denied by the Trustee on the same or similar grounds.

5. Mr. Buckmaster reserves the right to revise, supplement, or amend this objection. Any failure to object on a particular ground or grounds shall not be construed as a waiver of Mr. Buckmaster's right to object on any additional grounds.

6. Mr. Buckmaster reserves the right to subsequently file a memorandum of law and other documentary support in connection with any scheduled hearing and further proceedings of this matter.

---

[1] The Trustee previously granted Mr. Buckmaster's request for an extension of time in which to file his objection. The extended deadline for filing is February 9, 2011.

7.  All further notices concerning this matter should be served upon the undersigned counsel.

Dated: New York, New York
       January 11, 2011

Respectfully submitted,

LAW OFFICE OF
RICHARD E. SIGNORELLI

By: _____

Richard E. Signorelli
Bryan Ha
799 Broadway, Suite 539
New York, NY 10003
Telephone:  212 254 4218
Facsimile:  212 254 1396
rsignorelli@nycLITIGATOR.com
www.nycLITIGATOR.com

**Attorneys for Drew Buckmaster**

## AFFIRMATION OF SERVICE

BRYAN HA, an attorney duly admitted to practice before the Courts of the State of New York, affirms under the penalties of perjury pursuant to Title 28, United States Code, Section 1746, that on January 11, 2011 he served a copy of the within Objection To Trustee's Determination Of Drew Buckmaster's Customer Claim (Claim No. 015830) on the following persons by U.S. First Class Mail:

>Clerk of the United States Bankruptcy Court for
>the Southern District of New York
>One Bowling Green
>New York, New York 10004
>
>Irving H. Picard, Trustee
>c/o Baker & Hostetler LLP
>Attn: Claims Department
>45 Rockefeller Plaza
>New York, New York 10111

Dated: New York, New York
January 11, 2011

_____
Bryan Ha