# EXHIBIT A

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 221-2242
Telex 235130
Fax 212 486-8178

MAGNIFY INC.
KURT BRUNNER ATTORNEY AT LAW
BANK STRASSE 21
8750 GLARUS SWITZERLAND

Dear Mr. Brunner,

Please be advised that as of 12/31/92 your account portfolio evaluation is as follows:

SECURITIES HELD FOR THE ACCOUNT OF
"MAGNIFY INC."
A/C #1FN024-30 AS OF 12/31/92

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/92 | NET MARKET VALUE 12/31/92 |
|---|---|---|---|
| AMR | 38,000 | 67 1/2 | $2,565,000.00 |
| BIOGEN INC. | 2,900 | 47 | $136,300.00 |
| CRAY RESEARCH INC. | 38,000 | 22 7/8 | $869,250.00 |
| DIGITAL EQUIPMENT CORP. | 38,800 | 33 3/4 | $1,309,500.00 |
| NOVELL INC. | 189,600 | 28 1/2 | $5,403,600.00 |
| SUN MICROSYSTEMS INC. | 51,300 | 33 5/8 | $1,724,962.50 |
| U.S. TREASURY BILL DUE 2/25/93 | 19,600,000 | 0.9953 | $19,507,880.00 |

NET MARKET VALUE OF OPEN SECURITY POSITIONS    $31,516,492.50

CASH BALANCE    $2,505.45

TOTAL EQUITY    $31,518,997.95

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891