# EXHIBIT A

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 221-2242
Telex 235130
Fax 212 486-8178

MAGNIFY INC.
KURT BRUNNER ATTORNEY AT LAW
BANK STRASSE 21
8750 GLARUS SWITZERLAND

Dear Mr. Brunner,

Please be advised that as of 12/31/92 your account portfolio evaluation is as follows:

SECURITIES HELD FOR THE ACCOUNT OF
"MAGNIFY INC."
A/C #1FN025-30 AS OF 12/31/92

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/92 | NET MARKET VALUE 12/31/92 |
|---|---|---|---|
| AMR | 100,000 | 67 1/2 | $6,750,000.00 |
| BIOGEN INC. | 900,000 | 47 | $42,300,000.00 |
| COMPAQ COMPUTER CORP. | 450,000 | 48 3/4 | $21,937,500.00 |
| CITICORP | 950,000 | 22 1/4 | $21,137,500.00 |
| DELL COMPUTER CORP. | 780,000 | 48 | $37,440,000.00 |
| DIGITAL EQUIPMENT CORP. | 125,000 | 33 3/4 | $4,218,750.00 |
| FIDELITY CASH RESERVES SBI | 792,946 | 1 | $792,946.00 |
| LINEAR TECHNOLOGY CORP. | 850,000 | 25 1/2 | $21,675,000.00 |
| ORACLE SYSTEMS CORP. | 950,000 | 28 3/8 | $26,956,250.00 |
| LOTUS DEVELOPMENT CORP. | 50,000 | 19 5/8 | $981,250.00 |
| STAPLES INC. | 400,000 | 41 1/4 | $16,500,000.00 |

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891


| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/92 | NET MARKET VALUE 12/31/92 |
|---|---:|---:|---:|
| STORAGE TECHNOLOGY CORP. | 50,000 | 20 3/4 | $1,037,500.00 |
| SUN MICROSYSTEMS INC. | 100,000 | 33 5/8 | $3,362,500.00 |
| TELE COMMUNICATIONS INC. | 800,000 | 21 1/4 | $17,000,000.00 |

|  |  |
|---|---:|
| NET MARKET VALUE OF OPEN SECURITY POSITIONS | $222,089,196.00 |
| CASH BALANCE | $0.13 |
| TOTAL EQUITY | $222,089,196.13 |