Bisceglie & DeMarco, LLC
365 Rifle Camp Road
Woodland Park, NJ 07424
Telephone: (973) 742-8900
Facsimile: (973) 742-7999
and
711 Third Avenue, Suite 1803
New York, NY 10017
Telephone: (212) 682-8089
Angelo R. Bisceglie, Jr., Esq.
Email: abisceglie@bd-lawfirm.com
Mark I. Silberblatt, Esq.
Email: msilberblatt@bd-lawfirm.com
Cara B. Allen, Esq.
Email: callen@bd-lawfirm.com

*Attorneys for Upstate New York Bakery
Drivers and Industry Pension Fund*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,                                          :

                Plaintiff-Applicant,        :

                v.                                           :

BERNARD L. MADOFF INVESTMENT        :
SECURITIES LLC,
                                                              :
                Defendant.
-----------------------------------------------------------
In re:                                                    :

BERNARD L. MADOFF,                          :

                Debtor.                              :
-----------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

**CERTIFICATE OF SERVICE**

I, Mark I. Silberblatt, Esq., hereby certify that on this 11th day of January, 2011, I caused a true and correct copy of the Objection to Trustee's Determination of Claim to be served upon the parties listed below in the manner indicated:

Via Regular Mail
And Certified Mail – Return Receipt Requested:

Clerk of the United States Bankruptcy Court of
the Southern District of New York
One Bowling Green
New York, NY 10004

Via Regular Mail
And Certified Mail – Return Receipt Requested:

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, NY 10111

Respectfully submitted,

BISCEGLIE & DEMARCO, LLC

By: /s/ Mark I. Silberblatt
Mark I. Silberblatt (MS7471)