**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Deborah H. Renner
Email: drenner@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>JEFFRY M. PICOWER, individually and as trustee for the Picower Foundation, *et al.*,<br><br>Defendants. | Adv. Pro. No. 09-1197 (BRL) |

## NOTICE OF CORRECTED DOCKET ENTRY

**PLEASE TAKE NOTICE**, that on December 17, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the substantively consolidated estate of Bernard L. Madoff, by and through his undersigned counsel, filed a motion (the "Motion") seeking entry of an order, pursuant to section 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, (i) approving that certain Agreement by and between the Trustee on the one hand and Barbara Picower, as executor of the estate of Jeffry M. Picower, and on behalf of certain other related entities and their accounts maintained at BLMIS on the other hand, and (ii) enjoining customers or creditors of BLMIS, who filed or could have filed claims in the liquidation, from asserting certain claims, as more particularly set forth in the Trustee's supporting Memorandum of Law. [ECF No. 25];

**PLEASE TAKE FURTHER NOTICE**, after notice and a hearing, the Bankruptcy Court entered an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 2019 of the Federal Rules of Bankruptcy Procedure Approving An Agreement By and Among the Trustee and the Picower BLMIS Account Holders and Issuing a Permanent Injunction on January 13, 2010 (the "Order") [ECF No. 43];

**PLEASE TAKE FURTHER NOTICE**, that the Order indicated that the Agreement between the Trustee and the Picower BLMIS Account Holders was annexed to the Order as Exhibit A; however, docket entry ECF No. 43 did not have Exhibit A linked thereto;

**PLEASE TAKE FURTHER NOTICE**, that the Clerk of the Bankruptcy Court has corrected docket entry ECF No. 43, linking Exhibit A thereto;

**PLEASE TAKE FURTHER NOTICE**, that the terms of the Order were not altered or amended in any way;

**PLEASE TAKE FURTHER NOTICE**, that a copy of the Order and Exhibit A will be served on those parties that filed a notice of appearance in the adversary proceeding *Picard v. Picower, et al.*, No. 09-1197 (BRL). The Order and Exhibit A will remain accessible through PACER for all parties, creditors, customers, or other interested parties.

Dated: New York, New York
       January 25, 2011

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Deborah H. Renner
Email: drenner@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard,
Trustee for the Substantively Consolidated
SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and Bernard L.
Madoff*