# EXHIBIT B

2:23 PM
01/24/11
Cash Basis

# Peerstate TAX RETURN
## Balance Sheet
As of November 30, 2008

|  | Nov 30, 08 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **1000 · Cash** | |
| 1015 · Cash -Bank of America-Chkg-9550 | 10,395.84 |
| 1025 · Svgs-Bank of America - 3436 | 48,812.95 |
| 1030 · Cash-Madoff-Stock | -2,366,171.17 |
| 1040 · Cash-Madoff-Options | 2,366,172.00 |
| 1050 · MMA-Madoff-Stock | 4,453.00 |
| **Total 1000 · Cash** | 63,662.62 |
| **Total Checking/Savings** | 63,662.62 |
| **Total Current Assets** | 63,662.62 |
| **Fixed Assets** | |
| **1500 · Fixed Assets** | |
| 1510 · Office Equipment | 534.48 |
| 1520 · Office Equipment-Acc Dep | -534.48 |
| **Total 1500 · Fixed Assets** | 0.00 |
| **Total Fixed Assets** | 0.00 |
| **Other Assets** | |
| **1600 · Investments** | |
| 1610 · Stock | 19,998,560.42 |
| 1620 · Options | 166,428.00 |
| **Total 1600 · Investments** | 20,164,988.42 |
| 1700 · Due From Robert N Getz LLC | 38,124.77 |
| 1810 · Organization Costs | 14,748.87 |
| 1820 · Oganization Costs-Acc Amtz | -14,748.87 |
| **Total Other Assets** | 20,203,113.19 |
| **TOTAL ASSETS** | 20,266,775.81 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| **3000 · Partners** | |
| **3100 · Limited Partners** | |
| 3118 · Bailey, Richard | 378,571.71 |
| 3120 · O'Brien, T & D | 98,961.67 |
| 3122 · Fetkowitz, F & E | 207,649.80 |
| 3126 · Nieves, Raymond | 200,465.11 |
| 3129 · Morgal, Dixie | 198,050.01 |
| 3131 · D'Agostino, Rita | 633,520.88 |
| 3136 · Williams, Brenda G. | 87,653.36 |
| 3137 · Krebs, Martin | 620,467.38 |
| 3140 · Prochilo, Louis & Dorothy | 217,435.43 |
| 3141 · Nataro, Frank | 44,941.54 |
| 3143 · Leav, Richard | 221,507.83 |
| 3152 · Gottlieb, Dr. Amy Z. | 461,084.02 |
| 3153 · Celia Krebs Trust | 619,976.15 |
| 3156 · Stangler, Frieda | 82,493.52 |
| 3157 · Simon, Bernice W. | 54,040.54 |
| 3158 · Mallilo, Georgiana | 750,053.40 |
| 3159 · Nataro, Anne-Marie | 251,041.62 |
| 3162 · Bailey, Judith | 187,831.22 |
| 3170 · Edelman, Henrietta | 109,539.31 |
| 3176 · D'Agostino, Rita ITF Michael D' | 157,455.77 |
| 3177 · Silver, Dena | 42,633.06 |
| 3178 · Weiss, Janet | 227,748.02 |
| 3180 · Brancato, Joseph | 133,679.17 |
| 3188 · Haber, Shari | 211,732.42 |
| 3189 · Schmitt, Robyn | 199,151.78 |
| 3191 · Flagg, Elise ITF Taylor | 172,089.98 |

2:23 PM
01/24/11
Cash Basis

# Peerstate TAX RETURN
## Balance Sheet
### As of November 30, 2008

|  | Nov 30, 08 |
|---|---|
| 3193 · Stillman, Ann | 251,840.36 |
| 3194 · Charwat, Mark | 221,606.38 |
| 3195 · Hurwitz, Ronald | 458,464.67 |
| 3199 · Allen, Robert | 69,621.13 |
| 3302 · Lee, Brian D. | 132,830.65 |
| 3316 · Pike, Patricia S. & Earl | 221,259.42 |
| 3317 · Kornblatt, Helen & R | 223,515.82 |
| 3318 · Morgal, Dixie & | 243,888.28 |
| 3328 · Corso, Joseph | 158,723.95 |
| 3330 · Fardella, Leo | 208,505.08 |
| 3332 · Coppolino, Richard | 2,094,872.18 |
| 3333 · Imai, Shizue | 273,459.17 |
| 3335 · MCA Family Limited Partnership | 325,705.36 |
| 3336 · Blue, Anthony Dias | 281,037.56 |
| 3338 · Prochilo, James & Barbara | 92,671.26 |
| 3342 · Ross, Andrew | 69,816.26 |
| 3343 · Allen, Michael C. | 153,943.91 |
| 3344 · Kaplan, Steven B. | 184,474.91 |
| 3345 · Cohn, Peter | 187,169.26 |
| 3348 · Kuo-Zelnick, Fenney | 174,671.43 |
| 3349 · Schecter, Evan & Jacqueline | 79,285.29 |
| 3351 · Charwat, Anabella B. | 217,337.98 |
| 3352 · Sternberg, David | 53,790.11 |
| 3353 · Harrington, Elizabeth | 107,433.13 |
| 3354 · Melissa Morgal & Michael Morgal | 50,084.70 |
| **Total 3100 · Limited Partners** | **13,105,782.95** |
| **3110 · General Partner** | |
| 3111 · Robert N. Getz, LLC | 243,280.72 |
| **Total 3110 · General Partner** | **243,280.72** |
| **3400 · Pension Plans** | |
| 3121 · Sugarman, Daniel A | 29,144.24 |
| 3139 · Nataro, Frank MD | 159,700.00 |
| 3207 · Glen Ross MDPC | 222,302.18 |
| 3309 · Michael C. Allen CPA PLLC | 143,189.50 |
| 3331 · Joann P. Erb Pension Plan | 433,524.11 |
| **Total 3400 · Pension Plans** | **987,860.03** |
| **3500 · IRA Accounts** | |
| 3112 · Bailey, Judith IRA | 329,084.59 |
| 3119 · Flagg, Noel IRA | 601,715.33 |
| 3127 · Bailey, Suzanne IRA | 232,198.49 |
| 3132 · Oakden, Geoffrey N. | 254,378.13 |
| 3145 · Edelman, Paul B. IRA | 196,322.55 |
| 3149 · Auriccho, Joseph M. | 1,237,298.92 |
| 3150 · Sonnenberg, Ronnie | 160,941.67 |
| 3151 · Corso, Joseph D. IRA | 125,760.95 |
| 3154 · D'Agostino, Rita IRA | 480,539.52 |
| 3155 · Gottlieb, Amy Z IRA | 216,530.57 |
| 3161 · Lee, Johnny IRA | 421,422.97 |
| 3171 · Morgal, Dixie IRA | 100,333.13 |
| 3201 · Allen, Michael IRA | 274,395.62 |
| 3312 · Leav, Richard IRA | 234,658.80 |
| 3314 · Scully, Mary IRA | 270,525.08 |
| 3334 · Getz, Steven S. IRA | 11,721.90 |
| 3337 · Libman, Ilya IRA | 110,388.38 |
| 3339 · Erb, Joann IRA | 218,945.38 |
| 3350 · Kipling, Amelia R. IRA | 452,690.22 |
| **Total 3500 · IRA Accounts** | **5,929,852.20** |
| **Total 3000 · Partners** | **20,266,775.90** |
| 3810 · Retained Earnings | -2,692,359.16 |
| Net Income | 2,692,359.07 |

2:23 PM
01/24/11
Cash Basis

# Peerstate TAX RETURN
## Balance Sheet
As of November 30, 2008

|  | Nov 30, 08 |
|---|---|
| Total Equity | 20,266,775.81 |
| **TOTAL LIABILITIES & EQUITY** | 20,266,775.81 |