UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | SIPA LIQUIDATION <br><br> Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )  ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On January 20, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000054).

Executed on  Jan 25 , 2011

_____
John S. Franks

Sworn to and subscribed before me this 25th day of January, 2011

_____
(SEAL)

_____
Notary Public

(SEAL stamp: BOBBIE J. PHILLIPS, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 1-5-2014)

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 4900054**
**JANUARY 20, 2011**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| | X | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLF | 787 Seventh Avenue | New York | NY | 10019 |