

**REPUBLIK ÖSTERREICH**
BUNDESMINISTERIUM FÜR JUSTIZ
BMJ-Z939.395/0001-I 10/2011



JAN 18 2011

| | |
|---|---|
| To the<br>Clerk of the Court United staates<br>Bancruptcy Court-SD<br>One Bowling Green<br>New York NY 10004<br>UNITED STATES | Adresse<br>1070 Wien, Museumstraße 7<br><br>e-mail<br>post@bmj.gv.at<br><br>Telefon          Telefax<br>(01) 52152-0*   (01) 52152 2727<br><br>Sachbearbeiter(in): Gabriele Gal<br>*Durchwahl:           2844 |

RE:   Request and Subpoena in Re Bernard L. Madoff, Debtor

Dear Madams/Sirs

after a first view on the documents we learned that the announced Order 5 has not been transmitted. It should contain All Exhibits concerning 1. Peter Augendoppler, 2. Dr. Karin Exner-Wöhrer, 3. Dr. Johann Haumer, 4. Dr. Maria Lehrl, 5A & BB Mag. Barbara Wosner-Sandberg.

If those documents shall be served, please try to trace them and eventually send them to our adress to complete your request.

sincerely yours

12. Jänner 2011
Für die Bundesministerin:
Gabriele Gal

Elektronisch gefertigt

| Datum/Zeit-UTC | 2011-01-13T09:16:30+01:00 |
|---|---|
| Aussteller-Zertifikat | CN=a-sign-corporate-light-02,OU=a-sign-corporate-light-02,O=A-Trust Ges. f. Sicherheitssysteme im elektr. Datenverkehr GmbH,C=AT |
| Serien-Nr. | 263671 |
| Hinweis | Dieses Dokument wurde mit der Justizsignatur versehen (§ 89c Abs. 3 GOG). Auch ein |


