KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur J. Steinberg, Esq.
Heath D. Rosenblat, Esq.

*Counsel for the Pascucci Family*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                             :    Adv. Pro. No. 08-01789 (BRL)
                                         :
                     Plaintiff-Applicant,:    SIPA LIQUIDATION
v.                                       :
                                         :    (Substantively Consolidated)
BERNARD L. MADOFF INVESTMENT             :
SECURITIES LLC,                          :
                                         :
                     Defendant.          :
-----------------------------------------------------------------x
In re:                                   :
                                         :
BERNARD L. MADOFF,                       :
                                         :
                     Debtor.             :
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that King & Spalding LLP hereby appears in the above-captioned case as counsel to: (i) Dawn Pascucci Barnard; (ii) Trust FBO Michael A. Pascucci UA DTD 12/31/94 Michael C Pascucci Christopher S Pascucci; (iii) Michael A. Pascucci; (iv) Michael C. Pascucci; (v) Christopher S. Pascucci; (vi) Ralph P. Pascucci; (vii) Pascucci Family Foundation; (viii) Jocelyn A. Pascucci; (ix) Christopher S. Pascucci 1995 Charitable Remainder Trust UAD 11/7/95; (x) The Dawn A. Pascucci Barnard 1995 Charitable Remainder TST UAD 11/7/95; (xi) Fund for the Poor, Inc.; (xii) CSP Investment Associates LLC;

(xiii) RPP Investment Associates LLC; and (xiv) MCP Investment Associates LLC, (collectively, the "Pascucci Family").  Pursuant to Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, King & Spalding LLP requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the above-captioned case, be given and served upon the following persons at the addresses and numbers set forth below:

> King & Spalding LLP
> 1185 Avenue of the Americas
> New York, New York  10036
> Attn:  Arthur J. Steinberg, Esq.
>            Heath D. Rosenblat, Esq.
> E-mail:  asteinberg@kslaw.com
>                 hrosenblat@kslaw.com
> Telephone:  (212) 556-2100
> Facsimile:  (212) 556-2222

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the above-captioned case whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Documents nor any subsequent appearance, pleading, claim or suit shall constitute a waiver of the Pascucci Family's substantive or procedural rights, including without limitation:

> (1)   the right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge;
>
> (2)   the right to trial by jury in any proceeding as to any and all matter so triable, whether or not such matters are designated as legal or private rights, or in any

2

case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

(3) the right to seek abstention or remand of any matter or proceeding subject to mandatory or discretionary abstention or remand, and to have the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal;

(4) the right to receipt of service of process in all actions, causes, claims or proceedings arising in, arising under or related to the above-captioned case to be served directly on the Pascucci Family as required by law;

(5) the rights, remedies and claims against other entities; or

(6) any other rights, claims, actions, defenses, setoffs or recoupments to which the Pascucci Family is or may be entitled under any agreements or at law or in equity or under the United States Constitution.

[*Text Continued On Following Page*]

All of the above rights are expressly reserved and preserved by the Pascucci Family without exception.

Dated: January 28, 2011
      New York, New York

                        KING & SPALDING LLP

                        By /s/ Heath D. Rosenblat
                           Arthur J. Steinberg
                           Heath D. Rosenblat
                        1185 Avenue of the Americas
                        New York, New York 10036-4003
                        Telephone: (212) 556-2100
                        Facsimile: (212) 556-2222
                        Email:  asteinberg@kslaw.com
                                hrosenblat@kslaw.com

                        *Counsel for the Pascucci Family*