# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | <br>RECEIVED<br>JAN 2 8 2011<br>U.S. BANKRUPTCY COURT, SDNY |

## NOTICE OF WITHDRAWAL OF OBJECTION

Bally Ko Partnership ("Claimant"), having filed an objection to the Notice of Trustee's Determination of Claim respecting Claimant's customer claim (#007075) (the "Objection", Docket No. 858), hereby gives notice that it is withdrawing such Objection.

Dated: December 30, 2010

BALLY KO PARTNERSHIP

By: _____
David Thun, Managing Partner
67 Evans Hill Road
Sinking Spring, Pennsylvania 19608
Tel: (610) 374-0400