Barger & Wolen, LLP
10 East 40th Street, 40th Floor
New York, NY 10016-0301
Tel:    (212) 557-2800
Fax:    (212) 557-2884
Dennis C. Quinn (DQ1401) dquinn@bargerwolen.com

Barger & Wolen, LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Tel: (213) 680-2800
Fax: (213) 614-7399
John C. Holmes (*Pro Hac Vice*) jholmes@bargerwolen.com

Attorneys for Interested Party Jewish Community Foundation
of the Jewish Federation Council of Greater Los Angeles

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
SECURITIES INVESTOR PROTECTION              :   District Court Case No. 08-10791
CORPORATION,                                :
                                            :   Adv. Pro. No. 08-01789 (BRL)
                            Plaintiff,      :
        v.                                  :
                                            :
BERNARD L. MADOFF INVESTMENT                :
SECURITIES, LLC,                            :
                                            :
                            Defendant.      :
                                            :
---------------------------------------------------------------X

**OBJECTION OF THE JEWISH COMMUNITY FOUNDATION OF THE JEWISH FEDERATION COUNCIL OF GREATER LOS ANGELES TO THE TRUSTEE'S DETERMINATION OF ITS CLAIM**

Claimant the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles ("Foundation"), by its attorneys Barger & Wolen LLP, hereby submits its objection to the Trustee's determination of its Claim Numbers 4727 and 100366, (the "Combined Claim") relating to BLMIS Account No. 1J0059.

The Combined Claim was allowed in the amount of $17,761,517.72 in a June 14, 2010 Notice of Trustee's Determination of Claim. The Foundation accepts the amount allowed on its Combined Claim, but submits this objection in reference to the following facts. The amount allowed on its Combined Claim consists of endowment assets that 26 other charitable organizations (the "Other Charities") contributed to a common investment pool (the "Pool") maintained and administered by the Foundation for the collective investment and reinvestment of such assets. The funds deposited in BLMIS Account No. 1J0059 were Pool assets and each of the Other Charities has a separate and distinct several (not joint) undivided interest in those assets and in BLMIS Account 1J0059. Each of the Other Charities submitted claims to the Trustee concurrently with the Foundation's Combined Claim. Each of the Other Charities' claims (Claim Nos. 015797, 015798, 015799, 015800, 015801, 015802, 015803, 015804, 015805, 015806, 015807, 015808, 015809, 015810, 015811, 015812, 015813, 015814, 015815, 015816, 015817, 015818, 015819, 015820, 015821, and 015822) was denied and each will object to the Trustee's determinations of their respective claims. The Foundation submits this objection in order that there can be no argument that the rights of the Other Charities to object to the Trustee's determinations of their claims have been prejudiced or waived.

Dated: New York, N.Y.

      July 12, 2010

                                  **BARGER & WOLEN, LLP**

                         By: <u>s/Dennis C. Quinn</u>
                            Dennis C. Quinn (DQ-1401)
                            10 E. 40th Street
                            40th Floor
                            New York, N.Y. 10016-0301
                            Tel:   (212) 557-2800
                            Fax:  (212) 557-2884
                            E-mail:dquinn@bargerwolen.com
                            Attorneys for Jewish Community Foundation of the
                            Jewish Federation Council of Greater Los Angeles

To:	Parties on the Annexed Service List

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                                :
SECURITIES INVESTOR PROTECTION              :    District Court Case No. 08-10791
CORPORATION,                                                :
                                                                :    Adv. Pro. No. 08-01789 (BRL)
                        Plaintiff,                         :
        v.                                                    :
                                                                :
BERNARD L. MADOFF INVESTMENT       :
SECURITIES, LLC,                                     :
                                                                :
                        Defendant.                      :
                                                                :
----------------------------------------------------------------X

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I, DENNIS C. QUINN, one of the attorneys for the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles, hereby certifies that a copy of the foregoing Brief of Interested Party Jewish Community Foundation of the Jewish Federation Council Of Greater Los Angeles in Connection with the Trustee's Motion to Affirm Trustee's Determination Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely Investors in Feeder Funds was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to the parties listed below and serve via First Class Mail.

    Irving H. Picard, Trustee
    45 Rockefeller Plaza
    New York, New York 10111

July 12, 2010

                                                    s/ Dennis C. Quinn
                                                  Dennis C. Quinn