KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.    **Hearing Date:  Not Set**
551 Fifth Avenue, 18th Floor
New York, New York 10176
(212) 968-6000
David Parker
Matthew J. Gold
Jason Otto

Counsel for Lawrence Elins

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
SECURITIES INVESTOR PROTECTION                :
CORPORATION,                                  :    Adv. Pro. No. 08-01789 (BRL)
                                              :
            Plaintiff,                        :    SIPA Liquidation
                                              :
      v.                                      :    (Substantively Consolidated)
                                              :
BERNARD L. MADOFF INVESTMENT                  :
SECURITIES LLC,                               :
                                              :
            Defendant.                        :
----------------------------------------------------------:
                                              :
In re:                                        :
                                              :
BERNARD L. MADOFF,                            :
                                              :
            Debtor.                           :
----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, **MATTHEW J. GOLD**, state, under penalty of perjury:

1. I am not a party to the action, and am over 18 years of age.

2. On November 13, 2009, I served a true copy of the Objection to Trustee's Determination of Claim 70206, by email, addressed to the email address of the addressees as indicated below:

MGOLD\180415.2 - 1/31/11

Baker & Hostetler LLP
45 Rockefeller Plaza
 New York, New York 10111

David J. Sheehan   Email: dsheehan@bakerlaw.com
Marc E. Hirschfield   Email: mhirschfield@bakerlaw.com
Heather Wlodek   Email: hwlodek@bakerlaw.com


                                              /s/ Matthew J. Gold
                                                Matthew J. Gold

Dated:  January 31, 2011