BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 2, 2011 AT 10:00 A.M.**

**CONTESTED MATTER**

**Picard v. Cohmad, et al.; Adv. Pro. No. 09-1305**

1. Notice Of Defendant Robert M. Jaffe's Motion For An Order Enforcing This Courts Settlement Order Of December 21, 2010, And Enjoining The Continued Prosecution Of The Third Party Actions filed by Stanley S. Arkin on behalf of Robert Jaffe. (Filed: 01/07/2011) [Docket No. 184]

Related Documents:

A. Defendant Robert M. Jaffe's Memorandum Of Law In Support Of His Motion For An Order Enforcing This Court's Settlement Order Of December 21, 2010, And Enjoining The Continued Prosecution Of The Third Party Actions (related document(s) 184 ) filed by Stanley S. Arkin on behalf of Robert Jaffe. (Filed: 01/07/2011) [Docket No. 185]

Opposition Filed:

C. Trustee's Opposition To Robert M. Jaffe's Motion for an Order Enforcing This Court's Settlement Order of December 21, 2010, and Enjoining the Continued Prosecution of the Third Party Actions (related document(s) 184 , 185 ) filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Filed: 01/21/2011) [Docket No. 187]

Replies Filed:

D. Reply Motion to Stay/Memorandum Of Law In Further Support Of His Motion For An Order Enforcing This Courts Settlement Order Of December 21, 2010, And Enjoining The Continued Prosecution Of The Third Party Actions filed by Stanley S. Arkin on behalf of Robert Jaffe. with hearing to be held on 2/2/2011 at 10:00 AM at Courtroom 623 (BRL) (Filed: 01/28/2011) [Docket No. 188]

E. Affirmation of Timothy L. Gallagher (related document(s) 188 ) filed by Stanley S. Arkin on behalf of Robert Jaffe. (Filed: 01/28/2011) [Docket No. 189]

Additional Filings

F. Notice of Adjournment of Hearing filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Filed: 01/12/2011) [Docket No. 186]

*[Intentionally Left Blank]*

Status:  This matter is going forward.

Dated:  New York, New York                    Respectfully submitted,
        February 1, 2011

                                              */s/ Oren J. Warshavsky*
                                              Baker & Hostetler LLP
                                              45 Rockefeller Plaza
                                              New York, New York 10111
                                              Telephone: (212) 589-4200
                                              Facsimile: (212) 589-4201
                                              David J. Sheehan
                                              Email: dsheehan@bakerlaw.com
                                              Marc E. Hirschfield
                                              Email: mhirschfield@bakerlaw.com
                                              Oren J. Warshavsky
                                              Email: owarshavsky@bakerlaw.com
                                              *Attorneys for Irving H. Picard, Esq.*
                                              *Trustee for the Substantively Consolidated*
                                              *SIPA Liquidation of Bernard L. Madoff*
                                              *Investment Securities LLC and Bernard L.*
                                              *Madoff*