UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br><br>            Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | Chapter 7<br><br>No. 09-11893 (BRL) |

Notice of Filing

| | |
|---|---|
| Clerk of the United States Bankruptcy Court for<br>The Southern District of New York<br>One Bowling Green<br>New York, New York 10004 | Irving H. Picard, Trustee<br>c/o Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111 |

PLEASE TAKE NOTICE that on February 4, 2011, we caused to be filed with the United States Bankruptcy Court Southern District of New York, the foregoing **OPPOSITION OF SCHWARTZMAN METALS, INC. 401(k) FBO IVAN SCHWARTZMAN TO TRUSTEE'S DETERMINATION OF CLAIM,** a copy which has been hereby served upon you.

/s/ James B. Koch

Attorney for Respondents
James B. Koch

GARDINER KOCH WEISBERG & WRONA
53 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone 312.362.0000
Atty.No:29637

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the attached response to motion was served via ECF on counsel for the defendants, namely,

| | |
|---|---|
| Clerk of the United States Bankruptcy Court for<br>The Southern District of New York<br>One Bowling Green<br>New York, New York 10004 | Irving H. Picard, Trustee<br>c/o Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111 |

On February 4, 2011

Attorney for Plaintiff

/s/ James B. Koch

James B. Koch