UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC

SIPA LIQUIDATION

Case No. 08-01789

# AFFIDAVIT OF MAILING

STATE OF TEXAS           )
                         )  ss:
COUNTY OF DALLAS         )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On February 7, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A.   Notice of Transfer of Allowed Claim (Transfer Number T000056).

4. On February 7, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

   B.   Notice of Transfer of Allowed Claim (Transfer Number T000057).

5. On February 7, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

   C.   Notice of Transfer of Allowed Claim (Transfer Number T000058).

6. On February 7, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit D, a true and correct copy of the following:

   D.   Notice of Transfer of Allowed Claim (Transfer Number T000059).

7. On February 7, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit E, a true and correct copy of the following:

E. Notice of Transfer of Allowed Claim (Transfer Number T000060).

Executed on \_\_Feb 7\_\_, 2011

_____
John S. Franks

Sworn to and subscribed before me this \_7th\_ day of \_February\_ 2011

_____

(SEAL)                              Notary Public

3

# Exhibit A

SERVICE LIST A
TRANSFER NUMBER 10-00056

2/7/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |

# Exhibit B

SERVICE LIST B
TRANSFER NUMBER 10-00057

2/7/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Fulcrum Credit Partners LLC | | 111 Congress Avenue | Suite 2550 | Austin | TX | 78701 |

# Exhibit C

SERVICE LIST C
TRANSFER NUMBER 10-00058

2/7/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Fulcrum Credit Partners LLC | | 111 Congress Avenue | Suite 2550 | Austin | TX | 78701 |

# Exhibit D

**SERVICE LIST D**
**TRANSFER NUMBER 10-0059**

2/7/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Fulcrum Credit Partners LLC | | 111 Congress Avenue | Suite 2550 | Austin | TX | 78701 |

# Exhibit E

SERVICE LIST E
TRANSFER NUMBER 10-06060

2/7/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Fulcrum Credit Partners LLC | | 111 Congress Avenue | Suite 2550 | Austin | TX | 78701 |