

# REPUBLIK ÖSTERREICH
## BUNDESMINISTERIUM FÜR JUSTIZ
BMJ-Z939.378/0001-I 10/2011

| | |
|---|---|
| To the<br>Clerk of the Court United staates<br>Bancruptcy Court-SD<br>One Bowling Green<br>New York NY 10004<br>UNITED STATES | Adresse<br>1070 Wien, Museumstraße 7<br><br>e-mail<br>post@bmj.gv.at<br><br>Telefon                Telefax<br>(01) 52152-0*     (01) 52152 2727<br><br>Sachbearbeiter(in): Gabriele Gal<br>*Durchwahl:            2844 |

RE:  Request and Subpoena in Re Bernard L. Madoff, Debtor

Dear Madams/Sirs

The Federal Ministry of Justice has the honor to return the attached letters rogatory of the Clerk of the Court, United States Bancruptcy Court-SD, dated 12/16/2010, file number 08-01789 BRL, because the Recipient is resident in **Switzerland**.

sincerely yours

25. Jänner 2011
Für die Bundesministerin:
Gabriele Gal

*RECEIVED FEB -7 2011*

Elektronisch gefertigt

| | Datum/Zeit-UTC | 2011-01-25T11:52:33+01:00 |
|---|---|---|
| | Aussteller-Zertifikat | CN=a-sign-corporate-light-02,OU=a-sign-corporate-light-02,O=A-Trust Ges. f. Sicherheitssysteme im elektr. Datenverkehr GmbH,C=AT |
| | Serien-Nr. | 263671 |
| Hinweis | | Dieses Dokument wurde mit der Justizsignatur versehen (§ 89c Abs. 3 GOG). Auch ein Ausdruck dieses Dokuments hat die Beweiskraft einer öffentlichen Urkunde. |
| Prüfinformation | | Dieses Dokument kann durch Online-Abfrage in den Justizanwendungen verifiziert werden. Weitere Informationen finden Sie unter: http://kundmachungen.justiz.gv.at/justizsignatur |