# **EXHIBIT A**

Abrasba Foundation

Beit T'Shuvah

Bureau of Jewish Education of Greater Los Angeles

The Emquies Family Support Foundation

Hillel The Foundation for Jewish Campus Life

Jack E. & Rachel Gindi Foundation

Jewish Family Service of Los Angeles

The Jewish Federation Council of Greater Los Angeles

The Jewish Federation of Greater Santa Barbara

Joyce & Lawrence Powell Family Foundation

Kurtzman Family Foundation

Lee & Herman Ostrow Family Foundation

Leonard & Annette Shapiro Family Foundation

Levey Cherry Foundation

Los Angeles Hillel Council, Inc.

Louis & Judith Miller Family Foundation

Louise &Herb Horvitz Charitable Foundation

The Melissa Marantz Nealy Foundation

Palermo-Ravich Family Foundation

Santa Barbara Hillel Support Foundation

Shirley & Burt Harris Family Foundation

Sinder Family Foundation

Temple Judea of the West San Fernando Valley

Trena & Stanley Greitzer Family Foundation

Valley Beth Shalom – Harold M. Shulweis Institute

Valley Beth Shalom Foundation