# **EXHIBIT A**

(Alphabetical Listing)

Abrasba Foundation

Beit T'Shuvah

Bureau of Jewish Education of Greater Los Angeles

The Emquies Family Support Foundation

Hillel The Foundation for Jewish Campus Life

Jack E. & Rachel Gindi Foundation

Jewish Family Service of Los Angeles

The Jewish Federation Council of Greater Los Angeles

The Jewish Federation of Greater Santa Barbara

Joyce & Lawrence Powell Family Foundation

Kurtzman Family Foundation

Lee & Herman Ostrow Family Foundation

Leonard & Annette Shapiro Family Foundation

Levey Cherry Foundation

Los Angeles Hillel Council, Inc.

Louis & Judith Miller Family Foundation

Louise &Herb Horvitz Charitable Foundation

The Melissa Marantz Nealy Foundation

Palermo-Ravich Family Foundation

Santa Barbara Hillel Support Foundation

Shirley & Burt Harris Family Foundation

Sinder Family Foundation

Temple Judea of the West San Fernando Valley

Trena & Stanley Greitzer Family Foundation

Valley Beth Shalom – Harold M. Shulweis Institute

Valley Beth Shalom Foundation

## EXHIBIT A

(Numerical Listing by Claim No.)

Claim No. 015797 -- The Jewish Federation Council of Greater Los Angeles

Claim No. 015798 -- Valley Beth Shalom – Harold M. Shulweis Institute

Claim No. 015799 -- Valley Beth Shalom Foundation

Claim No. 015800 -- Los Angeles Hillel Council, Inc.

Claim No. 015801 -- Hillel The Foundation for Jewish Campus Life

Claim No. 015802 -- Beit T'Shuvah

Claim No. 015803 -- Santa Barbara Hillel Support Foundation

Claim No. 015804 -- Temple Judea of the West San Fernando Valley

Claim No. 015805 -- The Jewish Federation of Greater Santa Barbara

Claim No. 015806 -- Jewish Family Service of Los Angeles

Claim No. 015807 -- Bureau of Jewish Education of Greater Los Angeles

Claim No. 015808 -- Jack E. & Rachel Gindi Foundation

Claim No. 015809 -- Shirley & Burt Harris Family Foundation

Claim No. 015810 -- Sinder Family Foundation

Claim No. 015811 -- Leonard & Annette Shapiro Family Foundation

Claim No. 015812 Louise &Herb Horvitz Charitable Foundation

Claim No. 015813 -- Kurtzman Family Foundation

Claim No. 015814 -- Trena & Stanley Greitzer Family Foundation

Claim No. 015815 -- Palermo-Ravich Family Foundation

Claim No. 015816 -- Louis & Judith Miller Family Foundation

Claim No. 015817 -- Joyce & Lawrence Powell Family Foundation

Claim No. 015818 Lee & Herman Ostrow Family Foundation

Claim No. 015819 -- Abrasba Foundation

Claim No. 015820 -- Levey Cherry Foundation

Claim No. 015821 -- The Melissa Marantz Nealy Foundation

Claim No. 015822 -- The Emquies Family Support Foundation