# THE JEWISH FEDERATION COUNCIL OF GREATER LOS ANGELES

## OFFICER'S CERTIFICATE

The undersigned, to the best of my knowledge and belief, hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) THE JEWISH FEDERATION COUNCIL OF GREATER LOS ANGELES has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this 24th day of February, 2009.

THE JEWISH FEDERATION COUNCIL OF GREATER LOS ANGELES

By: _____
(Signature)

KENNETH M. KRUG
(Print Name)

Its: EXECUTIVE VICE PRESIDENT & COO
(Title/Position)

# JEWISH FAMILY SERVICE OF LOS ANGELES

## OFFICER'S CERTIFICATE

The undersigned hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) JEWISH FAMILY SERVICE OF LOS ANGELES has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this 25 day of February, 2009.

JEWISH FAMILY SERVICE OF LOS ANGELES

By: _Paul S. Cst_ (Signature)

Paul S. Castro (Print Name)

Its: Chief Executive Officer (Title/Position)

# BUREAU OF JEWISH EDUCATION OF GREATER LOS ANGELES

## OFFICER'S CERTIFICATE

The undersigned hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) BUREAU OF JEWISH EDUCATION OF GREATER LOS ANGELES has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this 17th day of February, 2009.

BUREAU OF JEWISH EDUCATION OF GREATER LOS ANGELES

By: _____
(Signature)

MARC ROJAHN(?)
(Print Name)

Its: PRESIDENT
(Title/Position)

# JACK E. & RACHEL GINDI FOUNDATION

## OFFICER'S CERTIFICATE

The undersigned hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) JACK E. & RACHEL GINDI FOUNDATION has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this _17th_ day of February, 2009.

JACK E. & RACHEL GINDI FOUNDATION

By: _____[signature]_____
    (Signature)

_Rachel Gindi_
    (Print Name)

Its: _President_
    (Title/Position)

# SHIRLEY & BURT HARRIS FAMILY FOUNDATION

## OFFICER'S CERTIFICATE

The undersigned hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) SHIRLEY & BURT HARRIS FAMILY FOUNDATION has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this 16th day of February, 2009.

SHIRLEY & BURT HARRIS FAMILY FOUNDATION

By: _Janis Harris Hansen_
    (Signature)

    JANIE HARRIS HANSEN
    (Print Name)

Its: _President_
    (Title/Position)

# SINDER FAMILY FOUNDATION

# OFFICER'S CERTIFICATE

The undersigned hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) SINDER FAMILY FOUNDATION has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this  19  day of February, 2009.

SINDER FAMILY FOUNDATION

By: *Jack Sinder*
     (Signature)

JACK SINDER
     (Print Name)

Its: PRES.
     (Title/Position)

# LEONARD & ANNETTE SHAPIRO FAMILY FOUNDATION

## OFFICER'S CERTIFICATE

The undersigned hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) LEONARD & ANNETTE SHAPIRO FAMILY FOUNDATION has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this __16__ day of February, 2009.

LEONARD & ANNETTE SHAPIRO FAMILY FOUNDATION

By: _Annette Shapiro_
(Signature)

ANNETTE SHAPIRO
(Print Name)

Its: __PRESIDENT__
(Title/Position)

# LOUISE & HERB HORVITZ CHARITABLE FOUNDATION

## OFFICER'S CERTIFICATE

The undersigned hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) LOUISE & HERB HORVITZ CHARITABLE FOUNDATION has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this 23 day of February, 2009.

LOUISE & HERB HORVITZ CHARITABLE FOUNDATION

By: _____
(Signature)

LOUISE HORVITZ
(Print Name)

Its: _____President_____
(Title/Position)

# KURTZMAN FAMILY FOUNDATION

## OFFICER'S CERTIFICATE

The undersigned hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) KURTZMAN FAMILY FOUNDATION has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this __17__ day of February, 2009.

KURTZMAN FAMILY FOUNDATION

By: _____
(Signature)

_____Janet Lonner_____
(Print Name)

Its: _____President_____
(Title/Position)

# TRENA & STANLEY GREITZER FAMILY FOUNDATION

## OFFICER'S CERTIFICATE

The undersigned hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) TRENA & STANLEY GREITZER FAMILY FOUNDATION has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this _13_ day of February, 2009.

TRENA & STANLEY GREITZER FAMILY FOUNDATION

By: _[signature]_
(Signature)

_STANley Greitzer_
(Print Name)

Its: _President_
(Title/Position)

# PALERMO-RAVICH FAMILY FOUNDATION

# OFFICER'S CERTIFICATE

The undersigned hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) PALERMO-RAVICH FAMILY FOUNDATION has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this 17 day of February, 2009.

PALERMO-RAVICH FAMILY FOUNDATION

By: _____
        (Signature)

Jess M Ravich
(Print Name)

Its: President
(Title/Position)

# LOUIS & JUDITH MILLER FAMILY FOUNDATION

## OFFICER'S CERTIFICATE

The undersigned hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) LOUIS & JUDITH MILLER FAMILY FOUNDATION has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this _13_ day of February, 2009.

LOUIS & JUDITH MILLER FAMILY FOUNDATION

By: _____
(Signature)

_Louis G Miller_
(Print Name)

Its: _Board Chairman_
(Title/Position)

# JOYCE & LAWRENCE POWELL FAMILY FOUNDATION

## OFFICER'S CERTIFICATE

The undersigned hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) JOYCE & LAWRENCE POWELL FAMILY FOUNDATION has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this __17__ day of February, 2009.

JOYCE & LAWRENCE POWELL FAMILY FOUNDATION

By: _Joyce R Powell_
    (Signature)

_Joyce R Powell_
    (Print Name)

Its: _President_
    (Title/Position)

## LEE AND HERMAN OSTROW FAMILY FOUNDATION

## OFFICER'S CERTIFICATE

The undersigned hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) LEE AND HERMAN OSTROW FAMILY FOUNDATION has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this 16 day of February, 2009.

LEE AND HERMAN OSTROW FAMILY FOUNDATION

By: _____
          (Signature)

HERMAN OSTROW
          (Print Name)

Its: PRESIDENT
          (Title/Position)

# ABRASBA FOUNDATION

# OFFICER'S CERTIFICATE

The undersigned hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) ABRASBA FOUNDATION has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this _16_ day of February, 2009.

ABRASBA FOUNDATION

By: _____
(Signature)

_____
(Print Name)

Its: _____
(Title/Position)

# LEVEY CHERRY FOUNDATION

## OFFICER'S CERTIFICATE

The undersigned hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) LEVEY CHERRY FOUNDATION has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this 16 day of February, 2009.

LEVEY CHERRY FOUNDATION

By: _____
(Signature)

Mark B Levey
(Print Name)

Its: President
(Title/Position)

# THE MELISSA MARANTZ NEALY FOUNDATION

## OFFICER'S CERTIFICATE

The undersigned hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) THE MELISSA MARANTZ NEALY FOUNDATION has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this _14_ day of February, 2009.

THE MELISSA MARANTZ NEALY FOUNDATION

By: _____
(Signature)

_SID MARANTZ_
(Print Name)

Its: _PRESIDENT_
(Title/Position)

# THE EMQUIES FAMILY SUPPORT FOUNDATION

## OFFICER'S CERTIFICATE

The undersigned hereby states and certifies under penalty of perjury of the laws of the State of California as follows:

(i) THE EMQUIES FAMILY SUPPORT FOUNDATION has transferred certain cash assets ("Assets") to the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles (the "Foundation") for investment, administration and management purposes only.

(ii) The Foundation has pooled the Assets with the other assets in its "Common Investment Pool" (the "Pool") for purposes of investment, management and administration. The Pool is the collective investment fund maintained by the Foundation exclusively for the collective investment and reinvestment its general endowment fund assets and the general fund endowment assets of other charitable organizations.

(iii) The Foundation has the sole right and power to invest and manage such Assets as part of the Pool and to take such other actions (including, for example, choosing and engaging advisors and/or brokers, delegating and assigning authority and responsibility to those advisors and/or brokers, incurring expenses and making payments in respect of those expenses) as the Foundation deems appropriate.

IN WITNESS WHEREOF, such officer has subscribed his/her name this _17_ day of February, 2009.

THE EMQUIES FAMILY SUPPORT FOUNDATION

By: _____
         (Signature)

MOISE EMQUIES
         (Print Name)

Its: _President_
         (Title/Position)