To:     Parties on the Annexed Service List

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SECURITIES INVESTOR PROTECTION            :       District Court Case No. 08-10791
CORPORATION,                                                 :
                                                             :       Adv. Pro. No. 08-01789 (BRL)
                              Plaintiff,                     :
             v.                                              :
                                                             :
BERNARD L. MADOFF INVESTMENT              :
SECURITIES, LLC,                                             :
                                                             :
                              Defendant.                     :
                                                             :
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE BY FEDERAL EXPRESS

   I, JOHN C. HOLMES, one of the attorneys for the Jewish Community

Foundation of the Jewish Federation Council of Greater Los Angeles, hereby

certifies that a copy of the foregoing Objections to the Trustee's Determinations

of the Claims of Claimants Whose Funds Were Invested with BLMIS through an

Investment Pool Maintained and Administered by the Jewish Community

Foundation of the Jewish Federation Council of Greater Los Angeles was

accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to

the parties listed below and served with paper copies via Federal Express.

        Irving H. Picard, Trustee
        c/o Baker Hostetler LLP
        Attention:  Claims Department
        45 Rockefeller Plaza
        New York, New York 10111

February 10, 2011


                                        s/ John C. Holmes_____
                                        John C. Holmes