Michael S. Pollok (MP-9257)
Email: mpollok@marvinandmarvin.com
Marvin and Marvin, PLLC
6369 Mill Street-PO Box 151
Rhinebeck, New York 12572
(845) 876-3024
*Attorneys for Alan Hayes and Wendy Wolosoff-Hayes*

UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Appellant, | SIPA LIQUIDATION |
| *-against-* | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | CERTIFICATE OF SERVICE |
| Defendant. | |

-------------------------------------------------------------------X

In re:

BERNARD L. MADOFF,

Debtor.

-------------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,

Plaintiff,

*-against-*

LUCKY COMPANY, a New Jersey partnership, BETH
H. GERSTEN, (aka BETH HENDLER), ROBIN
EASTERN, MUNCHKINS, a partnership, IRVING B.

KAHN FOUNDATION, INC., a Delaware corporation, MILTON HENDLER RESIDUARY TRUST, a Florida trust, GLORIA HENDLER, as trustee and as an individual, ALAN HAYES, WENDY WOLOSOFF-HAYES, BRIGID BUCHANAN, SANDRA RAMIREZM BRIAN CLEARY, PETER J. CLEARY, STUART M. TARSHIS, ROBERTA E. TARSHIS, PHYLLIS M. ELDERIDGE, LESLIE READ, SCOTT H. READ, CHARLES READ, MARK HENDLER, DENISE HENDLER, JOSEPH S. EASTERN 2004 IRREVOCABLE TRUST, a New Jersey trust, JOSEPH S. EASTERN, as trustee and as an individual, SHIRLEY CHARMS, DAVID Z. ROSENSWEIG, CARLY EASTERN, and ERIN EASTERN,

Defendants.

----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Michael S. Pollok, Esq., hereby certify pursuant to 28 U.S.C. § 1748 that on this 7th day of February, 2011, I caused true and correct copies of the "Objection Of Alan Hayes And Wendy Wolosoff-Hayes To Notice Of Trustee's Determination Of Claim And Request For A Hearing" and "Notice of Appearance and Request for Service of Documents" to be served upon the parties listed below in the manner indicated:

*Via United Parcel Service:*

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, NY 10004

*Via ECF & United Parcel Service:*

Irving H. Picard, Trustee
C/O Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York. NY 10111

Respectfully submitted,

MARVIN AND MARVIN, PLLC
*Attorneys for Alan Hayes and Wendy Wolosoff-Hayes*

By:_____
Michael S. Pollok, Esq. (MP-9257)
6369 Mill Street-P.O. Box 151
Rhinebeck, New York 12572
Telephone: (845) 876-3024
Email: mpollok@marvinandmarvin.com