BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

### THIRD AMENDED NOTICE OF OMNIBUS
### AVOIDANCE ACTION HEARING DATES

In accordance with the Court's Order dated November 10, 2010 (the "Order")

establishing omnibus case management procedures for avoidance actions subject to the Court's

Order, please take notice that Avoidance Omnibus Hearings (as defined in the Order) shall be

held on March 29, 2011[1], April 27, 2011, May 25, 2011, June 29, 2011, July 27, 2011, August

---

[1] At the direction of the Court, the March 23, 2011 hearing date has been rescheduled to March 29, 2011.

24, 2011, September 27, 2011, October 26, 2011, November 30, 2011 and December 21, 2011 at

10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Burton R.

Lifland, United States Bankruptcy Court, Southern District of New York, One Bowling Green,

New York, New York 1004.  Thereafter, Avoidance Action Omnibus Hearings shall be

scheduled approximately every thirty (30) days at the convenience of the Court and once the

hearings are scheduled, the Trustee will file and serve an updated Notice of Omnibus Hearing

Dates in accordance with the Order.

Dated: New York, New York
      February 16, 2011

By: */s/* Marc E. Hirschfield
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Marc E. Hirschfield
Email:  mhirschfield@bakerlaw.com
Geraldine E. Ponto
Email: gponto@bakerlaw.com
Marc Skapof
Email: mskapof@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*And Bernard L. Madoff*

300145792