Helen Davis Chaitman (4266)
BECKER & POLIAKOFF LLP
45 Broadway
New York, NY 10006
(212) 599-3322
hchaitman@becker-poliakoff.com
*Attorneys for the North Shore Child*
*& Family Guidance Association Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | **NOTICE OF<br>PARTIAL WITHDRAWAL<br>OF OBJECTION** |

　　　　North Shore Child & Family Guidance Association Inc., (the "Claimant"), having filed

an objection (the "Objection", Docket No. 2249) to the Trustee's Notice of Determination

respecting Claimant's account number 1CM137, customer claims (#11403 and # 15591), hereby

gives notice that it is withdrawing such Objection.  The basis for the withdrawal is as a result of

the agreement between the Trustee and the Claimant to dismiss Adversary Proceeding 10-05152.

The Claimant's objection to the Trustee's interpretation of "net equity" is not withdrawn and

remains in existence without prejudice and without a waiver of the Court's Order of March 8,

2010 [Docket No. 2020], in which it upheld the Trustee's methodology for determining net equity, and without prejudice to the Second Circuit's adjudication of the interpretation of "net equity" which shall be heard on March 3, 2011.

Dated: February 16, 2011

                    BECKER & POLIAKOFF, LLP

                    By: /s/ Helen Davis Chaitman (4266)

                    45 Broadway
                    New York, NY 10006
                    (212) 599-3322
                    hchaitman@becker-poliakoff.com

                    *Attorneys for the North Shore Child & Family Guidance Association Inc.*