UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |



## NOTICE OF WITHDRAWAL OF OBJECTION

The Kessler Nominee Partnership ("Claimant"), having filed an objection (the "Objection", Docket No. 1990) to the Trustee's Notice of Determination, respecting the Claimant's account number 1K0205 and claims associated with that account, hereby gives notice that it is withdrawing such Objection. The basis for the withdrawal is that the Claimant has decided that it is in its best interest to withdraw the Objection in order to avoid any further litigation and costs associated with pursuing separate customer status for each of the individuals who contributed funds to the Claimant, none of whom had accounts with Bernard L. Madoff Investment Securities LLC ("BLMIS") in their own name, or entrusted cash or securities to BLMIS.

Dated: February [16], 2011

*Kara M. Zaleskas*
Kara M. Zaleskas, Esq.,
On behalf of Kessler Nominee Partnership,
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
(857) 488-4289