UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re: MADOFF

                          Debtor

Case No.: _____

Chapter ___

-------------------------------------------------------------x

IRVING PICARD

                          Plaintiff

                          v.

LUCKY COMPANY, et al.,

                          Defendant

Adversary Proceeding No.: 08-01789

[RECEIVED stamp: FEB - 8 2011, U.S. Bankruptcy Court, SDNY]

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael S. Pollok, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Alan Hayes and Wendy Wolosoff, a defendants in the above-referenced ☐ case ☒ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of New York and, if applicable, the bar of the U.S. District Court for the Southern District of New York.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 02/07/2011
Rhinebeck, New York

[Signature]
*Mailing Address:* Michael Pollok (MP9257)
MARVIN AND MARVIN, PLLC
6369 MILL STREET-PO BOX 151
RHINEBECK, NEW YORK 12572
*E-mail address:* mspollok@gmail.com
*Telephone number:* (845) 876-3024