**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
HCHAITMAN@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone (212) 599-3322

Hearing Date:   March 11, 2011 at 10:00 a.m.
Objection Deadline:  March 4, 2011

*Attorneys for Marsha Peshkin,
and a large group of other customers*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                                Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                                Defendant. | Case No.:  08-01789 (BRL)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated)<br><br><br><br>**NOTICE OF MOTION** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                                Debtor. | |

      **PLEASE TAKE NOTICE** that, upon the Declaration of Helen Davis Chaitman, dated February 18, 2011, the accompanying Memorandum of Law, and on all the proceedings heretofore had herein, Marsha Peshkin, and a non-exclusive group of other customers of Bernard L. Madoff Investment Securities LLC as listed on Exhibit A to the Chaitman Declaration (the "Movants"), by their undersigned counsel, will move before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on March 11, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard, seeking entry of an order  pursuant to Federal Rule of Civil Procedure 60 and Federal Rule of Bankruptcy Procedure 9024: (1) vacating

the February 18, 2010 order (Doc # 1964) of the United States Bankruptcy Court for the Southern District of New York Approving an Agreement by and among the Trustee and Jeanne Levy-Church and Francis N. Levy; and (2) granting such other and further relief in the Movants' favor as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that any written objections to this Motion are to be served upon Becker & Poliakoff LLP, counsel for the Movants, by no later than March 4, 2011.

February 18, 2011

BECKER & POLIAKOFF LLP

By: /s/ Helen Davis Chaitman
45 Broadway
New York, NY 10006
(212) 599-3322
*Attorneys for Marsha Peshkin, and a large group of other customers*