**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
HCHAITMAN@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone (212) 599-3322

*Attorneys for Marsha Peshkin,*
*and a large group of other customers*

Hearing Date:   March 11, 2011 at 10:00 a.m.
Objection Deadline:  March 4, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                      Plaintiff,<br><br>               v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                      Defendant. | Case No.:  08-01789 (BRL)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                      Debtor. | |

**ORDER SETTING ASIDE THE ORDER APPROVING THE SETTLEMENT BY AND AMONG THE TRUSTEE AND JEANNE LEVY-CHURCH AND FRANCIS N. LEVY FOR FAILURE TO DISCLOSE MATERIAL INFORMATION**

Upon the Motion (the "Motion") of Marsha Peshkin, and a non-exclusive group of other customers of Bernard L. Madoff Investment Securities LLC, as listed on Exhibit A to the Chaitman Declaration (the "Movants"), seeking an entry of an order, pursuant to Federal Rule of Civil Procedure 60 and Federal Rule of Bankruptcy Procedure 9024, setting aside the Order Approving the Settlement by and among the Trustee and Jeanne Levy-Church and Francis N. Levy (Doc # 1964); and it appearing that due and sufficient notice has been given to all the parties in interest; and the Court having considered documents submitted in support of the

2

Motion; and it further appearing the relief sought in the Motion is appropriate based upon the record before this Court; and after due deliberation and sufficient cause appearing; it is:

ORDERED, that the Movants' Motion is granted in its entirety.

New York, New York
March __, 2011

_____
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE