# EXHIBIT B

**Hearing Date: February 18, 2010 at 10:00 a.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING AN AGREEMENT BY AND AMONG THE TRUSTEE AND JEANNE LEVY-CHURCH AND FRANCIS N. LEVY

Upon the motion (the "Motion")[1] of Irving H. Picard, Esq. (the "Trustee") as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, seeking entry of an order, pursuant to sections 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, approving the agreement, by and among the Trustee, on the one hand, and Jeanne Levy-Church and Francis N. Levy, on the other hand, in substantially the form annexed to the Motion (the "Agreement"); and it appearing that due and sufficient notice has

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

been given to all parties in interest as required by Rules 2002 and 9019 of the Federal Rules of

Bankruptcy Procedure; and the Court having considered the Affidavit of Irving Picard in support

of the Motion; and it further appearing the relief sought in the Motion is appropriate based upon

the record of the hearing held before this Court to consider the Motion; and it further appearing

that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to

28 U.S.C. §§ 157 and 1334; and after due deliberation; and sufficient cause appearing therefor; it

is

ORDERED, that the Motion is granted in its entirety; and it is further

ORDERED, that the Agreement between the Trustee on the one hand and Jeanne Levy-

Church and Francis N. Levy on the other hand is hereby approved and authorized; and it is

further

ORDERED, that the Trustee, Jeanne Levy-Church and Francis N. Levy shall each

comply with and carry out the terms of the Agreement.

Dated: New York, New York
       February 18, 2010

_s/ Burton R. Lifland_
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE