**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
HCHAITMAN@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322

*Attorneys for Marsha Peshkin*
*and a large group of other customers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                    Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                    Defendant. | Case No.:  08-01789 (BRL)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                    Debtor. | |

        I, Lourdes Blanco, hereby certify that on February 18, 2011 I caused a true and correct copy of the **Notice of Motion; Proposed Order; Memorandum of Law, and Declaration of Helen Davis Chaitman in Support of Motion to Set Aside the Order Approving the Trustee's Settlement with the Levy Heirs for Failure to Disclose Material Information** to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

                    David J. Sheehan, Esq.
                    Baker & Hostetler LLP
                    dsheehan@bakerlaw.com
                    *Attorneys for Irving H. Picard, Trustee*

Josephine Wang, Esq.
Securities Investor Protection Corporation
jwang@sipc.org
*Attorneys for Securities Investor Protection*
*Corporation*

Ronald L. Olson, Esq.
ron.olson@mto.com
*Attorneys for Jeanne Levy-Church and Francis*
*N. Levy*

February 18, 2011

/s/ *Lourdes Blanco*