BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Irving H. Picard
Email: ipicard@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |

### OMNIBUS MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L.

Madoff Investment Securities LLC and Bernard L. Madoff (the "Trustee") respectfully requests

that the attorneys listed below be admitted, *pro hac vice*, to represent him in the above-

referenced matter and in any related adversary proceedings.  Specifically, the Trustee

respectfully requests that the following attorneys be admitted *pro hac vice* (the "Attorneys"):

1.    Tina U. Amin, is a member in good standing of the Bar of the State of Colorado,

U.S. District Court, District of Colorado, U.S. Court of Appeals, Tenth Circuit, and *Pro Hac*

*Vice* in the U.S. District Court, District of Kansas.

Tina U. Amin's contact information is as follows:

Tina U. Amin, Esq.
BAKER HOSTETLER LLP
303 East 17th Avenue, Suite 1100
Denver, CO 80203-1264
T 303-861-0600 / F 303-861-7805
Email:  tamin@bakerlaw.com

2.    Erin R. Barker-Brown, is a member in good standing of the Bar of the State of

Ohio, U.S. District Court, Northern District of Ohio, and the U.S. District Court, Southern

District of Texas.

Erin R. Barker-Brown's contact information is as follows:

Erin R. Barker-Brown, Esq.
BAKER HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 216-621-0200 / F 216-696-0740
Email:  ebarkerbrown@bakerlaw.com

3.    Michelle Benavides, is a member in good standing of the Bar of the State of

Texas, U.S. District Court, Eastern District of Texas, and the U.S. District Court, Southern

District of Texas.

Michelle Benavides' contact information is as follows:

Michelle Benavides, Esq.
BAKER HOSTETLER LLP
1000 Louisiana, Suite 2000

Houston, TX 77002-5009
T 713-751-1600 / F 713-751-1717
Email:  mbenavides@bakerlaw.com

4.      Mary M. Bittence, is a member in good standing of the Bar of the State of Ohio,

U.S. Federal Court in the Northern District of Ohio, U.S. Court of Appeals, Sixth Circuit, and the

U.S. Court of Appeals, Tenth Circuit.

Mary M. Bittence's contact information is as follows:

Mary M. Bittence, Esq.
BAKER HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 212-621-0200 / F 216-696-0740
Email:  mbittence@bakerlaw.com

5.      Matthew I. Bobb, is a member in good standing of the Bar of the State of

California, U.S. District Court, Central District of California, and has passed the Bar of the State

of New York[1].

Matthew I. Bobb's contact information is as follows:

Matthew I. Bobb, Esq.
BAKER HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
T 212-589-4200 / F 212-589-4221
Email:  mbobb@bakerlaw.com

6.      Terry M. Brennan, is a member in good standing of the Bar of the State of Ohio

and the Bar of the State of New York.

Terry M. Brennan's contact information is as follows:

Terry M. Brennan, Esq.
BAKER HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200

---

[1] Admission to the New York State Bar is pending for Matthew I. Bobb, Esq.

Cleveland, OH 44114-3482
T 216-621-0200 / F 216-696-0740
Email: tbrennan@bakerlaw.com

      7.      Deanna M. Campbell, is a member in good standing of the Bar of the State of

Ohio.

      Deanna M. Campbell's contact information is as follows:

Deanna M. Campbell, Esq.
BAKER HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 212-621-0200 / F 216-696-0740
Email: dcampbell@bakerlaw.com

      8.      Jesús J. Castillón, is a member in good standing of the Bar of the State of Texas

and the U.S. District Court, Southern District of Texas.

      Jesús J. Castillón's contact information is as follows:

Jesús J. Castillón, Esq.
BAKER HOSTETLER LLP
1000 Louisiana, Suite 2000
Houston, TX 77002-5009
T 713-751-1600 / F 713-751-1717
Email: jcastillon@bakerlaw.com

      9.      Teresa C. Chow, is a member in good standing of the Bar of the State of

California, U.S. District Court, Northern District of California, U.S. District Court, Eastern

District of California, U.S. District Court, Southern District of California, U.S. District Court,

Central District of California, and the U.S. Court of Appeals, Ninth Circuit.

      Teresa C. Chow's contact information is as follows:

Teresa C. Chow, Esq.
BAKER HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
T 310-820-8800 / F 310-820-8859

Email: tchow@bakerlaw.com

10.    Melissa A. DeGaetano, is a member in good standing of the Bar of the State of

Ohio and the U.S. District Court, Northern District of Ohio.

Melissa A. DeGaetano's contact information is as follows:

Melissa A. DeGaetano, Esq.
Baker Hostetler LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 216-621-0200 / F 216-696-0740
Email: mdegaetano@bakerlaw.com

11.    Rebecca J. Doty, is a member in good standing of the Bar of the State of Texas,

U.S. District Court, Northern District of Texas, U.S. District Court, Eastern District of Texas,

U.S. District Court, Southern District of Texas, and the U.S. District Court, Western District of

Texas.

Rebecca J. Doty's contact information is as follows:

Rebecca J. Doty, Esq.
Baker Hostetler LLP
1000 Louisiana, Suite 2000
Houston, TX 77002-5009
T 713-751-1600 / F 713-751-1717
Email: rdoty@bakerlaw.com

12.    Breaden M. Douthett, is a member in good standing of the Bar of the State of

Ohio, U.S. District Court, Northern District of Ohio, U.S. District Court, Southern District of

Ohio, U.S. Supreme Court, and the U.S. Court of Appeals, Sixth Circuit.

Breaden M. Douthett's contact information is as follows:

Breaden M. Douthett, Esq.
Baker Hostetler LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482

T 212-621-0200 / F 216-696-0740
Email:  bdouthett@bakerlaw.com

13.     Paul S. Enockson, is a member in good standing of the Bar of the State of

Colorado, U.S. District Court, District of Colorado, and the U.S. Court of Appeals, Tenth

Circuit.

Paul S. Enockson's contact information is as follows:

Paul S. Enockson, Esq.
BAKER HOSTETLER LLP
303 East 17th Avenue, Suite 1100
Denver, CO 80203-1264
T 303-861-0600 / F 303-861-7805
Email:  penockson@bakerlaw.com

14.     Jonathan D. Estreich, is a member in good standing of the Bar of the State of New

York, the Bar of the State of Texas[2], and the U.S. Court of Appeals, Eighth Circuit.

Jonathan D. Estreich's contact information is as follows:

Jonathan D. Estreich, Esq.
BAKER HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
T 212-589-4200 / F 212-589-4221
Email:  jestreich@bakerlaw.com

15.     James D. Figura, is a member in good standing of the Bar of the State of

California and the U.S. District Court, Central District of California.

James D. Figura's contact information is as follows:

James D. Figura, Esq.
BAKER HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
T 310-820-8800 / F 310-820-8859
Email:  jfigura@bakerlaw.com

---

[2] Jonathan D. Estreich is Active in Texas but claiming a Minimum Continuing Legal Education (MCLE) Non-practicing Exemption.

16.     Ryan D. Fischbach, is a member in good standing of the Bar of the State of

California, U.S. District Court, Northern District of California, U.S. District Court, Eastern

District of California, U.S. District Court, Southern District of California, U.S. District Court,

Central District of California, and the U.S. Court of Appeals, Ninth Circuit.

Ryan D. Fischbach's contact information is as follows:

Ryan D. Fischbach, Esq.
BAKER HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
T 310-820-8800 / F 310-820-8859
Email: rfischbach@bakerlaw.com

17.     Wendy J. Gibson, is a member in good standing of the Bar of the State of Ohio,

U.S. District Court, Northern District of Ohio, U.S. District Court, Eastern District of Michigan,

U.S. District Court, Northern District of Illinois, U.S. Court of Appeals, Second Circuit, U.S.

Court of Appeals, Fourth Circuit, and the U.S. Court of Appeals, Sixth Circuit.

Wendy J. Gibson's contact information is as follows:

Wendy J. Gibson, Esq.
BAKER HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 216-621-0200 / F 216-696-0740
Email: wgibson@bakerlaw.com

18.     Robyn R. Goldstein, is a member in good standing of the Bar of the State of

Texas and U.S. District Court, Southern District of Texas.

Robyn R. Goldstein's contact information is as follows:

Robyn R. Goldstein, Esq.
BAKER HOSTETLER LLP
1000 Louisiana, Suite 2000
Houston, TX 77002-5009
T 713-751-1600 / F 713-751-1717

Email:  rgoldstein@bakerlaw.com

19.     Ruth E. Hartman, is a member in good standing of the Bar of the State of Ohio,

U.S. District Court, Northern District of Ohio, and U.S. Court of Appeals, Sixth Circuit.

Ruth E. Hartman's contact information is as follows:

Ruth E. Hartman, Esq.
BAKER HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 212-621-0200 / F 216-696-0740
Email:  rhartman@bakerlaw.com

20.     Farrell A. Hochmuth, is a member in good standing of the Bar of the State of

Texas, U.S. District Court, Northern District of Texas, U.S. District Court, Eastern District of

Texas, U.S. District Court, Southern District of Texas, and the U.S. District Court, Western

District of Texas.

Farrell A. Hochmuth's contact information is as follows:

Farrell A. Hochmuth, Esq.
BAKER HOSTETLER LLP
1000 Louisiana, Suite 2000
Houston, TX 77002-5009
T 713-751-1600 / F 713-751-1717
Email:  fhochmuth@bakerlaw.com

21.     Dean D. Hunt, is a member in good standing of the Bar of the State of Texas, U.S.

District Court, Northern District of Texas, U.S. District Court, Eastern District of Texas, U.S.

District Court, Southern District of Texas, U.S. District Court, Eastern District of Wisconsin, and

the U.S. Court of Appeals, Fifth Circuit.

Dean D. Hunt's contact information is as follows:

Dean D. Hunt, Esq.
BAKER HOSTETLER LLP
1000 Louisiana, Suite 2000

Houston, TX 77002-5009
T 713-751-1600 / F 713-751-1717
Email: dhunt@bakerlaw.com

22.      Tonya A. Jacobs, is a member in good standing of the Bar of the State of Texas,

U.S. District Court, Northern District of Texas, U.S. District Court, Eastern District of Texas,

U.S. District Court, Southern District of Texas, U.S. District Court, Western District of Texas,

U.S. Court of Appeals, Fifth Circuit, and the U.S. Court of Appeals, Eleventh Circuit.

Tonya A. Jacobs's contact information is as follows:

Tonya A. Jacobs, Esq.
BAKER HOSTETLER LLP
1000 Louisiana, Suite 2000
Houston, TX 77002-5009
T 713-751-1600 / F 713-751-1717
Email: tjacobs@bakerlaw.com

23.      Karin Scholz Jenson, is a member in good standing of the Bar of the State of

Ohio, the Bar of the State of Colorado, U.S. District Court, District of Northern Ohio, U.S.

District Court, District of Colorado, and the U.S. Court of Appeals, Sixth Circuit.

Karin Scholz Jenson's contact information is as follows:

Karin Scholz Jenson, Esq.
BAKER HOSTETLER LLP
303 East 17th Avenue, Suite 1100
Denver, CO 80203-1264
T 303-861-0600 / F 303-861-7805
Email: kjenson@bakerlaw.com

24.      Pamela Gale Johnson, is a member in good standing of the Bar of the State of

Texas, U.S. District Court, Northern District of Texas, U.S. District Court, Eastern District of

Texas, U.S. District Court, Southern District of Texas, U.S. District Court, Western District of

Texas, and the U.S. Court of Appeals, Fifth Circuit.

Pamela Gale Johnson's contact information is as follows:

Pamela Gale Johnson, Esq.
BAKER HOSTETLER LLP
1000 Louisiana, Suite 2000
Houston, TX 77002-5009
T 713-751-1600 / F 713-751-1717
Email:  pjohnson@bakerlaw.com

25.    Matthew P. Julian, is a member in good standing of the Bar of the State of

Florida, U.S. District Court, Northern District of Florida, U.S. District Court, Southern District

of Florida, U.S. District Court, Middle District of Florida, U.S. Court of Appeals, Fourth Circuit,

and the U.S. Court of Appeals, Eleventh Circuit.

Matthew P. Julian's contact information is as follows:

Matthew P. Julian, Esq.
BAKER HOSTETLER LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
T 407-649-4000 / F 407-841-0168
Email:  mjulian@bakerlaw.com

26.    Erica Gann Kitaev, is a member in good standing of the Bar of the State of Ohio,

the Bar of the State of Colorado, U.S. District Court, Southern District of Ohio, U.S. District

Court, District of Colorado, and *Pro Hac Vice* in the U.S. District Court, District of Montana.

Erica Gann Kitaev's contact information is as follows:

Erica Gann Kitaev, Esq.
BAKER HOSTETLER LLP
303 East 17th Avenue, Suite 1100
Denver, CO 80203-1264
T 303-861-0600 / F 303-861-7805
Email:  ekitaev@bakerlaw.com

27.    Gretchen L. Lange, is a member in good standing of the Bar of the State of Ohio,

U.S. District Court, Northern District of Ohio, and the U.S. Court of Appeals, Sixth Circuit.

Gretchen L. Lange's contact information is as follows:

Gretchen L. Lange, Esq.
BAKER HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 216-621-0200 / F 216-696-0740
Email:  glange@bakerlaw.com

  28.  Karen S. Law, is a member in good standing of the Bar of the State of California,

U.S. District Court, Central District of California, and U.S. Court of Appeals, Ninth Circuit.

  Karen S. Law's contact information is as follows:

Karen S. Law, Esq.
BAKER HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
T 310-820-8800 / F 310-820-8859
Email:  klaw@bakerlaw.com

  29.  Michael R. Matthias, is a member in good standing of the Bar of the State of

California, U.S. District Court, Northern District of California, U.S. District Court, Central

District of California, U.S. District Court, Southern District of California, U.S. Court of Appeals,

Ninth Circuit, U.S. Court of Appeals, Tenth Circuit, U.S. Tax Court, and the U.S. Supreme

Court.

  Michael R. Matthias' contact information is as follows:

Michael R. Matthias, Esq.
BAKER HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
T 310-820-8800 / F 310-820-8859
Email:  mmatthias@bakerlaw.com

  30.  Joanna S. McGibbon, is a member in good standing of the Bar of the State of New

York.

  Joanna S. McGibbon's contact information is as follows:

Joanna S. McGibbon, Esq.
BAKER HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
T 212-589-4200 / F 212-589-4221
Email:  jmcgibbon@bakerlaw.com

31.    David M. McMillan, is a member in good standing of the Bar of the State of New

York and the Bar of the Commonwealth of Massachusetts.

David M. McMillan's contact information is as follows:

David M. McMillan, Esq.
BAKER HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
T 212-589-4200 / F 212-589-4221
Email:  dmcmillan@bakerlaw.com

32.    Rico Munn, is a member in good standing of the Bar of the State of Colorado,

U.S. District Court, District of Colorado, and the U.S. Court of Appeals, Tenth Circuit.

Rico Munn's contact information is as follows:

Rico Munn, Esq.
BAKER HOSTETLER LLP
303 East 17th Avenue, Suite 1100
Denver, CO 80203-1264
T 303-861-0600 / F 303-861-7805
Email:  rmunn@bakerlaw.com

33.    Erin K. Murdock-Park, is a member in good standing of the Bar of the State of

Ohio and the U.S. District Court, Northern District of Ohio.

Erin K. Murdock-Park's contact information is as follows:

Erin K. Murdock-Park, Esq.
BAKER HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 216-621-0200 / F 216-696-0740
Email:  emurdockpark@bakerlaw.com

34.     Kelli A. Murray, is a member in good standing of the Bar of the State of Florida

and the U.S. District Court, Middle District of Florida.

Kelli A. Murray's contact information is as follows:

Kelli A. Murray, Esq.
BAKER HOSTETLER LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
T 407-649-4000 / F 407-841-0168
Email:  kmurray@bakerlaw.com

35.     Maritza S. Nelson, is a member in good standing of the Bar of the State of Ohio,

the Bar of the District of Columbia, and the U.S. District Court, Northern District of Ohio.

Maritza S. Nelson's contact information is as follows:

Maritza S. Nelson, Esq.
BAKER HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 212-621-0200 / F 216-696-0740
Email:  mnelson@bakerlaw.com

36.     Pamela D. Nieto, is a member in good standing of the Bar of the State of Texas,

U.S. District Court, Northern District of Texas, U.S. Court of International Trade, U.S. Court of

Federal Claims, and the Supreme Court of Texas.

Pamela D. Nieto's contact information is as follows:

Pamela D. Nieto, Esq.
BAKER HOSTETLER LLP
1000 Louisiana, Suite 2000
Houston, TX 77002-5009
T 713-751-1600 / F 713-751-1717
Email:  pnieto@bakerlaw.com

37.     Alexis C. Osburn, is a member in good standing of the Bar of the State of Ohio

and the U.S. District Court, Northern District of Ohio.

Alexis C. Osburn's contact information is as follows:

Alexis C. Osburn, Esq.
BAKER HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 216-621-0200 / F 216-696-0740
Email:  aosburn@bakerlaw.com

38.    Edward D. Papp, is a member in good standing of the Bar of the State of Ohio and

the U.S. District Court, Northern District of Ohio.

Edward D. Papp's contact information is as follows:

Edward D. Papp, Esq.
BAKER HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 216-621-0200 / F 216-696-0740
Email:  epapp@bakerlaw.com

39.    Jason P. Perdion, is a member in good standing of the Bar of the State of Ohio

and the U.S. District Court, Northern District of Ohio.

Jason P. Perdion's contact information is as follows:

Jason P. Perdion, Esq.
BAKER HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 216-621-0200 / F 216-696-0740
Email:  jperdion@bakerlaw.com

40.    David F. Proano, is a member in good standing of the Bar of the State of Ohio,

U.S. District Court, Northern District of Ohio, and the U.S. District Court, Southern District of

Ohio.

David F. Proano's contact information is as follows:

David F. Proano, Esq.
BAKER HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 216-621-0200 / F 216-696-0740
Email:  dproano@bakerlaw.com

41.    Karen Ward Procell, is a member in good standing of the Bar of the State of

Florida.

Karen Ward Procell's contact information is as follows:

Karen Ward Procell, Esq.
BAKER HOSTETLER LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
T 407-649-4000 / F 407-841-0168
Email:  kprocell@bakerlaw.com

42.    Laurin D. Quiat, is a member in good standing of the Bar of the State of

Colorado, U.S. District Court, District of Colorado, U.S. District Court, Eastern District of

Michigan, U.S. Court of Appeals, First Circuit, U.S. Court of Appeals, Tenth Circuit, and the

U.S. Court of Appeals, Federal Circuit.

Laurin D. Quiat's contact information is as follows:

Laurin D. Quiat, Esq.
BAKER HOSTETLER LLP
303 East 17th Avenue, Suite 1100
Denver, CO 80203-1264
T 303-861-0600 / F 303-861-7805
Email:  lquiat@bakerlaw.com

43.    Matthew R. Raley, is a member in good standing of the Bar of the State of Texas,

U.S. District Court, Northern District of Texas, U.S. District Court, Eastern District of Texas,

U.S. District Court, Southern District of Texas, and the U.S. Court of Appeals, Fifth Circuit.

Matthew R. Raley's contact information is as follows:

Matthew R. Raley, Esq.
BAKER HOSTETLER LLP
1000 Louisiana, Suite 2000
Houston, TX 77002-5009
T 713-751-1600 / F 713-751-1717
Email: mraley@bakerlaw.com

44.    Trevor M. Stanley, is a member in good standing of the Bar of the State of

Virginia, the Bar of the District of Columbia, U.S. District Court, Eastern District of Virginia,

U.S. District Court, Western District of Virginia, and the U.S. Court of Appeals, Fourth Circuit.

Trevor M. Stanley's contact information is as follows:

Trevor M. Stanley, Esq.
BAKER HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
T 202-861-1500 / F 202-861-1783
Email: tstanley@bakerlaw.com

45.    Jacob R. Stump, is a member in good standing of the Bar of the State of Florida,

U.S. District Court, Northern District of Florida, U.S. District Court, Southern District of

Florida, and the U.S. District Court, Middle District of Florida.

Jacob R. Stump's contact information is as follows:

Jacob R. Stump, Esq.
BAKER HOSTETLER LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
T 407-649-4000 / F 407-841-0168
Email: jstump@bakerlaw.com

46.    Joshua C. Thomas, is a member in good standing of the Bar of the State of Texas,

U.S. District Court, Northern District of Texas, U.S. District Court, Eastern District of Texas,

and the U.S. District Court, Southern District of Texas.

Joshua C. Thomas's contact information is as follows:

Joshua C. Thomas, Esq.
BAKER HOSTETLER LLP
1000 Louisiana, Suite 2000
Houston, TX 77002-5009
T 713-751-1600 / F 713-751-1717
Email:  jthomas@bakerlaw.com

47.    Courtni E. Thorpe, is a member in good standing of the Bar of the State of Ohio

and the U.S. District Court, Northern District of Ohio.

Courtni E. Thorpe's contact information is as follows:

Courtni E. Thorpe's, Esq.
BAKER HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 216-621-0200 / F 216-696-0740
Email:  cthorpe@bakerlaw.com

48.    Christa Cowart Turner, is a member in good standing of the Bar of the State of

Florida, U.S. District Court, Northern District of Florida, U.S. District Court, Southern District

of Florida, and the U.S. District Court, Middle District of Florida, and the U.S. Court of Appeals,

Eleventh Circuit.

Christa Cowart Turner's contact information is as follows:

Christa Cowart Turner, Esq.
BAKER HOSTETLER LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
T 407-649-4000 / F 407-841-0168
Email:  cturner@bakerlaw.com

49.    Brett A. Wall, is a member in good standing of the Bar of the State of Ohio, U.S.

District Court, Northern District of Ohio, U.S. District Court, Southern District of Ohio, U.S.

District Court, Northern District of Florida, U.S. District Court, Western District of Michigan,

and the U.S. Court of Appeals, Sixth Circuit.

Brett A. Wall's contact information is as follows:

Brett A. Wall, Esq.
BAKER HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 216-621-0200 / F 216-696-0740
Email:  bwall@bakerlaw.com

50.    Thomas D. Warren, is a member in good standing of the Bar of the State of Ohio,

the Bar of the State of California, U.S. District Court, Northern District of Ohio, U.S. District

Court, Southern District of California, U.S. District Court, Central District of California, U.S.

Court of Appeals, Second Circuit, U.S. Court of Appeals, Fourth Circuit, U.S. Court of Appeals,

Fifth Circuit, U.S. Court of Appeals, Sixth Circuit, U.S. Court of Appeals, Ninth Circuit, and the

U.S. Supreme Court.

Thomas D. Warren's contact information is as follows:

Thomas D. Warren, Esq.
BAKER HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 216-621-0200 / F 216-696-0740
Email:  twarren@bakerlaw.com

51.    Nicholas L. White, is a member in good standing of the Bar of the State of Ohio

and the U.S. District Court, Northern District of Ohio.

Nicholas L. White's contact information is as follows:

Nicholas L. White, Esq.
BAKER HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 216-621-0200 / F 216-696-0740
Email:  nwhite@bakerlaw.com

52.     Michael C. Wilde, is a member in good standing of the Bar of the State of Florida.

Michael C. Wilde's contact information is as follows:

Michael C. Wilde, Esq.
Baker Hostetler LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
T 407-649-4000 / F 407-841-0168
Email:  mwilde@bakerlaw.com

53.     Justin T. Winquist, is a member in good standing of the Bar of the State of

Colorado, U.S. District Court, District of Colorado, and the U.S. Court of Appeals, Tenth

Circuit.

Justin T. Winquist's contact information is as follows:

Justin T. Winquist, Esq.
Baker Hostetler LLP
303 East 17th Avenue, Suite 1100
Denver, CO 80203-1264
T 303-861-0600 / F 303-861-7805
Email:  jwinquist@bakerlaw.com

54.     Sara L. Witt, is a member in good standing of the Bar of the State of Ohio and the

U.S. District Court, Northern District of Ohio.

Sara L. Witt's contact information is as follows:

Sara L. Witt, Esq.
Baker Hostetler LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
T 216-621-0200 / F 216-696-0740
Email:  switt@bakerlaw.com

Each of the attorneys have submitted the filing fee of $25.00 per applicant with this

motion for *pro hac vice* admission.

Dated: New York, New York
February 22, 2011

                                            *s/Marc E. Hirschfield*
                                 BAKER & HOSTETLER LLP
                                 45 Rockefeller Plaza
                                 New York, New York 10111
                                 (212) 589-4200 / Fax (212) 589-4201
                                 David J. Sheehan
                                 Email: dsheehan@bakerlaw.com
                                 Marc E. Hirschfield
                                 Email: mhirschfield@bakerlaw.com

                                 *Attorneys for Defendant Irving H. Picard,*
                                 *Esq., Trustee for the Substantively*
                                 *Consolidated SIPA Liquidation of Bernard L.*
                                 *Madoff Investment Securities LLC and Bernard*
                                 *L. Madoff*