UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,

        Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

        Defendant.

In re:

BERNARD L. MADOFF,

        Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

This matter came before the Court upon the motion of Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, requesting the admission of certain attorneys as set forth in the Motion, *pro hac vice,* to represent Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff individually, in the above-referenced matter and in any related adversary proceedings; it is hereby

**ORDERED** that the attorneys listed on **Schedule A**, attached hereto, are to be admitted to practice, *pro hac vice*, in the above-referenced matter and in any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York, provided that the filing fees for such admission of each applicant has been paid.

Dated: New York, New York
       February ___, 2011

                                                           _____
                                                            Honorable Burton L. Lifland
                                                            United States Bankruptcy Judge

300123113

## SCHEDULE A

1. Tina U. Amin
2. Erin R. Barker-Brown
3. Michelle Benavides
4. Mary M. Bittence
5. Matthew I. Bobb
6. Terry M. Brennan
7. Deanna M. Campbell
8. Jesús J. Castillón
9. Teresa C. Chow
10. Melissa A. DeGaetano
11. Rebecca J. Doty
12. Breaden M. Douthett
13. Paul S. Enockson
14. Jonathan D. Estreich
15. James D. Figura
16. Ryan D. Fischbach
17. Wendy J. Gibson
18. Robyn R. Goldstein
19. Ruth E. Hartman
20. Farrell A. Hochmuth
21. Dean D. Hunt
22. Tonya A. Jacobs
23. Karin Scholz Jenson
24. Pamela Gale Johnson
25. Matthew P. Julian
26. Erica Gann Kitaev
27. Gretchen L. Lange
28. Karen S. Law
29. Michael R. Matthias
30. Joanna S. McGibbon
31. David M. McMillan
32. Rico Munn
33. Erin K. Murdock-Park
34. Kelli A. Murray
35. Maritza S. Nelson
36. Pamela D. Nieto
37. Alexis C. Osburn
38. Edward D. Papp
39. Jason P. Perdion
40. David F. Proano
41. Karen Ward Procell
42. Laurin D. Quiat
43. Matthew R. Raley
44. Trevor M. Stanley
45. Jacob R. Stump
46. Joshua C. Thomas
47. Courtni E. Thorpe
48. Christa Cowart Turner
49. Brett A. Wall
50. Thomas D. Warren
51. Nicholas L. White
52. Michael C. Wilde
53. Justin T. Winquist
54. Sara L. Witt

300123113