**BECKER & POLIAKOFF LLP**

Helen Davis Chaitman

HCHAITMAN@BECKER-POLIAKOFF.COM

45 Broadway

New York, New York 10006

Telephone (212) 599-3322

*Attorneys for Marsha Peshkin,*
*and a large group of other customers*

**Hearing Date:   March 30, 2011 at 10:00 a.m.**
**Objection Deadline:  March 4, 2011**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                    Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                    Defendant. | Case No.:  08-01789 (BRL)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                    Debtor. | |

## <u>NOTICE OF RESCHEDULED HEARING DATE</u>

        Marsha Peshkin, and a non-exclusive group of other customers of Bernard L. Madoff

Investment Securities LLC (the "Movants"), through their counsel, moved seeking an entry of an

order (Doc # 3860), pursuant to Federal Rule of Civil Procedure 60 and Federal Rule of

Bankruptcy Procedure 9024, setting aside the Order Approving the Settlement by and among the

Trustee and Jeanne Levy-Church and Francis N. Levy (Doc # 1964).

        **PLEASE TAKE NOTICE** that the Hearing regarding the Movants' motion, which was

scheduled for **March 11, 2011 at 10:00 a.m.** has been rescheduled by the Court to **March 30,**

**2011 at 10:00 a.m.**

February 24, 2011

BECKER & POLIAKOFF LLP


By: /s/ Helen Davis Chaitman
45 Broadway
New York, NY 10006
(212) 599-3322
*Attorneys for Marsha Peshkin,*
*and a large group of other customers*