**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
HCHAITMAN@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322

*Attorneys for Marsha Peshkin*
*and a large group of other customers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                    Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                    Defendant. | Case No.: 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                    Debtor. | |

I, Lourdes Blanco, hereby certify that on February 24, 2011 I caused a true and correct copy of the **Notice of Rescheduled Hearing Date** to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

> David J. Sheehan, Esq.
> Baker & Hostetler LLP
> dsheehan@bakerlaw.com
> *Attorneys for Irving H. Picard, Trustee*

>Josephine Wang, Esq.
>Securities Investor Protection Corporation
>jwang@sipc.org
>*Attorneys for Securities Investor Protection Corporation*
>
>Ronald L. Olson, Esq.
>ron.olson@mto.com
>*Attorneys for Jeanne Levy-Church and Francis N. Levy*

February 24, 2011

/s/ *Lourdes Blanco*

2