IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>                  Plaintiff-Applicant, <br>     v. <br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br>                  Defendant. | Adversary Proceeding <br> No. 08-01789-BRL |

**NOTICE OF WITHDRAWAL OF COUNSEL
FOR UNITED STATES GOVERNMENT ATTORNEY**

     **PLEASE TAKE NOTICE**, that I, Brad Rogers, attorney of record for the Pension Benefit Guaranty Corporation ("PBGC"), hereby requests that the PBGC be removed from the Debtors' service list and the Court's CM/ECF system listing for this case. PBGC's issues relating to the Debtors' cases have been resolved.

Dated: February 24, 2011  
       Washington, D.C.

Respectfully submitted,

/s/ Brad Rogers  
Brad Rogers (BR 3552)  
Pension Benefit Guaranty Corporation  
Office of the Chief Counsel  
1200 K Street, N.W., Suite 340  
Washington, D.C. 20005-4026  
Telephone: (202) 326-4020, ext. 3029  
Fax: (202) 326-4112  
Emails: rogers.brad@pbgc.gov  
       and efile@pbgc.gov