## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2011, the Pension Benefit Guaranty Corporation's Withdrawal of Counsel, for United States Government Attorney Brad Rogers, was mailed by first class mail, postage pre-paid, on the following:

Josephine Wang
Kevin H. Bell
Securities Investor Protection Corp.
805 15th Street, N.W.
Suite 800
Washington, DC 20005-2207

Alissa M. Nann
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Catherine Elizabeth Woltering
Baker Hostetler LLP
65 East State Street
Suite 2100
Columbus, OH 43215

Elizabeth A. Scully
Baker & Hostetler LLP
Washington Square
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Regina Griffin
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

Richard J. Bernard
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

/s/ Brad Rogers
Brad Rogers
Attorney