Casey D. Laffey
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
claffey@reedsmith.com

*Attorneys for Bart M. Schwartz, as Receiver of Gabriel Capital, L.P. and Ariel Fund Limited*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Reed Smith LLP, by Casey D. Laffey, Esq., an attorney duly admitted to practice before this Court, hereby appears on behalf of *Bart M. Schwartz, as Receiver of Gabriel Capital, L.P. and Ariel Fund Limited* in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that all notices sent in this case, and all papers filed in this case, should be served on the undersigned as follows:

> Casey D. Laffey, Esq.
> REED SMITH LLP
> 599 Lexington Avenue
> New York, New York 10022
> Email: claffey@reedsmith.com
> Phone: (212) 521-5400
> Facsimile: (212) 521-5450

Dated: New York, New York
February 25, 2011

REED SMITH LLP

/s/ Casey D. Laffey
Casey D. Laffey
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
(212) 521-5450
claffey@reedsmith.com

*Attorneys for Bart M. Schwartz, as Receiver of Gabriel Capital, L.P. and Ariel Fund Limited*

- 2 -