UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

      JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On February 18, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000066).

4. On February 18, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    B. Notice of Transfer of Allowed Claim (Transfer Number T000067).

Executed on ~~Feb 25~~, 2011

_____
John S. Franks

Sworn to and subscribed before me this 25th day of February, 2011

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____
Notary Public

(SEAL)

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 000066**

**FEBRUARY 18, 2011**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Charles Schwab & Co. Inc., Custodian Rollover IRA | Robert A. Bernhard | 3040 Grand Bay Blvd. | Unit 2. Apt. 226 | Longboat Key | FL | 34228 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBER 0000067**

FEBRUARY 18, 2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Hain Capital Holdings, Ltd. | | 301 Route 17 North | 7th Floor | Rutherford | NJ | 07070 |