UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Alan D. Bleznak Revocable Trust Dated 4/15/03 ("Claimant"), having filed an objection to the Trustee's Notice of Determination respecting Claimant's customer claim (#001796) (the "Objection", Docket No. 516), hereby gives notice that it is withdrawing such Objection.

Dated: October 4, 2010

　　　　　　　　　　　　　　　ALAN D. BLEZNAK REVOCABLE TRUST
　　　　　　　　　　　　　　　DATED 4/15/03

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Alan D. Bleznak, Trustee
　　　　　　　　　　　　　　　5105 North Park Drive
　　　　　　　　　　　　　　　Pennsauken, New Jersey 08109



RECEIVED FEB 25 2011 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK