UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Lockbourne Manor, Inc. ("Claimant"), having filed an objection to the Trustee's Notice of Determination respecting Claimant's customer claim (#001800) (the "Objection", Docket No. 622), hereby gives notice that it is withdrawing such Objection.

Dated: October 4, 2010

LOCKBOURNE MANOR, INC.

By: _____
Name: Alan B Black
5105 North Park Drive
Pennsauken, New Jersey 08109



RECEIVED FEB 25 2011 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK