UNITED STATED BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
                  Plaintiff-Applicant, :    Adv. Pro. No. 08-01789 (BRL)
:     SIPA Liquidation
                  v. :
:     (Substantively Consolidated)
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
                  Defendant. :
------------------------------------------------------------- X
:
In re: :
:
BERNARD L. MADOFF, :
:
                  Debtor. :
------------------------------------------------------------- X
:
IRVING H. PICARD, Trustee for the :
Liquidation of Bernard L. Madoff Investment :
Securities LLC, :
                  Plaintiff, :    Adv. Pro. No. 10-05345 (BRL)
:
                  v. :
:
CITIBANK, N.A., CITIBANK NORTH :
AMERICA, INC., AND CITIGROUP :
GLOBAL MARKETS LIMITED, :
:
                  Defendants. :
:
------------------------------------------------------------- X

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

        PLEASE TAKE NOTICE that Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankrupty Rules") as counsel to Citibank, N.A., Citibank North America, Inc.

and Citigroup Global Markets Limited, and requests, pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone numbers and e-mail address:

> Carmine D. Boccuzzi Jr., Esq.
> Cleary Gottlieb Steen & Hamilton LLP
> One Liberty Plaza
> New York, New York 10006
> Tel. No.: (212) 225-2000
> Fax No.: (212) 225-3999
> E-Mail Address: MAOFILING@CGSH.COM

     PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail or otherwise.

     Notice of Appearance and Request for Service of Papers is not and shall not be construed as a waiver of any of Citibank, N.A., Citibank North America, Inc. and Citigroup Global Markets Limited's jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned proceeding, all of which it hereby expressly reserves.

Dated: March 2, 2011
      New York, New York

                        Respectfully submitted,

                       By: /s/ Carmine D. Boccuzzi, Jr.
                          Carmine D. Boccuzzi, Jr.
                          CLEARY GOTTLIEB STEEN & HAMILTON LLP
                          One Liberty Plaza
                          New York, New York 10006
                          Telephone: (212) 225-2000
                          Facsimile: (212) 225-3999

                          Attorney for Citibank, N.A., Citibank
                          North America, Inc. and Citigroup Global Markets
                          Limited