UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (BRL)<br><br>(Substantively Consolidated)<br><br>CERTIFICATE OF SERVICE |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 2nd day of March 2011, the Joinder of JPMorgan's and UBS's Objection and Further Objections of the HSBC Defendants to the Trustee's Motion for Entry of a Litigation Protective Order and the Declaration of Marla A. Decker in Support of Joinder of JPMorgan's and UBS's Objections and Further Objections of the HSBC Defendants to the Trustee's Motion for Entry of a Litigation Protective Order with Exhibits were served by email upon:

jselby@bakerlaw.com
besser@bakerlaw.com

Dated: New York, New York
March 3, 2011

Richard V. Conza