CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006-1470
Telephone: (212) 225-2000
Carmine D. Boccuzzi Jr.
David Y. Livshiz
Adam A. Shajnfeld

*Attorneys for Citibank, N.A.,*
*Citibank North America, Inc.*
*and Citigroup Global Markets Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., CITIBANK NORTH AMERICA, INC., and CITIGROUP GLOBAL MARKETS LIMITED,<br><br>    Defendants. | Adv. Pro. No. 10-05345 (BRL)<br><br>CERTIFICATE OF SERVICE |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 3rd day of March 2011, the Notice of Appearance and Request for Notice and Citigroup Global Markets Limited's Objection to Trustee's Motion for Entry of Litigation Protective Order were served by email upon:

> dsheehan@bakerlaw.com
> jselby@bakerlaw.com

Dated: New York, New York
       March 3, 2011

_____
Richard V. Conza