| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## ORDER DIRECTING PARTIES TO SHOW CAUSE BY LETTER SUBMISSION FOR MAINTAINING REDACTIONS

WHEREAS, Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, by and through his counsel, has filed in this Court complaints (collectively, the "Complaints");

WHEREAS, the Trustee filed certain of the Complaints under seal or with redactions in accordance with the terms of this Court's November 10, 2010 Order Approving the Litigation Case Management Procedures (Dkt. No. 3141) (the "Litigation Procedures Order");

WHEREAS the Litigation Procedures Order states:

To the extent that such a complaint (including exhibits) or other filings in any adversary proceeding related to this action contains Confidential Information or Confidential Account Material obtained from a party other than BLMIS and such Confidential Information or Confidential Account Material was not in the records and files of BLMIS, the Trustee may give the defendant written notice of his intent to include such information in the complaint or other pleading and the defendant shall then have five days to notify the Trustee in writing of its objection to the public filing of such complaint or other filing. The defendant's failure to so notify the Trustee within such five day period shall be deemed the defendant's consent to the public filing of such complaint (with exhibits) or other filing. If (i) the defendant notifies the Trustee of its objection to the public filing of the complaint (with exhibits) or other filing within such five day period or (ii) if the Trustee wishes to file the complaint (with exhibits) or other filing without giving the defendant prior notice or if notice has been given to defendant, before the expiration of the five-day objection period, the Trustee is hereby authorized without further Court order to file the complaint (with exhibits) or other filing under seal and/or publicly in redacted form, in each case, subject to the right of the Trustee or other parties-in-interest to subsequently move to have the complaint (and exhibits) and/or other filing unsealed or filed in unredacted form, as the case may be, and the right of the defendant to oppose any such motion;

Litigation Procedures Order, p. 2, ¶ A.

WHEREAS, on February 11, 2011, counsel for WNBC-TV, NBC News, CNBC, and The New York Times Company submitted a joint letter requesting a conference with the Court to discuss appropriate procedures for unsealing the Complaints and related documents;

WHEREAS, on February 24, 2011, the Court held the requested conference, during which concerns were raised with maintaining redactions in the Complaints.

NOW, THEREFORE, IT IS HEREBY:

ORDERED, that all interested parties show cause by filing a letter submission with the Bankruptcy Court, setting forth grounds for maintaining redactions of names of parties, employees, or other individuals named in the Complaints, by March 10, 2011 at 5:00 p.m; and it is further

-3-

ORDERED, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York
       March 4, 2011

/s/Burton R. Lifland_____
UNITED STATES BANKRUPTCY JUDGE