**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10016
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Mark A. Kirsch (MK-7806)
Marshall R. King (MK-1642)
Gabriel Herrmann (GH-2436)

*Attorneys for UBS AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,**<br><br>  **Plaintiff.**<br><br>  v.<br><br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br><br>  **Defendant.** | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>Substantively Consolidated |
| **In re:**<br><br>**BERNARD L MADOFF,**<br><br>  **Debtors.** | |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK   :
                                        : SS.
COUNTY NEW YORK   :

    James D. DeBartolo, being duly sworn according to law, deposes and says that he is not a party to this action, is employed as a legal assistant by the law firm of Gibson, Dunn & Crutcher, LLP, and that on the 2nd of March, 2011 caused copies of the**:**

**UBS AG's Objection to the Trustee's Motion for Entry of Litigation Protective Order (Docket Entry No. 3882)**

to be served upon the parties on the attached list via the means indicated therein.

/s/ James D. DeBartolo
James D. DeBartolo

to be served upon the parties on the attached list via the means indicated therein.

/s/ James D. DeBartolo
James D. DeBartolo

SWORN TO AND SUBSCRIBED before me this 7th day of March, 2011.

/s/ Jennifer M. Contreras
**Notary Public, State of New York**
**No. 01CO6196721**
**Qualified in New York County**
**Certificate Filed in New York County**
**My Commission Expires November 17, 2012**

**VIA HAND DELIVERY**

The Honorable Burton R. Lifland
One Bowling Green
New York, New York 10004

**VIA ELECTRONIC MAIL**

David Sheehan, Esq., and
Judith A. Selby, Esq.
45 Rockefeller Plaza
New York, New York 10111