UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff, v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br><br>Defendant.<br>In re:<br>BERNARD L. MADOFF,<br>Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation (Substantively Consolidated) |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

Upon consideration of the motion (the "Motion") of Dickstein Shapiro LLP, for an order pursuant to Local Rule 2090-1 (e) to withdraw as counsel of record for the above-captioned Debtor; and due and sufficient notice of the Motion having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed or submitted in connection with the Motion; and based upon the entire record of the case (including any evidence adduced at applicable hearings); and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, its estates, creditors, and parties in interest; and upon the proceedings had before the Court; and good and sufficient cause appearing therefor; it is hereby

    **ORDERED** that the Motion is granted; and it is further

    **ORDERED** Dickstein Shapiro is granted leave to withdraw as counsel for the above-captioned Debtor and is hereby deemed removed as counsel for the Debtor in this and any consolidated or related case; and it is further

DOCSNY-454960v2

**ORDERED** that the Clerk of Courts and all parties in interest in this case are authorized and directed to take all actions necessary to effectuate the relief granted pursuant to this Order.

Dated: New York, New York
_____, 2011

_____
UNITED STATES BANKRUPTCY JUDGE

DOCSNY-454960v2