SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Marco E. Schnabl
Susan L. Saltzstein
Jeremy A. Berman
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for UniCredit S.p.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**CERTIFICATE OF SERVICE**

    I, Max S. Polonsky, hereby certify that I filed and served a true and correct copy of the Objection of UniCredit to Trustee's Motion for Entry of a Litigation Protective Order via the Court's CM/ECF system on March 2, 2011.  Notice of this filing was sent to those persons receiving electronic notice of filings in this case.

      Additionally, I sent the Objection of UniCredit to Trustee's Motion for Entry of a Litigation Protective Order to the following recipients via regular mail on March 2, 2011.

| | |
|---|---|
| David Sheehan, Esq. | Chambers of the Hon. Burton R. Lifland |
| Judith A. Selby, Esq. | United States Bankruptcy Court |
| 45 Rockeffeler Plaza | Southern District of New York |
| New York, New York 10111 | One Bowling Green |
| | New York, New York 10004-1408 |

Dated: New York, New York
      March 7, 2011

                                                      */s/ Max S. Polonsky*
                                                    Max S. Polonsky

890766-New York Server 2A - MSW