

**REPUBLIK ÖSTERREICH**
BUNDESMINISTERIUM FÜR JUSTIZ
BMJ-Z939.378/0003-I 10/2011



To the
Clerk of the Court United staates
Bancruptcy Court-SD
One Bowling Green
New York NY 10004
UNITED STATES

Adresse
1070 Wien, Museumstraße 7

e-mail
post@bmj.gv.at

Telefon          Telefax
(01) 52152-0*    (01) 52152 2727

Sachbearbeiter(in):  Gabriele Gal
*Durchwahl:          2844

RE: Request and Subpoena in Re Bernard L. Madoff, Debtor

Dear Madams/Sirs

The Federal Ministry of Justice has the honor to return the attached letters rogatory of the Clerk of the Court, United States Bancruptcy Court-SD, dated 12/13/2010, file number 08-01789 BRL, because the Recipient (Helmut Gropper, Füssener Str. 42, 86343 Königsbrunn) is resident in **Germany**.

sincerely yours

31. Jänner 2011
Für die Bundesministerin:
Gabriele Gal

Elektronisch gefertigt

| | Datum/Zeit-UTC | 2011-02-01T12:07:47+01:00 |
|---|---|---|
| | Aussteller-Zertifikat | CN=a-sign-corporate-light-02,OU=a-sign-corporate-light-02,O=A-Trust Ges. f. Sicherheitssysteme im elektr. Datenverkehr GmbH,C=AT |
| | Serien-Nr. | 263671 |
| Hinweis | Dieses Dokument wurde mit der Justizsignatur versehen (§ 89c Abs. 3 GOG). Auch ein Ausdruck dieses Dokumentes hat die Beweiskraft einer öffentlichen Urkunde. | |
| Prüfinformation | Dieses Dokument kann durch Online-Abfrage in den Justizanwendungen verifiziert werden. Weitere Informationen finden Sie unter: http://kundmachungen.justiz.gv.at/justizsignatur | |