Yeskoo Hogan & Tamlyn, LLP
909 Third Avenue, 28th Floor
New York, NY 10023
212-983-0900
By:  Richard C. Yeskoo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation           Adv. Pro. No. 10-05283
of Bernard L. Madoff Investment Securities LLC,          (BRL)

                         Plaintiff,           Notice of Appearance and
                                              Demand for Service of
          – against –           Documents

ESTATE OF GLADYS C. LURIA, et al,

                        Defendants.
-----------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on behalf of defendants Joan L. Fisher, Carl T. Fisher and The Trust U/A VIII of the Will of Gladys C. Luria F/B/O Carl T. Fisher (collectively, the "Defendants"), pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, and demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

Yeskoo Hogan & Tamlyn, LLP
909 Third Avenue, 28th Floor
New York, NY 10023
212-983-0900
Richard C. Yeskoo
Yeskoo@yeskoolaw.com

     **PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders,

applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive Defendants': (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) other rights, claims, actions, defenses (including personal jurisdiction), setoffs or recoupments to which Defendants are or may be entitled under agreements, in law, or in equity, all of which rights claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
January 11, 2011

                                          Yeskoo Hogan & Tamlyn, LLP
                                          909 Third Avenue, 28th Floor
                                          New York, NY 10023
                                          212-983-0900

                                          By:___s/_____
                                              Richard C. Yeskoo (RY7329)