# Exhibit A

| | | | | |
|---|---|---|---|---|
| 10-04317 | 10-04944 | 10-05186 | 10-05246 | 10-05342 |
| 10-04330 | 10-04983 | 10-05187 | 10-05248 | 10-05346 |
| 10-04334 | 10-04991 | 10-05188 | 10-05249 | 10-05348 |
| 10-04345 | 10-04992 | 10-05189 | 10-05251 | 10-05351 |
| 10-04360 | 10-04993 | 10-05191 | 10-05252 | 10-05355 |
| 10-04365 | 10-04999 | 10-05192 | 10-05253 | 10-05370 |
| 10-04368 | 10-05019 | 10-05193 | 10-05254 | 10-05371 |
| 10-04374 | 10-05022 | 10-05194 | 10-05255 | 10-05372 |
| 10-04375 | 10-05039 | 10-05195 | 10-05256 | 10-05373 |
| 10-04380 | 10-05046 | 10-05196 | 10-05257 | 10-05374 |
| 10-04381 | 10-05051 | 10-05197 | 10-05258 | 10-05375 |
| 10-04385 | 10-05053 | 10-05198 | 10-05260 | 10-05376 |
| 10-04386 | 10-05056 | 10-05200 | 10-05261 | 10-05377 |
| 10-04387 | 10-05067 | 10-05201 | 10-05262 | 10-05378 |
| 10-04399 | 10-05093 | 10-05202 | 10-05263 | 10-05379 |
| 10-04406 | 10-05101 | 10-05203 | 10-05267 | 10-05380 |
| 10-04420 | 10-05106 | 10-05204 | 10-05274 | 10-05382 |
| 10-04424 | 10-05120 | 10-05205 | 10-05275 | 10-05384 |
| 10-04432 | 10-05122 | 10-05206 | 10-05276 | 10-05385 |
| 10-04445 | 10-05123 | 10-05207 | 10-05277 | 10-05387 |
| 10-04446 | 10-05127 | 10-05208 | 10-05279 | 10-05388 |
| 10-04455 | 10-05151 | 10-05209 | 10-05281 | 10-05389 |
| 10-04457 | 10-05152 | 10-05211 | 10-05284 | 10-05390 |
| 10-04460 | 10-05154 | 10-05213 | 10-05285 | 10-05391 |
| 10-04463 | 10-05155 | 10-05214 | 10-05286 | 10-05393 |
| 10-04465 | 10-05156 | 10-05216 | 10-05288 | 10-05396 |
| 10-04466 | 10-05157 | 10-05217 | 10-05289 | 10-05397 |
| 10-04474 | 10-05159 | 10-05219 | 10-05293 | 10-05399 |
| 10-04476 | 10-05161 | 10-05220 | 10-05294 | 10-05401 |
| 10-04478 | 10-05162 | 10-05221 | 10-05295 | 10-05404 |
| 10-04481 | 10-05163 | 10-05222 | 10-05296 | 10-05406 |
| 10-04488 | 10-05166 | 10-05223 | 10-05297 | 10-05407 |
| 10-04491 | 10-05167 | 10-05224 | 10-05309 | 10-05408 |
| 10-04550 | 10-05169 | 10-05225 | 10-05310 | 10-05419 |
| 10-04565 | 10-05170 | 10-05226 | 10-05311 | 10-05420 |
| 10-04587 | 10-05171 | 10-05227 | 10-05313 | 10-05426 |
| 10-04635 | 10-05172 | 10-05229 | 10-05314 | 10-05429 |
| 10-04646 | 10-05173 | 10-05231 | 10-05318 | 10-05430 |
| 10-04657 | 10-05174 | 10-05232 | 10-05319 | 10-05432 |
| 10-04714 | 10-05175 | 10-05234 | 10-05321 | 10-05433 |
| 10-04760 | 10-05176 | 10-05235 | 10-05322 | 10-05434 |
| 10-04769 | 10-05177 | 10-05237 | 10-05323 | 10-05435 |
| 10-04770 | 10-05178 | 10-05238 | 10-05325 | 10-05436 |
| 10-04774 | 10-05179 | 10-05239 | 10-05327 | 10-05437 |
| 10-04781 | 10-05180 | 10-05240 | 10-05328 | 10-05439 |
| 10-04794 | 10-05181 | 10-05241 | 10-05330 | 10-05440 |
| 10-04879 | 10-05182 | 10-05242 | 10-05331 | 10-05441 |
| 10-04885 | 10-05183 | 10-05243 | 10-05332 | 10-05442 |
| 10-04910 | 10-05184 | 10-05244 | 10-05333 | 10-05443 |
| 10-04920 | 10-05185 | 10-05245 | 10-05336 | |