**EXHIBIT B**
**(Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**ORDER EXTENDING THE TIME WITHIN WHICH THE TRUSTEE**
**MAY EFFECT SERVICE OF PROCESS**

This matter came before the Court on March 16, 2011 on the motion (the "Motion")[1] of

Irving H. Picard, Esq. (the "Trustee"), as trustee for the liquidation of the business of Bernard L.

Madoff Investment Securities LLC ("BLMIS" or "Debtor") under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa, et seq., and as trustee for the substantively consolidated

chapter 7 estate of Bernard L. Madoff ("Madoff"), for entry of an order pursuant to Rule 4(m) of

the Federal Rules of Civil Procedure, as incorporated by Rule 7004 of the Federal Rules of

Bankruptcy Procedure, extending the time within which he may effect service of process on the

Defendants named in the Adversary Proceedings listed on Exhibit A, as more fully set forth in

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

300147842

the Motion; and the Court having jurisdiction to consider the Motion and the relief requested

therein in accordance with section 78eee(b)(4) of the Securities Investor Protection Act, 15

U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the Protective Decree, entered on December 15, 2008 by

the United States District Court for the Southern District of New York in Case No. 08 CV 10791,

and 28 U.S.C. §§ 157 and 1334; and it appearing that the relief requested by the Motion is

necessary and in the best interests of the estate, its customers, its creditors, and all parties in

interest; and due notice of the Motion having been given, and it appearing that no other or further

notice need be given; and the Court having determined that the legal and factual bases set forth

in the Motion establish just and good cause for the relief granted therein; and upon the

proceedings before the Court and after due deliberation, it is hereby

**ORDERED**, that the relief requested in the Motion is granted; and it is further

**ORDERED**, that the time within which the Trustee may effect service of process on the

Defendants named in the Adversary Proceedings listed on Exhibit A attached to this Order is

extended to and including June 14, 2011; and it is further

**ORDERED**, that a copy of this Order will be entered in and have affect on all Adversary

Proceedings listed on Exhibit A attached hereto; and it is further

**ORDERED**, that the entry of this Order is without prejudice to further or additional

extensions of the time within which the Trustee may effect service of process on the Defendants

in any Adversary Proceeding upon proper application; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to

the interpretation or implementation of this Order.

Dated: New York, New York
　　　 March ___, 2011

　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　 HONORABLE BURTON R. LIFLAND
　　　　　　　　　　　　　　　　　　 UNITED STATES BANKRUPTCY JUDGE

## Exhibit A

| | | | | |
|---|---|---|---|---|
| 10-04317 | 10-04944 | 10-05186 | 10-05246 | 10-05342 |
| 10-04330 | 10-04983 | 10-05187 | 10-05248 | 10-05346 |
| 10-04334 | 10-04991 | 10-05188 | 10-05249 | 10-05348 |
| 10-04345 | 10-04992 | 10-05189 | 10-05251 | 10-05351 |
| 10-04360 | 10-04993 | 10-05191 | 10-05252 | 10-05355 |
| 10-04365 | 10-04999 | 10-05192 | 10-05253 | 10-05370 |
| 10-04368 | 10-05019 | 10-05193 | 10-05254 | 10-05371 |
| 10-04374 | 10-05022 | 10-05194 | 10-05255 | 10-05372 |
| 10-04375 | 10-05039 | 10-05195 | 10-05256 | 10-05373 |
| 10-04380 | 10-05046 | 10-05196 | 10-05257 | 10-05374 |
| 10-04381 | 10-05051 | 10-05197 | 10-05258 | 10-05375 |
| 10-04385 | 10-05053 | 10-05198 | 10-05260 | 10-05376 |
| 10-04386 | 10-05056 | 10-05200 | 10-05261 | 10-05377 |
| 10-04387 | 10-05067 | 10-05201 | 10-05262 | 10-05378 |
| 10-04399 | 10-05093 | 10-05202 | 10-05263 | 10-05379 |
| 10-04406 | 10-05101 | 10-05203 | 10-05267 | 10-05380 |
| 10-04420 | 10-05106 | 10-05204 | 10-05274 | 10-05382 |
| 10-04424 | 10-05120 | 10-05205 | 10-05275 | 10-05384 |
| 10-04432 | 10-05122 | 10-05206 | 10-05276 | 10-05385 |
| 10-04445 | 10-05123 | 10-05207 | 10-05277 | 10-05387 |
| 10-04446 | 10-05127 | 10-05208 | 10-05279 | 10-05388 |
| 10-04455 | 10-05151 | 10-05209 | 10-05281 | 10-05389 |
| 10-04457 | 10-05152 | 10-05211 | 10-05284 | 10-05390 |
| 10-04460 | 10-05154 | 10-05213 | 10-05285 | 10-05391 |
| 10-04463 | 10-05155 | 10-05214 | 10-05286 | 10-05393 |
| 10-04465 | 10-05156 | 10-05216 | 10-05288 | 10-05396 |
| 10-04466 | 10-05157 | 10-05217 | 10-05289 | 10-05397 |
| 10-04474 | 10-05159 | 10-05219 | 10-05293 | 10-05399 |
| 10-04476 | 10-05161 | 10-05220 | 10-05294 | 10-05401 |
| 10-04478 | 10-05162 | 10-05221 | 10-05295 | 10-05404 |
| 10-04481 | 10-05163 | 10-05222 | 10-05296 | 10-05406 |
| 10-04488 | 10-05166 | 10-05223 | 10-05297 | 10-05407 |
| 10-04491 | 10-05167 | 10-05224 | 10-05309 | 10-05408 |
| 10-04550 | 10-05169 | 10-05225 | 10-05310 | 10-05419 |
| 10-04565 | 10-05170 | 10-05226 | 10-05311 | 10-05420 |
| 10-04587 | 10-05171 | 10-05227 | 10-05313 | 10-05426 |
| 10-04635 | 10-05172 | 10-05229 | 10-05314 | 10-05429 |
| 10-04646 | 10-05173 | 10-05231 | 10-05318 | 10-05430 |
| 10-04657 | 10-05174 | 10-05232 | 10-05319 | 10-05432 |
| 10-04714 | 10-05175 | 10-05234 | 10-05321 | 10-05433 |
| 10-04760 | 10-05176 | 10-05235 | 10-05322 | 10-05434 |
| 10-04769 | 10-05177 | 10-05237 | 10-05323 | 10-05435 |
| 10-04770 | 10-05178 | 10-05238 | 10-05325 | 10-05436 |
| 10-04774 | 10-05179 | 10-05239 | 10-05327 | 10-05437 |
| 10-04781 | 10-05180 | 10-05240 | 10-05328 | 10-05439 |
| 10-04794 | 10-05181 | 10-05241 | 10-05330 | 10-05440 |
| 10-04879 | 10-05182 | 10-05242 | 10-05331 | 10-05441 |
| 10-04885 | 10-05183 | 10-05243 | 10-05332 | 10-05442 |
| 10-04910 | 10-05184 | 10-05244 | 10-05333 | 10-05443 |
| 10-04920 | 10-05185 | 10-05245 | 10-05336 | |