BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant.<br>In re:<br>BERNARD L. MADOFF,<br><br>           Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON MARCH 10, 2011.**

**UNCONTESTED MATTER**

**SIPC v. BLMIS;** **Adv. Pro. No. 08-1789**

1.     Motion to Approve /Motion For Entry Of Order Pursuant To Section 105(a) Of The Bankruptcy Code And Rules 2002 And 9019 Of The Federal Rules Of Bankruptcy Procedure Approving An Agreement By And Between The Trustee And Hadassah, The Women's Zionist Organization Of America, Inc. And Hadassah Medical Relief

300149398

Association, Inc. (Filed: 2/17/2011) [Docket No. 3856]

Related Documents:

A.  Affidavit of Service filed by Marc E. Hirschfield on behalf of Irving H. Picard. (Filed: 2/21/2011) [Docket No. 3866]

Objection Deadline:  March 3, 2011

Status:  This matter is going forward.

Dated: New York, New York
       March 9, 2011

Respectfully submitted,

/s/ *Marc E. Hirschfield*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Keith R. Murphy, Esq.
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*