Lewis J. Liman
Jeffrey A. Rosenthal
Members of the Firm
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Tel.: (212) 225-2000
Fax: (212) 225-3999
lliman@cgsh.com
jrosenthal@cgsh.com

*Attorneys for The Bank of New York Mellon Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>      Plaintiff<br><br>  vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | SIPA LIQUIDATION<br>No. 08-01789 (BRL)<br><br>Hon. Burton R. Lifland<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**CERTIFICATE OF SERVICE**

  I, Kimberly A. Lynch, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, Washington, D.C., hereby certify that:

  On the 9th day of March 2011, the Objection To Trustee's Motion For Entry Of A (New) Protective Order, was served by electronic mail upon all counsel registered to

2

receive electronic notice of filings through the Court's CM/ECF system, and by First

Class U.S. Mail, postage prepaid, upon:

>   Howard L. Simon, Esq.
>   Windels Marx Lane & Mittendorf LLP
>   156 West 56th Street
>   New York, New York 10019

Dated: March 9, 2011
       Washington, D.C.

                                                    /s/ Kimberly A. Lynch
                                                    Kimberly A. Lynch

2