UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |

### STIPULATION AND ORDER BETWEEN THE TRUSTEE
### AND BANK OF NEW YORK MELLON CORPORATION

WHEREAS, Irving H. Picard ("Trustee") is the Trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff ("Madoff", and together with BLMIS, the "Debtors"); and

WHEREAS, Trustee desires to use copies of the monthly bank statements, canceled checks, and other account records relating to the following two bank accounts at the Bank of New York Mellon ("BNY Mellon") for the period January 2002 through December 2008 (the "BNY Mellon Account Documents"):

| Account Holder | Account Number |
|---|---|
| Bernard L. Madoff | XXXX51050 |
| Bernard L. Madoff and Ruth Madoff | XXXX202690 |

1

WHEREAS, BNY Mellon takes no position for or against entry of an order by the Court as set forth below.

IT IS HEREBY AGREED AND STIPULATED, as follows:

1. In the event this stipulation is entered as an Order of the Bankruptcy Court, BNY Mellon shall promptly produce the BNY Mellon Account Documents to the Trustee.

2. In the event this stipulation is entered as an Order of the Bankruptcy Court, the BNY Mellon Account Documents shall not be considered confidential for any purposes and, accordingly, the Trustee shall be permitted to use, including disclosing to third parties or in court filings, the BNY Mellon Account Documents and any information contained therein.

3. All parties otherwise reserve all of their rights as to any materials that are not subject to this stipulation.

Dated: New York, New York
       February 15, 2011

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | WINDELS MARX LANE & MITTENDORF, LLP |
| By: */s/ Jeffrey A. Rosenthal*<br>    Jeffrey A. Rosenthal<br>    A Member of the Firm<br><br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>Email: jrosenthal@cgsh.com<br>*Attorneys for the Bank of New York Mellon Corporation* | By: */s/ Howard L. Simon*<br>    Howard L. Simon<br><br>156 West 56th Street<br>New York, New York 10019<br>Telephone: (212) 237-1000<br>Facsimile: (212) 262-1215<br>Email: hsimon@windelsmarx.com<br>*Special Counsel to the Trustee* |
| SO ORDERED:<br><br>By:  /s/Burton R. Lifland_____<br>    HONORABLE BURTON R. LIFLAND<br>    UNITED STATES BANKRUPTCY JUDGE | Dated: March 10, 2011<br>       New York, New York |

2