UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## **AFFIDAVIT OF MAILING**

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

JOHN S. FRANKS, being duly sworn, deposes and says:

1.  I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.  I am over the age of eighteen years and am not a party to the above-captioned action.

3.  On March 4, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A.      Notice of Transfer of Allowed Claim (Transfer Number T000069).

4.  On March 4, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    B.      Notice of Transfer of Allowed Claim (Transfer Number T000070).

5.  On March 4, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    C.      Notice of Transfer of Allowed Claim (Transfer Number T000071).

Executed on ⟨Mar 8⟩ , 2011

_____
John S. Franks

Sworn to and subscribed before me this ⟨8th⟩ day of ⟨March⟩ 2011

_____

(SEAL)                          Notary Public

2

# Exhibit A

SERVICE LIST 8
TRANSFER NUMBER 0000069

Pg 4 of 8

**MARCH 4, 2011**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | VonWin Capital Management, L.P. | | 261 5th Avenue | 22nd Floor | New York | NY | 10016 | |

Exhibit B

SERVICE LIST 6

TRANSFER NUMBER 100070

MARCH 4, 2011

| TRANSFEROR | TRANSFEREE | REDACTED FOR CONFIDENTIALITY REASONS | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | | |
| | X | | VonWin Capital Management, L.P. | | 261 5th Avenue | 22nd Floor | New York | NY | 10016 | |

Exhibit C

SERVICE LIST &
TRANSFER NUMBER 08-00071
Pg 8 of 8

MARCH 4, 2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | VonWin Capital Management, L.P. | | 261 5th Avenue | 22nd Floor | New York | NY | 10016 | |