CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006-1470
Telephone: (212) 225-2000
Carmine D. Boccuzzi Jr.
David Y. Livshiz
Adam A. Shajnfeld

*Attorneys for Citibank, N.A.,
Citibank North America, Inc.
and Citigroup Global Markets Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., CITIBANK NORTH AMERICA, INC., and CITIGROUP GLOBAL MARKETS LIMITED,<br><br>Defendants. | Adv. Pro. No. 10-05345 (BRL)<br><br><u>CERTIFICATE OF SERVICE</u> |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 10th day of March 2011, I have caused service of a letter Brief dated March 10, 2011 addressed to Honorable Burton R. Lifland from Carmine D. Boccuzzi regarding Redactions, to be made by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

On the 10th day of March 2011, the above-mentioned document was also served by email upon:

>   daniel.kummer@nbcuni.com
>   dsheehan@bakerlaw.com
>   mccraw@nytimes.com
>   freemang@nytimes.com

Dated:  New York, New York
        March 11, 2011

_____
Richard V. Conza