James H. Hulme
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington, DC 20036
(202) 857-6000
hulme.james@arentfox.com

*Attorney for Eleven Eighteen Limited Partnership;*
*Bernard S. Gewirz; Carl S. Gewirz; Edward H. Kaplan;*
*Jerome A. Kaplan; Albert H. Small;*
*1776 K Street Associates Limited Partnership;*
*Estate of Robert H. Smith;*
*Robert H. Smith Revocable Trust;*
*Clarice R. Smith; Robert P. Kogod;*
*Marjet LLC; and Irene R. Kaplan*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

               Debtor.

---------------------------------------------------------x

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

## **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

    I, James H. Hulme, a member in good standing of the bars of the State of Maryland and the District of Columbia, request admission, ***pro hac vice****,* before the Honorable Burton R. Lifland to represent Eleven Eighteen Limited Partnership; Bernard S. Gewirz; Carl S. Gewirz; Edward H. Kaplan; Jerome A. Kaplan; Albert H. Small; 1776 K Street Associates Limited Partnership; Estate of Robert H. Smith; Robert H. Smith Revocable Trust, Eleventh Amendment and Restatement, and Successor Trusts; Clarice R. Smith; Robert P. Kogod; Marjet LLC; and Irene R. Kaplan in the above referenced cases, as well as the related adversary cases of:

    a.  *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Kaplan, et al.*, Adv. Pro. No. 10-4865 (BRL);

- 2 -

b. *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Eleven Eighteen Limited Partnership, et al.*, Adv. Pro. No. 10-4976 (BRL); and

c. *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. 1776 K Street Associates Limited Partnership, et al.*, Adv. Pro. No. 10-5027 (BRL).

My address is:   Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339

My e-mail address is: hulme.james@arentfox.com

My telephone number is:   202.857.6144

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: Washington, DC
March 11, 2011

*/s/ James H. Hulme*
James H. Hulme