UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

----------------------------------------------------------x

# **ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

Joshua Fowkes, a member in good standing of the bars of the State of Ohio and the District of Columbia, having requested admission, ***pro hac vice,*** to represent Eleven Eighteen Limited Partnership; Bernard S. Gewirz; Carl S. Gewirz; Edward H. Kaplan; Jerome A. Kaplan; Albert H. Small; 1776 K Street Associates Limited Partnership; Estate oF Robert H. Smith; Robert H. Smith Revocable Trust, Eleventh Amendment and Restatement, and Successor Trusts; Clarice R. Smith; Robert P. Kogod; Marjet LLC, Irene R. Kaplan; Estate of Katharine Thalberg; and Brooke Anderson in the above referenced cases and the related adversary cases of:

    a.    *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Kaplan, et al.*, Adv. Pro. No. 10-4865 (BRL);

    b.    *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Eleven Eighteen Limited Partnership, et al.*, Adv. Pro. No. 10-4976 (BRL);

    c.    *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. 1776 K Street Associates Limited Partnership, et al.*, Adv. Pro. No. 10-5027 (BRL); and

    d.    *Irving H. Picard, for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Estate of Katharine Thalberg, et al.*, Adv. Pro. No. 10-5280 (BRL).

it is hereby,

**ORDERED**, that Joshua Fowkes is admitted to practice, *pro hac vice*, in the above referenced cases and related adversary cases in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
       _____, 2011

                                                             United States Bankruptcy Judge