UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## <u>AFFIDAVIT OF MAILING</u>

STATE OF TEXAS                      )
                                    )        ss:
COUNTY OF DALLAS                    )

      JOHN S. FRANKS, being duly sworn, deposes and says:

1.      I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.      I am over the age of eighteen years and am not a party to the above-captioned action.

3.      On March 11, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

      A.      Notice of Transfer of Allowed Claim (Transfer Number T000072).

4.      On March 11, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

      B.      Notice of Transfer of Allowed Claim (Transfer Number T000073).

Executed on _____ March 11 _____, 2011

_____
John S. Franks

Sworn to and subscribed before me this 11th day of March, 2011

(SEAL)                                    Notary Public

# Exhibit A

SERVICE LIST A
TRANSFER NUMBER 000072

3/11/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |

Exhibit B

**SERVICE LIST A**

**TRANSFER ORDER #0000073**

3/11/2011

| TRANSFEROR | TRANSFEREE | REDACTED FOR CONFIDENTIALITY REASONS | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |