James H. Hulme
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington, DC 20036
(202) 857-6000
hulme.james@arentfox.com

*Attorney for Eleven Eighteen Limited Partnership;*
*Bernard S. Gewirz; Carl S. Gewirz; Edward H. Kaplan;*
*Jerome A. Kaplan; Albert H. Small;*
*1776 K Street Associates Limited Partnership;*
*Estate of Robert H. Smith;*
*Robert H. Smith Revocable Trust;*
*Clarice R. Smith; Robert P. Kogod;*
*Marjet LLC; and Irene R. Kaplan*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Debtor.

------------------------------------------------------x
IRVING H. PICARD, TRUSTEE FOR THE
LIQUIDATION OF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC,

                Plaintiff,

v.

EDWARD H. KAPLAN, MARJET LLC,
AND IRENE R. KAPLAN,

                Defendants.

------------------------------------------------------x

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Pro. No. 10-04865 (BRL)

NYC/573537.1

---------------------------------------------------------x
IRVING H. PICARD, TRUSTEE FOR THE
LIQUIDATION OF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC,

                    Plaintiff,

v.                                      Adv. Pro. No. 10-04976 (BRL)

ELEVEN EIGHTEEN LIMITED
PARTNERSHIP, BERNARD S. GEWIRZ,
CARL S. GEWIRZ, EDWARD H. KAPLAN,
JEROME A. KAPLAN, AND ALBERT H.
SMALL,

                    Defendants.

---------------------------------------------------------x
IRVING H. PICARD, TRUSTEE FOR THE
LIQUIDATION OF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC,

                      Plaintiff,

v.                                      Adv. Pro. No. 10-05027 (BRL)

1776 K STREET ASSOCIATES LIMITED
PARTNERSHIP, BERNARD S. GEWIRZ,
EDWARD H. KAPLAN, ESTATE OF
ROBERT H. SMITH, ROBERT H. SMITH
REVOCABLE TRUST, ELEVENTH
AMENDMENT AND RESTATEMENT,
AND SUCCESSOR TRUSTS, VIRGINIA
TRUSTS, CLARICE R. SMITH, AND
ROBERT P. KOGOD,

                    Defendants.

---------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

        PLEASE TAKE NOTICE that Arent Fox LLP hereby appears in the above-captioned

cases as counsel to Eleven Eighteen Limited Partnership; Bernard S. Gewirz; Carl S. Gewirz;

NYC/573537.1                - 2 -

Edward H. Kaplan; Jerome A. Kaplan; Albert H. Small; 1776 K Street Associates Limited Partnership; Estate of Robert H. Smith; Robert H. Smith Revocable Trust, Eleventh Amendment and Restatement, and Successor Trusts; Clarice R. Smith; Robert P. Kogod; Marjet LLC; and Irene R. Kaplan (collectively, the "Group"), parties-in-interest herein, and enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the person listed below at the following address, telephone and facsimile numbers, and e-mail address:

> James H. Hulme
> ARENT FOX LLP
> 1050 Connecticut Avenue NW
> Washington, DC 20036
> Tel: (202) 857-6000
> Fax: (202) 857-6395
> hulme.james@arentfox.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned cases and proceedings.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of the Group: (1) to have

final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments to which the Group is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Group expressly reserves.

Dated: Washington, DC
March 11, 2011

ARENT FOX LLP

*Counsel for Eleven Eighteen Limited Partnership; Bernard S. Gewirz; Carl S. Gewirz; Edward H. Kaplan; Jerome A. Kaplan; Albert H. Small; 1776 K Street Associates Limited Partnership; Estate of Robert H. Smith; Robert H. Smith Revocable Trust, Eleventh Amendment and Restatement, and Successor Trusts; Clarice R. Smith; Robert P. Kogod; Marjet LLC; and Irene R. Kaplan*

By:  */s/ James H. Hulme*
James H. Hulme
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington, DC 20036
(202) 857-6000
hulme.james@arentfox.com

# CERTIFICATE OF SERVICE

I, Lisa Indelicato, hereby certify that on March 11, 2011, I served a copy of the attached Notice of Appearance and Demand for Service of Papers upon the parties listed below via U.S. first class mail.

By:   */s/ Lisa Indelicato*
      Lisa Indelicato

Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
*Chapter 7 Trustee*

Josephine Wang
Kevin H. Bell
Security Investment Protection Corporation
805 Fifteenth Street, N.W.
Suite 800
Washington, DC 20005-2207
*Attorneys for Securities Investor Protection Corporation*

Marc E. Hirschfield
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
*Counsel to Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*

*With courtesy copy to:*

The Honorable Burton R. Lifland
United States Bankruptcy Judge
One Bowling Green
New York, NY 10004