**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York  10016
Telephone:  (212) 351-4000
Facsimile: (212) 351-4035
Mark A. Kirsch (MK-7806)
Marshall R. King (MK-1642)
Gabriel Herrmann (GH-2436)

*Attorneys for UBS AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,** | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff. | SIPA Liquidation |
| v. | Substantively Consolidated |
| **BERNARD L. MADOFF INVESTMENT SECURITIES LLC,** | |
| Defendant. | |
| In re: | |
| **BERNARD L MADOFF,** | |
| Debtors. | |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    :
                                          : SS.
COUNTY NEW YORK    :

  James D. DeBartolo, being duly sworn according to law, deposes and says that he is not a party to this action, is employed as a legal assistant by the law firm of Gibson, Dunn & Crutcher, LLP, and that on the 10th of March, 2011 caused copies of the**:**

**UBS AG's Letter Regarding Order Directing Parties to Show Cause by Letter Submission for Maintaining Redactions (Docket Entry No. 3917)**

to be served upon the parties on the attached list via the means indicated therein.

/s/ James D. DeBartolo
James D. DeBartolo

SWORN TO AND SUBSCRIBED before me this 14th day of March, 2011.

/s/ Jennifer M. Contreras
**Notary Public, State of New York**
**No. 01CO6196721**
**Qualified in New York County**
**Certificate Filed in New York County**
**My Commission Expires November 17, 2012**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Josephine Wang<br>Securities Invester Protection Corporation<br>jwang@sipc.org | David Sheehan, Esq.<br>Baker Hostetler<br>dsheehan@bakerlaw.com |
| Kevin H. Bell<br>Securities Invester Protection Corporation<br>kbell@sipc.org | Christopher H. Larosa<br>Securities Invester Protection Corporation<br>clarosa@sipc.org |
| Daniel M. Kummer<br>NBCUniversal Media, LLC<br>Daniel.kummer@nbcuni.com | George Freeman<br>New York Times<br>freemang@nytimes.com |