# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

-------------------------------------------------------------------

SECURITIES INVESTOR PROTECTION
CORPORATION,

Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT

Defendant.

-------------------------------------------------------------------

In re:

BERNARD L. MADOFF,

Debtor.

-------------------------------------------------------------------

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

## AFFIDAVIT OF SERVICE

| STATE OF NEW YORK | ) | |
| | ) | ss: |
| COUNTY OF NEW YORK | ) | |

I, Muhammed Habib declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 8th day of March, 2011, Apple Direct Mail Services Ltd., under my supervision served a true and accurate copy of the "Trustee's Motion for an Order Pursuant to Rule 4(M) of the Federal Rules of Civil Procedure Extending the Time to Effect Service of Process", along with the relevant exhibits, and Notice of Presentment (Docket No. 3903), upon the parties listed on Exhibit 1, attached hereto, via First Class US Mail.

4. Said document was securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 14th day of March, 2011 at New York, New York.

By _____
Muhammed Habib

Sworn before me this
14th day of March, 2011

_____
Notary Public

```
ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM. EXP. September 14, 2013
```

AM0001

# EXHIBIT 1

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 816<br>YESKOO HOGAN & TAMLYN LLP<br>139 SOUTH STREET, SUITE 204<br>NEW PROVIDENCE NJ 07974 | 871<br>1998 DEBRA GERSHEN REVOCABLE TRUST<br>RANCHO SANTA FE CA 92067 |
| 870<br>1998 WILLIAM GERSHEN REVOCABLE TRUST<br>RANCHO SANTA FE CA 92067 | 723<br>4000 MASSACHUSETTS AVENUE PARTNERS<br>WASHINGTON  DC 20005 |
| 619<br>AARON WOLFSON<br>LAWRENCE NEW YORK 11559 | 992<br>ABN AMRO BANK (IRELAND) LTD. (F/K/A FORTIS PRIME FUND<br>SOLUTIONS BANK (IRELAND) LTD.)<br><br>IRELAND |
| 993<br>ABN AMRO CUSTODIAL SERVICES (IRELAND) LTD. (F/N/A FORTIS<br>PRIME FUND SOLUTIONS CUSTODIAL SERVICES (IRELAND) LTD.)<br><br>IRELAND | 1097<br>ABRAHAM B. BERKOWITZ QTIP GST TRUST<br>BOSTON MASSACHUSETTS 02109 |
| 1098<br>ABRAHAM B. BERKOWITZ QTIP GST TRUST<br>BOYNTON BEACH FLORIDA 33437 | 1219<br>ABRAHAM M. MORA<br>KAYE SCHOLER LLP,<br>PHILLIPS POINT - WEST TOWER,<br>777 SOUTH FLAGLER DR., STE. 900<br>WEST PALM BEACH FL 33401 |
| 142<br>ABRAHAM WOLFSON<br>BROOKLYN NEW YORK 11210 | 598<br>ACCESS INTERNATIONAL ADVISORS LTD.<br>NASSAU<br>BAHAMAS |
| 14<br>ADAM P. GLICK<br>NEW YORK NY 10021 | 633<br>ADAM PISANO<br>SOUTH BERWICK,  ME  03908 |
| 589<br>AD-IN-PARTNERS<br>MAMARONECK NY 10543 | 291<br>ALAN ABRAMSON<br>NEW YORK NY 10017 |
| 603<br>ALAN AND DIANE MILLER<br>WAYZATA MN 55391 | 434<br>ALAN MNUCHIN,<br>AS EXECUTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>NEW YORK NY 10028 |
| 435<br>ALAN MNUCHIN,<br>AS EXECUTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>NEW YORK NEW YORK 10022 | 735<br>ALBERT FENSTER<br>NEW YORK NEW YORK 10022 |
| 488<br>ALBERT H. SMALL<br>BETHESDA MARYLAND 20814 | 489<br>ALBERT H. SMALL<br>PALM BEACH FLORIDA 33480 |
| 490<br>ALBERT H. SMALL<br>ASPEN COLORADO 81611 | 536<br>ALBERT H. SMALL<br>BETHESDA MD 20814 |
| 737<br>ALBERT NIKIELEWSKI<br>ALICANTE<br>SPAIN | 751<br>MINOR 2<br>MONTCLAIR NJ 07043 |
| 136<br>ALEXANDRA DALE HEINE<br>WESTPORT CT 06880 | 544<br>ALFRED B. REISCHER TRUST<br>KEY BISCAYNE FL 33149 |
| 888<br>ALICE JACOBS<br>CEDARHURST NEW YORK 11516 | 540<br>ALICE SCHINDLER<br>PALM BEACH GARDENS FL 33418 |

**Exhibit Pages**
Redacted Version

| | |
|---|---|
| 883<br>ALICE WEINER<br>TAMARAC FLORIDA 33321 | 389<br>ALISA SIEGFELD<br>NEW BRITAIN CT 06052 |
| 390<br>ALISA SIEGFELD<br>AVON CONNECTICUT 06001 | 889<br>ALLAN WILSON<br>MIAMI FLORIDA 33133 |
| 428<br>ALLYN LEVY<br>PALM BEACH FL 33480 | 430<br>ALLYN LEVY REVOCABLE TRUST<br>PALM BEACH FL 33480 |
| 233<br>ALYSE KORNBLUM<br>PORT ST. LUCIE FL 34986 | 987<br>ALYSON WEISS; LOEB & LOEB LLP<br>345 PARK AVENUE, 18TH FLOOR<br>NEW YORK NY 10154 |
| 757<br>MINOR 4<br>TOTOWA NJ 07036 | 857<br>AMPARO RIBOVICH<br>SANTA CLARA CALIFORNIA 95051-5269 |
| 858<br>AMPARO RIBOVICH<br>BOYNTON BEACH FLORIDA 33436-9006 | 602<br>ANDRE AND JYOTI ULRYCH<br>MARBLE CO 81623 |
| 1116<br>ANDREW M. LANKLER<br>LANKLER & CARRAGHER<br>415 MADISON AVE<br>16TH FLOOR<br>NEW YORK NY 10017 | 1128<br>ANDREW SANKIN<br>BOCA RATON FL 33496 |
| 771<br>ANN KELMAN<br>BOCA RATON FL 33431 | 555<br>ANN M. SULLIVAN<br>FORT LAUDERDALE FLORIDA 33308 |
| 703<br>ANN MCNAMARA AS TRUSTEE<br>HAMBURG NY 14075 | 558<br>ANN OR MICHAEL SULLIVAN<br>FORT LAUDERDALE FLORIDA 33308 |
| 976<br>A.M.<br>NEW YORK NY 10028 | 186<br>ANNETTE JUNGREIS TRUST DATED MAY 13, 1993<br>BOCA RATON FL 33434 |
| 187<br>ANNETTE JUNGREIS TRUST DATED MAY 13, 1993<br>BAYSIDE WI 53217 | 188<br>ANNETTE JUNGREIS TRUST DATED MAY 13, 1993<br>PARK RIDGE NJ 07656 |
| 203<br>ANNETTE JUNGREIS<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>BAYSIDE WI 53217 | 189<br>ANNETTE JUNGREIS<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>BOCA RATON FL 33434 |
| 190<br>ANNETTE JUNGREIS<br>AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>BAYSIDE WI 53217 | 191<br>ANNETTE JUNGREIS<br>AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>PARK RIDGE NJ 07656 |
| 202<br>ANNETTE JUNGREIS,<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>PARK RIDGE NJ 07656 | 201<br>ANNETTE JUNGREIS,<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>BOCA RATON FL 33434 |
| 749<br>ANTHONY E. STEFANELLI, JR.<br>MONTCLAIR NJ 07043 | 481<br>ANTHONY PUGLIESE<br><br>BRITISH VIRGIN ISLANDS |

**Exhibit Pages**
Redacted Version

| | |
|---|---|
| 956<br>ANTHONY R. DAVIS<br>WESTFIELD NJ 07090 | 958<br>ANTHONY R. DAVIS AND MARY M. DAVIS<br>JOINT TENANCY WITH RIGHT OF SURVIVORSHIP<br>WESTFIELD NJ 07090 |
| 750<br>MINOR 1<br>MONTCLAIR NJ 07043 | 982<br>APRIL MANZKE<br>POUND RIDGE NEW YORK 10576-1300 |
| 713<br>ARGAU, INC.<br><br>BAHAMAS | 714<br>ARGAU, INC.<br><br>BAHAMAS |
| 139<br>ARMAND LINDENBAUM<br>ATLANTIC BEACH NY 11509 | 140<br>ARMAND LINDENBAUM<br>NEW YORK NY 10022 |
| 204<br>ARNOLD SCHREIBER<br>GLEN HEAD NY 11545 | 286<br>ARNOLD SHAPIRO TRUST<br>PALM BEACH FL 33480 |
| 287<br>ARNOLD SHAPIRO TRUST<br>WESTON MA 02493 | 288<br>ARNOLD SHAPIRO TRUST<br>NEW YORK NY 10017 |
| 231<br>ARTHUR LUXENBERG<br>GREAT NECK NEW YORK 11021 | 322<br>ATWOOD-REGENCY DEFINED BENEFIT PLAN & TRUST N/K/A<br>ATWOOD-REGENCY PROFIT SHARING PLAN<br>FLUSHING NEW YORK 11355 |
| 323<br>ATWOOD-REGENCY DEFINED BENEFIT PLAN & TRUST N/K/A<br>ATWOOD-REGENCY PROFIT SHARING PLAN<br>MANHASSET NEW YORK 11030 | 324<br>ATWOOD-REGENCY PROFIT SHARING PLAN & TRUST A/K/A<br>ATWOOD REGENCY MONEY PURCHASE PENSION PLAN N/K/A<br>ATWOOD-REGENCY PROFIT SHARING PLAN<br>FLUSHING NEW YORK 11355 |
| 325<br>ATWOOD-REGENCY PROFIT SHARING PLAN & TRUST A/K/A<br>ATWOOD REGENCY MONEY PURCHASE PENSION PLAN N/K/A<br>ATWOOD-REGENCY PROFIT SHARING PLAN<br>MANHASSET NEW YORK 11030 | 964<br>A.V.M.<br>NEW YORK NY 10012 |
| 965<br>A.V.M.<br>GREENWICH CT 06831 | 836<br>AURORA RESOURCES LTD.<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS |
| 837<br>AURORA RESOURCES LTD.<br>ROAD TOWN TORTOLA VG1110<br>BRITISH VIRGIN ISLANDS | 1241<br>AVCAR GROUP, LTD.<br>BOSTON MA 02110 |
| 1239<br>AVRAM GOLDBERG<br>BOSTON MA 02110 | 1030<br>BALLY KO PARTNERSHIP<br>SINKING SPRING PA 19608 |
| 991<br>BANCO BILBOA VIZCAYA ARGENTARIA, S.A.<br>MADRID  28046<br>SPAIN | 625<br>BANK OF AMERICA, N.A.<br>DALLAS TX 75201 |
| 626<br>BANK OF AMERICA, N.A.<br>CHARLOTTE  NC  28255 | 759<br>BARBARA ANN STEFANELLI<br>TOTOWA NJ 07036 |
| 644<br>BARBARA BRENNER<br>SAN FRANCISCO CA 94116 | 950<br>BARBARA FAYE GOLD<br>RED BANK NJ 07701 |

Date : 3/14/2011

Exhibit Pages

Redacted Version

1178
BARBARA H. FRIETAG,
AS PERSONAL REPRESENTATIVE,
AS TRUSTEE, AND AS AN INDIVIDUAL
NEW YORK NEW YORK 10021

406
BARBARA JUNE LANG
SOUTH MIAMI FL 33142

---

1038
BARRY I. ROSS
SAN RAFAEL CA 94903

1170
BARRY R. LAX, ESQ.
LAX & NEVILLE, LLP
1412 BROADWAY, SUITE 1407
NEW YORK NEW YORK  10018

---

174
BARRY S. VOLPERT, IN HIS CAPACITY
AS TRUSTEE OF THE MARC B. WOLPOW
1995 FAMILY TRUST
NEW YORK NY 10128

864
BAZELON INVESTMENTS LTD.
ROAD TOWN TORTOLA
BRITISH VIRGIN ISLANDS

---

865
BAZELON INVESTMENTS LTD.
NEW YORK NY 10022

1051
BELFER CORPORATION
NEW YORK NY 10153

---

860
BELL VENTURES LIMITED
NEW YORK NY 10022

861
BELL VENTURES LIMITED
ROAD TOWN TORTOLA
BRITISH VIRGIN ISLANDS

---

218
BENJAMIN P. DEUTSCH, ESQ.,
SCHNADER HARRISON SEGAL & LEWIS LLP
140 BROADWAY, SUITE 3100
NEW YORK NY

812
BENJAMIN W. ROTH
BOCA RATON FL 33433

---

848
BENNETT & GERTRUDE BERMAN FOUNDATION, INC.
SANTA FE NM 87506

845
BENNETT M. BERMAN TRUST
CAMBRIDGE MA 02142

---

846
BENNETT M. BERMAN TRUST
SANTA FE NM 87506

847
BENNETT M. BERMAN TRUST
NEW YORK NY 10019

---

1138
BERNARD A. & CHRIS MARDEN
FOUNDATION INC
PALM BEACH  FLORIDA  33480

27
BERNARD CERTILMAN
WOODBURY NY 11797

---

28
BERNARD CERTILMAN
ST. JAMES NY 11780

491
BERNARD S. GEWING
 WASHINGTON D.C. 20016-3308

---

492
BERNARD S. GEWING
PALM BEACH FLORIDA 33480-3602

493
BERNARD S. GEWING
NEWPORT RHODE ISLAND 02840-6523

---

219
BETSY R. GORDON SHEERR
PHILADELPHIA PA 19106

217
BETSY R. SHEERR TRUST INDENTURE C/O BETSY R. GORDON
SHEERR, TRUSTEE
PHILADELPHIA PA 19106

---

557
BETTE ANNE POWELL
HERNANDO FLORIDA 34442

57
BEVERLY YAFFE
OYSTER BAY NY 11771

---

58
BEVERLY YAFFE
JERICHO NY 11753

59
BEVERLY YAFFE
MELVILLE NY 11747

---

283
BEVERLY YAFFE AS TRUSTEE OF BEVRO REALTY CORP.
DEFINED BENEFIT PENSION PLAN
MELVILLE NY 11747

284
BEVERLY YAFFE AS TRUSTEE OF BEVRO REALTY CORP.
DEFINED BENEFIT PENSION PLAN
OYSTER BAY NY 11771

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 285<br>BEVERLY YAFFE AS TRUSTEE OF BEVRO REALTY CORP.<br>DEFINED BENEFIT PENSION PLAN<br>JERICHO NY 11753 | 281<br>BEVRO REALTY CORP.<br>DEFINED BENEFIT PENSION PLAN<br>MELVILLE NY 11747 |
| 308<br>BGL BNP PARIBAS S.A.<br>C/O BREON S. PEACE, ESQ.<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | 348<br>BLAKE PALMER<br>MAPLE GROVE MN 55311 |
| 349<br>BLAKE PALMER<br>HASSAN MINNESOTA 55374 | 353<br>BLUE BELL LUMBER AND MOULDING COMPANY, INC.<br>PROFIT SHARING PLAN<br>YONKERS NY 10710 |
| 307<br>BNP PARIBAS INVESTMENT PARTNERS LUXEMBOURG S.A. (F/K/A BNP<br>PARIBAS ASSET MANAGEMENT LUXEMBOURG S.A., F/K/A PARVEST<br>INVESTMENT MANAGEMENT COMPANY S.A.)<br>C/O BREON S. PEACE, ESQ.<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | 828<br>BNP PARIBAS SECURITIES CORP.<br>NEW YORK NY 10019 |
| 309<br>BNP PARIBAS SECURITIES SERVICES S.A.<br>C/O BREON S. PEACE, ESQ.<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | 470<br>BONNIE MATTOZZI<br>PORTLAND MAINE 04102 |
| 337<br>BOYER PALMER<br>MAPLE GROVE MN 55311 | 338<br>BOYER PALMER<br>ROGERS MINNESOTA 55374 |
| 1252<br>BRAD WECHSLER<br>NEW YORK NY 10021 | 375<br>BRANDON J. SAX TRUST<br>PORT WASHINGTON NY 11050-1709 |
| 643<br>BRENNER FAMILY 2000 LIVING TRUST<br>SAN FRANCISCO CA 94116 | 91<br>JOHN DOE<br>CLEARLY GOTTLIEB STEEN & HAMILTON LLP<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 |
| 339<br>BRET PALMER<br>MAPLE GROVE MN 55311 | 340<br>BRET PALMER<br>MAPLE GROVE MINNESOTA 55311 |
| 539<br>BRIAN E. WEISBERG, ESQ.<br>SIEGEL, BRILL, GREUPNER, DUFFY & FOSTER, P.A.<br>1300 WASHINGTON SQUARE<br>100 WASHINGTON AVENUE SOUTH<br>MINNEAPOLIS MINNESOTA 55401 | 1169<br>BRIAN NEVILLE, ESQ.<br>LAX & NEVILLE, LLP<br>1412 BROADWAY, SUITE 1407<br>NEW YORK NEW YORK 10018 |
| 1019<br>BRUCE AND SUSAN WEINER DYNASTY TRUST<br>IN ITS CAPACITY AS A LIMITED PARTNER OF<br>WEINER INVESTMENTS, L.P.<br>PITTSBURGH  PA 15215 | 1017<br>BRUCE B. WEINER<br>IN HIS CAPACITY AS GENERAL PARTNER OF<br>WEINER INVESTMENTS, L.P.<br>PITTSBURGH PA 15215 |
| 690<br>BUFFALO LABORERS' PENSION FUND<br>LIVERPOOL NY 13088-3557 | 691<br>BUFFALO LABORERS' PENSION FUND<br>CHEEKTOWAGA NY 14225 |

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 368<br>BURTON R. SAX<br>FLORAL PARK NEW YORK 11005 | 371<br>BURTON R. SAX CPA PC PROFIT SHARING PLAN<br>FBO BURTON R. SAX<br>PORT WASHINGTON NY 11050-1709 |
| 372<br>BURTON R. SAX CPA PC PROFIT SHARING PLAN<br>FBO EILEEN M. SAX<br>PORT WASHINGTON NY 11050-1709 | 502<br>C. RICHARD BEYDA, ESQ.<br>GROSSBERG, YOCHELSON, FOX & BEYDA, LLP<br>2000 L STREET, NW SUITE 675<br>WASHINGTON D.C. 20036-4907 |
| 1244<br>CAJ ASSOCIATES L.P.<br>SOUTHAMPTON NY 11968 | 1246<br>CAJ ASSOCIATES L.P.<br>PALM BEACH FL 33480 |
| 1247<br>CAJ ASSOCIATES L.P.<br>DOVER DE 19901 | 1248<br>CAJ ASSOCIATES L.P.<br>NEW YORK NY 10021 |
| 334<br>CALLIE A. OSTENSON-MURRAY<br>MAPLE GROVE MN 55311 | 232<br>CARL B. KORNBLUM<br>PORT ST. LUCIE FL 34986 |
| 503<br>CARL S. GEWIRZ<br>BETHESDA MARYLAND 20814 | 1231<br>CARLA HIRSCHHORN<br>MANALAPAN NEW JERSEY 07726 |
| 1214<br>CAROL LEDERMAN<br>SOUTHAMPTON NY 11968 | 1215<br>CAROL LEDERMAN<br>PALM BEACH FL 33480 |
| 1216<br>CAROL LEDERMAN<br>NEW YORK NY 10021 | 1240<br>CAROL R. GOLDBERG<br>BOSTON MA 02110 |
| 717<br>CAROLE NEVILLE, ESQ.<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NEW YORK 10020-1089 | 250<br>CAROLE NEVILLE, ESQ.<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 |
| 249<br>CAROLE NEVILLE, ESQ.<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | 640<br>CAROLE NEVILLE, ESQ.<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 |
| 169<br>CAROLINE GHERTLER JACOBSON<br>BROOKLYN NY 11215 | 986<br>CARRIE TENDLER<br>KOBRE AND KIM<br>800 THIRD AVENUE<br>NEW YORK NY 10022 |
| 1039<br>CATHARIJNE INVESTMENTS CV<br>LANGBROEK  3947 BE<br>NETHERLANDS | 1059<br>CATHLEEN LIEBERMAN<br>CHICAGO IL  60610 |
| 866<br>CECILIA RAMIREZ MARULANDA<br><br>SPAIN | 718<br>CHARLES AND RHODA STEINER 1999<br>CHARITABLE REMAINDER TRUST<br>BELTSVILLE MARYLAND 20705 |
| 366<br>CHARLES E. SAX<br>PORT WASHINGTON NY 11050-1709 | 377<br>CHARLES E. SAX TRUST<br>PORT WASHINGTON NY 11050-1709 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 612<br>CHARLES ELLERIN IRREVOCABLE GIFT GIVING TRUST<br>TIMONIUM MD 21093 | 692<br>CHARLES F. SEEMANN, III, ESQ.<br>PROSKAUER ROSE, LLP<br>650 POYDRAS STREET, SUITE 1800<br>NEW ORLEANS LA 70130 |
| 705<br>CHARLES F. SEEMANN, III, ESQ.<br>PROSKAUER ROSE, LLP, 650 POYDRAS STREET, SUITE 1800<br>NEW ORLEANS LA 70130 | 719<br>CHARLES M. STEINER<br>RENO NEVADA 89511 |
| 700<br>CHARLES P. PALADINO AS TRUSTEE<br>GRAND ISLAND NY 14072 | 826<br>CHARLES T. SPADA<br>LANKLER SIFFERT & WOHL LLP<br>500 FIFTH AVENUE, 33RD FLOOR<br>NEW YORK NY 10110 |
| 234<br>CHARLES W. PECORELLA<br>NATICK MASSACHUSETTS 01760 | 426<br>CHERYL K. TOMCHIN<br>SANTA BARBARA CA 93108 |
| 671<br>CHERYL M. COLEMAN<br>AMBLER PA 19002 | 482<br>CHRISTINA PUGLIESE<br><br>BRITISH VIRGIN ISLANDS |
| 132<br>CHRISTOPHER ALTMAN HEINE<br>NEW YORK NY 10024 | 763<br>MINOR 7<br>TOTOWA NJ 07036 |
| 469<br>CINDY SOLOMON<br>RESTON VA 20191 | 8<br>CIRCLE PARTNERS<br>3811 NA AMERSFOORT<br>NETHERLANDS |
| 279<br>CLARK GETTINGER<br>NEW YORK NY 10022 | 280<br>CLARK GETTINGER<br>NEW YORK NY 10018 |
| 604<br>CLARK WHITMORE<br>MALSON, EDELMAN BORMAN & BRAND<br>3300 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS MINNESOTA 55402 | 210<br>CLAUDIO ROBERTO ZAGO<br>SAO PAULO<br>BRAZIL |
| 45<br>COLDBROOK ASSOCIATES PARTNERSHIP<br>N PALM BEACH FL 33408 | 1044<br>CONNIE DELANEY<br>SALMON ID 83467 |
| 511<br>CONSTANCE HOFFERT AS GRANTOR, AS TRUSTEE AND AS AN<br>INDIVIDUAL<br>PALM BEACH FL 33480 | 509<br>CONSTANCE HOFFERT REVOCABLE TRUST DATED JULY 2 1987<br>PALM BEACH FL 33480 |
| 721<br>COPEN CHARITABLE TRUSTS LLC<br>CARLSBAD CA 92009 | 620<br>COPEN VENTURES LLC<br>CARLSBAD CA 92009 |
| 236<br>COREY PLATZNER<br>NEW ROCHELLE  NY 10801 | 425<br>CYNTHIA A. DELLES<br>GRAND JUNCTION COLORADO 81503 |
| 1158<br>CYNTHIA LIEBERBAUM<br>SARASOTA FL 34239 | 413<br>CYNTHIA STORY INDIVIDUALLY AND<br>AS TRUSTEE OF THE STORY FAMILY TRUST #3<br>NEW YORK NY 10011 |
| 696<br>D. RONALD ROSSER AS TRUSTEE<br>ORCHARD PARK NY 14127 | 1004<br>D.D.O. INC.<br>NEW YORK NY 10016 |

Date : 3/14/2011

**Exhibit Pages**

**Redacted Version**

---

422
DAHME FAMILY BYPASS TRUST DATED 10/27/76
MONTECITO CA 93108

350
DANA LEFAVOR
MAPLE GROVE MN 55311

---

351
DANA LEFAVOR
ELK RIVER MINNESOTA 55330

83
DANA M. KISSINGER-MATRAY
GENEVA
SWITZERLAND

---

1045
DANCING $ LLC
BOZEMAN MT 59715

533
DANIEL C. SHIMEK
ST. PAUL MINNESOTA 55124

---

16
DANIEL F. LINDLEY
WILMINGTON DE 19806

1036
DANIEL HILL
NEW YORK NEW YORK 10280

---

510
DANIEL HOFFERT REVOCABLE TRUST DATED JULY 2 1987
PALM BEACH FL 33480

87
DANIEL JACOBS
BOCA RATON FL 33496

---

88
DANIEL JACOBS
BRONX NY 10463

966
DANIEL MADOFF
OLD GREENWICH CT 06870

---

755
DANIELLE L. D'ESPOSITO
NO CALDWELL NJ 07006

239
DAPHNE JO STASCO
MANHASSAT NY 11030

---

773
DARREN BERGER
BOCA RATON FLORIA 33431

72
DAVID A. AHLQUIST, M.D.
ROCHESTER MN 55905

---

38
DAVID ABEL
NEW YORK NY 10028

39
DAVID ABEL
JERICHO NY 11753

---

1090
DAVID ANDELMAN, ESQ., AS TRUSTEE OF THE
JAMES BERKOWITZ 2004 GENERATION-SKIPPING TRUST
BOSTON MASSACHUSETTS 02109

1160
DAVID B. BERNFELD
BERNFELD, DEMATTEO AND BERNFELD
600 THIRD AVENUE, 15TH FLOOR
NEW YORK NY 10016

---

946
DAVID B. BERNFELD AND JEFFREY L. BERNFELD
BERNFELD, DEMATTEO & BERNFELD, LLP
600 THIRD AVENUE
NEW YORK NY 10016

944
DAVID B. BERNFELD AND JEFFREY L. BERNFELD
BERNFELD, DEMATTEO & BERNFELD, LLP
600 THIRD AVENUE
NEW YORK NY 10016

---

471
DAVID BOLTON, ESQ.
DAVID BOLTON, P.C.
SUITE 509
666 OLD COUNTRY ROAD
GARDEN CITY NEW YORK 11530

1133
DAVID EPSTEIN
HOLLYWOOD FL 33019

---

144
DAVID G. AVIV
LOS ANGELES CA 90035

1118
DAVID GRANT
GRANT, GENOVESE & BARATTA LLP
WELL FARGO BANK BUILDING
2030 MAIN STREET SUITE 1600
IRVINE CA 92614

---

581
DAVID L. BARRACK, ESQ.
FULBRIGHT & JAWORSKI LLP
666 FIFTH AVENUE
NEW YORK NY 10103

512
DAVID L. GODFREY, ESQ.
35 CHURCH LANE
WESTPORT CT 06880

Exhibit Pages

Redacted Version

1031
DAVID L. THUN
SINKING SPRING PA 19608

842
DAVID MAYER
NEW YORK NY 10013

---

1093
DAVID R. ANDELMAN, ESQ., AS TRUSTEE
OF THE ABRAHAM B. BERKOWITZ QTIP GST TRUST
BOSTON MASSACHUSETTS 02109

1091
DAVID R. ANDELMAN, ESQ., AS TRUSTEE OF THE
GORDON MICHAEL BERKOWITZ 2004 GENERATION-SKIPPING TRUST
BOSTON MASSACHUSETTS 02109

---

1092
DAVID R. ANDELMAN, ESQ., AS TRUSTEE OF THE
STEVEN M. BERKOWITZ 2004 GENERATION-SKIPPING TRUST
BOSTON MASSACHUSETTS 02109

642
DAVID R. MARKIN 2003 TRUST
AVARAVA RAROTONGA
COOK ISLANDS

---

228
DAVID WEITZ
HALESITE NEW YORK 11743

960
DAVID WINGATE
OLD WESTBURY NY 11568

---

363
DAWN LAFFIN
MELTZER, LIPPE, GOLDSTEIN & BREITSTONE LLP
190 WILLIS AVENUE
MINEOLA NY 11501

776
DEANNA R. GODEMANN, IN HER CAPACITY AS TRUSTEE
FOR THE BENEFIT OF JPT REINSURANCE CO., LTD.
PORTFOLIO TRUST U/A/D 6/16/03
ADDISON TEXAS 75001-7922

---

873
DEBORAH GERSHEN
RANCHO SANTA FE CA 92067

975
DEBORAH MADOFF
NEW YORK NY 10028

---

722
DEBRA G. KOSAKOFF
ROBERTS & HOLLAND LLP
825 EIGHTH AVENUE, 37TH FLOOR
NEW YORK NY 10019-7498

890
DEBRA TAMBLYN
CHICAGO ILLINOIS 60614

---

652
DEFENDER LIMITED
ROAD TOWN TORTOLA
BRITISH VIRGIN ISLANDS

420
DENNIS LISS
MARINA DEL REY CA 90292

---

111
DENNIS SPRUNG
NEW YORK NY 10016

319
DEXIA BANQUE INTERNATIONALE A LUXEMBOURG, S.A.
 LUXEMBOURG L-2953
 LUXEMBOURG

---

205
DIANE WILSON
LONDON  SW3 2EF
ENGLAND

242
DINO GUIDUCCI
MANHASSET NY 11030

---

320
DINO GUIDUCCI
MANHASSET NEW YORK 11030

572
DJL ASSOCIATES
SAN RAFAEL CALIFORNIA 94901

---

1006
DONALD SCHUPAK
KINGSTON NY 12401

578
DONNA LEFKOWITZ
LAUDERHILL FL 33319

---

577
DONNA LEFKOWITZ REVOCABLE TRUST
LAUDERHILL FL 33319

1230
DONNA SCHAFFER
FREEHOLD NEW JERSEY 07728

---

501
DORCHESTER HOUSE ASSOCIATES
 WASHINGTON D.C. 20006

504
DORCHESTER HOUSE LIMITED PARTNERSHIP
 WASHINGTON, D.C. 20006

---

676
DORON TAVLIN
MINNEAPOLIS MN 55405

23
DOUGLAS FURTH
GOLENBOCK EISEMAN ASSOR BELL & PESKOE, LLP
437 MADISON AVENUE
NEW YORK NY 10022

Exhibit Pages
Redacted Version

289
DOUGLAS SHAPIRO
WESTON MA 02493

486
DOWNTOWN INVESTORS LTD. PARTNERSHIP
WILMINGTON DELAWARE 19801

487
DOWNTOWN INVESTORS LTD. PARTNERSHIP
 WASHINGTON D.C. 20036

782
EASTSIDE INVESTMENTS LTD
1211 GENEVA 1
SWITZERLAND

473
EDWARD A. KWALWASSER, ESQ.
PROSKAUER ROSE LLC
1585 BROADWAY
NEW YORK NEW YORK 10036-8299

765
EDWARD A. ZRAICK, JR.
BROOKLYN NEW YORK 11228

496
EDWARD H. KAPLAN
 WASHINGTON, D.C. 20016-5105

497
EDWARD H. KAPLAN
POTOMAC MARYLAND 20854-1344

608
EDWARD I. SPEER
BOCA RATON FLORIDA 33431

609
EDWARD I. SPEER
BOCA RATON FLORIDA 33496

556
EDWARD M. JACOBS
ORLANDO FLORIDA 32821

1057
EDWARD ROTHBLATT
DEERFIELD IL 60015

1056
EDWIN I. JOSEPHSON,
CHUHAK & TECSON, P.C.
30 SOUTH WACKER DR., SUITE 2600
CHICAGO IL 60606

1058
EDWIN I. JOSEPHSON,
 CHUHAK & TECSON, P.C.
30 SOUTH WACKER DR., SUITE 2600
CHICAGO IL 60606

370
EILEEN M. SAX
FLORAL PARK NEW YORK 11005

158
ELAINE DINE
SANTA BARBARA CA 93108

157
ELAINE DINE LIVING TRUST DATED 5/12/06
SANTA BARBARA CA 93108

1083
ELAINE N. MILLER
SOUTHAMPTON MASSACHUSETTS 01073

1086
ELAINE N. MILLER, AS TRUSTEE OF THE
GORDON MICHAEL BERKOWITZ FAMILY TRUST
SOUTHAMPTON MASSACHUSETTS 01073

1087
ELAINE N. MILLER, AS TRUSTEE OF THE
GORDON MICHAEL BERKOWITZ FAMILY TRUST (EXEMPT)
SOUTHAMPTON MASSACHUSETTS 01073

1085
ELAINE N. MILLER, AS TRUSTEE OF THE
GORDON MICHAEL BERKOWITZ REVOCABLE TRUST
SOUTHAMPTON MASSACHUSETTS 01073

1084
ELAINE N. MILLER, AS TRUSTEE OF THE
HAROLD S. MILLER TRUST DATED DECEMBER 4, 1964
SOUTHAMPTON MASSACHUSETTS 01073

22
ELAINE S. STEIN
DELRAY BEACH FLORIDA 33445

1190
ELEANOR LEACOCK
BROOKLYN NEW YORK 11212

25
ELISE SCHERR FREJKA, ESQ.,
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

1184
ELIZABETH FRIETAG DRANOFF
NEW YORK NEW YORK 10021

879
ELLEN LEV
MONTCLAIR NEW JERSEY 07043

878
ELLEN LEV TRUST
MONTCLAIR NEW JERSEY 07043

141
EMANUEL GETTINGER
NEW YORK NEW YORK 10025

977
E.M.
NEW YORK NY 10028

Date : 3/14/2011                                Exhibit Pages                                Page # : 11
Redacted Version

| | |
|---|---|
| 102<br>ENFASIS INVEST S.A.<br>CH-6901 LUGANO<br>SWITZERLAND | 103<br>ENFASIS INVEST S.A.<br>PANAMA 5<br>PANAMA |
| 104<br>EPIC VENTURES, LLC<br>BOCA RATON FL 33433 | 1132<br>EPSTEIN FAMILY TRUST UWO DIANA EPSTEIN<br>SCARSDALE NY 10583 |
| 90<br>EQUITY TRADING FUND, LTD.<br>GEORGE TOWN GRAND CAYMAN<br>CAYMAN ISLANDS | 89<br>EQUITY TRADING PORTFOLIO LIMITED<br>ROAD TOWN, TORTOLA,<br>BRITISH VIRGIN ISLANDS |
| 105<br>ERIC P. STEIN<br>BOCA RATON FL 33433 | 1043<br>ERIC WALDMAN<br>BOZEMAN MT 59715 |
| 843<br>ERIN WELSH<br>NORRIS, MCLAUGHLIN & MARCUS<br>721 ROUTE 202-206<br>BRIDGEWATER NJ 08807 | 155<br>ERNEST WACHTEL<br>HILLSIDE NJ 07205 |
| 1218<br>ESTATE OF ARTHUR I. MEYER<br>PALM BEACH FL  33480 | 884<br>ESTATE OF BEA LAUB<br>LOS ANGELES CALIFORNIA 90067 |
| 264<br>ESTATE OF CLAIRE OSHRY C/O MERYL EVENS AND SUZANNE OSHRY,<br>PERSONAL REPRESENTATIVES<br>PORTLAND OREGON 97209 | 265<br>ESTATE OF CLAIRE OSHRY C/O MERYL EVENS AND SUZANNE OSHRY,<br>PERSONAL REPRESENTATIVES<br>CULVER CITY CA 90232 |
| 431<br>ESTATE OF ELAINE COOPER<br>NEW YORK NY 10028 | 432<br>ESTATE OF ELAINE COOPER<br>NEW YORK NY 10021 |
| 433<br>ESTATE OF ELAINE COOPER<br>NEW YORK NY 10022 | 1145<br>ESTATE OF ELEANOR MYERS<br>NORWICH CONNECTICUT  06300 |
| 1099<br>ESTATE OF GORDON MICHAEL BERKOWITZ<br>BOYNTON BEACH FLORIDA 33437 | 208<br>ESTATE OF IRENE SCHWARTZ C/O RICHARD SCHWARTZ AND LOIS<br>ZENKEL, EXECUTORS<br>GREENWICH CONNECTICUT 06831 |
| 209<br>ESTATE OF IRENE SCHWARTZ C/O RICHARD SCHWARTZ AND LOIS<br>ZENKEL, EXECUTORS<br>NEW YORK NEW YORK 10021 | 1175<br>ESTATE OF JAMES HELLER<br>NEW YORK NEW YORK 10021 |
| 1176<br>ESTATE OF JAMES HELLER<br>LOPEZ ISLAND WASHINGTON 98261 | 1177<br>ESTATE OF JAMES HELLER<br>WINTER PARK FLORIDA 32789 |
| 126<br>ESTATE OF LEONARD M. HEINE JR.<br>PALM BEACH FL 33480 | 252<br>ESTATE OF MARJORIE K. OSTERMAN<br>STAMFORD CT 06902 |
| 402<br>ESTATE OF STEVEN HARNICK<br>SOUTH MIAMI FL 33142 | 403<br>ESTATE OF STEVEN HARNICK<br>WESTON FL 33331 |
| 666<br>ESTATE OF SUZANNE R. MAY<br>CHALFONT PA 18914 | 667<br>ESTATE OF SUZANNE R. MAY<br>BLUE BELL PA 19422 |
| 668<br>ESTATE OF SUZANNE R. MAY<br>BETHESDA MD 20817 | 669<br>ESTATE OF SUZANNE R. MAY<br>AMBLER PA 19002 |

**Exhibit Pages**
Redacted Version

| | |
|---|---|
| 670<br>ESTATE OF SUZANNE R. MAY<br>ALLENTOWN PA 18704 | 80<br>EUGENIE KISSINGER<br>HALESITE NY 11743 |
| 1183<br>EVE FRIETAG<br>NEW YORK NEW YORK 10021 | 110<br>EVELYN RECHLER<br>MILL NECK NY 11765 |
| 881<br>EVY ROSENFIELD<br>DELRAY BEACH FLORIDA 33446 | 809<br>EXPRESS ENTERPRISES, INC.<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS |
| 31<br>EZRIEL MUNK, TRUSTEE<br>OF THE ZW 1999 TRUST AND<br>THE WOLFSON DESCENDANTS 1983 TRUST<br>LAKEWOOD NJ 08701 | 458<br>FAIRFIELD PAGMA ASSOCIATES LP<br>WHITE PLAINS NY 10605 |
| 461<br>FAIRFOX LLC<br>NEW YORK NEW YORK 10022 | 981<br>FALCON ASSOCIATES<br>W PALM BEACH FL 33401 |
| 1197<br>FAYE GERONEMUS<br>PLANTATION  FLORIDA 33324 | 230<br>FELICIA WEITZ<br>HALESITE NEW YORK 11743 |
| 542<br>FGLS EQUITY LLC<br>NEW YORK NEW YORK 10016 | 292<br>FIRST MARITAL TRUST UNDER THE<br>ARNOLD SHAPIRO 11/9/96 TRUST<br>PALM BEACH FL 33480 |
| 85<br>FRANCES BLUM<br>DELRAY BEACH FL 33444 | 86<br>FRANCES BLUM<br>BRONX NY 10463 |
| 726<br>FRANCES J. LE VINE<br>ENCINO CA 91436 | 725<br>FRANCES J. LE VINE REVOCABLE TRUST<br>ENCINO CA 91436 |
| 688<br>FRANCINE FREEMEN<br>PALM BEACH GARDENS FL 33418 | 1130<br>FRANCIS G. REA<br>SANDS POINT NY 11050 |
| 934<br>FRANCISCO JAVIER BOTIN-SANZ DE SAUTUOLA O'SHEA<br>MADRID<br>SPAIN | 118<br>FRANITZA FAMILY LIMITED PARTNERSHIP<br>VERO BEACH FL 32963 |
| 119<br>FRANITZA FAMILY LIMITED PARTNERSHIP<br>LLOYD HARBOR NY 11743 | 466<br>FRANK A. PETITO<br>NEW YORK NY 10021 |
| 465<br>FRANK A. PETITO DBA THE PETITO INVESTMENT GROUP<br>NEW YORK NY 10021 | 650<br>FRANKLIN TEMPLETON BANK & TRUST, FSB<br>SALT LAKE CITY UTAH 84101 |
| 463<br>FRED H. PERKINS, ESQ.<br>MORRISON COHEN LLP<br>909 THIRD AVENUE,<br>NEW YORK NY 10022-4731 | 732<br>FREDERICK FRIEDMAN<br>SOUTHFIELD MA 01259 |
| 541<br>G. BRUCE LIFTON<br>SOUTHHAMPTON NEW YORK 11968 | 701<br>GABRIEL M. ROSETTI, JR., AS TRUSTEE<br>JORDAN NY 13080 |

Exhibit Pages
Redacted Version

943
GABRIELLE J. PRETTO
LAX & NEVILLE, LLP
1412 BROADWAY, SUITE 1407
NEW YORK NY 10018

1171
GABRIELLE J. PRETTO, ESQ.
LAX & NEVILLE, LLP
1412 BROADWAY, SUITE 1407
NEW YORK NEW YORK 10018

1223
GAIL M. ASARCH
BOCA RATON FL 33496

699
GARY BERNARDO AS TRUSTEE
CHEEKTOWAGA NY 14227

410
GARY HARNICK
SARASOTA FL 34238

997
GARY S. LEE & JOHN A. PINTARELLI
MORRISON & FOERSTER LLP
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104-0050

1224
GENERATION SKIPPING TRANSFER TAX EXEMPTION TRUST UNDER
ARTICLE IV OF THE WILL OF ARTHUR I. MEYER
PALM BEACH FL 33480

440
GENERATION-SKIPPING TRANSFER TRUST  FBO ALAN MNUCHIN
AND HIS ISSUE UNDER ARTICLE 4 OF THE LAST WILL AND
TESTAMENT
OF ELAINE TERNER COOPER
NEW YORK NY 10028

441
GENERATION-SKIPPING TRANSFER TRUST FBO ALAN MNUCHIN
AND HIS ISSUE UNDER ARTICLE 4 OF THE LAST WILL AND
TESTAMENT
OF ELAINE TERNER COOPER
NEW YORK NY 10021

442
GENERATION-SKIPPING TRANSFER TRUST FBO STEVEN MNUCHIN
AND HIS ISSUE UNDER ARTICLE 4 OF THE LAST WILL AND
TESTAMENT
OF ELAINE TERNER COOPER
NEW YORK NY 10028

443
GENERATION-SKIPPING TRANSFER TRUST FBO STEVEN MNUCHIN
AND HIS ISSUE UNDER ARTICLE 4 OF THE LAST WILL AND
TESTAMENT
OF ELAINE TERNER COOPER
NEW YORK NY 10021

1147
GERALD J. BLOCK
RANCHO SANTA FE CA 92067

272
GETTINGER MANAGEMENT LLC PROFIT SHARING PLAN
NEW YORK NY 10018

273
GETTINGER MANAGEMENT LLC PROFIT SHARING PLAN
NEW YORK NY 10018

571
GLANTZ FAMILY PARTNERS
SAN RAFAEL CALIFORNIA 94901

561
GLEN O. & BARBARA J. POWELL
PALM COAST FLORIDA 32164-7120

220
GLENHAVEN LTD
NEW YORK NY 10022

616
GLENN C. ELLERIN
BOCA RATON FL 33428

41
GMR S.A.
BRUSSELS (BRUXELLES)
BELGIUM

951
GOLD INVESTMENT CLUB
FREMONT CA 94536

1096
GORDON MICHAEL BERKOWITZ 2004
GENERATION-SKIPPING TRUST
BOSTON MASSACHUSETTS 02109

1110
GORDON MICHAEL BERKOWITZ FAMILY TRUST
BOYNTON BEACH FLORIDA 33437

1111
GORDON MICHAEL BERKOWITZ FAMILY TRUST
SOUTHAMPTON MASSACHUSETTS 01073

1112
GORDON MICHAEL BERKOWITZ FAMILY TRUST (EXEMPT)
BOYNTON BEACH FLORIDA 33437

1113
GORDON MICHAEL BERKOWITZ FAMILY TRUST (EXEMPT)
SOUTHAMPTON  MASSACHUSETTS 01073

1109
GORDON MICHAEL BERKOWITZ IRREVOCABLE TRUST
TELLURIDE COLORADO 81435

1107
GORDON MICHAEL BERKOWITZ REVOCABLE TRUST
BOYNTON BEACH FLORIDA 33437

1108
GORDON MICHAEL BERKOWITZ REVOCABLE TRUST
SOUTHAMPTON MASSACHUSETTS 01073

Date : 3/14/2011

| | |
|---|---|
| 329<br>GREAT WESTERN BANK - TRUST DEPARTMENT<br>MAPLE GROVE MN 55311 | 330<br>GREAT WESTERN BANK - TRUST DEPARTMENT<br>RAPID CITY SOUTH DAKOTA 57709 |
| 108<br>GREGG RECHLER<br>NEW YORK NY 10028 | 251<br>GREGORY P. NERO, ESQ.<br>STERLING EQUITIES<br>111 GREAT NECK ROAD, SUITE 408<br>GREAT NECK NY 11021 |
| 160<br>GREVILLE WATERMAN<br><br>ENGLAND | 1120<br>GUARDIAN TRUST FSB<br>NEW YORK NY 10004 |
| 245<br>GUIDUCCI FAMILY LIMITED PARTNERSHIP<br>FLUSHING NEW YORK 11355 | 935<br>GUILLERMO MORENES MARIATEGUI<br>28002<br>SPAIN |
| 1192<br>GUNTHER K. UNFLAT<br>HAWLEY PA 18428 | 1191<br>GUNTHER K. UNFLAT,<br>INDIVIDUALLY AND AS JOINT TENANT<br>HAWLEY PA 18428 |
| 317<br>HADLEY J. CHILTON<br>ROAD TOWN TORTOLA, VG 1110<br>BRITISH VIRGIN ISLANDS | 1251<br>HALINA BITENSKY<br>MANHASSET NY 11030 |
| 15<br>HAROLD ANFANG<br>NEW YORK NY 10003 | 159<br>HAROLD L. WATERMAN<br><br>ENGLAND |
| 1105<br>HAROLD S. MILLER TRUST DATED DECEMBER 4, 1964<br>BOYNTON BEACH FLORIDA 33437 | 1106<br>HAROLD S. MILLER TRUST DATED DECEMBER 4, 1964<br>SOUTHAMPTON  MASSACHUSETTS 01073 |
| 882<br>HARRIET BARBUTO<br>TAMARAC FLORIDA 33319 | 1180<br>HARRY H. FALK, AS PERSONAL REPRESENTATIVE<br>MAITLAND FLORIDA 32751 |
| 559<br>HARRY L. & YVONNE POWELL<br>JACKSONVILLE FLORIDA 32256 | 71<br>HARRY N. HOFFMAN<br>ROCHESTER MN 55905 |
| 679<br>HARVEY KRAUSS<br>NEW YORK NY 10158-0125 | 835<br>HCH INVESTMENT COMPANY LTD<br>GEORGE TOWN GRAND CAYMAN<br>CAYMAN ISLANDS |
| 990<br>HEATHER KAFELE;<br>SHEARMAN & STERLING LLP<br>801 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20004-2634 | 677<br>HEATHER MARX<br>HINSHAW & CULBERTSON LLP<br>333 SOUTH SEVENTH STREET<br>SUITE 2000<br>MINNEAPOLIS MN 55402 |
| 683<br>HEATHER MARX<br>HINSHAW & CULBERTSON LLP<br>333 SOUTH SEVENTH STREET<br>SUITE 2000<br>MINNEAPOLIS MN 55402 | 335<br>HEIDI HOLMERS<br>MAPLE GROVE MN 55311 |
| 336<br>HEIDI HOLMERS<br>OSTEGO MINNESOTA 55446 | 588<br>HEIDI SCHUSTER<br>CHESTNUT HILL MASSACHUSETTS 02467 |

08-01789-cgm    Doc 3931    Filed 03/15/11    Entered 03/15/11 12:03:11    Main Document
Pg 17 of 45
Date : 3/14/2011
Exhibit Pages
Redacted Version
Page # : 15

| | |
|---|---|
| 77<br>HELEN DAVIS CHAITMAN<br>BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NY 10006 | 185<br>HELEN DAVIS CHAITMAN, ESQ.<br>BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NY 10006 |
| 34<br>HELEN DAVIS CHAITMAN, ESQ.,<br>BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NY 10006 | 40<br>HELEN DAVIS CHAITMAN, ESQ.,  BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NY 10006 |
| 1142<br>HELEN DAVIS CHAITMAN, ESQ.,<br>BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NY 10006 | 327<br>HELEN DAVIS CHAITMAN, ESQ.,<br>BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NY 10006 |
| 596<br>HELEN HARRIS<br>DAY PITNEY<br>ONE CANTERBURY GREEN<br>201 BROAD STREET<br>STAMFORD CT 06901 | 1073<br>HELEN S. BERKOWITZ, AS TRUSTEE OF THE<br>STEVEN M. BERKOWITZ TRUST<br>SHARON MASSACHUSETTS 02067 |
| 573<br>HELENE CUMMINGS KARP<br>PALM BEACH FL 33480 | 574<br>HELENE CUMMINGS KARP ANNUITY<br>PALM BEACH FL 33480 |
| 387<br>HENRY JANSSEN<br>NEW BRITAIN CT 06052 | 388<br>HENRY JANSSEN<br>SOUTH WINDSOR CONNECTICUT 06074 |
| 1151<br>HHI INVESTMENT TRUST<br>CHICAGO IL 60606 | 1152<br>HHI INVESTMENT TRUST<br>CHICAGO IL 60610 |
| 1153<br>HHI INVESTMENT TRUST<br>POTOMAC MD 20854 | 1154<br>HHI INVESTMENT TRUST<br>NORTHBROOK IL 60062 |
| 1155<br>HHI INVESTMENT TRUST<br>CHICAGO IL  60606 | 868<br>HILARY M. STARK<br>RIVERSIDE CT 06878 |
| 165<br>HILLARY JENNER GHERTLER<br>BROOKLYN NY 11201-1685 | 262<br>HO MARITAL APPOINTMENT TRUST C/O MERYL EVENS & SUZANNE<br>OSHRY, PERSONAL REPRESENTATIVES<br>PORTLAND OREGON 97209 |
| 263<br>HO MARITAL APPOINTMENT TRUST C/O MERYL EVENS & SUZANNE<br>OSHRY, PERSONAL REPRESENTATIVES<br>CULVER CITY CA 90232 | 1203<br>HOWARD KLEINHENDLER<br>WACHTEL & MASYR, LLP<br>1 DAG HAMMARSKJOLD PLAZA<br>885 SECOND AVENUE<br>NEW YORK NY 10017 |
| 1250<br>HOWARD KLEINHENDLER<br>WACHTEL & MASYR, LLP<br>1 DAG HAMMARSKJOLD PLAZA<br>885 SECOND AVENUE, 47TH FLOOR<br>NEW YORK NEW YORK 10017 | 1202<br>HOWARD KLEINHENDLER, ESQ.<br>WACHTEL & MASYR, LLP<br>885 SECOND AVENUE<br>NEW YORK NY 10017 |
| 1005<br>HOWARD KLEINHENDLER, ESQ.,<br>WACHTEL & MASYR, LLP<br>885 SECOND AVENUE<br>NEW YORK NY 10017 | 1007<br>HOWARD KLEINHENDLER, ESQ.,<br>WACHTEL & MASYR, LLP<br>885 SECOND AVENUE<br>NEW YORK NY 10017 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 1003<br>HOWARD KLEINHENDLER, ESQ.,<br>WACHTEL & MASYR, LLP<br>885 SECOND AVENUE<br>NEW YORK NY 10017 | 354<br>HOWARD SCHUPAK<br>YONKERS NY 10710 |
| 599<br>HYPOSWISS PRIVATE BANK GENEVE S.A.<br><br>SWITZERLAND | 887<br>ILENE MAY<br>SWARTHMORE PENNSYLVANIA 19081 |
| 94<br>ILLAN KELSON<br>GREENWICH CONNECTICUT 06831 | 306<br>INTER INVESTISSEMENTS S.A. (F/K/A INTER CONSEIL S.A.)<br><br>LUXEMBOURG |
| 832<br>INVERSIONES COQUE S.A.<br>PANAMA<br>PANAMA | 833<br>INVERSIONES COQUE S.A.<br>PANAMA<br>PANAMA |
| 785<br>INVESTEC TRUST SWITZERLAND (SA)<br>1211 GENEVA 1<br>SWITZERLAND | 595<br>IRENE T. CHENG<br>NEW YORK NY 10028 |
| 567<br>IRENE WHITMAN<br>DELRAY BEACH FL 33445 | 568<br>IRENE WHITMAN<br>SWAMPSCOTT MA 01907 |
| 563<br>IRENE WHITMAN 1990 TRUST U/A DTD 4/13/90<br>DELRAY BEACH FL 33445 | 564<br>IRENE WHITMAN 1990 TRUST U/A DTD 4/13/90<br>SWAMPSCOTT MA 01907 |
| 195<br>IRVING JUNGREIS TRUST DATED MAY 13, 1993<br>BOCA RATON FL 33434 | 196<br>IRVING JUNGREIS TRUST DATED MAY 13, 1993<br>PARK RIDGE NJ 07656 |
| 197<br>IRVING JUNGREIS TRUST DATED MAY 13, 1993<br>BAYSIDE WI 53217 | 192<br>IRVING JUNGREIS<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>BOCA RATON FL 33434 |
| 193<br>IRVING JUNGREIS<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>BAYSIDE WI 53217 | 194<br>IRVING JUNGREIS<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>PARK RIDGE NJ 07656 |
| 198<br>IRVING JUNGREIS,<br>AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>BOCA RATON FL 33434 | 200<br>IRVING JUNGREIS,<br>AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>BAYSIDE WI 53217 |
| 199<br>IRVING JUNGREIS,<br>AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>PARK RIDGE NJ 07656 | 1126<br>IRVING P. COHEN<br>ROCKVILLE MD 20853 |
| 840<br>ISAAC JIMMY MAYER<br>JUPITER FL 33477 | 1094<br>JAMES BERKOWITZ 2004 GENERATION-SKIPPING TRUST<br>BOSTON MASSACHUSETTS 02109 |
| 693<br>JAMES C. LOGAN AS TRUSTEE<br>AMHERST NY 14228-3039 | 163<br>JAMES F. WALLACK, ESQ.,<br>GOULSTON & STORRS, PC<br>400 ATLANTIC AVENUE<br>BOSTON MA 02110 |

Redacted Version

| | |
|---|---|
| 1021<br>JAMES H. WEINER IRREVOCABLE TRUST<br>NUMBER TWO FOR S CORPORATION STOCK<br>IN ITS CAPACITY AS A LIMITED PARTNER OF<br>WEINER INVESTMENTS, L.P.<br>LONG BOAT KEY FL 34228 | 1173<br>JAMES HELLER FAMILY LLC<br>MAITLAND FLORIDA 32751 |
| 1174<br>JAMES HELLER FAMILY LLC<br>WINTER PARK FLORIDA 32789 | 1079<br>JAMES L. BERKOWITZ<br>TELLURIDE COLORADO 81435 |
| 1082<br>JAMES L. BERKOWITZ IRREVOCABLE TRUST<br>TELLURIDE COLORADO 81435 | 1081<br>JAMES L. BERKOWITZ, AS TRUSTEE OF THE<br>GORDON MICHAEL BERKOWITZ IRREVOCABLE TRUST<br>TELLURIDE COLORADO 81435 |
| 1080<br>JAMES L. BERKOWITZ, AS TRUSTEE OF THE<br>JAMES L. BERKOWITZ IRREVOCABLE TRUST<br>TELLURIDE COLORADO 81435 | 43<br>JAMES LOWREY<br>N PALM BEACH FL 33408 |
| 565<br>JAMES M. NEW<br>DELRAY BEACH FL 33445 | 566<br>JAMES M. NEW<br>SWAMPSCOTT MA 01907 |
| 985<br> JAMES N. LAWLOR<br>C/O WOLLMUTH MAHER & DEUTSCH LLP,<br>ONE GATEWAY CENTER<br>NEWARK NEW JERSEY 07102 | 373<br>JAMIE I. BARTELS TRUST<br>PORT WASHINGTON NY 11050-1709 |
| 907<br>JAMIE STECHER<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP<br>900 THIRD AVENUE,<br>NEW YORK NEW YORK 10022 | 908<br>JAMIE STECHER<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP<br>900 THIRD AVENUE,<br>NEW YORK NEW YORK 10022 |
| 909<br>JAMIE STECHER<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP<br>900 THIRD AVENUE,<br>NEW YORK NEW YORK 10022 | 910<br>JAMIE STECHER<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP<br>900 THIRD AVENUE,<br>NEW YORK NEW YORK 10022 |
| 911<br>JAMIE STECHER<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP<br>900 THIRD AVENUE,<br>NEW YORK NEW YORK 10022 | 912<br>JAMIE STECHER<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP<br>900 THIRD AVENUE,<br>NEW YORK NEW YORK 10022 |
| 913<br>JAMIE STECHER<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP<br>900 THIRD AVENUE,<br>NEW YORK NEW YORK 10022 | 914<br>JAMIE STECHER<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP<br>900 THIRD AVENUE,<br>NEW YORK NEW YORK 10580 |
| 915<br>JAMIE STECHER<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP<br>900 THIRD AVENUE,<br>NEW YORK NEW YORK 10022 | 919<br>JAMIE STECHER<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP<br>900 THIRD AVENUE,<br>NEW YORK NEW YORK 10022 |
| 906<br>JAMIE STECHER ESQ.<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP.<br>900 THIRD AVENUE,<br>NEW YORK NEW YORK 10022 | 922<br>JAMIE STECHER ESQ.<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP;<br>900 THIRD AVENUE<br>NEW YORK NEW YORK 10022 |
| 570<br>JAN MARCUS CAPPER<br>SAN ANSELMO CA 94960 | 617<br>JANET WINTERS<br>BELLAIRE TX 77401 |

Date : 3/14/2011

| | |
|---|---|
| 161<br>JANIS PASKIN<br>LONDON  W9 1AH<br>ENGLAND | 1150<br>JASON MYERS<br>LIVINGSTON NJ 07039 |
| 885<br>JAVIER ORDAZ<br>AS PERSONAL REPRESENTATIVE<br>OF THE ESTATE OF BEA LAUB<br>LOS ANGELES CALIFORNIA 90067 | 733<br>JAY OFSINK<br>NEW YORK NY 10017 |
| 1117<br>JAY P. FRIEHLING<br>MISSION VIEJO CA 92692 | 1022<br>JAY WEINER REVOCABLE TRUST<br>IN ITS CAPACITY AS A LIMITED PARTNER OF<br>WEINER INVESTMENTS, L.P.<br>LONG BOAT KEY FL 34228 |
| 1023<br>JAY WEINER<br>IN HIS CAPACITY AS TRUSTEE OF<br>THE JOSHUA S. WEINER IRREVOCABLE TRUST<br>NUMBER TWO FOR S CORPORATION STOCK<br>THE JAMES H. WEINER IRREVOCABLE TRUST<br>NUMBER TWO FOR S CORPORATION STOCK,<br>AND THE JAY WEINER REVOCABLE TRUST<br>LONG BOAT KEY  FL 34228 | 933<br>JB CAPITAL MARKETS SOCIEDAD DE VALORES, S.A. (F/K/A M&B<br>CAPITAL MARKETS SOCIEDAD DE VALORES, S.A.)<br><br>SPAIN |
| 483<br>JEAN CAROLINE<br><br>BRITISH VIRGIN ISLANDS | 1201<br>JEAN KAHN<br>NEW YORK NY 10128 |
| 393<br>JEAN WEIGERT<br>NEW BRITAIN CT 06052 | 394<br>JEAN WEIGERT<br>SIMSBURY CONNECTICUT 06070 |
| 1125<br>JEANNE SANKIN<br>DELRAY BEACH FL 33445 | 1129<br>JEANNE SANKIN MARITAL TRUST<br>ROCKVILLE MD 20853 |
| 673<br>JEFFREY A. MAY<br>BETHESDA MD 20817 | 849<br>JEFFREY BERMAN<br>CAMBRIDGE MA 02142 |
| 859<br>JEFFREY BERMAN FOUNDATION<br>CAMBRIDGE MA 02142 | 138<br>JEFFREY DAVID HEINE<br>NEW YORK NY 10282 |
| 248<br>JEFFREY KATZENBERG<br>LOS ANGELES CA 90064 | 736<br>JEFFREY M. EPSTEIN<br>NEW YORK NEW YORK 10028 |
| 646<br>JEFFREY R. SONN, ESQ.<br>500 EAST BROWARD BLVD. #1600<br>FT. LAUDERDALE FL 33394 | 379<br>JEFFREY S. BLAU<br>NEW BRITAIN CT 06052 |
| 380<br>JEFFREY S. BLAU<br>WEST HARTFORD CONNECTICUT 06117 | 1229<br>JEFFREY SCHAFFER<br>FREEHOLD NEW JERSEY 07728 |
| 60<br>JEFFREY SISKIND<br>GREAT NECK NY 11024 | 61<br>JEFFREY SISKIND<br>ROSLYN NY 11576 |
| 856<br>JEFFREY STAVIN<br>NEW YORK NY 10019 | 300<br>JENNIFER PRIESTLEY<br><br>ENGLAND |

Date : 3/14/2011

Exhibit Pages

Redacted Version

| | |
|---|---|
| 494<br>JEROME A. KAPLAN<br>BETHESDA MARYLAND 20817 | 495<br>JEROME A. KAPLAN<br>JUPITER FLORIDA 33477-4206 |
| 47<br>JESSICA LEE LOWREY<br>NEW YORK NY 10021 | 20<br>JILL FISCHER<br>SCARSDALE NY 10583 |
| 754<br>JOAN L. APISA<br>TOTOWA NJ 07036 | 815<br>JOAN L. FISHER<br>NEW YORK NY 10022 |
| 817<br>JOAN L. FISHER PARTNERS<br>OLD WESTBURY NEW YORK 11568 | 818<br>JOAN L. FISHER PARTNERS<br>NEW YORK NEW YORK 10022 |
| 709<br>JOANNE FRIED<br>ROSLYN NY 11576 | 647<br>JODI MARINOS<br>BOCA RATON FL 33498 |
| 591<br>JOEL I. BANKER<br>MAMARONECK NY 10543 | 715<br>JOHN A. BASINGER, ESQ.<br>BAKER & MCKENZIE LLP<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NEW YORK 10036 |
| 213<br>JOHN B. BEASLEY<br>NEW YORK NY 10020 | 179<br>JOHN CHAPMAN STOLLER<br>OAK BROOK IL 60523 |
| 180<br>JOHN CHAPMAN STOLLER<br>NR SALISBURY WILTSHIRE SP3 5RZ<br>ENGLAND | 183<br>JOHN CHAPMAN STOLLER REVOCABLE TRUST DTD 10/5/1988<br>OAK BROOK IL 60523 |
| 184<br>JOHN CHAPMAN STOLLER REVOCABLE TRUST DTD 10/5/1988<br>NR SALISBURY WILTSHIRE SP3 5RZ<br>ENGLAND | 84<br>JOHN FRANS KISSINGER<br>DENVER CO 80211 |
| 1162<br>JOHN GREENBERGER MACCABEE AND<br>SHERRY MORSE MACCABEE LIVING TRUST<br>SAN FRANCISCO CA 94118 | 1163<br>JOHN GREENBERGER MACCABEE AND<br>SHERRY MORSE MACCABEE LIVING TRUST<br>SAN FRANCISCO CA 94118 |
| 1164<br>JOHN GREENBERGER MACCABEE AND<br>SHERRY MORSE MACCABEE LIVING TRUST<br>SAN FRANCISCO CA 94118 | 1165<br>JOHN GREENBERGER MACCABEE AND SHERRY MORSE MACCABEE<br>LIVING TRUST<br>SAN FRANCISCO CA 94118 |
| 1166<br>JOHN GREENBERGER MACCABEE AND SHERRY MORSE MACCABEE<br>LIVING TRUST<br>SAN FRANCISCO CA 94118 | 1167<br>JOHN GREENBERGER MACCABEE AND SHERRY MORSE MACCABEE<br>LIVING TRUST<br>SAN FRANCISCO CA 94118 |
| 316<br>JOHN J. GREENWOOD<br>ROAD TOWN TORTOLA, VG 1110<br>BRITISH VIRGIN ISLANDS | 698<br>JOHN J. MASSARO AS TRUSTEE<br>BUFFALO NY 14226 |
| 535<br>JOHN J. SCHOFIELD, CPA, HARITON, MANCUSO & JONES PC<br>11140 ROCKBILLE PIKE #340<br>N. BETHESDA MD 20852 | 1159<br>JOHN MACCABEE<br>SAN FRANCISCO CA 94118 |
| 17<br>JOHN REISMAN<br>NAPLES FL 34102 | 706<br>JOHN S. O'HARE AS TRUSTEE<br>S. CLARENCE NY 14031 |

**Exhibit Pages**
Redacted Version

| | |
|---|---|
| 1047<br>JOHN WINSTON<br>NEW YORK NY 10036 | 395<br>JONATHAN M. LANDERS, ESQ.<br>MILBERG LLP<br>ONE PENNSYLVANIA PLAZA<br>48TH FLOOR<br>NEW YORK NY 10119 |
| 398<br>JONATHAN M. LANDERS, ESQ.,<br>MILBERG LLP<br>ONE PENNSYLVANIA PLAZA, 48TH FLOOR<br>NEW YORK NY 10119 | 569<br>JONATHAN M. LANDERS, MATTHEW A. KUPILLAS,<br>MILBERG LLP<br>ONE PENNSYLVANIA PLAZA, 48TH FLOOR<br>NEW YORK NY 10119 |
| 314<br>JONATHAN SABLONE, NIXON PEABODY<br>437 MADISON AVENUE<br>NEW YORK NY 10022 | 853<br>JORDAN FINNEGAN<br>LOS ANGELES CALIFORNIA 90046 |
| 891<br>JOSEPH AMATURO<br>FT. LAUDERDALE FLORIDA 33306 | 614<br>JOSEPH C. ELLERIN<br>LOUISVILLE CO 80027 |
| 615<br>JOSEPH C. ELLERIN<br>LOUISVILLE CO 80027 | 147<br>JOSEPH KATZ<br>OAKLAND GARDENS NY 11364 |
| 724<br>JOSH FOWKES<br>ARENT FOX<br>1050 CONNECTICUT AVENUE, NW<br>WASHINGTON DC 20036 | 498<br>JOSHUA FOWKES, ESQ.<br>ARENT FOX LLP<br>1050 CONNECTICUT AVENUE, NW #400<br> WASHINGTON D.C. 20036-5369 |
| 720<br>JOSHUA FOWKES, ESQ.<br>ARENT FOX<br>1050 CONNECTICUT AVENUE, NW<br> WASHINGTON D.C. 20036-5339 | 1020<br>JOSHUA S. WEINER IRREVOCABLE TRUST<br>NUMBER TWO FOR S CORPORATION STOCK<br>IN ITS CAPACITY AS A LIMITED PARTNER OF<br>WEINER INVESTMENTS, L.P.<br>LONG BOAT KEY  FL 34228 |
| 774<br>JPT REINSURANCE CO., LTD.<br>PORTFOLIO TRUST U/A/D 6/16/03<br>ISLIP NY 11751 | 10<br>JRAG LLC<br>NEW YORK NY 10019 |
| 178<br>JUDITH KASE<br>NEW YORK NEW YORK 10128 | 429<br>JUDITH LEVY<br>PALM BEACH FL 33480 |
| 1121<br>JULIANA OLIVEIRA<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | 844<br>JULIANA OLIVEIRA, ESQ.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| 383<br>JULIE S. GERSHON<br>NEW BRITAIN CT 06052 | 384<br>JULIE S. GERSHON<br>ENFIELD CONNECTICUT 06082 |
| 1233<br>JUST EMPIRE LLC<br>PROVIDENCE RI 02906 | 1234<br>JUST EMPIRE LLC<br>GARDEN CITY NEW YORK 11530 |
| 854<br>JUSTIN FINNEGAN<br>LA GRANGE PARK ILLINOIS 60526 | 227<br>JUSTIN WEITZ<br>HALESITE NEW YORK 11743 |
| 146<br>KALMAN HALPERN<br>BRONX NY 10462 | 123<br>KAREN FENNER<br>SKILLMAN NEW JERSEY 08558 |

| | |
|---|---|
| 124<br>KAREN FENNER<br>VERO BEACH FL 32963 | 125<br>KAREN FENNER<br>LLOYD HARBOR NY 11743 |
| 768<br>KAREN M. RICH<br>BROOKLYN NEW YORK 11209 | 164<br>KAREN SIFF EXKORN<br>SPARKILL NY 10976 |
| 176<br>KASE-GLASS FUND<br>NEW YORK NEW YORK 10128 | 1189<br>KATHERINE HELLER<br>BELMONT WASHINGTON 02478 |
| 967<br>K.M.<br>OLD GREENWICH CT 06870 | 9<br>KATHRYN R. SIGGINS<br>PAGET  PG 05<br>BERMUDA |
| 1027<br>KATHY DIBIASE<br>IN HER CAPACITY AS A JOINT TENANT OF<br>A JOINT TENANCY ACTING AS A LIMITED PARTNER<br>OF WEINER INVESTMENT, L.P.<br>SEWICKLEY PA 15143 | 70<br>KEITH LINDOR, M.D.<br>ROCHESTER MN 55905 |
| 1228<br>KEITH SCHAFFER<br>STATEN ISLAND NEW YORK 10312 | 624<br>KEITH VINNECOUR<br>WEST HILLS CA 91307 |
| 332<br>KELLY BURICH<br>MAPLE GROVE MN 55311 | 333<br>KELLY BURICH<br>CORCORAN MINNESOTA 55340 |
| 212<br>KENNETH D. WEISER<br>NEW YORK NY 10020 | 830<br>KHRONOS CAPITAL RESEARCH LLC<br>NEW YORK NY 10022 |
| 831<br>KHRONOS CAPITAL RESEARCH LLC<br>NEW YORK NEW YORK 10019 | 829<br>KHRONOS LLC<br>NEW YORK NY 10017 |
| 19<br>KIM DICKSTEIN<br>NEW YORK NY 10028 | 1249<br>KIMBERLY T SHAMSIDDIN<br>PROSKAUER ROSE LLP<br>1585 BROADWAY<br>NEW YORK NY 10036 |
| 1245<br>KIMBERLY T SHAMSIDDIN,<br>PROSKAUER ROSE LLP<br>1585 BROADWAY<br>NEW YORK NY 10036 | 1226<br>KIMBERLY T. SHAMSIDDEN,<br>PROSKAUER ROSE LLP<br>1585 BROADWAY<br>NEW YORK NY 10036 |
| 1208<br>KIMBERLY T. SHAMSIDDEN, ESQ., PROSKAUER ROSE, LLP<br>1585 BROADWAY<br>NEW YORK NY 10036 | 1213<br>KIMBERLY T. SHAMSIDDEN, PROSKAUER ROSE, LLP<br>1585 BROADWAY<br>NEW YORK NY 10036 |
| 1046<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | 801<br>KURT BRUNNER<br>GLARUS  8750<br>SWITZERLAND |
| 978<br>L&I INVESTMENTS LLC<br>VIRGINIA BEACH VA 23464 | 1000<br>L. H. RICH COMPANIES<br>MOLINE IL 61265 |
| 255<br>L. THOMAS OSTERMAN<br>STAMFORD CT 06902 | 769<br>LADY EVELYN F. JACOBS<br>PALM BEACH FLORIDA 33480 |

Exhibit Pages
Redacted Version

936
LANDMARK INVESTMENT FUND (IRELAND)
DUBLIN 2
IRELAND

601
LAPIN CHILDREN LLC
SCOTTSDALE AZ 85255

---

527
LAURA ANN SMITH
SARASOTA FL 34239

526
LAURA ANN SMITH REVOCABLE LIVING TRUST
SARASOTA FL 34239

---

528
LAURA ANN SMITH TRUSTEE
SARASOTA FL 34239

797
LAUREL ALLEN
THOUSAND OAKS CA 91360

---

135
LAUREN STACEY MOSKOWITZ
NEW YORK NY 10021

229
LAUREN WEITZ
HALESITE NEW YORK 11743

---

367
LAURIE A. BARTELS
MAMARONECK NEW YORK 10543

376
LAURIE A. BARTELS TRUST
PORT WASHINGTON NY 11050-1709

---

484
LAWRENCE ELINS AKA LARRY ELINS
MALIBU CA 90265

485
LAWRENCE ELINS AKA LARRY ELINS
SHERMAN OAKS CA 91403

---

2
LAWRENCE TOFEL
TOFEL & PARTNERS, LLP
800 THIRD AVENUE
NEW YORK NEW YORK 10022

741
LEBANESE AMERICAN UNIVERSITY
NEW YORK NY 10115-0065

---

827
LEGACY CAPITAL LIMITED
ROAD TOWN TORTOLA VG1110
BRITISH VIRGIN ISLANDS

780
LEON FLAX
LONDON, NW11 6SH
ENGLAND

---

153
LEON SHIFFMAN
FRESH MEADOWS NY 11365

1195
LEONARD A. GERONEMUS
BOCA RATON FLORIDA 33486

---

128
LEONARD M. HEINE JR. CREDIT SHELTER TRUST
PALM BEACH FL 33480

92
LEXUS WORLDWIDE LIMITED
ROADTOWN TORTOLA
BRITISH VIRGIN ISLANDS

---

93
LEXUS WORLDWIDE LIMITED
NEW YORK NY 10036

920
LIFEINVEST
RYE NEW YORK 10580

---

1101
LILFAM LLC
WILMINGTON DELAWARE 19808

1100
LILYAN AND ABRAHAM BERKOWITZ FAMILY LLC
WILMINGTON DELAWARE 19808

---

1064
LILYAN BERKOWITZ
BOYNTON BEACH FLORIDA 33437

1102
LILYAN BERKOWITZ TRUST
BOYNTON BEACH FLORIDA 33437

---

1103
LILYAN BERKOWITZ TRUST
FRAMINGHAM MASSACHUSETTS 01701

1104
LILYAN BERKOWITZ TRUST
MOULTONBOROUGH NEW HAMPSHIRE 03254

---

1065
LILYAN BERKOWITZ, AS EXECUTOR OF THE
ESTATE OF GORDON MICHAEL BERKOWITZ
BOYNTON BEACH FLORIDA 33437

1114
LILYAN BERKOWITZ, AS TRUSTEE
OF THE HAROLD S. MILLER IRREVOCABLE TRUST
BOYNTON BEACH FLORIDA 33437

---

1115
LILYAN BERKOWITZ, AS TRUSTEE
OF THE LILYAN BERKOWITZ REVOCABLE TRUST
BOYNTON BEACH FLORIDA 33437

1069
LILYAN BERKOWITZ, AS TRUSTEE
OF THE LILYAN BERKOWITZ TRUST
BOYNTON BEACH FLORIDA 33437

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 1070<br>LILYAN BERKOWITZ, AS TRUSTEE OF THE<br>ABRAHAM B. BERKOWITZ QTIP GST TRUST<br>BOYNTON BEACH FLORIDA 33437 | 1067<br>LILYAN BERKOWITZ, AS TRUSTEE OF THE<br>GORDON MICHAEL BERKOWITZ FAMILY TRUST<br>BOYNTON BEACH FLORIDA 33437 |
| 1068<br>LILYAN BERKOWITZ, AS TRUSTEE OF THE<br>GORDON MICHAEL BERKOWITZ FAMILY TRUST (EXEMPT)<br>BOYNTON BEACH FLORIDA 33437 | 1066<br>LILYAN BERKOWITZ, AS TRUSTEE OF THE<br>GORDON MICHAEL BERKOWITZ REVOCABLE TRUST<br>BOYNTON BEACH FLORIDA 33437 |
| 1071<br>LILYAN BERKOWITZ, AS TRUSTEE OF THE<br>HAROLD S. MILLER TRUST DATED DECEMBER 4, 1964<br>BOYNTON BEACH FLORIDA 33437 | 237<br>LINDA PLATZNER<br>NEW ROCHELLE  NY 10801 |
| 1061<br>LISA LIEBERMAN<br>CHICAGO IL  60654 | 760<br>LISA M. STEFANELLI<br>TOTOWA NJ 07036 |
| 546<br>LISA R. PAYTON<br>KEY BISCAYNE FL 33149 | 547<br>LISA R. PAYTON<br>MIAMI FLORIDA 33133 |
| 499<br>LISELOTTE J. LEEDS LIFETIME TRUST<br>GREAT NECK NY 11021 | 500<br>LISELOTTE LEEDS, TRUSTEE<br>GREAT NECK NY 11021 |
| 225<br>LOIS PERGAMENT<br>BOCA RATON FL 33496 | 206<br>LOIS ZENKEL, IN HER REPRESENTATIVE CAPACITY<br>AS EXECUTOR OF THE ESTATE OF IRENE SCHWARTZ<br>AND AS BENEFICIARY<br>UNDER THE WILL OF IRENE SCHWARTZ<br>GREENWICH CONNECTICUT 06831 |
| 770<br>LORD ANTHONY JACOBS<br>PALM BEACH FLORIDA 33480 | 731<br>LORRAINE L. FRIEDMAN<br>PALM BEACH FLORIDA 33480 |
| 730<br>LORRAINE L. FRIEDMAN<br>REVOCABLE TRUST<br>PALM BEACH FL 33480 | 519<br>LOU STERN<br>PORT WASHINGTON NEW YORK 11050-1113 |
| 704<br>LOUIS P. CIMINELLI AS TRUSTEE<br>BUFFALO NY 14209 | 168<br>LOUISE CRAWFORD<br>BROOKLYN NY 11215 |
| 1054<br>LS COMMERCIAL HOLDINGS LLC<br>NEW YORK NY 10153 | 5<br>LUC. D. ESTENNE<br>GENEVA  1201<br>SWITZERLAND |
| 592<br>LUCY R. BANKER<br>MAMARONECK NY 10543 | 937<br>LUXEMBOURG INVESTMENT FUND<br><br>LUXEMBOURG |
| 938<br>LUXEMBOURG INVESTMENT FUND<br><br>LUXEMBOURG | 939<br>LUXEMBOURG INVESTMENT FUND<br><br>LUXEMBOURG |
| 940<br>LUXEMBOURG INVESTMENT FUND US EQUITY PLUS<br><br>LUXEMBOURG | 1243<br>M GORDON EHRLICH<br>BOSTON MASSACHUSETTS 02110-1726 |
| 932<br>M&B CAPITAL ADVISERS GESTION SGIC, S.A.<br><br>SPAIN | 923<br>M&B CAPITAL ADVISERS HOLDING, S.A.<br><br>SPAIN |

Exhibit Pages
Redacted Version

924
M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A.

SPAIN

391
M. LEE WALLACE
NEW BRITAIN CT 06052

---

392
M. LEE WALLACE
NEW BRITAIN CONNECTICUT 06053

1002
M. R. INVESTMENT ASSOCIATES
MOLINE IL 61265

---

686
MAF ASSOCIATES, LLC
PALM BEACH GARDENS FL 33418

798
MAGNIFY, INC.
PANAMA CITY
PANAMA

---

941
MAITRE ALAIN RUKAVINA

LUXEMBOURG

621
MALIBU TRADING & INVESTING
SHERMAN OAKS CA 91403

---

378
MANDELL & BLAU, MD'S PC 401(K) PROFIT SHARING PLAN
NEW BRITAIN CT 06052

114
MANFRED FRANITZA
LLOYD HARBOR NY 11743

---

115
MANFRED FRANITZA
VERO BEACH FL 32963

112
MANFRED FRANITZA REVOCABLE TRUST
LLOYD HARBOR NY 11743

---

113
MANFRED FRANITZA REVOCABLE TRUST
VERO BEACH FL 32963

171
MARC B. WOLPOW
WELLESLEY MA 02481

---

172
MARC B. WOLPOW 1995 FAMILY TRUST
BOSTON MA 02199

543
MARC BOGATIN, ESQ.
277 BROADWAY, SUITE 900
NEW YORK NEW YORK 10007-0011

---

980
MARC FISHER
GREENWICH CT 06830

214
MARC I. HERTZ
NEW YORK NY 10020

---

211
MARC I. HERTZ IRREVOCABLE TRUST DATED 3/15/92
NEW YORK NEW YORK 10020

241
MARCIA COHEN, IN HER CAPACITY AS TRUSTEE OF
THE RUTH ROSEN REVOCABLE TRUST AGREEMENT
BOCA RATON FL 33434

---

1063
MARCY R. HARRIS, ESQ.,
SCHULTE, ROTH & ZABEL LLP
919 THIRD AVENUE
NEW YORK NY 10022

1156
MARCY R. HARRIS, ESQ.,  SCHULTE, ROTH & ZABEL LLP
919 THIRD AVENUE
NEW YORK NY 10022

---

294
MARGARET HO REVOCABLE TRUST
SAN FRANCISCO CA 94111

295
MARGARET HO, A.K.A., MARGARET MUI KI HO,
MARGARET MUI KI LEONG AND MARGARET H. LEONG, AS TRUSTOR,
AS TRUSTEE AND AS AN INDIVIDUAL
SAN FRANCISCO CA 94111

---

1193
MARGARET UNFLAT,
INDIVIDUALLY AND AS JOINT TENANT
HAWLEY PA 18428

116
MARGRIT FRANITZA
LLOYD HARBOR NY 11743

---

117
MARGRIT FRANITZA
VERO BEACH FL 32963

312
MARIA C. BARRA
BROOKLYN NEW YORK 11209

---

44
MARIANNE LOWREY
N PALM BEACH FL 33408

247
MARILYN KATZENBERG
LOS ANGELES CA 90064

Exhibit Pages
Redacted Version

| | |
|---|---|
| 1127<br>MARILYN S. TUSHMAN<br>BROOKLINE MA 02446 | 814<br>MARION B. ROTH<br>BOCA RATON FL 33433 |
| 610<br>MARION SPEER<br>BOCA RATON FLORIDA 33431 | 611<br>MARION SPEER<br>BOCA RATON FLORIDA 33496 |
| 634<br>MARITAL TRUST FOR THE BENEFIT OF JAYNE KLEIN<br>HEWLETT NY  11557 | 635<br>MARITAL TRUST FOR THE BENEFIT OF JAYNE KLEIN<br>SOUTH BERWICK,  ME  03908 |
| 523<br>MARITAL TRUST I C/O LOU STERN AND RUSSELL STERN, TRUSTEES<br>PORT WASHINGTON NEW YORK 11050-1911 | 524<br>MARITAL TRUST I C/O LOU STERN AND RUSSELL STERN, TRUSTEES<br>PORT WASHINGTON NEW YORK 11050-1113 |
| 516<br>MARITAL TRUST II C/O LOU STERN AND RUSSELL STERN, TRUSTEES<br>PORT WASHINGTON NEW YORK 11050-1911 | 517<br>MARITAL TRUST II C/O LOU STERN AND RUSSELL STERN, TRUSTEES<br>PORT WASHINGTON NEW YORK 11050-1113 |
| 1225<br>MARITAL TRUST UNDER ARTICLE VI OF THE WILL OF ARTHUR I.<br>MEYER<br>PALM BEACH FL 33480 | 134<br>MARJORIE HEINE BERGER<br>WEST ORANGE NJ 07052 |
| 1033<br>MARJORIE HILL FAMILY TRUST<br>SAN RAFAEL CA 94903 | 460<br>MARJORIE KLEINMAN<br>NEW YORK NEW YORK 10022 |
| 1204<br>MARK & CAROL ENTERPRISES, INC.<br>SOUTHAMPTON NY 11968 | 1205<br>MARK & CAROL ENTERPRISES, INC.<br>NEW YORK NY 10018 |
| 1206<br>MARK & CAROL ENTERPRISES, INC.<br>PALM BEACH FL 33480 | 1207<br>MARK & CAROL ENTERPRISES, INC.<br>NEW YORK NY 10021 |
| 687<br>MARK A. FREEMAN<br>PALM BEACH GARDENS FL 33418 | 695<br>MARK C. SCHOBER AS TRUSTEE<br>EAST AMHERST NY 14051 |
| 1146<br>MARK E. BLOCK<br>NORWICH CONNECTICUT  06300 | 927<br>MARK HYLAND, ESQ.; SEWARD & KISSEL, LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 |
| 1009<br>MARK J. FRIEDMAN, ESQ.<br>DLA PIPER<br>6225 SMITH AVENUE<br>BALTIMORE MARYLAND 21209 | 653<br>MARK J. HYLAND, SEWARD & KISSEL<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 |
| 756<br>MARK STEFANELLI<br>TOTOWA NJ 07036 | 1209<br>MARK T. LEDERMAN<br>SOUTHAMPTON NY 11968 |
| 1210<br>MARK T. LEDERMAN<br>PALM BEACH FL 33480 | 1211<br>MARK T. LEDERMAN<br>NEW YORK NY 10018 |
| 1212<br>MARK T. LEDERMAN<br>NEW YORK NY 10021 | 929<br>MARSHALL R. KING, GIBSON DUNN<br>200 PARK AVENUE<br>NEW YORK NY 10166-0193 |
| 1135<br>MARTIN B. EPSTEIN<br>NEW ROCHELLE NY 10805 | 961<br>MARTIN FLUMENBAUM, ESQ.<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6064 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 277<br>MARTIN GETTINGER<br>WAYNE NJ 07470 | 278<br>MARTIN GETTINGER<br>NEW YORK NY 10018 |
| 400<br>MARTIN HARNICK<br>NEW YORK NY 10038 | 1141<br>MARTIN LIFTON<br>DELRAY BEACH FL 33484 |
| 1143<br>MARTIN LIFTON<br>BOCA RATON FL 33487 | 397<br>MARTIN R. HARNICK &<br>STEVEN P. NORTON PARTNERS<br>NEW YORK NY 10038 |
| 399<br>MARTIN R. HARNICK & STEVEN P. NORTON PARTNERS<br>FORT LAUDERDALE FLORIDA 33301-2649 | 359<br>MARTIN SCHUPAK<br>YONKERS NY 10710 |
| 360<br>MARTIN SCHUPAK<br>VALLEY COTTAGE NEW YORK 10989 | 739<br>MARVIN D. WAXBERG<br>BOYNTON BEACH FLORIDA 33436 |
| 753<br>MARY ANN STEFANELLI<br>TOTOWA NJ 07036 | 243<br>MARY GUIDUCCI<br>MANHASSET NY 11030 |
| 321<br>MARY GUIDUCCI<br>MANHASSET NEW YORK 11030 | 957<br>MARY M. DAVIS<br>WESTFIELD NJ 07090 |
| 902<br>MASS MUTUAL HOLDING, LLC<br>SPRINGFIELD MASSACHUSETTS 01111 | 903<br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY<br>SPRINGFIELD  MASSACHUSETTS 01111 |
| 221<br>MATHEW L. GLADSTEIN<br>SCARSDALE NY 10583 | 548<br>MATTHEW B. REISCHER<br>VOORHEES NJ 08043 |
| 752<br>MINOR 3<br>MONTCLAIR NJ 07043 | 622<br>MATTHEW J. GOLD, ESQ.<br>551 FIFTH AVENUE, 18TH FLOOR<br>NEW YORK NY 10176 |
| 811<br>MAX FOLKENFLIK, ESQ.<br>FOLKENFLIK & MCGERITY<br>1500 BROADWAY<br>21ST FLOOR<br>NEW YORK NY 10036 | 150<br>MAX MANDIS<br>MONROE TWP NEW JERSEY 08831 |
| 984<br>MAXAM ABSOLUTE RETURN FUND, LTD.<br><br>CAYMAN ISLANDS | 474<br>MAXINE EISENBERG<br>UNION NEW JERSEY 07083 |
| 475<br>MAXINE EISENBERG<br>SHORT HILLS NEW JERSEY 07078 | 764<br>MAYNARD GOLDMAN<br>GRANTHAM NH 03753 |
| 341<br>MEGAN BURICH<br>MAPLE GROVE MN 55311 | 342<br>MEGAN BURICH<br>CORCORAN MINNESOTA 55340 |
| 1149<br>MELISSA MYERS<br>NEW YORK NY 10003 | 585<br>MELISSA PERLEN (A/K/A MELISSA PERLEN GREENBAUM),<br>INDIVIDUALLY AND AS GRANTOR AND BENEFICIARY OF, THE TRUST<br>F/B/O MELISSA PERLEN U/A DATED 9/12/1979<br>KINGS POINT NY 11023 |
| 1131<br>MERCEDES P. REA<br>SANDS POINT NY 11050 | 1217<br>MERIDA ASSOCIATES INC.<br>WEST PALM BEACH FL 33406 |

Exhibit Pages
Redacted Version

266
MERYL EVENS, AS TRUSTEE FOR THE HO MARITAL
APPOINTMENT TRUST AND AS PERSONAL
REPRESENTATIVE, AND BENEFICIARY, OF
THE ESTATE OF CLAIRE OSHRY
PORTLAND OREGON 97209

560
MICHAEL D. & L. GAIL SULLIVAN
FORT LAUDERDALE FLORIDA 33308

424
MICHAEL DAHME
GRANT FL 32949

129
MICHAEL HEINE
WESTPORT CT 06880

1144
MICHAEL I. GOLDBERG
AKERMAN SENTERFITT,
350 EAST LAS OLAS BOULEVARD SUITE 1600
FORT LAUDERDALE FL 33301

631
MICHAEL KLEIN
OJAI CA 93023

1157
MICHAEL LIEBERBAUM
SARASOTA FL 34239

1029
MICHAEL R. DEPAUL, JR., ESQ.
REINSEL KUNTZ LESHER LLP
1330 BROADCASTING ROAD
WYOMISSING PA 19610

530
MICHAEL R. SWIRNOFF
MINNEAPOLIS MINNESOTA 55401

531
MICHAEL R. SWIRNOFF
LA JOLLA CALIFORNIA 92037

551
MICHAEL SULLIVAN
FORT LAUDERDALE FLORIDA 33308

552
MICHAEL SULLIVAN
FORT LAUDERDALE FLORIDA 33308

74
MICHAEL W. SONNENFELDT
SOUTHPORT  CT 06890

75
MICHAEL W. SONNENFELDT
NEW YORK NY 10023

408
MICHELLE GLATER, AS PERSONAL REPRESENTATIVE AND AS A
INDIVIDUAL
WESTON FL 33331

467
MIGS WOODSIDE
SCOTTSDALE AZ  85266

468
MIGS WOODSIDE
NEW YORK NY 10019

152
MILDRED SHAPIRO
FLUSHING NY 11367

296
MILES & SHIRLEY FITERMAN
CHARITABLE FOUNDATION
PALM BEACH FL 33480

297
MILES & SHIRLEY FITERMAN
CHARITABLE FOUNDATION
GOLDEN VALLEY MN 55427

67
MILES AND SHIRLEY FITERMAN
ENDOWMENT FUND FOR DIGESTIVE DISEASES
ROCHESTER MN 55905

1028
MILTON GOLDWORTH
NEW YORK NY 10022

149
MIRIAM BEREN
DENVER CO 80204

274
MISCORK CORP. RETIREMENT PLAN
SCARSDALE NY 10583

275
MISCORK CORP. RETIREMENT PLAN
SCARSDALE NY 10583

276
MISCORK CORP. RETIREMENT PLAN
SCARSDALE NY 10583

246
MK ANNUITY TRUST
LOS ANGELES CA 90064

480
MONA PUGLIESE

BRITISH VIRGIN ISLANDS

259
MONTBARRY INCORPORATED
MIAMI BEACH FL 33139

260
MONTBARRY INCORPORATED
ROAD TOWN  TORTOLA
BRITISH VIRGIN ISLANDS

**Exhibit Pages**
Redacted Version

| | |
|---|---|
| 423<br>MONTECITO BANK & TRUST, AS TRUSTEE OF DAHME FAMILY BYPASS<br>TESTAMENTARY TRUST DATED 10/27/76 AND AS TRUSTEE OF TRUST<br>"C" UNDER THE REVOCABLE TRUST FOR COMMUNITY PROPERTY AND<br>SEPARATE PROPERTY OF ROBERT L. DAHME AND DELORES K. DAHME<br>MONTECITO CA 93108 | 834<br>MONTPELLIER RESOURCES LTD.<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS |
| 137<br>MORGAN HALEY HEINE<br>WESTPORT CT 06880 | 1034<br>MORTON HILL FAMILY TRUST<br>SAN RAFAEL CA 94903 |
| 979<br>MOSES & SINGER LLP<br>ATTN: ALLAN GRAUBERD<br>405 LEXINGTON AVENUE<br>NEW YORK NY 10174-1299 | 315<br>MOUNT CAPITAL ASSET SUBSIDIARY LIMITED<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS |
| 313<br>MOUNT CAPITAL FUND LTD<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS | 318<br>MOUNT CAPITAL LIMITED<br>LONDON SW1Y 6EE<br>ENGLAND |
| 921<br>MULTIMANAGER FUND<br>RYE NEW YORK 10580 | 290<br>MURIEL SHAPIRO<br>PALM BEACH FL 33480 |
| 947<br>MURRAY GOLD TRUST<br>FOR THE BENEFIT OF THE GOLD CHILDREN<br>FREMONT CA 94536 | 73<br>MUUS INDEPENDENCE FUND L.P.<br>WESTPORT CT 06880 |
| 974<br>MYRA PERLEN<br>BOCA RATON FL 33434 | 973<br>MYRA PERLEN TRUSTEE<br>BOCA RATON FL 33434 |
| 584<br>MYRA PERLEN, AS TRUSTEE FOR THE<br>TRUST F/B/O MELISSA PERLEN U/A<br>DATED 9/12/1979<br>BOCA RATON FL 33434 | 1001<br>N. R. INVESTMENT ASSOCIATES<br>MOLINE IL 61265 |
| 148<br>N. ZWI LEITER<br>SCRANTON PA 18510 | 154<br>NACHEMA SINGER<br>BROOKLYN NY 11220 |
| 794<br>NANCILEE WYDRA<br>VERO BEACH FL 32963 | 216<br>NANCY ATLAS<br>WAYLAND MA 01778 |
| 607<br>NANCY B. COLMAN, ESQ.<br>BARITZ & COLMAN LLP<br>1075 BROKEN SOUND PARKWAY, NW<br>SUITE 102<br>BOCA RATON FLORIDA 33487 | 1227<br>NANCY BEHRMAN<br>NEW YORK NY 10075 |
| 130<br>NANCY ELLEN HEINE MOSKOWITZ<br>NEW YORK NY 10021 | 1060<br>NANCY VICTORINE<br>WEST ORANGE NJ  07052 |
| 766<br>NANCY ZRAICK<br>BROOKLYN NEW YORK 11228 | 862<br>NANTUCKET VENTURES LIMITED<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS |
| 863<br>NANTUCKET VENTURES LIMITED<br>NEW YORK NY 10022 | 948<br>NATALIE MILLE REMSEN<br>DELRAY BEACH  FL 33484 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 177<br>NATHAN KASE<br>NEW YORK NEW YORK 10128 | 355<br>NATHAN SHUPAK<br>YONKERS NY 10710 |
| 356<br>NATHAN SHUPAK<br>BRONX NEW YORK 10471 | 945<br>NATHANIEL GOLD (AS INDIVIDUAL AND TRUSTEE)<br>FREMONT CA 94536 |
| 381<br>NEAL D. BARKOFF<br>FARMINGTON CONNECTICUT 06052 | 382<br>NEAL D. BARKOFF<br>NEW BRITAIN CT 06052 |
| 1048<br>NEIL REGER<br>BOCA RATON FL 33487 | 1049<br>NEIL REGER PROFIT SHARING KEOGH<br>BOCA RATON FL 33487 |
| 439<br>NELL HEFFNER<br>EAST HAMPTON NY 11937 | 404<br>NELSON C. KESHEN, ESQ., AND BRIAN W. PARISER, ESQ.<br>9155 SOUTH DADELAND BLVD., PH-1, STE. 1718<br>MIAMI FL 33156 |
| 762<br>MINOR 6<br>TOTOWA NJ 07036 | 175<br>NINA WOLPOW<br>WELLESLEY MA 02481 |
| 1062<br>NOEL LEVINE<br>CHICAGO IL 60610 | 988<br>NOMURA BANK INTERNATIONAL PLC<br><br>ENGLAND |
| 989<br>NOMURA BANK INTERNATIONAL PLC<br><br>ENGLAND | 520<br>NORCA MARITAL TRUST C/O LOU STERN, RUSSELL STERN AND<br>THEODORE WM TASHLIK, TRUSTEES<br>PORT WASHINGTON NEW YORK 11050-1911 |
| 521<br>NORCA MARITAL TRUST C/O LOU STERN, RUSSELL STERN AND<br>THEODORE WM TASHLIK, TRUSTEES<br>PORT WASHINGTON NEW YORK 11050-1113 | 522<br>NORCA MARITAL TRUST C/O LOU STERN, RUSSELL STERN AND<br>THEODORE WM TASHLIK, TRUSTEES<br>GREAT NECK NY 11021 |
| 352<br>NORTH SHORE CHILD & FAMILY<br>GUIDANCE ASSOCIATION INC<br>ROSLYN HEIGHTS NY 11577 | 1137<br>OAKDALE FOUNDATION INC<br>PALM BEACH  FLORIDA  33480 |
| 838<br>OLYMPUS ASSETS LDC<br>GEORGE TOWN GRAND CAYMAN<br>CAYMAN ISLANDS | 839<br>OLYMPUS ASSETS LDC<br>GEORGE TOWN GRAND CAYMAN<br>CAYMAN ISLANDS |
| 681<br>OMEGA ASSET MANAGEMENT LLC<br>WILMINGTON DE 19808 | 682<br>OMEGA ASSET MANAGEMENT LLC<br>MINNEAPOLIS MN 55405 |
| 901<br>OPENHEIMER ACQUISITION CORPORATION<br>NEW YORK NEW YORK 10281 | 305<br>OREADES SICAV, REPRESENTED BY ITS LIQUIDATOR INTER<br>INVESTISSEMENTS S.A.<br><br>LUXEMBOURG |
| 343<br>OSCAR PALMER<br>MAPLE GROVE MN 55311 | 344<br>OSCAR PALMER<br>MAPLE GROVE MINNESOTA 55311 |
| 805<br>OSNAT DODELSON<br><br>ISRAEL | 550<br>P&S ASSOCIATES<br>FORT LAUDERDALE FLORIDA 33308 |

Date : 3/14/2011

| | |
|---|---|
| 710<br>PALKO ASSOCIATES<br>WYOMISSING PA 19610 | 326<br>PALMER FAMILY TRUST<br>MAPLE GROVE MN 55311 |
| 328<br>PALMER FAMILY TRUST<br>RAPID CITY SOUTH DAKOTA 57709 | 600<br>PALMER FUND MANAGEMENT SERVICES LIMITED<br><br>GUERNSEY, CHANNEL ISLANDS |
| 1198<br>PAMELA GERONEMUS<br>BOCA RATON FLORIDA 33486 | 409<br>PAMELA HARNICK<br>ANN ARBOR MI 48103 |
| 7<br>PARTNERS ADVISERS S.A.<br>CH-1204 GENEVA<br>SWITZERLAND | 256<br>PATRICIA A. THACKRAY<br>NEW YORK NEW YORK 10025 |
| 761<br>PATRICIA MORETTA<br>TOTOWA NJ 07036 | 623<br>PATRICIA VINNECOUR<br>WEST HILLS CA 91307 |
| 767<br>PATRICIA ZRAICK DELUCA<br>BROOKLYN NEW YORK 11209 | 796<br>PAUL ALLEN<br>THOUSAND OAKS CA 91360 |
| 712<br>PAUL J. KOZLOFF<br>WYOMISSING PA 19610 | 999<br>PAUL L. LOEB<br>HIGHLAND PARK ILLINOIS 60035 |
| 998<br>PAUL L. LOEB LIVING TRUST<br>HIGHLAND PARK ILLINOIS 60035 | 942<br>PAUL LAPLUME<br><br>LUXEMBOURG |
| 1119<br>PAUL MEYER<br>695 TOWN CENTER DR.<br>SUITE 875<br>COSTA MESA CA 92626 | 734<br>PAUL R. COMEAU<br>PALM BEACH FLORIDA 33480 |
| 226<br>PAUL S. TEIRSTEIN<br>LA JOLLA CA 92037 | 357<br>PAUL SCHUPAK<br>YONKERS NY 10710 |
| 358<br>PAUL SCHUPAK<br>WHITE PLAINS NEW YORK 10605 | 549<br>PAUL VOYNOW<br>WASHINGTON CROSSING PA 18977 |
| 235<br>PECORELLA INVESTMENT GROUP, LLC<br>BROCKPORT NY 14420 | 222<br>PERGAMENT EQUITIES LLC<br>WOODBURY NY 11797 |
| 223<br>PERGAMENT EQUITIES LLC<br>NEW YORK NY 10022 | 18<br>PERI ARENAS<br>NEW YORK NY 10065 |
| 779<br>PERINVEST MARKET NEUTRAL FUND<br>HAMILTON HM11<br>BERMUDA | 825<br>PETER B. MADOFF, IN HIS CAPACITY AS TRUSTEE<br>OF THE TRUST U/A VI OF THE WILL<br>OF GLADYS C. LURIA<br>F/B/O JOAN L. FISHER AND TRUSTEE<br>OF THE TRUST U/A VII OF<br>THE WILL OF GLADYS C. LURIA<br>F/B/O JOAN L. FISHER<br>OLD WESTBURY NEW YORK 11568 |

632
PETER GROSSMAN
HEWLETT,  NY 11557

778
PG MARKETING, INC., IN ITS CAPACITY AS TRUSTEE
FOR THE BENEFIT OF THE JPT REINSURANCE CO., LTD.
PORTFOLIO TRUST UNDER SEPARATE AGREEMENT
DATED 6/1/98
DALLAS TX 75254

742
PHILIP D. ANKER
WILMERHALE
399 PARK AVENUE
NEW YORK NY 10022

850
PHILIP SUSSWEIN
PROSKAUER ROSE LLP
1585 BROADWAY
NEW YORK NY 10036

478
PHOENIX LAKE, LTD.
CATEMADERA CA 94925

545
PHYLLIS B. REISCHER
KEY BISCAYNE FL 33149

1172
PHYLLIS GREENBERGER
WASHINGTON DC 20015

479
PIERRE CAROLINE

BRITISH VIRGIN ISLANDS

803
PREMERO INVESTMENT LTD.
ROAD TOWN TORTOLA
BRITISH VIRGIN ISLANDS

804
PREMERO INVESTMENT LTD. II
ROAD TOWN TORTOLA
BRITISH VIRGIN ISLANDS

786
R&H TRUST CO. (JERSEY) LIMITED
ST. HELIER  JE4 8PW
JERSEY, CHANNEL ISLANDS

173
R. BRADFORD MALT, IN HIS CAPACITY
AS TRUSTEE OF THE MARC B. WOLPOW,
1995 FAMILY TRUST
BOSTON MA 02108

645
R. JAMES BRENNER
SAN FRANCISCO CA 94116

808
R.H. BOOK LLC
NEW CITY NEW YORK 10956

151
RABBI SOLOMON B. SHAPIRO
FLUSHING NY 11367

783
RADCLIFFES TRUSTEE COMPANY SA
1211 GENEVA 1
SWITZERLAND

841
RAFAEL MAYER
NEW YORK NY 10128

302
RAYMOND P. MCCARTHY
NEW YORK NEW YORK 10021

311
RAYMOND P. MCCARTHY
NEW YORK NEW YORK 10021

145
RAZEL FASKOWITZ
FRESH MEADOWS NY 11365

529
RD & D LIMITED PARTNERSHIP
MINNEAPOLIS MINNESOTA 55401

301
REDEMPTORIST FATHERS OF NEW YORK EXTERNS –
TODA PENSION FUND
BROOKLYN NY 11209

310
REDEMPTORIST FATHERS OF NY EXTERNS -
BARRA PENSION FUND
BROOKLYN NEW YORK 11209

654
RELIANCE MANAGEMENT (BVI) LIMITED
ROAD TOWN TORTOLA
BRITISH VIRGIN ISLANDS

925
RELIANCE MANAGEMENT (BVI) LIMITED
ROAD TOWN TORTOLA
BRITISH VIRGIN ISLANDS

655
RELIANCE MANAGEMENT (GIBRALTAR) LIMITED
MARINE BAY
GIBRALTAR

926
RELIANCE MANAGEMENT (GIBRALTAR) LIMITED

GIBRALTAR

672
RICHARD A. MAY
ALLENTOWN PA 18704

258
RICHARD B. KOMMIT
NEWTON MA 02459

257
RICHARD B. KOMMIT REVOCABLE TRUST
NEWTON MA 02459

405
RICHARD C. WOLFE, ESQ.
EHRENSTEIN CARBONNEAU CALDERIN
501 BRICKELL KEY DR., STE. 300
MIAMI FL 33131

65
RICHARD FRIEDMAN
JERICHO NY 11753

66
RICHARD FRIEDMAN
WEST ORANGE NJ 07052-6610

1032
RICHARD G. EATON
NEW ROCHELLE NY 10805

385
RICHARD GLISSON
NEW BRITAIN CT 06052

386
RICHARD GLISSON
WEST HARTFORD CONNECTICUT 06117

1196
RICHARD J. GERONEMUS
PLANTATION  FLORIDA 33324

207
RICHARD J. SCHWARTZ, IN HIS REPRESENTATIVE CAPACITY
AS EXECUTOR OF THE ESTATE OF IRENE SCHWARTZ AND
AS BENEFICIARY UNDER THE WILL OF IRENE SCHWARTZ
NEW YORK NEW YORK 10021

606
RICHARD KARYO
BOCA RATON FL 33434

532
RICHARD L. LEDIN
PLYMOUTH MINNESOTA 55441

729
RICHARD L. SPINOGATTI
C/O PROSKAUER,
ELEVEN TIMES SQUARE
NEW YORK NY 10036-8299

711
RICHARD LAWLER, ESQ.
WINSTON & STRAWN LLP
200 PARK AVENUE
NEW YORK NY 10166

707
RICHARD LEVY, JR., ESQ.
PRYOR CASHMAN LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036

162
RICHARD LEVY, JR., ESQ.,  PRYOR CASHMAN LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036

418
RITA D. GRAYBOW
MARINA DEL REY CA 90292-6278

419
RITA D. GRAYBOW
MARINA DEL RAY CA 90292

605
RITA HEFTLER
FLORAL PARK NY 11005

421
RITA SORREL
RYE BROOK NY 10573

1055
ROBERT BELFER
NEW YORK NY 10021

648
ROBERT DANIEL VOCK
GREENWICH CT 06831

657
ROBERT E. MAY
BLUE BELL PA 19422

694
ROBERT F. HILL AS TRUSTEE
EAST CONCORD NY 14055

708
ROBERT FRIED
ROSLYN NY 11576

133
ROBERT G. HEINE
PALM BEACH  FL 33418

1168
ROBERT GREENBERGER
WASHINGTON DC 20015

304
ROBERT H. BARON
CRAVATH SWAINE & MOORE LLP
WORLDWIDE PLAZA 825 EIGHTH AVENUE
NEW YORK NY 10019

Date : 3/14/2011

Exhibit Pages
Redacted Version

807
ROBERT H. BOOK
NEW CITY NEW YORK 10956

744
ROBERT HARTMAN, ESQ.
LINDQUIST & VENNUM
4200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS MN 55402

905
ROBERT I. SCHULMAN
ARMONK NEW YORK 10504

534
ROBERT J. HARTMAN, ESQ.
LINDQUIST & VENNUM
4200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS MINNESOTA 55402

1134
ROBERT L. EPSTEIN
SCARSDALE NY 10583

613
ROBERT M. GRIFFITH
TIMONIUM MD 21093

53
ROBERT NYSTROM
SYOSSET NY 11791

1182
ROBERT P. SALTSMAN, AS TRUSTEE
OF THE STEVEN P. HELLER REVOCABLE TRUST
WINTER PARK FLORIDA 32789-4105

224
ROBERT PERGAMENT
BOCA RATON FL 33496

758
MINOR 5
TOTOWA NJ 07036

35
ROBERT YAFFE
OYSTER BAY NY 11771

36
ROBERT YAFFE
JERICHO NY 11753

37
ROBERT YAFFE
MELVILLE NY 11747

56
ROBERT YAFFE
JERICHO NY 11753

282
ROBERT YAFFE
JERICHO NY 11753

374
ROBIN H. BARTELS TRUST
PORT WASHINGTON NY 11050-1709

537
ROBSTEBRY MANAGEMENT CORP
GOLDEN VALLEY MINNESOTA 55422

538
ROBSTEBRY MANAGEMENT CORP
GOLDEN VALLEY MINNESOTA 55422

793
ROBYN LEE GOODMAN
NEW YORK NY 10025

106
ROGER RECHLER REVOCABLE TRUST
NEW YORK NY 10016

594
RONALD A. GUTTMAN
NEW YORK NY 10028

472
RONALD EISENBERG 1995 CONTINUING TRUST
UNION NEW JERSEY 07083

514
ROSALIND C. WHITEHEAD
SAN FRANCISCO CA 94118

513
ROSALIND C. WHITEHEAD REVOCABLE
TRUST  DATED 3/8/07
SAN FRANCISCO CA 94118

1024
ROSALYNE WEINER REVOCABLE TRUST
IN ITS CAPACITY AS A LIMITED PARTNER OF
WEINER INVESTMENTS, L.P.
LONG BOAT KEY FL 34228

1025
ROSALYNE WEINER
IN HER CAPACITY AS TRUSTEE OF
THE ROSALYNE WEINER REVOCABLE TRUST
LONG BOAT KEY  FL 34228

949
ROSE BETH GOLD
TAMARAC FL 33321

156
ROSE WACHTEL
HILLSIDE NJ 07205

554
ROSEMARY LEO-SULLIVAN
DEERFIELD BEACH FLORIDA 33442

689
RUSSEL J. DELUCIA
CAMBRIDGE MA 02139

Date : 3/14/2011

| | |
|---|---|
| 518<br>RUSSELL STERN<br>PORT WASHINGTON NEW YORK 11050-1911 | 593<br>RUTH C. SPIRO<br>MAMARONECK NY 10543 |
| 580<br>RUTH RUSS<br>LAGUNA BEACH CA 92652 | 331<br>RYAN P. MURRAY<br>MAPLE GROVE MN 55311 |
| 680<br>RYAN TAVLIN<br>LOS ANGELES CA 90046 | 674<br>RYAN TAVLIN TRUST<br>MINNEAPOLIS MN 55405 |
| 675<br>RYAN TAVLIN TRUST<br>NEW YORK NY 10158-0125 | 897<br>RYE SELECT BROAD MARKET FUND, LP<br>JAMIE STECHER<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP<br>900 THIRD AVENUE<br>NEW YORK, NEW YORK 10022 |
| 895<br>RYE SELECT BROAD MARKET INSURANCE PORTFOLIO LDC<br>GEORGE TOWN GRAND CAYMAN<br>CAYMAN ISLANDS | 893<br>RYE SELECT BROAD MARKET PORTFOLIO LIMITED<br>GEORGE TOWN GRAND CAYMAN<br>CAYMAN ISLANDS |
| 994<br>RYE SELECT BROAD MARKET XL FUND, LP<br>RYE  NEW YORK 10580 | 896<br>RYE SELECT BROAD MARKET XL PORTFOLIO LIMITED<br>GEORGE TOWN GRAND CAYMAN<br>CAYMAN ISLANDS |
| 996<br>RYE SELECT BROAD MARKET XL PORTFOLIO LIMITED<br>GEORGE TOWN, GRAND CAYMAN<br>CAYMAN ISLANDS | 918<br>RYE SELECT EQUITIES FUND<br>RYE NEW YORK 10580 |
| 789<br>S H & HELEN R SCHEUER FAM FDN INC<br>C/O 61 ASSOCIATES<br>NEW YORK NY 10158 | 553<br>S&P ASSOCIATES<br>FORT LAUDERDALE FLORIDA 33308 |
| 810<br>S. JAMES COPPERSMITH<br>MARBLEHEAD MA 01945 | 1037<br>SALLY HILL<br>GUILFORD CONNECTICUT 06437 |
| 627<br>SAM W. KLEIN EIGHTH RESTATED REVOCABLE TRUST<br>AGREEMENT DATED JUNE 5, 2007,<br>OJAI CA 93023 | 630<br>SAM W. KLEIN EIGHTH RESTATED REVOCABLE TRUST<br>AGREEMENT DATED JUNE 5, 2007,<br>CHARLOTTE  NC  28255 |
| 628<br>SAM W. KLEIN EIGHTH RESTATED REVOCABLE TRUST AGREEMENT<br>DATED JUNE 5, 2007,<br>DALLAS TX 75201 | 629<br>SAM W. KLEIN EIGHTH RESTATED REVOCABLE TRUST<br>AGREEMENT DATED JUNE 5, 2007,<br>HEWLETT, NY 11557 |
| 414<br>SAMANTHA STORY<br>NEW YORK NY 10009 | 697<br>SAMUEL CAPITANO AS TRUSTEE<br>BUFFALO NY 14217 |
| 1026<br>SAMUEL DIBIASE<br>IN HIS CAPACITY AS A JOINT TENANT OF<br>A JOINTY TENANCY ACTING AS A LIMITED PARTNER<br>OF WEINER INVESTMENTS, L.P.<br>SEWICKLEY PA 15143 | 166<br>SANDRA B. SINDEL, ESQ.<br>GOLOMB SINDEL PC<br>16 EAST 34TH STREET<br>NEW YORK NY 10016 |
| 244<br>SANDRA GUIDUCCI<br>FLUSHING NEW YORK 11355 | 127<br>SANDRA HEINE<br>PALM BEACH FL 33480 |
| 904<br>SANDRA L. MANZKE<br>ROYAL PALM BEACH FLORIDA 33441 | 1194<br>SARL INVESTMENTS COMPANY, INC<br>BOCA RATON FL 33431 |

| | |
|---|---|
| 364<br>SAX-BARTELS ASSOCIATES, LIMITED PARTNERSHIP<br>PORT WASHINGTON NY 11050-1709 | 365<br>SAX-BARTELS ASSOCIATES, LIMITED PARTNERSHIP<br>MANHASSET HILLS NEW YORK 11040 |
| 576<br>SCOTT E. COHN, ESQ.<br>800 SE THIRD AVENUE, SUITE 200<br>FT. LAUDERDALE FL 33316 | 107<br>SCOTT RECHLER<br>GLEN HEAD NY 11545 |
| 792<br>SECOND ACT ASSOCIATES, INC.<br>MORRISTOWN NJ 07960 | 791<br>SECOND ACT ASSOCIATES, L.P.<br>MORRISTOWN NJ 07960 |
| 293<br>SECOND MARITAL TRUST UNDER THE<br>ARNOLD SHAPIRO 11/9/96 TRUST<br>PALM BEACH FL 33480 | 995<br>SETH M. SCHWARTZ<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>FOUR TIMES SQUARE<br>NEW YORK NY 10036-6522 |
| 894<br>SETH SCHWARTZ, ESQ.<br>SKADDEN, ARPS, SLATE, MEAGHER, & FLOM LLP<br>FOUR TIMES SQUARE<br>NEW YORK, NEW YORK  10036 | 462<br>SEYFAIR LLC<br>WHITE PLAINS NY 10605 |
| 459<br>SEYMOUR KLEINMAN<br>WHITE PLAINS NY 10605 | 515<br>SFIC, LLC<br>WILMINGTON DE 19801 |
| 26<br>SHADOW ASSOCIATES LP<br>ST. JAMES NY  11780 | 369<br>SHANTI S. SAX<br>PORT WASHINGTON NY 11050-1709 |
| 181<br>SHEILA PATRICIA STOLLER<br>OAK BROOK IL 60523 | 182<br>SHEILA PATRICIA STOLLER<br>NR SALISBURY WILTSHIRE SP3 5RZ<br>ENGLAND |
| 880<br>SHERMAN ROSENFIELD<br>MIAMI FLORIDA 33143 | 1161<br>SHERRY MORSE MACCABEE<br>SAN FRANCISCO CA 94118 |
| 886<br>SHIRLEY BLANK<br>TAMARAC FLORIDA 33319 | 68<br>SHIRLEY FITERMAN<br>ROCHESTER MN 55905 |
| 62<br>SHIRLEY FRIEDMAN<br>EAST WILLISTON NY 11596 | 63<br>SHIRLEY FRIEDMAN<br>WEST ORANGE NJ 07052-6610 |
| 64<br>SHIRLEY FRIEDMAN<br>JERICHO NY 11753 | 1235<br>SHUM FAMILY PARTNERSHIP III, LP<br>BRIARCLIFF MANOR NY 10510 |
| 1236<br>SHUM FAMILY PARTNERSHIP III, LP<br>WILMINGTON DELAWARE 19801 | 1237<br>SHUM PARTNERS, INC.<br>TARRYTOWN NEW YORK 10591 |
| 1238<br>SHUM PARTNERS, INC.<br>DOVER DELAWARE 19904 | 1242<br>SIDNEY R. RABB TRUST<br>FBO CAROL R. GOLDBERG<br>BOSTON MA 02110 |
| 740<br>SONYA KAHN<br>WEST PALM BEACH FLORIDA 33401 | 345<br>S.P.<br>MAPLE GROVE MN 55311 |
| 346<br>S.P.<br>MAPLE GROVE MINNESOTA 55311 | 347<br>S.P.<br>MAPLE GROVE MINNESOTA 55311 |

08-01789-cgm    Doc 3931    Filed 03/15/11    Entered 03/15/11 12:03:11    Main Document
Pg 38 of 45
Exhibit Pages
Page # : 36
Date : 3/14/2011
Redacted Version

| | |
|---|---|
| 641<br>SOUTHPAC TRUST INTERNATIONAL, INC.<br>AVARAVA RAROTONGA<br>COOK ISLANDS | 806<br>SPECIAL SITUATIONS CAYMAN FUND, LP<br>GRAND CAYMAN  KY1-9001<br>CAYMAN ISLANDS |
| 562<br>SPJ INVESTMENTS, LTD.<br>C/O SULLIVAN & POWELL<br>FORT LAUDERDALE FLORIDA 33308 | 6<br>SQUARE ASSET MANAGEMENT LTD.<br>ROAD TOWN TORTOLA VG1110<br>BRITISH VIRGIN ISLANDS |
| 3<br>SQUARE ONE FUND LTD.<br>ROAD TOWN TORTOLA VG1110<br>BRITISH VIRGIN ISLANDS | 1042<br>SRIONE, LLC<br>SALMON ID 83467 |
| 775<br>STANDARD GROUP REINSURANCE CO., LTD.,<br>IN ITS CAPACITY AS TRUSTEE<br>FOR THE BENEFIT OF JPT REINSURANCE CO., LTD.<br>PORTFOLIO TRUST U/A/D 6/16/03<br>SONOMA CA 95476-8963 | 743<br>STANFORD M. BARATZ CHILDREN'S<br>IRREVOCABLE TRUST U/A DTD 11/90<br>WAYZATA MN 55391 |
| 716<br>STANLEY ELIAS<br>DEL RAY BEACH FLORIDA 33484 | 1232<br>STANLEY HIRSCHHORN<br>MANALAPAN NEW JERSEY 07726 |
| 33<br>STANLEY PLESENT<br>LARCHMONT NY 10538 | 649<br>STATE STREET BANK & TRUST COMPANY<br>BOSTON MASSACHUSETTS 02111 |
| 746<br>STEFANELLI INVESTORS GROUP<br>FORT LAUDERDALE FL 33308 | 747<br>STEFANELLI INVESTORS GROUP<br>MONTCLAIR NJ 07043 |
| 748<br>STEFANELLI INVESTORS GROUP<br>TOTOWA NJ 07036 | 702<br>STEPHANIE A. MINER AS TRUSTEE<br>SYRACUSE NY 13224 |
| 959<br>STEPHANIE AND MARK MADOFF FOUNDATION<br>NEW YORK NEW YORK 10012-3212 | 962<br>STEPHANIE MORGAN<br>NEW YORK NY 10012 |
| 963<br>STEPHANIE MORGAN<br>GREENWICH CT 06831 | 1035<br>STEPHEN HILL<br>SAN RAFAEL CA 94903 |
| 819<br>STEPHEN J. KRASS, ESQ.<br>KRASS, SNOW & SCHMUTTER, P.C.<br>419 PARK AVENUE SOUTH<br>19TH FLOOR<br>NEW YORK NY 10016 | 777<br>STEVE BURKE, IN HIS CAPACITY AS TRUSTEE<br>FOR THE BENEFIT OF JPT REINSURANCE CO., LTD.<br>PORTFOLIO TRUST U/A/D 6/16/03<br>LA QUINTA CALIFORNIA 92253-7684 |
| 772<br>STEVEN BELSON<br>BOCA RATON FLORIA 33431 | 361<br>STEVEN C. SCHUPAK<br>YONKERS NY 10710 |
| 362<br>STEVEN C. SCHUPAK<br>FORT LEE NEW JERSEY 07024 | 1040<br>STEVEN F. GATTI, ESQ.,<br>CLIFFORD CHANCE U.S. LLP<br>2001 K STREET, NW<br>WASHINGTON DC 20006 |
| 298<br>STEVEN FITERMAN<br>GOLDEN VALLEY MN 55427 | 579<br>STEVEN H. GROBSTEIN<br>HALLANDALE BEACH FL 33009 |
| 575<br>STEVEN H. GROBSTEIN REVOCABLE TRUST<br>HALLANDALE BEACH FL 33009 | 407<br>STEVEN HARNICK REVOCABLE LIVING TRUST<br>SOUTH MIAMI FL 33142 |

| | |
|---|---|
| 1072<br>STEVEN M. BERKOWITZ<br>SHARON MASSACHUSETTS 02067 | 1095<br>STEVEN M. BERKOWITZ 2004 GENERATION-SKIPPING TRUST<br>BOSTON MASSACHUSETTS 02109 |
| 1077<br>STEVEN M. BERKOWITZ IRREVOCABLE TRUST<br>SHARON MASSACHUSETTS 02067 | 1075<br>STEVEN M. BERKOWITZ TRUST<br>SHARON MASSACHUSETTS 02067 |
| 1076<br>STEVEN M. BERKOWITZ TRUST<br>SHARON MASSACHUSETTS 02067 | 1074<br>STEVEN M. BERKOWITZ, AS TRUSTEE<br>OF THE STEVEN M. BERKOWITZ TRUST<br>SHARON MASSACHUSETTS 02067 |
| 1078<br>STEVEN M. BERKOWITZ, AS TRUSTEE OF THE<br>STEVEN M. IRREVOCABLE BERKOWITZ TRUST<br>SHARON MASSACHUSETTS 02067 | 436<br>STEVEN MNUCHIN,<br>AS EXECUTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>NEW YORK NY 10021 |
| 1181<br>STEVEN P. HELLER REVOCABLE TRUST<br>WINTER PARK FLORIDA 32789-4105 | 1179<br>STEVEN P. HELLER,<br>AS PERSONAL REPRESENTATIVE,<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>LOPEZ ISLAND WASHINGTON 98261 |
| 401<br>STEVEN P. NORTON<br>FORT LAUDERDALE FLORIDA 33301-2649 | 411<br>STORY FAMILY TRUST #3<br>MONTVILLE NJ 07045 |
| 800<br>STRAND INTERNATIONAL<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS | 813<br>STROOCK & STROOCK & LAVAN LLP,<br>ATTN: DANIELLE A. WALSMAN, ESQ.<br>180 MAIDEN LANE<br>NEW YORK NY 10038 |
| 972<br>STUART PERLEN<br>BOCA RATON FL 33434 | 971<br>STUART PERLEN GRANTOR AND TRUSTEE<br>BOCA RATON FL 33434 |
| 970<br>STUART PERLEN REVOCABLE TRUST DTD 1/4/08<br>BOCA RATON FL 33434 | 583<br>STUART PERLEN, AS TRUSTEE FOR<br>THE TRUST F/B/O MELISSA PERLEN U/A<br>DATED 9/12/1979<br>BOCA RATON FL 33434 |
| 261<br>SULY LIBERMAN<br>MIAMI BEACH FL 33139 | 968<br>SUSAN ELKIN<br>OLD GREENWICH CT 06870 |
| 1136<br>SUSAN I. JACOBS<br>NEW YORK NY 10021 | 1088<br>SUSAN NEEDLEMAN, AS TRUSTEE<br>OF THE LILYAN BERKOWITZ TRUST<br>FRAMINGHAM MASSACHUSETTS 01701 |
| 1089<br>SUSAN NEEDLEMAN, AS TRUSTEE<br>OF THE LILYAN BERKOWITZ TRUST<br>MOULTONBOROUGH NEW HAMPSHIRE 03254 | 1018<br>SUSAN S. WEINER<br>IN HER CAPACITY AS LIMITED PARTNER OF<br>WEINER INVESTMENTS, L.P. AND AS<br>TRUSTEE OF THE BRUCE AND<br>SUSAN WEINER DYNASTY TRUST<br>PITTSBURGH PA 15238 |
| 587<br>SUZANNE LE VINE<br>PALM BEACH GARDENS FLORIDA 33418 | 586<br>SUZANNE LE VINE TRUST DTD 10/5/07<br>PALM BEACH GARDENS FL 33418 |
| 267<br>SUZANNE OSHRY, AS TRUSTEE FOR THE HO MARITAL<br>APPOINTMENT TRUST AND AS PERSONAL<br>REPRESENTATIVE, AND BENEFICIARY, OF<br>THE ESTATE OF CLAIRE OSHRY<br>CULVER CITY CA 90232 | 1220<br>SYDELLE F. MEYER, AS PERSONAL REPRESENTATIVE, AS TRUSTEE,<br>AND AS AN INDIVIDUAL<br>PALM BEACH FL 33480 |

| | |
|---|---|
| 1221<br>SYDELLE F. MEYER, AS PERSONAL REPRESENTATIVE, AS TRUSTEE,<br>AND AS AN INDIVIDUAL<br>WEST PALM BEACH FL 33406 | 869<br>SYDNEY, AMSTER & GREEN PLLC<br>122 E. 42ND STREET, SUITE 2800<br>NEW YORK NY 10168 |
| 4<br>TAMMY P. BIEBER<br>SHEARMAN & STERLING LLP<br>599 LEXINGTON AVENUE<br>NEW YORK NEW YORK   10022 | 684<br>TED BIGOS<br>EDINA MN 55435 |
| 11<br>TESUJI PARTNERS, LLC<br>NEW ROCHELLE NY 10804 | 21<br>TESUJI PARTNERS, LLC<br>NEW ROCHELLE NY 10804 |
| 12<br>THE 1995 JACK PARKER DESCENDANTS<br>TRUST NO. 1<br>NEW YORK NY 10021 | 13<br>THE 1995 JACK PARKER DESCENDANTS<br>TRUST NO. 1<br>NEW YORK NY 10019 |
| 1053<br>THE 1999 BELFER PARTNERSHIP LP<br>C/O BELFER MANAGEMENT LLC<br>NEW YORK NY 10153 | 795<br>THE ALLEN FAMILY TRUST<br>THOUSAND OAKS CA 91360 |
| 1050<br>THE ARTHUR & ROCHELLE BELFER<br>FOUNDATION INC.<br>NEW YORK NY 10153 | 507<br>THE BANCROFT LIMITED PARTNERSHIP<br>ROXBURY MASSACHUSETTS 02119 |
| 508<br>THE BANCROFT LIMITED PARTNERSHIP<br> WASHINGTON D.C. 20008 | 505<br>THE BERNARD AND SARAH GEWIRZ FOUNDATION, INC.<br> WASHINGTON D.C. 20006 |
| 506<br>THE CARL AND NANCY GEWIRZ FUND, INC.<br> WASHINGTON, D.C. 20036 | 969<br>THE DEBORAH AND ANDREW MADOFF FOUNDATION<br>NEW YORK NY 10021-3901 |
| 851<br>THE ESTATE OF BENNETT M. BERMAN<br>SANTA FE NM 87506 | 852<br>THE ESTATE OF BENNETT M. BERMAN<br>CAMBRIDGE MA 02142 |
| 167<br>THE ESTATE OF MONTE GHERTLER<br>BROOKLYN NY 11201-1685 | 1199<br>THE ESTATE OF SAUL A. GERONEMUS<br>RICHARD GERONEMUS AND<br>LEONARD GERONEMUS,<br>PERSONAL REPRESENTATIVES<br>BOCA RATON FLORIDA 33486 |
| 1200<br>THE ESTATE OF SAUL A. GERONEMUS<br>RICHARD GERONEMUS AND<br>LEONARD GERONEMUS,<br>PERSONAL REPRESENTATIVES<br>PLANTATION  FLORIDA 33324 | 42<br>THE GETTINGER FOUNDATION<br>NEW YORK NY 10018 |
| 396<br>THE HARNICK BROTHERS PARTNERSHIP<br>SARASOTA FL 34238 | 1123<br>THE JULIUS SANKIN REVOCABLE TRUST<br>DELRAY BEACH FL 33445 |
| 1124<br>THE JULIUS SANKIN REVOCABLE TRUST<br>ROCKVILLE MD 20853 | 955<br>XYZ6 CORP.<br>WHITE PLAINS NY 10605 |
| 788<br>THE LONG ISLAND MUSEUM OF<br> AMERICAN ART, HISTORY & CARRIAGES,<br> C/O DEUTSCH & LIPNER,<br> ATTN: HERB DEUTSCH<br>1325 FRANKLIN AVE, SUITE 225<br>GARDEN CITY NEW YORK 11530 | 1140<br>THE MARDEN FAMILY FOUNDATION, INC.<br>NEW YORK NY 10013 |

| | |
|---|---|
| 953<br>XYZ3 CORP.<br>NEW YORK NY 10065 | 1139<br>THE PATRICE AND KEVIN AULD FOUNDATION<br>SEATTLE WA 98102 |
| 874<br>THE PAUL J. KOZLOFF FAMILY<br>LIMITED PARTNERSHIP<br>WYOMISSING PA 19610 | 727<br>THE PHILEONA FOUNDATION<br>MINNEAPOLIS MN 55405 |
| 238<br>THE PLATZNER ORGANIZATION, LLC<br>NEW ROCHELLE NY 10801 | 416<br>THE RITA D. GRAYBOW AND DENNIS LISS<br>FAMILY LIVING TRUST<br>MARINA DEL REY CA 90292-6278 |
| 417<br>THE RITA D. GRAYBOW AND DENNIS LISS<br>FAMILY LIVING TRUST<br>MARINA DEL REY CA 90292 | 1052<br>THE ROBERT A. BELFER<br>AND RENEE BELFER FAMILY FOUNDATION<br>NEW YORK NY 10153 |
| 240<br>THE RUTH ROSEN REVOCABLE TRUST AGREEMENT DATED APRIL 11,<br>1988 C/O MARCIA COHEN, TRUSTEE<br>BOCA RATON FL 33434 | 1122<br>THE SANKIN FAMILY LLC<br>DELRAY BEACH FL 33445 |
| 784<br>THE TOWER TRUST<br><br>SWITZERLAND | 170<br>THE TRUST CREATED U/W MONTE GHERTLER<br>F/B/O MONTE GHERTLER'S GRANDCHILDREN<br>BROOKLYN NY 11201-1685 |
| 820<br>THE TRUST U/A VI OF THE WILL<br>OF GLADYS C. LURIA<br>F/B/O JOAN L. FISHER<br>OLD WESTBURY NEW YORK 11568 | 821<br>THE TRUST U/A VI OF THE WILL<br>OF GLADYS C. LURIA<br>F/B/O JOAN L. FISHER<br>NEW YORK NEW YORK 10022 |
| 823<br>THE TRUST U/A VII OF THE WILL<br>OF GLADYS C. LURIA<br>F/B/O JOAN L. FISHER<br>OLD WESTBURY NEW YORK 11568 | 824<br>THE TRUST U/A VII OF THE WILL<br>OF GLADYS C. LURIA<br>F/B/O JOAN L. FISHER<br>NEW YORK NEW YORK 10022 |
| 412<br>THEODORE STORY, INDIVIDUALLY AND<br>AS TRUSTEE OF THE STORY FAMILY TRUST #3<br>NEW YORK NY 10011 | 525<br>THEODORE WM. TASHLIK<br>GREAT NECK NY 11021 |
| 131<br>THOMAS CHARLES HEINE<br>NEW YORK NY 10282 | 728<br>THOMAS G. WALLRICH<br>HINSHAW & CULBERTSON<br>333 SOUTH SEVENTH<br>SUITE 200<br>MINNEAPOLIS MN 55402 |
| 1008<br>THOMAS H. SEGAL<br>BALTIMORE MD 21218 | 1010<br>THOMAS H. SEGAL 1994 TRUST<br>BALTIMORE MD 21218 |
| 1011<br>THOMAS H. SEGAL INC.<br>BALTIMORE MARYLAND 21218-2306 | 1012<br>THOMAS H. SEGAL INC.<br>BALTIMORE  MARYLAND 21218 |
| 1013<br>THOMAS H. SEGAL INC.<br>BOSTON  MASSACHUSETTS 02116 | 1014<br>THOMAS H. SEGAL, AS TRUSTEE<br>OF THE THOMAS H. SEGAL 1994 TRUST<br>BALTIMORE MD 21218 |
| 24<br>THOMAS J. SCHELL<br>BRYAN CAVE LLP<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104 | 867<br>THOMAS L. STARK<br>RIVERSIDE CT 06878 |

| | |
|---|---|
| 738<br>THOMAS NIKIELEWSKI<br>WINKEL<br>SWITZERLAND | 82<br>THOMAS VAN DROOGE KISSINGER<br>BOULDER CO 80304 |
| 656<br>TIM BROCKMANN<br><br>GIBRALTAR | 109<br>TODD RECHLER<br>MORRISTOWN NJ 07960 |
| 678<br>TOM WALLRICH<br>333 SOUTH SEVENTH STREET<br>SUITE 2000<br>MINNEAPOLIS MN 55402 | 48<br>TRACY MCDONALD LOWREY LENEHAN<br>PALM BEACH GARDENS FL 33418 |
| 270<br>TREBOR MANAGEMENT CORP. #3 EMPLOYEE PROFIT SHARING PLAN<br>NEW YORK NY 10018 | 271<br>TREBOR MANAGEMENT CORP. #3 EMPLOYEE PROFIT SHARING PLAN<br>NEW YORK NY 10018 |
| 268<br>TREBOR MANAGEMENT CORP. RETIREMENT PLAN #1<br>NEW YORK NY 10018 | 269<br>TREBOR MANAGEMENT CORP. RETIREMENT PLAN #1<br>NEW YORK NY 10018 |
| 900<br>TREMONT (BERMUDA) LIMITED<br>RYE NEW YORK 10580 | 898<br>TREMONT GROUP HOLDINGS, INC<br>RYE NEW YORK 10580 |
| 916<br>TREMONT OPPORTUNITY FUND II LP<br>RYE NEW YORK 10580 | 917<br>TREMONT OPPORTUNITY FUND III LP<br>RYE NEW YORK 10580 |
| 899<br>TREMONT PARTNERS, INC.<br>RYE NEW YORK 10580 | 95<br>TRIANGLE DIVERSIFIED INVESTMENTS<br>GEORGE TOWN GRAND CAYMAN<br>CAYMAN ISLANDS |
| 96<br>TRIANGLE DIVERSIFIED INVESTMENTS<br>NEW YORK NY 10036 | 97<br>TRIANGLE DIVERSIFIED INVESTMENTS<br> GRAND CAYMAN<br>CAYMAN ISLANDS |
| 101<br>TRIANGLE DIVERSIFIED INVESTMENTS LLC<br>NEW YORK NY 10036 | 54<br>TRIANGLE PROPERTIES #39<br>MELVILLE NY 11747 |
| 55<br>TRIANGLE PROPERTIES #39<br>JERICHO NY 11753 | 597<br>TROTANOY INVESTMENT CO LTD.<br><br>GUERNSEY, CHANNEL ISLANDS |
| 427<br>TRUST C UNDER THE REVOCABLE TRUST FOR COMMUNITY<br>PROPERTY AND SEPARATE PROPERTY OF ROBERT L. DAHME AND<br>DELORES K. DAHME<br>MONTECITO CA 93108 | 51<br>TRUST CREATED FOR THE BENEFIT OF<br>JESSICA LEE LOWREY UNDER ARTICLE<br>SECOND OF A CERTAIN TRUST AGREEMENT<br>DATED AUGUST 29, 1984<br>N PALM BEACH FL 33408 |
| 50<br>TRUST CREATED FOR THE BENEFIT OF<br>TRACY MCDONALD LOWREY UNDER ARTICLE<br>SECOND OF A CERTAIN TRUST AGREEMENT<br>DATED AUGUST 29, 1984<br>N PALM BEACH FL 33408 | 52<br>TRUST CREATED FOR THE BENEFIT OF<br>WHITNEY HANLON LOWREY UNDER ARTICLE<br>SECOND OF A CERTAIN TRUST AGREEMENT<br>DATED AUGUST 29, 1984<br>N PALM BEACH FL 33408 |
| 253<br>TRUST CREATED UNDER THE WILL<br>OF HAROLD KORN FOR THE BENEFIT<br>OF MARJORIE K. OSTERMAN<br>STAMFORD CT 06902 | 254<br>TRUST CREATED UNDER THE WILL<br>OF HAROLD KORN FOR THE BENEFIT<br>OF MARJORIE K. OSTERMAN<br>NEW YORK NEW YORK 10025 |

| | |
|---|---|
| 582<br>TRUST F/B/O MELISSA PERLEN U/A<br>DATED 9/12/1979<br>BOCA RATON FL 33434 | 445<br>TRUST FBO ALAN MNUCHIN UNDER ARTICLE 5A OF THE LAST WILL<br>AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10021 |
| 1186<br>TRUST FBO ALEXANDER DRANOFF<br>UNDER ARTICLES SIXTH AND EIGHTH OF THE<br>LAST WILL AND TESTAMENT OF JAMES HELLER<br>NEW YORK NEW YORK 10021 | 1185<br>TRUST FBO ANDREW DRANOFF<br>UNDER ARTICLES SIXTH AND EIGHTH OF THE<br>LAST WILL AND TESTAMENT OF JAMES HELLER<br>NEW YORK NEW YORK 10021 |
| 450<br>TRUST FBO DYLAN TERNER MNUCHIN UNDER ARTICLE 5C OF THE<br>LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10028 | 451<br>TRUST FBO DYLAN TERNER MNUCHIN UNDER ARTICLE 5C OF THE<br>LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10021 |
| 452<br>TRUST FBO DYLAN TERNER MNUCHIN UNDER ARTICLE 5C OF THE<br>LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY  10021 | 453<br>TRUST FBO DYLAN TERNER MNUCHIN UNDER ARTICLE 5C OF THE<br>LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10021 |
| 446<br>TRUST FBO EMMA DEFOREST MNUCHIN UNDER ARTICLE 5C OF THE<br>LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10028 | 447<br>TRUST FBO EMMA DEFOREST MNUCHIN UNDER ARTICLE 5C OF THE<br>LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10021 |
| 448<br>TRUST FBO EMMA DEFOREST MNUCHIN UNDER ARTICLE 5C OF THE<br>LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY  10022 | 449<br>TRUST FBO EMMA DEFOREST MNUCHIN UNDER ARTICLE 5C OF THE<br>LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10021 |
| 454<br>TRUST FBO JOHN PLAYER MNUCHIN UNDER ARTICLE 5C OF THE<br>LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10028 | 455<br>TRUST FBO JOHN PLAYER MNUCHIN UNDER ARTICLE 5C OF THE LAST<br>WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10021 |
| 456<br>TRUST FBO JOHN PLAYER MNUCHIN UNDER ARTICLE 5C OF THE<br>LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10022 | 457<br>TRUST FBO JOHN PLAYER MNUCHIN UNDER ARTICLE 5C OF THE LAST<br>WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10021 |
| 1188<br>TRUST FBO KATHERINE HELLER<br>UNDER ARTICLES SIXTH AND EIGHTH OF THE<br>LAST WILL AND TESTAMENT OF JAMES HELLER<br>LOPEZ ISLAND WASHINGTON 98261 | 1187<br>TRUST FBO SAM HELLER<br>UNDER ARTICLES SIXTH AND EIGHTH OF THE<br>LAST WILL AND TESTAMENT OF JAMES HELLER<br>LOPEZ ISLAND WASHINGTON 98261 |
| 444<br>TRUST FBO STEVEN MNUCHIN AND HIS ISSUE UNDER ARTICLE 5B OF<br>THE LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10028 | 855<br>TRUST FOR THE BENEFIT OF JORDAN FINNEGAN<br>SANTA FE NM 87506 |
| 639<br>TRUST FOR THE BENEFIT OF KANDICE KLEIN<br>OJAI CA 93023 | 637<br>TRUST FOR THE BENEFIT OF LILLIAN KLEIN<br>OJAI CA 93023 |
| 638<br>TRUST FOR THE BENEFIT OF N.K.<br>OJAI CA 93023 | 636<br>TRUST FOR THE BENEFIT OF WARREN KLEIN<br>OJAI CA 93023 |
| 215<br>TRUST FUND B U/W EDWARD F. SELIGMAN<br>F/B/O/ NANCY ATLAS<br>WAYLAND MA 01778 | 1148<br>TRUST U/W/O HARRIET MYERS<br>NORWICH CONNECTICUT  06300 |
| 76<br>TRUST UNDER AGREEMENT<br>DATED 12/6/99 FOR THE BENEFIT OF<br>WALTER AND EUGENIE KISSINGER<br>MELVILLE NY 11747 | 658<br>TRUST UNDER DEED OF SUZANNE R. MAY<br>DATED 11/23/1994<br>CHALFONT PA 18914 |

| | |
|---|---|
| 659<br>TRUST UNDER DEED OF SUZANNE R. MAY<br>DATED 11/23/1994<br>BLUE BELL PA 19422 | 660<br>TRUST UNDER DEED OF SUZANNE R. MAY<br>DATED 11/23/1994<br>BETHESDA MD 20817 |
| 661<br>TRUST UNDER DEED OF SUZANNE R. MAY<br>DATED 11/23/1994<br>CHALFONT PA 18914 | 662<br>TRUST UNDER DEED OF SUZANNE R. MAY<br>DATED 11/23/1994<br>BLUE BELL PA 19422 |
| 663<br>TRUST UNDER DEED OF SUZANNE R. MAY<br>DATED 11/23/1994<br>BETHESDA MD 20817 | 664<br>TRUST UNDER DEED OF SUZANNE R. MAY<br>DATED 11/23/1994<br>AMBLER PA 19002 |
| 665<br>TRUST UNDER DEED OF SUZANNE R. MAY DATED 11/23/1994<br>ALLENTOWN PA 18704 | 464<br>TURBO INVESTORS, LLC<br>NEWTON MA 02459 |
| 781<br>TURRET CORPORATION<br>1211 GENEVA 1  1211<br>SWITZERLAND | 46<br>TURTLE CAY PARTNERS<br>N PALM BEACH FL 33408 |
| 928<br>UBS (LUXEMBOURG) SA<br><br>LUXEMBOURG | 930<br>UBS FUND SERVICES (LUXEMBOURG) SA<br><br>LUXEMBOURG |
| 931<br>UBS THIRD PARTY MANAGEMENT COMPANY SA<br><br>LUXEMBOURG | 651<br>UNIFIED FINANCIAL SERVICES, INC.<br>FRANKFORT KENTUCKY 40601 |
| 952<br>XYZ2 CORP.<br>NEW YORK NY 10022 | 120<br>URTE FRANITZA-GOLDSTEIN<br>HUNTINGTON NEW YORK 11743 |
| 121<br>URTE FRANITZA-GOLDSTEIN<br>VERO BEACH FL 32963 | 122<br>URTE FRANITZA-GOLDSTEIN<br>LLOYD HARBOR NY 11743 |
| 1041<br>UTRECHTSE BEHEER MAATSCHAPPIJ CATHARIJNE BV<br>LANGBROEK  3947 BE<br>NETHERLANDS | 303<br>UVANA TODA<br>PAWLING NEW YORK 12564 |
| 69<br>VALERIE HERSCHMAN<br>ROCHESTER MN 55905 | 299<br>VALERIE HERSCHMAN<br>GOLDEN VALLEY MN 55427 |
| 745<br>VICTOR GREENSTEIN<br>MINNETONKA MN | 983<br>WALKER MANZKE<br>POUND RIDGE NEW YORK 10576-1300 |
| 79<br>WALTER B. KISSINGER<br>HALESITE NY 11743 | 78<br>WALTER B. KISSINGER REVOCABLE TRUST<br>MELVILLE NY 11747 |
| 415<br>WARREN B. KAHN AS TRUSTEE<br>OF THE STORY FAMILY TRUST #3<br>MONTVILLE NJ 07045 | 790<br>WASSERMAN, JURISTA, & STOLZ, P.C.<br>225 MILLBURN AVENUE, SUITE 207<br>MILLBURN NJ 07041 |
| 1015<br>WEINER INVESTMENTS, L.P.<br>PITTSBURGH PA 15215 | 1016<br>WEINER PROPERTIES, LLC<br>IN ITS CAPACITY AS GENERAL PARTNER O<br>WEINER INVESTMENTS, L.P.<br>PITTSBURGH PA 15215 |

08-01789-cgm    Doc 3931    Filed 03/15/11    Entered 03/15/11 12:03:11    Main Document
Pg 45 of 45
Date : 3/14/2011

Exhibit Pages
Redacted Version

Page # : 43

787
WELLINGTON TRUSTEES (BVI) LIMITED

SWITZERLAND

476
WHITE ORCHARD INVESTMENTS, LTD
SAN FRANCISCO CA 94104

---

477
WHITE ORCHARD INVESTMENTS, LTD

BRITISH VIRGIN ISLANDS

49
WHITNEY HANLON LOWREY GAETA
NORTH PALM BEACH FL 33408

---

685
WILL R. TANSEY, ESQ.
RAVICH MEYER
4545 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS MN 55402

1222
WILLIAM A. MEYER
PALM BEACH FL 33480

---

81
WILLIAM D. KISSINGER
MILL VALLEY CA 94941

437
WILLIAM D. ZABEL, AS TRUSTEE
NEW YORK NY 10021

---

438
WILLIAM D. ZABEL, AS TRUSTEE
NEW YORK NY 10021

590
WILLIAM E. SPIRO
MAMARONECK NY 10543

---

872
WILLIAM GERSHEN
RANCHO SANTA FE CA 92067

877
WILLIAM M. PRESSMAN
TAMARAC FLORIDA 33319

---

875
WILLIAM PRESSMAN, INC.
TAMARAC FLORIDA 33319

876
WILLIAM PRESSMAN, INC.
FT. LAUDERDALE FLORIDA 33306

---

892
WINIFRED AMATURO
FT. LAUDERDALE FLORIDA 33306

618
WOLFSON EQUITIES
LAKEWOOD NJ 08701

---

802
YAIR GREEN
JERUSALEM  92422
ISRAEL

799
YESHAYA HOROWITZ ASSOCIATION
JERUSALEM  92302
ISRAEL

---

954
XYZ5 CORP.
NEW YORK NY 10033

822
YESKOO HOGAN & TAMLYN LLP
139 SOUTH STREET, SUITE 204
NEW PROVIDENCE NJ 07974

---

32
ZEV WOLFSON
LAWRENCE NY 11559

143
ZEV WOLFSON
LAWRENCE NEW YORK 11559

---

98
ZIN INVESTMENTS LIMITED
ROAD TOWN TORTOLA
BRITISH VIRGIN ISLANDS

99
ZIN INVESTMENTS LIMITED
ZURICH
SWITZERLAND

---

100
ZIN INVESTMENTS LIMITED
NEW YORK NY 10036

29
ZWD INVESTMENTS, LLC
LAKEWOOD NJ 08701-5645

---

**Records Printed: 1251**