UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITY INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Carl H. Moor, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Jeanne Levy-Church and Francis N. Levy in the above-referenced matter and in any related adversary proceedings.

I certify that I am a member in good standing of the bar in the State of California.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

DATED: March 14, 2011
    Los Angeles, California

                    _____
                     Carl H. Moor

              MUNGER, TOLLES & OLSON LLP
              355 South Grand Avenue, Suite 3500
              Los Angeles, CA 90071-1560
              Tel: (213) 683-9100 – Fax: (213) 687-3702
              Email: carl.moor@mto.com

              *Attorneys for Jeanne Levy-Church and*
              *Francis N. Levy*

13415239.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITY INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Carl H. Moor, to be admitted, *pro hac vice*, to represent Jeanne Levy-Church and Francis N. Levy (collectively, the "Client") in the above-referenced matter and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby

**ORDERED**, that Carl H. Moor, Esq., is admitted to practice, *pro hac vice*, in the above-referenced matter and in any related adversary proceedings, to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED:  March __, 2011
    New York, New York

                          Honorable Burton L. Lifland
                          United States Bankruptcy Judge

13415239.1