MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071-3560
Tel: (213) 683-9100 – Fax: (213) 687-3702
Ronald L. Olson (pro hac pending)
    Email: ron.olson@mto.com
Cary B. Lerman (pro hac pending)
    Email: cary.lerman@mto.com
Carl H. Moor (pro hac pending)
    Email: carl.moor@mto.com

*Attorneys for Jeanne Levy-Church and*
*Francis N. Levy*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITY INVESTOR PROTECTION CORPORATION,<br><br>                        Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>                        Debtor. | |

## CERTIFICATE OF SERVICE

I, Bernard A. Eskandari, hereby certify that on March 15, 2011, I caused a true and

correct copy of the *Levys' Opposition to Motion to Set Aside Settlement* to be filed electronically

with the Court and served upon the parties in this action who receive electronic service through

CM/ECF, and served by electronic mail upon:

David J. Sheehan, Esq.
Baker & Hostetler LLP

13433421.1

dsheehan@bakerlaw.com
*Attorneys for Irving H. Picard, Trustee*

Josephine Wang, Esq.
Securities Investor Protection Corporation
jwang@sipc.org
*Attorneys for Securities Investor Protection Corporation*

Helen Davis Chaitman, Esq.
hchaitman@becker-poliakoff.com
*Attorneys for Peshkin Group*

DATED:  March 15, 2011
          Los Angeles, California

                                         Bernard A. Eskandari

13433421.1