David S. Stone
Amy Walker Wagner
Carolyn B. Rendell
STONE & MAGNANINI LLP
150 JFK Parkway, 4th Floor
Short Hills, NJ 07078
Tel: (973) 218-1111
Fax: (973) 218-1106
Attorneys for Defendants David P. Gerstman and Janet Gerstman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAVID P. GERSTMAN, JANET GERSTMAN, and NTC & CO. LLP, as former custodian of an Individual Retirement Account for the benefit of David P. Gerstman,<br><br>Defendants. | Adv. Pro. No. 10-04822 (BRL)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter the appearances of David S. Stone, Esq., Amy Walker Wagner, Esq., and Carolyn B. Rendell, Esq. of the firm Stone & Magnanini LLP on behalf of Defendants David P. Gerstman and Janet Gerstman as counsel in the above-captioned matter.

David S. Stone, Amy Walker Wagner and Carolyn B. Rendell hereby certify that they are admitted to practice in this Court.

All pleadings, papers and documents required to be served in this action should be served upon:

> David S. Stone, Esq.
> Amy Walker Wagner, Esq.
> Carolyn B. Rendell
> STONE & MAGNANINI LLP
> 150 JFK Parkway, 4th Floor
> Short Hills, New Jersey 07078
> (973) 218-1111 (phone)
> (973) 218-1106 (facsimile)
> dstone@stonemagnalaw.com
> awagner@stonemagnalaw.com
> crendell@stonemagnalaw.com

> Respectfully submitted,
> STONE & MAGNANINI LLP
>
> By: _____
>     David S. Stone, Esq.
>
> By: _____
>     Amy Walker Wagner, Esq.
>
> By: _____
>     Carolyn B. Rendell, Esq.

Dated: March 15, 2011