UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

                         Plaintiff-Applicant,

   -against-

BERNARD L. MADOFF INVESTMENT SECURITIES
LLC,

                             Defendant.
-----------------------------------------------------------------X
In re:

BERNARD L. MADOFF,

                              Debtor.
-----------------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

Case No. 09-11893 (BRL)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned has been retained by and appears as counsel, for The 2001 Frederick DeMatteis Revocable Trust and The DeMatteis FLP Assets, in the above entitled proceeding and requests that a copy of all notices and other papers in this proceeding be served at the address given below.

Dated: Uniondale, New York
        March 15, 2011

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
Thomas A. Telesca, Esq.
*Attorney for The 2001*
*Frederick DeMatteis Revocable Trust and*
*The DeMatteis FLP Assets*
1425 RXR Plaza
Uniondale, New York 11556
(516) 663-6600
ttelesca@rmfpc.com

# 511272\1