Barger & Wolen, LLP
10 East 40th Street, 40th Floor
New York, NY 10016-0301
Tel:    (212) 557-2800
Fax:   (212) 557-2884
Dennis C. Quinn (DQ1401) dquinn@bargerwolen.com

Barger & Wolen, LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Tel: (213) 680-2800
Fax: (213) 614-7399
John C. Holmes (*Pro Hac Vice*) jholmes@bargerwolen.com

Attorneys for Interested Party Jewish Community Foundation
of the Jewish Federation Council of Greater Los Angeles

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | District Court Case No. 08-10791 |
| | : | |
| | : | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

---------------------------------------------------------------X

**WITHDRAWAL OF THE OBJECTION OF THE JEWISH COMMUNITY FOUNDATION OF THE JEWISH FEDERATION COUNCIL OF GREATER LOS ANGELES TO THE TRUSTEE'S DETERMINATION OF ITS CLAIM**

Claimant the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles ("Foundation"), by its attorneys Barger & Wolen LLP, hereby withdraws its January 31, 2011 objection to the Trustee's determination of its Claim Numbers 4727 and 100366, (the "Combined Claim") relating to BLMIS Account No. 1J0059.

The Combined Claim was allowed in the amount of $17,761,517.72 in a June 14, 2010 Notice of Trustee's Determination of Claim. The Foundation accepts the Trustee's determination of its claim, including the amount allowed on its Combined Claim.

Dated: New York, N.Y.
March 15, 2011

**BARGER & WOLEN, LLP**

By: s/Dennis C. Quinn
Dennis C. Quinn (DQ-1401)
10 E. 40th Street
40th Floor
New York, N.Y. 10016-0301
Tel:   (212) 557-2800
Fax:   (212) 557-2884
E-mail:dquinn@bargerwolen.com
Attorneys for Jewish Community Foundation of the
Jewish Federation Council of Greater Los Angeles

To:     Parties on the Annexed Service List

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                  :
SECURITIES INVESTOR PROTECTION                :     District Court Case No. 08-10791
CORPORATION,                                                      :
                                                                  :     Adv. Pro. No. 08-01789 (BRL)
                        Plaintiff,                                :
        v.                                                        :
                                                                  :
BERNARD L. MADOFF INVESTMENT                  :
SECURITIES, LLC,                                                  :
                                                                  :
                        Defendant.                                :
                                                                  :
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, DENNIS C. QUINN, one of the attorneys for the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles, hereby certifies that a copy of the foregoing Withdrawal of the Objection of the Jewish Community Foundation of the Jewish Federation Council Of Greater Los Angeles to the Trustee's Determination of Its Claims was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to the parties listed below and serve via First Class Mail.

    Irving H. Picard, Trustee
    45 Rockefeller Plaza
    New York, New York 10111

March 15, 2011

                                                       s/ Dennis C. Quinn
                                                       Dennis C. Quinn