Barger & Wolen, LLP
10 East 40th Street, 40th Floor
New York, NY 10016-0301
Tel:    (212) 557-2800
Fax:    (212) 557-2884
Dennis C. Quinn (DQ1401) dquinn@bargerwolen.com

Barger & Wolen, LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Tel: (213) 680-2800
Fax: (213) 614-7399
John C. Holmes (*Pro Hac Vice*) jholmes@bargerwolen.com

Attorneys for the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles as Manager and Administrator of a Common Investment Pool on behalf of Claimants Listed in Exhibit "A" Hereto

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | District Court Case No. 08-10791 |
| | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |

-------------------------------------------------------------:

**WITHDRAWAL OF THE OBJECTIONS TO THE TRUSTEE'S DETERMINATIONS OF THE CLAIMS OF CLAIMANTS WHOSE FUNDS WERE INVESTED WITH BLMIS THROUGH AN INVESTMENT POOL MAINTAINED AND ADMINISTERED BY THE JEWISH COMMUNITY FOUNDATION OF THE JEWISH FEDERATION COUNCIL OF GREATER LOS ANGELES**

The February 10, 2011 objections to the Trustee's Determinations of the claims of the

Claimants listed below are hereby withdrawn:

1. The Jewish Federation Council of Greater Los Angeles withdraws its objection to the Trustee's December 22, 2010 Determination of its Claim No. 015797;

2. Valley Beth Shalom – Harold M. Shulweis Institute withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015798;

3. Valley Beth Shalom Foundation withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015799;

4. Los Angeles Hillel Council, Inc. withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015800;

5. Hillel The Foundation for Jewish Campus Life withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015801;

6. Beit T'Shuvah withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015802;

7. Santa Barbara Hillel Support Foundation withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015803;

8. Temple Judea of the West San Fernando Valley withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015804;

9. The Jewish Federation of Greater Santa Barbara withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015805;

10. Jewish Family Service of Los Angeles withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015806;

11. Bureau of Jewish Education of Greater Los Angeles withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015807;

12. Jack E. & Rachel Gindi Foundation withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015808;

13. Shirley & Burt Harris Family Foundation withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015809;

14. Sinder Family Foundation withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015810;

15. Leonard & Annette Shapiro Family Foundation withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015811;

16. Louise &Herb Horvitz Charitable Foundation withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015812;

17. Kurtzman Family Foundation withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015813;

18. Trena & Stanley Greitzer Family Foundation withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015814;

19. Palermo-Ravich Family Foundation withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015815;

20. Louis & Judith Miller Family Foundation withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015816;

21. Joyce & Lawrence Powell Family Foundation withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015817;

22. Lee & Herman Ostrow Family Foundation withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015818;

23. Abrasba Foundation withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015819;

24. Levey Cherry Foundation withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015820;

25. The Melissa Marantz Nealy Foundation withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015821; and

26. The Emquies Family Support Foundation withdraws its objection to the Trustee's December 10, 2010 Determination of its Claim No. 015822.

The claims and objections of each of the foregoing claimants ("Claimants") relate to

BLMIS Account No 1J0059.

Dated: New York, N.Y.

March 15, 2011

**BARGER & WOLEN, LLP**

By: s/Dennis C. Quinn
Dennis C. Quinn (DQ-1401)
10 E. 40th Street
40th Floor
New York, N.Y. 10016-0301
Tel:    (212) 557-2800
Fax:    (212) 557-2884
E-mail:dquinn@bargerwolen.com
Attorneys for Jewish Community Foundation of the
Jewish Federation Council of Greater Los Angeles

3

**EXHIBIT A**

Abrasba Foundation

Beit T'Shuvah

Bureau of Jewish Education of Greater Los Angeles

The Emquies Family Support Foundation

Hillel The Foundation for Jewish Campus Life

Jack E. & Rachel Gindi Foundation

Jewish Family Service of Los Angeles

The Jewish Federation Council of Greater Los Angeles

The Jewish Federation of Greater Santa Barbara

Joyce & Lawrence Powell Family Foundation

Kurtzman Family Foundation

Lee & Herman Ostrow Family Foundation

Leonard & Annette Shapiro Family Foundation

Levey Cherry Foundation

Los Angeles Hillel Council, Inc.

Louis & Judith Miller Family Foundation

Louise &Herb Horvitz Charitable Foundation

The Melissa Marantz Nealy Foundation

Palermo-Ravich Family Foundation

Santa Barbara Hillel Support Foundation

Shirley & Burt Harris Family Foundation

Sinder Family Foundation

Temple Judea of the West San Fernando Valley

Trena & Stanley Greitzer Family Foundation

Valley Beth Shalom – Harold M. Shulweis Institute

Valley Beth Shalom Foundation

To:  Parties on the Annexed Service List

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SECURITIES INVESTOR PROTECTION                                   :   District Court Case No. 08-10791
CORPORATION,                                                     :
                                                                 :   Adv. Pro. No. 08-01789 (BRL)
                    Plaintiff,                                   :
        v.                                                       :
                                                                 :
BERNARD L. MADOFF INVESTMENT                                     :
SECURITIES, LLC,                                                 :
                                                                 :
                    Defendant.                                   :
                                                                 :
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, DENNIS C. QUINN, one of the attorneys for the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles, hereby certifies that a copy of the foregoing Withdrawal of the Objections to the Trustee's Determinations of the Claims of Claimants Whose Funds Were Invested with BLMIS through an Investment Pool Maintained and Administered by the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to the parties listed below and serve via First Class Mail.

    Irving H. Picard, Trustee
    45 Rockefeller Plaza
    New York, New York 10111

March 15, 2011

                                                  s/ Dennis C. Quinn
                                                  Dennis C. Quinn