<u>Cem Cakiroglu   3, Angertorstreet   Munich 80469</u>

cakiroglu_cem@yahoo.com

For Corrspondence to
Manhattan Divison

25th Februar 2011

United States Bankruptcy Court
Manhatten Divison
One Bowling Green
New York, NY 10004-1408



**Dear Sir or Madam**

    **I have read a press article, relating investigations by your court and involving certain activities involving the Bank Austria (Madoff, Irving Picard, among others).**

    **I would like to submit a new court exhibit in terms of a testimony.**

**Sincerely,**

**C. Cakiroglu**

**Statement to the facts:**
Page 01/04

(1) Annotation: In the end of the year 2001, when I thought to had met the proprietor of Liechtenstein Global Trade Inc., particular time set the impulse to fell in doubts owing to much money in the possession of somebody relative, and to review all suspicious occurences since the year 1974, in particular certain business asscoiations of my kinship with Siemens Incorporated Headquarters.

Chronological order, with reference to the course of events:

(2) In about 1972, when my mother immigrated to Germany, Munich, she made the acquaintance with my father who was a naval officer, and who also immigrated in the 1970´s to Munich. Beyond that, she got in contact with a clerical community, the „Passionisten", who are an Jesuit order of the Holy Roman Catholic Church. This is why my relative and I spent stages of our life time in the care of particular clerical institution.

During the 1970´s, my mother was working for a British company, Thorn Emi Technologies. May I mind your council regarding Thorn Emi Technologies´ services, servicing military with mcirochips, among others.

(3) In about 1986, although my relative had already withdrawn any concern with the ecclesiastics, because of the age at the one hand side, and because of an educational career. My relative attended to a secondary high school, but my relative still fostered whole-soulded contacts with the ecclesiastics. Owing to their recommendations, my relative suddenly began attending to another secondary high school. What constitutes the school exceptionally sveral is the fact, that particular colleg is Germany´s leading educational establishment, and which is interlocked with many exacting educational institutes world wide.
Well of citizens, politicians use to let their children get educated at particular school.

Reference detail:
http://www.ludwigsgymnasium-muenchen.de/

(4) Owing to the school, my relative made the acquaintance with an attorney who provided being a chief executive officer of the board of Siemens Inc., his name is Mr. Hasse. Contrary to my relative´s occupational visions, Mr. H. methodically manipulated my relative to change the conception and to become prosecutor at the prosecution authorities. Clearly, Mr. Hasse wanted my relative to become an official at the local adminsitration of justice while fostering contracts with Siemens Inc. at the same time.

I rember that they hedged arround about two rights of appeal, an constitutional article and a legal remedy which deserves consideration owing to its far-reaching effects on governmental concerns relating military,

finances and justice. Particularly, the secondright appeals enables scanning banking activities without any obligation drawing up official documents relating

Reference detail:
http://www.boetticher.de/anwaelte.html

(5) In about August 25, 1989, the telephone rang at home, and I picked up the call. A woman pretended to act on behalf of an insurance company, and who needed to inform my family that my relative is in hospital owing to an street accident. With reference to my questions regarding more details, the anonymous interlocutor stated that my relative was seriously wounded while sitting in an Jeep as a driver´s mate and that a motorcyclist collided with the car, therefore, fatally injured.

Neither did the interlocutor provide any names relating the company´s or her own name, nor any telephone number.

Considering my relative´s singular behaviour, submitting life signs within in the limits of intervals about every two to three hours, the last sign, which my relative submitted was on August 19, 1989 half past 2 p.m., pretending to be on the beach.

Considering statements of my mother, appropriate authorities should had recorded another reason.

Until today, my mother refuses showing me any official document which proves this allegation.

My relatives corpse was buried two times, while both funerals, my mother obstructed seeing my relative`corpse.

(6) In about 1991, when more than one year ellapsed since the decease , and when I attended to become interpreter on banking systems, I was also rather succesful also in my private life owing to an employment contract with an international corporation which enabled earning many thousand DM a month, although I was only 14 years old, my mother showed me a saving money book notifying 100,000,00 Deutsche Mark.

These days had been also the first time, when I was involved in the professional occupations of my relatives. Considering the professions, they are scientific advisors functioning as government officials at various departments to represent concerns of the board of a National bank, or the board of organs administering telecommunications

Statement to the facts
Page 03/04

(7.1) 1994, I began to desist from fostering contact with my relatives.

(7.2) 1994 to 2002,

(8) November 2001, I thought to had made an acquaintance with the proprietor of a money bank. Owing to many informations in the internet, also the address, I assumed to had met the proprietor of Liechtenstein Global Trade Inc..

During correspondence online, the aquaintance insisted in not to use the interface of the program Microsoft Outlook for processing my messages, he insisted in processing them with Microsoft Word, and to store and to attach them as *.doc-file for the purpose of mailing.

Owing to the fact, that I was not in the possession of my installation CD together with the license any more after the encounter, also because of a letter which I obtained from Mr. H. implying content which clearly paralleld to the visions of an Aryan society, I did confide my exprience to somebody, to whom I trust, and who is able to evaluate informations of secret services.

Considering the informations about Mr. H., avering that he is one of leading wire pullers of  international criminal unions on construction companies, involving states in terrorism , I began falling in doubts regarding the money of the year 1991.

I also investigated the source code of the core of a *.doc-file.

**Contrary to every command relating the extinction or overwriting regarding data processing with Microsoft Word ,the program still records every data processing within the limits of the core of a *.doc-file.**

Beyond that, the disc operating system turns out further files for the purpose of colateral recording, but
by far, pariticular findings have not been all. I was able to ascertain more than seven suspicious functions

**Reference detail:
Hofbauer GmbH, executive director Mr. Horst Hofbauer
Montgelasstraße 2, 81679 München
Tel. +49 (0)89 641 74 00, Fax +49 (0)89 641 76 08
info(at)hofbauer-gmbh.de**

(9) 2002,

(10) 2004 to 2005,

(11) 2006 to 2008, I was impeached by means of three tickets for the same accusation. Actually, I was subjected for the same matter by three different trials, inter alia.

(12) 2009 to 2010,

Explanations on the paragraphs (7.2), (9), (10), (11), (12), they imply coherence and interrelation with several money banks (Stadtsparkasse Finazgruppe, Bank Austria), soldiers, and legal experts.

Obviously, on behalf of a National Socialist coterie, particularly data by banking activities of foreign citizens living and working in Germany, or visting Germany has become custom.

Considering certain investigations in Germany, I am charging that particular activities epitomize only a component of a chain of criminal activities to undermine the fortune of many million people world wide.

Owing to the experiences, I am suffering from a mental disorder, therefore, I am not able to work and to earn money any more. Appropriate authorities refuse any court hearing to establish compensation.



Sender
C. Cakiroglu
3, Augertorstreet
Munich 80469