UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789-BRL |
| | SIPA Liquidation |
| Plaintiff-Applicant, | |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |
| IN RE:<br>**Bernard L. Madoff**<br>133 East 64th Street<br>Apt. 12A<br>New York, NY 10065 | |
| Debtor. | |

**REQUEST FOR WITHDRAWAL OF NAME FROM MAILING MATRIX
AND REQUEST FOR NO FUTURE NOTICES**

    The undersigned Frank Knell and Wyn M. Knell J/T WROS hereby request that they no longer receive any papers served or filed in this case, and that the undersigned be deleted from the mailing matrix. Their claim has been withdrawn, they are not a party in this case, and the mailings are burdensome.

    /s/FRANK KNELL AND
    WYN M. KNELL J/T WROS
    2502 Watercrest Lane
    Johns Island, SC 29455-3108

CHARLESTON, SC
March 18, 2011

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, ) ) ) ) Plaintiff-Applicant, ) ) v. ) ) BERNARD L. MADOFF INVESTMENT ) SECURITIES, LLC, ) ) Defendant. ) ) IN RE: ) **Bernard L. Madoff** ) 133 East 64th Street ) Apt. 12A ) New York, NY 10065 ) ) Debtor. ) ) | Adv. Pro. No. 08-01789-BRL<br><br>SIPA Liquidation |

### CERTIFICATE OF SERVICE

Frank Knell and Wyn M. Knell J/T WROS by Cynthia Jordan Lowery of Moore & Van Allen PLLC, declare that on the date set forth below, the following document:

**REQUEST FOR WITHDRAWAL OF NAME FROM MAILING MATRIX
AND REQUEST FOR NO FUTURE NOTICES**

was filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to said parties.

/s/Cynthia Jordan Lowery

March 18, 2011