UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Debtor.

-----------------------------------------------------------x

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

# **ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

James H. Hulme, a member in good standing of the bars of the State of Maryland and the District of Columbia, having requested admission, ***pro hac vice,*** to represent Eleven Eighteen Limited Partnership; Bernard S. Gewirz; Carl S. Gewirz; Edward H. Kaplan; Jerome A. Kaplan; Albert H. Small; 1776 K Street Associates Limited Partnership; Estate of Robert H. Smith; Robert H. Smith Revocable Trust, Eleventh Amendment and Restatement, and Successor Trusts; Clarice R. Smith; Robert P. Kogod; Marjet LLC; and Irene R. Kaplan in the above referenced cases, and in the related adversary cases of:

    a.    *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Kaplan, et al.*, Adv. Pro. No. 10-4865 (BRL);

    b.    *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Eleven Eighteen Limited Partnership, et al.*, Adv. Pro. No. 10-4976 (BRL); and

    c.    *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. 1776 K Street Associates Limited Partnership, et al.*, Adv. Pro. No. 10-5027 (BRL).

it is thereby,

**ORDERED**, that James H. Hulme is admitted to practice, ***pro hac vice***, in the above referenced cases and in the related adversary cases in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
March 21, 2011

/s/Burton R. Lifland
United States Bankruptcy Judge