# Exhibit A

| Exhibit A Rosenwald Family & Entity Defendants 3.23.11 | KVWP Client | Comments |
|---|---|---|
| American Securities Management, L.P., f/k/a American Securities, L.P.; | XXX | |
| American Securities Opportunity Fund, L.P.; | XXX | |
| American Securities Holdings Corp.; | XXX | |
| American Securities Group, L.L.C.; | XXX | |
| AS Hirota Holdings Corp.; | XXX | |
| American Securities GP Corp.; | XXX | |
| Elizabeth R. Varet, Individually, | XXX | |
| as Custodian for Joseph R. Varet, | XXX | |
| as Custodian and/or Trustee of the Elizabeth R. Varet Money Purchase Pension Plan, | XXX | |
| as Grantor of the 2004 V Trust for Elizabeth R. Varet, | XXX | |
| as Trustee of the Apollo Trust for Alice R. Sigelman UAD 2/10/69, | XXX | |
| as Trustee and Beneficiary of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, | XXX | |
| as Trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, | XXX | |
| as Settler of Michael A. Varet Trust UAD 11/9/94, | XXX | |
| as Settler of the Trust 11/9/94 (A. Anagnos et. al., Trustees), | XXX | |
| as Trustee of the Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, | XXX | |
| as Trustee of the Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, | XXX | |
| as Trustee and Beneficiary of the Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, | XXX | |
| as Trustee of the Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald, | XXX | |
| as Trustee of the Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, | | Not a Trustee At Time of Suit |
| as Trustee of the Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, | | Not a Trustee At Time of Suit |
| as Trustee of the Issue Trust 5 UAD 9/28/51 FBO David R. Varet, | XXX | |
| as Beneficiary of the Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, | XXX | |
| as Trustee of the Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet, | XXX | |
| as Trustee and Beneficiary of the Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, | XXX | |
| as Trustee of the Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, | XXX | |
| as Trustee of the Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, | XXX | |
| as Trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman, | | Not a Trustee At Time of Suit |
| as Trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman, and | | Not a Trustee At Time of Suit |
| as co-Executrix of the Estate of William Rosenwald; | XXX | |
| Stuart H. Coleman, as Trustee, | | Not a Trustee At Time of Suit |
| as Trustee of the Apollo Trust for Alice R. Sigelman UAD 2/10/69; | | Not a Trustee At Time of Suit |
| as Trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, | | Not a Trustee At Time of Suit |
| as Trustee of the Apollo Trust 2/10/69 Nina Rosenwald, | | Not a Trustee At Time of Suit |
| as Trustee of the Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, | | Not a Trustee At Time of Suit |
| as Trustee of the Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, | | Not a Trustee At Time of Suit |
| as Trustee of the Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, | | Not a Trustee At Time of Suit |
| as Trustee of the Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, | | Not a Trustee At Time of Suit |
| as Trustee of the Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald, | | Not a Trustee At Time of Suit |
| as Trustee of the Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, | | Not a Trustee At Time of Suit |
| as Trustee of the Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, | | Not a Trustee At Time of Suit |
| as Trustee of the Issue Trust 5 UAD 9/28/51 FBO David R. Varet, | | Not a Trustee At Time of Suit |
| as Trustee of the Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, | | Not a Trustee At Time of Suit |
| as Trustee of the Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, | | Not a Trustee At Time of Suit |
| Ellen V. Greenspan, as Trustee of the Trust 11/9/94 (A. Anagnos et. al., Trustees); | | Waiting Authorization |
| Alice Rosenwald a/k/a Alice Sigelman, Individually, | XXX | |
| as Custodian for Jonathan Sigelman and Benjamin R. Sigelman, | XXX | |
| as Trustee and Beneficiary of the Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, | XXX | |
| as Trustee and Beneficiary of the Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, | XXX | |
| as Trustee of the Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, | XXX | |
| as Trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, | XXX | |
| as Co-Executrix of the Estate of William Rosenwald, | XXX | |
| as Executrix of the Estate of Jesse L. Sigelman, | XXX | |
| as Trustee and Beneficiary of the Apollo Trust for Alice R. Sigelman UAD 2/10/69; | XXX | |
| Nina Rosenwald, Individually, | XXX | |
| as Trustee of the Apollo Trust for Alice R. Sigelman UAD 2/10/69, | XXX | |
| as Trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, | XXX | |
| as Trustee of the Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, | XXX | |
| as Trustee of the Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, | XXX | |

| Exhibit A Rosenwald Family & Entity Defendants 3.23.11 | KVWP Client | Comments |
|---|---|---|
| as Trustee of the Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, | XXX | |
| as Trustee of the Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, | XXX | |
| as Trustee and Beneficiary of the Apollo Trust 2/10/69 FBO Nina Rosenwald, | XXX | |
| as Trustee of the Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, | ~~XXX~~ | |
| as Trustee of the Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald, | XXX | |
| as Trustee of the Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, | XXX | |
| as Co-Executrix of the Estate of William Rosenwald; | XXX | |
| The Estate of William Rosenwald; | XXX | |
| Benjamin R. Sigelman, Individually, | XXX | |
| as Beneficiary of the Issue Trust 5 UAD 9/28/51 FBO | XXX | |
| as Beneficiary of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman; | XXX | |
| Jonathan R. Sigelman, Individually, | XXX | |
| as Beneficiary of the Issue Trust 5 UAD 9/28/51 FBO, | XXX | |
| as Beneficiary of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman; | XXX | |
| The Estate of Jesse L. Sigelman; | XXX | |
| David R. Varet; | XXX | |
| Joseph R. Varet, Individually, | XXX | |
| as Beneficiary of the Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet; | XXX | |
| Michael A. Varet, Individually, | XXX | |
| as Beneficiary of Owner of One or More IRAs, as Custodian for David R. Varet and Sarah R. Varet | XXX | |
| as Trustee of the Michael A. Varet Trust UAD 11/9/94; | | Not a Trustee At Time of Suit |
| Sarah R. Varet, Individually, | XXX | |
| as Trustee and Beneficiary of the Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet; | XXX | |
| Elizabeth R. Varet IRA Rollover; | XXX | |
| Michael A. Varet IRA Rollover; | XXX | |
| Michael A. Varet IRA Rollover #2; | XXX | |
| Elizabeth R. Varet Defined Benefit Plan & Trust; | XXX | |
| Elizabeth R. Varet Money Purchase Pension Plan; | XXX | |
| Decimal Investments, L.L.C.; | XXX | |
| Hudson Charitable Fund; | XXX | |
| P&I Partners; | XXX | |
| Abstraction Fund; | XXX | |
| American Philanthropic Foundation; | XXX | |
| Anchorage Charitable Fund; | XXX | |
| JJG Foundation, Inc.; | XXX | |
| The Alice Rosenwald Fund; | XXX | |
| William Rosenwald Family Fund, Inc.; | XXX | |
| 2004 V Trust; | XXX | |
| Apollo Trust for Elizabeth R. Varet UAD 2/10/69; | XXX | |
| Apollo Trust 2/10/69 FBO Nina Rosenwald; | XXX | |
| Trust 11/9/94 (A. Anagnos et. al., Trustees); | | Waiting Authorization |
| Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald; | XXX | |
| Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald; | XXX | |
| Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet; | XXX | |
| Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald; | XXX | |
| Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald; | XXX | |
| Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman; | XXX | |
| Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman; | XXX | |
| Issue Trust 5 UAD 9/28/51 FBO David R. Varet; | XXX | |
| Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet; | XXX | |
| Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet; | XXX | |
| Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet; | XXX | |
| Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet; | XXX | |
| Issue Trust 6 UAD 8/13/65 FBO ALICE Rosenwald; | XXX | |
| Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald; | XXX | |
| Michael A. Varet Trust UAD 11/9/94; | XXX | |
| Trust UAD 3/4/92 FBO Benjamin R. Sigelman; | XXX | |
| Trust UAD 3/4/92 FBO Jonathan R. Sigelman. | XXX | |