AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

    AMY C. GROSS, being duly sworn, deposes and says that:

    I am over the age of 18 years; I am not a party to the within action; and I reside in Hudson County, New Jersey.

    On the 23rd day of March, 2011, I served a copy of the Certain Rosenwald Family and Entity Defendants' Submission Opposing the Trustee's Motion for a Global Litigation Protective Order upon

> David Sheehan, Esq.
> Judith A Selby, Esq.
> BAKER & HOSTETLER LLP
> 45 Rockefeller Plaza
> New York, New York 10111
> Attorneys for Irving H. Picard, Esq. Trustee
> for Substantively Consolidated SIPA
> Liquidation of Bernard L. Madoff Investment
> Securities LLC and Bernard L. Madoff

by mailing the same by regular mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, within the State of New York.

                                              _____
                                              AMY C. GROSS

Sworn to before me this
23rd day of March, 2011.

_____
Notary Public

JEFFREY ANDRE HAYES
NOTARY PUBLIC, State of New York
No. 4858493
Qualified in Westchester County
Commission Expires May 5, 2014