# Baker Hostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

March 25, 2011

David J. Sheehan
direct dial: 212.589.4616
dsheehan@bakerlaw.com

Honorable Burton R. Lifland
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 1004-1408

Re:   *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC*
      Adv. Pro. No. 08-01789 (BRL) (Substantively Consolidated)

Dear Judge Lifland:

We are in receipt of the reply brief filed by Ms. Helen Chaitman on behalf of Marsha Peshkin and other claimants in further support of a motion (the "Motion") to vacate the Order approving the Trustee's settlement with Jeanne Levy-Church and Francis N. Levy, the heirs of Norman Levy, pursuant to Federal Rule of Civil Procedure 60 and Federal Rule of Bankruptcy Procedure 9024. The reply brief seeks to raise the issue of the removal of the Trustee and his counsel, which is beyond the scope of the Motion and should be disregarded by the Court.

The Motion sought to vacate the Order entered by this Court approving the settlement between the Trustee and the Levy Heirs. It did not seek, nor set forth a basis for, the removal of the Trustee and his counsel. As such, the attempt to remove the Trustee and counsel in a reply brief is procedurally flawed and lacks any foundational support. Moreover, it is a baseless, fallacious, and unprofessional attack upon the integrity of the Trustee and his counsel. Accordingly, Ms. Chaitman's representations deserve no consideration by the Court, should be summarily rejected, and the Motion to vacate the Order should be denied.

Sincerely,

David J. Sheehan

DJS/ds