UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Appellant, | SIPA LIQUIDATION |
| -*against*- | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

------------------------------------------------------------------X

In re:

BERNARD L. MADOFF,

Debtor.

------------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

Plaintiff,

-*against*-

LUCKY COMPANY, a New Jersey partnership, BETH H. GERSTEN, (aka BETH HENDLER), ROBIN EASTERN, MUNCHKINS, a partnership, IRVING B. KAHN FOUNDATION, INC., a Delaware corporation, MILTON HENDLER RESIDUARY TRUST, a Florida trust, GLORIA HENDLER, as trustee and as an individual, ALAN HAYES, WENDY WOLOSOFF-HAYES, BRIGID BUCHANAN, SANDRA RAMIREZM BRIAN CLEARY, PETER J. CLEARY, STUART M. TARSHIS, ROBERTA E. TARSHIS, PHYLLIS M. ELDERIDGE, LESLIE READ, SCOTT H. READ, CHARLES READ, MARK HENDLER, DENISE

HENDLER, JOSEPH S. EASTERN 2004
IRREVOCABLE TRUST, a New Jersey trust,
JOSEPH S. EASTERN, as trustee and as an
individual, SHIRLEY CHARMS, DAVID Z.
ROSENSWEIG, CARLY EASTERN, and ERIN
EASTERN,

Defendants.

-----------------------------------------------------------------X

## ORDER OF ADMISSION TO PRACTICE, Pro Hac Vice

Michael S. Pollok, a member in good standing of the bars of the State of New York and the United States District Court for the Southern District of New York, having requested admission, *pro hac vice*, to represent Alan Hayes and Wendy Wolosoff-Hayes in the above captioned case, it is thereby

**ORDERED**, that Michael S. Pollok is admitted to practice, *pro hac vice*, in the above captioned case in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York

_____, 2011

_____
United States Bankruptcy Judge