BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Keith R. Murphy, Esq.
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                  Plaintiff,<br><br>                         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                  Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>                                  Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MARCH 29, 2011 AT 10:00 A.M.**

**UNCONTESTED MATTER**

**SIPC v. BLMIS; Adv. Pro. No. 08-1789**

1. Trustee's Motion for Entry of an Order Pursuant to Section 105(A) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving

an Agreement by and Among the Trustee, Financiere Meeschaert SA and Certain Other Entities filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 2/28/2011) [Docket No. 3881]

Related Documents:

A.  Affidavit of Service Trustee's Motion for Entry of an Order Pursuant to Section 105(A) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement by and Among the Trustee, Financiere Meeschaert SA and Certain Other Entities filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 3/25/2011) [Docket No. 3967]

Objection Deadline:   March 22, 2011

Objections Filed:  None filed

Status:   This matter is going forward.

## CONTESTED MATTERS

### Picard v. Amy J. Luria, et al.; Adv. Pro. No. 10-3222

2.  Plaintiff Irving H. Picard, Trustee's Motion to Dismiss Defendants' Counterclaims and Strike the Fourteenth and Fifteenth Affirmative Defenses filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 10/1/2010) [Docket No. 10]

Objection Deadline:   October 29, 2010

Objections Filed:

A.  Declaration of Steven R. Schlesinger in Opposition to Motion to Dismiss filed by Steven R. Schlesinger on behalf of Amy Luria Partners LLC, Amy J. Luria (Filed: 1/13/2011) [Docket No. 13]

Related Documents:

B.  Defendants' Memorandum of Law in Opposition to Motion to Dismiss (related document 13) filed by filed by Steven R. Schlesinger on behalf of Amy Luria Partners LLC, Amy J. Luria (Filed: 1/13/2011) [Docket No. 14]

Reply Filed:

C. Trustee's Reply Memorandum in Support of His Motion to Dismiss Defendants Counterclaims and Strike the Fourteenth and Fifteenth Affirmative Defenses filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed:  3/15/2011) [Docket No. 17]

Additional Filings:

D. Notice of Adjournment of (a) Hearing on Trustee's Motion to Dismiss Defendants' Counterclaims and Strike Their Fourteenth and Fifteenth Affirmative Defenses and (b) the Pre-Trial Conference filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed:  11/12/2010) [Docket No. 11]

E. So Ordered Stipulation signed on 11/23/2010 Extending Time for Opposition and Reply Papers Regarding Trustee's Motion to Dismiss Defendants' Counterclaims and Strike the Fourteenth and Fifteenth Affirmative Defenses filed by Monica Saenz De Viteri  (Filed:  11/23/2010) [Docket No. 12]

F. So Ordered Stipulation signed on 2/15/2011 Between Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff and Amy J. Luria and Amy Luria Partners LLC. RE: Adjourning Hearing And Pre-Trial Conference And Extending Time For Reply Papers Regarding Trustees Motion To Dismiss Defendants Counterclaims And Strike The Fourteenth And Fifteenth Affirmative Defenses filed by Monica Saenz De Viteri  (Filed:  2/15/2011) [Docket No. 15]

G. So Ordered Stipulation signed on 2/24/2011 Between Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard Madoff Investment Securities LLC, Bernard L. Madoff, Amy J. Luria, and Amy Luria Partners LLC Adjourning Hearing and Pre-Trail Conference and Extending Time for Reply Papers Regarding Trustee's Motion to Dismiss Defendants' Counterclaims and Strike the Fourteenth and Fifteenth Affirmative Defenses to 3/29/2011 at 10:00AM. filed by Monica Saenz De Viteri,  (Filed:  2/24/2011) and modified by Brent Bush (Modified: 2/28/2011) [Docket No. 16]

Status:  This matter is going forward.

Pre-Trial Conference is going forward.

**Picard v. Robert A. Luria, et al.; Adv. Pro. No. 10-3223**

2. Plaintiff Irving H. Picard, Trustee's Motion to Dismiss Defendants' Counterclaims and Strike the Fourteenth and Fifteenth Affirmative Defenses  filed by Keith R. Murphy on

behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed:  10/1/2010) [Docket No. 10]

<u>Objection Deadline</u>:    October 29, 2010

<u>Objections Filed</u>:

A.  Declaration of Steven R. Schlesinger in Opposition to Motion to Dismiss filed by Steven R. Schlesinger on behalf of Robert A. Luria, Robert Luria Partners  (Filed: 1/13/2011) [Docket No. 13]

<u>Related Documents</u>:

B.  Defendants' Memorandum of Law in Opposition to Motion to Dismiss  (related document 13) filed by filed by Steven R. Schlesinger on behalf of Robert A. Luria, Robert Luria Partners (Filed:  1/13/2011) [Docket No. 14]

<u>Reply Filed</u>:

C.  Trustee's Reply Memorandum in Support of His Motion to Dismiss Defendants Counterclaims and Strike the Fourteenth and Fifteenth Affirmative Defenses  filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed:  3/15/2011) [Docket No. 16]

<u>Additional Filings</u>:

D.  Notice of Adjournment of (a) Hearing on Trustee's Motion to Dismiss Defendants' Counterclaims and Strike Their Fourteenth and Fifteenth Affirmative Defenses and (b) the Pre-Trial Conference filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed: 11/12/2010) [Docket No. 11]

E.  So Ordered Stipulation signed on 2/15/2011 Between Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff and Amy J. Luria and Amy Luria Partners LLC. RE: Adjourning Hearing And Pre-Trial Conference And Extending Time For Reply Papers Regarding Trustees Motion To Dismiss Defendants Counterclaims And Strike The Fourteenth And Fifteenth Affirmative Defenses filed by Monica Saenz De Viteri,  (Filed:  2/15/2011) [Docket No. 15]

<u>Status:</u> This matter is going forward.

Pre-Trial Conference is going forward.

| | |
|---|---|
| Dated: New York, New York<br>March 28, 2011 | Respectfully submitted,<br><br>/s/ *Marc E. Hirschfield*<br>BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:    (212) 589-4200<br>Facsimile:    (212) 589-4201<br>David J. Sheehan, Esq.<br>Email: dsheehan@bakerlaw.com<br>Marc Hirschfield, Esq.<br>Email: mhirschfield@bakerlaw.com<br>Keith R. Murphy, Esq.<br>Email: kmurphy@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff* |