BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Keith R. Murphy, Esq.
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**NOTICE OF AMENDED AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MARCH 29, 2011 AT 10:00 A.M.**

**UNCONTESTED MATTER**

**SIPC v. BLMIS; Adv. Pro. No. 08-1789**

1.    Trustee's Motion for Entry of an Order Pursuant to Section 105(A) of the Bankruptcy
Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving

an Agreement by and Among the Trustee, Financiere Meeschaert SA and Certain Other Entities  filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed: 2/28/2011) [Docket No. 3881]

Related Documents:

A.      Affidavit of Service Trustee's Motion for Entry of an Order Pursuant to Section 105(A) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement by and Among the Trustee, Financiere Meeschaert SA and Certain Other Entities  filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed:  3/25/2011) [Docket No. 3967]

Objection Deadline:   March 22, 2011

Objections Filed:  None filed

Status:     This matter is going forward.

## **CONTESTED MATTERS**

### **Picard v. Amy J. Luria, et al.; Adv. Pro. No. 10-3222**

2.      Plaintiff Irving H. Picard, Trustee's Motion to Dismiss Defendants' Counterclaims and Strike the Fourteenth and Fifteenth Affirmative Defenses  filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed:  10/1/2010) [Docket No. 10]

Objection Deadline:   October 29, 2010

Objections Filed:

A.      Declaration of Steven R. Schlesinger in Opposition to Motion to Dismiss filed by Steven R. Schlesinger on behalf of Amy Luria Partners LLC, Amy J. Luria (Filed: 1/13/2011) [Docket No. 13]

Related Documents:

B.      Defendants' Memorandum of Law in Opposition to Motion to Dismiss  (related document 13) filed by filed by Steven R. Schlesinger on behalf of Amy Luria Partners LLC, Amy J. Luria  (Filed: 1/13/2011) [Docket No. 14]

Reply Filed:

C.      Trustee's Reply Memorandum in Support of His Motion to Dismiss Defendants Counterclaims and Strike the Fourteenth and Fifteenth Affirmative Defenses  filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed:  3/15/2011) [Docket No. 17]

Additional Filings:

D.      Notice of Adjournment of (a) Hearing on Trustee's Motion to Dismiss Defendants' Counterclaims and Strike Their Fourteenth and Fifteenth Affirmative Defenses and (b) the Pre-Trial Conference filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC   (Filed:  11/12/2010) [Docket No. 11]

E.      So Ordered Stipulation signed on 11/23/2010 Extending Time for Opposition and Reply Papers Regarding Trustee's Motion to Dismiss Defendants' Counterclaims and Strike the Fourteenth and Fifteenth Affirmative Defenses filed by Monica Saenz De Viteri  (Filed:  11/23/2010) [Docket No. 12]

F.      So Ordered Stipulation signed on 2/15/2011 Between Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff and Amy J. Luria and Amy Luria Partners LLC. RE: Adjourning Hearing And Pre-Trial Conference And Extending Time For Reply Papers Regarding Trustees Motion To Dismiss Defendants Counterclaims And Strike The Fourteenth And Fifteenth Affirmative Defenses filed by Monica Saenz De Viteri  (Filed:  2/15/2011) [Docket No. 15]

G.      So Ordered Stipulation signed on 2/24/2011 Between Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard Madoff Investment Securities LLC, Bernard L. Madoff, Amy J. Luria, and Amy Luria Partners LLC Adjourning Hearing and Pre-Trail Conference and Extending Time for Reply Papers Regarding Trustee's Motion to Dismiss Defendants' Counterclaims and Strike the Fourteenth and Fifteenth Affirmative Defenses to 3/29/2011 at 10:00AM. filed by Monica Saenz De Viteri,  (Filed:  2/24/2011) and modified by Brent Bush (Modified: 2/28/2011) [Docket No. 16]

H.      Notice of Adjournment of the Pre-Trial Conference to December 21, 2011 filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC    (Filed:  3/25/2011) [Docket No. 18]

Status:   This matter is going forward.

**Picard v. Robert A. Luria, et al.; Adv. Pro. No. 10-3223**

2.      Plaintiff Irving H. Picard, Trustee's Motion to Dismiss Defendants' Counterclaims and
Strike the Fourteenth and Fifteenth Affirmative Defenses  filed by Keith R. Murphy on
behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment
Securities LLC  (Filed:  10/1/2010) [Docket No. 10]

Objection Deadline:   October 29, 2010

Objections Filed:

A.      Declaration of Steven R. Schlesinger in Opposition to Motion to Dismiss filed by
Steven R. Schlesinger on behalf of Robert A. Luria, Robert Luria Partners  (Filed:
1/13/2011) [Docket No. 13]

Related Documents:

B.      Defendants' Memorandum of Law in Opposition to Motion to Dismiss  (related
document 13) filed by filed by Steven R. Schlesinger on behalf of Robert A.
Luria, Robert Luria Partners (Filed:  1/13/2011) [Docket No. 14]

Reply Filed:

C.      Trustee's Reply Memorandum in Support of His Motion to Dismiss Defendants
Counterclaims and Strike the Fourteenth and Fifteenth Affirmative Defenses  filed
by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC   (Filed:  3/15/2011) [Docket No.
16]

Additional Filings:

D.      Notice of Adjournment of (a) Hearing on Trustee's Motion to Dismiss Defendants'
Counterclaims and Strike Their Fourteenth and Fifteenth Affirmative Defenses
and (b) the Pre-Trial Conference filed by Keith R. Murphy on behalf of Irving H.
Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities
LLC   (Filed:  11/12/2010) [Docket No. 11]

E.    So Ordered Stipulation signed on 2/15/2011 Between Irving H. Picard, Esq.,
Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L.
Madoff Investment Securities LLC and Bernard L. Madoff and Amy J. Luria and
Amy Luria Partners LLC. RE: Adjourning Hearing And Pre-Trial Conference
And Extending Time For Reply Papers Regarding Trustees Motion To Dismiss
Defendants Counterclaims And Strike The Fourteenth And Fifteenth Affirmative
Defenses filed by Monica Saenz De Viteri, (Filed: 2/15/2011) [Docket No. 15]

F.    Notice of Adjournment of the Pre-Trial Conference to December 21, 2011 filed
by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC    (Filed: 3/25/2011) [Docket
No. 17]

Status: This matter is going forward.

Dated: New York, New York                    Respectfully submitted,
March 28, 2011

/s/ *Marc E. Hirschfield*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Keith R. Murphy, Esq.
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*And Bernard L. Madoff*