MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, New York 11530
(516) 741-6565
Alan E. Marder

Counsel for Judie B. Lifton and the Judie Lifton 1996
 Revocable Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
SECURITIES INVESTOR PROTECTION　　　　　Adv. Pro. No. 08-01789 (BRL)
CORPORATION,
　　　　　　　　　　　　　　　　　　　　　　　SIPA LIQUIDATION
　　　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　　(Substantively Consolidated)
　　　-against-

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

　　　　　　　　　　Defendant.
---------------------------------------------------------x
In re:

BERNARD L. MADOFF,

　　　　　　　　　　Debtor.
---------------------------------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff　　　　　　　Adv. Pro. No. 10-04829 (BRL)
Investment Securities LLC,

　　　　　　　　　　Plaintiff,

　　　-against-

THE JUDIE LIFTON 1996 REVOCABLE
TRUST DATED SEPTEMBER 5, 1996;
JUDIE B. LIFTON, Individually and in her
capacity as Trustee of the Judie Lifton 1996
Revocable Trust dated September 5, 1996,
et al.,

　　　　　　　　　　Defendants.
---------------------------------------------------------x

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the law firm of Meyer, Suozzi, English & Klein, P.C. hereby appears in the above-captioned Chapter 11 case as counsel to The Judie Lifton 1996 Revocable Trust dated September 5, 1996 and Judie B. Lifton, a creditor of the above-captioned debtor.

PLEASE TAKE FURTHER NOTICE that Meyer, Suozzi, English & Klein, P.C. requests, pursuant to Sections 102(1), 342 and 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon:

> Alan E. Marder, Esq.
> Meyer, Suozzi, English & Klein, P.C.
> 990 Stewart Avenue, Suite 300
> Garden City, New York 11530
> Ph: 516-741-6565
> Fx: 516-741-6706
> email: amarder@msek.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is

intended to waive (i) the right to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by a District Court Judge, (ii) the right to trial by jury in any case, controversy, or proceeding; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

      PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be added to any official service list for notices of all contested matters, adversary proceedings or other proceedings in this case.

Dated:  Garden City, New York
       March 28, 2011            MEYER, SUOZZI, ENGLISH & KLEIN, P.C.


                                                 By:  /s/ Alan E. Marder
                                                      Alan E. Marder

                                           990 Stewart Avenue, Suite 300
                                           PO Box 9194
                                           Garden City, New York 11530
                                           (516) 741-6565

                                           Counsel for Judie B. Lifton and the Judie Lifton
                                           1996 Revocable Trust

3

819641