UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA LIQUIDATION |
| -against- | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

-------------------------------------------------------x

In re:

BERNARD L. MADOFF,

        Debtor.

-------------------------------------------------------x

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04829 (BRL) |
| Plaintiff, | |
| -against- | |
| THE JUDIE LIFTON 1996 REVOCABLE TRUST DATED SEPTEMBER 5, 1996; JUDIE B. LIFTON, Individually and in her capacity as Trustee of the Judie Lifton 1996 Revocable Trust dated September 5, 1996, et al., | |
| Defendants. | |

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

      Alan E. Marder, a member in good standing of the Bar of New York, hereby certifies that

on March 28, 2011, he caused a true and correct copy of the Notice of Appearance and Request

2

For Service of Papers to be served by First Class Mail, postage prepaid upon the persons listed on the annexed service list:

/s/ Alan E. Marder
Alan E. Marder

## Service List

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn:  Marc E. Hirschfield, Esq.
       Marc F. Skapof, Esq.
       S. Jeanine Conley, Esq.

3

**819643**