UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Bernard L. Madoff Investment                        08 C 1789    (  ) (BRL)
Securities LLC, Debtor

Irving H. Picard, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC, Plaintiff
v.
Cohmad Securities Corporation, et als.
        Defendants.

NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending            [ ] I have no cases pending

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s)
for: __Ernest Edward Badway__

[X]    Attorney

   [X]    I am a United States District Court, Southern District of New York
          attorney. My SDNY Bar Number is: EB-0105____ ; My State Bar Number is: 2538312

   [ ]    I am a Pro Hac Vice attorney

   [ ]    I am a Government Agency attorney

[X]    Law Firm/Government Agency Association

       From: Saiber, Schlesinger Satz & Goldstein LLC

       To: Fox Rothschild LLP

   [X]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   [ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
          was entered on _____ by Judge_____.

[X] Address:    100 Park Avenue, Suite 1500, New York, NY   10017

[X] Telephone
    No.:        212-878-7900

[X] Fax No.:    212-692-0940

[X] E-Mail
    Address:    ebadway@foxrothschild.com

Dated:    March 28, 2011                    _____
                                            ATTORNEY'S SIGNATURE