# EXHIBIT A

INVESTMENTS LLC

TRANSFERS TO/FROM BERNARD MADOFF

2005

AKDOWN OF MEMBER CONTRIBUTIONS/WITHDRAWALS BY QUARTER FOR 2005

| MBER | 1st Quarter 2005 Date | Contribution | Withdrawal | Qtrly Total | Trsf Ref | 2nd Quarter 2005 Date | Contribution | Withdrawal | Qtrly Total | Trsf Ref |
|---|---|---|---|---|---|---|---|---|---|---|
| Goldrich Family Irrevocable Trust | | | | - | | | | | - | |
| East 75th Street Venture | | | | - | | | | | - | |
| Investment Group LLC | 1/6/2005 | 1,000,000 | | 1,000,000 | 2 | 4/1/2005 | 900,000 | | 900,000 | 2 |
| bury Lake Village Co. LLP | 1/4/2005 | 100,000 | | 100,000 | 3 | 4/1/2005 | 200,000 | | 200,000 | 2 |
| CI, Inc | 1/4/2005 | 1,200,000 | | 1,200,000 | 4 | 4/1/2005 | 900,000 | | 900,000 | 2 |
| an Reef Rental Pool | | | | - | | | | | - | |
| sapeake Investment Company LLP | | | | - | | | | | - | |
| ge Park Square III Associates LLLP | | | | - | | | | | - | |
| ge Park Square IV Associates LLP | | | | - | | 4/1/2005 | 200,000 | | 200,000 | 2 |
| ffrost Company LLP | | | | - | | 4/1/2005 | 100,000 | | 100,000 | 2 |
| ndchildren's Trust U/A dated 9/11/90 | | | | - | | | | | - | |
| lliam Berger | | | | - | | 3/30/2005 | 100,000 | | 100,000 | 4 |
| ce T. Goldrich | | | | - | | | | | - | |
| ce T. Goldrich Irrevocable Trust-2000 | 1/5/2005 | 500,000 | | 500,000 | 5 | 4/27/2005 | 300,000 | | 300,000 | 5 |
| ymore Investment Group LLC | | | | - | | | | | - | |
| ymore Organization, Inc. | 1/4/2005 | 300,000 | | 300,000 | 6 | 4/1/2005 | 1,100,000 | | 1,100,000 | 2 |
| ren J. Goldrich Irrev Trust #3 - 1966 | | | | - | | | | | - | |
| rence J. Goldrich | 1/4/2005 | 200,000 | | 200,000 | 7 | 3/31, 4/1/05 | 800,000 | | 800,000 | 2,3 |
| rence J. Goldrich Foundation | 1/4/2005 | 500,000 | | 500,000 | 8 | 4/1/2005 | 200,000 | | 200,000 | 2 |
| ana Properties LLC | | | | - | | | | | - | |
| rico Properties LLC | | | | - | | 4/1/2005 | 200,000 | | 200,000 | 2 |
| omoke Plaza Shopping Center | | | | - | | 4/1/2005 | 300,000 | | 300,000 | 2 |
| t-O-Woods Company LLLP | 1/4/2005 | 100,000 | | 100,000 | 9 | 4/1/2005 | 300,000 | | 300,000 | 2 |
| nd Bay Realty Company LLP | | | | - | | 4/1/2005 | 100,000 | | 100,000 | 2 |
| rborough Lane Shoppes LLC | | | | - | | 4/1/2005 | 2,800,000 | | 2,800,000 | 2 |
| y Run Company LLC | | | | - | | 4/1/2005 | 100,000 | | 100,000 | 2 |
| y Run II Company LLC | | | | - | | | | | - | |
| inia Beach Investment Company | 1/4/2005 | 100,000 | | 100,000 | 10 | | | | - | |
| st Point Square LLC | | | | - | | | | | - | |
| icia S. Goldrich | | | | - | | | | | - | |
| d E. Goldrich | | | | - | | | | | - | |
| ren J. Goldrich | | | | - | | | | | - | |
| cutive Park Company LLLP | | | | - | | | | | - | |
| Berger Trst dtd 12/31/87 fbo Lauren J Goldrich | | | | - | | | | | - | |
| Larrymore Foundation | | | | - | | | | | - | |
| t Square Associates | | | | - | | | | | - | |
| TOTALS | | 4,000,000 | - | 4,000,000 | | | 8,600,000 | - | 8,600,000 | |

| MBER | 3rd Quarter 2005 Date | Contribution | Withheld for acct/legal | Withdrawal | Qtrly Total | Trsf Ref | 4th Quarter 2005 Date | Contribution | Withdrawal | Qtrly Total | Trsf Ref | 2005 TOTALS Contribution | Withheld for acct/legal | Withdrawal | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Goldrich Family Irrevocable Trust | 7/1/2005 | 200,000 | (39) | | 199,961 | 1 | | | | - | | 200,000 | (39) | | 199,961 |
| East 75th Street Venture | | | | | - | | 10/3/2005 | 100,000 | | 100,000 | 1 | 100,000 | - | | 100,000 |
| Investment Group LLC | | | (374) | | (374) | 1 | | | | - | | 1,900,000 | (374) | | 1,899,626 |
| bury Lake Village Co. LLP | | | (59) | | (59) | 1 | | | | - | | 300,000 | (59) | | 299,941 |
| CI, Inc | 7/1/2005 | 200,000 | (451) | | 199,549 | 1 | | | | - | | 2,300,000 | (451) | | 2,299,549 |
| an Reef Rental Pool | | | | | - | | | | | - | | - | - | | |
| sapeake Investment Company LLP | 7/1/2005 | 100,000 | (19) | | 99,981 | 1 | | | | - | | 100,000 | (19) | | 99,981 |
| ge Park Square III Associates LLLP | 7/1/2005 | 100,000 | (19) | | 99,981 | 1 | | | | - | | 100,000 | (19) | | 99,981 |
| ge Park Square IV Associates LLP | | | (39) | | (39) | 1 | | | | - | | 200,000 | (39) | | 199,961 |
| ffrost Company LLP | 7/1/2005 | 100,000 | (39) | | 99,961 | 1 | | | | - | | 200,000 | (39) | | 199,961 |
| ndchildren's Trust U/A dated 9/11/90 | | | | | - | | | | | - | | - | - | | |
| lliam Berger | | | (19) | | (19) | 1 | 10/3/2005 | 300,000 | | 300,000 | 1 | 400,000 | (19) | | 399,981 |
| ce T. Goldrich | | | | | - | | | | | - | | - | - | | |
| ce T. Goldrich Irrevocable Trust-2000 | 7/1/2005 | 400,000 | (234) | | 399,766 | 1 | 10/3/2005 | 100,000 | | 100,000 | 1 | 1,300,000 | (234) | | 1,299,766 |
| ymore Investment Group LLC | 7/1/2005 | 200,000 | (38) | | 199,962 | 1 | 10/3/2005 | 200,000 | | 200,000 | 1 | 400,000 | (38) | | 399,962 |
| ymore Organization, Inc. | 7/1/2005 | 400,000 | (350) | | 399,650 | 1 | 10/3/2005 | 500,000 | | 500,000 | 1 | 2,300,000 | (350) | | 2,299,650 |
| ren J. Goldrich Irrev Trust #3 - 1966 | | | | | - | | | | | - | | - | - | | - |
| rence J. Goldrich | 7/1/2005 | 300,000 | (252) | | 299,748 | 1 | 10/3/2005 | 300,000 | | 300,000 | 1 | 1,600,000 | (252) | | 1,599,748 |
| rence J. Goldrich Foundation | 7/1/2005 | 400,000 | (214) | | 399,786 | 1 | 10/3/2005 | 200,000 | | 200,000 | 1 | 1,300,000 | (214) | | 1,299,786 |
| ana Properties LLC | | | | | - | | 10/3/2005 | 100,000 | | 100,000 | 1 | 100,000 | - | | 100,000 |
| rico Properties LLC | | | (39) | | (39) | 1 | | | | - | | 200,000 | (39) | | 199,961 |
| omoke Plaza Shopping Center | | | (58) | | (58) | 1 | | | | - | | 300,000 | (58) | | 299,942 |
| t-O-Woods Company LLLP | 7/1/2005 | 200,000 | (116) | | 199,884 | 1 | | | | - | | 600,000 | (116) | | 599,884 |
| nd Bay Realty Company LLP | | | (19) | | (19) | 1 | | | | - | | 100,000 | (19) | | 99,981 |
| rborough Lane Shoppes LLC | | | (545) | | (545) | 1 | | | | - | | 2,800,000 | (545) | | 2,799,455 |
| y Run Company LLC | | | | | - | | | | | - | | 100,000 | - | | 100,000 |
| y Run II Company LLC | | | (19) | | (19) | 1 | 10/3/2005 | 200,000 | | 200,000 | 1 | 200,000 | (19) | | 199,981 |
| inia Beach Investment Company | | | (20) | | (20) | 1 | | | | - | | 100,000 | (20) | | 99,980 |
| st Point Square LLC | 7/1/2005 | 200,000 | (38) | | 199,962 | 1 | 10/3/2005 | 200,000 | | 200,000 | 1 | 400,000 | (38) | | 399,962 |
| icia S. Goldrich | | | | | - | | | | | - | | - | - | | - |
| d E. Goldrich | | | | | - | | | | | - | | - | - | | - |
| ren J. Goldrich | | | | | - | | | | | - | | - | - | | - |
| cutive Park Company LLLP | | | | | - | | | | | - | | - | - | | - |
| Berger Trst dtd 12/31/87 fbo Lauren J Goldrich | | | | | - | | | | | - | | - | - | | - |
| Larrymore Foundation | | | | | - | | | | | - | | - | - | | - |
| t Square Associates | | | | | - | | | | | - | | - | - | | - |
| TOTALS | | 2,800,000 | (3,000) | - | 2,797,000 | | | 2,200,000 | - | 2,200,000 | | 17,600,000 | (3,000) | - | 17,597,000 |

CAP OF BANKING TRANSFERS TO/FROM BERNARD MADOFF

| Q1 Date | Q1 Party | Q1 Amount | Ref | Q2 Date | Q2 Party | Q2 Amount | Ref | Q3 Date | Q3 Party | Q3 Amount | Ref | Q4 Date | Q4 Party | Q4 Amount | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L&I Investment, LLC | - | 1 | | L&I Investment LLC | - | 1 | 7/1/2005 | L&I Investment LLC | 2,797,000 | 1 | 10/3/2005 | L&I Investment LLC | 2,200,000 | 1 |
| 1/6/2005 | 444 Investment Grp | 1,000,000 | 2 | 4/1/2005 | Collective Wire by Bank | 8,000,000 | 2 | | | | | | | | |
| 1/4/2005 | Banbury Lake Village Co | 100,000 | 3 | 3/31/2005 | Lawrence Goldrich | 200,000 | 3 | | | | | | | | |
| 1/4/2005 | BWCI, Inc | 1,200,000 | 4 | 3/30/2005 | I.William Berger | 100,000 | 4 | | | | | | | | |
| 1/5/2005 | Janice Goldrich Irrev Trs | 500,000 | 5 | 4/27/2005 | Janice Goldrich Trust | 300,000 | 5 | | | | | | | | |
| 1/4/2005 | Larrymore Organization, | 300,000 | 6 | | | | | | | | | | | | |
| 1/4/2005 | Lawrence J. Goldrich | 200,000 | 7 | | | | | | | | | | | | |
| 1/4/2005 | Lawrence Goldrich Fdn | 500,000 | 8 | | | | | | | | | | | | |
| 1/4/2005 | Point-O-Woods Co | 100,000 | 9 | | | | | | | | | | | | |
| 1/4/2005 | Virginia Beach Inv Co | 100,000 | 10 | | | | | | | | | | | | |
| TOTALS | | 4,000,000 | | | | 8,600,000 | | | | 2,797,000 | | | | 2,200,000 | |

TOTALS 17,597,000

**L&I INVESTMENTS LLC**
**INVESTMENT IN BERNARD L. MADOFF**
**1ST QUARTER, 2005**

**(1) FUNDS RECEIVED BY L&I INVESTMENT LLC FROM ITS MEMBERS THAT WERE TRANSFERRED TO MADOFF**

| DATE | AMOUNT |
|---|---|
| | 0 |

**(2) DIRECT FUND TRANSFERS TO MADOFF FROM MEMBERS OF L&I INVESTMENT LLC**

| DATE | MEMBER | AMOUNT |
|---|---|---|
| 1/4/2005 | BWCI, INC. | 1,200,000 |
| 1/4/2005 | Banbury Lake Village | 100,000 |
| 1/4/2005 | Larrymore Organization | 300,000 |
| 1/4/2005 | Virginia Beach Investment | 100,000 |
| 1/4/2005 | Lawrence Goldrich Foundation | 500,000 |
| 1/4/2005 | Lawrence Goldrich | 200,000 |
| 1/4/2005 | Point O Woods Co | 100,000 |
| 1/5/2005 | Janice Goldrich Irrevocable Trust | 500,000 |
| 1/6/2005 | 444 Investment Group | 1,000,000 |

**TOTAL OF TRANSFERS 1ST QTR 2005** **4,000,000**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L E I INVESTMENT LLC

6477 COLLEGE PARK SQUARE
VIRGINIA BEACH VA 23464

PERIOD ENDING: 1/31/05
PAGE: 1
YOUR ACCOUNT NUMBER:
YOUR TAX PAYER IDENTIFICATION NUMBER:

T → RH

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | NO BALANCE FORWARD | | | |
| /05 | | | | CHECK WIRE | JRNL | | 1,200,000.00 |
| /05 | | | | CHECK WIRE | JRNL | | 500,000.00 |
| /05 | | | | CHECK WIRE | JRNL | | 300,000.00 |
| /05 | | | | CHECK WIRE | JRNL | | 200,000.00 |
| /05 | | | | CHECK WIRE | JRNL | | 100,000.00 |
| /05 | | | | CHECK WIRE | JRNL | | 100,000.00 |
| /05 | | | | CHECK WIRE | JRNL | | 100,000.00 |
| /05 | 2,500,000 | | 970 | U S TREASURY BILL | 99.362 | 2,484,050.00 | |
| | | | | DUE 4/14/2005 | | | |
| | | | | 4/14/2005 | | | |
| /06 | | | | CHECK WIRE | CA | | 500,000.00 |
| /06 | | | | CHECK WIRE | CA | | 1,000,000.00 |
| /06 | 15,950 | | 1058 | FIDELITY SPARTAN | 1 | 15,950.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| /08 | 1,500,000 | | 1108 | U S TREASURY BILL | 99.371 | 1,490,565.00 | |
| | | | | DUE 4/14/2005 | | | |
| | | | | 4/14/2005 | | | |
| /16 | 9,435 | | 1126 | FIDELITY SPARTAN | 1 | 9,435.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| /28 | 1,512 | | 2427 | WELLS FARGO & CO NEW | 60.250 | 91,098.00 | |
| /28 | 5,472 | | 3897 | INTEL CORP | 22.210 | 121,533.12 | |
| /28 | 3,672 | | 6711 | WAL-MART STORES INC | 53.180 | 195,276.96 | |
| /28 | 2,592 | | 8181 | JOHNSON & JOHNSON | 61.950 | 160,574.40 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

File

MADF
**BERNARD L. MAD F**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

HAVE THIS DAY CREDITED YOUR
COUNT WITH THE FOLLOWING: CHECK WIRE

1/05/05

1,200,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE
VIRGINIA BEACH VA 23464

Pt. 1 Pg 6 of 33

eral Ledger Record Entries Journal 1-06-2005 Page 1
System date and time 1-06-2005 1:29 pm
Files Used: F:\BWCI\MASTER.GLM
F:\BWCI\NEW.GLT
F:\BWCI\CURRENT.GLT

| ounting Date | Account | Debit | Credit | Jrn | Reference 1 | Reference 2 | Transaction Desc |
|---|---|---|---|---|---|---|---|
| 04-05 | | .00 | 1,200,000.00 | 0 | | | Inv L&I-Trsf frm Ckg to Madoff |
| 04-05 | | 1,200,000.00 | .00 | 0 | | | Inv L&I-Trsf frm Ckg to Madoff |

RY TOTALS

| | |
|---|---|
| Number of entries | 2 |
| tal amount of debit entries | 1,200,000.00 |
| al amount of credit entries | 1,200,000.00 |

TING SUMMARY REPORT

ries from GL Record entries 1-06-05

| | Posted | Rejected |
|---|---|---|
| umber of entries | 2 | 0 |
| ebit Amount | 1,200,000.00 | .00 |
| redit Amount | 1,200,000.00 | .00 |

TING TOTALS

| | Posted | Rejected |
|---|---|---|
| umber of entries | 2 | 0 |
| ebit Amount | 1,200,000.00 | .00 |
| redit Amount | 1,200,000.00 | .00 |
| roof | .00 | |

nTrust Bank

Deposit Account Debit

ed By: Mitchell | Phone No.: 436-5032 | Originating Department Center Code | Approved By | Date: 1/4/05 | Transaction Date: 1/4/05

/Serial No. (Company/Store No.) | Account No. | Tran Code | Amount: $ 1200000.00

Best Western Center Inn
6477 College Park Square
Suite 306
Virginia Beach, VA 23464

Your account has been charged for the reason(s) shown.
Wire funds to JP Morgan Chase Bank, ABA # to credit Bernard L. Madoff, Acct # , FBO: L & I Investments, LLC, Acct # per Ron Hurwitz

(10/02)

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 1/3/05 |
| **Re:** | Wire Transfer<br>BWCI, Inc. | **CC:** | Lawrence J. Goldrich |

FAXED

Please wire transfer $1,200,000 from the operating account of Best Western Center Inn account number # as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

Ronald J. Hurwitz

MADF

**BERNARD L. MAD F**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

E HAVE THIS DAY CREDITED YOUR
:COUNT WITH THE FOLLOWING: CHECK WIRE

1/05/05

100,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE
VIRGINIA BEACH VA 23464

Pt. 1 Pg 9 of 33

URY LAKE VILLAGE General Ledger Record Entries Journal 1-06-2005 Page 1
System date and time 1-06-2005 1:15 pm
Files Used: F:\BLV\MASTER.GLM
F:\BLV\NEW.GLT
F:\BLV\CURRENT.GLT

| ounting Date | Account | Debit | Credit | Jrn | Reference 1 | Reference 2 | Transaction Desc |
|---|---|---|---|---|---|---|---|
| )4-05 | | 100,000.00 | .00 | 0 | | | Inv L&I-Trsf frm Ckg to Madoff |
| )4-05 | | .00 | 100,000.00 | 0 | | | Inv L&I-Trsf frm Ckg to Madoff |

RY TOTALS

| | |
|---|---|
| Number of entries | 2 |
| al amount of debit entries | 100,000.00 |
| l amount of credit entries | 100,000.00 |

TING SUMMARY REPORT

ries from GL Record entries 1-06-05

| | Posted | Rejected |
|---|---|---|
| umber of entries | 2 | 0 |
| ebit Amount | 100,000.00 | .00 |
| redit Amount | 100,000.00 | .00 |

TING TOTALS

| | Posted | Rejected |
|---|---|---|
| umber of entries | 2 | 0 |
| ebit Amount | 100,000.00 | .00 |
| redit Amount | 100,000.00 | .00 |
| roof | .00 | |

nTrust Bank

Deposit Account Debit

ed By: itchell Phone No. 436-5032
Originating Department Center Code
Approved By
Date 1/4/05
Transaction Date 1/4/05
/Serial No. (Company/Store No.)
Account No.
Tran Code
Amount $ 100000.00

Banbury Lake Village
6477 College Park Square
Suite 306
Virginia Beach, VA 23464

(10/02)

Your account has been charged for the reason(s) shown:
Wire funds to JP Morgan Chase Bank, ABA # to credit Bernard L. Madoff, Acct # , FBO: L & I Investments, LLC, Acct # per Ron Hurwitz

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com

# Fax

| To: | Kathy Mitchell | From: | Ronald J. Hurwitz |
|---|---|---|---|
| Fax: | 757-436-5038 | Pages: | 1 |
| Phone: | 757-436-5032 | Date: | 1/3/05 |
| Re: | Wire Transfer<br>Banbury Lake Village | CC: | Lawrence J. Goldrich |

Please wire transfer $100,000 from the operating account of Banbury Lake Village account number # as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

Ronald J. Hurwitz

MADF BERNARD L. MAD F
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

/E HAVE THIS DAY CREDITED YOUR
CCOUNT WITH THE FOLLOWING: CHECK WIRE

1/05/05

300,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE
VIRGINIA BEACH VA 23464

RRYMORE ORGANIZATION, INC General Ledger Record Entries Journal 1-06-2005 Page 1
System date and time 1-06-2005 1:17 pm
Files Used: F:\LOI\MASTER.GLM
F:\LOI\NEW.GLT
F:\LOI\CURRENT.GLT

| counting Date | Account | Debit | Credit | Jrn | Reference 1 | Reference 2 | Transaction Desc |
|---|---|---|---|---|---|---|---|
| -04-05 | | 300,000.00 | .00 | 0 | | | Inv L&I-Trsf frm Ckg to Madoff |
| -04-05 | | .00 | 300,000.00 | 0 | | | Inv L&I-Trsf frm Ckg to Madoff |

RY TOTALS

| | |
|---|---|
| Number of entries | 2 |
| tal amount of debit entries | 300,000.00 |
| al amount of credit entries | 300,000.00 |

TING SUMMARY REPORT

ries from GL Record entries 1-06-05

| | Posted | Rejected |
|---|---|---|
| umber of entries | 2 | 0 |
| ebit Amount | 300,000.00 | .00 |
| redit Amount | 300,000.00 | .00 |

TING TOTALS

| | Posted | Rejected |
|---|---|---|
| umber of entries | 2 | 0 |
| ebit Amount | 300,000.00 | .00 |
| redit Amount | 300,000.00 | .00 |

roof .00

Trust Bank

**Deposit Account Debit**

By: itchell | Phone No.: 436-5032 | Originating Department Center Code: | Approved By: | Date: 1/4/05 | Transaction Date: 1/4/05

erial No. (Company/Store No.) | Account No. | Tran Code | Amount: $ 300000.00

Larrymore Organization, Inc.
6477 College Park Square
Suite 306
Virginia Beach, VA 23464

Your account has been charged for the reason(s) shown:
Wire funds to JP Morgan Chase Bank, ABA # to credit Bernard L. Madoff, Acct # FBO: L & I Investments, LLC, Acct # per Ron Hurwitz

(10/02)

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com

| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 1/3/05 |
| **Re:** | Wire Transfer<br>Larrymore Organization, Inc. | **CC:** | Lawrence J. Goldrich |

FAXED

Please wire transfer $300,000 from the operating account of Larrymore Organization, Inc. account number # as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

Ronald J. Hurwitz

MADF BERNARD L. MAD F
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

/E HAVE THIS DAY CREDITED YOUR
CCOUNT WITH THE FOLLOWING: CHECK WIRE

1/05/05

100,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE
VIRGINIA BEACH VA 23464

GIN[illegible] BEACH INVESTMENT CO General Ledger Record Entries Journal 1-06-2005 Page 1
System date and time 1-06-2005 1:13 pm
Files Used: F:\VBI\MASTER.GLM
F:\VBI\NEW.GLT
F:\VBI\CURRENT.GLT

| ounting Date | Account | Debit | Credit | Jrn | Reference 1 | Reference 2 | Transaction Desc |
|---|---|---|---|---|---|---|---|
| 04-05 | | 100,000.00 | .00 | 0 | | | Inv L&I-Trsf frm Ckg to Madoff |
| 04-05 | | .00 | 100,000.00 | 0 | | | Inv L&I-Trsf frm Ckg to Madoff |

RY TOTALS

| | |
|---|---|
| Number of entries | 2 |
| tal amount of debit entries | 100,000.00 |
| al amount of credit entries | 100,000.00 |

TING SUMMARY REPORT

ries from GL Record entries 1-06-05

| | Posted | Rejected |
|---|---|---|
| Number of entries | 2 | 0 |
| Debit Amount | 100,000.00 | .00 |
| Credit Amount | 100,000.00 | .00 |

TING TOTALS

| | Posted | Rejected |
|---|---|---|
| Number of entries | 2 | 0 |
| Debit Amount | 100,000.00 | .00 |
| Credit Amount | 100,000.00 | .00 |
| Proof | .00 | |

nTrust Bank

Deposit Account Debit

ed By: Mitchell
Phone No. 436-5032
Originating Department Center Code
Approved By
Date 1/4/05
Transaction Date 1/4/05
/Serial No. (Company/Store No.)
Account No.
Tran Code
Amount $ 1 0 0 0 0 0 . 0 0

Virginia Beach Investment Company
6477 College Park Square
Suite 306
Virginia Beach, VA 23464

Your account has been charged for the reason(s) shown.
Wire funds to JP Morgan Chase Bank, ABA # [redacted] to credit Bernard L. Madoff, Acct # [redacted], FBO: L & I Investments, LLC, Acct # [redacted] per Ron Hurwitz

(10/02)



6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 1/3/05 |
| **Re:** | Wire Transfer<br>Virginia Beach Investment | **CC:** | Lawrence J. Goldrich |

FAXED

Please wire transfer $100,000 from the operating account of Virginia Beach Investment Company account number # as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

Ronald J. Hurwitz

MADF

**BERNARD L. MAD F**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

IAVE THIS DAY CREDITED YOUR
OUNT WITH THE FOLLOWING: CHECK WIRE

1/05/05

500,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE
VIRGINIA BEACH VA 23464

L. GOLDRICH FOUNDATION General Ledger Record Entries Journal 1-06-2005 Page 1
System date and time 1-06-2005 1:28 pm
Files Used: F:\LGF\MASTER.GLM
F:\LGF\NEW.GLT
F:\LGF\CURRENT.GLT

| Accounting Date | Account | Debit | Credit | Jrn | Reference 1 | Reference 2 | Transaction Desc |
|---|---|---|---|---|---|---|---|
| -04-05 | | 500,000.00 | .00 | 0 | | | Inv L&I-Trsf frm Ckg to Madoff |
| -04-05 | | .00 | 500,000.00 | 0 | | | Inv L&I-Trsf frm Ckg to Madoff |

RY TOTALS

| | |
|---|---|
| Number of entries | 2 |
| Total amount of debit entries | 500,000.00 |
| Total amount of credit entries | 500,000.00 |

STING SUMMARY REPORT

Entries from GL Record entries 1-06-05

| | Posted | Rejected |
|---|---|---|
| Number of entries | 2 | 0 |
| Debit Amount | 500,000.00 | .00 |
| Credit Amount | 500,000.00 | .00 |

STING TOTALS

| | Posted | Rejected |
|---|---|---|
| Number of entries | 2 | 0 |
| Debit Amount | 500,000.00 | .00 |
| Credit Amount | 500,000.00 | .00 |
| Proof | .00 | |

SunTrust Bank

Deposit Account Debit

Prepared By: Mitchell Phone No. 436-5032
Originating Department Center Code:
Approved By:
Date: 1/4/05
Transaction Date: 1/4/05
Entry/Serial No. (Company/Store No.)
Account No.
Tran Code
Amount $ 500000.00

Lawrence J. Goldrich Foundation
6477 College Park Square
Suite 306
Virginia Beach, VA 23464

(10/02)

Your account has been charged for the reason(s) shown.
Wire funds to JP Morgan Chase Bank, ABA # to credit Bernard L. Madoff, Acct # , FBO: L & I Investments, LLC, Acct # per Ron Hurwitz

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com

| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 1/3/05 |
| **Re:** | Wire Transfer<br>Lawrence J. Goldrich Foundation | **CC:** | Lawrence J. Goldrich |

FAX

Please wire transfer $500,000 from the operating account of the Lawrence J. Goldrich Foundation account number # as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

Ronald J. Hurwitz

MADF
**BERNARD L. MAD F**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

HAVE THIS DAY CREDITED YOUR
COUNT WITH THE FOLLOWING: CHECK WIRE

1/05/05

200,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE
VIRGINIA BEACH VA 23464

**NATIO AL FINANCIAL SERVICES LLC**

BANC OF AMERICA
INVESTMENT SERVICES, INC.
900 WEST TRADE STREET
NC1-026-05-01
CHARLOTTE, NC 20852

LAWRENCE J GOLDRICH
6477 COLLEGE PARK SQUARE
SUITE 306
VIRGINIA BEACH VA 23464

**Transaction Confirmation**

Brokerage Account Number:
Transaction Reference Number: 35033701

---

National Financial Services LLC (NFS) is writing to confirm a recent bank wire disbursement from your brokerage account. NFS provides trade execution, clearing and other related services on behalf of BANC OF AMERICA INVESTMENT SERVICES INC.

Listed below is confirmation of a transaction requested on your behalf:

Date of Transaction: January 04, 2005
Bank Wire Amount: $200,000.00
Bank Name: CHASE MANHATTAN BANK
Bank Routing Number:
For Credit to: L AND I INVESTMENTS LLC
Bank Account Number:

Please review this information carefully. If you have any questions, please contact BANC OF AMERICA INVESTMENT SERVICES INC. at --. If you did not authorize this transaction, or believe this transaction was made in error, you may contact NFS directly at 617-563-5977.

**National Financial Services LLC**

361207

5477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com

11206

Larrymore Organization, Inc.

# Fax

FAXED

| To: | Daniel Sager Bank of America Investments | From: | Ronald J. Hurwitz |
|---|---|---|---|
| Fax: | 757-623-5921 | Pages: | 1 |
| Phone: | 757-625-8211 | Date: | 1/3/05 |
| Re: | Lawrence J. Goldrich Wire Transfer | CC: | Lawrence J. Goldrich |

Please wire transfer $200,000 from the account of Lawrence J. Goldrich account # as follows:

ok

~~BOA will not accept. Must be on BOA form~~ BH

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

Lawrence J. Goldrich

1-3-05

STATE OF VIRGINIA
CITY OF VIRGINIA BEACH

The foregoing instrument was acknowledged before me this 3rd day of January, 2005 by Lawrence J. Goldrich.

Notary Public

Christine Howells
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires
AUGUST 31, 2005

# Outgoing Wire Transfer Request

Banc of America Investment Services, Inc.®

:count number: ______

ease wire funds from my Banc of America Investment Services, Inc. (BAI) account:

:count name: Lawrence J Goldrich Rep. number: 4XP

nount: $ 200,000 (U.S. dollars only) Amount in words: two hundred thousand

ese funds should be wired to:

ink name: JP Morgan Chase (This is the intermediary bank if more than one bank is involved) Bank city and state: New York NY

3A routing number of this bank: ______

ɔt all banks can receive wires directly through the Fed Funds wire system. In these situations, wires are normally routed through a bank, iich then credits an account established for the destination bank. If this situation applies here, please provide:

Destination bank name: ______

The *destination bank's* account number at the intermediary bank: ______

**ion receipt, the receiving bank should deposit the funds into:**

ink account number: ______

ıme as it appears on bank account: Bernard L. Madoff

·eet address of recipient: ______ P.O. Box not acceptable

some cases the owner of the bank account listed above may need additional information in order to credit these funds to the right party. Typical amples include situations where the account number above belongs to another financial firm, or pension plan. If required, please provide that ormation here:

Account or identification number: ______

Name of final recipient: L & I Investments, LLC

Street address of recipient: ______ P.O. Box not acceptable.

**thorization:**

ave read, understand and agree to the Terms and Conditions on page 2 of this form and confirm the instructions listed above.

:count holder signature(s): ______ Date: ______

______ (If joint account all parties must sign) Date: ______

ι I representative signature: ______ Date: ______

signing here you are verifying that you have confirmed the customer(s) identity and the above transaction information.

ι I representative printed name: ______ Telephone number: ______

arket executive / registered principal signature: ______ Date: ______

arket executive / registered principal printed name: ______

**ι I Authentication Stamp or Notary:**

ate of ______)

ounty of ______)

bscribed and sworn to before me this

______ day of ______, ______

______ (Notary public)

(Authentication Stamp)

:al)

ıstomer identity verified by: ☐ Driver's license ☐ Passport ☐ Other (specify): ______ Check here to waive fee: ☐

: want you to know: Investment products provided by Banc of America Investment Services, Inc.:

| ıre Not FDIC Insured | May Lose Value | Are Not Bank Guaranteed |
|---|---|---|

ınc of America Investment Services, Inc. is a registered broker-dealer, member NASD and SIPC and a nonbank subsidiary of Bank of America, N.A. ınc of America Investment Services, Inc. is not a tax advisor. We suggest you consult your personal tax advisor before making tax-related investment decisions.

·25-7891N30 220367 (08/02)

White - Branch Copy Yellow - Client Copy

MADF

**BERNARD L. MAD**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

HAVE THIS DAY CREDITED YOUR
OUNT WITH THE FOLLOWING: CHECK WIRE

1/05/05

100,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE
VIRGINIA BEACH VA 23464

NT O WOODS General Ledger Record Entries Journal 1-06-2005 Page 1
System date and time 1-06-2005 1:14 pm
Files Used: F:\POW\MASTER.GLM
F:\POW\NEW.GLT
F:\POW\CURRENT.GLT

| counting Date | Account | Debit | Credit | Jrn | Reference 1 | Reference 2 | Transaction Desc |
|---|---|---|---|---|---|---|---|
| -04-05 | | 100,000.00 | .00 | 0 | | | Inv L&I-Trsf frm ckg to Madoff |
| -04-05 | | .00 | 100,000.00 | 0 | | | Inv L&I-Trsf frm ckg to Madoff |

RY TOTALS

| | |
|---|---|
| Number of entries | 2 |
| otal amount of debit entries | 100,000.00 |
| al amount of credit entries | 100,000.00 |

TING SUMMARY REPORT

ries from GL Record entries 1-06-05

| | Posted | Rejected |
|---|---|---|
| umber of entries | 2 | 0 |
| ebit Amount | 100,000.00 | .00 |
| redit Amount | 100,000.00 | .00 |

TING TOTALS

| | Posted | Rejected |
|---|---|---|
| umber of entries | 2 | 0 |
| ebit Amount | 100,000.00 | .00 |
| redit Amount | 100,000.00 | .00 |
| roof | .00 | |

nTrust Bank

Deposit Account Debit

ed By: Mitchell Phone No. 436-5032
Originating Department Center Code
Approved By
Date 1/4/05
Transaction Date 1/4/05
Serial No. (Company/Store No.)
Account No.
Tran Code
Amount $ 100000.00

Point O' Woods
6477 College Park Square
Suite 306
Virginia Beach, VA 23464

(10/02)

Your account has been charged for the reason(s) shown.
Wire funds to JP Morgan Chase Bank, ABA # to credit Bernard L. Madoff, Acct # , FBO: L & I Investments, LLC, Acct # per Ron Hurwitz



6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 1/3/05 |
| **Re:** | Wire Transfer<br>Point O Woods | **CC:** | Lawrence J. Goldrich |

FAXED

Please wire transfer $100,000 from the operating account of Point O Woods account number # as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

Ronald J. Hurwitz

**BERNARD L. MAD**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

E HAVE THIS DAY CREDITED YOUR
CCOUNT WITH THE FOLLOWING:

1/06/05

CHECK WIRE 500,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE
VIRGINIA BEACH VA 23464

**NATIONAL FINANCIAL SERVICES LLC**

BANC OF AMERICA
INVESTMENT SERVICES, INC.
900 WEST TRADE STREET
NC1-026-05-01
CHARLOTTE, NC 20852

I WILLIAM BERGER TTEE
JANICE T GOLDRICH IRREV TR
U/A 7/12/00
C/O LAWRENCE J GOLDRICH
6477 COLLEGE PARK SQ #306
VIRGINIA BEACH VA 23464

**Transaction Confirmation**

Brokerage Account Number:
Transaction Reference Number: 35034180

---

National Financial Services LLC (NFS) is writing to confirm a recent bank wire disbursement from your brokerage account. NFS provides trade execution, clearing and other related services on behalf of BANC OF AMERICA INVESTMENT SERVICES INC.

Listed below is confirmation of a transaction requested on your behalf:

| | |
|---|---|
| Date of Transaction: | January 05, 2005 |
| Bank Wire Amount: | $500,000.00 |
| Bank Name: | CHASE MANHATTAN BANK |
| Bank Routing Number: | |
| For Credit to: | L AND I INVESTMENTS LLC |
| Bank Account Number: | |

Please review this information carefully. If you have any questions, please contact BANC OF AMERICA INVESTMENT SERVICES INC. at --. If you did not authorize this transaction, or believe this transaction was made in error, you may contact NFS directly at 617-563-5977.

**National Financial Services LLC**

361207

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com

BOA will not accept
Must be on BOA form
BH

| | | | |
|---|---|---|---|
| **To:** | Daniel Sager<br>Bank of America Investments | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-623-5921 | **Pages:** | 1 |
| **Phone:** | 757-625-8211 | **Date:** | 1/3/05 |
| **Re:** | Janice T. Goldrich Irrevocable Trust – 2000 – Wire Transfer | **CC:** | Lawrence J. Goldrich |

Please wire transfer $500,000 from the account of the Janice T. Goldrich Irrevocable Trust - 2000 # as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

I. William Berger, Trustee

Christine Howells
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires
AUGUST 31, 2005

The foregoing instrument was acknowledged before me this 3rd day of January, 2005 by I. William Berger.

Christine Howells



# Outgoing Wire Transfer Request

**Banc of America Investment Services, Inc.**

count number: ____

**ease wire funds from my Banc of America Investment Services, Inc. (BAI) account:**

count name: Janice T Goldrich Ir. Trust Rep. number: 4XP

nount: $ 500,000 (U.S. dollars only) Amount in words: five hundred thousand

**ese funds should be wired to:**

nk name: JP Morgan Chase (This is the intermediary bank, if more than one bank is involved) Bank city and state: New York NY

3A routing number of this bank: ____

t all banks can receive wires directly through the Fed Funds wire system. In these situations, wires are normally routed through a bank, ich then credits an account established for the destination bank. If this situation applies here, please provide:

Destination bank name: ____

The *destination bank's* account number at the intermediary bank: ____

**on receipt, the receiving bank should deposit the funds into:**

nk account number: ____

me as it appears on bank account: ____ Bernard L. Madoff

eet address of recipient: ____ P.O. Box not acceptable

some cases the owner of the bank account listed above may need additional information in order to credit these funds to the right party. Typical amples include situations where the account number above belongs to another financial firm, or pension plan. If required, please provide that ormation here:

Account or identification number: ____

Name of final recipient: L & I Investments, LLC

Street address of recipient: ____ P.O. Box not acceptable

**thorization:**

ave read, understand and agree to the Terms and Conditions on page 2 of this form and confirm the instructions listed above.

count holder signature(s): [signature] Date: 1/04/05

____ (If joint account all parties must sign) Date: ____

l representative signature: ____ Date: ____

signing here you are verifying that you have confirmed the customer(s) identity and the above transaction information.

l representative printed name: ____ Telephone number: ____

arket executive / registered principal signature: ____ Date: ____

arket executive / registered principal printed name: ____

**l Authentication Stamp or Notary:**

ate of Virginia )

unty of Virginia Beach )

bscribed and sworn to before me this

4th day of January, 2005

[signature] Howell (Notary public)

(Authentication Stamp)

Christine Howells
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires
AUGUST 31, 2005

stomer identity verified by: Driver's license Passport Other (specify): ____ Check here to waive fee:

at you to know: Investment products provided by Banc of America Investment Services, Inc.:

| Are Not FDIC Insured | May Lose Value | Are Not Bank Guaranteed |
|---|---|---|

anc of America Investment Services, Inc. is a registered broker-dealer, member NASD and SIPC and a nonbank subsidiary of Bank of America, N.A.
anc of America Investment Services, Inc. is not a tax advisor. We suggest you consult your personal tax advisor before making tax-related investment decisions.

)-25-7891NSB 220367 (08/02)

MADF
BERNARD L. MAD
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

E HAVE THIS DAY CREDITED YOUR
CCOUNT WITH THE FOLLOWING:

1/06/05

CHECK WIRE 1,000,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE
VIRGINIA BEACH VA 23464

INTRODUCING FINANCIAL INSTITUTION:
DEUTSCHE BANK SECURITIES INC
200 W SECOND ST
WINSTON SALEM NC 27101

TEL:(336)724-6921

MAIL TO:
444 INVESTMENT GROUP LLC
LARRYMORE ORGANIZATION
REF: CW HENDERSON
6477 AUBURN DRIVE, SUITE 306
VIRGINIA BEACH VA 23464-3601

CLEARING THRU:
P E R S H I N G L L C

ONE PERSHING PLAZA
JERSEY CITY, NEW JERSEY 07399

ACCOUNT: RR: J9E JANUARY 6, 2005

DEAR INVESTOR, PLEASE BE ADVISED THAT WE HAVE DEBITED YOUR ACCOUNT TODAY IN THE AMOUNT OF $1,000,000.00.
REASON: FEDERAL FUNDS SENT
JPMORGAN CHASE BANK

WE HAVE FOLLOWED INSTRUCTIONS RECEIVED DIRECTLY FROM YOU OR YOUR FINANCIAL INSTITUTION. IF YOU HAVE ANY QUESTIONS REGARDING THIS MATTER, PLEASE CONTACT YOUR FINANCIAL INSTITUTION LISTED ABOVE.

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com

11252

FAXED

| To: | Clare Nickels<br>C. W. Henderson | From: | Ronald J. Hurwitz |
|---|---|---|---|
| Fax: | ~~312-332-4553~~, 832-7801 | Pages: | 1 |
| Phone: | 312-332-6864 | Date: | 1/3/05 |
| Re: | Wire Transfer<br>444Investment Group, LLC | CC: | Lawrence J. Goldrich |

Please wire transfer $1,000,000 of available cash from the account of 444 Investment Group, LLC., account number # as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

Lawrence J. Goldrich

1-3-05

STATE OF VIRGINIA
CITY OF VIRGINIA BEACH

The foregoing instrument was acknowledged before me this 3rd day of January, 2005 by Lawrence J. Goldrich.

Notary Public

Christine Howells
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires
AUGUST 31, 2005