**L&I INVESTMENTS LLC**
**INVESTMENT IN BERNARD L. MADOFF**
**2ND QUARTER, 2005**

**(1) FUNDS RECEIVED BY L&I INVESTMENT LLC FROM ITS MEMBERS THAT WERE TRANSFERRED TO MADOFF**

| DATE | AMOUNT |
|---|---|
|  | 0 |

**(2) DIRECT FUND TRANSFERS TO MADOFF FROM MEMBERS OF L&I INVESTMENT LLC**

| DATE | MEMBER | AMOUNT |
|---|---|---|
| 4/1/2005 | BWCI, Inc. | 800,000 |
| 4/1/2005 | 444 E 75th St. for 444 Inv Group | 700,000 |
| 4/1/2005 | Banbury Lake Village | 200,000 |
| 4/1/2005 | College Park Square IV | 100,000 |
| 4/1/2005 | Goldfrost Company | 100,000 |
| 4/1/2005 | Larrymore Organization | 1,000,000 |
| 4/1/2005 | Lawrence Goldrich Foundation | 200,000 |
| 4/1/2005 | Ororico Properties | 200,000 |
| 4/1/2005 | Round Bay Realty | 100,000 |
| 4/1/2005 | Scarborough Lane Shoppes | 2,800,000 |
| 4/1/2005 | Stony Run Company | 100,000 |
| 4/1/2005 | BWCI, Inc. | 100,000 |
| 4/1/2005 | 444 E 75th St. for 444 Inv Group | 200,000 |
| 4/1/2005 | College Park Square IV | 100,000 |
| 4/1/2005 | Pocomoke Plaza Shopping Ctr | 300,000 |
| 4/1/2005 | Point O Woods Company | 300,000 |
| 4/1/2005 | Lawrence Goldrich | 600,000 |
| 4/1/2005 | Larrymore Organization | 100,000 |
|  | Sub-Total | 8,000,000 |
| 3/31/2005 | Lawrence Goldrich | 200,000 |
| 3/30/2005 | I.William Berger | 100,000 |
| 4/27/2005 | Janice Goldrich Irrevocable Trust | 300,000 |

**TOTAL OF TRANSFERS 2ND QTR 2005**    8,600,000



**BERNARD L. MADOFF**
MADF | INVESTMENT SECURITIES LLC
New York □ London

663 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8UT
Tel 020 7493 6222

L & I INVESTMENT LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA   23464

PERIOD ENDING: **4/30/05**    YOUR TAX PAYER IDENTIFICATION NUMBER    PAGE: **1**

| DATE | BOUGHT RECEIVED OR | SOLD DELIVERED OR | NO. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 42,048.04 |
| 4/01 | | | | | CA | | 8,000,000.00 |
| 4/01 | | | | CHECK WIRE | CA | | 200,000.00 |
| 4/01 | | | | COCA COLA CO | DIV | | 100,000.00 |
| 4/01 | | | | | DIV | | 58.64 |
| 4/01 | | | | DIV 3/04/05 4/01/05 | DIV | | 730.72 |
| | | | | VIACOM INC | | | |
| 4/01 | | | | | DIV 1 | | 105.84 |
| 4/01 | | 18,206 | 97859 | FIDELITY SPARTAN | 1 | 18,206.00 | |
| 4/01 | | 9,325,000 | | U.S TREASURY MONEY MARKET | | 9,321,793.25 | |
| 4/07 | | | | | DIV | | 213.12 |
| 4/07 | | | | HEWLETT PACKARD CO | DIV | | 1,314.00 |
| 4/13 | | | | DIV 3/15/05 4/11/05 | DIV | | 57.66 |
| | | | | FIDELITY SPARTAN | | | |
| 4/13 | | 47,233 | 4152 | FIDELITY SPARTAN | 1 | | 47,233.00 |
| | | | | U.S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENT LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA   23464

PAGE 2

4/30/05

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 4/13 | 25,000 | 7664 | U S TREASURY BILL DUE 6/21/2005 | 99.942 | | 24,985.50 |
| 13 | 50,000 | 10043 | U S TREASURY BILL DUE 06/09/2005 | 99.584 | 49,792.00 | |
| 4/15 | 22,404 | | U S TREASURY MONEY MARKET | | 22,404.00 | |
| 4/25 | | | GENERAL ELECTRIC CO DIV 2/28/05 4/25/05 | DIV | | 2,011.68 |
| 4/27 | 300,000 | 18669 | U S TREASURY BILL DUE 06/09/2005 | 99.680 | 299,040.00 | 300,000.00 |
| 4/29 | 4,968 | 19357 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 950.00 4,968.00 | |
| | | | NEW BALANCE | | | 42,048.95 |
| | 28,512 | | SECURITY POSITIONS U S TREASURY PLAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 2,025,000 | | U S TREASURY BILL DUE 06/02/2005 | 99.748 | | |
| | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

4/01/05

CHECK WIRE                                8,000,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH          VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| To: | Kathy Mitchell | From: | Ronald J. Hurwitz |
|---|---|---|---|
| Fax: | 757-436-5038 | Pages: | 1 |
| Phone: | 757-436-5032 | Date: | 04/01/05 |
| Re: | Wire Transfer | CC: | Lawrence J. Goldrich |
|  | BWCI, Inc. |  |  |

FAXED 1-30-05

Please wire transfer $800,000 from the operating account of Best Western Center Inn account number # _____ as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

Lawrence J. Goldrich

## SunTrust Bank

**Deposit Account Debit**

Prepared By: A Dannegan 436-5036

Phone No.: 436-5036

Originating Department Center Code

Account No.

Auxiliary/Serial No. (Company/Store No.)

Approved By: [signature]

Date: 4/11/05

Tran Code

Transaction Date: 4/11/05

Amount: $ 800,000,000.00

Best Western Center Inn

Your account has been charged for the reason(s) shown.

Wire Funds to JPMorgan Chase Bank
ABA #
Bernard Madoff's Acct #
MBO L+I Investments LLC
Acct #

HARLAND MP743

314806 (10/02)

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com





| To: | Kathy Mitchell | From: | Ronald J. Hurwitz |
|---|---|---|---|
| Fax: | 757-436-5038 | Pages: | 1 |
| Phone: | 757-436-5032 | Date: | 04/01/05 |
| Re: | Wire Transfer | CC: | Lawrence J. Goldrich |
|  | 444 East 75th Street Venture for 444 |  |  |
|  | Investment Group |  |  |

Please wire transfer $700,000 from the operating account of 444 East 75th Street Venture account number #         as follows:


JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

    Account #

_____

Lawrence J. Goldrich

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

04/30/2005

# SUNTRUST

## Account Statement

---

Ck # 1303    04/01    $949.09

Ck # 1304    04/11    $35.00

Ck # 1305    04/07    $45,120.68

Ck #    04/01    $200,000.00

Ck #    04/01    $700,000.00

---

1302759                    Member FDIC

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| To: | Kathy Mitchell | From: | Ronald J. Hurwitz |
|---|---|---|---|
| Fax: | 757-436-5038 | Pages: | 1 |
| Phone: | 757-436-5032 | Date: | 04/01/05 |
| Re: | Wire Transfer | CC: | Lawrence J. Goldrich |
| | Banbury Lake Village | | |

Please wire transfer $200,000 from the operating account of Banbury Lake Village account number #      as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

_Lawrence J. Goldrich_
Lawrence J. Goldrich

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 8 of 8
36/E00/0175/0 /73

04/30/2005

# SUNTRUST

Account
Statement



Ck # 21236        04/18        $1,074.96

Ck #              04/01        $200,000.00

Ck # 21251        04/26        $22,198.09

1309651                    Member FDIC

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | College Park Square IV Associates | | |

Please wire transfer $100,000 from the operating account of College Park Square IV Associates, account number #            as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

Lawrence J. Goldrich

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 4 of 4
36/E00/0175/0 /73

04/30/2005

# SUNTRUST

Account
Statement



Ck # 5015      04/13      $1,851.33



Ck # 5016      04/18      $35.61



Ck # 5017      04/19      $371.55



Ck # 5019      04/22      $2,045.28



Ck # 5021      04/27      $4,065.45



Ck #      04/01      $100,000.00



Ck #      04/01      $100,000.00

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Goldfrost  Company | | |

Please wire transfer $100,000 from the operating account of Goldfrost Company, account number # _____ as follows:


JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC



Account #

Lawrence J. Goldrich

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 4 of 4
7Z/E00/0175/0 /73

04/30/2005

# SUNTRUST

## Account
## Statement

---

GOLDFROST COMPANY
5317 COLLEGE PARK SQUARE 3305
VIRGINIA BEACH, VA 23464
7214299450

| DATE | CHECK NO. | AMOUNT |
| April 20, 2005 | 5328 | $********6.61 |

Pay: *****************Six dollars and 61 cents

PAY
TO THE
ORDER OF    Lenymore Organization Inc.

Ck # 5328        04/22        $6.61

---

SunTrust Bank                                Deposit Account Debit

C Dummann WeC500

$   100,000.00

Gold Frost Company

Wire funds to JP Morgan Chase Bank
A/C #      31, Further Credit
Bernard Madoff  Acct # Housing
FBO L+T Investments LLC
Acct #

Ck #        04/01        $100,000.00

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Larrymore Organization, Inc. | | |



Please wire transfer $1,000,000 from the operating account of Larrymore Organization, Inc.
account number #            as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:  140 081 703

FBO:  L & I Investments, LLC

Account #

_____
Lawrence J. Goldrich

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 8 of 8
36/E00/0175/0 /73

04/30/2005

# SUNTRUST

Account
Statement

---

Larrymore Organization, Inc.
6417 College Park Square #398
Virginia Beach, VA 23464
7374393070

SUNTRUST BANK
VIRGINIA BEACH, VA

DATE  April 19, 2005   CHECK NO. 25676   AMOUNT  $*******1,892.98

Pay: ****************One thousand eight hundred ninety-two dollars and 98 cents

PAY TO THE ORDER OF   College Park Square IV Assoc.

Ck # 25676    04/22    $1,892.98

---

Larrymore Organization, Inc.
6417 College Park Square #398
Virginia Beach, VA 23464
7374393070

SUNTRUST BANK
VIRGINIA BEACH, VA

DATE  April 22, 2005   CHECK NO. 25681   AMOUNT  $******300.00

Pay: ****************Three hundred dollars and no cents

PAY TO THE ORDER OF   PETTY CASH   KAREN BULGARINO

Ck # 25681    04/22    $300.00

---

Larrymore Organization, Inc.
6417 College Park Square #398
Virginia Beach, VA 23464
7374393070

SUNTRUST BANK
VIRGINIA BEACH, VA

DATE  April 19, 2005   CHECK NO. 25677   AMOUNT  $******11,357.91

Pay: ****************Eleven thousand three hundred fifty-seven dollars and 91 cents

PAY TO THE ORDER OF   Lawrence J. Goldrich

Ck # 25677    04/22    $11,357.91

---

Larrymore Organization, Inc.
6417 College Park Square #398
Virginia Beach, VA 23464
7374393070

SUNTRUST BANK
VIRGINIA BEACH, VA

DATE  April 25, 2005   CHECK NO. 25686   AMOUNT  $******300.00

Pay: ****************Three hundred dollars and no cents

PAY TO THE ORDER OF   PETTY CASH   KAREN BULGARINO

Ck # 25686    04/26    $300.00

---

Larrymore Organization, Inc.
6417 College Park Square #398
Virginia Beach, VA 23464
7374393070

SUNTRUST BANK
VIRGINIA BEACH, VA

DATE  April 19, 2005   CHECK NO. 25678   AMOUNT  $******7,925.16

Pay: ****************Seven thousand nine hundred twenty-five dollars and 16 cents

PAY TO THE ORDER OF   POCOMOKE PLAZA SHOPPING CENTER

Ck # 25678    04/21    $7,925.16

---

SunTrust Bank                        Deposit Account Debit

Larrymore Organization, Inc.

$  100,000.00

Wire funds to JP Morgan Chase Bank
ABA #
Bernard Madoff Acct.
FBO-L&I Investments LLC
Acct #

Ck #    04/01    $100,000.00

---

Larrymore Organization, Inc.
6417 College Park Square #398
Virginia Beach, VA 23464
7374393070

SUNTRUST BANK
VIRGINIA BEACH, VA

DATE  April 19, 2005   CHECK NO. 25679   AMOUNT  $******5,678.95

Pay: ****************Five thousand six hundred seventy-eight dollars and 95 cents

PAY TO THE ORDER OF   POINT O WOODS

Ck # 25679    04/21    $5,678.95

---

SunTrust Bank                        Deposit Account Debit

Larrymore Organization, Inc.

$  1,000,000.00

Wire funds to JP Morgan Chase Bank
ABA #
Bernard Madoff Acct #
FBO L&I Investments LLC
Acct #

Ck #    04/01    $1,000,000.00

---

1308907                    Member FDIC

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| | | | | |
|---|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz | |
| **Fax:** | 757-436-5038 | **Pages:** | 1 | |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 | |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich | |
| | Lawrence J. Goldrich Foundation | | | |

Please wire transfer $200,000 from the operating account of the Lawrence J. Goldrich
Foundation account number #            as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

Lawrence J. Goldrich

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

04/30/2005

# SunTrust

## Account Statement

| | | |
|---|---|---|
| Ck # 3880 | 04/06 | $3,202.35 |
| Ck # 3881 | 04/11 | $650.00 |
| Ck # 3882 | 04/20 | $600.00 |
| Ck # 3883 | 04/21 | $1,536.90 |
| Ck # 3885 | 04/21 | $46.27 |
| Ck # 3887 | 04/25 | $8,314.00 |
| Ck # 3888 | 04/21 | $1,536.89 |
| Ck # | 04/01 | $200,000.00 |

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Ororico Properties, LLC | | |

Please wire transfer $200,000 from the operating account of Ororico Properties, LLC account number #            as follows:


JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #



Lawrence J. Goldrich

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
33/E00/0175/0 /73

04/30/2005

# SUNTRUST

Account
Statement

| SunTrust Bank | | Deposit Account Debit |
|---|---|---|
| Payment by Bank | Wachovia //:/05 | 4/1/05 |
| | $ 200,000.00 | |
| Ororico Properties LLL | Wire Funds to JP Morgan Chase<br>B/A #<br>Bernard Madoff Acct L<br>FBO L&J Investments LLC<br>Acct 1b. | |

Ck #          04/01        $200,000.00

Member FDIC

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Round Bay realty Co | | |

Please wire transfer $100,000 from the operating account of Round Bay Realty Company,
account number #            as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

Lawrence J. Goldrich

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 6 of 6
36/E00/0175/0 /73

04/30/2005

# SUNTRUST

Account
Statement

Ck # 14397        04/18        $61.82

Round Bay Realty Co

Ck #        04/01        $100,000.00

Ck # 14398        04/20        $787.61

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



**Larrymore Organization, Inc.**

# Fax

| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
|  | Scarborough Lane Shoppes, LLC |  |  |

FAXED 7-30-05

Please wire transfer $2,800,000 from the operating account Scarborough Lane Shoppes, LLC, account number #          as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

Lawrence J. Goldrich

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 4 of 4
34/500/0175/0 /73

04/30/2005

# SUNTRUST

# Account
# Statement

---

| SunTrust Bank | | Deposit Account Debit |
|---|---|---|
| | | $ 2,800,000.00 |

Scarborough Lane Shoppes
LLC

Wire funds to JP Morgan Chase Bank
ABA #                  Further Credit
Bernard Madoff Acct #
FBO - Lot I Investments LLC
Acct #

Ck #              04/01        $2,800,000.00

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| To: | Kathy Mitchell | From: | Ronald J. Hurwitz |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Stony Run Company | | |



Please wire transfer $100,000 from the operating account of Stony Run Controlled Disbursement Account, account number # .         as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

Lawrence J. Goldrich

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 4 of 4
34/F00/0175/0 /73

04/30/2005

# SUNTRUST

## Account Statement



Ck # 1449    04/13    $65.91

Ck # 1466    04/26    $34,771.88

Ck # 1453    04/27    $2,315.45

Ck # 1468    04/29    $43.30

Ck # 1459    04/29    $390.07

Ck # 1469    04/29    $159.07

Ck # 1460    04/29    $389.70

Ck #    04/01    $100,000.00

Ck # 1461    04/29    $285.06

Member FDIC

March 10, 2005

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



**Larrymore Organization, Inc.**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell, SunTrust Bank | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04-01-05 |
| **Re:** | Wire Transfers | **CC:** | Lawrence J. Goldrich |

FAXED 3-30-05

Please wire transfer funds from the listed accounts as follows:

| FROM: | | |
|---|---|---|
| Best Western center Inn | $100,000 |
| 444 E. 75th Street Venture | 200,000 |
| College Park Square IV Associates | 100,000 |
| Chesapeake Investment Co, T/A Pocomoke Plaza Shopping Center | 300,000 |
| Point O Woods Company | 300,000 |
| Lawrence J. Goldrich | 600,000 |
| Larrymore Organization, Inc. | 100,000 |

TO: JP Morgan Chase Bank, 40 wall Street, New York, NY 10015
ABA #:
For Further Credit To: Bernard L. Madoff
Account #:
FBO: L & I Investments, LLC
Account #

Lawrence J. Goldrich

## SunTrust Bank

Deposit Account Debit

Prepared By **Donovan** Phone No. **4365030**

Auxiliary/Serial No. Company/Store No.    Originating Department Center Code

Account No.

Approved By **Dunham**    Date **4/1/05**    Transaction Date **4/1/05**

Tran Code    Amount

$ **100,000.00**

Best Western Center Inn

You account has been charged for the reason(s) shown.

Wire Funds to JP Morgan Chase Bank

ABA #

Further credit

Bernard Madoff Acct #

FBO - L + I Investments LLC

Acct #

314806 (10/02)

HARLAND M7743

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
36/E00/0175/0 /73

04/30/2005

# SUNTRUST

Account
Statement



Ck # 1303        04/01        $949.09



Ck # 1304        04/11        $35.00



Ck # 1305        04/07        $45,120.68



Ck # 1306        04/12        $70,000.00



Ck #        04/01        $200,000.00



Ck #        04/01        $700,000.00

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 4 of 4
36/E00/0175/0 /73

04/30/2005

# SUNTRUST

Account
Statement

---

Ck # 5015    04/13    $1,851.33

Ck # 5016    04/18    $35.61

Ck # 5017    04/19    $371.55

Ck # 5019    04/22    $2,045.28

Ck # 5021    04/27    $4,065.45

Ck #    04/01    $100,000.00

Ck #    04/01    $100,000.00

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 4 of 4
36/E00/0175/0 /73

04/30/2005

# SunTrust

## Account
## Statement



Ck # 5784        04/22        $1,289.76



Ck # 5786        04/28        $279.14



Ck #        04/01        $300,000.00

1309288

Member FDIC

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
36/E00/0175/0 /73

04/30/2005

# SUNTRUST

## Account Statement



# 1128       04/22       $167.39



Ck #            04/01       $300,000.00

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

*Balanced*
*5-5-05*

Page 1 of 2
81/B16/0175/3 /73

04/26/2005

# SUNTRUST

LAWRENCE J GOLDRICH
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

# Account
# Statement

Questions? Please call
1-800-786-8787

DID YOU KNOW YOUR HOME EQUITY CAN BE USED FOR HOME IMPROVEMENTS, EDUCATION, DEBT
CONSOLIDATION, CARS OR VACATIONS? WHY NOT TAKE ADVANTAGE OF YOUR EQUITY, TODAY'S
GREAT RATES AND SUNTRUST'S FAST APPROVALS ON A HOME EQUITY LINE? CONTACT US AT
1-800-SUNTRUST, SUNTRUST.COM OR A BRANCH FOR DETAILS. EQUAL HOUSING LENDER.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | SUPER INTEREST CHECKING | | 03/26/2005 - 04/26/2005 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $24,885.30 | Average Balance | $43,132.91 |
| Deposits/Credits | $600,003.78 | Average Collected Balance | $43,132.91 |
| Checks | $975.00 | Number of Days in Statement Period | 32 |
| Withdrawals/Debits | $600,215.00 | Annual Percentage Yield Earned | .10% |
| Ending Balance | $23,699.08 | Interest Paid Year to Date | $9.61 |

**Deposits/ Credits**

| Date | Amount | Description |
|---|---|---|
| 03/31 | 600,000.00 | INCOMING FEDWIRE CR TRN #009425 |
| 04/26 | 3.78 | INTEREST PAID THIS STATEMENT THRU 04/26 |

Deposits/Credits: 2    Total Items Deposited: 0

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1242 | 250.00 | 03/31 | *1281 | 725.00 | 04/18 | | | |

Checks: 2    *Break in check sequence

**Withdrawals/ Debits**

| Date Paid | Amount | Description |
|---|---|---|
| 03/31 | 15.00 | INCOMING FEDWIRE TRANSFER FEE TRN #009425 |
| 04/01 | 600,000.00 | MISCELLANEOUS DEBIT |
| 04/15 | 200.00 | *ELECTRONIC/ACH DEBIT* |
| | | EXXONMOBIL    DRISPP DR    3300 03516-5642 |

Withdrawals/Debits: 3

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/26 | 24,885.30 | 24,885.30 | 04/15 | 24,420.30 | 24,420.30 |
| 03/31 | 624,620.30 | 624,620.30 | 04/18 | 23,695.30 | 23,695.30 |
| 04/01 | 24,620.30 | 24,620.30 | 04/26 | 23,699.08 | 23,699.08 |