



**nTrust Bank**

**Deposit Account Debit**

ommann 436-5030

Lawrence J. Goldrich

Approved By: Mitchell  Date 4/1/05

Transaction Date 4/1/05

$ 600,000.00

Your account has been charged for the reason(s) shown.

Wire funds to JP Morgan Chase
Bank ABA#............., further
credit
Bernard Madoff Acct#
FBO L+I Investments LLC
Acct #

i (10/02)

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 8 of 8
36/E00/0175/0 /73

04/30/2005

# SUNTRUST

## Account Statement

---

Ck # 25676    04/22    $1,892.98

Ck # 25677    04/22    $11,357.91

Ck # 25678    04/21    $7,925.16

Ck # 25679    04/21    $5,678.95

Ck # 25681    04/22    $300.00

Ck # 25686    04/26    $300.00

Ck #    04/01    $100,000.00

Ck #    04/01    $1,000,000.00

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

HAVE THIS DAY CREDITED YOUR
COUNT WITH THE FOLLOWING:

4/01/05

CHECK WIRE                                             200,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax



| | | | | |
|---|---|---|---|---|
| **To:** | Daniel Sager | **From:** | Ronald J. Hurwitz | |
| | Bank of America Investments | | | |
| **Fax:** | 757-~~823-5921~~ *441-4958* | **Pages:** | 1 | |
| **Phone:** | 757-~~625-8211~~ *441-8887* | **Date:** | 03/30/05 *Sent 3-28-05* | |
| **Re:** | Lawrence J. Goldrich Wire Transfer | **CC:** | Lawrence J. Goldrich | |

Please wire transfer $200,000 from the account of Lawrence J. Goldrich account #
    as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:  :

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

_____
Lawrence J. Goldrich

# Money Manager Account

Bank of America & Banc of America Investment Services, Inc.

Customer name: GOLDRICH L
Brokerage account number:
Checking account number:

## Daily account summary, cont.

| Date | Type | Transaction/ Quantity | Description | Transaction amount ($) − | + |
|---|---|---|---|---|---|
| 03-16-05 | Cash | Withdrawal | CHECK 0000011157 REFERENCE # 813003310599885 DDA DATE 03/15/05 | 1,678.86- | |
| 03-16-05 | Cash | Withdrawal | CHECK 0000011153 REFERENCE # 813003310593959 DDA DATE 03/15/05 | 600.00- | |
| 03-16-05 | Cash | Withdrawal | CHECK 0000011151 REFERENCE # 813004110045226 DDA DATE 03/15/05 | 66.00- | |
| 03-17-05 | Cash | Withdrawal | CHECK 0000011152 REFERENCE # 813003720022706 DDA DATE 03/16/05 | 870.79- | |
| 03-17-05 | Cash | Withdrawal | CHECK 0000011154 REFERENCE # 813003310209485 DDA DATE 03/16/05 | 719.00- | |
| 03-18-05 | Cash | Withdrawal | CHECK 0000011155 REFERENCE # 813003310646833 DDA DATE 03/17/05 | 475.00- | |
| 03-21-05 | Cash | Deposit | LARRYMORE ORGANI;DES=PAYROLL ;ID=LARR 01000009 EFF DATE: 050318;INDN:GOLDRICH, LAWRENCE J DDA DATE 0 | | 3,795.57 |
| 03-22-05 | Cash | Deposit | Deposit DDA DATE 03/21/05 | | 333.33 |
| 03-22-05 | Cash | Withdrawal | VIRGINIA NATURAL;DES=AUTO DRAFT;ID=09000690095001 EFF DATE: 050321;INDN:GOLDRICH,LAWRENC DDA DATE 03/21 | 57.97- | |
| 03-29-05 | Cash | Withdrawal | CHECK 0000011116 REFERENCE # 813003310927242 DDA DATE 03/28/05 | 341.25- | |
| 03-29-05 | Cash | Withdrawal | CHECK 0000011158 REFERENCE # 813003910017743 DDA DATE 03/28/05 | 139.75- | |
| 03-29-05 | Cash | Withdrawal | CHECK 0000011162 REFERENCE # 813004110336987 DDA DATE 03/28/05 | 55.00- | |
| 03-29-05 | Cash | Withdrawal | CHECK 0000011164 REFERENCE # 813004210358150 DDA DATE 03/28/05 | 29.00- | |
| 03-30-05 | Cash | Withdrawal | CHECK 0000011160 REFERENCE # 813003610961285 DDA DATE 03/29/05 | 76.69- | |
| 03-31-05 | Cash | Withdrawal | CHECK 0000011159 REFERENCE # 813003920825600 DDA DATE 03/30/05 | 1,964.21- | |
| 03-31-05 | Cash | Dividend received | NATIONS MUNICIPAL RESERVES DAILY DIVIDEND RECEIVED | | 353.75 |
| 03-31-05 | Cash | Journaled | WIRE FEE | 15.00- | |
| 03-31-05 | Cash | Wire trans To bank | WD35159357 | 200,000.00- | |

Transactions reflect checking activity from Feb. 28, 2005 through Mar. 30, 2005 and brokerage activity from Mar. 01, 2005 through Mar. 31, 2005.

MAR 28 2005 13:58 FR BAIS1 NORFOLK ... 9420639? ... P.02/02

# Outgoing Wire Transfer Request

**Banc of America**
**Investment Services, Inc.**

Account number: _____

Please wire funds from my Banc of America Investment Services, Inc. (BAI) account:

Account name: **LAWRENCE J GOLDRICH**                    Rep. number: **4XP**

Amount: $ **200,000.00**        Amount in words: **Two Hundred Thousand**
(U.S. dollars only)

These funds should be wired to:

Bank name: **J. P. Morgan Chase Bank**    Bank city and state: **New York, NY 10015**
(This is the intermediary bank, if more than one bank is involved)              **40 Wall St.**

ABA routing number of this bank: _____

Not all banks can receive wires directly through the Fed Funds wire system. In these situations, wires are normally routed through a bank, which then credits an account established for the destination bank. If this situation applies here, please provide:

Destination bank name: _____

The *destination bank's* account number at the intermediary bank: _____

Upon receipt, the receiving bank should deposit the funds into:

Bank account number: _____

Name as it appears on bank account: **Bernard L. Madoff**

Street address of recipient: **885 Third Ave     New York, NY 10022-4834**
                                                                    P.O. Box not acceptable

In some cases the owner of the bank account listed above may need additional information in order to credit these funds to the right party. Typical examples include situations where the account number above belongs to another financial firm, or pension plan. If required, please provide that information here:

Account or identification number: **FBO: L & I Investments, LLC**

Name of final recipient: _____

Street address of recipient: _____
                                                            P.O. Box not acceptable

**Authorization:**

I have read, understand and agree to the Terms and Conditions on page 2 of this form and confirm the instructions listed above.

Account holder signature(s): _____    Date: **3/31/05**

                                   _____    Date: _____
                                   (If joint account all parties must sign)

BAI representative signature: _____    Date: _____
By signing here you are verifying that you have confirmed the customer(s) identity and the above transaction information.

BAI representative printed name: **DAN SAGER**            Telephone number: **757-441-8887**

Market executive / registered principal signature: _____    Date: _____

Market executive / registered principal printed name: _____

**BAI Authentication Stamp or Notary:**

State of **Virginia**                    )          (Authentication Stamp)
City of
County of **Virginia Beach**          )

Subscribed and sworn to before me this

**3/st** day of **March**    **2005**

_____
(Notary public)

Christine Howells
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires
AUGUST 31, 2005

(Seal)

Customer identity verified by: ☐ Driver's license  ☐ Passport  ☑ Other (specify): **PEB. Unkwn**        Check here to waive fee: ☐

We want you to know: Investment products provided by Banc of America Investment Services, Inc.:

| Are Not FDIC Insured | May Lose Value | Are Not Bank Guaranteed |

Banc of America Investment Services, Inc. is a registered broker-dealer, member NASD and SIPC and a nonbank subsidiary of Bank of America, N.A.
Banc of America Investment Services, Inc. is not a tax advisor. We suggest you consult your personal tax advisor before making tax-related investment decisions.

00-23-7091N38 220367 (06/02)                    1

White  Branch Copy      Yellow  Client Copy

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

4/01/05

CHECK WIRE

100,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH          VA 23464



April 1, 2005

~~John Diehl~~ LAUREN Weinberg JWB
BANK OF AMERICA
730 – 15TH Street
6th Floor
Washington, DC   20005

Via Fax

~~1.202.624.1001~~
(757) 441-8067 JWB
Dear ~~John~~:
Ms Weinberg JWB

Please make the following Wire Transfer:

$100,000.00 from I William Berger Checking Account #                    to

JP Morgan Chase Bank
40 Wall Street
New York, NY
ABA#:
For Further Credit To:  Bernard L. Madoff
Account #:
FBO:  L & I Investments, LLC
          Account #

Please call 757.420.3950 if there are any questions concerning this transfer.

Very truly yours,

I William Berger, President
LARRYMORE ORGANIZATION, INC.

IWB/jf

Banc of America Securities LLC
200 N. College Street
3rd Floor, NC1-004-03-45
Charlotte, NC 28255

Banc of America Securities

03/30/05

I W BERGER
C/O LAYYMORE ORG INC
6465 COLLEGE PARK SQ
VIRGINIA BEACH VA  23464-3622

033020-02-0041

Re:  220-05272-1-2

Dear Customer,

On 03/30/05 the following transaction(s) took place in your account:

| Transaction | Shares | Description | Amount |
|---|---|---|---|
| Debit | | BAS SECURITIES TRANSACTION | $100,000.00 |

If you have any questions regarding this notification, or find any discrepancies with this information, please contact the BAS Margin Department at 646-733-4204.

Very truly yours,

Banc of America Securities LLC

HI

Page 2 of 3
Statement Period
03-25-05 through 04-22-05
Number of checks enclosed: 19
B 15  0  C P  15

Account Number:

I WILLIAM BERGER

lake saving free and easy. Simply set up a monthly scheduled transfer, from your checking to your Regular Savings
:count, and watch your money grow. When your transfer is for $25 or more each month, there is no monthly
iaintenance fee on your Regular Savings account. Just sign up in a banking center. Learn more, visit:
ww.bankofamerica.com/buildyoursavings

end money instantly to other Bank of America customers - free. With Online Banking you can make secure,
erson-to-person transfers from your checking, savings or credit card account to millions of other Bank of America
ustomers with checking or savings accounts - and the money will be available immediately. Enroll or sign in today at
ww.bankofamerica.com.

re your student loans running out of steam? Apply for the Bank of America Education Maximizer loan. It's for the
xpenses your other student loans don't cover.  Go to www.educationmaximizer.com or call 1.877.370.2372 to apply.

## Interest Checking Additions and Subtractions

| late osted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 3-25 | 750.00- | 16,333.20 | Check      8095 |
| 3-25 | 31.27- | 16,301.93 | Check      8102 |
| 3-28 | 2,208.39- | 14,093.54 | Check      8112 |
| 3-28 | 1,040.40- | 13,053.14 | Check      8101 |
| 3-30 | 100,000.00+ | 113,053.14 | 2200527212 I W Berger Bkkp Bfr Mmr |
| 3-30 | 1,500.00- | 111,553.14 | Check      8106 |
| 3-31 | 89.00- | 111,464.14 | Check      8103 |
| 4-01 | 8,161.70+ | 119,625.84 | Deposit |
| 4-01 | 4,122.60+ | 123,748.44 | Larrymore Organi;Des=payroll    ;Id=larr  01000001 Eff Date: 050401;Indn:Berger, I. William |
| 4-01 | 100,000.00- | 23,748.44 | Wire Type:Wire Out Date:050401 Time:1303 Et Trn:2005040100110518 Service Ref:001433 Bnf:L I Investments, Llc ID:140081703 Bnf Bk:Jpmor Gan Chase Bank, N. ID:021000021 Related Ref:010504 01002715Nn |
| 4-01 | 1,951.80- | 21,796.64 | Check      8108 |
| 4-01 | 1,652.50- | 20,144.14 | Check      8107 |
| 4-01 | 658.04- | 19,486.10 | Check      8111 |
| 4-01 | 443.85- | 19,042.25 | Check      8110 |
| 4-01 | 140.71- | 18,901.54 | Check      8109 |
| 4-01 | 20.00- | 18,881.54 | Wire Transfer Fee |
| 4-05 | 8,125.00+ | 27,006.54 | Deposit |
| 4-05 | 3,184.27+ | 30,190.81 | Deposit |
| 4-05 | 2,200.00- | 27,990.81 | Check      8105 |
| 4-07 | 25,906.67+ | 53,897.48 | Deposit |
| 4-07 | 1,075.00- | 52,822.48 | Check      8113 |
| 4-08 | 13,740.00+ | 66,562.48 | Deposit |
| 4-14 | 135,000.00+ | 201,562.48 | 2200527212 I W Berger Bkkp Bfr Mmr |
| 4-15 | 4,245.57+ | 205,808.05 | Larrymore Organi;Des=payroll    ;Id=larr  01000001 Eff Date: 050415;Indn:Berger, I. William |
| 4-15 | 598.61+ | 206,406.66 | Deposit |
| 4-18 | 6,800.00+ | 199,606.66 | Check      8119 |
| 4-18 | 6.61- | 199,600.05 | Check      8117 |
| 4-19 | 725.51+ | 200,325.56 | Deposit |
| 4-19 | 89.00- | 200,236.56 | Check      8118 |
| 4-20 | 8,000.00- | 192,236.56 | Check      8116 |

385 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
MADF | INVESTMENT SECURITIES LLC
New York □ London

E HAVE THIS DAY **CREDITED YOUR**
CCOUNT WITH THE FOLLOWING:

4/27/05

**CHECK WIRE**                                    300,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



**Larrymore
Organization, Inc.**

# Fax

| **To:** | Joel Sirkin and Lynn Buggy | **From:** | Ronald J. Hurwitz |
|---|---|---|---|
| | SunTrust Securities | | |
| **Fax:** | 757-597-7209 | **Pages:** | 1 |
| **Phone:** | | **Date:** | 4/22/05 |
| **Re:** | Janice T. Goldrich Irrevocable Trust – 2000 – Wire Transfer | **CC:** | Lawrence J. Goldrich |

Please wire transfer $300,000 from the account of the Janice T. Goldrich Irrevocable Trust - 2000 #         as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

I. William Berger, Trustee

Christine Howells
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires
AUGUST 31, 2005

SUNTRUST SECURITIES, INC.
11 SOUTH 10TH STREET
RICHMOND      VA 23219

## NATION. FINANCIAL SERVICES LLC

I WILLIAM BERGER TTEE
JANICE T GOLDRICH REV TRUST 2000
6477 COLLEGE PARK SQUARE
# 306
VIRGINIA BEACH VA 23464

**Transaction Confirmation**

**Brokerage Account Number:**
**Transaction Reference Number:**              35215494

---

National Financial Services LLC (NFS) is writing to confirm a recent bank wire disbursement from your brokerage account. NFS provides clearing and other related services on behalf of SUNTRUST SECURITIES, INC..

Listed below is confirmation of a transaction requested on your behalf:

Date of Transaction: April 27, 2005
Bank Wire Amount: $300,000.00
Bank Name: **CHASE MANHATTAN BANK**
Bank Routing Number:
For Credit to: L AND I INVESTMENTS
Bank Account Number:

Please review this information carefully. If you have any questions, please contact SUNTRUST SECURITIES, INC. at 800-874-4770. If you did not authorize this transaction, or believe this transaction was made in error, you may contact NFS directly at 617-563-5977.

**National Financial Services LLC**

361207

National Financial Services LLC, Member NYSE, SIPC

**Account Number:**
**Account Name:** BURGER
**Statement Date:** 04/01/2005 to 04/30/2005

# SUNTRUST

SunTrust Securities, Inc.
An Affiliate of SunTrust Banks, Inc.
*www.suntrust.com*

## Core Funds Sold

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 04/27/05 | CASH | YOU SOLD | STI CLASSIC VIRGINIA TAX FREE MMKT CL A @ 1 | (300,015) | $300,015.00 |
| | | | | | $300,015.00 |

**Net Core Funds Sold** ($72,685.52)

## NET CORE FUND ACTIVITY

## ADDITIONS AND WITHDRAWALS
### Other Additions and Withdrawals

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 04/19/05 | CASH | TRANSFERRED FROM | BANK NEW YORK INC VS | 196.931 ✓ | $0.00 |
| 04/19/05 | CASH | TRANSFERRED FROM | DIRECTV GROUP INC VS | 162 ✓ | $0.00 |
| 04/19/05 | CASH | TRANSFERRED FROM | ECOLAB INC VS VS | 940 ✓ | $0.00 |
| 04/19/05 | CASH | TRANSFERRED FROM | FORD MTR CO DEL COM VS | 1,194.243 ✓ | $0.00 |
| 04/19/05 | CASH | TRANSFERRED FROM | NEWS CORP CL A VS | 36 ✓ | $0.00 |
| 04/19/05 | CASH | TRANSFERRED FROM | VISTEON CORP COM VS VS | 137,516 ✓ | $0.00 |
| 04/19/05 | CASH | TRANSFERRED FROM | VS RESIDUAL | | $372,698.69 |
| 04/22/05 | CASH | TRANSFERRED FROM | VS TRANerch | | $1.83 |
| 04/27/05 | CASH | WIRE TRANS TO BANK | | | ($300,000.00) |
| | | | | | $72,700.52 |

**Net Other Additions and Withdrawals** $72,700.52

## NET ADDITIONS AND WITHDRAWALS

| | Total Cost Basis | Rea Gain (l |
|---|---|---|
| | $272.37 | |
| | $2,591.04  T | |
| | $25,107.70  T | |
| | $812.07 | |
| | $2,574.13  T | |
| | $48.39 | |

Account carried with National Financial Services LLC, Member NYSE, SIPC

N-4-2005  14:50   FROM-BANC OF INVEST SERV

# Outgoing Wire Transfer Request

**Banc of America
Investment Services, Inc.**

count number: _____

ase wire funds from my Banc of America Investment Services, Inc. (BAI) account:

count name: _t William Berger TTEE, Janice T Goldrich Irrev 4/4 7/a_   Rep. number: _4XP_

nount: $ _300,000.00_   Amount in words: _Three Hundred Thousand and no cents._
(U.S. dollars only)

ese funds should be wired to:

nk name: _JP Morgan Chase_   Bank city and state: _New York, NY_
(This is the intermediary bank, if more than one bank is involved)

3A routing number of this bank: _____

ot all banks can receive wires directly through the Fed Funds wire system. In these situations, wires are normally routed through a bank,
hich then credits an account established for the destination bank. If this situation applies here, please provide:

Destination bank name: _____

The *destination bank's* account number at the intermediary bank: _____

on receipt, the receiving bank should deposit the funds into:

nk account number: _____

me as it appears on bank account: _Bernard L Madoff_

rect address of recipient: _885 Third Ave, New York, NY 10022-4834_
P.O. Box not acceptable

some cases the owner of the bank account listed above may need additional information in order to credit these funds to the right party. Typical
amples include situations where the account number above belongs to another financial firm, or pension plan. If required, please provide that
formation here:

Account or identification number: _____

Name of final recipient: _FBO   L & I Investments; Acct 1L0225_

Street address of recipient: _____
P.O. Box not acceptable

**uthorization:**

have read, understand and agree to the Terms and Conditions on page 2 of this form and confirm the instructions listed above.

ccount holder signature(s): _____   Date: _4/4/2005_

Date: _____
(If joint account all parties must sign)

AI representative signature: _____   Date: _____
y signing here you are verifying that you have confirmed the customer(s) identity and the above transaction information.

AI representative printed name: _____   Telephone number: _____

Market executive / registered principal signature: _____   Date: _____

Market executive / registered principal printed name: _____

**AI Authentication Stamp or Notary:**   (Authentication Stamp)

tate of _VIRGINIA_ )
ity
ounty of _Virginia Beach_ )

ubscribed and sworn to before me this

4th day of _April_ 250_

_Christine Howells_
(Notary public)

**Christine Howells**
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires
AUGUST 31, 2005

(Seal)

Customer identity verified by:  Driver's license  Passport  Other (specify): _____   Check here to waive fee: 

We want you to know: Investment products provided by Banc of America Investment Services, Inc.

| Are Not FDIC Insured | May Lose Value | Are Not Bank Guaranteed |

Banc of America Investment Services, Inc. is a registered broker-dealer, member NASD and SIPC and a nonbank subsidiary of Bank of America, N.A.
Banc of America Investment Services, Inc. is not a tax advisor. We suggest you consult your personal tax advisor before making tax-related investment decisions.

00-25-7891NSR 220367 (08/02)   1   *White - Branch Copy*   *Yellow - Client Copy*

**L&I INVESTMENTS LLC**
**INVESTMENT IN BERNARD L. MADOFF**
**4TH QUARTER, 2006**

**(1) FUNDS RECEIVED BY L&I INVESTMENT LLC FROM ITS MEMBERS THAT WERE TRANSFERRED TO MADOFF**

| DATE DEPOSITED INTO L&I BANK A/C | MEMBER | AMOUNT | DEPOSIT TOTAL |
|---|---|---|---|
| 9/29/2006 | BWCI, Inc. | 200,000 | |
| 9/29/2006 | College Park Square IV Assoc. | 100,000 | |
| 9/29/2006 | Goldfrost Company LLP | 100,000 | |
| 9/29/2006 | Lawrence J. Goldrich Foundation | 200,000 | |
| 9/29/2006 | Oceana Properties LLC | 100,000 | |
| 9/29/2006 | Stony Run II Company | 100,000 | |
| 9/29/2006 | West Point Square LLC | 100,000 | |
| | | | 900,000 |
| 9/28/2006 | Ocean Reef Rental Pool | 300,000 | 300,000 |
| **10/2/2006** | **TOTAL TRANSFERRED BY L&I INV** | **1,200,000** | **1,200,000** |

**(2) DIRECT FUND TRANSFERS TO MADOFF FROM MEMBERS OF L&I INVESTMENT LLC**

| DATE | MEMBER | AMOUNT |
|---|---|---|
| 10/2/2006 | 1984 Goldrich Family Trust | 100,000 |
| 10/3/2006 | Lauren Goldrich Irrev Trust #3 | 200,000 |
| 10/11/2006 | I.William Berger | 300,000 |
| 10/11/2006 | Lauren Goldrich Irrev Trust #3 | 200,000 |
| 10/11/2006 | 1984 Goldrich Family Trust | 300,000 |
| 10/3/2006 | Janice Goldrich Irrev Trust | 100,000 |
| 10/13/2006 | Janice Goldrich Irrev Trust | 200,000 |
| | **TOTAL DIRECT TRANSFERS** | **1,400,000** |

**TOTAL OF TRANSFERS 4TH QTR 2006**      **2,600,000**



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

L & I INVESTMENT LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA    23464

| DATE | | | | | | |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 642,265.26 | |
| 10/02 | | | CHECK WIRE | CK | | 17,400,000.00 |
| 10/02 | | | COCA COLA CO | DIV | | 2,659.80 |
| | | | DIV 9/15/06 10/01/06 | | | |
| 10/02 | 1,300,000 | 47633 | U S TREASURY BILL | | 1,286,246.00 | |
| | | | DUE 12/21/2006 | 98,942 | | |
| 10/02 | | 47834 | FIDELITY SPARTAN | | 1,574,000.00 | |
| | | | U S TREASURY MONEY MARKET | 1 | | |
| | | | DUE 12/21/2006 | | | |
| 10/02 | 2,098 | 47689 | FEDERAL SPARTAN | 1 | 2,098.00 | |
| | | | DIV 9/13/06 10/04/06 | DIV | | 950.40 |
| | | | DIV 9/15/06 10/06/06 | DIV | | 618.75 |
| 10/10 | | | DIV 9/15/06 10/10/06 | DIV | | 73,787.60 |
| | | | CONTINUED ON PAGE 2 | | | |



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

10/31/06

| Date | | | Description | | Amount |
|---|---|---|---|---|---|
| 10/21 | | | CHECK WIRE | CA | 300,000.00 |
|  | 300,000 | 51109 | CHECK WIRE | CA | 200,000.00 |
|  |  | 51112 | U S TREASURY BILL DUE 12/21/2006 | 994098 | -492,504.00 |
| 10/12 | 100,000 | 51137 | CHECK WIRE | CA | 100,000.00 |
| 10/12 |  |  | U S TREASURY BILL | 99,045 | -99,045.00 |
| 10/12 | 955 | 51188 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 955.00 |
|  | 200,000 | 51250 | U S TREASURY BILL DUE 12/21/2006 | 999078 | -3,012,750.00 |
|  |  |  | FIDELITY SPARTAN U S TREASURY MONEY MARKET |  |  |
| 10/17 |  |  | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | 258.71 |
|  | 928972 | 52190 | FIDELITY SPARTAN U S TREASURY MONEY MARKET |  | -928,972.00 |
|  |  |  | CONTINUED ON PAGE 2 |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

HAVE THIS DAY CREDITED YOUR
:OUNT WITH THE FOLLOWING:                                10/02/06

CHECK WIRE                                        100,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax

| To: | Kathy Mitchell | From: | Karen Bulgarino |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 10/02/06 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | 1984 Goldrich Family Irrevocable Trst | | |

Please wire transfer $100,000 from the operating account of the 1984 Goldrich Family
Irrevocable Trust account number #            as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #



Karen T. Bulgarino, Controller



SUNTRUST BANK
P.O. BOX 3833
CENTRAL WIRE FACILITY
ORLANDO, FL 32897

# SUNTRUST

1984 GOLDRICH FAMILY IRREVOCABLE TR
6477 COLLEGE PARK SQ
VIRGINIA BEACH VA 23464-3611

PAGE    1

ACCOUNT NUMBER                              DATE 10/02/2006

## ADVICE OF WIRE TRANSFER DEBIT(S)

TRANSACTION NUMBER 061002-007062        AMOUNT                    $100,000.00
SENT VIA FEDERAL RESERVE
            SENDING BANK:                        CREDIT PARTY:

REAS ESTATE FINANCE-NORFOLK             JPMORGAN CHASE BANK, NA
CS-NOR-1663                             NEW YORK, NY
COURIER                                             BENEFICIARY:
                                         /140081703
                                        BERNARD L MADOFF
                                            ORIGINATOR TO BENE INFO:
                                        FBO: L&I INVESTMENTS LLC ACCT

THE HOURS FOR INITIATING TELEPHONE WIRE TRANSFER REQUESTS ARE 8:30 AM TO
4:30 PM ET.  THIS ADVICE IS YOUR PERMANENT RECORD OF THE TRANSACTIONS.  FOR

INQUIRY, CALL 800-786-8787 AND PROVIDE THE TRANSACTION NUMBER ON THE ADVICE.

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
IADF | INVESTMENT SECURITIES LLC
New York □ London

VE THIS DAY **CREDITED YOUR**
INT WITH THE FOLLOWING:

**10/03/06**

**CHECK WIRE**                              **200,000.00**

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH      VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax

| | | | | |
|---|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Karen Bulgarino | |
| **Fax:** | 757-436-5038 | **Pages:** | 1 | |
| **Phone:** | 757-436-5032 | **Date:** | 10/02/06 | |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich | |
| | Lauren Goldrich Irrev Trust #3 | | | |

Please wire transfer $200,000 from the operating account of the Lauren Goldrich Irrevocable
Trust #3 account number #                as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #



Karen T. Bulgarino, Controller

SUNTRUST BANK
P.O. BOX 3833
CENTRAL WIRE FACILITY
ORLANDO, FL 32897

# SUNTRUST

THE LAUREN JAY GOLDRICH IRREVOCABLE
TRUST NO 3 - 1996
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

AGE    1

CCOUNT NUMBER                              DATE 10/03/2006

DVICE OF WIRE TRANSFER DEBIT(S)

RANSACTION NUMBER 061003-007702      AMOUNT                $200,000.00
ENT VIA FEDERAL RESERVE
            SENDING BANK:                      CREDIT PARTY:

EAS ESTATE FINANCE-NORFOLK           JPMORGAN CHASE BANK, NA
S-NOR-1663                           NEW YORK, NY
OURIER                                         BENEFICIARY:
                                      /140081703
                                      BERNARD L MADOFF
                                         ORIGINATOR TO BENE INFO:
                                      FBO L AND I INVESTMENTS LLC ACCT #

THE HOURS FOR INITIATING TELEPHONE WIRE TRANSFER REQUESTS ARE 8:30 AM TO
4:30 PM ET.  THIS ADVICE IS YOUR PERMANENT RECORD OF THE TRANSACTIONS.  FOR

INQUIRY, CALL 800-786-8787 AND PROVIDE THE TRANSACTION NUMBER ON THE ADVICE.

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

E HAVE THIS DAY CREDITED YOUR
CCOUNT WITH THE FOLLOWING:

10/11/06

CHECK WIRE                                    300,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Lauren Weinburg | **From:** | I. William Berger |
| | **Bank of America Investment Services** | | |
| **Fax:** | 757-441-8067 | **Pages:** | 1 |
| **Phone:** | 757-441-4030 | **Date:** | 10/10/06 |
| **Re:** | Wire Transfer | **CC:** | Karen T. Bulgarino |
| | I. William Berger | | |

Please wire transfer $300,000 from the checking account of I. William Berger account number # _____ as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #



I. William Berger

# Bank of America

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA         18507

I WILLIAM BERGER
C/O LARRYMORE ORGANIZATION
6477 COLLEGE PARK SQUARE  306
VIRGINIA BEACH VA  23464-3611

DATE: 10/11/06
DIRECT INQUIRIES TO:
800.333.9473 OPTION 3
ACCOUNT:

---

IE FOLLOWING WIRE WAS DEBITED TODAY:                    USD AMOUNT $300,000.00

RANSACTION REF:     2006101100173862              SERVICE REF: 002597
ELATED REF:         01061011003600NN              IMAD: 20061011B6B7HU8R002597
RIGINATOR:          I WILLIAM BERGER              ID: 000081369281
NSTRUCTING BANK:    BANK OF AMERICA NA - BFT      ID: BFTA
ENEFICIARY:         BERNARD L MADOFF              ID: 140081703
ENEFICIARY'S BANK:  JPMORGAN CHASE BANK, N.A.     ID: 021000021

AYMENT DETAIL:      FBO: L I INVESTMENTS LLC

---

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

HAVE THIS DAY **CREDITED YOUR**
COUNT WITH THE FOLLOWING:

10/11/06

**CHECK WIRE**                                          200,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax

| To: | Kathy Mitchell | From: | Karen Bulgarino |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 10/10/06 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Lauren Goldrich Irrev Trust #3 | | |

Please wire transfer $200,000 from the operating account of the Lauren Goldrich Irrevocable Trust #3 account number #          as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #



Karen T. Bulgarino, Controller

SUNTRUST BANK
P.O. BOX 3833
CENTRAL WIRE FACILITY
ORLANDO, FL 32897

# SUNTRUST

THE LAUREN JAY GOLDRICH IRREVOCABLE
TRUST NO 3 - 1996
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

PAGE   1

ACCOUNT NUMBER                              DATE 10/11/2006

ADVICE OF WIRE TRANSFER DEBIT(S)

TRANSACTION NUMBER 061011-007306        AMOUNT              $200,000.00
SENT VIA FEDERAL RESERVE
              SENDING BANK:                      CREDIT PARTY:

REAS ESTATE FINANCE-NORFOLK         JPMORGAN CHASE BANK, NA
CS-NOR-1663                         NEW YORK, NY
COURIER                                       BENEFICIARY:
                                    /140081703
                                    BERNARD L MADOFF
                                         ORIGINATOR TO BENE INFO:
                                    FBO: L&I INVESTMENTS, LLC, #

THE HOURS FOR INITIATING TELEPHONE WIRE TRANSFER REQUESTS ARE 8:30 AM TO
4:30 PM ET.   THIS ADVICE IS YOUR PERMANENT RECORD OF THE TRANSACTIONS.   FOR

INQUIRY, CALL 800-786-8787 AND PROVIDE THE TRANSACTION NUMBER ON THE ADVICE.

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

HAVE THIS DAY **CREDITED YOUR**
COUNT WITH THE FOLLOWING:

**10/11/06**

| CHECK WIRE | 300,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Karen Bulgarino |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 10/10/06 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | 1984 Goldrich Family Irrevocable Trst | | |

Please wire transfer $300,000 from the operating account of the 1984 Goldrich Family
Irrevocable Trust account number #      as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #



Karen T. Bulgarino, Controller

SUNTRUST BANK
P.O. BOX 3833
CENTRAL WIRE FACILITY
ORLANDO, FL 32897

# SUNTRUST

1984 GOLDRICH FAMILY IRREVOCABLE TR
6477 COLLEGE PARK SQ
VIRGINIA BEACH VA 23464-3611

PAGE    1

ACCOUNT NUMBER                              DATE 10/11/2006

ADVICE OF WIRE TRANSFER DEBIT(S)

TRANSACTION NUMBER 061011-007248        AMOUNT              $300,000.00
SENT VIA FEDERAL RESERVE
        SENDING BANK:                       CREDIT PARTY:

REAS ESTATE FINANCE-NORFOLK             JPMORGAN CHASE BANK, NA
CS-NOR-1663                             NEW YORK, NY
COURIER                                         BENEFICIARY:
                                         /140081703
                                        BERNARD L MADOFF
                                             ORIGINATOR TO BENE INFO:
                                        FBO: L&I INVESTMENTS LLC, #

THE HOURS FOR INITIATING TELEPHONE WIRE TRANSFER REQUESTS ARE 8:30 AM TO
4:30 PM ET.  THIS ADVICE IS YOUR PERMANENT RECORD OF THE TRANSACTIONS.  FOR

INQUIRY, CALL 800-786-8787 AND PROVIDE THE TRANSACTION NUMBER ON THE ADVICE.