**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

HAVE THIS DAY **CREDITED YOUR**
OUNT WITH THE FOLLOWING:

**10/12/06**

**CHECK WIRE**                                    **100,000.00**

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



**Larrymore Organization, Inc.**

# Fax

| **To:** | Sean Pepe | **From:** | I. William Berger |
|---|---|---|---|
| | **SunTrust Investment Services** | | |
| **Fax:** | 757-597-7209 | **Pages:** | 1 |
| **Phone:** | 757-873-7539 | **Date:** | 10/03/06 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Janice T. Goldrich Irrev Trust – 2000 | | Karen T. Bulgarino |

Please wire transfer $100,000 from the operating account of the Janice T. Goldrich Irrevocable Trust  account number #                |as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

I. William Berger, Trustee

NATIONAL FINANCIAL SERVICES LLC

SUNTRUST INVESTMENT SERVICES INC
11 SOUTH 10TH STREET
RICHMOND        VA 23219

I WILLIAM BERGER TTEE
JANICE T GOLDRICH REV TRUST 2000
6477 COLLEGE PARK SQUARE
# 306
VIRGINIA BEACH VA 23464

## Transaction Confirmation

Brokerage Account Number:
Transaction Reference Number:        36472051

National Financial Services LLC (NFS) is writing to confirm a recent bank wire disbursement
from your brokerage account. NFS provides clearing and other related services on behalf of
SUNTRUST INVESTMENT SERVICES INC.

Listed below is confirmation of a transaction requested on your behalf:

Date of Transaction: October 03, 2006
Bank Wire Amount: $100,000.00
Bank Name: CHASE MANHATTAN BANK
Bank Routing Number:
For Credit to: BERNARD L. MADOFF
Bank Account Number:

Please review this information carefully. If you have any questions, please contact
SUNTRUST INVESTMENT SERVICES INC at 800-874-4770. If you did not authorize this
transaction, or believe this transaction was made in error, you may contact NFS directly at
617-563-5977.

National Financial Services LLC

361207

National Financial Services LLC, Member NYSE, SIPC

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

| MADF |

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

HAVE THIS DAY **CREDITED YOUR**
COUNT WITH THE FOLLOWING:

10/16/06

CHECK WIRE                         200,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



**Larrymore
Organization, Inc.**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Sean Pepe | **From:** | I. William Berger |
| | **SunTrust Investment Services** | | |
| **Fax:** | 757-597-7209 | **Pages:** | 1 |
| **Phone:** | 757-873-7539 | **Date:** | 10/12/06 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Janice T. Goldrich Irrev Trust -- 2000 | | Karen T. Bulgarino |

Please wire transfer $200,000 from the Investment Account #            checking account # _____ of the Janice T. Goldrich Irrevocable Trust account as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #



I. William Berger, Trustee

*Please call to confirm this wire has been sent, as well as resending the previous wire request that was returned.*

NATIONAL FINANCIAL SERVICES LLC

SUNTRUST INVESTMENT SERVICES INC
11 SOUTH 10TH STREEST
RICHMOND        VA 23219

I WILLIAM BERGER TTEE
JANICE T GOLDRICH REV TRUST 2000
6477 COLLEGE PARK SQUARE
# 306
VIRGINIA BEACH VA 23464

**Transaction Confirmation**

**Brokerage Account Number:**
**Transaction Reference Number:**        36503166

National Financial Services LLC (NFS) is writing to confirm a recent bank wire disbursement from your brokerage account. NFS provides clearing and other related services on behalf of SUNTRUST INVESTMENT SERVICES INC.

Listed below is confirmation of a transaction requested on your behalf:

Date of Transaction: October 13, 2006
Bank Wire Amount: $200,000.00
Bank Name: CHASE MANHATTAN BANK
Bank Routing Number:
For Credit to: BERNARD L MADOFF
Bank Account Number:

Please review this information carefully. If you have any questions, please contact SUNTRUST INVESTMENT SERVICES INC at 800-874-4770. If you did not authorize this transaction, or believe this transaction was made in error, you may contact NFS directly at 617-563-5977.

**National Financial Services LLC**

361207

National Financial Services LLC, Member NYSE, SIPC

**L&I INVESTMENTS LLC**

**2007 TRANSFERS TO/FROM BERNARD MADOFF**

**BREAKDOWN OF MEMBER CONTRIBUTIONS/WITHDRAWALS BY QUARTER FOR 2007**

2007

| MEMBER | 1st Quarter 2007 | | | | | 2nd Quarter 2007 | | | | | 3rd Quarter 2007 | | | | | 4th Quarter 2007 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Contributor | Withdrawal | Qtrly Total | Tnsf Ref | Date | Contributor | Withdrawal | Qtrly Total | Tnsf Ref | Date | Contributor | Withdrawal | Qtrly Total | Tnsf Ref | Date | Contributor | Withdrawal | Qtrly Total | Tnsf Ref |
| 1984 Goldrich Family Irrevocable Trust | 1/4/2007 | 100,000 | | 100,000 | 1 | | | | | | | | | | | | | | | |
| 444 East 75th Street Venture | 1/4/2007 | 100,000 | | 100,000 | 1 | 4/2/2007 | 200,000 | | 200,000 | 1 | | | | | | | | | | |
| 444 Investment Holdings LLC | | | | | | | | | | | 7/6/2007 | | (100,000) | (100,000) | 1 | | | | | |
| Banbury Lake Village Co. LLP | 1/4/2007 | 300,000 | | 300,000 | 1 | | | | | | | | | | | | | | | |
| BWCK, Inc | 1/4/2007 | 200,000 | | 200,000 | 1 | 4/2/2007 | | (100,000) | (100,000) | 1 | | | | | | | | | | |
| Chas Rental Rental (Pool) | | | | | | 4/2/2007 | | (100,000) | (100,000) | 1 | | | | | | 10/2/2007 | 500,000 | | 500,000 | 1 |
| Chesapeake Investment Company LLP | | | | | | 4/2/2007 | 100,000 | | 100,000 | 1 | | | | | | | | | | |
| College Park Square III Associates LLLP | | | | | | | | | | | | | | | | | | | | |
| College Park Square IV Associates LLLP | 1/4/2007 | 300,000 | | 300,000 | 1 | | | | | | | | | | | | | | | |
| Goldrich Company LLP | | | | | | 4/2/2007 | 100,000 | | 100,000 | 1 | | | | | | 10/2/2007 | 200,000 | | 200,000 | 1 |
| Isabelle Goldrich Trust U/A dated 9/1/60 | | | | | | | | | | | | | (250,000) | (250,000) | 1 | 10/5/2007 | 250,000 | | 250,000 | 1 |
| I William Berger | 1/4/2007 | 800,000 | | 800,000 | 2 | | | | | | 7/6/2007 | | | | | 10/2/2007 | 160,000 | | 160,000 | 1 |
| Janice L Goldrich | | | | | | | | | | | | | | | | 10/2/2007 | 250,000 | | 250,000 | 1 |
| Lawson T. Goldrich Irrevocable Trust-2000 | 1/6/2007 | 200,000 | | 200,000 | 3 | | | | | | | | | | | | | | | |
| Lawrence Investment Group LLC | | | | | | 4/2/2007 | 600,000 | | 600,000 | 1 | 7/6/2007 | | (500,000) | (500,000) | 1 | | | | | |
| Lawrence Organization, Inc. | | | | | | 4/2/2007 | 100,000 | | 100,000 | 1 | | | | | | | | | | |
| The Larry Goldrich Ins Trust #3 - 1968 | 4/2/2007 | 1,700,000 | | 1,700,000 | 4 | 4/9,44/07 | 1,300,000 | | 1,300,000 | 1,2 | 7/6/2007 | | (500,000) | (500,000) | 1 | 10/5/2007 | | (100,000) | (100,000) | 1 |
| Lawrence J. Goldrich | 4/4/2007 | 200,000 | | 200,000 | 1 | 4/2/2007 | 300,000 | | 300,000 | 1 | 7/6/2007 | | (100,000) | (100,000) | 1 | | | | | |
| Lawrence J. Goldrich Foundation | | | | | | | | | | | | | | | | 10/5/2007 | 100,000 | | 100,000 | 1 |
| Oneida Properties LLC | | | | | | 4/2,4/9/07 | 300,000 | | 300,000 | 1,2 | | | | | | 10/2/2007 | 100,000 | | 100,000 | 1 |
| Oneko Properties LLC | | | | | | 4/9/2007 | 100,000 | | 100,000 | 1 | | | | | | | | | | |
| Pocomoke Plaza Shopping Center | | | | | | | | | | | 7/6/2007 | | (100,000) | (100,000) | 1 | | | | | |
| Plaza D Woods Company LLLP | | | | | | | | | | | | | | | | | | | | |
| Round Bay Realty Company LLP | | | | | | | | | | | 7/6/2007 | | (100,000) | (100,000) | 1 | | | | | |
| Scarborough Lane Shoppes LLC | | | | | | | | | | | 7/6/2007 | | (50,000) | (50,000) | 1 | | | | | |
| Stony Run Company LLC | | | | | | | | | | | | | | | | | | | | |
| Stony Run II Company LLP | 1/4/2007 | 800,000 | | 800,000 | 1 | | | | | | | | | | | 10/5/2007 | | (80,000) | (80,000) | 1 |
| Virginia Beach Investment Company | 1/4/2007 | 200,000 | | 200,000 | 1 | | | | | | | | | | | | | | | |
| West Point Square LLC | | | | | | | | | | | | | | | | | | | | |
| Patricia S. Goldrich | | | | | | 4/2/2007 | 100,000 | | 100,000 | 1 | | | | | | | | | | |
| Vicki E. Goldrich | | | | | | | | | | | | | | | | | | | | |
| Lawson T. Goldrich | | | | | | | | | | | | | | | | | | | | |
| Executive Park Company LLLP | | | | | | | | | | | | | | | | | | | | |
| I W Berger Trst dtd 12/31/97 fbo Lauren J Goldrich | | | | | | | | | | | | | | | | | | | | |
| Bea Goldrich Foundation | | | | | | | | | | | | | | | | | | | | |
| Bea Square Associates | | | | | | | | | | | | | | | | | | | | |
| **TOTALS** | | 7,200,000 | | 7,200,000 | | | 5,100,000 | (200,000) | 5,000,000 | | | | (1,100,000) | (1,100,000) | | | 1,165,000 | (100,000) | 1,065,000 | |

**RECAP OF BANKING TRANSFERS TO/FROM BERNARD MADOFF**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/4/2007 | L&I Investment LLC | 2,200,000 | | 4/2/2007 | L&I Investment LLC | 2,400,000 | | 7/6/2007 | L&I Investment LLC | (1,100,000) | 10/2/2007 | L&I Investment LLC | 350,000 |
| 1/4/2007 | I William Berger | 800,000 | | 4/4/2007 | Lawrence Goldrich | 300,000 | | | | | 10/5/2007 | L&I Investment LLC | 455,000 |
| 1/6/2007 | Janice Goldrich Trst | 200,000 | | 4/2/2007 | Pocomoke Plaza | 200,000 | | | | | 10/2/2007 | Chesapeake Inv | 100,000 |
| 1/6/2007 | Lawrence Goldrich | 1,000,000 | | | | | | | | | 10/2/2007 | Pocomoke Shop Ctr | 100,000 |
| **TOTALS** | | 4,200,000 | | | | 2,900,000 | | | | (1,100,000) | | | 1,005,000 |

**L&I INVESTMENTS LLC**
**INVESTMENT IN BERNARD L. MADOFF**
**1ST QUARTER, 2007**

**(1) FUNDS RECEIVED BY L&I INVESTMENT LLC FROM ITS MEMBERS THAT WERE TRANSFERRED TO MADOFF**

DATE DEPOSITED
INTO L&I BANK A/C                                          AMOUNT

| Date | Member | Amount |
|------|--------|--------|
| 1/4/2007 | 1984 Goldrich Family Irrev Trust | 100,000 |
| 1/4/2007 | 444 East 75th Street | 100,000 |
| 1/4/2007 | Banbury Lake Village Co. LLP | 300,000 |
| 1/4/2007 | BWCI, Inc. | 200,000 |
| 1/4/2007 | College Park Square IV Associates | 300,000 |
| 1/4/2007 | Lawrence J. Goldrich Foundation | 200,000 |
| 1/4/2007 | Patricia Goldrich | 800,000 |
| 1/4/2007 | Vicki E. Goldrich | 200,000 |
| **1/4/2007** | **TOTAL TRANSFERRED BY L&I INV** | **2,200,000** |

**(2) DIRECT FUND TRANSFERS TO MADOFF FROM MEMBERS OF L&I INVESTMENT LLC**

| DATE | MEMBER | AMOUNT |
|------|--------|--------|
| 1/5/2007 | Lawrence J. Goldrich | 1,000,000 |
| 1/4/2007 | I. William Berger | 600,000 |
| 1/5/2007 | Janice Goldrich Irrev Trust | 200,000 |
| | **TOTAL DIRECT TRANSFERS** | **1,800,000** |

**TOTAL OF TRANSFERS 1ST QTR 2007**         **4,000,000**



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

| | | | | 1/31/07 | 1 |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | .80 |
| 1/02 | | PEPSICO INC | DIV | | 1,944.00 |
| | | DIV 12/08/06  1/02/07 | | | |
| 1/03 | | HEMLETT PACKARD CO | DIV | | 854.16 |
| | | DIV 12/25/06  1/02/07 | | | |
| 1/04 | | UNITED PARCEL SVC INC CLASS B | DIV | | |
| | | DIV 11/03/06  1/04/07 | | | |
| 1/04 | 388. | FIDELITY SPARTAN | 1 | 388.00 | |
| | | DUE 3/29/2007 | | | |
| 1/05 | | CHECK WIRE | CA | | 1,000,000.00 |
| 1/05 | | CHECK WIRE | CA | | 600,000.00 |
| 1/05 | | CHECK WIRE | CA | | 200,000.00 |
| 1/05 | 1,800,000 | U S TREASURY BILL | 98-870 | 1,779,660.00 | |
| | | DUE 3/29/2007 | | | |
| | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

HAVE THIS DAY **CREDITED YOUR**
COUNT WITH THE FOLLOWING:

1/05/07

**CHECK WIRE**                                **1,000,000.00**

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax



| **To:** | Wayne Creef | **From:** | Lawrence J. Goldrich |
|---|---|---|---|
| | **Bank of America Investments Serv** | | |
| **Fax:** | 757-441-4958 | **Pages:** | 1 |
| **Phone:** | 757-446-3531 | **Date:** | 1/3/07 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Lawrence J. Goldrich | | Karen T. Bulgarino |

Please wire transfer $1,000,000 from the Investment Account #              checking
account #                 of the Lawrence J. Goldrich  account as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

  Account #



Lawrence J. Goldrich

**NATIONAL FINANCIAL SERVICES LLC**

*BANC OF AMERICA*
*INVESTMENT SERVICES, INC.*
*900 WEST TRADE STREET*
*NC1-026-05-01*
*CHARLOTTE,          NC 20852*

LAWRENCE J GOLDRICH
6477 COLLEGE PARK SQUARE
SUITE 306
VIRGINIA BEACH VA 23464

## Transaction Confirmation

**Brokerage Account Number:**
**Transaction Reference Number:**          36747659

---

National Financial Services LLC (NFS) is writing to confirm a recent bank wire disbursement from your brokerage account. NFS provides clearing and other  related services on behalf of BANC OF AMERICA INVESTMENT SERVICES INC.

Listed below is confirmation of a transaction requested on your behalf:

Date of Transaction: January 05, 2007
Bank Wire Amount: $1,000,000.00
Bank Name: CHASE MANHATTAN BANK
Bank Routing Number:
For Credit to: L AND I INVESTMENTS LLC
Bank Account Number:

Please review this information carefully. If you have any questions, please contact  BANC OF AMERICA INVESTMENT SERVICES INC. at 757-441-4955. If you did not authorize this transaction, or believe this transaction was made in error, you may contact NFS directly at 617-392-8284.

**National Financial Services LLC**

National Financial Services LLC, Member NYSE, SIPC

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

1/05/07

| CHECK WIRE | 600,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH          VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9414  Direct
757-420-6387  FAX



**Larrymore
Organization, Inc.**

# Fax

# COPY Faxed

| **To:** | Lauren Weinberg | **From:** | I William Berger |
|---|---|---|---|
| **Fax:** | 757-441-8067 | **Page:** | 1 |
| **Phone:** | 757-441-4030 | **Date:** | 1/5/2007 |
| **Re:** | I. William Berger | **CC:** | |
| | Wire Transfer | | |

Please wire transfer $600,000.00 from I William Berger checking account #
to the account as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA#:

For Further Credit To:  Bernard L. Madoff

Account#:

FBO:  L & I Investments. LLC
      Account#

Thank you,



I William Berger, President
Larrymore Organization, Inc.

F:\EKDRIVE\WB WIRE

*11288*
*11200*

Bank of America Securities LLC  08-01789-cgm  Doc 8074-4  Filed 03/28/11   Entered 03/28/11 17:34:03   Exhibit A
200 N. College Street                                Pt. 4    Pg 15 of 35       Banc of America Securities
3rd Floor, NC1-004-03-45
Charlotte, NC 28255

01/04/07

I W BERGER
C/O LAYYMORE ORG INC
6465 COLLEGE PARK SQ
VIRGINIA BEACH VA  23464-3609

ldldlddlllndddddllllllnddlnlllllndllldll

188626-03-0020

Re: 220-05272-1-2

Dear Customer,

On 01/04/07 we sent sale proceeds from your Banc of America Securities LLC account listed above to your
Bank of America, N.A. DDA or the financial institution that you specified.

| Transaction | Description* | Amount |
|---|---|---|
| Debit | BAS SECURITIES TRANSACTION | $600,000.00 |

If you did not enter or authorize this transaction, please call Client Services at 1-800-933-9662.

*If the term "BAS Securities Transaction" appears in the description, a cash movement has occurred in your
account as described above.

**Bank of America**

PAGE 1 OF 1
BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA         18507

I WILLIAM BERGER
C/O LARRYMORE ORGANIZATION
6477 COLLEGE PARK SQUARE   306
VIRGINIA BEACH VA   23464-3611

DATE: 01/05/07
DIRECT INQUIRIES TO:
800.333.9473 OPTION 3
ACCOUNT:

THE FOLLOWING WIRE WAS DEBITED TODAY:                  USD AMOUNT $600,000.00

TRANSACTION REF:     2007010500159897         SERVICE REF: 002478
RELATED REF:         01070105002318NN         IMAD: 20070105B6B7HU2R002478
ORIGINATOR:          I WILLIAM BERGER          ID: 000081369281
INSTRUCTING BANK:    BANK OF AMERICA NA - BFT  ID: BFTA
BENEFICIARY:    ›    BERNARD L MADOFF          ID: 140081703
BENEFICIARY'S BANK:  JPMORGAN CHASE BANK, N.A. ID: 021000021

PAYMENT DETAIL:      FBO:L I INVESTMENTS LLC ACCT

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED · YOUR**
ACCOUNT WITH THE FOLLOWING:

**1/05/07**

| CHECK WIRE | 200,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax





| **To:** | Sean Pepe | **From:** | I. William Berger |
|---|---|---|---|
| | **SunTrust Investment Services** | | |
| **Fax:** | 757-597-7209 | **Pages:** | 1 |
| **Phone:** | 757-873-7539 | **Date:** | 1/3/07 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Janice T. Goldrich Irrev Trust -- 2000 | | Karen T. Bulgarino |

Please wire transfer $200,000 from the Investment Account #         ` checking account #
of the Janice T. Goldrich Irrevocable Trust  account as follows:

JP Morgan Chase Bank

 40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

_____

I. William Berger, Trustee

11288
11206

SUNTRUST INVESTMENT SERVICES INC
11 SOUTH 10TH STREET
RICHMOND        VA 23219

I WILLIAM BERGER TTEE
JANICE T GOLDRICH REV TRUST 2000
6477 COLLEGE PARK SQUARE
# 306
VIRGINIA BEACH VA 23464

## Transaction Confirmation

**Brokerage Account Number:**
**Transaction Reference Number:**          36747983

---

National Financial Services LLC (NFS) is writing to confirm a recent bank wire disbursement from your brokerage account. NFS provides clearing and other related services on behalf of SUNTRUST INVESTMENT SERVICES INC.

Listed below is confirmation of a transaction requested on your behalf:

Date of Transaction: **January 05, 2007**
Bank Wire Amount: **$200,000.00**
Bank Name: **CHASE MANHATTAN BANK**
Bank Routing Number:
For Credit to: **I WILLIAM BERGER TTEE**
Bank Account Number:

Please review this information carefully. If you have any questions, please contact SUNTRUST INVESTMENT SERVICES INC at 800-874-4770. If you did not authorize this transaction, or believe this transaction was made in error, you may contact NFS directly at 617-392-8284.

**National Financial Services LLC**

National Financial Services LLC, Member NYSE, SIPC

**L&I INVESTMENTS LLC**
**INVESTMENT IN BERNARD L. MADOFF**
**2ND QUARTER, 2007**

**(1)  FUNDS RECEIVED BY L&I INVESTMENT LLC FROM ITS MEMBERS THAT WERE TRANSFERRED TO MADOFF**

| DATE DEPOSITED INTO L&I BANK A/C | | Funds Collected from Members by L&I Inv | Funds Paid to Members By L&I Inv | TOTALS |
|---|---|---|---|---|
| 4/2/2007 | 444 East 75th Street | 200,000 | | 200,000 |
| 4/2/2007 | Chesapeake Investment Company | 100,000 | | 100,000 |
| 4/2/2007 | Goldfrost Company | 100,000 | | 100,000 |
| 4/2/2007 | Larrymore Organization, Inc. | 600,000 | | 600,000 |
| 4/2/2007 | Lauren Goldrich Irrev Trust #3 | 100,000 | | 100,000 |
| 4/2/2007 | Lawrence Goldrich | 1,000,000 | | 1,000,000 |
| 4/2/2007 | Oceana Properties LLC | 200,000 | | 200,000 |
| 4/2/2007 | Pocomoke Shopping Center | 100,000 | | 100,000 |
| 4/2/2007 | Point-O-Woods Company | 100,000 | | 100,000 |
| 4/2/2007 | Executive Park Company | 100,000 | | 100,000 |
| | Total Deposit | 2,600,000 | - | 2,600,000 |
| 4/3/2008 | BWCI, Inc. | | (100,000) | (100,000) |
| 4/4/2008 | Ocean Reef Rental Pool | | (100,000) | (100,000) |
| 4/3/2007 | **TOTAL TRANSFERRED TO MADOFF FROM L&I INVESTMENTS** | | | 2,400,000 * |

**(2)  DIRECT FUND TRANSFERS TO MADOFF FROM MEMBERS OF L&I INVESTMENT LLC**

| DATE | MEMBER | AMOUNT |
|---|---|---|
| 4/3/2007 | Pocomoke Plaza Shopping Ctr | 200,000 * |
| 4/4/2007 | Lawrence Goldrich | 300,000 |
| | **TOTAL DIRECT TRANSFERS** | 500,000 |

**TOTAL OF TRANSFERS 2ND QTR 2007**                2,900,000

* 2,400,000.00 transferred by L&I to Madoff plus 200,000 from the Partner, Pocomoke Plaza was sent as one wire from our bank.

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Mayfair, London W1J 8DT
Tel 020 7493 6222

**L & I INVESTMENTS LLC**

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

| Date | | | | | Description | | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | BALANCE FORWARD | | 840,435.69 |
| 4/02 | | | | | MERCK & CO | DIV | 3,662.06 |
| | | | | | DIV 3/00/07  4/02/07 | | |
| 4/04 | | | | | CHECK WIRE | CA | 2,600,000.00 |
| 4/04 | | | | | CHECK WIRE | CA | 300,000.00 |
| 4/04 | | 95801 | | 2,925,000 | U S TREASURY BILL | 98,938 | 2,893,936.50 |
| | | | | | DUE 6/21/2007 | | |
| 4/09 | | | | | U S TREASURY MONEY MARKET | DIV | 497.70 |
| | | | | | SCHLUMBERGER LTD | | |
| 4/10 | | 51 | | 1,304 | BOEING CO | 90,960 | 118,603.86 |
| 4/19 | | 615 | | 8,476 | CITI GROUP INC | 52,350 | 444,057.60 |
| | | | | | DIV 3/15/07  4/10/07 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

4/04/07

CHECK WIRE

2,600,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com


**Larrymore
Organization, Inc.**

# Fax

| **To:** | Lisa Bailey | **From:** | Karen Bulgarino |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 4/03/07 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | L & I Investments, LLC | | |

Please wire transfer funds totaling $2,600,000 from the following accounts in the amounts specified to the bank/account provided below.

$2,400,000 from the operating account of L & I Investments, LLC account number #

$200,000 from the operating account of the Pocomoke Plaza Shopping Center #

Wire all funds to:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

*Karen T. Bulgarino*
Karen T. Bulgarino, Controller

If you have any questions please advise. Please confirm when the wire is sent. Thank you.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227



# SUNTRUST

## Account
## Statement



Ck # 6076        04/24      $1,859.34



Ck #              04/03      $200,000.00

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

E HAVE THIS DAY CREDITED YOUR
CCOUNT WITH THE FOLLOWING:

4/04/07

CHECK WIRE                                          300,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH         VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



**Larrymore
Organization, Inc.**

# Fax

| **To:** | Lisa Bailey | **From:** | Karen Bulgarino |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 4/04/07 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | L & I Investments, LLC | | |

Please wire transfer $300,000 from the checking account of Lawrence J. Goldrich account

number #            to the following:


**JP Morgan Chase Bank**

**40 Wall Street**

**New York, NY  10015**

**ABA #:**

**For Further Credit To:  Bernard L. Madoff**

**Account #:**

FBO:  L & I Investments, LLC

Account #

Lawrence J. Goldrich

If you have any questions please advise.  Please confirm when the wire is sent.  Thank you.

SUNTRUST BANK
P.O. BOX 3833
CENTRAL WIRE FACILITY
ORLANDO, FL 32897

# SUNTRUST

LAWRENCE J GOLDRICH
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

PAGE   1

| ACCOUNT NUMBER | DATE 04/04/2007 |
|---|---|

## ADVICE OF WIRE TRANSFER DEBIT(S)

TRANSACTION NUMBER 070404-009279
SENT VIA FEDERAL RESERVE
             SENDING BANK:

REAS ESTATE FINANCE-NORFOLK
CS-NOR-1663

AMOUNT                    $300,000.00

                    CREDIT PARTY:

J P MORGAN CHASE NYC
NEW YORK, NY
                    BENEFICIARY:
     /140081703
BERNARD L MADOFF
          ORIGINATOR TO BENE INFO:
FBO: L AND I INVESTMENTS LLC ACCT

THE HOURS FOR INITIATING TELEPHONE WIRE TRANSFER REQUESTS ARE 8:30 AM TO
4:30 PM ET.  THIS ADVICE IS YOUR PERMANENT RECORD OF THE TRANSACTIONS.  FOR

INQUIRY, CALL 800-786-8787 AND PROVIDE THE TRANSACTION NUMBER ON THE ADVICE.

**L&I INVESTMENTS LLC**
**INVESTMENT IN BERNARD L. MADOFF**
**4TH QUARTER, 2007**

**(1) FUNDS RECEIVED BY L&I INVESTMENT LLC FROM ITS MEMBERS THAT WERE TRANSFERRED TO MADOFF**

| DATE DEPOSITED INTO L&I BANK A/C | MEMBER | Funds Collected from Members by L&I Inv | Funds Paid to Members By L&I Inv | TOTALS |
|---|---|---|---|---|
| 10/1/2007 | Granchildren's Trust dated 9/11/90 | 200,000 | | 200,000 |
| 10/1/2007 | Janice T. Goldrich | 150,000 | | 150,000 |
| | Totals | 350,000 | 0 | 350,000 |
| **10/3/2007** | **TOTAL TRANSFERRED TO MADOFF BY L&I INVESTMENTS** | | | **350,000** |
| 10/4/2007 | I.William Berger | 250,000 | | 250,000 |
| 10/4/2007 | Janice T. Goldrich Irrev Trust | 150,000 | | 150,000 |
| 10/4/2007 | Ororico Properties-LLC | 100,000 | | 100,000 |
| 10/5/2007 | Patricia Goldrich | | (50,000) | (50,000) |
| | Totals | 500,000 | (50,000) | 450,000 |

Member Ownership Exchange of Interest in Madoff

1.) Lawrence Goldrich exchanged a portion of his interest in Madoff in lieu of payable due to Trust

| | | | | |
|---|---|---|---|---|
| 10/4/2007 | Lawrence Goldrich | | (100,000) | (100,000) |
| 10/4/2007 | Janice T. Goldrich Irrev Trust | 100,000 | | 100,000 |

| | | |
|---|---|---|
| **10/5/2007** | **TOTAL TRANSFERRED TO MADOFF BY L&I INVESTMENTS** | **450,000** |

**(2) DIRECT FUND TRANSFERS TO MADOFF FROM MEMBERS OF L&I INVESTMENT LLC**

| DATE | MEMBER | AMOUNT |
|---|---|---|
| 10/3/2007 | Pocomoke Plaza Shopping Ctr | 100,000 |
| 10/3/2007 | Chesapeake Inv Company | 100,000 |
| | **TOTAL DIRECT TRANSFERS TO MADOFF** | **200,000** |

| | |
|---|---|
| **TOTAL OF TRANSFERS 4TH QTR 2007** | **1,000,000** |



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Mayfair, London W1J 8NT
Tel (20) 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH      VA    23464

| Date | | | Description | | | Amount |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 448,815.33 |
| 10/03 | | | CHECK WIRE | CA | | 350,000.00 |
| 10/03 | | | CHECK WIRE | CA | | 100,000.00 |
| 10/08 | | | DUE 1/17/2008 | | | |
| 10/05 | 450,000 | | CHECK WIRE | CA | | 450,000.00 |
| 10/05 | | | U.S. TREASURY BILL | 99,107 | 446,351.50 | |
| 10/05 | 3,659 | 88477 | FIDELITY SPARTAN | 1 | 3,659.00 | |
| | | | U.S. TREASURY MONEY MARKET | | | |
| 10/25 | | | GENERAL ELECTRIC CO | DIV | | 7,567.56 |
| | | | DIV 9/24/07 10/25/07 | | | |
| 10/31 | 3,159 | 422 | WAL-MART STORES INC | 44-210 | 139,785.39 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

10/03/07

| CHECK WIRE | 100,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH      VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



## Fax

| To: | Lisa Bailey | From: | Karen Bulgarino |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 10/02/07 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | L & I Investments, LLC | | |

Please wire transfer funds totaling $550,000 from the following accounts in the amounts specified to the bank/account provided below.

$350,000 from the operating account of L & I Investments, LLC account number #

$100,000 from the operating account of the Pocomoke Plaza Shopping Center #

$100,000 from the operating account of Chesapeake Investments #

Wire all funds to:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

Karen T. Bulgarino, Controller

If you have any questions please advise. Please confirm when the wire is sent. Thank you.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /73

10/31/2007



# SUNTRUST

Account
Statement

ChesapEake Investment CO
T/A POCOMOKE PLAZA SHOPPING CENTER
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | 10/01/2007 - 10/31/2007 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $25,028.08 | Average Balance | $42,678.67 |
| Deposits/Credits | $131,256.19 | Average Collected Balance | $40,304.44 |
| Checks | $5,765.11 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $111,209.84 | | |
| Ending Balance | $39,309.32 | | |

---

**Deposits/Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 10/01 | 7,830.10 | | DEPOSIT | 10/12 | 6,213.70 | | DEPOSIT |
| 10/02 | 5,987.07 | | DEPOSIT | 10/18 | 551.25 | | DEPOSIT |
| 10/04 | 2,479.67 | | DEPOSIT | 10/31 | 7,080.07 | | DEPOSIT |
| 10/05 | 1,114.33 | | DEPOSIT | | | | |
| 10/02 | 100,000.00 | | *ELECTRONIC/ACH CREDIT* NATFIN     ADJUSTMENT FEDERATED4 | | | | |

Deposits/Credits:  8                    Total Items Deposited: 11

---

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 6126 | 1,449.54 | 10/02 | 6131 | 57.31 | 10/09 | 6136 | 77.60 | 10/23 |
| 6127 | 63.07 | 10/05 | 6132 | 1,091.40 | 10/12 | 6137 | 1,440.30 | 10/23 |
| 6128 | 50.25 | 10/19 | 6133 | 84.53 | 10/10 | | | |
| *6130 | 1,400.16 | 10/10 | *6135 | 50.95 | 10/26 | | | |

Checks: 10                 *Break in check sequence          *2640.58*

---

**Withdrawals/Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 10/03 | 100,000.00 | | OUTGOING FEDWIRE DR TRN #004164 |
| 10/17 | 19.44 | | *ELECTRONIC/ACH DEBIT* DELMARVA POWER     DIRECT PAY   20419089974 |
| 10/17 | 72.83 | | *ELECTRONIC/ACH DEBIT* DELMARVA POWER     DIRECT PAY   20419089978 |
| 10/17 | 1,117.57 | | *ELECTRONIC/ACH DEBIT* DELMARVA POWER     DIRECT PAY   20419089979 |
| 10/24 | 10,000.00 | | *ELECTRONIC/ACH DEBIT* NATFIN     ADJUSTMENT FEDERATED13 |

Withdrawals/Debits: 5

*969.47*

*35649.25*

385333

Member FDIC

Continued on next page

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ **London**

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

E HAVE THIS DAY **CREDITED YOUR**
CCOUNT WITH THE FOLLOWING:

10/03/07

CHECK WIRE                                100,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH       VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



**Larrymore
Organization, Inc.**

# Fax

| **To:** | Lisa Bailey | **From:** | Karen Bulgarino |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 10/02/07 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
|  | L & I Investments, LLC |  |  |

Please wire transfer funds totaling $550,000 from the following accounts in the amounts specified to the bank/account provided below.

$350,000 from the operating account of L & I Investments, LLC account number #

$100,000 from the operating account of the Pocomoke Plaza Shopping Center #

$100,000 from the operating account of Chesapeake Investments #

Wire all funds to:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

*Karen T. Bulgarino*

Karen T. Bulgarino, Controller

If you have any questions please advise. Please confirm when the wire is sent. Thank you.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /73

10/31/2007



# SUNTRUST

# Account Statement

ıdıldıllıddıllıdılllloodlodllllddılltaılll
CHESAPEAKE INVESTMENT CO
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | 10/01/2007 - 10/31/2007 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $21,873.07 | Average Balance | $26,016.69 |
| Deposits/Credits | $103,500.00 | Average Collected Balance | $26,016.69 |
| Checks | $5.28 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $110,000.00 | | |
| Ending Balance | $15,367.79 | | |

---

| Deposits/ Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 10/01 | 3,500.00 | | *ELECTRONIC/ACH CREDIT* |
| | | | | SUNTRUST BANK     TRANSFER     203182995 |
| | 10/02 | 100,000.00 | | *ELECTRONIC/ACH CREDIT* |
| | | | | NATFIN          ADJUSTMENT  FEDERATED2 |

Deposits/Credits: 2                     Total Items Deposited: 0

---

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1645 | 5.28 | 10/23 | | | | | | |

Checks: 1                                              1482.

---

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 10/03 | 100,000.00 | | OUTGOING FEDWIRE DR TRN #004201 |
| | 10/24 | 10,000.00 | | *ELECTRONIC/ACH DEBIT* |
| | | | | NATFIN          ADJUSTMENT  FEDERATED3 |

Withdrawals/Debits: 2

---

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 10/01 | 25,373.07 | 25,373.07 | 10/23 | 25,367.79 | 25,367.79 |
| | 10/02 | 125,373.07 | 125,373.07 | 10/24 | 15,367.79 | 15,367.79 |
| | 10/03 | 25,373.07 | 25,373.07 | | | |

13885.79