2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |  |
| b. | I owe the Broker securities |  | X |
| c. | If yes to either, please list below: |  |  |

| | | Number of Shares or Face Amount of Bonds ||
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| Please See | Appendix C to Customer Claim | $32,548,452.35 | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406             2

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through Bernard Madoff pursuant to account opening form the broker on your behalf? Give names, addresses and phone numbers. | X |  |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Moses & Singer LLP
405 Lexington Avenue New York, New York 10174-1299

502180406                                    3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _See Customer Claim Letter_    Signature _See Customer Claim Letter_

Date _____    Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# Appendix C

# Final Account Statement

# From BLMIS

# As of November 30, 2008

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

5477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

PERIOD ENDING: 11/30/03
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1,337,181.82 | |
| 1/06 | 2,457 | | 11046 | APPLE INC | 105.330 | 259,016.66 | |
| 1/05 | 4,368 | | 11281 | ABBOTT LABORATORIES | 55.090 | 240,807.12 | |
| 1/05 | 3,003 | | 11515 | AMGEN INC | 60.350 | 181,351.05 | |
| 1/05 | 2,184 | | 11751 | BOEING CO | 51.120 | 111,733.08 | |
| 1/06 | 14,196 | | 11986 | BANK OF AMERICA | 23.840 | 338,999.54 | |
| 1/06 | 1,763 | | 12221 | BAXTER INTERNATIONAL INC | 56.600 | 99,327.80 | |
| 1/05 | 3,276 | | 12456 | BANK OF NEW YORK MELLON CORP | 32.290 | 105,913.04 | |
| 1/06 | 5,460 | | 12691 | BRISTOL MYERS SQUIBB COMPANY | 20.650 | 112,743.50 | |
| 1/06 | 1,911 | | 12926 | ANHEUSER BUSCH COS INC | 62.470 | 119,379.73 | |
| 1/05 | 15,293 | | 13161 | CITI GROUP INC | 13.530 | 207,457.64 | |
| 1/06 | 8,190 | | 13395 | COMCAST CORP CL A | 15.790 | 129,647.10 | |
| 1/05 | 4,368 | | 13631 | CONOCOPHILLIPS | 51.120 | 223,465.15 | |
| 1/06 | 16,653 | | 13856 | CISCO SYSTEMS INC | 17.520 | 292,425.56 | |
| 1/06 | 4,095 | | 14101 | CVS CAREMARK CORP | 30.510 | 125,101.45 | |
| 1/05 | 5,733 | | 14336 | CHEVRON CORP | 73.740 | 422,950.42 | |
| 1/05 | 5,460 | | 14571 | THE WALT DISNEY CO | 24.790 | 135,407.60 | |
| 1/06 | 29,211 | | 14806 | GENERAL ELECTRIC CO | 19.600 | 573,703.50 | |
| 1/06 | 546 | | 15041 | GOOGLE | 356.520 | 194,580.92 | |
| 1/06 | 1,092 | | 15276 | GOLDMAN SACHS GROUP INC | 91.370 | 100,355.04 | |
| 1/05 | 4,914 | | 15511 | HOME DEPOT INC | 23.300 | 114,692.20 | |
| 1/06 | 6,825 | | 15746 | HEWLETT PACKARD CO | 38.310 | 261,733.75 | |
| 1/06 | 3,822 | | 15981 | INTERNATIONAL BUSINESS MACHS | 92.800 | 354,633.60 | |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 2
PERIOD ENDING 11/30/03

L E I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/05 | 15,561 | | 16215 | INTEL CORP | 16.070 | 250,687.27 | |
| 11/06 | 7,917 | | 16451 | JOHNSON & JOHNSON | 51.310 | 405,707.27 | |
| 11/06 | 10,374 | | 16686 | J.P. MORGAN CHASE & CO | 40.910 | 424,814.34 | |
| 11/06 | 4,358 | | 16921 | KRAFT FOODS INC | 29.110 | 127,325.48 | |
| 11/06 | 5,460 | | 17156 | COCA COLA CO | 44.490 | 243,133.40 | |
| 11/06 | 3,276 | | 17391 | MCDONALDS CORP | 51.900 | 139,811.40 | |
| 11/06 | 3,276 | | 17626 | MEDTRONIC INC | 40.310 | 132,186.55 | |
| 11/06 | 1,911 | | 17861 | 3M COMPANY | 63.590 | 121,595.49 | |
| 11/06 | 5,733 | | 18096 | ALTRIA GROUP INC | 19.160 | 110,073.23 | |
| 11/05 | 6,005 | | 18331 | MERCK & CO | 30.780 | 185,104.68 | |
| 11/06 | 22,113 | | 18565 | MICROSOFT CORP | 22.310 | 494,725.03 | |
| 11/06 | 11,193 | | 18801 | ORACLE CORPORATION | 18.110 | 203,152.23 | |
| 11/05 | 2,457 | | 19506 | OCCIDENTAL PETROLEUM CORP | 54.290 | 133,488.53 | |
| 11/05 | 4,368 | | 19741 | PEPSICO INC | 57.000 | 249,150.00 | |
| 11/05 | 18,837 | | 19976 | PFIZER INC | 17.690 | 333,979.53 | |
| 11/06 | 8,463 | | 20211 | PROCTER & GAMBLE CO | 64.570 | 545,793.91 | |
| 11/05 | 6,005 | | 20446 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 256,876.39 | |
| 11/06 | 4,641 | | 20681 | QUALCOMM INC | 37.810 | 175,551.21 | |
| 11/06 | 3,276 | | 20916 | SCHLUMBERGER LTD | 51.760 | 169,565.75 | |
| 11/05 | 16,380 | | 21151 | AT&T INC | 26.980 | 442,587.40 | |
| 11/06 | 10,101 | | 21386 | TIME WARNER INC | 10.060 | 102,020.06 | |
| 11/05 | 2,730 | | 21621 | UNITED PARCEL SVC INC CLASS B | 52.790 | 144,225.70 | |
| 11/06 | 4,914 | | 21856 | US BANCORP | 29.550 | 145,404.70 | |
| 11/05 | 2,730 | | 22091 | UNITED TECHNOLOGIES CORP | 54.920 | 150,040.50 | |
| | | | | CONTINUED ON PAGE 3 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 3
PERIOD ENDING: 11/30/08

L E I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #305
VIRGINIA BEACH    VA    23464

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/06 | 7,917 | | 22326 | VERIZON COMMUNICATIONS | 29.980 | 237,667.65 | |
| 1/06 | 9,282 | | 22561 | WELLS FARGO & CO NEW | 33.660 | 312,803.12 | |
| 1/06 | 6,279 | | 22796 | WAL-MART STORES INC | 56.550 | 355,391.24 | |
| 1/06 | 14,742 | | 23031 | EXXON MOBIL CORP | 73.520 | 1,085,779.55 | |
| 1/06 | | | | FIDELITY SPARTAN | DIV | | 2.20 |
| 1/05 | | 20,495 | 10811 | U S TREASURY MONEY MARKET DIV 11/06/08 FIDELITY SPARTAN | 1 | 20,495.00 | |
| 1/06 | | 11,796 | 48328 | U S TREASURY MONEY MARKET FIDELITY SPARTAN | 1 | | 11,796.00 |
| 1/05 | | 525,000 | 48534 | U S TREASURY MONEY MARKET U S TREASURY BILL DUE 12/11/2008 | 99.989 | | 524,942.75 |
| 1/05 | | 2,875,000 | 48755 | U S TREASURY BILL DUE 12/18/2008 | 99.932 | | 2,873,045.00 |
| 1/06 | | 3,775,000 | 48966 | U S TREASURY BILL DUE 01/08/2009 | 99.960 | | 3,773,490.00 |
| 1/06 | | 3,775,000 | 49178 | U S TREASURY BILL DUE 01/15/2009 | 99.946 | | 3,772,961.50 |
| 11/06 | | 3,775,000 | 49393 | U S TREASURY BILL DUE 01/22/2009 | 99.934 | | 3,772,508.50 |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING 11/30/08    PAGE 4

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | | 3,775,000 | 49608 | U S TREASURY BILL DUE 01/29/2009 | 99.928 | | 3,772,282.00 |
| 11/06 | | 1,600,000 | 49821 | U S TREASURY BILL DUE 2/12/2009 | 99.902 | | 1,598,432.00 |
| 11/06 | 2,525,000 | | 50056 | U S TREASURY BILL DUE 03/26/2009 2/12/2009 | 99.802 | 2,520,000.50 | |
| 11/06 | 2,525,000 | | 50285 | U S TREASURY BILL DUE 4/02/2009 3/26/2009 | 99.751 | 2,513,712.75 | |
| 11/06 | 2,525,000 | | 50514 | U S TREASURY BILL DUE 04/09/2009 4/02/2009 | 99.725 | 2,518,081.50 | |
| 11/07 | 1,701 | | 23567 | APPLE INC | 108.800 | 185,135.80 | |
| 11/07 | 3,024 | | 23802 | ABBOTT LABORATORIES | 56.590 | 171,248.16 | |
| 11/07 | 2,079 | | 24037 | AMGEN INC | 52.070 | 172,125.53 | |
| 11/07 | 1,512 | | 24272 | BOEING CO | 53.640 | 81,163.68 | |
| 11/07 | 9,639 | | 24507 | BANK OF AMERICA | 23.720 | 229,022.08 | |
| 11/07 | 1,134 | | 24742 | BAXTER INTERNATIONAL INC | 61.740 | 70,058.15 | |
| 11/07 | 2,079 | | 24977 | BANK OF NEW YORK MELLON CORP | 34.210 | 71,205.59 | |
| 11/07 | 3,780 | | 25212 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 79,506.50 | |
| 11/07 | 1,323 | | 25447 | ANHEUSER BUSCH COS INC | 64.190 | 84,975.37 | |
| 11/07 | 10,206 | | 25682 | CITI GROUP INC | 14.410 | 147,476.46 | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 5
PERIOD ENDING 11/30/08

L & I INVESTMENTS LLC

5477 COLLEGE PARK SQUARE #305
VIRGINIA BEACH    VA    23464

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 5,481 | | 25917 | COMCAST CORP | 17.390 | 95,533.59 | |
| 11/07 | 2,835 | | 26152 | GLAXOSMITHKLINE | 53.060 | 150,538.10 | |
| 11/07 | 11,151 | | 26387 | CONOCOPHILLIPS | 17.580 | 196,480.58 | |
| 11/07 | 2,646 | | 25522 | CISCO SYSTEMS INC | 31.720 | 84,035.12 | |
| 11/07 | 3,969 | | 26837 | CVS CAREMARK CORP | 75.450 | 299,619.05 | |
| 11/07 | 3,591 | | 27092 | CHEVRON CORP | 25.520 | 91,744.42 | |
| 11/07 | 19,845 | | 27327 | THE WALT DISNEY CO | 19.810 | 393,122.45 | |
| 11/07 | 378 | | 27562 | GENERAL ELECTRIC CO | 349.160 | 131,797.48 | |
| 11/07 | 756 | | 27737 | GOOGLE | 89.070 | 67,336.92 | |
| 11/07 | 3,213 | | 28032 | GOLDMAN SACHS GROUP INC | 22.480 | 72,235.24 | |
| 11/07 | 4,725 | | 28267 | HOME DEPOT INC | 38.820 | 183,613.50 | |
| 11/07 | 2,646 | | 28502 | HEWLETT-PACKARD CO | 92.430 | 244,674.78 | |
| 11/07 | 10,584 | | 28737 | INTERNATIONAL BUSINESS MACHS | 16.-- | 169,757.90 | |
| 11/07 | 5,292 | | 28972 | INTEL CORP | 61.820 | 327,352.44 | |
| 11/07 | 7,182 | | 29207 | JOHNSON E JOHNSON | 40.960 | 294,651.72 | |
| 11/07 | 2,835 | | 29442 | J.P. MORGAN-CHASE E CO | 29.710 | 84,340.85 | |
| 11/07 | 3,780 | | 29677 | KRAFT FOOD INC | 46.580 | 175,223.40 | |
| 11/07 | 2,079 | | 29912 | COCA COLA CO | 57.510 | 119,545.29 | |
| 11/07 | 2,079 | | 30147 | MCDONALDS CORP | 41.140 | 85,513.06 | |
| 11/07 | 1,323 | | 30382 | MEDTRONIC INC | 54.880 | 85,808.24 | |
| 11/07 | 3,969 | | 30617 | 3M COMPANY | 19.370 | 77,037.53 | |
| 11/07 | 4,158 | | 30852 | ALTRIA GROUP INC | 30.480 | 126,901.84 | |
| 11/07 | 15,120 | | 31087 | MERCK E CO | 22.940 | 347,456.80 | |
| 11/07 | 7,560 | | 31322 | MICROSOFT CORP | 18.470 | 139,035.70 | |
| | | | | ORACLE CORPORATION | | | |
| | | | | CONTINUED ON PAGE   5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 5
PERIOD ENDING 11/30/08

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #305
VIRGINIA BEACH    VA    23464

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/07 | 1,512 | | 32027 | OCCIDENTAL PETROLEUM CORP | 54.380 | 82,232.55 | |
| 1/07 | 3,024 | | 32262 | PEPSICO INC | 58.630 | 177,417.12 | |
| 1/07 | 12,852 | | 32497 | PFIZER INC | 18.030 | 231,950.00 | |
| 1/07 | 5,859 | | 32732 | PROCTER & GAMBLE CO | 65.180 | 382,123.52 | |
| 1/07 | 3,969 | | 32967 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 173,365.15 | |
| 1/07 | 3,213 | | 33202 | QUALCOMM INC | 37.690 | 121,225.97 | |
| 1/07 | 2,268 | | 33437 | SCHLUMBERGER LTD | 51.770 | 117,504.36 | |
| 1/07 | 10,962 | | 33672 | AT&T INC | 28.910 | 317,349.42 | |
| 1/07 | 5,804 | | 33907 | TIME WARNER INC | 10.110 | 69,063.44 | |
| 1/07 | 1,890 | | 34142 | UNITED PARCEL SVC INC CLASS B | 53.680 | 101,530.70 | |
| 1/07 | 3,402 | | 34377 | US BANCORP | 30.790 | 104,883.58 | |
| 1/07 | 1,890 | | 34612 | UNITED TECHNOLOGIES CORP | 56 | 105,915.00 | |
| 1/07 | 5,292 | | 34847 | VERIZON COMMUNICATIONS | 31.810 | 168,549.52 | |
| 1/07 | 6,426 | | 35082 | WELLS FARGO E CO NEW | 34.080 | 219,255.08 | |
| 1/07 | 4,347 | | 35317 | WAL-MART STORES INC | 56.730 | 245,778.31 | |
| 1/07 | 10,017 | | 35552 | EXXON MOBIL CORP | 75.330 | 754,479.75 | |
| 1/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/07/08 | DIV | | .37 |
| 1/07 | | 20,496 | 11058 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 20,496.00 |
| 1/07 | | 1,500,000 | 11316 | U S TREASURY BILL DUE 02/05/09 | 99.923 | | 1,598,768.00 |
| | | | | 2/05/2009 | | | |
| | | | | CONTINUED ON PAGE 7 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 7
PERIOD ENDING 11/30/08

L E I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | | 2,350,000 | 11529 | U S TREASURY BILL DUE 02/19/2009 | 99.887 | | 2,347,344.50 |
| 11/07 | | 2,350,000 | 11745 | U S TREASURY BILL DUE 02/25/2009 2/19/2009 | 99.887 | | 2,347,321.50 |
| 11/07 | | 1,600,000 | 11957 | U S TREASURY BILL DUE 3/05/09 2/26/2009 | 99.865 | | 1,597,855.00 |
| 11/07 | | 1,700,000 | 12065 | U S TREASURY BILL DUE 3/12/2009 3/05/2009 | 99.840 | | 1,697,230.00 |
| 11/07 | 525,000 | | 12294 | U S TREASURY BILL DUE 04/09/2009 3/12/2009 | 99.720 | 523,530.00 | |
| 11/07 | 525,000 | | 12514 | U S TREASURY BILL DUE 4/15/2009 4/09/2009 | 99.671 | 523,272.75 | |
| 11/07 | 47,428 | | 12744 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/15/2009 | 1 | 47,428.00 | |
| 11/10 | 2,079 | | 35027 | APPLE INC | 108.720 | 225,111.83 | |
| 11/10 | 3,696 | | 36262 | ABBOTT LABORATORIES | 55.910 | 206,799.36 | |
| 11/10 | 2,541 | | 36497 | AMGEN INC | 59.620 | 151,595.42 | |
| 11/10 | 1,848 | | 36732 | BOEING CO | 52.190 | 96,520.12 | |
| 11/10 | 12,012 | | 36967 | BANK OF AMERICA | 24.050 | 289,358.60 | |
| | | | | CONTINUED ON PAGE 8 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 8
PERIOD ENDING 11/30/08

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 1,517 | | 37202 | BAXTER INTERNATIONAL INC | 50.770 | 93,329.09 | |
| 11/10 | 2,772 | | 37437 | BANK OF NEW YORK MELLON CORP | 33.480 | 92,915.56 | |
| 11/10 | 4,851 | | 37672 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | 103,558.81 | |
| 11/10 | 1,617 | | 37907 | ANHEUSER-BUSCH COS INC | 64.090 | 103,697.53 | |
| 11/10 | 13,167 | | 38142 | CITI GROUP INC | 14.273 | 188,419.09 | |
| 11/10 | 6,930 | | 38377 | COMCAST CORP | 17.410 | 120,928.30 | |
| 11/10 | 3,696 | | 38612 | CONOCOPHILIPS | 54.130 | 200,211.49 | |
| 11/10 | 14,091 | | 38847 | CISCO SYSTEMS INC | 18.080 | 255,328.28 | |
| 11/10 | 3,465 | | 39082 | CVS CAREMARK CORP | 31.300 | 108,592.50 | |
| 11/10 | 5,082 | | 39317 | CHEVRON CORP | 76.410 | 388,318.62 | |
| 11/10 | 4,389 | | 39552 | THE WALT DISNEY CO | 25.650 | 112,596.74 | |
| 11/10 | 25,179 | | 39787 | GENERAL ELECTRIC CO | 20.530 | 517,931.87 | |
| 11/10 | 452 | | 40022 | GOOGLE | 353.580 | 159,991.96 | |
| 11/10 | 1,155 | | 40257 | GOLDMAN SACHS GROUP INC | 92.680 | 107,091.40 | |
| 11/10 | 4,158 | | 40492 | HOME DEPOT INC | 23.030 | 95,924.74 | |
| 11/10 | 6,006 | | 40727 | HEWLETT PACKARD CO | 37.290 | 224,203.74 | |
| 11/10 | 3,234 | | 40962 | INTERNATIONAL BUSINESS MACHS | 92.580 | 299,391.44 | |
| 11/10 | 13,629 | | 41197 | INTEL CORP | 15.880 | 216,373.52 | |
| 11/10 | 5,699 | | 41432 | JOHNSON & JOHNSON | 51.320 | 411,049.68 | |
| 11/10 | 8,778 | | 41667 | J.P. MORGAN CHASE & CO | 41.730 | 366,656.94 | |
| 11/10 | 3,596 | | 41902 | KRAFT FOOD INC | 30.100 | 111,395.60 | |
| 11/10 | 4,851 | | 42137 | COCA COLA CO | 45.500 | 220,914.50 | |
| 11/10 | 2,772 | | 42372 | MCDONALDS CORP | 57.230 | 158,751.55 | |
| 11/10 | 2,772 | | 42607 | MEDTRONIC INC | 40.300 | 111,831.50 | |
| | | | 23464 | CONTINUED ON PAGE 9 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W.1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #305
VIRGINIA BEACH    VA    23464

PERIOD ENDING: 11/30/08
PAGE: 9

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/10 | 1,617 | | 42862 | 3M COMPANY | 64.690 | 104,667.73 | |
| 1/10 | 4,851 | | 43077 | ALTRIA GROUP INC | 18.330 | 91,829.39 | |
| 1/10 | 5,082 | | 43312 | MERCK & CO | 30.510 | 155,254.82 | |
| 1/10 | 18,711 | | 43547 | MICROSOFT CORP | 23.200 | 434,843.20 | |
| 1/10 | 9,471 | | 43782 | ORACLE CORPORATION | 18.500 | 175,538.60 | |
| 1/10 | 2,079 | | 44487 | OCCIDENTAL PETROLEUM CORP | 56.010 | 116,527.79 | |
| 1/10 | 3,696 | | 44722 | PEPSICO INC | 57.550 | 212,351.80 | |
| 1/10 | 15,401 | | 44957 | PFIZER INC | 17.960 | 295,217.96 | |
| 1/10 | 7,161 | | 45192 | PROCTER & GAMBLE CO | 65.230 | 467,390.03 | |
| 1/10 | 4,851 | | 45427 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 213,783.53 | |
| 1/10 | 3,927 | | 45662 | QUALCOMM INC | 37.310 | 146,573.37 | |
| 1/10 | 3,003 | | 45897 | SCHLUMBERGER LTD | 50.500 | 151,771.50 | |
| 1/10 | 14,322 | | 46132 | AT&T INC | 28.580 | 409,894.76 | |
| 1/10 | 8,316 | | 46367 | TIME WARNER INC | 11.010 | 91,891.15 | |
| 1/10 | 2,316 | | 45602 | UNITED PARCEL SVC INC CLASS B | 54.420 | 125,802.20 | |
| 1/10 | 4,158 | | 45837 | U S BANCORP | 31.510 | 131,184.58 | |
| 1/10 | 2,310 | | 47072 | UNITED TECHNOLOGIES CORP | 56.430 | 130,445.30 | |
| 1/10 | 6,930 | | 47307 | VERIZON COMMUNICATIONS | 32.040 | 222,037.90 | |
| 1/10 | 7,854 | | 47542 | WELLS-FARGO-& CO NEW | 34.600 | 272,052.40 | |
| 1/10 | 5,313 | | 47777 | WAL-MART STORES INC | 55.710 | 296,199.23 | |
| 1/10 | 12,474 | | 48012 | EXXON MOBIL CORP | 75.800 | 945,027.20 | |
| 1/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/10/08 | DIV | | 2.57 |
| | | | | CONTINUED ON PAGE 10 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 10
PERIOD ENDING: 11/30/09

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #305
VIRGINIA BEACH    VA    23464

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/10 | | 47,429 | 12980 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 47,429.00 |
| 1/10 | | 2,450,000 | 13354 | U S TREASURY BILL DUE 03/19/2009 | 99.857 | | 2,445,741.50 |
| 1/10 | | 2,525,000 | 13560 | U S TREASURY BILL DUE 03/26/2009 | 99.834 | | 2,520,803.50 |
| 1/10 | | 2,525,000 | 13752 | U S TREASURY BILL DUE 4/02/2009 | 99.770 | | 2,519,192.50 |
| 1/10 | | 3,050,000 | 13990 | U S TREASURY BILL DUE 04/09/2009 | 99.742 | | 3,042,131.00 |
| 1/10 | | 525,000 | 14214 | U S TREASURY BILL DUE 4/16/2009 | 99.685 | | 523,351.50 |
| 1/10 | 50,000 | | 14439 | U S TREASURY BILL DUE 4/15/2009 | 99.686 | 49,843.00 | |
| 1/10 | 616 | | 14668 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 616.00 | |
| 1/18 | | 4,851 | 49416 | ANHEUSER BUSCH COS INC | .70 | | 339,570.00 |
| 1/18 | 325,000 | | 49651 | U S TREASURY BILL DUE 4/16/2009 | 99.830 | 324,447.50 | |
| | | | | CONTINUED ON PAGE 11 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 11
PERIOD ENDING 11/30/08

L E I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #305
VIRGINIA BEACH    VA    23464

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/18 | 15,123 | | 49889 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,123.00 | |
| 1/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .35 |
| 1/19 | | 15,739 | 52394 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 15,739.00 |
| 1/19 | 3,075,000 | | 56950 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 3,072,724.50 | |
| 1/19 | | 14,853 | 61432 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/25/2009 | 1 | 14,853.00 | |
| 1/20 | | 3,075,000 | 53965 | U S TREASURY BILL DUE 03/26/2009 | 99.952 | | 3,073,931.50 |
| 1/20 | 3,075,000 | | 64193 | U S TREASURY BILL DUE 4/15/2009 | 99.947 | 3,073,370.25 | |
| 1/20 | | 461 | 64342 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/15/2009 | 1 | 461.00 | |
| 1/25 | 819 | | 64583 | APPLE INC | 85.070 | 69,704.33 | |
| 1/25 | 1,456 | | 54821 | ABBOTT LABORATORIES | 54.140 | 78,985.84 | |
| 1/25 | 1,001 | | 55059 | AMGEN INC | 53.630 | 53,723.63 | |
| 1/25 | 4,641 | | 65297 | BANK OF AMERICA | 12.980 | 60,425.18 | |
| 1/25 | 546 | | 55535 | BAXTER INTERNATIONAL INC | 52.570 | 28,703.22 | |
| | | | | CONTINUED ON PAGE 12 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES