

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 11/30/08
PAGE: 13

L & I INVESTMENTS LLC

5477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/25 | 1,911 | | 71485 | ALTRIA GROUP INC | 16.250 | 31,129.75 | |
| 1/25 | 2,002 | | 71723 | MERCK & CO | 25 | 50,130.00 | |
| 1/25 | 7,280 | | 71961 | MICROSOFT CORP | 18.100 | 132,059.00 | |
| 1/25 | 3,640 | | 72675 | ORACLE CORPORATION | 15.050 | 54,757.00 | |
| 1/25 | 819 | | 72913 | OCCIDENTAL PETROLEUM CORP | 44.570 | 36,534.83 | |
| 1/25 | 1,456 | | 73151 | PEPSICO INC | 51.800 | 75,478.80 | |
| 1/25 | 6,279 | | 73389 | PFIZER INC | 15.520 | 96,565.28 | |
| 1/25 | 2,730 | | 73527 | PROCTER & GAMBLE CO | 61.940 | 169,095.20 | |
| 1/25 | 1,911 | | 73865 | PHILLIP MORRIS INTERNATIONAL | 36.380 | 69,598.18 | |
| 1/25 | 1,547 | | 74103 | QUALCOMM INC | 29.050 | 45,238.95 | |
| 1/25 | 1,092 | | 74341 | SCHLUMBERGER LTD | 46.270 | 50,569.84 | |
| 1/25 | 5,450 | | 74579 | AT&T INC | 25 | 135,718.00 | |
| 1/25 | 3,367 | | 74817 | TIME WARNER INC | 8.010 | 27,103.57 | |
| 1/25 | 910 | | 75055 | UNITED PARCEL SVC INC CLASS B | 50.250 | 45,727.50 | |
| 1/25 | 1,538 | | 75293 | US BANCORP | 23.400 | 39,394.20 | |
| 1/25 | 910 | | 75531 | UNITED TECHNOLOGIES CORP | 44.890 | 40,859.90 | |
| 1/25 | 2,639 | | 75769 | VERIZON COMMUNICATIONS | 26.570 | 70,223.23 | |
| 1/25 | 3,549 | | 76007 | WELLS FARGO & CO NEW | 23.820 | 84,578.18 | |
| 1/25 | 2,093 | | 76245 | WAL-MART STORES INC | 51.450 | 107,757.85 | |
| 1/25 | 1,274 | | 76483 | WYETH | 33 | 42,092.00 | |
| 1/25 | 4,914 | | 76721 | EXXON MOBIL CORP | 72 | 354,004.00 | |
| 1/25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/25/08 | DIV | | 1.53 |
| | | | | CONTINUED ON PAGE 14 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 14
PERIOD ENDING 11/30/09

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23454

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/25 | | 15,314 | 77300 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 15,314.00 |
| 1/25 | | 3,450,000 | 77552 | U S TREASURY BILL DUE 4/15/2009 4/15/2009 | 96.379 | | 3,445,791.00 |
| 1/25 | 37,666 | | 77040 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 37,566.00 | |
| | | | | NEW BALANCE | | 4,575,631.39 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 47,124 | | | AT&T INC | 28.560 | | |
| | 12,544 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 16,464 | | | ALTRIA GROUP INC | 16.900 | | |
| | 8,624 | | | AMGEN INC | 55.540 | | |
| | 7,056 | | | APPLE INC | 92.570 | | |
| | 40,488 | | | BANK OF AMERICA | 16.259 | | |
| | 9,219 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 4,935 | | | BAXTER INTERNATIONAL INC | 52.900 | | |
| | 5,544 | | | BOEING CO | 42.630 | | |
| | 15,911 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 11,571 | | | CVS CAREMARK CORP | 28.930 | | |
| | 16,595 | | | CHEVRON CORP | 73.010 | | |
| | 47,355 | | | CISCO SYSTEMS INC | 15.540 | | |
| | 43,939 | | | CITI GROUP INC | 8.290 | | |
| | | | | CONTINUED ON PAGE 15 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #305
VIRGINIA BEACH    VA    23464

PAGE: 15
PERIOD ENDING: 11/30/08

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 15,911 | | | COCA COLA CO | 45.870 | | |
| | 455 | | | COLGATE PALMOLIVE CO | 65.070 | | |
| | 23,240 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 12,355 | | | CONOCOPHILIPS | 52.520 | | |
| | 15,159 | | | THE WALT DISNEY CO | 22.520 | | |
| | 637 | | | EXELON CORP | 56.210 | | |
| | 42,147 | | | EXXON MOBIL CORP | 80.150 | | |
| | 84,245 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 3,003 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 1,568 | | | GOOGLE | 292.960 | | |
| | 19,831 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 13,832 | | | HOME DEPOT INC | 23.110 | | |
| | 45,052 | | | INTEL CORP | 13.800 | | |
| | 10,976 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 29,792 | | | J.P. MORGAN CHASE & CO | 31.650 | | |
| | 22,547 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 12,264 | | | KRAFT FOOD INC | 27.210 | | |
| | 9,128 | | | MCDONALDS CORP | 58.750 | | |
| | 9,219 | | | MEDTRONIC INC | 30.520 | | |
| | 17,248 | | | MERCK & CO | 26.720 | | |
| | 63,224 | | | MICROSOFT CORP | 20.220 | | |
| | 6,857 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| | 31,864 | | | ORACLE CORPORATION | 15.090 | | |
| | 12,544 | | | PEPSICO INC | 55.700 | | |
| | | | | CONTINUED ON PAGE 16 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 15
PERIOD ENDING 11/30/08

L E I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

| BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 54,369 | | | PFIZER INC | 16.430 | | |
| 16,737 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 24,213 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 137,328 | | | QUALCOMM INC | 33.570 | | |
| 9,639 | | | SCHLUMBERGER LTD | 50.740 | | |
| 37,666 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 5,488 | | | 3M COMPANY | 65.030 | | |
| 28,588 | | | TIME WARNER INC | 9.050 | | |
| 14,112 | | | U.S. BANCORP | 25.980 | | |
| 7,840 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| 7,840 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| 22,778 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 18,032 | | | WAL-MART STORES INC | 55.880 | | |
| 27,111 | | | WELLS FARGO & CO NEW | 28.890 | | |
| 1,274 | | | WYETH | 35.010 | | |
| | | | MARKET VALUE OF SECURITIES LONG    SHORT 33,528,382.35 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC
5477 COLLEGE PARK SQUARE #305
VIRGINIA BEACH  VA  23464

PAGE: 17
PERIOD ENDING: 11/30/08

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 213,889.87 |
| | | | | GROSS PROCEEDS FROM SALES | | | 207,733,762.93 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 1
PERIOD ENDING: 11/30/08

L & I INVESTMENTS LLC
5477 COLLEGE PARK SQUARE #305
VIRGINIA BEACH    VA    23464

| DATE | BOUGHT | SOLD | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 1,339,182.00 |
| /06 | | 273 | 19036 | S & P 100 INDEX | 20.300 | | 553,917.00 |
| /06 | 273 | | 19271 | NOVEMBER 470 CALL | 20.500 | 559,923.00 | |
| /07 | | 199 | 31557 | NOVEMBER 450 PUT | 22 | | 415,611.00 |
| /07 | 189 | | 31792 | S & P 100 INDEX | 13.800 | 261,009.00 | |
| /10 | | 231 | 44017 | NOVEMBER 450 PUT | 12.400 | | 295,795.00 |
| /10 | 231 | | 44252 | NOVEMBER 485 CALL | 16.800 | 388,311.00 | |
| /19 | | 693 | 30231 | NOVEMBER 475 PUT | 26 | | 1,801,707.00 |
| /19 | 693 | | 30469 | DECEMBER 430 CALL | 30 | 2,079,593.00 | |
| /19 | | 462 | 30707 | DECEMBER 420 PUT | 1.500 | | 69,752.00 |
| /19 | 462 | | 30945 | NOVEMBER 470 CALL | .900 | 21,021.00 | |
| /19 | | 231 | 31183 | NOVEMBER 485 CALL | 45 | | 2,078,539.00 |
| /19 | 231 | | 31421 | NOVEMBER 450 PUT | 59 | | 1,362,569.00 |
| | | | | NOVEMBER 475 PUT | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel: 020 7493 6222

PAGE: 2
PERIOD ENDING: 11/30/98

L E I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #305
VIRGINIA BEACH    VA    23454

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | | 91 | 72199 | S & P 100 INDEX DECEMBER 380 CALL | 34 | | 309,309.00 |
| 11/25 | 91 | | 72437 | S & P 100 INDEX DECEMBER 370 PUT | 21 | 191,191.00 | |
| | | | | NEW BALANCE | | | 4,575,532.00 |
| | | 693 | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | 91 | | | S & P 100 INDEX DECEMBER 380 CALL | 61 | | |
| | 693 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | 91 | | | S & P 100 INDEX DECEMBER 370 PUT | 5.100 | | |
| | | | | MARKET VALUE OF SECURITIES LONG        7,169,790.00- SHORT   1,189,950.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# Appendix D

## Contact Information

## For Each

## Member of L&I

APPENDIX D

| Name | Address | City | State | Zip | Account # | Tax ID # or Social Sec # |
|---|---|---|---|---|---|---|
| 1984 Goldrich Family Irrevocable Trust | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 | | |
| 444 East 75th Street Venture | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 | | |
| 444 Investment Group L.L.C. | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 | | |
| Banbury Lake Village Co. LLP | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 | | |
| BWCI, Inc. | T/a Best Western Center Inn 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 | | |
| Ocean Reef Rental Pool | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 | | |
| Chesapeake Investment Company LLP | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 | | |
| College Park Square III Associates L.L.L.P. | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 | | |
| College Park Square IV Associates LLP | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 | | |

1

758313

| | | | |
|---|---|---|---|
| Goldfrost Company LLP | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |
| Grandchildren's Trust U/A Dated 9/11/90 | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |
| I. William Berger | 4801 Oceanfront Avenue | Virginia Beach | VA | 23451 |
| Janice T. Goldrich | 1325 Kingfisher Court | Virginia Beach | VA | 23451 |
| Janice T. Goldrich Irrevocable Trust – 2000 | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |
| Larrymore Investment Group L.L.C. | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |
| Larrymore Organization, Inc. | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |
| Lauren J. Goldrich Irrev. Trust #3 – 1996 | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |
| Lawrence J. Goldrich | 1325 Kingfisher Court | Virginia Beach | VA | 23451 |
| Lawrence J. Goldrich Foundation | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |
| Oceana Properties LLC | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |

2

758313

| | | | |
|---|---|---|---|
| Ororico Properties LLC | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |
| Pocomoke Plaza Shopping Center | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |
| Point-O-Woods Company LLLP | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |
| Round Bay Realty Company LLP | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |
| Scarborough Lane Shoppes LLC | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |
| Stony Run Company LLC | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |
| Stony Run II Company LLC | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |
| Virginia Beach Investment Company | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |
| West Point Square LLC | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |
| Patricia S. Goldrich | c/o Larrymore Organization, Inc 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 |

3

758313

| | | | | | |
|---|---|---|---|---|---|
| Vicki E. Goldrich | 6008A Oceanfront Avenue | Virginia Beach | VA | 23451 | |
| Lauren J. Goldrich | c/o Larrymore Organization, Inc. 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 | |
| Executive Park Company LLLP | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 | |
| I.W. Berger Trustee U/A DTD 12/31/97 fbo Lauren J. Goldrich | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 | |
| The Larrymore Foundation | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 | |
| Best Square Associates | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 | |
| L&I Investments LLC | 6477 College Park Square Suite #306 | Virginia Beach | VA | 23464 | |

4

758313

# L&I Investments, LLC
## Claim
## Bernard L. Madoff Investments, LLC

## BINDER #1 of 2

## Table of Contents

**Section I**     Summary of 2005 to 2008 Net Capital Investment in Bernard Madoff

**Section II**    2005 Transfers To and From Bernard L. Madoff Investments, LLC

    A.  First Quarter 2005 – (inclusive of worksheet and Madoff Statement)

        (1)  L&I transfers to and from Madoff – (Not Applicable)

        (2)  Direct Transfers to Bernard M. Madoff from Members of L&I Investments, LLC

    B.  Second Quarter 2005 – (inclusive of worksheet and Madoff Statement)

        (1)  L&I transfers to and from Madoff – (Not Applicable)

        (2)  Direct Transfers to Bernard M. Madoff from Members of L&I Investments, LLC

    C.  Third Quarter 2005 – (inclusive of worksheet and Madoff Statement)

        (1)  L&I transfers to and from Madoff

            • Members contributions to L&I Investments, LLC

        (2)  Direct Transfers to Bernard M. Madoff from Members of L&I Investments, LLC – (Not Applicable)

    D.  Fourth Quarter 2005 – (inclusive of worksheet – unable to locate 10/31/05 Madoff Statement)

        (1)  L&I transfers to and from Madoff

            • Members contributions to L&I Investments, LLC

        (2)  Direct Transfers to Bernard M. Madoff from Members of L&I Investments, LLC – (Not Applicable)

Section III   2006 Transfers To and From Bernard L. Madoff Investments, LLC

- A. First Quarter 2006 – (Not Applicable)

- B. Second Quarter 2006 – (inclusive of worksheet and Madoff Statement)

    (1) L&I transfers to and from Madoff –
    - Members contributions to L&I Investments, LLC
    - Disbursements by L&I Investments, LLC to Members
    - Exchange of Interest Agreements by Members

    (2) Direct Transfers to Bernard M. Madoff from Members of L&I Investments, LLC – (Not Applicable)

- C. Third Quarter 2006 – (inclusive of worksheet and Madoff Statement)

    (1) L&I transfers to and from Madoff
    - Members contributions to L&I Investments, LLC

    (2) Direct Transfers to Bernard M. Madoff from Members of L&I Investments, LLC – (Not Applicable)

- D. Fourth Quarter 2006 – (inclusive of worksheet and Madoff Statement)

    (1) L&I transfers to and from Madoff
    - Members contributions to L&I Investments, LLC

    (2) Direct Transfers to Bernard M. Madoff from Members of L&I Investments, LLC

**Sections IV and V are located in Binder #2 of 2.**

| | |
|---|---|
| Contact: | I. William Berger |
| Address: | 6477 College Park Square, Suite 306<br>Virginia Beach, Virginia 23464 |
| Telephone: | (757) 222-9410 |
| Facsimile: | (757) 424-1435 |
| Email: | bberger@larrymore.com |