# INVESTMENTS LLC
## SUMMARY OF 2005 TO 2008 TRANSFERS TO/FROM BERNARD MADOFF
### BREAKDOWN OF MEMBER CONTRIBUTIONS/WITHDRAWALS BY YEAR

### NET CAPITAL INVESTMENT IN BERNARD MADOFF

| MEMBER | 2005 Contribution | 2005 Withheld for Acctg/Legal | 2005 Withdrawal | 2005 Totals | 2006 Contribution | 2006 Withdrawal | 2006 Totals | 2007 Contribution | 2007 Withdrawal | 2007 Totals | 2008 Contribution | 2008 Withdrawal | 2008 Totals | GRAND TOTALS Contribution | Withheld for Acctg/Legal | Withdrawal | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Goldrich Family Irrevocable Trust | 200,000 | (39) | - | 199,961 | 400,000 | - | 400,000 | 100,000 | - | 100,000 | 250,000 | - | 250,000 | 950,000 | (39) | - | 949,961 |
| East 75th Street Venture | 100,000 | - | - | 100,000 | - | - | - | 300,000 | - | 300,000 | - | - | - | 400,000 | - | - | 400,000 |
| Investment Group LLC | 1,900,000 | (374) | - | 1,899,626 | - | - | - | 100,000 | - | 100,000 | - | - | - | 2,000,000 | (374) | - | 1,999,626 |
| bury Lake Village Co, LLP | 300,000 | (59) | - | 299,941 | - | - | - | - | - | - | 100,000 | - | 100,000 | 400,000 | (59) | - | 399,941 |
| Ct, Inc | 2,300,000 | (451) | - | 2,299,549 | 300,000 | (100,000) | 200,000 | 200,000 | - | 200,000 | 100,000 | (200,000) | (100,000) | 2,900,000 | (451) | (300,000) | 2,599,549 |
| an Reef Rental Pool | - | - | - | - | 200,000 | (100,000) | 100,000 | 100,000 | - | 100,000 | 600,000 | (325,000) | 275,000 | 900,000 | - | (425,000) | 474,549 (?) |
| sapeake Investment Company LLP | 100,000 | (19) | - | 99,981 | 600,000 | (1,600,000) | (1,000,000) | - | - | - | 2,800,000 | (225,000) | 2,575,000 | 3,500,000 | (19) | (1,825,000) | 1,674,981 (?) |
| ege Park Square III Associates LLLP | 100,000 | (19) | - | 99,981 | - | - | - | 200,000 | (100,000) | 100,000 | 50,000 | (250,000) | (200,000) | 350,000 | (19) | (350,000) | - (?) |
| ege Park Square IV Associates LLP | 200,000 | (39) | - | 199,961 | - | - | - | - | - | - | 50,000 | (75,000) | (25,000) | 250,000 | (39) | (75,000) | 174,961 (?) |
| stfrost Company LLP | 200,000 | (39) | - | 199,961 | 100,000 | - | 100,000 | 100,000 | (175,000) | (75,000) | - | (175,000) | (175,000) | 400,000 | (39) | (350,000) | 49,961 (?) |
| ndchildren's Trust U/A dated 9/11/90 | - | - | - | - | 200,000 | - | 200,000 | 300,000 | - | 300,000 | 100,000 | (100,000) | - | 600,000 | - | (100,000) | 500,000 (?) |
| lliam Berger | 400,000 | (19) | - | 399,981 | 100,000 | - | 100,000 | 100,000 | - | 100,000 | 250,000 | - | 250,000 | 850,000 | (19) | - | 849,981 (?) |
| ice T. Goldrich | - | - | - | - | 300,000 | - | 300,000 | 200,000 | - | 200,000 | - | - | - | 500,000 | - | - | 500,000 |
| ice T. Goldrich Irrevocable Trust-2000 | 1,300,000 | (234) | - | 1,299,766 | - | 1,450,000 | 1,450,000 | 850,000 | (250,000) | 600,000 | 100,000 | (275,000) | (175,000) | 3,300,000 | (234) | (525,000) | 2,774,766 (?) |
| ymore Investment Group LLC | 400,000 | (38) | - | 399,962 | - | - | - | 150,000 | - | 150,000 | 100,000 | - | 100,000 | 650,000 | (38) | - | 649,962 (?) |
| ymore Organization, Inc. | 2,300,000 | (350) | - | 2,299,650 | - | - | - | 450,000 | - | 450,000 | 100,000 | (1,800,000) | (1,700,000) | 2,850,000 | (350) | (1,800,000) | 1,049,650 (?) |
| ren J. Goldrich I/rev Trust #3 - 1996 | - | - | - | - | (1,100,000) | (1,100,000) | - | 600,000 | (300,000) | 300,000 | 100,000 | (1,000,000) | (900,000) | 700,000 | - | (2,400,000) | (1,700,000) |
| rrence J. Goldrich | 1,600,000 | (252) | - | 1,599,748 | 400,000 | - | 400,000 | 100,000 | - | 100,000 | 600,000 | - | 600,000 | 2,700,000 | (252) | - | 2,699,748 (?) |
| rence J. Goldrich Foundation | 1,300,000 | (214) | - | 1,299,786 | 150,000 | - | 150,000 | 2,300,000 | - | 2,300,000 | 2,050,000 (?) | (2,225,000) | (175,000) | 6,050,000 | (214) | (2,225,000) | 3,824,786 (?) |
| iana Properties LLC | 100,000 | - | - | 100,000 | 200,000 | - | 200,000 | 200,000 | - | 200,000 | 400,000 | - | 400,000 | 900,000 | - | - | 900,000 |
| rico Properties LLC | 200,000 | (39) | - | 199,961 | 200,000 | - | 200,000 | 100,000 | (100,000) | - | 500,000 | (100,000) | 400,000 | 1,000,000 | (39) | (200,000) | 799,961 (?) |
| oanoke Plaza Shopping Center | 300,000 | (58) | - | 299,942 | - | - | - | 400,000 | - | 400,000 | - | - | - | 700,000 | (58) | - | 699,942 |
| it-O-Woods Company LLLP | 600,000 | (116) | - | 599,884 | - | - | - | - | - | - | 300,000 | - | 300,000 | 900,000 | (116) | - | 899,884 |
| and Bay Realty Company LLP | 100,000 | (19) | - | 99,981 | 100,000 | - | 100,000 | 100,000 | - | 100,000 | 300,000 | - | 300,000 | 600,000 | (19) | - | 599,981 (?) |
| rborough Lane Shoppes LLC | 2,800,000 | (545) | - | 2,799,455 | 100,000 | - | 100,000 | 50,000 | (100,000) | (50,000) | 100,000 | (1,000,000) | (900,000) | 3,050,000 | (545) | (1,100,000) | 1,949,455 (?) |
| ry Run Company LLC | 100,000 | (19) | - | 99,981 | 100,000 | - | 100,000 | - | (100,000) | (100,000) | 100,000 | (100,000) | - | 300,000 | (19) | (200,000) | 99,981 (?) |
| ry Run II Company LLC | 200,000 | (19) | - | 199,881 | - | - | - | 100,000 | - | 100,000 | 100,000 | (50,000) | 50,000 | 400,000 | (19) | (50,000) | 349,981 (?) |
| ilin Beach Investment Company | 100,000 | (20) | - | 99,980 | 100,000 | - | 100,000 | - | (50,000) | (50,000) | - | (25,000) | (25,000) | 200,000 | (20) | (75,000) | 124,980 (?) |
| t Point Square LLC | 400,000 | (38) | - | 399,962 | 100,000 | - | 100,000 | 200,000 | - | 200,000 | 200,000 | - | 200,000 | 900,000 | (38) | - | 899,962 |
| ichard S. Goldrich | - | - | - | - | - | - | - | 750,000 | (50,000) | 700,000 | 800,000 | - | 800,000 | 1,550,000 | - | (50,000) | 1,500,000 (?) |
| ura J. Goldrich | - | - | - | - | - | - | - | 200,000 | - | 200,000 | 100,000 | - | 100,000 | 300,000 | - | - | 300,000 |
| cutive Park Company LLP | - | - | - | - | - | - | - | - | - | - | 100,000 | - | 100,000 | 100,000 | - | - | 100,000 |
| Bader Trust dtd 12/31/97 fbo Lauren J Goldrich | - | - | - | - | - | - | - | 100,000 | - | 100,000 | 800,000 | - | 800,000 | 900,000 | - | - | 900,000 |
| ymore Foundation | - | - | - | - | - | - | - | - | - | - | 100,000 | - | 100,000 | 100,000 | - | - | 100,000 |
| Square Associates | - | - | - | - | - | - | - | - | - | - | 150,000 | - | 150,000 | 150,000 | - | - | 150,000 |
| **TOTALS** | **17,600,000** | **(3,000)** | - | **17,597,000** | **4,600,000** | **(2,700,000)** | **1,900,000** | **8,250,000** | **(1,450,000)** | **6,800,000** | **3,950,000** | **(7,725,000)** | **(3,775,000)** | **34,400,000** | **(3,000)** | **(11,875,000)** | **22,522,000** |

# INVESTMENTS LLC
## TRANSFERS TO/FROM BERNARD MADOFF
### BREAKDOWN OF MEMBER CONTRIBUTIONS/WITHDRAWALS BY QUARTER FOR 2005

**MEMBER**

| Member | 1st Quarter 2005 Date | Contribution | Withdrawal | Qtrly Total | Trsf Ref | 2nd Quarter 2005 Date | Contribution | Withdrawal | Qtrly Total | Trsf Ref | 3rd Quarter 2005 Date | Contribution | Withheld for acct/legal | Withdrawal | Qtrly Total | Trsf Ref | 4th Quarter 2005 Date | Contribution | Withdrawal | Qtrly Total | Trsf Ref | 2005 TOTALS Contribution | Withheld for acct/legal | Withdrawal | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Goldrich Family Irrevocable Trust | | | | - | | | | | | | 7/1/2005 | 200,000 | (39) | | 199,961 | 1 | | | | | | 200,000 | (39) | | 199,961 |
| East 75th Street Venture | 1/5/2005 | 1,000,000 | | 1,000,000 | | | | | | | | | | | | | | | | | | 100,000 | | | 100,000 |
| L&I Investment Group LLC | | | | | | 4/1/2005 | 900,000 | | 900,000 | 2 | | | | | | | 10/3/2005 | 100,000 | | 100,000 | 1 | 1,900,000 | (374) | | 1,899,626 |
| Banbury Lake Village Co. LLP | 1/4/2005 | 100,000 | | 100,000 | | 3/31/2005 | 200,000 | | 200,000 | 3 | | | | | | | | | | | | 300,000 | (59) | | 299,941 |
| BWCI, Inc | 1/4/2005 | 1,200,000 | | 1,200,000 | 4 | 4/1/2005 | 900,000 | | 900,000 | 2 | 7/1/2005 | 200,000 | (451) | | 199,549 | 1 | | | | | | 2,300,000 | (451) | | 2,299,549 |
| Sun Reef Rental Pool | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lawrence Organization LLP | | | | | | | | | | | 7/1/2005 | 100,000 | (19) | | 99,981 | 1 | | | | | | 100,000 | (19) | | 99,981 |
| Village Park Square III Associates LLLP | | | | | | 4/1/2005 | 200,000 | | 200,000 | 2 | 7/1/2005 | 100,000 | (19) | | 99,981 | 1 | | | | | | 100,000 | (19) | | 99,981 |
| Village Park Square IV Associates LLLP | | | | | | 4/1/2005 | 200,000 | | 200,000 | 2 | | | | | | | | | | | | 200,000 | (39) | | 199,961 |
| Brost Company LLP | | | | | | 4/1/2005 | 100,000 | | 100,000 | 2 | 7/1/2005 | 100,000 | (39) | | 99,961 | 1 | | | | | | 200,000 | (39) | | 199,961 |
| Grandchildren's Trust U/A dated 9/1/90 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Jean Berger | | | | | | 3/30/2005 | 100,000 | | 100,000 | 4 | | | | | | | | | | | | 100,000 | | | |
| Jane T. Goldrich | | | | | | | | | | | 7/1/2005 | | (19) | | (19) | 1 | | | | | | | (19) | | (19) |
| Jane T. Goldrich Irrevocable Trust-2000 | 1/5/2005 | 500,000 | | 500,000 | 5 | 4/27/2005 | 300,000 | | 300,000 | 5 | 7/1/2005 | 400,000 | (234) | | 399,766 | 1 | 10/3/2005 | 100,000 | | 100,000 | 1 | 1,300,000 | (234) | | 1,299,766 |
| L&I Investment Group LLC | | | | | | | | | | | 7/1/2005 | 200,000 | (38) | | 199,962 | 1 | 10/3/2005 | 200,000 | | 200,000 | 1 | 400,000 | (38) | | 399,962 |
| Seymore Organization, Inc | 1/4/2005 | 300,000 | | 300,000 | 6 | 4/12/2005 | 1,100,000 | | 1,100,000 | 2 | 7/1/2005 | 400,000 | (350) | | 399,650 | 1 | 10/3/2005 | 500,000 | | 500,000 | 1 | 2,300,000 | (350) | | 2,299,650 |
| Lauren J. Goldrich Irrev Trust #3 - 1998 | | | | | | 3/31, 4/1/05 | | | | 2,3 | | | | | | | | | | | | | | | |
| Lawrence J. Goldrich | 1/4/2005 | 200,000 | | 200,000 | 7 | 4/1/2005 | 800,000 | | 800,000 | 2 | 7/1/2005 | 300,000 | (252) | | 299,748 | 1 | 10/3/2005 | 300,000 | | 300,000 | 1 | 1,600,000 | (252) | | 1,599,748 |
| Lawrence J. Goldrich Foundation | 1/4/2005 | 500,000 | | 500,000 | 8 | 4/1/2005 | 200,000 | | 200,000 | 2 | 7/1/2005 | 400,000 | (214) | | 399,786 | 1 | 10/3/2005 | 200,000 | | 200,000 | 1 | 1,300,000 | (214) | | 1,299,786 |
| Larco Properties LLC | | | | | | 4/1/2005 | 200,000 | | 200,000 | 2 | 7/1/2005 | | (39) | | (39) | 1 | | 100,000 | | 100,000 | 1 | 100,000 | (39) | | 100,000 |
| Pembroke Plaza Shopping Center | | | | | | 4/1/2005 | 300,000 | | 300,000 | 2 | | | (55) | | (55) | 1 | 10/3/2005 | 200,000 | | 200,000 | 1 | 200,000 | (39) | | 199,961 |
| Point-O-Woods Company LLLP | | | | | | 4/1/2005 | 300,000 | | 300,000 | 2 | 7/1/2005 | 200,000 | (116) | | 199,884 | 1 | | 300,000 | | 300,000 | 1 | 300,000 | (55) | | 299,942 |
| Island Bay Realty Company LLP | 1/4/2005 | 100,000 | | 100,000 | 9 | 4/1/2005 | 100,000 | | 100,000 | 2 | | | (19) | | (19) | 1 | | 600,000 | | 600,000 | 1 | 600,000 | (116) | | 599,884 |
| Scarborough Lane Shoppes LLC | | | | | | 4/1/2005 | 2,800,000 | | 2,800,000 | 2 | | | (545) | | (545) | 1 | | 100,000 | | 100,000 | 1 | 100,000 | (19) | | 99,981 |
| Ivy Run I Company LLC | | | | | | 4/1/2005 | 100,000 | | 100,000 | 2 | | | | | | | | 2,800,000 | | 2,800,000 | 1 | 2,800,000 | (545) | | 2,799,455 |
| Ivy Run II Company LLC | | | | | | | | | | | | | (19) | | (19) | 1 | | 100,000 | | 100,000 | 1 | 100,000 | (19) | | 99,981 |
| Shinla Beach Investment Company | 1/4/2005 | 100,000 | | 100,000 | 10 | | | | | | 7/1/2005 | 200,000 | (20) | | 199,980 | 1 | | 200,000 | | 200,000 | 1 | 200,000 | (20) | | 199,980 |
| Ida S. Goldrich | | | | | | | | | | | | | (38) | | (38) | 1 | 10/3/2005 | 200,000 | | 200,000 | 1 | 400,000 | (38) | | 399,962 |
| High Point Square LLC | | | | | | | | | | | | | | | | | | 400,000 | | 400,000 | 1 | 400,000 | | | |
| J.E. Goldrich | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lauren J. Goldrich | | | | | | | | | | | | | | | | | | | | | | | | | |
| Executive Park Company LLLP | | | | | | | | | | | | | | | | | | | | | | | | | |
| Berger Trst dtd 12/31/87 fbo Lauren J Goldrich | | | | | | | | | | | | | | | | | | | | | | | | | |
| Seymore Foundation | | | | | | | | | | | | | | | | | | | | | | | | | |
| Seymore Associates | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTALS** | | **4,000,000** | | **4,000,000** | | | **8,600,000** | | **8,600,000** | | | **2,800,000** | **(3,000)** | | **2,797,000** | | | **2,200,000** | | **2,200,000** | | **17,600,000** | **(3,000)** | | **17,597,000** |

## BREAKDOWN OF BANKING TRANSFERS TO/FROM BERNARD MADOFF

| | Date | | | | | Date | | | | | Date | | | | | | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L&I Investment, LLC | 1/5/2005 | | | | | 4/1/2005 | | L&I Investment LLC | | 1 | 7/1/2005 | | L&I Investment LLC | | | | 10/3/2005 | | L&I Investment LLC | | 1 | | | | |
| 444 Investment Grp | 1/4/2005 | 1,000,000 | Collective Wire by Bank | 1,000,000 | | | 6,000,000 | | | | | | | | | | | | | | | | | | |
| Banbury Lake Village Co | 1/4/2005 | 100,000 | Lawrence Goldrich | 100,000 | 2 | 3/31/2005 | 200,000 | Lawrence Goldrich | 200,000 | 2 | | | | | | | | | | | | | | | |
| BWCI, Inc | 1/4/2005 | 1,200,000 | LWilliam Berger | 1,200,000 | 3 | 3/30/2005 | 100,000 | LWilliam Berger | 100,000 | 4 | | | | | | | | | | | | | | | |
| Janice Goldrich Irrev Tr | 1/5/2005 | 500,000 | Janice Goldrich Trust | 500,000 | 4 | 4/27/2005 | 300,000 | Janice Goldrich Trust | 300,000 | 5 | | | | | | | | | | | | | | | |
| Lawrence Organization | 1/4/2005 | 300,000 | | 300,000 | 5 | | | | | | | | | | | | | | | | | | | | |
| Lawrence J. Goldrich | 1/4/2005 | 200,000 | | 200,000 | 6 | | | | | | | | | | | | | | | | | | | | |
| Lawrence Goldrich Fdn | 1/4/2005 | 500,000 | | 500,000 | 7 | | | | | | | | | | | | | | | | | | | | |
| Point-O-Woods Co | 1/4/2005 | 100,000 | | 100,000 | 8 | | | | | | | | | | | | | | | | | | | | |
| Virginia Beach Inv Co | 1/4/2005 | 100,000 | | 100,000 | 9 | | | | | | | | | | | | | | | | | | | | |
| **TOTALS** | | **4,000,000** | | **4,000,000** | | | **8,600,000** | | **8,600,000** | | | **2,797,000** | | | | | | **2,200,000** | | | | | | | **17,597,000** |

**L&I INVESTMENTS LLC**
**INVESTMENT IN BERNARD L. MADOFF**
**1ST QUARTER, 2005**

**(1) FUNDS RECEIVED BY L&I INVESTMENT LLC FROM ITS MEMBERS THAT WERE TRANSFERRED TO MADOFF**

| DATE | AMOUNT |
|---|---|
|  | 0 |

**(2) DIRECT FUND TRANSFERS TO MADOFF FROM MEMBERS OF L&I INVESTMENT LLC**

| DATE | MEMBER | AMOUNT |
|---|---|---|
| 1/4/2005 | BWCI, INC. | 1,200,000 |
| 1/4/2005 | Banbury Lake Village | 100,000 |
| 1/4/2005 | Larrymore Organization | 300,000 |
| 1/4/2005 | Virginia Beach Investment | 100,000 |
| 1/4/2005 | Lawrence Goldrich Foundation | 500,000 |
| 1/4/2005 | Lawrence Goldrich | 200,000 |
| 1/4/2005 | Point O Woods Co | 100,000 |
| 1/5/2005 | Janice Goldrich Irrevocable Trust | 500,000 |
| 1/6/2005 | 444 Investment Group | 1,000,000 |

**TOTAL OF TRANSFERS 1ST QTR 2005**     **4,000,000**

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L E I INVESTMENT LLC
6477 COLLEGE PARK SQUARE
VIRGINIA BEACH    VA    23464

PERIOD ENDING: 1/31/05
PAGE 1

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 1/05 | | | | CHECK WIRE | JRNL | | 1,200,000.00 |
| 1/05 | | | | CHECK WIRE | JRNL | | 500,000.00 |
| 1/05 | | | | CHECK WIRE | JRNL | | 300,000.00 |
| 1/05 | | | | CHECK WIRE | JRNL | | 200,000.00 |
| 1/05 | | | | CHECK WIRE | JRNL | | 100,000.00 |
| 1/05 | | | | CHECK WIRE | JRNL | | 100,000.00 |
| 1/05 | | | | CHECK WIRE | JRNL | | 100,000.00 |
| 1/05 | 2,500,000 | | 970 | U S TREASURY BILL DUE 6/16/2005 | 99.352 | 2,484,050.00 | |
| 1/06 | 15,950 | | 1058 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,950.00 | |
| 1/06 | | | | CHECK WIRE | CA | | 500,000.00 |
| 1/06 | | | | CHECK WIRE | CA | | 1,000,000.00 |
| 1/06 | 1,500,000 | | 1108 | U S TREASURY BILL DUE 6/16/2005 | 99.371 | 1,490,565.00 | |
| 1/06 | 9,435 | | 1126 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,435.00 | |
| 1/28 | 1,512 | | 2427 | WELLS FARGO & CO NEW | 60.250 | 91,098.00 | |
| 1/28 | 5,472 | | 3897 | INTEL CORP | 22.210 | 121,533.12 | |
| 1/28 | 3,672 | | 6711 | WAL-MART STORES INC | 53.180 | 195,276.96 | |
| 1/28 | 2,592 | | 8181 | JOHNSON & JOHNSON | 61.950 | 160,574.40 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# FIRST QUARTER 2005

# SECTION II – A (1)

# (NOT APPLICABLE)

| | |
|---|---|
| **BERNARD L. MAD** *f* <br> INVESTMENT SECURITIES LLC <br> New York ☐ London | 885 Third Avenue <br> New York, NY 10022 <br> 212 230-2424 <br> P&S Dept. 212 230-2436 <br> 800 334-1343 <br> Fax 212 838-4061 |

*File*

E HAVE THIS DAY     CREDITED YOUR
:COUNT WITH THE FOLLOWING:  CHECK WIRE

1/05/05

1,200,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE
VIRGINIA BEACH          VA 23464

```
                                           eral Ledger Record Entries Journal                    1-06-2005  Page 1
                                                                                  System date and time 1-06-2005  1:29 pm
                                                                                            Files Used: F:\BWCI\MASTER.GLM
                                                                                                        F:\BWCI\NEW.GLT
                                                                                                        F:\BWCI\CURRENT.GLT

:counting                                                  Reference  Reference
   Date        Account          Debit           Credit  Jrn    1          2    Transaction Desc

-04-05                              .00     1,200,000.00  0                    Inv L&I-Trsf frm Ckg to Madoff
-04-05                      1,200,000.00           .00   0                     Inv L&I-Trsf frm Ckg to Madoff


TRY TOTALS
         Number of entries                    2
 otal amount of debit entries    1,200,000.00
 tal amount of credit entries    1,200,000.00


STING SUMMARY REPORT

tries from GL Record entries  1-06-05
                                 Posted                 Rejected
Number of entries                    2                         0
Debit Amount              1,200,000.00                       .00
Credit Amount             1,200,000.00                       .00

STING TOTALS
                                 Posted                 Rejected
Number of entries                    2                         0
Debit Amount              1,200,000.00                       .00
Credit Amount             1,200,000.00                       .00

Proof                              .00
```



SunTrust Bank — Deposit Account Debit

Prepared By: Mitchell   Phone No. 436-5032

Date: 1/4/05   Transaction Date: 1/4/05

Amount: $1,200,000.00

Best Western Center Inn
6477 College Park Square
Suite 306
Virginia Beach, VA 23464

(10/02)

Your account has been charged for the reason(s) shown.
Wire funds to JP Morgan Chase Bank,
ABA #_____ to credit Bernard L.
Madoff, Acct #_____ FBO: L & I
Investments, LLC, Acct #_____
per Ron Hurwitz

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com





| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 1/3/05 |
| **Re:** | Wire Transfer BWCI, Inc. | **CC:** | Lawrence J. Goldrich |

Please wire transfer $1,200,000 from the operating account of Best Western Center Inn account number # _____ as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

    Account #

_____
Ronald J. Hurwitz

| MADF | **BERNARD L. MAD** *f* INVESTMENT SECURITIES LLC New York □ London |
|---|---|

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

/E HAVE THIS DAY   CREDITED YOUR
.CCOUNT WITH THE FOLLOWING: CHECK WIRE

1/05/05

100,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE
VIRGINIA BEACH       VA 23464

```
NBURY LAKE VILLAGE                      General Ledger Record Entries Journal            1-06-2005  Page 1
                                                                                  System date and time 1-06-2005  1:15 pm
                                                                                             Files Used: F:\BLV\MASTER.GLM
                                                                                                         F:\BLV\NEW.GLT
                                                                                                         F:\BLV\CURRENT.GLT

counting                                                  Reference  Reference
  Date       Account        Debit           Credit   Jrn      1          2      Transaction Desc
-04-05                    100,000.00            .00   0                         Inv L&I-Trsf frm Ckg to Madoff
-04-05                          .00      100,000.00   0                         Inv L&I-Trsf frm Ckg to Madoff

TRY TOTALS
          Number of entries                    2
otal amount of debit  entries         100,000.00
tal amount of credit entries          100,000.00


STING SUMMARY REPORT

tries from GL Record entries    1-06-05
                                Posted           Rejected
Number of entries                  2                 0
Debit Amount              100,000.00               .00
Credit Amount             100,000.00               .00


STING TOTALS
                                Posted           Rejected
Number of entries                  2                 0
Debit Amount              100,000.00               .00
Credit Amount             100,000.00               .00

Proof                           .00
```



InTrust Bank                                                                      Deposit Account Debit

red By        Phone No.       Originating Department Center Code   Approved By    Date              Transaction Date
Mitchell      436-5032                                                            1/4/05            1/4/05
y/Serial No. (Company/Store No.)   Account No.                                    Tran Code   Amount
                                                                                       $   1 0 0 0 0 0 . 0 0

Your account has been charged for the reason(s) shown:
Banbury Lake Village                    Wire funds to JP Morgan Chase Bank,
6477 College Park Square                ABA #_____ to credit Bernard L.
Suite 306                               Madoff, Acct #_____ FBO: L & I
Virginia Beach, VA 23464                Investments, LLC, Acct #
                                        per Ron Hurwitz
(10/02)

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



**Larrymore Organization, Inc.**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 1/3/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Banbury Lake Village | | |

Please wire transfer $100,000 from the operating account of Banbury Lake Village account number #            as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #



Ronald J. Hurwitz

**BERNARD L. MAD**
**INVESTMENT SECURITIES LLC**
New York □ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING: CHECK WIRE

1/05/05

300,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE
VIRGINIA BEACH          VA 23464

```
RYMORE ORGANIZATION, INC          General Ledger Record Entries Journ    1-06-2005  Page 1
                                                                System date and time 1-06-2005  1:17 pm
                                                                         Files Used: F:\LOI\MASTER.GLM
                                                                                     F:\LOI\NEW.GLT
                                                                                     F:\LOI\CURRENT.GLT

                                              Reference  Reference
ounting
Date       Account      Debit          Credit    Jrn      1         2  Transaction Desc
                     300,000.00           .00    0                     Inv L&I-Trsf frm Ckg to Madoff
04-05                       .00    300,000.00    0                     Inv L&I-Trsf frm Ckg to Madoff
04-05

RY TOTALS
       Number of entries              2
tal amount of debit entries  300,000.00
al amount of credit entries  300,000.00

TING SUMMARY REPORT

ries from GL Record entries  1-06-05
                                  Posted              Rejected
umber of entries                     2                     0
ebit Amount                 300,000.00                   .00
redit Amount                300,000.00                   .00

TING TOTALS
                                  Posted              Rejected
umber of entries                     2                     0
ebit Amount                 300,000.00                   .00
redit Amount                300,000.00                   .00

roof                               .00
```

---

**Trust Bank**                                                                **Deposit Account Debit**

| By | Phone No. | Originating Department Center Code | Approved By | Date | Transaction Date |
|---|---|---|---|---|---|
| itchell | 436-5032 | | | 1/4/05 | 1/4/05 |

Serial No. (Company/Store No.)    Account No.           Tran Code    Amount
                                                                   $  30,000.00

Larrymore Organization, Inc.
6477 College Park Square
Suite 306
Virginia Beach, VA 23464

Your account has been charged for the reason(s) shown:
Wire funds to JP Morgan Chase Bank,
ABA #_____ to credit Bernard L.
Madoff, Acct #_____    FBO: L & I
Investments, LLC, Acct #
per Ron Hurwitz

6 (10/02)

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 1/3/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Larrymore Organization, Inc. | | |



Please wire transfer $300,000 from the operating account of Larrymore Organization, Inc. account number #            as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

_Ronald J. Hurwitz_ (signature)
Ronald J. Hurwitz

| MADF | **BERNARD L. MADF** |
|---|---|
| | **INVESTMENT SECURITIES LLC** |
| | New York ☐ London |

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING: CHECK WIRE

1/05/05

100,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE
VIRGINIA BEACH        VA 23464