# Outgoing Wire Transfer Request

**Banc of America Investment Services, Inc.**

account number: _____

Please wire funds from my Banc of America Investment Services, Inc. (BAI) account:

account name: **Janice T Goldrich Ir. Trust**    Rep. number: **4XP**

amount: $ **500,000** (U.S. dollars only)    Amount in words: **five hundred thousand**

These funds should be wired to:

bank name: **JP Morgan Chase**    Bank city and state: **New York NY**
(This is the intermediary bank, if more than one bank is involved)

ABA routing number of this bank: _____

Not all banks can receive wires directly through the Fed Funds wire system. In these situations, wires are normally routed through a bank, which then credits an account established for the destination bank. If this situation applies here, please provide:

Destination bank name: _____

The *destination bank's* account number at the intermediary bank: _____

Upon receipt, the receiving bank should deposit the funds into:

bank account number: _____

name as it appears on bank account: _____    **Bernard L. Madoff**

street address of recipient: _____
P.O. Box not acceptable

In some cases the owner of the bank account listed above may need additional information in order to credit these funds to the right party. Typical examples include situations where the account number above belongs to another financial firm, or pension plan. If required, please provide that information here:

Account or identification number: _____

Name of final recipient: **L & I Investments, LLC**

Street address of recipient: _____
P.O. Box not acceptable

**Authorization:**

I have read, understand and agree to the Terms and Conditions on page 2 of this form and confirm the instructions listed above.

account holder signature(s): _____    Date: **1/04/05**

_____ (If joint account all parties must sign)    Date: _____

BAI representative signature: _____    Date: _____
signing here you are verifying that you have confirmed the customer(s) identity and the above transaction information.

BAI representative printed name: _____    Telephone number: _____

market executive / registered principal signature: _____    Date: _____

market executive / registered principal printed name: _____

**BAI Authentication Stamp or Notary:**

State of **Virginia**
City of **Virginia Beach**
County of _____

Subscribed and sworn to before me this
4th day of **January**, **2005**

_____ (Notary Public)

(Authentication Stamp)
**Christine Howells**
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires
AUGUST 31, 2005

Customer identity verified by: [ ] Driver's license   [ ] Passport   [ ] Other (specify): _____    Check here to waive fee: [ ]

We want you to know: Investment products provided by Banc of America Investment Services, Inc.:
| Are Not FDIC Insured | May Lose Value | Are Not Bank Guaranteed |

Banc of America Investment Services, Inc. is a registered broker-dealer, member NASD and SIPC and a nonbank subsidiary of Bank of America, N.A.
Banc of America Investment Services, Inc. is not a tax advisor. We suggest you consult your personal tax advisor before making tax-related investment decisions.

0-25-7891NSB 220367 (08/02)    1

|MADF| **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:                                    1/06/05

CHECK WIRE                                                1,000,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE
VIRGINIA BEACH        VA 23464

```
                                        INTRODUCING FINANCIAL INSTITUTION:
                                        DEUTSCHE BANK SECURITIES INC
                                        200 W SECOND ST
                                        WINSTON SALEM NC 27101

                                            TEL:(336)724-6921


-------------------------------------
|MAIL TO:                           |   CLEARING THRU:
|444 INVESTMENT GROUP LLC           |   P E R S H I N G  L L C
|LARRYMORE ORGANIZATION             |
|REF: CW HENDERSON                  |
|6477 AUBURN DRIVE, SUITE 306       |   ONE PERSHING PLAZA
|VIRGINIA BEACH VA 23464-3601       |   JERSEY CITY, NEW JERSEY    07399
|                                   |
-------------------------------------


ACCOUNT:                RR:  J9E             JANUARY    6, 2005

DEAR INVESTOR, PLEASE BE ADVISED THAT WE HAVE DEBITED YOUR ACCOUNT TODAY
IN THE AMOUNT OF  $1,000,000.00.
REASON:   FEDERAL FUNDS SENT
          JPMORGAN CHASE BANK


WE HAVE FOLLOWED INSTRUCTIONS RECEIVED DIRECTLY FROM YOU OR YOUR FINANCIAL
INSTITUTION. IF YOU HAVE ANY QUESTIONS REGARDING THIS MATTER, PLEASE CONTACT YOUR
FINANCIAL INSTITUTION LISTED ABOVE.
```

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com


Larrymore Organization, Inc.

# Fax

| To: | Clare Nickels | From: | Ronald J. Hurwitz |
|---|---|---|---|
| | C. W. Henderson | | |
| Fax: | 312-992-4533, 832-7801 | Pages: | 1 |
| Phone: | 312-332-6864 | Date: | 1/3/05 |
| Re: | Wire Transfer | CC: | Lawrence J. Goldrich |
| | 444 Investment Group, LLC | | |

Please wire transfer $1,000,000 of available cash from the account of 444 Investment Group, LLC., account number #            as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L&H Investments, LLC

Account #

Lawrence J. Goldrich

1-3-05

STATE OF VIRGINIA
CITY OF VIRGINIA BEACH

The foregoing instrument was acknowledged before me this 3rd day of January, 2005 by Lawrence J. Goldrich.

_Christine Howells_
Notary Public

Christine Howells
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires
AUGUST 31, 2005

L&I INVESTMENTS LLC
INVESTMENT IN BERNARD L. MADOFF
2ND QUARTER, 2005

**(1) FUNDS RECEIVED BY L&I INVESTMENT LLC FROM ITS MEMBERS THAT WERE TRANSFERRED TO MADOFF**

| DATE | AMOUNT |
|---|---|
|  | 0 |

**(2) DIRECT FUND TRANSFERS TO MADOFF FROM MEMBERS OF L&I INVESTMENT LLC**

| DATE | MEMBER | AMOUNT |
|---|---|---|
| 4/1/2005 | BWCI, Inc. | 800,000 |
| 4/1/2005 | 444 E 75th St. for 444 Inv Group | 700,000 |
| 4/1/2005 | Banbury Lake Village | 200,000 |
| 4/1/2005 | College Park Square IV | 100,000 |
| 4/1/2005 | Goldfrost Company | 100,000 |
| 4/1/2005 | Larrymore Organization | 1,000,000 |
| 4/1/2005 | Lawrence Goldrich Foundation | 200,000 |
| 4/1/2005 | Ororico Properties | 200,000 |
| 4/1/2005 | Round Bay Realty | 100,000 |
| 4/1/2005 | Scarborough Lane Shoppes | 2,800,000 |
| 4/1/2005 | Stony Run Company | 100,000 |
| 4/1/2005 | BWCI, Inc. | 100,000 |
| 4/1/2005 | 444 E 75th St. for 444 Inv Group | 200,000 |
| 4/1/2005 | College Park Square IV | 100,000 |
| 4/1/2005 | Pocomoke Plaza Shopping Ctr | 300,000 |
| 4/1/2005 | Point O Woods Company | 300,000 |
| 4/1/2005 | Lawrence Goldrich | 600,000 |
| 4/1/2005 | Larrymore Organization | 100,000 |
|  | Sub-Total | 8,000,000 |
| 3/31/2005 | Lawrence Goldrich | 200,000 |
| 3/30/2005 | I.William Berger | 100,000 |
| 4/27/2005 | Janice Goldrich Irrevocable Trust | 300,000 |

**TOTAL OF TRANSFERS 2ND QTR 2005**    8,600,000



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 4/30/05  PAGE: 1

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH   VA   23464

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 42,048.04 |
| | | | | CHECK WIRE | CA | | 8,000,000.00 |
| | | | | CHECK WIRE | CA | | 200,000.00 |
| 4/01 | | | | CHECK WIRE | CA | | 100,000.00 |
| 4/01 | | | | COCA COLA CO | DIV | | 584.64 |
| 4/01 | | | | DIV 3/04/05 4/01/05 | | | |
| 4/01 | | | | MERCK & CO | DIV | | 738.72 |
| 4/01 | | | | DIV 3/04/05 4/01/05 | | | |
| 4/01 | | | | VIACOM INC | DIV | | 105.84 |
| | | | | CLASS "B" VOTING SHS | | | |
| | | | | DIV 3/28/05 4/01/05 | | | |
| 4/02 | | 18,206 | 97859 | FIDELITY SPARTAN | 1 | 18,206.00 | |
| | | | | U.S. TREASURY MONEY MARKET | | | |
| 4/01 | 8,325,000 | | | | 99.481 | 8,281,793.25 | |
| | | | | DUE 06/09/2005 | | | |
| 4/07 | | | | HEWLETT PACKARD CO | DIV | | 213.12 |
| | | | | DIV 3/16/05 4/07/05 | | | |
| 11 | | | | ALTRIA GROUP INC | DIV | | 1,314.00 |
| | | | | DIV 3/15/05 4/11/05 | | | |
| 4/13 | | | | FIDELITY SPARTAN | DIV | | 57.65 |
| | | | | U.S. TREASURY MONEY MARKET | | | |
| | | | | DIV 04/13/05 | | | |
| 4/13 | | 47,233 | 4152 | FIDELITY SPARTAN | 1 | | 47,233.00 |
| | | | | U.S. TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENT LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

PERIOD ENDING: 4/30/05
PAGE: 2

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/13 | | 25,000 | 7664 | U S TREASURY BILL DUE 4/21/2005 | 99.942 | | 24,985.50 |
| 4/13 | 50,000 | | 10045 | U S TREASURY BILL DUE 06/09/2005 | 99.584 | 49,792.00 | |
| 4/13 | 22,484 | | 13149 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 22,484.00 | |
| 4/25 | | | | GENERAL ELECTRIC CO DIV 2/28/05 4/25/05 | DIV | | 2,011.68 |
| 4/27 | 300,000 | | | CHECK CA | CA | 299,040.00 | 300,000.00 |
| 4/27 | | | 18669 | U S TREASURY BILL DUE 06/09/2005 | 99.680 | | |
| 4/27 | 960 | | 16510 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 960.00 | |
| 4/29 | 4,968 | | 19357 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,968.00 | |
| | | | | NEW BALANCE | | | 42,048.95 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 28,412 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 2,025,000 | | | U S TREASURY BILL DUE 06/02/2005 | 99.748 | | |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# SECOND QUARTER 2005

# SECTION II – B (1)

# (NOT APPLICABLE)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR ACCOUNT WITH THE FOLLOWING:

4/01/05

CHECK WIRE                                              8,000,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | BWCI, Inc. | | |


FAXED 3-30-05

Please wire transfer $800,000 from the operating account of Best Western Center Inn account number #            as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

_____
Lawrence J. Goldrich

**SunTrust Bank**     **Deposit Account Debit**

Prepared By: C. Dorman 436-9030

Approved By: [signature] 4/1/05

Date: 4/1/05

Transaction Date: 4/1/05

Amount: $800,000.00

Your account has been charged for the reason(s) shown:
(w)ise Funds to JPMorgan Chase Bank
ABA #
Bernard Madoff's Acct #
FBO L+I Investments LLC
Acct #

Best Western Center Inn

314806 (10/02)

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | 444 East 75th Street Venture for 444 Investment Group | | |


FAXED 3-30-05

Please wire transfer $700,000 from the operating account of 444 East 75th Street Venture account number #            as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

  Account #

Lawrence J. Goldrich

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
36/F00/0175/0 /73

04/30/2005

# SunTrust

Account Statement

| Ck # 1303 | 04/01 | $949.09 |
| Ck # 1304 | 04/11 | $35.00 |
| Ck # 1305 | 04/07 | $45,120.68 |
| Ck # 1306 | 04/12 | $70,000.00 |
| Ck # | 04/01 | $200,000.00 |
| Ck # | 04/01 | $700,000.00 |

1302759                        Member FDIC

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Banbury Lake Village | | |



Please wire transfer $200,000 from the operating account of Banbury Lake Village account number #             as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

Lawrence J. Goldrich

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 8 of 8
36/E00/0175/0 /73

04/30/2005

# SUNTRUST

# Account Statement

Ck # 21236    04/18    $1,074.96

Ck # 21251    04/26    $22,198.09



Ck #    04/01    $200,000.00

1309651    Member FDIC