6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



**Larrymore Organization, Inc.**



| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | College Park Square IV Associates | | |

FAXED 3-30-05

Please wire transfer $100,000 from the operating account of College Park Square IV Associates, account number #          as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

Lawrence J. Goldrich

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 4 of 4
36/E00/0175/0 /73

04/30/2005

# SunTrust

Account Statement

---

Ck # 5015          04/13          $1,851.33

Ck # 5016          04/18          $35.61

Ck # 5017          04/19          $371.55

Ck # 5019          04/22          $2,045.28

Ck # 5021          04/27          $4,065.45

Ck #               04/01          $100,000.00

Ck #               04/01          $100,000.00

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Goldfrost Company | | |



Please wire transfer $100,000 from the operating account of Goldfrost Company, account number #            as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

Lawrence J. Goldrich

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 4 of 4
36/F00/0175/0 /73

04/30/2005

# SunTrust

# Account Statement

---

| | | |
|---|---|---|
| GOLDFROST COMPANY<br>6477 COLLEGE PARK SQUARE #305<br>VIRGINIA BEACH, VA 23464<br>7374203950<br>SUNTRUST BANK<br>VIRGINIA BEACH, VA<br>DATE: April 20, 2005  CHECK NO. 5328  AMOUNT $******6.61<br>Pay: ******Six dollars and 61 cents<br>PAY TO THE ORDER OF Larrymore Organization Inc. | | SunTrust Bank                Deposit Account Debit<br>E. Ommann 436-5036    Michelly/1/05   4/1/05<br>$  100,000.10<br>Gold Frost Company<br>Wire funds to JP Morgan Chase Bank<br>ABA #         , further credit<br>Bernard Madoff Acct # 1408 1703<br>FBO L+T Investments LLC<br>Acct # |

Ck # 5328    04/22    $6.61                Ck #    04/01    $100,000.00

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Larrymore Organization, Inc. | | |



Please wire transfer $1,000,000 from the operating account of Larrymore Organization, Inc. account number #            as follows:


JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:  140 081 703

FBO: L & I Investments, LLC

(Account #

_____
Lawrence J. Goldrich

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 8 of 8
36/E00/0175/0 /73

04/30/2005

# SUNTRUST

## Account Statement

| Check | Date | Amount |
|---|---|---|
| Ck # 25676 | 04/22 | $1,892.98 |
| Ck # 25677 | 04/22 | $11,357.91 |
| Ck # 25678 | 04/21 | $7,925.16 |
| Ck # 25679 | 04/21 | $5,678.95 |
| Ck # 25681 | 04/22 | $300.00 |
| Ck # 25686 | 04/26 | $300.00 |
| Ck # | 04/01 | $100,000.00 |
| Ck # | 04/01 | $1,000,000.00 |

1308907                                Member FDIC

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer  Lawrence J. Goldrich Foundation | **CC:** | Lawrence J. Goldrich |


FAXED 3-30-05

Please wire transfer $200,000 from the operating account of the Lawrence J. Goldrich Foundation account number #            as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

*[signature]*

Lawrence J. Goldrich

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
36/E00/0175/0 /73

04/30/2005

# SunTrust

## Account Statement

---

Ck # 3880    04/06    $3,202.35

Ck # 3881    04/11    $650.00

Ck # 3882    04/20    $600.00

Ck # 3883    04/21    $1,536.90

Ck # 3885    04/21    $46.27

Ck # 3887    04/25    $8,314.00

Ck # 3888    04/21    $1,536.89

Ck #    04/01    $200,000.00

Member FDIC

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Ororico Properties, LLC | | |

FAXED 3-30-05

Please wire transfer $200,000 from the operating account of Ororico Properties, LLC account number #         as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

_Lawrence J. Goldrich_

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
33/E00/0175/0 /73

04/30/2005

# SUNTRUST

## Account Statement

| SunTrust Bank | | Deposit Account Debit |
|---|---|---|
| Dampson 421 E53A | 4/1/05  4/1/05 | |
| | $ 200,000.00 | |
| Ororico Properties LLL | Wire Funds to JP Morgan Chase Bk #1 H , Further credit Bernard Madoff Acct L FBO L+J Investments LLC Acct # | |

Ck #        04/01        $200,000.00

1291638                                    Member FDIC

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Round Bay realty Co | | |



Please wire transfer $100,000 from the operating account of Round Bay Realty Company, account number #           as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO: L & H Investments, LLC

Account #

_Lawrence J. Goldrich_

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 6 of 6
36/E00/0175/0 /73

04/30/2005

# SUNTRUST

# Account Statement

Ck # 14397          04/18          $61.82

Ck # 14398          04/20          $787.61

Ck #                04/01          $100,000.00

Handwritten on deposit slip: "Round Bay Realty Co" / "Wire Funds to JP Morgan Chase Bank ABA # ___ For the Credit Bernard Madoff Acct # ___ FBO L+I Investments LLC Acct #"

1302765                                      Member FDIC

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer Scarborough Lane Shoppes, LLC | **CC:** | Lawrence J. Goldrich |



Please wire transfer $2,800,000 from the operating account Scarborough Lane Shoppes, LLC, account number #            as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

*[signature]*

Lawrence J. Goldrich

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 4 of 4
34/F00/0175/0 /73

04/30/2005

# SUNTRUST

# Account Statement



Ck #            04/01        $2,800,000.00

1309284                                Member FDIC

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 04/01/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Stony Run Company | | |



Please wire transfer $100,000 from the operating account of Stony Run Controlled Disbursement Account, account number #         as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

Lawrence J. Goldrich