# Larrymore
## organization

April 1, 2005

~~John Diehl~~ *LAUREN Weinberg* JWB
BANK OF AMERICA
730 – 15TH Street
6th Floor
Washington, DC   20005

Via Fax

~~1.202.624.1001~~ *(757) 441-8067* JWB
Dear ~~John~~: *MS Weinberg* JW

Please make the following Wire Transfer:

$100,000.00 from I William Berger Checking Account #                    to

JP Morgan Chase Bank
40 Wall Street
New York, NY
ABA#:
For Further Credit To:  Bernard L. Madoff
Account #:
FBO:  L & I Investments, LLC
       Account #

Please call 757.420.3950 if there are any questions concerning this transfer.

Very truly yours,

I William Berger/President
**LARRYMORE ORGANIZATION, INC.**

IWB/jf

Banc of America Securities LLC
200 N. College Street
3rd Floor, NC1-004-03-45
Charlotte, NC 28255

**Banc of America Securities**

03/30/05

I W BERGER
C/O LAYYMORE ORG INC
6465 COLLEGE PARK SQ
VIRGINIA BEACH VA  23464-3622

033020-02-0041

Re:  220-05272-1-2

Dear Customer,

On 03/30/05 the following transaction(s) took place in your account:

| Transaction | Shares | Description | Amount |
|---|---|---|---|
| Debit | | BAS SECURITIES TRANSACTION | $100,000.00 |

If you have any questions regarding this notification, or find any discrepancies with this information, please contact the BAS Margin Department at 646-733-4204.

Very truly yours,

Banc of America Securities LLC

H|

Page 2 of 3
Statement Period
03-25-05 through 04-22-05
Number of checks enclosed: 19
B  15  0  C P  15

Account Number:

I WILLIAM BERGER

---

lake saving free and easy. Simply set up a monthly scheduled transfer, from your checking to your Regular Savings
:count, and watch your money grow. When your transfer is for $25 or more each month, there is no monthly
laintenance fee on your Regular Savings account. Just sign up in a banking center. Learn more, visit:
ww.bankofamerica.com/buildyoursavings

:nd money instantly to other Bank of America customers - free. With Online Banking you can make secure,
:rson-to-person transfers from your checking, savings or credit card account to millions of other Bank of America
istomers with checking or savings accounts - and the money will be available immediately. Enroll or sign in today at
ww.bankofamerica.com.

re your student loans running out of steam? Apply for the Bank of America Education Maximizer loan. It's for the
xpenses your other student loans don't cover.  Go to www.educationmaximizer.com or call 1.877.370.2372 to apply.

# Interest Checking Additions and Subtractions

| Date posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 3-25 | 750.00- | 16,333.20 | Check       8095 |
| 3-25 | 31.27- | 16,301.93 | Check       8102 |
| 3-28 | 2,208.39- | 14,093.54 | Check       8112 |
| 3-28 | 1,040.40- | 13,053.14 | Check       8101 |
| 3-30 | 100,000.00 + | 113,053.14 | 2200527212 I W Berger Bkkp Bfr Mmr |
| 3-30 | 1,500.00- | 111,553.14 | Check       8106 |
| 3-31 | 89.00- | 111,464.14 | Check       8103 |
| 4-01 | 8,161.70 + | 119,625.84 | Deposit |
| 4-01 | 4,122.60 + | 123,748.44 | Larrymore Organi;Des = payroll    ;Id = larr   01000001 Eff Date: 050401;Indn:Berger, I. William |
| 4-01 | 100,000.00- | 23,748.44 | Wire Type:Wire Out Date:050401 Time:1303 Et Trn:2005040100110518 Service Ref:001433 Bnf:L I Investments, Llc ID:140081703 Bnf Bk:Jpmor Gan Chase Bank, N. ID:021000021 Related Ref:010504 01002715Nn |
| 4-01 | 1,951.80- | 21,796.64 | Check       8108 |
| 4-01 | 1,652.50- | 20,144.14 | Check       8107 |
| 4-01 | 658.04- | 19,486.10 | Check       8111 |
| 4-01 | 443.85- | 19,042.25 | Check       8110 |
| 4-01 | 140.71- | 18,901.54 | Check       8109 |
| 4-01 | 20.00- | 18,881.54 | Wire Transfer Fee |
| 4-05 | 8,125.00 + | 27,006.54 | Deposit |
| 4-05 | 3,184.27 + | 30,190.81 | Deposit |
| 4-05 | 2,200.00- | 27,990.81 | Check       8105 |
| 4-07 | 25,906.67 + | 53,897.48 | Deposit |
| 4-07 | 1,075.00- | 52,822.48 | Check       8113 |
| 4-08 | 13,740.00 + | 66,562.48 | Deposit |
| 4-14 | 135,000.00 + | 201,562.48 | 2200527212 I W Berger Bkkp Bfr Mmr |
| 4-15 | 4,245.57 + | 205,808.05 | Larrymore Organi;Des = payroll    ;Id = larr   01000001 Eff Date: 050415;Indn:Berger, I. William |
| 4-15 | 598.61 + | 206,406.66 | Deposit |
| 4-18 | 6,800.00- | 199,606.66 | Check       8119 |
| 4-18 | 6.61- | 199,600.05 | Check       8117 |
| 4-19 | 725.51 + | 200,325.56 | Deposit |
| 4-19 | 89.00- | 200,236.56 | Check       8118 |
| 4-20 | 8,000.00- | 192,236.56 | Check       8116 |

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

E HAVE THIS DAY CREDITED YOUR
CCOUNT WITH THE FOLLOWING:

4/27/05

CHECK WIRE                                                    300,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH          VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com

**Larrymore
Organization, Inc.**

# Fax

| To: | Joel Sirkin and Lynn Buggy | From: | Ronald J. Hurwitz |
|---|---|---|---|
| | SunTrust Securities | | |
| **Fax:** | 757-597-7209 | **Pages:** | 1 |
| **Phone:** | | **Date:** | 4/22/05 |
| **Re:** | Janice T. Goldrich Irrevocable Trust – | **CC:** | Lawrence J. Goldrich |
| | 2000 – Wire Transfer | | |

Please wire transfer $300,000 from the account of the Janice T. Goldrich Irrevocable Trust - 2000 #          as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #



I. William Berger, Trustee

Christine Howells
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires
AUGUST 31, 2005

SUNTRUST SECURITIES, INC.
11 SOUTH 10TH STREET
RICHMOND        VA 23219

## NATIONAL FINANCIAL SERVICES LLC

I WILLIAM BERGER TTEE
JANICE T GOLDRICH REV TRUST 2000
6477 COLLEGE PARK SQUARE
# 306
VIRGINIA BEACH VA 23464

## Transaction Confirmation

Brokerage Account Number:
Transaction Reference Number:            35215494

---

National Financial Services LLC (NFS) is writing to confirm a recent bank wire disbursement from your brokerage account. NFS provides clearing and other related services on behalf of SUNTRUST SECURITIES, INC..

Listed below is confirmation of a transaction requested on your behalf:

Date of Transaction: April 27, 2005
Bank Wire Amount: $300,000.00
Bank Name: CHASE MANHATTAN BANK
Bank Routing Number:
For Credit to: L AND I INVESTMENTS
Bank Account Number:

Please review this information carefully. If you have any questions, please contact SUNTRUST SECURITIES, INC. at 800-874-4770. If you did not authorize this transaction, or believe this transaction was made in error, you may contact NFS directly at 617-563-5977.

**National Financial Services LLC**

361207

# SUNTRUST

**SunTrust Securities, Inc.**
An Affiliate of SunTrust Banks, Inc.
www.suntrust.com

**Account Number:**
**Account Name:** BURGER
**Statement Date:** 04/01/2005 to 04/30/2005

## Core Funds Sold

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 04/27/05 | CASH | YOU SOLD | STI CLASSIC VIRGINIA TAX FREE MMKT CL A @ 1 | (300,015) | $300,015.00 |

**Net Core Funds Sold** — $300,015.00

## NET CORE FUND ACTIVITY

( $72,685.52 )

## ADDITIONS AND WITHDRAWALS
### Other Additions and Withdrawals

| Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | |
|---|---|---|---|---|---|---|---|
| 04/19/05 | CASH | TRANSFERRED FROM | BANK NEW YORK INC VS | 196.931 | $0.00 | $272.37 | |
| 04/19/05 | CASH | TRANSFERRED FROM | DIRECTV GROUP INC VS | 162 | $0.00 | $2,591.04 | T |
| 04/19/05 | CASH | TRANSFERRED FROM | ECOLAB INC VS | 940 | $0.00 | $25,107.70 | T |
| 04/19/05 | CASH | TRANSFERRED FROM | FORD MTR CO DEL COM VS | 1,194.243 | $0.00 | $812.07 | |
| 04/19/05 | CASH | TRANSFERRED FROM | NEWS CORP CL A VS | 36 | $0.00 | $2,574.13 | T |
| 04/19/05 | CASH | TRANSFERRED FROM | VISTEON CORP COM VS | 137.516 | $0.00 | $48.39 | |
| 04/19/05 | CASH | TRANSFERRED FROM | VS | | $372,698.69 | | |
| 04/22/05 | CASH | TRANSFERRED FROM | VS   RESIDUAL | | $1.83 | | |
| 04/27/05 | CASH | WIRE TRANS TO BANK | TRANorth | | ($300,000.00) | | |

**Net Other Additions and Withdrawals** — $72,700.52

## NET ADDITIONS AND WITHDRAWALS — $72,700.52

Account carried with National Financial Services LLC, Member NYSE, SIPC

AN-4-2005  14:38  FROM-BANC OF AMERICA

# Outgoing Wire Transfer Request

**Banc of America
Investment Services, Inc.**

count number: _____

ase wire funds from my Banc of America investment Services, Inc. (BAI) account:

count name: _F. William Berger TTEE, Janice T. Goldrich Irrev U/A 7/2/00_  Rep. number: _4XP_

nount: $ _300,000.00_ (U.S. dollars only)   Amount in words: _Three Hundred Thousand and no cents._

ese funds should be wired to:

nk name: _JP Morgan Chase_  Bank city and state: _New York, NY_
(This is the intermediary bank, if more than one bank is involved)

3A routing number of this bank: ____

it all banks can receive wires directly through the Fed Funds wire system. In these situations, wires are normally routed through a bank, iich then credits an account established for the destination bank. If this situation applies here, please provide:

Destination bank name: _____

The *destination bank's* account number at the intermediary bank: _____

ion receipt, the receiving bank should deposit the funds into:

ink account number: _____

ime as it appears on bank account: _Bernard L Madoff_

rect address of recipient: _885 Third Ave, New York, NY 10022-4834_
P.O. Box not acceptable

some cases the owner of the bank account listed above may need additional information in order to credit these funds to the right party. Typical amples include situations where the account number above belongs to another financial firm, or pension plan. If required, please provide that formation here:

Account or identification number: _____

Name of final recipient: _FBO  L & I Investments; Acct 1L0225_

Street address of recipient: _____
P.O. Box not acceptable

**uthorization:**

have read, understand and agree to the Terms and Conditions on page 2 of this form and confirm the instructions listed above.

ccount holder signature(s): _____  Date: _4/4/2005_

_____  Date: _____
(If joint account all parties must sign)

:AI representative signature: _____  Date: _____
y signing here you are verifying that you have confirmed the customer(s) identity and the above transaction information.

IAI representative printed name: _____  Telephone number: _____

Aarket executive / registered principal signature: _____  Date: _____

Aarket executive / registered principal printed name: _____

IAI Authentication Stamp or Notary:

tate of _Virginia_  )   (Authentication Stamp)
:ounty of _Virginia Beach_  )

Subscribed and sworn to before me this

_4th_ day of _April_, 200_5_

_____
(Notary public)

**Christine Howells**
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires
AUGUST 31, 2005

FAXED
4-4-05

(Seal)

Customer identity verified by: ☐ Driver's license  ☐ Passport  ☐ Other (specify): _____   Check here to waive fee: ☐

We want you to know: Investment products provided by Banc of America Investments Services, Inc.:

| Are Not FDIC Insured | May Lose Value | Are Not Bank Guaranteed |

Banc of America Investment Services, Inc. is a registered broker-dealer, member NASD and SIPC and a nonbank subsidiary of Bank of America, N.A.
Banc of America Investment Services, Inc. is not a tax advisor. We suggest you consult your personal tax advisor before making tax-related investment decisions.

00-25-7891NSR 220367 (08/02)   I   *White - Branch Copy*   *Yellow - Client Copy*

**L&I INVESTMENTS LLC**
**INVESTMENT IN BERNARD L. MADOFF**
**3RD QUARTER, 2005**

**(1) FUNDS RECEIVED BY L&I INVESTMENT LLC FROM ITS MEMBERS THAT WERE TRANSFERRED TO MADOFF**

| DATE DEPOSITED INTO L&I BANK A/C | MEMBER | AMOUNT |
|---|---|---|
| 7/1/2005 | 1984 Goldrich Family Trust | 200,000 |
| 7/1/2005 | BWCI, Inc | 200,000 |
| 7/1/2005 | Chesapeake Investment Co | 100,000 |
| 7/1/2005 | College Park Square III Assoc | 100,000 |
| 7/1/2005 | Goldfrost Company | 100,000 |
| 7/1/2005 | Janice T. Goldrich Irrevocable Trust | 400,000 |
| 7/1/2005 | Larrymore Investment Group | 200,000 |
| 7/1/2005 | Larrymore Organization, Inc. | 400,000 |
| 7/1/2005 | Lawrence J. Goldrich | 300,000 |
| 7/1/2005 | Lawrence J. Goldrich Foundation | 400,000 |
| 7/1/2005 | Point O Woods Company | 200,000 |
| 7/1/2005 | West Point Square | 200,000 |
| | Sub-Total | 2,800,000 |
| | Withheld by L&I for Acctg & Legal | (3,000) |
| **7/1/2005** | **TOTAL TRANSFERRED BY L&I INV** | **2,797,000** |

**(2) DIRECT FUND TRANSFERS TO MADOFF FROM MEMBERS OF L&I INVESTMENT LLC**

| DATE | MEMBER | AMOUNT |
|---|---|---|
| | | 0 |

**TOTAL OF TRANSFERS 3RD QTR 2005**          **2,797,000**

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENT LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA   23464

PAGE: 1
PERIOD ENDING: 7/31/05



| DATE | BOUGHT (Received or Long) | SOLD (Delivered or Short) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 74,963.56 |
| 7/01 | | | | CHECK WIRE | | | 2,791,000.00 |
| 7/01 | | | | COCA COLA CO | CA | | 1,779.68 |
| 7/01 | | | | DIV 6/15/05 7/01/05 | DIV | | |
| 7/01 | | | | MERCK & CO | DIV | | 2,329.02 |
| | | | | DIV 6/10/05 7/01/05 | | | |
| | | | | VIACOM INC | DIV | | 333.69 |
| | | | | CLASS B NON VOTING SHS | | | |
| 7/01 | 2,800,000 | | 91092 | DIV 6/07/05 7/01/05 | 99.354 | 2,781,912.00 | |
| | | | | U S TREASURY BILL | | | |
| | | | | DUE 09/15/2005 | | | |
| 7/01 | 15,088 | | 91093 | 9/15/2005 | 1 | 15,088.00 | |
| | | | | FIDELITY SPARTAN | | | |
| 7/06 | | | | U S TREASURY MONEY MARKET | DIV | | 653.7 |
| | | | | HEWLETT PACKARD CO | | | |
| 7/11 | | | | DIV 6/15/05 7/06/05 | DIV | | 4,308.46 |
| | | | | ALTRIA GROUP INC | | | |
| | | | | DIV 6/15/05 7/11/05 | DIV | | 6,542.14 |
| | | | | GENERAL ELECTRIC CO | | | |
| 7/29 | 15,947 | | 97910 | DIV 6/27/05 7/25/05 | 1 | 15,947.00 | |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | | 74,963.33 |
| | 134,056 | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/01/05

CHECK WIRE                                                           2,797,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH          VA 23464

---

rust Bank                                                    Deposit Account Debit

| | Phone No. | Originating Department Center Code | Approved By | Date | Transaction Date |
|---|---|---|---|---|---|
| mann  436-5030 | | | | 07-01-05 | 07-01-05 |
| al No. (Company/Store No.) | Account No. | | | Tran Code | Amount |

$ 2,797,000.00

Your account has been charged for the reason(s) shown

L & I Investments, LLC
6477 College Park Sq., Ste 306
Virginia Beach, VA  23464

Wire funds to JP Morgan Chase Bank
aba _____ to further benefit
Bernard L Madoff acct# _____
FBO L&I Investments, EKCC
acct#1L0225

0/02)

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
rhurwitz@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathy Mitchell | **From:** | Ronald J. Hurwitz |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 07/01/05 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | L & I Investments, LLC | | |

Please wire transfer $2,797,000 from the operating account of L & I Investments, LLC account number #            as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

Ronald J. Hurwitz

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

**UNTRUST**

Page 1 of 3
36/E00/0175/0 /73

07/31/2005

# Account
# Statement

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM
MORE! ACTIVATE YOUR VISA EXTRAS ACCOUNT ON YOUR CURRENT SUNTRUST VISA BUSINESS
CARD TODAY! GO TO WWW.VISA.COM/EXTRAS, OR CALL TOLL-FREE 800.960.8472.

**count mmary**

| Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|
| ANALYZED BUSINESS CHECKING | | 07/01/2005 - 07/31/2005 | |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $100.00 | Average Balance | $3,100.00 |
| Deposits/Credits | $2,800,000.00 | Average Collected Balance | $3,100.00 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $2,797,000.00 | | |
| Ending Balance | $3,100.00 | | |

**posits/ edits**

| Date | Amount | Serial # | Description | Date | Amount | Serial # |
|---|---|---|---|---|---|---|
| 07/01 | 2,800,000.00 | | DEPOSIT | | | |

Deposits/Credits: 1     Total Items Deposited: 12

**thdrawals/ bits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 07/01 | 2,797,000.00 | | MISCELLANEOUS DEBIT |

Withdrawals/Debits: 1

**lance tivity tory**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/01 | 3,100.00 | 3,100.00 | | | |

6994                    Member FDIC                    Continued on next page



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
36/E00/0175/0 /73

07/31/2005

# Account
# Statement

---

| SunTrust Bank | | Deposit Account Debit |
|---|---|---|
| Dameann  436-5030 | 07-01-05 | 07-01-05 |
| | $  2,797,000.00 | |

L & I Investments, LLC
6477 College Park Sq., Ste 306
Virginia BEACh, VA  23464

Wire funds to JP Morgan Chase BAnk
aba:
Bernard l Madoff Acct#
FBO L&I Investments, LLC
acct#

Ck #              07/01        $2,797,000.00

## L & I INVESTMENTS LLC
### DAILY SUMMARY OF CASH RECEIPTS

DATE: 6/29/05

| NAME | DATE | REG | 2,800,000.00 | SECURITY |
|------|------|-----|--------------|----------|
| | | P R | | P R |
| LAWRENCE J GOLDRICH | 06/29/05 | | 300,000.00 | |
| 1984 FAMILY TRUST | 06/29/05 | | 200,000.00 | |
| LAWRENCE J GOLDRICH FOUNDATION | 06/29/05 | | 400,000.00 | |
| JANICE T GOLDRICH TRUST | 06/29/05 | | 400,000.00 | |
| LARRYMORE ORGANIZATION | 06/29/05 | | 400,000.00 | |
| LARRYMORE INVESTMENT GROUP | 06/29/05 | | 200,000.00 | |
| BWCI | 06/29/05 | | 200,000.00 | |
| CHESAPEAKE INVESTMENT CO | 06/29/05 | | 100,000.00 | |
| COLLEGE PARK SQUARE III | 06/29/05 | | 100,000.00 | |
| GOLDFROST COMPANY | 06/29/05 | | 100,000.00 | |
| POINT O' WOODS | 06/29/05 | | 200,000.00 | |
| WEST POINT SQUARE | 06/29/05 | | 200,000.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total deposit/Attach bank receipt | | | 2,800,000.00 | |