

DEPOSIT AMOUNT:  $2,800,000.00
ACCOUNT NUMBER:

BUS DATE:07/01/05 CAL DATE:06/30/05 03:55
BATCH ID:     65602481
                         0206



L & I INVESTMENTS LLC 042005
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

DATE 6-29-05

| | |
|---|---|
| CURRENCY | |
| COIN | |
| TOTAL CASH | |
| CHECKS | |

ENDORSE & LIST CHECKS SEPARATELY OR
ATTACH LIST

SunTrust

| | | |
|---|---|---|
| 1 | 300000 | L+I |
| 2 | 200000 | from trust |
| 3 | 400000 | L+I |
| 4 | 300000 | L+I |
| 5 | 200000 | L+I |
| 6 | 100000 | BLWT |
| 7 | 300000 | Cash |
| 8 | 200000 | Goldrich |
| 9 | 100000 | Pos |
| 10 | 300000 | |
| 11 | 200000 | |
| 12 | 200000 | |

TOTAL FROM ATTACHED LIST
2800000.00

TOTAL
ITEMS  12   $  2800000.00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

---

LAWRENCE J GOLDRICH 04-02
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA  23464-3611

1252
68-2/510

6-27-05  DATE

PAY TO THE ORDER OF  L & I Investments, LLC        $ 300,000.00

Three hundred thousand 00/100 ————  DOLLARS

SunTrust
SunTrust Bank                          PRIVATE BANKING

FOR  Invest in Madoff Securities

---



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**1984 GOLDRICH FAMILY IRREVOCABLE TRUST**
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464-3611
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| June 27, 2005 | 10178 | $****200,000.00 |

Pay: ******************************Two hundred thousand dollars and no cents

PAY
TO THE
ORDER OF        L & I INVESTMENTS, LLC

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

*Lawrence J. Goldrich Foundation*
6477 College Park Square #306
Virginia Beach, VA 23464-3609
7574203950

SUNTRUST
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| June 27, 2005 | 3906 | $****400,000.00 |

Pay: ******************************Four hundred thousand dollars and no cents

PAY
TO THE
ORDER OF        L & I INVESTMENTS, LLC

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

*JANICE T GOLDRICH* '*OCABLE TRUST 2000*
6477 COLLEGE PARK SQ . S/E 306
VIRGINIA BEACH, VA 23464-3611
7574203950

SunTrust Bank
Virginia Beach

68-2
510

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| June 27, 2005 | 1056 | $****400,000.00 |

Pay: *****************************Four hundred thousand dollars and no cents

PAY
TO THE
ORDER OF        L & I INVESTMENTS, LLC

---

*Larrymore Organization, Inc.*
6477 College Park Square #306
Virginia Beach, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| June 27, 2005 | 25787 | $****400,000.00 |

Pay: *****************************Four hundred thousand dollars and no cents

PAY
TO THE
ORDER OF        L & I INVESTMENTS LLC

---

*LARRYMORE INVESTMENT GROUP LLC*
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| June 27, 2005 | 1019 | $****200,000.00 |

Pay: *****************************Two hundred thousand dollars and no cents

PAY
TO THE
ORDER OF        L & I INVESTMENTS, LLC

---

*BWCI Inc.*
t/a Best Western Center Inn
6477 College Park Square #306
Virginia Beach, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| June 27, 2005 | 28747 $ | **200,000.00 |

Pay: *****************************Two hundred thousand dollars and no cents

PAY
TO THE
ORDER OF        L & I INVESTMENTS, LLC

*CHESAPEAKE INVES_____ NT COMPANY*
6477 COLLEGE PARK S____  ___ #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST
VIRGINIA

68-2
510

| DATE | CHECK NO. | AMOUNT |
| --- | --- | --- |
| June 28, 2005 | 1620 | $****100,000.00 |

Pay: *******************************One hundred thousand dollars and no cents

PAY
TO THE
ORDER OF      L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

*COLLEGE PARK SQUARE III ASSOCIATES, L.P.*
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
| --- | --- | --- |
| June 28, 2005 | 3120 | $****100,000.00 |

Pay: *******************************One hundred thousand dollars and no cents

PAY
TO THE
ORDER OF      L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

*GOLDFROST COMPANY*
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
| --- | --- | --- |
| June 28, 2005 | 5332 | $****100,000.00 |

Pay: *******************************One hundred thousand dollars and no cents

PAY
TO THE
ORDER OF      L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

*Point O' Woods Company*
757-420-3950
6477 College Park Square
Suite 306
Virginia Beach, VA 23464-3622
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

DATE                CHECK NO.            AMOUNT
June 28, 2005        1135                $****200,000.00

Pay: *******************************Two hundred thousand dollars and no cents

PAY
TO THE
ORDER OF      L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

*WEST POINT SQUARE LLC*
757-420-3950
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

DATE                CHECK NO.            AMOUNT
June 28, 2005        1891                $****200,000.00

Pay: *******************************Two hundred thousand dollars and no cents

PAY
TO THE
ORDER OF      L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

# THIRD QUARTER 2005

# SECTION II – C (2)

## (NOT APPLICABLE)

**L&I INVESTMENTS LLC**
**INVESTMENT IN BERNARD L. MADOFF**
**4TH QUARTER, 2005**

**(1) FUNDS RECEIVED BY L&I INVESTMENT LLC FROM ITS MEMBERS THAT WERE TRANSFERRED TO MADOFF**

| DATE DEPOSITED INTO L&I BANK A/C | MEMBER | AMOUNT | DEPOSIT TOTAL |
|---|---|---|---|
| 10/3/2005 | I.William Berger | 300,000 | |
| 10/3/2005 | Janice T. Goldrich Irrev Trust | 100,000 | |
| | | | 400,000 |
| 10/3/2005 | Larrymore Organization, Inc | 500,000 | 500,000 |
| 10/3/2005 | Lawrence J. Goldrich | 300,000 | |
| 10/3/2005 | Lawrence Goldrich Foundation | 200,000 | |
| | | | 500,000 |
| 10/3/2005 | 444 East 75th Street | 100,000 | |
| 10/3/2005 | Larrymore Investment Group | 200,000 | |
| 10/3/2005 | Oceana Properties LLC | 100,000 | |
| 10/3/2005 | Stony Run II Company LLC | 200,000 | |
| 10/3/2005 | West Point Square LLC | 200,000 | |
| | | | 800,000 |
| 10/3/2005 | **TOTAL TRANSFERRED BY L&I INV** | 2,200,000 | 2,200,000 |

**(2) DIRECT FUND TRANSFERS TO MADOFF FROM MEMBERS OF L&I INVESTMENT LLC**

| DATE | MEMBER | AMOUNT |
|---|---|---|
| | | 0 |

**TOTAL OF TRANSFERS 4TH QTR 2005**                2,200,000

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

'E HAVE THIS DAY  CREDITED YOUR
CCOUNT WITH THE FOLLOWING:

10/04/05

CHECK WIRE

2,200,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

## Karen Bulgarino

| | |
|---|---|
| **From:** | "Ronald J. Hurwitz" <rhurwitz@larrymore.com> |
| **To:** | "Karen Bulgarino" <kbulgarino@larrymore.com> |
| **Sent:** | Monday, October 03, 2005 2:11 PM |
| **Subject:** | [Spam] Fw: Wire Transfer for L & I Investments |

----- Original Message -----
**From:** Ronald J. Hurwitz
**To:** Kathy Mitchell
**Sent:** Monday, October 03, 2005 2:10 PM
**Subject:** Wire Transfer for L & I Investments

$2,200,000 was deposited into the L & I Investments, LLC today.  All deposits were  drawn on collected funds in
SunTrust accounts.

Please wire transfer $2,200,000.00  from the account of L & I Investments, LLC account number

as follows:


JP Morgan Chase Bank
40 wall street
New York, NY 10015
ABA #:
For Further Credit To:  Bernard L. Madoff
Account #:
FBO:  L & I Investments, LLC, account number



10/4/2005

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /73

10/31/2005

# SunTrust

## Account Statement

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

50,000 PRIZES WILL BE AWARDED IN VISA'S $1.5 MILLION HOLIDAY GIVEAWAY.
MAKE THE SUNTRUST BUSINESS CHECK CARD YOUR CARD FOR THE HOLIDAYS.
TO FIND OUT MORE, GO TO VISA.COM/WIN

**Account Summary**

| Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|
| ANALYZED BUSINESS CHECKING | | 10/01/2005 - 10/31/2005 | 20-1945449 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $2,296.55 | Average Balance | $73,072.67 |
| Deposits/Credits | $2,200,000.00 | Average Collected Balance | $63,395.25 |
| Checks | $1,188.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $2,200,000.00 | | |
| Ending Balance | $1,108.55 | | |

**Deposits/Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 10/03 | 400,000.00 | | DEPOSIT | 10/03 | 500,000.00 | | DEPOSIT |
| 10/03 | 500,000.00 | | DEPOSIT | 10/03 | 800,000.00 | | DEPOSIT |

Deposits/Credits: 4          Total Items Deposited: 11

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1001 | 1,188.00 | 10/27 | | | | | | |

Checks: 1

**Withdrawals/Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 10/04 | 2,200,000.00 | | MISCELLANEOUS DEBIT |

Withdrawals/Debits: 1

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/01 | 2,296.55 | 2,296.55 | 10/04 | 2,296.55 | 2,296.55 |
| 10/03 | 2,202,296.55 | 1,902,296.55 | 10/27 | 1,108.55 | 1,108.55 |

366285                           Member FDIC                    Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
36/E00/0175/0 /73

10/31/2005



# SUNTRUST™

# Account
# Statement



Ck # 1001        10/27        $1,188.00

Ck #        10/04        $2,200,000.00

366287                              Member FDIC

### L & I INVESTMENTS LLC
#### DAILY SUMMARY OF CASH RECEIPTS



### DATE: 10/3/2005

| NAME | DATE | RECEIPTS | | |
| --- | --- | --- | --- | --- |
| | | REG | 400,000.00 | SECURITY |
| | | P R | | P R |
| JANICE T GOLDRICH TRUST | 09/30/05 | | 100,000.00 | |
| I WILLIAM BERGER | 09/30/05 | | 300,000.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total deposit/Attach bank receipt | | | 400,000.00 | |

f:\admin\Ppdata\forms\larrym\cashrec2

08-2/510

L&T INVESTMENTS LLC 04/2005
5442 COLLEGE PARK SQ STE 396
VIRGINIA BEACH, VA 23464-3611

DATE RO-3-05

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
ENDORSE & LIST CHECKS SEPARATELY OR
ATTACH LIST

| | CURRENCY | |
| | COIN | |
| | TOTAL CASH | |
| 1 | CHECKS | JGT | 10,000,00 |
| 2 | | TWB | 300,000,00 |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| | TOTAL FROM ATTACHED LIST | 400000 00 |

**SunTrust**

TOTAL ITEMS   02    $    400,000.00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

DEPOSIT AMOUNT:    $400,000.00
ACCOUNT NUMBER:

BUS DATE:10/03/05 CAL DATE:10/03/05 10:46
BATCH ID:    66800526
                            0206





### *L & I INVESTMENTS LLC*
#### *DAILY SUMMARY OF CASH RECEIPTS*

### DATE: 10/3/2005

| NAME | DATE | REG 500,000.00 | | SECURITY |
|------|------|------|------|------|
| | | P R | | P R |
| LARRYMORE ORGANIZATION | 09/30/05 | | 500,000.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total deposit/Attach bank receipt | | | 500,000.00 | |



f:\admin\Ppdata\forms\larrym\cashrec2