L & I INVESTMENTS LLC 04/2006
247 LONDON BRIDGE RD STE 308
VIRGINIA BEACH, VA 23464-3611

DATE 10.3.05

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
ENDORSE & LIST CHECKS SEPARATELY ON
ATTACH LIST

| | | CENTS |
|---|---|---|
| | DOLLARS | |
| CURRENCY | | |
| COIN | | |
| TOTAL CASH | | |
| CHECKS | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| TOTAL FROM ATTACHED LIST | | 500000 |

**SunTrust**

TOTAL ITEMS  01  $  500000.00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

---

**SunTrust**                                          Receipt

$ _____        Date _____

Received of  Deposit 10000048869714
L & I Investigations LLC          $ $50,000.00

_____ Dollars

For _____

By  [signature]

700260 (9/95)

---

DEPOSIT AMOUNT:     $500,000.00
ACCOUNT NUMBER:

BUS DATE:10/03/05 CAL DATE:10/03/05 11:27
BATCH ID:     66B00526
                                    0206



68-2/510

L & I INVESTMENTS LLC 04/2005
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA 23464-3611

DATE 10-3-05

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
ENDORSE & LIST CHECKS SEPARATELY OR ATTACH LIST

SunTrust   ACH RT 061000104

TOTAL ITEMS 01  $ 500000.00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

Larrymore Organization, Inc.
6477 College Park Square #306
Virginia Beach, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2/510

DATE September 22, 2005   CHECK NO. 25955   AMOUNT $****500,000.00

Pay: ************************Five hundred thousand dollars and no cents

PAY TO THE ORDER OF   L & I INVESTMENTS LLC

### *L & I INVESTMENTS LLC*
### *DAILY SUMMARY OF CASH RECEIPTS*



## DATE: 10/3/2005

| NAME | DATE | REG | 500,000.00 | SECURITY |
|---|---|---|---|---|
| | | **P R** | | **P R** |
| LAWRENCE J GOLDRICH | 09/30/05 | | 300,000.00 | |
| LAWRENCE J GOLDRICH FOUNDATION | 09/30/05 | | 200,000.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total deposit/Attach bank receipt** | | | 500,000.00 | |

f:\admin\Ppdata\forms\larrym\cashrec2



DEPOSIT AMOUNT:    $500,000.00
ACCOUNT NUMBER:

BUS DATE:10/03/05 CAL DATE:10/03/05 01:46
BATCH ID:    66800375

0206



L & I INVESTMENTS LLC 04/2006
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA 23464-3611

DATE 10-3-05

| | | |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| TOTAL CASH | | |
| CHECKS | 1 L&I | 3000.00 |
| | 2 L&I+ | 2000.00 |

**SunTrust**

TOTAL ITEMS 02   $   500 000.00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.



LAWRENCE J GOLDRICH 04-02
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA 23464-3611

1254

68-2/510

9-22-05   DATE

PAY TO THE ORDER OF   L & I Investments, LLC   $ 300,000.00

Three hundred thousand 00/100   DOLLARS

**SunTrust**
SunTrust Bank

PRIVATE BANKING

FOR



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Lawrence J. Goldrich Foundation
6477 College Park Square #306
Virginia Beach, VA 23464-3609
574203950

SUNTRUST
VIRGINIA BEACH, VA

68-2
510

DATE   CHECK NO.   AMOUNT
September 22, 2005   3925   $****200,000.00

**Two hundred thousand dollars and no cents

PAY TO THE ORDER OF   L & I INVESTMENTS, LLC

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

### L & I INVESTMENTS LLC
#### DAILY SUMMARY OF CASH RECEIPTS

## DATE: 10/3/2005

| NAME | DATE | REG | RECEIPTS 800,000.00 | SECURITY |
|---|---|---|---|---|
| | | P R | | P R |
| WEST POINT SQUARE | 09/30/05 | | 200,000.00 | |
| OCEANA PROPERTIES | 09/30/05 | | 100,000.00 | |
| STONY RUN CO CDA | 09/30/05 | | 100,000.00 | |
| STONY RUN CO CDA | 09/30/05 | | 100,000.00 | |
| LARRYMORE INVESTMENT GROUP | 09/30/05 | | 200,000.00 | |
| 444 E 75TH STREET VENTURE | 09/30/05 | | 100,000.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total deposit/Attach bank receipt | | | 800,000.00 | |

f:\admin\Ppdata\forms\larrym\cashrec2

LRH INVESTMENTS LLC 4/4/2006
647 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA 23464-3611

DATE 10-3-05

68-2/510

**SunTrust**

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.
ENDORSE & LIST CHECKS SEPARATELY OR ATTACH LIST

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| TOTAL CASH | | |
| CHECKS | | |
| 1 LRPS | 200,000.00 | |
| 2 Oceana | 100,000.00 | |
| 3 SRC CDA | 150,000.00 | |
| 4 CRC CDA | 100,000.00 | |
| 5 LCG | 200,000.00 | |
| 6 Univ Venture | 50,000.00 | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| TOTAL FROM ATTACHED LIST | 800,000.00 | |

TOTAL ITEMS  06  $ 800,000.00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

DEPOSIT AMOUNT:   $800,000.00
ACCOUNT NUMBER:

BUS DATE:10/03/05 CAL DATE:10/03/05 10:46
BATCH ID:      66800526

                         0206









68-2/510

L & I INVESTMENTS LLC 04/2005
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA 23464-3811

DATE 10-3-05

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
ENDORSE & LIST CHECKS SEPARATELY OR ATTACH LIST

| | | DOLLARS | CENTS |
|---|---|---|---|
| CURRENCY | | | |
| COIN | | | |
| TOTAL CASH | | | |
| CHECKS 1 | WPS | 200000 | 00 |
| 2 | Oceana | 100000 | 00 |
| 3 | SRC CDA | 100000 | 00 |
| 4 | SRC CDA | 100000 | 00 |
| 5 | LTG | 200000 | 00 |
| 6 | 4414 Venture | 100000 | 00 |
| 7–23 | | | |
| TOTAL FROM ATTACHED LIST | | | |
| PLEASE RE-ENTER TOTAL HERE | TOTAL | 800000 | 00 |

SUNTRUST

TOTAL ITEMS 06 $ 800000.00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

*WEST POINT SQUARE LLC*
*757-420-3950*
*6477 COLLEGE PARK SQUARE #306*
*VIRGINIA BEACH, VA 23464*
*7574203950*

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2/510

DATE September 29, 2005 CHECK NO. 1916 AMOUNT $****200,000.00

Pay: ******************************Two hundred thousand dollars and no cents

PAY TO THE ORDER OF L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

*Oceana Properties L.L.C.*
*757-420-3950*
*6477 College Park Square*
*Suite 306*
*Virginia Beach, VA 23464*
*7574203950*

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2/510

DATE September 29, 2005 CHECK NO. 5678 AMOUNT $****100,000.00

Pay: ******************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

*STONY RUN COMPANY CDA*
*757-420-3950*
*6477 COLLEGE PARK SQUARE #306*
*VIRGINIA BEACH, VA 23464*
*7574203950*

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2/510

DATE September 22, 2005 CHECK NO. 1671 AMOUNT $****100,000.00

Pay: ******************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF L & I INVESTMENTS, LLC

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

STONY RUN COMPANY CDA
757-420-3950
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEA

68-2
610

DATE   CHECK NO.   AMOUNT
September 30, 2005   1674   $****100,000.00

Pay: *****************************One hundred thousand dollars and no cents

PAY
TO THE
ORDER OF   L & I INVESTMENTS, LLC

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

LARRYMORE INVESTMENT GROUP LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
610

DATE   CHECK NO.   AMOUNT
September 22, 2005   1021   $****200,000.00

Pay: ************************Two hundred thousand dollars and no cents

PAY
TO THE
ORDER OF   L & I INVESTMENTS, LLC

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

444 E. 75TH STREET VENTURE
6477 COLLEGE PARK SQUARE #306
VA. BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
610

DATE   CHECK NO.   AMOUNT
September 22, 2005   1322   $****100,000.00

Pay: ***********************One hundred thousand dollars and no cents

PAY
TO THE
ORDER OF   L & I INVESTMENTS, LLC

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

# FOURTH QUARTER 2005

# SECTION II – D (2)

## (NOT APPLICABLE)

**LJL INVESTMENTS LLC**

**2006 TRANSFERS TO/FROM BERNARD MADOFF**

**BREAKDOWN OF MEMBER CONTRIBUTIONS/WITHDRAWALS BY QUARTER FOR 2006**

2006

| MEMBER | 1st Quarter 2006 | | | | | 2nd Quarter 2006 | | | | | 3rd Quarter 2006 | | | | | 4th Quarter 2006 | | | | | 2006 TOTALS | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Contribution | Withdrawal | Qtly Total | Tnsf Ref | Date | Contribution | Withdrawal | Qtly Total | Tnsf Ref | Date | Contribution | Withdrawal | Qtly Total | Tnsf Ref | Date | Contribution | Withdrawal | Qtly Total | Tnsf Ref | Contribution | Withdrawal | |
| 1994 Goldrich Family Irrevocable Trust | | | | | | | | | | | | | | | | 10/2,10/1/06 | 400,000 | | 400,000 | 2,3 | 400,000 | | 400,000 |
| 444 East 75th Street Venture | | | | | | | | | | | | | | | | | | | | | | | |
| 444 Investment Group LLC | | | | | | | | | | | | | | | | | | | | | | | |
| Banbury Lane Village Co., LLP | | | | | | | | | | | | | | | | | | | | | | | |
| BWCI, Inc. | | | | | | 4/2/2006 | 200,000 | (1,000,000) | (1,800,000) | 1 | 6/30/2006 | 100,000 | | 100,000 | 1 | 10/2/2006 | 200,000 | | 200,000 | 1 | 200,000 | (1,000,000) | 1,400,000 |
| Ocean Road Rental Pool | | | | | | | 200,000 | | 200,000 | | | | | | | 10/2/2006 | 300,000 | | 300,000 | 1 | 600,000 | | 600,000 |
| Chesapeake Investment Company LLP | | | | | | | | | | | | | | | | | | | | | 100,000 | | 100,000 |
| Colleges Park Square III Associates LLLP | | | | | | | | | | | 6/30/2006 | 100,000 | | 100,000 | 1 | 10/2/2006 | 100,000 | | 100,000 | 1 | 100,000 | | 100,000 |
| Colleges Park Square IV Associates LLLP | | | | | | | | | | | | | | | | 10/2/2006 | 100,000 | | 100,000 | 1 | 100,000 | | 100,000 |
| Goldfond Company LLP | | | | | | | | | | | | | | | | | | | | | | | |
| Greatcake/Madis Trust U/A dated 6/1/96 | | | | | | | | | | | | | | | | 10/1/2006 | 300,000 | | 300,000 | 4 | 300,000 | | 300,000 |
| LWilliam Berger | | | | | | | | | | | | | | | | | | | | | | | |
| Janice Y. Goldrich | 4/2/2006 | 1,150,000 | | 1,150,000 | 1 | | | | | | | | | | | 10/3,10/13/06 | 300,000 | | 300,000 | 5,6 | 1,450,000 | | 1,450,000 |
| Janice Y. Goldrich Irrevocable Trust-2000 | 4/2/2006 | | (1,100,000) | (1,100,000) | 8 | | | | | | | | | | | | | (1,100,000) | | | | (1,100,000) | (1,100,000) |
| Larrymore Investment Group LLC | | | | | | | | | | | | | | | | 10/3,10/13/06 | 400,000 | | 400,000 | 7,8 | 400,000 | | 400,000 |
| Larrymore Organization, Inc. | 4/2/2006 | 150,000 | | 150,000 | 1 | | | | | | | | | | | | | | | | 150,000 | | 150,000 |
| Lauren J. Goldrich Irrev Trust #3 - 1996 | 4/2/2006 | 100,000 | | 100,000 | 1 | | | | | | | | | | | 10/2/2006 | 200,000 | | 200,000 | 1 | 200,000 | | 200,000 |
| Lawrence J. Goldrich | | | | | | | | | | | | | | | | 10/2/2006 | 100,000 | | 100,000 | 1 | 200,000 | | 200,000 |
| Lawrence J. Goldrich Foundation | | | | | | | | | | | | | | | | | | | | | | | |
| Oceania Properties LLC | | | | | | | | | | | | | | | | | | | | | | | |
| Orinoco Properties LLC | | | | | | | | | | | | | | | | | | | | | | | |
| Possessive State Shopping Center | | | | | | | | | | | | | | | | | | | | | | | |
| Point-O-Woods Company LLLP | | | | | | 6/30/2006 | 100,000 | | 100,000 | 1 | | | | | | | | | | | 100,000 | | 100,000 |
| Round Bay Realty Company LLP | | | | | | | | | | | | | | | | | | | | | | | 100,000 |
| Scarborough Lane Shoppes LLC | 4/2/2006 | 100,000 | | 100,000 | 1 | | | | | | | | | | | 10/2/2006 | 100,000 | | 100,000 | 1 | 100,000 | | 100,000 |
| Stony Run Company LLC | | | | | | | | | | | | | | | | | | | | | | | |
| Stony Run II Company LLC | | | | | | | | | | | | | | | | | | | | | | | |
| Virginia Beach Investment Company | | | | | | | | | | | | | | | | 10/2/2006 | 100,000 | | 100,000 | 1 | 100,000 | | 100,000 |
| West Point Square LLC | | | | | | | | | | | | | | | | | | | | | | | |
| Patricia E. Goldrich | | | | | | | | | | | | | | | | | | | | | | | |
| Vicki E. Goldrich | | | | | | | | | | | | | | | | | | | | | | | |
| Lauren J. Goldrich | | | | | | | | | | | | | | | | | | | | | | | |
| Edward J. Geht Company LLLP | | | | | | | | | | | | | | | | | | | | | | | |
| J.W.Berger Trst dtd 12/31/97 f/bo Lauren J Goldrich | | | | | | | | | | | | | | | | | | | | | | | |
| The Larrymore Foundation | | | | | | | | | | | | | | | | | | | | | | | |
| Best Square Associates | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTALS** | | 1,700,000 | (2,700,000) | (1,000,000) | | | 300,000 | | 300,000 | | | | | | | | 2,600,000 | | 2,600,000 | | 4,600,000 | (2,700,000) | 1,900,000 |

**RECAP OF BANKING TRANSFERS TO/FROM BERNARD MADOFF**

| | 1st Quarter 2006 | | 2nd Quarter 2006 | | 3rd Quarter 2006 | | 4th Quarter 2006 | |
|---|---|---|---|---|---|---|---|---|
| | LJL Investment, LLC | | LJL Investment LLC | | LJL Investment LLC | | | |
| | | | 4/2/2006 | (1,000,000) | 6/30/2006 | 300,000 | 10/2/2006 | LJL Investment LLC | 300,000 |
| | | | | | | | 10/2/2006 | 1994 Goldrich Fam Trst | 1,200,000 |
| | | | | | | | 10/1/2006 | 1994 Goldrich Fam Trst | 100,000 |
| | | | | | | | 10/1/2006 | LWilliam Berger | 300,000 |
| | | | | | | | 10/2/2006 | Janice Goldrich Trust | 300,000 |
| | | | | | | | 10/13/2006 | Janice Goldrich Trust | 100,000 |
| | | | | | | | 10/3/2006 | Lauren Goldrich Trst #3 | 200,000 |
| | | | | | | | 10/1/2006 | Lauren Goldrich Trst #3 | 200,000 |
| | | | (1,000,000) | | | 300,000 | | | 2,600,000 |

**TOTALS** 1,900,000

# FIRST QUARTER 2006

# (NOT APPLICABLE)

L&I INVESTMENTS LLC
INVESTMENT IN BERNARD L. MADOFF
2ND QUARTER, 2006

### 1) FUND TRANSFERS FROM MADOFF TO L&I INVESTMENT LLC

| DATE DEPOSITED INTO L&I BANK A/C | MEMBER | Funds Collected from Members by L&I Inv | Funds Paid to Members By L&I Inv | TOTALS |
|---|---|---|---|---|
| 3/31/2006 | Ocean Reef Rental Pool | 200,000 | | 200,000 |
| 4/3/2006 | Scarborough Lane Shoppes | 100,000 | | 100,000 |
| 4/3/2006 | Oceana Properties | 100,000 | | 100,000 |
| 4/4/2006 | BWCI, Inc | | (1,300,000) | (1,300,000) |
| 4/4/2006 | Larrymore Organization, Inc. | | (100,000) | (100,000) |
| | Sub-Total | 400,000 | (1,400,000) | (1,000,000) |

Member Ownership Exchange of interest in Madoff

| | | | | |
|---|---|---|---|---|
| 4/4/2006 | 1.) BWCI, Inc exchanged a portion of it's interest in Madoff in lieu of a cash distribution due to its partner | | | |
| | BWCI, Inc | | (300,000) | (300,000) |
| | Lawrence Goldrich | 150,000 | | 150,000 |
| | Janice T. Goldrich Irrev Trust | 150,000 | | 150,000 |
| 4/3/2006 | 2.) Larrymore Organization exchanged a portion of it's interest in Madoff in lieu of cash payment of note payable | | | |
| | Larrymore Organization, Inc. | | (1,000,000) | (1,000,000) |
| | Janice T. Goldrich Irrev Trust | 1,000,000 | | 1,000,000 |
| | Totals | 1,700,000 | (2,700,000) | (1,000,000) |

| | | | | |
|---|---|---|---|---|
| 4/3/2006 | TOTAL RECEIVED FROM MADOFF | | | (1,000,000) |

| | | | | |
|---|---|---|---|---|
| TOTAL OF TRANSFERS 2ND QTR 2006 | | | | (1,000,000) |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENT LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

| DATE | BOUGHT | SOLD | TRANS. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED | AMOUNT CREDITED |
|------|--------|------|--------|-------------|-----------------|----------------|-----------------|
| | | | | BALANCE FORWARD | | | 126,055.20 |
| 4/03 | | | | | | | |
| 4/03 | | | | DIV 3/15/06 4/01/06 | DIV | | |
| 4/03 | | | | MERCK & CO | DIV | | 3,321.96 |
| 4/05 | 60,170 | | 1042 | GENERAL ELECTRIC CO | 34.780 | 1,397.112.60 | |
| 4/05 | | | 3708 | DIV 3/17/06 4/03/06 | DIV | | |
| 4/05 | 1,545 | | 5328 | GOLDMAN SACHS GROUP INC | 156.700 | | 242,101.50 |
| 4/05 | 11,124 | | 8180 | VERIZON COMMUNICATIONS | 34.270 | | 381,219.68 |
| 4/05 | 6,489 | | | HEWLETT PACKARD CO | 32.600 | | 352,569.00 |
| 4/05 | 10,815 | | 13900 | WAL-MART STORES INC | 47.500 | | 454,044.60 |
| 4/05 | 9,579 | | 16161 | | | | |
| 4/05 | 22,557 | | 22472 | INTEL CORP | 19.450 | | 438,733.65 |
| 4/05 | 11,633 | | 26758 | JOHNSON & JOHNSON | 59.170 | | 676,490.61 |
| 4/05 | 8,034 | | 35530 | | | | |
| 4/05 | 4,635 | | 39616 | MEDTRONIC INC | 50.870 | | 235,782.45 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:
DEBITED YOUR
CHECK WIRE

4/03/06

1,000,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH          VA 23464