

Larrymore
organization

March 30, 2006

VIA FAX: 212.838.4061

Bernard L. Madoff Investment Securities, LLC
885 Third Avenue
New York, NY 10022

RE: L & I Investment LLC Account #

To Whom It May Concern:

Please wire transfer One Million Dollars ($1,000,000.00) from our account at Madoff, Number to our L & I Investment LLC Operating Account at SunTrust Bank, Richmond, Virginia, ABA # , Account Numbe

Please fax or e-mail a confirmation of this transfer. Fax is 757.424.1435 or e-mail is dbutler@larrymore.com.

Sincerely,

LARRYMORE ORGANIZATION, INC.

Lawrence J. Goldrich
Chairman of the Board

SUNTRUST BANK
P.O. BOX 3833
CENTRAL WIRE FACILITY
ORLANDO, FL 32897

SUNTRUST

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

PAGE 1

ACCOUNT NUMBER

DATE 04/03/2006

ADVICE OF WIRE TRANSFER CREDIT(S)

TRANSACTION NUMBER
RECEIVED VIA FEDERAL RESERVE

AMOUNT $1,000,000.00

DEBIT PARTY:

JPMORGAN CHASE BANK, NA
NEW YORK, NY

SENDING BANK:

REF:

ORIGINATOR:

BERNARD L MADOFF
885 THIRD AVENUE 18TH FLOOR
ATTN TONY TILETNICK
NEW YORK NY 10022-4834
REF: CAP OF 06/04/03

BENEFICIARY:

L & I INVESTMENT LLC 6477 COLLEGE PARK SQUARE,SUITE 306, VIRGINIA BEACH,VIRGINIA 23464

THE HOURS FOR INITIATING TELEPHONE WIRE TRANSFER REQUESTS ARE 8:30 AM TO 4:30 PM ET. THIS ADVICE IS YOUR PERMANENT RECORD OF THE TRANSACTIONS. FOR INQUIRY, CALL 800-786-8787 AND PROVIDE THE TRANSACTION NUMBER ON THE ADVICE.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

04/30/2006

SUNTRUST

# Account Statement

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

**Account Summary**

| Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|
| ANALYZED BUSINESS CHECKING | | 04/01/2006 - 04/30/2006 | |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $200,508.55 | Average Balance | $60,508.55 |
| Deposits/Credits | $1,200,000.00 | Average Collected Balance | $60,508.55 |
| Checks | $1,400,000.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $508.55 | | |

**Deposits/ Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|
| 04/03 | 200,000.00 | | DEPOSIT | | | |
| 04/03 | 1,000,000.00 | | INCOMING FEDWIRE CR TRN #009399 | | | |

Deposits/Credits: 2 Total Items Deposited: 2

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1004 | 1,300,000.00 | 04/04 | 1005 | 100,000.00 | 04/04 | | | |

Checks: 2

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/01 | 200,508.55 | 200,508.55 | 04/04 | 508.55 | 508.55 |
| 04/03 | 1,400,508.55 | 1,400,508.55 | | | |

Member FDIC

Continued on next page

364631

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

36/E00/0175/0 /73

04/30/2006

# Account Statement

L & I INVESTMENTS, LLC
6177 COLLEGE PARK SQ #306
VIRGINIA BEACH VA 23464

SUNTRUST BANK

Check Number: 0000001004

Check Date: 04/01/2006

Check Amount: ******$1,300,000.00

PAY One Million Three Hundred Thousand Dollars and 00/100 Cents

TO THE ORDER OF: Best Western Center Inn

k # 1004 04/04 $1,300,000.00

L & I INVESTMENTS, LLC
6177 COLLEGE PARK SQ #306
VIRGINIA BEACH VA 23464

SUNTRUST BANK

Check Number: 0000001005

Check Date: 04/01/2006

Check Amount: *******$100,000.00

PAY One Hundred Thousand Dollars and 00/100 Cents

TO THE ORDER OF: LARRYMORE ORGANIZATION, INC.

Ck # 1005 04/04 $100,000.00

Member FDIC

PO Box 8604 Boston MA 02266-8604

**Federated** WORLD-CLASS INVESTMENT MANAGER®

# Account Confirmation

*March 31, 2006*

Page 1 of 1

OCEAN REEF ASSOCIATION, INC.
T/A BEST WESTERN OCEAN REEF
ATTN: RON HURWITZ
6477 COLLEGE PARK SQ STE 306
VIRGINIA BCH VA 23464-3611

000112

*Investor Reference No.* AC

*Account Access* FederatedInvestors.com

*Investment Professional* SUNTRUST INVESTMENT SVCS INC
303 PEACHTREE ST STE BL-01
ATLANTA GA 30308-3201
70637-004
OLSON 061000104 1000004869714

*Additional account access information is on the reverse side.*

Are you planning to move or did you transfer your account to a new registration? In January, you will receive tax forms for each account that was open during the calendar year. To receive your tax forms, confirms, or statements in a timely manner, please be sure to notify Federated if your address changes. Thank you!

## Account Activity

**VIRGINIA MUNICIPAL CASH TRUST SS** *Fund Number* 287 *Ticker Symbol* VACXX

| Account Number | Account Type | Account Owner | Account Owner Birthdate |
|---|---|---|---|
| | REGULAR | OCEAN REEF ASSOCIATION, INC. T/A BEST WESTERN OCEAN REEF ATTN: RON HURWITZ | Please Provide |

| Trade Date | Transaction Description | Dollar Amount of Transaction | Price Per Share | Shares This Transaction | Total Shares Owned |
|---|---|---|---|---|---|
| | BEGINNING BALANCE | | | | 447,340.4600 |
| 03/31/06 | SAME DAY WIRE REDEMPTION | 200,000.00- | 1.00 | 200,000.0000- | 247,340.4600 |
| 03/31/06 | NAME CHANGE | 0.00 | 0.00 | 0.0000 | 247,340.4600 |
| | **ENDING BALANCE AS OF 03/31/2006** | **247,340.46** | | | **247,340.4600** |

523821

## Adding to Your Investment

**Federated®**

**VIRGINIA MUNICIPAL CASH TRUST SS** *Fund Number* 287 *Ticker Symbol* VACXX

***To Make Investments by Mail***
Mail this completed form with your check payable to Federated in the enclosed envelope.

***Address Changes?***
Visit us online at FederatedInvestors.com and click on Account Access or indicate any changes on the back of this form and return the stub to Federated.

***Account Number***

***Account Type***
REGULAR

***Account Owner***
OCEAN REEF ASSOCIATION, INC.
T/A BEST WESTERN OCEAN REEF
ATTN: RON HURWITZ
6477 COLLEGE PARK SQ STE 306
VIRGINIA BCH VA 23464-3611

FEDERATED
P.O. BOX 8604
BOSTON, MA 02266-8604

***Additional Investment Amount $***

March 31 2006

Debbie Meadows
SunTrust Securities Corporation

Via Fax: 436.4120

Dear Debbie:

Please transfer $ 200,000.00 from the Best Western Ocean Reef Virginia Tax Free Account # to the L & I Investment Operating Account #

Please contact Dee Butler at 757.222.9412 or Karen Bulgarino at 757.222.9413 if there are any questions.

Please call or fax us a wire confirmation.

Sincerely,

Karen Bulgarino
Controller

Telephone: (757) 420-3950 6477 College Park Square, Suite 306, Virginia Beach, Virginia 23464 Telefax: (757) 424-1435

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

03/31/2006

OK 4/7/06 OMR

SUNTRUST

# Account Statement

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

**Account Summary**

| Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|
| ANALYZED BUSINESS CHECKING | | 03/01/2006 - 03/31/2006 | |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $1,008.55 | Average Balance | $7,298.87 |
| Deposits/Credits | $200,000.00 | Average Collected Balance | $7,298.87 |
| Checks | $500.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $200,508.55 | | |

**Deposits/Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 03/31 | 200,000.00 | | ELECTRONIC/ACH CREDIT<br>FEDERATED INVEST HDQ-3118 90518802 |

Deposits/Credits: 1 Total Items Deposited: 0

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1003 | 500.00 | 03/22 | | | | | | |

Checks: 1

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/01 | 1,008.55 | 1,008.55 | 03/31 | 200,508.55 | 200,508.55 |
| 03/22 | 508.55 | 508.55 | | | |

 Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

03/31/2006

# Account Statement

L & I INVESTMENTS, LLC
6477 COLLEGE PARK SQ 3306
VIRGINIA BEACH VA 23464

SUNTRUST BANK

Check Number: 0000001003

Check Date: 03/01/2003

Check Amount: ***********$500.00

PAY Five Hundred Dollars and 00/100 Cents

TO THE ORDER OF Wilcox & Wynn
4530 Professional Circle
Suite 2
Virginia Beach, VA 23455-6498

2005 Tax Returns

Ck # 1003 03/22 $500.00

Member FDIC

## *L & I INVESTMENTS LLC*

***DAILY SUMMARY OF CASH RECEIPTS***

**DATE: 4/3/2006**

| NAME | DATE | RECEIPTS | | | |
|---|---|---|---|---|---|
| | | REG | 200,000.00 | SECURITY | |
| | | P R | | | P R |
| OCEANA PROPERTIES | 03/31/06 | | 100,000.00 | | |
| SCARBOROUGH LANE SHOPPES | 03/31/06 | | 100,000.00 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total deposit/Attach bank receipt** | | | 200,000.00 | | |

4/3/20069:26 AM

f:\admin\Ppdata\forms\larrym\cashrec2



68-2/510

L & I INVESTMENTS LLC 04/2005
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA 23464-3611

DATE 4-3-06

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

ENDORSE & LIST CHECKS SEPARATELY OR ATTACH LIST

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| TOTAL CASH | | |
| CHECKS | | |
| 1 Oceana | 100000 | 00 |
| 2 SLS | 100000 | 00 |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| TOTAL FROM ATTACHED LIST | | |
| TOTAL / PLEASE RE-ENTER TOTAL HERE | 200000 | 00 |

SUNTRUST

TOTAL ITEMS 02 $ 200 000.00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

DEPOSIT AMOUNT: $200,000.00
ACCOUNT NUMBER:
081467
BUS DATE:04/03/06 CAL DATE:04/03/06 02:28
BATCH ID: 66803032
0206

68-2/510

L & I INVESTMENTS LLC 04/2005
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA 23464-3611

DATE 4-3-06

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
ENDORSE & LIST CHECKS SEPARATELY OR ATTACH LIST

| | | DOLLARS | CENTS |
|---|---|---|---|
| CURRENCY | | | |
| COIN | | | |
| TOTAL CASH | | | |
| CHECKS | | | |
| 1 | Oceana | 100000 | 00 |
| 2 | SLS | 100000 | 00 |
| TOTAL FROM ATTACHED LIST | | | |
| PLEASE RE-ENTER TOTAL HERE | TOTAL | 200000 | 00 |

SUNTRUST

TOTAL ITEMS 02 $ 200 000.00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

*Oceana Properties L.L.C.*
*757-420-3950*
*6477 College Park Square*
*Suite 306*
*Virginia Beach, VA 23464*
*7574203950*

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2/510

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| April 1, 2006 | 5873 | $****100,000.00 |

Pay: ********************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

*Scarborough Lane Shoppes, L.L.C.*
*757-420-3950*
*6477 College Park Square #306*
*Virginia Beach, VA 23464*
*7574203950*

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2/510

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| April 1, 2006 | 2591 | $****100,000.00 |

Pay: ********************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF L & I INVESTMENTS

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

04/30/2006

SUNTRUST

# Account Statement

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

**Account Summary**

| Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|
| ANALYZED BUSINESS CHECKING | | 04/01/2006 - 04/30/2006 | |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $200,508.55 | Average Balance | $60,508.55 |
| Deposits/Credits | $1,200,000.00 | Average Collected Balance | $60,508.55 |
| Checks | $1,400,000.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $508.55 | | |

**Deposits/ Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|
| 04/03 | 200,000.00 | | DEPOSIT | | | |
| 04/03 | 1,000,000.00 | | INCOMING FEDWIRE CR TRN #009399 | | | |

Deposits/Credits: 2

Total Items Deposited: 2

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1004 | 1,300,000.00 | 04/04 | 1005 | 100,000.00 | 04/04 | | | |

Checks: 2

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/01 | 200,508.55 | 200,508.55 | 04/04 | 508.55 | 508.55 |
| 04/03 | 1,400,508.55 | 1,400,508.55 | | | |

Continued on next page

364631

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

04/30/2006

# Account Statement

· 1004 04/04 $1,300,000.00

Ck # 1005 04/04 $100,000.00

Member FDIC

# BWCI, Inc.

**6477 College Park Square, Suite 306
Virginia Beach, VA 23464**

# Memorandum

**DATE: April 4, 2006**

**TO: L & I Investments, LLC**

**FROM: Lawrence Goldrich, President**

**RE: BWCI, Inc Special Distribution 4/4/06**

---

BWCI, Inc. is making a special distribution to its partners today. In lieu of a cash payment, the following partners have requested a share of BWCI, Inc's interest in the Madoff Investment. This is authorization to make the following transfers.

1. Janice T. Goldrich Irrevocable Trust $150,000.00

   This represents the trust's 10% interest in the $1,500,000.00 Distribution

2. Lawrence J. Goldrich $150,000.00

   This represents Lauren Goldrich's 10% interest in the $1,500,000.00 Distribution. She is using her distribution as a required note payment to Lawrence Goldrich who sold her the stock in BWCI, Inc.

Lawrence Goldrich, President

**LARRYMORE ORGANIZATION, INC.**
**6477 College Park Square, Suite 306**
**Virginia Beach, VA 23464**

# Memorandum

**DATE: April 3, 2006**

**TO: L & I Investments, LLC**

**FROM: Lawrence Goldrich, Chairman of the Board**

**RE: Loan with the Janice Goldrich Irrevocable Trust**

---

On March 21, 2006, the Janice Goldrich Irrevocable Trust loaned the Larrymore Organization, Inc. $999,900.00 plus transfer cost of $100.00 for a total of $1,000,000.00. In order to repay this loan of $1,000,000.00, please transfer $1,000,000.00 of Larrymore Organization, Inc's interest in the Madoff Investment to the Janice Goldrich Irrevocable Trust. This payment arrangement is acceptable to the trustee of the trust. This transfer is in lieu of a cash payment. This is authorization to make that transfer effective today.

Lawrence J. Goldrich, Chairman of the Board

# SECOND QUARTER 2006

# SECTION III – B (2)

(NOT APPLICABLE)

**.&I INVESTMENTS LLC**
**NVESTMENT IN BERNARD L. MADOFF**
**3RD QUARTER, 2006**

**(1) FUNDS RECEIVED BY L&I INVESTMENT LLC FROM ITS MEMBERS THAT WERE TRANSFERRED TO MADOFF**

| DATE DEPOSITED INTO L&I BANK A/C | | AMOUNT | DEPOSIT TOTAL |
|---|---|---|---|
| 6/16/2006 | Ocean Reef Rental Pool | 100,000 | |
| 6/16/2006 | College Park III Associates | 100,000 | 200,000 |
| 6/29/2006 | Round Bay Realty Co. | 100,000 | 100,000 |
| **6/30/2006** | **TOTAL TRANSFERRED BY L&I INV** | **300,000** | 300,000 |

**(2) DIRECT FUND TRANSFERS TO MADOFF FROM MEMBERS OF L&I INVESTMENT LLC**

| DATE | MEMBER | AMOUNT |
|---|---|---|
| | | 0 |

| | |
|---|---|
| **TOTAL OF TRANSFERS 3RD QTR 2006** | **300,000** |

MADF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limite
12 Berkeley Stre
Mayfair, London W1J 8D
Tel 020 7493 62

L & I INVESTMENT LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH VA 23464

PERIOD ENDING: 6/30/06
PAGE: 3
YOUR ACCOUNT NUMBER:
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CRE TO YOUR ACC |
|---|---|---|---|---|---|---|---|
| 6/20 | | 40,170 | 82286 | GENERAL ELECTRIC CO | 34 | | 1,365,7 |
| 6/20 | | 11,124 | 84274 | VERIZON COMMUNICATIONS | 31.900 | | 354,8 |
| 6/20 | | 1,545 | 86542 | GOLDMAN SACHS GROUP INC | 141.310 | | 218,3 |
| 6/20 | | 6,489 | 88531 | WELLS FARGO & CO NEW | 66.640 | | 432,4 |
| 6/20 | | 8,034 | 90797 | HOME DEPOT INC | 37.040 | | 297,5 |
| 6/20 | | 9,579 | 92788 | WAL-MART STORES INC | 47.860 | | 458,4 |
| 6/20 | | 10,815 | 95054 | HEWLETT PACKARD CO | 30.610 | | 331,0 |
| 6/20 | | 23,484 | 97045 | EXXON MOBIL CORP | 59.100 | | 1,387,9 |
| 6/20 | | 5,871 | 99311 | INTERNATIONAL BUSINESS MACHS | 77.790 | | 456,7 |
| 6/20 | 9,000,000 | | 3123 | U S TREASURY BILL | 99.708 | 8,973,720.00 | |
| | | | | DUE 7/13/2006 7/13/2006 | | | |
| 6/20 | 9,000,000 | | 7365 | U S TREASURY BILL | 99.615 | 8,965,350.00 | |
| | | | | DUE 7/20/2006 7/20/2006 | | | |
| 6/20 | 28,146 | | 11613 | FIDELITY SPARTAN | 1 | 28,146.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 6/22 | | | | HOME DEPOT INC | DIV | | 1,2 |
| | | | | DIV 6/08/06 6/22/06 | | | |
| 6/23 | | | | BANK OF AMERICA | DIV | | 8,9 |
| | | | | DIV 6/02/06 6/23/06 | | | |
| 6/30 | | | | CHECK WIRE | CA | | 300,0 |
| 6/30 | | | | PEPSICO INC | DIV | | 1,9 |
| | | | | DIV 6/09/06 6/30/06 | | | |
| 6/30 | | | | SPRINT NEXTEL CORP | DIV | | 2 |
| | | | | DIV 5/17/06 6/30/06 | | | |

CONTINUED ON PAGE 4