| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London |

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2430
800 334-1343
Fax 212 838-4061

HAVE THIS DAY **CREDITED YOUR**
COUNT WITH THE FOLLOWING:

6/30/06

**CHECK WIRE**                                300,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9412 Direct
757-420-6387 FAX
dbutler@larrymore.com



**Larrymore
Organization, Inc.**

# Fax

| **To:** | Kathy Mitchell | **From:** | Dee L. Butler |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 6|30|06 (dlb) |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | L & I Investments, LLC | | |

Please wire transfer $300,000 from the operating account of L & I Investments, LLC account number #                    as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:  1

FBO:  L & I Investments, LLC

Account #

Dee L. Butler, CPA, CPM

SUNTRUST BANK
P.O. BOX 3833
CENTRAL WIRE FACILITY
ORLANDO, FL 32897

# SUNTRUST

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

PAGE    1

_____

ACCOUNT NUMBER                        DATE 06/30/2006

_____

ADVICE OF WIRE TRANSFER DEBIT(S)

TRANSACTION NUMBER 060630-004500      AMOUNT            $300,000.00
SENT VIA FEDERAL RESERVE
             SENDING BANK:                  CREDIT PARTY:

REAS ESTATE FINANCE-NORFOLK           JPMORGAN CHASE BANK, NA
CS-NOR-1663                           NEW YORK, NY
COURIER                                     BENEFICIARY:
                                      /140081703
                                      BERNARD L. MADOFF
                                           ORIGINATOR TO BENE INFO:
                                      FBO:L & I INVESTMENTS LLC

THE HOURS FOR INITIATING TELEPHONE WIRE TRANSFER REQUESTS ARE 8:30 AM TO
4:30 PM ET.  THIS ADVICE IS YOUR PERMANENT RECORD OF THE TRANSACTIONS.  FOR

INQUIRY, CALL 800-786-8787 AND PROVIDE THE TRANSACTION NUMBER ON THE ADVICE.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

06/30/2006

# SunTrust

## Account Statement

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

NOW IS THE TIME TO TAKE ADVANTAGE OF OUR GREAT CD RATES.
STOP BY YOUR LOCAL BRANCH, CALL 800.SUNTRUST OR VISIT SUNTRUST.COM.
SUNTRUST BANK, MEMBER FDIC.

| Account Summary | Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | 06/01/2006 - 06/30/2006 | |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $508.55 | Average Balance | $97,175.21 |
| Deposits/Credits | $300,000.00 | Average Collected Balance | $87,175.21 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $300,000.00 | | |
| Ending Balance | $508.55 | | |

**Deposits/Credits**

| Date | Amount | Serial # | Description | Date | Amount | Serial # |
|---|---|---|---|---|---|---|
| 06/16 | 200,000.00 | | DEPOSIT | | | |
| 06/29 | 100,000.00 | | FUNDS TRANSFERRED FROM ROUND BAY REALTY | | | |

Deposits/Credits: 2          Total Items Deposited: 2

**Withdrawals/Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 06/30 | 300,000.00 | | OUTGOING FEDWIRE DR TRN #004500 |

Withdrawals/Debits: 1

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/01 | 508.55 | 508.55 | 06/29 | 300,508.55 | 300,508.55 |
| 06/16 | 200,508.55 | 100,508.55 | 06/30 | 508.55 | 508.55 |
| 06/19 | 200,508.55 | 200,508.55 | | | |

Member FDIC

Continued on next page

311362

### *L & I INVESTMENT COMPANY*
### *DAILY SUMMARY OF CASH RECEIPTS*

### DATE: 6/16/2006

| NAME | DATE | REG | RECEIPTS 200,000.00 | SECURITY |
|------|------|-----|---------------------|----------|
|      |      | P R |                     | P R |
| 3WOR | 06/15/06 |  | 100,000.00 |  |
| COLLEGE PARK SQUARE III | 06/15/06 |  | 100,000.00 |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Total deposit/Attach bank receipt |  |  | 200,000.00 |  |

6/16/20069:56 AM

f:\admin\Ppdata\forms\larrym\cashrec2



DEPOSIT AMOUNT:     $200,000.00
ACCOUNT NUMBER:

BUS DATE:06/16/06 CAL DATE:06/16/06 11:13
BATCH ID:     66803583

                              0206





**OCEAN REEF ASSOCIATION, INC.**
6477 College Park Square #306
Virginia Beach, VA 23464
7574203950

WACHOVIA
VIRGINIA BEACH, VA

68-25
510

DATE: June 14, 2006    CHECK NO. 28138    AMOUNT **100,000.00

Pay: *************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF: L & I INVESTMENTS



**COLLEGE PARK SQUARE III ASSOCIATES, L.P.**
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

DATE: June 14, 2006    CHECK NO. 3336    AMOUNT $****100,000.00

Pay: ****************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF: L & I INVESTMENTS, LLC.

# Larrymore
## organization

*11288*
*11280*

June 29, 2006

Debbie Meadows
SunTrust Securities Corporation

Via Fax:    436.4120

Dear Debbie:

Please transfer $ <u>100,000.00</u> from the Round Bay Realty Tax Free Account

to the L & I Investments Account #

Please contact Dee Butler at 757.222.9412 or Karen Bulgarino at 757.222.9413 if there
are any questions.

Please call or fax us a wire confirmation.

Sincerely,

*Dee H Butler*

Dee L. Butler, CPA
Chief Financial Officer

**Mitchell.Kathy**

From:     Mitchell.Kathy
Sent:     Thursday, June 29, 2006 10:42 AM
To:       'Butler, Dee'
Subject:  Round Bay Transfer $100,000

1 - Regarding the transfer request you send to Debbie Meadows – the tax free accounts are tied to specific checking accounts,
this case, the Round Bay Tax Free account is tied to the Round Bay Checking Acct #          . Therefore, the funds were
posited into this account and I am transferring the funds into the L & I Investment Acct #          as you requested.
anks!

athy Mitchell
ommercial Banking Specialist Supervisor
unTrust Bank
eal Estate Finance Group
10 Volvo Parkway, 3rd Floor
hesapeake, VA 23320
OR 1663
ione 757-436-5032; Network #351-5032
ix  757-436-5038; Network #351-5038

*S. Has this ever happened to you?  "I forgot to call the bank today and its after 5:00 PM!"  SunTrust now
ovides our clients with additional assistance from 7:00 AM to 7:00 PM by calling the Commercial Banking
ervice Center (CBSC) at (866) 476-1460.*

**SunTrust Deposit System**
**Monetary Descriptive Transaction**
Keymaster 20  (DESTR)
Enter Tran Code from chart below
Debits and credits must be put on separate sheets!

Bank Number:                0175

Fax To:
678-284-7085, network 355-7085
or email to: ATL.Dataentry

Date:  6/29/06
Center No:
Prepared by:
Approved by:          Kathy Mitchell
Phone Number:       351-5032
                                   4432630

| Account Number | Tran Code | Amount | Transaction Description (optional - see below) |
|---|---|---|---|
|  | 587 | 100,000.00 | Funds transferred from Round Bay Realty Co. # |
|  | 587 |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | **Total** | **100,000.00** |  |

Tran Code 509 - Miscellaneous Credit          Default statement description is Miscellaneous Credit, unless you enter a Transaction Description of 20 characters or less.
Tran Code 809 - Miscellaneous Debit            Default statement description is Miscellaneous Debit, unless you enter a Transaction Description of 20 characters or less.
Tran Code 587 - Telephone Transfer Credit    Statement description will always be Telephone Transfer.  Trans Desc can be used for client name for originator's records only.
Tran Code 735 - Telephone Transfer Debit      Statement description will always be Telephone Transfer.  Trans Desc can be used for client name for originator's records only.

keym monetary descriptive060702.xls

revised 06/07/02

**SunTrust Deposit System**
**Monetary Descriptive Transaction**
**Keymaster 20 (DESTR)**
Enter Tran Code from chart below
Debits and credits must be put on separate sheets!

Bank Number:                    0175

Fax To:
678-284-7085, network 355-7085
or email to: ATL.Dataentry

Date:   6/29/06
Center No:                4432630
Prepared by:
Approved by:    Kathy Mitchell
Phone Number:    351-5032

| Account Number | Tran Code | Amount | Transaction Description (optional - see below) |
|---|---|---|---|
| | 735 | 100,000.00 | Transfer funds to L & I Investment LLC # |
| | 735 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total** | | **100,000.00** | |

Tran Code 509 - Miscellaneous Credit
Tran Code 809 - Miscellaneous Debit
Tran Code 587 - Telephone Transfer Credit
Tran Code 735 - Telephone Transfer Debit

Default statement description is Miscellaneous Credit, unless you enter a Transaction Description of 20 characters or less.
Default statement description is Miscellaneous Debit, unless you enter a Transaction Description of 20 characters or less.
* Statement description will always be Telephone Transfer.  Trans Desc can be used for client name for originator's records only.
Statement description will always be Telephone Transfer.  Trans Desc can be used for client name for originator's records only.

revised 06/07/02

keym monetary descriptive060702.xls

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 7
36/E00/0175/0 /73

06/30/2006


UNTRUST™

# Account Statement

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description | |
|---|---|---|---|---|---|
| | 06/01 | 84.57 | | *ELECTRONIC/ACH DEBIT* HRUBS VA. BEACH | HRSD BILL |
| | 06/01 | 851.02 | | *ELECTRONIC/ACH DEBIT* SUNTRUST BANK | TRANSFER |
| | 06/01 | 851.03 | | *ELECTRONIC/ACH DEBIT* SUNTRUST BANK | TRANSFER |
| | 06/01 | 851.03 | | *ELECTRONIC/ACH DEBIT* SUNTRUST BANK | TRANSFER |
| | 06/01 | 14,600.16 | | *ELECTRONIC/ACH DEBIT* LAUREATE CAPITAL | 1ST AUTO |
| | 06/02 | 169.82 | | *ELECTRONIC/ACH DEBIT* DOMINION VAPOWER | ELEC BILL |
| | 06/02 | 174.09 | | *ELECTRONIC/ACH DEBIT* DOMINION VAPOWER | ELEC BILL |
| | 06/05 | 1,500.00 | | *ELECTRONIC/ACH DEBIT* SUNTRUST BANK | TRANSFER |
| | 06/07 | 59.19 | | *ELECTRONIC/ACH DEBIT* VIRGINIA NATURAL | AUTO DRAFT |
| | 06/07 | 118.65 | | *ELECTRONIC/ACH DEBIT* VIRGINIA NATURAL | AUTO DRAFT |
| | 06/07 | 165.46 | | *ELECTRONIC/ACH DEBIT* VIRGINIA NATURAL | AUTO DRAFT |
| | 06/09 | 380.32 | | MISCELLANEOUS DEBIT | |
| | 06/12 | 830.00 | | DEPOSITED ITEM RETURNED | |
| | 06/13 | 109.07 | | *ELECTRONIC/ACH DEBIT* WASTE INDUSTRIES | EBILL PMTS |
| | 06/20 | 36.84 | | *ELECTRONIC/ACH DEBIT* COX COMM HRD | BANK DRAFT |
| | 06/22 | 58.40 | | *ELECTRONIC/ACH DEBIT* DOMINION VAPOWER | ELEC BILL |
| | 06/23 | 2.05 | | *ELECTRONIC/ACH DEBIT* VERIZON | PaymentREC |
| | 06/27 | 481.73 | | *ELECTRONIC/ACH DEBIT* HRUBS VA. BEACH | HRSD BILL |
| | 06/27 | 781.60 | | *ELECTRONIC/ACH DEBIT* HRUBS VA. BEACH | HRSD BILL |
| | 06/27 | 1,095.60 | | *ELECTRONIC/ACH DEBIT* HRUBS VA. BEACH | HRSD BILL |
| | 06/29 | 100,000.00 | | TRANSFER FUNDS TO L&I INVESTMENT LLC | |

Withdrawals/Debits: 21

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 06/01 | 19,696.63 | 19,696.63 | 06/16 | 51,782.73 | 51,782.73 |
| | 06/02 | 43,155.65 | 21,771.65 | 06/19 | 54,477.95 | 51,318.95 |
| | 06/05 | 41,310.71 | 35,193.71 | 06/20 | 53,669.40 | 52,552.40 |
| | 06/06 | 57,301.50 | 36,923.50 | 06/21 | 53,620.40 | 52,503.40 |
| | 06/07 | 57,055.45 | 51,203.45 | 06/22 | 53,423.41 | 53,382.41 |
| | 06/08 | 57,055.45 | 51,925.45 | 06/23 | 45,314.70 | 44,534.70 |
| | 06/09 | 56,675.13 | 56,675.13 | 06/26 | 44,799.88 | 44,019.88 |
| | 06/12 | 55,135.95 | 54,305.95 | 06/27 | 40,970.95 | 40,970.95 |
| | 06/13 | 56,085.83 | 54,198.83 | 06/28 | 41,117.45 | 40,973.45 |
| | 06/14 | 55,845.83 | 55,381.83 | 06/29 | 41,097.08 | 41,033.08 |
| | 06/15 | 52,949.12 | 52,512.12 | 06/30 | 41,097.08 | 41,061.08 |

# THIRD QUARTER 2006

# SECTION III – C (2)

# (NOT APPLICABLE)

**L&I INVESTMENTS LLC**
**INVESTMENT IN BERNARD L. MADOFF**
**4TH QUARTER, 2006**

**(1) FUNDS RECEIVED BY L&I INVESTMENT LLC FROM ITS MEMBERS THAT WERE TRANSFERRED TO MADOFF**

| DATE DEPOSITED INTO L&I BANK A/C | MEMBER | AMOUNT | DEPOSIT TOTAL |
|---|---|---|---|
| 9/29/2006 | BWCI, Inc. | 200,000 | |
| 9/29/2006 | College Park Square IV Assoc. | 100,000 | |
| 9/29/2006 | Goldfrost Company LLP | 100,000 | |
| 9/29/2006 | Lawrence J. Goldrich Foundation | 200,000 | |
| 9/29/2006 | Oceana Properties LLC | 100,000 | |
| 9/29/2006 | Stony Run II Company | 100,000 | |
| 9/29/2006 | West Point Square LLC | 100,000 | |
| | | | 900,000 |
| 9/28/2006 | Ocean Reef Rental Pool | 300,000 | 300,000 |
| **10/2/2006** | **TOTAL TRANSFERRED BY L&I INV** | **1,200,000** | 1,200,000 |

**(2) DIRECT FUND TRANSFERS TO MADOFF FROM MEMBERS OF L&I INVESTMENT LLC**

| DATE | MEMBER | AMOUNT |
|---|---|---|
| 10/2/2006 | 1984 Goldrich Family Trust | 100,000 |
| 10/3/2006 | Lauren Goldrich Irrev Trust #3 | 200,000 |
| 10/11/2006 | I.William Berger | 300,000 |
| 10/11/2006 | Lauren Goldrich Irrev Trust #3 | 200,000 |
| 10/11/2006 | 1984 Goldrich Family Trust | 300,000 |
| 10/3/2006 | Janice Goldrich Irrev Trust | 100,000 |
| 10/13/2006 | Janice Goldrich Irrev Trust | 200,000 |
| | **TOTAL DIRECT TRANSFERS** | **1,400,000** |

**TOTAL OF TRANSFERS 4TH QTR 2006**          **2,600,000**

MADF | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

L & I INVESTMENT LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH      VA    23464

**10/31/06**    Page 1

| DATE | BOUGHT OR RECEIVED IN SHORT | TIN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|
| | | | BALANCE FORWARD | | 642,265.26 | |
| 10/02 | | | CHECK WIRE | | | 1,200,000.00 |
| 10/02 | | | CHECK WIRE | | | 1,000,000.00 |
| 10/02 | | | COCA COLA CO | CA | | 2,659.80 |
| 10/02 | | | DIV 9/15/06 10/01/05 | DIV | | 3,305.80 |
| 10/02 | 1,300,000 | 47633 | MERCK & CO | DIV | | |
| | | | DIV 9/01/06 10/02/06 | | | |
| | | | U S TREASURY BILL | 98.942 | 1,286,246.00 | |
| | | | DUE 12/21/2005 | | | |
| 10/02 | 13,754 | 47634 | FIDELITY SPARTAN | | | |
| | | | DIV 12/21/2006 | 1 | 13,754.00 | |
| | | | U S TREASURY MONEY MARKET | | | |
| 10/02 | | | FIDELITY SPARTAN | 1 | 13,754.00 | 200,000.00 |
| 10/03 | 200,000 | 47688 | CHECK WIRE | 98.751 | 197,507.00 | |
| 10/09 | | | U S TREASURY BILL | | | |
| | | | DUE 12/21/2006 | | | |
| | | | 12/21/2006 | | | |
| 10/03 | 2,098 | 47689 | FIDELITY SPARTAN | 1 | 2,098.00 | |
| 10/04 | | | U S TREASURY MONEY MARKET | | | |
| | | | HEWLETT PACKARD CO | DIV | | 950.40 |
| | | | DIV 9/13/06 10/04/06 | | | |
| 10/06 | | | SCHLUMBERGER LTD | DIV | | 618.75 |
| | | | DIV 9/06/06 10/06/06 | | | |
| 10/10 | | | ALTRIA GROUP INC | DIV | | 7,378.00 |
| | | | DIV 9/15/06 10/10/06 | | | |
| | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENT LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

**PAGE 2**    **10/31/06**

| DATE | AMOUNT DEBITED | TRAN CODE | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 10/11 | | | CHECK WIRE | CA | | 300,000.00 |
| 10/11 | | | CHECK WIRE | CA | | 200,000.00 |
| 10/11 | | | CHECK WIRE | CA | | 300,000.00 |
| 10/11 | 800,000 | 51109 | U S TREASURY BILL | 99.038 | 792,304.00 | |
| | | | DUE 12/21/2006 | | | |
| 10/11 | 77,996 | 51142 | FIDELITY SPARTAN | 1 | 77,996.00 | |
| | | | U S TREASURY MONEY MARKET 12/21/2006 | | | |
| 10/12 | | | CHECK WIRE | CA | | 100,000.00 |
| 10/12 | 100,000 | 51187 | U S TREASURY BILL | 99.045 | 99,045.00 | |
| | | | DUE 12/21/2006 | | | |
| 10/12 | 955 | 51188 | FIDELITY SPARTAN | 1 | 955.00 | |
| | | | U S TREASURY MONEY MARKET | | | |
| 10/13 | | | CHECK WIRE | CA | | 200,000.00 |
| 10/13 | 200,000 | 51230 | U S TREASURY BILL | 99.098 | 198,196.00 | |
| | | | DUE 12/21/2006 | | | |
| 10/16 | 1,804 | 51231 | FIDELITY SPARTAN | 1 | 1,804.00 | |
| | | | U S TREASURY MONEY MARKET | | | |
| 10/17 | | | FIDELITY SPARTAN | DIV | | 258.71 |
| | | | U S TREASURY MONEY MARKET DIV 10/31/06 | | | |
| 10/17 | 92,892 | 52190 | FIDELITY SPARTAN | 1 | 92,892.00 | |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

E HAVE THIS DAY CREDITED YOUR
CCOUNT WITH THE FOLLOWING:

10/02/06

CHECK WIRE                                           1,200,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH         VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



**Larrymore
Organization, Inc.**

# Fax

| **To:** | Kathy Mitchell | **From:** | Karen Bulgarino |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 10/02/06 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | L & I Investments, LLC | | |

Please wire transfer $1,200,000 from the operating account of L & I Investments, LLC account number #                    as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

*Karen T. Bulgarino*

Karen T. Bulgarino, Controller

.SUNTRUST BANK
P.O. BOX 3833
CENTRAL WIRE FACILITY
ORLANDO, FL 32897

# SUNTRUST

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

PAGE   1

ACCOUNT NUMBER                          DATE 10/02/2006

## ADVICE OF WIRE TRANSFER DEBIT(S)

TRANSACTION NUMBER 061002-006818        AMOUNT              $1,200,000.00
SENT VIA FEDERAL RESERVE
          SENDING BANK:                         CREDIT PARTY:

REAS ESTATE FINANCE-NORFOLK             JPMORGAN CHASE BANK, NA
CS-NOR-1663                             NEW YORK, NY
COURIER                                         BENEFICIARY:
                                        /140081703
                                        BERNARD MADOFF
                                             ORIGINATOR TO BENE INFO:
                                        FBO L & I INVESTMENTS LLC

THE HOURS FOR INITIATING TELEPHONE WIRE TRANSFER REQUESTS ARE 8:30 AM TO
4:30 PM ET.  THIS ADVICE IS YOUR PERMANENT RECORD OF THE TRANSACTIONS.  FOR

INQUIRY, CALL 800-786-8787 AND PROVIDE THE TRANSACTION NUMBER ON THE ADVICE.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

SUNTRUST™

# Account Statement

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

EFFECTIVE SEPTEMBER 15, 2006, A NEW RULE MAKES SOME BUSINESS CHECKS ELIGIBLE FOR CONVERSION TO ELECTRONIC DEBITS. TO BETTER UNDERSTAND THIS NEW RULE AND ITS POSSIBLE IMPACT ON YOUR ACCOUNT, VISIT SUNTRUST.COM/CHECKCONVERSION

**Account Summary**

| Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|
| ANALYZED BUSINESS CHECKING | | 09/01/2006 - 09/30/2006 | |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $508.55 | Average Balance | $90,508.55 |
| Deposits/Credits | $1,200,000.00 | Average Collected Balance | $90,508.55 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $1,200,508.55 | | |

**Deposits/Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|
| 09/29 | 900,000.00 | | DEPOSIT | | | |
| 09/28 | 300,000.00 | | ELECTRONIC/ACH CREDIT | | | |
| | | | FEDERATED INVEST   HDQ-3118 | | 90518802 | |

Deposits/Credits: 2          Total Items Deposited: 7

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 09/01 | 508.55 | 508.55 | 09/29 | 1,200,508.55 | 1,200,508.55 |
| 09/28 | 300,508.55 | 300,508.55 | | | |

310853

Member FDIC

Continued on next page

### *L & I INVESTMENT*
### *DAILY SUMMARY OF CASH RECEIPTS*

## DATE: 9/29/2006

| NAME | DATE | REG | RECEIPTS 900,000.00 | SECURITY |
|------|------|-----|---------------------|----------|
|      |      | P R |                     | P R |
| LAWRENCE J GOLDRICH FOUNDATION | 09/28/06 | | 200,000.00 | |
| GOLDFROST COMPANY | 09/28/06 | | 100,000.00 | |
| WEST POINT SQUARE | 09/28/06 | | 100,000.00 | |
| OCEANA PROPERTIES | 09/28/06 | | 100,000.00 | |
| COLLEGE PARK SQUARE IV | 09/28/06 | | 100,000.00 | |
| STONY RUN CO CDA | 09/28/06 | | 100,000.00 | |
| BWCI | 09/28/06 | | 200,000.00 | |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **Total deposit/Attach bank receipt** |  |  | 900,000.00 | |

f:\admin\Ppdata\forms\larrym\cashrec2



DEPOSIT AMOUNT:     $900,000.00
ACCOUNT NUMBER:

BUS DATE:09/29/06 CAL DATE:09/29/06 11:05
BATCH ID:     66802652
                              0206



CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.



Lawrence J. Goldrich Foundation
6477 College Park Square #306
Virginia Beach, VA 23464-3609
7574203950

SUNTRUST
VIRGINIA BEACH, VA

68-2
510

DATE        CHECK NO.        AMOUNT
September 27, 2006    4023    $****200,000.00

Pay: *****************************Two hundred thousand dollars and no cents

PAY
TO THE
ORDER OF    L & I INVESTMENT



GOLDFROST COMPANY
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

DATE        CHECK NO.        AMOUNT
September 27, 2006    5412    $****100,000.00

Pay: *****************************One hundred thousand dollars and no cents

PAY
TO THE
ORDER OF    L & I INVESTMENTS, LLC.



WEST POINT SQUARE LLC
757-420-3950
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

DATE        CHECK NO.        AMOUNT
September 27, 2006    2027    $****100,000.00

Pay: *****************************One hundred thousand dollars and no cents

PAY
TO THE
ORDER OF    L & I INVESTMENTS, LLC.

**Oceana Properties L.L.C.**
757-420-3950
6477 College Park Square
Suite 306
Virginia Beach, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| September 27, 2006 | 6018 | $****100,000.00 |

Pay: *******************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF    L & I INVESTMENTS, LLC

---

**College Park Square IV Associates**
6477 College Park Square #306
Virginia Beach, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| September 27, 2006 | 5309 | $****100,000.00 |

Pay: *******************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF    L & I INVESTMENTS

---

**STONY RUN COMPANY CDA**
757-420-3950
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| September 27, 2006 | 2080 | $****100,000.00 |

Pay: *******************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF    L & I INVESTMENTS, LLC

---

**BWCI Inc.**
t/a Best Western Center Inn
6477 College Park Square #306
Virginia Beach, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| September 27, 2006 | 29601 $ | **200,000.00 |

Pay: *******************************Two hundred thousand dollars and no cents

PAY TO THE ORDER OF    L & I INVESTMENTS, LLC





September 28, 2006


Debbie Meadows
SunTrust Securities Corporation

Via Fax:    436-4120

Dear Debbie:

Please transfer $ 300,000.00 from the Best Western Ocean Reef Virginia Tax Free

Account #              to the L & I Investment Operating Account #                          1.

Please contact Karen Bulgarino at 757-222-9413 if there are any questions.

Please call or fax us a wire confirmation.

Very truly yours,

Karen Bulgarino
Controller