

# Account Confirmation

**Federated**
WORLD-CLASS INVESTMENT MANAGER®

**September 28, 2006**          Page 1 of 1

OCEAN REEF ASSOCIATION, INC.
T/A BEST WESTERN OCEAN REEF
ATTN: RON HURWITZ
6477 COLLEGE PARK SQ STE 306
VIRGINIA BCH VA 23464-3611

000159

*Investor Reference No.*

*Account Access*          FederatedInvestors.com

*Investment Professional*

SUNTRUST INVESTMENT SERVICES INC
303 PEACHTREE ST STE BL-01
ATLANTA GA 30308-3201
70637-004
ROLSON 061000104 1000004969714

*Additional account access information is on the reverse side.*

Are you planning to move or did you transfer your account to a new registration? In January, you will receive tax forms for each account that was open during the calendar year. To receive your tax forms, confirms, or statements in a timely manner, please be sure to notify Federated if your address changes. Thank you!

## Account Activity

VIRGINIA MUNICIPAL CASH TRUST SS          Fund Number 29          Ticker Symbol VKX

| Account Number | Account Type | Account Owner | | | Account Owner Birthdate |
|---|---|---|---|---|---|
| | REGULAR | OCEAN REEF ASSOCIATION, INC. T/A BEST WESTERN OCEAN REEF ATTN: RON HURWITZ | | | Please Provide |

| Trade Date | Transaction Description | Dollar Amount of Transaction | Price Per Share | Shares This Transaction | Total Shares Owned |
|---|---|---|---|---|---|
| | BEGINNING BALANCE | | | | 651,521.2200 |
| 09/28/06 | SAME DAY WIRE REDEMPTION | 300,000.00- | 1.00 | 300,000.0000- | 351,521.2200 |
| 09/28/06 | NAME CHANGE | 0.00 | 0.00 | 0.0000 | 351,521.2200 |
| | ENDING BALANCE AS OF 09/28/2006 | 351,521.22 | | | 351,521.2200 |

······································································································· ✂

## Adding to Your Investment

**Federated.**

VIRGINIA MUNICIPAL CASH TRUST SS          Fund Number 29          Ticker Symbol VKX

**To Make Investments by Mail**
Mail this completed form with your check payable to Federated in the enclosed envelope.

**Address Changes?**
Visit us online at Federatedinvestors.com and click on Account Access or indicate any changes on the back of this form and return the stub to Federated.

*Account Number*          *Account Type*
REGULAR

*Account Owner*
OCEAN REEF ASSOCIATION, INC.
T/A BEST WESTERN OCEAN REEF
ATTN: RON HURWITZ
6477 COLLEGE PARK SQ STE 306
VIRGINIA BCH VA 23464-3611

FEDERATED
P.O. BOX 8604
BOSTON, MA 02288-8604

| *Additional Investment Amount $* |
|---|

 

0  0000 00000000 09051AA02001 000002A2

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

HAVE THIS DAY CREDITED YOUR
COUNT WITH THE FOLLOWING:

10/02/06

CHECK WIRE                                          100,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH       VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax

| To: | Kathy Mitchell | From: | Karen Bulgarino |
|---|---|---|---|
| Fax: | 757-436-5038 | Pages: | 1 |
| Phone: | 757-436-5032 | Date: | 10/02/06 |
| Re: | Wire Transfer | CC: | Lawrence J. Goldrich |
| | 1984 Goldrich Family Irrevocable Trst | | |

Please wire transfer $100,000 from the operating account of the 1984 Goldrich Family Irrevocable Trust account number # _____ as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #



Karen T. Bulgarino, Controller



SUNTRUST BANK
P.O. BOX 3833
CENTRAL WIRE FACILITY
ORLANDO, FL 32897

# SUNTRUST

1984 GOLDRICH FAMILY IRREVOCABLE TR
6477 COLLEGE PARK SQ
VIRGINIA BEACH VA 23464-3611

PAGE    1

ACCOUNT NUMBER                              DATE 10/02/2006

## ADVICE OF WIRE TRANSFER DEBIT(S)

TRANSACTION NUMBER 061002-007062        AMOUNT            $100,000.00
SENT VIA FEDERAL RESERVE
            SENDING BANK:                     CREDIT PARTY:

REAS ESTATE FINANCE-NORFOLK         JPMORGAN CHASE BANK, NA
CS-NOR-1663                          NEW YORK, NY
COURIER                                        BENEFICIARY:
                                    /140081703
                                    BERNARD L MADOFF
                                        ORIGINATOR TO BENE INFO:
                                    FBO: L&I INVESTMENTS LLC ACCT

THE HOURS FOR INITIATING TELEPHONE WIRE TRANSFER REQUESTS ARE 8:30 AM TO
4:30 PM ET.  THIS ADVICE IS YOUR PERMANENT RECORD OF THE TRANSACTIONS.  FOR

INQUIRY, CALL 800-786-8787 AND PROVIDE THE TRANSACTION NUMBER ON THE ADVICE.

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

.VE THIS DAY CREDITED YOUR
JNT WITH THE FOLLOWING:

10/03/06

CHECK WIRE

200,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA  23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax

| To: | Kathy Mitchell | From: | Karen Bulgarino |
|---|---|---|---|
| Fax: | 757-436-5038 | Pages: | 1 |
| Phone: | 757-436-5032 | Date: | 10/02/06 |
| Re: | Wire Transfer | CC: | Lawrence J. Goldrich |
| | Lauren Goldrich Irrev Trust #3 | | |

Please wire transfer $200,000 from the operating account of the Lauren Goldrich Irrevocable Trust #3 account number #          as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #



Karen T. Bulgarino, Controller

SUNTRUST BANK
P.O. BOX 3833
CENTRAL WIRE FACILITY
ORLANDO, FL 32897

# SUNTRUST

THE LAUREN JAY GOLDRICH IRREVOCABLE
TRUST NO 3 - 1996
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

AGE    1

CCOUNT NUMBER                          DATE 10/03/2006

DVICE OF WIRE TRANSFER DEBIT(S)

RANSACTION NUMBER 061003-007702      AMOUNT              $200,000.00
ENT VIA FEDERAL RESERVE
            SENDING BANK:                    CREDIT PARTY:

EAS ESTATE FINANCE-NORFOLK           JPMORGAN CHASE BANK, NA
S-NOR-1663                           NEW YORK, NY
OURIER                                       BENEFICIARY:
                                     /140081703
                                     BERNARD L MADOFF
                                         ORIGINATOR TO BENE INFO:
                                     FBO L AND I INVESTMENTS LLC ACCT #

THE HOURS FOR INITIATING TELEPHONE WIRE TRANSFER REQUESTS ARE 8:30 AM TO
4:30 PM ET.  THIS ADVICE IS YOUR PERMANENT RECORD OF THE TRANSACTIONS.  FOR

INQUIRY, CALL 800-786-8787 AND PROVIDE THE TRANSACTION NUMBER ON THE ADVICE.

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/11/06

CHECK WIRE                                          300,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Lauren Weinburg | **From:** | I. William Berger |
| | **Bank of America Investment Services** | | |
| **Fax:** | 757-441-8067 | **Pages:** | 1 |
| **Phone:** | 757-441-4030 | **Date:** | 10/10/06 |
| **Re:** | Wire Transfer | **CC:** | Karen T. Bulgarino |
| | I. William Berger | | |

Please wire transfer $300,000 from the checking account of I. William Berger account number
#             as follows:

JP Morgan Chase Bank

  40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

    Account #

I. William Berger

# Bank of America

PAGE 1 OF 1
BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY         PA6-580-04-05
SCRANTON, PA          18507

I WILLIAM BERGER
C/O LARRYMORE ORGANIZATION
6477 COLLEGE PARK SQUARE  306
VIRGINIA BEACH VA  23464-3611

DATE: 10/11/06
DIRECT INQUIRIES TO:
800.333.9473 OPTION 3
ACCOUNT:

HE FOLLOWING WIRE WAS DEBITED TODAY:

USD AMOUNT $300,000.00

| | |
|---|---|
| RANSACTION REF: | 2006101100173862 |
| ELATED REF: | 01061011003600NN |
| RIGINATOR: | I WILLIAM BERGER |
| NSTRUCTING BANK: | BANK OF AMERICA NA - BFT |
| ENEFICIARY: | BERNARD L MADOFF |
| ENEFICIARY'S BANK: | JPMORGAN CHASE BANK, N.A. |

SERVICE REF: 002597
IMAD: 20061011B6B7HU8R002597
ID: 000081369281
ID: BFTA
ID: 140081703
ID: 021000021

AYMENT DETAIL:      FBO: L I INVESTMENTS LLC

885 Third Avenue
New York, NY 10022
212 230-2424

**BERNARD L. MADOFF**
MADF | INVESTMENT SECURITIES LLC
New York □ London

P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

E HAVE THIS DAY **CREDITED YOUR**
CCOUNT WITH THE FOLLOWING:

10/11/06

**CHECK WIRE**

200,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH          VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax

| To: | Kathy Mitchell | From: | Karen Bulgarino |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 10/10/06 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Lauren Goldrich Irrev Trust #3 | | |

Please wire transfer $200,000 from the operating account of the Lauren Goldrich Irrevocable
Trust #3 account number #          as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #



Karen T. Bulgarino, Controller

SUNTRUST BANK
P.O. BOX 3833
CENTRAL WIRE FACILITY
ORLANDO, FL 32897

# SUNTRUST

THE LAUREN JAY GOLDRICH IRREVOCABLE
TRUST NO 3 - 1996
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

PAGE    1

ACCOUNT NUMBER                                    DATE 10/11/2006

ADVICE OF WIRE TRANSFER DEBIT(S)

TRANSACTION NUMBER 061011-007306        AMOUNT              $200,000.00
SENT VIA FEDERAL RESERVE
             SENDING BANK:                    CREDIT PARTY:

REAS ESTATE FINANCE-NORFOLK          JPMORGAN CHASE BANK, NA
CS-NOR-1663                          NEW YORK, NY
COURIER                                       BENEFICIARY:
                                     /140081703
                                     BERNARD L MADOFF
                                           ORIGINATOR TO BENE INFO:
                                     FBO: L&I INVESTMENTS, LLC, #

THE HOURS FOR INITIATING TELEPHONE WIRE TRANSFER REQUESTS ARE 8:30 AM TO
4:30 PM ET.  THIS ADVICE IS YOUR PERMANENT RECORD OF THE TRANSACTIONS.  FOR

INQUIRY, CALL 800-786-8787 AND PROVIDE THE TRANSACTION NUMBER ON THE ADVICE.

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

E HAVE THIS DAY CREDITED YOUR
CCOUNT WITH THE FOLLOWING:

10/11/06

CHECK WIRE                                          300,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH          VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax

| To: | Kathy Mitchell | From: | Karen Bulgarino |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 10/10/06 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | 1984 Goldrich Family Irrevocable Trst | | |

Please wire transfer $300,000 from the operating account of the 1984 Goldrich Family
Irrevocable Trust account number #            as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #



Karen T. Bulgarino, Controller

SUNTRUST BANK
P.O. BOX 3833
CENTRAL WIRE FACILITY
ORLANDO, FL 32897

# SUNTRUST

1984 GOLDRICH FAMILY IRREVOCABLE TR
6477 COLLEGE PARK SQ
VIRGINIA BEACH VA 23464-3611

PAGE   1

ACCOUNT NUMBER                          DATE 10/11/2006

ADVICE OF WIRE TRANSFER DEBIT(S)

TRANSACTION NUMBER 061011-007248      AMOUNT              $300,000.00
SENT VIA FEDERAL RESERVE
              SENDING BANK:                 CREDIT PARTY:

REAS ESTATE FINANCE-NORFOLK          JPMORGAN CHASE BANK, NA
CS-NOR-1663                          NEW YORK, NY
COURIER                                        BENEFICIARY:
                                     /140081703
                                     BERNARD L MADOFF
                                           ORIGINATOR TO BENE INFO:
                                     FBO: L&I INVESTMENTS LLC, #

THE HOURS FOR INITIATING TELEPHONE WIRE TRANSFER REQUESTS ARE 8:30 AM TO
4:30 PM ET.  THIS ADVICE IS YOUR PERMANENT RECORD OF THE TRANSACTIONS.  FOR

INQUIRY, CALL 800-786-8787 AND PROVIDE THE TRANSACTION NUMBER ON THE ADVICE.

| MADF | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London |

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

HAVE THIS DAY CREDITED YOUR
COUNT WITH THE FOLLOWING:

10/12/06

CHECK WIRE                                    100,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Sean Pepe | **From:** | I. William Berger |
| | SunTrust Investment Services | | |
| **Fax:** | 757-597-7209 | **Pages:** | 1 |
| **Phone:** | 757-873-7539 | **Date:** | 10/03/06 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Janice T. Goldrich Irrev Trust – 2000 | | Karen T. Bulgarino |

Please wire transfer $100,000 from the operating account of the Janice T. Goldrich Irrevocable Trust  account number #            |as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

I. William Berger, Trustee

NATIONAL FINANCIAL SERVICES LLC

SUNTRUST INVESTMENT SERVICES INC
11 SOUTH 10TH STREET
RICHMOND       VA 23219

I WILLIAM BERGER TTEE
JANICE T GOLDRICH REV TRUST 2000
6477 COLLEGE PARK SQUARE
# 306
VIRGINIA BEACH VA 23464

## Transaction Confirmation

Brokerage Account Number:
Transaction Reference Number:            36472051

National Financial Services LLC (NFS) is writing to confirm a recent bank wire disbursement
from your brokerage account. NFS provides clearing and other related services on behalf of
SUNTRUST INVESTMENT SERVICES INC.

Listed below is confirmation of a transaction requested on your behalf:

Date of Transaction: October 03, 2006
Bank Wire Amount: $100,000.00
Bank Name: CHASE MANHATTAN BANK
Bank Routing Number:
For Credit to: BERNARD L. MADOFF
Bank Account Number:

Please review this information carefully. If you have any questions, please contact
SUNTRUST INVESTMENT SERVICES INC at 800-874-4770. If you did not authorize this
transaction, or believe this transaction was made in error, you may contact NFS directly at
617-563-5977.

National Financial Services LLC

361207

National Financial Services LLC, Member NYSE, SIPC

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

E HAVE THIS DAY CREDITED YOUR
CCOUNT WITH THE FOLLOWING:                                    10/16/06

| CHECK WIRE | 200,000.00 |

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH          VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax

| To: | Sean Pepe | From: | I. William Berger |
|---|---|---|---|
| | **SunTrust Investment Services** | | |
| **Fax:** | 757-597-7209 | **Pages:** | 1 |
| **Phone:** | 757-873-7539 | **Date:** | 10/11/06 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Janice T. Goldrich Irrev Trust – 2000 | | Karen T. Bulgarino |

Please wire transfer $200,000 from the Investment Account #                    checking account #
of the Janice T. Goldrich Irrevocable Trust  account as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

I. William Berger, Trustee

*Please call to confirm this wire has been sent, as well as reserding the previous wire request that was returned*

NATIONAL FINANCIAL SERVICES LLC

SUNTRUST INVESTMENT SERVICES INC
11 SOUTH 10TH STREEST
RICHMOND       VA 23219


I WILLIAM BERGER TTEE
JANICE T GOLDRICH REV TRUST 2000
6477 COLLEGE PARK SQUARE
# 306
VIRGINIA BEACH VA 23464


**Transaction Confirmation**

Brokerage Account Number:
Transaction Reference Number:            36503166

National Financial Services LLC (NFS) is writing to confirm a recent bank wire disbursement from your brokerage account. NFS provides clearing and other related services on behalf of SUNTRUST INVESTMENT SERVICES INC.

Listed below is confirmation of a transaction requested on your behalf:

Date of Transaction: October 13, 2006
Bank Wire Amount: $200,000.00
Bank Name: CHASE MANHATTAN BANK
Bank Routing Number:
For Credit to: BERNARD L MADOFF
Bank Account Number:

Please review this information carefully. If you have any questions, please contact SUNTRUST INVESTMENT SERVICES INC at 800-874-4770. If you did not authorize this transaction, or believe this transaction was made in error, you may contact NFS directly at 617-563-5977.


**National Financial Services LLC**


361207

L&I Investments, LLC
Claim
Bernard L. Madoff Investments, LLC

BINDER #2 of 2

Table of Contents

**Section IV**   **2007 Transfers To and From Bernard L. Madoff Investments, LLC**

    A.  First Quarter 2007 – (inclusive of worksheet and Madoff Statement)

        (1)   L&I transfers to and from Madoff

            •  Members contributions to L&I Investments, LLC

        (2)   Direct Transfers to Bernard M. Madoff from Members of L&I Investments, LLC

    B.  Second Quarter 2007 – (inclusive of worksheet and Madoff Statement)

        (3)   L&I transfers to and from Madoff

            •  Members contributions to L&I Investments, LLC
            •  Disbursements by L&I Investments, LLC to Members

        (2)   Direct Transfers to Bernard M. Madoff from Members of L&I Investments, LLC

    C.  Third Quarter 2007 – (inclusive of worksheet and Madoff Statement)

        (1)   L&I transfers to and from Madoff

            •  Disbursements by L&I Investments, LLC to Members

        (2)   Direct Transfers to Bernard M. Madoff from Members of L&I Investments, LLC – (Not Applicable)

    D.  Fourth Quarter 2007 – (inclusive of worksheet and Madoff Statement)

        (1)   L&I transfers to and from Madoff

            •  Members contributions to L&I Investments, LLC
            •  Disbursements by L&I Investments, LLC to Members
            •  Exchange of Interest Agreements by Members

        (2)   Direct Transfers to Bernard M. Madoff from Members of L&I Investments, LLC

## Section V   2008 Transfers To and From Bernard L. Madoff Investments, LLC

    A.  First Quarter 2008 – (inclusive of worksheet and Madoff Statement)

        (1)   L&I transfers to and from Madoff

- Members contributions to L&I Investments, LLC
- Disbursements by L&I Investments, LLC to Members

        (2)   Direct Transfers to Bernard M. Madoff from Members of L&I Investments, LLC – (Not Applicable)

    B.  Second Quarter 2008 – (inclusive of worksheet and Madoff Statement)

        (1)   L&I transfers to and from Madoff –

- Members contributions to L&I Investments, LLC
- Disbursements by L&I Investments, LLC to Members

        (2)   Direct Transfers to Bernard M. Madoff from Members of L&I Investments, LLC – (Not Applicable)

    C.  Third Quarter 2008 – (inclusive of worksheet and Madoff Statement)

        (1)   L&I transfers to and from Madoff

- Members contributions to L&I Investments, LLC
- Disbursements by L&I Investments, LLC to Members

        (2)   Direct Transfers to Bernard M. Madoff from Members of L&I Investments, LLC – (Not Applicable)

    D.  Fourth Quarter 2008 – (inclusive of worksheet and Madoff Statement)

        (1)   L&I transfers to and from Madoff

- Members contributions to L&I Investments, LLC
- Disbursements by L&I Investments, LLC to Members

        (2)   Direct Transfers to Bernard M. Madoff from Members of L&I Investments, LLC – (Not Applicable)

**Sections I, II and III are located in Binder #1 of 2.**

| | |
|---|---|
| Contact: | I. William Berger |
| Address: | 6477 College Park Square, Suite 306 Virginia Beach, Virginia 23464 |
| Telephone: | (757) 222-9410 |
| Facsimile: | (757) 424-1435 |

# L & I INVESTMENTS LLC

## 2007 TRANSFERS TO/FROM BERNARD MADOFF

### BREAKDOWN OF MEMBER CONTRIBUTIONS/WITHDRAWALS BY QUARTER FOR 2007

**2007**

| MEMBER | 1st Quarter 2007 | | | | | 2nd Quarter 2007 | | | | | 3rd Quarter 2007 | | | | | 4th Quarter 2007 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Contribution | Withdrawal | Qtrly Total | Trsf Ref | Date | Contribution | Withdrawal | Qtrly Total | Trsf Ref | Date | Contribution | Withdrawal | Qtrly Total | Trsf Ref | Date | Contribution | Withdrawal | Qtrly Total | Trsf Ref |
| 1984 Goldrich Family Irrevocable Trust | 1/4/2007 | 100,000 | | 100,000 | 1 | 4/2/2007 | 200,000 | | 200,000 | 1 | | | | | | | | | | |
| 444 East 75th Street Venture | 1/5/2007 | 100,000 | | 100,000 | 1 | | | | | | | | | | | | | | | |
| 444 Investment Group LLC | | | | | | | | | | | 7/6/2007 | | (100,000) | (100,000) | 1 | | | | | |
| Banbury Lake Village Co. LLP | 1/4/2007 | 300,000 | | 300,000 | 1 | | | | | | | | | | | | | | | |
| BYCL Inc | 1/4/2007 | 200,000 | | 200,000 | 1 | 4/2/2007 | | (100,000) | (100,000) | 1 | | | | | | | | | | |
| Ocean Real Rental Pool | | | | | | 4/2/2007 | | (100,000) | (100,000) | 1 | | | | | | 10/5/2007 | 100,000 | | 100,000 | |
| Chesapeake Investment Company LLP | | | | | | 4/2/2007 | 100,000 | | 100,000 | 1 | | | | | | | | | | |
| College Park Square III Associates LLLP | | | | | | | | | | | | | | | | | | | | |
| College Park Square IV Associates LLLP | 1/4/2007 | 300,000 | | 300,000 | 1 | 4/2/2007 | 100,000 | | 100,000 | 1 | | | | | | 10/5/2007 | 200,000 | | 200,000 | |
| Goldrich Company LLLP | | | | | | | | | | | | | | | | 10/5/2007 | 250,000 | | 250,000 | |
| Grace Unland's Total U/A dated 9/11/90 | | | | | | | | | | | 7/6/2007 | | (250,000) | (250,000) | 1 | 10/5/2007 | 150,000 | | 150,000 | |
| I William Berger | 1/4/2007 | 800,000 | | 600,000 | 2 | | | | | | | | | | | 10/5/2007 | 250,000 | | 250,000 | |
| Janice T. Goldrich | 1/5/2007 | 200,000 | | 200,000 | 3 | | | | | | | | | | | | | | | |
| Janice I. Goldrich Irrevocable Trust 2000 | | | | | | 4/2/2007 | 600,000 | | 600,000 | 1 | 7/6/2007 | | (200,000) | (200,000) | 1 | | | | (100,000) | (100,000) |
| Lamymora Investment Group LLC | | | | | | 4/2/2007 | 100,000 | | 100,000 | 1 | | | | | | | | | | |
| Lamymora Organization, Inc. | | | | | | 4/2/4407 | 1,300,000 | | 1,300,000 | 12 | 7/6/2007 | | (200,000) | (200,000) | 1 | | | | | |
| Lawrence J. Goldrich Irrevocable Trust #3 - 1996 | 1/5/2007 | 1,000,000 | | 1,000,000 | 4 | | | | | | | | | | | | | | | |
| Lawrence J. Goldrich | 1/4/2007 | 200,000 | | 200,000 | 1 | 4/2/2007 | 200,000 | | 200,000 | 1 | 7/6/2007 | | (100,000) | (100,000) | 1 | 10/5/2007 | 100,000 | | 100,000 | |
| Lawrence J. Goldrich Foundation | | | | | | | | | | | | | | | | 10/3/2007 | 100,000 | | 100,000 | |
| Oceana Properties LLC | | | | | | 4/2/4407 | 300,000 | | 300,000 | 1,3 | | | | | | | | | | |
| Orolco Properties LLC | | | | | | 4/2/2007 | 100,000 | | 100,000 | 1 | | | | | | | | | | |
| Pocomoke Plaza Shopping Center | | | | | | | | | | | 7/6/2007 | | (100,000) | (100,000) | 1 | | | | | |
| PortCo Woods Company LLP | | | | | | | | | | | | | | | | | | | | |
| Round Bay Realty Company LLP | | | | | | | | | | | 7/6/2007 | | (50,000) | (50,000) | 1 | | | | | |
| Scarborough Lane Shoppes LLC | | | | | | | | | | | | | | | | | | | | |
| Starry Run Company LLC | 1/4/2007 | 800,000 | | 800,000 | 1 | | | | | | | | | | | 10/5/2007 | | (80,000) | (80,000) | |
| Starry Run II Company LLC | 1/4/2007 | 200,000 | | 200,000 | 1 | | | | | | | | | | | | | | | |
| Virginia Beach Investment Company | | | | | | | | | | | | | | | | | | | | |
| Vivid Point Square LLC | | | | | | | | | | | | | | | | | | | | |
| Patricia S. Goldrich | | | | | | | | | | | | | | | | | | | | |
| Vicki E. Goldrich | | | | | | 4/2/2007 | 100,000 | | 100,000 | 1 | | | | | | | | | | |
| Executive Park Company LLLP | | | | | | | | | | | | | | | | | | | | |
| I W.Berger Trst Ofd 12/31/97 fbo Lauren J Goldrich | | | | | | | | | | | | | | | | | | | | |
| The Lamymora Foundation | | | | | | | | | | | | | | | | | | | | |
| Best Square Associates | | | | | | | | | | | | | | | | | | | | |
| **TOTALS** | | 4,000,000 | | 4,000,000 | | | 3,100,000 | (200,000) | 2,900,000 | | | | (1,100,000) | (1,100,000) | | | 1,160,000 | (160,000) | 1,000,000 | |

### RECAP OF BANKING TRANSFERS TO/FROM BERNARD MADOFF

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1/4/2007 | L&I Investment, LLC | 2,200,000 | | 4/2/2007 | L&I Investment LLC | 2,400,000 | 1 |
| | 1/4/2007 | I William Berger | 600,000 | | 4/4/2007 | Lawrence Goldrich | 300,000 | 2 |
| | 1/5/2007 | Janice Goldrich Trst | 200,000 | | 4/2/2007 | Pocomoke Plaza | 200,000 | 3 |
| | 1/5/2007 | Lawrence Goldrich | 1,000,000 | 4 | | | | |
| | | | 4,000,000 | | | | 2,900,000 | |
| | 7/6/2007 | L&I Investment LLC | (1,100,000) | | 10/5/2007 | L&I Investment LLC | 350,000 | 1 |
| | | | | | 10/5/2007 | L&I Investment LLC | 450,000 | 2 |
| | | | | | 10/3/2007 | Chesapeake Inv | 100,000 | 3 |
| | | | | | 10/3/2007 | Pocomoke Shop Cr | 100,000 | 4 |
| | | | (1,100,000) | | | | | |

**TOTALS**

| | |
|---|---|
| 4,000,000 | |
| (1,100,000) | |
| | 1,000,000 |