**L&I INVESTMENTS LLC**
**INVESTMENT IN BERNARD L. MADOFF**
**1ST QUARTER, 2007**

**(1) FUNDS RECEIVED BY L&I INVESTMENT LLC FROM ITS MEMBERS THAT WERE TRANSFERRED TO MADOFF**

| DATE DEPOSITED INTO L&I BANK A/C | | AMOUNT |
|---|---|---|
| 1/4/2007 | 1984 Goldrich Family Irrev Trust | 100,000 |
| 1/4/2007 | 444 East 75th Street | 100,000 |
| 1/4/2007 | Banbury Lake Village Co. LLP | 300,000 |
| 1/4/2007 | BWCI, Inc. | 200,000 |
| 1/4/2007 | College Park Square IV Associates | 300,000 |
| 1/4/2007 | Lawrence J. Goldrich Foundation | 200,000 |
| 1/4/2007 | Patricia Goldrich | 800,000 |
| 1/4/2007 | Vicki E. Goldrich | 200,000 |
| **1/4/2007** | **TOTAL TRANSFERRED BY L&I INV** | **2,200,000** |

**(2) DIRECT FUND TRANSFERS TO MADOFF FROM MEMBERS OF L&I INVESTMENT LLC**

| DATE | MEMBER | AMOUNT |
|---|---|---|
| 1/5/2007 | Lawrence J. Goldrich | 1,000,000 |
| 1/4/2007 | I.William Berger | 600,000 |
| 1/5/2007 | Janice Goldrich Irrev Trust | 200,000 |
| | **TOTAL DIRECT TRANSFERS** | **1,800,000** |

**TOTAL OF TRANSFERS 1ST QTR 2007**          **4,000,000**



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

**PAGE:** 1
**PERIOD:** 1/31/07

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | ... | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .80 |
| 1/02 | | | | | | | 11,107.03 |
| 1/02 | | | | DIV 12/08/06  1/02/07 PEPSICO INC | DIV | | 1,944.00 |
| 1/02 | | | | DIV 12/08/06  1/02/07 | | | |
| 1/03 | | | | DIV 12/15/06  1/02/07 HEMLETT PACKARD CO | DIV | | 854.16 |
| 1/04 | | | | UNITED PARCEL SVC INC CLASS B | DIV | | 1,200,000.00 |
| 1/04 | | | | DIV 11/23/06  1/04/07 | | | 1,623,336 |
| 1/04 | 2,225,000 | | | DOE 3/29/2007 | | 2,250,007.15 | |
| 1/04 | 388 | | 0895 | FIDELITY SPARTAN | 1 | 388.00 | |
| 1/05 | | | | CHECK WIRE | CA | | 1,000,000.00 |
| 1/05 | | | | CHECK WIRE | CA | | 600,000.00 |
| 1/05 | | | | CHECK WIRE | CA | | 200,000.00 |
| 1/05 | 1,800,000 | | 9865 | DIV 12/08/06  1/05/07 U S TREASURY BILL DUE 3/26/2007 | 98.870 | 1,779,660.00 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

E HAVE THIS DAY CREDITED YOUR
CCOUNT WITH THE FOLLOWING:

1/04/07

CHECK WIRE                                    2,200,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax





| **To:** | Lisa Bailey | **From:** | Karen Bulgarino |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 1/03/07 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | L & I Investments, LLC | | |

Please wire transfer $2,200,000 from the operating account of L & I Investments, LLC account number #          as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

Karen T. Bulgarino, Controller

SUNTRUST BANK
P.O. BOX 3833
CENTRAL WIRE FACILITY
ORLANDO, FL 32897

# SUNTRUST

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

PAGE    1

---

ACCOUNT NUMBER                                    DATE 01/04/2007

---

### ADVICE OF WIRE TRANSFER DEBIT(S)

TRANSACTION NUMBER 070104-006708        AMOUNT                $2,200,000.00
SENT VIA FEDERAL RESERVE
            SENDING BANK:                        CREDIT PARTY:

REAS ESTATE FINANCE-NORFOLK             JPMORGAN CHASE BANK, NA
CS-NOR-1663                             NEW YORK, NY
                                                    BENEFICIARY:
                                        /140081703
                                        BERNARD L MADOFF
                                                ORIGINATOR TO BENE INFO:
                                        FBO:L&I INVESTMENTS LLC ACCT

THE HOURS FOR INITIATING TELEPHONE WIRE TRANSFER REQUESTS ARE 8:30 AM TO
4:30 PM ET.  THIS ADVICE IS YOUR PERMANENT RECORD OF THE TRANSACTIONS.  FOR

INQUIRY, CALL 800-786-8787 AND PROVIDE THE TRANSACTION NUMBER ON THE ADVICE.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
66/E00/0175/0 /73

01/31/2007

# SUNTRUST

## Account Statement

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

## Account Summary

| Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|
| ANALYZED BUSINESS CHECKING | | 01/01/2007 - 01/31/2007 | |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $308.55 | Average Balance | $308.55 |
| Deposits/Credits | $2,200,000.00 | Average Collected Balance | $308.55 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $2,200,000.00 | | |
| Ending Balance | $308.55 | | |

### Deposits/ Credits

| Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|
| 01/04 | 2,200,000.00 | | DEPOSIT | | | |

Deposits/Credits:  1                    Total Items Deposited: 0

### Withdrawals/ Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 01/04 | 2,200,000.00 | | OUTGOING FEDWIRE DR TRN #006708 |

Withdrawals/Debits:  1

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/01 | 308.55 | 308.55 | 01/04 | 308.55 | 308.55 |

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax

| **To:** | Lisa Bailey | **From:** | Karen Bulgarino |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 01/02/07 |
| **Re:** | Transfer of Funds | **CC:** | Lawrence J. Goldrich |

Corrected Copy

Please transfer the following funds from the operating accounts listed below in the amounts indicated to the operating account of L&I Investments A/C #

| | |
|---|---|
| BWCI | $ 200,000.00 |
| 444 E. 75th Street | $ 100,000.00 |
| Banbury Lake Village | $ 300,000.00 |
| College Park IV | $ 300,000.00 |
| Lawrence Goldrich Fdn | $ 200,000.00 |
| Larrymore Org Escrow | |
| FBO Patricia Goldrich | $ 800,000.00 |
| Vicki Goldrich Irrev Trust | $ 200,000.00 |
| 1984 Goldrich Fam Trust | $ 100,000.00 |
| Total of Transfers | $2,200,000.00 |

If you have any questions please contact me at 222-9413.

*Karen T. Bulgarino*

Karen T. Bulgarino, Controller



SUNTRUST BANK
P O BOX 62222
ORLANDO FL 32862-2227

# SunTrust

## Account Statement

1984 GOLDRICH FAMILY IRREVOCABLE TRUST
6477 COLLEGE PARK SQ
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | | 01/01/2007 - 01/31/2007 | |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $40,575.37 | Average Balance | $65,992.12 |
| Deposits/Credits | $219,522.50 | Average Collected Balance | $65,362.38 |
| Checks | $76,915.19 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $150,149.24 | | |
| Ending Balance | $33,033.44 | | |

| Deposits/ Credits | Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|---|
| | 01/31 | 19,522.50 | | DEPOSIT | | | |
| | 01/02 | 100,000.00 | | INCOMING FEDWIRE CR TRN #013097 | | | |
| | 01/03 | 100,000.00 | | ELECTRONIC/ACH CREDIT | | | |
| | | | | NATFIN | | ADJUSTMENT FEDERATED | |

Deposits/Credits: 3    Total Items Deposited: 1

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 10207 | 20,000.00 | 01/02 | *10210 | 42,500.00 | 01/17 | | | |
| | 10208 | 2,815.19 | 01/11 | 10211 | 11,600.00 | 01/12 | | | |

Checks: 4    *Break in check sequence

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 01/03 | 27.32 | | ELECTRONIC/ACH DEBIT |
| | | | | FPL DIRECT DEBIT    ELEC PYMT    5014918220 PPDA |
| | 01/04 | 100,000.00 | | MISCELLANEOUS DEBIT |
| | 01/05 | 21.92 | | ELECTRONIC/ACH DEBIT |
| | | | | BELLSOUTH    PHONE-SVC |
| | 01/16 | 100.00 | | ELECTRONIC/ACH DEBIT |
| | | | | PFIZER INC    OD10000150    C0001506153PFE |
| | 01/16 | 50,000.00 | | ELECTRONIC/ACH DEBIT |
| | | | | NATFIN    ADJUSTMENT FEDERATED1 |

Withdrawals/Debits: 5

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 01/01 | 40,575.37 | 40,575.37 | 01/11 | 117,710.94 | 117,710.9 |
| | 01/02 | 120,575.37 | 120,575.37 | 01/12 | 106,110.94 | 106,110.9 |
| | 01/03 | 220,548.05 | 220,548.05 | 01/16 | 56,010.94 | 56,010.9 |
| | 01/04 | 120,548.05 | 120,548.05 | 01/17 | 13,510.94 | 13,510.9 |
| | 01/05 | 120,526.13 | 120,526.13 | 01/31 | 33,033.44 | 13,511.4 |

364878    Member FDIC    Continued on next pag

SUNTRUST BANK
P O BOX 62222
ORLANDO FL 32862-2227



# SUNTRUST

## Account Statement

---

**Ck # 10207    01/02    $20,000.00**

**Ck # 10208    01/11    $2,815.19**

**Ck # 10210    01/17    $42,500.00**

**Ck # 10211    01/12    $11,600.00**

SunTrust Bank                                           Deposit Account Debit

1984 Goldrich Family Trust

transfer to L & I Investments LLC

$ 100000.00

**Ck #    01/04    $100,000.00**

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /73

01/31/2007

# SunTrust

## Account Statement

444 E 75TH STREET VENTURE
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | 01/01/2007 - 01/31/2007 | |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $44,204.20 | Average Balance | $28,448.09 |
| Deposits/Credits | $140,000.00 | Average Collected Balance | $28,448.09 |
| Checks | $48,870.58 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $100,135.08 | | |
| Ending Balance | $35,198.54 | | |

| Deposits/ Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 01/02 | 110,000.00 | | INCOMING FEDWIRE CR TRN #018158 |
| | 01/29 | 30,000.00 | | INCOMING FEDWIRE CR TRN #017643 |

Deposits/Credits: 2          Total Items Deposited: 0

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1355 | 48,860.26 | 01/10 | 1356 | 10.32 | 01/05 | | | |

Checks: 2

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 01/02 | 31.25 | | ELECTRONIC/ACH DEBIT TIME WARNER CABL    CABLE PAY |
| | 01/03 | 27.52 | | ELECTRONIC/ACH DEBIT CON ED OF NY    INTELL CK |
| | 01/03 | 28.97 | | ELECTRONIC/ACH DEBIT CON ED OF NY    INTELL CK |
| | 01/04 | 100,000.00 | | MISCELLANEOUS DEBIT |
| | 01/10 | 23.45 | | ELECTRONIC/ACH DEBIT VERIZON    PaymentREC |
| | 01/26 | 23.89 | | ELECTRONIC/ACH DEBIT VERIZON    PaymentREC |

Withdrawals/Debits: 6

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 01/01 | 44,204.20 | 44,204.20 | 01/05 | 54,106.14 | 54,106.14 |
| | 01/02 | 154,172.95 | 154,172.95 | 01/10 | 5,222.43 | 5,222.43 |
| | 01/03 | 154,116.46 | 154,116.46 | 01/26 | 5,198.54 | 5,198.54 |
| | 01/04 | 54,116.46 | 54,116.46 | 01/29 | 35,198.54 | 35,198.54 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
36/E00/0175/0 /73

01/31/2007



# Account
# Statement

---

444 E. 75TH STREET VENTURE
4477 COLLEGE PARK SQUARE #365
VA. BEACH, VA 23464
757-290-9930

SUNTRUST BANK
VIRGINIA BEACH, VA.

DATE          CHECK NO.      AMOUNT
January 1, 2007     1355      $*****48,860.26

Pay: ***********Forty-eight thousand eight hundred sixty dollars and 26 cents

PAY
TO THE
ORDER OF    Charles Greenthal Management C
            4 PARK AVE. 3RD FLOOR
            NEW YORK, NY  10016-5338

Ck # 1355          01/10        $48,860.26

---

SunTrust Bank                                Deposit Account Debit

Bailey 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          D.Cle____/b/00    1/4/07

                                        $    100000.00

444 E. 75th Street          Transfer to L+I
                            Investments LLC

Ck #          01/04        $100,000.00

---

444 E. 75TH STREET VENTURE
4477 COLLEGE PARK SQUARE #365
VA. BEACH, VA 23464
757-290-9930

SUNTRUST BANK
VIRGINIA BEACH, VA.

DATE          CHECK NO.      AMOUNT
January 4, 2007     1356      $*******10.32

Pay: ***********************************Ten dollars and 32 cents

PAY
TO THE
ORDER OF    LARRYMORE ORGANIZATION, INC.

Ck # 1356          01/05        $10.32

---

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 6
36/F00/0175/0 /73

01/31/2007

# SunTrust

## Account Statement

BANBURY LAKE VILLAGE CO
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

## Account Summary

| Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|
| ANALYZED BUSINESS CHECKING | | 01/01/2007 - 01/31/2007 | |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $34,852.87 | Average Balance | $99,163.59 |
| Deposits/Credits | $468,066.46 | Average Collected Balance | $84,169.53 |
| Checks | $9,117.08 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $379,615.18 | | |
| Ending Balance | $114,187.07 | | |

---

## Deposits/Credits

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 01/02 | 30.00 | | DEPOSIT | 01/10 | 793.10 | | DEPOSIT |
| 01/02 | 1,017.36 | | DEPOSIT | 01/11 | 1,424.29 | | DEPOSIT |
| 01/02 | 7,941.00 | | DEPOSIT | 01/11 | 2,013.68 | | DEPOSIT |
| 01/02 | 9,410.00 | | DEPOSIT | 01/12 | 1,166.00 | | DEPOSIT |
| 01/02 | 10,004.00 | | DEPOSIT | 01/12 | 9,500.00 | | DEPOSIT |
| 01/03 | 7,910.00 | | DEPOSIT | 01/16 | 60.00 | | DEPOSIT |
| 01/04 | 974.00 | | DEPOSIT | 01/16 | 107.74 | | DEPOSIT |
| 01/05 | 5,178.15 | | DEPOSIT | 01/16 | 1,060.00 | | DEPOSIT |
| 01/05 | 7,866.50 | | DEPOSIT | 01/16 | 4,004.00 | | DEPOSIT |
| 01/05 | 8,669.00 | | DEPOSIT | 01/19 | 64.00 | | DEPOSIT |
| 01/05 | 9,336.00 | | DEPOSIT | 01/19 | 1,800.00 | | DEPOSIT |
| 01/05 | 9,793.00 | | DEPOSIT | 01/22 | 7,531.96 | | DEPOSIT |
| 01/05 | 9,980.00 | | DEPOSIT | 01/23 | 90.00 | | DEPOSIT |
| 01/05 | 10,395.00 | | DEPOSIT | 01/23 | 438.50 | | DEPOSIT |
| 01/05 | 10,765.00 | | DEPOSIT | 01/26 | 1,551.00 | | DEPOSIT |
| 01/08 | 840.00 | | DEPOSIT | 01/29 | 1,650.00 | | DEPOSIT |
| 01/08 | 4,235.00 | | DEPOSIT | 01/30 | 3,197.00 | | DEPOSIT |
| 01/08 | 8,882.50 | | DEPOSIT | 01/30 | 5,713.00 | | DEPOSIT |
| 01/09 | 1,535.68 | | DEPOSIT | 01/31 | 1,080.00 | | DEPOSIT |
| 01/10 | 60.00 | | DEPOSIT | | | | |

| 01/03 | 300,000.00 | | *ELECTRONIC/ACH CREDIT* |

*FEDERATED INVEST    HDQ-3118    90610834*

Deposits/Credits:  40          Total Items Deposited: 257

---

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 22278 | 250.00 | 01/10 | 22361 | 710.00 | 01/16 | 22369 | 98.62 | 01/12 |
| *22325 | 51.65 | 01/08 | 22362 | 50.00 | 01/19 | 22370 | 50.00 | 01/16 |
| *22342 | 290.00 | 01/05 | 22363 | 249.96 | 01/11 | 22371 | 50.00 | 01/23 |
| *22344 | 264.36 | 01/02 | 22364 | 137.70 | 01/17 | 22372 | 70.10 | 01/12 |
| *22348 | 20.75 | 01/02 | 22365 | 446.25 | 01/16 | 22373 | 64.34 | 01/16 |
| *22352 | 250.00 | 01/03 | 22366 | 57.76 | 01/22 | 22374 | 888.00 | 01/16 |
| *22356 | 2,422.00 | 01/03 | 22367 | 65.36 | 01/18 | 22375 | 70.00 | 01/16 |
| *22360 | 180.00 | 01/17 | 22368 | 105.00 | 01/11 | 22376 | 137.00 | 01/16 |

---

370410                    Member FDIC                    Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 6
36/E00/0175/0 /73

01/31/2007



# UNTRUST™

# Account
# Statement

| hecks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 22377 | 50.43 | 01/16 | 22379 | 944.45 | 01/08 | 22381 | 170.00 | 01/22 |
| | 22378 | 89.20 | 01/16 | 22380 | 884.15 | 01/22 | | | |

Checks: 29                    *Break in check sequence

| ithdrawals/ ebits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 01/02 | 2,288.34 | | ELECTRONIC/ACH DEBIT |
| | 01/02 | 55,034.77 | | SUNTRUST BANK        TRANSFER |
| | | | | ELECTRONIC/ACH DEBIT |
| | 01/04 | 300,000.00 | | CAPMARK          AUTO PAYMT   LOAN# ( |
| | | | | MISCELLANEOUS DEBIT |
| | 01/10 | 750.00 | | DEPOSITED ITEM RETURNED |
| | 01/11 | 820.00 | | DEPOSITED ITEM RETURNED |
| | 01/12 | 110.35 | | ELECTRONIC/ACH DEBIT |
| | | | | WASTE INDUSTRIES    EBILL PMTS |
| | 01/12 | 290.81 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/16 | 10,000.00 | | ELECTRONIC/ACH DEBIT |
| | | | | FEDERATED INVEST    HDQ-3118 |
| | 01/17 | 58.74 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/17 | 64.97 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/17 | 65.92 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/17 | 66.94 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/17 | 68.18 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/17 | 69.18 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/17 | 69.18 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/17 | 73.09 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/17 | 77.69 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/17 | 80.57 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/17 | 82.12 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/17 | 85.72 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/17 | 90.24 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/17 | 91.58 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/17 | 92.43 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/17 | 98.84 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/17 | 144.50 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/17 | 262.90 | | ELECTRONIC/ACH DEBIT |
| | | | | DOMINION VAPOWER    ELEC BILL |
| | 01/19 | 1,698.66 | | ELECTRONIC/ACH DEBIT |
| | | | | VIRGINIANATURALG    AUTO DRAFT |
| | 01/19 | 2,945.70 | | ELECTRONIC/ACH DEBIT |
| | | | | VIRGINIANATURALG    AUTO DRAFT |
| | 01/19 | 3,985.31 | | ELECTRONIC/ACH DEBIT |
| | | | | VIRGINIANATURALG    AUTO DRAFT |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 6
7//500/0175/0 /73

01/31/2007



# SUNTRUST

# Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 01/22 | 48.45 | | *ELECTRONIC/ACH DEBIT* COX COMM HRD   BANK DRAFT  215104581301501 |

Withdrawals/Debits: 30

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 01/01 | 34,852.87 | 28,266.87 | 01/17 | 101,027.00 | 96,588.00 |
| | 01/02 | 5,647.01 | 25,853.99- | 01/18 | 100,961.64 | 98,748.64 |
| | 01/03 | 310,885.01 | 296,596.01 | 01/19 | 94,145.97 | 92,281.97 |
| | 01/04 | 11,859.01 | 5,143.01 | 01/22 | 100,517.57 | 91,122.57 |
| | 01/05 | 83,551.66 | 11,864.66 | 01/23 | 100,996.07 | 91,073.07 |
| | 01/08 | 96,513.06 | 64,393.06 | 01/24 | 100,996.07 | 100,481.07 |
| | 01/09 | 98,048.74 | 77,097.74 | 01/26 | 102,547.07 | 100,996.07 |
| | 01/10 | 97,901.84 | 91,273.84 | 01/29 | 104,197.07 | 102,432.07 |
| | 01/11 | 100,164.85 | 94,069.85 | 01/30 | 113,107.07 | 104,332.07 |
| | 01/12 | 109,372.97 | 95,034.97 | 01/31 | 114,187.07 | 110,529.07 |
| | 01/16 | 102,987.49 | 86,913.49 | | | |

**To change your address, please call 1-800-SUNTRUST (1-800-786-8787). Business clients call 1-800-752-2515.**

**Complete this section to balance this statement to your transaction register.**

Month _____   Year _____

**Bank Balance** Shown on statement            $ _____

**Add (+)**
Deposits not shown on this                     $ _____
statement (if any).

                                               _____
                              Total (+)  $ _____
**Subtract (-)**
Checks and other items outstanding but not paid on this statement (if any).

| _____ | $ _____ | _____ | $ _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                    Total (-)  $ _____

              Balance   $ _____
     These balances should agree ↑ _____

**Your Transaction Register Balance**                $ _____

**Add (+)**
Other credits shown on              $ _____
this statement but not
in transaction register.
                                    _____

**Add (+)**
Interest paid (for use in balancing interest-bearing     $ _____
accounts only).
                   Total (+)        $ _____

**Subtract (-)** Other debits shown on this statement
but not in transaction register.

| Service Fees (if any) | $ _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

              Total (-)    $ _____

**Balance**   $ _____ ↑

**In Case Of Errors Or Questions About Your Electronic Transfers:**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer, please contact us at the telephone number or address on th
statement within 60 days of the statement on which the problem first appeared. Please give us your name and account number, describe the transaction (date, place/typ
amount), and explain your concern. We will investigate and correct any error promptly. For your convenience, we will provisionally credit your account for the amount
question if we take more than 10 business days for point-of-sale transactions or foreign-initiated transfers, 5 business days for SunTrust Check Card Visa mercha
transactions, or 20 business days for errors that occur within the first 30 days the account is open to complete our investigation.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 6 of 6
36/E00/0175/0 /73

01/31/2007



# UNTRUST

## Account
## Statement

---

Banbury Lake Village Company
6477 COLLEGE PARK SQUARE #306
Virginia Beach, VA 23464
7574209100

SUNTRUST BANK
VIRGINIA BEACH, VA

DATE
December 29, 2006

CHECK NO.
22373

AMOUNT
$*******64.34

Pay: ***********************Sixty-four dollars and 34 cents

PAY
TO THE
ORDER OF
SAFEMASTERS CO., INC.
DEPT CH 84282
PALATINE, IL 60055-4202

**Ck # 22373    01/16    $64.34**

---

Banbury Lake Village Company
6477 COLLEGE PARK SQUARE #306
Virginia Beach, VA 23464
7574209100

SUNTRUST BANK
VIRGINIA BEACH, VA

DATE
December 29, 2006

CHECK NO.
22378

AMOUNT
$*******89.20

Pay: ***********************Eighty-nine dollars and 20 cents

PAY
TO THE
ORDER OF
ZEP MANUFACTURING COMPANY
P.O. BOX 3319
BOSTON, MA 02241-3338

**Ck # 22378    01/16    $89.20**

---

Banbury Lake Village Company
6477 COLLEGE PARK SQUARE #306
Virginia Beach, VA 23464
7574209100

SUNTRUST BANK
VIRGINIA BEACH, VA

DATE
December 29, 2006

CHECK NO.
22374

AMOUNT
$*******888.00

Pay: ***********************Eight hundred eighty-eight dollars and no cents

PAY
TO THE
ORDER OF
SECURITY SERVICES OF AMERICA
P.O. BOX 890122
CHARLOTTE, NC 29289-0122

**Ck # 22374    01/12    $888.00**

---

Banbury Lake Village Company
6477 COLLEGE PARK SQUARE #306
Virginia Beach, VA 23464
7574209100

SUNTRUST BANK
VIRGINIA BEACH, VA

DATE
January 3, 2007

CHECK NO.
22379

AMOUNT
$*******944.45

Pay: ***********************Nine hundred forty-four dollars and 45 cents

PAY
TO THE
ORDER OF
WILLIE HURDLE
6100 ADELPHIA CIRCLE
Virginia Beach, VA 23464

**Ck # 22379    01/08    $944.45**

---

Banbury Lake Village Company
6477 COLLEGE PARK SQUARE #306
Virginia Beach, VA 23464
7574209100

SUNTRUST BANK
VIRGINIA BEACH, VA

DATE
December 29, 2006

CHECK NO.
22375

AMOUNT
$*******70.00

Pay: ***********************Seventy dollars and no cents

PAY
TO THE
ORDER OF
THE NEWSLETTER PUBLISHING CO.
1393 S W. 1ST STREET, SUITE 302
MIAMI, FL 33135

**Ck # 22375    01/16    $70.00**

---

Banbury Lake Village Company
6477 COLLEGE PARK SQUARE #306
Virginia Beach, VA 23464
7574209100

SUNTRUST BANK
VIRGINIA BEACH, VA

DATE
January 18, 2007

CHECK NO.
22380

AMOUNT
$*******884.15

Pay: ***********************Eight hundred eighty-four dollars and 15 cents

PAY
TO THE
ORDER OF
WILLIE HURDLE
6100 ADELPHIA CIRCLE
Virginia Beach, VA 23464

**Ck # 22380    01/22    $884.15**

---

Banbury Lake Village Company
6477 COLLEGE PARK SQUARE #306
Virginia Beach, VA 23464
7574209100

SUNTRUST BANK
VIRGINIA BEACH, VA

DATE
December 29, 2006

CHECK NO.
22376

AMOUNT
$*******137.00

Pay: ***********************One hundred thirty-seven dollars and no cents

PAY
TO THE
ORDER OF
VERIZON DIRECTORIES CORP.
ATT: ACCT RECEIVABLE DEPT.
P.O. BOX 619009
DFW AIRPORT, TX 75261-9009

**Ck # 22376    01/16    $137.00**

---

Banbury Lake Village Company
6477 COLLEGE PARK SQUARE #306
Virginia Beach, VA 23464
7574209100

SUNTRUST BANK
VIRGINIA BEACH, VA

DATE
January 18, 2007

CHECK NO.
22381

AMOUNT
$*******170.00

Pay: ***********************One hundred seventy dollars and no cents

PAY
TO THE
ORDER OF
WILLIE HURDLE
6100 ADELPHIA CIRCLE
Virginia Beach, VA 23464

**Ck # 22381    01/22    $170.00**

---

Banbury Lake Village Company
6477 COLLEGE PARK SQUARE #306
Virginia Beach, VA 23464
7574209100

SUNTRUST BANK
VIRGINIA BEACH, VA

DATE
December 29, 2006

CHECK NO.
22377

AMOUNT
$*******50.43

Pay: ***********************Fifty dollars and 43 cents

PAY
TO THE
ORDER OF
WILMAR
PO BOX 404284
ATLANTA, GA 30384-4284

**Ck # 22377    01/16    $50.43**

---

SunTrust Bank                          Deposit Account Debit

1/4/07

$  300,000.00

Banbury Lake Village

Transfer to LWI
Investments LLC
#:

**Ck #    01/04    $300,000.00**

---

370415

Member FDIC



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 5
83/E00/0175/14 /73

01/31/2007

## Account
## Statement

BEST WESTERN CENTER INN
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Balanced
2/14/07

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | 01/01/2007 - 01/31/2007 | |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $104,020.96 | Average Balance | $163,164.88 |
| Deposits/Credits | $402,570.72 | Average Collected Balance | $161,132.17 |
| Checks | $80,514.66 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $317,824.63 | | |
| Ending Balance | $108,252.39 | | |

**Deposits/Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 01/02 | 111.42 | | DEPOSIT | 01/16 | 318.12 | | DEPOSIT |
| 01/02 | 471.37 | | DEPOSIT | 01/16 | 745.76 | | DEPOSIT |
| 01/02 | 608.69 | | DEPOSIT | 01/16 | 768.33 | | DEPOSIT |
| 01/02 | 666.57 | | DEPOSIT | 01/17 | 117.47 | | DEPOSIT |
| 01/03 | 287.45 | | DEPOSIT | 01/19 | 160.18 | | DEPOSIT |
| 01/03 | 676.44 | | DEPOSIT | 01/19 | 356.10 | | DEPOSIT |
| 01/03 | 3,757.75 | | DEPOSIT | 01/22 | 215.26 | | DEPOSIT |
| 01/05 | 49.50 | | DEPOSIT | 01/22 | 225.48 | | DEPOSIT |
| 01/05 | 229.96 | | DEPOSIT | 01/22 | 347.25 | | DEPOSIT |
| 01/05 | 263.86 | | DEPOSIT | 01/22 | 496.10 | | DEPOSIT |
| 01/05 | 9,634.76 | | DEPOSIT | 01/23 | 70.21 | | DEPOSIT |
| 01/08 | 31.77 | | DEPOSIT | 01/23 | 500.68 | | DEPOSIT |
| 01/08 | 169.11 | | DEPOSIT | 01/25 | 112.74 | | DEPOSIT |
| 01/08 | 380.63 | | DEPOSIT | 01/25 | 162.44 | | DEPOSIT |
| 01/08 | 621.63 | | DEPOSIT | 01/26 | 1,014.66 | | DEPOSIT |
| 01/10 | 268.86 | | DEPOSIT | 01/29 | 307.81 | | DEPOSIT |
| 01/10 | 1,068.01 | | DEPOSIT | 01/29 | 322.62 | | DEPOSIT |
| 01/10 | 1,072.15 | | DEPOSIT | 01/29 | 1,237.24 | | DEPOSIT |
| 01/11 | 844.12 | | DEPOSIT | 01/31 | 297.63 | | DEPOSIT |
| 01/12 | 509.57 | | DEPOSIT | 01/31 | 789.18 | | DEPOSIT |
| 01/16 | 199.33 | | DEPOSIT | 01/31 | 9,627.10 | | DEPOSIT |
| 01/16 | 206.37 | | DEPOSIT | | | | |

| | | |
|---|---|---|
| 01/02 | 487.21 | *ELECTRONIC/ACH CREDIT* |
| | | MERCHANT BNKCD    DEPOSIT |
| 01/02 | 566.40 | *ELECTRONIC/ACH CREDIT* |
| | | AMERICAN EXPRESS |
| 01/02 | 685.60 | *ELECTRONIC/ACH CREDIT* |
| | | AMERICAN EXPRESS |
| 01/02 | 1,031.30 | *ELECTRONIC/ACH CREDIT* |
| | | AMERICAN EXPRESS |
| 01/02 | 300,000.00 | INCOMING FEDWIRE CR TRN #016889 |
| 01/03 | 335.87 | *ELECTRONIC/ACH CREDIT* |
| | | AMERICAN EXPRESS |
| 01/03 | 1,197.88 | *ELECTRONIC/ACH CREDIT* |
| | | MERCHANT BNKCD    DEPOSIT |

Member FDIC

Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 4 of 5
83/E00/0175/14 /73

01/31/2007



# Account
# Statement

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 01/03 | 1,671.49 | | *ELECTRONIC/ACH DEBIT* DOMINION VAPOWER ELEC BILL |
| | 01/03 | 2,687.12 | | *ELECTRONIC/ACH DEBIT* DOMINION VAPOWER ELEC BILL |
| | 01/04 | .08 | | *ELECTRONIC/ACH DEBIT* MERCHANT BNKCD FEE |
| | 01/04 | .24 | | *ELECTRONIC/ACH DEBIT* MERCHANT BNKCD FEE |
| | 01/04 | 2.24 | | *ELECTRONIC/ACH DEBIT* MERCHANT BNKCD FEE |
| | 01/04 | 229.29 | | *ELECTRONIC/ACH DEBIT* MERCHANT BNKCD INTERCHNG |
| | 01/04 | 1,224.44 | | *ELECTRONIC/ACH DEBIT* MERCHANT BNKCD DISCOUNT |
| | 01/04 | 200,000.00 | | *MISCELLANEOUS DEBIT* |
| | 01/05 | 151.14 | | *ELECTRONIC/ACH DEBIT* DISCOVER NETWORK 1580020327 |
| | 01/08 | 865.88 | | *ELECTRONIC/ACH DEBIT* VIRGINIANATURALG AUTO DRAFT |
| | 01/08 | 1,342.34 | | *ELECTRONIC/ACH DEBIT* VIRGINIANATURALG AUTO DRAFT |
| | 01/08 | 1,415.55 | | *ELECTRONIC/ACH DEBIT* VIRGINIANATURALG AUTO DRAFT |
| | 01/10 | 73.68 | | *ELECTRONIC/ACH DEBIT* AMERICAN EXPRESS 0000047063 |
| | 01/12 | 112.86 | | *ELECTRONIC/ACH DEBIT* MERCHANT BNKCD CHARGEBACI |
| | 01/12 | 337.44 | | *ELECTRONIC/ACH DEBIT* WASTE INDUSTRIES EBILL PMTS |
| | 01/16 | 100,000.00 | | *ELECTRONIC/ACH DEBIT* FEDERATED INVEST HDQ-3118 |
| | 01/17 | 12.30 | | *ELECTRONIC/ACH DEBIT* HRUBS VA. BEACH HRSD BILL |
| | 01/17 | 130.04 | | *ELECTRONIC/ACH DEBIT* HRUBS VA. BEACH HRSD BILL |
| | 01/17 | 2,879.41 | | *ELECTRONIC/ACH DEBIT* HRUBS VA. BEACH HRSD BILL |
| | 01/18 | 91.14 | | *ELECTRONIC/ACH DEBIT* AMERICAN EXPRESS 0000047063 |
| | 01/22 | 1,204.66 | | *ELECTRONIC/ACH DEBIT* HRUBS VA. BEACH HRSD BILL |
| | 01/22 | 1,908.14 | | *ELECTRONIC/ACH DEBIT* COX COMM HRD BANK DRAFT |
| | 01/23 | 30.74 | | *ELECTRONIC/ACH DEBIT* VERIZON PaymentREC |
| | 01/25 | 64.27 | | *ELECTRONIC/ACH DEBIT* MERCHANT BNKCD CHARGEBAC |

Withdrawals/Debits: 28

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 01/01 | 104,020.96 | 102,987.96 | 01/17 | 113,864.38 | 113,358.38 |
| | 01/02 | 408,649.52 | 407,635.52 | 01/18 | 88,949.91 | 88,837.91 |
| | 01/03 | 409,156.16 | 404,723.16 | 01/19 | 90,329.44 | 90,229.44 |
| | 01/04 | 209,087.84 | 209,087.84 | 01/22 | 78,753.95 | 78,420.95 |
| | 01/05 | 220,338.66 | 210,662.66 | 01/23 | 82,552.36 | 82,383.36 |
| | 01/08 | 223,794.72 | 223,576.72 | 01/24 | 87,273.93 | 87,273.93 |
| | 01/09 | 210,129.59 | 210,129.59 | 01/25 | 88,245.74 | 88,245.74 |
| | 01/10 | 217,340.60 | 216,269.60 | 01/26 | 91,431.98 | 90,417.98 |
| | 01/11 | 219,225.48 | 217,833.48 | 01/29 | 101,613.11 | 100,017.11 |
| | 01/12 | 220,502.78 | 219,094.78 | 01/30 | 92,452.72 | 90,856.72 |
| | 01/16 | 126,436.74 | 125,725.74 | 01/31 | 108,252.39 | 97,424.39 |

22549

Member FDIC

Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 5
83/E00/0175/14 /73

01/31/2007



**SunTrust**

Account
Statement

ldalldlldldldllldlddllddldlddllddllddllddlldlldllll
BEST WESTERN CENTER INN
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | 01/01/2007 - 01/31/2007 | |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $104,020.96 | Average Balance | $163,164.88 |
| Deposits/Credits | $402,570.72 | Average Collected Balance | $161,132.17 |
| Checks | $80,514.66 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $317,824.63 | | |
| Ending Balance | $108,252.39 | | |

**Deposits/Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 01/02 | 111.42 | | DEPOSIT | 01/16 | 318.12 | | DEPOSIT |
| 01/02 | 471.37 | | DEPOSIT | 01/16 | 745.76 | | DEPOSIT |
| 01/02 | 608.69 | | DEPOSIT | 01/16 | 768.33 | | DEPOSIT |
| 01/02 | 666.57 | | DEPOSIT | 01/17 | 117.47 | | DEPOSIT |
| 01/03 | 287.45 | | DEPOSIT | 01/19 | 160.18 | | DEPOSIT |
| 01/03 | 676.44 | | DEPOSIT | 01/19 | 356.10 | | DEPOSIT |
| 01/03 | 3,757.75 | | DEPOSIT | 01/22 | 215.26 | | DEPOSIT |
| 01/05 | 49.50 | | DEPOSIT | 01/22 | 225.48 | | DEPOSIT |
| 01/05 | 229.96 | | DEPOSIT | 01/22 | 347.25 | | DEPOSIT |
| 01/05 | 263.86 | | DEPOSIT | 01/22 | 496.10 | | DEPOSIT |
| 01/05 | 9,634.76 | | DEPOSIT | 01/23 | 70.21 | | DEPOSIT |
| 01/08 | 31.77 | | DEPOSIT | 01/23 | 500.68 | | DEPOSIT |
| 01/08 | 169.11 | | DEPOSIT | 01/25 | 112.74 | | DEPOSIT |
| 01/08 | 380.63 | | DEPOSIT | 01/25 | 162.44 | | DEPOSIT |
| 01/08 | 621.63 | | DEPOSIT | 01/26 | 1,014.66 | | DEPOSIT |
| 01/10 | 268.86 | | DEPOSIT | 01/29 | 307.81 | | DEPOSIT |
| 01/10 | 1,068.01 | | DEPOSIT | 01/29 | 322.62 | | DEPOSIT |
| 01/10 | 1,072.15 | | DEPOSIT | 01/29 | 1,237.24 | | DEPOSIT |
| 01/11 | 844.12 | | DEPOSIT | 01/31 | 297.63 | | DEPOSIT |
| 01/12 | 509.57 | | DEPOSIT | 01/31 | 789.18 | | DEPOSIT |
| 01/16 | 199.33 | | DEPOSIT | 01/31 | 9,627.10 | | DEPOSIT |
| 01/16 | 206.37 | | DEPOSIT | | | | |
| 01/02 | 487.21 | | *ELECTRONIC/ACH CREDIT* MERCHANT BNKCD    DEPOSIT | | | | |
| 01/02 | 566.40 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS | | | | |
| 01/02 | 685.60 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS | | | | |
| 01/02 | 1,031.30 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS | | | | |
| 01/02 | 300,000.00 | | INCOMING FEDWIRE CR TRN #016889 | | | | |
| 01/03 | 335.87 | | *ELECTRONIC/ACH CREDIT* AMERICAN EXPRESS | | | | |
| 01/03 | 1,197.88 | | *ELECTRONIC/ACH CREDIT* MERCHANT BNKCD    DEPOSIT | | | | |

22546

Member FDIC

## InTrust Bank

### Deposit Account Debit

| Paid By | Phone No. | Originating Department Center Code | Approved By | Date | Transaction Date |
|---|---|---|---|---|---|
| Bailey | 7574365030 | | D. Chey | 1/4/07 | 1/4/07 |

Entry/Serial No. (Company/Store No.)    Account No.

Tran Code    Amount

$ 200,000.00

Best Western Center Inn

Your account has been charged for the reason(s) shown.

transfer to L+I
Investments LLC
#

306 (10/02)   06013732

SUNTRUST RIC    01042007
ORLANDO, FL
2516-002    1063102152

5200717693

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 4
7ᶜ/500/0175/0 /73

01/31/2007



# SunTrust

## Account Statement

COLLEGE PARK SQUARE IV ASSOC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | 01/01/2007 - 01/31/2007 | |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $39,418.82 | Average Balance | $54,389.53 |
| Deposits/Credits | $341,018.29 | Average Collected Balance | $52,752.33 |
| Checks | $32,717.78 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $320,777.50 | | |
| Ending Balance | $26,941.83 | | |

### Deposits/Credits

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 01/03 | 953.92 | | DEPOSIT | 01/10 | 4,629.38 | | DEPOSIT |
| 01/04 | 2,558.92 | | DEPOSIT | 01/12 | 2,582.44 | | DEPOSIT |
| 01/05 | 9,556.27 | | DEPOSIT | 01/30 | 1,650.04 | | DEPOSIT |
| 01/08 | 19,087.32 | | DEPOSIT | | | | |
| 01/03 | 300,000.00 | | ELECTRONIC/ACH CREDIT FEDERATED INVEST HDQ-3118 90218658 | | | | |

Deposits/Credits: 8          Total Items Deposited: 20

### Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 5351 | 135.57 | 01/05 | 5356 | 1,853.90 | 01/19 | 5361 | 100.00 | 01/26 |
| 5352 | 2,550.79 | 01/05 | 5357 | 673.94 | 01/19 | 5362 | 168.09 | 01/23 |
| 5353 | 255.34 | 01/05 | 5358 | 546.01 | 01/16 | 5363 | 9,288.05 | 01/30 |
| 5354 | 163.20 | 01/09 | 5359 | 25.00 | 01/17 | *5365 | 2,373.00 | 01/30 |
| 5355 | 13,747.97 | 01/09 | 5360 | 836.92 | 01/24 | | | |

Checks: 14          *Break in check sequence          4221.67

### Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 01/04 | 300,000.00 | | MISCELLANEOUS DEBIT |
| 01/12 | 198.40 | | ELECTRONIC/ACH DEBIT WASTE INDUSTRIES EBILL PMTS |
| 01/12 | 509.52 | | ELECTRONIC/ACH DEBIT DOMINION VAPOWER ELEC BILL |
| 01/16 | 20,000.00 | | ELECTRONIC/ACH DEBIT FEDERATED INVEST HDQ-3118 |
| 01/25 | 69.58 | | ELECTRONIC/ACH DEBIT DOMINION VAPOWER ELEC BILL |

Withdrawals/Debits: 5

369818          Member FDIC          Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 4
36/E00/0175/0 /73

01/31/2007



# UNTRUST·

# Account
# Statement

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 01/01 | 39,418.82 | 39,418.82 | 01/16 | 40,680.27 | 39,052.27 |
| | 01/03 | 340,372.74 | 339,419.74 | 01/17 | 40,655.27 | 40,655.27 |
| | 01/04 | 42,931.66 | 41,458.66 | 01/19 | 38,127.43 | 38,127.43 |
| | 01/05 | 49,546.23 | 46,342.23 | 01/23 | 37,959.34 | 37,959.34 |
| | 01/08 | 68,633.55 | 50,411.55 | 01/24 | 37,122.42 | 37,122.42 |
| | 01/09 | 54,722.38 | 53,679.38 | 01/25 | 37,052.84 | 37,052.84 |
| | 01/10 | 59,351.76 | 54,723.76 | 01/26 | 36,952.84 | 36,952.84 |
| | 01/11 | 59,351.76 | 58,308.76 | 01/30 | 26,941.83 | 25,291.83 |
| | 01/12 | 61,226.28 | 58,645.28 | 01/31 | 26,941.83 | 26,764.83 |

To change your address, please call 1-800-SUNTRUST (1-800-786-8787).  Business clients call 1-800-752-2515.

Complete this section to balance this statement to your transaction register.

Month _____    Year _____

Bank Balance Shown on statement        $ _____

Add (+)                                $ _____
Deposits not shown on this               _____
statement (if any).                      _____
                         Total (+)     $ _____

Subtract (-)
Checks and other items outstanding but not paid on this statement (if any).

| | $ | | | $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total (-)    $ _____

Balance    $ _____

These balances should agree

**Your Transaction Register Balance**        $ _____

Add (+)                                $ _____
Other credits shown on                   _____
this statement but not                   _____
in transaction register.                 _____

Add (+)                                $ _____
Interest paid (for use in balancing interest-bearing
accounts only).
Total (+)                              $ _____

**Subtract (-)** Other debits shown on this statement
but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |

Total (-)                              $ _____

Balance                                $ _____

## In Case Of Errors Or Questions About Your Electronic Transfers:

If you think your statement or receipt is wrong or if you need more information about an electronic transfer, please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared.  Please give us your name and account number, describe the transaction (date, place/type, amount), and explain your concern.  We will investigate and correct any error promptly.  For your convenience, we will provisionally credit your account for the amount in question if we take more than 10 business days for point-of-sale transactions or foreign-initiated transfers, 5 business days for SunTrust Check Card Visa merchant transactions, or 20 business days for errors that occur within the first 30 days the account is open to complete our investigation.

Member FDIC                    Continued on next page



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 4 of 4
36/E00/0175/0 /73

01/31/2007

# Account
# Statement

---

Ck # 5361          01/26          $100.00

Ck # 5362          01/23          $168.09

:k # 5363          01/30          $9,288.05

Ck # 5365          01/30          $2,373.00



Ck #          01/04          $300,000.00

College Park IV    transfer to L+I Investments LLC
$ 300000.00



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Balance d

Page 1 of 3
36/E00/0175/0 /73

01/31/2007

# Account Statement

## SUNTRUST

llallallalllallllallallallallllallllallllallllla

LAWRENCE J GOLDRICH FOUNDATION
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

**Account Summary**

| Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|
| ANALYZED BUSINESS CHECKING | | 01/01/2007 - 01/31/2007 | |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $196,763.52 | Average Balance | $129,719.43 |
| Deposits/Credits | $200,000.00 | Average Collected Balance | $129,719.43 |
| Checks | $7,760.22 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $350,000.00 | | |
| Ending Balance | $39,003.30 | | |

---

**Deposits/ Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 01/02 | 200,000.00 | | INCOMING FEDWIRE CR TRN #012769 |

Deposits/Credits:  1                     Total Items Deposited: 0

---

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 4047 | 500.00 | 01/04 | *4053 | 1,045.00 | 01/16 | 4055 | 4,665.22 | 01/24 |
| *4049 | 275.00 | 01/08 | 4054 | 1,175.00 | 01/29 | 4056 | 100.00 | 01/30 |

Checks: 6                     *Break in check sequence

---

**Withdrawals/ Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 01/04 | 200,000.00 | | MISCELLANEOUS DEBIT |
| 01/16 | 150,000.00 | | ELECTRONIC/ACH DEBIT |
| | | | FEDERATED INVEST     HDQ-3118     90039179 |

Withdrawals/Debits: 2

---

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/01 | 196,763.52 | 196,763.52 | 01/16 | 44,943.52 | 44,943.52 |
| 01/02 | 396,763.52 | 396,763.52 | 01/24 | 40,278.30 | 40,278.30 |
| 01/04 | 196,263.52 | 196,263.52 | 01/29 | 39,103.30 | 39,103.30 |
| 01/08 | 195,988.52 | 195,988.52 | 01/30 | 39,003.30 | 39,003.30 |

---

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
36/600/0175/0 /73

01/31/2007



# SunTrust

# Account
# Statement

---

Ck # 4047          01/04          $500.00

Ck # 4049          01/08          $275.00

Ck # 4053          01/16          $1,045.00

Ck # 4054          01/29          $1,175.00

Ck # 4055          01/24          $4,665.22

Ck # 4056          01/30          $100.00

Ck #               01/04          $200,000.00

Member FDIC