*Balanced*

SUNTRUST BANK
P O BOX 62222
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /73

01/31/2007


# SUNTRUST

## Account Statement

LARRYMORE ORGANIZATION INC
ESCROW ACCOUNT FBO
PATRICIA S GOLDRICH
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | | Account Number | Statement Period | | Taxpayer ID |
|---|---|---|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | | 01/01/2007 - 01/31/2007 | | |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $10,069.06 | Average Balance | $35,186.59 |
| Deposits/Credits | $801,028.95 | Average Collected Balance | $35,175.17 |
| Checks | $653.88 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $801,564.91 | | |
| Ending Balance | $8,879.22 | | |

| Deposits/ Credits | Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|---|
| | 01/30 | 177.92 | | DEPOSIT | | | |
| | 01/02 | 851.03 | | ELECTRONIC/ACH CREDIT SUNTRUST BANK    TRANSFER | | | 203432185 |
| | 01/03 | 800,000.00 | | ELECTRONIC/ACH CREDIT FEDERATED INVEST   HDQ-3118 | | | 90843653 |

Deposits/Credits: 3          Total Items Deposited: 1

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1157 | 653.88 | 01/24 | | | | | | |

Checks: 1

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 01/04 | 800,000.00 | | MISCELLANEOUS DEBIT |
| | 01/05 | 1,552.89 | | ELECTRONIC/ACH DEBIT 444 EAST 75TH ST    MAINT FEES |
| | 01/25 | 12.02 | | ELECTRONIC/ACH DEBIT CON ED OF NY    INTELL CK |

Withdrawals/Debits: 3

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 01/01 | 10,069.06 | 10,069.06 | 01/05 | 9,367.20 | 9,367.2 |
| | 01/02 | 10,920.09 | 10,920.09 | 01/24 | 8,713.32 | 8,713.3 |
| | 01/03 | 810,920.09 | 810,920.09 | 01/25 | 8,701.30 | 8,701.3 |
| | 01/04 | 10,920.09 | 10,920.09 | 01/30 | 8,879.22 | 8,702.2 |

369809

Member FDIC

Continued on next pag

SUNTRUST BANK
P O BOX 62222
ORLANDO FL 32862-2227

Page 3 of 3
36/F00/0175/0 /73

01/31/2007



# Account Statement



Ck # 1157        01/24        $653.88

Ck #        01/04        $800,000.00



SUNTRUST BANK
P O BOX 62222
ORLANDO FL 32862-2227

36/E00/0175/0 /73

01/31/2007

# Account Statement

halhhalahllahlahlhlhhhalhhalhahlhalhlll
VICKI E GOLDRICH TRUST
IRREVOCABLE TRUST 1996
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|---|
| | BUSINESS CHECKING + INTEREST | | 01/01/2007 - 01/31/2007 | |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $100,206.10 | Average Balance | $114,804.33 |
| Deposits/Credits | $202,393.07 | Average Collected Balance | $114,727.30 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $200,000.00 | Annual Percentage Yield Earned | .05% |
| Ending Balance | $102,599.17 | Interest Paid Year to Date | $4.87 |

| Deposits/ Credits | Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|---|
| | 01/10 | 2,388.20 | | DEPOSIT | | | |
| | 01/02 | 200,000.00 | | INCOMING FEDWIRE CR TRN #013944 | | | |
| | 01/31 | 4.87 | | INTEREST PAID THIS STATEMENT THRU 01/31 | | | |
| | Deposits/Credits: 3 | | | Total Items Deposited: 1 | | | |

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 01/04 | 200,000.00 | | MISCELLANEOUS DEBIT |
| | Withdrawals/Debits: 1 | | | |

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 01/01 | 100,206.10 | 100,206.10 | 01/10 | 102,594.30 | 100,206.3 |
| | 01/02 | 300,206.10 | 300,206.10 | 01/11 | 102,594.30 | 102,594.3 |
| | 01/04 | 100,206.10 | 100,206.10 | 01/31 | 102,599.17 | 102,599.1 |

Member FDIC    Continued on next pa

SUNTRUST BANK
P O BOX 62221
ORLANDO FL 32862-2227



# SunTrust

## Account Statement



| Ck # | 01/04 | $200,000.00 |

Member FDIC

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ **London**

MADF

HAVE THIS DAY **CREDITED YOUR**                           **1/05/07**
COUNT WITH THE FOLLOWING:

CHECK WIRE                                        **1,000,000.00**

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH          VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax



| **To:** | Wayne Creef | **From:** | Lawrence J. Goldrich |
|---|---|---|---|
| | **Bank of America Investments Serv** | | |
| **Fax:** | 757-441-4958 | **Pages:** | 1 |
| **Phone:** | 757-446-3531 | **Date:** | 1/3/07 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Lawrence J. Goldrich | | Karen T. Bulgarino |

Please wire transfer $1,000,000 from the Investment Account #              checking
account #              of the Lawrence J. Goldrich  account as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC



Account #

Lawrence J. Goldrich

# NATIONAL FINANCIAL SERVICES LLC

BANC OF AMERICA
INVESTMENT SERVICES, INC.
900 WEST TRADE STREET
NC1-026-05-01
CHARLOTTE,        NC 20852

LAWRENCE J GOLDRICH
6477 COLLEGE PARK SQUARE
SUITE 306
VIRGINIA BEACH VA 23464

## Transaction Confirmation

Brokerage Account Number:
Transaction Reference Number:        36747659

National Financial Services LLC (NFS) is writing to confirm a recent bank wire disbursement from your brokerage account. NFS provides clearing and other  related services on behalf of BANC OF AMERICA INVESTMENT SERVICES INC.

Listed below is confirmation of a transaction requested on your behalf:

Date of Transaction: January 05, 2007
Bank Wire Amount: $1,000,000.00
Bank Name: CHASE MANHATTAN BANK
Bank Routing Number: 
For Credit to: L AND I INVESTMENTS LLC
Bank Account Number: 

Please review this information carefully. If you have any questions, please contact  BANC OF AMERICA INVESTMENT SERVICES INC. at 757-441-4955. If you did not authorize this transaction, or believe this transaction was made in error, you may contact NFS directly at 617-392-8284.

**National Financial Services LLC**

National Financial Services LLC, Member NYSE, SIPC

| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London |

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

1/05/07

CHECK WIRE                                        600,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH          VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9414  Direct
757-420-6387  FAX



# **Fax**

# COPY Faxed

| | | | |
|---|---|---|---|
| **To:** | Lauren Weinberg | **From:** | I William Berger |
| **Fax:** | 757-441-8067 | **Page:** | 1 |
| **Phone:** | 757-441-4030 | **Date:** | 1/5/2007 |
| **Re:** | I. William Berger | **CC:** | |
| | Wire Transfer | | |

Please wire transfer $600,000.00 from I William Berger checking account #
to the account as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA#:

For Further Credit To:  Bernard L. Madoff

Account#:

FBO:  L & I Investments. LLC
        Account#

Thank you,

I William Berger, President
Larrymore Organization, Inc.

F:\EKDRIVE\WB WIRE

11288
11200

Banc of America Securities LLC
200 N. College Street
3rd Floor, NC1-004-03-45
Charlotte, NC 28255

**Banc of America Securities**

01/04/07

I W BERGER
C/O LAYYMORE ORG INC
6465 COLLEGE PARK SQ
VIRGINIA BEACH VA  23464-3609

188626-03-0020

Re: 220-05272-1-2

Dear Customer,

On 01/04/07 we sent sale proceeds from your Banc of America Securities LLC account listed above to your Bank of America, N.A. DDA or the financial institution that you specified.

| Transaction | Description* | Amount |
|---|---|---|
| Debit | BAS SECURITIES TRANSACTION | $600,000.00 |

If you did not enter or authorize this transaction, please call Client Services at 1-800-933-9662.

*If the term "BAS Securities Transaction" appears in the description, a cash movement has occurred in your account as described above.

# Bank of America

PAGE 1 OF 1
BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY       PA6-580-04-05
SCRANTON, PA      18507

I WILLIAM BERGER
C/O LARRYMORE ORGANIZATION
6477 COLLEGE PARK SQUARE  306
VIRGINIA BEACH VA  23464-3611

DATE: 01/05/07
DIRECT INQUIRIES TO:
800.333.9473 OPTION 3
ACCOUNT:

THE FOLLOWING WIRE WAS DEBITED TODAY:                    USD AMOUNT $600,000.00

TRANSACTION REF:      2007010500159897        SERVICE REF: 002478
RELATED REF:          01070105002318NN        IMAD: 20070105B6B7HU2R002478
ORIGINATOR:           I WILLIAM BERGER         ID: 000081369281
INSTRUCTING BANK:     BANK OF AMERICA NA - BFT ID: BFTA
BENEFICIARY:          BERNARD L MADOFF         ID: 140081703
BENEFICIARY'S BANK:   JPMORGAN CHASE BANK, N.A. ID: 021000021

PAYMENT DETAIL:       FBO:L I INVESTMENTS LLC ACCT

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

1/05/07

CHECK WIRE                                                    200,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENT LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH          VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



**Larrymore Organization, Inc.**



# Fax

| | | | |
|---|---|---|---|
| **To:** | Sean Pepe | **From:** | I. William Berger |
| | SunTrust Investment Services | | |
| **Fax:** | 757-597-7209 | **Pages:** | 1 |
| **Phone:** | 757-873-7539 | **Date:** | 1/3/07 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | Janice T. Goldrich Irrev Trust – 2000 | | Karen T. Bulgarino |

Please wire transfer $200,000 from the Investment Account #          checking account #
of the Janice T. Goldrich Irrevocable Trust  account as follows:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #



I. William Berger, Trustee

11288
11206

SUNTRUST INVESTMENT SERVICES INC
11 SOUTH 10TH STREET
RICHMOND        VA 23219

I WILLIAM BERGER TTEE
JANICE T GOLDRICH REV TRUST 2000
6477 COLLEGE PARK SQUARE
# 306
VIRGINIA BEACH VA 23464

## Transaction Confirmation

Brokerage Account Number:
Transaction Reference Number:          36747983

National Financial Services LLC (NFS) is writing to confirm a recent bank wire disbursement from your brokerage account. NFS provides clearing and other related services on behalf of SUNTRUST INVESTMENT SERVICES INC.

Listed below is confirmation of a transaction requested on your behalf:

Date of Transaction: January 05, 2007
Bank Wire Amount: $200,000.00
Bank Name: CHASE MANHATTAN BANK
Bank Routing Number:
For Credit to: I WILLIAM BERGER TTEE
Bank Account Number:

Please review this information carefully. If you have any questions, please contact SUNTRUST INVESTMENT SERVICES INC at 800-874-4770. If you did not authorize this transaction, or believe this transaction was made in error, you may contact NFS directly at 617-392-8284.

National Financial Services LLC

National Financial Services LLC, Member NYSE, SIPC

44100001917                    Page 1 of 1                    361207

**L&I INVESTMENTS LLC**
**INVESTMENT IN BERNARD L. MADOFF**
**2ND QUARTER, 2007**

**(1)  FUNDS RECEIVED BY L&I INVESTMENT LLC FROM ITS MEMBERS THAT WERE TRANSFERRED TO MADOFF**

| DATE DEPOSITED INTO L&I BANK A/C | | Funds Collected from Members by L&I Inv | Funds Paid to Members By L&I Inv | TOTALS |
|---|---|---|---|---|
| 4/2/2007 | 444 East 75th Street | 200,000 | | 200,000 |
| 4/2/2007 | Chesapeake Investment Company | 100,000 | | 100,000 |
| 4/2/2007 | Goldfrost Company | 100,000 | | 100,000 |
| 4/2/2007 | Larrymore Organization, Inc. | 600,000 | | 600,000 |
| 4/2/2007 | Lauren Goldrich Irrev Trust #3 | 100,000 | | 100,000 |
| 4/2/2007 | Lawrence Goldrich | 1,000,000 | | 1,000,000 |
| 4/2/2007 | Oceana Properties LLC | 200,000 | | 200,000 |
| 4/2/2007 | Pocomoke Shopping Center | 100,000 | | 100,000 |
| 4/2/2007 | Point-O-Woods Company | 100,000 | | 100,000 |
| 4/2/2007 | Executive Park Company | 100,000 | | 100,000 |
| | Total Deposit | 2,600,000 | - | 2,600,000 |
| 4/3/2008 | BWCI, Inc. | | (100,000) | (100,000) |
| 4/4/2008 | Ocean Reef Rental Pool | | (100,000) | (100,000) |
| 4/3/2007 | **TOTAL TRANSFERRED TO MADOFF FROM L&I INVESTMENTS** | | | 2,400,000 * |

**(2)  DIRECT FUND TRANSFERS TO MADOFF FROM MEMBERS OF L&I INVESTMENT LLC**

| DATE | MEMBER | AMOUNT |
|---|---|---|
| 4/3/2007 | Pocomoke Plaza Shopping Ctr | 200,000 * |
| 4/4/2007 | Lawrence Goldrich | 300,000 |
| | **TOTAL DIRECT TRANSFERS** | 500,000 |

**TOTAL OF TRANSFERS 2ND QTR 2007**                          2,900,000

*  2,400,000.00 transferred by L&I to Madoff plus 200,000 from the Partner, Pocomoke Plaza was sent as one
wire from our bank.

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Mayfair, London W1J 8DT
Tel (020) 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

| DATE | BOUGHT/RECEIVED | | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 840,435.69 | 29,081.00 |
| 4/02 | | | MERCK & CO | DIV | | 3,662.06 |
| | | | DIV 3/09/07  4/02/07 | | | |
| 4/02 | | | | | | 24,971.10 |
| | | | DIV 3/30/07 4/02/07 | | | |
| 4/04 | | | CHECK WIRE | CA | | 2,600,000.00 |
| 4/04 | | | CHECK WIRE | CA | | 300,000.00 |
| 4/04 | | | DIV 3/26/07 4/04/07 | | | |
| 4/04 | 2,925,000 | 95801 | U S TREASURY BILL | 98.938 | 2,893,936.50 | |
| | | | DUE 6/21/2007 | | | |
| 4/04 | 61,063 | 97025 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | 61,063.00 | |
| 4/09 | | | SCHLUMBERGER LTD | DIV | | 497.70 |
| | | | DIV 3/09/07 4/05/07 | | | |
| 4/10 | | | ALTRIA GROUP INC | DIV | | 7,927.45 |
| | | | DIV 3/15/07 4/10/07 | | | |
| 4/19 | 1,304 | 51 | BOEING CO | 90.960 | 118,662.84 | |
| 4/19 | 7,824 | 239 | BANK OF AMERICA | 49.860 | 390,081.69 | |
| 4/19 | 3,586 | 427 | BRISTOL-MYERS SQUIBB COMPANY | 28.310 | 101,665.66 | |
| 4/19 | 8,476 | 615 | CITI GROUP INC | 52.350 | 444,057.60 | |
| | | | CONTINUED ON PAGE 2 | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

4/30/07    1

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

4/04/07

CHECK WIRE                                          2,600,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



**Larrymore
Organization, Inc.**

# Fax

| | | | | |
|---|---|---|---|---|
| **To:** | Lisa Bailey | **From:** | Karen Bulgarino | |
| **Fax:** | 757-436-5038 | **Pages:** | 1 | |
| **Phone:** | 757-436-5032 | **Date:** | 4/03/07 | |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich | |
| | L & I Investments, LLC | | | |

Please wire transfer funds totaling $2,600,000 from the following accounts in the amounts specified to the bank/account provided below.

$2,400,000 from the operating account of L & I Investments, LLC account number #

$200,000 from the operating account of the Pocomoke Plaza Shopping Center # 203452488:

Wire all funds to:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

*Karen T. Bulgarino*
Karen T. Bulgarino, Controller

If you have any questions please advise.  Please confirm when the wire is sent.  Thank you.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

04/30/2007



# Account Statement



Ck # 1008    04/04    $100,000.00

Ck # 1009    04/03    $100,000.00

Ck #    04/03    $2,400,000.00

*Disbursements To Members*



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 4 of 4
36/F00/0175/0 /73

04/30/2007



# Account
# Statement





Ck # 6076        04/24        $1,859.34

Ck #        04/03        $200,000.00

### L & I INVESTMENTS
### DAILY SUMMARY OF CASH RECEIPTS

**DATE:    04/02/07**

| NAME | DATE | RECEIPTS | | |
|------|------|------|------|------|
| | | REG 2,600,000.00 | | SECURITY |
| | | P R | | P R |
| LAWRENCE J GOLDRICH | 03/30/07 | | 500,000.00 | |
| LAUREN GOLDRICH TRUST #3 | 03/30/07 | | 100,000.00 | |
| LAWRENCE J GOLDRICH | 03/30/07 | | 500,000.00 | |
| EXECUTIVE PARK CO | 03/30/07 | | 100,000.00 | |
| CHESAPEAKE INVESTMENT CO | 03/30/07 | | 100,000.00 | |
| GOLDFROST CO | 03/30/07 | | 100,000.00 | |
| OCEANA PROPERTIES | 03/30/07 | | 200,000.00 | |
| CIC/POCOMOKE PLAZA | 03/30/07 | | 100,000.00 | |
| POINT O WOODS | 03/30/07 | | 100,000.00 | |
| 444 E 75TH ST VENTURE | 03/30/07 | | 200,000.00 | |
| LARRYMORE ORGANIZATION | 03/30/07 | | 600,000.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total deposit/Attach bank receipt** | | | 2,600,000.00 | |

4/2/20079:21 AM

L & I INVESTMENTS LLC 04/2005
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA 23464-3011

66-2/510

DATE 4-2-07

**SunTrust**

TOTAL ITEMS 11   $ 2600000 00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

DEPOSIT AMOUNT:  $2,600,000.00
ACCOUNT NUMBER:

BUS DATE:04/02/07 CAL DATE:04/02/07 11:53
BATCH ID:   66800963

0206



**SunTrust**

TOTAL ITEMS 11 $ 2600000.00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

---

LAWRENCE J GOLDRICH 04-02
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA 23464-3611

1337
68-2/510

DATE 4-6-07

PAY TO THE ORDER OF L & I Investments   $ 500,000.00

Five hundred thousand 00/100   DOLLARS

**SunTrust**
SunTrust Bank

PRIVATE BANKING

FOR Investment Contribution

---

LAUREN J GOLDRICH IRRVOCABLE TRST 3 1996
6477 COLLEGE PARK SQUARE
STE 306
VIRGINIA BEACH, VA 23464-3611
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2/510

DATE April 1, 2007   CHECK NO. 72   AMOUNT $****100,000.00

Pay: ****************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF   L & I INVESTMENTS

---

Lawrence J. Goldrich
6477 College Park Square
Suite 306
Virginia Beach, VA 23464-3611
8044203950

Bank of America
Premier Banking Money Manager Account

68-1/510

DATE April 1, 2007   CHECK NO. 11655   AMOUNT $****500,000.00

Pay: ****************************Five hundred thousand dollars and no cents

PAY TO THE ORDER OF   L & I INVESTMENTS



**EXECUTIVE PARK COMPANY LP**
6477 COLLEGE PARK SQUARE
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH

68-2/510

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| April 1, 2007 | 1740 | $****100,000.00 |

Pay: ******************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF: L & I INVESTMENTS

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIEW



**CHESAPEAKE INVESTMENT COMPANY**
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2/510

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| April 1, 2007 | 1639 | $****100,000.00 |

Pay: ******************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF: L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW



**GOLDFROST COMPANY**
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2/510

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| April 1, 2007 | 5432 | $****100,000.00 |

Pay: ******************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF: L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW



**Oceana Properties L.L.C.**
757-420-3950
6477 College Park Square
Suite 306
Virginia Beach, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2/510

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| April 1, 2007 | 6178 | $****200,000.00 |

Pay: ******************************Two hundred thousand dollars and no cents

PAY TO THE ORDER OF: L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW



**Chesapeake Investment**
T/A Pocomoke Plaza Shopping Center
6477 College Park Square
Suite 306
Virginia Beach, VA 23464-3609
8044203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

DATE: April 1, 2007
CHECK NO. 6067
AMOUNT: $****100,000.00

Pay: *****************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF: L & I INVESTMENTS

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW



**Point O' Woods Company**
757-420-3950
6477 College Park Square
Suite 306
Virginia Beach, VA 23464-3622
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

DATE: April 1, 2007
CHECK NO. 1174
AMOUNT: $****100,000.00

Pay: ****************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF: L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW



**444 E. 75TH STREET VENTURE**
6477 COLLEGE PARK SQUARE #306
VA. BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

DATE: April 1, 2007
CHECK NO. 1362
AMOUNT: $****200,000.00

Pay: *************************Two hundred thousand dollars and no cents

PAY TO THE ORDER OF: L & I INVESTMENTS, LLC

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

**Larrymore Organization, Inc.**
6477 College Park Square #306
Virginia Beach, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

DATE: April 1, 2007
CHECK NO. 26857
AMOUNT: $****600,000.00

Pay: ****************************Six hundred thousand dollars and no cents

PAY TO THE ORDER OF: L & I INVESTMENTS LLC

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW