SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
36/F00/0175/0 /73

04/30/2007



# SUNTRUST™

## Account Statement

L & I INVESTMENTS, LLC
6477 COLLEGE PARK SQ #306
VIRGINIA BEACH VA 23464

PAY One Hundred Thousand Dollars and 00/100 Cents

TO THE    Best Western Ocean Reef
ORDER OF -

**Ck # 1008       04/04       $100,000.00**

L & I INVESTMENTS, LLC
6477 COLLEGE PARK SQ #306
VIRGINIA BEACH VA 23464

PAY One Hundred Thousand Dollars and 00/100 Cents

TO THE    Best Western Camio Inn
ORDER OF -

**Ck # 1009       04/03       $100,000.00**

SunTrust Bank                    Deposit Account Debit

L & I Investments LLC
6477 College Park Sq. Ste. 306
Virginia Beach, VA 23464-3611

Wire funds to JP Morgan Chase Bank
ABA #.                so credit
Bernard L. Madoff Acct.
FBO:   L&I Investments LLC
Acct #

**Ck #       04/03       $2,400,000.00**

*Disbursements To Members*

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/F00/0175/0 /73

04/30/2007

# SunTrust

## Account Statement

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | | Account Number | | Statement Period |
|---|---|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | | | 04/01/2007 - 04/30/2007 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $308.55 | Average Balance | $90,308.55 |
| Deposits/Credits | $2,600,000.00 | Average Collected Balance | $73,641.88 |
| Checks | $200,000.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $2,400,000.00 | | |
| Ending Balance | $308.55 | | |

| Deposits/ Credits | Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|---|
| | 04/02 | 2,600,000.00 | | DEPOSIT | | | |

Deposits/Credits: 1                                    Total Items Deposited: 11

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1008 | 100,000.00 | 04/04 | 1009 | 100,000.00 | 04/03 | | | |

Checks: 2

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 04/03 | 2,400,000.00 | | MISCELLANEOUS DEBIT |

Withdrawals/Debits: 1

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 04/01 | 308.55 | 308.55 | 04/03 | 100,308.55 | 100,308.55 |
| | 04/02 | 2,600,308.55 | 2,100,308.55 | 04/04 | 308.55 | 308.55 |

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



**Larrymore Organization, Inc.**

# Fax

| **To:** | Lisa Bailey | **From:** | Karen Bulgarino |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 4/03/07 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
|  | L & I Investments, LLC |  |  |

Please wire transfer funds totaling $2,600,000 from the following accounts in the amounts specified to the bank/account provided below.

$2,400,000 from the operating account of L & I Investments, LLC account number #
:

$200,000 from the operating account of the Pocomoke Plaza Shopping Center #     :

Wire all funds to:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

*Karen S. Bulgarino*
Karen T. Bulgarino, Controller

If you have any questions please advise.  Please confirm when the wire is sent.  Thank you.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 4 of 4
36/E00/0175/0 /73

04/30/2007



**SUNTRUST**

# Account
# Statement



Ck # 6076      04/24      $1,859.34



Ck #      04/03      $200,000.00

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

E HAVE THIS DAY CREDITED YOUR
CCOUNT WITH THE FOLLOWING:

4/04/07

CHECK WIRE                                    300,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH          VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



**Fax**

| To: | Lisa Bailey | From: | Karen Bulgarino |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 4/04/07 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | L & I Investments, LLC | | |

Please wire transfer $300,000 from the checking account of Lawrence J. Goldrich account

number #            to the following:


**JP Morgan Chase Bank**

**40 Wall Street**

**New York, NY  10015**

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

Lawrence J. Goldrich

If you have any questions please advise.  Please confirm when the wire is sent.  Thank you.

SUNTRUST BANK
P.O. BOX 3833
CENTRAL WIRE FACILITY
ORLANDO, FL 32897

# SUNTRUST

LAWRENCE J GOLDRICH
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

PAGE    1

| ACCOUNT NUMBER | DATE 04/04/2007 |
|---|---|

## ADVICE OF WIRE TRANSFER DEBIT(S)

TRANSACTION NUMBER 070404-009279       AMOUNT                    $300,000.00
SENT VIA FEDERAL RESERVE
                SENDING BANK:                           CREDIT PARTY:

REAS ESTATE FINANCE-NORFOLK             J P MORGAN CHASE NYC
CS-NOR-1663                              NEW YORK, NY
                                                    BENEFICIARY:
                                         /140081703
                                         BERNARD L MADOFF
                                                ORIGINATOR TO BENE INFO:
                                         FBO: L AND I INVESTMENTS LLC ACCT

THE HOURS FOR INITIATING TELEPHONE WIRE TRANSFER REQUESTS ARE 8:30 AM TO
4:30 PM ET.  THIS ADVICE IS YOUR PERMANENT RECORD OF THE TRANSACTIONS.  FOR

INQUIRY, CALL 800-786-8787 AND PROVIDE THE TRANSACTION NUMBER ON THE ADVICE.

**L&I INVESTMENTS LLC**
**INVESTMENT IN BERNARD L. MADOFF**
**3RD QUARTER, 2007**

## (1)  FUND TRANSFERS FROM MADOFF TO L&I INVESTMENT LLC

| DATE | MEMBER | Funds Collected from Members by L&I Inv | Funds Paid to Members By L&I Inv | TOTALS |
|------|--------|---------|---------|--------|
| 7/10/2007 | Banbury Lake Village | - | (100,000) | (100,000) |
| 7/11/2007 | I.William Berger | - | (250,000) | (250,000) |
| 7/10/2007 | Larrymore Organization, Inc. | - | (300,000) | (300,000) |
| 7/11/2007 | Lawrence Goldrich | - | (200,000) | (200,000) |
| 7/10/2007 | Oceana Properties LLC | - | (100,000) | (100,000) |
| 7/10/2007 | Scarborough Lane Shoppes LLC | - | (100,000) | (100,000) |
| 7/13/2007 | Stony Run II Company LLC | - | (50,000) | (50,000) |

|  | Totals | - | (1,100,000) | (1,100,000) |
|--|--------|---|-------------|-------------|

**7/6/2007 TOTAL RECEIVED FROM MADOFF BY L&I INVESTMENTS**        **(1,100,000)**

**TOTAL OF TRANSFERS 3RD QTR 2007**        **(1,100,000)**

## (2)  NOT APPLICABLE



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

**PERIOD ENDING: 7/31/07**    **PAGE: 1**

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TIN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  |  | 86,550.96 |
| 7/02 |  |  |  | COCA COLA CO DIV 6/15/07 7/01/07 | DIV |  | 3,982.56 |
| 7/02 |  |  |  | MERCK & CO DIV 6/08/07 7/02/07 | DIV |  | 4,072.84 |
| 7/05 |  |  |  | HEWLETT PACKARD CO DIV 6/13/07 7/05/07 | DIV |  | 17,081.12 |
| 7/06 |  |  |  | CHECK WIRE | CW | 1,100,000.00 |  |
| 7/06 |  |  |  | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 07/06/07 | DIV |  | 38.20 |
| 7/06 |  |  |  | SCHLUMBERGER LTD DIV 6/06/07 7/06/07 | DIV |  | 1,035.13 |
| 7/06 | 44,164 |  | 15989 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 |  | 44,164.00 |
| 7/06 | 300,000 |  | 16397 | U S TREASURY BILL DUE 9/13/2007 | 99.111 |  | 297,333.00 |
| 7/06 | 100,000 |  | 16508 | U S TREASURY BILL DUE 8/9/2007 | 99.561 |  | 99,561.00 |
| 7/06 | 675,000 |  | 16532 | U S TREASURY BILL DUE 9/27/2007 | 98.900 |  | 667,575.00 |
|  |  |  |  | CONTINUED ON PAGE 2 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY     DEBITED YOUR
ACCOUNT WITH THE FOLLOWING: CHECK WIRE

7/06/07

1,100,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



## L & I Investments LLC
## Larrymore Organization, Inc.

# Fax

| To: | Bernard L. Madoff Investments | From: | I. William Berger |
|-----|-------------------------------|-------|-------------------|
| **Fax:** | 212-838-4061 | **Pages:** | 1 |
| **Phone:** | 212-230-2424 | **Date:** | 7/3/07 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | L & I Investments, LLC | | Karen T. Bulgarino |

Please wire transfer $1,100,000 from  L & I Investments, LLC account number #        as
follows:

Account of:   L & I Investment LLC

Bank:        SunTrust Bank

            Atlanta, GA

ABA #:

Account #

If you have any questions, please contact Karen Bulgarino at 757-222-9413 or I can be
reached at 757-222-9409

I. William Berger,  Partner
L & I Investment LLC



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /73

07/31/2007

# SUNTRUST™

# Account
# Statement

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | 07/01/2007 - 07/31/2007 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $308.55 | Average Balance | $161,598.87 |
| Deposits/Credits | $1,100,000.00 | Average Collected Balance | $161,598.87 |
| Checks | $1,100,000.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $308.55 | | |

| Deposits/ Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 07/06 | 1,100,000.00 | | INCOMING FEDWIRE CR TRN #002103 |

Deposits/Credits:  1                      Total Items Deposited: 0

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1010 | 300,000.00 | 07/10 | 1013 | 100,000.00 | 07/10 | 1016 | 250,000.00 | 07/11 |
| | 1011 | 100,000.00 | 07/10 | 1014 | 100,000.00 | 07/10 | | | |
| | 1012 | 50,000.00 | 07/13 | 1015 | 200,000.00 | 07/11 | | | |

Checks: 7

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 07/01 | 308.55 | 308.55 | 07/11 | 50,308.55 | 50,308.55 |
| | 07/06 | 1,100,308.55 | 1,100,308.55 | 07/13 | 308.55 | 308.55 |
| | 07/10 | 500,308.55 | 500,308.55 | | | |

386876                                     Member FDIC                    Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
36/E00/0175/0 /73

07/31/2007



# SunTrust™

## Account
## Statement



Ck # 1010    07/10    $300,000.00

Ck # 1011    07/10    $100,000.00

Ck # 1012    07/13    $50,000.00

Ck # 1013    07/10    $100,000.00

Ck # 1014    07/10    $100,000.00

Ck # 1015    07/11    $200,000.00

Ck # 1016    07/11    $250,000.00

# THIRD QUARTER 2007

# SECTION IV – C (2)

# (NOT APPLICABLE)

**L&I INVESTMENTS LLC**
**INVESTMENT IN BERNARD L. MADOFF**
**4TH QUARTER, 2007**

### (1) FUNDS RECEIVED BY L&I INVESTMENT LLC FROM ITS MEMBERS THAT WERE TRANSFERRED TO MADOFF

| DATE DEPOSITED INTO L&I BANK A/C | MEMBER | Funds Collected from Members by L&I Inv | Funds Paid to Members By L&I Inv | TOTALS |
|---|---|---|---|---|
| 10/1/2007 | Granchildren's Trust dated 9/11/90 | 200,000 | | 200,000 |
| 10/1/2007 | Janice T. Goldrich | 150,000 | | 150,000 |
| | Totals | 350,000 | 0 | 350,000 |
| **10/3/2007** | **TOTAL TRANSFERRED TO MADOFF BY L&I INVESTMENTS** | | | 350,000 |
| 10/4/2007 | I.William Berger | 250,000 | | 250,000 |
| 10/4/2007 | Janice T. Goldrich Irrev Trust | 150,000 | | 150,000 |
| 10/4/2007 | Ororico Properties LLC | 100,000 | | 100,000 |
| 10/5/2007 | Patricia Goldrich | | (50,000) | (50,000) |
| | Totals | 500,000 | (50,000) | 450,000 |

Member Ownership Exchange of Interest in Madoff

1.) Lawrence Goldrich exchanged a portion of his interest in Madoff in lieu of payable due to Trust

| | | | | |
|---|---|---|---|---|
| 10/4/2007 | Lawrence Goldrich | | (100,000) | (100,000) |
| 10/4/2007 | Janice T. Goldrich Irrev Trust | 100,000 | | 100,000 |

| **10/5/2007** | **TOTAL TRANSFERRED TO MADOFF BY L&I INVESTMENTS** | | | 450,000 |

### (2) DIRECT FUND TRANSFERS TO MADOFF FROM MEMBERS OF L&I INVESTMENT LLC

| DATE | MEMBER | AMOUNT |
|---|---|---|
| 10/3/2007 | Pocomoke Plaza Shopping Ctr | 100,000 |
| 10/3/2007 | Chesapeake Inv Company | 100,000 |
| | **TOTAL DIRECT TRANSFERS TO MADOFF** | 200,000 |

**TOTAL OF TRANSFERS 4TH QTR 2007**                1,000,000



**BERNARD L. MADOFF**
MADF  INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING 10/31/07    PAGE 1

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

| DATE | AMOUNT BOUGHT | AMOUNT SOLD | TRANSACTION DESCRIPTION | TYPE OF ACTIVITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------|------|------|------|------|------|------|
| | | | BALANCE FORWARD | | | | 448,815.33 |
| 10/03 | | | CHECK WIRE | CA | | | 350,000.00 |
| 10/03 | | | CHECK WIRE | CA | | | 100,000.00 |
| 10/03 | 5,507,000 | | U S TREASURY BILL DUE 1/17/2008 | 93,869 | | 543,782.50 | |
| 10/05 | 450,000 | | CHECK WIRE | CA | | | 450,000.00 |
| 10/05 | | | U S TREASURY BILL | 99,187 | | 446,341.50 | |
| 10/05 | 3,659 | 88477 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 3,659.00 | |
| 10/25 | | | GENERAL ELECTRIC CO  DIV  9/24/07 10/25/07 | DIV | | | 7,567.56 |
| 10/31 | 3,159 | 422 | WAL-MART STORES INC | 44.210 | | 139,785.39 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF | INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/03/07

CHECK WIRE                                           350,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH          VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



**Larrymore Organization, Inc.**

# Fax

| **To:** | Lisa Bailey | **From:** | Karen Bulgarino |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 10/02/07 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
|  | L & I Investments, LLC |  |  |

Please wire transfer funds totaling $550,000 from the following accounts in the amounts specified to the bank/account provided below.

$350,000 from the operating account of L & I Investments, LLC account number #

$100,000 from the operating account of the Pocomoke Plaza Shopping Center #

$100,000 from the operating account of Chesapeake Investments #

Wire all funds to:

**JP Morgan Chase Bank**

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

*Karen T. Bulgarino*

Karen T. Bulgarino, Controller

If you have any questions please advise. Please confirm when the wire is sent. Thank you.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/F00/0175/0 /73

10/31/2007



# SunTrust

## Account Statement

իվՄիվՄիՄիիիՄիՄիՄիՄՄ

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | 10/01/2007 - 10/31/2007 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $133.55 | Average Balance | $38,843.22 |
| Deposits/Credits | $850,000.00 | Average Collected Balance | $24,327.09 |
| Checks | $50,000.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $800,000.00 | | |
| Ending Balance | $133.55 | | |

---

| Deposits/ Credits | Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|---|
| | 10/01 | 150,000.00 | | DEPOSIT | 10/04 | 500,000.00 | | DEPOSIT |
| | 10/01 | 200,000.00 | | DEPOSIT | | | | |

Deposits/Credits: 3                    Total Items Deposited: 5

---

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1019 | 50,000.00 | 10/05 | | | | | | |

Checks: 1

---

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 10/03 | 350,000.00 | | OUTGOING FEDWIRE DR TRN #004120 |
| | 10/05 | 450,000.00 | | OUTGOING FEDWIRE DR TRN #010704 |

Withdrawals/Debits: 2

---

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 10/01 | 350,133.55 | 150,133.55 | 10/04 | 500,133.55 | 250,133.55 |
| | 10/02 | 350,133.55 | 350,133.55 | 10/05 | 133.55 | 133.55 |
| | 10/03 | 133.55 | 133.55 | | | |

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

HAVE THIS DAY **CREDITED YOUR**
COUNT WITH THE FOLLOWING:

10/05/07

CHECK WIRE                                    450,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



**Larrymore Organization, Inc.**

## Fax

| | | | |
|---|---|---|---|
| **To:** | Lisa Bailey | **From:** | Karen Bulgarino |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 10/05/07 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | L & I Investments, LLC | | |

Please wire transfer funds totaling $450,000 from the following account in the amount specified to the bank/account provided below.

$450,000 from the operating account of L & I Investments, LLC account number #

Wire all funds to:

JP Morgan Chase Bank

40 Wall Street

New York, NY  10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

*Karen T. Bulgarino*

Karen T. Bulgarino, Controller

If you have any questions please advise.  Please confirm when the wire is sent.  Thank you.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /73

10/31/2007

# SUNTRUST

# Account Statement

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | | Account Number | | Statement Period |
|---|---|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | | | 10/01/2007 - 10/31/2007 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $133.55 | Average Balance | $38,843.22 |
| Deposits/Credits | $850,000.00 | Average Collected Balance | $24,327.09 |
| Checks | $50,000.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $800,000.00 | | |
| Ending Balance | $133.55 | | |

| Deposits/Credits | Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|---|
| | 10/01 | 150,000.00 | | DEPOSIT | 10/04 | 500,000.00 | | DEPOSIT |
| | 10/01 | 200,000.00 | | DEPOSIT | | | | |

Deposits/Credits: 3                    Total Items Deposited: 5

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1019 | 50,000.00 | 10/05 | | | | | | |

Checks: 1

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 10/03 | 350,000.00 | | OUTGOING FEDWIRE DR TRN #004120 |
| | 10/05 | 450,000.00 | | OUTGOING FEDWIRE DR TRN #010704 |

Withdrawals/Debits: 2

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 10/01 | 350,133.55 | 150,133.55 | 10/04 | 500,133.55 | 250,133.55 |
| | 10/02 | 350,133.55 | 350,133.55 | 10/05 | 133.55 | 133.55 |
| | 10/03 | 133.55 | 133.55 | | | |

### *L & I INVESTMENTS*
### *DAILY SUMMARY OF CASH RECEIPTS*

### DATE:   10/01/07

| NAME | DATE | RECEIPTS | | |
|---|---|---|---|---|
| | | REG   200,000.00 | | SECURITY |
| | | P R | | P R |
| BERGER GRANDCHILDRENS TRUST | 09/28/07 | | 200,000.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total deposit/Attach bank receipt** | | | 200,000.00 | |

10/1/200712:00 PM

f:\admin\Ppdata\forms\larrym\cashrec2

## *L & I INVESTMENTS LLC*
### *DAILY SUMMARY OF CASH RECEIPTS*

**DATE:    10/01/07**

| NAME | DATE | RECEIPTS | | |
|---|---|---|---|---|
| | | REG    150,000.00 | | SECURITY |
| | | P R | | P R |
| JANICE T GOLDRICH TRUST | 09/28/07 | | 150,000.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total deposit/Attach bank receipt** | | | 150,000.00 | |

*personal fund held in trust*

f:\admin\Ppdata\forms\larrym\cashrec2



DEPOSIT AMOUNT:    $200,000.00
ACCOUNT NUMBER: _____

BUS DATE:10/01/07 CAL DATE:10/01/07 12:24
BATCH ID:    66802017

                              0206