

L & I INVESTMENTS LLC 04/2005
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA 23464-3611

DATE 10-1-07

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

ENDORSE & LIST CHECKS SEPARATELY
ATTACH LIST

DOLLARS

CURRENCY

COIN

TOTAL CASH

CHECKS
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

TOTAL FROM ATTACHED
LIST

**SunTrust**

TOTAL ITEMS    $  200000.00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**GRANDCHILDRENS' TRUST**
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

BANK OF AMERICA, N.A.
VIRGINIA BEACH, VA

68-50
514

DATE                CHECK NO.        AMOUNT
October 1, 2007        389        $****200,000.00

Pay: ******************************Two hundred thousand dollars and no cents

PAY
TO THE
ORDER OF        L & I INVESTMENTS

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW



DEPOSIT AMOUNT:    $150,000.00
ACCOUNT NUMBER:

BUS DATE: 10/01/07 CAL DATE: 10/01/07 12:21
BATCH ID:      66802017
                            0206

L & I INVESTMENTS LLC 04/2005
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA 23464-3611

DATE

DEPOSITS MAY NOT BE AVAILABLE WITHIN
ENDORSE & LIST CHECKS SEPARATELY
FOR IMMEDIATE
ATTACH LIST

DOLLARS

CURRENCY
COIN
TOTAL CASH
CHECKS

TOTAL FROM ATTACHED

**SunTrust**

TOTAL ITEMS 01 $ 15000000

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

*JANICE T GOLDRICH IRREVOCABLE TRUST 2000*
*6477 COLLEGE PARK SQUARE, STE 306*
*VIRGINIA BEACH, VA 23464-3611*
7574203950

SunTrust Bank
Virginia Beach, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
| September 28, 2007 | 1070 | $****150,000.00 |

Pay: ************************One hundred fifty thousand dollars and no cents

PAY TO THE ORDER OF    L & I INVESTMENTS, LLC

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

## *L & I INVESTMENTS*
### *DAILY SUMMARY OF CASH RECEIPTS*

### DATE:    10/04/07

| NAME | DATE | RECEIPTS | | |
|---|---|---|---|---|
| | | REG | 500,000.00 | SECURITY |
| | | P R | | P R |
| ORORICO | 10/03/07 | | 100,000.00 | |
| JANICE T GOLDRICH TRUST | 10/03/07 | | 150,000.00 | |
| I WILLIAM BERGER | 10/03/07 | | 250,000.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total deposit/Attach bank receipt** | | | 500,000.00 | |

66-25/70

L & I INVESTMENTS LLC 04/2005
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA 23464-3611

**SunTrust**

DATE 10-4-0

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
ENDORSE & LIST CHECKS SEPARATELY
ATTACH LIST

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| TOTAL CASH | | |
| CHECKS 1 | 100,000 00 | |
| 2 | 50,000 00 | |
| 3 | 350,000 00 | |

TOTAL ITEMS 03    $ 500000.00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

TOTAL FROM ATTACHED LIST

DEPOSIT AMOUNT:      $500,000.00
ACCOUNT NUMBER:

BUS DATE:10/04/07 CAL DATE:10/04/07 11:51
BATCH ID:      66802213

0206



**L & I INVESTMENTS LLC DM2005**
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA 23464-3611

DATE 03-4-07

CURRENCY
COIN
TOTAL CASH
CHECKS

**SUNTRUST**

TOTAL ITEMS 03 $ 500000.00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

---

**ORORICO, LLC**
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2/510

DATE October 3, 2007     CHECK NO. 1116     AMOUNT $****100,000.00

Pay: ***************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF    L & I INVESTMENTS

---

**JANICE T GOLDRICH IRREVOCABLE TRUST 2000**
6477 COLLEGE PARK SQUARE, STE 306
VIRGINIA BEACH, VA 23464-3611
7574203950

SunTrust Bank
Virginia Beach, VA

68-2/510

DATE October 3, 2007     CHECK NO. 1071     AMOUNT $****150,000.00

Pay: ***********************One hundred fifty thousand dollars and no cents

PAY TO THE ORDER OF    L & I INVESTMENTS, LLC

---

**I. William Berger**
6477 College Park Square #306
Virginia Beach, VA 23464-3611
7574203950

BANK OF AMERICA, N.A.
Virginia Beach, VA

68-1/510

DATE October 3, 2007     CHECK NO. 8579     AMOUNT $****250,000.00

Pay: **********************Two hundred fifty thousand dollars and no cents

PAY TO THE ORDER OF    L & I INVESTMENTS, LLC

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/5E00/0175/0 /73

10/31/2007

# SUNTRUST™

# Account Statement

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | 10/01/2007 - 10/31/2007 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $133.55 | Average Balance | $38,843.22 |
| Deposits/Credits | $850,000.00 | Average Collected Balance | $24,327.09 |
| Checks | $50,000.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $800,000.00 | | |
| Ending Balance | $133.55 | | |

| Deposits/Credits | Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|---|
| | 10/01 | 150,000.00 | | DEPOSIT | 10/04 | 500,000.00 | | DEPOSIT |
| | 10/01 | 200,000.00 | | DEPOSIT | | | | |

Deposits/Credits: 3                      Total Items Deposited: 5

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1019 | 50,000.00 | 10/05 | | | | | | |

Checks: 1

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 10/03 | 350,000.00 | | OUTGOING FEDWIRE DR TRN #004120 |
| | 10/05 | 450,000.00 | | OUTGOING FEDWIRE DR TRN #010704 |

Withdrawals/Debits: 2

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 10/01 | 350,133.55 | 150,133.55 | 10/04 | 500,133.55 | 250,133.55 |
| | 10/02 | 350,133.55 | 350,133.55 | 10/05 | 133.55 | 133.55 |
| | 10/03 | 133.55 | 133.55 | | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
36/E00/0175/0 /73

10/31/2007



# Account Statement



Ck # 1019        10/05        $50,000.00

*Disbursement To Member*

# LAWRENCE GOLDRICH
6477 College Park Square, Suite 306
Virginia Beach, VA 23464

# Memorandum

**DATE:** October 4, 2007

**TO:** L & I Investments, LLC

**FROM:** Lawrence Goldrich

**RE:** Personal Loan with the Janice Goldrich Irrevocable Trust

On April 16, 2007, the beneficiary of the Janice Goldrich Irrevocable Trust loan me $100,000.00 personally.   In order to repay the balance of $100,000.00 due on this loan, I wish to transfer $100,000.00 of my interest in the Madoff Investment to the Janice Goldrich Irrevocable Trust which is acceptable to the beneficiary of the trust.   This transfer is in lieu of a cash payment.  This is authorization to make that transfer effective today.

Lawrence Goldrich

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/03/07

| CHECK WIRE | 100,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



**Larrymore Organization, Inc.**

# Fax

| **To:** | Lisa Bailey | **From:** | Karen Bulgarino |
|---|---|---|---|
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 10/02/07 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | L & I Investments, LLC | | |

Please wire transfer funds totaling $550,000 from the following accounts in the amounts specified to the bank/account provided below.

$350,000 from the operating account of L & I Investments, LLC account number #

$100,000 from the operating account of the Pocomoke Plaza Shopping Center #

$100,000 from the operating account of Chesapeake Investments #

Wire all funds to:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To: Bernard L. Madoff

Account #:

FBO: L & I Investments, LLC

Account #

*Karen T. Bulgarino*

Karen T. Bulgarino, Controller

If you have any questions please advise. Please confirm when the wire is sent. Thank you.



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /73

10/31/2007

# SunTrust™

## Account Statement

llullullulullulluulullulullllulullull
CHESAPEAKE INVESTMENT CO
T/A POCOMOKE PLAZA SHOPPING CENTER
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

| Account Summary | Account Type | | Account Number | Statement Period |
|---|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | | 10/01/2007 - 10/31/2007 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $25,028.08 | Average Balance | $42,678.67 |
| Deposits/Credits | $131,256.19 | Average Collected Balance | $40,304.44 |
| Checks | $5,765.11 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $111,209.84 | | |
| Ending Balance | $39,309.32 | | |

---

| Deposits/ Credits | Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|---|
| | 10/01 | 7,830.10 | | DEPOSIT | 10/12 | 6,213.70 | | DEPOSIT |
| | 10/02 | 5,987.07 | | DEPOSIT | 10/18 | 551.25 | | DEPOSIT |
| | 10/04 | 2,479.67 | | DEPOSIT | 10/31 | 7,080.07 | | DEPOSIT |
| | 10/05 | 1,114.33 | | DEPOSIT | | | | |
| | 10/02 | 100,000.00 | | ELECTRONIC/ACH CREDIT | | | | |
| | | | | NATFIN | ADJUSTMENT FEDERATED4 | | | |

Deposits/Credits: 8                     Total Items Deposited: 11

---

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 6126 | 1,449.54 | 10/02 | 6131 | 57.31 | 10/09 | 6136 | 77.60 | 10/23 |
| | 6127 | 63.07 | 10/05 | 6132 | 1,091.40 | 10/12 | 6137 | 1,440.30 | 10/23 |
| | 6128 | 50.25 | 10/19 | 6133 | 84.53 | 10/10 | | | |
| | *6130 | 1,400.16 | 10/10 | *6135 | 50.95 | 10/26 | | | |

Checks: 10                *Break in check sequence              *2690.58*

---

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 10/03 | 100,000.00 ✓ | | OUTGOING FEDWIRE DR TRN #004164 |
| | 10/17 | 19.44 | | ELECTRONIC/ACH DEBIT |
| | | | | DELMARVA POWER   DIRECT PAY   20419089974 |
| | 10/17 | 72.83 | | ELECTRONIC/ACH DEBIT |
| | | | | DELMARVA POWER   DIRECT PAY   20419089978 |
| | 10/17 | 1,117.57 | | ELECTRONIC/ACH DEBIT |
| | | | | DELMARVA POWER   DIRECT PAY   20419089979 |
| | 10/24 | 10,000.00 | | ELECTRONIC/ACH DEBIT |
| | | | | NATFIN   ADJUSTMENT FEDERATED13 |

Withdrawals/Debits: 5

*35649.25*

*969.47*

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

E HAVE THIS DAY CREDITED YOUR
CCOUNT WITH THE FOLLOWING:

10/03/07

CHECK WIRE                                    100,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



**Larrymore Organization, Inc.**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Lisa Bailey | **From:** | Karen Bulgarino |
| **Fax:** | 757-436-5038 | **Pages:** | 1 |
| **Phone:** | 757-436-5032 | **Date:** | 10/02/07 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | L & I Investments, LLC | | |

Please wire transfer funds totaling $550,000 from the following accounts in the amounts specified to the bank/account provided below.

$350,000 from the operating account of L & I Investments, LLC account number #

$100,000 from the operating account of the Pocomoke Plaza Shopping Center #

$100,000 from the operating account of Chesapeake Investments #

Wire all funds to:

JP Morgan Chase Bank

40 Wall Street

New York, NY 10015

ABA #:

For Further Credit To:  Bernard L. Madoff

Account #:

FBO:  L & I Investments, LLC

Account #

*Karen T. Bulgarino*

Karen T. Bulgarino, Controller

FAXED

If you have any questions please advise.  Please confirm when the wire is sent.  Thank you.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /73

10/31/2007



# SunTrust

## Account Statement

CHESAPEAKE INVESTMENT CO
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| ANALYZED BUSINESS CHECKING | | 10/01/2007 - 10/31/2007 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $21,873.07 | Average Balance | $26,016.69 |
| Deposits/Credits | $103,500.00 | Average Collected Balance | $26,016.69 |
| Checks | $5.28 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $110,000.00 | | |
| Ending Balance | $15,367.79 | | |

---

**Deposits/Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 10/01 | 3,500.00 | | *ELECTRONIC/ACH CREDIT* SUNTRUST BANK     TRANSFER     203182995 |
| 10/02 | 100,000.00 | | *ELECTRONIC/ACH CREDIT* NATFIN        ADJUSTMENT FEDERATED2 |

Deposits/Credits: 2          Total Items Deposited: 0

---

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1645 | 5.28 | 10/23 | | | | | | |

Checks: 1

1482.

---

**Withdrawals/Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 10/03 | 100,000.00 | | OUTGOING FEDWIRE DR TRN #004201 |
| 10/24 | 10,000.00 | | *ELECTRONIC/ACH DEBIT* NATFIN        ADJUSTMENT FEDERATED3 |

Withdrawals/Debits: 2

---

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/01 | 25,373.07 | 25,373.07 | 10/23 | 25,367.79 | 25,367.79 |
| 10/02 | 125,373.07 | 125,373.07 | 10/24 | 15,367.79 | 15,367.79 |
| 10/03 | 25,373.07 | 25,373.07 | | | |

13885.79

**L & L INVESTMENTS LLC**

2008 TRANSFERS TO/FROM BERNARD MADOFF

SPREAKDOWN OF MEMBER CONTRIBUTIONS/WITHDRAWALS BY QUARTER FOR 2008

2008

| MEMBER | 1st Quarter 2008 | | | | | | 2nd Quarter 2008 | | | | | | 3rd Quarter 2008 | | | | | | 4th Quarter 2008 | | | | | | 2008 TOTALS | | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Contribution | Withdrawal | Qtrly Total | Tnf Ref | | Date | Contribution | Withdrawal | Qtrly Total | Tnf Ref | | Date | Contribution | Withdrawal | Qtrly Total | Tnf Ref | | Date | Contribution | Withdrawal | Qtrly Total | Tnf Ref | | Contribution | Withdrawal | |
| 199A Goldrich Family Irrevocable Trust | | | | | | | 4/2/2008 | 50,000 | | 50,000 | 1 | | | | | | | | | | | | | | 250,000 | | 250,000 |
| 444 East 75th Street Venture | | | | | | | | | | | | | | | | | | | | 100,000 | | 100,000 | | | 100,000 | | 100,000 |
| 444 Investment Group LLC | 1/8/2008 | | (100,000) | (100,000) | 1 | | | | | | | | | | | | | | 10/2/2008 | | (100,000) | (100,000) | | | | (200,000) | (200,000) |
| Barbecue Lake Village Co. LLP | 1/8/2008 | | (225,000) | (225,000) | 1 | | 4/2/2008 | 100,000 | | 100,000 | 1 | | | | (100,000) | (100,000) | 1 | | | | (225,000) | (225,000) | | | 100,000 | (550,000) | (450,000) |
| BWCI, Inc. | | | | | | | 4/2/2008 | | (250,000) | (250,000) | 1 | | | | | | | | | | | | | | | (250,000) | (250,000) |
| Ocean Reef Rental Pool | | | | | | | 4/2/2008 | 50,000 | | 50,000 | 1 | | | | | | | | | | | | | | 50,000 | | 50,000 |
| Chesapeake Investment Company LLP | | | | | | | 4/2/2008 | | (50,000) | (50,000) | 1 | | 7/7/2008 | 100,000 | | 100,000 | 1 | | | | | | | | 100,000 | (50,000) | (175,000) |
| College Park Square III Associates LLLP | 1/8/2008 | | (125,000) | (125,000) | 1 | | | | | | | | 7/7/2008 | 100,000 | | 100,000 | 1 | | | 100,000 | | 100,000 | | | 100,000 | | |
| College Park Square IV Associates LLLP | 1/8/2008 | 100,000 | | 100,000 | 1 | | | | | | | | | | | | | | | | | | | | 250,000 | | 250,000 |
| Goldrich Company LLP | 1/8/2008 | 100,000 | | 100,000 | 1 | | 4/2/2008 | 50,000 | | 50,000 | 1 | | | | | | | | 10/2/2008 | 100,000 | | 100,000 | | | 250,000 | | 250,000 |
| Grandchildren's Trust U/A dated 9/1/90 | | | | | | | 4/2/2008 | | (100,000) | (100,000) | 1 | | | | | | | | | | | | | | | (100,000) | (100,000) |
| L William Branch | 1/8/2008 | | (250,000) | (250,000) | 1 | | 4/2/2008 | | (25,000) | (25,000) | 1 | | 7/7/2008 | | (100,000) | | 1 | | | | | | | | | (275,000) | (175,000) |
| Janice T. Goldrich | | | | | | | 4/2/2008 | 100,000 | | 100,000 | 1 | | 7/7/2008 | | | | | | 10/2/2008 | | (1,900,000) | (1,900,000) | | | 100,000 | (1,900,000) | (1,800,000) |
| Janice T. Goldrich Irrevocable Trust-2000 | | | | | | | | | | | | | | 100,000 | | 100,000 | | | | | | | | | 100,000 | | 100,000 |
| Larrymore Investment Group LLC | 1/8/2008 | | (400,000) | (400,000) | 1 | | 4/2/2008 | | (300,000) | (300,000) | 1 | | 7/7/2008 | 100,000 | | 100,000 | 1 | | 10/2/2008 | | (300,000) | (300,000) | | | 100,000 | (1,000,000) | (1,000,000) |
| Larrymore Organization, Inc. | | | | | | | | | | | | | 10/2/2008 | 100,000 | | 100,000 | | | | | | | | | 100,000 | | 100,000 |
| Lauren J. Goldrich Irrev Trust #3-1996 | | | | | | | 4/2/2008 | | (225,000) | (225,000) | 1 | | 10/2/2008 | | | | | | 10/2/2008 | | (2,000,000) | (2,000,000) | | | | (2,225,000) | (2,225,000) |
| Lawrence J. Goldrich | 1/8/2008 | 300,000 | | 300,000 | 1 | | | | | | | | 7/7/2008 | 100,000 | | 100,000 | 1 | | | | | | | | 400,000 | | 400,000 |
| Lawrence J. Goldrich Foundation | | | | | | | | | | | | | 7/7/2008 | | (100,000) | (100,000) | 1 | | | | | | | | | (100,000) | (100,000) |
| Oceana Properties LLC | | | | | | | | | | | | | 7/7/2008 | 200,000 | | 200,000 | 1 | | | | | | | | 200,000 | | 200,000 |
| Oxidado Properties LLC | | | | | | | | | | | | | 7/7/2008 | 300,000 | | 300,000 | 1 | | | | | | | | 300,000 | | 300,000 |
| Pocomoke Plaza Shopping Center | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Point-O-Woods Company LLLP | 1/8/2008 | 50,000 | | 50,000 | 1 | | 4/2/2008 | | (1,050,000) | (1,050,000) | 1 | | | | | | | | 10/2/2008 | | (100,000) | (100,000) | | | 50,000 | (1,050,000) | (1,000,000) |
| Round Bay Realty Company LLLP | | | | | | | | | | | | | 7/7/2008 | 100,000 | | 100,000 | 1 | | | | | | | | 100,000 | | |
| Scarborough Lane Shoppes LLC | | | | | | | | | | | | | | | | | | | | | (100,000) | (100,000) | | | | (100,000) | (100,000) |
| Stony Run Company LLC | 1/8/2008 | | (25,000) | (25,000) | 1 | | | | | | | | 7/7/2008 | 100,000 | | 100,000 | 1 | | | 100,000 | | 100,000 | | | | (25,000) | (25,000) |
| Stony Run Company LLC | | | | | | | | | | | | | | | | | | | | | | | | | | 100,000 | |
| Virginia Beach Investment Company | 1/8/2008 | | (25,000) | (25,000) | 1 | | | | | | | | 7/7/2008 | 200,000 | | 200,000 | 1 | | | 200,000 | | 200,000 | | | 200,000 | (25,000) | |
| West Point Square LLC | | | | | | | | | | | | | | | | | | | | 100,000 | | 100,000 | | | 100,000 | | 100,000 |
| Patricia S. Goldrich | | | | | | | | | | | | | 7/7/2008 | 100,000 | | 100,000 | 1 | | | 100,000 | | 100,000 | | | 100,000 | | |
| Vicki E. Goldrich | 1/8/2008 | 400,000 | | 400,000 | 1 | | 4/2/2008 | 100,000 | | 100,000 | 1 | | 7/7/2008 | 100,000 | | 100,000 | 1 | | 10/2/2008 | 200,000 | | 200,000 | | | 800,000 | | 800,000 |
| Lauren J. Goldrich | | | | | | | | | | | | | 7/7/2008 | 100,000 | | 100,000 | 1 | | | 100,000 | | 100,000 | | | 100,000 | | 100,000 |
| Executive Park Grant Group LLP | | | | | | | | | | | | | 7/7/2008 | 100,000 | | 100,000 | | | | 100,000 | | 100,000 | | | 100,000 | | 100,000 |
| I.W.Bangter Trust dtd 12/31/97 f/b/o Lauren J Goldrich | | | | | | | | | | | | | 7/7/2008 | 100,000 | | 100,000 | | | | 100,000 | | 100,000 | | | 100,000 | | 100,000 |
| The Larrymore Foundation | | | | | | | 4/2/2008 | 150,000 | | 150,000 | 1 | | | | | | | | | | | | | | 150,000 | | 150,000 |
| West Square Associates | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTALS** | | 950,000 | (1,150,000) | (175,000) | | | | 800,000 | (2,000,000) | (1,400,000) | | | | 2,000,000 | (200,000) | 1,800,000 | | | | 400,000 | (4,450,000) | (4,050,000) | | | 3,800,000 | (7,725,000) | (3,775,000) |

RECAP OF BANKING TRANSFERS TO/FROM BERNARD MADOFF

| | 1/8/2008 | L&I Investment LLC | | (175,000) | | | 4/2/2008 | L&I Investment LLC | | (1,400,000) | | | 7/7/2008 | L&I Investment LLC | | 1,800,000 | | | 10/2/2008 | L&I Investment LLC | | (4,000,000) | | | | (3,775,000) |

| **TOTALS** | | | | (175,000) | | | | | | (1,400,000) | | | | | | 1,800,000 | | | | | | (4,000,000) | | | | | |

**L&I INVESTMENTS LLC**
**INVESTMENT IN BERNARD L. MADOFF**
**1ST QUARTER, 2008**

## (1) FUND TRANSFERS FROM MADOFF TO L&I INVESTMENT LLC

| DATE DEPOSITED INTO L&I BANK A/C | | Funds Collected from Members by L&I Inv | Funds Paid to Members By L&I Inv | TOTALS |
|---|---|---|---|---|
| 1/4/2008 | College Park IV Associates | 100,000 | | 100,000 |
| 1/4/2008 | Goldfrost Company | 100,000 | | 100,000 |
| 1/4/2008 | Lawrence Goldrich Foundation | 300,000 | | 300,000 |
| 1/4/2008 | Scarborough Lane Shoppes | 50,000 | | 50,000 |
| 1/4/2008 | Executive Park Company LLLP | 400,000 | | 400,000 |
| | Sub-total | 950,000 | | 950,000 |
| 1/9/2008 | Banbury Lake Village Co. | | (100,000) | (100,000) |
| 1/7/2008 | BWCI, Inc. | | (225,000) | (225,000) |
| 1/9/2008 | College Park III Associates | | (125,000) | (125,000) |
| 1/8/2009 | I.William Berger | | (250,000) | (250,000) |
| 1/7/2008 | Larrymore Organization, Inc. | | (400,000) | (400,000) |
| 1/7/2009 | Virginia Beach Investment Co | | (25,000) | (25,000) |
| | Totals | 950,000 | (1,125,000) | (175,000) |

| 1/8/2008 | **TOTAL RECEIVED FROM MADOFF BY L&I INVESTMENTS** | (175,000) |
|---|---|---|

## (2) DIRECT FUND TRANSFERS TO MADOFF FROM PARTNERS OF L&I INVESTMENT LLC

| DATE | MEMBER | AMOUNT | AMOUNT |
|---|---|---|---|
| | | 0 | 0 |

**TOTAL OF TRANSFERS 1ST QTR 2008**    (175,000)



PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com

**L & I Investments LLC
Larrymore Organization,
Inc.**

# Fax



| To: | Bernard L. Madoff Investments | From: | I. William Berger |
|---|---|---|---|
| **Fax:** | 212-838-4061 | **Pages:** | 1 |
| **Phone:** | 212-230-2424 | **Date:** | 1/2/08 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | L & I Investments, LLC | | Karen T. Bulgarino |

Please wire transfer $175,000 from  L & I Investments, LLC account number #          as follows:

Account of:   L & I Investment LLC

Bank:        SunTrust Bank

Atlanta, GA

ABA #:

Account #

If you have any questions, please contact Karen Bulgarino at 757-222-9413 or I can be reached at 757-222-9409

I. William Berger,  Partner
L & I Investment LLC

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

01/31/2008

# SUNTRUST

# Account
# Statement

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

| Account Summary | Account Type | | Account Number | | Statement Period |
|---|---|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | | | 01/01/2008 - 01/31/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $133.55 | Average Balance | $109,004.51 |
| Deposits/Credits | $1,125,000.00 | Average Collected Balance | $97,714.19 |
| Checks | $1,125,000.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $133.55 | | |

---

| Deposits/ Credits | Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|---|
| | 01/04 | 950,000.00 | | DEPOSIT | 01/08 | 175,000.00 | | DEPOSIT |

Deposits/Credits: 2          Total Items Deposited: 6

---

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1020 | 225,000.00 | 01/07 | 1022 | 100,000.00 | 01/09 | 1024 | 25,000.00 | 01/07 |
| | 1021 | 400,000.00 | 01/07 | 1023 | 125,000.00 | 01/09 | 1025 | 250,000.00 | 01/08 |

Checks: 6

---

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 01/01 | 133.55 | 133.55 | 01/08 | 225,133.55 | 50,133.55 |
| | 01/04 | 950,133.55 | 950,133.55 | 01/09 | 133.55 | 174,866.45- |
| | 01/07 | 300,133.55 | 300,133.55 | 01/10 | 133.55 | 133.55 |

---

### L & I INVESTMENTS LLC
#### DAILY SUMMARY OF CASH RECEIPTS

**DATE:    01/08/08**

| NAME | DATE | RECEIPTS REG 175,000.00 | | SECURITY |
|---|---|---|---|---|
| | | P R | | P R |
| BERNARD MADOFF | 01/07/08 | | 175,000.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total deposit/Attach bank receipt** | | | 175,000.00 | |

1/8/20088:57 AM

f:\admin\Ppdata\forms\larrym\cashrec2

L & I INVESTMENTS LLC 04/2005
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA 23464-3611

DATE 1-8-08

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
ENDORSE & LIST CHECKS SEPARATELY
ATTACH LIST

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| TOTAL CASH | | |
| CHECKS 1 | 175000 | |
| 2 | | |
| 3 | | |
| 4 | | |

**SunTrust**

TOTAL ITEMS  01   $ 175000.00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

---

## BERNARD L. MADOFF

62-26
311

2815-09

192539

1/03  20 08

PAY
TO THE
ORDER OF  L & I INVESTMENTS LLC

$ ***175000.00

******ONE HUNDRED SEVENTY FIVE THOUSAND 00/100   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR _____

By _____



DEPOSIT AMOUNT:     $175,000.00
ACCOUNT NUMBER:

BUS DATE:01/08/08 CAL DATE:01/08/08 01:10
BATCH ID:     66803731
                              0206

### L & I INVESTMENT
*DAILY SUMMARY OF CASH RECEIPTS*

**DATE:   01/04/08**

| NAME | DATE | RECEIPTS | | |
|---|---|---|---|---|
| | | REG 950,000.00 | | SECURITY |
| | | P R | | P R |
| LAWRENCE J GOLDRICH FOUNDATION | 01/03/07 | | 300,000.00 | |
| COLLEGE PARK SQUARE IV | 01/03/07 | | 100,000.00 | |
| EXECUTIVE PARK CO | 01/03/07 | | 400,000.00 | |
| GOLDRFROST CO | 01/03/07 | | 100,000.00 | |
| SCARBOROUGH LANE SHOPPES | 01/03/07 | | 50,000.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total deposit/Attach bank receipt** | | | 950,000.00 | |

1/4/2008 9:19 AM

f:\admin\Ppdata\forms\larrym\cashrec2

69-2/510

L & I INVESTMENTS LLC 04/2005
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA 2346

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.
ENDORSE & LIST CHECKS SEPARATELY OR
ATTACH LIST

DATE

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| TOTAL CASH | | |
| CHECKS 1 | 300000 | |
| 2 | 100000 | |
| 3 | 100000 | |
| 4 | 90000 | |
| 5 | 50000 | |

**DEPOSIT AMOUNT:   $950,000.00**

**ACCOUNT NUMBER:**

TOTAL FROM ATTACHED LIST

SunTrust

TOTAL ITEMS   HR   06   021324   $

950000.00

BUS DATE:01/04/08 FOL DATE:01/04/08  11:37

BATCH ID:   66B03820

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.