

SUNTRUST

TOTAL ITEMS  05    $  950000.00

---

**Lawrence J. Goldrich Foundation**
6477 College Park Square #306
Virginia Beach, VA 23464-3609
7574203950

SUNTRUST
VIRGINIA BEACH, VA

68-2
510

DATE
January 3, 2008

CHECK NO.
4180

AMOUNT
$****300,000.00

Pay:******************************Three hundred thousand dollars and no cents

PAY TO THE ORDER OF    L & I INVESTMENT

---

**College Park Square IV Associates**
6477 College Park Square #306
Virginia Beach, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

DATE
January 3, 2008

CHECK NO.
5522

AMOUNT
$****100,000.00

Pay: ******************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF    L & I INVESTMENTS

---

**EXECUTIVE PARK COMPANY LP**
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

DATE
January 3, 2008

CHECK NO.
1770

AMOUNT
$****400,000.00

Pay: ******************************Four hundred thousand dollars and no cents

PAY TO THE ORDER OF    L & I INVESTMENTS

GOLDFROST COMPANY
5477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| January 3, 2008 | 5464 | $****100,000.00 |

Pay: ********************************One hundred thousand dollars and no cents

PAY
TO THE
ORDER OF    L & I INVESTMENTS, LLC.

---

Scarborough Lane Shoppes, L.L.C.
757-420-3950
6477 College Park Square #306
Virginia Beach, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| January 3, 2008 | 2933 | $*****50,000.00 |

Pay: ********************************Fifty thousand dollars and no cents

PAY
TO THE
ORDER OF    L & I INVESTMENTS

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
36/F00/0175/0 /73

01/31/2008



# Account Statement



Ck # 1020     01/07     $225,000.00

Ck # 1021     01/07     $400,000.00

Ck # 1022     01/09     $100,000.00

Ck # 1023     01/09     $125,000.00

Ck # 1024     01/07     $25,000.00

Ck # 1025     01/08     $250,000.00

*Disbursement To Members*

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

01/31/2008

# SunTrust

# Account
# Statement

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| ANALYZED BUSINESS CHECKING | | 01/01/2008 - 01/31/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $133.55 | Average Balance | $109,004.51 |
| Deposits/Credits | $1,125,000.00 | Average Collected Balance | $97,714.19 |
| Checks | $1,125,000.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $133.55 | | |

## Deposits/Credits

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 01/04 | 950,000.00 | | DEPOSIT | 01/08 | 175,000.00 | | DEPOSIT |

Deposits/Credits: 2        Total Items Deposited: 6

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1020 | 225,000.00 | 01/07 | 1022 | 100,000.00 | 01/09 | 1024 | 25,000.00 | 01/07 |
| 1021 | 400,000.00 | 01/07 | 1023 | 125,000.00 | 01/09 | 1025 | 250,000.00 | 01/08 |

Checks: 6

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/01 | 133.55 | 133.55 | 01/08 | 225,133.55 | 50,133.55 |
| 01/04 | 950,133.55 | 950,133.55 | 01/09 | 133.55 | 174,866.45- |
| 01/07 | 300,133.55 | 300,133.55 | 01/10 | 133.55 | 133.55 |

378093        Member FDIC        Continued on next page

# FIRST QUARTER 2008

# SECTION V – A (2)

# (NOT APPLICABLE)

L&I INVESTMENTS LLC
INVESTMENT IN BERNARD L. MADOFF
2ND QUARTER, 2008

## (1) FUND TRANSFERS FROM MADOFF TO L&I INVESTMENT LLC

| DATE DEPOSITED INTO L&I BANK A/C | MEMBER | Funds Collected from Members by L&I Inv | Funds Paid to Members By L&I Inv | TOTALS |
|---|---|---|---|---|
| 4/1/2008 | 1984 Goldrich Family Irrev Trust | 50,000 | | 50,000 |
| 4/1/2008 | BWCI, Inc. | 100,000 | | 100,000 |
| 4/1/2008 | Chesapeake Investment Co. | 50,000 | | 50,000 |
| 4/1/2008 | Goldfrost Company | 50,000 | | 50,000 |
| 4/1/2008 | Janice T. Goldrich Irrev Trust | 100,000 | | 100,000 |
| 4/1/2008 | Executive Park Company | 100,000 | | 100,000 |
| 4/1/2008 | Best Square Associates | 150,000 | | 150,000 |
| | Sub-total | 600,000 | - | 600,000 |
| 4/4/2008 | Ocean Reef Rental Pool | | (250,000) | (250,000) |
| 4/3/2008 | College Park Square III Assoc | | (50,000) | (50,000) |
| 4/4/2008 | Grandchildren's Trust dated 9/11/90 | | (100,000) | (100,000) |
| 4/4/2008 | I.William Berger | | (25,000) | (25,000) |
| 4/3/2008 | Larrymore Organization, Inc. | | (300,000) | (300,000) |
| 4/4/2008 | Lawrence J. Goldrich | | (225,000) | (225,000) |
| 4/3/2008 | Scarborough Lane Shoppes | | (1,050,000) | (1,050,000) |
| | Totals | 600,000 | (2,000,000) | (1,400,000) |

4/2/2008    **TOTAL RECEIVED FROM MADOFF BY L&I INVESTMENTS**    (1,400,000)

**TOTAL OF TRANSFERS 2ND QTR 2008**    (1,400,000)

## (2) NOT APPLICABLE

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

PERIOD ENDING: 4/30/08

PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 33,300.21 |
| 4/01 | | | | FIDELITY SPARTAN DIV 3/15/08 4/01/08 | | | 1,861.00 |
| 4/01 | | | | MERCK & CO DIV 3/07/08 4/01/08 | DIV | | 2,052.00 |
| 4/02 | | | | CHECK WIRE | | 17,400,000.00 | |
| 4/02 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/02/08 | DIV | | 5.69 |
| 4/02 | | | | REINVESTMENT DIV 3/12/08 4/02/08 | | | 504.00 |
| 4/02 | 26,186 | | 48346 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 26,186.00 | 26,186.00 |
| 4/02 | 1,400,000 | | 48410 | DUE 8/28/2008 | 99.313 | 1,390,382.00 | |
| 4/02 | 17,553 | | 48453 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 17,553.00 |
| 4/04 | 1,710 | | 48651 | APPLE INC | 145.800 | 249,522.80 | |
| 4/04 | 3,230 | | 48844 | ABBOTT LABORATORIES | 54.910 | 177,488.30 | |
| 4/04 | 5,130 | | 49057 | AMERICAN INTL GROUP INC | 44.860 | 230,336.80 | |
| 4/04 | 2,280 | | 49270 | AMERICAN EXPRESS COMPANY | 45.200 | 103,137.20 | |
| 4/04 | 17,520 | | 49483 | BOEING CO | 74.960 | 1,319,999.20 | |
| 4/04 | 8,930 | | 49696 | BANK OF AMERICA | 39.460 | 352,734.80 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

## *L & I INVESTMENTS LLC*
### *DAILY SUMMARY OF CASH RECEIPTS*

**DATE:**    **04/01/08**

| NAME | DATE | REG | RECEIPTS 600,000.00 | SECURITY |
|------|------|-----|---------------------|----------|
|      |      | P R |                     | P R |
| JANICE T GOLDRICH TRUST | 03/31/08 | | 100,000.00 | |
| GOLDFROST COMPANY | 03/31/08 | | 50,000.00 | |
| CHESAPEAKE INVESTMENT CO | 03/31/08 | | 50,000.00 | |
| BEST SQUARE ASSOC | 03/31/08 | | 150,000.00 | |
| 1984 GOLDRICH FAMILY TRUST | 03/31/08 | | 50,000.00 | |
| EXECUTIVE PARK CO | 03/31/08 | | 100,000.00 | |
| BWCI | 03/31/08 | | 100,000.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total deposit/Attach bank receipt** | | | 600,000.00 | |

4/1/20089:26 AM

f:\admin\Ppdata\forms\larrym\cashrec2



DEPOSIT AMOUNT:     $600,000.00
ACCOUNT NUMBER:

BUS DATE:04/01/08 CAL DATE:04/01/08 11:41
BATCH ID:     66804567
                              0206



**L & I INVESTMENTS LLC 04/2005**
**6477 COLLEGE PARK SQ STE 306**
**VIRGINIA BEACH, VA 23464-3611**

SunTrust

TOTAL ITEMS 07 $ 60000000

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**JANICE T GOLDRICH IRREVOCABLE TRUST 2000**
6477 COLLEGE PARK SQUARE, STE 306
VIRGINIA BEACH, VA 23464-3611
7574203950

SunTrust Bank
Virginia Beach, VA

68-2
510

DATE April 1, 2008    CHECK NO. 1074    AMOUNT $****100,000.00

Pay:*****************************One hundred thousand dollars and no cents

PAY TO THE ORDER OF    L & I INVESTMENTS, LLC

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**GOLDFROST COMPANY**
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

DATE April 1, 2008    CHECK NO. 5474    AMOUNT $*****50,000.00

Pay:*****************************Fifty thousand dollars and no cents

PAY TO THE ORDER OF    L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**CHESAPEAKE INVESTMENT COMPANY**
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

DATE April 1, 2008    CHECK NO. 1673    AMOUNT $*****50,000.00

Pay:*****************************Fifty thousand dollars and no cents

PAY TO THE ORDER OF    L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

BEST SQUARE
6477 COLLEGE PARK SQUARE  SUITE 306
VIRGINIA BEACH, VA 23464
757-420-3950

                                    DATE          CHECK NO.     AMOUNT
                                April 1, 2008      1002      $****150,000.00

Pay:*************************One hundred fifty thousand dollars and no cents

PAY        L & I INVESTMENT
TO THE
ORDER OF

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**1984 GOLDRICH FAMILY IRREVOCABLE TRUST**
6477 COLLEGE PARK SQUARE #306            SUNTRUST BANK
VIRGINIA BEACH, VA 23464-3611            VIRGINIA BEACH, VA
7574203950
                                                68-2
                                                510

                                    DATE          CHECK NO.     AMOUNT
                                April 1, 2008      10247     $*****50,000.00

Pay:**********************************Fifty thousand dollars and no cents

PAY        L & I INVESTMENTS, LLC
TO THE
ORDER OF

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**EXECUTIVE PARK COMPANY LP**
6477 COLLEGE PARK SQUARE #306            SUNTRUST BANK
VIRGINIA BEACH, VA 23464                 VIRGINIA BEACH, VA
7574203950
                                                68-2
                                                510

                                    DATE          CHECK NO.     AMOUNT
                                April 1, 2008      1775      $****100,000.00

Pay:*****************************One hundred thousand dollars and no cents

PAY        L & I INVESTMENTS
TO THE
ORDER OF

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**BWCI Inc.**
T/A Americas Best Value Inn
6477 College Park Square #306            SUNTRUST BANK
Virginia Beach, VA 23464                 VIRGINIA BEACH, VA
7574203950
                                                68-2
                                                510

                                    DATE          CHECK NO.     AMOUNT
                                April 1, 2008      30512     $****100,000.00

Pay:*****************************One hundred thousand dollars and no cents

PAY        L & I INVESTMENTS, LLC
TO THE
ORDER OF

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW



# SunTrust

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
36/E00/0175/0 /73

04/30/2008

## Account Statement

| Ck # 1026 | 04/04 | $250,000.00 |
| Ck # 1027 | 04/03 | $50,000.00 |
| Ck # 1028 | 04/03 | $300,000.00 |
| Ck # 1029 | 04/03 | $1,050,000.00 |
| Ck # 1030 | 04/04 | $225,000.00 |
| Ck # 1031 | 04/04 | $25,000.00 |
| Ck # 1032 | 04/04 | $100,000.00 |

*Payments to Members*



Page 1 of 3
36/F00/0175/0 /73

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

04/30/2008

# SUNTRUST™

# Account Statement

|ııılıılılılılıılılılılılıılııllıullılılııllıluılıılll

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

**Account Summary**

Account Type: ANALYZED BUSINESS CHECKING

Account Number

Statement Period: 04/01/2008 - 04/30/2008

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $133.55 | Average Balance | $106,800.21 |
| Deposits/Credits | $2,000,000.00 | Average Collected Balance | $106,800.21 |
| Checks | $2,000,000.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $133.55 | | |

---

**Deposits/Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|
| 04/01 | 600,000.00 | | DEPOSIT | | | |
| 04/02 | 1,400,000.00 | | INCOMING FEDWIRE CR TRN #004121 | | | |

Deposits/Credits: 2            Total Items Deposited: 7

---

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1026 | 250,000.00 | 04/04 | 1029 | 1,050,000.00 | 04/03 | 1032 | 100,000.00 | 04/04 |
| 1027 | 50,000.00 | 04/03 | 1030 | 225,000.00 | 04/04 | | | |
| 1028 | 300,000.00 | 04/03 | 1031 | 25,000.00 | 04/04 | | | |

Checks: 7

---

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/01 | 600,133.55 | 600,133.55 | 04/03 | 600,133.55 | 600,133.55 |
| 04/02 | 2,000,133.55 | 2,000,133.55 | 04/04 | 133.55 | 133.55 |

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY         DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:  CHECK WIRE

4/02/08

1,400,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH      VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



# Fax

| | | | |
|---|---|---|---|
| **To:** | Bernard L. Madoff Investments | **From:** | I. William Berger |
| **Fax:** | 212-838-4061 | **Pages:** | 1 |
| **Phone:** | 212-230-2424 | **Date:** | 4/1/08 |
| **Re:** | Wire Transfer | **CC:** | Lawrence J. Goldrich |
| | L & I Investments, LLC | | Karen T. Bulgarino |

Please wire transfer $1,400,000 from  L & I Investments, LLC account number #        as
follows:

Account of:   L & I Investment LLC

Bank:        SunTrust Bank

            Atlanta, GA

ABA #:

Account #

If you have any questions, please contact Karen Bulgarino at 757-222-9413 or I can be
reached at 757-222-9409

I. William Berger,  Partner
L & I Investment LLC

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

36/F00/0175/0 /73

04/30/2008


**SUNTRUST**

# Account Statement

լիլիլիլիլիլիլիլիլիլիլիլիլիլիլիլիլիլիլիլիլի
L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

**Account Summary**

| Account Type | | Account Number | | Statement Period |
|---|---|---|---|---|
| ANALYZED BUSINESS CHECKING | | | | 04/01/2008 - 04/30/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $133.55 | Average Balance | $106,800.21 |
| Deposits/Credits | $2,000,000.00 | Average Collected Balance | $106,800.21 |
| Checks | $2,000,000.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $133.55 | | |

---

**Deposits/Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|
| 04/01 | 600,000.00 | | DEPOSIT | | | |
| 04/02 | 1,400,000.00 | | INCOMING FEDWIRE CR TRN #004121 | | | |

Deposits/Credits: 2          Total Items Deposited: 7

---

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1026 | 250,000.00 | 04/04 | 1029 | 1,050,000.00 | 04/03 | 1032 | 100,000.00 | 04/04 |
| 1027 | 50,000.00 | 04/03 | 1030 | 225,000.00 | 04/04 | | | |
| 1028 | 300,000.00 | 04/03 | 1031 | 25,000.00 | 04/04 | | | |

Checks: 7

---

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/01 | 600,133.55 | 600,133.55 | 04/03 | 600,133.55 | 600,133.55 |
| 04/02 | 2,000,133.55 | 2,000,133.55 | 04/04 | 133.55 | 133.55 |

---

390893                    Member FDIC                Continued on next page

# SECOND QUARTER 2008

# SECTION V – B (2)

## (NOT APPLICABLE)

**L&I INVESTMENTS LLC**
**INVESTMENT IN BERNARD L. MADOFF**
**3RD QUARTER, 2008**

**(1) FUNDS RECEIVED BY L&I INVESTMENT LLC FROM ITS MEMBERS THAT WERE TRANSFERRED TO MADOFF**

| DATE DEPOSITED INTO L&I BANK A/C | MEMBER | Funds Collected from Members by L&I Inv | Funds Paid to Members By L&I Inv | TOTALS |
|---|---|---|---|---|
| 7/3/2008 | 1984 Goldrich Family Irrev Trust | 200,000 | - | 200,000 |
| 7/3/2008 | 444 Investment Group, LLC | 100,000 | - | 100,000 |
| 7/3/2008 | The Larrymore Foundation | 100,000 | - | 100,000 |
| 7/3/2008 | College Park III Associates | 100,000 | - | 100,000 |
| 7/3/2008 | I.William Berger | 100,000 | - | 100,000 |
| 7/3/2008 | Larrymore Investment Group | 100,000 | - | 100,000 |
| 7/3/2008 | Lawrence J.Goldrich Foundation | 100,000 | - | 100,000 |
| 7/3/2008 | Pocomoke Plaza Shopping Center | 200,000 | - | 200,000 |
| 7/3/2008 | Point-O-Woods Company | 300,000 | - | 300,000 |
| 7/3/2008 | Stony Run II Company | 100,000 | - | 100,000 |
| 7/3/2008 | West Point Square LLC | 200,000 | - | 200,000 |
| 7/3/2008 | Vicki E. Goldrich | 100,000 | - | 100,000 |
| 7/3/2008 | Lauren J.Goldrich | 100,000 | - | 100,000 |
| 7/3/2008 | Executive Park Company LLLP | 100,000 | - | 100,000 |
| 7/3/2008 | I.W.Berger Trst Dtd 12/31/97 fbo Lauren Goldrich | 100,000 | - | 100,000 |
|  | Sub-total | 2,000,000 | - | 2,000,000 |
| 7/7/2008 | BWCI, Inc. |  | (100,000) | (100,000) |
| 7/7/2008 | Oceana Properties LLC |  | (100,000) | (100,000) |
|  | Totals | 2,000,000 | (200,000) | 1,800,000 |

| 7/7/2008 | **TOTAL TRANSFERRED TO MADOFF BY L&I INVESTMENTS** | | 1,800,000 |
|---|---|---|---|

**(2) DIRECT FUND TRANSFERS TO MADOFF FROM MEMBERS OF L&I INVESTMENT LLC**

| DATE | MEMBER | AMOUNT |
|---|---|---|
|  |  | 0 |

| **TOTAL OF TRANSFERS 3RD QTR 2008** | 1,800,000 |
|---|---|



BERNARD L. MADOFF
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA   23464

7/31/08          1

| | | | DESCRIPTION | | AMOUNT DEBITED/REALIZED | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 397,871.30 | |
| 7/01 | 1,800,000 | 57706 | CHECK WIRE U S TREASURY BILL DUE 9/11/2008 | 999,679 | 1,794,222.00 | 1,800,000.00 |
| 7/07 | 57,770 | 57721 | FIDELITY SPARTAN U-S TREASURY MONEY MARKET 9/11/2008 | 1 | 57,770.00 | |
| 7/21 | 2,530 | 58696 | APPLE INC | 169.690 | 429,416.70 | |
| 7/21 | 4,301 | 58918 | ABBOTT LABORATORIES | 57.550 | 247,694.55 | |
| 7/21 | 3,337 | 59368 | ALLIED GRP INTL GROUP INC | 44.470 | 151,668.32 | |
| 7/21 | 34,038 | 59362 | ANGEL INC | 5.3220 | 151,060.92 | |
| 7/21 | 3,289 | 59584 | AMERICAN EXPRESS COMPANY | 37.120 | 122,218.68 | |
| 7/21 | 2,024 | 59806 | BOEING CO | 63.820 | 129,165.88 | |
| 7/21 | 1,771 | 60028 | BANK OF AMERICA | 60.000 | 280,000.00 | |
| 7/21 | 5,566 | 60250 | BAXTER INTERNATIONAL INC | 68.590 | 381,690.89 | |
| 7/21 | 2,024 | 60472 | BRISTOL MYERS SQUIBB COMPANY | 21.600 | 120,447.60 | |
| 7/21 | 1,917 | 60694 | ANHEUSER-BUSCH COS INC | 66.610 | 134,898.54 | |
| 7/21 | 1,771 | 60916 | FedEx CORP | 104.750 | 220,171.71 | |
| 7/21 | 8,096 | 61138 | CATERPILLAR INC | 68.730 | 118,248.03 | |
| 7/21 | | 61360 | COMCAST CORP | 18.300 | 148,479.80 | |
| 7/21 | 4,301 | 61582 | CONOCOPHILIPS | 84.840 | 361,693.04 | |
| 7/21 | 16,698 | 61804 | CISCO SYSTEMS INC | 20.610 | 344,812.78 | |
| 7/21 | 4,048 | 62026 | CVS CAREMARK CORP | 37.840 | 153,337.32 | |
| | | | CONTINUED ON PAGE  2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

RECEIVED
JUL 1 0 2008
LARRYMORE ORGANIZATION
VIRGINIA BEACH, VA 23464

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/07/08

CHECK WIRE

1,800,000.00

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com



**Fax**

| To: | Lindsay Thomas | From: | Karen Bulgarino |
|---|---|---|---|
| Fax: | 757-436-5038 | Pages: | 1 |
| Phone: | 757-436-5032 | Date: | 7/07/08 |
| Re: | Wire Transfer | CC: | Lawrence J. Goldrich |
| | L & I Investments, LLC | | |

Please wire transfer funds totaling $1,800,000 from the following account.

From:  L & I Investments, LLC account number #                    :

To:

**JP Morgan Chase Bank**

 40 Wall Street

New York, NY  10015

 ABA #:

 For Further Credit To:  Bernard L. Madoff

 Account #:

 FBO: L & I Investments, LLC

       Account #

*Karen T. Bulgarino*
Karen T. Bulgarino, Controller

If you have any questions please advise.  Please confirm when the wire is sent.  Thank you.



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /73

07/31/2008

# Account Statement

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| ANALYZED BUSINESS CHECKING | | 07/01/2008 - 07/31/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $133.55 | Average Balance | $258,198.06 |
| Deposits/Credits | $2,000,000.00 | Average Collected Balance | $245,294.84 |
| Checks | $200,000.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $1,800,000.00 | | |
| Ending Balance | $133.55 | | |

---

**Deposits/ Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|
| 07/03 | 2,000,000.00 | | DEPOSIT | | | |

Deposits/Credits:  1          Total Items Deposited: 15

---

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1033 | 100,000.00 | 07/07 | 1034 | 100,000.00 | 07/07 | | | |

Checks: 2

---

**Withdrawals/ Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 07/07 | 1,800,000.00 | | OUTGOING FEDWIRE DR TRN #007359 |

Withdrawals/Debits: 1

---

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/01 | 133.55 | 133.55 | 07/07 | 133.55 | 133.55 |
| 07/03 | 2,000,133.55 | 1,900,133.55 | | | |

---

### L & I INVESTMENTS
*DAILY SUMMARY OF CASH RECEIPTS*

**DATE:    07/03/08**

| NAME | DATE | RECEIPTS | | |
| --- | --- | --- | --- | --- |
| | | REG 2,000,000.00 | | SECURITY |
| | | P R | | P R |
| LAUREN GOLDRICH 1997 TRUST | 07/01/08 | | 100,000.00 | |
| I WILLIAM BERGER | 07/01/08 | | 100,000.00 | |
| VICKI GOLDRICH TRUST 1996 | 07/01/08 | | 100,000.00 | |
| 1984 GOLDRICH FAMILY TRUST | 07/01/08 | | 200,000.00 | |
| LAUREN GOLDRICH CUSTODIAL | 07/01/08 | | 100,000.00 | |
| LAWRENCE J GOLDRICH FOUNDATION | 07/01/08 | | 100,000.00 | |
| LARRYMORE FOUNDATION | 07/01/08 | | 100,000.00 | |
| 444 INVESTMENT GROUP | 07/01/08 | | 100,000.00 | |
| COLLEGE PARK SQUARE III | 07/01/08 | | 100,000.00 | |
| EXECUTIVE PARK CO | 07/01/08 | | 100,000.00 | |
| LARRYMORE INVESTMENT GROUP | 07/01/08 | | 100,000.00 | |
| POCOMOKE PLAZA | 07/01/08 | | 200,000.00 | |
| POINT O WOODS | 07/01/08 | | 300,000.00 | |
| STONY RUN CO CDA | 07/01/08 | | 100,000.00 | |
| WEST POINT SQUARE | 07/01/08 | | 200,000.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total deposit/Attach bank receipt** | | | 2,000,000.00 | |

f:\admin\Ppdata\forms\larrym\cashrec2

SunTrust

L & I INVESTMENTS LLC 04/2005
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA 23464-3611

DATE 7-3-08

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
ENDORSE & LIST CHECKS SEPARATELY OR ATTACH LIST

63-2510

TOTAL ITEMS  15

$ 2,000,000.00

DEPOSIT AMOUNT:  $2,000,000.00
ACCOUNT NUMBER:

BUS DATE:07/03/08 CAL DATE:07/03/08 12:00
BATCH ID:      66802572
                          0206



L & I INVESTMENTS LLC 042005
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH, VA 23464-3611

DATE 7-3-08

CURRENCY
COIN
TOTAL CASH
CHECKS

SunTrust

TOTAL ITEMS  15    $  2000000.00

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

---

LAUREN GOLDRICH TRUST 03-01
TRUST U/A  DTD 12/31/97
I WILLIAM BERGER TRUSTEE
6477 COLLEGE PARK SQUARE STE 306
VIRGINIA BEACH, VA 23464-3611

1042

68-2/510

7-1-08  Date

Pay to the
Order of   L & I Investments                    $ 100,000.00

One hundred thousand 00/100 —                    Dollars

SunTrust
SunTrust Bank

For 07/01/08 Invest. Contrib.

---

I. William Berger
6477 College Park Square #306
Virginia Beach, VA 23464-3611
7574203950

BANK OF AMERICA, N.A.
Virginia Beach, VA

68-1
510

DATE
July 1, 2008

CHECK NO.
8775

AMOUNT
$****100,000.00

Pay:*********************************One hundred thousand dollars and no cents

PAY
TO THE
ORDER OF    L & I INVESTMENTS, LLC

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER
THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

VICKI E. GOLDRICH IRREVOCABLE TRUST 1996
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

DATE
July 1, 2008

CHECK NO.
1055

AMOUNT
$****100,000.00

Pay:*****************************One hundred thousand dollars and no cents

PAY
TO THE
ORDER OF    L & I INVESTMENTS

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER
THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW