*1984 GOLDRICH FAMILY IRREVOCABLE TRUST*
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464-3611
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| July 1, 2008 | 10256 | $****200,000.00 |

Pay:******************************Two hundred thousand dollars and no cents

PAY
TO THE
ORDER OF   L & I INVESTMENTS, LLC

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

*LAUREN GOLDRICH CUSTODIAL ACCOUNT*
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| July 1, 2008 | 1373 | $****100,000.00 |

Pay:******************************One hundred thousand dollars and no cents

PAY
TO THE
ORDER OF   L & I INVESTMENTS

---

*Lawrence J. Goldrich Foundation*
6477 College Park Square #306
Virginia Beach, VA 23464-3609
7574203950

SUNTRUST
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| July 1, 2008 | 4214 | $****100,000.00 |

Pay:******************************One hundred thousand dollars and no cents

PAY
TO THE
ORDER OF   L & I INVESTMENT

---

*Larrymore Foundation*
6477 College Park Square #306
Virginia Beach, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| July 1, 2008 | 1226 | $****100,000.00 |

Pay:******************************One hundred thousand dollars and no cents

PAY
TO THE
ORDER OF   L & I INVESTMENTS

'4 INVESTMENT GROUP LLC
77 COLLEGE PARK SQUARE SUITE 306
RGINIA BEACH, VA 23464
7-420-3950

SUNTRUST BANK
VIRGINIA BEACH, VA 23320

68-2
510

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| July 1, 2008 | 1015 | $****100,000.00 |

ay:*******************************One hundred thousand dollars and no cents

Y
THE
DER OF
L & I INVESTMENTS, LLC

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

OLLEGE PARK SQUARE III ASSOCIATES, L.P.
77 COLLEGE PARK SQUARE #306
RGINIA BEACH, VA 23464
574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| July 1, 2008 | 3822 | $****100,000.00 |

ay:*******************************One hundred thousand dollars and no cents

Y
THE
IDER OF
L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

XECUTIVE PARK COMPANY LP
477 COLLEGE PARK SQUARE #306
IRGINIA BEACH, VA 23464
574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| July 1, 2008 | 1782 | $****100,000.00 |

'ay: *******************************One hundred thousand dollars and no cents

AY
O THE
RDER OF
L & I INVESTMENTS

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

ARRYMORE INVESTMENT GROUP LLC
77 COLLEGE PARK SQUARE #306
IRGINIA BEACH, VA 23464
574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| July 1, 2008 | 1031 | $****100,000.00 |

ay:*******************************One hundred thousand dollars and no cents

IY
O THE
RDER OF
L & I INVESTMENTS, LLC

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

esapeake Investment Co.
A Pocomoke Plaza Shopping Center
77 College Park Square
ite 306
rginia Beach, VA 23464-3609
44203950

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| July 1, 2008 | 6222 | $****200,000.00 |

ay: ****************************Two hundred thousand dollars and no cents

Y
THE
RDER OF          L & I INVESTMENTS

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Point O' Woods Company**
757-420-3950
6477 College Park Square
Suite 306
Virginia Beach, VA 23464-3622
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| July 1, 2008 | 1242 | $****300,000.00 |

Pay: ***************************Three hundred thousand dollars and no cents

PAY
TO THE
ORDER OF          L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**TONY RUN COMPANY CDA**
57-420-3950
477 COLLEGE PARK SQUARE #306
IRGINIA BEACH, VA 23464
574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| June 30, 2008 | 2815 | $****100,000.00 |

ay:******************************One hundred thousand dollars and no cents

Y
THE
RDER OF          L & I INVESTMENTS, LLC

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**WEST POINT SQUARE LLC**
757-420-3950
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| July 1, 2008 | 2230 | $****200,000.00 |

Pay: *****************************Two hundred thousand dollars and no cents

PAY
TO THE
ORDER OF          L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
3 /500/0175/0 /73

07/31/2008



## Account Statement

Ck # 1033    07/07    $100,000.00

Ck # 1034    07/07    $100,000.00

*Disbursement To Members*

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /73

07/31/2008





# SUNTRUST

# Account
# Statement

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

| Account Summary | Account Type | Account Number | | Statement Period |
|---|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | | 07/01/2008 - 07/31/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $133.55 | Average Balance | $258,198.06 |
| Deposits/Credits | $2,000,000.00 | Average Collected Balance | $245,294.84 |
| Checks | $200,000.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $1,800,000.00 | | |
| Ending Balance | $133.55 | | |

---

| Deposits/ Credits | Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|---|
| | 07/03 | 2,000,000.00 | | DEPOSIT | | | |

Deposits/Credits: 1        Total Items Deposited: 15

---

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1033 | 100,000.00 | 07/07 | 1034 | 100,000.00 | 07/07 | | | |

Checks: 2

---

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 07/07 | 1,800,000.00 | | OUTGOING FEDWIRE DR TRN #007359 |

Withdrawals/Debits: 1

---

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 07/01 | 133.55 | 133.55 | 07/07 | 133.55 | 133.55 |
| | 07/03 | 2,000,133.55 | 1,900,133.55 | | | |

---

# THIRD QUARTER 2008

# SECTION V – C (2)

# (NOT APPLICABLE)

**L&I INVESTMENTS LLC**
**INVESTMENT IN BERNARD L. MADOFF**
**4TH QUARTER, 2008**

## (1)  FUND TRANSFERS FROM MADOFF TO L&I INVESTMENT LLC

| DATE DEPOSITED INTO L&I BANK A/C | | Funds Collected from Members by L&I Inv | Funds Paid to Members By L&I Inv | TOTALS |
|---|---|---|---|---|
| 10/1/2008 | Goldfrost Company LLP | 100,000 | - | 100,000 |
| 10/1/2008 | Lauren J. Goldrich Irrev Trust #3 | 100,000 | - | 100,000 |
| 10/1/2008 | Executive Park Company LLLP | 200,000 | - | 200,000 |
| 10/1/2008 | Janice T. Goldrich Irrev Trust | 100,000 | - | 100,000 |
| | Sub-total | 500,000 | - | 500,000 |
| 10/2/2008 | Banbury Lake Village | | (100,000) | (100,000) |
| 10/3/08,10/7/08 | Janice T. Goldrich Irrev Trust | | (2,000,000) | (2,000,000) |
| 10/2/2008 | Larrymore Organization, Inc. | | (300,000) | (300,000) |
| 10/3/2008 | Lawrence J. Goldrich | | (2,000,000) | (2,000,000) |
| 10/7/2008 | Stony Run Company | | (100,000) | (100,000) |
| | Totals | 500,000 | (4,500,000) | (4,000,000) |

| 10/2/2008 | TOTAL RECEIVED FROM MADOFF BY L&I INVESTMENTS | (4,000,000) |
|---|---|---|

0

| TOTAL OF TRANSFERS 4TH QTR 2008 | (4,000,000) |
|---|---|

## (2)  NOT APPLICABLE



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH    VA    23464

10/31/08

| DATE | BOUGHT | SOLD | TRANSACTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 1,339,181.93 | |
| 10/01 | | | | | | 553,233 |
| 10/01 | | | COCA COLA CO DIV 9/15/08 10/01/08 | DIV | | 989.90 |
| 10/01 | | | | | | 789,384 |
| 10/01 | | | MERCK & CO DIV 9/05/08 10/01/08 | DIV | | 3,233.80 |
| 10/02 | | | | DIV | (7,000,000.00) | .65 |
| 10/02 | 4,000,000 | 99855 | U S TREASURY MONEY MARKET DIV 10/02/08 | | | (9,963,400) |
| 10/02 | | 99855 | U S TREASURY BILL DUE 11/13/2008 | 99.944 | | 3,997,760.00 |
| 10/02 | | 99804 | | 1 | 17,323.00 | 17,323.3 |
| 10/03 | | | U S TREASURY MONEY MARKET SCHLUMBERGER LTD DIV 9/29/08 10/03/08 | DIV | | 985.53 |
| 10/10 | | | U S TREASURY MONEY MARKET DIV 10/10/08 | DIV | | 2.19 |
| | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

'E HAVE THIS DAY    **DEBITED YOUR**
CCOUNT WITH THE FOLLOWING:  **CHECK WIRE**

**10/02/08**

**4,000,000.00**

CLIENT'S ACCOUNT NUMBER

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH        VA 23464

6477 College Park Square
Suite 306
Virginia Beach, VA 23464

757-222-9413 Direct
757-420-6387 FAX
kbulgarino@larrymore.com

**L & I Investments LLC**
**Larrymore Organization,**
**Inc.**

# Fax

| To: | Bernard L. Madoff Investments | From: | I. William Berger |
|---|---|---|---|
| Fax: | 212-838-4061 | Pages: | 1 |
| Phone: | 212-230-2424 | Date: | 10/1/08 |
| Re: | Wire Transfer | CC: | Lawrence J. Goldrich |
| | L & I Investments, LLC | | Karen T. Bulgarino |

Please wire transfer $4,000,000 from  L & I Investments, LLC account number #                as
follows:

Account of:  L & I Investment LLC

Bank:       SunTrust Bank

            Atlanta, GA

ABA #:

Account #

If you have any questions, please contact Karen Bulgarino at 757-222-9413 or I can be
reached at 757-222-9409

I. William Berger,  Partner
L & I Investment LLC

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/500/0175/0 /73

10/31/2008


**SUNTRUST**

## Account Statement

lilililililililili

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

EFFECTIVE FEBRUARY 1, 2009, SUNTRUST WILL IMPLEMENT A $5 FEE ON SUNTRUST CHECKS
CASHED IN OUR BRANCHES BY NON-SUNTRUST CLIENTS. GAIN EFFICIENCIES, LIMIT CHECK
FRAUD AND HELP EMPLOYEES AND SUPPLIERS AVOID THIS FEE BY IMPLEMENTING ONE OF OUR
AUTOMATED PAYMENT SOLUTIONS. FOR MORE DETAILS, VISIT SUNTRUST.COM.

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| ANALYZED BUSINESS CHECKING | | 10/01/2008 - 10/31/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $133.55 | Average Balance | $290,456.13 |
| Deposits/Credits | $4,500,000.00 | Average Collected Balance | $290,456.13 |
| Checks | $500,000.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $4,000,000.00 | | |
| Ending Balance | $133.55 | | |

**Deposits/ Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|
| 10/01 | 500,000.00 | | DEPOSIT | | | |
| 10/02 | 4,000,000.00 | | INCOMING FEDWIRE CR TRN #006487 | | | |

Deposits/Credits: 2          Total Items Deposited: 4

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1035 | 300,000.00 | 10/02 | 1036 | 100,000.00 | 10/07 | 1037 | 100,000.00 | 10/02 |

Checks: 3

**Withdrawals/ Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 10/03 | 1,000,000.00 | | OUTGOING FEDWIRE DR TRN #005262 |
| 10/03 | 1,000,000.00 | | OUTGOING FEDWIRE DR TRN #005311 |
| 10/03 | 1,000,000.00 | | OUTGOING FEDWIRE DR TRN #005376 |
| 10/07 | 1,000,000.00 | | OUTGOING FEDWIRE DR TRN #002118 |

Withdrawals/Debits: 4

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/01 | 500,133.55 | 500,133.55 | 10/03 | 1,100,133.55 | 1,100,133.55 |
| 10/02 | 4,100,133.55 | 4,100,133.55 | 10/07 | 133.55 | 133.55 |

386567                    Member FDIC              Continued on next page

### L & I INVESTMENTS
*DAILY SUMMARY OF CASH RECEIPTS*

**DATE:    10/01/08**

| NAME | DATE | REG | RECEIPTS 500,000.00 | SECURITY |
|---|---|---|---|---|
| | | P R | | P R |
| LAUREN GOLDRICH TRUST #3 | 09/30/08 | | 100,000.00 | |
| JANICE GOLDRICH TRUST | 09/30/08 | | 100,000.00 | |
| EXECUTIVE PARK CO | 09/30/08 | | 200,000.00 | |
| GOLDFROST CO | 09/30/08 | | 100,000.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total deposit/Attach bank receipt | | | 500,000.00 | |

10/1/2008 10:28 AM

f:\admin\Ppdata\forms\larrym\cashrec2

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227



Page 1 of 3
36/E00/0175/0 /73

10/31/2008

# SUNTRUST™

# Account Statement

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

EFFECTIVE FEBRUARY 1, 2009, SUNTRUST WILL IMPLEMENT A $5 FEE ON SUNTRUST CHECKS
CASHED IN OUR BRANCHES BY NON-SUNTRUST CLIENTS. GAIN EFFICIENCIES, LIMIT CHECK
FRAUD AND HELP EMPLOYEES AND SUPPLIERS AVOID THIS FEE BY IMPLEMENTING ONE OF OUR
AUTOMATED PAYMENT SOLUTIONS. FOR MORE DETAILS, VISIT SUNTRUST.COM.

## Account Summary

| Account Type | | Account Number | | Statement Period |
|---|---|---|---|---|
| ANALYZED BUSINESS CHECKING | | | | 10/01/2008 - 10/31/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $133.55 | Average Balance | $290,456.13 |
| Deposits/Credits | $4,500,000.00 | Average Collected Balance | $290,456.13 |
| Checks | $500,000.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $4,000,000.00 | | |
| Ending Balance | $133.55 | | |

## Deposits/Credits

| Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|
| 10/01 | 500,000.00 | | DEPOSIT | | | |
| 10/02 | 4,000,000.00 | | INCOMING FEDWIRE CR TRN #006487 | | | |

Deposits/Credits: 2        Total Items Deposited: 4

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1035 | 300,000.00 | 10/02 | 1036 | 100,000.00 | 10/07 | 1037 | 100,000.00 | 10/02 |

Checks: 3

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 10/03 | 1,000,000.00 | | OUTGOING FEDWIRE DR TRN #005262 |
| 10/03 | 1,000,000.00 | | OUTGOING FEDWIRE DR TRN #005311 |
| 10/03 | 1,000,000.00 | | OUTGOING FEDWIRE DR TRN #005376 |
| 10/07 | 1,000,000.00 | | OUTGOING FEDWIRE DR TRN #002118 |

Withdrawals/Debits: 4

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/01 | 500,133.55 | 500,133.55 | 10/03 | 1,100,133.55 | 1,100,133.55 |
| 10/02 | 4,100,133.55 | 4,100,133.55 | 10/07 | 133.55 | 133.55 |

386567        Member FDIC        Continued on next page



DEPOSIT AMOUNT:    $500,000.00
ACCOUNT NUMBER:

BUS DATE:10/01/08 CAL DATE:10/01/08 11:40
BATCH ID:    66801551
                                    0206





**LAUREN J GOLDRICH IRRVOCABLE TRST 3 1996**
6477 COLLEGE PARK SQUARE
STE 306
VIRGINIA BEACH, VA 23464-3611
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

DATE          CHECK NO.        AMOUNT
October 1, 2008      95      $****100,000.00

Pay:*****************************One hundred thousand dollars and no cents

PAY
TO THE
ORDER OF        L & I INVESTMENTS

**JANICE T GOLDRICH IRREVOCABLE TRUST 2000**
6477 COLLEGE PARK SQUARE, STE 306
VIRGINIA BEACH, VA 23464-3611
7574203950

SunTrust Bank
Virginia Beach, VA

68-2
510

DATE          CHECK NO.        AMOUNT
October 1, 2008      1075      $****100,000.00

Pay:*****************************One hundred thousand dollars and no cents

PAY
TO THE
ORDER OF        L & I INVESTMENTS, LLC

THE FACE THIS DOCUMENT HAS A COLORED BACKGROUND ON PAPER

**EXECUTIVE PARK COMPANY L**

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| October 1, 2008 | 1789 | $****200,000.00 |

Pay:*******************************Two hundred thousand dollars and no cents

PAY
TO THE
ORDER OF        L & I INVESTMENTS

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**GOLDFROST COMPANY**

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH, VA 23464
7574203950

SUNTRUST BANK
VIRGINIA BEACH, VA

68-2
510

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| October 1, 2008 | 5498 | $****100,000.00 |

Pay:******************************One hundred thousand dollars and no cents

PAY
TO THE
ORDER OF        L & I INVESTMENTS, LLC.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
36/E00/0175/0 /73

10/31/2008


UNTRUST™

# Account Statement

ldddddddddddddddddddddddddddddddll

L & I INVESTMENTS LLC
6477 COLLEGE PARK SQ STE 306
VIRGINIA BEACH VA 23464-3611

Questions? Please call
1-800-786-8787

EFFECTIVE FEBRUARY 1, 2009, SUNTRUST WILL IMPLEMENT A $5 FEE ON SUNTRUST CHECKS
CASHED IN OUR BRANCHES BY NON-SUNTRUST CLIENTS. GAIN EFFICIENCIES, LIMIT CHECK
FRAUD AND HELP EMPLOYEES AND SUPPLIERS AVOID THIS FEE BY IMPLEMENTING ONE OF OUR
AUTOMATED PAYMENT SOLUTIONS. FOR MORE DETAILS, VISIT SUNTRUST.COM.

| Account Summary | Account Type | | | Account Number | | Statement Period |
|---|---|---|---|---|---|---|
| | ANALYZED BUSINESS CHECKING | | | | | 10/01/2008 - 10/31/2008 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $133.55 | Average Balance | $290,456.13 |
| Deposits/Credits | $4,500,000.00 | Average Collected Balance | $290,456.13 |
| Checks | $500,000.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $4,000,000.00 | | |
| Ending Balance | $133.55 | | |

| Deposits/ Credits | Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|---|
| | 10/01 | 500,000.00 | | DEPOSIT | | | |
| | 10/02 | 4,000,000.00 | | INCOMING FEDWIRE CR TRN #006487 | | | |

Deposits/Credits: 2                                  Total Items Deposited: 4

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1035 | 300,000.00 | 10/02 | 1036 | 100,000.00 | 10/07 | 1037 | 100,000.00 | 10/02 |

Checks: 3

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 10/03 | 1,000,000.00 | | OUTGOING FEDWIRE DR TRN #005262 |
| | 10/03 | 1,000,000.00 | | OUTGOING FEDWIRE DR TRN #005311 |
| | 10/03 | 1,000,000.00 | | OUTGOING FEDWIRE DR TRN #005376 |
| | 10/07 | 1,000,000.00 | | OUTGOING FEDWIRE DR TRN #002118 |

Withdrawals/Debits: 4

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 10/01 | 500,133.55 | 500,133.55 | 10/03 | 1,100,133.55 | 1,100,133.55 |
| | 10/02 | 4,100,133.55 | 4,100,133.55 | 10/07 | 133.55 | 133.55 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 3 of 3
36/E00/0175/0 /73

10/31/2008



# Account Statement

Ck # 1035      10/02      $300,000.00

Ck # 1037      10/02      $100,000.00

Ck # 1036      10/07      $100,000.00

*Disbursements To Members*

## Karen Bulgarino

| | |
|---|---|
| **From:** | "Thomas.Lindsay.A" <Lindsay.A.Thomas@SunTrust.com> |
| **To:** | "Karen Bulgarino" <kbulgarino@larrymore.com> |
| **Sent:** | Tuesday, October 07, 2008 11:56 AM |
| **Subject:** | RE: Wire Transfer |

complete

Lindsay Thomas
Commercial Banking Specialist
100 Volvo Parkway
3rd Floor
Chesapeake, VA 23320
Mail Code: NOR 1663
(P) 757-436-5028
(F) 757-436-5038

**From:** Karen Bulgarino [mailto:kbulgarino@larrymore.com]
**Sent:** Monday, October 06, 2008 4:26 PM
**To:** Thomas.Lindsay.A
**Subject:** Wire Transfer
**Importance:** High

Lindsay

Please process the following wire transfer from the L&I Investment                as follows:

Amount    $$1,000,000.00

To:

Bank: Citibank, NA, 111 Wall Street, New York, NY 10043
ABA#
FBO    Charles Schwab
    A/C
For the Account of:
    I.William Berger as Trustee, Janice T. Goldrich Irrevocable Trust-2000 DTD 7/12/00
    A/C #

Please confirm when wire is sent.  Thank you.


Karen T. Bulgarino
Controller
Larrymore Organization

Telephone:  757-222-9413
Fax:        757-420-6387
Email:      kbulgarino@larrymore.com


## LEGAL DISCLAIMER

The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other

10/7/2008

*charles* SCHWAB
INSTITUTIONAL



Trade Confirmal   —Customer Copy   Retain for your records.
Custodial and brokerage services provided by Charles Schwab & Co., Inc. Member SIPC.

**Account Number:**
Page 1 of 2

**Mail To**

L MMF
IVAN WILLIAM BERGER TTEE
JANICE T GOLDRICH IRREVOCABLE
TRUST 2000 DTD 07/12/2000
6477 COLLEGE PARK SQUARES
#306
VIRGINIA BEACH VA  23464

001730

74357 99999
15294524   CW HENDERSON
JANICE T GOLDRICH IRREV TR

0100017300101

| Security Description | | |
|---|---|---|
| | **Action** | **BOUGHT** |
| SCHWAB US TREAS MONEY FD | Symbol: | SWUXX |
| | Security No./Cusip: | 808515-50-6 |
| | Branch Code: | FSYY |

| | | | Trade Date: | 10/08/08 |
|---|---|---|---|---|
| | | | Settlement Date: | 10/08/08 |
| | | | Type: | Cash |

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 1,000,000.000 | $1.00 | $1,000,000.00 | N/A | $1,000,000.00 |

*For all of the above:*
*Executed by fund*
*Capacity code AM*

**Schwab Institutional® is a division of Charles Schwab & Co., Inc.**
Please see reverse for terms, conditions and capacity code definitions.

SIPC

MMF   1
L MMF <6 001730 000000001730 0001 20081008

# Karen Bulgarino

| | |
|---|---|
| **From:** | "Thomas.Lindsay.A" <Lindsay.A.Thomas@SunTrust.com> |
| **To:** | "Karen Bulgarino" <kbulgarino@larrymore.com> |
| **Sent:** | Friday, October 03, 2008 11:08 AM |
| **Subject:** | RE: Wire Transfers |

complete

Lindsay Thomas
Commercial Banking Specialist
100 Volvo Parkway
3rd Floor
Chesapeake, VA 23320
Mail Code: NOR 1663
(P) 757-436-5028
(F) 757-436-5038

**From:** Karen Bulgarino [mailto:kbulgarino@larrymore.com]
**Sent:** Friday, October 03, 2008 9:46 AM
**To:** Thomas.Lindsay.A
**Subject:** Wire Transfers

Lindsay

Please process the following wire Transfers from the L&I Investment A/C                as follows:

1. Amount: $1,000,000.00   to

Branch Banking & Trust Co., P.O. Box 2887, 223 West Nash Street, Wilson, NC 27894
ABA: # :
A/C Name:  BB&T Trust Uninvested Trust Cash
DDA A/C # :
Attn:  Trust Department
FFC:  Janice T. Goldrich Irrevocable Trust   A/C :

2. Amount $1,000,000.00   to

Branch Banking & Trust Co., P.O. Box 2887, 223 West Nash Street, Wilson, NC 27894
ABA: #
A/C Name:  BB&T Trust Uninvested Trust Cash
DDA A/C #
Attn:  Trust Department
FFC:  Lawrence J. Goldrich    A/C

3.  Amount  $1,000,000.00   to

Citibank NA,  111 Wall Street, New York, NY 10043
ABA: # :
FBO: Charles Schwab
A/C:
For the Account of Lawrence J. Goldrich

Please confirm when wires are sent.  Thank you.

Karen T. Bulgarino
Controller

10/3/2008

ACCOUNT STATEMENT                                          PAGE 4

OCTOBER 01, 2008 TO OCTOBER 31, 2008

ACCOUNT NAME:    BERGER WILLIAM
ACCOUNT NUMBER:

# TRANSACTION SUMMARY

|  | CURRENT PERIOD | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
|  | PRINCIPAL CASH | INCOME CASH | COST | PRINCIPAL CASH | INCOME CASH | COST |
| BEGINNING BALANCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME | | | | | | |
| ACCRUED INCOME | | 2,896.53- | | | 2,896.53- | |
| TOTAL INCOME | 0.00 | 2,896.53- | 0.00 | 0.00 | 2,896.53- | 0.00 |
| PURCHASES | | | | | | |
| PURCHASES | 648,459.50- | | 648,459.50 | 648,459.50- | | 648,459.50 |
| NET CASH MGT PURCH | 142,194.03- | | 142,194.03 | 142,194.03- | | 142,194.03 |
| TOTAL PURCHASES | 790,653.53- | 0.00 | 790,653.53 | 790,653.53- | 0.00 | 790,653.53 |
| DISBURSEMENTS | | | | | | |
| DISBURSEMENTS | 650,000.00- | | | 650,000.00- | | |
| TOTAL DISBURSEMENTS | 650,000.00- | 0.00 | 0.00 | 650,000.00- | 0.00 | 0.00 |
| CASH RECEIPTS | | | | | | |
| CASH RECEIVED | 1,390,000.00 | | | 1,390,000.00 | | |
| TOTAL CASH RECEIPTS | 1,390,000.00 | 0.00 | 0.00 | 1,390,000.00 | 0.00 | 0.00 |
| MISCELLANEOUS | 1,653.47 | 1,653.47 | 0.00 | 1,653.47 | 1,653.47 | 0.00 |
| ENDING BALANCE | 52,997.00- | 1,243.06- | 790,653.53 | 52,997.00- | 1,243.06- | 790,653.53 |

# TRANSACTION STATEMENT

| DATE | DESCRIPTION | PRINCIPAL CASH | INCOME CASH | COST | GAIN / LOSS |
|---|---|---|---|---|---|
| 10/01/08 | BEGINNING BALANCE | 0.00 | 0.00 | 0.00 | |
| 10/03/08 | RECEIVED FROM SUNTRUST RECEIVED FROM L & I INVESSTMENTS | 1,000,000.00 | | | |
| 10/23/08 | ACCRUED INTEREST PAID 50,000 UNITS VIRGINIA COLLEGE BLDG AUTH VA EDL FACS REV 21ST CENT COLLEGE & EQUIP A DTD 7/01/2004 CALLABLE 2/01/2014 @ 100 5% 02/01/2015 | | 569.44- | | |
| 10/23/08 | PURCHASED 50,000 UNITS VIRGINIA COLLEGE BLDG AUTH VA EDL FACS REV 21ST CENT COLLEGE & EQUIP A DTD 7/01/2004 CALLABLE 2/01/2014 @ 100 5% 02/01/2015 ON 10/20/2008 AT 103.264 THRU DAVENPORT and COMPANY (VIRGINIA) | 51,632.00- | | 51,632.00 | |

## ACCOUNT STATEMENT     PAGE 14

OCTOBER 01, 2008 TO NOVEMBER 19, 2008

ACCOUNT NAME:    GOLDRICH LAWRENC
ACCOUNT NUMBER:

## TRANSACTION SUMMARY

| | CURRENT PERIOD | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| | PRINCIPAL CASH | INCOME CASH | COST | PRINCIPAL CASH | INCOME CASH | COST |
| BEGINNING BALANCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME | | | | | | |
| INTEREST | | 3,099.57 | | | 3,099.57 | |
| ACCRUED INCOME | | 2,627.77- | | | 2,627.77- | |
| TOTAL INCOME | 0.00 | 471.80 | 0.00 | 0.00 | 471.80 | 0.00 |
| SALES/MATURITIES | | | | | | |
| SALES | 360,394.41 | | 360,957.80- | 360,394.41 | | 360,957.80- |
| TOTAL SALES/MATURITIES | 360,394.41 | 0.00 | 360,957.80- | 360,394.41 | 0.00 | 360,957.80- |
| PURCHASES | | | | | | |
| PURCHASES | 1,333,791.41- | | 1,333,791.41 | 1,333,791.41- | | 1,333,791.41 |
| NET CASH MGT PURCH | 23,856.89- | | 26,509.24 | 23,856.89- | | 26,509.24 |
| TOTAL PURCHASES | 1,357,648.30- | 2,652.35- | 1,360,300.65 | 1,357,648.30- | 2,652.35- | 1,360,300.65 |
| DISBURSEMENTS | | | | | | |
| DISBURSEMENTS | 565,000.00- | | | | 565,000.00- | |
| TOTAL DISBURSEMENTS | 565,000.00- | 0.00 | 0.00 | 565,000.00- | 0.00 | 0.00 |
| CASH RECEIPTS | | | | | | |
| CASH RECEIVED | 1,565,000.00 | | | | 1,565,000.00 | |
| TOTAL CASH RECEIPTS | 1,565,000.00 | 0.00 | 0.00 | 1,565,000.00 | 0.00 | 0.00 |
| MISCELLANEOUS | 2,180.55- | 2,180.55 | 15.38- | 2,180.55- | 2,180.55 | 15.38- |
| ENDING BALANCE | 565.56 | 0.00 | 999,327.47 | 565.56 | 0.00 | 999,327.47 |

## TRANSACTION STATEMENT

| DATE | DESCRIPTION | PRINCIPAL CASH | INCOME CASH | COST | GAIN / LOSS |
|---|---|---|---|---|---|
| 10/01/08 | BEGINNING BALANCE | 0.00 | 0.00 | 0.00 | |
| 10/03/08 | RECEIVED FROM SUNTRUST RECEIVED FROM L & I INVESSTMENTS | 1,000,000.00 | | | |
| 10/23/08 | ACCRUED INTEREST PAID 50,000 UNITS VIRGINIA COLLEGE BLDG AUTH VA EDL FACS REV 21ST CENT COLLEGE & EQUIP A DTD 7/01/2004 CALLABLE 2/01/2014 @ 100 5% 02/01/2015 | | 569.44- | | |
| 10/23/08 | PURCHASED 50,000 UNITS VIRGINIA COLLEGE BLDG AUTH VA EDL FACS REV 21ST CENT COLLEGE & EQUIP A DTD 7/01/2004 CALLABLE 2/01/2014 @ 100 5% 02/01/2015 ON 10/20/2008 AT 103.264 THRU DAVENPORT and COMPANY (VIRGINIA) | 51,632.00- | | 51,632.00 | |

## charles SCHWAB
INSTITUTIONAL

Schwab One® Account of
**LAWRENCE J GOLDRICH**

**Account Number**

**Statement Period**
October 1-31, 2008

# Transaction Detail - Purchases & Sales

## Fixed Income Activity

| Settle Date | Trade Date | Transaction | Description | Par | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 10/22/08 | 10/17/08 | Bought Prime | NEW YORK ST ENVIR 5.8%14<br>REV    DUE 01/15/14 : 64985FVC2<br>With accrued interest of $1,562.78 | 100,000.0000 | 100.1880 | (101,765.78) |
| 10/23/08 | 10/17/08 | Bought Prime | MIAMI UNIV OHIO 3.25%26<br>REV    DUE 09/01/26 : 593791EF9<br>With accrued interest of $704.17 | 150,000.0000 | 62.1040 | (93,875.17) |
| 10/23/08 | 10/20/08 | Bought Prime | TEMPE ARIZ        3.5%26<br>GO UTX    DUE 07/01/26 : 879709C68<br>With accrued interest of $1,633.33 | 150,000.0000 | 67.5160 | (102,922.33) |
| 10/30/08 | 10/22/08 | Bought Prime | OHIO ST MAJOR NE 5.75%18<br>REV    DUE 06/15/18 : 677581DF4<br>With accrued interest of $0.00 | 100,000.0000 | 103.7330 | (103,748.00) |
| **Total Fixed Income Activity** | | | | | | **(402,311.28)** |
| **Total Purchases & Sales** | | | | | | **(402,311.28)** |

# Transaction Detail - Deposits & Withdrawals

| Transaction Date | Process Date | Activity | Description | Location | Credit/(Debit) |
|---|---|---|---|---|---|
| 10/03/08 | 10/03/08 | Funds Received | WIRED FUNDS RECEIVED | | 1,000,000.00 |
| **Total Deposits & Withdrawals** | | | | | **1,000,000.00** |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

CTA02303-006334  248223

© 2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Schwab Institutional is a division of Charles Schwab & Co., Inc. ("Schwab"). This statement is furnished solely for your account at Schwab.
Except as noted in this statement's Terms and Conditions, Investment Advisors whose names appear in this statement are not affiliated with Schwab. Please see Terms and Conditions. (2002-2115; 2002-240) STP252655R1-02

SIPC

# FOURTH QUARTER 2008

# SECTION V – D (2)

## (NOT APPLICABLE)