# **EXHIBIT D**

```
                                                              Page 1

 1
 2    UNITED STATES BANKRUPTCY COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    Case No. 95-88888-brl
 5    Adv. Proc. No. 08-01789-brl
 6    - - - - - - - - - - - - - - - - - - - - - -x
 7    In the Matter of:
 8    BERNARD L. MADOFF,
 9                    Debtor.
10    - - - - - - - - - - - - - - - - - - - - - -x
11    SECURITIES INVESTOR PROTECTION CORPORATION,
12                    Plaintiff,
13              v.
14    BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
15                    Defendant.
16    - - - - - - - - - - - - - - - - - - - - - -x
17              U.S. Bankruptcy Court
18              One Bowling Green
19              New York, New York
20              October 19, 2010
21              10:09 a.m.
22
23    B E F O R E:
24    HON. BURTON R. LIFLAND
25    U.S. BANKRUPTCY JUDGE
```

Page 2

2  Hearing re:  Trustee's Motion for an Order to Affirm Trustee's
3  Determinations Denying Claims of Claimants Without BLMIS
4  Accounts In Their Names, Namely, Investors in Feeder Funds

24  Transcribed by:  Hana Copperman

SIPC v. BLMIS

Page 12

1  customer you are speaking of a customer who has an account.

2  Why is that important? Is it important not only

3  because the customers who have an account attain the status of

4  being a priority claimant in a SIPA proceeding, but, also,

5  those who have an allowed net equity in that proceeding are

6  entitled not only to participate in the SIPA customer property

7  fund but, also, to get a SIPA advance to the extent of their

8  allowed claim.

9  Those are very important rights that are carefully

10  laid out in the statute. Everything that we decide in this

11  case, the trustee decides, emanates from a review of the books

12  and records laying out that account and who is a customer

13  pursuant to it.

14  So, my colleagues have pointed out, well, you could

15  have a defrauding broker who gets the money, doesn't open an

16  account and steals it. And that person would be deemed a

17  customer. And they're quite correct. That's not what happened

18  here. That's true. That's not what happened here. What

19  happened here is is that -- no one denies this -- every one of

20  the feeder funds that are before Your Honor this morning opened

21  an account. And those are the accounts that should be honored

22  as customer accounts and receive the benefits accorded to a

23  SIPA customer.

24  The difference between what the objecting claimants

25  are and the feeder funds themselves is very, very significant.