# EXHIBIT E

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH VA 23464

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-L0225-3-0 | ******5449 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1,339,181.82 | |
| 11/06 | 2,457 | | 11046 | APPLE INC | 105.390 | 259,016.65 | |
| 11/06 | 4,368 | | 11281 | ABBOTT LABORATORIES | 55.090 | 240,807.12 | |
| 11/06 | 3,003 | | 11516 | AMGEN INC | 60.350 | 181,351.05 | |
| 11/06 | 2,184 | | 11751 | BOEING CO | 51.120 | 111,733.08 | |
| 11/06 | 14,196 | | 11986 | BANK OF AMERICA | 23.840 | 338,999.64 | |
| 11/06 | 1,638 | | 12221 | BAXTER INTERNATIONAL INC | 60.600 | 99,327.80 | |
| 11/06 | 3,276 | | 12456 | BANK OF NEW YORK MELLON CORP | 32.290 | 105,913.04 | |
| 11/06 | 5,460 | | 12691 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 112,740.60 | |
| 11/06 | 1,911 | | 12926 | ANHEUSER BUSCH COS INC | 62.430 | 119,379.73 | |
| 11/06 | 15,288 | | 13161 | CITI GROUP INC | 13.530 | 207,457.64 | |
| 11/06 | 8,190 | | 13396 | COMCAST CORP CL A | 15.790 | 129,647.10 | |
| 11/06 | 4,368 | | 13631 | CONOCOPHILIPS | 51.120 | 223,466.16 | |
| 11/06 | 16,653 | | 13866 | CISCO SYSTEMS INC | 17.520 | 292,426.56 | |
| 11/06 | 4,095 | | 14101 | CVS CAREMARK CORP | 30.510 | 125,101.45 | |
| 11/06 | 5,733 | | 14336 | CHEVRON CORP | 73.740 | 422,980.42 | |
| 11/06 | 5,460 | | 14571 | THE WALT DISNEY CO | 24.760 | 135,407.60 | |
| 11/06 | 29,211 | | 14806 | GENERAL ELECTRIC CO | 19.600 | 573,703.60 | |
| 11/06 | 546 | | 15041 | GOOGLE | 356.520 | 194,580.92 | |
| 11/06 | 1,092 | | 15276 | GOLDMAN SACHS GROUP INC | 91.870 | 100,365.04 | |
| 11/06 | 4,914 | | 15511 | HOME DEPOT INC | 23.300 | 114,672.20 | |
| 11/06 | 6,825 | | 15746 | HEWLETT PACKARD CO | 38.310 | 261,738.75 | |
| 11/06 | 3,822 | | 15981 | INTERNATIONAL BUSINESS MACHS | 92.800 | 354,833.60 | |

CONTINUED ON PAGE 2

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

5477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH VA 23464

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/03 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-L0223-3-0 | ******5449 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/06 | 15,561 | | 16216 | INTEL CORP | 16.070 | 250,687.27 | |
| 1/06 | 7,917 | | 16451 | JOHNSON & JOHNSON | 61.310 | 485,707.27 | |
| 1/06 | 10,374 | | 16686 | J.P. MORGAN CHASE & CO | 40.910 | 424,816.34 | |
| 1/06 | 4,368 | | 16921 | KRAFT FOOD INC | 29.110 | 127,325.48 | |
| 1/06 | 5,460 | | 17156 | COCA COLA CO | 44.490 | 243,133.40 | |
| 1/06 | 3,276 | | 17391 | MCDONALDS CORP | 57.900 | 189,811.40 | |
| 1/06 | 3,276 | | 17626 | MEDTRONIC INC | 40.310 | 132,186.56 | |
| 1/06 | 1,911 | | 17861 | 3M COMPANY | 63.590 | 121,596.49 | |
| 1/06 | 5,733 | | 18096 | ALTRIA GROUP INC | 19.160 | 110,073.29 | |
| 1/06 | 6,006 | | 18331 | MERCK & CO | 30.780 | 185,104.68 | |
| 1/06 | 22,113 | | 18566 | MICROSOFT CORP | 22.310 | 494,225.03 | |
| 1/06 | 11,193 | | 18801 | ORACLE CORPORATION | 18.110 | 203,152.23 | |
| 1/06 | 2,457 | | 19506 | OCCIDENTAL PETROLEUM CORP | 54.290 | 133,438.53 | |
| 1/06 | 4,368 | | 19741 | PEPSICO INC | 57 | 249,150.00 | |
| 1/06 | 18,837 | | 19976 | PFIZER INC | 17.690 | 333,979.53 | |
| 1/06 | 8,463 | | 20211 | PROCTER & GAMBLE CO | 64.570 | 546,793.91 | |
| 1/06 | 6,005 | | 20446 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 256,876.38 | |
| 1/06 | 4,641 | | 20681 | QUALCOMM INC | 37.810 | 175,651.21 | |
| 1/06 | 3,276 | | 20916 | SCHLUMBERGER LTD | 51.760 | 169,695.75 | |
| 1/06 | 16,380 | | 21151 | AT&T INC | 26.980 | 442,587.40 | |
| 1/06 | 10,101 | | 21386 | TIME WARNER INC | 10.060 | 102,020.26 | |
| 1/06 | 2,730 | | 21621 | UNITED PARCEL SVC INC CLASS B | 52.790 | 144,225.70 | |
| 1/06 | 4,914 | | 21856 | U S BANCORP | 29.550 | 145,404.70 | |
| 1/06 | 2,730 | | 22091 | UNITED TECHNOLOGIES CORP | 54.920 | 150,040.60 | |

CONTINUED ON PAGE 3

MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH VA 23464

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-L0225-3-0 | ******5449 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/05 | 7,917 | | 22326 | VERIZON COMMUNICATIONS | 29.980 | 237,667.66 | |
| 1/06 | 9,282 | | 22561 | WELLS FARGO & CO NEW | 33.660 | 312,803.12 | |
| 1/06 | 6,279 | | 22796 | WAL-MART STORES INC | 56.560 | 355,391.24 | |
| 1/06 | 14,742 | | 23031 | EXXON MOBIL CORP | 73.680 | 1,086,779.56 | |
| 1/06 | | | | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET<br>DIV 11/06/08 | DIV | | 2.20 |
| 1/06 | 20,496 | | 10811 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | 20,496.00 | |
| 1/05 | | 11,796 | 48328 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | | 11,796.00 |
| 1/05 | | 525,000 | 48534 | U S TREASURY BILL<br>DUE 12/11/2008<br>12/11/2008 | 99.989 | | 524,942.25 |
| 1/05 | | 2,875,000 | 48755 | U S TREASURY BILL<br>DUE 12/18/2008<br>12/18/2008 | 99.932 | | 2,873,045.00 |
| 1/06 | | 3,775,000 | 48966 | U S TREASURY BILL<br>DUE 01/08/2009<br>1/08/2009 | 99.960 | | 3,773,490.00 |
| 1/06 | | 3,775,000 | 49178 | U S TREASURY BILL<br>DUE 01/15/2009<br>1/15/2009 | 99.946 | | 3,772,961.50 |
| 1/06 | | 3,775,000 | 49393 | U S TREASURY BILL<br>DUE 01/22/2009<br>1/22/2009 | 99.934 | | 3,772,508.50 |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH VA 23464

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 4 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-L0225-3-0 | ******5449 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /06 | | 3,775,000 | 49608 | U S TREASURY BILL | 99.928 | | 3,772,282.00 |
| | | | | DUE 01/22/2009 | | | |
| | | | | 1/29/2009 | | | |
| /06 | | 1,600,000 | 49821 | U S TREASURY BILL | 99.902 | | 1,598,432.00 |
| | | | | DUE 2/12/2009 | | | |
| | | | | 2/12/2009 | | | |
| /05 | 2,525,000 | | 50056 | U S TREASURY BILL | 99.802 | 2,520,000.50 | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| /05 | 2,525,000 | | 50285 | U S TREASURY BILL | 99.751 | 2,519,712.75 | |
| | | | | DUE 4/02/2009 | | | |
| | | | | 4/02/2009 | | | |
| /06 | 2,525,000 | | 50514 | U S TREASURY BILL | 99.726 | 2,519,081.50 | |
| | | | | DUE 04/09/2009 | | | |
| | | | | 4/09/2009 | | | |
| /07 | 1,701 | | 23567 | APPLE INC | 108.800 | 185,135.80 | |
| /07 | 3,024 | | 23802 | ABBOTT LABORATORIES | 56.590 | 171,248.16 | |
| /07 | 2,079 | | 24037 | AMGEN INC | 62.070 | 129,125.53 | |
| /07 | 1,512 | | 24272 | BOEING CO | 53.640 | 81,163.68 | |
| /07 | 9,639 | | 24507 | BANK OF AMERICA | 23.720 | 229,022.08 | |
| /07 | 1,134 | | 24742 | BAXTER INTERNATIONAL INC | 61.740 | 70,059.16 | |
| /07 | 2,079 | | 24977 | BANK OF NEW YORK MELLON CORP | 34.210 | 71,205.59 | |
| /07 | 3,780 | | 25212 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 79,606.60 | |
| /07 | 1,323 | | 25447 | ANHEUSER BUSCH COS INC | 64.190 | 84,975.37 | |
| /07 | 10,206 | | 25682 | CITI GROUP INC | 14.410 | 147,476.46 | |

CONTINUED ON PAGE 5



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

5477 COLLEGE PARK SQUARE #305
VIRGINIA BEACH VA 23464

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-L0225-3-0 | ******5449 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /07 | 5,481 | | 25917 | COMCAST CORP CL A | 17.390 | 95,533.59 | |
| /07 | 2,835 | | 26152 | CONOCOPHILIPS | 53.060 | 150,538.10 | |
| /07 | 11,151 | | 26387 | CISCO SYSTEMS INC | 17.580 | 196,480.58 | |
| /07 | 2,646 | | 26622 | CVS CAREMARK CORP | 31.720 | 84,036.12 | |
| /07 | 3,969 | | 26857 | CHEVRON CORP | 75.450 | 299,519.05 | |
| /07 | 3,591 | | 27092 | THE WALT DISNEY CO | 25.620 | 92,144.42 | |
| /07 | 19,845 | | 27327 | GENERAL ELECTRIC CO | 19.810 | 393,922.45 | |
| /07 | 378 | | 27562 | GOOGLE | 349.160 | 131,997.48 | |
| /07 | 756 | | 27797 | GOLDMAN SACHS GROUP INC | 89.070 | 67,366.92 | |
| /07 | 3,213 | | 28032 | HOME DEPOT INC | 22.480 | 72,356.24 | |
| /07 | 4,725 | | 28267 | HEWLETT PACKARD CO | 38.820 | 183,613.50 | |
| /07 | 2,646 | | 28502 | INTERNATIONAL BUSINESS MACHS | 92.430 | 244,674.78 | |
| /07 | 10,584 | | 28737 | INTEL CORP | 16 | 169,757.00 | |
| /07 | 5,292 | | 28972 | JOHNSON & JOHNSON | 61.820 | 327,352.44 | |
| /07 | 7,182 | | 29207 | J.P. MORGAN CHASE & CO | 40.960 | 294,461.72 | |
| /07 | 2,835 | | 29442 | KRAFT FOOD INC | 29.710 | 84,340.85 | |
| /07 | 3,780 | | 29677 | COCA COLA CO | 46.580 | 176,223.40 | |
| /07 | 2,079 | | 29912 | MCDONALDS CORP | 57.510 | 119,645.29 | |
| /07 | 2,079 | | 30147 | MEDTRONIC INC | 41.140 | 85,613.06 | |
| /07 | 1,323 | | 30382 | 3M COMPANY | 64.880 | 85,888.24 | |
| /07 | 3,969 | | 30617 | ALTRIA GROUP INC | 19.370 | 77,037.53 | |
| /07 | 4,158 | | 30852 | MERCK & CO | 30.480 | 125,701.84 | |
| /07 | 15,120 | | 31087 | MICROSOFT CORP | 22.940 | 347,456.80 | |
| /07 | 7,560 | | 31322 | ORACLE CORPORATION | 18.470 | 139,735.20 | |

CONTINUED ON PAGE 6



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH VA 23464

PERIOD ENDING: 11/30/08
PAGE: 5
YOUR ACCOUNT NUMBER: 1-L0225-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5449

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/07 | 1,512 | | 32027 | OCCIDENTAL PETROLEUM CORP | 54.380 | 82,282.55 | |
| 1/07 | 3,024 | | 32262 | PEPSICO INC | 58.630 | 177,417.12 | |
| 1/07 | 12,852 | | 32497 | PFIZER INC | 18 | 231,850.00 | |
| 1/07 | 5,859 | | 32732 | PROCTER & GAMBLE CO | 65.180 | 382,123.52 | |
| 1/07 | 3,969 | | 32967 | PHILLIP MORRIS INTERNATIONAL | 43.660 | 173,365.16 | |
| 1/07 | 3,213 | | 33202 | QUALCOMM INC | 37.600 | 121,225.97 | |
| 1/07 | 2,268 | | 33437 | SCHLUMBERGER LTD | 51.770 | 117,504.36 | |
| 1/07 | 10,962 | | 33672 | AT&T INC | 28.910 | 317,349.42 | |
| 1/07 | 6,804 | | 33907 | TIME WARNER INC | 10.110 | 69,050.44 | |
| 1/07 | 1,890 | | 34142 | UNITED PARCEL SVC INC CLASS B | 53.680 | 101,530.20 | |
| 1/07 | 3,402 | | 34377 | U S BANCORP | 30.770 | 104,883.58 | |
| 1/07 | 1,890 | | 34612 | UNITED TECHNOLOGIES CORP | 56 | 105,915.00 | |
| 1/07 | 5,292 | | 34847 | VERIZON COMMUNICATIONS | 31.830 | 168,549.52 | |
| 1/07 | 6,426 | | 35082 | WELLS FARGO & CO NEW | 34.080 | 219,255.08 | |
| 1/07 | 4,347 | | 35317 | WAL-MART STORES INC | 56.730 | 246,778.31 | |
| 1/07 | 10,017 | | 35552 | EXXON MOBIL CORP | 75.280 | 754,479.76 | |
| 1/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/07/08 | DIV | | .37 |
| 1/07 | | 20,496 | 11058 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 20,496.00 |
| 1/07 | | 1,600,000 | 11316 | U S TREASURY BILL DUE 02/05/09 2/05/2009 | 99.923 | | 1,598,768.00 |

CONTINUED ON PAGE 7

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF
**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH VA 23464

PERIOD ENDING: 11/30/08
PAGE: 7
YOUR ACCOUNT NUMBER: 1-L0225-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5449

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/07 | | 2,350,000 | 11529 | U S TREASURY BILL DUE 02/19/2009 2/19/2009 | 99.887 | | 2,347,344.50 |
| 1/07 | | 2,350,000 | 11765 | U S TREASURY BILL DUE 02/26/2009 2/26/2009 | 99.886 | | 2,347,321.50 |
| 1/07 | | 1,600,000 | 11957 | U S TREASURY BILL DUE 03/05/09 3/05/2009 | 99.866 | | 1,597,856.00 |
| 1/07 | | 1,700,000 | 12065 | U S TREASURY BILL DUE 3/12/2009 3/12/2009 | 99.840 | | 1,697,280.00 |
| 1/07 | 525,000 | | 12294 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.720 | 523,530.00 | |
| 1/07 | 525,000 | | 12514 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.671 | 523,272.75 | |
| 1/07 | 47,428 | | 12744 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 47,428.00 | |
| /10 | 2,079 | | 36027 | APPLE INC | 108.720 | 226,111.88 | |
| /10 | 3,696 | | 36262 | ABBOTT LABORATORIES | 55.910 | 206,790.36 | |
| /10 | 2,541 | | 36497 | AMGEN INC | 59.620 | 151,595.42 | |
| /10 | 1,848 | | 36732 | BOEING CO | 52.190 | 96,520.12 | |
| /10 | 12,012 | | 36967 | BANK OF AMERICA | 24.050 | 289,368.60 | |

CONTINUED ON PAGE 8

MADF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH VA 23464

PERIOD ENDING: 11/30/08
PAGE: 8
YOUR ACCOUNT NUMBER: 1-L0225-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5449

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| .1/10 | 1,517 | | 37202 | BAXTER INTERNATIONAL INC | 60.770 | 93,329.09 | |
| .1/10 | 2,772 | | 37437 | BANK OF NEW YORK MELLON CORP | 33.480 | 92,916.56 | |
| .1/10 | 4,851 | | 37672 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | 103,568.81 | |
| .1/10 | 1,617 | | 37907 | ANHEUSER BUSCH COS INC | 64.090 | 103,697.53 | |
| .1/10 | 13,167 | | 38142 | CITI GROUP INC | 14.270 | 188,419.09 | |
| .1/10 | 6,930 | | 38377 | COMCAST CORP CL A | 17.410 | 120,920.30 | |
| 1/10 | 3,696 | | 38612 | CONOCOPHILIPS | 54.130 | 200,211.48 | |
| 1/10 | 14,091 | | 38847 | CISCO SYSTEMS INC | 18.080 | 255,328.28 | |
| 1/10 | 3,465 | | 39082 | CVS CAREMARK CORP | 31.300 | 108,592.50 | |
| 1/10 | 5,082 | | 39317 | CHEVRON CORP | 76.410 | 388,518.62 | |
| 1/10 | 4,389 | | 39552 | THE WALT DISNEY CO | 25.660 | 112,796.74 | |
| 1/10 | 25,179 | | 39787 | GENERAL ELECTRIC CO | 20.530 | 517,931.87 | |
| 1/10 | 462 | | 40022 | GOOGLE | 363.580 | 167,991.96 | |
| 1/10 | 1,155 | | 40257 | GOLDMAN SACHS GROUP INC | 92.680 | 107,091.40 | |
| 1/10 | 4,158 | | 40492 | HOME DEPOT INC | 23.030 | 95,924.74 | |
| 1/10 | 6,006 | | 40727 | HEWLETT PACKARD CO | 37.290 | 224,203.74 | |
| 1/10 | 3,234 | | 40962 | INTERNATIONAL BUSINESS MACHS | 92.660 | 299,791.44 | |
| 1/10 | 13,629 | | 41197 | INTEL CORP | 15.880 | 216,973.52 | |
| 1/10 | 6,699 | | 41432 | JOHNSON & JOHNSON | 61.320 | 411,049.68 | |
| 1/10 | 8,778 | | 41667 | J.P. MORGAN CHASE & CO | 41.730 | 366,656.94 | |
| 1/10 | 3,696 | | 41902 | KRAFT FOOD INC | 30.100 | 111,396.60 | |
| 1/10 | 4,851 | | 42137 | COCA COLA CO | 45.500 | 220,914.50 | |
| 1/10 | 2,772 | | 42372 | MCDONALDS CORP | 57.230 | 158,751.56 | |
| 1/10 | 2,772 | | 42607 | MEDTRONIC INC | 40.300 | 111,821.60 | |

CONTINUED ON PAGE 9



MADF
**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH VA 23464

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 9 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-L0225-3-0 | ******5449 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 1,617 | | 42842 | 3M COMPANY | 64.690 | 104,667.73 | |
| 11/10 | 4,851 | | 43077 | ALTRIA GROUP INC | 18.930 | 91,829.39 | |
| 11/10 | 5,082 | | 43312 | MERCK & CO | 30.510 | 155,254.82 | |
| 11/10 | 18,711 | | 43547 | MICROSOFT CORP | 23.200 | 434,843.20 | |
| 11/10 | 9,471 | | 43782 | ORACLE CORPORATION | 18.600 | 176,538.60 | |
| 11/10 | 2,079 | | 44487 | OCCIDENTAL PETROLEUM CORP | 56.010 | 116,527.79 | |
| 11/10 | 3,696 | | 44722 | PEPSICO INC | 57.550 | 212,351.80 | |
| 11/10 | 16,401 | | 44957 | PFIZER INC | 17.960 | 295,217.96 | |
| 11/10 | 7,161 | | 45192 | PROCTER & GAMBLE CO | 65.230 | 467,398.03 | |
| 11/10 | 4,851 | | 45427 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 213,783.53 | |
| 11/10 | 3,927 | | 45662 | QUALCOMM INC | 37.310 | 146,573.37 | |
| 11/10 | 3,003 | | 45897 | SCHLUMBERGER LTD | 50.500 | 151,771.50 | |
| 11/10 | 14,322 | | 46132 | AT&T INC | 28.590 | 409,894.76 | |
| 11/10 | 8,316 | | 46367 | TIME WARNER INC | 11.010 | 91,891.16 | |
| 11/10 | 2,310 | | 46602 | UNITED PARCEL SVC INC CLASS B | 54.420 | 125,302.20 | |
| 11/10 | 4,158 | | 46837 | U S BANCORP | 31.510 | 131,184.58 | |
| 11/10 | 2,310 | | 47072 | UNITED TECHNOLOGIES CORP | 56.430 | 130,445.30 | |
| 11/10 | 6,930 | | 47307 | VERIZON COMMUNICATIONS | 32 | 222,037.00 | |
| 11/10 | 7,854 | | 47542 | WELLS FARGO & CO NEW | 34.600 | 272,052.40 | |
| 11/10 | 5,313 | | 47777 | WAL-MART STORES INC | 55.710 | 296,199.23 | |
| 11/10 | 12,474 | | 48012 | EXXON MOBIL CORP | 75.800 | 946,027.20 | |
| 11/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/10/08 | DIV | | 2.57 |

CONTINUED ON PAGE 10

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #305
VIRGINIA BEACH VA 23464

PERIOD ENDING: 11/30/08
PAGE: 10
YOUR ACCOUNT NUMBER: 1-L0225-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5449

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | | 47,423 | 12980 | FIDELITY SPARTAN | 1 | | 47,423.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/10 | | 2,450,000 | 13354 | U S TREASURY BILL | 99.857 | | 2,446,761.50 |
| | | | | DUE 03/19/2009 | | | |
| | | | | 3/19/2009 | | | |
| 11/10 | | 2,525,000 | 13560 | U S TREASURY BILL | 99.834 | | 2,520,803.50 |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| 11/10 | | 2,525,000 | 13762 | U S TREASURY BILL | 99.770 | | 2,519,1[illegible]2.50 |
| | | | | DUE 4/02/2009 | | | |
| | | | | 4/02/2009 | | | |
| 11/10 | | 3,050,000 | 13990 | U S TREASURY BILL | 99.742 | | 3,042,131.00 |
| | | | | DUE 04/09/2009 | | | |
| | | | | 4/09/2009 | | | |
| 11/10 | | 525,000 | 14214 | U S TREASURY BILL | 99.686 | | 523,351.50 |
| | | | | DUE 4/16/2009 | | | |
| | | | | 4/16/2009 | | | |
| 11/10 | 50,000 | | 14439 | U S TREASURY BILL | 99.686 | 49,843.00 | |
| | | | | DUE 4/16/2009 | | | |
| | | | | 4/16/2009 | | | |
| 11/10 | 616 | | 14668 | FIDELITY SPARTAN | 1 | 616.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/18 | | 4,851 | 49416 | ANHEUSER BUSCH COS INC | 70 | | 339,570.00 |
| 11/18 | 325,000 | | 49651 | U S TREASURY BILL | 99.830 | 324,447.50 | |
| | | | | DUE 4/16/2009 | | | |
| | | | | 4/16/2009 | | | |

CONTINUED ON PAGE 11

MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L E I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH VA 23464

| PERIOD ENDING | PAGE | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 11/30/08 | 11 | 1-L0225-3-0 | ******5449 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/18 | 15,123 | | 49889 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,123.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .35 |
| 11/19 | | 15,739 | 52306 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 15,739.00 |
| 11/19 | 3,075,000 | | 56950 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 3,072,724.50 | |
| 11/19 | 14,853 | | 61432 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 14,853.00 | |
| 11/20 | | 3,075,000 | 63365 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.962 | | 3,073,831.50 |
| 11/20 | 3,075,000 | | 64103 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.947 | 3,073,370.25 | |
| 11/20 | 461 | | 64342 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 461.00 | |
| 11/25 | 819 | | 64583 | APPLE INC | 85.070 | 69,704.33 | |
| 11/25 | 1,456 | | 64821 | ABBOTT LABORATORIES | 54.140 | 78,885.84 | |
| 11/25 | 1,001 | | 65059 | AMGEN INC | 53.630 | 53,723.63 | |
| 11/25 | 4,641 | | 65297 | BANK OF AMERICA | 12.980 | 60,425.18 | |
| 11/25 | 546 | | 65535 | BAXTER INTERNATIONAL INC | 52.570 | 28,724.22 | |

CONTINUED ON PAGE 12



MADF

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

5477 COLLEGE PARK SQUARE #305
VIRGINIA BEACH VA 23464

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 12 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-L0225-3-0 | ******5449 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/25 | 1,092 | | 65773 | BANK OF NEW YORK MELLON CORP | 24.690 | 27,004.68 | |
| 1/25 | 1,820 | | 66011 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 36,726.80 | |
| 1/25 | 5,278 | | 66249 | CITI GROUP INC | 6.100 | 32,406.80 | |
| 1/25 | 455 | | 66487 | COLGATE PALMOLIVE CO | 62.660 | 28,528.30 | |
| 1/25 | 2,639 | | 66725 | COMCAST CORP | 13.970 | 36,971.83 | |
| | | | | CL A | | | |
| /25 | 1,456 | | 66963 | CONOCOPHILIPS | 45.100 | 65,723.60 | |
| /25 | 5,460 | | 67201 | CISCO SYSTEMS INC | 14.970 | 81,956.20 | |
| /25 | 1,365 | | 67439 | CVS CAREMARK CORP | 27.040 | 36,963.60 | |
| /25 | 1,911 | | 67677 | CHEVRON CORP | 68.710 | 131,380.81 | |
| /25 | 1,729 | | 67915 | THE WALT DISNEY CO | 19.760 | 34,236.04 | |
| /25 | 637 | | 68153 | EXELON CORP | 48.740 | 31,072.38 | |
| /25 | 10,010 | | 68391 | GENERAL ELECTRIC CO | 14.010 | 140,640.10 | |
| /25 | 182 | | 68629 | GOOGLE | 275 | 50,057.00 | |
| /25 | 1,547 | | 68867 | HOME DEPOT INC | 19.530 | 30,273.91 | |
| /25 | 2,275 | | 69105 | HEWLETT PACKARD CO | 32.990 | 75,143.25 | |
| /25 | 1,274 | | 69343 | INTERNATIONAL BUSINESS MACHS | 75.080 | 95,701.92 | |
| /25 | 5,278 | | 69581 | INTEL CORP | 12.270 | 64,972.06 | |
| /25 | 2,639 | | 69819 | JOHNSON & JOHNSON | 57.650 | 152,243.35 | |
| /25 | 3,458 | | 70057 | J.P. MORGAN CHASE & CO | 27.760 | 96,132.08 | |
| /25 | 1,365 | | 70295 | KRAFT FOOD INC | 25.900 | 35,407.50 | |
| /25 | 1,820 | | 70533 | COCA COLA CO | 42.040 | 76,584.80 | |
| /25 | 1,001 | | 70771 | MCDONALDS CORP | 55 | 55,095.00 | |
| /25 | 1,092 | | 71009 | MEDTRONIC INC | 30.800 | 33,675.60 | |
| /25 | 637 | | 71247 | 3M COMPANY | 58.280 | 37,149.36 | |

CONTINUED ON PAGE 13

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #305
VIRGINIA BEACH VA 23464

PERIOD ENDING: 11/30/08
PAGE: 13
YOUR ACCOUNT NUMBER: 1-L0225-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5449

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 1,911 | | 71485 | ALTRIA GROUP INC | 16.250 | 31,129.75 | |
| 11/25 | 2,002 | | 71723 | MERCK & CO | 25 | 50,130.00 | |
| 11/25 | 7,280 | | 71961 | MICROSOFT CORP | 18.100 | 132,059.00 | |
| 11/25 | 3,640 | | 72675 | ORACLE CORPORATION | 16.050 | 58,567.00 | |
| 11/25 | 819 | | 72913 | OCCIDENTAL PETROLEUM CORP | 44.570 | 36,534.83 | |
| 11/25 | 1,456 | | 73151 | PEPSICO INC | 51.800 | 75,478.80 | |
| 11/25 | 6,279 | | 73389 | PFIZER INC | 15.320 | 96,445.28 | |
| 11/25 | 2,730 | | 73627 | PROCTER & GAMBLE CO | 61.940 | 169,205.20 | |
| 11/25 | 1,911 | | 73865 | PHILLIP MORRIS INTERNATIONAL | 36.380 | 69,598.18 | |
| 11/25 | 1,547 | | 74103 | QUALCOMM INC | 29.850 | 46,238.95 | |
| 11/25 | 1,092 | | 74341 | SCHLUMBERGER LTD | 46.270 | 50,569.84 | |
| 11/25 | 5,450 | | 74579 | AT&T INC | 25 | 135,718.00 | |
| 11/25 | 3,367 | | 74817 | TIME WARNER INC | 8.010 | 27,103.67 | |
| 11/25 | 910 | | 75055 | UNITED PARCEL SVC INC CLASS B | 50.760 | 46,227.60 | |
| 11/25 | 1,638 | | 75293 | U S BANCORP | 23.400 | 38,394.20 | |
| 11/25 | 910 | | 75531 | UNITED TECHNOLOGIES CORP | 44.890 | 40,885.90 | |
| 11/25 | 2,639 | | 75769 | VERIZON COMMUNICATIONS | 26.570 | 70,223.23 | |
| 11/25 | 3,549 | | 76007 | WELLS FARGO & CO NEW | 23.820 | 84,678.18 | |
| 11/25 | 2,093 | | 76245 | WAL-MART STORES INC | 51.450 | 107,767.85 | |
| 11/25 | 1,274 | | 76483 | WYETH | 33 | 42,092.00 | |
| 11/25 | 4,914 | | 76721 | EXXON MOBIL CORP | 72 | 354,004.00 | |
| 11/25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/25/08 | DIV | | 1.33 |

CONTINUED ON PAGE 14

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH VA 23464

PERIOD ENDING: 11/30/03
PAGE: 14
YOUR ACCOUNT NUMBER: 1-L0225-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5449

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/25 | | 15,314 | 77300 | FIDELITY SPARTAN | 1 | | 15,314.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 1/25 | | 3,450,000 | 77552 | U S TREASURY BILL | 99.879 | | 3,445,791.00 |
| | | | | DUE 4/16/2009 | | | |
| | | | | 4/16/2009 | | | |
| 1/25 | 37,666 | | 77840 | FIDELITY SPARTAN | 1 | 37,666.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 4,575,631.39 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 47,124 | | | AT&T INC | 28.560 | | |
| | 12,544 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 16,464 | | | ALTRIA GROUP INC | 16.080 | | |
| | 8,624 | | | AMGEN INC | 55.540 | | |
| | 7,056 | | | APPLE INC | 92.670 | | |
| | 40,488 | | | BANK OF AMERICA | 16.250 | | |
| | 9,219 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 4,935 | | | BAXTER INTERNATIONAL INC | 52.900 | | |
| | 5,544 | | | BOEING CO | 42.630 | | |
| | 15,911 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 11,571 | | | CVS CAREMARK CORP | 28.930 | | |
| | 16,695 | | | CHEVRON CORP | 79.010 | | |
| | 47,355 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 43,939 | | | CITI GROUP INC | 8.290 | | |

CONTINUED ON PAGE 15



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH VA 23464

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 15 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-L0225-3-0 | ******5449 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 15,911 | | | COCA COLA CO | 45.370 | | |
| | 455 | | | COLGATE PALMOLIVE CO | 65.070 | | |
| | 23,240 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 12,355 | | | CONOCOPHILIPS | 52.520 | | |
| | 15,169 | | | THE WALT DISNEY CO | 22.520 | | |
| | 637 | | | EXELON CORP | 56.210 | | |
| | 42,147 | | | EXXON MOBIL CORP | 80.150 | | |
| | 84,245 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 3,003 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 1,568 | | | GOOGLE | 292.960 | | |
| | 19,331 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 13,832 | | | HOME DEPOT INC | 23.110 | | |
| | 45,052 | | | INTEL CORP | 13.800 | | |
| | 10,976 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 29,792 | | | J.P. MORGAN CHASE & CO | 31.650 | | |
| | 22,547 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 12,264 | | | KRAFT FOOD INC | 27.210 | | |
| | 9,128 | | | MCDONALDS CORP | 58.750 | | |
| | 9,219 | | | MEDTRONIC INC | 30.520 | | |
| | 17,248 | | | MERCK & CO | 26.720 | | |
| | 63,224 | | | MICROSOFT CORP | 20.220 | | |
| | 6,867 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| | 31,864 | | | ORACLE CORPORATION | 16.090 | | |
| | 12,544 | | | PEPSICO INC | 56.700 | | |

CONTINUED ON PAGE 16



MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #306
VIRGINIA BEACH VA 23464

PERIOD ENDING: 11/30/08
PAGE: 16
YOUR ACCOUNT NUMBER: 1-L0225-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5449

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 54,369 | | | PFIZER INC | 16.430 | | |
| | 16,737 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 24,213 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 13,328 | | | QUALCOMM INC | 33.570 | | |
| | 9,639 | | | SCHLUMBERGER LTD | 50.760 | | |
| | 37,666 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 5,488 | | | 3M COMPANY | 66.230 | | |
| | 28,588 | | | TIME WARNER INC | 9.050 | | |
| | 14,112 | | | U S BANCORP | 26.980 | | |
| | 7,840 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 7,840 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 22,778 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 18,032 | | | WAL-MART STORES INC | 55.880 | | |
| | 27,111 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 1,274 | | | WYETH | 36.010 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG SHORT | | | |
| | | | | 33,528,382.35 | | | |

MADF

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

5477 COLLEGE PARK SQUARE #305
VIRGINIA BEACH VA 23464

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 17 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-L0225-3-0 | ******5449 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 213,887.87 |
| | | | | GROSS PROCEEDS FROM SALES | | | 207,732,707.88 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

6477 COLLEGE PARK SQUARE #305
VIRGINIA BEACH VA 23454

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-L0225-4-0 | ******5449 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 1,339,182.00 |
| 11/06 | | 273 | 19036 | S & P 100 INDEX NOVEMBER 470 CALL | 20.300 | | 553,917.00 |
| 11/06 | 273 | | 19271 | S & P 100 INDEX NOVEMBER 460 PUT | 20.500 | 559,923.00 | |
| 11/07 | | 189 | 31557 | S & P 100 INDEX NOVEMBER 470 CALL | 22 | | 415,611.00 |
| 11/07 | 189 | | 31792 | S & P 100 INDEX NOVEMBER 450 PUT | 13.800 | 261,009.00 | |
| 11/10 | | 231 | 44017 | S & P 100 INDEX NOVEMBER 485 CALL | 12.400 | | 286,209.00 |
| 11/10 | 231 | | 44252 | S & P 100 INDEX NOVEMBER 475 PUT | 16.800 | 388,311.00 | |
| 11/19 | | 693 | 30231 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 1,801,107.00 |
| 11/19 | 693 | | 30459 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 2,079,693.00 | |
| 11/19 | 462 | | 30707 | S & P 100 INDEX NOVEMBER 470 CALL | 1.500 | 69,752.00 | |
| 11/19 | 231 | | 30945 | S & P 100 INDEX NOVEMBER 485 CALL | .900 | 21,021.00 | |
| 11/19 | | 462 | 31183 | S & P 100 INDEX NOVEMBER 450 PUT | 45 | | 2,078,538.00 |
| 11/19 | | 231 | 31421 | S & P 100 INDEX NOVEMBER 475 PUT | 59 | | 1,362,669.00 |
| | | | | CONTINUED ON PAGE 2 | | | |



MADF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

L & I INVESTMENTS LLC

5477 COLLEGE PARK SQUARE #305
VIRGINIA BEACH VA 23454

| PERIOD ENDING | PAGE | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 11/30/08 | 2 | 1-L0225-4-0 | ******5449 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | | 91 | 72199 | S & P 100 INDEX DECEMBER 380 CALL | 34 | | 309,309.00 |
| 11/25 | 91 | | 72437 | S & P 100 INDEX DECEMBER 370 PUT | 21 | 191,191.00 | |
| | | | | NEW BALANCE | | | 4,575,[illegible].00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 693 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | 91 | | S & P 100 INDEX DECEMBER 380 CALL | 61 | | |
| | 693 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | 91 | | | S & P 100 INDEX DECEMBER 370 PUT | 5.100 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 1,189,860.00 SHORT 2,169,790.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES