MOSES & SINGER LLP
Mark N. Parry, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
mparry@mosessinger.com

Attorneys for the Members of L&I Investments LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION      :
CORPORATION                         :
                                    :
              Plaintiff,            :
                                    :        Adv. Pro. No. 08-01789-BRL
v.                                  :
                                    :        SIPA Liquidation
BERNARD L. MADOFF INVESTMENT        :
SECURITES LLC,                      :        (Substantively Consolidated)
                                    :
              Defendant.            :
-------------------------------------------------------------X
                                    :
In re:                              :
                                    :
BERNADRD L. MADOFF,                 :
                                    :
              Debtor.               :
                                    :
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

     Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 28th day of March, 2011, he served via the Electronic Case Filing System upon the registered participants as identified on the Notice of Electronic Filing the:

     **Objection to Trustee's Determination of the Customer Claims of the Members of L&I Investments LLC (the "Objection").**

and on the 29th day of March, 2011, he caused the Objection to be served By Hand on:

866760v1  012029.0101

        Irving H. Picard, Trustee
        c/o Baker & Hostetler LLP
        45 Rockefeller Plaza
        Attn: Claims Department
        New York, New York 10111

        and

        Clerk of the United States Bankruptcy Court for
        The Southern District of New York
        One Bowling Green
        New York, New York 10004

at the addresses designated by them for such service.

                                          /s/ Don K. Kick
                                        Don K. Kick

Sworn to before me on March 29, 2011

    /s/ Marie S. Leybag
Notary Public

        Marie S. Leybag
  Notary Public, State of New York
       No. 01LE5060744
   Qualified in Queens County
 Commission Expires: May 20, 2014

866760v1  012029.0101