BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Deborah H. Renner, Esq.
Email: drenner@bakerlaw.com
Keith R. Murphy, Esq.
Email: kmurphy@bakerlaw.com
Tracy Cole, Esq.
Email: tcole@bakerlaw.com
Seanna Brown, Esq.
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                          Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                          Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                          Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON MARCH 30, 2011 AT 10:00 A.M.**

300152815.1

# CONTESTED MATTER

## SIPC v. BLMIS; Adv. Pro. No. 08-1789

1. Motion seeking entry of an order pursuant to Federal Rule of Civil Procedure 60 and Federal Rule of Bankruptcy Procedure 9024: (1) vacating the February 18, 2010 order (Doc # 1964) of the United States Bankruptcy Court for the Southern District of New York Approving an Agreement by and among the Trustee and Jeanne Levy-Church and Francis N. Levy  filed by Helen Chaitman on behalf of Marsha Peshkin (Filed: 02/18/2011) [Docket No. 3860]

Related Documents:

A. Memorandum of Law in Support of Customers' Motion to set Aside the Order Approving the Trustee's Settlement with the Levy Heirs for Failure to Disclose Material Information (related document 3860) filed by Helen Chaitman on behalf of Marsha Peshkin (Filed: 02/18/2011) [Docket No. 3861]

B. Declaration of Helen Davis Chaitman in Support of Motion to Set Aside the Order Approving the Trustee's Settlement with the Levy Heirs for Failure to Disclose Material Information (related document 3860) filed by Helen Chaitman on behalf of Marsha Peshkin (Filed: 02/18/2011) [Docket No. 3862]

C. Certificate of Service (related documents 3860, 3861 and 3862) filed by Helen Chaitman on behalf of Marsha Peshkin (Filed: 02/18/2011) [Docket No. 3863]

    Objection Deadline:    March 16, 2011

Objections Filed:

D. Opposition to Motion to Set Aside Settlement (related document 3860) filed by Todd J. Rosen on behalf of Francis N. Levy, Jeanne Levy-Church (Filed: 03/15/2011) [Docket No. 3935]

E. Trustee's Opposition to Customers' Motion to set Aside the Order Approving the Trustee's Settlement with the Levy Heirs for Failure to Disclose Material Information (related documents 3860, 3861, 3862) filed by David J. Sheehan on behalf of Irving H. Picard  (Filed: 03/16/2011) [Docket No. 3942]

Related Documents:

F. Certificate of Service (related document 3935) filed by Todd J. Rosen on behalf of Francis N. Levy, Jeanne Levy-Church  (Filed: 03/15/2011) [Docket No. 3936]

G. Affidavit of Service of Trustee's Opposition to Customers' Motion to set Aside the Order Approving the Trustee's Settlement with the Levy Heirs for Failure to

Disclose Material Information (related document 3942 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 03/29/2011) [Docket No. 3975]

Status: This matter is going forward.

Reply Deadline: March 23, 2011

Replies Filed:

H. Reply Brief in Further Support of Motion to Set Aside the Order Approving the Trustees Settlement with the Levy Heirs for Failure to Disclose Material Information (related document 3860 ) filed by Helen Chaitman on behalf of Marsha Peshkin (Filed: 3/23/2011) [Docket No. 3960]

Related Documents:

I. Trustee's Letter to Judge Lifland in Opposition to Helen Chaitman's Reply Brief regarding Levy Heirs filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/25/2011) [Docket No. 3966]

Status: This matter is going forward.

Dated: New York, New York
March 29, 2011

Respectfully submitted,

/s/ *Marc E. Hirschfield*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Deborah H. Renner, Esq.
Email: drenner@bakerlaw.com
Keith R. Murphy, Esq.
Email: kmurphy@bakerlaw.com
Tracy Cole, Esq.
Email: tcole@bakerlaw.com
Seanna Brown, Esq.
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*