BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    I, **Oleg Bitman**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

300150218

On March 14, 2011, I served the:

- **Trustee's Motion for Entry of Litigation Protective Order**

by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:**  *See Attached Schedule A*

      */s/Oleg Bitman*
      OLEG BITMAN

Sworn to before me this
30th day of March, 2011


*/s/Magali Lespinasse Lee*
Notary Public

Magali Lespinasse Lee
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2014

# SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Chapter 7 Trustee**
Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**
Lisa Baroni – lisa.baroni@usdoj.gov
Carolina Fornos – carolina.fornos @usdoj.gov
Alicia Simmons – Alicia.simmons@usdoj.gov
Matthew Schwartz – matthew.schwartz@usdoj.gov

**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Notices of Appearance**
Michael D. Sirota, Esq.
Kevin R.J. Schroth, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Email:   msirota@coleschotz.com
Email:   kschroth@coleschotz.com
*Attorneys for KML Asset Management LLC*

Mark S. Mulholland
Ruskin Moscou Faltischek, P.C.
Email:  mmulholland@rmfpc.com
*Attorney for Irwin Kellner ("Kellner")*

Stuart I. Rich, Esq.
James M. Ringer, Esq.
Meister, Seelig & Fein LLP
Email:  sir@msf-law.com
Email:  jmr@msf-law.com
*Attorneys for Jasper Investors Group LLC ("Jasper")*

Matthew Gluck, Esq.
Brad N. Friedman, Esq.
Sanford P. Dumain, Esq.
Jonathan M. Landers
Milberg LLP
Email:  mgluck@milberg.com
Email: bfriedman@milberg.com
Email: sdumain@milberg.com
Email: jlanders@milberg.com
*Attorney for Ruth E. Goldstein, June Pollack, Gerald Blumenthal, Blumenthal & Associates Florida General Partnership, Judith Rock Goldman, the Horowitz Family Trust, and the Unofficial Committee of Certain Claim Holders*

William B. Wachtel, Esq.
Howard Kleinhendler, Esq.
David Yeger, Esq.
Wachtel & Masyr, LLP
Email:  Wachtel@wmllp.com
Email:  hkleinhendler@wmllp.com
Email: dyeger@wmllp.com
*Attorneys to Rosenman Family LLC*

William M. O'Connor, Esq.
Crowell & Moring LLP
E-mail: woconnor@crowell.com
*Attorneys for Jitendra Bhatia, Gopal Bhatia, Kishanchand Bhatia, Jayshree Bhatia and Mandakini Gajaria*

Sean H. Lane
Assistant United States Attorney for the Southern District of New York
United States Department of Justice
E-mail: sean.lane@usdoj.gov
*Attorney for the United States of America*

Stephen A. Weiss
Seeger Weiss LLP
Email: sweiss@seegerweiss.com
*Attorney for Marilyn Cohn Gross, Bernard Seldon, Lewis Franck, and Barbara Schlossberg*

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
Email:  ffm@bostonbusinesslaw.com
*Attorney for Iron Mountain Information Management, Inc.*

Barry R. Lax
Brian J. Neville
Brian Maddox
Lax & Neville, LLP
Email:  blax@laxneville.com
Email:  bneville@laxneville.com
E-mail: bmaddox@laxneville.com
*Attorneys for Rose Less, and PJFN Investors LP*

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
Email: schristianson@buchalter.com
*Attorney for Oracle USA, Inc. ("Oracle"), and Oracle Credit Corporation*

Dennis C. Quinn
Barger & Wolen, LLP
Email:  dquinn@bargerwolen.com
*Attorney for Jewish Community Foundation of the Jewish Federation – Council of Greater Los Angeles*

Alan Nisselson, Esq.
Howard L. Simon, Esq.
Regina Griffin, Esq.
Email: anisselson@windelsmarx.com
Email: hsimon@windelsmarx.com
Email: rgriffin@windelsmarx.com
*Attorneys for Alan Nisselson, Interim Chapter 7 Trustee of Bernard L. Madoff*

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLLC
Email: eric.lewis@baachrobinson.com
*Attorney for Stephen John Akers, Mark Richard Byers, and Andrew Laurence Hosking*

Joseph E. Shickich, Jr.
Erin Joyce Letey
Riddell Williams P.S.

Email: jshickich@riddellwilliams.com
Email: eletey@riddellwilliams.com
*Attorneys for Microsoft Corporation and Microsoft Licensing, GP (collectively, "Microsoft")*

Adam L. Rosen
Silverman Acampora LLP
Email: ARosen@SilvermanAcampora.com
*Attorney for Talon Air, Inc.*

Angelina E. Lim, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, P.A.
Email: angelinal@jpfirm.com
*Attorney for Anchor Holdings, LLC*

Sanford P. Rosen, Esq.
Sanford P. Rosen & Associates, P.C.
Email: srosen@rosenpc.com
*Attorneys for Judith S. Schustack, David A. Schustack, Robert J. Schustack, Shirley Schustack Conrad, and Amy Beth Smith*

Marsha Torn, Esq.
Calabrese and Torn, Attorneys at Law
Email: mcalabrese@earthlink.net
*Attorney for Lawrence Torn*

Judith L. Spanier, Esq.
Abbey Spanier Rodd & Abrams, LLP
jspanier@abbeyspanier.com
*Attorneys for ELEM/Youth in Distress Israel, Inc. ("ELEM")*

David J. Molton, Esq.
Martin S. Siegel, Esq.
Brown Rudnick LLP
E-mail: dmolton@brownrudnick.com
Email: msiegel@brownrudnick.com
*Attorneys for Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry Limited*

Karen E. Wagner
Dana M. Seshens
Denis J. McInerney
Jonathan D. Martin
Davis Polk & Wardwell LLP
Email: karen.wagner@davispolk.com
Email: dana.seshens@davispolk.com
Email: denis.mcinerney@davispolk.com
Email: jonathan.martin@davispolk.com

*Attorneys for Sterling Equities Associates and Certain Affiliates*

David B. Bernfeld
Jeffrey L. Bernfeld
Bernfeld, Dematteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com
Email: jeffreybernfeld@bernfeld-dematteo.com
*Attorneys for Dr. Michael Schur and Mrs. Edith A. Schur*

Joel L. Herz
Law Offices of Joel L. Herz
Email: joel@joelherz.com
*Attorney for Samdia Family, LP*

Stephen Fishbein
James L. Garrity Jr.
Richard F. Schwed
Shearman & Sterling LLP
Email: sfishbein@shearman.com
Email: jgarrity@shearman.com;
Email: rschwed@shearman.com
*Attorneys for Carl J. Shapiro and Associated Entities*

Seth C. Farber
Kelly A. Librera
Dewey & Leboeuf LLP
E-mail: sfarber@deweyleboeuf.com
Email: klibrera@deweyleboeuf.com
*Attorneys for Ellen G. Victor, holder of Bernard L. Madoff Investment Securities LLC Accounts 1ZA128-3 and 1ZA128-40, Diana P. Victor, Ariana Victor, Justin Victor Baadarani, Shoshanna Remark Victor and Leila Victor Baadarani*

Daniel M. Glosband
David J. Apfel
Brenda R. Sharton
Larkin M. Morton
Goodwin Procter LLP
Email: dglosband@goodwinprocter.com
Email: dapfel@goodwinprocter.com
Email: bsharton@goodwinprocter.com
Email: lmorton@goodwinprocter.com
*Attorneys for Jeffrey A. Berman, Russell deLucia, Ellenjoy Fields, Michael C. Lesser, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust and Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust*

Russell M. Yankwitt
Yankwitt & Associates LLC

Email: russell@yankwitt.com
*Attorneys for Carol Rosen*

Barton Nachamie, Esq.
Janice B. Grubin, Esq.
Jill L. Makower, Esq.
Todtman, Nachamie, Spizz & Johns, P.C.
E-mail: bnachamie@tnsj-law.com
E-Mail: jgrubin@tnsj-law.com
E-mail: jmakower@tnsj-law.com
*Attorneys for ABG Partners d/b/a ABG Investments, Bruce Graybow, as a Partner of ABG Partners, and Graybow Communications Group, Inc.*

Mark W. Smith, Esq.
Timothy A. Valliere, Esq.
Smith Valliere PLLC
Email: msmith@svlaw.com
Email: tvalliere@svlaw.com
*Attorneys to Shana D. Madoff*

Brett S. Moore
Porzio Bromberg & Newman P.C.
Email: bsmoore@pbnlaw.com
*Attorneys for Paul Laplume and Alain Rukavina, Court Appointed Liquidators for LuxAlpha Sicav and Luxembourg Investment Fund*

Bernard V. Kleinman, Esq.
Alan Berlin, Esq.
Aitken Berlin LLP
Email: bvkleinman@aitkenberlin.com
Email: adberlin@aitkenberlin.com
*Attorneys for Susan Saltz Charitable Lead Annuity Trust Susan Saltz Descendants Trust*

Jeffrey G. Tougas
Fred W. Reinke
Mayer Brown LLP
E-mail: jtougas@mayerbrown.com
Email: freinke@mayerbrown.com
*Attorneys for Mutua Madrileña Automovilista Ramo de vida, AXA Private Management, and Fondauto Fondo de Pensiones, SA*

Richard A. Cirillo
Arthur J. Steinberg, Esq.
Heath D. Rosenblat, Esq.
King & Spalding LLP
Email: rcirillo@kslaw.com
Email: asteinberg@kslaw.com

Email:  hrosenblat@kslaw.com
*Attorney for National Bank of Kuwait, S.A.K. ("NBK"), Lemania SICAV-SIF, and NBK Banque Privee and counsel for the Pascucci Family*

Linda H. Martin, Esq.
Joshua A. Levine, Esq.
Simpson Thacher & Bartlett LLP
Email: lmartin@stblaw.com
Email:  jlevine@stblaw.com
*Attorneys Spring Mountain Capital, LP*

Martin L. Seidel
Cadwalader, Wickersham & Taft LLP
Email: martin.seidel@cwt.com
*Attorneys for Milton Fine Revocable Trust, Milton Fine 1997 Charitable -2- Remainder Unitrust, US Trust Co UD Peter M. Lehrer, Peter M. Lehrer and Eileen Lehrer, JSBR Associates LP and The Apmont Group Inc. Pension Plan*

Ernest Edward Badway , Esq.
Fox Rothschild LLP
Email:  ebadway@foxrothschild.com
*Attorney to Iris Schaum*

Steven R. Schlesinger, Esq.
Hale Yazicioglu, Esq.
Jaspan Schlesinger LLP
Email: sschlesinger@jaspanllp.com
Email: hyazicioglu@jaspanllp.com
*Attorneys for Peter Zutty, Janet Jaffin Dispositive Trust and Janet Jaffin and Milton Cooper as Trustees, Amy Luria Partners LLC, Amy Joel, Robert Luria Partners, and Samuels Family LTD Partnership, Patricia Samuels, Andrew Samuels, Estate of Richard A. Luria, David Richman, Jay Rosen Executors*

Jeremy A. Mellitz
Withers Bergman, LLP
E-mail: Jeremy.Mellitz@withers.us.com
*Attorney for Von Rautenkranz Nachfolger Special Investments LLC*

Hunter T. Carter, Esq.
Shawanna L. Johnson, Esq.
Arent Fox LLP
Email:  carter.hunter@arentfox.com
Email: johnson.shawanna@arentfox.com
*Attorneys for Sanford Guritzky, Brenda Guritzky, Dana Guritzky Mandelbaum, Ronald P. Guritzky, Guritzky Family Partnership LP, and Brenda H. Guritzky as Trustee of Trust B U/W George H. Hurwitz (collectively the "Guritzky Parties")*

300150218                                    9

George Brunelle, Esq.
Timothy P. Kebbe, Esq.
Brunelle & Hadjikow, P.C.
Email:  gbrunelle@brunellelaw.com
Email:  tkebbe@brunellelaw.com
*Attorneys for the James H. Cohen Special Trust, James H. Cohen, Morrie Abramson, Robyn Berniker, BK Interest, LLC, The Marian Cohen 2001 Residence Trust, Alan D. Garfield, Erin M. Hellberg, Barry E. Kaufman and Marion Tallering-Garfield*

Chester B. Salomon
Becker, Glynn, Melamed & Muffly LLP
Email:  csalomon@beckerglynn.com
*Attorney for SBM Investments, LLP, Weithorn/Casper Associated for Selected Holdings LLC*

Jonathan W. Wolfe
Barbara A. Schweiger
Skoloff & Wolfe, P.C.
Email: jwolfe@skoloffwolfe.com
Email: bschweiger@skoloffwolfe.com
*Attorneys for Albert & Carole Angel*

Richard J. McCord, Esq.
Carol A. Glick, Esq.
Certilman Balin Adler & Hyman, LLP
Email: rmccord@certilmanbalin.com
Email: cglick@certilmanbalin.com
*Attorneys to Clayre Hulsh Haft, Morton L. Certilman and Joyce Certilman, Bernard Certilman, Alyssa Beth Certilman,*

Demet Basar
Eric B. Levine
Wolf Haldenstein Adler Freeman & Herz LLP
Email:  basar@whafh.com
Email:  levine@whafh.com
*Attorneys to Nephrology Associates P.C. Pension Plan*

Imtiaz A. Siddiqui
Steven N. Williams
Cotchett, Pitre & McCarthy
Email:  isiddiqui@spmlegal.com
Email: swilliams@cpmlegal.com
*Attorneys for Jay Wexler, Daniel Ryan, Theresa Ryan, Matthew Greenberg, Walter Greenberg, Doris Greenberg, The Estate of Leon Greenberg and Donna M. McBride*

Bernard J. Garbutt III, Esq.
Menachem O. Zelmanovitz, Esq.
Morgan, Lewis & Bockius LLP

300150218                                    10

Email:  bgarbutt@morganlewis.com
Email:  mzelmanovitz@morganlewis.com
*Attorneys for the Kostin Company*

Stephen Fishbein
James L. Garrity Jr.
Richard F. Schwed
Shearman & Sterling LLP
Email:  sfishbein@shearman.com
Email:  jgarrity@shearman.com
Email:  rschwed@shearman.com
*Attorneys for Harold S. Miller Trust Dated 12/4/64 FBO Elaine Miller,
Lilfam LLC, Lilyan Berkowitz Revocable Trust Dated 11/3/95, and Wellesley Capital
Management*

Richard C. Yeskoo
Yeskoo Hogan & Tamlyn, LLP
Email:  yeskoo@yeskoolaw.com
*Attorneys for Joan L. Fisher, Carl T. Fisher, and the Trust U/A VIII of the Will of Gladys C. Luria
F/B/O Carl T. Fisher*

Carmine D. Boccuzzi Jr., Esq.
David Y. Livshiz, Esq.
Cleary Gottlieb Steen & Hamilton LLP
Email:  maofiling@cgsh.com
*Attorneys for Citibank, N.A., Citibank North America, Inc., and Citigroup Global Markets
Limited*

Casey D. Laffey
Reed Smith LLP
Email:  claffey@reedsmith.com
*Attorneys for Bart M. Schwartz, as Receiver of Gabriel Capital, L.P. and Ariel Fund Limited*

Michael S. Pollok
Marvin and Marvin, PLLC
Email:  mpollok@marvinandmarvin.com
*Attorneys for Alan Hayes and Wendy Wolosoff-Hayes*

James H. Hulme
Arent Fox LLP
Email:  hulme.james@arentfox.com
*Attorney for Eleven Eighteen Limited Partnership; Bernard S. Gewirz; Carl S. Gewirz; Edward
H. Kaplan; Jerome A. Kaplan; Albert H. Small; 1776 K Street Associates Limited Partnership;
Estate of Robert H. Smith; Robert H. Smith Revocable Trust; Clarice R. Smith; Robert P. Kogod;
Marjet LLC; and Irene R. Kaplan*

Carmine D. Boccuzzi, Jr.,
Clearly Gottlieb Steen & Hamilton LLP
Email:  cboccuzzi@cgsh.com
*Attorney for Thybo Stable Funds Ltd. and Thybo Asset Management Limited*

David Ellenhorn – david.ellenhorn@ag.ny.gov
Shmuel Kadosh – shmuel.kadosh@ag.ny.gov
Harriet Rosen – harriet.rosen@ag.ny.gov
Daniel Sangeap – daniel.sangeap@ag.ny.gov
*Counsel to Andrew M. Cuomo*

Neil A. Steiner, Esq.
Andrew J. Levander, Esq.
Jonathan D. Perry, Esq.
Gary J. Mennitt, Esq.
Steven A. Engel, Esq.
Dechert LLP
Email:  neil.steiner@dechert.com
Email:  andrew.levander@dechert.com
Email:  jonathan.perry@dechert.com
Email:  gary.mennitt@dechert.com
Email:  steven.engel@dechert.com
*Attorneys for J. Ezra Merkin and Gabriel Capital Corporation*

Howard Schiffman, Esq.
Eric Bensky, Esq.
Schulte Roth & Zabel LLP
Email:  howard.schiffman@srz.com
Email:  eric.bensky@srz.com
*Counsel to Gabriel Capital, L.P. and Ariel Fund Limited*

Lance Gotthoffer, Esq.
Casey D. Laffey, Esq.
James C. McCarroll, Esq.
Reed Smith LLP
Email:  lgotthoffer@reedsmith.com
Email:  claffey@reedsmith.com
Email:  jmccarroll@reedsmith.com
*Counsel to Bart M. Schwartz, Receiver of Gabriel Capital, L.P. and Ariel Fund Limited*

Matthew T. Tulchin, Esq.
David Pitofsky, Esq.
Goodwin Procter
Email:  mtulchin@goodwinprocter.com
Email:  dpitofsky@goodwinprocter.com
*Counsel to Ascot Partners, L.P. and David B. Pitofsky, Receiver for Ascot Partners, L.P.*

David E. Brodsky, Esq. - dbrodsky@cgsh.com
Counsel to Kingate Global Fund Limited, et al.

Robert S. Loigman - robertloigman@quinnemanuel.com
Counsel to Kingate Global Fund Limited, et al.

Marcy R. Harris - marcy.harris@srz.com
Counsel to Picower Defendants

David E. Brodsky - dbrodsky@cgsh.com
Counsel to HSBC Bank PLC , HSBC Securities (Luxembourg) S.A.

Steven R. Schlesinger, Esq. - sschlesinger@jaspanllp.com
Hale Yazicioglu, Esq. - hyazicioglu@jaspanllp.com
Counsel to Robert Luria, et al.

Adam Mitzner, Esq. – amitzner@pavialaw.com
Jonathan Selva, Esq. – jselva@pavialaw.com
Counsel to Stahl and Abend

Albert Chang, Esq. – albertc@johnsonbottini.com
Francis A. Bottini, Esq. – frankb@johnsonbottini.com
Counsel to Neville Davis Seymour

Elizabeth Austin, Esq. – eaustin@pullman.com
Richard Robinson, Esq. – rrobinson@pullcom.com
David S. Golub, Esq. – dgolub@sgtlaw.com
Counsel to Fairfield Retirement Group

Imitaz A. Siddiqui, Esq. – isiddiqui@cpmlegal.com
Nancy L. Fineman, Esq. – nfineman@cpmlegal.com
Joseph W. Cotchett, Esq. – jcotchett@cpmlegal.com
Steven N. Williams, Esq. – swilliams@cpmlegal.com
Counsel to the Cochett Group


Javier Bleichmar, Esq. – jbleichmar@labaton.com
Michael Woolley, Esq. – mwoolley@labaton.com
Joel Bernstein, Esq. – jbernstein@labaton.com
Michael Chiano, Esq. – mchiano@labaton.com
Counsel to Erausquin Group

Gregory B. Linkh, Esq. – glinkh@murrayfrank.com

Michael Griffinger, Esq. – mgriffinger@gibbonslaw.com
Jennifer Hradil, Esq. - JHradil@gibbonslaw.com

Gregory Trif, Esq. – gtrif@mdmc-law.com
Louis A. Modugno, Esq. – lmodugno@mdmc-law.com
Ronald Riccio, Esq. – rriccio@mdmc-law.com
Counsel to the Lautenberg Group

Robert M. Finkin, Esq.
Finkin & Finkin Esqs.
118-21 Queens Blvd. Suite 616
Forest Hills, NY 11375
Counsel to FLB Foundation

Emilion Chavez, Pro Se - Emiliojr6969@gmail.com

Jeffrey Scott – scottj@sullcrom.com
Robinson Lacy – lacyr@sullcrom.com
Brian Schmidt – brian.schmidt@kattenlaw.ocm
Anthony Paccione – anthony.paccione@kattenlaw.com
Counsel to Vizcaya Defendants

Helen Chaitman – hchaitman@becker-poliakoff.com
Peter Smith – psmith@becker-poliakoff.com
Counsel to Susan Marshall

Laurence May - lmay@coleschotz.com
Nolan Shanahan - nshanahan@coleschotz.com
John Drucker - jdrucker@coleschotz.com
Joseph G. Galardi - galardi@beasleylaw.net
Lesley Blackner - lblackner@aol.com
Counsel to Adele Fox

Andrew Sherman – asherman@sillscummis.com
Eugene Licker – elicker@loeb.com
Tracy Klestadt – tklestadt@klestadt.com
Sanford Rosen – srosen@rosenpc.om
Steven Jay Katzman – skatzman@bmkattorneys.com
Ariana Noelle Seldman Hawbecker – ahawbecker@bmkattorneys.com
Susann K. Narholm – snarholm@bmkattorneys.com
Counsel to Chais Defendants

Evan Stewart –evan.stewart@gs.com; estewart@zuckerman.com
Counsel to Goldman Sachs
Stephen J. Shimshak - sshimshak@paulweiss.com
Andrew Ehrlich - aehrlich@paulweiss.com
Marty Flumenbaum - mflumenbaum@paulweiss.com
Counsel to Peter B. Madoff

Charlie Spada - cspada@lswlaw.com
Counsel to Estate of Mark D. Madoff and Andrew H. Madoff

Mark Smith - msmith@svlaw.com
Timothy Valliere - tvalliere@svlaw.com
Counsel to Shana D. Madoff

Todd E. Duffy – tduffy@andersonkill.com
Attorney for Defendant Alpha Prime Fund Limited

**Dichter-Mad Family Partnership**

Alan N. Horwitz
Palm Beach, FL 33480

Chaban Investments Company
Andover, MA 01810

Albar Fabrics
Great Neck, NY 11021

Dichter-Mad Family Partners, LLP
Malibu, CA 90265

Philip Dichter
Malibu, CA 90265

Claudia Gvirtzman Dichter
Malibu, CA 90265

Martin Schulman
Great Neck, NY 11021

Martin Schulman
Manhasset, NY 11030

Martin Schulman
Manhasset, NY 11030

Martin Schulman IRA
Great Neck, NY 11021

Martin Schulman IRA
Manhasset, NY 11030

Suzanne Schulman
Great Neck, NY 11021

Suzanne Schulman
Manhasset, NY 11030

Andrew Rosenberg
Provo, Utah 84604

Andrew Rosenberg
Singer Island, FL 33404

Sharon Rosenberg
Provo, Utah 84604

Sharon Rosenberg
Singer Island, FL 33404

Turbo Investors, LLC
Newton MA 02459

James S. Herscot
Boston, MA 02116

James S. Herscot
Lowell, MA 01851

James S. Herscot
Delray Beach, FL 33446

Hy Miller
Great Neck, NY 11021

Marcia Miller
Great Neck, NY 11021

Richard Sonking
Alstead, NH 03602

Ruth Sonking
South Setauket, NY 11720

White Mountain Sports Inc. Profit Sharing Plan
Stamford, CT 06903

White Mountain Sports Inc. Profit Sharing Plan
Singer Island, FL 33404

White Mountain Sports Inc. Profit Sharing Plan

Provo, Utah 84604

**Cohmad**

Stanley Arkin
e-mail: sarkin@arkin-law.com

Howard J. Kaplan
e-mail: hkaplan@arkin-law.com

Brent Starks
Email: bstarks@arkin-law.com

Bruce Langer
e-mail: blanger@mclaughlinstern.com

David Sass
e-mail: dsass@mclaughlinstern.com

Steven R. Schlesinger
e-mail: sschlesinger@jaspanllp.com

Hale Yazicioglu
e-mail:  hyazicioglu@jaspanllp.com

Clifford Thau
e-mail:  cthau@velaw.com

Joseph Kroetsch
e-mail: jkroetsch@velaw.com

Steven Paradise
e-mail: sparadise@velaw.com

Dawn Arnold
e-mail: darnold@rattetlaw.com

James Glucksman
e-mail: jglucksman@rattetlaw.com

Eric Fisher
e-mail: fishere@butzel.com

Ernest Badway
e-mail: ebadway@foxrothschild.com

Fred Stevens

e-mail: fsteens@foxrothschild.com

Fran Hoffinger
e-mail: fhoffinger@hsrlaw.com

Jack Hoffinger
e-mail: jhoffinger@hsrlaw.com

Jeffrey Miller
e-mail: jmiller@westermanllp.com

Joseph Keenan
e-mail: jkeenan@mccanlis.com


Kenneth Lipman
e-mail: klipman@sldsmlaw.com

Mark Blount
e-mail: mblount@clbllaw.com

Philip Kaufman
e-mail: pkaufman@kramerlevin.com

Stuart Wachs
e-mail: stuart@wachsassociates.com

Vivian Drohan
e-mail: vdrohan@dlkny.com

**Harley**

Harley International (Cayman) Limited
Cayman Islands, KY1-1004

**Ruth Madoff**

Bridget Rohde
Email: brohde@mintz.com

Peter Chavkin
Email: pchavkin@mintz.com

**Fairfield**

Debevoise & Plimpton LLP
Mark P. Goodman
Email:  mpgoodman@debevoise.com
Helen V. Cantwell
Email:  hvcantwell@debevoise.com
*Counsel to Defendant Amit Vijayvergiya*

Brown Rudnick LLP
David J. Molton
Email:  dmolton@brownrudnick.com
*Counsel to Fairfield Sentry Limited (in Liquidation), by its Liquidators, Kenneth M. Krys and Christopher D. Stride Defendants Fairfield Sigma and Fairfield Lambda*

Wollmuth Maher & Deutsch LLP
William A. Maher
Email:  wmaher@wmd-law.com
Frederick R. Kessler
Email:  fkessler@wmd-law.com
*Counsel to Greenwich Sentry L.P. and Greenwich Sentry Partners, L.P., Stable Fund LP, Chester Global Strategy Fund Limited, Chester Global Strategy Fund LP*

O'Shea Partners LLP
Sean F. O'Shea
Email:  soshea@osheapartners.com
Marc D. Feingold
Email:  mfeingold@osheapartners.com
*Counsel to Defendant Cornelis Boele*

Simpson Thatcher & Barlett LLP
Mark G. Cunha
Email: mcunha@stblaw.com
Peter E. Kazanoff
Email:  pkazanoff@stblaw.com
*Counsel to Defendants Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield Heathcliff Capital LLC, Fairfield International Mangers, Inc., Fairfield Greenwich (UK) Limited, Mark McKeefry, Daniel Lipton, Gordon McKenzie, Richard Landsberger, Philip Toub, Charles Murphy, Andrew Smith, Harold Griesman, Lourdes Barrenche, Santiago Reyes, Jacqueline Harary,*

White & Case LLP
Andrew W. Hammond
Email: ahammond@whitecase.com
*Counsel to Walter Noel*

Covington & Burling LLP
Bruce A. Baird
Email:  bbaird@cov.com
Matthew F. Dunn
Email:  mdunn@cov.com
*Counsel to Gregory Bowes*

Kasowitz, Benson, Torres & Friedman LLP
Daniel J. Fetterman
Email:  dfetterman@kasowitz.com
*Counsel to Jeffrey Tucker*

Morvillo, Abramowitz, Grand, Iason, Anello
& Bohrer, P.C.
Edward M. Spiro
Email: espiro@maglaw.com
*Counsel to Robert Blum*