UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

In re:

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

    Debtor.

SIPA LIQUIDATION

Case No. 08-01789 (BRL)

(Substantively Consolidated)

---

SECURITIES INVESTOR PROTECTION CORPORATION

    Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

    Defendant.

## NOTICE OF WITHDRAWAL OF CUSTOMER CLAIM

The Claimant, Indenture of Trust dated January 1, 1983, hereby withdraws its Customer Claim No. 006532 for Account No. 1B0281, filed with Irving H. Picard, the Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC.

Dated: October 4, 2010

INDENTURE OF TRUST DATED JANUARY 1, 1983

By: _____
Daniel M. Bleznak, Trustee
5105 North Park Drive
Pennsauken, New Jersey 08109

By: _____
Michael J. Fogel, Trustee
5105 North Park Drive
Pennsauken, New Jersey 08109

By: _____
John P. Lowth, Trustee
5105 North Park Drive
Pennsauken, New Jersey 08109

RECEIVED MAR 24 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

ORIGINAL

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

### NOTICE OF WITHDRAWAL OF CUSTOMER CLAIM

The Claimant, Indenture of Trust dated January 1, 1983, hereby withdraws its Customer Claim No. 006532 for Account No. 1B0281, filed with Irving H. Picard, the Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC.

Dated: October 4, 2010

INDENTURE OF TRUST DATED
JANUARY 1, 1983

By: _____
Daniel M. Bleznak, Trustee
5105 North Park Drive
Pennsauken, New Jersey 08109

By: _____
Michael J. Fogel, Trustee
5105 North Park Drive
Pennsauken, New Jersey 08109

By: _____
John P. Lowth, Trustee
5105 North Park Drive
Pennsauken, New Jersey 08109



RECEIVED
MAR 24 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK