UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

# Minutes of Proceedings

___

Date: **March 30, 2011**

-----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,
        Plaintiff,

v.                                         SIPA LIQUIDATION

BERNARD L. MADOFF INVESTMENT         No. 08-01789 (BRL)
SECURITIES LLC,

                                                                   (Substantively Consolidated)

        Defendant.
-----------------------------------------------------------------X
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Debtor.
-----------------------------------------------------------------X

Present:   Hon. **Burton R. Lifland**     **Monica Saenz de Viteri**     **ECRO**
                 Bankruptcy Judge       Courtroom Deputy      Court Reporter

___

**Proceedings:**

    ☒ Customers' Motion to Set Aside the Order Approving the Trustee's Settlement With the Levy Heirs for Failure to Disclose Material Information

___

Orders:    ¤ Relief sought in the Motion:
            ☒ Denied   ¤ Granted   ¤ Dismissed    ¤ Awarded by Default
        ¤ Matter taken under advisement
        ¤ Formal order or Judgment to enter
        ¤ Confirmation/modification of plan     ¤ granted     ¤ denied
        ☒ As per the record of today's hearing, the Customers' motion to set aside the order approving the Trustee's settlement with the Jean Levy-Church and Francis N. Levy, the heirs of Norman F. Levy, pursuant to Federal Rule of Civil Procedure 60 and Federal Rule of Bankruptcy Procedure 9024 is denied, as set forth in detail in the record of these proceedings.

        The Record is So Ordered.

___

BY THE COURT                                 FOR THE COURT:  Vito Genna, Clerk

/s/ Burton R. Lifland             March 30, 2011      By: /s/ Monica Saenz de Viteri
United States Bankruptcy Judge       Date                     Deputy Clerk