ORIGINAL

**EXHIBIT 3**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Alan D. Bleznak Revocable Trust Dated 4/15/03 ("Claimant"), having filed an objection to the Trustee's Notice of Determination respecting Claimant's customer claim (#001796) (the "Objection", Docket No. 516), hereby gives notice that it is withdrawing such Objection.

Dated: Oct 4, 2010

ALAN D. BLEZNAK REVOCABLE TRUST
DATED 4/15/03

By: _____
Alan D. Bleznak, Trustee
5105 North Park Drive
Pennsauken, New Jersey 08109

RECEIVED MAR 2 4 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

300099806.4