**ORIGINAL**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

### NOTICE OF WITHDRAWAL OF CUSTOMER CLAIM

The Claimant, Alan D. Bleznak 2004 Five Year Grantor Retained Annuity Trust dated December 31, 2004, hereby withdraws its Customer Claim No. 006533 for Account No. 1B0281, filed with Irving H. Picard, the Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC.

Dated: October 4, 2010

ALAN D. BLEZNAK 2004 FIVE YEAR
GRANTOR RETAINED ANNUITY TRUST
DATED DECEMBER 31, 2004

By: _____
Alan D. Bleznak, Trustee
5105 North Park Drive
Pennsauken, New Jersey 08109

By: _____
Bennett L. Aaron, Trustee
5105 North Park Drive
Pennsauken, New Jersey 08109



RECEIVED MAR 2 4 2011 U.S BANKRUPTCY COURT SO DIST OF NEW YORK