UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Case No. 08-01789 (BRL) |
| Debtor. | (Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION | |
| Plaintiff, | |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF CUSTOMER CLAIM

The Claimant, Alan Bleznak, hereby withdraws his Customer Claim No. 006536 for Account No. 1B0281, filed with Irving H. Picard, the Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC.

Dated: October 4, 2010

Alan Bleznak
960 North Ocean Boulevard
Palm Beach, Florida 33480

RECEIVED MAR 24 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK