UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor.<br><br>SECURITIES INVESTOR PROTECTION CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF CUSTOMER CLAIM

The Claimant, Alan D. Bleznak 2007 Five Year Grantor Retained Annuity Trust dated June 13, 2007, hereby withdraws its Customer Claim No. 001918 for Account No. 1B0281, filed with Irving H. Picard, the Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC.

Dated: October 4, 2010

ALAN D. BLEZNAK 2007 FIVE YEAR
GRANTOR RETAINED ANNUITY TRUST
DATED JUNE 13, 2007

By: _____
Alan D. Bleznak, Trustee
960 North Ocean Boulevard
Palm Beach, Florida 33480

By: _____
Michael J. Fogel, Trustee
960 North Ocean Boulevard
Palm Beach, Florida 33480



RECEIVED
MAR 24 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK