UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

In re:

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

Debtor.

SECURITIES INVESTOR PROTECTION CORPORATION

Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

Defendant.

SIPA LIQUIDATION

Case No. 08-01789 (BRL)

(Substantively Consolidated)

## NOTICE OF WITHDRAWAL OF CUSTOMER CLAIM

The Claimant, Alan D. Bleznak 2006 Five Year Grantor Retained Annuity Trust dated March 30, 2006, hereby withdraws its Customer Claim No. 001920 for Account No. 1B0281, filed with Irving H. Picard, the Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC.

Dated: October 4, 2010

ALAN D. BLEZNAK 2006 FIVE YEAR
GRANTOR RETAINED ANNUITY TRUST
DATED MARCH 30, 2006

By: _____
Alan D. Bleznak, Trustee
5105 North Park Drive
Pennsauken, New Jersey 08109

By: _____
Bennett L. Aaron, Trustee
5105 North Park Drive
Pennsauken, New Jersey 08109



RECEIVED
MAR 24 2011
U.S BANKRUPTCY
SO DIST OF NEW YORK