**ORIGINAL**

# EXHIBIT 9

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF CUSTOMER CLAIM

The Claimant, Indenture of Trust dated January 1, 1983, hereby withdraws its Customer Claim No. 001921 for Account No. 1B0281, filed with Irving H. Picard, the Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC.

Dated: October 4, 2010

INDENTURE OF TRUST DATED JANUARY 1, 1983

By: _____
Daniel M. Bleznak, Trustee
5105 North Park Drive
Pennsauken, New Jersey 08109

By: _____
Michael J. Fogel, Trustee
5105 North Park Drive
Pennsauken, New Jersey 08109

By: _____
John P. Lowth, Trustee
5105 North Park Drive
Pennsauken, New Jersey 08109

22

3000099806.4

RECEIVED MAR 2 4 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK