**CT Corporation**  1209 Orange Street  Wilmington, DE 19801    302 777 0220 tel  800 677 3394 toll free  www.ctlegalsolutions.com

March 24, 2011

Marc E. Hirschfield
Baker & Hostetler LLP
45 Rockefeller Plaza,
New York, NY 10111

Re: Securities Investor Protection Corporation, Pltf./Applicant vs. Bernard L. Madoff Investment Investment Securities LLC, Dft., In Re: Bernard L. Madoff, Debtor

Case No. 08-1789

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Shum Family Partnership III, LP. Currently, the state lists UNITED CORPORATE SERVICES, INC. as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Amy Baccellieri
SOP Process Specialist

Log# 518187311

FedEx Tracking# 794569610989


RECEIVED MAR 28 2011

cc: United States Bankruptcy Court, Southern District
One Bowling Green,
New York, NY 10004-1408