UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## REVISED AFFIDAVIT OF MAILING

STATE OF TEXAS                  )
                                        )     ss:
COUNTY OF DALLAS        )

JOHN S. FRANKS, being duly sworn, deposes and says:

1.     I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.     I am over the age of eighteen years and am not a party to the above-captioned action.

3.     On April 1, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

        A.     Notice of Transfer of Allowed Claim (Transfer Number T000081).

Executed on ___Apr 5___, 2011

_____
John S. Franks

Sworn to and subscribed before me this _5th_ day of _April_, 2011



MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____

(SEAL)

_____
Notary Public

2

# Exhibit A

4/1/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | SPCP Group LLC | Brian Jarmain | Two Greenwich Plaza, 1st Floor | | Greenwich | CT | 06830 |