UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

# AFFIDAVIT OF MAILING

STATE OF TEXAS         )
                       )  ss:
COUNTY OF DALLAS       )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On April 4, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000082).

4. On April 4, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    B. Notice of Transfer of Allowed Claim (Transfer Number T000083).

5. On April 4, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    C. Notice of Transfer of Allowed Claim (Transfer Number T000084).

6. On April 4, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    D. Notice of Transfer of Allowed Claim (Transfer Number T000085).

Executed on Apr 5, 2011

_____
John S. Franks

Sworn to and subscribed before me this 5th day of April, 2011



(SEAL)

_____
Notary Public

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

2

# Exhibit A

SERVICE LIST A
TRANSFER NUMBER 10-00082

**4/4/2011**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER OTHER 100083**

4/4/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | C.V.I.G.V.F. (Lux) Master S. a.r.l. | c/o CarVal Investors, LLC | 12700 Whitewater Drive, MS 144 | Attn: Teri Salberg | Minnetonka | MN | 55343 |

# Exhibit C

SERVICE LIST C
TRANSFER NUMBER 100084

4/4/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | C.V.I.G.V.F. (Lux) Master S. a.r.l. | c/o CarVal Investors, LLC | 12700 Whitewater Drive, MS 144 | Attn: Teri Salberg | Minnetonka | MN | 55343 |

# Exhibit D

**SERVICE LIST D**
**TRANSFER NUMBER 1000085**

**4/4/2011**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | C.V.I.G.V.F. (Lux) Master S. a.r.l. | c/o CarVal Investors, LLC | 12700 Whitewater Drive, MS 144 | Attn: Teri Salberg | Minnetonka | MN | 55343 |