| | |
|---|---|
| YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br>Rockefeller Center<br>1270 Avenue of the Americas<br>Suite 2210<br>New York, New York 10020<br>Telephone: (212) 332-8840<br>Facsimile: (212) 332-8855<br>John T. Dorsey<br>Matthew B. Lunn<br>Daniel F.X. Geoghan<br>Justin P. Duda | Presentment Date: April 14, 2011<br>Time: 12:00 p.m.<br><br>Objections Due: April 14, 2011<br>Time: 11:00 a.m. |

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF PRESENTMENT OF TRUSTEE'S MOTION FOR AN ORDER
APPROVING THE RETENTION OF OSBORNE & OSBORNE, P.A. AS
SPECIAL COUNSEL *NUNC PRO TUNC* AS OF MARCH 8, 2011**

**PLEASE TAKE NOTICE** that upon the motion of Irving H. Picard, as trustee ("Trustee") to the substantively consolidated liquidation of the business of

Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of the Bernard L. Madoff, for entry of an order approving the retention of Osborne & Osborne, P.A. as special counsel to the Trustee, nunc pro tunc, as of March 8, 2011, the undersigned will present the attached motion (the "Motion") and proposed order (the "Order") to the Honorable Burton R. Lifland, United States Bankruptcy Judge, for signature and entry on **April 14, 2011 at 12 Noon.**

**PLEASE TAKE FURTHER NOTICE,** the objections, if any to the Motion ("Objections"), shall (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders, (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefore, (iv) filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the Chambers of the Honorable Burton R. Lifland, One Bowling Green, New York, New York 10004, (v) service upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 1011, Attn: Marc E. Hirschfield, (b) Young Conaway Stargatt & Taylor, LLP, special counsel to the Trustee, Rockefeller Center, 1270 Avenue of the Americas, Suite 2210, New York, New York 10020 and The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, Attn: Matthew B. Lunn, and (c) the Securities Investor Protection Corporation, 805 fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, so as to be received no later than **11:00 a.m. on April 14, 2011.**

2

**PLEASE TAKE FURTHER NOTICE**, that in the event any objections are timely served and filed, a hearing may be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at a date and time to be scheduled by the Court, upon such additional notice as the Court may direct. The moving and objecting parties are required to attend the hearing and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE**, that, unless Objections are timely served and filed, the proposed Order may be signed without a hearing.

Date: April 6, 2011
      New York, New York

| | |
|---|---|
| Of Counsel: | By: */s/ Matthew B. Lunn* |
| | **YOUNG CONAWAY STARGATT &** |
| **YOUNG CONAWAY STARGATT &** | **TAYLOR, LLP** |
| **TAYLOR, LLP** | Rockefeller Center |
| The Brandywine Building | 1270 Avenue of the Americas |
| 1000 West Street, 17th Floor | Suite 2210 |
| Wilmington, DE 19801 | New York, NY 10020 |
| Telephone: (302) 571-6600 | Telephone: (212) 332-8840 |
| Facsimile: (302) 571-1253 | Facsimile: (212) 332-8855 |
| John T. Dorsey | Matthew B. Lunn |
| Email: jdorsey@ycst.com | Email: mlunn@ycst.com |
| | Daniel F. X. Geoghan |
| | Email: dgeoghan@ycst.com |
| | Justin P. Duda |
| | Email: jduda@ycst.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

YCST01:10940925.1                                                                                                                    069984.1001