## **EXHIBIT A**

**Affidavit of Disinterestedness**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**AFFIDAVIT OF R. BRADY OSBORNE, JR. IN SUPPORT OF TRUSTEE'S MOTION FOR AN ORDER APPROVING THE RETENTION OF OSBORNE & OSBORNE, P.A. AS SPECIAL COUNSEL TO THE TRUSTEE *NUNC PRO TUNC* AS OF MARCH 8, 2011**

STATE OF FLORIDA     )
                     ) ss:
COUNTY OF PALM BEACH )

R. BRADY OSBORNE, JR. being duly sworn, deposes and says:

1. I am a partner at the law firm of Osborne & Osborne, P.A. (the "Osborne Firm") whose offices are located at 798 South Federal Highway, Boca Raton, Florida, 33432.

2. Neither I, the Osborne Firm, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with Bernard L. Madoff Investment Securities LLP or Bernard L. Madoff (collectively, the "Debtors").

3. The Osborne Firm will seek compensation pursuant to that certain Order Pursuant to Section 78eee(b)(5) of SIPA, Sections 105, 330 and 331 of the Bankruptcy

Code, Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2016-1 Establishing Procedures Governing Interim Monthly Compensation of Trustee and Baker Hostetler LLP dated February 25, 2009, and shall, in accordance with the terms of such Order, file interim and final fee applications with this Court pursuant to the terms of section 78fff(b)(5)(A) and (D) and section 330 and 331 of the Bankruptcy Code.

4. No agreement exists between the Osborne Firm and any third person for the sharing of compensation received by the Osborne Firm in this case, except as allowed by section 504(b) of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure in respect to sharing of compensation among members of the Osborne Firm.

5. To the best of my knowledge, insofar as I have been able to ascertain, neither I nor the Osborne Firm holds or represents any interests adverse to the Trustee, the Debtors or the estates, in connection with the matters upon which it is to be engaged.

6. The Osborne Firm is disinterested as that term is defined in Section 78eee(b)(6)(A) of the Securities Investor Protection Act.

7.    The Osborne Firm will conduct ongoing checks for conflicts and when additional creditors and parties-in-interest are known, and if any new, relevant facts or relationships are discovered or arise, the Osborne Firm shall file and serve a supplemental affidavit promptly.

_____
R. BRADY OSBORNE, JR.

Subscribed and Sworn to before me
this 4th day of April, 2011, personally known

_____

Notary Public State of Florida
Penny M Wynn
My Commission DD912966
Expires 10/16/2013