**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
HCHAITMAN@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone (212) 599-3322

*Attorneys for Marsha Peshkin,*
*and a large group of other customers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br><br>Appeal No. _____ |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Marsha Peshkin, and a large group of other customers ("Appellants") hereby appeal under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York from the order of the United States Bankruptcy Court for the Southern District of New York (Hon. Burton R. Lifland) entered in the above-referenced proceeding on March 30, 2011 denying Customers' Motion to Set Aside the Order Approving the Trustee's Settlement with the Levy Heirs for Failure to Disclose Material Information

1

(Doc # 3984) (the "Order," annexed hereto as **Exhibit A**), including the Bankruptcy Court's decision to strike Appellants' Reply Brief. (Doc #3960).

The names of parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Irving H. Picard, Trustee<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: 212-589-4688 | David J. Sheehan, Esq.<br>Baker & Hostetler LLP<br>Counsel to the Trustee<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: 212-589-4616 |
| Marsha Peshkin, and a large group of other customers<br>Becker & Poliakoff, LLP<br>45 Broadway<br>New York, NY 10006<br>Telephone: 212-559-3322 | Josephine Wang<br>Securities Investor Protection Corporation<br>805 15th Street, NW<br>Suite 800<br>Washington, D.C. 20005<br>Telephone: 202-371-8300 |
| Jeanne Levy Church and Francis N. Levy<br>Munger, Tolles & Olson LLP<br>Ronald L. Olson, Esq.<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071-1560 | |

| | |
|---|---|
| April 11, 2011 | **BECKER & POLIAKOFF LLP**<br><br>*/s/*  Helen Davis Chaitman<br>Helen Davis Chaitman<br>HCHAITMAN@BECKER-POLIAKOFF.COM<br>45 Broadway<br>New York, New York 10006<br>Telephone (212) 599-3322<br><br>*Attorneys for Marsha Peshkin,*<br>*and a large group of other customers* |

2