# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

# Minutes of Proceedings

_____

Date:  **March 30, 2011**

------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,

              **Plaintiff,**

    **v.**                                  **SIPA LIQUIDATION**

BERNARD L. MADOFF INVESTMENT          **No. 08-01789 (BRL)**
SECURITIES LLC,

                                              **(Substantively Consolidated)**

              **Defendant.**

------------------------------------------------------------X

In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

              **Debtor.**

------------------------------------------------------------X

**Present:**   **Hon.**   **Burton R. Lifland**     **Monica Saenz de Viteri**       **ECRO**
                   **Bankruptcy Judge**         **Courtroom Deputy**       **Court Reporter**

**Proceedings:**

            ☒ **Customers' Motion to Set Aside the Order Approving the Trustee's
Settlement With the Levy Heirs for Failure to Disclose Material Information**

**Orders:**     ¤ **Relief sought in the Motion:**
           ☒ **Denied**   ¤ **Granted**   ¤ **Dismissed**     ¤ **Awarded by Default**
       ¤ **Matter taken under advisement**
       ¤ **Formal order or Judgment to enter**
       ¤ **Confirmation/modification of plan**     ¤ **granted**   ¤ **denied**
       ☒ **As per the record of today's hearing, the Customers' motion to set aside
the order approving the Trustee's settlement with the Jean Levy-Church
and Francis N. Levy, the heirs of Norman F. Levy, pursuant to Federal Rule
of Civil Procedure 60 and Federal Rule of Bankruptcy Procedure 9024 is
denied, as set forth in detail in the record of these proceedings.**

       **The Record is So Ordered.**

**BY THE COURT**                   **FOR THE COURT:**  **Vito Genna, Clerk**

 **/s/ Burton R. Lifland**         **March 30, 2011**     **By: /s/ Monica Saenz de Viteri**
**United States Bankruptcy Judge**       **Date**            **Deputy Clerk**