**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
HCHAITMAN@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone (212) 599-3322

*Attorneys for Marsha Peshkin,*
*and a large group of other customers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | Appeal No. _____ |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Lourdes Blanco, hereby certify that on April 11, 2011 I caused a true and correct copy of the **Notice of Appeal** to be filed electronically with the Court, and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4688
dsheehan@bakerlaw.com
*Attorneys for Irving H. Picard, Trustee*

Josephine Wang, Esq.
Securities Investor Protection Corporation
805 15th Street, NW
Suite 800
Washington, DC 20005
Telephone: 202-371-8300
jwang@sipc.org
*Attorneys for Securities Investor Protection Corporation*

Ronald L. Olson, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
ron.olson@mto.com
*Attorneys for Jeanne Levy-Church and Francis N. Levy*

April 11, 2011

/s/ *Lourdes Blanco*

2