

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 30, 2011

David J. Sheehan
Baker & Hostetler LLP
45 Rockfeller Plaza,
New York, NY 10111

Re: Bernard L. Madoff, Debtor, Securities Investor Protection Corporation, Pltf. vs. Bernard L. Madoff Investment Securities LLC and Shum Family Partnership III, LP, Dfts.

Case No. 08-01789

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Shum Family Partnership III, LP. Currently, the state lists UNITED CORPORATE SERVICES, INC. as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Chris Moseder
Process Specialist

Log# 518217290

FedEx Tracking# 796930919874

cc: Southern District: United States Bankruptcy Court
    1 Bowling Green,
    New York, NY 10004-1415