**CT Corporation**

350 North St. Paul Street
Suite 2900
Dallas, TX 75201

214 932 3601 tel
www.ctlegalsolutions.com



March 18, 2011

Marc E. Hirschfield
Baker & Hostetler LLP
45 Rockefeller Plaza,
New York, NY 10111

Re: Securities Investor Protection Corporation, Pltf. vs. Bernard L. Madoff Investment Securities LLC, Dft. //
To: Sam W. Klein Eight Restated Revocable Trust Agreement, etc.

Case No. 08-01789 BRL

Dear Sir/Madam:

We are herewith returning the Amended Notice, Motion, Exhibits which we received regarding the above captioned matter.

Sam W. Klein Eight Restated Revocable Trust Agreement, etc. is not listed on our records or on the records of the State of TX.

Very truly yours,

Megan Nichols
Corporate Operations Specialist

Log# 518210247

FedEx Tracking# 794550183055

cc: Southern District of New York: United States Bankruptcy Court
   *,
   *, NY *

# TEXAS SECRETARY of STATE

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## FIND GLOBAL NAME SEARCH

This search was performed on with the following search parameter:
**ENTITY NAME** : sam w klein eight restated revocable trust agreement

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| ○ | 3811910 | W. SAM WHITE, LTD. NO. 1 | Domestic Limited Partnership (LP) | Cancelled | Legal | Inactive |
| ○ | 23699500 | SAM W. FOLSOM CO., INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 91603502 | SAM W. DICK, P. C. | Domestic Professional Corporation | Voluntarily dissolved | Legal | Inactive |
| ○ | 801108589 | Sam W. Armstrong, P.C. | Domestic Professional Corporation | In existence | Legal | In use |
| ○ | 801370757 | Sam's West, Inc. | Foreign For-Profit Corporation | In existence | Legal | Prior |
| ○ | 2276206 | SAM W. MCCLESKEY CONSTRUCTION CO., INC. | Foreign For-Profit Corporation | Withdrawn | Legal | Inactive |
| ○ | 3666106 | SAM W. MCCLESKEY CONSTRUCTION CO., INC. | Foreign For-Profit Corporation | Withdrawn | Legal | Inactive |
| ○ | 6816200 | SAM W BECKER JEWELERY CO INCORPORATED | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |
| ○ | 8593800 | SAM W. BECKER JEWELRY CO., INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 22300400 | SAM W. MEINEKE INVESTMENT COMPANY, INC. | Domestic For-Profit Corporation | In existence | Legal | In use |

Records 1 to 10 of 44 scroll   OR  proceed to page [    ] of 5 pages 

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Marc E. Hirschfield
mhirschfield@bakerlaw.com
Judith A. Selby
jselby@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,
Trustee for the Substantively
Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities
LLC and Bernard L. Madoff*

Hearing Date: March 31, 2011 at 10:00 a.m.

Objection Deadline: March 24, 2011 at 5:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**AMENDED NOTICE OF TRUSTEE'S MOTION FOR
ENTRY OF LITIGATION PROTECTIVE ORDER**

      **PLEASE TAKE NOTICE** that upon the annexed motion (the "Motion"), Irving H.

Picard, Esq. (the "Trustee"), trustee for the substantively consolidated liquidation proceeding of

Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa et seq., and the estate of Bernard L. Madoff ("Madoff," and together with BLMIS, each a "Debtor" and collectively, the "Debtors"), will move for entry of a Litigation Protective Order (as defined in the Motion) on **March 31, 2011 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable Burton R. Lifland at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that, any response or objection to the Motion must be filed with the Bankruptcy Court (with a courtesy copy delivered to the Chambers of the Honorable Burton R. Lifland, One Bowling Green, New York, New York 10004) and served upon David Sheehan, Esq., and Judith A. Selby, Esq., 45 Rockefeller Plaza, New York, New York 10111, on or before **March 24, 2011 at 5:00 p.m.**

PLEASE TAKE FURTHER NOTICE that, this Amended Notice of Trustee's Motion for Entry of Litigation Protective Order is filed to provide notice of the Motion to parties to whom notice was not previously provided. Any responses or objections filed in response to the original Notice of Motion filed on February 1, 2011 are preserved.

PLEASE TAKE FURTHER NOTICE that, following discussions with several parties who ultimately did not file objections, the Trustee committed to modifying the proposed Litigation Protective Order. Additionally, the Trustee reviewed the objections filed on March 2, 2011 and modified the proposed Order to incorporate legitimate concerns raised in those objections. The Trustee submits a revised Litigation Protective Order and a comparison of the proposed Litigation Protective Order filed on February 1 and the proposed Litigation Protective Order filed with this Amended Notice of Motion.

Dated: New York, New York  
March 14, 2011

BAKER & HOSTETLER LLP

By: /s/ *David J. Sheehan*  
    David J. Sheehan  
    Marc E. Hirschfield  
    Judith A. Selby

45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
NEW YORK, NY
PERMIT NO. 848

**DONLIN, RECANO & COMPANY, INC.**
Re: Irving H. Picard, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC
P.O. Box 899
Madison Square Station
New York, NY 10010

005324
SAM W. KLEIN EIGHTH RESTATED REVOCABLE TRUST AGREEMENT DATED JUNE 5, 2007,
C/O BANK OF AMERICA, N.A. AS TRUSTEE,
CT CORPORATION SYSTEM, AS REGISTERED AGENT,
350 N. ST. PAUL STREET
DALLAS TX 75201

**IMPORTANT OPEN PROMPTLY**
**DATED MATERIAL ENCLOSED**