UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | SIPA LIQUIDATION<br><br>Case No. 08-01789 |

# AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

    JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On April 13, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A.    Notice of Transfer of Allowed Claim (Transfer Number T000087).

Executed on __Apr 13__, 2011

_____
John S. Franks

Sworn to and subscribed before me this _13th_ day of _April_, 2011

(SEAL)

_____
Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 4900087**

**4/13/2011**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | VonWin Capital Management, L.P. | | 261 5th Avenue | 22nd Floor | New York | NY | 10016 |