Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210-2243
Tel: (857) 488-4200
Fax: (857) 488-4201
Jeffrey D. Sternklar
  Email: jdsternklar@duanemorris.com
Wendell M.N. Harp
  Email: wmharp@duanemorris.com

1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1000
Fax: (212) 692-1020
Patricia H. Heer
  Email: phheer@duanemorris.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>    PLAINTIFF-APPLICANT,<br><br>V.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    DEFENDANT<br><br>IN RE:<br><br>BERNARD L. MADOFF,<br>    DEBTOR | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br>(Substantively Consolidated) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on

behalf of Magnus A. Unflat, the Eleanore C. Unflat Living Trust, Eleanore C. Unflat, in her

capacity as co- trustee of the Eleanore C. Unflat Living Trust, Magnus A. Unflat, in his capacity

DM3\1749935.1

as co-trustee of the Eleanore C. Unflat Living Trust, and Eleanore C. Unflat, individually (collectively, the "Defendants"), pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and section 1109(b) of the Bankruptcy Code and demands that all notices given or required to be given and all papers served in this case be delivered and served upon the party identified below at the following address:

>Jeffrey D. Sternklar
>Wendell M.N. Harp
>DUANE MORRIS LLP
>470 Atlantic Avenue
>Suite 500
>Boston, MA 02210-2243
>Email: jdsternklar@duanemorris.com
>Email: wmharp@duanemorris.com
>Tel: (857) 488-4200
>Fax: (857) 401-3034

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive: (i) any right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) any right to a trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) any right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or to compel arbitration of any matters referable to arbitration, and (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which

Defendants are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: April 13, 2011

Respectfully submitted,

Duane Morris LLP

By: /s/ Jeffrey D. Sternklar
    Jeffrey D. Sternklar
    Wendell M.N. Harp
    470 Atlantic Avenue, Suite 500
    Boston, MA 02210-2243
    Tel: (857) 488-4200
    Fax: (857) 488-4201
    Jeffrey D. Sternklar
      Email: jdsternklar@duanemorris.com
    Wendell M.N. Harp
      Email: wmharp@duanemorris.com

    Patricia H. Heer
    1540 Broadway
    New York, NY 10036-4086
    Tel: (212) 692-1000
    Fax: (212) 692-1020

*Attorneys for the Defendants*

# CERTIFICATE OF SERVICE

I, Jeffrey D. Sternklar, hereby certify that on this 13th day of April, 2011, I caused a copy of the foregoing Motion to be served: (i) via ECF, upon those parties and their counsel who are registered in the above-captioned case to receive notice via ECF; and (ii) upon the following parties:

> Richard J. Bernard, Esq.
> Marc E. Hirschfield, Esq.
> Mark F. Skapof, Esq.
> Geraldine Ponto, Esq.
> David J. Sheehan, Esq.
> Emily Howard, Esq.
> BAKER & HOSTETLER LLP
> 45 Rockefeller Plaza
> New York, New York 10111
>
> Dean D. Hunt, Esq.
> Tonya A. Jacobs, Esq.
> Pamela G. Johnson, Esq.
> Robyn R. Goldstein, Esq.
> BAKER & HOSTETLER LLP
> 1000 Louisiana, Suite 2000
> Houston, Texas 77002-5018
>
> Matthew P. Julian, Esq.
> BAKER & HOSTETLER LLP
> 200 South Orange Ave,
> Orlando, FL 32801

via United States first class mail, postage prepaid.

> /s/ Jeffrey D. Sternklar
> Jeffrey D. Sternklar