DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210-2243
Tel: (857) 488-4200
Fax: (857) 488-4201
Jeffrey D. Sternklar
  Email: jdsternklar@duanemorris.com
Wendell M.N. Harp
  Email: wmharp@duanemorris.com

1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1000
Fax: (212) 692-1020
Patricia H. Heer
  Email: phheer@duanemorris.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br>   PLAINTIFF-APPLICANT, <br> V. <br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br>   DEFENDANT <br> IN RE: <br> BERNARD L. MADOFF, <br>   DEBTOR | Adv. Pro. No. 08-01789(BLR) <br><br> SIPA Liquidation <br> (Substantively Consolidated) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, JEFFREY D. STERNKLAR, esq., of the law firm of Duane Morris LLP, a member in good standing in the Bars of the Commonwealth of Massachusetts and U.S. District Court for the District of Massachusetts, respectfully request admission, *pro hac vice*, to represent Magnus A.

Unflat, the Eleanore C. Unflat Living Trust, Eleanore C. Unflat, in her capacity as co- trustee of the Eleanore C. Unflat Living Trust, Magnus A. Unflat, in his capacity as co-trustee of the Eleanore C. Unflat Living Trust, and Eleanore C. Unflat, individually (collectively, the "Defendants") in this above-referenced matter and in any related adversary proceedings. My contact information is as follows:

Jeffrey D. Sternklar
DUANE MORRIS LLP
470 Atlantic Avenue
Suite 500
Boston, MA 02210-2243
Email: jdsternklar@duanemorris.com
Tel: (857) 488-4200
Fax: (857) 488-4201

I have submitted the filing fee of $25.00 with this motion for *pro hac vice admission*.

Dated: April 13, 2011

Respectfully submitted,

Duane Morris LLP

By: /s/ Jeffrey D. Sternklar
    Jeffrey D. Sternklar
    jdsternklar@duanemorris.com
    Wendell M.N. Harp
    470 Atlantic Avenue, Suite 500
    Boston, MA 02210-2243
    Tel: (857) 488-4200
    Fax: (857) 488-4201

    Patricia H. Heer
    1540 Broadway
    New York, NY 10036-4086
    Tel: (212) 692-1000
    Fax: (212) 692-1020

*Attorneys for the Defendants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT NEW YORK**

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) | |
|     PLAINTIFF-APPLICANT, | ) ) | Adv. Pro. No. 08-01789(BRL) |
| V. | ) ) | SIPA Liquidation |
| | ) ) | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT | ) ) | |
| SECURITIES LLC, | ) | |
|     DEFENDANT | ) ) | |
| IN RE: | ) ) | |
| BERNARD L. MADOFF, | ) | |
|     DEBTOR | ) ) | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion (the "Motion") of Jeffrey D. Sternklar, to be admitted, *pro hac vice*, to represent Magnus A. Unflat, the Eleanore C. Unflat Living Trust, Eleanore C. Unflat, in her capacity as co- trustee of the Eleanore C. Unflat Living Trust, Magnus A. Unflat, in his capacity as co-trustee of the Eleanore C. Unflat Living Trust, and Eleanore C. Unflat, individually (collectively, the "Defendants"), and upon the movant's certification that movant is a member in good standing of the bar in the Commonwealth of Massachusetts, and the bar of the United States District Court for the District of Massachusetts, it is hereby:

**ORDERED**, that Jeffrey D. Sternklar, esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent the Defendants, in the United States Bankruptcy Court, Southern District of New York.

Dated: April __, 2011.

      New York, New York

                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE