UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )  ss:
COUNTY OF DALLAS          )

    JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On April 18, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A.    Notice of Transfer of Allowed Claim (Transfer Number T000089).

Executed on  Apr 18 , 2011

_____
John S. Franks

Sworn to and subscribed before me this 18th day of April , 2011



_____
(SEAL)

Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 4300089**

**4/18/2011**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | SPCP Group, LLC | Attention: Brian Jarmain | Two Greenwich Plaza | | Greenwich | CT | 06830 |