EXHIBIT B

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY TRUSTEE FOR SIXTH INTERIM
PERIOD OF OCTOBER 1, 2010 THROUGH JANUARY 31, 2011

| Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|
| 01 | Case Administration | 110.40 | 91,965.00 |
| 02 | Claims Review and Related Matters | 194.20 | 161,350.00 |
| 03 | Trustee Investigation | 49.40 | 40,950.00 |
| 04 | Banks and Feeder Funds | 6.20 | 5,135.00 |
| 05 | Trustee Report | 4.00 | 3,300.00 |
| 06 | Asset Search, Recovery and Sale | 16.40 | 13,635.00 |
| 07 | Avoidance Actions | 294.80 | 244,102.50 |
| 08 | Bankruptcy Court Litigation and Related Matters | 105.30 | 88,085.00 |
| 09 | Non-Bankruptcy Court Litigation | 16.90 | 14,027.50 |
| 10 | Court Appearance | 15.90 | 13,262.50 |
| 13 | USAO | 37.60 | 31,142.50 |
| 14 | SEC/FINRA | 8.50 | 7,175.00 |
| 15 | Travel Time | 2.30 | 1,955.00 |
| 16 | Fee Application and Related Matters | 19.20 | 15,905.00 |
| 17 | Press Inquiries and Responses | 73.70 | 61,120.00 |
| | **Less 10% Public Interest Discount** | | (79,311.00) |
| | **Grand Total** | 954.80 | 713,799.00 |

**Current Application**                                                                                        747.59

Interim Compensation Requested                      $   713,799.00
Interim Compensation Paid                                   (606,729.13)
Interim Compensation Deferred                       $   107,069.87

**Prior Applications**

Interim Compensation Requested                      $ 3,552,286.50
Interim Compensation Paid                                (3,119,443.50)
Interim Compensation Deferred                       $   432,843.00