## EXHIBIT C

## EXPENSE SUMMARY BY TRUSTEE FOR SIXTH INTERIM PERIOD OF OCTOBER 1, 2010 THROUGH JANUARY 31, 2011

| Code Description | Amount |
|---|---|
| Local Travel (E109) | $ 31.50 |
| Grand Total | $ 31.50 |

**Prior Applications**

Reimbursement of Expenses Requested and Rewarded     $  2,037.95