EXHIBIT D
SUMMARY OF SIXTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM OCTOBER 1, 2010 THROUGH JANUARY 31, 2011

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein, Eugene | 1965 | 435.29 | 257.20 | $ 111,957.00 |
| | Sheehan, David J. | 1968 | 830.45 | 1,075.20 | 892,895.00 |
| | Colombo, Louis A | 1973 | 556.57 | 245.50 | 136,637.50 |
| | Matthias, Michael R | 1973 | 596.09 | 508.50 | 303,109.50 |
| | Moscow, John W | 1973 | 737.60 | 384.80 | 283,828.00 |
| | Bash, Brian A | 1975 | 643.23 | 273.10 | 175,666.00 |
| | Beckwith, Edward J | 1975 | 605.00 | 11.50 | 6,957.50 |
| | Eyre, Paul P | 1975 | 690.86 | 44.10 | 30,467.00 |
| | Long, Thomas L | 1976 | 621.09 | 654.70 | 406,627.50 |
| | Markowitz, Laurence S | 1977 | 675.11 | 53.50 | 36,118.50 |
| | Kuntz, William F | 1978 | 620.18 | 213.70 | 132,532.00 |
| | Ptaszek, Edward G | 1978 | 695.00 | 1.80 | 1,251.00 |
| | Gibson, Wendy J | 1979 | 460.99 | 232.10 | 106,995.50 |
| | Goldman, Matthew R | 1979 | 670.00 | 1.10 | 737.00 |
| | Johnson, Pamela Gale | 1980 | 555.00 | 235.30 | 130,591.50 |
| | Powers, Marc D | 1981 | 705.59 | 455.70 | 321,537.50 |
| | Bittence, Mary M | 1982 | 456.10 | 248.20 | 113,204.00 |
| | Chockley III, Frederick W | 1982 | 626.07 | 470.90 | 294,816.00 |
| | Ponto, Geraldine E. | 1982 | 756.29 | 602.00 | 455,289.00 |
| | Drogen, Andrew M | 1983 | 567.41 | 2.70 | 1,532.00 |
| | Hannon, John P | 1983 | 641.51 | 350.10 | 224,592.00 |
| | Lange, Christoph | 1983 | 650.00 | 0.60 | 390.00 |
| | Lucchesi, Thomas R | 1984 | 624.58 | 332.90 | 207,921.50 |
| | McGowan Jr, John J | 1984 | 526.77 | 150.60 | 79,332.00 |
| | Nieto, Pamela D. | 1984 | 380.00 | 155.30 | 59,014.00 |
| | Robertson, Kevin G | 1984 | 588.42 | 3.80 | 2,236.00 |
| | Boyd, John W. | 1985 | 370.00 | 0.20 | 74.00 |
| | Lazear, Sherri B | 1985 | 474.09 | 11.00 | 5,215.00 |
| | Quiat, Laurin D | 1985 | 513.05 | 28.20 | 14,468.00 |
| | Smith, Elizabeth A | 1985 | 738.97 | 409.60 | 302,683.50 |
| | McDonald, Heather J | 1986 | 494.37 | 684.90 | 338,591.50 |
| | Stamboulidis, George A | 1986 | 875.00 | 0.80 | 700.00 |
| | Bator, Chris | 1987 | 340.00 | 4.00 | 1,360.00 |
| | Reich, Andrew W | 1987 | 496.16 | 637.40 | 316,251.00 |
| | Siegal, John | 1987 | 701.83 | 192.10 | 134,821.50 |
| | Tobin, Donna A. | 1987 | 503.44 | 543.30 | 273,520.50 |
| | Burke, John J | 1988 | 566.67 | 666.90 | 377,910.00 |
| | Ferguson, Gerald J | 1988 | 670.00 | 3.40 | 2,278.00 |
| | Galloway, Robert R | 1988 | 480.00 | 1.00 | 480.00 |
| | Michel, Hayes F. | 1989 | 475.00 | 22.30 | 10,592.50 |
| | Carney, John J | 1990 | 825.33 | 335.50 | 276,897.50 |
| | DeLancey, Leah E | 1990 | 550.00 | 0.70 | 385.00 |
| | Johnson, Victoria L | 1990 | 335.00 | 0.10 | 33.50 |
| | McNellie, Elizabeth A | 1990 | 440.25 | 11.80 | 5,195.00 |
| | Douthett, Breaden M | 1991 | 346.96 | 344.20 | 119,422.50 |
| | Goldberg, Steven H | 1991 | 824.57 | 424.90 | 350,360.50 |
| | Hanselman, Suzanne K | 1991 | 470.00 | 0.20 | 94.00 |
| | Hunt, Dean D | 1991 | 535.13 | 328.20 | 175,629.00 |
| | Resnick, Lauren J | 1991 | 828.87 | 513.20 | 425,377.50 |
| | Swedlund, Paul S. | 1991 | 350.00 | 135.80 | 47,530.00 |
| | Hirschfield, Marc E. | 1992 | 780.23 | 966.30 | 753,937.50 |
| | Selby, Judy A. | 1992 | 705.13 | 839.40 | 591,885.00 |
| | Warren, Thomas D | 1992 | 566.99 | 459.40 | 260,476.00 |
| | Barr, Jonathan R. | 1993 | 685.23 | 291.30 | 199,608.50 |
| | Kornfeld, Mark A. | 1993 | 755.58 | 938.20 | 708,882.50 |
| | Lehrer, Richard M. | 1993 | 639.55 | 16.50 | 10,552.50 |
| | Renner, Deborah H. | 1993 | 756.56 | 787.80 | 596,015.00 |
| | Slater, Lourdes M. | 1993 | 661.65 | 798.30 | 528,195.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Dolatly, George C. | 1994 | 700.58 | 99.30 | 69,567.50 |
| | Jacobs, Tonya A | 1994 | 472.63 | 433.10 | 204,697.00 |
| | Bernard, Richard J | 1995 | 585.24 | 369.20 | 216,072.00 |
| | Brennan, Terry M | 1995 | 416.05 | 345.10 | 143,579.50 |
| | Culbertson, William J | 1995 | 375.00 | 30.00 | 11,250.00 |
| | Fuller, Lars H. | 1995 | 340.02 | 330.90 | 112,514.00 |
| | Procell, Karen W. | 1995 | 385.95 | 351.30 | 135,585.50 |
| | Scaletta, Anthony J | 1995 | 388.39 | 179.10 | 69,561.00 |
| | Cole, Tracy L | 1996 | 633.52 | 418.50 | 265,129.00 |
| | Turner, Christa C. | 1996 | 390.32 | 267.50 | 104,411.00 |
| | Enockson, Paul S | 1997 | 416.05 | 205.10 | 85,332.50 |
| | Julian, Matthew Porter | 1997 | 370.24 | 348.60 | 129,066.00 |
| | Murphy, Keith R. | 1997 | 756.73 | 843.60 | 638,373.50 |
| | Scully, Elizabeth A | 1997 | 519.21 | 367.30 | 190,706.50 |
| | New, Jonathan B. | 1998 | 756.09 | 326.20 | 246,638.00 |
| | Perdion, Jason P | 1998 | 364.10 | 169.50 | 61,714.50 |
| | Rollinson, James H | 1998 | 367.98 | 527.40 | 194,071.50 |
| | Wall, Brett A | 1998 | 396.25 | 284.80 | 112,852.00 |
| | Wang, Ona T | 1998 | 629.84 | 543.60 | 342,382.00 |
| | Warshavsky, Oren J. | 1998 | 667.04 | 799.10 | 533,035.00 |
| | Farley, Ryan P. | 1999 | 653.72 | 532.90 | 348,365.00 |
| | Fischbach, Ryan D | 1999 | 411.05 | 297.80 | 122,412.00 |
| | Pergament, Benjamin D | 1999 | 539.96 | 482.20 | 260,369.50 |
| | Bohorquez Jr, Fernando A | 2000 | 570.84 | 862.80 | 492,517.00 |
| | Pector, Michelle D | 2000 | 426.41 | 88.50 | 37,737.50 |
| | Schlegelmilch, Stephan J | 2000 | 345.37 | 72.40 | 25,005.00 |
| | Ware, Nathan F | 2000 | 360.23 | 252.90 | 91,101.00 |
| | Burgan, Kelly S | 2001 | 402.87 | 30.30 | 12,207.00 |
| | Fokas, Jimmy | 2001 | 630.61 | 499.30 | 314,862.50 |
| | Oppenheim, Adam B. | 2001 | 602.07 | 485.80 | 292,485.00 |
| | Pfeifer, Timothy S. | 2001 | 606.83 | 919.70 | 558,100.00 |
| | Skapof, Marc | 2001 | 650.00 | 535.30 | 347,945.00 |
| | Wall, Andrea C | 2001 | 340.06 | 95.20 | 32,374.00 |
| | Weiser, Scott R. | 2001 | 545.17 | 647.40 | 352,943.50 |
| | Zeballos, Gonzalo S. | 2001 | 660.31 | 654.90 | 432,435.00 |
| | Allan, Natanya H | 2002 | 475.00 | 32.80 | 15,580.00 |
| | Wearsch, Thomas M | 2002 | 480.38 | 625.00 | 300,235.00 |
| | Curtis, Cory M | 2003 | 325.00 | 2.30 | 747.50 |
| | DeMinico, Michael P | 2003 | 295.89 | 6.20 | 1,834.50 |
| | Jenson, Karin Scholz | 2003 | 344.22 | 129.80 | 44,680.00 |
| | Wilde, Michael C | 2003 | 295.29 | 344.50 | 101,726.50 |
| | Conley, Sylvia J | 2006 | 484.47 | 261.90 | 126,882.00 |
| Partners and of Counsel Total | | | 601.48 | 32,460.90 | $ 19,524,739.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Meisels, Naomi P. | 1984 | 496.86 | 310.00 | $ 154,028.00 |
| | Wilcox, Diane D | 1988 | 300.00 | 12.80 | 3,840.00 |
| | Bieler, Philip | 1994 | 425.00 | 469.30 | 199,452.50 |
| | Sarlson, Katherine G | 1994 | 200.74 | 340.00 | 68,250.00 |
| | Papp, Edward Daniel | 1997 | 300.04 | 120.20 | 36,065.00 |
| | Feigi, Diane L | 1998 | 240.45 | 8.80 | 2,116.00 |
| | Fish, Eric R. | 1998 | 526.48 | 469.10 | 246,972.00 |
| | Kates, Elyssa S. | 2000 | 493.35 | 407.90 | 201,239.50 |
| | Payne, Tiffany D. | 2000 | 285.00 | 0.20 | 57.00 |
| | Beckerlegge, Robertson D | 2001 | 469.97 | 646.50 | 303,837.50 |
| | Esser, Brian K | 2001 | 557.13 | 566.80 | 315,782.50 |
| | Shivnarain, Dwayne A. | 2001 | 500.00 | 169.30 | 84,650.00 |
| | Garg, Anjula | 2002 | 484.65 | 439.10 | 212,808.00 |
| | North, Geoffrey A. | 2002 | 487.55 | 661.30 | 322,414.00 |
| | Cheema, Bik | 2003 | 445.78 | 660.70 | 294,529.50 |
| | Doty, Rebecca Jackson | 2003 | 375.00 | 50.80 | 19,050.00 |
| | Hochmuth, Farrell A | 2003 | 378.51 | 19.40 | 7,343.00 |
| | Malek, Sammi | 2003 | 488.24 | 434.10 | 211,943.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Oliver, Jason S. | 2003 | 493.79 | 52.30 | 25,825.00 |
| | Wlodek, Heather | 2003 | 409.72 | 495.80 | 203,140.00 |
| | Campbell, Deanna M | 2004 | 267.07 | 124.70 | 33,303.50 |
| | Cohen, Dennis O | 2004 | 454.11 | 146.00 | 66,300.00 |
| | Evans Jr, David L | 2004 | 285.00 | 0.60 | 171.00 |
| | Gabriel, Jessie M | 2004 | 282.63 | 737.10 | 208,328.50 |
| | Glasser, Michael P. | 2004 | 417.59 | 399.90 | 166,996.00 |
| | Karttunen, Timo | 2004 | 426.33 | 425.50 | 181,401.50 |
| | Kitaev, Erica G. | 2004 | 301.89 | 243.60 | 73,540.00 |
| | Kitchen, David E | 2004 | 327.39 | 447.10 | 146,374.00 |
| | Kolm, Julie A. | 2004 | 421.46 | 225.30 | 94,954.50 |
| | Lewis, Patrick T | 2004 | 275.00 | 24.60 | 6,765.00 |
| | Powell, Michael L | 2004 | 409.50 | 275.50 | 112,817.50 |
| | Smith, Adam J | 2004 | 430.93 | 570.70 | 245,932.50 |
| | Smith, Rachel M | 2004 | 350.00 | 93.30 | 32,655.00 |
| | Yaross, Todd D. | 2004 | 295.00 | 1.50 | 442.50 |
| | Allen, Brian F. | 2005 | 427.41 | 241.70 | 103,304.50 |
| | Atencio, A Jeremy | 2005 | 290.00 | 4.80 | 1,392.00 |
| | Benavides, Michelle | 2005 | 325.76 | 282.80 | 92,125.00 |
| | Bodenheimer, Henry C. | 2005 | 408.48 | 557.50 | 227,727.50 |
| | Canerday, Michelle R | 2005 | 310.00 | 8.00 | 2,480.00 |
| | Carvalho, Melissa M. | 2005 | 415.18 | 57.80 | 23,997.50 |
| | Chow, Teresa C. | 2005 | 350.96 | 419.70 | 147,297.00 |
| | Estreich, Jonathan D. | 2005 | 411.96 | 255.10 | 105,090.00 |
| | Goldberg, Nina K | 2005 | 340.00 | 5.90 | 2,006.00 |
| | Hartman, Ruth E | 2005 | 274.98 | 487.30 | 133,996.00 |
| | Leeper, Kurt A | 2005 | 267.68 | 47.10 | 12,607.50 |
| | Madbak, Hanna F. | 2005 | 463.09 | 584.00 | 270,443.00 |
| | Proano, David F | 2005 | 272.24 | 64.60 | 17,587.00 |
| | Raley, Matthew R | 2005 | 326.13 | 379.30 | 123,702.50 |
| | Rodriguez, Alberto | 2005 | 420.08 | 395.90 | 166,311.00 |
| | Stump, Jacob R. | 2005 | 270.17 | 380.60 | 102,828.00 |
| | Thorpe, Courtni E | 2005 | 261.19 | 299.20 | 78,149.50 |
| | White, Nicholas L | 2005 | 261.80 | 403.90 | 105,741.50 |
| | Apte, Anagha S | 2006 | 395.67 | 427.30 | 169,068.50 |
| | Babinski, Laurie A | 2006 | 360.00 | 10.90 | 3,924.00 |
| | Carlisle, Marie L. | 2006 | 315.77 | 222.40 | 70,227.50 |
| | DeGaetano, Melissa A | 2006 | 261.09 | 88.40 | 23,080.00 |
| | Feil, Matthew D. | 2006 | 465.00 | 141.20 | 65,658.00 |
| | Hatcher, Mark | 2006 | 252.91 | 169.00 | 42,742.00 |
| | Heim, Kathryn M. | 2006 | 396.20 | 482.60 | 191,207.00 |
| | Kosack, Melissa L. | 2006 | 407.32 | 824.70 | 335,915.00 |
| | Kwok, Annette K | 2006 | 360.00 | 27.70 | 9,972.00 |
| | Lange, Gretchen L | 2006 | 253.62 | 264.70 | 67,132.50 |
| | Nevin, Douglas M | 2006 | 398.79 | 369.10 | 147,192.00 |
| | Oigarden, David W | 2006 | 260.00 | 2.00 | 520.00 |
| | Olson, Stephen T | 2006 | 324.09 | 299.00 | 96,903.00 |
| | Petrelli III, John W | 2006 | 315.00 | 107.80 | 33,957.00 |
| | Shoshany, Lindsey A. | 2006 | 415.00 | 171.40 | 71,131.00 |
| | Tobin, Sarah M | 2006 | 315.00 | 81.30 | 25,609.50 |
| | Vanderwal, Amy E. | 2006 | 469.78 | 529.90 | 248,938.50 |
| | Barker Brown, Erin R | 2007 | 238.03 | 246.70 | 58,721.50 |
| | Biegelman, Daniel R. | 2007 | 403.25 | 675.90 | 272,554.50 |
| | Bobb, Matthew I. | 2007 | 403.32 | 657.10 | 265,024.00 |
| | Brown, Seanna R. | 2007 | 460.24 | 996.60 | 458,680.00 |
| | Calvani, Torello H. | 2007 | 460.97 | 609.70 | 281,055.00 |
| | Figura, James D. | 2007 | 300.04 | 211.90 | 63,577.50 |
| | Garvin, Naima J. | 2007 | 465.92 | 190.70 | 88,850.00 |
| | Goldmark, Jena B. | 2007 | 403.65 | 675.40 | 272,623.00 |
| | Howard, Emily A. | 2007 | 402.12 | 641.10 | 257,800.50 |
| | Jacobson, Michael B | 2007 | 363.02 | 266.60 | 96,780.00 |
| | Karp, Brian S. | 2007 | 405.18 | 516.00 | 209,075.00 |
| | Klidonas, George | 2007 | 325.13 | 644.50 | 209,545.50 |
| | Lawrence, Kelvin M | 2007 | 242.94 | 354.00 | 86,000.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Leveque, Christopher P. | 2007 | 300.00 | 84.20 | 25,260.00 |
| | Liburd, Essence | 2007 | 374.18 | 447.70 | 167,519.00 |
| | Lugo, Alissa | 2007 | 253.88 | 20.10 | 5,103.00 |
| | McGibbon, Joanna S. | 2007 | 407.09 | 214.80 | 87,444.00 |
| | Nann, Alissa M. | 2007 | 440.35 | 813.90 | 358,398.50 |
| | Nelson, Maritza S | 2007 | 235.98 | 352.20 | 83,110.50 |
| | Novotny, Christina | 2007 | 260.00 | 0.50 | 130.00 |
| | Phillips, James E | 2007 | 290.08 | 193.10 | 56,015.00 |
| | Reyes, Tiffany D. | 2007 | 135.00 | 0.10 | 13.50 |
| | Ritz, Kenneth A. | 2007 | 403.40 | 721.20 | 290,932.50 |
| | Roesch, Matthew C | 2007 | 244.03 | 272.40 | 66,474.00 |
| | Serrano, Marco G. | 2007 | 454.64 | 315.60 | 143,484.00 |
| | Walrath, Jennifer M | 2007 | 358.41 | 560.30 | 200,816.00 |
| | Amin, Tina U | 2008 | 250.71 | 126.80 | 31,790.00 |
| | Carbajal, Natacha | 2008 | 358.38 | 428.00 | 153,385.00 |
| | Clarkson, Daniel E. | 2008 | 383.51 | 570.10 | 218,639.50 |
| | Day, James W. | 2008 | 400.00 | 310.60 | 124,240.00 |
| | Goldstein, Robyn R. | 2008 | 274.27 | 802.50 | 220,098.00 |
| | Hughes, Susan Whittaker | 2008 | 220.00 | 7.50 | 1,650.00 |
| | Kaplan, Deborah A | 2008 | 356.62 | 306.50 | 109,305.00 |
| | Kaplan, Michelle R. | 2008 | 400.00 | 79.20 | 31,680.00 |
| | Law, Adam R. | 2008 | 270.00 | 4.20 | 1,134.00 |
| | Luke, Tarsha L | 2008 | 350.76 | 209.30 | 73,415.00 |
| | McCurrach, Elizabeth G. | 2008 | 382.27 | 643.90 | 246,146.50 |
| | Moody, Matthew J. | 2008 | 385.56 | 673.60 | 259,712.00 |
| | Mtengule, Mwanga W. | 2008 | 386.32 | 506.90 | 195,827.50 |
| | Murdock-Park, Erin K. | 2008 | 221.47 | 50.20 | 11,118.00 |
| | Nixon, Christy A. | 2008 | 334.60 | 431.80 | 144,478.50 |
| | Osburn, Alexis C. | 2008 | 220.00 | 57.00 | 12,540.00 |
| | Ramos-Mrosovsky, Carlos | 2008 | 400.00 | 10.00 | 4,000.00 |
| | Rovine, Jacqlyn | 2008 | 381.43 | 825.30 | 314,792.50 |
| | Schill, Kathryn E | 2008 | 235.00 | 55.80 | 13,113.00 |
| | Sim, Chee Mei | 2008 | 237.44 | 172.40 | 40,934.00 |
| | Stanek, Christopher J. | 2008 | 220.00 | 0.20 | 44.00 |
| | Stanley, Trevor M. | 2008 | 343.95 | 339.00 | 116,600.00 |
| | Stark, Anthony M. | 2008 | 384.45 | 700.50 | 269,307.50 |
| | Thomas, Joshua C. | 2008 | 270.93 | 410.10 | 111,108.50 |
| | Walgenbach, Emilie J. | 2008 | 403.00 | 521.00 | 209,964.50 |
| | Whittlesey, Gillian L. | 2008 | 246.93 | 16.30 | 4,025.00 |
| | Woltering, Catherine E. | 2008 | 232.33 | 787.10 | 182,864.00 |
| | Zunno, Kathryn M. | 2008 | 456.64 | 733.30 | 334,855.00 |
| | Bogucki, Scott J. | 2009 | 383.31 | 200.30 | 76,777.50 |
| | Campbell, Patrick T | 2009 | 352.64 | 198.80 | 70,105.00 |
| | Cua, Fiona A. | 2009 | 379.14 | 248.90 | 94,368.00 |
| | D'Andrea, Lindsey | 2009 | 222.80 | 585.00 | 130,340.00 |
| | Gentile, Dominic A. | 2009 | 382.04 | 838.50 | 320,340.00 |
| | Hangawatte, Udyogi A. | 2009 | 341.71 | 471.90 | 161,254.00 |
| | Harker, Francesca M. | 2009 | 330.73 | 142.00 | 46,963.50 |
| | Harris Weiss, Sarah C. | 2009 | 375.00 | 18.70 | 7,012.50 |
| | Hilsheimer, Lauren M. | 2009 | 222.27 | 652.70 | 145,077.00 |
| | Howe, Mary E. | 2009 | 340.33 | 615.30 | 209,407.50 |
| | James, Lyndie M. | 2009 | 230.00 | 0.30 | 69.00 |
| | Langer, Jonathan F. | 2009 | 240.00 | 1.10 | 264.00 |
| | Law, Karen | 2009 | 275.44 | 336.00 | 92,548.50 |
| | Marck, Michelle K | 2009 | 380.92 | 661.80 | 252,095.00 |
| | Maynard, Kim M. | 2009 | 317.61 | 643.40 | 204,351.00 |
| | McCarthy, Conor T. | 2009 | 210.00 | 3.70 | 777.00 |
| | McKnight, Katherine L. | 2009 | 343.48 | 396.20 | 136,088.00 |
| | Molina, Marco | 2009 | 379.26 | 828.20 | 314,102.50 |
| | Murray, Kelli A. | 2009 | 230.28 | 249.30 | 57,409.50 |
| | Oliker, Ashley L. | 2009 | 222.91 | 555.70 | 123,872.00 |
| | Ozturk, Ferve E. | 2009 | 381.11 | 834.10 | 317,882.50 |
| | Schweller, Jessie A. | 2009 | 379.38 | 753.40 | 285,822.50 |
| | Shapiro, Peter B. | 2009 | 380.00 | 759.30 | 288,535.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Shelenkova, Marianna A. | 2009 | 378.86 | 473.60 | 179,430.00 |
| | Vessells, Jennifer A. | 2009 | 223.04 | 659.40 | 147,073.00 |
| | Winquist, Justin T. | 2009 | 241.19 | 544.40 | 131,306.00 |
| | Witt, Sara L. | 2009 | 211.92 | 217.00 | 45,986.00 |
| | Blanton, Jack D. | 2010 | 211.71 | 593.40 | 125,631.00 |
| | Burgos, Jocelyn | 2010 | 356.90 | 637.70 | 227,595.00 |
| | Castillon, Jesus J. | 2010 | 268.08 | 559.20 | 149,908.00 |
| | Clegg, Sammantha E. | 2010 | 377.95 | 609.80 | 230,476.50 |
| | Craig, M. Kristin | 2010 | 265.16 | 297.30 | 78,832.50 |
| | Fein, Amanda E. | 2010 | 318.64 | 661.80 | 210,879.00 |
| | Flynn, Alison | 2010 | 381.89 | 436.30 | 166,617.50 |
| | James, Christopher T. | 2010 | 265.12 | 362.30 | 96,053.50 |
| | Johnson, Andrew T. | 2010 | 211.77 | 587.80 | 124,476.00 |
| | Koch, Jacqueline R. | 2010 | 280.52 | 92.70 | 26,004.00 |
| | Maytal, Anat | 2010 | 378.82 | 579.40 | 219,490.50 |
| | McMillan, David M. | 2010 | 378.82 | 630.30 | 238,771.50 |
| | Mosier, A. Mackenna | 2010 | 400.00 | 104.90 | 41,960.00 |
| | O'Brien, Aaron A. | 2010 | 210.00 | 2.50 | 525.00 |
| | Portnoy, Lesley F. | 2010 | 319.38 | 541.10 | 172,814.50 |
| | Prabucki, Kenneth | 2010 | 211.13 | 579.90 | 122,434.00 |
| | Rog, Joshua B. | 2010 | 381.23 | 837.00 | 319,087.50 |
| | Salehpour, Morvareed Z. | 2010 | 275.00 | 61.40 | 16,885.00 |
| | Schichnes, Jessica | 2010 | 378.36 | 571.10 | 216,079.50 |
| | Scott, Justin T. | 2010 | 265.05 | 410.80 | 108,882.00 |
| | Vasel, Denise D. | 2010 | 320.15 | 718.10 | 229,901.50 |
| | Young, Michelle L. | 2010 | 319.85 | 436.80 | 139,710.00 |
| | Liao, Nina C. | 2011 | 305.48 | 305.10 | 93,202.00 |
| | Samuels, Nicole P. | 2011 | 311.50 | 138.80 | 43,236.00 |
| | Babka, Sarah R. | #N/A | 379.92 | 542.60 | 206,143.50 |
| | Ball, Stephen L. | #N/A | 316.88 | 398.60 | 126,307.00 |
| | Cabico, Jason D. | #N/A | 318.35 | 418.10 | 133,101.50 |
| | Collins, Tarique N. | #N/A | 415.00 | 150.50 | 62,457.50 |
| | Economides, Constantine P. | #N/A | 378.44 | 736.20 | 278,610.00 |
| | Krishna, Ganesh | #N/A | 378.95 | 783.70 | 296,985.00 |
| | Ramos, Miguel A. | #N/A | 265.00 | 8.90 | 2,358.50 |
| | Rice, David W. | #N/A | 383.72 | 374.50 | 143,701.50 |
| | Rose, Nicholas M. | #N/A | 318.34 | 435.80 | 138,733.00 |
| | Rouach, Sophie | #N/A | 384.43 | 643.90 | 247,534.50 |
| | Townsend, Wendy C. | #N/A | 325.00 | 44.30 | 14,397.50 |
| | Wangsgard, Kendall E. | #N/A | 316.27 | 452.00 | 142,954.00 |
| | Zuberi, Madiha M. | #N/A | 378.40 | 747.80 | 282,966.00 |
| Associates Total | | | 359.77 | 67,987.20 | $ 24,459,998.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Alexander, Rebecca S. | #N/A | 161.84 | 661.50 | $ 106,605.50 |
| | Allemant-Salas, Gonzalo | #N/A | 300.00 | 313.70 | 94,110.00 |
| | Atkinson, Susan L | #N/A | 170.00 | 13.80 | 2,346.00 |
| | Battaglia, Patricia J. | #N/A | 197.50 | 481.00 | 94,660.00 |
| | Bekier, James M. | #N/A | 353.33 | 830.50 | 292,109.00 |
| | Bitman, Oleg | #N/A | 233.62 | 334.90 | 77,690.00 |
| | Blaber, Theresa A | #N/A | 253.33 | 105.70 | 26,682.50 |
| | Bliss, Stephanie L. | #N/A | 206.25 | 106.60 | 21,872.00 |
| | Bromley, Gabriela M. | #N/A | 115.00 | 12.00 | 1,380.00 |
| | Cabrera, Ramon C | #N/A | 206.25 | 77.20 | 15,447.50 |
| | Chamberlain, David R | #N/A | 175.00 | 8.50 | 1,487.50 |
| | Charlotten, Magdalena | #N/A | 225.00 | 157.10 | 34,762.00 |
| | Chiofalo, Frank A. | #N/A | 205.00 | 446.00 | 88,653.00 |
| | Clabaugh, Marci D | #N/A | 230.00 | 0.20 | 46.00 |
| | Cohen, Justin H. | #N/A | 326.43 | 80.50 | 26,349.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Craig, Robert E | #N/A | 425.00 | 118.30 | 50,277.50 |
| | Creagan, Carol A | #N/A | 175.00 | 75.60 | 13,230.00 |
| | Damon, Rhondee M | #N/A | 165.00 | 0.50 | 82.50 |
| | DeCoteau, Meshawn M. | #N/A | 375.00 | 71.40 | 26,775.00 |
| | deVries, Alan C. | #N/A | 120.00 | 100.00 | 12,000.00 |
| | Doegolia, Seesun L. | #N/A | 160.00 | 2.30 | 368.00 |
| | Dyer, Ricky J | #N/A | 180.00 | 4.90 | 882.00 |
| | Fetzer, Jeffrey L | #N/A | 195.00 | 93.60 | 18,252.00 |
| | Fishelman, Benjamin D. | #N/A | 350.00 | 70.00 | 24,500.00 |
| | Fredle, Vicki M | #N/A | 181.25 | 48.80 | 8,790.50 |
| | Gardner, Bronson R | #N/A | 200.00 | 139.50 | 27,900.00 |
| | Halwes, Shannon L. | #N/A | 177.50 | 299.20 | 52,392.00 |
| | Heller, Julie M. | #N/A | 355.00 | 538.00 | 189,668.00 |
| | Iskhakova, Yuliya | #N/A | 250.31 | 538.10 | 135,339.00 |
| | Jones, Michael K. | #N/A | 126.82 | 277.20 | 34,993.00 |
| | Koblenz, Esther E. | #N/A | 200.00 | 1.00 | 200.00 |
| | Landrio, Nikki M. | #N/A | 302.58 | 954.90 | 288,431.00 |
| | Lee, Magali L. | #N/A | 233.58 | 518.60 | 120,913.00 |
| | Lipkis, Shelly S. | #N/A | 200.00 | 150.50 | 30,015.00 |
| | Lippincott, Seth K. | #N/A | 125.00 | 1.90 | 237.50 |
| | Little, Lynn M. | #N/A | 279.17 | 106.20 | 29,418.00 |
| | Martin, Joseph D | #N/A | 180.00 | 3.30 | 594.00 |
| | Martin, Sasha L. | #N/A | 232.63 | 380.40 | 88,447.50 |
| | Maxwell, Sarah A | #N/A | 161.67 | 383.70 | 61,948.50 |
| | McCann, Donald S | #N/A | 172.50 | 9.80 | 1,701.00 |
| | Mearns, Erin F. | #N/A | 220.00 | 25.10 | 5,522.00 |
| | Medina, Rebecca J. | #N/A | 160.00 | 18.80 | 3,008.00 |
| | Monge, Tirsa | #N/A | 276.25 | 692.10 | 191,680.50 |
| | Montalvo, Jason M. | #N/A | 295.00 | 34.30 | 10,120.00 |
| | Montani, Christine A. | #N/A | 276.43 | 584.90 | 161,754.50 |
| | Nunes, Silas T | #N/A | 251.43 | 566.40 | 143,037.00 |
| | Ostrander, John C. | #N/A | 177.14 | 418.50 | 69,864.00 |
| | Paremoud, Jana | #N/A | 203.57 | 161.20 | 33,190.00 |
| | Rawles, Michael M | #N/A | 195.00 | 3.90 | 760.50 |
| | Remus, Amanda | #N/A | 275.00 | 666.10 | 183,177.50 |
| | Reynolds, Julie L. | #N/A | 200.00 | 56.90 | 11,380.00 |
| | Rivera, Eileen G. | #N/A | 165.00 | 118.60 | 19,569.00 |
| | Samarasekera, Dilip | #N/A | 200.00 | 176.00 | 35,200.00 |
| | Schnarre, Nicole L. | #N/A | 351.43 | 631.20 | 222,100.00 |
| | Smith, Damian | #N/A | 242.50 | 49.60 | 11,970.00 |
| | Stute, David J. | #N/A | 161.82 | 662.80 | 106,614.50 |
| | Sulhan, Barbara J | #N/A | 170.63 | 78.50 | 13,435.00 |
| | Sweet, Karen R | #N/A | 201.25 | 83.10 | 16,633.50 |
| | Tolbert, Amelia M. | #N/A | 125.00 | 1.40 | 175.00 |
| | Van Dyke, Dawn M | #N/A | 200.00 | 1.00 | 200.00 |
| | Villamayor, Fidentino L. | #N/A | 294.00 | 513.60 | 149,677.00 |
| | von Collande, Constance M. | #N/A | 253.30 | 647.40 | 163,605.00 |
| | Wakefield, Mark | #N/A | 125.00 | 1.00 | 125.00 |
| | Wallace, Dawn L. | #N/A | 255.43 | 469.00 | 118,815.00 |
| | Wasserman, Gabor M. | #N/A | 328.75 | 543.70 | 177,762.50 |
| | Wilkins, Kerrick T. | #N/A | 171.25 | 228.40 | 38,830.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | | | 250.14 | 15,950.40 | $ 3,989,761.50 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | $ 601.48 | $ 32,460.90 | $ 19,524,739.00 |
| Associates Total | 359.77 | 67,987.20 | 24,459,998.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 250.14 | 15,950.40 | 3,989,761.50 |
| Blended Attorney Rate | 437.89 | | |
| Total Fees Incurred | | 116,398.50 | 47,974,499.00 |
| | **Less 10% Public Interest Discount** | | (4,797,449.90) |
| | **Grand Total** | | $ 43,177,049.10 |