COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR SIXTH INTERIM
PERIOD OF OCTOBER 1, 2010 THROUGH JANUARY 31, 2011

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 7,085.50 | $ 3,132,408.50 |
| 02 | Bankruptcy Court Litigation and Related Matters | 2,751.90 | 1,301,139.50 |
| 03 | Feeder Funds | 5,230.20 | 2,653,926.50 |
| 04 | Asset Search Recovery and Sale | 486.00 | 290,634.50 |
| 05 | Internal Office Meetings with Staff | 498.40 | 264,177.00 |
| 07 | Billing | 182.00 | 50,067.50 |
| 08 | Case Administration | 7,032.90 | 2,074,244.00 |
| 09 | Banks | 3,633.40 | 1,617,330.50 |
| 10 | Court Appearances | 6.30 | 2,822.00 |
| 11 | Press Inquires and Responses | 146.70 | 80,590.00 |
| 12 | Document Review | 3,390.00 | 1,421,588.00 |
| 13 | Discovery - Depositions and Document Productions | 2,391.00 | 1,215,126.50 |
| 14 | International | 4,044.50 | 1,973,814.50 |
| 15 | Charities | 243.00 | 136,395.00 |
| 17 | Access - Luxembourg | 386.20 | 148,715.00 |
| 18 | Auditors | 3.80 | 2,248.00 |
| 000003 | Stanley Chais | 2,304.30 | 617,762.00 |
| 000004 | J. Ezra Merkin | 1,516.80 | 644,117.00 |
| 000005 | Customer Claims (2009 - 2011) | 4,837.00 | 1,812,084.00 |
| 000006 | Vizcaya | 2,061.40 | 841,768.50 |
| 000007 | Madoff Family | 4,266.70 | 1,721,078.50 |
| 000008 | Norman Levy | 449.50 | 172,474.50 |
| 000009 | Fairfield Greenwich | 3,609.60 | 1,207,047.00 |
| 000010 | Harley | 256.90 | 134,154.50 |
| 000011 | Cohmad Securities Corporation | 5,682.20 | 2,320,610.00 |
| 000012 | Picower | 817.20 | 479,190.50 |
| 000013 | Kingate | 1,515.80 | 638,554.50 |
| 000018 | Thybo | 112.00 | 56,908.50 |
| 000019 | Ruth Madoff | 22.30 | 13,988.50 |
| 000020 | Carl Shapiro | 848.20 | 456,113.50 |
| 000021 | Avoidance Action Investigation/Litigation 2010-2012 | 34,183.70 | 13,480,630.00 |
| 000022 | Fox and Marshall | 733.80 | 308,332.00 |
| 000023 | Canavan, Goldsmith and Kalman | 16.20 | 6,490.50 |
| 000024 | Robert Luria | 31.40 | 13,222.00 |
| 000025 | Amy Luria | 34.00 | 20,012.50 |
| 000026 | Richard Stahl | 423.10 | 209,710.50 |
| 000027 | JPMorgan Chase | 1,971.30 | 632,244.00 |
| 000028 | Westport | 282.00 | 122,331.00 |
| 000029 | Rye/Tremont | 2,193.20 | 979,437.00 |
| 000030 | HSBC | 6,232.80 | 2,632,456.00 |
| 000031 | Katz/Wilpon | 1,659.70 | 805,623.50 |
| 000032 | LuxAlpha/UBS | 1,415.40 | 658,027.50 |
| 000033 | Nomura Bank International PLC | 32.80 | 12,012.00 |
| 000034 | Citibank | 383.10 | 164,499.50 |
| 000035 | Natixis | 80.40 | 36,969.00 |
| 000036 | Merrill Lynch | 27.80 | 10,661.50 |
| 000037 | ABN AMRO | 85.70 | 37,786.00 |
| 000038 | Banco Bilbao | 83.60 | 37,806.50 |
| 000039 | Fortis | 59.30 | 25,795.00 |
| 000040 | Medici Enterprise | 573.90 | 265,327.50 |
| 000041 | Whitechapel | 38.40 | 13,438.00 |
| 000042 | Equity Trading | 11.70 | 5,839.50 |
| 000043 | Defender | 31.80 | 13,435.00 |
| 000046 | Glantz | 0.20 | 157.00 |
| 000047 | Bonaventre | 0.20 | 157.00 |
| 000054 | Mendelow | 0.90 | 706.50 |
| 000057 | Perez/O'Hara | 0.40 | 314.00 |
| Grand Total | | 116,398.50 | 47,974,499.00 |

| | |
|---|---:|
| **Less 10% Public Interest Discount** | (4,797,449.90) |
| **Grand Total** | $ 43,177,049.10 |
| **Current Application** | |
| Interim Compensation Requested | $ 43,177,049.10 |
| Interim Compensation Paid | (36,700,491.74) |
| Interim Compensation Deferred | $ 6,476,557.36 |
| **Prior Applications** | |
| Interim Compensation Requested | $ 132,329,517.74 |
| Interim Compensation Paid | (115,880,079.79) |
| Interim Compensation Deferred | $ 16,449,437.95 |