EXHIBIT F

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR SIXTH
INTERIM PERIOD OF OCTOBER 1, 2010 THROUGH JANUARY 31, 2011

| E101 | Copying (E101) | $ 74,353.02 |
|---|---|---|
| E102 | Outside Printing (E102) | 8,877.26 |
| E104 | Facsimile (E104) | 49.59 |
| E105 | Telephone (E105) | 4,982.17 |
| E106 | Online Research (E106) | 166,610.74 |
| E107 | Delivery Services/ Messengers (E107) | 10,726.41 |
| E108 | Postage (E108) | 1,521.53 |
| E109 | Local Travel (E109) | 92,886.07 |
| E110 | Out-of-Town Travel (E110) | 202,467.73 |
| E111 | Business Meals, etc. (E111) | 53,787.10 |
| E112 | Court Fees (E112) | 14,161.04 |
| E113 | Subpoena Fees (E113) | 16,530.84 |
| E114 | Witness Fees (E114) | (440.10) |
| E115 | Deposition Transcripts (E115) | 96,939.06 |
| E116 | Trial Transcripts (E116) | 3,831.94 |
| E119 | Experts (E119) | 1,105.64 |
| E120 | Private Investigators (E120) | (50.00) |
| E121 | Arbitrator/Mediator Fees (E121) | 261.22 |
| E123 | Other Professionals (E123) | 100,124.51 |
| E124 | Other (E124) | 3,606.90 |
| E125 | Translation Costs (E125) | 248,943.58 |
| E129 | Official Fees (E129) | 1,920.00 |
| Grand Total | | $1,103,196.25 |

**Prior Applications**

Reimbursement of Expenses Requested and Rewarded     $2,527,793.07