EXHIBIT G

|  | Counsel | Trustee | Total |
|---|---|---|---|
| Interim Compensation Requested | $ 175,506,566.84 | $ 4,266,085.50 | $ 179,772,652.34 |
| Interim Compensation Deferred - Current | $ 22,925,995.31 | $ 539,912.87 | $ 23,465,908.18 |
| Holdback @ 10% of Compensation | $ 17,550,656.69 | $ 426,608.55 | $ 17,977,265.24 |
| Holdback Amount to be Issued | $ 5,375,338.62 | $ 113,304.32 | $ 5,488,642.94 |