<u>Exhibit C</u>

EXPENSE SUMMARY BY WINDELS MARX LANE & MITTENDORF
<u>FOR FIFTH INTERIM PERIOD OF OCTOBER 1, 2010 THROUGH JANUARY 31, 2011</u>

| Code Description | Amount |
|---|---|
| Copying | $20,750.26 |
| Telephone | $452.74 |
| Online Research | $14,861.97 |
| Delivery Services/Messengers | $1,924.14 |
| Postage | $47.89 |
| Local Travel | $11,830.13 |
| Business Meals, etc. | $4,874.01 |
| Court Fees | $24.00 |
| Litigation Support Vendors | $1,549.65 |
| Local Counsel | $69.29 |
| Other | $11,959.26 |
| Total | **$68,343.34** |

{10612383:1}