Exhibit D

COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED
BY WINDELS MARX LANE & MITTENDORF FOR FIFTH INTERIM PERIOD OF
OCTOBER 1, 2010 THROUGH JANUARY 31, 2011

| Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|
| 007 | Fee/Employment Applications | 41.90 | $14,256.50 |
| 010 | Litigation | 7197.40 | $2,329,655.50 |
| 017 | Legal Research | 31.10 | $9,604.00 |
| 020 | Internal Office Meetings | 38.70 | $11,476.00 |
| 039 | Trustee Investigation | 2569.70 | $676,059.00 |
| 040 | Banks and Feeder Funds | 98.30 | $34,243.50 |
| L140 | Document/File Management | 23.80 | $6,474.00 |
| Subtotal | | | $3,081,768.50 |
| Courtesy Discount | | | -$15,000.00 |
| **Total** | | **10000.90** | **$3,066,768.50** |

{10612384:1}