Exhibit E

OVERSTATEMENT OF FEES IN FOURTH FEE APPLICATION

| Name | 2010 Rates | 90% of 2010 Rates | Hourly Rates Used In Fee Application | Delta | Total Hours Billed | Over-Statement |
|---|---|---|---|---|---|---|
| **Associates** | | | | | | |
| Carol LaFond | 370.00 | 335.00 | 345.00 | 10.00 | 332.10 | $3,321.00 |
| Yani Indrajana Ho | 315.00 | 285.00 | 315.00 | 30.00 | 454.80 | $13,644.00 |
| Craig A. Linton | 250.00 | 225.00 | 250.00 | 25.00 | 377.90 | $9,447.50 |
| **Total Delta Attorneys** | | | | | | **$26,412.50** |
| **Paralegals** | | | | | | |
| Tracy Heston | 210.00 | 190.00 | 220.00 | 30.00 | 1.80 | $54.00 |
| Zac B. Howes | 210.00 | 190.00 | 210.00 | 20.00 | 315.60 | $6,312.00 |
| Anthony T. Navatto | 210.00 | 190.00 | 210.00 | 20.00 | 340.50 | $6,810.00 |
| Candi McBride | 200.00 | 180.00 | 190.00 | 10.00 | 2.40 | $24.00 |
| Michael Hudson | 190.00 | 175.00 | 190.00 | 15.00 | 2.00 | $30.00 |
| Candice Jampol | 125.00 | 115.00 | 125.00 | 10.00 | 15.40 | $154.00 |
| **Total Delta Paralegals** | | | | | | **$13,384.00** |
| **Total Delta of Attorneys and Paralegals** | | | | | | **$39,796.50** |