

**WINDELS MARX** | Windels Marx Lane & Mittendorf, LLP

windelsmarx.com

Howard L. Simon
212.237.1094
hsimon@windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

<u>**VIA ECF**</u>

April 25, 2011

Clerk of the Court
Southern District of New York
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

      Re:   <u>**Picard v. Bernard L. Madoff Investment Securities, LLC.**</u>
           <u>**Adv. Pro. No. 08-01789**</u>

Dear Sir/Madam:

      Windels Marx Lane & Mittendorf, LLP ("Windels Marx") is Special Counsel to Irving H. Picard, Esq., the Trustee for the substantively consolidated SIPA liquidation proceedings of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, in the above referenced adversary proceeding.

      This letter is to advise the Court that Regina Griffin is no longer with Windels Marx, and that Howard L. Simon will be the Windels Marx attorney on record representing the Trustee in this proceeding. Per the April 19 conversation between Yani Ho of Windels Marx and Beverly Richards of the Attorney Corrections Department of the Court, we are sending Ms. Richards a spreadsheet containing the names and case numbers of certain adversary proceedings (including the above-referenced proceeding), along with a request to replace Ms. Griffin's name and contact information with that of Mr. Simon on the docket of each such proceeding. Mr. Simon's name and contact information are set forth below. All ECF notifications are to be sent to Mr. Simon at hsimon@windelsmarx.com.

      Thank you.

Very truly yours,

/s/ Howard L. Simon

Howard L. Simon

**Howard L. Simon**
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
212-237-1094
Fax: 212-262-1215
Email: hsimon@windelsmarx.com

{10636770:1}