**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
HCHAITMAN@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322

*Attorneys for Marsha Peshkin*
*and 802 investors listed on Exhibit A.*

And the firms listed on pages 9 to 11 herein.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------- x
                                 :
SECURITIES INVESTOR              :
PROTECTION CORPORATION,          :
                                 :
           Plaintiff,            :  SIPA LIQUIDATION
                                 :  (Substantively Consolidated)
      v.                         :  Adv. Pro. No. 08-01789 (BRL)
                                 :
BERNARD L. MADOFF INVESTMENT     :
SECURITIES LLC,                  :
                                 :
           Defendant.            :
                                 :
-------------------------------- x
                                 :
In re:                           :
                                 :
BERNARD L. MADOFF,               :
                                 :
           Debtor.               :
                                 :
-------------------------------- x

**CERTIFICATE OF SERVICE**

　　　　　I, Lourdes Blanco, hereby certify that on April 26, 2011 I caused a true and correct copy

of the **BLMIS Investors' Motion to Compel the Trustee to Provide a Report of his**

**Investigative Activities and the Financial Affairs of BLMIS** to be filed electronically with the

Court, and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

>David J. Sheehan, Esq.
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 10111
>Telephone: 212-589-4688
>dsheehan@bakerlaw.com
>*Attorneys for Irving H. Picard, Trustee*
>
>Josephine Wang, Esq.
>Securities Investor Protection Corporation
>805 15th Street, NW
>Suite 800
>Washington, DC 20005
>Telephone: 202-371-8300
>jwang@sipc.org
>*Attorneys for Securities Investor Protection Corporation*

April 26, 2011

/s/ *Lourdes Blanco*