BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

  I, **Oleg Bitman**, being duly sworn, depose and say:  I am more than eighteen years old and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On April 25, 2011, I served the:

- **Notice of Adjournment of Hearing on the Trustee's Motion for Entry of a Litigation Protective Order to May 24, 2011**

by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:** *See Attached Schedule A*

                                        */s/Oleg Bitman*
                                        OLEG BITMAN

Sworn to before me this
29th day of April, 2011


*/s/Magali Lespinasse Lee*
Notary Public

Magali Lespinasse Lee
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2014

300158738                              2

## SCHEDULE A

John Behrendt, Esq.
Marshall King, Esq.
Gabriel Hermann, Esq.
Gibson Dunn & Crutcher
Counsel for UBS AG
JBehrendt@gibsondunn.com
MKing@gibsondunn.com
GHermann@gibsondunn.com

Philip D. Anker, Esq.
WilmerHale
Counsel for UBS (Luxembourg) S.A.
philip.anker@wilmerhale.com

Brett S. Moore, Esq.
Porzio, Bromberg & Newman, P.C.
Counsel for Luxalpha SICAV, Luxembourg Investment Fund, Luxembourg Investment Fund U.S. Equity Plus, as represented by their Liquidators Alain Rukavina and Paul Laplume; and Alain Rukavina and Paul Laplume, in their capacities as liquidators and representatives of Luxembourg Investment Fund and Luxembourg Investment Fund U.S. Equity Plus.
bsmoore@pbnlaw.com

Robert Gottlieb, Esq. and Jay Shapiro, Esq.
Katten Muchin Rosenman LLP
Counsel for Access International Advisors LLC and Claudine Magon de la Villehuchet in her capacity as Executrix under the Will of Rene-Thierry Magon de la Villehuchet and individually as the sole beneficiary under the Will of Rene-Thierry Magon de la Villehuchet.
robert.gottlieb@kattenlaw.com
jay.shapiro@kattenlaw.com

Robert Knuts, Esq.
Park & Jensen LLP
Counsel for Theodore Dumbauld
rknuts@parkjensen.com

Mark Hyland, Esq.,
Walter Naeder, Esq.
Seward & Kissel LLP
counsel for Reliance International Research LLC and Justin Lowe
hyland@sewkis.com
naeder@sewkis.com

R. Scott Garley, Esq.,
Gibbons P.C.

Counsel for Defender Limited
RGarley@gibbonslaw.com

Breon Peace, Esq
Lauren K. Handelsman, Esq.
Cleary Gottlieb Steen & Hamilton LLP
Counsel for BNP Paribas Arbitrage SNC
bpeace@cgsh.com
lhandelsman@cgsh.com

Lewis Brown, Esq.,
Gilbride, Heller & Brown, P.A.
Counsel for Citco Fund Services (Europe) B.V.
lbrown@ghblaw.com

Michael Feldberg, Esq.
Lanier Saperstein, Esq.
Allen & Overy LLP
Counsel for ABN AMRO Bank N.V. now The Royal Bank of Scotland, N.V.; and ABN AMRO Incorporated
Michael.Feldberg@newyork.AllenOvery.com
Lanier.Saperstein@NewYork.AllenOvery.com

Alyson Weiss, Esq.
Bryan I. Reyhani, Esq.
Loeb & Loeb LLP
Counsel for Merrill Lynch International
aweiss@loeb.com
breyhani@loeb.com

Heather Kafele, Esq.
Sean Arthurs, Esq.
Shearman & Sterling LLP
Counsel for Banco Bilbao Vizcaya Argentaria
HKafele@Shearman.com
Sean.Arthurs@Shearman.com

Carmine D. Boccuzzi Jr., Esq.
David Lipshiv, Esq.
Cleary Gottlieb Steen & Hamilton LLP
Counsel for Citibank, N.A.; Citibank North America, Inc. and Citigroup Global Markets Limited
cboccuzzi@cgsh.com
dlivshiz@cgsh.com

Bruce Ginsberg, Esq.
Cheryl Plambeck, Esq.
Joseph Cioffi, Esq.

300158738                                                            4

Davis & Gilbert LLP
Counsel for Natixis (in its own capacity and as successor in interest to Defendant IXIS Corporate & Investment Bank)
BGinsberg@dglaw.com
cplambeck@dglaw.com
jcioffi@dglaw.com

Christopher Harris, Esq.
Cameron Smith, Esq.
Latham & Watkins LLP
Counsel for ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.); and ABN AMRO Custodial Services (Ireland) Ltd. (f/n/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.)
christopher.harris@lw.com
cameron.smith@lw.com

John Savarese, Esq.
Wachtell, Lipton, Rosen & Katz
Counsel for JP Morgan Chase & Co.
JFSaverese@wlrk.com

Joseph P. Moodhe, Esq.
Shannon Rose Selden, Esq.
Debevoise & Plimpton LLP
Counsel for Plaza Investments International Limited and Notz, Stucki Management (Bermuda) Limited
jmoodhe@debevoise.com
srseldon@debevoise.com

Erich Schwartz, Esq.
Marco E. Schnabl, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Counsel for UniCredit S.p.A. and Pioneer Global Asset Management
Erich.schwartz@skadden.com
Marco.schnabl@skadden.com

Seth Schwartz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Counsel for Rye Select Broad Market XL Fund, LP and Tremont Group Holdings, Inc.
Seth.schwartz@skadden.com

Gary S. Lee, Esq.
Morrison & Foerster LLP
Counsel for Rye Select Broad Market XL Portfolio Limited
glee@mofo.com

Jamie B. W. Stecher, Esq.

Tannenbaum Helpern & Syracuse
Counsel for various Defendants named in Picard v. Tremont Group Holdings, et al. Adv. Pro. No. 10-5310 (BRL)
Stecher@thshlaw.com

Robert Giacovas, Esq.
Lazare Potter & Giacovas
Counsel for Robert I. Schulman
RGiacovas@lgllp.com

William Dodds, Esq.
Dechert LLP
Counsel for Oppenheimer Acquisition Corp.
William.dodds@dechert.com

Joseph Kociubes, Esq.
Bingham McCutchen
Counsel for Massachusetts Mutual Life Insurance Co.
Joe.kociubes@bingham.com

Jonathan Cogan, Esq.
Carrie A. Tendler, Esq.
Kobre & Kim
Counsel for Maxam Capital GP, LLC, Maxam Capital Management, LLC, Sandra L. Manzke, Sandra L. Manzke as Trustee to Sandra L. Manzke Revocable Trust Revocable Trust, Sandra L. Manzke Revocable Trust, and Suzanne Hammond
Jonathan.Cogan@kobrekim.com

Clemens Trauttenberg
Counsel for Sonja Kohn
clemens.trauttenberg@wolftheiss.com

Daniel Kummer
National Broadcasting Company
Daniel.kummer@nbcuni.com

James N. Lawlor
Wollmuth Maher & Deutsch LLP
Counsel for Maxam Absolute Return Fund, L.P.
jlawlor@wmd-law.com

Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
Counsel for HSBC Bank plc, HSBC Holdings plc, HSBC Securities Services (Luxembourg) S.A., HSBC Institutional Trust Services (Ireland) Limited, HSBC Securities Services (Ireland) Limited, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank USA, N.A., HSBC Securities Services (Bermuda) Limited, HSBC Bank (Cayman) Limited, HSBC Private Bank Holdings (Suisse) S.A., HSBC Private Bank (Suisse) S.A., HSBC Fund Services (Luxembourg) S.A., and HSBC Bank Bermuda Limited
tmoloney@cgsh.com

Lewis J. Liman
Jeffrey A. Rosenthan
Cleary Gottlieb Steen & Hamilton LLP
Counsel for The Bank of New York Mellon Corporation
lliman@cgsh.com
jrosenthal@cgsh.com

Daniel K. Kornstein
William B. Pollard, III
Amy C. Gross
Kornstein Veisz Wexler & Pollard, LLP
Counsel for Certain Rosenwald Family and Entity Defendants
dkornstein@kvwmail.com
wpollard@kvwmail.com
agross@kvwmail.com

Michael E. Wiles
Debevoise & Plimpton LLP
Counsel to Thema International Fund plc, Hermes International Fund Limited, Lagoon Investment Limited (for itself and as Trustee of the Lagoon Investment Trust), Thema Fund Limited and Thema Wise Investments Limited
mewiles@debevoise.com

Arnold Schreiber
Glen Head, NY  11545

Arnold Schreiber
West Palm Beach, FL  33411

Hélén Florand
Moisand Boutin et Associés
75008 Paris
France