# EXHIBIT A

**Irving H. Picard, Trustee for BLMIS LLC**
**Assets to be Allocated to the Customer Fund**
**December 1, 2008 through March 31, 2011**

| Category | Assets to be Allocated to the Customer Fund | Assets to be Allocated to the Customer Fund - Held in Reserve |
|---|---|---|
| Transfer from Debtors Estate - Securities | $291,203,371.40 | $0.00 |
| Transfer from Debtors Estate - BNY account | $336,660,934.06 | $0.00 |
| Transfer from Debtors Estate - Chase account | $235,156,309.36 | $0.00 |
| Transfer from Debtors Estate - Other | $4,036,145.08 | $0.00 |
| Interest and Dividends | $13,718,036.11 | $0.00 |
| Closeout of Proceeds - Broker Dealers | $37,273,877.23 | $0.00 |
| Closeout of Proceeds - NSCC | $21,783,082.40 | $0.00 |
| Closeout of Proceeds - DTCC | $17,368,079.91 | $0.00 |
| Sale of Debtors Assets | | |
|     Sports Tickets | $89,690.80 | $0.00 |
|     Bank Debt Participation | $2,583,599.32 | $0.00 |
|     DTTC Shares | $204,170.51 | $0.00 |
|     Maket Making Business | $1,220,886.80 | $0.00 |
| Refunds | | |
|     BLM Air Charter | $752,963.00 | $0.00 |
| Refunds - Deposits | $9,841.45 | $0.00 |
|     Dues/Subscriptions | $177,247.15 | $0.00 |
|     Car Registration | $157.00 | $0.00 |
|     Vendors | $61,567.20 | $0.00 |
|     Transit Cards | $793.61 | $0.00 |
|     Insurance Workers Comp | $402,859.56 | $0.00 |
|     Ref- Political Contributions | $144,500.00 | $0.00 |
|     Ref - Other | $50.84 | $0.00 |
| Recoveries - Litigation Related | | |
|     Customer Avoidances | $132,989,034.46 | $57,481,783.75 |
|     Pre-Litigation Settlements | $1,520,381,048.00 | $220,000,000.00 |
|     Donation Settlements | $225,000.00 | $0.00 |
|     Vendor Preferences | $532,850.39 | $0.00 |
|     Employees | $10,674.74 | $0.00 |
|     Taxing Authorities | $12,777.56 | $0.00 |
|     Class Actions | $314,134.72 | $0.00 |
|     NASDAQ | $308,948.49 | $0.00 |
|     NYSE | $183,683.79 | $0.00 |
|     Transaction Fee | $96,816.23 | $0.00 |
|     Other | $71,298.73 | $0.00 |
| Miscellaneous | $0.36 | $0.00 |
| **TOTAL** | **$2,617,974,430.26** | **$277,481,783.75** |