UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor.<br><br>SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
|---|---|




### NOTICE OF PARTIAL WITHDRAWAL OF OBJECTION

Donna Lefkowitz (the "Claimant"), having filed an objection (the "Objection," Docket No. 839) to the Trustee's Notice of Determination respecting BLMIS Account # 1ZA966, hereby gives notice that she is withdrawing such Objection. The Claimant's objection to the Trustee's interpretation of "net equity" is not withdrawn and remains in existence without prejudice or waiver until such time as the Court's "net equity" decision becomes final and non-appealable.

Dated: April [11], 2011

/s/ Donna Beth Lefkowitz
Donna Beth Lefkowitz
3771 Environ Blvd., Apt. 445
Lauderhill, Florida 33319-4219
(954) 484-7867