UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                               SIPA LIQUIDATION

BERNARD L. MADOFF INVESTMENTS         Case No. 08-01789
SECURITIES, LLC

## AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                            )   ss:
COUNTY OF DALLAS            )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 3, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A.   Notice of Transfer of Allowed Claim (Transfer Number T000090).

4. On May 3, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

   B.   Notice of Transfer of Allowed Claim (Transfer Number T000091).

5. On May 3, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

   C.   Notice of Transfer of Allowed Claim (Transfer Number T000092).

Executed on _May 4_, 2011

_____
John S. Franks

Sworn to and subscribed before me this _4th_ day of _MAY_, 2011

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

(SEAL)

_____
Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 000090**

5/3/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | LBF International I, LLC | Attn: Shanshan Cao and Sandra Markovic | 375 Park Avenue, 12th Floor | | New York | NY | 10152 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBER 000091**

5/3/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | LBF International I, LLC | Attn: Shanshan Cao and Sandra Markovic | 375 Park Avenue, 12th Floor | | New York | NY | 10152 |

# Exhibit C

**SERVICE LIST C**
**TRANSFER NUMBER 000092**

5/3/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | VonWin Capital Management, L.P. | | 261 5th Avenue | 22nd Floor | New York | NY | 10016 |