Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Irving H. Picard
Email: ipicard@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Jacqlyn R. Rovine
Email: jrovine@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*And Bernard L. Madoff*

Hearing Date: June 1, 2011
Hearing Time: 10:00 A.M. EST

Objection Deadline: May 25, 2011
Time: 4:00 P.M. EST

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |

**AMENDED NOTICE OF HEARING ON SIXTH APPLICATIONS FOR INTERIM
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF ACTUAL AND NECESSARY EXPENSES INCURRED BY APPLICANTS
FROM OCTOBER 1, 2010 THROUGH JANUARY 31, 2011**

**PLEASE TAKE NOTICE**, that on **June 1, 2011 at 10:00 a.m.**, a hearing (the "Hearing")

will be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at the United

States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 623, New

York, New York 10004, on the applications for interim compensation for services rendered and

reimbursement of actual and necessary expenses incurred by applicants from October 1, 2010

through January 31, 2011 (the "Applications") of the following parties:

I.    **AMENDED FEES REQUESTED**[1]

| Applicants[2] | | Fees as Requested in Notice filed on 4/18/2011 | Amended Fees |
|---|---|---|---|
| Taylor Wessing | Fees: | $1,516,291.40 | $1,516,291.40 |
| Special Counsel to the Trustee | 80%: | $1,213,033.12 | $1,213,033.12 |
| (Period: November 4, 2010 through February 8, 2011) | Expenses: | $188,684.97 | $185,485.24 |
| Windels Marx Lane & Mittendorf | Fees: | $3,066,768.50 | $3,060,102.00 |
| Special Counsel | 80%: | $2,453,414.80 | $2,448,081.60 |
| (Period: October 1, 2010 through January 31, 2011) | Expenses: | $68,343.34 | $68,343.34 |
| Williams Barristers & Attorneys | Fees: | $275,990.92 | $270,163.46 |
| Special Counsel to the Trustee | 80%: | $220,792.74 | $216,130.76 |
| (Period: October 1, 2010 through January 31, 2011) | Expenses: | $21,152.00 | $4,582.00 |

---

[1] The interim compensation for the Applicants identified under Section I. of the Amended Notice have been revised to reflect changes in the amounts requested by the same Applicants in the Notice filed on April 18, 2011. (ECF No. 4035).

[2] All Applicants have agreed to apply a 10% public interest discount to their normal billable rates. All Applicants have also agreed to a holdback (15% of fees for Trustee and Baker & Hostetler and 20% of fees for all other Applicants), which amount is to be deferred through the conclusion of the liquidation period or until further order of the Court.

## II.    FEES REQUESTED[3]

### Applicants

| | | |
|---|---|---:|
| Baker & Hostetler LLP | Fees: | $43,177,049.10 |
| Counsel to the Trustee | 85%: | $36,700,491.74 |
| (Period: October 1, 2010 through January 31, 2011) | Expenses: | $1,103,196.25 |
| | Holdback Release: | $5,375,338.62 |
| | | |
| Irving H. Picard, Esq. | Fees: | $713,799.00 |
| SIPA Trustee | 85%: | $606,729.13 |
| (Period: October 1, 2010 through January 31, 2011) | Expenses: | $31.50 |
| | Holdback Release: | $113,304.32 |
| | | |
| Attias & Levy | Fees: | $180,546.08 |
| Special Counsel | 80%: | $144,436.86 |
| (Period: October 1, 2010 through January 31, 2011) | Expenses: | $7,271.46 |
| | | |
| Eugene F. Collins | Fees: | $8,219.39 |
| Special Counsel to the Trustee | 80%: | $6,575.51 |
| (Period: October 1, 2010 through January 31, 2011) | Expenses: | $345.14 |
| | | |
| Schiltz & Schiltz | Fees: | $88,586.25 |
| Special Counsel to the Trustee | 80%: | $70,869.00 |
| (Period: October 1, 2010 through January 31, 2011) | Expenses: | $18,382.90 |
| | | |
| Higgs & Johnson | Fees: | $155,459.25 |
| Special Counsel to the Trustee | 80%: | $124,367.40 |
| (Period: October 1, 2010 through January 31, 2011) | Expenses: | $52,015.01 |
| | | |
| Kugler Kandestin, L.L.P. | Fees: | $2,577.80 |
| Special Counsel to the Trustee | 80%: | $2,062.24 |
| (Period: October 1, 2010 through January 31, 2011) | Expenses: | $1.31 |
| | | |
| Werder Vigano | Fees: | $18,232.50 |
| Special Counsel to the Trustee | 80%: | $14,586.00 |
| (Period: October 1, 2010 through January 31, 2011) | Expenses: | $67.71 |
| | | |
| SCA Creque | Fees: | $164,923.96 |
| Special Counsel to the Trustee | 80%: | $131,939.17 |
| (Period: October 1, 2010 through January 31, 2011) | Expenses: | — |
| | | |
| Young Conaway Stargatt & Taylor, LLP | Fees: | $13,978.35 |
| Special Counsel to the Trustee | 80%: | $11,182.68 |
| (Period: November 29, 2010 through January 31, 2011) | Expenses: | $912.44 |

---

[3] The interim compensation requested by the Applicants identified under Section II. of the Amended Notice have not been revised and remain the same as the interim compensation requested by the same Applicants by Notice dated April 18, 2011.  (ECF No. 4035).

| | | |
|---|---|---|
| Schifferli Vafadar Sivilotti<br>Special Counsel to the Trustee<br>(Period: May 28, 2009 through January 31, 2011) | Holdback<br>Release: | $3,482.00 |

**PLEASE TAKE FURTHER NOTICE**, that copies of the Applications will be on file with, and may be reviewed and downloaded from, the United States Bankruptcy Court website www.nysb.uscourts.gov by registered users of PACER. Copies may also be obtained by contacting counsel to the Trustee in writing at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq.

**PLEASE TAKE FURTHER NOTICE**, that objections or answering papers to the Applications, if any, shall be in writing, shall conform to the requirements of the Bankruptcy Code, Bankruptcy Rules, and the Local Rules of this Court, and shall be filed with the Clerk of the Bankruptcy Court with a courtesy copy delivered to the Chambers of the Honorable Burton R. Lifland, United States Bankruptcy Judge, and a copy served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan; and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq., no later than **4:00 p.m. on May 25, 2011**.

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the Hearing if you do not object to the relief requested in the Applications.

Dated: New York, New York
      May 4, 2011

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Jacqlyn R. Rovine
Email: jrovine@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and Bernard L. Madoff*