Exhibit B

Summary of Amended Fifth Interim Fee Application
of Windels Marx Lane & Mittendorf, LLP
for Services Rendered from
October 1, 2010 through and including January 31, 2011

| Name | Year Admitted | Hourly Rate 2010 | Total Hours Billed 2010 | Hourly Rate 2011 | Total Hours Billed 2011 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|
| **Partners and Special Counsel** | | | | | | | |
| Alan Nisselson | 1977 | 555.00 | 18.10 | 575.00 | 2.80 | 20.90 | $11,655.50 |
| Howard L. Simon | 1977 | 495.00 | 358.10 | 515.00 | 48.40 | 406.50 | $202,185.50 |
| Timothy O'Neill | 1981 | 475.00 | 190.70 | 495.00 | 68.70 | 259.40 | $124,589.00 |
| Charles A. Damato | 1979 | 470.00 | 6.40 | 495.00 | 0.00 | 6.40 | $3,008.00 |
| Regina Griffin | 1993 | 460.00 | 646.70 | 490.00 | 109.10 | 755.80 | $350,941.00 |
| Leslie S. Barr | 1985 | 435.00 | .60 | 450.00 | 0.00 | .60 | $261.00 |
| Christopher L. Chin | 1987 | 415.00 | 31.20 | 425.00 | 0.00 | 31.20 | $12,948.00 |
| Total Partners and Special Counsel | | | **1251.80** | | **229.00** | **1480.80** | **$705,588.00** |
| **Associates** | | | | | | | |
| Kim M. Longo | 2002 | 360.00 | 494.70 | 380.00 | 104.20 | 598.90 | $217,688.00 |
| Karen M. Cullen | 1981 | 360.00 | 590.50 | 380.00 | 164.20 | 754.70 | $274,976.00 |
| Erin Zavalkoff-Babej | 2004 | 350.00 | 9.40 | 375.00 | 0.00 | 9.40 | $3,290.00 |
| Jorge R. Salva | 2002 | 345.00 | 537.90 | 360.00 | 1.50 | 539.40 | $186,115.50 |
| Carol LaFond | 2000 | 335.00 | 394.10 | 355.00 | 1.10 | 395.20 | $132,414.00 |
| Stacey A. Bell | 2001 | 335.00 | 554.60 | 355.00 | 147.80 | 702.40 | $238,260.00 |
| Michael J. Fellerman | 2001 | 335.00 | 2.70 | 355.00 | 0.00 | 2.70 | $904.50 |
| Brian W. Kreutter | 2003 | 305.00 | 334.50 | 315.00 | 5.70 | 340.20 | $103,818.00 |
| Robyn Mooers | 2005 | 305.00 | 569.10 | 315.00 | 49.60 | 618.70 | $189,199.50 |
| Elizabeth Fiechter | 2006 | 295.00 | 653.20 | 310.00 | 113.10 | 766.30 | $227,755.00 |
| Craig D. Gottilla | 2000 | 295.00 | 256.00 | 315.00 | 56.10 | 312.10 | $93,191.50 |
| Yani Indrajana Ho | 2006 | 285.00 | 423.90 | 300.00 | 126.50 | 550.40 | $158,761.50 |
| Yolanda M. Miranda | 2006 | 285.00 | 19.50 | 300.00 | 0.00 | 19.50 | $5,557.50 |
| Michael R. Caruso | 2007 | 235.00 | 2.90 | 255.00 | 0.00 | 2.90 | $681.50 |
| Craig A. Linton | 2008 | 225.00 | 399.50 | 245.00 | 59.50 | 459.00 | $104,465.00 |
| Total Associates | | | **5242.50** | | **829.30** | **6071.80** | **$1,937,077.50** |

| Name | Year Admitted | Hourly Rate 2010 | Total Hours Billed 2010 | Hourly Rate 2011 | Total Hours Billed 2011 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|
| **Paraprofessionals** | | | | | | | |
| Anna Cote | | 225.00 | 170.20 | 225.00 | 19.00 | 189.20 | $42,570.00 |
| Joel L. Solomon | | 205.00 | 32.80 | 215.00 | 1.40 | 34.20 | $7,025.00 |
| Tracy Heston | | 190.00 | 1.50 | 190.00 | 0.00 | 1.50 | $285.00 |
| Zac B. Howes | | 190.00 | 350.60 | 200.00 | 65.50 | 416.10 | $79,714.00 |
| Anthony T. Navatto | | 190.00 | 448.20 | 200.00 | 56.20 | 504.40 | $96,398.00 |
| Jacob Gould | | 190.00 | 423.50 | 190.00 | 0.00 | 423.50 | $80,465.00 |
| Candi McBride | | 180.00 | .90 | 190.00 | 0.00 | .90 | $162.00 |
| Lisa M. Winkler | | 160.00 | 352.50 | 170.00 | 16.80 | 369.30 | $59,256.00 |
| Michael A. Simon | | 135.00 | 336.70 | 145.00 | 37.30 | 374.00 | $50,863.00 |
| Stephanie Morales | | 135.00 | 110.70 | 145.00 | 5.20 | 115.90 | $15,698.50 |
| Total Paraprofessionals | | | **2227.60** | | **201.40** | **2429.00** | **$432,436.50** |

| | **Blended Rate** | **Total Hours Billed** | **Total Compensation** |
|---|---|---|---|
| Partners and Special Counsel | 476.49 | 1480.80 | $705,588.00 |
| Associates | 319.03 | 6071.80 | $1,937,077.50 |
| Total Paraprofessionals | 178.03 | 2429.00 | $432,436.50 |
| Blended Attorney Rate | 349.90 | | |
| Subtotal Hours/Subtotal Fees Incurred | | 9981.60 | $3,075,102.00 |
| Courtesy Discount | | | -$15,000.00 |
| Total Hours/Total Fees Incurred | | **9981.60** | **$3,060,102.00** |