Exhibit D

COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED
BY WINDELS MARX LANE & MITTENDORF FOR FIFTH INTERIM PERIOD OF
OCTOBER 1, 2010 THROUGH JANUARY 31, 2011

| Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|
| 007 | Fee/Employment Applications | 41.20 | $13,984.50 |
| 010 | Litigation | 7187.40 | $2,325,855.50 |
| 017 | Legal Research | 31.10 | $9,604.00 |
| 020 | Internal Office Meetings | 37.20 | $11,176.00 |
| 039 | Trustee Investigation | 2562.60 | $673,764.50 |
| 040 | Banks and Feeder Funds | 98.30 | $34,243.50 |
| L140 | Document/File Management | 23.80 | $6,474.00 |
| Subtotal | | | $3,075,102.00 |
| Courtesy Discount | | | -$15,000.00 |
| Total | | **9981.60** | **$3,060,102.00** |

{10612384:1}