UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, )<br>)<br>Plaintiff-Applicant, )<br>v. )<br>)<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, )<br>)<br>Defendant. )<br>_____)<br>In re: )<br>)<br>BERNARD L. MADOFF, )<br>)<br>Debtor. )<br>_____) | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Robert H. Avaunt, Esq., request admission, *pro hac* vice, before the Honorable Burton R. Lifland, to represent Bonnie Mattozzi, a defendant in adversary proceedings in the above referenced case.

I certify that I am a member in good standing of the Bar in the State of Maine and the U.S. Bankruptcy Court for the District of Maine.

I am submitting the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: May 4, 2011
Gray, Maine

By:/s/ Robert H. Avaunt, Esq.
LAW OFFICE OF ROBERT H. AVAUNT, P.A.
P.O. Box 1029, Gray, ME 04039-1029
Telephone: (207) 657-5077 Facsimile: (207) 657-5174
Robert H. Avaunt, Esq.
Email: ravaunt@gmail.com
*Attorney for Bonnie Mattozzi*

## Certificate of Service

I hereby certify that the foregoing motion was served electronically via the Court's ECF Noticing System with a copy e-mailed to TJacobs@bakerlaw.com.

/s/ Robert H. Avaunt
Robert H. Avaunt