MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071-3560
Tel: (213) 683-9100 – Fax: (213) 687-3702
Ronald L. Olson (admitted *pro hac vice*)
   Email: ron.olson@mto.com
Cary B. Lerman (admitted *pro hac vice*)
   Email: cary.lerman@mto.com
Carl H. Moor (admitted *pro hac vice*)
   Email: carl.moor@mto.com

*Attorneys for Jeanne Levy-Church and Francis N. Levy*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITY INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff,<br>      v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |

## CERTIFICATE OF SERVICE

     I, Bernard A. Eskandari, hereby certify that on May 6, 2011, I caused a true and correct copy of the *Levys' Designation of Additional Items to Be Included in Record and Counterstatement of Issues to Be Presented on Appeal* to be filed electronically with the Court, and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

13907123.1

David J. Sheehan, Esq.
Deborah H. Renner, Esq.
Baker & Hostetler LLP
dsheehan@bakerlaw.com
drenner@bakerlaw.com
*Attorneys for Irving H. Picard, Trustee*

Josephine Wang, Esq.
Securities Investor Protection Corporation
jwang@sipc.org
*Attorneys for Securities Investor Protection Corporation*

Helen Davis Chaitman, Esq.
hchaitman@becker-poliakoff.com
*Attorneys for Peshkin Group*

May 6, 2011
Los Angeles, California                    */s/ Bernard A. Eskandari*

2

13907123.1