UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## **AFFIDAVIT OF MAILING**

STATE OF TEXAS                         )
                                       )          ss:
COUNTY OF DALLAS                       )

JOHN S. FRANKS, being duly sworn, deposes and says:

1.      I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar
        Springs Road, Suite 1100, Dallas, Texas 75201.

2.      I am over the age of eighteen years and am not a party to the above-captioned
        action.

3.      On May 6, 2011, I caused to be served by first-class mail, postage prepaid, upon
        the parties listed on the annexed Exhibit A, a true and correct copy of the
        following:

        A.      Notice of Transfer of Allowed Claim (Transfer Number T000095).

4.      On May 6, 2011, I caused to be served by first-class mail, postage prepaid, upon
        the parties listed on the annexed Exhibit B, a true and correct copy of the
        following:

        B.      Notice of Transfer of Allowed Claim (Transfer Number T000096).

Executed on _May 9_, 2011

_____
John S. Franks

Sworn to and subscribed before me this 9th day of _May_, 2011

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

Mary Suzette Betik

(SEAL)                                    Notary Public

2

Exhibit A

SERVICE LIST A
TRANSFER VENDOR 600095

5/6/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | SPCP Group, LLC | Brian Jarmain | Two Greenwich Plaza, 1st Floor | | Greenwich | CT | 06830 |

Exhibit B

**SERVICE LIST A**
**TRANSFER OMNIBUS 6 000096**

5/6/2011

| TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| x | | SPV Optimal SUS Ltd. | | Fort Nassau Centre | Marlborough Street POB N.4875 | Nassau | | | The Bahamas |