UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:                                                   | SIPA LIQUIDATION      |
|----------------------------------------------------------|-----------------------|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC            | Case No. 08-01789     |

## AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                            )      ss:
COUNTY OF DALLAS            )

JOHN S. FRANKS, being duly sworn, deposes and says:

1.    I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On May 12, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

     A.    Notice of Transfer of Allowed Claim (Transfer Number T000099).

4.    On May 12, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

     B.    Notice of Transfer of Allowed Claim (Transfer Number T000100).

Executed on _____May 12_____, 2011

_____
John S. Franks

Sworn to and subscribed before me this _12th_ day of _may_, 2011

_____                    _____

(SEAL)                                              Notary Public

2

# Exhibit A

SERVICE LIST A
TRANSFER NUMBER 000099

5/12/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Normandy Hill Master Fund, L.P., by Normandy Hill Capital GP LLC, its general partner | | 150 East 52nd Street | 10th Floor | New York | NY | 10022 |

# Exhibit B

SERVICE LIST B
TRANSFEREE NUMBER 000100

5/12/2011

| TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| X | | VonWin Capital Management, L.P. | | 261 5th Avenue | 22nd Floor | New York | NY | 10016 |