UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS        )
                      )   ss:
COUNTY OF DALLAS      )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 13, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A.   Notice of Transfer of Allowed Claim (Transfer Number T000101).

4. On May 13, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    B.   Notice of Transfer of Allowed Claim (Transfer Number T000102).

Executed on __May 13__, 2011

_____
John S. Franks

Sworn to and subscribed before me this __13th__ day of __May__, 2011

_____
(SEAL)

_____
Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 000101**

5/13/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | SPCP Group, LLP | Attention: Brian Jarmain | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 |

# Exhibit B

SERVICE LIST B
TRANSFER NUMBER 000102

5/13/2011

| TRANSFEREE | NAME | | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| X | | SPCP Group, LLP | Attention: Brian Jarmain | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 |