# EXHIBIT A

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Bricklayers and Allied Craftworkers
Local 2 Annuity Fund
300 Centre Drive
Albany, NY 12203
Income Plus Investment Fund,
Madoff Account #: 1-I0004
Tax ID #: 16-1298071

Provide your office and home telephone no.

OFFICE: 1-800 -664 -8314

HOME: 1-518 - 258 - 4066

Taxpayer I.D. Number (Social Security No.)
16 - 1298071

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************

1.    Claim for money balances as of December 11, 2008 :
      a.    The Broker owes me a Credit (Cr.) Balance of    $ 44.27
      b.    I owe the Broker a Debit (Dr.) Balance of       $ - 0 -

S02180406

c.   If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, it must be enclosed

with this claim form.                                      $ _- 0-_

d.   If balance is zero, insert "None."                    _None_

2.   Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|-----|----|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | $316,330.92 | X | |
| | Please refer to Income Plus | | |
| | Investment Fund SIPC Claim. | | |
| | the above estimated amount is the | | |
| | Claimant's share of the Madoff loss only. | | |

(Number of Shares or Face Amount of Bonds)

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

Information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

502) 80406                    3

9.        Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970?  if
so, give name of that broker.                       X

Please list the full name and address of anyone assisting you in the
preparation of this claim form:___ __See Exhibit A__

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _3/2/2009_         Signature _____

Date _____         Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
      This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

## RESOLUTION

**WHEREAS,** the Bricklayers and Allied Craftsmen Local 2 Annuity Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Stephen O'Sick, Administrator of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

|  |  |
|---|---|
| | **BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 2 ANNUITY FUND** |
| Dated: 3/2/09 | By: _____<br>Robert Mantello, Union Trustee |
| Dated: 3/2/09 | By: _____<br>Luke Renna, Union Trustee |

Dated:  3/2/09                        By: _____
                                           Anthony Caiopreso, Employer Trustee

Dated:  3/2/09                        By: _____
                                           Earl N. Hall, Employer Trustee

klo/Madoff/BRICKAD/SIPC Resolution- Indirect

2

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Bricklayers and Allied Craftworkers
Local 2 Pension Fund
300 Centre Drive
Albany, NY  12203
Income Plus Investment Fund,
Madoff Account #: 1-I0004
Tax ID #: 14-6075802

Provide your office and home telephone no.

OFFICE: 1 - 800 - 664 - 8314

HOME: 1 - 518 - 258 4066

Taxpayer I.D. Number (Social Security No.)
14 - 6075802

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.   Claim for money balances as of December 11, 2008 :
     a.   The Broker owes me a Credit (Cr.) Balance of     $    724.96
     b.   I owe the Broker a Debit (Dr.) Balance of        $    - 0 -

502180406

       c.    If you wish to repay the Debit Balance,

               please insert the amount you wish to repay and

               attach a check payable to "Irving H. Picard, Esq.,

               Trustee for Bernard L. Madoff Investment Securities LLC."

               If you wish to make a payment, it must be enclosed

               with this claim form.               $ _ - 0 - _

       d.    If balance is zero, insert "None."          _None_

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.    if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | $5,179,685.45 | X | |
| | _Please refer to Income Plus_ | | |
| | _Investment Fund SIPC Claim;_ | | |
| | _the above estimated amount is the_ | | |
| | _Claimant's Share of the Madoff_ _loss only._ | | |

(header above right columns: Number of Shares or Face Amount of Bonds)

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

Information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

05/11/2011 14:08 FAX            ☒013/021
08-01789-cgm    Doc 4068-2    Filed 05/16/11    Entered 05/16/11 15:33:30    Exhibit A
Part 1    Customer Claims    Pg 11 of 125

9.      Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970? if
so, give name of that broker.                 X

Please list the full name and address of anyone assisting you in the
preparation of this claim form: ____See Exhibit A____

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _3/2/2009_          Signature _____

Date _____          Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

See Exhibit B

This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

## RESOLUTION

**WHEREAS**, the Bricklayers and Allied Craftworkers Local 2, Albany, New York, Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS**, the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS**, the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE**, it is resolved that the Trustees of the Fund hereby authorize Stephen O'Sick, Administrator of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 2, ALBANY, NEW YORK, PENSION FUND**

Dated: 3/2/09          By: _____
                           Robert Mastello, Union Trustee

Dated: 3/2/09          By: _____
                           Luke Renna, Union Trustee

Dated: 2/25/2009          By: _____
                               Stephen O'Sick, Union Trustee

Dated: 2/27/2009          By: _____
                               Michael Surrenant, Union Trustee

Dated: 3/2/09             By: _____
                               Dale Stehlin, Union Trustee

Dated: 3/2/09             By: _____
                               Martin Dillon, Union Trustee

Dated: 3/2/09             By: _____
                               Anthony Caropreso, Employer Trustee

Dated: 3/2/09             By: _____
                               Earl N. Hall, Employer Trustee

Dated: 3/2/09             By: _____
                               Thomas Murray, Employer Trustee

Dated: 3/2/09             By: _____
                               Todd Helfrich, Employer Trustee

Dated: 03.02.09           By: _____
                               J.D. Gilbert, Employer Trustee

klc/Madoff/BRICKPF/SIPC Resolution- Indirect

2



# CENTRAL NEW YORK LABORERS'

## HEALTH AND WELFARE, PENSION, ANNUITY & TRAINING FUNDS

7051 FLY ROAD • EAST SYRACUSE, NY 13057-9659

PHONE (315) 434-9305 • FAX (315) 437-8627

JANET M. MORO
FUND ADMINISTRATOR

February 26, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Central New York Laborers' Annuity Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

CENTRAL NEW YORK LABORERS' ANNUITY
FUND

Janet M. Moro
Janet M. Moro
Fund Administrator

JMM/rms

Enclosures

jmc\Madoff\SIPC\IndirectMadoffInvest\CNYLabAF/Income/Picardltr



# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Central New York Laborers Annuity Fund
7051 Fly Road
Syracuse, NY 13057
Income Plus Investment Fund,
Madoff Account #: 1-I0004
Tax ID #: 16-1229376

Provide your office and home telephone no.

OFFICE: _(315) 434-9305_

HOME: _(315) 420-8716_

Taxpayer I.D. Number (Social Security No.)
_16-1229376_

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of        $___394.60___
      b.    I owe the Broker a Debit (Dr.) Balance of        $___-C-___

502180406

c.   If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                   $ _‑ 0 ‑_

d.   If balance is zero, insert "None."                 _None_

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.   if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) — Number of Shares or Face Amount of Bonds | I Owe the Broker (Short) |
|---|---|---|---|
| | $2,819,330.70 | X | |
| | Please refer to Income Plus | | |
| | Investment Fund SIPC Claim; | | |
| | the above estimated amount is the | | |
| | Claimant's share of the Madoff loss only. | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  if
     so, give name of that broker.                    _____    X____

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form:____See Exhibit A_____
     _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _February 26, 2007_    Signature _Janet M. Maos_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
     This customer claim form must be completed and mailed promptly,
          together with supporting documentation, etc. to:

               Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC
               Claims Processing Center
          2100 McKinney Ave., Suite 800
                Dallas, TX 75201

5C2180406

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## CENTRAL NEW YORK LABORERS' ANNUITY FUND
### [16-1229376]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


Janet M. Moro, Fund Administrator
Central New York Laborers' Annuity Fund
7051 Fly Road
East Syracuse, New York  13057-9659
Telephone:    (315) 434-9305


jmc\Madoff\SIPC\IndirectMadoffInvest\CNYLabAF\Income\ClaimFormAsstList

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Annuity Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS' ANNUITY FUND**

Dated: _2-19-09_          By: _____
                              Gabriel M. Rosetti, Jr., Union Trustee

Dated: _2-19-09_          By: _____
                              Vincent Lazzaro, Union Trustee

Dated: _2-19-09_          By: _____
                              Gabriel M. Rosetti, III, Union Trustee

Dated: _2-24-09_                    By: _David Henderson Jr._
                                         David Henderson, Jr., Union Trustee

Dated:_____               By: _____
                                         Earl N. Hall, Employer Trustee

Dated:_____               By: _____
                                         Earl R. Hall, Employer Trustee

Dated:_____               By: _____
                                         Todd C. Curran, Employer Trustee

Dated:_____               By: _____
                                         Paul A. Castaldo, Employer Trustee

Klc\Madoff\CNYLabAF\ResolutionBeaconIncPlus

## RESOLUTION

**WHEREAS,** the Central New York Laborers' Annuity Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'**
**ANNUITY FUND**

Dated:_____    By: _____
                                 Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____    By: _____
                                 Vincent Lazzaro, Union Trustee

Dated:_____    By: _____
                                 Gabriel M. Rosetti, III, Union Trustee

Dated:_____          By: _____
                                    David Henderson, Jr., Union Trustee

Dated: _Feb. 20, 2009_         By: _____
                                    Earl N. Hall, Employer Trustee

Dated: _FEB 23 2009_           By: _____
                                    Earl R. Hall, Employer Trustee

Dated:_____          By: _____
                                    Todd C. Curran, Employer Trustee

Dated:_____          By: _____
                                    Paul A. Castaldo, Employer Trustee

Klc\Madoff\CNYLabAF\ResolutionBeaconIncPlus

2

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Annuity Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
ANNUITY FUND**

Dated:_____    By: _____
                                 Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____    By: _____
                                 Vincent Lazzaro, Union Trustee

Dated:_____    By: _____
                                 Gabriel M. Rosetti, III, Union Trustee

Dated:_____    By: _____
                               David Henderson, Jr., Union Trustee

Dated:_____    By: _____
                               Earl N. Hall, Employer Trustee

Dated:_____    By: _____
                               Earl R. Hall, Employer Trustee

Dated: 4/19/04            By: _____
                               Todd C. Curran, Employer Trustee

Dated:_____    By: _____
                               Paul A. Castaldo, Employer Trustee

Klc\Madoff\CNYLabAF\ResolutionBeaconIncPlus

2

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Annuity Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
ANNUITY FUND**

Dated:_____  By: _____
                              Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____  By: _____
                              Vincent Lazzaro, Union Trustee

Dated:_____  By: _____
                              Gabriel M. Rosetti, III, Union Trustee



Dated:_____        By: _____
                                    David Henderson, Jr., Union Trustee

Dated:_____        By: _____
                                    Earl N. Hall, Employer Trustee

Dated:_____        By: _____
                                    Earl R. Hall, Employer Trustee

Dated:_____        By: _____
                                    Todd C. Curran, Employer Trustee

Dated: 2·25·09                 By: _____
                                    Paul A. Castaldo, Employer Trustee

K\c\Madoff\CNYLabAF\ResolutionBeaconIncPlus

2

## CNY LABORERS' ANNUITY FUND
### EIN NO. 16-1229376

**UNION TRUSTEES**

Gabriel M. Rosetti, III
4 Braston Lane
Jordan, New York  13080
Telephone:

Gabriel M. Rosetti, Jr., Secretary
c/o Laborers Local 633
7051 Fly Road, Suite A
East Syracuse, New York  13057
Telephone:  (315) 471-1591

Vincent Lazzaro
c/o Laborers Local 633
7051 Fly Road, Suite A
East Syracuse, New York  13057
Telephone:  (315) 471-1591

David Henderson, Jr.,
c/o Laborers Local 633
23 Mitchell Street
Oswego, New York  13126
Telephone:  (315) 343-7661

**EMPLOYER TRUSTEES**

Earl R. Hall, Chairman
Building Trades Employers Assoc.
6563 Ridings Road
Syracuse, New York  13206
Telephone:  (315) 437-9936

Earl N. Hall
Construction Employers Assoc.
of CNY, Inc.
6563 Ridings Road
Syracuse, New York  13206
(315) 437-4050

Todd C. Curran
The Curran Company
The Union Building, Suite 204
12 South Main Street
P.O. Box 258
Homer, New York  13077
Telephone:  (607) 749-2950

Paul Castaldo
c/o Paul A. Castaldo, Inc.
11 Fourth Avenue, Suite D
Oswego, New York  13126
Telephone:  (315) 343-7980

jmc\jmc\Madoff\SIPC\IndirectMadoffInvestment\CNYLabAnnuity\TrusteeContactInfoPF



# CENTRAL NEW YORK LABORERS'

### HEALTH AND WELFARE, PENSION, ANNUITY & TRAINING FUNDS

7051 FLY ROAD • EAST SYRACUSE, NY 13057-9659

PHONE (315) 434-9305 • FAX (315) 437-8627

JANET M. MORO
FUND ADMINISTRATOR

February 26, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

  Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Central New York Laborers' Pension Fund ("Fund").

  Please advise if any additional documents are needed.  The Fund looks forward to receiving payment of the claim as soon as practical.

    Sincerely,

    CENTRAL NEW YORK LABORERS' PENSION
    FUND

    Janet M. Moro
    Fund Administrator

JMM/mlw

Enclosures

jmc\Madoff\SIPC\IndirectMadoffInvest\CNYLabPF/Income/Picardltr



# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Provide your office and home telephone no.

Central New York Laborers Pension Fund
7051 Fly Road
Syracuse, NY  13057
Income Plus Investment Fund,
Madoff Account #:  1-I0004
Tax ID #: 15-6016579

OFFICE: _(315) 434.9305_

HOME: _(315) 420-8716_

Taxpayer I.D. Number (Social Security No.)
_____15 - 6016579_____

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
    a.    The Broker owes me a Credit (Cr.) Balance of          $___470.06___
    b.    I owe the Broker a Debit (Dr.) Balance of              $___-0-___

502180406

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                    $  *- 0 -*

d.    If balance is zero, insert "None."                  *None*

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.    if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | $ 3,358,441.89 | X | |
| | *Please refer to Income Plus* | | |
| | *Investment Fund SIPC Claim;* | | |
| | *the above estimated amount is the* | | |
| | *Claimant's share of the Madoff* | | |
| | *loss only.* | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.     Have you or any member of your family
       ever filed a claim under the Securities
       Investor Protection Act of 1970?  if
       so, give name of that broker.                          _____      ⨯ _____

       Please list the full name and address of anyone assisting you in the
       preparation of this claim form:____ See Exhibit A _____
       _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.


Date _February 26, 2009_    Signature _Janet M. Moco_
Date _____       Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
      This customer claim form must be completed and mailed promptly,
            together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                        Claims Processing Center
                   2100 McKinney Ave., Suite 800
                        Dallas, TX 75201

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## CENTRAL NEW YORK LABORERS' PENSION FUND
### [15-6016579]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


Janet M. Moro, Fund Administrator
Central New York Laborers' Pension Fund
7051 Fly Road
East Syracuse, New York  13057-9659
Telephone:    (315) 434-9305

jmc\Madoff\SIPC\IndirectMadoffInvest\CNYLabPF\Beacon\ClaimFormAsstList

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
PENSION FUND**

Dated: _2-19-09_        By: _____
                              Gabriel M. Rosetti, Jr., Union Trustee

Dated: _2-17-09_        By: _____
                              Vincent Lazzaro, Union Trustee

Dated: _2-19-09_        By: _____
                              Gabriel M. Rosetti, III, Union Trustee

Dated:_____    By: _____

                                                   Earl N. Hall, Employer Trustee

Dated:_____    By: _____

                                                   Earl R. Hall, Employer Trustee

Dated:_____    By: _____

                                                   Todd C. Curran, Employer Trustee

Klc\Madoff\CNYLabPF\ResolutionBeaconIncPlus

2

## RESOLUTION

**WHEREAS,** the Central New York Laborers' Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
PENSION FUND**

Dated:_____        By: _____
                                  Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____        By: _____
                                  Vincent Lazzaro, Union Trustee

Dated:_____        By: _____
                                  Gabriel M. Rosetti, III, Union Trustee

Dated: _Feb 20, 2009_          By: _____

Earl N. Hall, Employer Trustee

Dated: _FEB 23 2009_          By: _____

Earl R. Hall, Employer Trustee

Dated: _____          By: _____

Todd C. Curran, Employer Trustee

Klc\Madoff\CNYLabPF\ResolutionBeaconIncPlus

2

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
PENSION FUND**

Dated:_____    By: _____
                                Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____    By: _____
                                Vincent Lazzaro, Union Trustee

Dated:_____    By: _____
                                Gabriel M. Rosetti, III, Union Trustee

Dated:_____    By: _____
                                     Earl N. Hall, Employer Trustee

Dated:_____    By: _____
                                     Earl R. Hall, Employer Trustee

Dated:____2/19/07_____    By: _____
                                     Todd C. Curran, Employer Trustee

Klc\Madoff\CNYLabPF\ResolutionBeaconIncPlus

2

# CNY LABORERS' PENSION FUND
## EIN NO. 15-6016579

**UNION TRUSTEES**

Gabriel M. Rosetti, Jr., Secretary
c/o Laborers Local 633
7051 Fly Road, Suite A
East Syracuse, New York  13057
Telephone:  (315) 471-1591

Gabriel M. Rosetti, III
4 Braston Lane
Jordan, New York  13080
Telephone:

Vincent Lazzaro
c/o Laborers Local 633
7051 Fly Road, Suite A
East Syracuse, New York  13057
Telephone:  (315) 471-1591

**EMPLOYER TRUSTEES**

Earl R. Hall, Chairman
Building Trades Employers Assoc.
6563 Ridings Road
Syracuse, New York  13206
Telephone:  (315) 437-9936

Earl N. Hall
Construction Employers Assoc.
of CNY, Inc.
6563 Ridings Road
Syracuse, New York  13206
(315) 437-4050

Todd C. Curran
The Curran Company
The Union Building, Suite 204
12 South Main Street
P.O. Box 258
Homer, New York  13077
Telephone:  (607) 749-2950

jmc\jmc\Madoff\SIPC\IndirectMadoffInvestment\CNYLabPF\TrusteeContactInfoPF

# IBEW NECA

I . B.E.W. Local 43 and Electrical Contractors Trust Funds
P O Box 2218 · Syracuse, New York 13220-2218
(315) 474-5729 · (800) 474-5744
FAX (315) 474-1588

March 2, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the IBEW Local No. 43 Pension Fund ("Fund").

Please advise if any additional documents are needed.  The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

IBEW LOCAL NO.43 PENSION FUND


Paul Kloc
Fund Administrator

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Provide your office and home telephone no.

EW Local 43 Pension Fund
). Box 2218
racuse, NY  13220
ome Plus Investment Fund,
doff Account #: 1-I0004
< ID #:  16-6153389

OFFICE:___(315) 474-5729

HOME:____(315) 430 - 3460

Taxpayer I.D. Number (Social Security No.)
____16 - 6153389____

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************************

1.   Claim for money balances as of December 11, 2008 :
  a.   The Broker owes me a Credit (Cr.) Balance of          $_____228.47____
  b.   I owe the Broker a Debit (Dr.) Balance of             $_____- 0 -_____

502180406

    c.   If you wish to repay the Debit Balance,

         please insert the amount you wish to repay and

         attach a check payable to "Irving H. Picard, Esq.,

         Trustee for Bernard L. Madoff Investment Securities LLC."

         If you wish to make a payment, it must be enclosed

         with this claim form.        $ _— 0-_

    d.   If balance is zero, insert "None."    _None._

2.    Claim for securities as of December 11, 2008:

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

| | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | if yes to either, please list below: | | |

|  | | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | $ 1,632,357.16 | X | |
| | Please refer to Income Plus | | |
| | Investment Fund SIPC Claim; | | |
| | the above estimated amount is the | | |
| | Claimant's share of the Madoff | | |
| | loss only. | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  if
     so, give name of that broker.                                          X

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form:____See Exhibit A_____
     _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date  3|2|09_____   Signature_William C. Towsly_____
Date  3|2|09_____   Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
              together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                        Claims Processing Center
                     2100 McKinney Ave., Suite 800
                           Dallas, TX 75201

502180406

**EXHIBIT A**

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## IBEW LOCAL NO. 43 PENSION FUND
### [16-6153389]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York  13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York  13204-5412
Telephone:    (315) 422-7111


Paul Kloc, Plan Manager
IBEW Local No. 43 Pension Fund
4568 Waterhouse Road
Clay, New York 13041
Telephone:    (315) 474-5729

EXHIBIT B

## RESOLUTION

**WHEREAS,** the International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize the Plan Manager of the Fund and any Trustee of the Fund to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL NO. 43 AND
ELECTRICAL CONTRACTORS PENSION FUND

Dated: 2-18-09                    By: _____
                                       Kevin J. Crawford, Union Trustee

Dated: 2/18/09

By: _____
Dennis J. McDermott, Union Trustee

Dated: 2/18/09

By: _____
Donald H. Morgan, Union Trustee

Dated: 2/19/09

By: _____
William C. Towsley, Union Trustee

Dated: 2/20/09

By: _____
Carl Hibbard, Jr., Employer Trustee

Dated: 2/23/09

By: _____
John S. Kogut, Employer Trustee

Dated: 2/28/09

By: _____
Marilyn M. Oppedisano, Employer Trustee

klc/Madoff/IBEW43PF/SIPC Resolution -Indirect

## I.B.E.W. LOCAL UNION NO. 43 AND
## ELECTRICAL CONTRACTORS PENSION FUND
### (EIN # 16-6153389)

**UNION TRUSTEES**

Kevin J. Crawford
IBEW Local Union No. 43 and
  Electrical Contractors Pension Fund
P.O. Box 2218
Clay, New York  13041
Telephone:  (315) 474-5729

Dennis J. McDermott
IBEW Local Union No. 43 and
  Electrical Contractors Pension Fund
P.O. Box 2218
Clay, New York  13041
Telephone:  (315) 474-5729

Donald H. Morgan
IBEW Local Union No. 43 and
  Electrical Contractors Pension Fund
P.O. Box 2218
Clay, New York  13041
Telephone:  (315) 474-5729

William C. Towsley
IBEW Local Union No. 43 and
  Electrical Contractors Pension Fund
P.O. Box 2218
Clay, New York  13041
Telephone:  (315) 474-5729

**EMPLOYER TRUSTEES**

Carl Hibbard, Jr.
IBEW Local Union No. 43 and
  Electrical Contractors Pension Fund
c/o Patricia Electric
407 Brown Ave.
Syracuse, New York 13208
Telephone: (315) 455-7410

John S. Kogut
IBEW Local union No. 43 and
  Electrical Contractors Pension Fund
c/o Kogut Electric, Inc.
1025 Erie St.
P.O. Box 1735
Utica, New York 13503-1735
Telephone: (315) 733-4655

Marilyn M. Oppedisano
IBEW Local Union No. 43 and
  Electrical Contractors Pension Fund
c/o Finger Lakes NY Chapter, NECA,
Inc.
135 Cove Road, Suite 208
Liverpool, New York  13090
Telephone: (315) 451-4278

jmc\jmc\Madoff\SIPC\IBEW43PF\TrusteeContactInfoPF



# INTERNATIONAL BROTHERHOOD ELECTRICAL WORKERS
## LOCAL 139
### Pension Fund



508 COLLEGE AVENUE
ELMIRA, NY 14901
607-732-1237
FAX 607-737-0236

GEORGE R. (RICK) SALTSMAN, FUND ADMINISTRATOR
JUDY M. OTTAVIANI, FUND MANAGER



February 27, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf
of the Board of Trustees for the IBEW Local 139 Pension Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving
payment of the claim as soon as practical.

Sincerely,

IBEW LOCAL 139 PENSION FUND

George R. Saltsman
Fund Administrator

GRS
Enclosures

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

DALLAS TX 75201

| | | |
|---|---|---|
| Postage | $ | $1.17 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.07 |

Postmark Here

02/27/2009

Sent To  Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Street, Apt. No.; Claims Processing Center
or PO Box No. 2100 McKinney Ave., Suite 800
City, State, ZIP+4 Dallas TX 75201

7008 0150 0003 3656 9009

PS Form 3800, August 2006                See Reverse for Instructions

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Provide your office and home telephone no.

I.B.E.W. Local 139 Pension Fund
508 College Avenue
Elmira, NY 14901
Income Plus Investment Fund,
Madoff Account #: 1-I0004
Tax ID #: 51-6029960

OFFICE: (607) 733-5611

HOME: (607) 733-1237

Taxpayer I.D. Number (Social Security No.)
    51-6029960

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.   Claim for money balances as of December 11, 2008_:
   a.   The Broker owes me a Credit (Cr.) Balance of        $    117.79
   b.   I owe the Broker a Debit (Dr.) Balance of           $    - C -

502180406

c.   If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, it must be enclosed
with this claim form.                                    $ _ -O-_

d.   If balance is zero, insert "None."                   _None_

2.   Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | YES | NO |
|---|---|---|
| a.   The Broker owes me securities | X |  |
| b.   I owe the Broker securities |  | X |

c.   if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
|  | $841,590.28 | X |  |
|  | Please refer to Income Plus |  |  |
|  | Investment Fund SIPC Claim; |  |  |
|  | the above estimated amount is the |  |  |
|  | Claimant's share of the Madoff |  |  |
|  | loss only. |  |  |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|    |    | YES | NO |
|----|----|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9   Have you or any member of your family
    ever filed a claim under the Securities
    Investor Protection Act of 1970?  if                                    X
    so, give name of that broker.                        _____    _____

    Please list the full name and address of anyone assisting you in the
    preparation of this claim form:____See Exhibit A_____
    _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.


Date __2/27/09_____      Signature _George R. Saltzman_____

Date _____       Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
                together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                        Claims Processing Center
                     2100 McKinney Ave., Suite 800
                          Dallas, TX 75201

**EXHIBIT A**

LIST OF INDIVIDUALS PROVIDING
ASSISTANCE WITH CLAIM FORM FOR
<u>IBEW LOCAL 139 PENSION FUND</u>
[51-6029960]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770

James R. LaVaute, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111

Judy Ottaviani, Fund Manager
IBEW Local 139 Pension Fund
508 College Ave.
Elmira, New York  14901
Telephone:    (607) 732-5611

jmc\Madoff\SIPC\IndirectMadoffInvest\IBEW139PF\ClaimFormAsstList

**EXHIBIT B**

## RESOLUTION

**WHEREAS,** the I.B.E.W. Local 139 Pension ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Judy Ottaviani, Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

I.B.E.W. LOCAL 139 PENSION FUND

Dated 2-26-09

By: _____
Ernest A. Hartman, Union Trustee

Dated: 2/27/09

By: _____
David Patton, Union Trustee

Dated: _2/27/09_                    By: _George R. Saltsman_
                                         George R. Saltsman, Union Trustee

Dated: _2/26/09_                    By: _Lindsay F. Mills_
                                         Lindsay F. Mills, Employer Trustee

Dated: _2/26/09_                    By: _Michael J. Sincock_
                                         Michael J. Sincock, Employer Trustee

Dated: _2/27/09_                    By: _Kimberly Bautista_
                                         Kimberly Bautista, Employer Trustee

klc/Madoff/IBEW139PF/SIPCResolution - Indirect

2

## LIST OF TRUSTEES AND CONTACT INFORMATION FOR
## I.B.E.W. LOCAL 139 PENSION FUND
### (EIN # 51-6029960)

Ernest T. Hartman, Union Trustee
I.B.E.W. Local 139 Pension Fund
508 College Avenue
Elmira, New York 14901
Telephone:    (607) 732-5611

David Patton, Union Trustee
I.B.E.W. Local 139 Pension Fund
508 College Avenue
Elmira, New York 14901
Telephone:    (607) 732-5611

George S. Saltsman, Union Trustee
I.B.E.W. Local 139 Pension Fund
508 College Avenue
Elmira, New York 14901
Telephone:    (607) 732-5611

Lindsay T. Mills, Employer Trustee
I.B.E.W. Local 139 Pension Fund
1832 Grand Central Avenue
P.O. Box 2068
Elmira Heights, New York 14903
Telephone:    (607) 734-4112

Michael Sincock, Employer Trustee
I.B.E.W. Local 139 Pension Fund
154 East Fifth Street
P.O. Box 34
Elmira, New York 14902
Telephone:    (607) 732-5611

Kimberly Bautista, Employer Trustee
I.B.E.W. Local 139 Pension Fund
c/o Southern Tier Chapter, NECA
PO Box 1326
Binghamton, New York  13902
Telephone:    (607) 723-8824.

klc\Madoff\IBEW139PF\Misc\TrusteesList

This fax was received on the Billman & King LLP fax server on Monday, April 06, 2009.

Michael Talarski - Business Manager/
Financial Secretary

Brian Miller - President

# International Brotherhood
# of Electrical Workers



AFFILIATED WITH
New York State AFL-CIO
N.Y. State Building Trades Council
Finger Lakes Building Trades Council
Ithaca - Cortland Building Trades Council
N.Y. State Assoc. of Electrical Workers

### LOCAL UNION No. 241

Phone: 607-272-2809
Fax: 607-277-5623

701 West State Street
Ithaca, New York 14850

March 2, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the IBEW Local 241 Pension Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

IBEW LOCAL 241 PENSION FUND

Michael Talarski
Fund Administrator

MT
Enclosures

jmc\Madoff\SIPC\IndirectMadoffInvest\IBEW241PF/Picardltr

This fax was received on the Blittman & King LLP fax server on Monday, April 06, 2009.

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

IBEW Local 241 Pension Fund
701 West State Street
Ithaca, NY  14850
Income Plus Investment Fund,
Madoff Account #: 1-I0004
Tax ID #: 16-6118689

Provide your office and home telephone no.

OFFICE: _(607) 272-2809_

HOME: _(607) 423 2809_

Taxpayer I.D. Number (Social Security No.)
_16 - 6118687_

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************

1.    Claim for money balances as of December 11, 2008 :
      a.    The Broker owes me a Credit (Cr.) Balance of         $    149.94
      b.    I owe the Broker a Debit (Dr.) Balance of            $    - 0 -

S02180406

This fax was received on the Blttman & King LLP fax server on Monday, April 06, 2009.

c.   If you wish to repay the Debit Balance,
     please insert the amount you wish to repay and
     attach a check payable to "Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC."
     If you wish to make a payment, it must be enclosed
     with this claim form.                           $  - 0 -

d.   If balance is zero, insert "None."                None

2.   Claim for securities as of December 11, 2008:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|                                              | YES | NO |
|----------------------------------------------|-----|-----|
| a.   The Broker owes me securities           |  X  |     |
| b.   I owe the Broker securities             |     |  X  |

c.   if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | $ 1,071,267.93 | X | _____ |
| _____ | Please refer to Income Plus | _____ | _____ |
| _____ | Investment Fund SIPC Claim; | _____ | _____ |
| _____ | the above estimated amount is the | _____ | _____ |
| _____ | Claimant's share of the Madoff | _____ | _____ |
| | loss only. | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

This fax was received on the Bittman & King LLP fax server on Monday, April 06, 2009.

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

5C2180406

3

This fax was received on the Blittman & King LLP fax server on Monday, April 06, 2009.

9.    Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970?  If
so, give name of that broker.                                      _____    X

Please list the full name and address of anyone assisting you in the
preparation of this claim form:____ See Exhibit A_____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date  3-2-2009_____        Signature _____

Date _____        Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

5C2;80406

This fax was received on the Blitman & King LLP fax server on Monday, April 06, 2009.

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## IBEW LOCAL 241 PENSION FUND
### [16-6118689]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770

James R. LaVaute, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111

Michael Talarski, Fund Administrator
IBEW Local 241 Pension Fund
701 West State Street
Ithaca, New York 14850
Telephone:    (607) 272-2809

jmc\Madoff\SIPC\IndirectMadoffInvest\IBEW241PF\ClaimFormAsstList

## RESOLUTION

**WHEREAS**, the I.B.E.W. Local 241 Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS**, the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS**, the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE**, it is resolved that the Trustees of the Fund hereby authorize Michael W. Talarski, Administrative Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**I.B.E.W. LOCAL 241 PENSION FUND**

Dated: _2-19-09_

By: _Michael W. Talarski_
Michael W. Talarski, Union Trustee

Dated: _2-23-09_

By: _Edward A. Dickerson_
Edward Dickerson, Union Trustee

This fax was received on the Blittman & King LLP fax server on Monday, April 06, 2009.

Dated: 2/24/09          By: _____
                             Casey Weatherby, Union Trustee

Dated:_____    By: _____
                             Kimberly Bautista, Employer Trustee

Dated:_____    By: _____
                             George Denmark, Employer Trustee

Dated:_____    By: _____
                             Matthew Labosky, Employer Trustee

Klc/Madoff/I.B.E.W. Local 241PF/Resolution IncomePlus

2

This fax was received on the Blitman & King LLP fax server on Monday, April 06, 2009.

# RESOLUTION

**WHEREAS,** the I.B.E.W. Local 241 Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Michael W. Talarski, Administrative Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**I.B.E.W. LOCAL 241 PENSION FUND**

Dated:_____    By: _____

Michael W. Talarski, Union Trustee

Dated:_____    By: _____

Edward Dickerson, Union Trustee

This fax was received on the Blittman & King LLP fax server on Monday, April 06, 2009.

Dated:_____    By: _____
                              Casey Weatherby, Union Trustee

Dated: 2-23-09    By: _____
                              Kimberly Bautista, Employer Trustee

Dated:_____    By: _____
                              George Denmark, Employer Trustee

Dated:_____    By: _____
                              Matthew Labosky, Employer Trustee

Klc/Madoff/I.B.E.W. Local 241PF/Resolution.IncomePlus

## RESOLUTION

**WHEREAS**, the I.B.E.W. Local 241 Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS**, the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS**, the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE**, it is resolved that the Trustees of the Fund hereby authorize Michael W. Talarski, Administrative Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**I.B.E.W. LOCAL 241 PENSION FUND**

Dated:_____   By: _____
                              Michael W. Talarski, Union Trustee

Dated:_____   By: _____
                              Edward Dickerson, Union Trustee

This fax was received on the Blittman & King LLP fax server on Monday, April 06, 2009.

Dated:_____          By: _____
                                     Casey Weatherby, Union Trustee

Dated:_____          By: _____
                                     Kimberly Bautista, Employer Trustee

Dated: 2-20-2009                By: _____
                                     George Denmark, Employer Trustee

Dated:_____          By: _____
                                     Matthew Labosky, Employer Trustee

Klc/Madoff/I.B.E.W. Local 241PF/Resolution.IncomePlus

2

# RESOLUTION

**WHEREAS,** the I.B.E.W. Local 241 Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Michael W. Talarski, Administrative Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**I.B.E.W. LOCAL 241 PENSION FUND**

Dated:_____    By: _____
                              Michael W. Talarski, Union Trustee

Dated:_____    By: _____
                              Edward Dickerson, Union Trustee

This fax was received on the Blittman & King LLP fax server on Monday, April 06, 2009.

Dated:_____         By: _____

                                    Joseph Ruta, Union Trustee

Dated:_____         By: _____

                                    Kimberly Bautista, Employer Trustee

Dated:_____         By: _____

                                    George Denmark, Employer Trustee

Dated:_____         By: _____

                                    Matthew Labosky, Employer Trustee

Klc/Madoff/I.B.E.W. Local 241PF/Resolution.Beacon

2

This fax was received on the Blitman & King LLP fax server on Monday, April 06, 2009.

# IBEW LOCAL 241 PENSION FUND
## EIN NO. 16-6118689

| UNION TRUSTEES | EMPLOYER TRUSTEES |
|---|---|
| Casey Weatherby<br>701 West State Street<br>Ithaca, New York 14850<br>Telephone: (607) 27202809 | Kimberly Bautista<br>Southern Tier Chapter NECA<br>P.O. Box 1326<br>Binghamton, New York 13902<br>Telephone: |
| Michael Talarski<br>701 West State Street<br>Ithaca, New York 14850<br>Telephone: (607) 272-2809 | Matthew Labosky<br>c/o Blanding Electric<br>429 Commerce Road<br>Vestal, New York 13850<br>Telephone: |
| Edward Dickerson<br>701 West State Street<br>Ithaca, New York 14850<br>Telephone: (607) 272-2809 | George Denmark<br>3744 Dean Road<br>Odessa, New York 14869<br>Telephone: |

jmc\jmc\Madoff\SIPC\IndirectMadoffInvestment\IBEW241PF\TrusteeContactInfuPF

# LOCAL UNION 325, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

## JOINT TRUST FUND

### PENSION FUND

24 Emma Street                                                    Binghamton, NY 13905

Telephone 797-1919

March 2, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

      Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the IBEW Local 325 Annuity Fund ("Fund").

      Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

             Sincerely,

             IBEW 325 Local Annuity Fund

             *James F. Collins*

             James F. Collins
             Administrative Manager

Enclosures

CUSTOMER CLAIM

Claim Number_____

Date Received_____

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

DECEMBER 11, 2008

I.B.E.W. Local 325 Annuity Fund
24 Emma Street
Binghamton, NY 13905
Income Plus Investment Fund,
Madoff Account #: 1-I0004
Tax ID #: 16-1368200

Provide your office and home telephone no.

OFFICE: _(607) 797 - 1919_

HOME: _(607) 723-5293_

Taxpayer I.D. Number (Social Security No.)
_16 - 1368200_

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.   Claim for money balances as of December 11, 2008_:
     a.   The Broker owes me a Credit (Cr.) Balance of     $   229.12
     b.   I owe the Broker a Debit (Dr.) Balance of        $   - 0 -

502180406

c.   If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, it must be enclosed

with this claim form.                                           $ _ - 0 -_

d.   If balance is zero, insert "None."                     _None._

2.   Claim for securities as of December 11, 2008:

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | $1,637,036.56 | X | |
| | Please refer to Income Plus | | |
| | Investment Fund SIPC Claim: | | |
| | the above estimated amount is the | | |
| | Claimant's share of the Madoff loss only. | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

502180406

3

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.                    _____    X

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:____See Exhibit A_____
        _____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _3-2-09_____      Signature _James Collins_____

Date _____  Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
                together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
            Trustee for Bernard L. Madoff Investment Securities LLC
                        Claims Processing Center
                    2100 McKinney Ave., Suite 800
                        Dallas, TX 75201


502180406

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## IBEW LOCAL 325 ANNUITY FUND
### EIN # 16-1368200

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Bernard T. King, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


James F. Collins, Administrative Manager
IBEW Local 325 Annuity Fund
24 Emma Street
Binghamton, New York 13905
Telephone:    (607) 729-6171

jmc\Madoff\SIPC\IndirectMadoffInvest\ClaimFormAsstList

**EXHIBIT A**

## RESOLUTION

**WHEREAS,** the I.B.E.W. Local 325 Annuity Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize James F. Collins, Administrative Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**I.B.E.W. LOCAL 325 ANNUITY FUND**

Dated: 2-24-09          By: _James F. Collins_
                              James F. Collins, Union Trustee

Dated: 2-24-09          By: _____
                              Daniel R. Dvorsky, Union Trustee

Dated: 2-24-09          By: _John Friedman_____
                             John Friedman, Union Trustee

Dated: 2-24-09          By: _Kimberly Bautista_____
                             Kimberly Bautista, Employer Trustee

Dated: 2-24-09          By: _____
                             Matthew Labosky, Employer Trustee

Dated: 2-24-09          By: _Scott Nejeschleba_____
                             Scott Nejeschleba, Employer Trustee

2

**EXHIBIT B**

## IBEW LOCAL 325 ANNUITY FUND
### EIN NO. 16-1368200

**UNION TRUSTEES**

**EMPLOYER TRUSTEES**

James F. Collins, Administrative Manager
24 Emma Street
Binghamton, New York  13905
Telephone:  (607) 729-6171

Kimberly Bautista
Southern Tier Chapter NECA
P.O. Box 1326
Binghamton, New York  13902
Telephone:

Daniel R. Dvorsky
12 Hillcrest Avenue
Binghamton, New York  13901
Telephone:

Matthew Lobosky
Blanding Electric
429 Commerce Road
Vestal, New York  13850
Telephone:

John Friedman
135 Zimmer Road
Kirkwood, New York  13795
Telephone:

Scott Nejeschleba
All Phase Electrical Contractors
6 Emma Street
Binghamton, New York  13905
Telephone:  (607) 797-6535

jmc\jmc\Madoff\SIPC\IndirectMadoffInvestment\IBEW325AF\TrusteeContactInfoPF

## LOCAL UNION 325, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

# JOINT TRUST FUND

### PENSION FUND

24 Emma Street                                                          Binghamton, NY 13905

Telephone 797-1919

March 2, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the IBEW Local 325 Pension Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

IBEW 325 Local Pension Fund

James F. Collins
Administrative Manager

Enclosures

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

I.B.E.W. Local 325 Pension Fund
24 Emma Street
Binghamton, NY 13905
Income Plus Investment Fund,
Madoff Account #: 1-I0004
Tax ID #: 16-6098105

Provide your office and home telephone no.

OFFICE: _(607) 797-1919_

HOME: _(607) 723-5293_

Taxpayer I.D. Number (Social Security No.)
_16-6098105_

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of December 11, 2008 :
    a.    The Broker owes me a Credit (Cr.) Balance of        $___986.98___
    b.    I owe the Broker a Debit (Dr.) Balance of        $___-0-___

502180406

   c.   If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, it must be enclosed

with this claim form.       $ _- 0 -_

   d.   If balance is zero, insert "None."   _None_

2.   Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

   c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds |  |
|---|---|---|---|
|  |  | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | $7,051,756.99 | X | |
| | _Please refer to Income Plus_ | | |
| | _Investment Fund SIPC Claim:_ | | |
| | _the above estimated amount is the_ | | |
| | _Claimant's share of the Madoff_ | | |
| | _loss only._ | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | X |

5021B0406                                    3

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if
      so, give name of that broker.                        _____    X

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:____See Exhibit A_____
      _____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date    _3-2-09_____    Signature_James Callin_____

Date    _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
      This customer claim form must be completed and mailed promptly,
          together with supporting documentation, etc. to:

                  Irving H. Picard, Esq.,
       Trustee for Bernard L. Madoff Investment Securities LLC
                  Claims Processing Center
                2100 McKinney Ave., Suite 800
                      Dallas, TX 75201

502180406

### LIST OF INDIVIDUALS PROVIDING
### ASSISTANCE WITH CLAIM FORM FOR
### IBEW LOCAL 325 PENSION FUND
### EIN # 16-6098105

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Bernard T. King, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


James F. Collins, Administrative Manager
IBEW Local 325 Pension Fund
24 Emma Street
Binghamton, New York 13905
Telephone:    (607) 729-6171

jmc\Madoff\SIPC\IndirectMadoffInvest\IBEW32Pension/ClaimFormAsstList

# RESOLUTION

**WHEREAS,** the I.B.E.W. Local 325 Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize James F. Collins, Administrative Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**I.B.E.W. LOCAL 325 PENSION FUND**

Dated: 2-24-09          By: _James F. Collins_
                             James F. Collins, Union Trustee

Dated: 2-24-09          By: _Daniel R. Dvorsky_
                             Daniel R. Dvorsky, Union Trustee

Dated: _2-24-09_                    By: _John Friedman_
                                        John Friedman, Union Trustee

Dated: _2-24-09_                    By: _Kimberly Bautista_
                                        Kimberly Bautista, Employer Trustee

Dated: _2-24-09_                    By: _Matthew Labosky_
                                        Matthew Labosky, Employer Trustee

Dated: _2-24-09_                    By: _Scott Nejeschleba_
                                        Scott Nejeschleba, Employer Trustee

2

# IBEW LOCAL 325 PENSION FUND
## EIN NO. 16-6098105

**UNION TRUSTEES**

James F. Collins, Administrative Manager
24 Emma Street
Binghamton, New York  13905
Telephone:  (607) 729-6171

Daniel R. Dvorsky
12 Hillcrest Avenue
Binghamton, New York  13901
Telephone:

John Friedman
135 Zimmer Road
Kirkwood, New York  13795
Telephone:

**EMPLOYER TRUSTEES**

Kimberly Bautista
Southern Tier Chapter NECA
P.O. Box 1326
Binghamton, New York  13902
Telephone:

Matthew Lobosky
Blanding Electric
429 Commerce Road
Vestal, New York  13850
Telephone:

Scott Nejeschleba
All Phase Electrical Contractors
6 Emma Street
Binghamton, New York  13905
Telephone:  (607) 797-6535

jmc\jmc\Madoff\SIPC\IndirectMadoffInvestment\IBEW325PF\TrusteeContactInfoPF

**NECA**
NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION

# I.B.E.W. LOCAL #910
# BENEFIT FUNDS

February 27, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the IBEW Local 910 Annuity Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

IBEW 910 Local Annuity Fund

John F. Love

John F. Love
Fund Manager

Enclosures

JMC/Madoff/SIPC/IndirectMadoffinvest/IBEW910Annuity/Picardltr

25001 Water Street • Watertown, New York 13601
Fund Office: 315-782-5941 • 1-800-801-2201 • Fax: 315-782-7343

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Provide your office and home telephone no.

I.B.E.W. Local 910 Annuity Fund
25001 Water Street
Watertown, NY 13601
Income Plus Investment Fund,
Madoff Account #:  1-I0004
Tax ID #:  22-6447520

OFFICE: *(800) 801- 2201*

HOME: *(315) 782-5941*

Taxpayer I.D. Number (Social Security No.)
*22 - 6447520*

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************

1.    Claim for money balances as of **December 11, 2008**:
   a.    The Broker owes me a Credit (Cr.) Balance of    $___*2c748*___
   b.    I owe the Broker a Debit (Dr.) Balance of    $___*- 0 -*___

502180406

c.  If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                          $ _ -O-_____

d.  If balance is zero, insert "None."          _None_____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.    if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | $1,911,072.97 | X | |
| _____ | Please refer to Income Plus | _____ | _____ |
| _____ | Investment Fund SIPC Claim; | _____ | _____ |
| _____ | the above estimated amount is the | _____ | _____ |
| _____ | Claimant's share of the Madoff loss only. | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

502180406                                3

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if                                    X
        so, give name of that broker.          _____        ____

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:___See Exhibit A_____
        _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date ___02-27-2009___    Signature___John F. Fore___

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
                together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
                Trustee for Bernard L. Madoff Investment Securities LLC
                        Claims Processing Center
                        2100 McKinney Ave., Suite 800
                        Dallas, TX 75201

502) 80406

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## IBEW LOCAL 910 ANNUITY FUND
### EIN # 22-6447520

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


John Love, Fund Manager
IBEW Local 910 Annuity Fund
25001 Water Street
Watertown, New York 13601
Telephone:    (315) 782-5941


jmc\Madoff\SIPC\IndirectMadoffInvest\ibew910annuity/ClaimFormAsstList

# RESOLUTION

**WHEREAS,** the I.B.E.W. Local 910 Annuity Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize John Love, Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**I.B.E.W. LOCAL 910 ANNUITY FUND**

Dated: _2-19-09_                    By: _____
                                        Dennis C. Affinati, Union Trustee

Dated: _2-26-09_                    By: _____
                                        Elizabeth F. Cassada, Union Trustee

Dated: _2-26-09_                    By: _____
                                        Michael Rhubart, Union Trustee

Dated: _02-25-09_          By: _James A. Williams_
                               James A. Williams, Employer Trustee

Dated: _02-25-09_          By: _Leo J. Villeneuve_
                               Leo J. Villeneuve, Employer Trustee

Dated: _02-26-09_          By: _Gary L. Hammond_
                               Gary L. Hammond, Employer Trustee

KLC/Madoff/IBEW910AF/Misc/AFResolutionIncPlus

2

# IBEW LOCAL 910 ANNUITY FUND
## EIN NO. 22-6447520

**UNION TRUSTEES**

**EMPLOYER TRUSTEES**

Dennis C. Affinati
c/o IBEW Local 910 AFL-CIO
25001 Water Street
Watertown, New York  13601
Telephone:  (315) 782-5941

Elizabeth F. Cassada
15662 US Route 11
Watertown, New York  13601
Telephone:  (315) 583-5618

Michael Rhubart
6522 Snell Road
Lowville, New York  13367
Telephone:  (315) 376-2960

James A. Williams, Chairman
c/o S&L Electric Inc.
5313 State Highway 56
Colton, New York  13625
Telephone:  (315) 265-7677

Leo J. Villeneuve, Secretary
c/o S&L Electric Inc.
5313 State Highway 56
Colton, New York  13625
Telephone:  (315) 262-2372

Gary L. Hammond
c/o Collins-Hammond Electrical
Contractors, Inc.
Route 68 Riverside Drive
P.O. Box 383
Ogdensburg, New York  13669
Telephone:  (315) 334-7022

jmc\jmc\Madoff\SIPC\IndirectMadoffInvestment\IBEW910AF\TrusteeContactInfoPF

NECA
NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION

I.B.E.W. LOCAL #910
BENEFIT FUNDS

February 27, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the IBEW Local 910 Pension Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

IBEW 910 Local Pension Fund

John F. Love

John F. Love
Fund Manager

Enclosures

JMC/Madoff/SIPC/IndirectMadoffinvest/IBEW910Annuity/Picardltr

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

I.B.E.W. Local 910 Pension Fund
25001 Water Street
Watertown, NY 13601
Income Plus Investment Fund,
Madoff Account #: 1-I0004
Tax ID #: 16-6100240

Provide your office and home telephone no.

OFFICE: (800) 801-2201

HOME: (315) 782-5741

Taxpayer I.D. Number (Social Security No.)
16-6149240

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of        $    288.31
      b.    I owe the Broker a Debit (Dr.) Balance of           $    - 0 -

    c.    If you wish to repay the Debit Balance,

           please insert the amount you wish to repay and

           attach a check payable to "Irving H. Picard, Esq.,

           Trustee for Bernard L. Madoff Investment Securities LLC."

           If you wish to make a payment, **it must be enclosed**

           with this claim form.         $ _ - 0 - _

    d.    If balance is zero, insert "None."   _None_

2.    Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | if yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| ——— | $ 2,059,884.61 | X | |
| ——— | Please refer to Income Plus | ——— | ——— |
| ——— | Investment Fund SIPC Claim; | ——— | ——— |
| ——— | the above estimated amount is the | ——— | ——— |
| ——— | Claimant's share of the Madoff | ——— | ——— |
| | loss only. | | |

**Number of Shares or Face Amount of Bonds**

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

502180406    3

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.                    _____    X

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:___ See Exhibit A _____
        _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date __02-27-2009__    Signature __John F. Fore__

Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
                together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
            Trustee for Bernard L. Madoff Investment Securities LLC
                        Claims Processing Center
                    2100 McKinney Ave., Suite 800
                        Dallas, TX 75201

**LIST OF INDIVIDUALS PROVIDING
ASSISTANCE WITH CLAIM FORM FOR
IBEW LOCAL 910 PENSION FUND
EIN # 16-6149240**

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


John Love, Fund Manager
IBEW Local 910 Pension Fund
25001 Water Street
Watertown, New York 13601
Telephone:    (315) 782-5941


jmc\Madoff\SIPC\IndirectMadoffInvest\IBEW910Pension/claimformasstlist

# RESOLUTION

**WHEREAS,** the I.B.E.W. Local 910 Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize John Love, Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**I.B.E.W. LOCAL 910 PENSION FUND**

Dated: _2 -19 - 09_         By: _____
                                    Dennis C. Affinati, Union Trustee

Dated: _2-26- 09_           By: _____
                                    Elizabeth F. Cassada, Union Trustee

Dated: _2 -26 -09_          By: _____
                                    Michael Rhubart, Union Trustee

Dated: _02-25-09_        By: _James A. Williams_
                              James A. Williams, Employer Trustee

Dated: _02-25-09_        By: _Leo J. Villeneuve_
                              Leo J. Villeneuve, Employer Trustee

Dated: _02-26-09_        By: _Gary L. Hammond_
                              Gary L. Hammond, Employer Trustee

KLC/Madoff/IBEW910PF/Misc/PFResolutionIncPlus

# IBEW LOCAL 910 PENSION FUND
## EIN NO. 16-6149240

**UNION TRUSTEES**

Dennis C. Affinati
c/o IBEW Local 910 AFL-CIO
25001 Water Street
Watertown, New York 13601
Telephone: (315) 782-5941

Elizabeth F. Cassada
15662 US Route 11
Watertown, New York 13601
Telephone: (315) 583-5618

Michael Rhubart
6522 Snell Road
Lowville, New York 13367
Telephone: (315) 376-2960

**EMPLOYER TRUSTEES**

James A. Williams, Chairman
c/o S&L Electric Inc.
5313 State Highway 56
Colton, New York 13625
Telephone: (315) 265-7677

Leo J. Villeneuve, Secretary
c/o S&L Electric Inc.
5313 State Highway 56
Colton, New York 13625
Telephone: (315) 262-2372

Gary L. Hammond
c/o Collins-Hammond Electrical
Contractors, Inc.
Route 68 Riverside Drive
P.O. Box 383
Ogdensburg, New York 13669
Telephone: (315) 334-7022

jmc\jmc\Madoff\SIPC\IndirectMadoffInvestment\IBEW910PF\TrusteeContactInfoPF

# IBEW Local 1249 Pension Fund

## P O Box 301

## 6518 Fremont Rd

## East Syracuse,    NY    13057-0301

## (315) 656-8390

March 2,  2009

Irving H Picard, Esq
Trustee for Bernard L Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave        Suite 800
Dallas    TX    75201

Dear Trustee Picard:

     Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the IBEW Local 1249 Pension Fund ("Fund").

     Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

IBEW Local 1249 Pension Fund

Daniel R Dafoe
Administrator

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

.B.E.W. Local 1249 Pension Fund
518 Fremont Road, P.O. Box 301
East Syracuse, NY 13057
ncome Plus Investment Fund,
Aadoff Account #: 1-I0004
`ax ID #: 15-6035161

Provide your office and home telephone no.

OFFICE: __(315) 656-8390__

HOME: __(315)430 - 1651__

Taxpayer I.D. Number (Social Security No.)
__15 - 603.5161__

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of December 11, 2008 :
      a.    The Broker owes me a Credit (Cr.) Balance of        $__660.87__
      b.    I owe the Broker a Debit (Dr.) Balance of           $__ -0- __

502180406

    c.   If you wish to repay the Debit Balance,

           please insert the amount you wish to repay and

           attach a check payable to "Irving H. Picard, Esq.,

           Trustee for Bernard L. Madoff Investment Securities LLC."

           If you wish to make a payment, it must be enclosed

           with this claim form.            $ _– 0 –_____

    d.   If balance is zero, insert "None."     _None_____

2.      Claim for securities as of **December 11, 2008**:

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | YES | NO |
|---|---|---|
| a.  The Broker owes me securities | X | |
| b.  I owe the Broker securities | | X |

    c.   if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | $4,721,775.48 | X | |
| _____ | Please refer to Income Plus | _____ | _____ |
| _____ | Investment Fund SIPC Claim; | _____ | _____ |
| _____ | the above estimated amount is the | _____ | _____ |
| _____ | Claimant's share of the Madoff loss only. | _____ | _____ |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker. _____   X

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:____See Exhibit A_____
        _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date  3-2-09          Signature  Daniel R Dafoe
Date  3-2-09          Signature  Woon

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
                together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                        Claims Processing Center
                    2100 McKinney Ave., Suite 800
                            Dallas, TX 75201

502180406