**EXHIBIT A**

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## IBEW LOCAL 1249 PENSION FUND
### EIN #15-6035161

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


Daniel R. Dafoe, Administrator
IBEW Local 1249 Pension Fund
6518 Fremont Road
P.O. Box 301
East Syracuse, New York  13057
Telephone:    (315) 656-8390

**EXHIBIT B**

# RESOLUTION

**WHEREAS,** the I.B.E.W. Local 1249 Pension Fund is an independent functioning Taft-Hartley ERISA Pension Fund; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize the Fund Administrator and a Trustee of the Fund to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**I.B.E.W. LOCAL 1249 PENSION FUND**

Dated: 2-23-09                    By: _____
                                        William C. Boire, Union Trustee

Dated: 3-2-09                     By: _____
                                        James E. Baker, Jr., Union Trustee

Dated: _2/23/09_                    By: _Harry D. Saville_
                                        Harry D. Saville, Union Trustee

Dated: _____                  By: _____
                                        Joseph L. Redman, Employer Trustee

Dated: _____                  By: _____
                                        Michael G. Gilchrist, Employer Trustee

Dated: _____                  By: _____
                                        James C. Atkins, Employer Trustee

klc/Madoff/IBEW1249/SIPCResolutionPF- Indirect

# RESOLUTION

**WHEREAS,** the I.B.E.W. Local 1249 Pension Fund is an independent functioning Taft-Hartley ERISA Pension Fund; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize the Fund Administrator and a Trustee of the Fund to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**I.B.E.W. LOCAL 1249 PENSION FUND**

Dated:_____        By: _____
                                   William C. Boire, Union Trustee


Dated:_____        By: _____
                                   James E. Baker, Jr., Union Trustee

Dated:_____    By:    _____
                                Harry D. Saville, Union Trustee

Dated:_____    By:    _____
                                Joseph L. Redman, Employer Trustee

Dated: _February 24, 2009_    By:    _____
                                Michael G. Gilchrist, Employer Trustee

Dated:_____    By:    _____
                                James C. Atkins, Employer Trustee

klc/Madoff/IBEW1249/SIPCResolutionPF- Indirect

## RESOLUTION

**WHEREAS,** the I.B.E.W. Local 1249 Pension Fund is an independent functioning Taft-Hartley ERISA Pension Fund; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize the Fund Administrator and a Trustee of the Fund to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**I.B.E.W. LOCAL 1249 PENSION FUND**

Dated:_____    By: _____
                                William C. Boire, Union Trustee


Dated:_____    By: _____
                                James E. Baker, Jr., Union Trustee

Dated:_____        By:    _____
                                      Harry D. Saville, Union Trustee

Dated: 2/23/09                 By:    _____
                                      Joseph L. Redman, Employer Trustee

Dated:_____        By:    _____
                                      Michael G. Gilchrist, Employer Trustee

Dated:_____        By:    _____
                                      James C. Atkins, Employer Trustee

klc/Madoff/IBEW1249/SIPCResolutionPF- Indirect

# RESOLUTION

**WHEREAS**, the I.B.E.W. Local 1249 Pension Fund is an independent functioning Taft-Hartley ERISA Pension Fund; and

**WHEREAS**, the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS**, the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE**, it is resolved that the Trustees of the Fund hereby authorize the Fund Administrator and a Trustee of the Fund to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**I.B.E.W. LOCAL 1249 PENSION FUND**

Dated:_____    By: _____
                                William C. Boire, Union Trustee


Dated:_____    By: _____
                                James E. Baker, Jr., Union Trustee

Dated:_____          By: _____
                                      Harry D. Saville, Union Trustee


Dated:_____          By: _____
                                      Joseph L. Redman, Employer Trustee


Dated:_____          By: _____
                                      Michael G. Gilchrist, Employer Trustee


Dated: 2/24/09                   By: _____
                                      James C. Atkins, Employer Trustee


klc/Madoff/IBEW1249/SIPCResolutionPF- Indirect

## LIST OF TRUSTEES AND CONTACT INFORMATION FOR
### <u>I.B.E.W. LOCAL 1249 PENSION FUND</u>
### (EIN # 15-6035161)

Mr. James E. Baker, Jr., Union Trustee
I.B.E.W. Local 1249 Pension Fund
6518 Fremont Road
P.O. Box 277
East Syracuse, New York 13057
Telephone:    (315) 656-7253

Mr. William C. Boire, Chairman, Union Trustee
I.B.E.W. Local 1249 Pension Fund
6518 Fremont Road
P.O. Box 277
East Syracuse, New York 13057
Telephone:    (315) 656-7253

Mr. Harry D. Saville, Union Trustee
I.B.E.W. Local 1249 Pension Fund
6518 Fremont Road
P.O. Box 277
East Syracuse, New York 13057
Telephone:    (315) 656-7253

Mr. Michael G. Gilchrist, Employer Trustee
I.B.E.W. Local 1249 Pension Fund
c/o Northeastern Line Constructor Chapter, NECA
700 White Plains Road, Suite 271
Scarsdale, New York 10583-5063
Telephone:    (914) 723-2527

Mr. Joseph L. Redman, Employer Trustee
I.B.E.W. Local 1249 Pension Fund
c/o Lewis Tree Service, Inc.
300 Lucius Gordon Drive
West Henrietta, New York 14586
Telephone:    (585) 436-3208

Mr. James C. Atkins, Employer Trustee
I.B.E.W. Local 1249 Pension Fund
c/o PAR Electrical Contractors, Inc.
2444 Route 9N
P.O. Box 247
Ausable Forks, New York 12912
Telephone:    (518) 647-8198

jmc\Madoff\SIPC\IBEW1249PF\\TrusteesList

# LABORERS' LOCAL 103 FUNDS

### PENSION ◆ WELFARE ◆ ANNUITY ◆ TRAINING

P.O. BOX 571
GENEVA, NY 14456

PH: 315-539-4220
FAX: 315-539-4150

February 25, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Dear Trustee Picard:

    Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Laborers Local 103 Annuity Fund ("Fund").

    Please advised if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

Laborers' Local 103 Annuity Fund

Carmen A. Serrett, Sr.
Fund Manager

Enclosures

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Provide your office and home telephone no.

aborers Local 103 Annuity Fund
O. Box 571
eneva, NY 14456
icome Plus Investment Fund,
ladoff Account #: 1-I0004
ax ID #: 01-6214544

OFFICE: (315) 539 -4220

HOME: (315) 781 - 0633

Taxpayer I.D. Number (Social Security No.)
_____ 01 - 6214544 _____

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.   Claim for money balances as of December 11, 2008 :
     a.   The Broker owes me a Credit (Cr.) Balance of          $   1465
     b.   I owe the Broker a Debit (Dr.) Balance of             $   - C -

502180406

c.   If you wish to repay the Debit Balance,
     please insert the amount you wish to repay and
     attach a check payable to "Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC."
     If you wish to make a payment, it must be enclosed
     with this claim form.                                    $   - O-

d.   If balance is zero, insert "None."                       None.

2.   Claim for securities as of December 11, 2008:

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.   if yes to either, please list below:

|  | | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | $104,636.73 | X | |
| | Please refer to Income Plus | | |
| | Investment Fund SIPC Claim: | | |
| | the above estimated amount is the | | |
| | Claimant's Share of the Madoff loss only. | | |

Proper documentation can speed the review, allowance and satisfaction of your
claim and shorten the time required to deliver your securities and cash to you. Please
enclose, if possible, copies of your last account statement and purchase or
sale confirmations and checks which relate to the securities or cash you claim, and
any other documentation, such as correspondence, which you believe will be of
assistance in processing your claim. In particular, you should provide all
documentation (such as cancelled checks, receipts from the Debtor, proof of wire
transfers, etc.) of your deposits of cash or securities with the Debtor from as far
back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970? if
        so, give name of that broker.                    _____   X

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:____See Exhibit A_____
        _____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date ___2-25-09___        Signature___CCesuco_____

Date _____      Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
                together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                        Claims Processing Center
                        2100 McKinney Ave., Suite 800
                        Dallas, TX 75201

5002180406

**EXHIBIT A**

# LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
### LABORERS LOCAL 103 ANNUITY FUND
#### (EIN # 01-6214544)

Dr. John P. Jeanneret, President
J.P Jeanneret Associates, Inc.
White Memorial  Building
100 East Washington Street
Syracuse, New York 13202
Telephone: (315) 478-2770

Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone: (315) 422-7111

Carmen A. Serrett, Sr.
Laborers Local 103 Annuity Fund
P.O. Box 571
Geneva, New York 14456
Telephone: (315) 539-4220

**EXHIBIT B**

## RESOLUTION

**WHEREAS,** the Laborers Local 103 Annuity Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Carmen A. Serrett, Sr., Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

Dated: _2/26/09_

Dated: _2/26/09_

**LABORERS LOCAL 103 ANNUITY FUND**

By: _____
Carmen A. Serrett, Sr., Union Trustee

By: _____
Earl N. Hall, Employer Trustee

klc/Madoff/Lab103AF/SIPC Resolution-Indirect

## LABORERS LOCAL 103 ANNUITY FUND
### (EIN # 01-6214544)

**UNION TRUSTEES**

Carmen A. Serrett, Sr.
Laborers Local 1 03 Annuity Fund
P.O. Box 571
Geneva, New York  14456
Telephone: (315) 539-4220

**EMPLOYER TRUSTEES**

Earl N. Hall
Laborers' Local 103 Annuity Fund
c/o CEA of CNY, Inc.
6563 Ridings Road
Syracuse, New York  13206
Telephone: (315) 437-5044

# LABORERS' LOCAL 103 FUNDS

### PENSION ♦ WELFARE ♦ ANNUITY ♦ TRAINING

P.O. BOX 571
GENEVA, NY 14456

PH: 315-539-4220
FAX: 315-539-4150

February 25, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Laborers Local 103 Pension Fund ("Fund").

Please advised if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

Laborers' Local 103 Pension Fund

Carmen A. Serrett, Sr.
Fund Manager

Enclosures

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Laborers Local 103 Pension Fund
P.O. Box 571
Geneva, NY 14456
Income Plus Investment Fund,
Madoff Account #: 1-I0004
Tax ID #: 16-6062260

Provide your office and home telephone no.

OFFICE: (315) 539 - 4220

HOME: (315) 781 - 0633

Taxpayer I.D. Number (Social Security No.)
16 - 6062260

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.   Claim for money balances as of **December 11, 2008** :
     a.   The Broker owes me a Credit (Cr.) Balance of        $    213.75
     b.   I owe the Broker a Debit (Dr.) Balance of           $   - C -

502180406

    c.   If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.        $ *- 0-*

    d.   If balance is zero, insert "None."    *None*

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

    c.   if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | *# 1,527,173.79* | X | |
| | *Please refer to Income Plus* | | |
| | *Investment Fund SIPC Claim;* | | |
| | *the above estimated amount is the* | | |
| | *Claimant's Share of the Madoff* | | |
| | *loss only.* | | |

*Number of Shares or Face Amount of Bonds*

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.    Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970?  if
so, give name of that broker.                                   _____    X

Please list the full name and address of anyone assisting you in the
preparation of this claim form:____See Exhibit A_____
_____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _____2-25-09_____    Signature_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
            together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

SC2180406

**EXHIBIT A**

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## <u>LABORERS LOCAL 103 PENSION FUND</u>
### EIN #16-6062260

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770

Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111

Carmen A. Serrett,     Fund Manager
Laborers' Local 103 Pension Fund
1126 Waterloo-Geneva Road
Waterloo, New York  13165
Telephone:    (315) 539-4220

jmc\Madoff\SIPC\IndirectMadoffInvest\Laborers103Pension\ClaimFormAsstList

**EXHIBIT B**

## LABORERS LOCAL 103 PENSION FUND
### (EIN # 16-6062260)

**UNION TRUSTEES**

Carmen A. Serrett, Sr.
Laborers Local 103 Pension Fund
P.O. Box 571
Geneva, New York  14456
Telephone:  (315) 539-4220

Carmen A. Serrett, Jr.
Laborers Local 103 Pension Fund
P.O. Box 571
Geneva, New York  14456
Telephone:  (315) 539-4220

**EMPLOYER TRUSTEES**

Earl N. Hall
Laborers Local 103 Pension Fund
c/o CEA of CNY, Inc.
6563 Ridings Road
Syracuse, New York 13206
Telephone:  (315) 437-5044

Nicholas P. Massa
Laborers Local 103 Pension Fund
630 Preemption Road
Geneva, New York  14456
Telephone:  (315) 439-4220

## RESOLUTION

**WHEREAS,** the Laborers Local 103 Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Carmen A. Serrett, Sr., Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**LABORERS LOCAL 103 PENSION FUND**

Dated: _2/26/09_    By: _____
                                    Carmen A. Serrett, Sr., Union Trustee

Dated: _2/24/09_    By: _____
                                    Carmen A. Serrett, Jr., Union Trustee

Dated: __2/26/09__    By: _____
                          Earl N. Hall, Employer Trustee

Dated: __2/26/09__    By: _____
                          Nicholas P. Massa, Employer Trustee

klc/Madoff/Lab103PF/SIPC Resolution-Indirect

2

# LABORERS' LOCAL 103 FUNDS

### PENSION ◆ WELFARE ◆ ANNUITY ◆ TRAINING

P.O. BOX 571
GENEVA, NY 14456

PH: 315-539-4220
FAX: 315-539-4150

February 25, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Laborers Local 103 Annuity Fund ("Fund").

Please advised if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

Laborers' Local 103 Annuity Fund

Carmen A. Serrett, Sr.
Fund Manager

Enclosures

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Provide your office and home telephone no.

aborers Local 103 Annuity Fund
O. Box 571
eneva, NY 14456
come Plus Investment Fund,
ladoff Account #: 1-I0004
ax ID #: 01-6214544

OFFICE: _(315) 539 -4220_

HOME: _(315)  781 - 0633_

Taxpayer I.D. Number (Social Security No.)
____ 01 - 6214544 ____

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.   Claim for money balances as of December 11, 2008 :
   a.   The Broker owes me a Credit (Cr.) Balance of     $___1465___
   b.   I owe the Broker a Debit (Dr.) Balance of        $___- C -___

502180406

c.  If you wish to repay the Debit Balance,
    please insert the amount you wish to repay and
    attach a check payable to "Irving H. Picard, Esq.,
    Trustee for Bernard L. Madoff Investment Securities LLC."
    If you wish to make a payment, **it must be enclosed**
    with this claim form.                              $ _ - 0 - _

d.  If balance is zero, insert "None."                 _None._

2.  Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.  if yes to either, please list below:

|   |   | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | $104,636.73 | X | |
| | Please refer to Income Plus | | |
| | Investment Fund SIPC Claim; | | |
| | the above estimated amount is the | | |
| | Claimant's Share of the Madoff loss only. | | |

Proper documentation can speed the review, allowance and satisfaction of your
claim and shorten the time required to deliver your securities and cash to you. Please
enclose, if possible, copies of your last account statement and purchase or
sale confirmations and checks which relate to the securities or cash you claim, and
any other documentation, such as correspondence, which you believe will be of
assistance in processing your claim. In particular, you should provide all
documentation (such as cancelled checks, receipts from the Debtor, proof of wire
transfers, etc.) of your deposits of cash or securities with the Debtor from as far
back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if                              X
        so, give name of that broker.                 _____    _____

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:_____See Exhibit A_____
        _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date ___2-25-09_____   Signature___CCesuco_____

Date _____   Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
                together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                        Claims Processing Center
                        2100 McKinney Ave., Suite 800
                        Dallas, TX 75201

502180406

**EXHIBIT A**

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## LABORERS LOCAL 103 ANNUITY FUND
### (EIN # 01-6214544)

Dr. John P. Jeanneret, President
J.P Jeanneret Associates, Inc.
White Memorial  Building
100 East Washington Street
Syracuse, New York 13202
Telephone: (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone: (315) 422-7111


Carmen A. Serrett, Sr.
Laborers Local 103 Annuity Fund
P.O. Box 571
Geneva, New York  14456
Telephone: (315) 539-4220

**EXHIBIT B**

## RESOLUTION

**WHEREAS,** the Laborers Local 103 Annuity Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Carmen A. Serrett, Sr., Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**LABORERS LOCAL 103 ANNUITY FUND**

Dated: 2/26/09    By: _____
Carmen A. Serrett, Sr., Union Trustee

Dated: 2/26/09    By: _____
Earl N. Hall, Employer Trustee

klc/Madoff/Lab103AF/SIPC Resolution-Indirect

# LABORERS LOCAL 103 ANNUITY FUND
## (EIN # 01-6214544)

**UNION TRUSTEES**

Carmen A. Serrett, Sr.
Laborers Local 1 03 Annuity Fund
P.O. Box 571
Geneva, New York 14456
Telephone: (315) 539-4220

**EMPLOYER TRUSTEES**

Earl N. Hall
Laborers' Local 103 Annuity Fund
c/o CEA of CNY, Inc.
6563 Ridings Road
Syracuse, New York 13206
Telephone: (315) 437-5044

# Plumbers & Steamfitters Local 73

*Health, Welfare, Retirement and Annuity Funds*

P.O. BOX 911
OSWEGO, NEW YORK 13126
(315) 343-1808 • FAX: (315) 343-4184



FEBRUARY 27, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

      Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Local 73 Retirement Fund ("Fund").

      Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

                Sincerely,

                Local 73 Retirement Fund

                James P. Gaffney
                Administrative Manager

Enclosures

jmc\Madoff\SIPC\IndirectMadoffInvest\Local73Retirement\IncomePlus\Picardltr

CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Provide your office and home telephone no.

Local 73 Retirement Fund
P.O. Box 911
Oswego, NY 13126
Income Plus Investment Fund,
Madoff Account #: 1-I0004
Tax ID #: 15-6016577

OFFICE: (315) 343-1808

HOME: (315) 657-8821

Taxpayer I.D. Number (Social Security No.)
15-6016577

15-6010577              15-6010577

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of December 11, 2008 :
  a.    The Broker owes me a Credit (Cr.) Balance of          $  1,320.60
  b.    I owe the Broker a Debit (Dr.) Balance of             $   -0-

502180406

c.   I f you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, it must be enclosed
with this claim form.                                    $ _ - 0- _____

d.   If balance is zero, insert "None."                      _None._____

2.   Claim for securities as of December 11, 2008:

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | $9,435,396.12 | X | |
| | Please refer to Income Plus | | |
| | Investment Fund SIPC Claim; | | |
| | the above estimated amount is the | | |
| | Claimant's share of the Madoff | | |
| | loss only. | | |

Proper documentation can speed the review, allowance and satisfaction of your
claim and shorten the time required to deliver your securities and cash to you.
Please enclose, if possible, copies of your last account statement and purchase or
sale confirmations and checks which relate to the securities or cash you claim, and
any other documentation, such as correspondence, which you believe will be of
assistance in processing your claim. In particular, you should provide all
documentation (such as cancelled checks, receipts from the Debtor, proof of wire
transfers, etc.) of your deposits of cash or securities with the Debtor from as far
back as you have documentation. You should also provide all documentation or

502180406                                    2

information regarding any withdrawals you have ever made or payments received
from the Debtor.

Please explain any differences between the securities or cash claimed and the cash
balance and securities positions on your last account statement. If, at any time, you
complained in writing about the handling of your account to any person or entity or
regulatory authority, and the complaint relates to the cash and/or securities that you are
now seeking, please be sure to provide with your claim copies of the complaint and all
related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION
ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT
PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR
COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970? If
        so, give name of that broker.          _____        X

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:____See Exhibit A_____
        _____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _Feb 27, 2009_____    Signature _____

Date _Feb. 27, 2009_____   Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

See Exhibit B
          This customer claim form must be completed and mailed promptly,
                together with supporting documentation, etc. to:

                          Irving H. Picard, Esq.,
          Trustee for Bernard L. Madoff Investment Securities LLC
                          Claims Processing Center
                      2100 McKinney Ave., Suite 800
                          Dallas, TX 75201

502180406

**EXHIBIT A**

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## <u>LOCAL 73 RETIREMENT FUND</u>
### EIN #15-6010577

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770

Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111

James P. Gaffney, Administrative Manager
Local 73 Retirement Fund
705 East Seneca Street
Oswego, New York 13126
Telephone:    (315) 343-1808

jmc\Madoff\SIPC\IndirectMadoffInvest\Local73Retirement\IncomePlus\ClaimFormAsstList

**EXHIBIT B**

## RESOLUTION

**WHEREAS,** the Local 73 Retirement Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize James P. Gaffney, Administrative Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

LOCAL 73 RETIREMENT FUND

Dated: 2|20|09                    By: _Patrick J Carroll_____
                                      Patrick Carroll, Union Trustee

Dated: 2/20/09                    By: _Timothy M. Donovan_____
                                      Timothy Donovan, Union Trustee

Dated: 02.20.09                        By: _____
                                            Timothy Rice, Union Trustee

Dated: _____        By: _____
                                            Timothy Donovan, Union Trustee

Dated: _____        By: _____
                                            Christopher Stone, Employer Trustee

Dated: _____        By: _____
                                            Frederick J. Volkomer, Employer Trustee

Dated: _____        By: _____
                                            Frederick J. Volkomer, II, Employer Trustee

Klc\Madoff\Local73RF\misc\RFResolutionBeaconIncPlus

2

Dated:_____    By: _____
                                   Timothy Rice, Union Trustee

Dated:_____    By: _____
                                   Timothy Donovan, Union Trustee

Dated: _1/20/09_____    By: _____
                                   Christopher Stone, Employer Trustee

Dated:_____    By: _____
                                   Frederick J. Volkomer, Employer Trustee

Dated:_____    By: _____
                                   Frederick J. Volkomer, II, Employer Trustee

Klc\Madoff\Local73.AF\misc\AFResolutionIncPlus

2

Dated:_____    By: _____
                                Timothy Rice, Union Trustee

Dated:_____    By: _____
                                Christopher Stone, Employer Trustee

Dated: 2-27-09            By: _____
                                Frederick J. Volkomer, Employer Trustee

Dated: 2-27-09            By: _____
                                Frederick J. Volkomer, II, Employer Trustee

Klc\Madoff\Local73RF\misc\RFResolutionBeaconIncPlus

2

## LOCAL 73 RETIREMENT FUND
### EIN NO. 15-6010577

**UNION TRUSTEES**

**EMPLOYER TRUSTEES**

Christopher J. Stone
Hyde-Stone Mechanical
29 Hatch Road
Potsdam, New York  13676
Telephone:  (315) 265-6999

Frederick Volkomer
205 West Albany Street
P.O. Box 1037
Oswego, New York  13126
Telephone:  (315) 343-9315

Frederick Volkomer, II
P.O. Box 1037
Oswego, New York  13126
Telephone:  (315) 343-9315

Patrick Carroll
65 Baitsell Road
Oswego, New York  13126
Telephone:

Timothy Rice
U.A. Local Union No. 73
P.O. Box 911
Oswego, New York  13126

Timothy Donovan
336 S.W. 8th Street
Oswego, New York  13126
Telephone:

jmc\jmc\Madoff\SIPC\IndirectMadoffInvestment\Local73RF\TrusteeContactInfoPF



# OSWEGO LABORERS' LOCAL 214

## ──────Pension Fund──────

23 MITCHELL ST., OSWEGO, N.Y. 13126 • (315) 343-1666



February 27, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Oswego Laborers' Local 214 Pension Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

Oswego Laborers' Local 214 Pension Fund

Cynthia Castaldo
Administrator

Enclosures

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Provide your office and home telephone no.

Laborers Local 214 Pension Fund
23 Mitchell Street
Oswego, NY  13126
Income Plus Investment Fund,
Madoff Account #: 1-I0004
Tax ID #: 16-0876163

OFFICE: (315) 343 - 1666

HOME: (315) 413 - 0225

Taxpayer I.D. Number (Social Security No.)
16 - 0876163

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.   Claim for money balances as of **December 11, 2008**:
     a.   The Broker owes me a Credit (Cr.) Balance of      $   482.20
     b.   I owe the Broker a Debit (Dr.) Balance of          $    - 0 -

502180406

c.  If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                                        $   *– O –*

d.  If balance is zero, insert "None."                          *None*

2.  Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|-----|-----|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.  if yes io either, piease iist beiow:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | *# 3,445,215.40* | X | |
| | *Please refer to Income Plus* | | |
| | *Investment Fund SIPC Claim;* | | |
| | *the above estimated amount is the* | | |
| | *Claimant's share of the Madoff loss only.* | | |

Proper documentation can speed the review, allowance and satisfaction of your
claim and shorten the time required to deliver your securities and cash to you.
Please enclose, if possible, copies of your last account statement and purchase or
sale confirmations and checks which relate to the securities or cash you claim, and
any other documentation, such as correspondence, which you believe will be of
assistance in processing your claim. In particular, you should provide all
documentation (such as cancelled checks, receipts from the Debtor, proof of wire
transfers, etc.) of your deposits of cash or securities with the Debtor from as far
back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |

502180406                                    3

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  if
     so, give name of that broker.                    _____        X

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form:____See Exhibit A_____
     _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date ___2/27/09___    Signature _Cynthia Castaldo_

Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
      This customer claim form must be completed and mailed promptly,
              together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
          Trustee for Bernard L. Madoff Investment Securities LLC
                       Claims Processing Center
                   2100 McKinney Ave., Suite 800
                         Dallas, TX 75201

5C2180406

**EXHIBIT  A**

**LIST OF INDIVIDUALS PROVIDING
ASSISTANCE WITH CLAIM FORM FOR
OSWEGO LABORERS' LOCAL 214 PENSION FUND
[EIN #16-0876163]**

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:  (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:  (315) 422-7111


Cynthia Castaldo, Administrator
Oswego Laborers' 214 Local Pension Fund
23 Mitchell Street
Oswego, New York  13126
Telephone:  (315) 343-1666

jmc\Madoff\SIPC\IndirectMadoffInvest\OswegoLaborers\IncomePlus\ClaimFormAsstList

**EXHIBIT B**

## RESOLUTION

**WHEREAS,** the Oswego Laborers' Local 214 Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Cynthia Castaldo, Administrator of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**OSWEGO LABORERS' LOCAL 214
PENSION FUND**

Dated: **2/24/09**

By: _____
William F. Shannon, Union Trustee

Dated: **2-24-05**

By: _____
David Henderson Jr., Union Trustee

Dated: _02-24-09_          By: _Michael Blasczienski_
                                Michael Blasczienski, Union Trustee

Dated: _2·24·09_           By: _Earl N Hall_
                                Earl N. Hall, Employer Trustee

Dated: _____             By: _____ _Attached_
                                Paul Castaldo, Employer Trustee

Dated: _FEB 24 2009_       By: _Earl R Hall_
                                Earl R. Hall, Employer Trustee

klc/Madoff/OswegoLabPF/SIPC Resolution - Indirect

2

# RESOLUTION

**WHEREAS,** the Oswego Laborers' Local 214 Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Cynthia Castaldo, Administrator of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**OSWEGO LABORERS' LOCAL 214
PENSION FUND**

Dated:_____     By: _____
                                  William F. Shannon, Union Trustee

Dated:_____     By: _____
                                  David Henderson, Jr., Union Trustee



Dated:_____        By:    _____
                                     Michael Blasczienski, Union Trustee

Dated:_____        By:    _____
                                     Earl N. Hall, Employer Trustee

Dated: 2-25-09               By:    _____
                                     Paul Castaldo, Employer Trustee

Dated:_____        By:    _____
                                     Earl R. Hall, Employer Trustee

klc/Madoff/OswegoLabPF/SIPC Resolution - Indirect

2

## OSWEGO LABORERS' LOCAL 214 PENSION FUND
### (EIN # 16-0876163)

**UNION TRUSTEES**

William F. Shannon
Oswego Laborers' Local 214 Pension Fund
c/o Upstate Laborers District Council
200 Salina Meadows Parkway
Suite 210
Syracuse, New York  13212
Telephone:  (315) 413-0225

David Henderson, Jr.
Oswego Laborers' Local 214 Pension Fund
23 Mitchell Street
Oswego, New York  13126
Telephone:  (315) 343-7661

Michael Blasczienski
Oswego Laborers' Local 214 Pension Fund
103 Dietrich Road
Oswego, New York  13126
Telephone: (315) 592-4041

**EMPLOYER TRUSTEES**

Earl N. Hall
Oswego Laborers' Local 214 Pension
Fund
c/o CEA of CNY, Inc.
6563 Ridings Road
Syracuse, New York 13206
Telephone:  (315) 437-9936

Paul Castaldo
Oswego Laborers' Local 214 Pension
Fund
c/o Paul A. Castaldo, Inc.
11 Fourth Avenue, Suite D
Oswego, New York  13126
Telephone:  (315) 343-7980

Earl R. Hall
Oswego Laborers' Local 214 Pension
Fund
c/o CEA of CNY, Inc.
6563 Ridings Road
Syracuse, New York 13206
Telephone:  (315) 437-4050

# ROOFERS' LOCAL 195
## HEALTH, PENSION & ANNUITY FUNDS

6200 State Route 31    ●    Cicero, New York 13039    ●    Phone (315) 699-1388    ●    Fax (315) 699-1390

February 26, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities L.L.C.
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Roofers Local 195 Pension Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

Roofers Local 195 Pension Fund

Patricia A. Redhead
Plan Manager

Enclosures



## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Roofers Local 195 Pension Fund
6200 State Route 31
Cicero, NY 13039
Income Plus Investment Fund,
Madoff Account #: 1-I0004
Tax ID #: 16-6158018

Provide your office and home telephone no.

OFFICE: _(315) 699-1388_

HOME: _(315) 439-4522_

Taxpayer I.D. Number (Social Security No.)
_____16-6158018_____

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

**************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
    a.    The Broker owes me a Credit (Cr.) Balance of    $____73.17____
    b.    I owe the Broker a Debit (Dr.) Balance of    $____-0-____

502180406

c.   If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                                      $ _ -0- _____

d.   If balance is zero, insert "None."                      _None_____

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.   The Broker owes me securities | X | |
| b.   I owe the Broker securities | | X |

c.   if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | $522,765.42 | X | _____ |
| _____ | Please refer to Income Plus | _____ | _____ |
| _____ | Investment Fund SIPC Claim; | _____ | _____ |
| _____ | the above estimated amount is the | _____ | _____ |
| _____ | Claimant's share of the Madoff | _____ | _____ |
| | loss only. | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | X |

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.                              _____    X_____

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:___See Exhibit A_____

        _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date __2/26/09_____    Signature__Patricia Becker_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
             together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                        Claims Processing Center
                   2100 McKinney Ave., Suite 800
                        Dallas, TX 75201

5C2180406

EXHIBIT A

**LIST OF INDIVIDUALS PROVIDING
ASSISTANCE WITH CLAIM FORM FOR
ROOFERS LOCAL 195 PENSION FUND
[EIN #16-6158018]**

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770

Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111

Patricia Redhead, Plan Manager
Roofers Local 195 Pension Fund
6200 State Route 31
Cicero, New York  13039
Telephone:    (315) 699-1388

jmc\Madoff\SIPC\IndirectMadoffInvest\Roofers195Pension\ClaimFormAsstList

EXHIBIT B

# RESOLUTION

**WHEREAS,** the Roofers' Local 195 Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Patricia Redhead, Plan Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

ROOFERS' LOCAL 195 PENSION FUND

Dated: _2/20/09_          By: _Ronald E. Haney_

Ronald E. Haney, Union Trustee

Dated: _2 2 v-09_                    By: _____

                                    Gerald Crouse, Union Trustee


Dated: _2/20/09_                     By: _____

                                    Kevin Milligan, Union Trustee


Dated: _2/23/09_                     By: _____

                                    Richard Anderson, Employer Trustee


Dated: _2 - 2 0 - 09_                By: _____

                                    Joseph Chiarizia, Employer Trustee


Dated: _2/24/09_                     By: _____

                                    Charles D. Midddleton, Employer Trustee


klc/Madoff/Roof195PF/SIPC Resolution - Indirect

2

# LIST OF TRUSTEES AND CONTACT INFORMATION FOR
## ROOFERS' LOCAL 195 PENSION FUND
### (EIN # 16-6158018)

Mr. Ronald E. Haney, Chairman, Union Trustee
Roofers' Local 195 Pension Fund
6200 State Route 31
Cicero, New York 13039
Telephone:    (315) 699-1808

Gerald W. Crouse, Union Trustee
Roofers' Local 195 Pension Fund
c/o 6680 State Highway 5
Fort Plain, New York 13339
Telephone:    (518) 993-2842

Mr. Kevin Milligan, Union Trustee
Roofers' Local 195 Pension Fund
6200 State Route 31
Cicero, New York 13039
Telephone:    (315) 699-1808

Mr. Richard Anderson, Secretary, Union Trustee
Roofers' Local 195 Pension Fund
c/o WCA Roofing and Sheet Metal
P.O. Box 399
East Syracuse, New York 13057
Telephone:    (315) 463-5291

Mr. Joseph Chiarizia, III, Employer Trustee
Roofers' Local 195 Pension Fund
c/o Josall Syracuse, Inc.
P.O. Box 158
Eastwood Station
Syracuse, New York 13206
Telephone:    (315) 463-9214

Mr. Charles D. Middleton, Employer Trustee
Roofers' Local 195 Pension Fund
c/o DeWald Roofing Co., Inc.
P.O. Box 479
Central Square, New York 13063
Telephone:    (315) 676-2744

klc\Madoff\Roofers195\Misc\TrusteesList

# ROOFERS' LOCAL 195
## HEALTH, PENSION & ANNUITY FUNDS

6200 State Route 31  •  Cicero, New York 13039  •  Phone (315) 699-1388  •  Fax (315) 699-1390

February 26, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities L.L.C.
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Roofers Local 195 Annuity Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

Roofers Local 195 Annuity Fund

Patricia A. Redhead
Plan Manager

Enclosures



CUSTOMER CLAIM

Claim Number_____

Date Received_____

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

Roofers Local 195 Annuity Fund
6200 State Route 31
Cicero, NY 13039
Income Plus Investment Fund,
Madoff Account #: 1-I0004
Tax ID #: 14-1721374

Provide your office and home telephone no.

OFFICE: (315) 699-1388

HOME: (315) 439-4522

Taxpayer I.D. Number (Social Security No.)
14 - 1721374

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of December 11, 2008_:
      a.    The Broker owes me a Credit (Cr.) Balance of      $    141.44
      b.    I owe the Broker a Debit (Dr.) Balance of          $    - C -

502180406

c.   If you wish to repay the Debit Balance,
     please insert the amount you wish to repay and
     attach a check payable to "Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC."
     If you wish to make a payment, it must be enclosed
     with this claim form.                                      $ _ $-O-$ _

d.   If balance is zero, insert "None."                         None.

2.   Claim for securities as of **December 11, 2008**:

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | if yes to either, please list below: | | |

|  | | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | $1,010,579.64 | X | |
| | Please refer to Income Plus | | |
| | Investment Fund SIPC Claim; | | |
| | the above estimated amount is the | | |
| | Claimant's share of the Madoff loss only. | | |

Proper documentation can speed the review, allowance and satisfaction of your
claim and shorten the time required to deliver your securities and cash to you.
Please enclose, if possible, copies of your last account statement and purchase or
sale confirmations and checks which relate to the securities or cash you claim, and
any other documentation, such as correspondence, which you believe will be of
assistance in processing your claim. In particular, you should provide all
documentation (such as cancelled checks, receipts from the Debtor, proof of wire
transfers, etc.) of your deposits of cash or securities with the Debtor from as far
back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|    |    | YES | NO |
|----|----|----|----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.                                    _____    __X__

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:____See Exhibit A_____
        _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date __2/26/09_____   Signature _Patricia A Quillen_

Date _____   Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
            together with supporting documentation, etc. to:

                    Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                    Claims Processing Center
                2100 McKinney Ave., Suite 800
                        Dallas, TX 75201

**EXHIBIT A**

LIST OF INDIVIDUALS PROVIDING
ASSISTANCE WITH CLAIM FORM FOR
ROOFERS LOCAL 195 ANNUITY FUND
[EIN #14-1721374]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770

Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111

Patricia Redhead, Plan Manager
Roofers Local 195 Annuity Fund
6200 State Route 31
Cicero, New York  13039
Telephone:    (315) 699-1388

**EXHIBIT B**

## RESOLUTION

**WHEREAS,** the Roofers' Local 195 Annuity Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Patricia Redhead, Plan Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**ROOFERS' LOCAL 195 ANNUITY FUND**

Dated: 2/20/09

By: _____
Ronald E. Haney, Union Trustee

Dated: 2-20-09

By: _____
Gerald Crouse, Union Trustee

Dated: 2/20/09

By: _____
Kevin Milligan, Union Trustee

Dated: 2/23/09

By: _____
Richard Anderson, Employer Trustee

Dated: 2-20-09

By: _____
Joseph Chiarizia, Employer Trustee

Dated: 2/24/09

By: _____
Charles D. Midddleton, Employer Trustee

klc/Madoff/Roof195AF/SIPC Resolution - Indirect

2

## LIST OF TRUSTEES AND CONTACT INFORMATION FOR
## ROOFERS' LOCAL 195 ANNUITY FUND
### (EIN # 14-1721374)

Mr. Ronald E. Haney, Chairman, Union Trustee
Roofers' Local 195 Annuity Fund
6200 State Route 31
Cicero, New York 13039
Telephone:    (315) 699-1808

Gerald W. Crouse, Union Trustee
Roofers' Local 195 Annuity Fund
c/o 6680 State Highway 5
Fort Plain, New York 13339
Telephone:    (518) 993-2842

Mr. Kevin Milligan, Union Trustee
Roofers' Local 195 Annuity Fund
6200 State Route 31
Cicero, New York 13039
Telephone:    (315) 699-1808

Mr. Richard Anderson, Secretary, Union Trustee
Roofers' Local 195 Annuity Fund
c/o WCA Roofing and Sheet Metal
P.O. Box 399
East Syracuse, New York 13057
Telephone:    (315) 463-5291

Mr. Joseph Chiarizia, III, Employer Trustee
Roofers' Local 195 Annuity Fund
c/o Josall Syracuse, Inc.
P.O. Box 158
Eastwood Station
Syracuse, New York 13206
Telephone:    (315) 463-9214

Mr. Charles D. Middleton, Employer Trustee
Roofers' Local 195 Annuity Fund
c/o DeWald Roofing Co., Inc.
P.O. Box 479
Central Square, New York 13063
Telephone:    (315) 676-2744

klc\Madoff\Roofers195AF\Misc\TrusteesList

# SEIU 1199UPSTATE PENSION FUND

4242 Ridge Lea Road, Suite 30, Amherst, New York 14226
(716) 362-0680 • Fax (716) 332-7671

February 27, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinley Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard,

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the SEIU 1199Upstate Pension Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks to receiving payment of the claim as soon as practical.

Sincerely,

SEIU 1199Upstate Pension Fund

Beth Barrett
Fund Manager

Enclosures

Madoff SIPC IndirectMadoffInvest\SEIU 1199 Income Plus

 80-L

CUSTOMER CLAIM

Claim Number_____

Date Received_____

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

DECEMBER 11, 2008

Provide your office and home telephone no.

U. 1199 Upstate Pension Fund
Ridge Lea Road, Suite 30
rst, NY 14226
ie Plus Investment Fund,
ff Account #: 1-I0004
) #: 16-1112391

OFFICE: (315) 434 - 1754

HOME: (315) 456 - 1214

Taxpayer I.D. Number (Social Security No.)
16 - 1112391

(If incorrect, please change)

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************************

1.  Claim for money balances as of December 11, 2008:
    a.  The Broker owes me a Credit (Cr.) Balance of      $    891.13
    b.  I owe the Broker a Debit (Dr.) Balance of         $    - 0 -

c.   If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.        $ _____ - 0 - _____

d.   If balance is zero, insert "None."     _____ None. _____

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.  The Broker owes me securities | X | |
| b.  I owe the Broker securities | | X |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | $6,366,912.67 | X | |
| | Please refer to Income Plus | | |
| | Investment Fund SIPC Claim; | | |
| | the above estimated amount is the | | |
| | Claimant's Share of the Madoff | | |
| | loss only. | | |

Number of Shares or Face Amount of Bonds

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.  Have you or any member of your family
    ever filed a claim under the Securities
    Investor Protection Act of 1970?  if
    so, give name of that broker.                    _____    __X__

    Please list the full name and address of anyone assisting you in the
    preparation of this claim form:____See Exhibit A_____
    _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date __2/27/09_____    Signature___Beth Barrett_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
            together with supporting documentation, etc. to:

                    Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                    Claims Processing Center
                2100 McKinney Ave., Suite 800
                    Dallas, TX 75201

502180406

EXHIBIT A

**LIST OF INDIVIDUALS PROVIDING
ASSISTANCE WITH CLAIM FORM FOR
SEIU 1199UPSTATE PENSION FUND
[EIN #16-1112391]**

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:     (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:     (315) 422-7111


Beth Barrett, Fund Manager
SEIU 1199Upstate Pension Fund
4242 Ridge Lea Road, Suite 30
Amherst, New York  14226
Telephone:     (716) 362-0680

EXHIBIT B

# RESOLUTION

**WHEREAS,** the SEIU 119Upstate Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Beth Barrett, Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**SEIU 1199UPSTATE PENSION FUND**

Dated:_____        By: _____
                                    George Kennedy, Union Trustee

Dated: _2/27/09_____            By: _Carol Ames (bb)_____
                                    Carol Ames, Union Trustee

Dated:_____        By:    _____
                                     Todd Hobler, Union Trustee


Dated:_____        By:    _____
                                     Thomas R. LoStracco, Employer Trustee

klc/Madoff/SEIU 199UPFSIPC/Resolution - Indirect

2

## RESOLUTION

**WHEREAS,** the SEIU 1199Upstate Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Beth Barrett, Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**SEIU 1199UPSTATE PENSION FUND**

Dated: 2/26/09          By: _____
                             George Kennedy, Union Trustee

Dated: _____   By: _____
                             Carol Ames, Union Trustee

Dated: _2/24/09_                By: _____
                                    Todd Hobler, Union Trustee

Dated: _____         By: _____
                                    Thomas R. LoStracco, Employer Trustee

klc/Madoff/SEIU 199UPFSIPC/Resolution - Indirect

2

## RESOLUTION

**WHEREAS,** the SEIU 1199Upstate Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Beth Barrett, Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**SEIU 1199UPSTATE PENSION FUND**

Dated:_____          By:   _____
                                    George Kennedy, Union Trustee

Dated:_____          By:   _____
                                    Carol Ames, Union Trustee

Dated:_____    By:    _____

Todd Hobler, Union Trustee

Dated:____2/25/09____    By:    _____

Thomas R. LoStracco, Employer Trustee

klc/Madoff/SEIU 199UPFSIPC/Resolution - Indirect

2

## SEIU 1199UPSTATE PENSION FUND
### (EIN #16-16-1112391)

**UNION TRUSTEES**

George Kennedy
SEIU 1199Upstate Pension Fund
4242 Ridge Lea Road, Suite 30
Amherst, NY 14226
Telephone: (716) 982-0540

Carol Ames
SEIU 1199Upstate Pension Fund
25 Pullman Street
P.O. Box 525
Brockton, NY 14716
Telephone: (716) 332-7671

Todd Hobler
SEIU 1199Upstate Pension Fund
974 Kenmore Avenue
Buffalo, NY 14216
Telephone: (716) 332-7671

**EMPLOYER TRUSTEES**

Thomas R. LoStracco
SEIU 1199Upstate Pension Fund
c/o Schoellkopf Health Center
621 Tenth Street
Niagara Falls, NY 14302
Telephone: (716) 278-4876

klc\Madoff\SEIU 1199 UPF\TrusteeContactInfo



## Service Employees Pension Fund of Upstate New York

1153 West Fayette Street, P.O. Box 1600
Syracuse, New York 13201
Phone 315-424-1754 • 800-733-1754
Fax    315-479-9030

155 Washington Avenue
Albany, New York 12210
Phone 518-463-0164 • 800-669-8786
Fax    518-463-0516

*Income Plus*

**Stronger Together**

February 27, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinley Ave., Suite 800
Dallas, Texas  75201

Dear Trustee Picard,

       Enclosed please find a complete original SIPC claim filing, and supporting documents,
on behalf of the Board of Trustees for the Service Employees Pension Fund of Upstate New
York ("Fund").

       Please advise if any additional documents are needed.  The Fund looks to receiving
payment of the claim as soon as practical.

                          Sincerely,

                          Service Employees Pension Fund
                          of Upstate New York

                          *Beth Barrett*

                          Beth Barrett
                          Fund Manager

Enclosures

Madoff SIPC IndirectMadoffInvest Income Plus

**Syracuse Office**

Beth Barrett, Joint Fund Manager
Jackie LaPointe, Benefit Specialist
Caroline Viscome, Fund Accountant

**Albany Office**

Terri Christian, Benefit Coordinator
Barbara Emma, Benefit Coordinator

CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Service Employees Pension Plan of Upstate NY
1153 West Fayette St., PO Box 1240
Syracuse, NY  13201
Income Plus Investment Fund,
Madoff Account #:  1-I0004
Tax ID #:  16-0908576

Provide your office and home telephone no.

OFFICE: (315) 424 - 1754

HOME: (315) 456 - 9214

Taxpayer I.D. Number (Social Security No.)
16 - 0908516

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.    Claim for money balances as of December 11, 2008:
     a.    The Broker owes me a Credit (Cr.) Balance of          $    589.52
     b.    I owe the Broker a Debit (Dr.) Balance of          $    - C -

c.   If you wish to repay the Debit Balance,

    please insert the amount you wish to repay and

    attach a check payable to "Irving H. Picard, Esq.,

    Trustee for Bernard L. Madoff Investment Securities LLC."

    If you wish to make a payment, it must be enclosed

    with this claim form.                                    $ _ - O -_

d.   If balance is zero, insert "None."                      _None_

2.   Claim for securities as of December 11, 2008:

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | $4,211,962.91 | X | |
| | Please refer to Income Plus | | |
| | Investment Fund SIPC Claim; | | |
| | the above estimated amount is the | | |
| | Claimant's share of the Madoff | | |
| | loss only. | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

2

information regarding any withdrawals you have ever made or payments received
from the Debtor.

Please explain any differences between the securities or cash claimed and the cash
balance and securities positions on your last account statement. If, at any time, you
complained in writing about the handling of your account to any person or entity or
regulatory authority, and the complaint relates to the cash and/or securities that you are
now seeking, please be sure to provide with your claim copies of the complaint and all
related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION
ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT
PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR
COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, |  | V |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970? If
      so, give name of that broker.                    _____      __X__

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:____See Exhibit A_____
_____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _February 27, 2009_   Signature _Beth Barrett_

Date _____   Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

See Exhibit B
      This customer claim form must be completed and mailed promptly,
          together with supporting documentation, etc. to:

                    Irving H. Picard, Esq.,
      Trustee for Bernard L. Madoff Investment Securities LLC
                    Claims Processing Center
              2100 McKinney Ave., Suite 800
                    Dallas, TX 75201

**EXHIBIT A**

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## SERVICE EMPLOYEES PENSION FUND OF UNY
### [EIN #16-0908576]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770

Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111

Beth Barrett, Fund Manager
Service Employees Pension Fund of UNY
1153 West Fayette Street
P.O. Box 1240
Syracuse, New York  13201
Telephone:    (315) 424-1754

jmc\Madoff\SIPC\IndirectMadoffInvest\SEPF\IncomePlus\ClaimFormAsstList

**EXHIBIT B**

## RESOLUTION

**WHEREAS,** the Service Employees of Upstate New York Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Beth Barrett, Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**SERVICE EMPLOYEES OF UPSTATE NEW YORK PENSION FUND**

Dated:_____

By: _____
    George Kennedy, Union Trustee

Dated:\_\_2/23/09_____

By: _____
    Jeremiah Dennis, Union Trustee

Dated:_____     By:     _____
                                          Melvin Florczak, Employer Trustee


Dated:_____     By:     _____
                                          Susan Nicholson, Employer Trustee

klc/Madoff/SEUNYPF/SIPCResolution - Indirect

## RESOLUTION

**WHEREAS,** the Service Employees of Upstate New York Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Beth Barrett, Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**SERVICE EMPLOYEES OF UPSTATE NEW YORK PENSION FUND**

Dated:_____     By: _____
                                George Kennedy, Union Trustee

Dated:_____     By: _____
                                Jeremiah Dennis, Union Trustee

Dated:_____

By:_____
      Melvin Florczak, Employer Trustee

Dated: _____

By: _____
      Susan Nicholson, Employer Trustee

klc/Madoff/SEUNYPF/SIPCResolution - Indirect

2

## RESOLUTION

**WHEREAS,** the Service Employees of Upstate New York Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Beth Barrett, Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

Dated: 2/26/09

Dated: _____

SERVICE EMPLOYEES OF UPSTATE NEW YORK PENSION FUND

By: _____
George Kennedy, Union Trustee

By: _____
Jeremiah Dennis, Union Trustee

Dated: 2/26/09                    By: _____
                                       Melvin Florczak, Employer Trustee

Dated: _____          By: _____
                                       Susan Nicholson, Employer Trustee

klc/Madoff/SEUNYPF/SIPCResolution - Indirect

## SERVICE EMPLOYEES OF UPSTATE NEW YORK PENSION FUND
### (EIN #16-098576)

### UNION TRUSTEES

Jeremiah Dennis
Service Employees of UNY Pension Fund
1153 West Fayette Street
P.O. Box 1130
Syracuse, NY  13201
Telephone:  (315) 424-1750

George Kennedy
Service Employees of UNY Pension Fund
974 Kenmore Avenue
Buffalo, NY  14216
Telephone:  (716) 982-0540

### EMPLOYER TRUSTEES

Melvin Florczak
Service Employees of UNY Pension
Fund
58 Grand Prix Drive
Cheektowaga, NY  14225
Telephone:  (716) 668-0214

Susan Nicholson
Service Employees of UNY Pension
Fund
Menorah Park/Jewish Home
4101 E Genesee St
Syracuse, NY 13214
Telephone:  (315) 446-9111

klc\Madoff\SEBF\TrusteeContactInfo

**CONSTRUCTION EMPLOYERS ASSOCIATION OF CENTRAL NEW YORK INC.**
6563 RIDINGS ROAD • SYRACUSE, NEW YORK 13206 • TEL: (315)437-3717 • FAX: (315)437-5044

February 27, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Syracuse Builders Exchange, Inc./CEA Pension Plan ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

Syracuse Builders Exchange, Inc./CEA Pension Plan

Earl N. Hall
Trustee and Secretary

Enclosures

jmc\Madoff\SIPC\IndirectMadoffInvest\SBE-CEAPensionPlan\Income-Plus\Picardltr

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Provide your office and home telephone no.

Syracuse Builders Exchange / C.E.A. Pension Plan
6563 Ridings Road
Syracuse, NY 13206
Income Plus Investment Fund,
Madoff Account #:  1-I0004
Tax ID #:  16-1598223

OFFICE: _(315) 437-3717_

HOME: _(315) 437-4050_

Taxpayer I.D. Number (Social Security No.)
_15 - 0464360_

15-046460

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of **December 11, 2008**:
    a.    The Broker owes me a Credit (Cr.) Balance of    $___40.27___
    b.    I owe the Broker a Debit (Dr.) Balance of    $___-0-___

c.    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                              $_____- 0 -_____

d.    If balance is zero, insert "None."              _____None_____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |  |
| b. | I owe the Broker securities |  | X |

c.    if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
|  | $287,726.51 | X |  |
|  | Please refer to Income Plus |  |  |
|  | Investment Fund SIPC Claim; |  |  |
|  | the above estimated amount is the |  |  |
|  | Claimant's share of the Madoff loss only. |  |  |

Number of Shares or Face Amount of Bonds

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation.  You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|     |     | YES | NO |
|-----|-----|-----|-----|
| 3.  | Has there been any change in your account since December 11, 2008?  If so, please explain. |  | X |
| 4.  | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5.  | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6.  | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) |  | X |
| 7.  | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8.  | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. |  | X |

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  if
     so, give name of that broker.                     _____   _X_

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form:____See Exhibit A_____
     _____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _2-25-09_____    Signature _Earl H Hall, Sec-Trustee_

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
         This customer claim form must be completed and mailed promptly,
                together with supporting documentation, etc. to:

                         Irving H. Picard, Esq.,
             Trustee for Bernard L. Madoff Investment Securities LLC
                          Claims Processing Center
                        2100 McKinney Ave., Suite 800
                             Dallas, TX 75201

**EXHIBIT  A**

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## SYRACUSE BUILDERS EXCHANGE, INC./CEA PENSION PLAN
### [EIN NO. 15-0464360]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


Earl N. Hall, Trustee
Syracuse Builders Exchange, Inc./CEA Pension Plan
6563 Ridings Road
Syracuse, NY 13206
Telephone:    (315) 437-9936

**EXHIBIT B**

## RESOLUTION

**WHEREAS,** the Syracuse Builders Exchange, Inc./CEA Pension Plan ("Fund") is an independent functioning single employer ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Earl N. Hall, Secretary and Trustee of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**SYRACUSE BUILDERS EXCHANGE,**
**INC./CEA PENSION PLAN**

Dated: 2-23-09

By: _____
Earl N. Hall, Trustee

Dated: 2/24/2009

By: _____
Samuel Conley, Trustee

Dated: 2/27/2009

By: _____
Robert Henderson, Trustee

## SYRACUSE BUILDERS EXCHANGE, INC./CEA PENSION PLAN
### (EIN NO. 15-0464360)

TRUSTEES

Earl N. Hall, Trustee
Syracuse Builders Exchange, Inc./CEA Pension Plan
6563 Ridings Road
Syracuse, NY 13206
(315) 437-9936


Samuel Conley, Trustee
Syracuse Builders Exchange, Inc./CEA Pension Plan
Whiteacre Engineering
4522 Wetzel Road
Liverpool, NY 13090
(315) 437-9936


Robert Henderson, Trustee
Syracuse Builders Exchange, Inc./CEA Pension Plan
Henderson-Johnson Co., Inc.
918 Canal Street
PO Box 6964
Syracuse, NY 13217
(315) 437-9936