# EXHIBIT C



| Form 5500 | **Annual Return/Report of Employee Benefit Plan** | Official Use Only |
|---|---|---|

**Form 5500**
Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).
Complete all entries in accordance with the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**2008**

**This Form is Open to Public Inspection**

**Part I   Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning May 01, 2008 , and ending April 30, 2009

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II   Basic Plan Information –** enter all requested information.

**1a** Name of plan

BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 2 ALBANY, NY ANNUITY FUND

**1b** Three-digit plan number (PN)   002

**1c** Effective date of plan (mo., day, yr.)
July 01, 1987

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 2 ALBANY, NY ANNUITY FUND
300 CENTRE DRIVE
ALBANY NY 12203-4474

**2b** Employer Identification Number (EIN)
16-1298070

**2c** Sponsor's telephone number
518-456-0259

**2d** Business code (see instructions)
813930

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

|  | 11/26/1202 | STEVEN J OSICK, PLAN ADMINISTRATOR |
|---|---|---|
| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
|  |  | BRICKLAYERS & ALLIED CRAFTWORKERS |
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**

v11.3

Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SA14H

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address    **b** EIN
14-1624930

TRAL, BECKKK & CHIARAM014TE CPAS PC    **c** Telephone no.
7 WAAHINGTON SQUARLR    518-456-6663
AT-BANY  12205

**6** Total number of participants at the beginning of the plan year    **· 6 ·**    1263
**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
  **a** Active participants    **a**    1455
  **b** Retired or separated participants receiving benefits    **· b ·**    49
  **c** Other retired or separated participants entitled to future benefits    **c**
  **d** Subtotal. Add lines **7a, 7b,** and **7c**    **d**    1504
  **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits    **e**    11
  **f** Total. Add lines **7d** and **7e**    **f**    1515
  **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans    **g**    1515
    complete this item)
  **h** Number of participants that terminated employment during the plan year with accrued benefits that were less    **h**
    than 100% vested
  **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated    **i**
    participants required to be reported on a Schedule SSA (Form 5500)
**8** Benefits provided under the plan (complete 8a through 8c, as applicable)
  **a** ☒ <u>Pension benefits</u> (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List
    of Plan Characteristics Codes (printed in the instructions)):

                        2C   3B   _   _   _   _   _   _

  **b** ☐ <u>Welfare benefits</u> (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of
    Plan Characteristics Codes (printed in the instructions)):

                          _   _   _   _   _   _   _   _

**9a** Plan funding arrangement (check all that apply)    **9b** Plan benefit arrangement (check all that apply)
  **(1)** ☐ Insurance    **(1)** ☐ Insurance
  **(2)** ☐ Section 412(e)(3) insurance contracts    **(2)** ☐ Section 412(e)(3) insurance contracts
  **(3)** ☐ Trust    **(3)** ☐ Trust
  **(4)** ☐ General assets of the sponsor    **(4)** ☐ General assets of the sponsor
**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
**a** Pension Benefit Schedules    **b** Financial Schedules
  **(1)** ☒ **R**    (Retirement Plan Information)    **(1)** ☒ **H** (Financial Information)
                          **(2)** ☐ **I** (Financial Information – Small Plan)
  **(2)** ☐0T    (Qualified Pension Plan Coverage Information)    **(3)** ☒ 1 **A** (Insurance Information)
                          **(4)** ☒ **C** (Service Provider Information)
    If a Schedule T is not attached because the plan is    **(5)** ☒ **D** (DFE/Participating Plan Information)
    relying on coverage testing information for a prior    **(6)** ☐ **G** (Financial Transaction Schedules)
    year, enter the year
  **(3)** ☐ **B**    (Actuarial Information)
  **(4)** ☐ **E**    (ESOP Annual Information)
  **(5)** ☐ **SSA** (Separated Vested participant Information)



| Form 5500<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security<br>Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of<br>Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the<br>Employee Retirement Income Security Act of 1974 (ERISA) and<br>sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal<br>Revenue Code (the Code).<br>Complete all entries in accordance with<br>the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>**2008**<br>**This Form is Open to<br>Public Inspection** |
| --- | --- | --- |

**Part I    Annual Report Identification Information**

**For the calendar plan year 2008 or fiscal plan year beginning May 01, 2008 , and ending April 30, 2009**

**A** This return/report is for:
- (1) ☒ a multiemployer plan;
- (2) ☐ a single-employer plan (other than a multiple-employer plan);
- (3) ☐ a multiple-employer plan;
- (4) ☐ a DFE (specify)

**B** This return/report is:
- (1) ☐ the first return/report filed for the plan;
- (2) ☐ the amended return/report;
- (3) ☐ the final return/report filed for the plan;
- (4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II    Basic Plan Information – enter all requested information.**

**1a** Name of plan

BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 2 ALBANY, NY PENSION FUND

**1b** Three-digit plan number (PN)    001

**1c** Effective date of plan (mo., day, yr.)
May 01, 1963

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 2 ALBANY, NY PENSION FUND
300 CENTRE DRIVE
ALBANY NY 12203-4474

**2b** Employer Identification Number (EIN)
14-6075802

**2c** Sponsor's telephone number
518-456-0259

**2d** Business code (see instructions)
813930

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established. Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

STEPHEN J OSICK,PLAN ADMINISTRATOR

Signature of plan administrator        Date        Typed or printed name of individual signing as plan administrator

BRICKLAYERS & ALLIED CRAFTWORKERS

Signature of employer/plan sponsor/DFE        Date        Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
v11.3        Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SA14 R.

**3b** Administrator's EIN
**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address    **b** EIN
14-1624930

TKAT., BECKER & CHIARAMONTE CPA-Q P KMVIN B. TULLY, CPA    **c** Telephone no.
7 WASHINGTON SQUAPR    518-456-6663
ALBANY  12205

| | | |
|---|---|---|
| **6** Total number of participants at the beginning of the plan year | · **6** · | 1696 |
| **7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**) | | |
| **a** Active participants | **a** | 915 |
| **b** Retired or separated participants receiving benefits | · **b** · | 511 |
| **c** Other retired or separated participants entitled to future benefits | **c** | 231 |
| **d** Subtotal. Add lines **7a, 7b,** and **7c** | **d** | 1657 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **e** | 86 |
| **f** Total. Add lines **7d** and **7e** | **f** | 1743 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **g** | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **h** | 45 |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | **i** | 25 |

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

-   -   -   -   -   -

**b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

-   -   -   -   -   -   -

**9a** Plan funding arrangement (check all that apply)      **9b** Plan benefit arrangement (check all that apply)

  (1) ☐ Insurance                    (1) ☐ Insurance
  (2) ☐ Section 412(e)(3) insurance contracts        (2) ☐ Section 412(e)(3) insurance contracts
  (3) ☐ Trust                      (3) ☐ Trust
  (4) ☐ General assets of the sponsor          (4) ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a Pension Benefit Schedules**                **b Financial Schedules**
  (1) ☒ R    (Retirement Plan Information)        (1) ☒ H (Financial Information)
                          (2) ☐ I (Financial Information – Small Plan)
  (2) ☐0T    (Qualified Pension Plan Coverage Information)    (3) ☐ 0 A (Insurance Information)
                          (4) ☒ C (Service Provider Information)
    If a Schedule T is not attached because the plan is    (5) ☒ D (DFE/Participating Plan Information)
    relying on coverage testing information for a prior    (6) ☐ G (Financial Transaction Schedules)
    year, enter the year

  (3) ☒ B    (Actuarial Information)
  (4) ☐ E    (ESOP Annual Information)
  (5) ☒ SSA    (Separated Vested participant Information)


freeERISA.com

**Form 5500**
Department of the Treasury
Internal Revenue Service
Department of Labor
Employee Benefits Security
Administration
Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the
Employee Retirement Income Security Act of 1974 (ERISA) and
sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal
Revenue Code (the Code).
Complete all entries in accordance with
the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089
**2008**
**This Form is Open to
Public Inspection**

**Part I   Annual Report Identification Information**
**For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009**

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☐

**Part II   Basic Plan Information – enter all requested information.**

**1a** Name of plan

ONONDAGA COUNTY LABORERS ANNUITY FUND

**1b** Three-digit plan number (PN)    002

**1c** Effective date of plan (mo., day, yr.)
April 01, 1984

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

ONONDAGA COUNTY LABORERS ANNUITY FUND BOARD OF TRUSTEES
7051 FLY ROAD
EAST SYRACUSE NY 13057-9659

**2b** Employer Identification Number (EIN)
16-1229376
**2c** Sponsor's telephone number
315-434-9305
**2d** Business code (see instructions)
525100

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

GABRIEL ROSETTI, III

Signature of plan administrator          Date          Typed or printed name of individual signing as plan administrator

EARL R. HALL

Signature of employer/plan sponsor/DFE          Date          Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
v11.3

Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAME

**3b** Administrator's EIN
**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

**b** EIN
16-1537589

RICHARD W. HEIMERMAN, CPA P.C.
290 ELWOOD DAVIS ROAD, SUITE 280
LIVERPOOL NY 13088-0000

**c** Telephone no.
315-451-9771

**6** Total number of participants at the beginning of the plan year · **6** · | 492

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

| | | |
|---|---|---|
| **a** Active participants | **a** | 529 |
| **b** Retired or separated participants receiving benefits | · **b** · | 19 |
| **c** Other retired or separated participants entitled to future benefits | **c** | 285 |
| **d** Subtotal. Add lines **7a, 7b,** and **7c** | **d** | 833 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **e** | 19 |
| **f** Total. Add lines **7d** and **7e** | **f** | 852 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **g** | 852 |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **h** | |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | **i** | 17 |

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

2E _ _ _ _ _ _ _

**b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

_ _ _ _ _ _ _

**9a** Plan funding arrangement (check all that apply)

(1) ☐ Insurance
(2) ☐ Section 412(e)(3) insurance contracts
(3) ☐ Trust
(4) ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)

(1) ☐ Insurance
(2) ☐ Section 412(e)(3) insurance contracts
(3) ☐ Trust
(4) ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules

(1) ☐ **R** (Retirement Plan Information)

(2) ☐ **T** (Qualified Pension Plan Coverage Information)

If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year

(3) ☐ **B** (Actuarial Information)
(4) ☐ **E** (ESOP Annual Information)
(5) ☒ **SSA** (Separated Vested participant Information)

**b** Financial Schedules

(1) ☒ **H** (Financial Information)
(2) ☐ **I** (Financial Information – Small Plan)
(3) ☒ 1 **A** (Insurance Information)
(4) ☒ **C** (Service Provider Information)
(5) ☒ **D** (DFE/Participating Plan Information)
(6) ☐ **G** (Financial Transaction Schedules)



**Form 5500**
Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the
Employee Retirement Income Security Act of 1974 (ERISA) and
sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal
Revenue Code (the Code).
Complete all entries in accordance with
the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**2008**

This Form is Open to
Public Inspection

**Part I**   **Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009

**A** This return/report is
for:

(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:

(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II**   **Basic Plan Information** – enter all requested information.

**1a** Name of plan

CENTRAL NEW YORK LABORERS PENSION FUND

**1b** Three-digit
plan number (PN)   001

**1c** Effective date of plan (mo., day, yr.)
January 05, 1960

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

CENTRAL NEW YORK LABORERS PENSION FUND BOARD OF TRUSTEES
7051 FLY ROAD
EAST SYRACUSE NY 13057-9659

**2b** Employer Identification Number (EIN)
15-6016579

**2c** Sponsor's telephone number
315-434-9305

**2d** Business code (see instructions)
525100

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including
accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

GABRIEL M. ROSETTI, III

Signature of plan administrator        Date        Typed or printed name of individual signing as plan administrator

EARL R. HALL

Signature of employer/plan sponsor/DFE      Date      Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**

v11.3

Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the
name, EIN and the plan number from the last return/report below:

**b** EIN

**c** PN

**a** Sponsor's name

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

RICHARD W. HEIMERMAN, CPA P.C.
290 ELWOOD DAVIS ROAD, SUITE 280
LIVERPOOL NY 13088-0000

**b** EIN
16-1537589

**c** Telephone no.
315-451-9771

**6** Total number of participants at the beginning of the plan year · **6** · 677

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

**a** Active participants · **a** · 219

**b** Retired or separated participants receiving benefits · **b** · 281

**c** Other retired or separated participants entitled to future benefits · **c** · 100

**d** Subtotal. Add lines **7a, 7b,** and **7c** · **d** · 600

**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits · **e** · 74

**f** Total. Add lines **7d** and **7e** · **f** · 674

**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) · **g**

**h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested · **h**

**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) · **i** · 7

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☒ <u>Pension benefits</u> (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

1B    1G    _    _    _    _    _    _    _    _

**b** ☐ <u>Welfare benefits</u> (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

_    _    _    _    _    _    _    _

**9a** Plan funding arrangement (check all that apply)

(1) ☐ Insurance

(2) ☐ Section 412(e)(3) insurance contracts

(3) ☐ Trust

(4) ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)

(1) ☐ Insurance

(2) ☐ Section 412(e)(3) insurance contracts

(3) ☐ Trust

(4) ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules

(1) ☒ **R**    (Retirement Plan Information)

(2) ☐ **T**    (Qualified Pension Plan Coverage Information)

If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year

(3) ☒ **B**    (Actuarial Information)

(4) ☐ **E**    (ESOP Annual Information)

(5) ☒ **SSA**    (Separated Vested participant Information)

**b** Financial Schedules

(1) ☒ **H** (Financial Information)

(2) ☐ **I** (Financial Information – Small Plan)

(3) ☐ **A** (Insurance Information)

(4) ☒ **C** (Service Provider Information)

(5) ☒ **D** (DFE/Participating Plan Information)

(6) ☐ **G** (Financial Transaction Schedules)



**Form 5500**
Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the
Employee Retirement Income Security Act of 1974 (ERISA) and
sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal
Revenue Code (the Code).
Complete all entries in accordance with
the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**2008**
**This Form is Open to
Public Inspection**

**Part I    Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009

**A** This return/report is
for:

(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);

(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:

(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;

(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II    Basic Plan Information** – enter all requested information.

**1a** Name of plan

IBEW LOCAL 43 & ELECTRICAL CONTRACTORS PENSION FUND

**1b** Three-digit
plan number (PN)            001

**1c** Effective date of plan (mo., day, yr.)
July 01, 1962

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

IBEW LOCAL 43 & ELECTRICAL CONTRACTORS PENSION FUND
PO BOX 2218
SYRACUSE NY 13220-2218

**2b** Employer Identification Number (EIN)
16-6153389

**2c** Sponsor's telephone number
315-474-5729

**2d** Business code (see instructions)
238210

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including
accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
|---|---|---|
| | | HILLIPLLYP P .1"PEU);50^'K,C |
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.                 Form **5500** (2008)
v11.3

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAME

**3b** Administrator's EIN
16-6153389

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the
name, EIN and the plan number from the last return/report below:

**b** EIN

**c** PN

**a** Sponsor's name

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

PARENTEBEARD I.T.C THOMAS E. RILEY
115 SOLAR ST 100
SYRACUSE N 13204

**b** EIN
23-2932984
**c** Telephone no.
154712777

**6** Total number of participants at the beginning of the plan year    **· 6 ·**    1601

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

**a** Active participants    **a**    850
**b** Retired or separated participants receiving benefits    **· b ·**    478
**c** Other retired or separated participants entitled to future benefits    **c**    250
**d** Subtotal. Add lines **7a, 7b,** and **7c**    **d**    1578
**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits    **e**    86
**f** Total. Add lines **7d** and **7e**    **f**    1664
**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)    **g**
**h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested    **h**    14
**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500)    **i**    11

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☒ <u>Pension benefits</u> (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

\_ \_ \_ \_ \_

**b** ☐ <u>Welfare benefits</u> (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

\_ \_ \_ \_ \_ \_ \_ \_

**9a** Plan funding arrangement (check all that apply)    **9b** Plan benefit arrangement (check all that apply)
   **(1)** ☐ Insurance    **(1)** ☐ Insurance
   **(2)** ☐ Section 412(e)(3) insurance contracts    **(2)** ☐ Section 412(e)(3) insurance contracts
   **(3)** ☐ Trust    **(3)** ☐ Trust
   **(4)** ☐ General assets of the sponsor    **(4)** ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
**a** Pension Benefit Schedules    **b** Financial Schedules
   **(1)** ☒ R    (Retirement Plan Information)    **(1)** ☒ H (Financial Information)
   **(2)** ☐ T (Qualified Pension Plan Coverage Information)    **(2)** ☐ I (Financial Information – Small Plan)
       **(3)** ☐ 0 A (Insurance Information)
   If a Schedule T is not attached because the plan is    **(4)** ☒ C (Service Provider Information)
   relying on coverage testing information for a prior    **(5)** ☒ D (DFE/Participating Plan Information)
   year, enter the year    **(6)** ☐ G (Financial Transaction Schedules)
   **(3)** ☒ B    (Actuarial Information)
   **(4)** ☐ E    (ESOP Annual Information)
   **(5)** ☒ SSA (Separated Vested participant Information)



| **Form 5500** Department of the Treasury Internal Revenue Service Department of Labor Employee Benefits Security Administration Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan** This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code). Complete all entries in accordance with the instructions to the Form 5500. | Official Use Only OMB Nos. 1210 - 0110 1210 - 0089 **2008** **This Form is Open to Public Inspection** |
|---|---|---|

**Part I    Annual Report Identification Information**

**For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009**

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☐

**Part II    Basic Plan Information – enter all requested information.**

**1a** Name of plan

I.B.E.W. LOCAL 139 PENSION PLAN

**1b** Three-digit plan number (PN)    001

**1c** Effective date of plan (mo., day, yr.)
July 01, 1961

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

IBEW LOCAL 139 PENSION FUND BOARD OF TRUSTEES
508 COLLEGE AVENUE
ELMIRA NY 14901-2416

**2b** Employer Identification Number (EIN)
51-6029960

**2c** Sponsor's telephone number
607-732-1237

**2d** Business code (see instructions)
238210

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established. Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

ORLRIEV A - 0OR4O AA,,

| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
|---|---|---|

IBEW LOCAL 139 PENSION FUND

| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |
|---|---|---|

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**    Form **5500** (2008)
v11.3

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SP

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

**b** EIN

**c** Telephone no.

| | | |
|---|---|---|
| **6** Total number of participants at the beginning of the plan year | 6 | 348 |
| **7** Number of participants as of the end of the plan year (welfare plans complete only lines 7a, 7b, 7c, and 7d) | | |
| **a** Active participants | a | 213 |
| **b** Retired or separated participants receiving benefits | b | 86 |
| **c** Other retired or separated participants entitled to future benefits | c | 29 |
| **d** Subtotal. Add lines 7a, 7b, and 7c | d | 328 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | e | 19 |
| **f** Total. Add lines 7d and 7e | f | 347 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | g | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | h | |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | i | |

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

1B   -   -   -   -   -   -   -

**b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

-   -   -   -   -   -   -

**9a** Plan funding arrangement (check all that apply)
  (1) ☐ Insurance
  (2) ☐ Section 412(e)(3) insurance contracts
  (3) ☐ Trust
  (4) ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)
  (1) ☐ Insurance
  (2) ☐ Section 412(e)(3) insurance contracts
  (3) ☐ Trust
  (4) ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a Pension Benefit Schedules**
  (1) ☒ R    (Retirement Plan Information)

  (2) ☐ 0T    (Qualified Pension Plan Coverage Information)

      If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year

  (3) ☒ B    (Actuarial Information)
  (4) ☐ E    (ESOP Annual Information)
  (5) ☐ SSA    (Separated Vested participant Information)

**b Financial Schedules**
  (1) ☒ H    (Financial Information)
  (2) ☐ I    (Financial Information – Small Plan)
  (3) ☒ 1 A    (Insurance Information)
  (4) ☒ C    (Service Provider Information)
  (5) ☒ D    (DFE/Participating Plan Information)
  (6) ☐ G    (Financial Transaction Schedules)



| | | |
|---|---|---|
| **Form 5500**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security<br>Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of**<br>**Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the<br>Employee Retirement Income Security Act of 1974 (ERISA) and<br>sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal<br>Revenue Code (the Code).<br>Complete all entries in accordance with<br>the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>**2008**<br>**This Form is Open to**<br>**Public Inspection** |

**Part I    Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning June 01, 2008 , and ending May 31, 2009

A This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

B This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

C If the plan is a collectively-bargained plan, check here ☒

D If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II    Basic Plan Information – enter all requested information.**

1a Name of plan

LOCAL 241 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS PENSION PLAN

1b Three-digit plan number (PN)    001

1c Effective date of plan (mo., day, yr.)
June 01, 1964

2a Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

LOCAL 241 OF THE I.B.E.W.
701 W. STATE STREET
ITHACA NY 14850-3309

2b Employer Identification Number (EIN)
16-6118689

2c Sponsor's telephone number
607-272-2809

2d Business code (see instructions)
238210

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
|---|---|---|
| | 03/12/2010 | |
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    Form **5500** (2008)
    v11.3

3a Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAME

3b Administrator's EIN

3c Administrator's telephone number

4 If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

a Sponsor's name

b EIN

c PN

08-01789-cgm    Doc 4068-5    Filed 05/16/11    Entered 05/16/11 15:33:30    Exhibit G
Objectors Form 5500s    Pg 15 of 43

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address                **b** EIN
                                                                                                                    16-1171627
CDT.M & COMPANY CPAR, LLP PA!.RXI(,K JORNAN                                                                         **c** Telephone no.
401 E STATE STIT 500                                                                                                607-272-4444
ITHARA  14890

**6** Total number of participants at the beginning of the plan year                                                · **6** ·    173
**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
   **a** Active participants                                                                                        **a**    153
   **b** Retired or separated participants receiving benefits                                                       · **b** ·    29
   **c** Other retired or separated participants entitled to future benefits                                        **c**    15
   **d** Subtotal. Add lines **7a, 7b,** and **7c**                                                                 **d**    197
   **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits                **e**    2
   **f** Total. Add lines **7d** and **7e**                                                                         **f**    199
   **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans    **g**
       complete this item)
   **h** Number of participants that terminated employment during the plan year with accrued benefits that were less    **h**
       than 100% vested
   **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated    **i**    4
       participants required to be reported on a Schedule SSA (Form 5500)
**8** Benefits provided under the plan (complete 8a through 8c, as applicable)
   **a** ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List
       of Plan Characteristics Codes (printed in the instructions)):

                                                              -    -    -    -    -    -    -    -    -

   **b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of
       Plan Characteristics Codes (printed in the instructions)):

                                                              -    -    -    -    -    -    -    -    -

**9a** Plan funding arrangement (check all that apply)         **9b** Plan benefit arrangement (check all that apply)
   **(1)** ☐ Insurance                                             **(1)** ☐ Insurance
   **(2)** ☐ Section 412(e)(3) insurance contracts                 **(2)** ☐ Section 412(e)(3) insurance contracts
   **(3)** ☐ Trust                                                 **(3)** ☐ Trust
   **(4)** ☐ General assets of the sponsor                         **(4)** ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
   **a Pension Benefit Schedules**                                 **b Financial Schedules**
   **(1)** ☒ **R**    (Retirement Plan Information)                 **(1)** ☒ **H** (Financial Information)
                                                                   **(2)** ☐ **I** (Financial Information – Small Plan)
   **(2)** ☐ **0T**    (Qualified Pension Plan Coverage Information)   **(3)** ☐ **0 A** (Insurance Information)
                                                                   **(4)** ☒ **C** (Service Provider Information)
       If a Schedule T is not attached because the plan is        **(5)** ☒ **D** (DFE/Participating Plan Information)
       relying on coverage testing information for a prior         **(6)** ☐ **G** (Financial Transaction Schedules)
       year, enter the year
   **(3)** ☒ **B**    (Actuarial Information)
   **(4)** ☐ **E**    (ESOP Annual Information)
   **(5)** ☒ **SSA** (Separated Vested participant Information)



| Form 5500 | **Annual Return/Report of** | Official Use Only |
|---|---|---|
| Department of the Treasury | **Employee Benefit Plan** | OMB Nos. 1210 - 0110 |
| Internal Revenue Service | | 1210 - 0089 |
| Department of Labor | This form is required to be filed under sections 104 and 4065 of the | **2007** |
| Employee Benefits Security | Employee Retirement Income Security Act of 1974 (ERISA) and | This Form is Open to |
| Administration | sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal | Public Inspection |
| Pension Benefit Guaranty Corporation | Revenue Code (the Code). | |

**Annual Return/Report of Employee Benefit Plan**

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).
Complete all entries in accordance with the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
        1210 - 0089
**2007**
This Form is Open to
Public Inspection

**Part I    Annual Report Identification Information**

For the calendar plan year 2007 or fiscal plan year beginning September 01, 2007 , and ending August 31, 2008

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☐

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☐

**Part II    Basic Plan Information – enter all requested information.**

**1a** Name of plan

IBEW LOCAL 325 PENSION FUND

**1b** Three-digit plan number (PN)    001

**1c** Effective date of plan (mo., day, yr.)
June 01, 1963

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

TRUSTEES OF IBEW LOCAL 325 PENSION FUND
24 EMMA STREET
BINGHAMTON NY 13905-2502

**2b** Employer Identification Number (EIN)
16-6098105

**2c** Sponsor's telephone number
607-797-1919

**2d** Business code (see instructions)
525100

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

JAMES COLLINS

| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
|---|---|---|

TRUSTEES OF IBEW LOCAL 325

| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |
|---|---|---|

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
v2.3

Form **5500** (2007)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address    **b** EIN
13-2550103

DARCANGELO & CO., LLP DARCANGELO & CO., LLP    **c** Telephone no.
200 EAST GARDEN STREET    315-336-9220
ROME NY 13442-4300

**6**  Total number of participants at the beginning of the plan year    **·6·**    502
**7**  Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
**a** Active participants    **a**    257
**b** Retired or separated participants receiving benefits    **·b·**    171
**c** Other retired or separated participants entitled to future benefits    **c**    76
**d** Subtotal. Add lines **7a, 7b,** and **7c**    **d**    504
**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits    **e**
**f** Total. Add lines **7d** and **7e**    **f**    504
**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans    **g**
complete this item)
**h** Number of participants that terminated employment during the plan year with accrued benefits that were less    **h**
than 100% vested
**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated    **i**
participants required to be reported on a Schedule SSA (Form 5500)
**8**  Benefits provided under the plan (complete 8a through 8c, as applicable)
**a** ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List
of Plan Characteristics Codes (printed in the instructions)):

<u>1B</u> _ _ _ _ _ _ _ _

**b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of
Plan Characteristics Codes (printed in the instructions)):

_ _ _ _ _ _ _ _

**9a** Plan funding arrangement (check all that apply)    **9b** Plan benefit arrangement (check all that apply)
    **(1)** ☐ Insurance    **(1)** ☐ Insurance
    **(2)** ☐ Section 412(i) insurance contracts    **(2)** ☐ Section 412(i) insurance contracts
    **(3)** ☐ Trust    **(3)** ☐ Trust
    **(4)** ☐ General assets of the sponsor    **(4)** ☐ General assets of the sponsor
**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
**a** **Pension Benefit Schedules**    **b** **Financial Schedules**
    **(1)** ☐ **R**    (Retirement Plan Information)    **(1)** ☒ **H** (Financial Information)
        **(2)** ☐ **I** (Financial Information – Small Plan)
    **(2)** ☐ **0T**    (Qualified Pension Plan Coverage Information)    **(3)** ☒ **1 A** (Insurance Information)
        **(4)** ☒ **C** (Service Provider Information)
        **(5)** ☒ **D** (DFE/Participating Plan Information)
    If a Schedule T is not attached because the plan is    **(6)** ☐ **G** (Financial Transaction Schedules)
    relying on coverage testing information for a prior
    year, enter the year
    **(3)** ☒ **B**    (Actuarial Information)
    **(4)** ☐ **E**    (ESOP Annual Information)
    **(5)** ☐ **SSA** (Separated Vested participant Information)



freeERISA.com

| | | |
|---|---|---|
| **Form 5500**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security<br>Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>Complete all entries in accordance with the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>**2008**<br>**This Form is Open to Public Inspection** |

**Part I    Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009

A This return/report is for:
- (1) ☒ a multiemployer plan;
- (2) ☐ a single-employer plan (other than a multiple-employer plan);
- (3) ☐ a multiple-employer plan;
- (4) ☐ a DFE (specify)

B This return/report is:
- (1) ☐ the first return/report filed for the plan;
- (2) ☐ the amended return/report;
- (3) ☐ the final return/report filed for the plan;
- (4) ☐ a short plan year return/report (less than 12 months).

C If the plan is a collectively-bargained plan, check here ☒

D If you filed for an extension of time to file, check the box and attach a copy of the extension application ☐

**Part II    Basic Plan Information – enter all requested information.**

1a Name of plan

I.B.E.W. LOCAL 910 ANNUITY FUND

1b Three-digit plan number (PN)        002

1c Effective date of plan (mo., day, yr.)
April 01, 1988

2a Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

I.B.E.W. LOCAL 910 ANNUITY FUND
25001 WATER STREET
WATERTOWN NY 13601-2145

2b Employer Identification Number (EIN)
22-6447520

2c Sponsor's telephone number
315-782-5941

2d Business code (see instructions)
561110

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements, and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

F

_____      _____      _____
Signature of plan administrator        Date        Typed or printed name of individual signing as plan administrator

_____      _____      _____
Signature of employer/plan sponsor/DFE        Date        Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.        Form 5500 (2008)
v11.3

3a Plan administrator's name and address (if same as plan sponsor, enter"Same")

TRUSTEES OF PLAN
25001 WATER STREET
WATERTOWN NY 13601-2145

3b Administrator's EIN
22-6447520

3c Administrator's telephone number
315-782-5941

4 If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

b EIN

a Sponsor's name

c PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

**b** EIN
16-1215909

STACKEL & NAVARRA, CPA, PC
216 WASHINGTON ST STE 402
WATERTOWN NY 13601-3336

**c** Telephone no.
315-782-1220

**6** Total number of participants at the beginning of the plan year    **6**    625

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

**a** Active participants    **a**    648

**b** Retired or separated participants receiving benefits    **b**

**c** Other retired or separated participants entitled to future benefits    **c**

**d** Subtotal. Add lines **7a, 7b,** and **7c**    **d**    648

**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits    **e**

**f** Total. Add lines **7d** and **7e**    **f**    648

**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)    **g**    648

**h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested    **h**

**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500)    **i**

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☒ <u>Pension benefits</u> (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

2E   _   _   _   _   _   _   _

**b** ☐ <u>Welfare benefits</u> (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

_   _   _   _   _   _   _

**9a** Plan funding arrangement (check all that apply)
  (1) ☐ Insurance
  (2) ☐ Section 412(e)(3) insurance contracts
  (3) ☐ Trust
  (4) ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)
  (1) ☐ Insurance
  (2) ☐ Section 412(e)(3) insurance contracts
  (3) ☐ Trust
  (4) ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules
  (1) ☐ **R**    (Retirement Plan Information)
  (2) ☐0T    (Qualified Pension Plan Coverage Information)

   If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year

  (3) ☐ **B**    (Actuarial Information)
  (4) ☐ **E**    (ESOP Annual Information)
  (5) ☐ **SSA** (Separated Vested participant Information)

**b** Financial Schedules
  (1) ☒ **H** (Financial Information)
  (2) ☐ **I** (Financial Information – Small Plan)
  (3) ☐ 0 **A** (Insurance Information)
  (4) ☒ **C** (Service Provider Information)
  (5) ☒ **D** (DFE/Participating Plan Information)
  (6) ☐ **G** (Financial Transaction Schedules)



| | | |
|---|---|---|
| **Form 5500**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security<br>Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of<br>Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the<br>Employee Retirement Income Security Act of 1974 (ERISA) and<br>sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal<br>Revenue Code (the Code).<br>Complete all entries in accordance with<br>the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>**2008**<br>**This Form is Open to<br>Public Inspection** |

**Part I    Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009

**A** This return/report is for:
- (1) ☒ a multiemployer plan;
- (2) ☐ a single-employer plan (other than a multiple-employer plan);
- (3) ☐ a multiple-employer plan;
- (4) ☐ a DFE (specify)

**B** This return/report is:
- (1) ☐ the first return/report filed for the plan;
- (2) ☐ the amended return/report;
- (3) ☐ the final return/report filed for the plan;
- (4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☐

**Part II    Basic Plan Information – enter all requested information.**

**1a** Name of plan

I.B.E.W. LOCAL 910 PENSION FUND

**1b** Three-digit plan number (PN)  001

**1c** Effective date of plan (mo., day, yr.)
July 01, 1966

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

I.B.E.W. LOCAL 910 PENSION FUND
25001 WATER STREET
WATERTOWN NY 13601-2145

**2b** Employer Identification Number (EIN)
16-6149240

**2c** Sponsor's telephone number
315-782-5941

**2d** Business code (see instructions)
561110

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established. Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

| | | |
|---|---|---|
| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
v11.3
Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

TRUSTEES OF THE PLAN FOR I.B.E.W. LOCAL 910
25001 WATER STREET
WATERTOWN NY 13601-2145

**3b** Administrator's EIN
16-6100240

**3c** Administrator's telephone number
315-782-5941

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address    **b** EIN

**c** Telephone no.

**6**  Total number of participants at the beginning of the plan year    · **6** ·    661
**7**  Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
 **a** Active participants    a    387
 **b** Retired or separated participants receiving benefits    · **b** ·    182
 **c** Other retired or separated participants entitled to future benefits    c    79
 **d** Subtotal. Add lines **7a, 7b,** and **7c**    d    648
 **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits    e
 **f** Total. Add lines **7d** and **7e**    f    648
 **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans    g
 complete this item)
 **h** Number of participants that terminated employment during the plan year with accrued benefits that were less    h
 than 100% vested
 **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated    i    4
 participants required to be reported on a Schedule SSA (Form 5500)
**8**  Benefits provided under the plan (complete 8a through 8c, as applicable)
 **a** ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List
 of Plan Characteristics Codes (printed in the instructions)):

1G   _   _   _   _   _   _

 **b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of
 Plan Characteristics Codes (printed in the instructions)):

_   _   _   _   _   _   _

**9a** Plan funding arrangement (check all that apply)    **9b** Plan benefit arrangement (check all that apply)
  **(1)** ☐ Insurance    **(1)** ☐ Insurance
  **(2)** ☐ Section 412(e)(3) insurance contracts    **(2)** ☐ Section 412(e)(3) insurance contracts
  **(3)** ☐ Trust    **(3)** ☐ Trust
  **(4)** ☐ General assets of the sponsor    **(4)** ☐ General assets of the sponsor
**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
 **a Pension Benefit Schedules**    **b Financial Schedules**
  **(1)** ☒ R    (Retirement Plan Information)    **(1)** ☒  H (Financial Information)
                                                   **(2)** ☐  I (Financial Information – Small Plan)
  **(2)** ☐0T    (Qualified Pension Plan Coverage Information)    **(3)** ☐ 0 A (Insurance Information)
                                                   **(4)** ☒  C (Service Provider Information)
                                                   **(5)** ☒  D (DFE/Participating Plan Information)
    If a Schedule T is not attached because the plan is    **(6)** ☐  G (Financial Transaction Schedules)
    relying on coverage testing information for a prior
    year, enter the year
  **(3)** ☒ B    (Actuarial Information)
  **(4)** ☐ E    (ESOP Annual Information)
  **(5)** ☒ SSA (Separated Vested participant Information)


freeERISA.com

**Form 5500**
Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the
Employee Retirement Income Security Act of 1974 (ERISA) and
sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal
Revenue Code (the Code).
Complete all entries in accordance with
the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**2008**

**This Form is Open to
Public Inspection**

**Part I    Annual Report Identification Information**
For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending December 31, 2008

**A** This return/report is
for:
  (1) ☒ a multiemployer plan;
  (2) ☐ a single-employer plan (other than a multiple-employer plan);
  (3) ☐ a multiple-employer plan;
  (4) ☐ a DFE (specify)

**B** This return/report is:
  (1) ☐ the first return/report filed for the plan;
  (2) ☐ the amended return/report;
  (3) ☐ the final return/report filed for the plan;
  (4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II    Basic Plan Information –** enter all requested information.

**1a** Name of plan

  IBEW LOCAL 1249 PENSION PLAN

**1b** Three-digit
plan number (PN)   001

**1c** Effective date of plan (mo., day, yr.)
July 03, 1962

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

  IBEW LOCAL 1249 PENSION PLAN BOARD OF TRUSTEES
  6518 FREMONT ROAD. P.O. BOX 301
  EAST SYRACUSE NY 13057-9453

**2b** Employer Identification Number (EIN)
15-6035161

**2c** Sponsor's telephone number
315-656-8390

**2d** Business code (see instructions)
238210

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including
accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

DANIEL DAFOE

| | | |
|---|---|---|
| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
| | 11/14/1449 | IBEW LOCAL 1249 PENSION PLAN |
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
v11.3

Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

  SA14F.

**3b** Administrator's EIN
**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the
name, EIN and the plan number from the last return/report below:

  **a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

**b** EIN
23-3060766

BRARN MILLKK COIDPANY LLP
115 SOT-AR SRK(EET 100
SIXACUSE W 13204

**c** Telephone no.
154712777

**6** Total number of participants at the beginning of the plan year    **·6·**    2125

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

| | | |
|---|---|---|
| **a** Active participants | **a** | 1284 |
| **b** Retired or separated participants receiving benefits | **·b·** | 384 |
| **c** Other retired or separated participants entitled to future benefits | **c** | 506 |
| **d** Subtotal. Add lines **7a, 7b,** and **7c** | **d** | 2174 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **e** | 123 |
| **f** Total. Add lines **7d** and **7e** | **f** | 2297 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **g** | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **h** | |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | **i** | 43 |

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☒ <u>Pension benefits</u> (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

     1A    1B    _    _    _    _    _    _

**b** ☐ <u>Welfare benefits</u> (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

     _    _    _    _    _    _    _    _

**9a** Plan funding arrangement (check all that apply)

   **(1)** ☐ Insurance
   **(2)** ☐ Section 412(e)(3) insurance contracts
   **(3)** ☐ Trust
   **(4)** ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)

   **(1)** ☐ Insurance
   **(2)** ☐ Section 412(e)(3) insurance contracts
   **(3)** ☐ Trust
   **(4)** ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules

   **(1)** ☒ **R**    (Retirement Plan Information)

   **(2)** ☐ 0T    (Qualified Pension Plan Coverage Information)

     If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year

   **(3)** ☒ **B**    (Actuarial Information)
   **(4)** ☐ **E**    (ESOP Annual Information)
   **(5)** ☒ **SSA** (Separated Vested participant Information)

**b** Financial Schedules

   **(1)** ☒ **H** (Financial Information)
   **(2)** ☐ **I** (Financial Information – Small Plan)
   **(3)** ☒ 1 **A** (Insurance Information)
   **(4)** ☒ **C** (Service Provider Information)
   **(5)** ☒ **D** (DFE/Participating Plan Information)
   **(6)** ☐ **G** (Financial Transaction Schedules)



**Form 5500**
Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).
Complete all entries in accordance with the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089
**2008**
**This Form is Open to Public Inspection**

**Part I — Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning January 01, 2008 , and ending December 31, 2008

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II — Basic Plan Information – enter all requested information.**

**1a** Name of plan

LABORERS LOCAL 103 ANNUITY FUND

**1b** Three-digit plan number (PN)  002

**1c** Effective date of plan (mo., day, yr.)
June 01, 2002

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

TRUSTEES OF LABORERS LOCAL 103 ANNUITY FUND
P.O. BOX 571
GENEVA NY 14456-0571

**2b** Employer Identification Number (EIN)
01-6214544

**2c** Sponsor's telephone number
315-539-4220

**2d** Business code (see instructions)
525100

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established. Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

UNION TRUSTEE

_____       _____       _____
Signature of plan administrator          Date          Typed or printed name of individual signing as plan administrator

MANAGEMENT TRUSTEE

_____       _____       _____
Signature of employer/plan sponsor/DFE          Date          Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

v11.3

Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAIME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address    **b** EIN

**c** Telephone no.

**6** Total number of participants at the beginning of the plan year    **· 6 ·**    166
**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
**a** Active participants    **a**    159
**b** Retired or separated participants receiving benefits    **· b ·**
**c** Other retired or separated participants entitled to future benefits    **c**
**d** Subtotal. Add lines **7a, 7b,** and **7c**    **d**    159
**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits    **e**
**f** Total. Add lines **7d** and **7e**    **f**    159
**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans    **g**    159
   complete this item)
**h** Number of participants that terminated employment during the plan year with accrued benefits that were less    **h**
   than 100% vested
**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated    **i**
   participants required to be reported on a Schedule SSA (Form 5500)
**8** Benefits provided under the plan (complete 8a through 8c, as applicable)
**a** ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List
   of Plan Characteristics Codes (printed in the instructions)):

                                              2E    _    _    _    _    _    _    _    _

**b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of
   Plan Characteristics Codes (printed in the instructions)):

                                                    _    _    _    _    _    _    _

**9a** Plan funding arrangement (check all that apply)         **9b** Plan benefit arrangement (check all that apply)
   **(1)** ☐ Insurance                                            **(1)** ☐ Insurance
   **(2)** ☐ Section 412(e)(3) insurance contracts               **(2)** ☐ Section 412(e)(3) insurance contracts
   **(3)** ☐ Trust                                               **(3)** ☐ Trust
   **(4)** ☐ General assets of the sponsor                       **(4)** ☐ General assets of the sponsor
**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
**a Pension Benefit Schedules**                               **b Financial Schedules**
   **(1)** ☐ **R**    (Retirement Plan Information)              **(1)** ☒ **H** (Financial Information)
                                                               **(2)** ☐ **I** (Financial Information – Small Plan)
   **(2)** ☐0**T**    (Qualified Pension Plan Coverage Information)    **(3)** ☐ 0 **A** (Insurance Information)
                                                               **(4)** ☒ **C** (Service Provider Information)
      If a Schedule T is not attached because the plan is    **(5)** ☒ **D** (DFE/Participating Plan Information)
      relying on coverage testing information for a prior     **(6)** ☐ **G** (Financial Transaction Schedules)
      year, enter the year
   **(3)** ☐ **B**    (Actuarial Information)
   **(4)** ☐ **E**    (ESOP Annual Information)
   **(5)** ☐ **SSA**  (Separated Vested participant Information)


freeERISA.com

**Form 5500**
Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the
Employee Retirement Income Security Act of 1974 (ERISA) and
sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal
Revenue Code (the Code).
Complete all entries in accordance with
the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**2008**

**This Form is Open to
Public Inspection**

**Part I     Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning January 01, 2008 , and ending December 31, 2008

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II     Basic Plan Information** – enter all requested information.

**1a** Name of plan

LABORERS LOCAL 103 PENSION PLAN

**1b** Three-digit plan number (PN)      001

**1c** Effective date of plan (mo., day, yr.)
May 01, 1964

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

TRUSTEES OF LABORERS LOCAL 103 PENSION FUND
P.O. BOX 571
GENEVA NY 14456-0571

**2b** Employer Identification Number (EIN)
16-6062260

**2c** Sponsor's telephone number
315-539-4220

**2d** Business code (see instructions)
525100

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including
accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

UNION TRUSTEE

| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |

MANAGEMENT TRUSTEE

| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
v11.3

Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)  **a** Name (including firm name, if applicable) and address  **b** EIN

**c** Telephone no.

**6** Total number of participants at the beginning of the plan year  · **6** ·  268
**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
**a** Active participants  **a**  99
**b** Retired or separated participants receiving benefits  · **b** ·  103
**c** Other retired or separated participants entitled to future benefits  **c**  39
**d** Subtotal. Add lines **7a, 7b,** and **7c**  **d**  241
**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits  **e**  20
**f** Total. Add lines **7d** and **7e**  **f**  261
**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)  **g**
**h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested  **h**
**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500)  **i**  2
**8** Benefits provided under the plan (complete 8a through 8c, as applicable)
**a** ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

<u>1B</u>  <u>1G</u>  _   _   _   _   _   _   _   _

**b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

_   _   _   _   _   _   _   _

**9a** Plan funding arrangement (check all that apply)  **9b** Plan benefit arrangement (check all that apply)
**(1)** ☐ Insurance  **(1)** ☐ Insurance
**(2)** ☐ Section 412(e)(3) insurance contracts  **(2)** ☐ Section 412(e)(3) insurance contracts
**(3)** ☐ Trust  **(3)** ☐ Trust
**(4)** ☐ General assets of the sponsor  **(4)** ☐ General assets of the sponsor
**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
**a** Pension Benefit Schedules  **b** Financial Schedules
**(1)** ☒ R  (Retirement Plan Information)  **(1)** ☒ H  (Financial Information)
  **(2)** ☐ I  (Financial Information – Small Plan)
**(2)** ☐0T  (Qualified Pension Plan Coverage Information)  **(3)** ☐ 0 A  (Insurance Information)
  **(4)** ☒ C  (Service Provider Information)
  If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year  **(5)** ☒ D  (DFE/Participating Plan Information)
  **(6)** ☐ G  (Financial Transaction Schedules)
**(3)** ☒ B  (Actuarial Information)
**(4)** ☐ E  (ESOP Annual Information)
**(5)** ☒ SSA  (Separated Vested participant Information)



**Form 5500**
Department of the Treasury
Internal Revenue Service
Department of Labor
Employee Benefits Security
Administration
Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the
Employee Retirement Income Security Act of 1974 (ERISA) and
sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal
Revenue Code (the Code).
Complete all entries in accordance with
the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089
**2008**
**This Form is Open to
Public Inspection**

**Part I    Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning October 01, 2008 , and ending September 30, 2009

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II    Basic Plan Information** – enter all requested information.

**1a** Name of plan

LOCAL 73 ANNUITY FUND

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

BOARD OF TRUSTEES OF LOCAL 73 ANNUITY FUND
P.O. BOX 911
OSWLEGO NY 13126-0911

**1b** Three-digit plan number (PN)    002

**1c** Effective date of plan (mo., day, yr.)

**2b** Employer Identification Number (EIN)
16-1586694

**2c** Sponsor's telephone number
315-343-1808

**2d** Business code (see instructions)
238900

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including
accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

JAMES P. GAFK'N)I;Y

|  |  |  |
|---|---|---|
| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |

PATKCICK RARROLL

|  |  |  |
|---|---|---|
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
v11.3

Form 5500 (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

JAMMS P. GAFF14BY
705 RAGT SENECA STREET
OSWISGO NY 13126

**3b** Administrator's EIN
22-3739111

**3c** Administrator's telephone number
315-343-1808

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**b** EIN

**a** Sponsor's name

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address          **b** EIN
                                                                                                              23-2932984
PARENTEBRARD LLC THOMAS E. RILEY                                                                              **c** Telephone no.
115 SOLAR SFREET 100                                                                                          315-471-2777
SYKACUSE  13204

**6** Total number of participants at the beginning of the plan year                                      **6**      560
**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
**a** Active participants                                                                                 **a**      406
**b** Retired or separated participants receiving benefits                                                **b**       29
**c** Other retired or separated participants entitled to future benefits                                 **c**      150
**d** Subtotal. Add lines **7a, 7b,** and **7c**                                                          **d**      585
**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits         **e**
**f** Total. Add lines **7d** and **7e**                                                                  **f**      585
**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans   **g**      585
complete this item)
**h** Number of participants that terminated employment during the plan year with accrued benefits that were less   **h**
than 100% vested
**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated     **i**       11
participants required to be reported on a Schedule SSA (Form 5500)
**8** Benefits provided under the plan (complete 8a through 8c, as applicable)
**a** ☒ <u>Pension benefits</u> (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List
of Plan Characteristics Codes (printed in the instructions)):

                                                                    2E      _   _   _   _   _   _   _   _

**b** ☐ <u>Welfare benefits</u> (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of
Plan Characteristics Codes (printed in the instructions)):

                                                                            _   _   _   _   _   _   _   _

**9a** Plan funding arrangement (check all that apply)          **9b** Plan benefit arrangement (check all that apply)
  **(1)** ☐ Insurance                                              **(1)** ☐ Insurance
  **(2)** ☐ Section 412(e)(3) insurance contracts                  **(2)** ☐ Section 412(e)(3) insurance contracts
  **(3)** ☐ Trust                                                  **(3)** ☐ Trust
  **(4)** ☐ General assets of the sponsor                          **(4)** ☐ General assets of the sponsor
**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
**a** Pension Benefit Schedules                                 **b** Financial Schedules
  **(1)** ☐ R    (Retirement Plan Information)                     **(1)** ☒ H  (Financial Information)
                                                                   **(2)** ☐    I  (Financial Information – Small Plan)
  **(2)** ☐0T    (Qualified Pension Plan Coverage Information)     **(3)** ☐ 0 A (Insurance Information)
                                                                   **(4)** ☒ C  (Service Provider Information)
         If a Schedule T is not attached because the plan is      **(5)** ☒ D  (DFE/Participating Plan Information)
         relying on coverage testing information for a prior      **(6)** ☐ G  (Financial Transaction Schedules)
         year, enter the year
  **(3)** ☐ B    (Actuarial Information)
  **(4)** ☐ E    (ESOP Annual Information)
  **(5)** ☒ SSA  (Separated Vested participant Information)


**freeERISA**.com

| | | |
|---|---|---|
| **Form 5500**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security<br>Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the<br>Employee Retirement Income Security Act of 1974 (ERISA) and<br>sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal<br>Revenue Code (the Code).<br>Complete all entries in accordance with<br>the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>**2008**<br>**This Form is Open to<br>Public Inspection** |

**Part I    Annual Report Identification Information**

**For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009**

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II    Basic Plan Information – enter all requested information.**

**1a** Name of plan

LOCAL 73 RETIREMENT FUND

**1b** Three-digit plan number (PN)    001

**1c** Effective date of plan (mo., day, yr.)
July 01, 1419

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

LOCAL 73 RETIREMENT FUND
705 RAST SENECA STMEET, PO BOX 911
OSWJ5GO NY 13126-0911

**2b** Employer Identification Number (EIN)
15-6016577

**2c** Sponsor's telephone number
315-343-1808

**2d** Business code (see instructions)
525100

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

JAIAKS GAFFNEY

_____    _____    _____
Signature of plan administrator          Date          Typed or printed name of individual signing as plan administrator

LORAT. 73 RETIR1914KNT FUNI)

_____    _____    _____
Signature of employer/plan sponsor/DFE          Date          Typed or printed name of individual signing as employer, plan
                                                                                         sponsor or DFE as applicable

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
v11.3                                                                                    Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

JAMES GAFKNEY
705 EAST SENECA STREET PO BOX 911
OSWZGO NY 13126-0911

**3b** Administrator's EIN
22-3739111

**3c** Administrator's telephone number
315-343-1808

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**b** EIN

**c** PN

**a** Sponsor's name

**5** Preparer information (optional)     **a** Name (including firm name, if applicable) and address

**b** EIN
23-2932984

PARENTEBEARN LLC THOMAS E. RILEY
115 SOLAR STREET 100
SYRACUSE  13204

**c** Telephone no.
315-471-2777

**6** Total number of participants at the beginning of the plan year · **6** · 860

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

| | | | |
|---|---|---|---|
| **a** Active participants | **a** | 339 |
| **b** Retired or separated participants receiving benefits | · **b** · | 363 |
| **c** Other retired or separated participants entitled to future benefits | **c** | 83 |
| **d** Subtotal. Add lines **7a, 7b,** and **7c** | **d** | 785 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **e** | 83 |
| **f** Total. Add lines **7d** and **7e** | **f** | 868 |

**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)     **g**

**h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested     **h**     1

**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500)     **i**     1

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** [X] <u>Pension benefits</u> (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

<u>1B</u>  _  _  _  _  _  _  _  _  _

**b** [ ] <u>Welfare benefits</u> (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

_  _  _  _  _  _  _

**9a** Plan funding arrangement (check all that apply)

  **(1)** [ ] Insurance
  **(2)** [ ] Section 412(e)(3) insurance contracts
  **(3)** [ ] Trust
  **(4)** [ ] General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)

  **(1)** [ ] Insurance
  **(2)** [ ] Section 412(e)(3) insurance contracts
  **(3)** [ ] Trust
  **(4)** [ ] General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules
  **(1)** [X] **R** (Retirement Plan Information)

  **(2)** [ ] **0T** (Qualified Pension Plan Coverage Information)

  If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year

  **(3)** [X] **B** (Actuarial Information)
  **(4)** [ ] **E** (ESOP Annual Information)
  **(5)** [X] **SSA** (Separated Vested participant Information)

**b** Financial Schedules
  **(1)** [X] **H** (Financial Information)
  **(2)** [ ] **I** (Financial Information – Small Plan)
  **(3)** [X] **1 A** (Insurance Information)
  **(4)** [X] **C** (Service Provider Information)
  **(5)** [X] **D** (DFE/Participating Plan Information)
  **(6)** [ ] **G** (Financial Transaction Schedules)



| | | |
|---|---|---|
| **Form 5500** | **Annual Return/Report of Employee Benefit Plan** | Official Use Only |
| Department of the Treasury | | OMB Nos. 1210 - 0110 |
| Internal Revenue Service | | 1210 - 0089 |
| Department of Labor | | **2008** |
| Employee Benefits Security Administration | This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code). | **This Form is Open to Public Inspection** |
| Pension Benefit Guaranty Corporation | Complete all entries in accordance with the instructions to the Form 5500. | |

**Part I    Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning January 01, 2008 , and ending December 31, 2008

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II    Basic Plan Information** – enter all requested information.

**1a** Name of plan

OSWEGO LABORERS LOCAL 214 RETIREMENT PLAN

**1b** Three-digit plan number (PN)    004

**1c** Effective date of plan (mo., day, yr.)

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

BOARD OF TRUSTEES, LABORERS LOCAL 214 RETIREMENT PLAN
23 MTTCHET.T. STREET
NWMGO NY 13126

**2b** Employer Identification Number (EIN)
16-0876163

**2c** Sponsor's telephone number
315-343-1666

**2d** Business code (see instructions)
525100

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

| | 10/11/2109 | CINVY RA.C;TAT.T)O |
|---|---|---|
| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |

| | | )SWEGO T.AF30RKKS LORAY, 214 RETIRK |
|---|---|---|
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

v11.3

Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter "Same")

SA14IE

**3b** Administrator's EIN
16-0876163

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**b** EIN

**a** Sponsor's name

**c** PN

**5** Preparer information (optional)   **a** Name (including firm name, if applicable) and address

    BRAPN MILLKK COMPANY LLP TH014AS E RIT.JSY
    115 SOT-AR S'RK(RET 100
    S)RMACUSE  13204

**b** EIN
  23-3060766
**c** Telephone no.
  315-471-2777

| | | |
|---|---|---|
| **6** Total number of participants at the beginning of the plan year | **6** | 504 |
| **7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**) | | |
| **a** Active participants | **a** | 103 |
| **b** Retired or separated participants receiving benefits | **b** | 269 |
| **c** Other retired or separated participants entitled to future benefits | **c** | 96 |
| **d** Subtotal. Add lines **7a, 7b,** and **7c** | **d** | 468 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **e** | 36 |
| **f** Total. Add lines **7d** and **7e** | **f** | 504 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **g** | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **h** | |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | **i** | 11 |

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☐ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

                                1B   1G  _  _  _  _  _  _

**b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

                                    _  _  _  _  _  _  _

**9a** Plan funding arrangement (check all that apply)

    **(1)** ☐ Insurance
    **(2)** ☐ Section 412(e)(3) insurance contracts
    **(3)** ☐ Trust
    **(4)** ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)

    **(1)** ☐ Insurance
    **(2)** ☐ Section 412(e)(3) insurance contracts
    **(3)** ☐ Trust
    **(4)** ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules

    **(1)** ☒ R   (Retirement Plan Information)

    **(2)** ☐0T   (Qualified Pension Plan Coverage Information)

        If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year

    **(3)** ☒ B   (Actuarial Information)
    **(4)** ☐ E   (ESOP Annual Information)
    **(5)** ☒ SSA  (Separated Vested participant Information)

**b** Financial Schedules

    **(1)** ☒ H  (Financial Information)
    **(2)** ☐ I  (Financial Information – Small Plan)
    **(3)** ☐ 0 A  (Insurance Information)
    **(4)** ☒ C  (Service Provider Information)
    **(5)** ☒ D  (DFE/Participating Plan Information)
    **(6)** ☐ G  (Financial Transaction Schedules)



| **Form 5500**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security<br>Administration<br>Pension Benefit Guaranty Corporation | # Annual Return/Report of Employee Benefit Plan<br>This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>Complete all entries in accordance with the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>**2008**<br>**This Form is Open to Public Inspection** |

**Part I   Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009

**A** This return/report is for:
- (1) ☒ a multiemployer plan;
- (2) ☐ a single-employer plan (other than a multiple-employer plan);
- (3) ☐ a multiple-employer plan;
- (4) ☐ a DFE (specify)

**B** This return/report is:
- (1) ☐ the first return/report filed for the plan;
- (2) ☐ the amended return/report;
- (3) ☐ the final return/report filed for the plan;
- (4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II   Basic Plan Information – enter all requested information.**

**1a** Name of plan

ROOFERS LOCAL 195 PENSION FUND

**1b** Three-digit plan number (PN)   001

**1c** Effective date of plan (mo., day, yr.)
January 01, 1105

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

ROOFERS LOCAL 195 PENSION FUND
BOARN OF TRT7.QTPR.Q
6200 STATE ROTJEE 31
CICW KO NY 13039

**2b** Employer Identification Number (EIN)
16-6158018

**2c** Sponsor's telephone number
315-699-1388

**2d** Business code (see instructions)
525100

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

| | | |
|---|---|---|
| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
v11.3

Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

**b** EIN
23-2932984

PARENTEBEARD LLC THOMAS E. RILEY
115 SOLAR STREET 100
SYRACUSE NY 13204

**c** Telephone no.
315-471-2777

**6** Total number of participants at the beginning of the plan year ................................. **6** · 332

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

**a** Active participants    **a** 174

**b** Retired or separated participants receiving benefits    **b** 108

**c** Other retired or separated participants entitled to future benefits    **c** 49

**d** Subtotal. Add lines **7a, 7b,** and **7c**    **d** 331

**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits    **e** 17

**f** Total. Add lines **7d** and **7e**    **f** 348

**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)    **g**

**h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested    **h** 7

**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500)    **i**

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☒ <u>Pension benefits</u> (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

1B    1G    _    _    _    _    _    _    _    _    _

**b** ☐ <u>Welfare benefits</u> (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

_    _    _    _    _    _    _

**9a** Plan funding arrangement (check all that apply)

(1) ☐ Insurance

(2) ☐ Section 412(e)(3) insurance contracts

(3) ☐ Trust

(4) ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)

(1) ☐ Insurance

(2) ☐ Section 412(e)(3) insurance contracts

(3) ☐ Trust

(4) ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** **Pension Benefit Schedules**

(1) ☒ R    (Retirement Plan Information)

(2) ☐ 0T    (Qualified Pension Plan Coverage Information)

If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year

(3) ☒ B    (Actuarial Information)

(4) ☐ E    (ESOP Annual Information)

(5) ☒ SSA    (Separated Vested participant Information)

**b** **Financial Schedules**

(1) ☒ H    (Financial Information)

(2) ☐ I    (Financial Information – Small Plan)

(3) 0 A    (Insurance Information)

(4) ☒ C    (Service Provider Information)

(5) ☒ D    (DFE/Participating Plan Information)

(6) ☐ G    (Financial Transaction Schedules)


freeERISA.com

| | | |
|---|---|---|
| **Form 5500**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security<br>Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>Complete all entries in accordance with the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>**2008**<br>**This Form is Open to Public Inspection** |

**Part I    Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009

**A** This return/report is for:

  (1) ☒ a multiemployer plan;
  (2) ☐ a single-employer plan (other than a multiple-employer plan);
  (3) ☐ a multiple-employer plan;
  (4) ☐ a DFE (specify)

**B** This return/report is:

  (1) ☐ the first return/report filed for the plan;
  (2) ☐ the amended return/report;
  (3) ☐ the final return/report filed for the plan;
  (4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II    Basic Plan Information** – enter all requested information.

**1a** Name of plan

ROOFERS LOCAL 195 ANNUITY FUND

**1b** Three-digit plan number (PN)      002

**1c** Effective date of plan (mo., day, yr.)
July 01, 1449

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

ROOFERS LOCAL 195 ANNUITY FUND
6200 STATE ROUTE 31
CICERO NY 13039-8804

**2b** Employer Identification Number (EIN)
14-1721374

**2c** Sponsor's telephone number
315-699-1388

**2d** Business code (see instructions)
525100

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

RL (C/ ^Q NO

| | | |
|---|---|---|
| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

Form **5500** (2008)

v11.3

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)   **a** Name (including firm name, if applicable) and address

**b** EIN
23-2932984

**c** Telephone no.
154712777

PARENTEBRARD LLC THOMAS E. RILEY
115 SOT-AR SRXEET 100
SYMACLISE  13204

**6** Total number of participants at the beginning of the plan year · **6** · | 327

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

**a** Active participants | **a** | 228
**b** Retired or separated participants receiving benefits | · **b** · | 17
**c** Other retired or separated participants entitled to future benefits | **c** | 113
**d** Subtotal. Add lines **7a, 7b,** and **7c** | **d** | 358
**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **e** | 2
**f** Total. Add lines **7d** and **7e** | **f** | 360
**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **g** |
**h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **h** | 13
**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | **i** | 16

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☐ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

-  -  -  -  -  -

**b** ☑ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

-  -  -  -  -  -

**9a** Plan funding arrangement (check all that apply)

**(1)** ☐ Insurance
**(2)** ☐ Section 412(e)(3) insurance contracts
**(3)** ☐ Trust
**(4)** ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)

**(1)** ☐ Insurance
**(2)** ☐ Section 412(e)(3) insurance contracts
**(3)** ☐ Trust
**(4)** ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules

**(1)** ☐ R   (Retirement Plan Information)

**(2)** ☐ T   (Qualified Pension Plan Coverage Information)

If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year

**(3)** ☐ B   (Actuarial Information)
**(4)** ☐ E   (ESOP Annual Information)
**(5)** ☑ SSA (Separated Vested participant Information)

**b** Financial Schedules

**(1)** ☑ H (Financial Information)
**(2)** ☐ I  (Financial Information – Small Plan)
**(3)** ☑ 0 A (Insurance Information)
**(4)** ☑ C (Service Provider Information)
**(5)** ☑ D (DFE/Participating Plan Information)
**(6)** ☐ G (Financial Transaction Schedules)



| | | |
|---|---|---|
| **Form 5500**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security<br>Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of**<br>**Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the<br>Employee Retirement Income Security Act of 1974 (ERISA) and<br>sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal<br>Revenue Code (the Code).<br>Complete all entries in accordance with<br>the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>**2008**<br>**This Form is Open to**<br>**Public Inspection** |

**Part I** Annual Report Identification Information

For the calendar plan year 2008 or fiscal plan year beginning January 01, 2008 , and ending December 31, 2008

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II** Basic Plan Information – enter all requested information.

**1a** Name of plan

SEIU 1199UPSTATE PENSION FUND

**1b** Three-digit plan number (PN)    001

**1c** Effective date of plan (mo., day, yr.) January 01, 1971

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

SEIU 1199UPSTATE PEN. FD BD OF TRUS
4242 RIDGE LEA ROAD, SUITE 30
AMHERST NY 14226-5122

**2b** Employer Identification Number (EIN) 16-1112391

**2c** Sponsor's telephone number 716-362-0680

**2d** Business code (see instructions) 622000

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established. Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

R I ,-TODO --G.WEV^

Signature of plan administrator          Date          Typed or printed name of individual signing as plan administrator

LZS,-N^A C C-O

Signature of employer/plan sponsor/DFE          Date          Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**          Form **5500** (2008)
v11.3

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

TRUSTEES OF SEIU LORAT. 1199 UPSTATE PENSION FUNL
4242 RIDGE LRK ROAN SUITE 30
AMLIMRST NY 14226

**3b** Administrator's EIN
16-1112391

**3c** Administrator's telephone number
716-362-0680

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**b** EIN

**c** PN

**a** Sponsor's name

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

    **b** EIN
    16-1462141

ARRARA & BORCZYNSKI, LLP
424 MAIN ST. 1806 LIBERTY BLDG.
BUFFALO  14202-3618

**c** Telephone no.
116-852-6681

| | | |
|---|---|---|
| **6** Total number of participants at the beginning of the plan year | **6** | 10312 |
| **7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**) | | |
| **a** Active participants | **a** | 5698 |
| **b** Retired or separated participants receiving benefits | **b** | 1587 |
| **c** Other retired or separated participants entitled to future benefits | **c** | 3079 |
| **d** Subtotal. Add lines **7a, 7b,** and **7c** | **d** | 10364 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **e** | 36 |
| **f** Total. Add lines **7d** and **7e** | **f** | 10400 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **g** | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **h** | |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | **i** | 188 |

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

                                      1B    1G    _    _    _    _    _    _    _

**b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

                                             _    _    _    _    _    _    _

**9a** Plan funding arrangement (check all that apply)    **9b** Plan benefit arrangement (check all that apply)

    **(1)** ☐ Insurance    **(1)** ☐ Insurance
    **(2)** ☐ Section 412(e)(3) insurance contracts    **(2)** ☐ Section 412(e)(3) insurance contracts
    **(3)** ☐ Trust    **(3)** ☐ Trust
    **(4)** ☐ General assets of the sponsor    **(4)** ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules

    **(1)** ☒ R    (Retirement Plan Information)

    **(2)** ☐0T    (Qualified Pension Plan Coverage Information)

    If a Schedule T is not attached because the plan is
    relying on coverage testing information for a prior
    year, enter the year

    **(3)** ☒ B    (Actuarial Information)
    **(4)** ☐ E    (ESOP Annual Information)
    **(5)** ☒ SSA    (Separated Vested participant Information)

**b** Financial Schedules

    **(1)** ☒ H    (Financial Information)
    **(2)** ☐ I    (Financial Information – Small Plan)
    **(3)** ☐ 0 A    (Insurance Information)
    **(4)** ☒ C    (Service Provider Information)
    **(5)** ☒ D    (DFE/Participating Plan Information)
    **(6)** ☐ G    (Financial Transaction Schedules)



**Form 5500**
Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the
Employee Retirement Income Security Act of 1974 (ERISA) and
sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal
Revenue Code (the Code).
Complete all entries in accordance with
the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**2008**

This Form is Open to
Public Inspection

**Part I    Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning January 01, 2008 , and ending December 31, 2008

A This return/report is
for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-
employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

B This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

C If the plan is a collectively-bargained plan, check here ☒

D If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II    Basic Plan Information – enter all requested information.**

1a Name of plan

SERVICE EMPLOYEES PENSION FD OF UPSTATE NEW YORK

1b Three-digit
plan number (PN)    001

1c Effective date of plan (mo., day, yr.)
April 29, 1965

2a Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

SERVICE EMPLOYEES PENSION FUND OF UPSTATE NEW YORK
BETH BARRETT, FUND MANAGER
PO BOX 1240
SYRACUSE NY 13201-1240

2b Employer Identification Number (EIN)
16-0908576

2c Sponsor's telephone number
315-424-1754

2d Business code (see instructions)
812990

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including
accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

-EL-1W RQOZC--^^

Signature of plan administrator            Date        Typed or printed name of individual signing as plan administrator

Signature of employer/plan sponsor/DFE        Date        Typed or printed name of individual signing as employer, plan
sponsor or DFE as applicable

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.        Form **5500** (2008)
v11.3

3a Plan administrator's name and address (if same as plan sponsor, enter"Same")

SERVICE EMPL PENSION FUND OF UPSTATE NEW YORK
BETH BARRETT, FUND MANAGER
PO BOX 1240
SYRACUSE NY 13201-1240

3b Administrator's EIN
16-0908576

3c Administrator's telephone number
315-424-1754

4 If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the
name, EIN and the plan number from the last return/report below:

b EIN

c PN

**a** Sponsor's name

**5** Preparer information (optional)   **a** Name (including firm name, if applicable) and address          **b** EIN

ROBERT E. KILFOYLE, CPA                                                                      **c** Telephone no.
109 S WARREN ST STE 1403                                                                     315-422-4900
SYRACUSE NY 13202-4711

**6** Total number of participants at the beginning of the plan year                          **6**   7493
**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
  **a** Active participants                                                                   **a**   4942
  **b** Retired or separated participants receiving benefits                                  **b**   1065
  **c** Other retired or separated participants entitled to future benefits                   **c**   1791
  **d** Subtotal. Add lines **7a, 7b,** and **7c**                                            **d**   7798
  **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits   **e**   102
  **f** Total. Add lines **7d** and **7e**                                                    **f**   7900
  **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans   **g**
       complete this item)
  **h** Number of participants that terminated employment during the plan year with accrued benefits that were less   **h**
       than 100% vested
  **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated   **i**   184
       participants required to be reported on a Schedule SSA (Form 5500)
**8** Benefits provided under the plan (complete 8a through 8c, as applicable)
  **a** ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List
       of Plan Characteristics Codes (printed in the instructions)):

                                                    1B   _   _   _   _   _   _   _   _

  **b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of
       Plan Characteristics Codes (printed in the instructions)):

                                                         _   _   _   _   _   _   _   _

**9a** Plan funding arrangement (check all that apply)    **9b** Plan benefit arrangement (check all that apply)
   **(1)** ☐ Insurance                                        **(1)** ☐ Insurance
   **(2)** ☐ Section 412(e)(3) insurance contracts            **(2)** ☐ Section 412(e)(3) insurance contracts
   **(3)** ☐ Trust                                            **(3)** ☐ Trust
   **(4)** ☐ General assets of the sponsor                    **(4)** ☐ General assets of the sponsor
**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
  **a** Pension Benefit Schedules                           **b** Financial Schedules
   **(1)** ☒ R   (Retirement Plan Information)                 **(1)** ☒ H (Financial Information)
                                                              **(2)** ☐ I (Financial Information – Small Plan)
   **(2)** ☐ 0T   (Qualified Pension Plan Coverage Information)  **(3)** ☐ 0 A (Insurance Information)
                                                              **(4)** ☒ C (Service Provider Information)
       If a Schedule T is not attached because the plan is    **(5)** ☒ D (DFE/Participating Plan Information)
       relying on coverage testing information for a prior    **(6)** ☐ G (Financial Transaction Schedules)
       year, enter the year
   **(3)** ☒ B   (Actuarial Information)
   **(4)** ☐ E   (ESOP Annual Information)
   **(5)** ☒ SSA (Separated Vested participant Information)


freeERISA.com

**Form 5500**
Department of the Treasury
Internal Revenue Service
Department of Labor
Employee Benefits Security
Administration
Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the
Employee Retirement Income Security Act of 1974 (ERISA) and
sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal
Revenue Code (the Code).
Complete all entries in accordance with
the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089
**2008**
**This Form is Open to
Public Inspection**

**Part I    Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning January 01, 2008 , and ending December 31, 2008

**A** This return/report is
for:
(1) ☐ a multiemployer plan;
(2) ☒ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☐

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☐

**Part II    Basic Plan Information – enter all requested information.**

**1a** Name of plan

SYRACUSE BUILDERS EXCHANGE, INC. / CEA PENSION PLAN

**1b** Three-digit
plan number (PN)          001

**1c** Effective date of plan (mo., day, yr.)
January 01, 1982

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

SYRACUSE BUILDERS EXCHANGE, INC.
6563 RIDINGS ROAD
SYRACUSE NY 13206-1202

**2b** Employer Identification Number (EIN)
15-0464360

**2c** Sponsor's telephone number
315-437-9936

**2d** Business code (see instructions)
238900

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including
accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

EARL N. HALL

| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |

EARL N. HALL

| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.
v11.3

Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the
name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)  **a** Name (including firm name, if applicable) and address   **b** EIN

**c** Telephone no.

**6** Total number of participants at the beginning of the plan year   **6**   14
**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
**a** Active participants   **a**   15
**b** Retired or separated participants receiving benefits   **b**
**c** Other retired or separated participants entitled to future benefits   **c**
**d** Subtotal. Add lines **7a, 7b,** and **7c**   **d**   15
**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits   **e**
**f** Total. Add lines **7d** and **7e**   **f**   15
**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans   **g**   15
complete this item)
**h** Number of participants that terminated employment during the plan year with accrued benefits that were less   **h**
than 100% vested
**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated   **i**
participants required to be reported on a Schedule SSA (Form 5500)
**8** Benefits provided under the plan (complete 8a through 8c, as applicable)
**a** ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List
of Plan Characteristics Codes (printed in the instructions)):

2E   2J   _   _   _   _   _   _   _   _

**b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List
of Plan Characteristics Codes (printed in the instructions)):

_   _   _   _   _   _   _   _

**9a** Plan funding arrangement (check all that apply)      **9b** Plan benefit arrangement (check all that apply)
**(1)** ☐ Insurance      **(1)** ☐ Insurance
**(2)** ☐ Section 412(e)(3) insurance contracts      **(2)** ☐ Section 412(e)(3) insurance contracts
**(3)** ☐ Trust      **(3)** ☐ Trust
**(4)** ☐ General assets of the sponsor      **(4)** ☐ General assets of the sponsor
**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
**a Pension Benefit Schedules**      **b Financial Schedules**
**(1)** ☒ R    (Retirement Plan Information)      **(1)** ☐   H (Financial Information)
      **(2)** ☒   I (Financial Information – Small Plan)
**(2)** ☐ 0T   (Qualified Pension Plan Coverage Information)    **(3)** ☐ 0 A (Insurance Information)
      **(4)** ☐   C (Service Provider Information)
If a Schedule T is not attached because the plan is      **(5)** ☐   D (DFE/Participating Plan Information)
relying on coverage testing information for a prior      **(6)** ☐   G (Financial Transaction Schedules)
year, enter the year
**(3)** ☐ B   (Actuarial Information)
**(4)** ☐ E   (ESOP Annual Information)
**(5)** ☐ SSA  (Separated Vested participant Information)