BLITMAN & KING LLP
Jennifer A. Clark, Esq.
Jonathan M. Cerrito, Esq.
Brian J. LaClair, Esq.
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111
Facsimile:    (315) 471-2623
Email:    jaclark@bklawyers.com
jmcerrito@bklawyers.com
bjlaclair@bklawyers.com

*Attorneys for Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, New York, Pension Fund, Central New York Laborers' Annuity Fund, Central New York Laborers' Pension Fund, International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund, I.B.E.W. Local 139 Pension Fund, I.B.E.W. Local 241 Pension Fund, I.B.E.W. Local 325 Annuity Fund, I.B.E.W. Local 325 Pension Fund, I.B.E.W. Local 910 Annuity Fund, I.B.E.W. Local 910 Pension Fund, I.B.E.W. Local 1249 Pension Fund, Laborers' Local 103 Annuity Fund, Laborers' Local 103 Pension Fund, Local 73 Annuity Fund, Local 73 Retirement Fund, Oswego Laborers' Local 214 Pension Fund, Roofers' Local 195 Pension Fund, Roofers' Local 195 Annuity Fund, SEIU 1199Upstate Pension Fund, Service Employees of Upstate New York Pension Fund, and Syracuse Builders Exchange, Inc./CEA Pension Plan.*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | |
| Plaintiff, | : | Adversary Proceeding |
| | : | |
| — *versus* — | : | No. 08-01789 (BRL) |
| | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | : | SIPA Liquidation (Substantively Consolidated) |
| Defendant | : | |

------------------------------------------------------------------------x

| | |
|---|---|
| In re BERNARD L. MADOFF, | : |
| Debtor | : |

------------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Jennifer A. Clark, Esq., hereby certify that on this 16th day of May 2011, I caused a

true and correct copy of the foregoing Objection to Trustee's Determination of Claim, with

accompanying affidavit and exhibits, on behalf of the above-referenced entities, to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail the "Notice of Filing" generated by the CM/ECF system in connection therewith:

>Irving H. Picard, Trustee
>c/o Baker & Hostetler LLP
>Attn: David J. Sheehan, Esq.
>45 Rockefeller Plaza
>New York, New York 10111
>dsheehan@bakerlaw.com

>Respectfully submitted,
>
>BLITMAN & KING LLP
>
>  s/ Jennifer A. Clark
>Jennifer A. Clark, Esq.
>Bar Roll No. JC5102
>Jonathan M. Cerrito, Esq.
>Brian J. LaClair, Esq.
>*Attorneys for Objectors*
>Franklin Center, Suite 300
>443 North Franklin Street
>Syracuse, New York 13204-5412
>Telephone:    (315) 422-7111
>Facsimile:    (315) 471-2623
>Email:    jaclark@bklawyers.com
>         jmcerrito@bklawyers.com
>         bjlaclair@bklawyers.com

BJL\wpfiles\Madoff\SIPC claim\SIPC IP Obj. - COS