# EXHIBIT A

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### . BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Provide your office and home telephone no.

BAC Local 2 Annuity Fund
300 Centre Drive
Albany, NY 12203
Andover Associates,
Madoff Account #: 1-A0061
Tax ID #: 16-1298071

OFFICE: 1 - 800 - 664 - 8314

HOME: 1-518 - 258-4066

Taxpayer I.D. Number (Social Security No.)
16-1298071

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

1.    Claim for money balances as of December 11, 2008:
   a.    The Broker owes me a Credit (Cr.) Balance of        $    337.21
   b.    I owe the Broker a Debit (Dr.) Balance of          $    - 0 -

502180406

      c.    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, It must be enclosed
with this claim form.         $ _- 6-_

      d.    If balance is zero, insert "None."    _None_

2.    Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | if yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
|  |  | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|  | $223,289.42 | X | |
|  | _Please refer to Andover Associates_ | | |
|  | _SIPC Claim: the above estimated_ | | |
|  | _amount is the claimant's share_ | | |
|  | _of the Madoff loss only._ | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance In processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |

05/11/2011  14:08  FAX

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.                    _____    __X__

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:___See Exhibit A_____
        _____

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date  _3/2/2009_____    Signature_____

Date  _____    Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
              together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                        Claims Processing Center
                     2100 McKinney Ave., Suite 800
                           Dallas, TX 75201

502180406

## RESOLUTION

**WHEREAS,** the Bricklayers and Allied Craftsmen Local 2 Annuity Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Stephen O'Sick, Administrator of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

|  |  | BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 2 ANNUITY FUND |
|---|---|---|
| Dated: 3/2/09 | By: | Robert Mantello, Union Trustee |
| Dated: 3/2/09 | By: | Luke Renna, Union Trustee |

Dated: _3/2/09_                    By: _[signature]_
                                   Anthony Caropreso, Employer Trustee

Dated: _3/2/09_                    By: _[signature]_
                                   Earl N. Hall, Employer Trustee

kla/Madoff/BRICKAD/SIPC Resolution- Indirect

2

CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Provide your office and home telephone no.

BAC Local 2 Health Benefit Fund
300 Centre Drive
Albany, NY 12203
Andover Associates,
Madoff Account #: 1-A0061
Tax ID #: 14-1461803

OFFICE: _1 - 800 - 664 - 8314_

HOME: _1 - 518 - 258 - 4066_

Taxpayer I.D. Number (Social Security No.)
_14 - 1461803_

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of December 11, 2008 :
    a.    The Broker owes me a Credit (Cr.) Balance of        $    123.01
    b.    I owe the Broker a Debit (Dr.) Balance of        $    - 0 -

502180406

c.    If you wish to repay the Debit Balance,
       please insert the amount you wish to repay and
       attach a check payable to "Irving H. Picard, Esq.,
       Trustee for Bernard L. Madoff Investment Securities LLC."
       If you wish to make a payment, it must be enclosed
       with this claim form.                                                      $   - 6-

d.    If balance is zero, insert "None."                              None

2.    Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.    if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | $81,451.49 | X | |
| | Please refer to Andover Associates | | |
| | SIPC Claim; the above estimated | | |
| | amount is the claimant's share | | |
| | of the Madoff loss only. | | |

Number of Shares or Face Amount of Bonds

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received
from the Debtor.

Please explain any differences between the securities or cash claimed and the cash
balance and securities positions on your last account statement. If, at any time, you
complained in writing about the handling of your account to any person or entity or
regulatory authority, and the complaint relates to the cash and/or securities that you are
now seeking, please be sure to provide with your claim copies of the complaint and all
related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION
        ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT
        PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR
        COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.  Have you or any member of your family
    ever filed a claim under the Securities
    Investor Protection Act of 1970?  If
    so, give name of that broker.                                    X

    Please list the full name and address of anyone assisting you in the
    preparation of this claim form:____See Exhibit A____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date __3/2/2009__          Signature __H.L.Oll__

Date _____       Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
            together with supporting documentation, etc. to:

                    Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                    Claims Processing Center
                  2100 McKinney Ave., Suite 800
                      Dallas, TX 75201

## RESOLUTION

**WHEREAS**, the Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS**, the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS**, the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE**, it is resolved that the Trustees of the Fund hereby authorize Stephen O'Sick, Administrator of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 2, ALBANY, NEW YORK, HEALTH BENEFIT FUND**

Dated: 3/2/09          By: _____
                            Robert Martello, Union Trustee

Dated: 3/2/09          By: _____
                            Luke Renna, Union Trustee

Dated: 2/25/2009

By: _____
Stephen O'Sick, Union Trustee

Dated: 2/27/2009

By: _____
Michael Suprenant, Union Trustee

Dated: 3/2/09

By: _____
Dale Stehlin, Union Trustee

Dated: 2-26-09

By: _____
Pasquale Tinno, Union Trustee

Dated: 3/2/09

By: _____
Anthony Caropreso, Employer Trustee

Dated: 3/2/09

By: _____
Earl N. Hall, Employer Trustee

Dated: 3/2/09

By: _____
Thomas Murray, Employer Trustee

Dated: 3/2/09

By: _____
Todd Helfrich, Employer Trustee

Dated: 03·02·09

By: _____
J.D. Gilbert, Employer Trustee

klc/Madoff/BRICKHF/SIPC Resolution- Indirect

2

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Provide your office and home telephone no.

BAC Local 2 Health Benefit Fund
300 Centre Drive
Albany, NY 12203
Beacon Associates,
Madoff Account #: 1-B0118
Tax ID #: 14-1461803

OFFICE: *1-800-664-8314*

HOME: *1-518-258-4066*

Taxpayer I.D. Number (Social Security No.)
*14-1461803*

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of December 11, 2008 :
    a.    The Broker owes me a Credit (Cr.) Balance of       $    *4.24*
    b.    I owe the Broker a Debit (Dr.) Balance of           $    *-0-*

502180406

c.  If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, It must be enclosed
with this claim form.                                      $    — 0 —

d.  If balance is zero, insert "None."                          None.

2.  Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.  if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
|  |  | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | $930,119.07 | X | |
| | Please refer to Beacon Associates | | |
| | SIPC Claim; the above estimated | | |
| | amount is the claimant's share | | |
| | of the Madoff loss only. | | |

Proper documentation can speed the review, allowance and satisfaction of your
claim and shorten the time required to deliver your securities and cash to you.
Please enclose, if possible, copies of your last account statement and purchase or
sale confirmations and checks which relate to the securities or cash you claim, and
any other documentation, such as correspondence, which you believe will be of
assistance In processing your claim. In particular, you should provide all
documentation (such as cancelled checks, receipts from the Debtor, proof of wire
transfers, etc.) of your deposits of cash or securities with the Debtor from as far
back as you have documentation. You should also provide all documentation or

50218 0406                        2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|     |     | YES | NO |
|-----|-----|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

5021 80406                                                   3

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970? If
      so, give name of that broker.                                    X

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:    See Exhibit A

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date  3/2/2009                Signature  St 1.0U

Date _____         Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

See Exhibit B
          This customer claim form must be completed and mailed promptly,
               together with supporting documentation, etc. to:

                          Irving H. Picard, Esq.,
             Trustee for Bernard L. Madoff Investment Securities LLC
                          Claims Processing Center
                       2100 McKinney Ave., Suite 800
                             Dallas, TX 75201

502180406

## RESOLUTION

**WHEREAS**, the Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health

Benefit Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS**, the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC

through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund;

and

**WHEREAS**, the Fund is desirous of filing a Securities Investor Protection Corporation

("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff

Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4,

2009.

**THEREFORE**, it is resolved that the Trustees of the Fund hereby authorize Stephen O'Sick,

Administrator of the Fund, to sign the Customer Claim Form and any and all other documents

pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other

necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of

the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently

of each other in a number of counterparts. Together the counterparts shall constitute a full and original

Resolution for all purposes.

                                  **BRICKLAYERS AND ALLIED
                                  CRAFTWORKERS LOCAL 2, ALBANY, NEW
                                  YORK, HEALTH BENEFIT FUND**

Dated: 3/2/09           By: _____
                                  Robert Mantello, Union Trustee

Dated: 3/2/09           By: _____
                                  Luke Renna, Union Trustee

Dated: 2/25/2009                    By: _____
                                    Stephen O'Sick, Union Trustee

Dated: 2/27/2009                    By: _____
                                    Michael Suprenant, Union Trustee

Dated: 3/2/09                       By: _____
                                    Dale Stehlin, Union Trustee

Dated: 2-26-09                      By: _____
                                    Pasquale Tanno, Union Trustee

Dated: 3/2/09                       By: _____
                                    Anthony Caropreso, Employer Trustee

Dated: 3/2/09                       By: _____
                                    Earl N. Hall, Employer Trustee

Dated: 3/2/09                       By: _____
                                    Thomas Murray, Employer Trustee

Dated: 3/2/09                       By: _____
                                    Todd Helfrich, Employer Trustee

Dated: 03·02·09                     By: _____
                                    J.D. Gilbert, Employer Trustee

klc/Madoff/BRICKHF/SIPC Resolution- Indirect

2

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Building Trades Employers Insurance Fund
563 Ridings Road
Syracuse, NY 13206
Beacon Associates,
Madoff Account #: 1-B0118
Tax ID #: 22-3089633

Provide your office and home telephone no.

OFFICE: (315) 437 - 9346

HOME: ( 315) 437 - 3717

Taxpayer I.D. Number (Social Security No.)
22 - 3089633

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.    CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
    a.    The Broker owes me a Credit (Cr.) Balance of          $          2.77
    b.    I owe the Broker a Debit (Dr.) Balance of             $          - 0 -

50280406

    c.   If you wish to repay the Debit Balance,

          please insert the amount you wish to repay and

          attach a check payable to "Irving H. Picard, Esq.,

          Trustee for Bernard L. Madoff Investment Securities LLC."

          If you wish to make a payment, **it must be enclosed**

          with this claim form.          $ _–0–_

    d.   If balance is zero, insert "None."   _None_

2.    Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.   if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | $608,154.78 | X | |
| | Please refer to Beacon Associates | | |
| | SIPC Claim; the above estimated | | |
| | amount is the Claimant's share | | |
| | of the Madoff loss only. | | |

Number of Shares or Face Amount of Bonds

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. |  | X |

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  if                                   X
     so, give name of that broker.         _____      _____

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form:____See Exhibit A_____
     _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _2-27-09_____   Signature _Carl M Hall_____

Date _____   Signature _____

(If ownership of the account is shared, all must sign above.  Give ea ch owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
         This customer claim form must be completed and mailed  promptly,
             together with supporting documentation, etc. to :

                        Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities L LC
                        Claims Processing Center
                   2100 McKinney Ave., Suite 800
                        Dallas, TX 75201

502180406

**EXHIBIT A**

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## BUILDING TRADES EMPLOYERS INSURANCE FUND
### [22-3089633]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


Lori A. Browne, Plan Administrator
Building Trades Employers Insurance Fund
6563 Ridings Road
Syracuse, New York  13206
Telephone:    (315) 437-9346


jmc\Madoff\SIPC\IndirectMadoffInvest\BTEIF\ClaimFormAsstList

**EXHIBIT B**

## RESOLUTION

**WHEREAS,** the Building Trades Employers Insurance ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Earl N. Hall, Trustee of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**BUILDING TRADES EMPLOYERS INSURANCE FUND**

Dated: 2/23/09        By: _____
                          James D. Taylor, III, Trustee

Dated: 2/24/2009      By: _____
                          Samuel Conley, Trustee

Dated: 2-23-09        By: _____
                          Earl N. Hall, Trustee

Dated: 2-26-09        By: _____
                          David Rebhahn, Trustee

## LIST OF TRUSTEES AND CONTACT INFORMATION FOR
## BUILDING TRADES EMPLOYERS INSURANCE FUND
### (EIN # 22-3089633)

James D. Taylor, III, Trustee
Building Trades Employers Insurance Fund
c/o J.D. Taylor Construction Corp.
PO Box 155, Eastwood Station
Syracuse, New York 13206
Telephone:    (315) 437-9346

Samuel Conley, Trustee
Building Trades Employers Insurance Fund
c/o Whitacre Engineering
4522 Wetzel Road
Liverpool, New York 13090
Telephone:    (315) 622-1075

Earl N. Hall, Trustee
Building Trades Employers Insurance Fund
c/o CEA of CNY
6563 Ridings Road
Syracuse, New York 13206
Telephone:    (315) 437-9936

David Rebhahn, Trustee
Building Trades Employers Insurance Fund
c/o Schopfer Architects
111 James Street
Syracuse, New York 13203
Telephone:    (315) 437-9346

klc\Madoff\BTEIF\Misc\TrusteesList



# CENTRAL NEW YORK LABORERS'

## HEALTH AND WELFARE, PENSION, ANNUITY & TRAINING FUNDS

7051 FLY ROAD   •   EAST SYRACUSE, NY 13057-9659

PHONE (315) 434-9305   •   FAX (315) 437-8627

JANET M. MORO
FUND ADMINISTRATOR

February 26, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Central New York Laborers' Annuity Fund ("Fund").

Please advise if any additional documents are needed.  The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

CENTRAL NEW YORK LABORERS' ANNUITY
FUND

Janet M. Moro
Fund Administrator

JMM/rms

Enclosures

jmc\Madoff\SIPC\IndirectMadoffInvest\CNYLabAF/Income/Picardltr



## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Central New York Laborers' Annuity Fund
7051 Fly Road
East Syracuse, NY 13057
Beacon Associates,
Madoff Account #: 1-B0118
Tax ID #: 16-1229376

Provide your office and home telephone no.

OFFICE: (315) 434-9305

HOME: (315) 420-8716

Taxpayer I.D. Number (Social Security No.)
16-1229376

(If incorrect, please change)

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1. Claim for money balances as of **December 11, 2008** :
   a. The Broker owes me a Credit (Cr.) Balance of          $ 16.95
   b. I owe the Broker a Debit (Dr.) Balance of             $ -0-

502180406

c.  If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                          $ *−0−*

d.  If balance is zero, insert "None."          *None*

2.  Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |  |
| b. | I owe the Broker securities |  | X |

c.  if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | *$3,720,476.27* | X | |
| | *Please refer to Beacon Associates* | | |
| | *SIPC Claim; the above estimated* | | |
| | *amount is the claimant's share* | | |
| | *of the Madoff loss only.* | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  if                    _____      _X___
     so, give name of that broker.

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form:___ See Exhibit A _____

     _____ .

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.


Date _February 26, 2009_   Signature _Janet M. Moro_____

Date _____   Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
     This customer claim form must be completed and mailed promptly,
          together with supporting documentation, etc. to:

               Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC
               Claims Processing Center
               2100 McKinney Ave., Suite 800
               Dallas, TX 75201

502180406

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## <u>CENTRAL NEW YORK LABORERS' ANNUITY FUND</u>
### [16-1229376]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


Janet M. Moro, Fund Administrator
Central New York Laborers' Annuity Fund
7051 Fly Road
East Syracuse, New York  13057-9659
Telephone:    (315) 434-9305

jmc\Madoff\SIPC\IndirectMadoffInvest\CNYLabAF\Beacon\ClaimFormAsstList

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Annuity Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
ANNUITY FUND**

Dated: 2-19-09          By: _____
                            Gabriel M. Rosetti, Jr., Union Trustee

Dated: 2-19-09          By: _____
                            Vincent Lazzaro, Union Trustee

Dated: 2-19-09          By: _____
                            Gabriel M. Rosetti, III, Union Trustee

Dated: _2-24-09_                     By: _David Henderson Jr._
                                          David Henderson, Jr., Union Trustee

Dated: _____              By: _____
                                          Earl N. Hall, Employer Trustee

Dated: _____              By: _____
                                          Earl R. Hall, Employer Trustee

Dated: _____              By: _____
                                          Todd C. Curran, Employer Trustee

Dated: _____              By: _____
                                          Paul A. Castaldo, Employer Trustee

Klc\Madoff\CNYLabAF\ResolutionBeaconIncPlus

2

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Annuity Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
ANNUITY FUND**

Dated:_____    By:    _____
                                  Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____    By:    _____
                                  Vincent Lazzaro, Union Trustee

Dated:_____    By:    _____
                                  Gabriel M. Rosetti, III, Union Trustee

Dated:_____          By: _____
                                      David Henderson, Jr., Union Trustee

Dated: Feb. 20, 2009             By: _____
                                      Earl N. Hall, Employer Trustee

Dated: FEB 23 2009               By: _____
                                      Earl R. Hall, Employer Trustee

Dated:_____          By: _____
                                      Todd C. Curran, Employer Trustee

Dated:_____          By: _____
                                      Paul A. Castaldo, Employer Trustee

Klc\Madoff\CNYLabAF\ResolutionBeaconIncPlus

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Annuity Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
ANNUITY FUND**

Dated:_____    By: _____
                              Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____    By: _____
                              Vincent Lazzaro, Union Trustee

Dated:_____    By: _____
                              Gabriel M. Rosetti, III, Union Trustee

Dated:_____          By:   _____

                                       David Henderson, Jr., Union Trustee

Dated:_____          By:   _____

                                       Earl N. Hall, Employer Trustee

Dated:_____          By:   _____

                                       Earl R. Hall, Employer Trustee

Dated:___4/19/04_____           By:   _____

                                       Todd C. Curran, Employer Trustee

Dated:_____          By:   _____

                                       Paul A. Castaldo, Employer Trustee

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Annuity Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
ANNUITY FUND**

Dated:_____     By:    _____
                                    Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____     By:    _____
                                    Vincent Lazzaro, Union Trustee

Dated:_____     By:    _____
                                    Gabriel M. Rosetti, III, Union Trustee



Dated:_____         By: _____

David Henderson, Jr., Union Trustee


Dated:_____         By: _____

Earl N. Hall, Employer Trustee


Dated:_____         By: _____

Earl R. Hall, Employer Trustee


Dated:_____         By: _____

Todd C. Curran, Employer Trustee


Dated: _2·25·09_____         By: _____

Paul A. Castaldo, Employer Trustee


Klc\Madoff\CNYLabAF\ResolutionBeaconIncPlus

2

## CNY LABORERS' ANNUITY FUND
### EIN NO. 16-1229376

**UNION TRUSTEES**

Gabriel M. Rosetti, III
4 Braston Lane
Jordan, New York  13080
Telephone:

Gabriel M. Rosetti, Jr., Secretary
c/o Laborers Local 633
7051 Fly Road, Suite A
East Syracuse, New York  13057
Telephone:  (315) 471-1591

Vincent Lazzaro
c/o Laborers Local 633
7051 Fly Road, Suite A
East Syracuse, New York  13057
Telephone:  (315) 471-1591

David Henderson, Jr.,
c/o Laborers Local 633
23 Mitchell Street
Oswego, New York  13126
Telephone:  (315) 343-7661

**EMPLOYER TRUSTEES**

Earl R. Hall, Chairman
Building Trades Employers Assoc.
6563 Ridings Road
Syracuse, New York  13206
Telephone:  (315) 437-9936

Earl N. Hall
Construction Employers Assoc.
of CNY, Inc.
6563 Ridings Road
Syracuse, New York  13206
(315) 437-4050

Todd C. Curran
The Curran Company
The Union Building, Suite 204
12 South Main Street
P.O. Box 258
Homer, New York  13077
Telephone:  (607) 749-2950

Paul Castaldo
c/o Paul A. Castaldo, Inc.
11 Fourth Avenue, Suite D
Oswego, New York  13126
Telephone:  (315) 343-7980

jmc\jmc\Madoff\SIPC\IndirectMadoffInvestment\CNYLabAnnuity\TrusteeContactInfoPF



# CENTRAL NEW YORK LABORERS'

## HEALTH AND WELFARE, PENSION, ANNUITY & TRAINING FUNDS

7051 FLY ROAD • EAST SYRACUSE, NY 13057-9659

PHONE (315) 434-9305 • FAX (315) 437-8627

JANET M. MORO
FUND ADMINISTRATOR

February 26, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Central New York Laborers' Health and Welfare Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

CENTRAL NEW YORK LABORERS' HEALTH
AND WELFARE FUND

Janet M. Moro
Fund Administrator

JMM/tlw

Enclosures

jmc\Madoff\SIPC\IndirectMadoffInvest\CNYLabHWF\Beacon\Picardltr



# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Central New York Laborers' Health & Welfare Fund
7051 Fly Road
East Syracuse, NY  13057
Andover Associates,
Madoff Account #: 1-A0061
Tax ID #: 16-6044095

Provide your office and home telephone no.

OFFICE: _(315) 434-9305_

HOME: _(315) 420-8716_

Taxpayer I.D. Number (Social Security No.)
_____16 - 6044095_____

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of          $____549.29____
      b.    I owe the Broker a Debit (Dr.) Balance of             $____-0-____

c.   If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                                $ _ - 6 - _____

d.   If balance is zero, insert "None."                      _None_____

2.      Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|-----|-----|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.   if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | $363,723.02 | X | |
| | Please refer to Andover Associates | | |
| | SIPC Claim. the above estimated | | |
| | amount is the claimant's share | | |
| | of the madoff loss only. | | |

Number of Shares or Face Amount of Bonds

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |

5C2180406                                    3

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if
      so, give name of that broker.                    _____    X_____

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:____See Exhibit A_____
      _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.


Date _February 26, 2009_    Signature _Janet M Moss_

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
    This customer claim form must be completed and mailed promptly,
        together with supporting documentation, etc. to:


                    Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                    Claims Processing Center
                2100 McKinney Ave., Suite 800
                        Dallas, TX 75201

# LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## CENTRAL NEW YORK LABORERS' HEALTH AND WELFARE FUND
### [16-6044095]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


Janet M. Moro, Fund Administrator
Central New York Laborers' Health and Welfare Fund
7051 Fly Road
East Syracuse, New York  13057-9659
Telephone:    (315) 434-9305


jmc\Madoff\SIPC\IndirectMadoffInvest\CNYLabHWF\Andover\ClaimFormAsstList

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Health and Welfare Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
HEALTH AND WELFARE FUND**

Dated: 2-19-09    By: _____
Gabriel M. Rosetti, Jr., Union Trustee

Dated: 2-19-09    By: _____
Vincent Lazzaro, Union Trustee

Dated: 2-19-09    By: _____
Gabriel M. Rosetti, III, Union Trustee

Dated: _2 - 2/-09_    By: _____
                          David Henderson, Jr., Union Trustee

Dated: _____    By: _____
                               Earl N. Hall, Employer Trustee

Dated: _____    By: _____
                               Earl R. Hall, Employer Trustee

Dated: _____    By: _____
                               Todd C. Curran, Employer Trustee

Dated: _____    By: _____
                               Paul A. Castaldo, Employer Trustee

Klc\Madoff\CNYLabH&WF\ResolutionBeaconAndover

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Health and Welfare Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
HEALTH AND WELFARE FUND**

Dated:_____    By: _____
                                  Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____    By: _____
                                  Vincent Lazzaro, Union Trustee

Dated:_____    By: _____
                                  Gabriel M. Rosetti, III, Union Trustee

Dated:_____        By: _____
                                  David Henderson, Jr., Union Trustee

Dated: Feb 20, 2009          By: _____
                                  Earl N. Hall, Employer Trustee

Dated: FEB 23 2009           By: _____
                                  Earl R. Hall, Employer Trustee

Dated:_____        By: _____
                                  Todd C. Curran, Employer Trustee

Dated:_____        By: _____
                                  Paul A. Castaldo, Employer Trustee

Klc\Madoff\CNYLabH&WF\ResolutionBeaconAndover

## RESOLUTION

**WHEREAS,** the Central New York Laborers' Health and Welfare Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
HEALTH AND WELFARE FUND**

Dated:_____    By: _____
                                Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____    By: _____
                                Vincent Lazzaro, Union Trustee

Dated:_____    By: _____
                                Gabriel M. Rosetti, III, Union Trustee

Dated:_____    By: _____
David Henderson, Jr., Union Trustee

Dated:_____    By: _____
Earl N. Hall, Employer Trustee

Dated:_____    By: _____
Earl R. Hall, Employer Trustee

Dated: _2/19/09_    By: _____
Todd C. Curran, Employer Trustee

Dated:_____    By: _____
Paul A. Castaldo, Employer Trustee

Klc\Madoff\CNYLabH&WF\ResolutionBeaconAndover

2

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Health and Welfare Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
HEALTH AND WELFARE FUND**

Dated:_____    By: _____
                                Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____    By: _____
                                Vincent Lazzaro, Union Trustee

Dated:_____    By: _____
                                Gabriel M. Rosetti, III, Union Trustee

Dated:_____    By: _____
David Henderson, Jr., Union Trustee

Dated:_____    By: _____
Earl N. Hall, Employer Trustee

Dated:_____    By: _____
Earl R. Hall, Employer Trustee

Dated:_____    By: _____
Todd C. Curran, Employer Trustee

Dated: 2·25·09    By: _____
Paul A. Castaldo, Employer Trustee

Klc\Madoff\CNYLabH&WF\ResolutionBeaconAndover

2

## CNY LABORERS' HEALTH AND WELFARE FUND
### EIN NO. 16-6044095

**UNION TRUSTEES**

Gabriel M. Rosetti, III
4 Braston Lane
Jordan, New York  13080
Telephone:

Gabriel M. Rosetti, Jr., Secretary
c/o Laborers Local 633
7051 Fly Road, Suite A
East Syracuse, New York  13057
Telephone:  (315) 471-1591

Vincent Lazzaro
c/o Laborers Local 633
7051 Fly Road, Suite A
East Syracuse, New York  13057
Telephone:  (315) 471-1591

David Henderson, Jr.,
c/o Laborers Local 633
23 Mitchell Street
Oswego, New York  13126
Telephone:  (315) 343-7661

**EMPLOYER TRUSTEES**

Earl R. Hall, Chairman
Building Trades Employers Assoc.
6563 Ridings Road
Syracuse, New York  13206
Telephone:  (315) 437-9936

Earl N. Hall
Construction Employers Assoc.
of CNY, Inc.
6563 Ridings Road
Syracuse, New York  13206
(315) 437-4050

Todd C. Curran
The Curran Company
The Union Building, Suite 204
12 South Main Street
P.O. Box 258
Homer, New York  13077
Telephone:  (607) 749-2950

Paul Castaldo
c/o Paul A. Castaldo, Inc.
11 Fourth Avenue, Suite D
Oswego, New York  13126
Telephone:  (315) 343-7980



# CENTRAL NEW YORK LABORERS'

### HEALTH AND WELFARE, PENSION, ANNUITY & TRAINING FUNDS

#### 7051 FLY ROAD • EAST SYRACUSE, NY 13057-9659

##### PHONE (315) 434-9305 • FAX (315) 437-8627

JANET M. MORO
FUND ADMINISTRATOR

February 26, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Central New York Laborers' Health and Welfare Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

CENTRAL NEW YORK LABORERS' HEALTH
AND WELFARE FUND

Janet M. Moro
Fund Administrator

JMM/tlw

Enclosures

jmc\Madoff\SIPC\IndirectMadoffInvest\CNYLabHWF/Beacon/Picardltr



**CUSTOMER CLAIM**

Claim Number_____

Date Received_____

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008**

Provide your office and home telephone no.

Central New York Laborers' Health and Welfare Fund
7051 Fly Road
East Syracuse, NY  13057
Beacon Associates,
Madoff Account #:  1-B0118
Tax ID #: 16-6044095

OFFICE: (315) 434 - 9305

HOME: (315) 420 - 8716

Taxpayer I.D. Number (Social Security No.)
16 - 6074095

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of        $_____9.45_____

      b.    I owe the Broker a Debit (Dr.) Balance of           $_____-0-_____

502180406

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                        $ _____ –0– _____

d.    If balance is zero, insert "None."        _____ None _____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.    if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| _____ | $2,074,881.00 | X | |
| _____ | Please refer to Beacon Associates | _____ | _____ |
| _____ | SIPC Claim; the above estimated | _____ | _____ |
| _____ | amount is the claimant's share | _____ | _____ |
| _____ | of the Madoff loss only. | _____ | _____ |

Number of Shares or Face Amount of Bonds

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if                                    _____  X
      so, give name of that broker.

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:___See Exhibit A_____
      _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _February 26, 2009____    Signature__Janet M Maco_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
      This customer claim form must be completed and mailed promptly,
            together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
            Trustee for Bernard L. Madoff Investment Securities LLC
                        Claims Processing Center
                     2100 McKinney Ave., Suite 800
                          Dallas, TX 75201

502180406

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## CENTRAL NEW YORK LABORERS' HEALTH AND WELFARE FUND
### [16-6044095]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:     (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:     (315) 422-7111


Janet M. Moro, Fund Administrator
Central New York Laborers' Health and Welfare Fund
7051 Fly Road
East Syracuse, New York  13057-9659
Telephone:     (315) 434-9305



jmc\Madoff\SIPC\IndirectMadoffInvest\CNYLabHWF\Beacon\ClaimFormAsstList

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Health and Welfare Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
HEALTH AND WELFARE FUND**

Dated: 2-19-09          By: _____
                        Gabriel M. Rosetti, Jr., Union Trustee

Dated: 2-19-09          By: _____
                        Vincent Lazzaro, Union Trustee

Dated: 2-19-09          By: _____
                        Gabriel M. Rosetti, III, Union Trustee

Dated: _2 - 24 -09_                By: _____
                                        David Henderson, Jr., Union Trustee

Dated: _____         By: _____
                                        Earl N. Hall, Employer Trustee

Dated: _____         By: _____
                                        Earl R. Hall, Employer Trustee

Dated: _____         By: _____
                                        Todd C. Curran, Employer Trustee

Dated: _____         By: _____
                                        Paul A. Castaldo, Employer Trustee

Klc\Madoff\CNYLabH&WF\ResolutionBeaconAndover

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Health and Welfare Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
HEALTH AND WELFARE FUND**

Dated:_____     By: _____
                                Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____     By: _____
                                Vincent Lazzaro, Union Trustee

Dated:_____     By: _____
                                Gabriel M. Rosetti, III, Union Trustee

Dated: _____     By: _____
                                  David Henderson, Jr., Union Trustee

Dated: Feb 20, 2009          By: _____
                                  Earl N. Hall, Employer Trustee

Dated: FEB 23 2009           By: _____
                                  Earl R. Hall, Employer Trustee

Dated: _____     By: _____
                                  Todd C. Curran, Employer Trustee

Dated: _____     By: _____
                                  Paul A. Castaldo, Employer Trustee

Klc\Madoff\CNYLabH&WF\ResolutionBeaconAndover

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Health and Welfare Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
HEALTH AND WELFARE FUND**

Dated:_____    By: _____
Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____    By: _____
Vincent Lazzaro, Union Trustee

Dated:_____    By: _____
Gabriel M. Rosetti, III, Union Trustee

Dated:_____     By: _____

David Henderson, Jr., Union Trustee

Dated:_____     By: _____

Earl N. Hall, Employer Trustee

Dated:_____     By: _____

Earl R. Hall, Employer Trustee

Dated: *2/17/09*     By: _____

Todd C. Curran, Employer Trustee

Dated:_____     By: _____

Paul A. Castaldo, Employer Trustee

Klc\Madoff\CNYLabH&WF\ResolutionBeaconAndover

2

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Health and Welfare Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
HEALTH AND WELFARE FUND**

Dated:_____    By: _____
                                    Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____    By: _____
                                    Vincent Lazzaro, Union Trustee

Dated:_____    By: _____
                                    Gabriel M. Rosetti, III, Union Trustee



Dated:_____    By: _____
David Henderson, Jr., Union Trustee

Dated:_____    By: _____
Earl N. Hall, Employer Trustee

Dated:_____    By: _____
Earl R. Hall, Employer Trustee

Dated:_____    By: _____
Todd C. Curran, Employer Trustee

Dated: 2·25·09    By: _____
Paul A. Castaldo, Employer Trustee

K\c\Madoff\CNYLabH&WF\ResolutionBeaconAndover

2

# CNY LABORERS' HEALTH AND WELFARE FUND
## EIN NO. 16-6044095

**UNION TRUSTEES**

Gabriel M. Rosetti, III
4 Braston Lane
Jordan, New York  13080
Telephone:

Gabriel M. Rosetti, Jr., Secretary
c/o Laborers Local 633
7051 Fly Road, Suite A
East Syracuse, New York  13057
Telephone:  (315) 471-1591

Vincent Lazzaro
c/o Laborers Local 633
7051 Fly Road, Suite A
East Syracuse, New York  13057
Telephone:  (315) 471-1591

David Henderson, Jr.,
c/o Laborers Local 633
23 Mitchell Street
Oswego, New York  13126
Telephone:  (315) 343-7661

**EMPLOYER TRUSTEES**

Earl R. Hall, Chairman
Building Trades Employers Assoc.
6563 Ridings Road
Syracuse, New York  13206
Telephone:  (315) 437-9936

Earl N. Hall
Construction Employers Assoc.
of CNY, Inc.
6563 Ridings Road
Syracuse, New York  13206
(315) 437-4050

Todd C. Curran
The Curran Company
The Union Building, Suite 204
12 South Main Street
P.O. Box 258
Homer, New York  13077
Telephone:  (607) 749-2950

Paul Castaldo
c/o Paul A. Castaldo, Inc.
11 Fourth Avenue, Suite D
Oswego, New York  13126
Telephone:  (315) 343-7980

jmc\jmc\Madoff\SIPC\IndirectMadoffInvestment\CNYLabH&WF\TrusteeContactInfoPF



# CENTRAL NEW YORK LABORERS'

## HEALTH AND WELFARE, PENSION, ANNUITY & TRAINING FUNDS

7051 FLY ROAD • EAST SYRACUSE, NY 13057-9659

PHONE (315) 434-9305 • FAX (315) 437-8627

JANET M. MORO
FUND ADMINISTRATOR

February 26, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

     Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Central New York Laborers' Pension Fund ("Fund").

     Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

CENTRAL NEW YORK LABORERS' PENSION
FUND

Janet M. Moro
Fund Administrator

JMM/mlw

Enclosures

jmc\Madoff\SIPC\IndirectMadoffInvest\CNYLabPF/Income/Picardltr



# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

:ER 11, 2008

Central New York Laborers' Pension Fund
7051 Fly Road
East Syracuse, NY  13057
Beacon Associates,
Madoff Account #: 1-B0118
Tax ID #:  15-6016579

Provide your office and home telephone no.

OFFICE: _(315) 434-9305_

HOME: _(315) 420-8716_

Taxpayer I.D. Number (Social Security No.)
_15 - 6016579_

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of **December 11, 2008**_:
      a.    The Broker owes me a Credit (Cr.) Balance of          $___$25.92___
      b.    I owe the Broker a Debit (Dr.) Balance of             $___-0-___

502180406

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, it must be enclosed

with this claim form.      $ _–O–_

d.    If balance is zero, insert "None."      _None_

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.   The Broker owes me securities | X | |
| b.   I owe the Broker securities | | X |

c.    if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | $ 5,688,035.84 | X | |
| _____ | _Please refer to Beacon Associates_ | _____ | _____ |
| _____ | _SIPC Claim; the above estimated_ | _____ | _____ |
| _____ | _amount is the claimant's share_ | _____ | _____ |
| _____ | _of the Madoff loss only._ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

502180406                                    3

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  if
     so, give name of that broker.                    _____   $X$ ____

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form:___See Exhibit A_____

     _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.


Date _February 26, 2009_   Signature _Janet M. Moco_____

Date _____   Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
     This customer claim form must be completed and mailed promptly,
          together with supporting documentation, etc. to:

                    Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC
                    Claims Processing Center
                2100 McKinney Ave., Suite 800
                    Dallas, TX 75201

**LIST OF INDIVIDUALS PROVIDING
ASSISTANCE WITH CLAIM FORM FOR
CENTRAL NEW YORK LABORERS' PENSION FUND
[15-6016579]**

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770

Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111

Janet M. Moro, Fund Administrator
Central New York Laborers' Pension Fund
7051 Fly Road
East Syracuse, New York  13057-9659
Telephone:    (315) 434-9305

jmc\Madoff\SIPC\IndirectMadoffInvest\CNYLabPF\Income\ClaimFormAsstList

## RESOLUTION

**WHEREAS,** the Central New York Laborers' Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
PENSION FUND**

Dated: 2-19-09

By: _____
Gabriel M. Rosetti, Jr., Union Trustee

Dated: 2-17-09

By: _____
Vincent Lazzaro, Union Trustee

Dated: 2-19-09

By: _____
Gabriel M. Rosetti, III, Union Trustee

Dated:_____    By:    _____
                                  Earl N. Hall, Employer Trustee

Dated:_____    By:    _____
                                  Earl R. Hall, Employer Trustee

Dated:_____    By:    _____
                                  Todd C. Curran, Employer Trustee

Klc\Madoff\CNYLabPF\ResolutionBeaconIncPlus

2

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
PENSION FUND**

Dated:_____     By: _____
                                  Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____     By: _____
                                  Vincent Lazzaro, Union Trustee

Dated:_____     By: _____
                                  Gabriel M. Rosetti, III, Union Trustee

Dated: Feb 20, 2009          By: _____

Earl N. Hall, Employer Trustee

Dated: FEB 23 2009          By: _____

Earl R. Hall, Employer Trustee

Dated: _____          By: _____

Todd C. Curran, Employer Trustee

Klc\Madoff\CNYLabPF\ResolutionBeaconIncPlus

2

## RESOLUTION

**WHEREAS,** the Central New York Laborers' Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS' PENSION FUND**

Dated:_____     By: _____
                                Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____     By: _____
                                Vincent Lazzaro, Union Trustee

Dated:_____     By: _____
                                Gabriel M. Rosetti, III, Union Trustee

Dated:_____        By: _____
                                   Earl N. Hall, Employer Trustee

Dated:_____        By: _____
                                   Earl R. Hall, Employer Trustee

Dated: 2/19/07                 By: _____
                                   Todd C. Curran, Employer Trustee

Klc\Madoff\CNYLabPF\ResolutionBeaconIncPlus

2

# CNY LABORERS' PENSION FUND
## EIN NO. 15-6016579

**UNION TRUSTEES**

Gabriel M. Rosetti, Jr., Secretary
c/o Laborers Local 633
7051 Fly Road, Suite A
East Syracuse, New York  13057
Telephone:  (315) 471-1591

Gabriel M. Rosetti, III
4 Braston Lane
Jordan, New York  13080
Telephone:

Vincent Lazzaro
c/o Laborers Local 633
7051 Fly Road, Suite A
East Syracuse, New York  13057
Telephone:  (315) 471-1591

**EMPLOYER TRUSTEES**

Earl R. Hall, Chairman
Building Trades Employers Assoc.
6563 Ridings Road
Syracuse, New York  13206
Telephone:  (315) 437-9936

Earl N. Hall
Construction Employers Assoc.
of CNY, Inc.
6563 Ridings Road
Syracuse, New York  13206
(315) 437-4050

Todd C. Curran
The Curran Company
The Union Building, Suite 204
12 South Main Street
P.O. Box 258
Homer, New York  13077
Telephone:  (607) 749-2950

jmc\jmc\Madoff\SIPC\IndirectMadoffInvestment\CNYLabPF\TrusteeContactInfoPF



# CENTRAL NEW YORK LABORERS'

## HEALTH AND WELFARE, PENSION, ANNUITY & TRAINING FUNDS

7051 FLY ROAD • EAST SYRACUSE, NY 13057-9659

PHONE (315) 434-9305 • FAX (315) 437-8627

JANET M. MORO
FUND ADMINISTRATOR

February 26, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

  Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Central New York Laborers' Training Fund ("Fund").

  Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

     Sincerely,

     CENTRAL NEW YORK LABORERS' TRAINING
     FUND

     Janet M. Moro
     Fund Administrator

JMM/jd

Enclosures

jmc\Madoff\SIPC\IndirectMadoffInvest\CNYLabTF/Picardltr



# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Provide your office and home telephone no.

Central New York Laborers' Training Fund
7051 Fly Road
East Syracuse, NY 13057
Andover Associates,
Madoff Account #: 1-A0061
Tax ID #: 16-6279211

OFFICE: _( 315 ) 434 - 9305_

HOME: _( 315 ) 420 - 8716_

Taxpayer I.D. Number (Social Security No.)
_16 - 6279 211_

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
   a.    The Broker owes me a Credit (Cr.) Balance of        $____192.99____
   b.    I owe the Broker a Debit (Dr.) Balance of        $____- 0 -____

5021 80406

    c.    If you wish to repay the Debit Balance,

           please insert the amount you wish to repay and

           attach a check payable to "Irving H. Picard, Esq.,

           Trustee for Bernard L. Madoff Investment Securities LLC."

           If you wish to make a payment, **it must be enclosed**

           with this claim form.           $ _ - 0 -_

    d.    If balance is zero, insert "None."      _None_

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.   The Broker owes me securities | X | |
| b.   I owe the Broker securities | | X |

    c.    if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | $127,794.58 | X | |
| _____ | Please refer to Andover Associates | _____ | _____ |
| _____ | SIPC Claim; the above estimated | _____ | _____ |
| _____ | amount is the claimant's share | _____ | _____ |
| _____ | of the Madoff loss only. | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|     |     | YES | NO |
|-----|-----|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.  Have you or any member of your family
    ever filed a claim under the Securities
    Investor Protection Act of 1970?  if
    so, give name of that broker.                      _____    X

    Please list the full name and address of anyone assisting you in the
    preparation of this claim form:___**See Exhibit A**_____
    _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _February 26, 2009_    Signature _Janet M. Wpes_

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
            together with supporting documentation, etc. to:

                    Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                    Claims Processing Center
                2100 McKinney Ave., Suite 800
                    Dallas, TX 75201

**LIST OF INDIVIDUALS PROVIDING
ASSISTANCE WITH CLAIM FORM FOR
CENTRAL NEW YORK LABORERS' TRAINING FUND
[16-627911]**

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


Janet M. Moro, Fund Administrator
Central New York Laborers' Training Fund
7051 Fly Road
East Syracuse, New York  13057-9659
Telephone:    (315) 434-9305

jmc\Madoff\SIPC\IndirectMadoffInvest\CNYLabTF\ClaimFormAsstList

## RESOLUTION

**WHEREAS,** the Central New York Laborers' Training Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS' TRAINING FUND**

Dated: _2-19-09_    By: _____
                          Gabriel M. Rosetti, Jr., Union Trustee

Dated: _2-19-09_    By: _____
                          Vincent Lazzaro, Union Trustee

Dated: _2-19-09_    By: _____
                          Gabriel M. Rosetti, III, Union Trustee

# RESOLUTION

**WHEREAS,** the Central New York Laborers' Training Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
TRAINING FUND**

Dated:_____    By: _____
Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____    By: _____
Vincent Lazzaro, Union Trustee

Dated:_____    By: _____
Gabriel M. Rosetti, III, Union Trustee

Dated:_____          By: _____
                                     John T. Shannon, Union Trustee

Dated: Feb 20, 2009              By: _____
                                     Earl N. Hall, Employer Trustee

Dated: FEB 23 2009               By: _____
                                     Earl R. Hall, Employer Trustee

Dated:_____          By: _____
                                     Todd C. Curran, Employer Trustee

Dated:_____          By: _____
                                     Paul A. Castaldo, Employer Trustee

Klc\Madoff\CNYLabTF\ResolutionAndover

2

## RESOLUTION

**WHEREAS,** the Central New York Laborers' Training Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
TRAINING FUND**

Dated:_____    By: _____
                                                    Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____    By: _____
                                                    Vincent Lazzaro, Union Trustee

Dated:_____    By: _____
                                                    Gabriel M. Rosetti, III, Union Trustee

Dated:_____        By:    _____

                                      John T. Shannon, Union Trustee


Dated:_____        By:    _____

                                      Earl N. Hall, Employer Trustee


Dated:_____        By:    _____

                                      Earl R. Hall, Employer Trustee


Dated:___*7/19/09*___         By:    _____

                                      Todd C. Curran, Employer Trustee


Dated:_____        By:    _____

                                      Paul A. Castaldo, Employer Trustee


Klc\Madoff\CNYLabTF\ResolutionAndover

2

## RESOLUTION

**WHEREAS,** the Central New York Laborers' Training Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Janet M. Moro, Fund Administrator, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**CENTRAL NEW YORK LABORERS'
TRAINING FUND**

Dated:_____    By: _____
                                Gabriel M. Rosetti, Jr., Union Trustee

Dated:_____    By: _____
                                Vincent Lazzaro, Union Trustee

Dated:_____    By: _____
                                Gabriel M. Rosetti, III, Union Trustee

*PAC*

## CNY LABORERS' TRAINING FUND
### EIN NO. 16-6279211

**UNION TRUSTEES**

Vincent Lazzaro
c/o Laborers Local 633
7051 Fly Road, Suite A
East Syracuse, New York  13057
Telephone:  (315) 471-1591

Gabriel M. Rosetti, Jr., Secretary
c/o Laborers Local 633
7051 Fly Road, Suite A
East Syracuse, New York  13057
Telephone:  (315) 471-1591

Gabriel M. Rosetti, III
4 Braston Lane
Jordan, New York  13080
Telephone:

John T. Shannon
c/o Upstate New York Laborers Education
and Training Fund
P.O. Box 4069
Oswego, New York  13126
Telephone: (315) 343-8553

**EMPLOYER TRUSTEES**

Earl R. Hall, Chairman
Building Trades Employers Assoc.
6563 Ridings Road
Syracuse, New York  13206
Telephone:  (315) 437-9936

Earl N. Hall
Construction Employers Assoc.
of CNY, Inc.
6563 Ridings Road
Syracuse, New York  13206
(315) 437-4050

Todd C. Curran
The Curran Company
The Union Building, Suite 204
12 South Main Street
P.O. Box 258
Homer, New York  13077
Telephone:  (607) 749-2950

Paul Castaldo
c/o Paul A. Castaldo, Inc.
11 Fourth Avenue, Suite D
Oswego, New York  13126
Telephone:  (315) 343-7980

jmc\jmc\Madoff\SIPC\IndirectMadoffInvestment\CNYLabTF\TrusteeContactInfoPF

[TO BE PLACED ON FUND LETTERHEAD]

[DATE]

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

      Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Engineers Joint Welfare Fund ("Fund").

      Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

                  Sincerely,

                  ENGINEERS JOINT WELFARE FUND

                  Daniel P. Harrigan
                  Administrator

DPH
Enclosures

jmc\Madoff\SIPC\IndirectMadoffInvest\EJWF/Picardltr

CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Engineers Joint Welfare Fund
101 Intrepid Lane, P.O. Box 100
Syracuse, NY 13205
Beacon Associates,
Madoff Account #: 1-B0118
Tax ID #: 15-0582931

Provide your office and home telephone no.

OFFICE: ___(315) 492-1796___

HOME: ___(315) 347-8534___

Taxpayer I.D. Number (Social Security No.)
___15-0582931___

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

************************************************************************

1.    Claim for money balances as of December 11, 2008 :
    a.    The Broker owes me a Credit (Cr.) Balance of        $____58.35____
    b.    I owe the Broker a Debit (Dr.) Balance of        $____-0-____

502180406

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

502180406                                    3

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if
      so, give name of that broker.                          _____    _X____

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:____See Exhibit A_____

      _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _____      Signature_____

Date _____      Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
          This customer claim form must be completed and mailed promptly,
                together with supporting documentation, etc. to:

                          Irving H. Picard, Esq.,
          Trustee for Bernard L. Madoff Investment Securities LLC
                          Claims Processing Center
                      2100 McKinney Ave., Suite 800
                          Dallas, TX 75201

5D2180406

EXHIBIT A