## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## ENGINEERS JOINT WELFARE FUND
### [15-0582931]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


Daniel P. Harrigan, Administrator
Engineers Joint Welfare Fund
101 Intrepid Lane
P.O. Box 100 Colvin Station
Syracuse, New York  13205
Telephone:    (315) 492-1796

jmc\Madoff\SIPC\IndirectMadoffInvest\EJWF\ClaimFormAsstList

**EXHIBIT B**

## RESOLUTION

**WHEREAS,** the Engineers Joint Welfare Fund is an independent functioning Taft-Hartley ERISA Welfare Fund; and

**WHEREAS,** the Engineers Joint Welfare Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC; and

**WHEREAS,** the Engineers Joint Welfare Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Engineers Joint Welfare Fund hereby authorize Daniel P. Harrigan, Fund Administrator of the Engineers Joint Welfare Fund to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**ENGINEERS JOINT WELFARE FUND**

Dated: _2-20-09_          By: _Thomas E. Charles_
                              Thomas E. Charles, Union Trustee

Dated: _2-20-09_          By: _Theron H. Hogle_
                              Theron H. Hogle, Union Trustee

Dated: _2/20/2009_        By: _Paul B. McCollum_
                              Paul B. McCollum, Union Trustee

Dated: _2/20/09_____     By: _____
                                    Daniel J. McGraw, Union Trustee

Dated: _2/20/09_____     By: _____
                                     Robert Jones, Union Trustee

Dated: _2/20/09_____     By: _____
                                     Rockne Burns, Employer Trustee

Dated: _2-20-09_____     By: _____
                                     Earl N. Hall, Employer Trustee

Dated: _2-20-09_____     By: _____
                                     Robert Hill, Employer Trustee

Dated: _2/20/09_____     By: _____
                                     James Logan, Employer Trustee

Dated: _2/20/09_____     By: _____
                                     Eugene D. Hallock, III, Employer Trustee

klc/madoff/EJwFSIPCResolution2

## RESOLUTION

**WHEREAS,** the Engineers Joint Welfare Fund is an independent functioning Taft-Hartley ERISA Welfare Fund; and

**WHEREAS,** the Engineers Joint Welfare Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC; and

**WHEREAS,** the Engineers Joint Welfare Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Engineers Joint Welfare Fund hereby authorize Daniel P. Harrigan, Fund Administrator of the Engineers Joint Welfare Fund to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**ENGINEERS JOINT WELFARE FUND**

Dated: _2-20-09_          By: _Thomas E. Charles_
                                    Thomas E. Charles, Union Trustee

Dated: _2-20-09_          By: _Theron H. Hogle_
                                    Theron H. Hogle, Union Trustee

Dated: _2/20/2009_        By: _Paul O. McCollum_
                                    Paul B. McCollum, Union Trustee

Dated: 2/20/09

By: _____
Daniel J. McGraw, Union Trustee

Dated: 2/20/09

By: _____
Robert Jones, Union Trustee

Dated: 2/20/09

By: _____
Rockne Burns, Employer Trustee

Dated: 2-20-09

By: _____
Earl N. Hall, Employer Trustee

Dated: 2-20-09

By: _____
Robert Hill, Employer Trustee

Dated: 2/30/09

By: _____
James Logan, Employer Trustee

Dated: 2/20/09

By: _____
Eugene D. Hallock, III, Employer Trustee

klc/madoff/EJwFSIPCResolution2

2

# ENGINEERS JOINT WELFARE FUND
## EIN NO. 15-0582931

**UNION TRUSTEES**

Thomas E. Charles
c/o IUOE Local 832
P.O. Box 93310
Rochester, New York  14692
Telephone:  (585) 272-9890

Theron Hogle
c/o IUOE Local 545
127 East Glen Avenue
Syracuse, New York  13205
Telephone:  (315) 492-1752

Paul D. McCollum
c/o IUOE Local 463
3365 Ridge Road
Ransomville, New York  14131
Telephone:  (716) 434-3327

Robert J. Jones
c/o IUOE Local 106
44 Hannay Lane
Glenmont, New York  12077
Telephone:  (518) 431-0600

**EMPLOYER TRUSTEES**

Rockne Burns, Chairman
33247 New York Route 12E
Cape Vincent, New York 13618
Telephone: (315) 654-2373

Earl N. Hall
c/o Construction Employers
Association of Central New York, Inc.
6563 Ridings Road
Syracuse, New York  13206
Telephone:  (315) 437-4050

James Logan
c/o Construction Industry
Employers Association
625 Ensminger Road
Tonawanda, New York  14150-6646
Telephone:  (716) 875-4744

Eugene D. Hallock, III
c/o Hudson River Construction Co. Inc.
Port of Albany
Albany, New York  12202
Telephone:  (518) 434-6677

jmc\jmc\Madoff\SIPC\IndirectMadoffInvestment\EJTW\TrusteeContactInfoPF

CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

`ER 11, 2008

Engineers Joint Training Fund
101 Intrepid Lane, P.O. Box 100
Syracuse, NY 13205
Beacon Associates,
Madoff Account #: 1-B0118
Tax ID #: 16-0954711

Provide your office and home telephone no.

OFFICE: (315) 492 - 1796

HOME: (315) 347 - 8534

Taxpayer I.D. Number (Social Security No.)
16 - 0954711

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************

1.    Claim for money balances as of **December 11, 2008_**:
    a.    The Broker owes me a Credit (Cr.) Balance of         $____3.10____
    b.    I owe the Broker a Debit (Dr.) Balance of         $____-0-____

S02180406

c.  If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                                    $ _—O—_

d.  If balance is zero, insert "None."                      _None_

2.  Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.  The Broker owes me securities | X | |
| b.  I owe the Broker securities | | X |

c.  if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) [Number of Shares or Face Amount of Bonds] | I Owe the Broker (Short) [Number of Shares or Face Amount of Bonds] |
|---|---|---|---|
| | $679,702.40 | X | |
| | Please refer to Beacon Associates | | |
| | SIPC Claim; the above estimated | | |
| | amount is the claimant's share | | |
| | of the Madoff loss only. | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation.  You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

APR-01-2009  12:22    FROM-ENGINEERS JOINT BENEFIT FUNDS    From: 3154926618    3154926618    Page: 11/13    315 492 6616    Date: 4/7/2009 12:04:21 PM    T-281    P.0117013    F-539

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  If
     so, give name of that broker.                                         X

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form:___See Exhibit A_____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _FEBRUARY 24, 2009_____    Signature_Daniel P Harrigan_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
     This customer claim form must be completed and mailed promptly,
          together with supporting documentation, etc. to:

                    Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC
                    Claims Processing Center
                    2100 McKinney Ave., Suite 800
                    Dallas, TX 75201

5003180406

**EXHIBIT A**

## RESOLUTION

**WHEREAS,** the Engineers Joint Training Fund is an independent functioning Taft-Hartley ERISA Training Fund; and

**WHEREAS,** the Engineers Joint Training Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC; and

**WHEREAS,** the Engineers Joint Training Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Engineers Joint Training Fund hereby authorize Daniel P. Harrigan, Fund Administrator of the Engineers Joint Training Fund to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**ENGINEERS JOINT TRAINING FUND**

Dated: _2-20-09_    By: _Thomas E. Charles_
Thomas E. Charles, Union Trustee

Dated: _2-20-09_    By: _Theron H. Hogle_
Thereon Hogle, Union Trustee

Dated: _2/20/2009_    By: _Paul B. McCollum_
Paul B. McCollum, Union Trustee

Dated: 02-20-09

By: _____
Lynne-Marie Perli, Union Trustee

Dated: 2-20-09

By: _____
Todd C. Curran, Employer Trustee

Dated: 2/20/09

By: _____
Eugene D. Hallock, III, Employer Trustee

Dated: 2-20-09

By: _____
Robert Hill, Employer Trustee

Dated: 2/20/09

By: _____
James Logan, Employer Trustee

klc/madoff/EJTFResolution

2

## RESOLUTION

**WHEREAS,** the Engineers Joint Training Fund is an independent functioning Taft-Hartley ERISA Training Fund; and

**WHEREAS,** the Engineers Joint Training Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC; and

**WHEREAS,** the Engineers Joint Training Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Engineers Joint Training Fund hereby authorize Daniel P. Harrigan, Fund Administrator of the Engineers Joint Training Fund to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**ENGINEERS JOINT TRAINING FUND**

Dated: _2-20-09_        By: _Thomas E. Charles_
                             Thomas E. Charles, Union Trustee

Dated: _2-20-09_        By: _Thereon H. Hogle_
                             Thereon Hogle, Union Trustee

Dated: _2/20/2009_        By: _Paul B. McCollum_
                             Paul B. McCollum, Union Trustee

Dated: _02-20-09_    By: _____
Lynne-Marie Perli, Union Trustee

Dated: _2-20-09_    By: _____
Todd C. Curran, Employer Trustee

Dated: _2/20/09_    By: _____
Eugene D. Hallock, III, Employer Trustee

Dated: _2-20-09_    By: _____
Robert Hill, Employer Trustee

Dated: _2/20/09_    By: _____
James Logan, Employer Trustee

klc/madoff/EJTFResolution

2

## LIST OF INDIVIDUALS PROVIDING ASSISTANCE WITH CLAIM FORM FOR ENGINEERS JOINT TRAINING FUND
### [15-0614642]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


Daniel P. Harrigan, Administrator
Engineers Joint Training Fund
101 Intrepid Lane
P.O. Box 100 Colvin Station
Syracuse, New York  13205
Telephone:    (315) 492-1796

jmc\Madoff\SIPC\IndirectMadoffInvest\EJTF\ClaimFormAsstList

**EXHIBIT B**

APR-07-2009  12:23   From: 3154926618   3154926618   Page: 12/13   Date: 4/7/2009 12:04:21 PM
FROM-ENGINEERS JOINT BENEFIT FUNDS   315 492 6618   T-201  P.012/013  F-330

## RESOLUTION

**WHEREAS,** the Engineers Joint Training Fund is an independent functioning Taft-Hartley ERISA Training Fund; and

**WHEREAS,** the Engineers Joint Training Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC; and

**WHEREAS,** the Engineers Joint Training Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Engineers Joint Training Fund hereby authorize Daniel P. Harrigan, Fund Administrator of the Engineers Joint Training Fund to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**ENGINEERS JOINT TRAINING FUND**

Dated: _2-20-09_          By: _Thomas E. Charles_
                          Thomas E. Charles, Union Trustee

Dated: _2-20-09_          By: _Thereon K. Hogle_
                          Thereon Hogle, Union Trustee

Dated: _2/20/2009_        By: _Paul D. McCollum_
                          Paul B. McCollum, Union Trustee

APR-01-2009  12:25   From: 3154926618   3154926618   Page: 13/13   Date: 4/7/2009 12:04:22 PM
FROM:ENGINEERS JOINT BENEFIT FUNDS   315 492 6618   T-281  P.013/013  F-555

Dated: 02-20-09

By: _____
Lynne-Marie Perli, Union Trustee

Dated: 2-20-09

By: _____
Todd C. Curran, Employer Trustee

Dated: 2/20/09

By: _____
Eugene D. Hallock, III, Employer Trustee

Dated: 2-20-09

By: _____
Robert Hill, Employer Trustee

Dated: 2/20/09

By: _____
James Logan, Employer Trustee

klc/madoff/EJTFResolution

2

## ENGINEERS JOINT TRAINING FUND
### EIN NO. 16-0954711

**UNION TRUSTEES**

Thomas E. Charles
c/o IUOE Local 832
P.O. Box 93310
Rochester, New York  14692
Telephone: (585) 272-9890

Theron Hogle
c/o IUOE Local 545
127 East Glen Avenue
Syracuse, New York  13205
Telephone: (315) 492-1752

Paul D. McCollum
c/o IUOE Local 463
3365 Ridge Road
Ransomville, New York  14131
Telephone: (716) 434-3327

Lynne-Marie Perli
101 Intrepid Lane
P.O. Box 100 Colvin Station
Syracuse, New York  13205
Telephone: (315) 492-4725

**EMPLOYER TRUSTEES**

Todd C. Curran
c/o The Curran Company
The Union Building, Suite 204
12 South Main Street
P.O. Box 258
Homer, New York  13077
Telephone: (607) 749-2950

Eugene D. Hallock, III
c/o Hudson River Construction Co. Inc.
Port of Albany
Albany, New York  12202
Telephone: (518) 434-6677

Robert Hill
c/o Union Concrete & Construction Co.
105 Center Road
P.O. Box 410
West Seneca, New York  14224
Telephone: (716) 822-5755

James Logan
c/o Construction Industry
Employers Association
625 Ensminger Road
Tonawanda, New York  14150-6646
Telephone: (716) 875-4744

# IBEW NECA

**I.B.E.W. Local 43 and Electrical Contractors Trust Funds**
P O Box 2218 · Syracuse, New York 13220-2218
(315) 474-5729 · (800) 474-5744
FAX (315) 474-1588

March 2, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the IBEW Local No. 43 Pension Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

IBEW LOCAL NO.43 PENSION FUND

Paul Kloc
Fund Administrator

CUSTOMER CLAIM

Claim Number_____

Date Received_____

B ERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

DECEMBER 11, 2008

B.E.W. Local 43 & Electrical Contractors
ension Fund
.O. Box 2218
yracuse, New York 13220-2218
eacon Associates,
ladoff Account #: 1-B0118
ax ID #: 16-6153389

Provide your office and home telephone no.

OFFICE: (315) 474 - 5729

HOME: (315) 430 - 3460

Taxpayer I.D. Number (Social Security No.)
16 - 6153389

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

********************************************************************************

1.    Claim for money balances as of December 11, 2008:
      a.    The Broker owes me a Credit (Cr.) Balance of        $        $18.91
      b.    I owe the Broker a Debit (Dr.) Balance of           $        - 0 -

502180406

c.   If you wish to repay the Debit Balance,
p lease insert the amount you wish to repay and
a ttach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, it must be enclosed
with this claim form.                                          $ — 0—

d.   If balance is zero, insert "None."                        None

2.   Claim for securities as of **December 11, 2008:**

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | YES | NO |
|---|---|---|
| a.   The Broker owes me securities | X | |
| b.   I owe the Broker securities | | X |

c.   if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | $4,149,761.99 | X | |
| | Please refer to Beacon Associates | | |
| | SIPC Claim; the above estimated | | |
| | amount is the claimant's share | | |
| | of the Madoff loss only. | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

502180406                              3

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  if                      _____      X
     so, give name of that broker.

     Please  list the full name and address of anyone assisting you in the
     preparation of this claim form:____See Exhibit A_____
     _____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date   3\2\09                    Signature  William C. Towsly

Date   3\2\09                    Signature

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

See Exhibit B
     This customer claim form must be completed and mailed promptly,
             together with supporting documentation, etc. to:

                          Irving H. Picard, Esq.,
           Trustee for Bernard L. Madoff Investment Securities LLC
                          Claims Processing Center
                     2100 McKinney Ave., Suite 800
                          Dallas, TX 75201

**EXHIBIT A**

## I.B.E.W. LOCAL UNION NO. 43 AND
## ELECTRICAL CONTRACTORS PENSION FUND
### (EIN # 16-6153389)

### UNION TRUSTEES

Kevin J. Crawford
IBEW Local Union No. 43 and
 Electrical Contractors Pension Fund
P.O. Box 2218
Clay, New York  13041
Telephone: (315) 474-5729

Dennis J. McDermott
IBEW Local Union No. 43 and
 Electrical Contractors Pension Fund
P.O. Box 2218
Clay, New York  13041
Telephone: (315) 474-5729

Donald H. Morgan
IBEW Local Union No. 43 and
 Electrical Contractors Pension Fund
P.O. Box 2218
Clay, New York  13041
Telephone: (315) 474-5729

William C. Towsley
IBEW Local Union No. 43 and
 Electrical Contractors Pension Fund
P.O. Box 2218
Clay, New York  13041
Telephone: (315) 474-5729

### EMPLOYER TRUSTEES

Carl Hibbard, Jr.
IBEW Local Union No. 43 and
 Electrical Contractors Pension Fund
c/o Patricia Electric
407 Brown Ave.
Syracuse, New York 13208
Telephone: (315) 455-7410

John S. Kogut
IBEW Local union No. 43 and
 Electrical Contractors Pension Fund
c/o Kogut Electric, Inc.
1025 Erie St.
P.O. Box 1735
Utica, New York 13503-1735
Telephone: (315) 733-4655

Marilyn M. Oppedisano
IBEW Local Union No. 43 and
 Electrical Contractors Pension Fund
c/o Finger Lakes NY Chapter, NECA, Inc.
135 Cove Road, Suite 208
Liverpool, New York  13090
Telephone: (315) 451-4278

jmc\jmc\Madoff\SIPC\IBEW43PF\TrusteeContactInfoPF

EXHIBIT B

## RESOLUTION

**WHEREAS,** the International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize the Plan Manager of the Fund and any Trustee of the Fund to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL NO. 43 AND
ELECTRICAL CONTRACTORS PENSION FUND

Dated: 2 - 18 - 09          By: _____
                            Kevin J. Crawford, Union Trustee

Dated: 2/10/09

By: _____
Dennis J. McDermott, Union Trustee

Dated: 2/18/09

By: _____
Donald H. Morgan, Union Trustee

Dated: 2/19/09

By: _____
William C. Towsley, Union Trustee

Dated: 2/20/09

By: _____
Carl Hibbard, Jr., Employer Trustee

Dated: 2/23/09

By: _____
John S. Kogut, Employer Trustee

Dated: 2/28/09

By: _____
Marilyn M. Oppedisano, Employer Trustee

klc/Madoff/IBEW43PF/SIPC Resolution -Indirect

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## IBEW LOCAL NO. 43 PENSION FUND
[16-6153389]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:   (315) 478-2770

Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:   (315) 422-7111

Paul Kloc, Plan Manager
IBEW Local No. 43 Pension Fund
4568 Waterhouse Road
Clay, New York 13041
Telephone:   (315) 474-5729

jmc\Madoff\SIPC\IndirectMadoffInvest\IBEW43PF\Beacon\ClaimFormAsstList



I.B.E.W. Local 43 and Electrical Contractors Trust Funds
P O Box 2218 · Syracuse, New York 13220-2218
(315) 474-5729 · (800) 474-5744
FAX (315) 474-1588

March 2, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the IBEW Local No. 43 Welfare Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

IBEW LOCAL NO.43 WELFARE FUND

Paul Kloc
Fund Administrator

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

I.B.E.W. Local 43 & Electrical Contractors
Welfare Fund
P.O. Box 2218
Syracuse, New York 13220-2218
Beacon Associates,
Madoff Account #: 1-B0118
Tax ID #: 15-6025163

Provide your office and home telephone no.

OFFICE: (315) 474 -5729

HOME: (315) 436 - 3460

Taxpayer I.D. Number (Social Security No.)
15 - 6025163

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

********************************************************************************

1.   Claim for money balances as of December 11, 2008:
    a.   The Broker owes me a Credit (Cr.) Balance of    $    6.19
    b.   I owe the Broker a Debit (Dr.) Balance of      $    -0-

502180406

c.   If you wish to repay the Debit Balance,
     please insert the amount you wish to repay and
     attach a check payable to "Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC."
     If you wish to make a payment, it must be enclosed
     with this claim form.                                    $____-O-____

d.   If balance is zero, insert "None."                        _None_

2.   Claim for securities as of December 11, 2008:

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | YES | NO |
|---|---|---|
| a.   The Broker owes me securities | X | |
| b.   I owe the Broker securities | | X |

c.   if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds |  |
|---|---|---|---|
|  |  | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | $1,359,404.79 | X | |
| _____ | Please refer to Beacon Associates | | |
| _____ | SIPC Claim; the above estimated | | |
| _____ | amount is the claimant's share | | |
| _____ | of the Madoff loss only. | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  if
     so, give name of that broker.                                    X

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form:_____See Exhibit A_____

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date __3/2/09____     Signature _William C Towsley_
Date __3/2/09____     Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

See Exhibit B
       This customer claim form must be completed and mailed promptly,
              together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
          Trustee for Bernard L. Madoff Investment Securities LLC
                         Claims Processing Center
                    2100 McKinney Ave., Suite 800
                            Dallas, TX 75201

502180406

**EXHIBIT  A**

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## IBEW LOCAL NO. 43 WELFARE FUND
### [15-6025163]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York  13202
Telephone:    (315) 478-2770

Charles E. Blitman, Esq.
Jonathan M. Cerrito,  Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York  13204-5412
Telephone:    (315) 422-7111

Paul Kloc, Plan Manager
IBEW Local No. 43  Welfare Fund
4568 Waterhouse Road
Clay, New York 13041
Telephone:    (315) 474-5729

jmc\Madoff\SIPC\IndirectMadoffInvest\IBEW43WF\ClaimFormAsstList

EXHIBIT B

## RESOLUTION

**WHEREAS,** the International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize the Plan Manager of the Fund and any Trustee of the Fund to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL NO. 43 AND
ELECTRICAL CONTRACTORS WELFARE FUND

Dated: _2 - 1 8 - 0 9_          By: _____
                                    Kevin J. Crawford, Union Trustee

Dated: 2/18/09

By: _____
Dennis J. McDermott, Union Trustee

Dated: 2/18/09

By: _____
Donald H. Morgan, Union Trustee

Dated: 2/19/09

By: _____
William C. Towsley, Union Trustee

Dated: 2/20/09

By: _____
Carl Hibbard, Jr., Employer Trustee

Dated: 2/23/09

By: _____
John S. Kogut, Employer Trustee

Dated: 2/28/09

By: _____
Marilyn M. Oppedisano, Employer Trustee

klc/Madoff/IBEW43WF/SIPC Resolution -Indirect

# I.B.E.W. LOCAL UNION NO. 43 AND
## ELECTRICAL CONTRACTORS WELFARE FUND
### (EIN # 15-6025163)

## UNION TRUSTEES

Kevin J. Crawford
IBEW Local Union No. 43 and
  Electrical Contractors Welfare Fund
P.O. Box 2218
Clay, New York 13041
Telephone: (315) 474-5729

Dennis J. McDermott
IBEW Local Union No. 43 and
  Electrical Contractors Welfare Fund
P.O. Box 2218
Clay, New York 13041
Telephone: (315) 474-5729

Donald H. Morgan
IBEW Local Union No. 43 and
  Electrical Contractors Welfare Fund
P.O. Box 2218
Clay, New York 13041
Telephone: (315) 474-5729

William C. Towsley
IBEW Local Union No. 43 and
  Electrical Contractors Welfare Fund
P.O. Box 2218
Clay, New York 13041
Telephone: (315) 474-5729

## EMPLOYER TRUSTEES

Carl Hibbard, Jr.
IBEW Local Union No. 43 and
  Electrical Contractors Welfare Fund
c/o Patricia Electric
407 Brown Ave.
Syracuse, New York 13208
Telephone: (315) 455-7410

John S. Kogut
IBEW Local union No. 43 and
  Electrical Contractors Welfare Fund
c/o Kogut Electric, Inc.
1025 Erie St.
P.O. Box 1735
Utica, New York 13503-1735
Telephone: (315) 733-4655

Marilyn M. Oppedisano
IBEW Local Union No. 43 and
  Electrical Contractors Welfare Fund
c/o Finger Lakes NY Chapter, NECA,
Inc.
135 Cove Road, Suite 208
Liverpool, New York 13090
Telephone: (315) 451-4278

jmc\jmc\Madoff\SIPC\IBEW43PF\TrusteeContactInfowf

Michael Talarski - Business Manager/                                      Brian Miller - President
Financial Secretary

# International                                                    Brotherhood
## of Electrical                                                    Workers



AFFILIATED WITH                     **LOCAL UNION No. 241**              Phone: 607-272-2809
New York State AFL-CIO                                                    Fax: 607-277-5623
N.Y. State Building Trades Council
Finger Lakes Building Trades Council                                   701 West State Street
Ithaca - Cortland Building Trades Council        ● 1073M               Ithaca, New York 14850
N.Y. State Assoc. of Electrical Workers

March 2, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the IBEW Local 241 Welfare Benefits Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

IBEW LOCAL 241 WELFARE BENEFITS FUND

Michael Talarski
Fund Administrator

MT
Enclosures

jmc\Madoff\SIPC\IndirectMadoffInvest\IBEW241WF/Picardltr

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

I.B.E.W. Local 241 Welfare Benefits Fund
701 W. State Street
Ithaca, NY 14850-3309
Beacon Associates,
Madoff Account #: 1-B0118
Tax ID #: 15-0347948

Provide your office and home telephone no.

OFFICE: _(607) 272-2809_

HOME: _(607) 423- 2809_

Taxpayer I.D. Number (Social Security No.)
_____15-0347948_____

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of    $  _4.56_
      b.    I owe the Broker a Debit (Dr.) Balance of       $  _-0-_

502180406

c.  If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                    $ _–O–_____

d.  If balance is zero, insert "None."              _None_____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.  if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | $1,001,666.69 | X | |
| | Please refer to Beacon Associates | | |
| | SIPC Claim; the above estimated | | |
| | amount is the claimant's share | | |
| | of the madoff loss only. | | |

*Number of Shares or Face Amount of Bonds*

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|    |    | YES | NO |
|----|----|----|----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.    Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970?  if
so, give name of that broker.    _____    $\chi$

Please list the full name and address of anyone assisting you in the
preparation of this claim form:____See Exhibit A_____

_____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.


Date _____    Signature_____

Date  *3-2-2009*    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
    This customer claim form must be completed and mailed promptly,
    together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

### LIST OF INDIVIDUALS PROVIDING
### ASSISTANCE WITH CLAIM FORM FOR
### IBEW LOCAL 241 WELFARE BENEFITS FUND
### [15-0347948]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770

James R. LaVaute, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111

Michael Talarski, Fund Administrator
IBEW Local 241 Welfare Benefits Fund
701 West State Street
Ithaca, New York  14850
Telephone:    (607) 272-2809

jmc\Madoff\SIPC\IndirectMadoffInvest\IBEW241WBF\ClaimFormAsstList

# RESOLUTION

**WHEREAS,** the I.B.E.W. Local 241 Welfare Benefits Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Michael W. Talarski, Administrative Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**I.B.E.W. LOCAL 241 WELFARE BENEFITS FUND**

Dated: _2-19-09_    By: _____

Michael W. Talarski, Union Trustee

Dated: _2/23/09_    By: _____

Stacey Black, Union Trustee

Dated: 2-25-09                    By: _____
                                      Joseph Ruta, Union Trustee

Dated:_____            By: _____
                                      Kimberly Bautista, Employer Trustee

Dated:_____            By: _____
                                      George Denmark, Employer Trustee

Dated:_____            By: _____
                                      Matthew Labosky, Employer Trustee

Klc/Madoff/I.B.E.W. Local 241PF/Resolution.Beacon

2

# RESOLUTION

**WHEREAS,** the I.B.E.W. Local 241 Welfare Benefits Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Michael W. Talarski, Administrative Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**I.B.E.W. LOCAL 241 WELFARE BENEFITS FUND**

Dated:_____   By: _____
                                Michael W. Talarski, Union Trustee

Dated:_____   By: _____
                                Stacey Black, Union Trustee

Dated:_____        By: _____
                                   Joseph Ruta, Union Trustee

Dated: 2/23/09                By: _____
                                   Kimberly Bautista, Employer Trustee

Dated:_____        By: _____
                                   George Denmark, Employer Trustee

Dated:_____        By: _____
                                   Matthew Labosky, Employer Trustee

Klc/Madoff/I.B.E.W. Local 241PF/Resolution.Beacon

2

# RESOLUTION

**WHEREAS,** the I.B.E.W. Local 241 Welfare Benefits Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Michael W. Talarski, Administrative Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**I.B.E.W. LOCAL 241 WELFARE BENEFITS FUND**

Dated:_____    By: _____
                                Michael W. Talarski, Union Trustee

Dated:_____    By: _____
                                Stacey Black, Union Trustee

Dated:_____        By: _____

Joseph Ruta, Union Trustee

Dated:_____        By: _____

Kimberly Bautista, Employer Trustee

Dated: 2-20-2009        By: _____

George Denmark, Employer Trustee

Dated:_____        By: _____

Matthew Labosky, Employer Trustee

Klc/Madoff/I.B.E.W. Local 241PF/Resolution.Beacon

# RESOLUTION

**WHEREAS,** the I.B.E.W. Local 241 Welfare Benefits Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Michael W. Talarski, Administrative Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**I.B.E.W. LOCAL 241 WELFARE BENEFITS FUND**

Dated:_____    By: _____
                                Michael W. Talarski, Union Trustee

Dated:_____    By: _____
                                Stacey Black, Union Trustee

Dated:_____    By: _____

Casey Weatherby, Union Trustee

Dated:_____    By: _____

Kimberly Bautista, Employer Trustee

Dated:_____    By: _____

George Denmark, Employer Trustee

Dated:_____    By: _____

Matthew Labosky, Employer Trustee

Klc/Madoff/I.B.E.W. Local 241PF/Resolution.IncomePlus

2

# IBEW LOCAL 241 WELFARE FUND
## EIN NO. 15-0347948

| UNION TRUSTEES | EMPLOYER TRUSTEES |
|---|---|
| Joseph Ruta<br>701 West State Street<br>Ithaca, New York  14850<br>Telephone: | Kimberly Bautista<br>Southern Tier Chapter NECA<br>P.O. Box 1326<br>Binghamton, New York  13902<br>Telephone: |
| Stacey Black<br>701 West State Street<br>Ithaca, New York  14850<br>Telephone:  (607) 272-2809 | Matthew Labosky<br>c/o Blanding Electric<br>429 Commerce Road<br>Vestal, New York  13850<br>Telephone: |
| Michael Talarski, Chairman<br>701 West State Street<br>Ithaca, New York  14850<br>Telephone:  (607) 272-2809 | George Denmark<br>3744 Dean Road<br>Odessa, New York  14869<br>Telephone: |

jmc\jmc\Madoff\SIPC\IndirectMadoffInvestment\IBEW241WF\TrusteeContactInfoPF



**I.B.E.W. LOCAL #910**
**BENEFIT FUNDS**

February 27, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

    Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the IBEW Local 910 Welfare Fund ("Fund").

    Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

                            Sincerely,

                            IBEW 910 Local Welfare Fund

                            John F. Love

                            John F. Love
                            Fund Manager

Enclosures

JMC/Madoff/SIPC/IndirectMadoffinvest/IBEW910Annuity/Picardltr

CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

I.B.E.W. Local 910 Welfare Fund
25001 Water Street
Watertown, NY 13601
Beacon Associates,
Madoff Account #:  1-B0118
Tax ID #:  16-6053626

Provide your office and home telephone no.

OFFICE: _(800) 801- 2201_

HOME: _(315) 782-5941_

Taxpayer I.D. Number (Social Security No.)
_16-6053626_

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008**:
      a.    The Broker owes me a Credit (Cr.) Balance of      $___4.40___
      b.    I owe the Broker a Debit (Dr.) Balance of      $___-0-___

502180406

c.  If you wish to repay the Debit Balance,
    please insert the amount you wish to repay and
    attach a check payable to "Irving H. Picard, Esq.,
    Trustee for Bernard L. Madoff Investment Securities LLC."
    If you wish to make a payment, **it must be enclosed**
    with this claim form.                          $ _____-0-_____

d.  If balance is zero, insert "None."            _____None_____

2.  Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|-----|----|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.  if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | $965,892.88 | X | |
| | *Please refer to Beacon Associates* | | |
| | *SIPC Claim; the above estimated* | | |
| | *amount is the claimant's share* | | |
| | *of the Madoff loss only.* | | |

Number of Shares or Face Amount of Bonds

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.                                    X

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:____See Exhibit A_____
        _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date __02-27-2009__     Signature___John F. Love_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
                together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                        Claims Processing Center
                2100 McKinney Ave., Suite 800
                        Dallas, TX 75201

### LIST OF INDIVIDUALS PROVIDING
### ASSISTANCE WITH CLAIM FORM FOR
### IBEW LOCAL 910 WELFARE FUND
### EIN # 16-6053626

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


John Love, Fund Manager
IBEW Local 910 Welfare Fund
25001 Water Street
Watertown, New York 13601
Telephone:    (315) 782-5941


jmc\Madoff\SIPC\IndirectMadoffInvest\IBEW910Welfare/ClaimFormAsstList

# RESOLUTION

**WHEREAS,** the I.B.E.W. Local 910 Welfare Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize John Love, Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**I.B.E.W. LOCAL 910 WELFARE FUND**

Dated: 2-19-09              By: _____
                                 Dennis C. Affinati, Union Trustee

Dated: 2-26-09              By: _____
                                 Elizabeth F. Cassada, Union Trustee

Dated: 2-26-09              By: _____
                                 Michael Rhubart, Union Trustee

Dated: _02-25-09_                By: _James A. Williams_
                                     James A. Williams, Employer Trustee

Dated: _02-25-09_                By: _Leo J. Villeneuve_
                                     Leo J. Villeneuve, Employer Trustee

Dated: _02-26-09_                By: _Gary L. Hammond_
                                     Gary L. Hammond, Employer Trustee

KLC/Madoff/IBEW910WF/Misc/WFResolutionBeacon

# IBEW LOCAL 910 WELFARE FUND
## EIN NO. 16-6053626

**UNION TRUSTEES**                              **EMPLOYER TRUSTEES**

Dennis C. Affinati                              James A. Williams, Chairman
c/o IBEW Local 910 AFL-CIO                      c/o S&L Electric Inc.
25001 Water Street                              5313 State Highway 56
Watertown, New York  13601                      Colton, New York  13625
Telephone:  (315) 782-5941                      Telephone:  (315) 265-7677

Elizabeth F. Cassada                            Leo J. Villeneuve, Secretary
15662 US Route 11                               c/o S&L Electric Inc.
Watertown, New York  13601                      5313 State Highway 56
Telephone:  (315) 583-5618                      Colton, New York  13625
                                                Telephone:  (315) 262-2372

Michael Rhubart
6522 Snell Road                                 Gary L. Hammond
Lowville, New York  13367                       c/o Collins-Hammond Electrical
Telephone:  (315) 376-2960                      Contractors, Inc.
                                                Route 68 Riverside Drive
                                                P.O. Box 383
                                                Ogdensburg, New York  13669
                                                Telephone:  (315) 334-7022

jmc\jmc\Madoff\SIPC\IndirectMadoffInvestment\IBEW910WF\TrusteeContactInfoPF

# LABORERS' LOCAL 103 FUNDS

P.O. BOX 571
GENEVA, NY 14456

**PENSION ♦ WELFARE ♦ ANNUITY ♦ TRAINING**

PH: 315-539-4220
FAX: 315-539-4150

February 25, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Laborers Local 103 Annuity Fund ("Fund").

Please advised if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

Laborers' Local 103 Annuity Fund

Carmen A. Serrett, Sr.
Fund Manager

Enclosures

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Provide your office and home telephone no.

Laborers Local 103 Annuity Fund
P.O. Box 571
Geneva, NY 14456-0571
Beacon Associates,
Madoff Account #: 1-B0118
Tax ID #: 01-6214544

OFFICE: (315) 539 -4220

HOME: (315) 781 - 0633

Taxpayer I.D. Number (Social Security No.)
01 - 6214544

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************************

1.   Claim for money balances as of December 11, 2008 :
     a.   The Broker owes me a Credit (Cr.) Balance of      $      1.63
     b.   I owe the Broker a Debit (Dr.) Balance of         $     - 0 -

502180406

c.   If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, it must be enclosed

with this claim form.                                              $ _____-0-_____

d.   If balance is zero, insert "None."                    _____None_____

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.   if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| _____ | # 357,738.10 | X | _____ |
| _____ | Please refer to Beacon Associates | _____ | _____ |
| _____ | SIPC Claim; the above estimated | _____ | _____ |
| _____ | amount is the claimant's share | _____ | _____ |
| _____ | of the Madoff loss only. | _____ | _____ |

Number of Shares or Face Amount of Bonds

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.  Have you or any member of your family
    ever filed a claim under the Securities
    Investor Protection Act of 1970?  if
    so, give name of that broker.                    _____   X_____

    Please list the full name and address of anyone assisting you in the
    preparation of this claim form:_____See Exhibit A_____
    _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date __2-25-09_____   Signature_____

Date _____   Signature_____

(if ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B

        This customer claim form must be completed and mailed promptly,
              together with supporting documentation, etc. to:

                    Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                    Claims Processing Center
                  2100 McKinney Ave., Suite 800
                       Dallas, TX 75201

SC2180406

EXHIBIT A

**LIST OF INDIVIDUALS PROVIDING
ASSISTANCE WITH CLAIM FORM FOR
LABORERS LOCAL 103 ANNUITY FUND**
**EIN #01-6214544**

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


Carmen A. Serrett, Jr., Fund Manager
Laborers' Local 103 Annuity Fund
1126 Waterloo-Geneva Road
Waterloo, New York  13165
Telephone:    (315) 539-4220

**EXHIBIT B**

## RESOLUTION

**WHEREAS,** the Laborers Local 103 Annuity Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Carmen A. Serrett, Sr., Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**LABORERS LOCAL 103 ANNUITY FUND**

Dated: _2/26/09_    By: _____
Carmen A. Serrett, Sr., Union Trustee

Dated: _2/26/09_    By: _____
Earl N. Hall, Employer Trustee

klc/Madoff/Lab103AF/SIPC Resolution-Indirect

## LABORERS LOCAL 103 ANNUITY FUND
### (EIN #01-6214544)

**UNION TRUSTEES**

Carmen A. Serrett, Sr.
Laborers Local 103 Annuity Fund
P.O. Box 571
Geneva, New York  14456
Telephone:  (315) 539-4220

**EMPLOYER TRUSTEES**

Earl N. Hall
Laborers Local 103 Annuity Fund
c/o CEA of CNY, Inc.
6563 Ridings Road
Syracuse, New York 13206
Telephone:  (315) 437-5044

jmc\jmc\Madoff\SIPC\LAB103AF\TrusteeContactInfoaf

# LABORERS' LOCAL 103 FUNDS

P.O. BOX 571
GENEVA, NY 14456

**PENSION ◆ WELFARE ◆ ANNUITY ◆ TRAINING**

PH: 315-539-4220
FAX: 315-539-4150

February 25, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX  75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Laborers Local 103 Welfare Fund ("Fund").

Please advised if any additional documents are needed.  The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

Laborers' Local 103 Welfare Fund

Carmen A. Serrett, Sr.
Fund Manager

Enclosures



## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Laborers Local 103 Welfare Fund
P.O. Box 571
Geneva, NY 14456-0571
Beacon Associates,
Madoff Account #: 1-B0118
Tax ID #: 16-0778602

Provide your office and home telephone no.

OFFICE: (315)539-4220

HOME: (315) 781-0633

Taxpayer I.D. Number (Social Security No.)
16-0778602

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.   A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.   Claim for money balances as of **December 11, 2008** :
   a.   The Broker owes me a Credit (Cr.) Balance of      $____6.52____
   b.   I owe the Broker a Debit (Dr.) Balance of         $____-0-____

502180406

c.     If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.              $    *−O−*

d.     If balance is zero, insert "None."       *None*

2.     Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.     if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | *$1,430,952.41* | X | |
| | *Please refer to Beacon Associates* | | |
| | *SIPC Claim; the above estimated* | | |
| | *amount is the claimant's share* | | |
| | *of the Madoff loss only.* | | |

Number of Shares or Face Amount of Bonds

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  if
     so, give name of that broker.                          _____  __X___

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form:_____See Exhibit A_____
     _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.


Date ___2-25-09_____   Signature_____

Date _____   Signature_____

(if ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
          This customer claim form must be completed and mailed promptly,
                together with supporting documentation, etc. to:

                         Irving H. Picard, Esq.,
          Trustee for Bernard L. Madoff Investment Securities LLC
                         Claims Processing Center
                      2100 McKinney Ave., Suite 800
                            Dallas, TX 75201

**EXHIBIT A**

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## LABORERS LOCAL 103 WELFARE FUND
### EIN #16-0778602

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770

Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111

Carmen A. Serrett,    , Fund Manager
Laborers' Local 103 Welfare Fund
1126 Waterloo-Geneva Road
Waterloo, New York  13165
Telephone:    (315) 539-4220

jmc\Madoff\SIPC\IndirectMadoffInvest\Laborers103Welfare\ClaimFormAsstList

**EXHIBIT B**

# RESOLUTION

**WHEREAS,** the Laborers Local 103 Welfare Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Carmen A. Serrett, Sr., Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**LABORERS LOCAL 103 WELFARE FUND**

Dated:  2/24/09          By: _____
                              Carmen A. Serrett, Sr., Union Trustee

Dated:  2/24/09          By: _____
                              John F. Russo, Union Trustee

Dated: _2/26/09_          By: _____
                               Earl N. Hall, Employer Trustee

Dated: _2/26/09_          By: _____
                               Nicholas P. Massa, Employer Trustee

klc/Madoff/Lab103WR/SIPC Resolution-Indirect

2

## LABORERS LOCAL 103 WELFARE FUND
### (EIN # 16-0778602)

**UNION TRUSTEES**

Carmen A. Serrett, Sr.
Laborers Local 103 Welfare Fund
P.O. Box 571
Geneva, New York  14456
Telephone:  (315) 539-4220

John F. Russo
Laborers Local 103 Welfare Fund
P.O. Box 571
Geneva, New York  14456
Telephone:  (315) 539-4220

**EMPLOYER TRUSTEES**

Earl N. Hall
Laborers Local 103 Welfare Fund
c/o CEA of CNY, Inc.
6563 Ridings Road
Syracuse, New York 13206
Telephone:  (315) 437-5044

Nicholas P. Massa
Laborers Local 103 Welfare Fund
630 Preemption Road
Geneva, New York  14456
Telephone:  (315) 439-4220

jmc\jmc\Madoff\SIPC\LAB103WF\TrusteeContactInfowf

NEW YORK STATE

## LINEMAN'S SAFETY TRAINING FUND

P.O. BOX 58    6518 FREMONT ROAD

EAST SYRACUSE, NEW YORK 13057

PHONE (315) 656-8386



February 26, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX  75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees of the NYS Lineman's Safety Training Fund ("Fund").

Please advise if any additional documents are needed.  The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

Richard J. French
Safety Director

Enclosures

CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

NYS Lineman's Safety Training Fund
P.O. Box 58
6518 Fremont Road
East Syracuse, NY 13057
Beacon Associates,
Madoff Account #: 1-B0118
Tax ID #: 16-0778849

Provide your office and home telephone no.

OFFICE: (315) 656-8022

HOME: (315) 246-4234

Taxpayer I.D. Number (Social Security No.)
16-077849

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.    Claim for money balances as of December 11, 2008_:
    a.    The Broker owes me a Credit (Cr.) Balance of        $____8.15____
    b.    I owe the Broker a Debit (Dr.) Balance of        $____-0-____

502180406

c.   If you wish to repay the Debit Balance,
     please insert the amount you wish to repay and
     attach a check payable to "Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC."
     If you wish to make a payment, it must be enclosed
     with this claim form.                                    $ ___ -0- ___

d.   If balance is zero, insert "None."                       ___None___

2.   Claim for securities as of December 11, 2008:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |  |
| b. | I owe the Broker securities |  | X |

c.   if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
|  |  | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|  | $1,788,690.52 | X |  |
|  | Please refer to Beacon Associates |  |  |
|  | SIPC Claim; the above estimated |  |  |
|  | amount is the claimant's share |  |  |
|  | of the Madoff loss only. |  |  |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

502180406                              2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if                          X
      so, give name of that broker.            _____    _____

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:____See Exhibit A_____
      _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date  26 FEBRUARY 2009  Signature_____

Date _____   Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
              together with supporting documentation, etc. to:

                    Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                    Claims Processing Center
                 2100 McKinney Ave., Suite 800
                        Dallas, TX 75201

**EXHIBIT A**

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## NYS LINEMAN'S SAFETY TRAINING FUND
### EIN #16-0778849

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


Richard French, Safety Director
NYS Lineman's Safety Training Fund
6518 Fremont Road
East Syracuse, New York 13057
Telephone:    (315) 656-8022

**EXHIBIT B**

## RESOLUTION

**WHEREAS,** the New York State Lineman's Safety Training Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Richard French, Safety Director of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

NEW YORK STATE LINEMAN'S SAVETY
TRAINING FUND

Dated: 2/23/09

By: _____
William Boire, Union Trustee

Dated: 2/23/09

By: _____
Mark Lawrence, Union Trustee

Dated: 2/23/09

Dated: 2/23/09

By: _____
Walter Parkes, Employer Trustee

By: _____
George Troutman, Employer Trustee

kle/Madoff/NYS Linemen/SIPC Resolution - Indirect

2

# NEW YORK STATE LINEMAN'S SAFETY TRAINING FUND
## (EIN #16-077849)

**UNION TRUSTEES**

William Boire
NYS Lineman's Safety Training Fund
P.O. Box 277
East Syracuse, NY  13057
Telephone:  (315) 656-7253

Mark Lawrence
NYS Lineman's Safety Training Fund
P.O. Box 277
East Syracuse, NY  13057
Telephone:  (315) 656-7253

**EMPLOYER TRUSTEES**

Walter Parkes
NYS Lineman's Safety Training Fund
c/o O'Connell Electric Company
830 Phillips Road
Rochester, New York  14564
Telephone:  (585) 924-2176

George Troutman
NYS Lineman's Safety Training Fund
c/o M.J. Electric
P.O. Box 310
Shoemakersville, PA  19555
Telephone:  (610) 562-9558

klc\Madoff\NYS Lineman\TrusteeContactInfo

# OSWEGO LABORERS' LOCAL 214
## ───Pension Fund───
23 MITCHELL ST., OSWEGO, N.Y. 13126 • (315) 343-1666



February 27, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

     Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Oswego Laborers' Local 214 Pension Fund ("Fund").

     Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

     Sincerely,

     Oswego Laborers' Local 214 Pension Fund

     Cynthia Castaldo
     Administrator

Enclosures