## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Laborers Local 214 Pension Fund
23 Mitchell Street
Oswego, NY 13126
Beacon Associates,
Madoff Account #: 1-B0118
Tax ID #: 16-0876163

Provide your office and home telephone no.

OFFICE: (315) 343 - 1666

HOME: (315) 413 - 0225

Taxpayer I.D. Number (Social Security No.)
16 - 0876163

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.   Claim for money balances as of **December 11, 2008**:
     a.   The Broker owes me a Credit (Cr.) Balance of          $    34.23
     b.   I owe the Broker a Debit (Dr.) Balance of             $    -0-

50218 0406

c.    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, it must be enclosed
with this claim form.                                                      $    — O.‾

d.    If balance is zero, insert "None."                            None

2.    Claim for securities as of **December 11, 2008**:

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.    if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | $7,512,500.16 | X | |
| | Please refer to Beacon Associates | | |
| | SIPC Claim; the above estimated | | |
| | amount is the claimant's share | | |
| | of the Madoff loss only. | | |

Number of Shares or Face Amount of Bonds

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  if
     so, give name of that broker.                    _____    _X_____

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form:____See Exhibit A_____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date __2/27/09_____   Signature _Cynthia Castillo___

Date _____   Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
          This customer claim form must be completed and mailed promptly,
                together with supporting documentation, etc. to:

                          Irving H. Picard, Esq.,
          Trustee for Bernard L. Madoff Investment Securities LLC
                          Claims Processing Center
                       2100 McKinney Ave., Suite 800
                            Dallas, TX 75201

**EXHIBIT A**

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## OSWEGO LABORERS' LOCAL 214 PENSION FUND
[EIN #16-0876163]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone: (315) 478-2770

Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone: (315) 422-7111

Cynthia Castaldo, Administrator
Oswego Laborers' Local 214 Pension Fund
23 Mitchell Street
Oswego, New York 13126
Telephone: (315) 343-1666

**EXHIBIT B**

## RESOLUTION

**WHEREAS,** the Oswego Laborers' Local 214 Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Cynthia Castaldo, Administrator of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**OSWEGO LABORERS' LOCAL 214
PENSION FUND**

Dated: 2/24/09

By: _____
William F. Shannon, Union Trustee

Dated: 2-24-09

By: _____
David Henderson Jr., Union Trustee

Dated: _02-24-09_          By: _Michael Blasczienski_
                                Michael Blasczienski, Union Trustee

Dated: _2-24-09_           By: _____
                                Earl N. Hall, Employer Trustee

Dated: _____      By: _____ _Attached_
                                Paul Castaldo, Employer Trustee

Dated: _FEB 24 2009_        By: _____
                                Earl R. Hall, Employer Trustee

klc/Madoff/OswegoLabPF/SIPC Resolution - Indirect

# RESOLUTION

**WHEREAS,** the Oswego Laborers' Local 214 Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Cynthia Castaldo, Administrator of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**OSWEGO LABORERS' LOCAL 214
PENSION FUND**

Dated:_____    By:    _____
                                         William F. Shannon, Union Trustee

Dated:_____    By:    _____
                                         David Henderson, Jr., Union Trustee



Dated:_____   By:   _____

Michael Blasczienski, Union Trustee

Dated:_____   By:   _____

Earl N. Hall, Employer Trustee

Dated: 2·75⁻29   By:   _____

Paul Castaldo, Employer Trustee

Dated:_____   By:   _____

Earl R. Hall, Employer Trustee

klc/Madoff/OswegoLabPF/SIPC Resolution - Indirect

2

# OSWEGO LABORERS' LOCAL 214 PENSION FUND
## (EIN # 16-0876163)

**UNION TRUSTEES**

William F. Shannon
Oswego Laborers' Local 214 Pension Fund
c/o Upstate Laborers District Council
200 Salina Meadows Parkway
Suite 210
Syracuse, New York  13212
Telephone:  (315) 413-0225

David Henderson, Jr.
Oswego Laborers' Local 214 Pension Fund
23 Mitchell Street
Oswego, New York  13126
Telephone:  (315) 343-7661

Michael Blasczienski
Oswego Laborers' Local 214 Pension Fund
103 Dietrich Road
Oswego, New York  13126
Telephone:  (315) 592-4041

**EMPLOYER TRUSTEES**

Earl N. Hall
Oswego Laborers' Local 214 Pension
Fund
c/o CEA of CNY, Inc.
6563 Ridings Road
Syracuse, New York 13206
Telephone:  (315) 437-9936

Paul Castaldo
Oswego Laborers' Local 214 Pension
Fund
c/o Paul A. Castaldo, Inc.
11 Fourth Avenue, Suite D
Oswego, New York  13126
Telephone:  (315) 343-7980

Earl R. Hall
Oswego Laborers' Local 214 Pension
Fund
c/o CEA of CNY, Inc.
6563 Ridings Road
Syracuse, New York 13206
Telephone:  (315) 437-4050

# PLUMBERS & PIPEFITTERS
## #112
## FUNDS OFFICE

11 Griswold St., P.O. Box 670
Binghamton, NY 13902



Phone: (607) 722-1883
Fax: (607) 724-4708

February 26, 2009

Irving H. Picard, Esq
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the
Board of Trustees for the Plumbers Local 112 Health Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of
the claim as soon as practical.

Sincerely,

PLUMBERS LOCAL 112 HEALTH FUND

George Fish,
Fund Administrator

Enclosure(s)

GF/td

CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Plumbers Local 112 Health Fund
11 Griswold Street
Binghamton, New York 13904
Beacon Associates,
Madoff Account #: 1-B0118
Tax ID #: 16-6053348

Provide your office and home telephone no.

OFFICE: (607) 722 - 1883

HOME: (607) 771 - 8178

Taxpayer I.D. Number (Social Security No.)
16 - 6053348

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.   A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.      Claim for money balances as of **December 11, 2008** :
        a.      The Broker owes me a Credit (Cr.) Balance of          $_____ 5.05 _____
        b.      I owe the Broker a Debit (Dr.) Balance of              $_____ - 0 - _____

502180406

    c.   If you wish to repay the Debit Balance,

         please insert the amount you wish to repay and

         attach a check payable to "Irving H. Picard, Esq.,

         Trustee for Bernard L. Madoff Investment Securities LLC."

         If you wish to make a payment, **it must be enclosed**

         with this claim form.                   $ _-0.-_

    d.   If balance is zero, insert "None."       _None_

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |  |
| b. | I owe the Broker securities |  | X |

    c.   if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | $1,108,988.12 | X | |
| | Please refer to Beacon Associates | | |
| | SIPC Claim; the above estimated | | |
| | amount is the claimant's share | | |
| | of the Madoff loss only. | | |

Number of Shares or Face Amount of Bonds

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if                    _____  X
      so, give name of that broker.

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:____See Exhibit A_____
      _____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _2/27/2009_____    Signature_James M Rounde____

Date _8/27/3009_____    Signature_Tylo D. Facett____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
              together with supporting documentation, etc. to:

                    Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                    Claims Processing Center
                  2100 McKinney Ave., Suite 800
                        Dallas, TX 75201

**EXHIBIT A**

**LIST OF INDIVIDUALS PROVIDING
ASSISTANCE WITH CLAIM FORM FOR
PLUMBERS LOCAL 112 HEALTH FUND
[EIN #16-6053348]**

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Bernard T. King, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


George Fish, Fund Administrator
Plumbers Local 112 Health Fund
11 Griswold Street
P.O. Box 670
Binghamton, New York  13902
Telephone:    (607) 722-1883

EXHIBIT B

## RESOLUTION

**WHEREAS,** the Plumbers, Pipe Fitters and Apprentices Local 112 Health Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize James Rounds, Chairman Trustee, and Lyle Fassett, Secretary Trustee of the Fund to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**PLUMBERS, PIPE FITTERS AND APPRENTICES
LOCAL 112 HEALTH FUND**

Dated: 2/19/09

By: _James Rounds_
James Rounds, Union Trustee

Dated: _____

By: _____
Bernard Lubeck, Union Trustee

## RESOLUTION

**WHEREAS,** the Plumbers, Pipe Fitters and Apprentices Local 112 Health Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize James Rounds, Chairman Trustee, and Lyle Fassett, Secretary Trustee of the Fund to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**PLUMBERS, PIPE FITTERS AND APPRENTICES LOCAL 112 HEALTH FUND**

Dated:_____     By: _____
                                 James Rounds, Union Trustee

Dated: _2/19/09_             By: _____
                                 Bernard Lubeck, Union Trustee

Dated: 2/19/09                     By: _Donald Darcangelo_____
                                       Donald Darcangelo, Union Trustee

Dated:_____             By: _____
                                       Douglas McMaster, Union Trustee

Dated:_____             By: _____
                                       Scott McPherson, Union Trustee

Dated:_____             By: _____
                                       Wayne L. Howard, Employer Trustee

Dated:_____             By: _____
                                       James Lewis, Employer Trustee

Dated:_____             By: _____
                                       Louis A. Falvo, Jr., Employer Trustee

Dated:_____             By: _____
                                       Lyle Fassett, Employer Trustee

Dated:_____             By: _____
                                       Richard Schmalz, Employer Trustee

klc/Madoff/ResolutionSIPC HF

2

Dated:_____          By: _____
                                       Donald Darcangelo, Union Trustee

Dated: _Feb. 21-09_              By: _Douglas M^c Master_
                                       Douglas McMaster, Union Trustee

Dated:_____          By: _____
                                       Scott McPherson, Union Trustee

Dated:_____          By: _____
                                       Wayne L. Howard, Employer Trustee

Dated:_____          By: _____
                                       James Lewis, Employer Trustee

Dated:_____          By: _____
                                       Louis A. Falvo, Jr., Employer Trustee

Dated:_____          By: _____
                                       Lyle Fassett, Employer Trustee

Dated:_____          By: _____
                                       Richard Schmalz, Employer Trustee

klc/Madoff/ResolutionSIPC HF

Dated:_____          By:    _____
                                       Donald Darcangelo, Union Trustee

Dated:_____          By:    _____
                                       Douglas McMaster, Union Trustee

Dated: 2/19/09                  By:    *Scott McPherson*
                                       Scott McPherson, Union Trustee

Dated:_____          By:    _____
                                       Wayne L. Howard, Employer Trustee

Dated:_____          By:    _____
                                       James Lewis, Employer Trustee

Dated:_____          By:    _____
                                       Louis A. Falvo, Jr., Employer Trustee

Dated:_____          By:    _____
                                       Lyle Fassett, Employer Trustee

Dated:_____          By:    _____
                                       Richard Schmalz, Employer Trustee

klc/Madoff/ResolutionSIPC HF

2

Dated:_____        By: _____
                                   Donald Darcangelo, Union Trustee

Dated:_____        By: _____
                                   Douglas McMaster, Union Trustee

Dated:_____        By: _____
                                   Scott McPherson, Union Trustee

Dated: 2/20/09                By: *Wayne L. Howard*
                                   Wayne L. Howard, Employer Trustee

Dated:_____        By: _____
                                   James Lewis, Employer Trustee

Dated:_____        By: _____
                                   Louis A. Falvo, Jr., Employer Trustee

Dated:_____        By: _____
                                   Lyle Fassett, Employer Trustee

Dated:_____        By: _____
                                   Richard Schmalz, Employer Trustee

klc/Madoff/ResolutionSIPC HF

Dated:_____    By: _____
                                  Donald Darcangelo, Union Trustee

Dated:_____    By: _____
                                  Douglas McMaster, Union Trustee

Dated:_____    By: _____
                                  Scott McPherson, Union Trustee

Dated:_____    By: _____
                                  Wayne L. Howard, Employer Trustee

Dated: 2·24·09               By: _____
                                  James Lewis, Employer Trustee

Dated:_____    By: _____
                                  Louis A. Falvo, Jr., Employer Trustee

Dated:_____    By: _____
                                  Lyle Fassett, Employer Trustee

Dated:_____    By: _____
                                  Richard Schmalz, Employer Trustee

klc/Madoff/ResolutionSIPC HF

2

Subj:     **Re: SIPC health forms**
Date:     2/26/2009 7:38:54 A.M. Eastern Standard Time
From:     LFalvojr
To:       Tctclyle

Lyle; my mail comes from Florida and takes at least three days and sometimes four days. I sent the letter back on the same day I received it.
    louis

In a message dated 2/25/2009 2:27:16 P.M. Pacific Standard Time, Tctclyle writes:

> Hi Jim and Lou, I just returned from George Fish's office and he is waiting for your signatures on the forms he sent out on the 18th of Feb. Will you please get these back to him as the forms Jim Rounds and I have to sign and get sent in has to acknowledge everyones signatures. You should have received return addressed, stamped envelopes. We need these no later than Friday, the 27th. Thanks for your attention to this matter. Lyle
>
> _____
>
> **A Good Credit Score is 700 or Above. See yours in just 2 easy steps!**

_____

**A Good Credit Score is 700 or Above. See yours in just 2 easy steps!**

## Wendy L. Richardson

| | |
|---|---|
| **From:** | Kelly L. Cook |
| **Sent:** | Monday, March 02, 2009 9:50 AM |
| **To:** | Wendy L. Richardson |
| **Subject:** | FW: Plumbers 112 HF |
| **Attachments:** | SIPC Health - Falvo Sig.pdf |


This goes with the HF SIPC claim.

-----Original Message-----
From: George Fish [mailto:one12funds@yahoo.com]
Sent: Monday, March 02, 2009 9:45 AM
To: Kelly L. Cook
Subject: Fw:

Kelly,Lou's signed resolution.    George


--- On Mon, 3/2/09, Tara DeNucci <lu112healthfund@yahoo.com> wrote:

> From: Tara DeNucci <lu112healthfund@yahoo.com>
> Subject:
> To: "George Fish" <one12funds@yahoo.com>
> Date: Monday, March 2, 2009, 9:43 AM
> Thank you,
> Tara
>
> Plumbers & Pipefitters Local Union #112 Funds Office - PO Box 670,
> Binghamton, NY 13902
> 607-722-1883 ~ 607-724-4708 fax
>
> Disclaimer: The information contained within is intended only for the
> person or entity to which it is addressed and may contain confidential
> and/or privileged material protected by Federal Confidentiality Rules.
> These rules prohibit you from making any further disclosures unless
> further disclosure is expressly permitted with the written consent of
> the person to whom it pertains. If the reader of this message is not
> the intended recipient, any review, disclosure, distribution, or
> copying of this message, including any attachments, is strictly
> prohibited. If you are not the intended recipient, please contact us
> at the address above.

## RESOLUTION

**WHEREAS,** the Plumbers, Pipe Fitters and Apprentices Local 112 Health Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize James Rounds, Chairman Trustee, and Lyle Fassett, Secretary Trustee of the Fund to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**PLUMBERS, PIPE FITTERS AND APPRENTICES
LOCAL 112 HEALTH FUND**

Dated:_____     By: _____
                                James Rounds, Union Trustee

Dated:_____     By: _____
                                Bernard Lubeck, Union Trustee

Dated:_____    By:    _____
                                    Donald Darcangelo, Union Trustee

Dated:_____    By:    _____
                                    Douglas McMaster, Union Trustee

Dated:_____    By:    _____
                                    Scott McPherson, Union Trustee

Dated:_____    By:    _____
                                    Wayne L. Howard, Employer Trustee

Dated:_____    By:    _____
                                    James Lewis, Employer Trustee

Dated: 2/23/09            By:    _____
                                    Louis A. Falvo, Jr., Employer Trustee

Dated:_____    By:    _____
                                    Lyle Fassett, Employer Trustee

Dated:_____    By:    _____
                                    Richard Schmalz, Employer Trustee

klc/Madoff/ResolutionSIPC HF

2

Dated:_____    By:    _____
                                 Donald Darcangelo, Union Trustee

Dated:_____    By:    _____
                                 Douglas McMaster, Union Trustee

Dated:_____    By:    _____
                                 Scott McPherson, Union Trustee

Dated:_____    By:    _____
                                 Wayne L. Howard, Employer Trustee

Dated:_____    By:    _____
                                 James Lewis, Employer Trustee

Dated:_____    By:    _____
                                 Louis A. Falvo, Jr., Employer Trustee

Dated: _2/25/09_____    By:    _____
                                 Lyle Fassett, Employer Trustee

Dated:_____    By:    _____
                                 Richard Schmalz, Employer Trustee

klc/Madoff/ResolutionSIPC HF

2

Dated:_____          By:    _____
                                        Donald Darcangelo, Union Trustee

Dated:_____          By:    _____
                                        Douglas McMaster, Union Trustee

Dated:_____          By:    _____
                                        Scott McPherson, Union Trustee

Dated:_____          By:    _____
                                        Wayne L. Howard, Employer Trustee

Dated:_____          By:    _____
                                        James Lewis, Employer Trustee

Dated:_____          By:    _____
                                        Louis A. Falvo, Jr., Employer Trustee

Dated:_____          By:    _____
                                        Lyle Fassett, Employer Trustee

Dated: 2/20/09                  By:    _____
                                        Richard Schmalz, Employer Trustee

klc/Madoff/ResolutionSIPC HF

2

## PLUMBERS LOCAL 112 HEALTH FUND
### EIN # 16-6053348

**UNION TRUSTEES**

Donald Darcangelo
Plumbers Local 112 Health Fund
11 Griswold Street
P.O. Box 670
Binghamton, New York 13902
Telephone: (607) 722-1883

Bernard Lubeck
Plumbers Local 112 Health Fund
11 Griswold Street
P.O. Box 670
Binghamton, New York 13902
Telephone: (607) 722-1883

Douglas McMaster
Plumbers Local 112 Health Fund
11 Griswold Street
P.O. Box 670
Binghamton, New York 13902
Telephone: (607) 722-1883

Scott A. McPherson
Plumbers Local 112 Health Fund
11 Griswold Street
P.O. Box 670
Binghamton, New York 13902
Telephone: (607) 722-1883

James Rounds
Plumbers Local 112 Health Fund
11 Griswold Street
P.O. Box 670
Binghamton, New York 13902
Telephone: (607) 722-1883

**EMPLOYER TRUSTEES**

Louis A. Falvo, Jr.
Plumbers Local 112 Health Fund
c/o HJ Brandeles Corp
300 Lafayette Street
Utica, New York 13502
Telephone: (315) 733-6346

Lyle D. Fassett
Plumbers Local 112 Health Fund
18 Stewart Road
Conklin, New York 13748
Telephone: (607) 722-1883

Wayne L. Howard
Plumbers Local 112 Health Fund
84 NY Route 7
P.O. Box 9
Port Crane, New York 13833
Telephone: (607) 729-1111

James L. Lewis
Plumbers Local 112 Health Fund
P.O. Box 38
Chenango Forks, New York 13746
Telephone: (607) 648-8526

Richard Schmalz
Plumbers Local 112 Health Fund
529 Oriskany Street West
Utica, New York 13502
Telephone: (315) 797-0858

# ROOFERS' LOCAL 195
## HEALTH, PENSION & ANNUITY FUNDS

6200 State Route 31   •   Cicero, New York 13039   •   Phone (315) 699-1388   •   Fax (315) 699-1390

February 26, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities L.L.C.
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Roofers Local 195 Annuity Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

Roofers Local 195 Annuity Fund

Patricia A. Redhead
Plan Manager

Enclosures



## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Roofers Local 195 Annuity Fund
6200 State Route 31
Cicero, NY 13039
Andover Associates,
Madoff Account #: 1-A0061
Tax ID #: 14-1721374

Provide your office and home telephone no.

OFFICE: ( 315 ) 699 - 1388

HOME: ( 315 ) 439 - 4522

Taxpayer I.D. Number (Social Security No.)
14 - 173 1374

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of December 11, 2008 :
    a.    The Broker owes me a Credit (Cr.) Balance of          $       156.94
    b.    I owe the Broker a Debit (Dr.) Balance of               $      - O -

502180406

    c.    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, it must be enclosed
with this claim form.    $ - 6 -

    d.    If balance is zero, insert "None."    None

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.    if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | $103,920.86 | X | |
| | Please refer to Andover Associates | | |
| | SIPC Claim; the above estimated | | |
| | amount is the claimant's share | | |
| | of the Madoff loss only. | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if
      so, give name of that broker.                              _____    X____

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:____ See Exhibit A _____
      _____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date ___2/26/09___      Signature_____Patricia A. Becker____

Date _____      Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B

This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

5C2180406

EXHIBIT A

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## ROOFERS LOCAL 195 ANNUITY FUND
[EIN #14-1721374]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


Patricia Redhead, Plan Manager
Roofers Local 195 Annuity Fund
6200 State Route 31
Cicero, New York  13039
Telephone:    (315) 699-1388

**EXHIBIT B**

## RESOLUTION

**WHEREAS,** the Roofers' Local 195 Annuity Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Patricia Redhead, Plan Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**ROOFERS' LOCAL 195 ANNUITY FUND**

Dated: _2/20/09_

By: _Ronald E. Haney_
Ronald E. Haney, Union Trustee

Dated: 2-20-09      By: _____
                                   Gerald Crouse, Union Trustee

Dated: 2/20/09      By: _____
                                   Kevin Milligan, Union Trustee

Dated: 2/23/09      By: _____
                                   Richard Anderson, Employer Trustee

Dated: 2-20-09      By: _____
                                   Joseph Chiarizia, Employer Trustee

Dated: 2/24/09      By: _____
                                   Charles D. Midddleton, Employer Trustee

klc/Madoff/Roof195AF/SIPC Resolution - Indirect

## LIST OF TRUSTEES AND CONTACT INFORMATION FOR
## ROOFERS' LOCAL 195 ANNUITY FUND
### (EIN # 14-1721374)

Mr. Ronald E. Haney, Chairman, Union Trustee
Roofers' Local 195 Annuity Fund
6200 State Route 31
Cicero, New York 13039
Telephone:     (315) 699-1808

Gerald W. Crouse, Union Trustee
Roofers' Local 195 Annuity Fund
c/o 6680 State Highway 5
Fort Plain, New York 13339
Telephone:     (518) 993-2842

Mr. Kevin Milligan, Union Trustee
Roofers' Local 195 Annuity Fund
6200 State Route 31
Cicero, New York 13039
Telephone:     (315) 699-1808

Mr. Richard Anderson, Secretary, Union Trustee
Roofers' Local 195 Annuity Fund
c/o WCA Roofing and Sheet Metal
P.O. Box 399
East Syracuse, New York 13057
Telephone:     (315) 463-5291

Mr. Joseph Chiarizia, III, Employer Trustee
Roofers' Local 195 Annuity Fund
c/o Josall Syracuse, Inc.
P.O. Box 158
Eastwood Station
Syracuse, New York 13206
Telephone:     (315) 463-9214

Mr. Charles D. Middleton, Employer Trustee
Roofers' Local 195 Annuity Fund
c/o DeWald Roofing Co., Inc.
P.O. Box 479
Central Square, New York 13063
Telephone:     (315) 676-2744

klc\Madoff\Roofers195AF\Misc\TrusteesList

# ROOFERS' LOCAL 195
## HEALTH, PENSION & ANNUITY FUNDS

6200 State Route 31  ●  Cicero, New York 13039  ●  Phone (315) 699-1388  ●  Fax (315) 699-1390

February 26, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities L.L.C.
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Roofers Local 195 Health & Accident Fund ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

Roofers Local 195 Health & Accident Fund

Patricia A. Redhead
Plan Manager

Enclosures



CUSTOMER CLAIM

Claim Number_____

Date Received_____

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

DECEMBER 11, 2008

Roofers Local 195 Health & Accident Fund
6200 State Route 31
Cicero, NY 13039
Beacon Associates,
Madoff Account #: 1-B0118
Tax ID #: 16-6148181

Provide your office and home telephone no.

OFFICE: (315) 699 -1388

HOME: (315) 439 -4522

Taxpayer I.D. Number (Social Security No.)
16- 6148181

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of December 11, 2008 :
    a.    The Broker owes me a Credit (Cr.) Balance of         $    1.79
    b.    I owe the Broker a Debit (Dr.) Balance of            $    -0-

502180406

c.   If you wish to repay the Debit Balance,
     please insert the amount you wish to repay and
     attach a check payable to "Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC."

     If you wish to make a payment, it must be enclosed
     with this claim form.                                    $   *-O-*

d.   If balance is zero, insert "None."                       *None*

2.   Claim for securities as of December 11, 2008:

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |  |
| b. | I owe the Broker securities |  | X |

c.   if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
|  |  | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|  | *$393,511.91* | X |  |
|  | *Please refer to Beacon Associates* |  |  |
|  | *SIPC Claim; the above estimated* |  |  |
|  | *amount is the claimant's share* |  |  |
|  | *of the madoff loss only.* |  |  |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |

502180406                              3

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  If
        so, give name of that broker.                                    X

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:____See Exhibit A_____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _2/26/09_____      Signature_____

Date _____      Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
                together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                        Claims Processing Center
                    2100 McKinney Ave., Suite 800
                            Dallas, TX 75201

502180406

**EXHIBIT A**

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## ROOFERS LOCAL 195 HEALTH AND ACCIDENT FUND
### [EIN #16-6148181]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


Patricia Redhead, Plan Manager
Roofers Local 195 Health and Accident Fund
6200 State Route 31
Cicero, New York  13039
Telephone:    (315) 699-1388


jmc\Madoff\SIPC\IndirectMadoffInvest\Roofers195Health\ClaimFormAsstList

EXHIBIT B

## RESOLUTION

**WHEREAS,** the Roofers' Local 195 Health and Accident Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Patricia Redhead, Plan Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**ROOFERS' LOCAL 195 HEALTH AND ACCIDENT FUND**

Dated: 2/20/09

By: _Ronald E. Haney_

Ronald E. Haney, Union Trustee

Dated: _2·20·09_                    By: _____
                                        Gerald Crouse, Union Trustee

Dated: _2/20/09_                    By: _____
                                        Kevin Milligan, Union Trustee

Dated: _2/23/09_                    By: _____
                                        Richard Anderson, Employer Trustee

Dated: _2·20·09_                    By: _____
                                        Joseph Chiarizia, Employer Trustee

Dated: _2/24/09_                    By: _____
                                        Charles D. Midddleton, Employer Trustee

klc/Madoff/Roof195HF/SIPC Resolution - Indirect

2

## LIST OF TRUSTEES AND CONTACT INFORMATION FOR ROOFERS' LOCAL 195 HEALTH AND ACCIDENT FUND
### (EIN # 16-6148181)

Mr. Ronald E. Haney, Chairman, Union Trustee
Roofers' Local 195 Health and Accident Fund
6200 State Route 31
Cicero, New York 13039
Telephone:   (315) 699-1808

Gerald W. Crouse, Union Trustee
Roofers' Local 195 Health and Accident Fund
c/o 6680 State Highway 5
Fort Plain, New York 13339
Telephone:   (518) 993-2842

Mr. Kevin Milligan, Union Trustee
Roofers' Local 195 Health and Accident Fund
6200 State Route 31
Cicero, New York 13039
Telephone:   (315) 699-1808

Mr. Richard Anderson, Secretary, Union Trustee
Roofers' Local 195 Health and Accident Fund
c/o WCA Roofing and Sheet Metal
P.O. Box 399
East Syracuse, New York 13057
Telephone:   (315) 463-5291

Mr. Joseph Chiarizia, III, Employer Trustee
Roofers' Local 195 Health and Accident Fund
c/o Josall Syracuse, Inc.
P.O. Box 158
Eastwood Station
Syracuse, New York 13206
Telephone:   (315) 463-9214

Mr. Charles D. Middleton, Employer Trustee
Roofers' Local 195 Health and Accident Fund
c/o DeWald Roofing Co., Inc.
P.O. Box 479
Central Square, New York 13063
Telephone:   (315) 676-2744

klc\Madoff\Roofers195HF\Misc\TrusteesList



**CONSTRUCTION EMPLOYERS ASSOCIATION OF CENTRAL NEW YORK INC.**
6563 RIDINGS ROAD • SYRACUSE, NEW YORK 13206 • TEL: (315)437-3717 • FAX: (315)437-5044

February 27, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Syracuse Builders Exchange, Inc./CEA Pension Plan ("Fund").

Please advise if any additional documents are needed. The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

Syracuse Builders Exchange, Inc./CEA Pension Plan

Earl N. Hall
Trustee and Secretary

Enclosures

jmc\Madoff\SIPC\IndirectMadoffInvest\SBE-CEAPensionPlan\Income-Plus\Picardltr

*An Association of Equal Opportunity Employers*

CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Provide your office and home telephone no.

SBE/CEA Pension Plan
6563 Ridings Road
Syracuse, NY 13206
Beacon Associates,
Madoff Account #: 1-B0118
Tax ID #: 16-1598223

OFFICE: _(315)437 - 3717_

HOME: _(315) 437-4050_

Taxpayer I.D. Number (Social Security No.)
_15-0464360_

15-0464360

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
    a.    The Broker owes me a Credit (Cr.) Balance of          $___3.26___
    b.    I owe the Broker a Debit (Dr.) Balance of          $___-0-___

502180406

c.  If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                          $ _−O−_

d.  If balance is zero, insert "None."                          _None_

2.  Claim for securities as of **December 11, 2008:**

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.  if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | $715,476.21 | X | _____ |
| _____ | _Please refer to Beacon Associates_ | _____ | _____ |
| _____ | _SIPC Claim; the above estimated_ | _____ | _____ |
| _____ | _amount is the claimant's share_ | _____ | _____ |
| _____ | _of the Madoff loss only._ | _____ | _____ |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase and sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation.  You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970? if
        so, give name of that broker.                    _____      X

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:___See Exhibit A_____
        _____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _2-25-09_____    Signature_Gail n Hall, Sec-Trustee_

Date _____    Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
                together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
            Trustee for Bernard L. Madoff Investment Securities LLC
                        Claims Processing Center
                    2100 McKinney Ave., Suite 800
                        Dallas, TX 75201

**EXHIBIT  A**

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## SYRACUSE BUILDERS EXCHANGE, INC./CEA PENSION PLAN
### [EIN NO. 15-0464360]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


Earl N. Hall, Trustee
Syracuse Builders Exchange, Inc./CEA Pension Plan
6563 Ridings Road
Syracuse, NY 13206
Telephone:    (315) 437-9936


jmc\Madoff\SIPC\IndirectMadoffInvest\SBE-CEAPF\Beacon\ClaimFormAsstList

**EXHIBIT B**

# RESOLUTION

**WHEREAS,** the Syracuse Builders Exchange, Inc./CEA Pension Plan ("Fund") is an independent functioning single employer ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Earl N. Hall, Secretary and Trustee of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**SYRACUSE BUILDERS EXCHANGE, INC./CEA PENSION PLAN**

Dated: 2-23-09

By: _____
Earl N. Hall, Trustee

Dated: 2/24/2009

By: _____
Samuel Conley, Trustee

Dated: 2/27/2009

By: _____
Robert Henderson, Trustee

# SYRACUSE BUILDERS EXCHANGE, INC./CEA PENSION PLAN
## (EIN NO. 15-0464360)

TRUSTEES

Earl N. Hall, Trustee
Syracuse Builders Exchange, Inc./CEA Pension Plan
6563 Ridings Road
Syracuse, NY 13206
(315) 437-9936


Samuel Conley, Trustee
Syracuse Builders Exchange, Inc./CEA Pension Plan
Whiteacre Engineering
4522 Wetzel Road
Liverpool, NY 13090
(315) 437-9936


Robert Henderson, Trustee
Syracuse Builders Exchange, Inc./CEA Pension Plan
Henderson-Johnson Co., Inc.
918 Canal Street
PO Box 6964
Syracuse, NY 13217
(315) 437-9936

CUSTOMER CLAIM

Claim Number_____

Date Received_____

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

DECEMBER 11, 2008

Provide your office and home telephone no.

ice Employees Benefit Fund
3 West Fayette St., Suite 302
. Box 1600
acuse, NY 13201
con Associates,
doff Account #: 1-B0118
: ID #: 15-0613682

OFFICE: (315)424 - 1754

HOME: (315) 263 - 4859

Taxpayer I.D. Number (Social Security No.)
15 - 0613682

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.   Claim for money balances as of **December 11, 2008**:
     a.   The Broker owes me a Credit (Cr.) Balance of          $    11.57
     b.   I owe the Broker a Debit (Dr.) Balance of             $    - 0 -

502180406

c.  If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, it must be enclosed

with this claim form.                                                    $ _____ – O.-

d.  If balance is zero, insert "None."                      _____None_____

2.  Claim for securities as of **December 11, 2008**:

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | YES | NO |
|---|---|---|
| a.  The Broker owes me securities | X | |
| b.  I owe the Broker securities | | X |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | $2,539,940.53 | X | |
| | Please refer to Beacon Associates | | |
| | SIPC Claim; the above estimated | | |
| | amount is the claimant's share | | |
| | of the Madoff loss only. | | |

*(Number of Shares or Face Amount of Bonds)*

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received
from the Debtor.

Please explain any differences between the securities or cash claimed and the cash
balance and securities positions on your last account statement. If, at any time, you
complained in writing about the handling of your account to any person or entity or
regulatory authority, and the complaint relates to the cash and/or securities that you are
now seeking, please be sure to provide with your claim copies of the complaint and all
related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION
ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT
PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR
COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970? If
      so, give name of that broker.                                    X
      _____        _____

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:____See Exhibit A_____
      _____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date __2/26/09_____        Signature _____

Date _____        Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
                together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                        Claims Processing Center
                    2100 McKinney Ave., Suite 800
                        Dallas, TX 75201

**EXHIBIT A**

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## SERVICE EMPLOYEES BENEFIT FUND
### [EIN #15-0613682]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


Tammy A. McManus, Fund Manager
Services Employees Benefit Fund
1153 West Fayette Street
P.O. Box 1240
Syracuse, New York 13201
Telephone:    (315) 424-1754


jmc\Madoff\SIPC\IndirectMadoffInvest\SEBF\ClaimFormAsstList

EXHIBIT B

## SERVICE EMPLOYEES BENEFIT FUND
### (EIN #15-0613682)

**UNION TRUSTEES**

Jeremiah Dennis
Service Employees Benefit Fund
1153 West Fayette Street
P.O. Box 1130
Syracuse, NY 13201
Telephone: (315) 424-1750

Elizabeth Golembeski
Service Employees Benefit Fund
1153 West Fayette Street
P.O. Box 1130
Syracuse, NY 13201
Telephone: (315) 424-1750

Alan Davidoff
Service Employees Benefit Fund
P.O. Box 6389
Syracuse, NY 13217
Telephone: (315) 729-7350

George Kennedy
Service Employees Benefit Fund
974 Kenmore Avenue
Buffalo, NY 14216
Telephone: (716) 982-0540

**EMPLOYER TRUSTEES**

Kevin Brogan
Service Employees Benefit Fund
c/o Loretto
700 Brighton Avenue
Syracuse, NY 13205
Telephone: (315) 424-1750

Robert Wood
Service Employees Benefit Fund
c/o Rosewood Heights Health Center
614 South Crouse Avenue
Syracuse, NY 13210
Telephone: (315) 424-1750

klc\Madoff\SEBF\TrusteeContactInfo



# Service Employees Pension Fund of Upstate New York

1153 West Fayette Street, P.O. Box 1600
Syracuse, New York 13201
Phone  315-424-1754 • 800-733-1754
Fax      315-479-9030

155 Washington Avenue
Albany, New York 12210
Phone  518-463-0164 • 800-669-8786
Fax      518-463-0516

**SEIU**
Stronger Together

*Beacon*

February 27, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinley Ave., Suite 800
Dallas, Texas  75201

Dear Trustee Picard,

      Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Service Employees Pension Fund of Upstate New York ("Fund").

      Please advise if any additional documents are needed.  The Fund looks to receiving payment of the claim as soon as practical.

               Sincerely,

               Service Employees Pension Fund
of Upstate New York

               Beth Barrett
Fund Manager

Enclosures

Madoff SIPC  IndirectMadoffInvest  Beacon

**Syracuse Office**

Beth Barrett, Joint Fund Manager
Jackie LaPointe, Benefit Specialist
Caroline Viscome, Fund Accountant

**Albany Office**

Terri Christian, Benefit Coordinator
Barbara Emma, Benefit Coordinator

CUSTOMER CLAIM

Claim Number_____

Date Received_____

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

DECEMBER 11, 2008

Provide your office and home telephone no.

Service Employees Pension Plan of Upstate NY
1153 West Fayette St., P.O. Box 1240
Syracuse, NY 13201
Beacon Associates,
Madoff Account #: 1-B0118
Tax ID #: 16-0908576

OFFICE: ( 315 ) 434 - 1754

HOME: ( 315 ) 456 - 9214

Taxpayer I.D. Number (Social Security No.)
16 - 090 8576

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.   Claim for money balances as of December 11, 2008 :
     a.   The Broker owes me a Credit (Cr.) Balance of         $    37.33
     b.   I owe the Broker a Debit (Dr.) Balance of            $    - 0 -

502180406

c. If you wish to repay the Debit Balance,
   please insert the amount you wish to repay and
   attach a check payable to "Irving H. Picard, Esq.,
   Trustee for Bernard L. Madoff Investment Securities LLC."
   If you wish to make a payment, it must be enclosed
   with this claim form.                                    $ _____ -0- _____

d. If balance is zero, insert "None."                        _____ None _____

2. Claim for securities as of December 11, 2008:

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | YES | NO |
|---|---|---|
| a. The Broker owes me securities | X | |
| b. I owe the Broker securities | | X |

c. if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) — Number of Shares or Face Amount of Bonds | I Owe the Broker (Short) |
|---|---|---|---|
| _____ | $ 8,192,202.56 | X | _____ |
| _____ | Please refer to Beacon Associates | _____ | _____ |
| _____ | SIPC Claim; the above estimated | _____ | _____ |
| _____ | amount is the Claimant's share | _____ | _____ |
| _____ | of the Madoff loss only. | _____ | _____ |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|     |     | YES | NO |
|-----|-----|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970? If
     so, give name of that broker.                    _____    __X___

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form:____See Exhibit A_____
_____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _February 27, 2009_   Signature _Doth Darrett_

Date _____     Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
            together with supporting documentation, etc. to:

                    Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                    Claims Processing Center
                2100 McKinney Ave., Suite 800
                        Dallas, TX 75201

**EXHIBIT A**

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## SERVICE EMPLOYEES PENSION FUND OF UNY
### [EIN #16-0908576]

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:   (315) 478-2770

Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:   (315) 422-7111

Beth Barrett, Fund Manager
Service Employees Pension Fund of UNY
1153 West Fayette Street
P.O. Box 1240
Syracuse, New York 13201
Telephone:   (315) 424-1754

jmc\Madoff\SIPC\IndirectMadoffInvest\SEPF\Beacon\ClaimFormAsstList

**EXHIBIT B**

## RESOLUTION

**WHEREAS,** the Service Employees of Upstate New York Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Beth Barrett, Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

SERVICE EMPLOYEES OF UPSTATE NEW YORK PENSION FUND

Dated:_____   By: _____
                                George Kennedy, Union Trustee

Dated:__2/23/05__   By: _____
                                Jeremiah Dennis, Union Trustee

Dated:_____     By: _____
                                       Melvin Florczak, Employer Trustee


Dated:_____     By: _____
                                       Susan Nicholson, Employer Trustee

klc/Madoff/SEUNYPF/SIPCResolution - Indirect

## RESOLUTION

**WHEREAS,** the Service Employees of Upstate New York Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Beth Barrett, Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**SERVICE EMPLOYEES OF UPSTATE NEW YORK PENSION FUND**

Dated:_____        By: _____
                                  George Kennedy, Union Trustee

Dated:_____        By: _____
                                  Jeremiah Dennis, Union Trustee

Dated:_____

By:    _____
      Melvin Florczak, Employer Trustee

Dated:__2/25/09____

By:    _____
      Susan Nicholson, Employer Trustee

klc/Madoff/SEUNYPF/SIPCResolution - Indirect

2

# RESOLUTION

**WHEREAS,** the Service Employees of Upstate New York Pension Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize Beth Barrett, Fund Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

SERVICE EMPLOYEES OF UPSTATE NEW YORK PENSION FUND

Dated: 2/26/09

By: _George Kennedy_
George Kennedy, Union Trustee

Dated: _____

By: _____
Jeremiah Dennis, Union Trustee

Dated: 2/26/09

By: _____

Melvin Florczak, Employer Trustee

Dated: _____

By: _____

Susan Nicholson, Employer Trustee

klc/Madoff/SEUNYPF/SIPCResolution - Indirect

## SERVICE EMPLOYEES OF UPSTATE NEW YORK PENSION FUND
### (EIN #16-098576)

**UNION TRUSTEES**

Jeremiah Dennis
Service Employees of UNY Pension Fund
1153 West Fayette Street
P.O. Box 1130
Syracuse, NY  13201
Telephone:  (315) 424-1750

George Kennedy
Service Employees of UNY Pension Fund
974 Kenmore Avenue
Buffalo, NY  14216
Telephone:  (716) 982-0540

**EMPLOYER TRUSTEES**

Melvin Florczak
Service Employees of UNY Pension
Fund
58 Grand Prix Drive
Cheektowaga, NY  14225
Telephone:  (716) 668-0214

Susan Nicholson
Service Employees of UNY Pension
Fund
Menorah Park/Jewish Home
4101 E Genesee St
Syracuse, NY 13214
Telephone:  (315) 446-9111

klc\Madoff\SEBF\TrusteeContactInfo

# Plumbers & Steamfitters Local 73

### *Health, Welfare, Retirement and Annuity Funds*
P.O. BOX 911
OSWEGO, NEW YORK  13126
(315) 343-1808 • FAX: (315) 343-4184



FEBRUARY 27, 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, Texas 75201

Dear Trustee Picard:

   Enclosed please find a complete original SIPC claim filing, and supporting documents, on behalf of the Board of Trustees for the Local 73 Retirement Fund ("Fund").

   Please advise if any additional documents are needed.  The Fund looks forward to receiving payment of the claim as soon as practical.

Sincerely,

Local 73 Retirement Fund

James P. Gaffney
Administrative Manager

Enclosures

jmc\Madoff\SIPC\IndirectMadoffInvest\Local73Retirement\Beacon\Picardltr

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

I.A. Local 73 Retirement Fund
.O. Box 911
)swego, NY 13126
;eacon Associates,
1adoff Account #: 1-B0118
ax ID #: 15-6016577

15- 6010577

Provide your office and home telephone no.

OFFICE: (607) 729 – 6171

HOME: (607) 723 – 5293

Taxpayer I.D. Number (Social Security No.)
15 – 6010577

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.    Claim for money balances as of December 11, 2008 :
   a.    The Broker owes me a Credit (Cr.) Balance of        $____43.36____
   b.    I owe the Broker a Debit (Dr.) Balance of           $____-0-____

502180406

c.   If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, it must be enclosed
with this claim form.                                    $ __−0.−__

d.   If balance is zero, insert "None."                  __None__

2.   Claim for securities as of December 11, 2008:

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | YES | NO |
|---|---|---|
| a.   The Broker owes me securities | X | |
| b.   I owe the Broker securities | | X |

c.   if yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | $9,515,833.54 | X | |
| | Please refer to Beacon Associates | | |
| | SIPC Claim; the above estimated | | |
| | amount is the claimant's share | | |
| | of the Madoff loss only. | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

3

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if
      so, give name of that broker.                                    X

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:____See Exhibit A_____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date  FEB 27, 2009        Signature  [signature]
Date  FEB. 27, 2009       Signature  [signature]

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

See Exhibit B
        This customer claim form must be completed and mailed promptly,
            together with supporting documentation, etc. to:

                        Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC
                        Claims Processing Center
                    2100 McKinney Ave., Suite 800
                            Dallas, TX 75201

502180406

**EXHIBIT  A**

## LIST OF INDIVIDUALS PROVIDING
## ASSISTANCE WITH CLAIM FORM FOR
## <u>LOCAL 73 RETIREMENT FUND</u>
### EIN #15-6010577

Dr. John P. Jeanneret, President
J.P. Jeanneret Associates, Inc.
White Memorial Building
100 East Washington Street
Syracuse, New York 13202
Telephone:    (315) 478-2770


Charles E. Blitman, Esq.
Jonathan M. Cerrito, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111


James P. Gaffney, Administrative Manager
Local 73 Retirement Fund
705 East Seneca Street
Oswego, New York 13126
Telephone:    (315) 343-1808


jmc\Madoff\SIPC\IndirectMadoffInvest\Local73Retirement\Beacon\ClaimFormAsstList

**EXHIBIT B**

# RESOLUTION

**WHEREAS,** the Local 73 Retirement Fund ("Fund") is an independent functioning Taft-Hartley ERISA Employee Benefit Plan; and

**WHEREAS,** the Fund invested Plan assets with Bernard L. Madoff Investment Securities LLC through Beacon Associates LLC, Andover Associates LLC and/or the Income-Plus Investment Fund; and

**WHEREAS,** the Fund is desirous of filing a Securities Investor Protection Corporation ("SIPC") Customer Claim Form to be mailed to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, along with supporting documents, in a timely fashion prior to March 4, 2009.

**THEREFORE,** it is resolved that the Trustees of the Fund hereby authorize James P. Gaffney, Administrative Manager of the Fund, to sign the Customer Claim Form and any and all other documents pertaining to the SIPC claim, to file such Customer Claim Form, and to take any and all other necessary actions to effectuate, complete, amend and file a correct Customer Claim Form on behalf of the Fund.

For administrative ease and quickness, each Trustee will execute this Resolution independently of each other in a number of counterparts. Together the counterparts shall constitute a full and original Resolution for all purposes.

**LOCAL 73 RETIREMENT FUND**

Dated: 2/20/09

By: _____
Patrick Carroll, Union Trustee

Dated: 2/20/09

By: _____
Timothy Donovan, Union Trustee

Dated: _02.20.09_          By: _____

                                 Timothy Rice, Union Trustee

Dated:_____    By: _____

                                 Timothy Donovan, Union Trustee

Dated:_____    By: _____

                                 Christopher Stone, Employer Trustee

Dated:_____    By: _____

                                 Frederick J. Volkomer, Employer Trustee

Dated:_____    By: _____

                                 Frederick J. Volkomer, II, Employer Trustee

Klc\Madoff\Local73RF\misc\RFResolutionBeaconIncPlus

2

Dated:_____          By: _____
                                    Timothy Rice, Union Trustee

Dated:_____          By: _____
                                    Timothy Donovan, Union Trustee

Dated: _2/20/09_____          By: _____
                                    Christopher Stone, Employer Trustee

Dated:_____          By: _____
                                    Frederick J. Volkomer, Employer Trustee

Dated:_____          By: _____
                                    Frederick J. Volkomer, II, Employer Trustee

Klc\Madoff\Local73RF\misc\RFResolutionBeaconIncPlus

2

Dated:_____        By:    _____

                                      Timothy Rice, Union Trustee

Dated:_____        By:    _____

                                      Timothy Donovan, Union Trustee

Dated:  _2/20/09_____          By:    _____

                                      Christopher Stone, Employer Trustee

Dated:_____        By:    _____

                                      Frederick J. Volkomer, Employer Trustee

Dated:_____        By:    _____

                                      Frederick J. Volkomer, II, Employer Trustee

Klc\Madoff\Local73RF\misc\RFResolutionBeaconIncPlus

2

Dated:_____          By:    _____
                                      Timothy Rice, Union Trustee

Dated:_____          By:    _____
                                      Christopher Stone, Employer Trustee

Dated: _2-27-09_____          By:    _____
                                      Frederick J. Volkomer, Employer Trustee

Dated: _2-27-09_____          By:    _____
                                      Frederick J. Volkomer, II, Employer Trustee

Klc\Madoff\Local73RF\misc\RFResolutionBeaconIncPlus

# LOCAL 73 RETIREMENT FUND
## EIN NO. 15-6010577

**UNION TRUSTEES**

Christopher J. Stone
Hyde-Stone Mechanical
29 Hatch Road
Potsdam, New York  13676
Telephone:  (315) 265-6999

Frederick Volkomer
205 West Albany Street
P.O. Box 1037
Oswego, New York  13126
Telephone:  (315) 343-9315

Frederick Volkomer, II
P.O. Box 1037
Oswego, New York  13126
Telephone:  (315) 343-9315

**EMPLOYER TRUSTEES**

Patrick Carroll
65 Baitsell Road
Oswego, New York  13126
Telephone:

Timothy Rice
U.A. Local Union No. 73
P.O. Box 911
Oswego, New York  13126

Timothy Donovan
336 S.W. 8th Street
Oswego, New York  13126
Telephone:

jmc\jmc\Madoff\SIPC\IndirectMadoffInvestment\Local73RF\TrusteeContactInfoPF