# **EXHIBIT C**



**Form 5500**
Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).
Complete all entries in accordance with the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**2008**

This Form is Open to Public Inspection

**Part I   Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning May 01, 2008 , and ending April 30, 2009

**A** This return/report is for:

(1) ☒ a multiemployer plan;

(2) ☐ a single-employer plan (other than a multiple-employer plan);

(3) ☐ a multiple-employer plan;

(4) ☐ a DFE (specify)

**B** This return/report is:

(1) ☐ the first return/report filed for the plan;

(2) ☐ the amended return/report;

(3) ☐ the final return/report filed for the plan;

(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II   Basic Plan Information** – enter all requested information.

**1a** Name of plan

BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 2 ALBANY, NY ANNUITY FUND

**1b** Three-digit plan number (PN)   002

**1c** Effective date of plan (mo., day, yr.) July 01, 1987

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 2 ALBANY, NY ANNUITY FUND
300 CENTRE DRIVE
ALBANY NY 12203-4474

**2b** Employer Identification Number (EIN) 16-1298070

**2c** Sponsor's telephone number 518-456-0259

**2d** Business code (see instructions) 813930

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

|  | 11/26/1202 | STEVEN J OSICK, PLAN ADMINISTRATOR |
|---|---|---|
| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
|  |  | BRICKLAYERS & ALLIED CRAFTWORKERS |
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**

Form **5500** (2008)

v11.3

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SA14H

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)   **a** Name (including firm name, if applicable) and address

**b** EIN
14-1624930

TRAL, BECKKK & CHIARAM014TE CPAS PC
7 WAAHINGTON SQUARLR
AT-BANY 12205

**c** Telephone no.
518-456-6663

**6** Total number of participants at the beginning of the plan year ............................................... **·6·** | 1263

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

**a** Active participants ............................................................................................................... **a** | 1455
**b** Retired or separated participants receiving benefits ............................................................. **·b·** | 49
**c** Other retired or separated participants entitled to future benefits ......................................... **c** |
**d** Subtotal. Add lines **7a, 7b,** and **7c** ..................................................................................... **d** | 1504
**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits ... **e** | 11
**f** Total. Add lines **7d** and **7e** ................................................................................................. **f** | 1515
**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) ..................................................................................................................... **g** | 1515
**h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested ................................................................................................................. **h** |
**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) ..................................................... **i** |

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☒ <u>Pension benefits</u> (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

2C   3B   _   _   _   _   _   _

**b** ☐ <u>Welfare benefits</u> (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

_   _   _   _   _   _   _   _

**9a** Plan funding arrangement (check all that apply)        **9b** Plan benefit arrangement (check all that apply)

   **(1)** ☐ Insurance                                 **(1)** ☐ Insurance
   **(2)** ☐ Section 412(e)(3) insurance contracts           **(2)** ☐ Section 412(e)(3) insurance contracts
   **(3)** ☐ Trust                                       **(3)** ☐ Trust
   **(4)** ☐ General assets of the sponsor                  **(4)** ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules                      **b** Financial Schedules

   **(1)** ☒ **R**   (Retirement Plan Information)            **(1)** ☒ **H** (Financial Information)
                                            **(2)** ☐ **I** (Financial Information – Small Plan)
   **(2)** ☐ **0T**   (Qualified Pension Plan Coverage Information)    **(3)** ☒ 1 **A** (Insurance Information)
                                            **(4)** ☒ **C** (Service Provider Information)
   If a Schedule T is not attached because the plan is       **(5)** ☒ **D** (DFE/Participating Plan Information)
   relying on coverage testing information for a prior        **(6)** ☐ **G** (Financial Transaction Schedules)
   year, enter the year

   **(3)** ☐ **B**   (Actuarial Information)
   **(4)** ☐ **E**   (ESOP Annual Information)
   **(5)** ☐ **SSA** (Separated Vested participant Information)



| **Form 5500**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security<br>Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of**<br>**Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the<br>Employee Retirement Income Security Act of 1974 (ERISA) and<br>sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal<br>Revenue Code (the Code).<br>Complete all entries in accordance with<br>the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>**2008**<br>**This Form is Open to**<br>**Public Inspection** |

**Part I    Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning May 01, 2008 , and ending April 30, 2009

**A** This return/report is for:  (1) ☒ a multiemployer plan;    (3) ☐ a multiple-employer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);    (4) ☐ a DFE (specify)

**B** This return/report is:  (1) ☐ the first return/report filed for the plan;    (3) ☐ the final return/report filed for the plan;
(2) ☐ the amended return/report;    (4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II    Basic Plan Information** – enter all requested information.

| 1a Name of plan | 1b Three-digit plan number (PN) | 501 |
|---|---|---|

BRICKLAYERS & ALLIED CRAFTWORKERS L ALBANY, NY HEALTH BENEFIT FUND

**1c** Effective date of plan (mo., day, yr.)
November 15, 1962

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

BRICKLAYERS & ALLIED CRAFTWORKERS L2 ALBANY, NY HEALTH BENEFIT FUND
300 CENTRE DRIVE
ALBANY NY 12203-4474

**2b** Employer Identification Number (EIN)
14-1461803

**2c** Sponsor's telephone number
518-456-0259

**2d** Business code (see instructions)
813930

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established. Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

STEPHEN OSICK, PLAN ADMINISTRATOR

Signature of plan administrator          Date          Typed or printed name of individual signing as plan administrator

BRICKLAYERS & ALLIED CRAFTWORKERS

Signature of employer/plan sponsor/DFE          Date          Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**          Form **5500** (2008)
v11.3

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**b** EIN

**c** PN

**a** Sponsor's name

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

**b** EIN
14-1624930

TEAL, BECKER & CHIARAMONTE CPAS PC
7 WASHINGTON SQUARE
ALBANY NY 12205

**c** Telephone no.
518-456-6663

**6** Total number of participants at the beginning of the plan year — **6** — 666

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

**a** Active participants — **a** — 664

**b** Retired or separated participants receiving benefits — **b** — 18

**c** Other retired or separated participants entitled to future benefits — **c**

**d** Subtotal. Add lines **7a, 7b,** and **7c** — **d** — 682

**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits — **e**

**f** Total. Add lines **7d** and **7e** — **f**

**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) — **g**

**h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested — **h**

**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) — **i**

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☐ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

- - - - - -

**b** ☒ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

4A  4B  4C  4D  4E  4F  4Q - - -

**9a** Plan funding arrangement (check all that apply)
   **(1)** ☐ Insurance
   **(2)** ☐ Section 412(e)(3) insurance contracts
   **(3)** ☐ Trust
   **(4)** ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)
   **(1)** ☐ Insurance
   **(2)** ☐ Section 412(e)(3) insurance contracts
   **(3)** ☐ Trust
   **(4)** ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules
   **(1)** ☐ **R** (Retirement Plan Information)

   **(2)** ☐ **T** (Qualified Pension Plan Coverage Information)

      If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year

   **(3)** ☐ **B** (Actuarial Information)
   **(4)** ☐ **E** (ESOP Annual Information)
   **(5)** ☐ **SSA** (Separated Vested participant Information)

**b** Financial Schedules
   **(1)** ☒ **H** (Financial Information)
   **(2)** ☐ **I** (Financial Information – Small Plan)
   **(3)** ☒ 10 **A** (Insurance Information)
   **(4)** ☒ **C** (Service Provider Information)
   **(5)** ☐ **D** (DFE/Participating Plan Information)
   **(6)** ☐ **G** (Financial Transaction Schedules)



| **Form 5500**<br>Department of the Treasury<br>Internal Revenue Service | **Annual Return/Report of**<br>**Employee Benefit Plan** | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089 |
|---|---|---|
| Department of Labor<br>Employee Benefits Security<br>Administration |  | **2008** |
| Pension Benefit Guaranty Corporation |  | **This Form is Open to**<br>**Public Inspection** |

**This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).**
**Complete all entries in accordance with the instructions to the Form 5500.**

**Part I   Annual Report Identification Information**
**For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009**

**A** This return/report is
for:

(1) ☐ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);

(3) ☒ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:

(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;

(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☐

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II   Basic Plan Information** – enter all requested information.

**1a** Name of plan

BUILDING TRADES EMPLOYERS INSURANCE FUND HEALTH PL

**1b** Three-digit
plan number (PN)     501

**1c** Effective date of plan (mo., day, yr.)
July 01, 1965

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

BUILDING TRADES EMPLOYERS INSURANCE
6563 RIDINGS ROAD
SYRACUSE NY 13206-1202

**2b** Employer Identification Number (EIN)
22-3089633

**2c** Sponsor's telephone number
315-437-9284

**2d** Business code (see instructions)
525100

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

EARL N. HALL

| _____ | _____ | _____ |
|---|---|---|
| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |

EARL N. HALL

| _____ | _____ | _____ |
|---|---|---|
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
    v11.3

Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

J BRADFORD MANN
7030 E GENESEE STREET
FAYETTEVILLE 13066-1126

**b** EIN
16-1143867
**c** Telephone no.
315-446-5745

**6** Total number of participants at the beginning of the plan year    · **6** ·    946
**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
**a** Active participants    **a**    1575
**b** Retired or separated participants receiving benefits    · **b** ·    34
**c** Other retired or separated participants entitled to future benefits    **c**
**d** Subtotal. Add lines **7a, 7b,** and **7c**    **d**    1609
**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits    **e**
**f** Total. Add lines **7d** and **7e**    **f**
**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans    **g**
complete this item)
**h** Number of participants that terminated employment during the plan year with accrued benefits that were less    **h**
than 100% vested
**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated    **i**
participants required to be reported on a Schedule SSA (Form 5500)
**8** Benefits provided under the plan (complete 8a through 8c, as applicable)
**a** ☐ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List
of Plan Characteristics Codes (printed in the instructions)):

-  -  -  -  -  -  -  -

**b** ☒ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of
Plan Characteristics Codes (printed in the instructions)):

4A  4B  -  -  -  -  -  -  -

**9a** Plan funding arrangement (check all that apply)    **9b** Plan benefit arrangement (check all that apply)
(1) ☐ Insurance    (1) ☐ Insurance
(2) ☐ Section 412(e)(3) insurance contracts    (2) ☐ Section 412(e)(3) insurance contracts
(3) ☐ Trust    (3) ☐ Trust
(4) ☐ General assets of the sponsor    (4) ☐ General assets of the sponsor
**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
**a** **Pension Benefit Schedules**    **b** **Financial Schedules**
(1) ☐ R    (Retirement Plan Information)    (1) ☒ H (Financial Information)
(2) ☐ I (Financial Information – Small Plan)
(2) ☐0T    (Qualified Pension Plan Coverage Information)    (3) ☒ 0 A (Insurance Information)
(4) ☒ C (Service Provider Information)
If a Schedule T is not attached because the plan is    (5) ☐ D (DFE/Participating Plan Information)
relying on coverage testing information for a prior    (6) ☐ G (Financial Transaction Schedules)
year, enter the year
(3) ☐ B    (Actuarial Information)
(4) ☐ E    (ESOP Annual Information)
(5) ☐ SSA (Separated Vested participant Information)



| | | Official Use Only |
|---|---|---|
| **Form 5500** | **Annual Return/Report of** | OMB Nos. 1210 - 0110 |
| Department of the Treasury | **Employee Benefit Plan** | 1210 - 0089 |
| Internal Revenue Service | This form is required to be filed under sections 104 and 4065 of the | **2008** |
| Department of Labor | Employee Retirement Income Security Act of 1974 (ERISA) and | **This Form is Open to** |
| Employee Benefits Security Administration | sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal | **Public Inspection** |
| Pension Benefit Guaranty Corporation | Revenue Code (the Code). Complete all entries in accordance with the instructions to the Form 5500. | |

**Part I · Annual Report Identification Information**

**For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009**

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☐

**Part II · Basic Plan Information – enter all requested information.**

| | |
|---|---|
| **1a** Name of plan<br><br>ONONDAGA COUNTY LABORERS ANNUITY FUND | **1b** Three-digit plan number (PN)    002<br>**1c** Effective date of plan (mo., day, yr.)<br>April 01, 1984 |
| **2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)<br><br>ONONDAGA COUNTY LABORERS ANNUITY FUND BOARD OF TRUSTEES<br>7051 FLY ROAD<br>EAST SYRACUSE NY 13057-9659 | **2b** Employer Identification Number (EIN)<br>16-1229376<br>**2c** Sponsor's telephone number<br>315-434-9305<br>**2d** Business code (see instructions)<br>525100 |

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established. Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

GABRIEL ROSETTI, III

| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
|---|---|---|

EARL R. HALL

| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |
|---|---|---|

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
v11.3
Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAME

**3b** Administrator's EIN
**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address    **b** EIN
16-1537589

RICHARD W. HEIMERMAN, CPA P.C.    **c** Telephone no.
290 ELWOOD DAVIS ROAD, SUITE 280    315-451-9771
LIVERPOOL NY 13088-0000

**6** Total number of participants at the beginning of the plan year    **6**    492
**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
**a** Active participants    **a**    529
**b** Retired or separated participants receiving benefits    **b**    19
**c** Other retired or separated participants entitled to future benefits    **c**    285
**d** Subtotal. Add lines **7a, 7b,** and **7c**    **d**    833
**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits    **e**    19
**f** Total. Add lines **7d** and **7e**    **f**    852
**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans    **g**    852
complete this item)
**h** Number of participants that terminated employment during the plan year with accrued benefits that were less    **h**
than 100% vested
**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated    **i**    17
participants required to be reported on a Schedule SSA (Form 5500)
**8** Benefits provided under the plan (complete 8a through 8c, as applicable)
**a** ☒ <u>Pension benefits</u> (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List
of Plan Characteristics Codes (printed in the instructions)):

2E   _   _   _   _   _   _   _   _   _

**b** ☐ <u>Welfare benefits</u> (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of
Plan Characteristics Codes (printed in the instructions)):

_   _   _   _   _   _   _   _   _

**9a** Plan funding arrangement (check all that apply)    **9b** Plan benefit arrangement (check all that apply)
   **(1)** ☐ Insurance    **(1)** ☐ Insurance
   **(2)** ☐ Section 412(e)(3) insurance contracts    **(2)** ☐ Section 412(e)(3) insurance contracts
   **(3)** ☐ Trust    **(3)** ☐ Trust
   **(4)** ☐ General assets of the sponsor    **(4)** ☐ General assets of the sponsor
**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
**a** Pension Benefit Schedules    **b** Financial Schedules
   **(1)** ☐ **R**    (Retirement Plan Information)    **(1)** ☒ **H** (Financial Information)
                                                **(2)** ☐ **I** (Financial Information – Small Plan)
   **(2)** ☐ **T**    (Qualified Pension Plan Coverage Information)    **(3)** ☒ **1 A** (Insurance Information)
                                                **(4)** ☒ **C** (Service Provider Information)
       If a Schedule T is not attached because the plan is    **(5)** ☒ **D** (DFE/Participating Plan Information)
       relying on coverage testing information for a prior    **(6)** ☐ **G** (Financial Transaction Schedules)
       year, enter the year
   **(3)** ☐ **B**    (Actuarial Information)
   **(4)** ☐ **E**    (ESOP Annual Information)
   **(5)** ☒ **SSA** (Separated Vested participant Information)



**Form 5500**
Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).
Complete all entries in accordance with the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**2008**

**This Form is Open to Public Inspection**

**Part I    Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009

**A** This return/report is for:
- (1) ☒ a multiemployer plan;
- (2) ☐ a single-employer plan (other than a multiple-employer plan);
- (3) ☐ a multiple-employer plan;
- (4) ☐ a DFE (specify)

**B** This return/report is:
- (1) ☐ the first return/report filed for the plan;
- (2) ☐ the amended return/report;
- (3) ☐ the final return/report filed for the plan;
- (4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II    Basic Plan Information** – enter all requested information.

**1a** Name of plan

CENTRAL NEW YORK LABORERS WELFARE FUND

**1b** Three-digit plan number (PN)    501

**1c** Effective date of plan (mo., day, yr.)
May 21, 1953

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

CENTRAL NEW YORK LABORERS WELFARE FUND BOARD OF TRUSTEES
7051 FLY ROAD
EAST SYRACUSE NY 13057-9659

**2b** Employer Identification Number (EIN)
16-6044095

**2c** Sponsor's telephone number
315-434-9305

**2d** Business code (see instructions)
525100

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

GABRIEL ROSETTI, III

Signature of plan administrator          Date          Typed or printed name of individual signing as plan administrator

EARL R. HALL

Signature of employer/plan sponsor/DFE          Date          Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
v11.3                                                                                    Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

RICHARD W. HEIMERMAN, CPA P.C.
290 ELWOOD DAVIS ROAD, SUITE 280
LIVERPOOL NY 13088-0000

**b** EIN
16-1537589
**c** Telephone no.
315-451-9771

| | | |
|---|---|---|
| **6** Total number of participants at the beginning of the plan year | **6** | 635 |
| **7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**) | | |
| **a** Active participants | **a** | 288 |
| **b** Retired or separated participants receiving benefits | **b** | 250 |
| **c** Other retired or separated participants entitled to future benefits | **c** | 173 |
| **d** Subtotal. Add lines **7a, 7b,** and **7c** | **d** | 711 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **e** | |
| **f** Total. Add lines **7d** and **7e** | **f** | |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **g** | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **h** | |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | **i** | |

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☐ <u>Pension benefits</u> (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

\_  \_  \_  \_  \_  \_  \_

**b** ☒ <u>Welfare benefits</u> (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

<u>4A</u>  <u>4D</u>  <u>4E</u>  <u>4F</u>  <u>4L</u>  \_  \_  \_  \_

**9a** Plan funding arrangement (check all that apply)

(1) ☐ Insurance
(2) ☐ Section 412(e)(3) insurance contracts
(3) ☐ Trust
(4) ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)

(1) ☐ Insurance
(2) ☐ Section 412(e)(3) insurance contracts
(3) ☐ Trust
(4) ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes, and where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules
(1) ☐ **R**   (Retirement Plan Information)

(2) ☐0T   (Qualified Pension Plan Coverage Information)

If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year

(3) ☐ **B**   (Actuarial Information)
(4) ☐ **E**   (ESOP Annual Information)
(5) ☐ **SSA** (Separated Vested participant Information)

**b** Financial Schedules
(1) ☒ **H** (Financial Information)
(2) ☐ **I** (Financial Information – Small Plan)
(3) ☒ **1 A** (Insurance Information)
(4) ☒ **C** (Service Provider Information)
(5) ☐ **D** (DFE/Participating Plan Information)
(6) ☐ **G** (Financial Transaction Schedules)



**Form 5500**
Department of the Treasury
Internal Revenue Service
Department of Labor
Employee Benefits Security Administration
Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).
Complete all entries in accordance with the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089
**2008**
**This Form is Open to Public Inspection**

**Part I    Annual Report Identification Information**

**For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009**

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II    Basic Plan Information –** enter all requested information.

**1a** Name of plan

CENTRAL NEW YORK LABORERS PENSION FUND

**1b** Three-digit plan number (PN)    001

**1c** Effective date of plan (mo., day, yr.)
January 05, 1960

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

CENTRAL NEW YORK LABORERS PENSION FUND BOARD OF TRUSTEES
7051 FLY ROAD
EAST SYRACUSE NY 13057-9659

**2b** Employer Identification Number (EIN)
15-6016579

**2c** Sponsor's telephone number
315-434-9305

**2d** Business code (see instructions)
525100

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established. Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

GABRIEL M. ROSETTI, III

| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |

EARL R. HALL

| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
v11.3

Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter "Same")

SAME

**3b** Administrator's EIN
**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)   **a** Name (including firm name, if applicable) and address

**b** EIN
16-1537589

RICHARD W. HEIMERMAN, CPA P.C.
290 ELWOOD DAVIS ROAD, SUITE 280
LIVERPOOL NY 13088-0000

**c** Telephone no.
315-451-9771

**6** Total number of participants at the beginning of the plan year   **·6·**   677
**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
  **a** Active participants                                                                          **a**   219
  **b** Retired or separated participants receiving benefits                                         **·b·**   281
  **c** Other retired or separated participants entitled to future benefits                          **c**   100
  **d** Subtotal. Add lines **7a, 7b,** and **7c**                                                   **d**   600
  **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits  **e**   74
  **f** Total. Add lines **7d** and **7e**                                                           **f**   674
  **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans  **g**
     complete this item)
  **h** Number of participants that terminated employment during the plan year with accrued benefits that were less  **h**
     than 100% vested
  **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated  **i**   7
     participants required to be reported on a Schedule SSA (Form 5500)
**8** Benefits provided under the plan (complete 8a through 8c, as applicable)
  **a** ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List
     of Plan Characteristics Codes (printed in the instructions)):

                                                                      1B   1G   _   _   _   _   _   _   _   _

  **b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List
     of Plan Characteristics Codes (printed in the instructions)):

                                                                           _   _   _   _   _   _   _   _   _

**9a** Plan funding arrangement (check all that apply)          **9b** Plan benefit arrangement (check all that apply)
  **(1)** ☐ Insurance                                             **(1)** ☐ Insurance
  **(2)** ☐ Section 412(e)(3) insurance contracts                 **(2)** ☐ Section 412(e)(3) insurance contracts
  **(3)** ☐ Trust                                                 **(3)** ☐ Trust
  **(4)** ☐ General assets of the sponsor                         **(4)** ☐ General assets of the sponsor
**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
  **a** **Pension Benefit Schedules**                             **b** **Financial Schedules**
  **(1)** ☒ **R**    (Retirement Plan Information)                 **(1)** ☒ **H** (Financial Information)
                                                                  **(2)** ☐ **I** (Financial Information – Small Plan)
  **(2)** ☐ **T**    (Qualified Pension Plan Coverage Information) **(3)** ☐ 0 **A** (Insurance Information)
                                                                  **(4)** ☒ **C** (Service Provider Information)
       If a Schedule T is not attached because the plan is        **(5)** ☒ **D** (DFE/Participating Plan Information)
       relying on coverage testing information for a prior        **(6)** ☐ **G** (Financial Transaction Schedules)
       year, enter the year
  **(3)** ☒ **B**    (Actuarial Information)
  **(4)** ☐ **E**    (ESOP Annual Information)
  **(5)** ☒ **SSA**  (Separated Vested participant Information)



<table>
<tr><td>

**Form 5500**
Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

</td><td>

# Annual Return/Report of Employee Benefit Plan

**This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).
Complete all entries in accordance with the instructions to the Form 5500.**

</td><td>

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**2008**

This Form is Open to
Public Inspection

</td></tr>
</table>

**Part I    Annual Report Identification Information**

**For the calendar plan year 2008 or fiscal plan year beginning April 01, 2008 , and ending March 31, 2009**

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☐

**Part II    Basic Plan Information – enter all requested information.**

**1a** Name of plan

ENGINEERS JOINT WELFARE FUND LOCAL UNIONS 17,106,410,463,545,832

**1b** Three-digit plan number (PN)    501

**1c** Effective date of plan (mo., day, yr.)
January 05, 1957

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

BD OF TRUSTEES ENG JT WELF FD LCL UNIONS 17,106,410,463,545,832 IUOE
PO BOX 100 COLVIN STA
SYRACUSE NY 13205-0100

**2b** Employer Identification Number (EIN)
15-0582931

**2c** Sponsor's telephone number
315-492-1796

**2d** Business code (see instructions)
525100

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

| | | |
|---|---|---|
| | 01/01/2210 | THERON HOQLE |
| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
| | 11/01/2210 | EUQENE P. HALLOCK |
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
v11.3

Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)   **a** Name (including firm name, if applicable) and address   **b** EIN
13-1577780

SCHULTHEIS & PANETTIERI, LLP   **c** Telephone no.
210 MARCUS BOULEVARD   631-273-4778
HAUPPAUGE NY 11788-3740

**6** Total number of participants at the beginning of the plan year   **6**   3995

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

**a** Active participants   **a**   2479
**b** Retired or separated participants receiving benefits   **b**   1084
**c** Other retired or separated participants entitled to future benefits   **c**
**d** Subtotal. Add lines **7a, 7b,** and **7c**   **d**   3563
**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits   **e**
**f** Total. Add lines **7d** and **7e**   **f**
**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)   **g**
**h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested   **h**
**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500)   **i**

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☐ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

\_ \_   \_ \_   \_ \_

**b** ☒ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

4A   4D   4H   4L   4Q   4U   \_ \_   \_ \_

**9a** Plan funding arrangement (check all that apply)   **9b** Plan benefit arrangement (check all that apply)
**(1)** ☐ Insurance   **(1)** ☐ Insurance
**(2)** ☐ Section 412(e)(3) insurance contracts   **(2)** ☐ Section 412(e)(3) insurance contracts
**(3)** ☐ Trust   **(3)** ☐ Trust
**(4)** ☐ General assets of the sponsor   **(4)** ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules   **b** Financial Schedules
**(1)** ☐ R   (Retirement Plan Information)   **(1)** ☒ H (Financial Information)
  **(2)** ☐   I (Financial Information – Small Plan)
**(2)** ☐ T   (Qualified Pension Plan Coverage Information)   **(3)** ☒ 10 A (Insurance Information)
  **(4)** ☒ C (Service Provider Information)
  If a Schedule T is not attached because the plan is   **(5)** ☒ D (DFE/Participating Plan Information)
  relying on coverage testing information for a prior   **(6)** ☐ G (Financial Transaction Schedules)
  year, enter the year

**(3)** ☐ B   (Actuarial Information)
**(4)** ☐ E   (ESOP Annual Information)
**(5)** ☐ SSA (Separated Vested participant Information)



**Form 5500**
Department of the Treasury
Internal Revenue Service
Department of Labor
Employee Benefits Security
Administration
Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the
Employee Retirement Income Security Act of 1974 (ERISA) and
sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal
Revenue Code (the Code).
Complete all entries in accordance with
the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089
**2008**
**This Form is Open to Public Inspection**

**Part I**   **Annual Report Identification Information**

**For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009**

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II**   **Basic Plan Information – enter all requested information.**

**1a** Name of plan

IBEW LOCAL 43 & ELECTRICAL CONTRACTORS PENSION FUND

**1b** Three-digit plan number (PN)    001

**1c** Effective date of plan (mo., day, yr.)
July 01, 1962

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

IBEW LOCAL 43 & ELECTRICAL CONTRACTORS PENSION FUND
PO BOX 2218
SYRACUSE NY 13220-2218

**2b** Employer Identification Number (EIN)
16-6153389

**2c** Sponsor's telephone number
315-474-5729

**2d** Business code (see instructions)
238210

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

| | | |
|---|---|---|
| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
| | | HILLIPLLYP P .1"PEU);50^'K,C |
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
v11.3

Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAME

**3b** Administrator's EIN
16-6153389

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**b** EIN

**c** PN

**a** Sponsor's name

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

PARENTEBEARD I.T.C THOMAS E. RILEY
115 SOLAR ST 100
SYRACUSE N 13204

**b** EIN
23-2932984
**c** Telephone no.
154712777

| | | |
|---|---|---|
| **6** Total number of participants at the beginning of the plan year | **6** | 1601 |
| **7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**) | | |
| **a** Active participants | **a** | 850 |
| **b** Retired or separated participants receiving benefits | **b** | 478 |
| **c** Other retired or separated participants entitled to future benefits | **c** | 250 |
| **d** Subtotal. Add lines **7a, 7b,** and **7c** | **d** | 1578 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **e** | 86 |
| **f** Total. Add lines **7d** and **7e** | **f** | 1664 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **g** | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **h** | 14 |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | **i** | 11 |

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☒ <u>Pension benefits</u> (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

-   -   -   -   -   -   -   -   -

**b** ☐ <u>Welfare benefits</u> (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

-   -   -   -   -   -   -   -   -

**9a** Plan funding arrangement (check all that apply)
    **(1)** ☐ Insurance
    **(2)** ☐ Section 412(e)(3) insurance contracts
    **(3)** ☐ Trust
    **(4)** ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)
    **(1)** ☐ Insurance
    **(2)** ☐ Section 412(e)(3) insurance contracts
    **(3)** ☐ Trust
    **(4)** ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules
    **(1)** ☒ R    (Retirement Plan Information)

    **(2)** ☐0T    (Qualified Pension Plan Coverage Information)

        If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year

    **(3)** ☒ B    (Actuarial Information)
    **(4)** ☐ E    (ESOP Annual Information)
    **(5)** ☒ SSA    (Separated Vested participant Information)

**b** Financial Schedules
    **(1)** ☒    H (Financial Information)
    **(2)** ☐    I (Financial Information – Small Plan)
    **(3)** ☐ 0 A (Insurance Information)
    **(4)** ☒    C (Service Provider Information)
    **(5)** ☒    D (DFE/Participating Plan Information)
    **(6)** ☐    G (Financial Transaction Schedules)



| Form 5500<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security<br>Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of<br>Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the<br>Employee Retirement Income Security Act of 1974 (ERISA) and<br>sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal<br>Revenue Code (the Code).<br>Complete all entries in accordance with<br>the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>**2008**<br>**This Form is Open to<br>Public Inspection** |

**Part I ·    Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009

**A** This return/report is for:
- (1) ☒ a multiemployer plan;
- (2) ☐ a single-employer plan (other than a multiple-employer plan);
- (3) ☐ a multiple-employer plan;
- (4) ☐ a DFE (specify)

**B** This return/report is:
- (1) ☐ the first return/report filed for the plan;
- (2) ☐ the amended return/report;
- (3) ☐ the final return/report filed for the plan;
- (4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☐

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II ·    Basic Plan Information –** enter all requested information.

**1a** Name of plan

IBEW LOCAL 43 AND ELECTRICAL CONTRACTORS WELFARE F UND

**1b** Three-digit plan number (PN)     501

**1c** Effective date of plan (mo., day, yr.)
February 01, 1959

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

IBEW LOCAL 43 & ELECTRICAL CONTRACT ORS WELFARE FUND
PO BOX 2218
SLKACUSE NY 13220-2218

**2b** Employer Identification Number (EIN)
15-6025163

**2c** Sponsor's telephone number
315-474-5729

**2d** Business code (see instructions)
238210

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established. Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

(^TW,

| | | |
|---|---|---|
| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
v11.3

Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SA14M

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**b** EIN

**a** Sponsor's name

**c** PN

**5** Preparer information (optional)     **a** Name (including firm name, if applicable) and address

PARRNTEBEAFT) LLC THOMAS E. RILEY
115 SOT-AR SMEET 100
S'YKACUSE M 13204

**b** EIN
23-2932984
**c** Telephone no.
154712777

| | | |
|---|---|---|
| **6** Total number of participants at the beginning of the plan year | · **6** · | 1180 |
| **7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**) | | |
| **a** Active participants | **a** | 874 |
| **b** Retired or separated participants receiving benefits | · **b** · | 281 |
| **c** Other retired or separated participants entitled to future benefits | **c** | |
| **d** Subtotal. Add lines **7a, 7b,** and **7c** | **d** | 1155 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **e** | |
| **f** Total. Add lines **7d** and **7e** | **f** | |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **g** | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **h** | |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | **i** | |

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☐ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

-     -     -     -     -     -     -     -     -

**b** ☒ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

-     -     -     -     -     -     -     -

**9a** Plan funding arrangement (check all that apply)

**(1)** ☐ Insurance
**(2)** ☐ Section 412(e)(3) insurance contracts
**(3)** ☐ Trust
**(4)** ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)

**(1)** ☐ Insurance
**(2)** ☐ Section 412(e)(3) insurance contracts
**(3)** ☐ Trust
**(4)** ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** **Pension Benefit Schedules**

**(1)** ☐ R     (Retirement Plan Information)

**(2)** ☐ 0T     (Qualified Pension Plan Coverage Information)

If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year

**(3)** ☐ B     (Actuarial Information)
**(4)** ☐ E     (ESOP Annual Information)
**(5)** ☐ SSA     (Separated Vested participant Information)

**b** **Financial Schedules**

**(1)** ☒ H (Financial Information)
**(2)** ☐ I (Financial Information – Small Plan)
**(3)** ☒ 0 A (Insurance Information)
**(4)** ☒ C (Service Provider Information)
**(5)** ☒ D (DFE/Participating Plan Information)
**(6)** ☐ G (Financial Transaction Schedules)



| **Form 5500**<br>Department of the Treasury<br>Internal Revenue Service<br>———————————————<br>Department of Labor<br>Employee Benefits Security<br>Administration<br>———————————————<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>**This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).**<br>**Complete all entries in accordance with the instructions to the Form 5500.** | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>———————————————<br>**2008**<br>**This Form is Open to Public Inspection** |
| --- | --- | --- |

**Part I    Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning June 01, 2008 , and ending May 31, 2009

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II    Basic Plan Information – enter all requested information.**

**1a** Name of plan

IBEW LOCAL 241 WELFARE BENEFITS PLAN

**1b** Three-digit plan number (PN)    501

**1c** Effective date of plan (mo., day, yr.)
January 01, 1960

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

IBEW LOCAL 241
701 W. STATE STREET
ITHACA NY 14850-3309

**2b** Employer Identification Number (EIN)
15-0347948

**2c** Sponsor's telephone number
607-272-2809

**2d** Business code (see instructions)
238210

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established. Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

_____    _____    _____
Signature of plan administrator    Date    Typed or printed name of individual signing as plan administrator

_____    _____    _____
Signature of employer/plan sponsor/DFE    Date    Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**    Form **5500** (2008)
v11.3

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SA14IE

**3b** Administrator's EIN
15-0347948

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)   **a** Name (including firm name, if applicable) and address

CDT.14 & COMPANY CPAR, LLP PA!RXIC'K JORNAN
401 E STATE ST SITE 5DO
ITHARA  14850

**b** EIN
16-1171627
**c** Telephone no.
607-272-4444

**6** Total number of participants at the beginning of the plan year · **6** · 166

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c**, and **7d**)

**a** Active participants   **a**   200

**b** Retired or separated participants receiving benefits   · **b** ·

**c** Other retired or separated participants entitled to future benefits   **c**

**d** Subtotal. Add lines **7a, 7b**, and **7c**   **d**   200

**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits   **e**

**f** Total. Add lines **7d** and **7e**   **f**

**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)   **g**

**h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested   **h**

**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500)   **i**

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☐ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

- - - - - - -

**b** ☒ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

4A  4B  4D  4E  4L   - - - -

**9a** Plan funding arrangement (check all that apply)   **9b** Plan benefit arrangement (check all that apply)

**(1)** ☐ Insurance   **(1)** ☐ Insurance
**(2)** ☐ Section 412(e)(3) insurance contracts   **(2)** ☐ Section 412(e)(3) insurance contracts
**(3)** ☐ Trust   **(3)** ☐ Trust
**(4)** ☐ General assets of the sponsor   **(4)** ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a Pension Benefit Schedules**   **b Financial Schedules**

**(1)** ☐ **R**   (Retirement Plan Information)   **(1)** ☒ **H** (Financial Information)

**(2)** ☐ **T**   (Qualified Pension Plan Coverage Information)   **(2)** ☐ **I** (Financial Information – Small Plan)

**(3)** ☒ 0 **A** (Insurance Information)

**(4)** ☒ **C** (Service Provider Information)

If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year   **(5)** ☐ **D** (DFE/Participating Plan Information)

**(6)** ☐ **G** (Financial Transaction Schedules)

**(3)** ☐ **B**   (Actuarial Information)
**(4)** ☐ **E**   (ESOP Annual Information)
**(5)** ☐ **SSA** (Separated Vested participant Information)



**Form 5500**
Department of the Treasury
Internal Revenue Service
Department of Labor
Employee Benefits Security
Administration
Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).
Complete all entries in accordance with the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089
**2008**
**This Form is Open to Public Inspection**

**Part I    Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☐

**Part II    Basic Plan Information** – enter all requested information.

**1a** Name of plan

I.B.E.W. LOCAL 910 HEALTH & WELFARE FUND

**1b** Three-digit plan number (PN)    501

**1c** Effective date of plan (mo., day, yr.)
January 01, 1966

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

I.B.E.W. LOCAL 910 HEALTH & WELFARE FUND
25001 WATER STREET
WATERTOWN NY 13601-2145

**2b** Employer Identification Number (EIN)
16-6053626

**2c** Sponsor's telephone number
315-782-5941

**2d** Business code (see instructions)
561110

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established. Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

JAN F LLIC-

_____          _____          _____
Signature of plan administrator          Date          Typed or printed name of individual signing as plan administrator

JDME^ 14 JX),-AKR.-15

_____          _____          _____
Signature of employer/plan sponsor/DFE          Date          Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**          Form **5500** (2008)
v11.3

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

TRUSTEES OF THE I.B.E.W. LOCAL 910 HEALTH & WELFARE FUND
25001 WATER STREET
WATERTOWN NY 13601-2145

**3b** Administrator's EIN
16-6053626

**3c** Administrator's telephone number
315-782-5941

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**b** EIN

**c** PN

**a** Sponsor's name

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address    **b** EIN

**c** Telephone no.

**6** Total number of participants at the beginning of the plan year ........................ **6** ·    512
**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
**a** Active participants    **a**    539
**b** Retired or separated participants receiving benefits    · **b** ·    69
**c** Other retired or separated participants entitled to future benefits    **c**
**d** Subtotal. Add lines **7a, 7b,** and **7c**    **d**    608
**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits    **e**
**f** Total. Add lines **7d** and **7e**    **f**
**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans    **g**
complete this item)
**h** Number of participants that terminated employment during the plan year with accrued benefits that were less    **h**
than 100% vested
**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated    **i**
participants required to be reported on a Schedule SSA (Form 5500)
**8** Benefits provided under the plan (complete 8a through 8c, as applicable)
**a** ☐ <u>Pension benefits</u> (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List
of Plan Characteristics Codes (printed in the instructions)):

_    _    _    _    _    _

**b** ☒ <u>Welfare benefits</u> (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of
Plan Characteristics Codes (printed in the instructions)):

<u>4U</u>    _    _    _    _    _    _

**9a** Plan funding arrangement (check all that apply)       **9b** Plan benefit arrangement (check all that apply)
**(1)** ☐ Insurance                                         **(1)** ☐ Insurance
**(2)** ☐ Section 412(e)(3) insurance contracts             **(2)** ☐ Section 412(e)(3) insurance contracts
**(3)** ☐ Trust                                             **(3)** ☐ Trust
**(4)** ☐ General assets of the sponsor                     **(4)** ☐ General assets of the sponsor
**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
**a** Pension Benefit Schedules                             **b** Financial Schedules
**(1)** ☐ **R**    (Retirement Plan Information)            **(1)** ☒ **H** (Financial Information)
                                                            **(2)** ☐ **I** (Financial Information – Small Plan)
**(2)** ☐0**T**    (Qualified Pension Plan Coverage Information)    **(3)** ☒ 3 **A** (Insurance Information)
                                                            **(4)** ☒ **C** (Service Provider Information)
If a Schedule T is not attached because the plan is                **(5)** ☐ **D** (DFE/Participating Plan Information)
relying on coverage testing information for a prior          **(6)** ☐ **G** (Financial Transaction Schedules)
year, enter the year
**(3)** ☐ **B**    (Actuarial Information)
**(4)** ☐ **E**    (ESOP Annual Information)
**(5)** ☐ **SSA** (Separated Vested participant Information)



**Form 5500**
Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).
Complete all entries in accordance with the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**2008**

**This Form is Open to Public Inspection**

**Part I   Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning January 01, 2008 , and ending December 31, 2008

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II   Basic Plan Information** – enter all requested information.

**1a** Name of plan

LABORERS LOCAL 103 ANNUITY FUND

**1b** Three-digit plan number (PN)   002

**1c** Effective date of plan (mo., day, yr.)
June 01, 2002

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

TRUSTEES OF LABORERS LOCAL 103 ANNUITY FUND
P.O. BOX 571
GENEVA NY 14456-0571

**2b** Employer Identification Number (EIN)
01-6214544

**2c** Sponsor's telephone number
315-539-4220

**2d** Business code (see instructions)
525100

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established. Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

UNION TRUSTEE

_____        _____        _____
Signature of plan administrator        Date        Typed or printed name of individual signing as plan administrator

MANAGEMENT TRUSTEE

_____        _____        _____
Signature of employer/plan sponsor/DFE        Date        Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
v11.3

Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAIME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address        **b** EIN

**c** Telephone no.

**6** Total number of participants at the beginning of the plan year    · **6** ·    166
**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
**a** Active participants    **a**    159
**b** Retired or separated participants receiving benefits    · **b** ·
**c** Other retired or separated participants entitled to future benefits    **c**
**d** Subtotal. Add lines **7a, 7b,** and **7c**    **d**    159
**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits    **e**
**f** Total. Add lines **7d** and **7e**    **f**    159
**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans    **g**    159
complete this item)
**h** Number of participants that terminated employment during the plan year with accrued benefits that were less    **h**
than 100% vested
**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated    **i**
participants required to be reported on a Schedule SSA (Form 5500)
**8** Benefits provided under the plan (complete 8a through 8c, as applicable)
**a** ☒ Benefits benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List
of Plan Characteristics Codes (printed in the instructions)):

2E    _    _    _    _    _    _    _    _

**b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of
Plan Characteristics Codes (printed in the instructions)):

_    _    _    _    _    _    _    _

**9a** Plan funding arrangement (check all that apply)        **9b** Plan benefit arrangement (check all that apply)
    **(1)** ☐ Insurance                        **(1)** ☐ Insurance
    **(2)** ☐ Section 412(e)(3) insurance contracts        **(2)** ☐ Section 412(e)(3) insurance contracts
    **(3)** ☐ Trust                            **(3)** ☐ Trust
    **(4)** ☐ General assets of the sponsor            **(4)** ☐ General assets of the sponsor
**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
**a Pension Benefit Schedules**                    **b Financial Schedules**
    **(1)** ☐ R    (Retirement Plan Information)        **(1)** ☒ H (Financial Information)
                                **(2)** ☐   I  (Financial Information – Small Plan)
    **(2)** ☐0T    (Qualified Pension Plan Coverage Information)    **(3)** ☐ 0 A (Insurance Information)
                                **(4)** ☒ C (Service Provider Information)
    If a Schedule T is not attached because the plan is        **(5)** ☒ D (DFE/Participating Plan Information)
    relying on coverage testing information for a prior    ·    **(6)** ☐   G (Financial Transaction Schedules)
    year, enter the year
    **(3)** ☐ B    (Actuarial Information)
    **(4)** ☐ E    (ESOP Annual Information)
    **(5)** ☐ SSA (Separated Vested participant Information)



| Form 5500 | **Annual Return/Report of Employee Benefit Plan** | Official Use Only |
|---|---|---|

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).
Complete all entries in accordance with the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089
**2008**
**This Form is Open to Public Inspection**

**Part I** · **Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning January 01, 2008 , and ending December 31, 2008

**A** This return/report is for:

(1) ☒ a multiemployer plan;

(2) ☐ a single-employer plan (other than a multiple-employer plan);

(3) ☐ a multiple-employer plan;

(4) ☐ a DFE (specify)

**B** This return/report is:

(1) ☐ the first return/report filed for the plan;

(2) ☐ the amended return/report;

(3) ☐ the final return/report filed for the plan;

(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II** · **Basic Plan Information** – enter all requested information.

**1a** Name of plan

LABORERS LOCAL 103 WELFARE FUND

**1b** Three-digit plan number (PN)    501

**1c** Effective date of plan (mo., day, yr.)
October 15, 1954

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

TRUSTEES OF LABORERS LOCAL 103 WELFARE FUND
P.O. BOX 571
GENEVA NY 14456-0571

**2b** Employer Identification Number (EIN)
16-0778602

**2c** Sponsor's telephone number
315-539-4220

**2d** Business code (see instructions)
525100

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

UNION TRUSTEE

_____    _____    _____
Signature of plan administrator    Date    Typed or printed name of individual signing as plan administrator

MANAGEMENT TRUSTEE

_____    _____    _____
Signature of employer/plan sponsor/DFE    Date    Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    Form **5500** (2008)
v11.3

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAIMP

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address     **b** EIN

    **c** Telephone no.

**6** Total number of participants at the beginning of the plan year · **6** ·    169

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

| | | |
|---|---|---|
| **a** Active participants | **a** | 82 |
| **b** Retired or separated participants receiving benefits | · **b** · | 8 |
| **c** Other retired or separated participants entitled to future benefits | **c** | 57 |
| **d** Subtotal. Add lines **7a, 7b,** and **7c** | **d** | 147 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **e** | |
| **f** Total. Add lines **7d** and **7e** | **f** | |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **g** | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **h** | |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | **i** | |

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☐ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

—   —   —   —   —   —   —   —   —   —

**b** ☒ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

<u>4A</u>   <u>4C</u>   <u>4D</u>   <u>4E</u>   <u>4L</u>   <u>4Q</u>   —   —   —

**9a** Plan funding arrangement (check all that apply)     **9b** Plan benefit arrangement (check all that apply)

| | |
|---|---|
| **(1)** ☐ Insurance | **(1)** ☐ Insurance |
| **(2)** ☐ Section 412(e)(3) insurance contracts | **(2)** ☐ Section 412(e)(3) insurance contracts |
| **(3)** ☐ Trust | **(3)** ☐ Trust |
| **(4)** ☐ General assets of the sponsor | **(4)** ☐ General assets of the sponsor |

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules      **b** Financial Schedules

**(1)** ☐ R   (Retirement Plan Information)      **(1)** ☒ H (Financial Information)

**(2)** ☐ T   (Qualified Pension Plan Coverage Information)      **(2)** ☐ I (Financial Information – Small Plan)

     **(3)** ☐ 0 A (Insurance Information)

     **(4)** ☒ C (Service Provider Information)

If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year      **(5)** ☒ D (DFE/Participating Plan Information)

     **(6)** ☐ G (Financial Transaction Schedules)

**(3)** ☐ B   (Actuarial Information)

**(4)** ☐ E   (ESOP Annual Information)

**(5)** ☐ SSA (Separated Vested participant Information)



| **Form 5500** | **Annual Return/Report of Employee Benefit Plan** | Official Use Only |
|---|---|---|
| Department of the Treasury | | OMB Nos. 1210 - 0110 |
| Internal Revenue Service | | 1210 - 0089 |
| Department of Labor | | **2008** |
| Employee Benefits Security | | **This Form is Open to** |
| Administration | | **Public Inspection** |
| Pension Benefit Guaranty Corporation | | |

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).
Complete all entries in accordance with the instructions to the Form 5500.

**Part I · Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning January 01, 2008 , and ending December 31, 2008

**A** This return/report is for:
 (1) ☒ a multiemployer plan;
 (2) ☐ a single-employer plan (other than a multiple-employer plan);
 (3) ☐ a multiple-employer plan;
 (4) ☐ a DFE (specify)

**B** This return/report is:
 (1) ☐ the first return/report filed for the plan;
 (2) ☐ the amended return/report;
 (3) ☐ the final return/report filed for the plan;
 (4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II · Basic Plan Information – enter all requested information.**

**1a** Name of plan

OSWEGO LABORERS LOCAL 214 RETIREMENT PLAN

**1b** Three-digit plan number (PN)     004

**1c** Effective date of plan (mo., day, yr.)

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

BOARD OF TRUSTEES, LABORERS LOCAL 214 RETIREMENT PLAN
23 MTTCHET.T. STREET
NWMGO NY 13126

**2b** Employer Identification Number (EIN)
16-0876163

**2c** Sponsor's telephone number
315-343-1666

**2d** Business code (see instructions)
525100

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

| | 10/11/2109 | CINVY RA.C;TAT.T)O |
|---|---|---|
| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |

| | | )SWEGO T.AF30RKKS LORAY, 214 RETIRK |
|---|---|---|
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    Form **5500** (2008)
v11.3

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SA14IE

**3b** Administrator's EIN
16-0876163

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

BRAPN MILLKK COMPANY LLP TH014AS E RIT.JSY
115 SOT-AR S'RK(RET 100
S)RMACUSE  13204

**b** EIN
23-3060766
**c** Telephone no.
315-471-2777

**6** Total number of participants at the beginning of the plan year ............................................ **6** · 504

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

| | | |
|---|---|---|
| **a** Active participants | **a** | 103 |
| **b** Retired or separated participants receiving benefits | **b** · | 269 |
| **c** Other retired or separated participants entitled to future benefits | **c** | 96 |
| **d** Subtotal. Add lines **7a, 7b,** and **7c** | **d** | 468 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **e** | 36 |
| **f** Total. Add lines **7d** and **7e** | **f** | 504 |

**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) .... **g**

**h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested ... **h**

**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) ... **i**  11

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☐ <u>Pension benefits</u> (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

1B   1G   _   _   _   _   _   _   _   _   _   _

**b** ☐ <u>Welfare benefits</u> (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

_   _   _   _   _   _   _   _   _   _

**9a** Plan funding arrangement (check all that apply)         **9b** Plan benefit arrangement (check all that apply)

| 9a | | 9b | |
|---|---|---|---|
| (1) ☐ Insurance | | (1) ☐ Insurance | |
| (2) ☐ Section 412(e)(3) insurance contracts | | (2) ☐ Section 412(e)(3) insurance contracts | |
| (3) ☐ Trust | | (3) ☐ Trust | |
| (4) ☐ General assets of the sponsor | | (4) ☐ General assets of the sponsor | |

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a Pension Benefit Schedules**
- (1) ☒ R    (Retirement Plan Information)
- (2) ☐□T    (Qualified Pension Plan Coverage Information)

  If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year
- (3) ☒ B    (Actuarial Information)
- (4) ☐ E    (ESOP Annual Information)
- (5) ☒ SSA  (Separated Vested participant Information)

**b Financial Schedules**
- (1) ☒ H    (Financial Information)
- (2) ☐ I    (Financial Information – Small Plan)
- (3) ☐ 0 A  (Insurance Information)
- (4) ☒ C    (Service Provider Information)
- (5) ☒ D    (DFE/Participating Plan Information)
- (6) ☐ G    (Financial Transaction Schedules)



| **Form 5500**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security<br>Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>Complete all entries in accordance with the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>**2008**<br>**This Form is Open to Public Inspection** |
| --- | --- | --- |

**Part I    Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning January 01, 2008 , and ending December 31, 2008

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☐

**Part II    Basic Plan Information – enter all requested information.**

**1a** Name of plan

PLUMBERS PIPE FITTERS & APPRENTICES LOCAL 112 HEALTH PLAN

**1b** Three-digit plan number (PN)    501

**1c** Effective date of plan (mo., day, yr.)
October 01, 1960

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

TRUSTEES OF PLUMBERS PIPE FITTERS & APPRENTICES LOCAL 112 HEALTH FUND
11 GRISWOLD STREET
BINGHAMTON NY 13904-1511

**2b** Employer Identification Number (EIN)
16-6053348

**2c** Sponsor's telephone number
607-722-1883

**2d** Business code (see instructions)
238220

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established. Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

UNION TRUSTEE

Signature of plan administrator          Date          Typed or printed name of individual signing as plan administrator

EMPLOYER TRUSTEE

Signature of employer/plan sponsor/DFE          Date          Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**

v11.3

Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter "Same")

SAME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address    **b** EIN

**c** Telephone no.

**6** Total number of participants at the beginning of the plan year    **6**    686
**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
**a** Active participants    **a**    413
**b** Retired or separated participants receiving benefits    **b**    229
**c** Other retired or separated participants entitled to future benefits    **c**
**d** Subtotal. Add lines **7a, 7b,** and **7c**    **d**    642
**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits    **e**
**f** Total. Add lines **7d** and **7e**    **f**
**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)    **g**
**h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested    **h**
**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500)    **i**
**8** Benefits provided under the plan (complete 8a through 8c, as applicable)
**a** ☐ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

\_ \_ \_ \_ \_ \_

**b** ☒ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

4A  4E  4L  \_ \_ \_ \_ \_

**9a** Plan funding arrangement (check all that apply)    **9b** Plan benefit arrangement (check all that apply)
**(1)** ☐ Insurance    **(1)** ☐ Insurance
**(2)** ☐ Section 412(e)(3) insurance contracts    **(2)** ☐ Section 412(e)(3) insurance contracts
**(3)** ☐ Trust    **(3)** ☐ Trust
**(4)** ☐ General assets of the sponsor    **(4)** ☐ General assets of the sponsor
**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
**a  Pension Benefit Schedules**    **b  Financial Schedules**
**(1)** ☐ R    (Retirement Plan Information)    **(1)** ☒ H (Financial Information)
    **(2)** ☐ I (Financial Information – Small Plan)
**(2)** ☐0T    (Qualified Pension Plan Coverage Information)    **(3)** ☒ 0 A (Insurance Information)
    **(4)** ☒ C (Service Provider Information)
    If a Schedule T is not attached because the plan is    **(5)** ☐ D (DFE/Participating Plan Information)
    relying on coverage testing information for a prior    **(6)** ☐ G (Financial Transaction Schedules)
    year, enter the year
**(3)** ☐ B    (Actuarial Information)
**(4)** ☐ E    (ESOP Annual Information)
**(5)** ☐ SSA (Separated Vested participant Information)



| | | |
|---|---|---|
| **Form 5500**<br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security<br>Administration<br><br>Pension Benefit Guaranty Corporation | **Annual Return/Report of**<br>**Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the<br>Employee Retirement Income Security Act of 1974 (ERISA) and<br>sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal<br>Revenue Code (the Code).<br>Complete all entries in accordance with<br>the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>**2008**<br>**This Form is Open to**<br>**Public Inspection** |

**Part I · Annual Report Identification Information**
**For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009**

A This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

B This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

C If the plan is a collectively-bargained plan, check here ☒

D If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II · Basic Plan Information – enter all requested information.**

1a Name of plan

ROOFERS LOCAL 195 ANNUITY FUND

1b Three-digit plan number (PN)     002
1c Effective date of plan (mo., day, yr.)
July 01, 1449

2a Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

ROOFERS LOCAL 195 ANNUITY FUND
6200 STATE ROUTE 31
CICERO NY 13039-8804

2b Employer Identification Number (EIN)
14-1721374
2c Sponsor's telephone number
315-699-1388
2d Business code (see instructions)
525100

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

RL (C/ ^Q NO

| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
|---|---|---|

| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |
|---|---|---|

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
v11.3

Form **5500** (2008)

3a Plan administrator's name and address (if same as plan sponsor, enter "Same")

SAME

3b Administrator's EIN
3c Administrator's telephone number

4 If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

a Sponsor's name

b EIN

c PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address    **b** EIN
23-2932984

PARENTEBRARD LLC THOMAS E. RILEY    **c** Telephone no.
115 SOT-AR SRXEET 100    154712777
SYMACLISE  13204

**6** Total number of participants at the beginning of the plan year    **6**    327
**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
**a** Active participants    **a**    228
**b** Retired or separated participants receiving benefits    **b**    17
**c** Other retired or separated participants entitled to future benefits    **c**    113
**d** Subtotal. Add lines **7a, 7b,** and **7c**    **d**    358
**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits    **e**    2
**f** Total. Add lines **7d** and **7e**    **f**    360
**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)    **g**
**h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested    **h**    13
**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500)    **i**    16
**8** Benefits provided under the plan (complete 8a through 8c, as applicable)
**a** ☐ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

-   -   -   -   -   -   -   -   -

**b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

-   -   -   -   -   -   -   -   -

**9a** Plan funding arrangement (check all that apply)    **9b** Plan benefit arrangement (check all that apply)
(1) ☐ Insurance    (1) ☐ Insurance
(2) ☐ Section 412(e)(3) insurance contracts    (2) ☐ Section 412(e)(3) insurance contracts
(3) ☐ Trust    (3) ☐ Trust
(4) ☐ General assets of the sponsor    (4) ☐ General assets of the sponsor
**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
**a  Pension Benefit Schedules**    **b  Financial Schedules**
(1) ☐ **R**    (Retirement Plan Information)    (1) ☒ **H** (Financial Information)
            (2) ☐ **I** (Financial Information – Small Plan)
(2) ☐0T    (Qualified Pension Plan Coverage Information)    (3) ☒ 0 **A** (Insurance Information)
            (4) ☒ **C** (Service Provider Information)
        If a Schedule T is not attached because the plan is    (5) ☒ **D** (DFE/Participating Plan Information)
        relying on coverage testing information for a prior    (6) ☐ **G** (Financial Transaction Schedules)
        year, enter the year
(3) ☐ **B**    (Actuarial Information)
(4) ☐ **E**    (ESOP Annual Information)
(5) ☒ **SSA** (Separated Vested participant Information)



**Form 5500**
Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).
Complete all entries in accordance with the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**2008**

**This Form is Open to Public Inspection**

**Part I    Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009

A This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

B This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

C If the plan is a collectively-bargained plan, check here ☒

D If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II    Basic Plan Information − enter all requested information.**

1a Name of plan

ROOFERS LOCAL 195 HEALTH & ACCIDENT FUND

1b Three-digit plan number (PN)    501

1c Effective date of plan (mo., day, yr.)
July 01, 1972

2a Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

ROOFERS LOCAL 195 HEALTH & ACCIDENT FUND
6200 STATE ROUTE 31
CICERO NY 13039-8804

2b Employer Identification Number (EIN)
16-6148181

2c Sponsor's telephone number
315-699-1388

2d Business code (see instructions)
525100

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

| | | |
|---|---|---|
| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

v11.3

Form **5500** (2008)

3a Plan administrator's name and address (if same as plan sponsor, enter "Same")

SAME

3b Administrator's EIN

3c Administrator's telephone number

4 If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

a Sponsor's name

b EIN

c PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

**b** EIN
23-2932984

PARENTEBEARD LLC THOMAS E. RILEY
115 SOLAR STREET 100
SYRACUSE  13204

**c** Telephone no.
315-471-2777

**6** Total number of participants at the beginning of the plan year · **6** ·    184
**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
    **a** Active participants    **a**    210
    **b** Retired or separated participants receiving benefits    · **b** ·
    **c** Other retired or separated participants entitled to future benefits    **c**
    **d** Subtotal. Add lines **7a, 7b,** and **7c**    **d**    210
    **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits    **e**
    **f** Total. Add lines **7d** and **7e**    **f**
    **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)    **g**
    **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested    **h**
    **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500)    **i**
**8** Benefits provided under the plan (complete 8a through 8c, as applicable)
    **a** ☐ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

- - - - - - - - -

    **b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

4A  4B  - - - - - - -

**9a** Plan funding arrangement (check all that apply)        **9b** Plan benefit arrangement (check all that apply)
    **(1)** ☐ Insurance            **(1)** ☐ Insurance
    **(2)** ☐ Section 412(e)(3) insurance contracts        **(2)** ☐ Section 412(e)(3) insurance contracts
    **(3)** ☐ Trust            **(3)** ☐ Trust
    **(4)** ☐ General assets of the sponsor        **(4)** ☐ General assets of the sponsor
**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
**a** Pension Benefit Schedules            **b** Financial Schedules
    **(1)** ☐ R    (Retirement Plan Information)        **(1)** ☒ H (Financial Information)
                    **(2)** ☐ I (Financial Information – Small Plan)
    **(2)** ☐ 0T    (Qualified Pension Plan Coverage Information)    **(3)** ☒ 0 A (Insurance Information)
                    **(4)** ☒ C (Service Provider Information)
        If a Schedule T is not attached because the plan is    **(5)** ☒ D (DFE/Participating Plan Information)
        relying on coverage testing information for a prior    **(6)** ☐ G (Financial Transaction Schedules)
        year, enter the year
    **(3)** ☐ B    (Actuarial Information)
    **(4)** ☐ E    (ESOP Annual Information)
    **(5)** ☐ SSA    (Separated Vested participant Information)



<table>
<tr><td>

**Form 5500**
Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

</td><td>

# Annual Return/Report of Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the
Employee Retirement Income Security Act of 1974 (ERISA) and
sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal
Revenue Code (the Code).
Complete all entries in accordance with
the instructions to the Form 5500.

</td><td>

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**2008**

This Form is Open to
Public Inspection

</td></tr>
</table>

**Part I   Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning January 01, 2008 , and ending December 31, 2008

**A** This return/report is for:
(1) ☐ a multiemployer plan;
(2) ☒ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☐

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☐

**Part II   Basic Plan Information – enter all requested information.**

**1a** Name of plan

SYRACUSE BUILDERS EXCHANGE, INC. / CEA PENSION PLAN

**1b** Three-digit plan number (PN)   001

**1c** Effective date of plan (mo., day, yr.)
January 01, 1982

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

SYRACUSE BUILDERS EXCHANGE, INC.
6563 RIDINGS ROAD
SYRACUSE NY 13206-1202

**2b** Employer Identification Number (EIN)
15-0464360

**2c** Sponsor's telephone number
315-437-9936

**2d** Business code (see instructions)
238900

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including
accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

EARL N. HALL

Signature of plan administrator                Date          Typed or printed name of individual signing as plan administrator

EARL N. HALL

Signature of employer/plan sponsor/DFE         Date          Typed or printed name of individual signing as employer, plan
                                                             sponsor or DFE as applicable

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.     Form **5500** (2008)

v11.3

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the
name, EIN and the plan number from the last return/report below:

**b** EIN

**a** Sponsor's name

**c** PN

**5** Preparer information (optional)   **a** Name (including firm name, if applicable) and address          **b** EIN

**c** Telephone no.

**6** Total number of participants at the beginning of the plan year                                                  · **6** ·        14
**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
  **a** Active participants                                                                                           **a**        15
  **b** Retired or separated participants receiving benefits                                                          · **b** ·
  **c** Other retired or separated participants entitled to future benefits                                           **c**
  **d** Subtotal. Add lines **7a, 7b,** and **7c**                                                                    **d**        15
  **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits                   **e**
  **f** Total. Add lines **7d** and **7e**                                                                            **f**        15
  **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans  **g**        15
        complete this item)
  **h** Number of participants that terminated employment during the plan year with accrued benefits that were less   **h**
        than 100% vested
  **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated    **i**
        participants required to be reported on a Schedule SSA (Form 5500)
**8** Benefits provided under the plan (complete 8a through 8c, as applicable)
  **a** ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List
        of Plan Characteristics Codes (printed in the instructions)):

                                                                        2E    2J    _    _    _    _    _    _    _    _

  **b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of
        Plan Characteristics Codes (printed in the instructions)):

                                                                              _    _    _    _    _    _    _    _

**9a** Plan funding arrangement (check all that apply)        **9b** Plan benefit arrangement (check all that apply)
  **(1)** ☐ Insurance                                           **(1)** ☐ Insurance
  **(2)** ☐ Section 412(e)(3) insurance contracts              **(2)** ☐ Section 412(e)(3) insurance contracts
  **(3)** ☐ Trust                                              **(3)** ☐ Trust
  **(4)** ☐ General assets of the sponsor                      **(4)** ☐ General assets of the sponsor
**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
 **a** Pension Benefit Schedules                                **b** Financial Schedules
  **(1)** ☒ R   (Retirement Plan Information)                    **(1)** ☐ H (Financial Information)
                                                               **(2)** ☒ I (Financial Information – Small Plan)
  **(2)** ☐0T  (Qualified Pension Plan Coverage Information)     **(3)** ☐ 0 A (Insurance Information)
                                                               **(4)** ☐ C (Service Provider Information)
        If a Schedule T is not attached because the plan is     **(5)** ☐ D (DFE/Participating Plan Information)
        relying on coverage testing information for a prior     **(6)** ☐ G (Financial Transaction Schedules)
        year, enter the year
  **(3)** ☐ B   (Actuarial Information)
  **(4)** ☐ E   (ESOP Annual Information)
  **(5)** ☐ SSA (Separated Vested participant Information)



| | | |
|---|---|---|
| **Form 5500**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security<br>Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of<br>Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the<br>Employee Retirement Income Security Act of 1974 (ERISA) and<br>sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal<br>Revenue Code (the Code).<br>Complete all entries in accordance with<br>the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>**2007**<br>**This Form is Open to<br>Public Inspection** |

**Part I   Annual Report Identification Information**
For the calendar plan year 2007 or fiscal plan year beginning November 01, 2007 , and ending October 31, 2008

A This return/report is for:
  (1) ☒ a multiemployer plan;
  (2) ☐ a single-employer plan (other than a multiple-employer plan);
  (3) ☐ a multiple-employer plan;
  (4) ☐ a DFE (specify)

B This return/report is:
  (1) ☐ the first return/report filed for the plan;
  (2) ☐ the amended return/report;
  (3) ☐ the final return/report filed for the plan;
  (4) ☐ a short plan year return/report (less than 12 months).

C If the plan is a collectively-bargained plan, check here ☐
D If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II   Basic Plan Information – enter all requested information.**

1a Name of plan

SERVICE EMPLOYEES BENEFIT FUND

1b Three-digit plan number (PN)   501
1c Effective date of plan (mo., day, yr.)
  January 01, 1965

2a Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

SERVICE EMPLOYEES BENEFIT FUND
1153 WEST FAYETTE STREET
SYRACUSE NY 13204-2741

2b Employer Identification Number (EIN)
  15-0613682
2c Sponsor's telephone number
  315-424-1754
2d Business code (see instructions)
  525100

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

                         TAMMY A. MCMANUS

Signature of plan administrator          Date          Typed or printed name of individual signing as plan administrator

                         JEREMIAH DENNIS, JR.

Signature of employer/plan sponsor/DFE          Date          Typed or printed name of individual signing as employer, plan
                                            sponsor or DFE as applicable

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**
  v2.3
                                                          Form **5500** (2007)

3a Plan administrator's name and address (if same as plan sponsor, enter"Same")

SAME

3b Administrator's EIN
3c Administrator's telephone number

4 If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

a Sponsor's name

b EIN

c PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

**b** EIN

**c** Telephone no.

**6** Total number of participants at the beginning of the plan year · **6** · 12518

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

**a** Active participants · **a** 12336

**b** Retired or separated participants receiving benefits · **b** · 96

**c** Other retired or separated participants entitled to future benefits · **c**

**d** Subtotal. Add lines **7a, 7b,** and **7c** · **d** 12432

**e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits · **e**

**f** Total. Add lines **7d** and **7e** · **f**

**g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) · **g**

**h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested · **h**

**i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) · **i**

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☐ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

-  -  -  -  -  -  -  -  -  -

**b** ☒ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

4A  4D  4E  4F  4L  -  -  -  -  -

**9a** Plan funding arrangement (check all that apply)

(1) ☐ Insurance
(2) ☐ Section 412(i) insurance contracts
(3) ☐ Trust
(4) ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)

(1) ☐ Insurance
(2) ☐ Section 412(i) insurance contracts
(3) ☐ Trust
(4) ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules

(1) ☐ R (Retirement Plan Information)

(2) ☐ T (Qualified Pension Plan Coverage Information)

If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year

(3) ☐ B (Actuarial Information)
(4) ☐ E (ESOP Annual Information)
(5) ☐ SSA (Separated Vested participant Information)

**b** Financial Schedules

(1) ☒ H (Financial Information)
(2) ☐ I (Financial Information – Small Plan)
(3) ☐ A (Insurance Information)
(4) ☒ C (Service Provider Information)
(5) ☐ D (DFE/Participating Plan Information)
(6) ☐ G (Financial Transaction Schedules)



| **Form 5500**<br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security<br>Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of<br>Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the<br>Employee Retirement Income Security Act of 1974 (ERISA) and<br>sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal<br>Revenue Code (the Code).<br>Complete all entries in accordance with<br>the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>**2008**<br>**This Form is Open to<br>Public Inspection** |
| --- | --- | --- |

**Part I · Annual Report Identification Information**

**For the calendar plan year 2008 or fiscal plan year beginning January 01, 2008 , and ending December 31, 2008**

**A** This return/report is for:
(1) ☒ a multiemployer plan;
(2) ☐ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II · Basic Plan Information – enter all requested information.**

**1a** Name of plan

SERVICE EMPLOYEES PENSION FD OF UPSTATE NEW YORK

**1b** Three-digit plan number (PN)    001

**1c** Effective date of plan (mo., day, yr.)
April 29, 1965

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

SERVICE EMPLOYEES PENSION FUND OF UPSTATE NEW YORK
BETH BARRETT, FUND MANAGER
PO BOX 1240
SYRACUSE NY 13201-1240

**2b** Employer Identification Number (EIN)
16-0908576

**2c** Sponsor's telephone number
315-424-1754

**2d** Business code (see instructions)
812990

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

-EL-1W RQOZC--^^

| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
| --- | --- | --- |
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**    Form **5500** (2008)
v11.3

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

SERVICE EMPL PENSION FUND OF UPSTATE NEW YORK
BETH BARRETT, FUND MANAGER
PO BOX 1240
SYRACUSE NY 13201-1240

**3b** Administrator's EIN
16-0908576

**3c** Administrator's telephone number
315-424-1754

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**b** EIN

**c** PN

**a** Sponsor's name

**5** Preparer information (optional)   **a** Name (including firm name, if applicable) and address       **b** EIN

ROBERT E. KILFOYLE, CPA                                     **c** Telephone no.
109 S WARREN ST STE 1403                                       315-422-4900
SYRACUSE NY 13202-4711

**6** Total number of participants at the beginning of the plan year          ·**6**·       7493

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

| | | |
|---|---|---|
| **a** Active participants | a | 4942 |
| **b** Retired or separated participants receiving benefits | ·b· | 1065 |
| **c** Other retired or separated participants entitled to future benefits | c | 1791 |
| **d** Subtotal. Add lines **7a, 7b,** and **7c** | d | 7798 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | e | 102 |
| **f** Total. Add lines **7d** and **7e** | f | 7900 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | g | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | h | |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | i | 184 |

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☒ <u>Pension benefits</u> (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

1B  _  _  _  _  _  _  _

**b** ☐ <u>Welfare benefits</u> (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

_  _  _  _  _  _  _

**9a** Plan funding arrangement (check all that apply)    **9b** Plan benefit arrangement (check all that apply)

| | |
|---|---|
| **(1)** ☐ Insurance | **(1)** ☐ Insurance |
| **(2)** ☐ Section 412(e)(3) insurance contracts | **(2)** ☐ Section 412(e)(3) insurance contracts |
| **(3)** ☐ Trust | **(3)** ☐ Trust |
| **(4)** ☐ General assets of the sponsor | **(4)** ☐ General assets of the sponsor |

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a Pension Benefit Schedules**            **b Financial Schedules**

**(1)** ☒ **R**   (Retirement Plan Information)        **(1)** ☒ **H** (Financial Information)

                                               **(2)** ☐ **I** (Financial Information – Small Plan)

**(2)** ☐ **0T**   (Qualified Pension Plan Coverage Information)    **(3)** ☐ **0 A** (Insurance Information)

                                               **(4)** ☒ **C** (Service Provider Information)

    If a Schedule T is not attached because the plan is          **(5)** ☒ **D** (DFE/Participating Plan Information)
    relying on coverage testing information for a prior          **(6)** ☐ **G** (Financial Transaction Schedules)
    year, enter the year

**(3)** ☒ **B**   (Actuarial Information)

**(4)** ☐ **E**   (ESOP Annual Information)

**(5)** ☒ **SSA** (Separated Vested participant Information)



| **Form 5500**<br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security<br>Administration<br><br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br><br>This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>Complete all entries in accordance with the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>**2008**<br>**This Form is Open to Public Inspection** |

**Part I    Annual Report Identification Information**

For the calendar plan year 2008 or fiscal plan year beginning July 01, 2008 , and ending June 30, 2009

**A** This return/report is for:
- (1) ☒ a multiemployer plan;
- (2) ☐ a single-employer plan (other than a multiple-employer plan);
- (3) ☐ a multiple-employer plan;
- (4) ☐ a DFE (specify)

**B** This return/report is:
- (1) ☐ the first return/report filed for the plan;
- (2) ☐ the amended return/report;
- (3) ☐ the final return/report filed for the plan;
- (4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☒

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☒

**Part II    Basic Plan Information – enter all requested information.**

**1a** Name of plan

LOCAL 73 RETIREMENT FUND

**1b** Three-digit plan number (PN)    001

**1c** Effective date of plan (mo., day, yr.)
July 01, 1419

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

LOCAL 73 RETIREMENT FUND
705 RAST SENECA STMEET, PO BOX 911
OSWJ5GO NY 13126-0911

**2b** Employer Identification Number (EIN)
15-6016577

**2c** Sponsor's telephone number
315-343-1808

**2d** Business code (see instructions)
525100

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established. Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

|   |   | JAIAKS GAFFNEY |
|---|---|---|
| Signature of plan administrator | Date | Typed or printed name of individual signing as plan administrator |
|   |   | LORAT. 73 RETIR1914KNT FUNI) |
| Signature of employer/plan sponsor/DFE | Date | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**

v11.3

Form **5500** (2008)

**3a** Plan administrator's name and address (if same as plan sponsor, enter"Same")

JAMES GAFKNEY
705 EAST SENECA STREET PO BOX 911
OSWZGO NY 13126-0911

**3b** Administrator's EIN
22-3739111

**3c** Administrator's telephone number
315-343-1808

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**b** EIN

**c** PN

**a** Sponsor's name

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

PARENTEBEARN LLC THOMAS E. RILEY
115 SOLAR STREET 100
SYRACUSE 13204

**b** EIN
23-2932984
**c** Telephone no.
315-471-2777

**6** Total number of participants at the beginning of the plan year    **6**    860

**7** Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)

| | | |
|---|---|---|
| **a** Active participants | **a** | 339 |
| **b** Retired or separated participants receiving benefits | **b** | 363 |
| **c** Other retired or separated participants entitled to future benefits | **c** | 83 |
| **d** Subtotal. Add lines **7a, 7b,** and **7c** | **d** | 785 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **e** | 83 |
| **f** Total. Add lines **7d** and **7e** | **f** | 868 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **g** | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **h** | 1 |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | **i** | 1 |

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

**a** ☒ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

1B   _   _   _   _   _   _   _

**b** ☐ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

_   _   _   _   _   _

**9a** Plan funding arrangement (check all that apply)
- **(1)** ☐ Insurance
- **(2)** ☐ Section 412(e)(3) insurance contracts
- **(3)** ☐ Trust
- **(4)** ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)
- **(1)** ☐ Insurance
- **(2)** ☐ Section 412(e)(3) insurance contracts
- **(3)** ☐ Trust
- **(4)** ☐ General assets of the sponsor

**10** Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a** Pension Benefit Schedules
- **(1)** ☒ R    (Retirement Plan Information)
- **(2)** ☐ 0T    (Qualified Pension Plan Coverage Information)

If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year

- **(3)** ☒ B    (Actuarial Information)
- **(4)** ☐ E    (ESOP Annual Information)
- **(5)** ☒ SSA    (Separated Vested participant Information)

**b** Financial Schedules
- **(1)** ☒ H    (Financial Information)
- **(2)** ☐ I    (Financial Information – Small Plan)
- **(3)** ☒ 1 A    (Insurance Information)
- **(4)** ☒ C    (Service Provider Information)
- **(5)** ☒ D    (DFE/Participating Plan Information)
- **(6)** ☐ G    (Financial Transaction Schedules)