# **EXHIBIT G**



**BEACON/ANDOVER**
GROUP
ALTERNATIVE INVESTMENTS

123 Main Street, Suite 900
White Plains, New York 10601

T  914.385.0525
F  914.948.0051

Jules L. Smith
Blitman & King LLP
The Powers Building, Suite 500
16 West Main Street
Rochester New York 14614-1606

December 17, 2010

Dear Mr. Smith,

This letter serves to confirm that as of Nov 30, 2008 and currently more than 25% of Beacon Associates LLC I's assets under management were from ERISA funds. In addition, as of November 30, 2008 and currently more than 25% of Beacon Associates LLC II's assets were from ERISA funds.

Beacon Associates LLC I

By: Beacon Associates Management Corp.

By: _____
Joel Danziger, President

BEACON ASSOCIATES LLC I