BLITMAN & KING LLP
Jennifer A. Clark, Esq.
Jonathan M. Cerrito, Esq.
Brian J. LaClair, Esq.
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111
Facsimile:    (315) 471-2623
Email:    jaclark@bklawyers.com
         jmcerrito@bklawyers.com
         bjlaclair@bklawyers.com

*Attorneys for Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund, Building Trade Employers Insurance Fund, Central New York Laborers' Annuity Fund, Central New York Laborers' Health and Welfare Fund, Central New York Laborers' Pension Fund, Central New York Laborers' Training Fund, Engineers Joint Welfare Fund, Engineers Joint Training Fund, International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund, International Brotherhood of Electrical Workers  Local No. 43 and Electrical Contractors Welfare Fund, I.B.E.W. Local 241 Welfare Benefits Fund, I.B.E.W. Local 910 Welfare Fund, Laborers' Local 103 Annuity Fund, Laborers' Local 103 Welfare Fund, New York State Lineman's Safety Training Fund, Oswego Laborers' Local No. 214 Pension Fund, Plumbers, Pipefitters and Apprentices Local No. 112 Health Fund, Roofers' Local 195 Annuity Fund, Roofers' Local 195 Health & Accident Fund, Syracuse Builders Exchange, Inc./CEA Pension Plan, Service Employees Benefit Fund, Service Employees Pension Fund of Upstate New York, and Local 73 Retirement Fund.*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | |
| Plaintiff, | : | Adversary Proceeding |
| | : | |
| — *versus* — | : | No. 08-01789 (BRL) |
| | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | : | SIPA Liquidation (Substantively Consolidated) |
| Defendant | : | |

---------------------------------------------------------------------x

| | |
|---|---|
| In re BERNARD L. MADOFF, | : |
| Debtor | : |

---------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Jennifer A. Clark, Esq., hereby certify that on this 16th day of May 2011, I caused a true and correct copy of the foregoing Supplement to Objection to Trustee's Determination of Claim, with accompanying affidavit and exhibits, on behalf of the above-referenced entities, to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail the "Notice of Filing" generated by the CM/ECF system in connection therewith:

> Irving H. Picard, Trustee
> c/o Baker & Hostetler LLP
> Attn: David J. Sheehan, Esq.
> 45 Rockefeller Plaza
> New York, New York 10111
> dsheehan@bakerlaw.com

> Respectfully submitted,
>
> BLITMAN & KING LLP
>
>   s/ Jennifer A. Clark
> Jennifer A. Clark, Esq.
> Bar Roll No. JC5102
> Jonathan M. Cerrito, Esq.
> Brian J. LaClair, Esq.
> *Attorneys for Objectors*
> Franklin Center, Suite 300
> 443 North Franklin Street
> Syracuse, New York 13204-5412
> Telephone:    (315) 422-7111
> Facsimile:    (315) 471-2623
> Email:        jaclark@bklawyers.com
>               jmcerrito@bklawyers.com
>               bjlaclair@bklawyers.com

BJL\wpfiles\Madoff\SIPC claim\SIPC AB Obj. - COS