Bernard Madoff Investment Securities

George J. Azar
265 route 100,
Somers, New York 10589
DECEMBER 27,2010

Irving H. PICARD, TRUSTEE
C/O Baker& Hostetler llp
Att: claims dept. 45 Rockefeller Plaza
New York, New  10111

Dears Sirs,
This is a response to an letter written to me( george AZAR), BUT MAILED TO THE WRONG ADDRESS. That was the address i lived at when the account was established and have'nt obtained to a later date then, as described in the deadline of the letter enclosed. would love to represent myself for this bankrupty hearing, due to the fact i do have proof of my envolvment in the this investment scam. Feel free to call me at (914) 232 7018 OR CEL PHONE AT (914) 806 3073 OR at the rite address at the top of this page.

YOURS TRULEY,

GEORGE J. AZAR





RECEIVED MAY 16 2011 U.S. BANKRUPTCY COURT, SDNY

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

November 05, 2010

GEORGE J. AZAR, JR
9 CROSS ST.
KATONAH, NY  10536

Dear GEORGE J. AZAR, JR:

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim designated as Claim No. 010934:

Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78lll (2). Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after November 05, 2010, the date on which the Trustee mailed this notice.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

