*Ruth Norton*

19333 W. Country Club Dr., Apt. 427
Aventura, FL 33180



January 19, 2010

Irving H. Picard
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

    Re: Bernard L. Madoff Investment Securities LLC Account No. 1ZA871
        Claim Number 519

    By letter dated November 9, 2009, I disputed your calculation of net equity with respect to my account and claim number referenced above. I have not received any response to date. Please confirm your receipt of my letter, and advise as to the status of your review.

    Thank you.

                                         *Ruth Norton*
                                         Ruth F. Norton

MIAMI FL 331
13 MAY 2010 PM 6 T

Irving H Peard
c/o Baker + Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

10111+0230

R Norton
19333 W Country Club Dr
Aventura P/h 33180