Susan Fradin
26 Crane Road
Lloyd Harbor, NY 11743

May 15, 2010

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
NY, NY 1004

Irving H. Picard, Trustee
c/o Baker % Hosteler LLP
45 Rockefeller Plaza
NY, NY 10111

RECEIVED
MAY 16 2011
U.S. BANKRUPTCY COURT, SDNY

Re: BLMIS Account No. 1CM464 (Claim Number 743)

Dear Sirs:

I am in receipt of your letter of May 11 denying my claim for a credit balance. I am not writing to contest the denial and I am not requesting a hearing before the court.

I am writing to contest the "adjustments" made to the balance of account number 1CM11930 and to preserve my rights to dispute those adjustments in the future.

Sincerely,

Susan Schemen Fradin, Trustee
Rev Agreement of Trust Dated 5/23/2000
Susan Schemen Fradin, Trustor

Roger B. Fradin
26 Crane Road
Lloyd Harbor, NY 11743

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

