CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019-6131
Telephone: (212) 878-8000
Facsimile: (212) 878-8375

*Attorneys for Cardinal Management, Inc.
and Dakota Global Investments, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. No. 08-01789 |
| Plaintiff-Applicant, | : | SIPA Liquidation |
| v. | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | (Substantively Consolidated) |
| Defendant. | : | |

------------------------------------------------------------x

In re:
BERNARD L. MADOFF,
        Debtor.

------------------------------------------------------------x

IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff Investment
Securities LLC,
        Plaintiff,
        v.                                 Adv. Pro. No. 10-04287 (BRL)
CARDINAL MANAGEMENT, INC., AND
DAKOTA GLOBAL INVESTMENTS, LTD.
        Defendants.

------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

      PLEASE TAKE NOTICE that Clifford Chance US LLP hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure as counsel for defendants Cardinal Management, Inc. and Dakota Global Investments, Ltd., and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following attorneys:

Jeff E. Butler
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019-6131
Telephone: (212) 878-8205
Jeff.Butler@CliffordChance.com

Alexander M. Feldman
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019-6131
Telephone: (212) 878-8042
Alexander.Feldman@CliffordChance.com

This Notice of Appearance is not and shall not be construed as a waiver of any of Cardinal Management, Inc. and Dakota Global Investments, Ltd.'s jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned proceeding, all of which are hereby expressly reserved.

Dated: New York, New York
       May 19, 2011

                                    Respectfully submitted,

                            By:    S/

                                Jeff E. Butler
                                Alexander M. Feldman

                                CLIFFORD CHANCE US LLP
                                31 West 52nd Street
                                New York, New York 10019-6131
                                Telephone: (212) 878-8000
                                Facsimile: (212) 878-8375

                                *Attorneys for Cardinal Management, Inc. and Dakota Global Investments, Ltd.*