Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Judy Selby
Email: jselby@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing on the Trustee's Motion for Entry of a

Litigation Protective Order has been further adjourned from May 24, 2011 to **June 1, 2011 at**

**10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held

300162054

before the Honorable Burton R. Lifland, United States Bankruptcy Judge.

Dated: New York, New York
       May 19, 2011

                                        By:    s/ *Marc S. Hirschfield*
                                                    Baker & Hostetler LLP
                                                    45 Rockefeller Plaza
                                                    New York, New York 10111
                                                    Tel: (212) 589-4200
                                                    Fax: (212) 589-4201
                                                    David J. Sheehan
                                                    Email: dsheehan@bakerlaw.com
                                                    Marc Hirschfield
                                                    Email: mhirschfield@bakerlaw.com
                                                    Judy Selby
                                                    Email: jselby@bakerlaw.com

                                                    *Attorneys for Irving H. Picard, Esq., Trustee for the*
                                                    *Substantively Consolidated SIPA Liquidation of*
                                                    *Bernard L. Madoff Investment Securities LLC*
                                                    *and Bernard L. Madoff*