Edward P. Grosz (EG-9120)
Reitler Kailas & Rosenblatt LLC
885 Third Avenue
New York, New York 10022
(212) 209-3050
egrosz@reitlerlaw.com
*Attorneys for Leo Silverstein and Carol Silverstein*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,

Adv. Pro. No. 08-01789 (BRL)

                  Plaintiff,

SIPA Liquidation

    -against-

**NOTICE OF CHANGE
OF FIRM ADDRESS**

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                  Defendant.
--------------------------------------------------------X

     **PLEASE TAKE NOTICE,** that the firm address of counsel to Leo Silverstein

and Carol Silverstein has been changed from 800 Third Avenue, New York, NY 10022 to

REITLER KAILAS & ROSENBLATT LLC
885 Third Avenue, 20th Floor
New York, NY 10022

1

All other contact information remains unchanged, including individual attorneys' names,

telephone numbers, fax numbers and e-mail addresses.

Dated: New York, New York
       May 23, 2011

REITLER KAILAS & ROSENBLATT LLC

By: _____ /s/ Edward P. Grosz _____
        Edward P. Grosz (EG-9120)
         egrosz@reitlerbrown.com
        Reitler Kailas & Rosenblatt LLC
        885 Third Avenue
        New York, New York 10022
        (212) 209-3050
        *Attorneys for Leo Silverstein and
        Carol Silverstein*

**TO:**   Irving H. Picard, Trustee
          c/o Baker & Hostetler LLP
          45 Rockefeller Plaza
          New York, NY 10111

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

SECURITES INVESTOR PROTECTION
CORPORATION

                              Plaintiff,                          Adv. Pro. No. 08-01789
                                                                  (BRL)
              -against-

BERNARD L. MADOFF INVESTMENT                                      **AFFIDAVIT OF**
SECURITIES LLC.,                                                 **SERVICE BY MAIL**

                              Defendant.
----------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

        ANGELA M. REBA, being duly sworn, deposes and says:

        I am over 18 years of age and am not a party to this action. On May 23, 2011, I served
true and correct copies of the within NOTICE OF CHANGE OF FIRM ADDRESS on the
following person:

        Irvin H. Picard, Trustee
        c/o Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, NY 10111

by mailing the paper to the above mentioned person for that purpose, enclosed in a postpaid
wrapper, in a post office or official depository under the exclusive care and custody of the United
States Postal Service within the state.

DAVID G. KENEDY
Notary Public, State of New York
No. 01KE5005236
Filed in Suffolk
Qualified in Suffolk & NY Counties
Commission Expires January 23, 20__

_____
Angela M. Reba

Sworn to before me this
23rd day of May 2011

_____
Notary Public