May 19, 2011

To whom it may concern:

My name is Maria Rabinovich, not Maria Rabonovich.

I received your letter where you wrote that my claim No. 001712 for credit balance is denied.

The grounds of my refuse case No. 08-1789 are:

1. The application for a protective decree was filed on December 15, 2008. The filing date in this action was on December 11, 2008.
But I never saw in my papers this fixed date December 11, 2008.

2. You wrote that I did not have an account with BLMIS. But I received time to time report on my account. Why they kept my money and only now they wrote about this? This is not my fault.

I retired person, walk with walker. Have only 937.00 dollars per month. Money you denied were my pension plan.

Please do not deprive me of my money.

Sincerely yours,
Maria Rabinovich


RECEIVED MAY 23 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

<s>



**WESTPORT NATIONAL BANK**

*A division of Connecticut Community Bank, N.A.*

1495 Post Road East
P.O. Box 309
Westport, CT 06881-0309

PHONE 203.319.6260
FAX 203.319.6285

May 6, 2011

Re:  Notice of Trustee's Determination of Claim - Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC

Dear Custodial Services Customer:

Enclosed please find a notice dated April 29, 2011 for the above captioned matter.

Sincerely yours,

Dennis P. Clark
Vice President

Enclosures

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

April 29, 2011

MARIA RABONOVICH
WESTPORT NATIONAL BANK, ATTN: DENNIS P CLARK V.P.
1495 POST ROAD EAST
WESTPORT, CT 06880

Dear MARIA RABONOVICH:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim designated as Claim No. 001712:

Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78lll (2). Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after April 29, 2011, the date on which the Trustee mailed this notice.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, New York 10111

*/s/ Irving H. Picard*

---

**Irving H. Picard**

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC



Return address: M. Rabinovich, 37 Overlook Terr. Apt 6E, New York, N.Y. 10033-2214

Addressee: Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004

CERTIFIED MAIL 7010 3090 0003 7394 9906

U.S. POSTAGE PAID — NEW YORK, NY 10033 — MAY 21, '11 — AMOUNT $5.59 — 00980133-04

RECEIVED MAY 23 2011