| | |
|---|---|
| Helen Davis Chaitman (4266)<br>Becker & Poliakoff LLP<br>45 Broadway<br>New York, NY 10006<br>hchaitman@becker-poliakoff.com<br>*Attorneys for Marsha Peshkin and over*<br>*800 other Customers of Bernard L.*<br>*Madoff Investment Securities LLC as*<br>*Listed on Exhibit A* | Hearing Date: June 1, 2011 at 10:00 a.m.<br>Objections Due: May 25, 2011 at 4:00 p.m. |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Case No.: 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

**DECLARATION OF HELEN DAVIS CHAITMAN**
**IN SUPPORT OF OBJECTION TO SIXTH APPLICATION OF TRUSTEE AND BAKER**
**& HOSTETLER LLP FOR ALLOWANCE OF INTERIM COMPENSATION FOR**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM**
<u>**OCTOBER 1, 2010 THROUGH JANUARY 31, 2011**</u>

   I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

   1.  I am a partner with Becker & Poliakoff LLP, counsel to Marsha Peshkin and over 800 other Customers of Bernard L. Madoff Investment Securities LLC. A non-exclusive list of my clients is set forth on **<u>Exhibit A</u>** attached hereto (the "Objectors"). I am a member of the bars

of New York and New Jersey, and of this Court. I submit this declaration in support of the Objection to the Sixth Application of Trustee and Baker & Hostetler LLP ("B&H") for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from October 1, 2010 Through January 31, 2011, requesting that fee application be denied in its entirety.

    2.    True and correct copies of the following documents are attached:

**Exhibit B**: August 6, 2009 hearing transcript on the First Application for Interim Professional Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred for Baker & Hostetler LLP, et al.

**Exhibit C**: SEC's Office of Inspector General, Report No. 495, "SEC's Oversight of the Securities Investor Protection Corporation's Activities," dated March 30, 2011.

**Exhibit D**: December 17, 2010 Press Release of Irving H. Picard, "$7.2 BILLION RECOVERY AGREEMENT WITH ESTATE OF JEFFRY PICOWER AND PICOWER-RELATED INVESTORS."

**Exhibit E**: Letter from SIPC president Stephen Harbeck to Congressman Garrett dated January 24, 2011.

**Exhibit F**: January 27, 2010 Press Release of Irving H. Picard, "MADOFF TRUSTEE ANNOUNCES SETTLEMENT OF $220 MILLION."

**Exhibit G**: February 18, 2010 hearing transcript on Trustee's Motion seeking Court's Approval of an Agreement by and among the Trustee and Jeanne Levy-Church and Francis N. Levy.

**Exhibit H**: ECF docket in *Picard v. Canavan, et. al.*, Adv. Pro. No. 10-3200 (Bankr. S.D.N.Y).

**Exhibit I**: ECF docket in *Fox, et. al. v. Picard*, 10-cv-4652 (S.D.N.Y.)

**Exhibit J**: December 17, 2010 statement of Congressman Garrett.

3

I declare under penalty of perjury that the foregoing is true and correct.

May 25, 2011                                                                  /s/ Helen Davis Chaitman