# EXHIBIT A

Investors represented by Becker & Poliakoff, LLP

Abbit, Linda Abbit Family Trust

Abbit, Linda Brodsky Irrevocable Trust

Abbit, Linda Trustee of the Survivors Trust Under the Brodsky Family Trust dated 1/9/02

Abel, David

Accu Plan Employees' Profit Sharing Trust

Ackerman Institute for the Family

Adler, Patricia A.

Alan Sandler

Allen Family Trust

Allen, Jeffrey H.

Allen, Laurel

Allen, Paul

Allen, Robert J.

Alpern, Amanda

Alpern, Jane

Alpern, Lewis

Alvin E. Shulman Pourover Trust

Ambrosino, Ronnie Sue

Arenson, Cynthia

Arenson, Ted

Aster Associates

Atwood Management Profit Sharing Plan

Avergon, Brad

Avergon, Cynthia

Avergon, Jacqueline

Avergon, Robert

Axelrod (John Porges)

Aymes, Barbara

Aymes, Bruce

B.S., a minor, Abe Schy custodian

Babcok, Kathryn

Bader, William

Baer, Beatrice

Baer, Stanley

Barbara Natale Trust

Bartos, Adam P.

Bartos, The Celeste & Adam Bartos Charitable Trust

Benjamin T. Heller Irrevocable Trust

Benjamin, Carolyn Jean

Benjamin, Donald

Benzaia, Peter

1

Investors represented by Becker & Poliakoff, LLP

Berezin, Evelyn

Berkowitz, Bertha & Calvin Berkowitz-Blau Foundation, Inc.

Berkwitz, Morrey

Bernfeld, Ellen

Bernfeld, H&E

Bernfeld, Herbert

Bernfeld, Joint Venture

Bernfeld, Marilyn

Bernfeld, P&M Joint

Bert Brodsky Associates, Inc. Pension Plan

Bessel, Henry

Bessell, Roz

Bevro Realty Corp. Defined Benefit Pension Plan

Bizzell, Gary

Bizzell, Sharon

Blaine, Andrea

Brandes, Julie P.

Braun, Martin L.

Breen, Rio

Breen, Suzanne

Breie, Margot

Breier Group

Breier, Anita

Brillante, Joyce

Brillante, Michael

Brodsky, Bert

Brodsky, Muriel

Buckley, Brenda

Burich, Kelly

Burich, Megan

Busel, Joel IRA

Busel, Joel Revocable Trust

Busel, Sandra Revocable Trust

Butt, Lila A.

Canavan, Lissa as a member of Lapin Childrenn LLC

Carone Family Trust

Carone Gallery, Inc. Pension Trust

Carone Marital Trust #1 UTD 1-16-00

Carone Marital Trust #2 UTD 1-26-00

Carone, Matthew D. Carone Revocable Trust

Carroll, Sandra

Investors represented by Becker & Poliakoff, LLP

Casey, Diarmuid

Castelli, Denis M.

Cavanaugh, Lisa

Chalek Associates LLC

Chalek, David

Chalek, Isabel

Chalek, Mitchel

Chalek, Morton

Chalek, Richard M.

Chapman, Brenda Joyce

Cheng, Irene

Cholodenko, Paul

Cline, Edwin J.

Clothmasters, Inc.

Cohen William R.

Cohen, Betty

Cohen, Jesse L.

Cohen, Marcia

Cohen, Nancy Dver

Cohen, Nancy Dver Rev. Trust

Cohen, Ronald

Cohen, Teresa Redston

Cohn, Anna IRA

Cooney, Patricia T.

Cooney, Patrick

Corwin, Ronald D.

Cuenca Abela, Joaquin

Cummings, Bruce E.

Cummings, Lynn

Cutroneo, Garynn Rodner

Danels LP

Daniels, Annette

Daniels, Charles D.

Daprex

David W. Stepelton Family Trust

Davis, Walter

De Blacam, Hugh

De Vita, Michael T., Trustee

Decker, Jessica

Del Casino, Anne

Den Bleyker, Diane M.

Investors represented by Becker & Poliakoff, LLP

Denton Family Irrevocable Trust

Denton Labriola, Susan

Diane Holmers

Difazio, Carol

Difazio, Frank

DiGiulian, Bruno L.

DiGiulian, Patsy R.

Dine, Elaine

Dunkle, Carolyn

Dunkle, Don

Durr, Robin

Dusek, Russell

Eaton, Richard G.

Ebel, Maureen Anne

Ehrlich, Leslie

Ehrlich, Stephen

Eisenstat, Susan

Elaine Dine Living Trust Dated 5/12/06

EMM Realty Corp

Engel, Barbara

Englebardt, Marvin

Englebardt, Marvin Retirement Plan

Englebardt, Sabra

English, Alan

English, Rita

Ennis, Sheila E.

Epstein, Jane

Epstein, Joan

Epstein, Michael

Epstein, Muriel

Epstein, Randy

Epstein, Robert

Estate of Jacob M. Dick

Estate of Scott S. Patience

Estate of Steven I. Harnick

Esteban, Fernando M.

Estelle Harwood Family Limited Partnership

Estelle Harwood Revocable Trust

Fairchild, Harriet

Falls, Sharon

FAS Partners L.P.

Investors represented by Becker & Poliakoff, LLP

Feinberg, Norman

Feinberg, Sondra

Feldman Rous Grodin Epstein MD PA Profit Sharing Plan 6/25/82

Feldman, Ari

Feldman, Beth P.

Feldman, Beth P. & Beth P. Feldman Trust

Feldman, Mark S.

Feldman, Nancy

Ferber, Robert F.

Figi, John Todd Figi Revocable Trust

Fisher, Carol

Fitzpatrick, John

Fogliano, Nicholas Jr Fogliano, Lynn JT WROS

Forrest, Kathleen

Forrest, Leonard

Forrest, Leonard Rev. Trust

Forrest, Marge

Forrest, Marjorie Rev. Trust

Forte, Joyce

Fox Family Partnership

Fox, Adele

Freshman, Frieda

Freshman, Frieda Freshman Rev Trust

Friedman, Constance

Friedman, Myra

Friedman, Richard

Friedman, Richard Credit Shelter Trust #226

Friedman, Richard Gabriel Friedman Trust #227

Friedman, Shirley

Frucht, Howard

Frucht, Howard & Carolyn Frucht Rev Trust

Gaba Partnership

Gaba, Barbara

Gaba, Richard

Gale Etta M. Lazar and Melvin H. Gale J/T WROS

Gale, Leona

Gale, Melvin

Investors represented by Becker & Poliakoff, LLP

Ganes, Gustine

Ganes, Sol

Gangji, Nur C.

Garten, James

Gattegno, Judith

Gennett, Marth S.

George, Allison

George, Christopher

Gersten, Beth

Getz, Robert N.

Getz, Robert N. LLC Pension Plan/Robert N. Getz Trustee

Getz, Steven S.

Gevirtz, Charles

Ginsburg, Carla H.

Glater, Michelle

Glodstein, David

Glodstein, Elaine Glodstein Revocable Trust

Glodstein, Susan

Gloria Hendler Revocable Trust

Gloria S. Jaffee Investment Partnership

Goldsmith, Leslie

Goldstein, Elliot J. MD PC Money Purchase Pension Trust

Goodman, Andrew M.

Goodman, Audrey M.

Goodman, Bruce

Goodman, James M.

Goodstein, Iris

Goodstein, Iris as TSTEE UAD 6/23/97

Gordon, Allen

Grant, Edwin A., II

Great Western Bank - Trust Department, as Trustee

Green, Jacquelin

Green, Wayne D.

Greene/Lederman LLC

Greenman, Lester

Greenspan, Davina

Investors represented by Becker & Poliakoff, LLP

Greer, Sue

Greiff, James

Grobstein, Cheryl

Grobstein, Jack

Gross Associates
Gross, David

Gross, Herbert

Gross, Irma

Gross, Susan Epstein

Grosvenor Partners LTD
GST Separate Trust FBO Sharon Lohse U/T/A/D 5/29/02

Guardian Angel Trust LLC
Guiducci Family Partnership

Guiducci, Dino

Guiducci, Mary

Guiducci, Sandra

Guttman, Ronald A.
Haber, Jerome

Haber, Ronald J.

Halio, Robert

Harmony Partnership

Harnick, Estate of Steven Harnick

Harnick, Martin R.

Harnick, Martin R.
Harnick, Pamela

Harnick, Steven I. Harnick Revocable Living Trust dated April 2, 2002

Harwood Holding Company II, Inc.

Harwood, Estelle

Harwood, Estelle Family LP

Harwood, Estelle Trust DTD 9/92

Harwood, Family Partnership

Harwood, Lowell
Harwood, Lowell & Craig Trustee Charitable Remainder Trust

Harwood, Sanford
Harwood, Sanford Family LP

Harwood, Sanford Rev Trust DTD 2/10/98

Investors represented by Becker & Poliakoff, LLP

Harwood, The Estelle Family Limited Partnership

Harwood, The Sanford Harwood Family Limited Partnership

Harwood, Toby
Helford, Betty

Helford, Irwin

Heller, Ben

Heller, Benjamin T. Irrevocable Trust

Heller, Patricia

Heller, Warren M.
Hendler, Gloria

Henley, Robert
Herman, Jay

Herman, Sheila

Heyl, Judith Patience
Hiles, Heidi

Hill, Norma
Hirsch, Robert

Hirschhorn, Carla

Hirschhorn, Stanley

Hocatt, Philip A.
Hohl, Myrna

Holloway, Adam

Holloway, Alicia N.

Holloway, Don G.

Holloway, Scott W.
Holmers, Heidi

Hudson Investment Partners, LP
Hulnick, Elsie P.

Hulnick, George H.

Irene Whitman 1990 Trust U.A DTD 4/13/90

Irrevocable Trust FBO Ethan Siegel

Irrevocable Trust FBO Jennifer Gattegno

Israel, Howard

Iuen, Alice

Iuen, Marvin F.
Izes, Jay M. (IRA)

Investors represented by Becker & Poliakoff, LLP

J. J., a minor by Lee Ann Mahrs Jacob
J.S., a minor, Abe Schy custodian

JABA Associates

Jacob M. Dick Rev Living Trust DTD 4/6/01

Jacob, Matthew

Jacob, Steven

Jacobs, Edward M.
Jaffe Family Partnership

Jaffe, Colette

Jaffe, Gloria

Jaffe, Gloria S. Investment Partnership
Jaffe, Manuel O.

Jaffe, Phillip

James M. New Trust dtd 3/19/01

Jane Gray Solomon Trust
Jason, Shari Block

Jeane Ungerleider Springer

Jordan, James A. Living Trust

Jordan, James Allen
Jungreis, Annette Trust

Jungreis, Irving Trust

Kajota, Saulius

Kamenstein, Carol L.

Kamenstein, David R.

Kamenstein, Peter D.

Kamenstein, Sloan G.

Kamenstein, Tracy D.

Kantor, Herbert C.

Katz, Judith

Kaye, Howard
Keller, Barbara

Keller, Gerald

Keller, Gerald and Barbara Keller Family Trust

Kenn Jordan Associates
Kilchernmann, Lee

Kiner, Barbara

Investors represented by Becker & Poliakoff, LLP

Kiner, David

King, Andrea Dee
Kissinger Revocable Trust, Walter

Kissinger, Eugene Trust U/A/D 12/6/99
Kissinger, Eugeneie

Kissinger, John Frans

Kissinger, Thomas VanDrooge

Kissinger, Trust Under Agreement

Kissinger, W. B.  Rev TST 10/23/96
Kissinger, Walter

Kissinger, William D.

Kissinger-Matray, Dana M.

Knopf de Esteban, Margaret

Koehler, H.C.
Kohl, Kenneth M.

Kohl, Myrna L.

Krakauer, Olga

Kringstein, Andrea

Kuntzman Family LLC;

Kurland, Renee

Kurland, Steven

Laks, Jason

Lange, Barbara June

Lapin Children LLC

Lapin, Robert C.
Lawrence-Keane, Loretta

Lazarus Investment Group
Lazarus Schy Family Partnership
Lazarus, Adam
Lazarus, Amber
Lazarus, Audra
Lazarus, Ida
Lazarus, Jared
Lazarus, Linda
Lazarus, Michael
Lazarus, Ronald
Lazarus, Terry

Investors represented by Becker & Poliakoff, LLP

Lazarus, Zipora

Lazarus-Schy Family Partnership

Leeds, Ellen

Lees, Toby

LeFavor, Dana

Lefkowitz, Amanda

Lefkowitz, Ian

Lehrer, Eunice Chervony

Leonard J. Oguss Trust

Leonardi, Emilie
Libby, Stuart A. & Elizabeth A.

Lissauer, Sharon
Liu, David

Login, Gerald

Long, Dora F.

Long, Richard P.

Low, Caren

Low, Frieda

Low, Gary

Low, Robert

Low, Robert K.
Luker, Carol A.  (Carol A. Walsh - married name)

Luker, Donald P.

Luker, Kenneth S.

Luker, Robert C.

Luker, Robert C. Family Partnership
Luker, Sharon R.

Lutsky, Madeline

M&M IN M LLC
M.S., a minor, Abe Schy custodian

Macaluso, Gaetano

Macaluso, Rosalinda

Marema, Dorothea
Marks, Andrea Joy

Marshall, Susanne S.
Martin R. Harnick & Steve Norton Partners

Marxen, Pamela K.

Marylin Turk Revocable Trust

Mast, Rona

Masters Vacation Fund

Mayfair Bookkeeping Services Inc Mayfair Pension Plan

Investors represented by Becker & Poliakoff, LLP

Mayfair Ventures
McKean, Olivia
McKean, Robert
Meyer, Cathy J.
MGM Associates, LLC
Michaelson, Susan
Michalove, Edwin
Miller Family Partnership
Miller Partnership
Miller Trust Partnership
Miller, Alice G. Miller Exemption Trust
Miller, Alice G. Miller Martital Trust
Miller, Bonnie
Miller, Dorothy
Miller, Ellen Danessa
Miller, Jill
Miller, Kenneth A. MD Pension & Profit Sharing PL
Miller, Mark
Miller, Martin Alice Miller Exemption Trust, Miller, Alice Marital Trust
Miller, Martin Miller Living Trust
Miller, Nancy
Miller, Philip
Miller, Steven A.
Miller, Steven F.
Miller, The EDM Trust #1
Millison Investment Mgmt. Pension Plan
Millison, David
Millison, Henry
Millison, Julia
Mishkin Ellen
Mishkin Family Trust
Mishkin, Andrew
Mishkin, Ellen
Mishkin, Grace
Mishkin, Julia
Mishkin, William
Mishkin, William
Mishkin, William S.
Mishler, Dr. Ken Edward
MLSMK Investment Company c/o Stanley M. Katz
MMRN Associates

Investors represented by Becker & Poliakoff, LLP

Moore, Barbara (Sopphia)

Morselife Foundation Inc.

Moskowitz, David

Moskowitz, Peter

Most, Michael

Murray, Callie

Murray, Christine

Murray, Ryan

Murray, Timothy

Myers, Keith

Nahas, Edmund A.

Nelson, Carol

Nelson, Stanley

New, James M.

New, James M.

New, Laura W.

Newman, Abraham

Newman, Mark

Newman, Rita

N-Highmark LLC

Nichols, Trisha

Norman Simons, Dara

Norman, Hannah

Norman, Hannah P. Revocable Trust

North Shore Child & Family Guidance Association, Inc.

Northeast Investment Club

Norton, Steve

Oasis, Russell

Oguss, Gerald M.

Oguss, Jane L.

Oguss, Ronald A.

O'Neal Jr., Louis S.

O'Neal, Darlene

Oren Revocable Trust of Gail B. Oren DTD 9/8/95 Gail B. Oren Tstee

Ostenson-Murray, Callie A.

Oxbridge Associates, LP

P&S Associates General Partnership

Palko Associates General Partnership

Palmedo, Philip F.

Palmer Family Trust

Palmer, Blake

Investors represented by Becker & Poliakoff, LLP

Palmer, Boyer F.

Palmer, Boyer H.

Palmer, Boyer H. Palmer Investment Account

Palmer, Bret

Palmer, Brett

Palmer, Bruce N.

Palmer, Fern C.

Palmer, Fern Trust

Palmer, Kurt B.

Palmer, Kurt C.

Palmer, Oscar

Palmer, Ryan

Palmer, Sophia

Paymer, Laurel

Peerstate Equity Fund LP

Peltzer, Bette Anne
Perlman, Felice

Perlman, Sanford

Pesaturo, Penny

Peshkin, Marsha F.
Peshkin, Marsha Revocable Trust

Peskin, Diane

Peskin, Roger

Petito Investment Group, The  as Agent for J.X. Reynolds & Co., Deferred Profit Sharing Plan

Pillsbury, Edith A.
Placon2

Plafsky, Bernice

Plafsky, Nathan

Plateis, Marvin

Plateis, Roberta

Plati, Robert

Plati, Suzanne

Playso, Corinne G.

Podwill, Michael J.

Podwill, Robert R.
Poland, Richard S.

Posser, Jeffrey

Powell, Harvey L.
Preffer Family Trust

Preffer, Pamela

Preffer, Samuel

Investors represented by Becker & Poliakoff, LLP

Preffer, Shirley

Pressman, William

R.D.A., a minor as beneficiary of the Article 8.1 Trust

R.R. Rosenthal Associates

Rabb Partners

Rabb, John

Rabb, Kenneth

Rabb, Leslie

Rabb, Sumire

Rabb, Susan

Rabb, Sylvia Rabb Trust

Rabb, Yuka

Radosh Butt, Laura B.

Radosh Partners

Radosh, Alaric P.

Radosh, Burnett H.

Radosh, Danielle H.

Radosh, Jeremy L.

Radosh, Katherine M.

Radosh, Lee J.

Radosh, Rachel L.

Raines, Densel L.

RAR Entrepreneurial Fund Ltd.

Rautenberg, Marie S.

Realty Negotiators Inc. Defined Benefit Pension Plan

Rechler, Benjamin Trust

Rechler, D&J Grandkids Trust

Rechler, Donald

Rechler, Donald & Judith Grandchildren Annual Exclusion GST Trust, Mitchell Rechler
Trustee

Rechler, Evelyn

Rechler, Glenn

Rechler, Gregg

Rechler, Gregg

Rechler, Judith

Rechler, Mark

Rechler, Mark

Rechler, Mitchell

Rechler, Scott

Rechler, The Benjamin Ian Trust, Mitchell Rechler Trustee

Rechler, The Willi Trust, Mitchell Rechler Trustee

Investors represented by Becker & Poliakoff, LLP

Rechler, Todd

Rechler, Trust F/B/O Glenn, Donald Rechler Trustee

Rechler, Trust F/B/O Mark, Donald Rechler Trustee

Rechler, Trust F/B/O Mitchell, Donald Rechler Trustee

Reckson Generation

Reed, Irwin B.

Reiss, Frances

Reynolds, James

Reynolds, James Reynolds' Deferred Profit Sharing Plan

Reynolds, Jim Profit Sharing Plan (Petito Investment)

Rhodes, Lenore Living Trust Rhodes, Eugene Living Trust TIC

Robert N Getz, LLC

Roberts Family Trust c/o Marvin Roberts

Roger Rechler Revocable Trust

Roman, Joan

Roman, Robert

Rosamilia, Neva

Rosamilia, Nicholas S.

Rosen, Edith

Rosen, Rich

Rosen, Sam

Rosenthal, Alan

Rosenthal, John

Rosenthal, Linda

Rosenthal, R.R. Associates

Rosenthal, Robert

Roth, Alan

Roth, Jeannette

Roth, Lawrence

Rothschild Family Partnership

Rowan, Donna Jean

Rubin, George

Ryan By-Pass Trust

Ryan, Dan

Ryan, Lawrence J. By-Pass Trust Under Declaration of TST DTD Nov 20, 1991, Theresa R.
Ryan Trustee

Ryan, T.R. Trustee

Ryan, Theresa R. Lawrence J. Ryan Trustees U/D/T 11/20/91

Ryan, Theresa Rose

S&P Associates General Partnership

Saland, Abraham

Investors represented by Becker & Poliakoff, LLP

Sandalwood Debt Fund A, LP
Sandalwood Debt Fund B, LP
Sandber, Joel B.
Sandberg, Iris B.
Sanders, E. Ann
Sanders, Ellen W.
Sandler Partners
Sandler, Sandy
SAV005 BJM Diverse Prosperiti Ltd
SAV006 Gardenview Nominees (pty) Ltd.
SAV007 Grange Nominees Limited A/C RMB
SAV008 Equity 360 Ltd
SAV009 Patrice Michael Moyal
SAV010 Mimosa Finance Holdings Limited
SAV011 Pershing Nominees Ltd A/C CCCLT
SAV012 BJM Diverse Prosperiti Ltd – Sid Rebe
SAV013 Trafalgar Securities Ltd.
Savest, Ltd.
Savin, Barbara L.
Savin, Robert S.
Schaffer, Donna
Schaffer, Elaine Revocable Trust
Schaffer, Elaine Ruth
Schaffer, Jeffrey
Schaffer, Keith
Schindler, Alice
Schrager, Hermene E. Trust
Schrager, Roy M.
Schrager, Roy M. Trust
Schupak, Belle
Schupak, Investment
Schupak, Lenore H.
Schupak, Nathan
Schupak, Steven
Schussel, Barry
Schussel, Roberta
Schwartz, Jonathan
Schwartz, Jonathan Trustee for Nancy Riehm
Schwartz, Richard
Schwartz, Roberta
Schwartz, Roberta Trust

Investors represented by Becker & Poliakoff, LLP

Schy Family Partnersip
Schy Ira
Schy, Abe
Schy, Abe
Schy, Doran
Schy, Elan
Schy, Ira
Schy, Lisa
Schy, Rose
Schy, Steve
Schy, Steven and Family

Sedgwick, Nicholas J.
Sedgwick, Robert B.
Seims, Sara
Seissler, Sheldon
Shankman, Dorothee
Shankman, Dorothee TOD Jeffrey Shankman & Susan Shankman Banker
Shankman, Jeffrey
Shankman, Trust Under the Will of Benjamin
Shapiro, Adele
Shapiro, Collen
Shapiro, David
Shapiro, David Nominee
Shapiro, David Nominee #1
Shapiro, David Nominee #2
Shapiro, David Nominee #3
Shapiro, David Nominee #4
Shapiro, Deborah
Shapiro, Emily L.
Shapiro, Emily Lauren Shapiro 1989 Trust
Shapiro, Eric N.
Shapiro, Eric Nathan Shapiro 1989 Trust
Shapiro, Julie Beth
Shapiro, Julie Beth Shapiro 1989 Trust
Shapiro, Lindsay A.
Shapiro, Lindsay Beth Shapiro 1989 Trust
Shapiro, Richard B.
Shapiro, Robin L.
Shapiro, Susan and Michael Shapiro Memorial Foundation
Sherman, Rana
Sherman, Thomas

Investors represented by Becker & Poliakoff, LLP

Shulman Family Corporation

Shulman, Alvin E.

Shulman, Florence W.

Siegman, Henry

Siegman, Miriam Cantor

Silver, Florette Rev TST U/A/D 3/25/88
Silvera, Herbert

Silverstein, Robert, Pauline Silverstein Rev. Trust

Singer, Nina, Executor of the Estate of Laura P. Kaplan

Sirotkin, Lori
SPJ Investments, L.P.

Springer, Noah U.

Springer, Trust Created by Joy Ungerleider-Mayerson U/A/D 1/31/88 F/B/O Noah U. Springer

Sprung, Dennis as Executor of the Estate of Roger Rechler

Stacy Festus & Helen Stacy Foundation, Inc.
Stein, Michael

Stenger, John

Stepelton Douglas Stepelton Trust

Stepelton, Brett

Stepelton, Douglas

Stepelton, Jennifer

Stepelton, Sean

Stepelton, Virilee

Stern, Arlene
Stern, Eugene

Stony Brook Foundation

Sullivan, Ann
Sylvan Associates LLC

Synder, Craig C.
Szymanski, Carla Rev. Trust

Talanksy, Morris GRAT Dated 11/12/02

Talansky, Morris

Taylor, Jess L.

Teufel, Timothy
Teufel, Valerie

Tiletnick, Angela

Triangle Properties #39

Turk, Jeffrey

Tzannes, John

Tzannes, Peter Basant

Tzannes, Robin

Investors represented by Becker & Poliakoff, LLP

Unflat, Gunther

Unflat, Margaret

Ungerleider, Andrew

Ungerleider, Steven

Van Lanen, Delores GST Trust FBO Delores Van Lanen U/T/A/D/ 5/29/02

Van Lanen, Roy GST Separate Trust FBO Roy Van Lanen U/T/A/D/ 5/29/02

Vogel, Barbara & Robert J.

Waldman, Linda

Wallick, Cindy

Walter Freshman Recovable Trust dtd 12/31/92

Walter Freshman Trust A

Warner, Jon G.

Warner, Robin L.

WDG Associates Inc. Retirement Trust

Weaver, Tracey

Webster, Bonnie T.

Wechsler, Brad

Weinstein, Ronald

Weinstein, Ronald

Weinstein, Sheryl

Weinstein, Sheryl as Executrix of Wasserman

Weisfeld, Barry

Westphal, Nina

Whitman Partnership

Whitman Revocable Living Trust U/A/D/8/5/86, Bernard

Whitman Revocable Living Trust U/A/D/8/5/86, Judith

Whitman, Bernard

Whitman, Irene (deceased)

Whitman, Judith

Whitman, Robert

Wilansky Family Fund

Wilansky, Barry

Wilansky, David

Wilansky, Steven

Wilenitz Trust U/ART Fourth O/W/O Israel Wilenitz

Wilenitz, Evelyn Berezin

William Pressman

William Pressman, Inc.

Willis Jr., W. Waite

Wilson, Diane

Winco Real Estate SVCS CBPP 9/25/02

Investors represented by Becker & Poliakoff, LLP

Wingate, David

Wirick, Sybil

Wohl George Partners LP

Wohl, Linda

Wohl, Ronald Gene Credit Shelter Trust

Yaffe, Beverly  (deceased - feb 13, 2001)

Yaffe, Robert
Yesod Fund

Zell-Breier, Sam

Zenkel, Lois

Zraick, DeLuca, Rich

Zraick, Edward