# EXHIBIT I

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:10-cv-04652-JGK

In Re: Bernard L. Madoff  
Assigned to: Judge John G. Koeltl  
Related Cases: 1:10-cv-07101-JGK  
               1:10-cv-07219-JGK  
               1:11-cv-01298-JGK  
               1:11-cv-01328-JGK  
Case in other court:  USBC-SDNY, 08-01789 (BRL)  
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 06/15/2010  
Jury Demand: None  
Nature of Suit: 422 Bankruptcy Appeal (801)  
Jurisdiction: Federal Question

**In Re**

**Bernard L. Madoff**      represented by    **Jennifer A. Vessells**  
Baker & Hostetler LLP (OH)  
1900 East Ninth Street  
Cleveland, OH 44114  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Debtor**

**Bernard L. Madoff**      represented by    **Jennifer A. Vessells**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Appellant**

**Adele Fox**      represented by    **John H. Drucker**  
*individually and to the extent she*     Cole, Schotz, Meisel, Forman &  
*purports to represent a class of those*    Leonard, P.A.  
*similarly situated*                      900 Third Avenue, 16th Floor  
New York, NY 10022-4728  
(212) 752-8000  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Nolan Edward Shanahan**  
Cole, Schotz, Meisel, Forman &  
Leonard, P.A (NYC)  
900 Third Avenue  
16th Floor  
New York, NY 10022

|  |  |  |
|---|---|---|
|  |  | (646)-563-8935<br>Fax: (212)-752-8393<br>Email: nshanahan@coleschotz.com<br>*ATTORNEY TO BE NOTICED* |

**Appellant**

| | | |
|---|---|---|
| **Susanne Stone Marshall**<br>*individually and to the extent she purports to represent a class of those similarly situated* | represented by | **Helen Davis Chaitman**<br>Becker & Poliakoff, LLP<br>45 Broadway<br>New York, NY 10006<br>212-557-3322<br>Email: HChaitman@becker-poliakoff.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter William Smith**<br>Phillips Nizer LLP<br>666 5th Avenue<br>New York, NY 10103<br>(212)-841-0730<br>Fax: 212)-262-5152<br>Email: psmith@becker-poliakoff.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Appellee**

| | | |
|---|---|---|
| **Irving H. Picard**<br>*Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | represented by | **Keith R. Murphy**<br>United States Attorney's Office<br>Southern District of New York<br>One St. Andrew's Plaza<br>New York, NY 10007<br>212-589-4200<br>Email: kmurphy@bakerlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Tracy Lynn Cole**<br>Baker & Hostetler LLP (NYC)<br>45 Rockefeller Plaza<br>New York City, NY 10111<br>(212) 589-4228<br>Fax: (212) 589-4201<br>Email: tcole@bakerlaw.com |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Sheehan**
Baker & Hostetler LLP (NYC)
45 Rockefeller Plaza
New York City, NY 10111
(212) 589-4616
Fax: (212) 589-4201
Email: dsheehan@bakerlaw.com
*ATTORNEY TO BE NOTICED*

**Deborah Hilarie Renner**
SNR Denton US LLP (NY)
1221 Avenue of the Americas
New York, NY 10020
2127686896
Fax: 2127686800
Email: drenner@bakerlaw.com
*ATTORNEY TO BE NOTICED*

**Jennifer A. Vessells**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2010 | 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Burton R. Lifland dated May 3, 2010. Bankruptcy Court Case Numbers: 10-3114A, 08-1789 (BRL). Certified copies of file received.Document filed by Adele Fox, Susanne Stone Marshall. Appellant Brief due by 7/6/2010. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(bkar) (Entered: 06/15/2010) |
| 06/15/2010 | 2 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellant Susanne Stone Marshall. (bkar) (Entered: 06/15/2010) |
| 06/15/2010 | 3 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellant Adele Fox. (bkar) (Entered: 06/15/2010) |
| 06/15/2010 | 4 | COUNTER DESIGNATION OF BANKRUPTCY RECORD ON APPEAL Document filed by Appellee Irving H. Picard. (bkar) (Entered: 06/15/2010) |

| 06/15/2010 | 5 | AMENDED COUNTER DESIGNATION OF BANKRUPTCY RECORD ON APPEAL Document filed by Appellee Irving H. Picard. (bkar) (Entered: 06/15/2010) |
|---|---|---|
| 06/15/2010 | | Magistrate Judge James C. Francis is so designated. (bkar) (Entered: 06/15/2010) |
| 06/15/2010 | | Case Designated ECF. (bkar) (Entered: 06/15/2010) |
| 06/16/2010 | | Mailed letter to the United States Bankruptcy Court - Southern District of New York as notification of filing of Bankruptcy Notice of Appeal (Case Number: 08-01789 (BRL).) with the U.S.D.C. - S.D.N.Y. and the assignment of S.D.N.Y. Case Number: 10-cv-4652 (JGK) on 6/16/10. (rdz) (Entered: 06/16/2010) |
| 06/16/2010 | | Mailed notice with REVISED links to Civil Rules and ECF Registration to the attorney(s) of record. www.uscourts.gov/rules, www.nysd.uscourts.gov/ecf_filing.php (rdz) (Entered: 06/16/2010) |
| 06/22/2010 | 6 | NOTICE OF APPEARANCE by Nolan Edward Shanahan on behalf of Adele Fox (Shanahan, Nolan) (Entered: 06/22/2010) |
| 06/23/2010 | 7 | NOTICE OF APPEARANCE by Peter William Smith on behalf of Susanne Stone Marshall (Smith, Peter) (Entered: 06/23/2010) |
| 07/06/2010 | 8 | Appellant's BRIEF. Document filed by Adele Fox. Appellee Brief due by 7/26/2010. (Shanahan, Nolan) (Entered: 07/06/2010) |
| 07/06/2010 | 9 | Appellant's BRIEF. Document filed by Susanne Stone Marshall. Appellee Brief due by 7/26/2010. (Chaitman, Helen) (Entered: 07/06/2010) |
| 07/13/2010 | 10 | NOTICE OF APPEARANCE by Keith R. Murphy on behalf of Irving H. Picard (Murphy, Keith) (Entered: 07/13/2010) |
| 07/13/2010 | 11 | NOTICE OF APPEARANCE by David J. Sheehan on behalf of Irving H. Picard (Sheehan, David) (Entered: 07/13/2010) |
| 07/13/2010 | 12 | NOTICE OF APPEARANCE by Keith R. Murphy on behalf of Irving H. Picard (Murphy, Keith) (Entered: 07/13/2010) |
| 07/13/2010 | 13 | NOTICE OF APPEARANCE by Deborah Hilarie Renner on behalf of Irving H. Picard (Renner, Deborah) (Entered: 07/13/2010) |
| 07/20/2010 | 14 | STIPULATION AND ORDER MODIFYING SCHEDULING: The Trustee shall submit his appellate brief and related documents within two weeks following the later of the entry of (i) an Order, or (ii) a written decision issued by the Bankruptcy Court, determining the Motion to Strike. In such instance, Appellants' reply briefs shall be submitted within three weeks after service of the Trustee's brief and as |

| | | |
|---|---|---|
| | | further set forth in this Order. (Signed by Judge John G. Koeltl on 7/20/2010) (tro) (Entered: 07/20/2010) |
| 09/21/2010 | 15 | TRANSCRIPT of proceedings held on 9/7/10 before Judge John G. Koeltl. (pl) (Entered: 09/23/2010) |
| 10/01/2010 | 16 | STIPULATION MODIFYING SCHEDULING NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE TRUSTEE AND APPELLANTS: Appellants shall submit their initial briefs on or before October 5, 2010. Appellants' initial briefs shall be no more than 60 pages in length. The Trustee shall submit his opposing brief on or before November 19, 2010. The Trustee's opposition brief shall be no more than 60 pages in length, Appellants shall submit their reply briefs on Of before December 21, 2010. Appellants' reply briefs shall be no more than 25 pages in length. Nothing contained herein can or shall be construed as an adjudication on the merits of any claims that the Trustee and/or Appellants may have against each other or any other party, or as an admission or acknowledgment of any claim or defense as against the other by either the Trustee or Appellants, with all such claims and defenses preserved. SO ORDERED ( Appellant Reply Brief due by 12/21/2010, Brief due by 10/5/2010, Responses due by 11/19/2010) (Signed by Judge John G. Koeltl on 9/30/2010) (jmi) (Entered: 10/01/2010) |
| 10/05/2010 | 17 | Appellant's BRIEF. Document filed by Susanne Stone Marshall. Appellee Brief due by 10/25/2010. (Chaitman, Helen) (Entered: 10/05/2010) |
| 10/05/2010 | 18 | CERTIFICATE OF SERVICE. Document filed by Susanne Stone Marshall. (Chaitman, Helen) (Entered: 10/05/2010) |
| 10/05/2010 | 19 | Appellant's BRIEF. Document filed by Adele Fox. Appellee Brief due by 10/25/2010. (Shanahan, Nolan) (Entered: 10/05/2010) |
| 10/07/2010 | 20 | CERTIFICATE OF SERVICE. Document filed by Adele Fox. (Shanahan, Nolan) (Entered: 10/07/2010) |
| 10/27/2010 | 21 | MOTION for Jennifer A. Vessells to Appear Pro Hac Vice. Document filed by Bernard L. Madoff, Irving H. Picard.(mro) (Entered: 10/28/2010) |
| 10/29/2010 | 22 | ENDORSED LETTER addressed to Judge John G. Koeltl from Keith R. Murphy dated 10/28/2010 re: Requesting clarification of the applicable appeallate briefing schedule of the two pending appeals, civil action numbers 10-cv-4652 and 10-cv-7101. ENDORSEMENT: The October 8 Order is vacated. The Stipulated October 1 Scheduling Order prevails. (Signed by Judge John G. Koeltl on 10/28/2010) (jpo) (Entered: 10/29/2010) |

| 10/29/2010 | 23 | ENDORSED LETTER addressed to Judge John G. Koeltl from Keith R. Murphy dated 10/28/2010 re: Requesting clarification of the applicable appeallate briefing schedule of the two pending appeals, civil action numbers 10-cv-4652 and 10-cv-7101. ENDORSEMENT: The October 8 Order is vacated. The Stipulated October 1 Scheduling Order prevails. (Signed by Judge John G. Koeltl on 10/28/2010) (jpo) (Entered: 11/01/2010) |
|---|---|---|
| 11/01/2010 | 24 | ORDER granting 21 Motion for Jennifer A. Vessells to Appear Pro Hac Vice for Bernard L. Madoff, Irving H. Picard. (Signed by Judge John G. Koeltl on 11/1/2010) (jmi) (Entered: 11/03/2010) |
| 11/18/2010 | 25 | ENDORSED LETTER addressed to Judge John G. Koeltl from Keith R. Murphy dated 11/17/10 re: Counsel for Appellants Fox and Marshall have both graciously agreed to an extension of the Trustee's deadline from November 19, 2010 to November 23, 2010 due to illness of counsel for Appellee. Accordingly, we agreed to similarly extend the deadline by which Appellants must submit their reply briefs from December 21, 2010 to December 27, 2010. We respectfully request that Your Honor approve the extensions outlined above. ENDORSEMENT: Application granted. So ordered. (Signed by Judge John G. Koeltl on 11/17/10) (rjm) (Entered: 11/18/2010) |
| 11/18/2010 |  | Set Deadlines/Hearings: Appellant Reply Brief due by 12/27/2010. Responses due by 11/23/2010 (rjm) (Entered: 11/18/2010) |
| 11/23/2010 | 26 | Appellee's BRIEF. Document filed by Irving H. Picard. Appellant Reply Brief due by 12/27/2010. (Renner, Deborah) (Entered: 11/23/2010) |
| 12/07/2010 | 27 | NOTICE OF APPEARANCE by Tracy Lynn Cole on behalf of Irving H. Picard (Cole, Tracy) (Entered: 12/07/2010) |
| 12/08/2010 | 28 | STIPULATION ADDRESSING ADMINISTRATIVE MATTERS, BY AND BETWEEN COUNSEL FOR THE TRUSTEE AND COUNSEL FOR THE FLORIDA APPELLANTS: 1. The Trustee is authorized to amend the appendices to the Counter-Designations to be consecutively paginated with citations to the record, and include hard copies of certain items not previously reproduced in the appendices. 2. Nothing contained herein can or shall be construed as an adjudication on the merits of any claims that the Trustee and/or the Florida Appellants may have against each other or any other party, or as an admission or acknowledgment of any claim or defense as against the other by either the Trustee or the Florida Appellants, with all such claims and defenses preserved. (Signed by Judge John G. Koeltl on 12/7/2010) (lnl) (Entered: 12/08/2010) |
| 12/08/2010 |  | CASHIERS OFFICE REMARK on 21 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 10/27/2010, Receipt Number 918998. (jd) (Entered: 12/08/2010) |

| 12/09/2010 | 29 | AMENDED APPENDIX COUNTER- DESIGNATION OF BANKRUPTCY RECORD ON APPEAL Document filed by Appellee Irving H. Picard. (Renner, Deborah) (Entered: 12/09/2010) |
|---|---|---|
| 12/20/2010 | 30 | ENDORSED LETTER addressed to Judge John G. Koeltl from Nolan E. Shanahan dated 12/17/2010 re: Requesting that the time to file and serve reply briefs in this matter be extended until January 7, 2011. ENDORSEMENT: Application granted. So Ordered. (Signed by Judge John G. Koeltl on 12/17/2010) (jpo) (Entered: 12/22/2010) |
| 01/07/2011 | 31 | Appellant's REPLY BRIEF. Document filed by Adele Fox. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C1, # 4 Exhibit C2, # 5 Exhibit C3)(Shanahan, Nolan) (Entered: 01/07/2011) |
| 01/07/2011 | 32 | Appellant's REPLY BRIEF. Document filed by Susanne Stone Marshall. (Chaitman, Helen) (Entered: 01/07/2011) |
| 01/07/2011 | 33 | CERTIFICATE OF SERVICE. Document filed by Susanne Stone Marshall. (Chaitman, Helen) (Entered: 01/07/2011) |
| 03/03/2011 | 34 | NOTICE of Appellee Irving H. Picard, Trustees Notice of Supplemental Authority. Document filed by Irving H. Picard. (Attachments: # 1 Exhibit A)(Murphy, Keith) (Entered: 03/03/2011) |