**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION**, | ) ) ) |
| Plaintiff-Applicant, | ) Adv. Pro. No. 08-01789 (BRL) ) |
| v. | ) SIPA LIQUIDATION ) |
| **BERNARD L. MADOFF INVESTMENT SECURITIES LLC**, | ) (Substantively Consolidated) ) ) |
| Defendant. | ) ) |
| In re: | ) ) |
| **BERNARD L. MADOFF**, | ) Case No. 09-11893 ) |
| Debtor. | ) ) |
| **IRVING H. PICARD** | ) ) |
| Plaintiff | ) ) |
| v. | ) Adv. Pro. No. 10-05173 (BRL) ) |
| **NTC & CO., LLP, et al.** | ) ) |
| Defendants | ) ) |
| **IRVING H. PICARD** | ) ) |
| Plaintiff | ) ) |
| v. | ) Adv. Pro. No. 10-04519 (BRL) ) |
| **DAVID SOLOMON FAMILY PARTNERSHIP, L.P., et al.** | ) ) ) |
| Defendants | ) ) ) |

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Robert H. Avaunt, Esq., to be admitted, *pro hac* vice, to represent Bonnie Mattozzi, (the "Client") a defendant in adversary proceedings relating to the above referenced case and upon the movant's certification that he is a member in good standing of the Bar in the State of Maine and of the US Bankruptcy Court for the District of Maine, it is hereby

ORDERED, that Robert H. Avaunt, Esq. is admitted to practice, *pro hac vice,* in the above referenced case, including the above related adversary proceedings, to represent Bonnie Mattozzi in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: May 25, 2011
       New York, New York

                                         /s/Burton R. Lifland
                                         Honorable Burton R. Lifland
                                         United States Bankruptcy Judge