Helen Davis Chaitman (4266)
Becker & Poliakoff LLP
45 Broadway
New York, NY 10006
hchaitman@becker-poliakoff.com
*Attorneys for Marsha Peshkin and over 800 other Customers of Bernard L. Madoff Investment Securities LLC as Listed on Exhibit A*

**Hearing Date: June 1, 2011 at 10:00 a.m.**
**Objections Due: May 25, 2011 at 4:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2011, I caused true copies of the following documents:

1. Objection to the Sixth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From October 1, 2010 Through January 31, 2011;

2. Helen Davis Chaitman Declaration, with annexed Exhibits A-J; and

3. Affidavit of John L. Decker in Support of Order Authorizing the Appointment and Employment of Stuart Maue as Fee Auditor;

1

to be served upon the interested parties who receive electronic service through CM/ECF, and by electronic mail upon:

| | |
|---|---|
| David J. Sheehan, Esq. | Josephine Wang, Esq. |
| Baker & Hostetler LLP | Securities Investor Protection Corporation |
| 45 Rockefeller Plaza | 8005 Fifteenth Street, NW, Suite 800 |
| New York, NY 10111 | Washington, DC 20005 |
| dsheehan@bakerlaw.com | jwang@sipc.org |

Dated: May 25, 2011                                                    /s/ *Julie Gorchkova*