# EXHIBIT B

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: Westport National Bank - FBO Barbara Brown (IRA)
Mailing Address: 1495 Post Road East
City: Westport     State: CT     Zip: 06880
Account No.: W0106
Taxpayer I.D. Number (Social Security No.): _____

NOTE:  BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1. Claim for money balances as of **December 11, 2008**:

   a. The Broker owes me a Credit (Cr.) Balance of     $ 0

   b. I owe the Broker a Debit (Dr.) Balance of     $ 0

   c. If you wish to repay the Debit Balance,
      please insert the amount you wish to repay and
      attach a check payable to "Irving H. Picard, Esq.,
      Trustee for Bernard L. Madoff Investment Securities LLC."
      If you wish to make a payment, **it must be enclosed**
      with this claim form.     $_____

   d. If balance is zero, insert "None."     NONE

502180406                         1

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |   |
| b. | I owe the Broker securities |   | X |
| c. | If yes to either, please list below: |   |   |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds |   |
|---|---|---|---|
|   |   | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| Please see Exhibits A and B. The entity described in Exhibit A is believed to be a customer of BMIS and the party filing this claim thus has an interest in the assets of such entity. Claim amount: $30,310.69 |   |   |   |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406

2

* Westpoint National Bank Madoff account no. W0106 invested virtually all of its assets with BMIS. The above claim amount reflects the claimants proportionate share of this investement, as demonstrated in Exhibit A.

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Christopher Van De Kieft, Esq., Seeger Weiss LLP, One William Street, New York, NY 10004

502180406

3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date _June 29, 2009_  Signature _Barbara Br___

Date _____  Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

4

# EXHIBIT A

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE: 14
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******8373
YOUR ACCOUNT NUMBER: 1-H0106-3-0

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT   06880

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | NEW BALANCE | | | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 86,018 | | | AT&T INC | 28.560 | | |
| 22,896 | | | ABBOTT LABORATORIES | 52.390 | | |
| 30,051 | | | ALTRIA GROUP INC | 16.080 | | |
| 15,741 | | | AMGEN INC | 55.540 | | |
| | | | CONTINUED ON PAGE 15 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 15
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****8373
YOUR ACCOUNT NUMBER: 1-W0106-3-0

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT    CT    06880

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 12,879 | | | APPLE INC | 92.670 | | |
| | 73,902 | | | BANK OF AMERICA | 16.250 | | |
| | 16,828 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 9,609 | | | BAXTER INTERNATIONAL INC | 52.700 | | |
| | 10,120 | | | BOEING CO | 42.630 | | |
| | 29,043 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 21,121 | | | CVS CAREMARK CORP | 28.130 | | |
| | 30,474 | | | CHEVRON CORP | 79.010 | | |
| | 86,437 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 80,203 | | | CITI GROUP INC | 8.290 | | |
| | 29,043 | | | COCA COLA CO | 45.810 | | |
| | 830 | | | COLGATE PALMOLIVE CO | 65.040 | | |
| | 42,420 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 22,552 | | | CONOCOPHILLIPS | 52.220 | | |
| | 27,687 | | | THE WALT DISNEY CO | 22.520 | | |
| | 1,162 | | | EXELON CORP | 56.210 | | |
| | 76,930 | | | EXXON MOBIL CORP | 80.150 | | |
| | 153,773 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 5,483 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 2,862 | | | GOOGLE | 292.960 | | |
| | 36,198 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 25,248 | | | HOME DEPOT INC | 23.110 | | |
| | 82,235 | | | INTEL CORP | 15.300 | | |
| | 20,034 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |

CONTINUED ON PAGE 16

USE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

08-01789-cgm    Doc 4096-2    Filed 05/26/11    Entered 05/26/11 16:28:17    Exhibit B.
Customer Claim    Pg 9 of 18

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 16
PERIOD ENDING: 11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER: *****8373
YOUR ACCOUNT NUMBER: 1-W0106-3-0

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT    CT    06880

| BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 54,378 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 41,155 | | | JOHNSON & JOHNSON | 58.530 | | |
| 22,386 | | | KRAFT FOOD INC | 27.210 | | |
| 16,662 | | | MCDONALDS CORP | 56.750 | | |
| 16,828 | | | MEDTRONIC INC | 30.520 | | |
| 31,482 | | | MERCK & CO | 26.720 | | |
| 115,401 | | | MICROSOFT CORP | 20.220 | | |
| 12,535 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| 58,161 | | | ORACLE CORPORATION | 16.090 | | |
| 22,896 | | | PEPSICO INC | 56.700 | | |
| 99,241 | | | PFIZER INC | 16.430 | | |
| 30,549 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 44,195 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 24,327 | | | QUALCOMM INC | 33.570 | | |
| 17,595 | | | SCHLUMBERGER LTD | 50.740 | | |
| 26,409 | | | FIDELITY SPARTAN | 1 | | |
| | | | U S TREASURY MONEY MARKET | | | |
| 10,017 | | | 3M COMPANY | 66.930 | | |
| 6,142 | | | TIME WARNER INC | 9.050 | | |
| 25,758 | | | U S BANCORP | 26.980 | | |
| 14,310 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | CLASS B | | | |
| 14,310 | | | UNITED TECHNOLOGIES CORP | 48.930 | | |
| 41,578 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 32,913 | | | WAL-MART STORES INC | 55.880 | | |
| | | | CONTINUED ON PAGE 17 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT    CT    06880

PAGE: 17
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****8373
YOUR ACCOUNT NUMBER: 1-W0106-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 49,484 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 2,324 | | | WYETH | 36.010 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG        SHORT | | | |
| | | | | 60,740,251.25 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 2
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****8373
YOUR ACCOUNT NUMBER: 1-W0106-4-0

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT      CT   06880

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /25 | | 166 | 72249 | S & P 100 INDEX DECEMBER 380 CALL | 34 | | 564,234.00 |
| /25 | 166 | | 72487 | S & P 100 INDEX DECEMBER 370 PUT | 21 | 348,766.00 | |
| | | | | NEW BALANCE | | | 8,177,355.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,265 | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | 166 | | S & P 100 INDEX DECEMBER 380 CALL | 61 | | |
| | 1,265 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | 166 | | S & P 100 INDEX DECEMBER 370 PUT | 5.100 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 2,172,910.00 SHORT 3,960,050.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**WESTPORT NATIONAL BANK**
A division of
Connecticut Community
Bank, N.A.
P. O. BOX 309
1495 POST ROAD EAST
WESTPORT, CT 06881-0309

For the Account of:
BARBARA BROWN IRA

Account Number: 1 3 00
Date: From JANUARY 01, 2004 through DECEMBER 11, 2008

# Receipts & Disbursements

| Date | Total Cash | Investment Cost Basis |
|---|---:|---:|
| BEGINNING TABULATION | 0.00 | 282,582.92 |
| 01/05/2004 DISTRIBUTION TO BARBARA R BROWN CHECK # 8195 | -90,000.00 | |
| 01/05/2004 SOLD 518.0204 SHARES BLM 2 | 90,000.00 | -63,688.93 |
| 01/20/2004 RECORDKEEPING FEES TO PSCCSI FOR THE PERIOD 01/01/2003 THROUGH 03/31/2003 | -4,122.48 | |
| 01/20/2004 SOLD 23.7283 SHARES BLM 2 | 4,122.48 | -2,459.26 |
| 01/23/2004 SOLD 4.0763 SHARES BLM 2 | 708.21 | -422.43 |
| 01/23/2004 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 10/01/2003 THRU 12/31/2003 | -708.21 | |
| 04/26/2004 SOLD 3.2501 SHARES BLM 2 | 577.91 | -337.78 |
| 04/26/2004 CUSTODIAL FEE TO WESTPORT NATIONAL BANK | -577.91 | |
| 07/14/2004 RECORDKEEPING FEE TO PSCCSI FOR THE PERIOD 04/01/2003 THROUGH 06/30/2003 | -3,486.01 | |
| 07/14/2004 SOLD 19.0525 SHARES BLM 2 | 3,486.01 | -1,974.65 |
| 07/22/2004 SOLD 3.2187 SHARES BLM 2 | 588.92 | -333.89 |
| 07/22/2004 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 04/01/2004 THRU 06/30/2004 | -588.92 | |
| 10/21/2004 SOLD 3.1396 SHARES BLM 2 | 600.79 | -331.61 |
| 10/21/2004 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 07/01/2004 THRU 09/30/2004 | -600.79 | |
| 10/22/2004 RECORDKEEPING FEE TO PSCCSI FOR THE PERIOD 07/01/2003 THROUGH 09/30/2003 | -3,304.75 | |
| 10/22/2004 SOLD 17.6002 SHARES BLM 2 | 3,304.75 | -1,824.13 |
| 01/14/2005 SOLD 523.6926 SHARES BLM 2 | 100,000.00 | -54,275.82 |

Page 1 of 4



**WESTPORT NATIONAL BANK**
A division of
Connecticut Community
Bank, N.A.
P.O. BOX 309
1495 POST ROAD EAST
WESTPORT, CT 06881-0309

For the Account of:
BARBARA BROWN IRA

Account Number: 1 3 00
Date: From JANUARY 01, 2004 through DECEMBER 11, 2008

## Receipts & Disbursements

| Date | Total Cash | Investment Cost Basis |
|---|---|---|
| 01/14/2005 BARBARA R BROWN | -100,000.00 | |
| 01/27/2005 SOLD 3.1809 SHARES BLM 2 | 607.39 | -329.68 |
| 01/27/2005 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 10/01/2004 THRU 12/31/2004 | -607.39 | |
| 04/26/2005 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 01/01/2005 THRU 03/31/2005 | -467.00 | |
| 04/26/2005 SOLD 2.3873 SHARES BLM 2 | 467.00 | -247.43 |
| 07/15/2005 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 04/01/2005 THRU 06/30/2005 | -475.30 | |
| 07/15/2005 SOLD 2.3857 SHARES BLM 2 | 475.30 | -247.26 |
| 10/18/2005 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 07/01/2005 THRU 09/30/2005 | -483.20 | |
| 10/18/2005 SOLD 2.3836 SHARES BLM 2 | 483.20 | -247.04 |
| 01/05/2006 DISTRIBUTION TO BARBARA R BROWN CHECK # 16151 | -100,000.00 | |
| 01/05/2006 SOLD 474.6587 SHARES BLM 2 | 100,000.00 | -49,184.45 |
| 01/18/2006 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 10/01/2005 THRU 12/31/2005 | -501.48 | |
| 01/18/2006 SOLD 2.3798 SHARES BLM 2 | 501.48 | -246.65 |
| 02/15/2006 ANNUAL RECORDKEEPING FEE TO PSCCSI FOR 2005 YEAR | -2,023.35 | |
| 02/15/2006 SOLD 9.5099 SHARES BLM 2 | 2,023.35 | -986.63 |
| 04/20/2006 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 01/01/2006 THROUGH 03/31/2006 | -368.78 | |
| 04/20/2006 SOLD 1.6568 SHARES BLM 2 | 368.78 | -171.71 |



**WESTPORT**
NATIONAL BANK

*A division of*
*Connecticut Community*
*Bank, N.A.*
P. O. BOX 309
1495 POST ROAD EAST
WESTPORT, CT 06881-0309

For the Account of:
BARBARA BROWN IRA

Account Number:     1 3 00
Date: From JANUARY 01, 2004 through DECEMBER 11, 2008

# Receipts & Disbursements

| Date | Total Cash | Investment Cost Basis |
|---|---|---|
| 07/19/2006 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 04/01/2006 THROUGH 06/30/2006 | -369.58 | |
| 07/19/2006 SOLD 1.6518 SHARES BLM 2 | 369.58 | -171.20 |
| 10/18/2006 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 07/01/2006 THROUGH 09/30/2006 | -361.78 | |
| 10/18/2006 SOLD 1.6496 SHARES BLM 2 | 361.78 | -170.97 |
| 01/05/2007 DISTRIBUTION TO BARBARA R BROWN CHECK # 20351 | -100,000.00 | |
| 01/05/2007 SOLD 420.0065 SHARES BLM 2 | 100,000.00 | -43,530.73 |
| 01/22/2007 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 10/01/2006 THROUGH 12/31/2006 | -391.53 | |
| 01/22/2007 SOLD 1.6445 SHARES BLM 2 | 391.53 | -170.44 |
| 03/20/2007 ANNUAL RECORDKEEPING FEES TO PSCCSI FOR 2006 YEAR | -1,584.14 | |
| 03/20/2007 SOLD 6.6318 SHARES BLM 2 | 1,584.14 | -687.34 |
| 04/24/2007 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 01/01/2007 THROUGH 03/31/2007 | -247.45 | |
| 04/24/2007 SOLD 1.0132 SHARES BLM 2 | 247.45 | -105.01 |
| 07/19/2007 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 04/01/2007 THROUGH 06/30/2007 | -254.46 | |
| 07/19/2007 SOLD 1.0102 SHARES BLM 2 | 254.49 | -104.70 |
| 10/26/2007 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 07/01/2007 THROUGH 09/30/2007 | -259.51 | |
| 10/26/2007 SOLD 1.0079 SHARES BLM 2 | 259.51 | -104.46 |
| 01/04/2008 DISTRIBUTION TO BARBARA R BROWN CHECK # 24961 | -100,000.00 | |
| 01/04/2008 SOLD 378.7807 SHARES BLM 2 | 100,000.00 | -39,257.78 |

Page 3 of 4



**WESTPORT** NATIONAL BANK

*A division of Connecticut Community Bank, N.A.*
P. O. BOX 309
1495 POST ROAD EAST
WESTPORT, CT 06881-0309

For the Account of:
BARBARA BROWN IRA

Account Number:   1 3 00
Date: From JANUARY 01, 2004 through DECEMBER 11, 2008

## Receipts & Disbursements

| Date | Total Cash | Investment Cost Basis |
|---|---|---|
| 01/22/2008 ANNUAL RECORDKEEPING FEES TO PSCOSI FOR 2007 YEAR | -1,070.00 | |
| 01/22/2008 SOLD 4.053 SHARES BLM 2 | 1,070.00 | -420.06 |
| 01/23/2008 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 10/01/2007 THROUGH 12/31/2007 | -266.30 | |
| 01/23/2008 SOLD 1.0087 SHARES BLM 2 | 266.30 | -104.54 |
| 04/24/2008 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 01/01/2008 THROUGH 03/31/2008 | -117.86 | |
| 04/24/2008 SOLD 0.439 SHARES BLM 2 | 117.86 | -45.50 |
| 07/17/2008 SOLD 0.4378 SHARES BLM 2 | 120.49 | -45.35 |
| 07/17/2008 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 04/01/2008 THROUGH 06/30/2008 | -120.49 | |
| 10/10/2008 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 07/01/2008 THROUGH 09/30/2008 | -123.54 | |
| 10/10/2008 SOLD 0.4347 SHARES BLM 2 | 123.54 | -45.05 |
| ENDING TABULATION | 0.00 | 30,310.69 |

# EXHIBIT B

## EXHIBIT B

1. The Claimant is not a direct customer of Bernard L. Madoff Investment Securities LLC ("BMIS"), but instead is an investor through Westport National Bank, which is believed to be a BMIS customer with claims to securities and other assets of BMIS. The Claimant believes it has or may have in the future a claim in this liquidation proceeding and/or rights to all or a portion of the claims of Westport National Bank.

2. This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

3. The information provided in the Claim Form is based on information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

4. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

5. The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

6. This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

7. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, BMIS and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

8. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against BMIS, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

9. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

10. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

11. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

12. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

13. The Claimant submits herewith documents in support of the Claimant's claim. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents, if deemed necessary.