# EXHIBIT B



**GEOTEXT**
Translations, Inc.

STATE OF NEW YORK    )
                     )
                     )  ss
                     )
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from French into English of the attached letter sent from Hélène Florand on March 24, 2011.

Ian Kemper, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me
this _25_ day of _March_, 20_11_.

PATRICK EVANSON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EV6201257
Qualified In Queens County
My Commission Expires February 17, 2013

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel +1.212.631.7432 fax +1.212.631.7778
San Francisco  220 Montgomery Street Ste. 438, San Francisco CA 94104 U.S.A tel +1.415.576.9500 fax +1.415.520.0525
Washington  1025 Connecticut Avenue, Suite 1000, Washington, DC 20036, U.S.A. Tel +1.202.828.1267 Fax +1.202.828.1271
London  8-11 St. John's Lane, London EC1M 4BF, United Kingdom Tel +44.20.7553.4100 Fax+44.20.7990.9909
Paris  75 Boulevard Haussmann, F- 75008 Paris, France tel +33.1.42.68.51.47 fax +33.1.77.72.90.25
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  I  www.geotext.com


Law Firm

Moisand Boutin & Associates

          David Sheehan, Esq,
          Judith A. Sleby, Esq,
          **Baker & Hostetler LLP**
          45 Rockefeller Plaza
          New York, NY 10111

          By email and by express mail

cc    Clerk of United States Bankruptcy Court
      for the Southern District of New York
      One Bowling Green
      New York, NY 10004

          By express mail

cc    Honorable Burton R. Lifland
      One Bowling Green
      New York, NY 10004

          By express mail

          Paris, March 24, 2011

Ref.:    Adv. Pro. No. 08-01789 (BRL)
       SIPA Liquidation
       AMENDED NOTICE OF TRUSTEE'S MOTION FOR ENTRY
       OF LITIGATION PROTECTIVE ORDER

**OFFICIAL**

Dear Colleagues,

Mr. Patrick Littaye, whose French lawyers we are, has addressed to us, through the regular mail, a document received on 23 March 2011 entitled *"AMENDED NOTICE OF TRUSTEE'S MOTION FOR ENTRY OF LITIGATION PROTECTIVE ORDER"* including annexes

4, Avenue Van Dyck 75008 Paris Tel : +33 1 47 66 51 19 Fax +33 1 46 22 53 98
Registered with the Paris Bar as Office Number K 036
SELARL. (société d'exercice libéral à responsabilité limitée) [Firm of Self-employed Professionals]
with capital of EUR 60,960 - RCS Paris D 432 250 652 – FR 96432250652 - Code APE 6910 Z        www.mba-avocats.com

Moisand Boutin & Associates

This document and the annexes thereto are all in English and were sent out by you with no translation attached. This document and the annexes thereto appear to be about the conditions under which documents and information, the "CONFIDENTIAL Material", could be disclosed and/or exchanged in the context of proceedings started in the United States by the Trustee of BLMIS Company.

However, the transmission of the document referred to above with the annexes thereto does not comply with any of the rules of law and order governing the conditions for the delivery of judicial documents in an international matter and, more specifically, those contained in the Hague Convention of November 15, 1965.

This transmission is therefore null and void and completely without any effect or legal significance with respect to Mr. Littaye.

Such being the case, it follows that if, despite arguments to the contrary, with respect in particular to the violation of essential rules of law and order covering the delivery of legal documents in an international case, to the rules for adversary proceedings and to the right to a fair hearing, a decision should be issued by the judge to whom this document and the annexes thereto were submitted, such decision would be null and void and completely without any effect or legal significance with respect to Mr. Littaye.

For intents and purposes, please be advised that Mr. Littaye has not received service of any summons applied for by the Trustee of BLMIS to appear before an American court.

If such were to be the case, Mr. Littaye would assert all procedural objections, pleas for the case to be dismissed, and all other means of defense in opposition to such applications.

In spite of this situation, drafts of a number of summonses have been made public by your firm at the request of the Trustee of BLMIS.

Some of these drafts are directed specifically by name at Mr. Littaye and some Access companies, and contain information that is patently incorrect, not to say deceptive or even false, as well as excerpts from strictly confidential documents.

No permission whatsoever has been granted for all or part of these confidential documents to be made available to any person whatsoever, regardless of where that person may be located.

What is worse, no permission whatsoever has been granted for these confidential documents to be communicated to third parties totally foreign to the actions being contemplated and/or for said third parties to make use of such documents.

2

Moisand Boutin & Associates

In conclusion, Mr. Littaye wishes to state to you once and for all that:

- he has retained our firm to exercise all legal means both ordinary and extraordinary to take punitive action specifically against the disclosure and/or transmission, direct or indirect, to the public or to third parties, regardless of their geographic location, of any information that is wrong, misleading, or false and of all or part of any confidential documents, by all persons responsible, whoever they may be;

- any judgment that might be issued based on the document entitled "*AMENDED NOTICE OF TRUSTEE'S MOTION FOR ENTRY OF LITIGATION PROTECTIVE ORDER*" and the annexes thereto cannot in any way be enforceable against him, nor could it have any legal effect and cannot in any way whatsoever justify and/or allow the disclosure and/or transmission to anyone whatsoever, either publicly or to third parties, of the "CONFIDENTIAL Material" and in particular any that is subject to business secrecy and personal privacy because as containing:

  - names, addresses, family status or personal or financial information, relating to legal entities and/or natural persons;

  - letters, memos and documents in any form whatsoever relating to investments in investment funds made by natural persons and/or legal entities;

  - information on the contractual and/or financial structures of corporations and/or investment funds regulated by supervisory authorities;

Consequently, if the disclosure and/or the direct or indirect transmission to anyone, to third parties and/or to the public, of the "CONFIDENTIAL Material" were to continue to be carried on, our Firm will be forced to exercise all legal measures, both ordinary and extraordinary, to take punitive preventive steps against such conduct.

Yours truly,

[signature]
**Hélène Florand**
Law Firm Partner

3

08-01789-cgm    Doc 4097-2    Filed 05/26/11    Entered 05/26/11 19:57:00    Exhibit B    Pg 7 of 9



Moisand Boutin & Associés

David Sheehan, Esq,
Judith A. Sleby, Esq,
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111

<u>By email and by express mail</u>

cc   Clerk of United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

<u>By express mail</u>

cc   Honorable Burton R. Lifland
One Bowling Green
New York, NY 10004

<u>By express mail</u>

Paris, le 24 mars 2011

Réf. :   Adv. Pro. No. 08-01789 (BRL)
SIPA Liquidation
**AMENDED NOTICE OF TRUSTEE'S MOTION FOR ENTRY OF LITIGATION PROTECTIVE ORDER**

<u>OFFICIELLE</u>

Chers Confrères,

Monsieur Patrick LITTAYE, dont nous sommes les Avocats français, nous a rendus destinataires d'un document adressé, en courrier simple, reçu le 23 mars 2011 et dénommé « *AMENDED NOTICE OF TRUSTEE'S MOTION FOR ENTRY OF LITIGATION PROTECTIVE ORDER* » comprenant des annexes.

4, Avenue Van Dyck   75008 Paris   Tél : +33 1 47 66 51 19   Fax : +33 1 46 22 53 98
Inscrite au Barreau de Paris - Toque K 036
SELARL au capital de 60 960 € - RCS Paris D 432 250 652 - FR 96432250652 - Code APE 6910 Z                www.mba-avocats.com

Moisand Boutin & Associés

Ce document et ses annexes sont tous en langue anglaise dont aucune traduction n'est jointe à votre envoi. Ce document et ses annexes semblent concerner les conditions dans lesquelles des documents et informations, le « CONFIDENTIAL Material », seraient susceptibles d'être divulgués et/ou échangés dans le cadre de procédures initiées aux Etats-Unis par le Trustee de la société BLMIS.

Or, la transmission du document précité et de ses annexes ne répond à aucune des règles d'ordre public régissant les conditions de délivrance des actes judiciaires en matière internationale et, plus particulièrement, celles contenues dans la Convention de la Haye du 15 novembre 1965.

Cette transmission est donc nulle et dépourvue de tout effet et de toute portée juridique à l'égard de Monsieur LITTAYE.

Dès lors, dans ce contexte, si, malgré les arguments qui s'y opposent, tenant notamment à la violation des règles essentielles et d'ordre public tenant à la délivrance des actes en matière internationale, au respect des règles du contradictoire et des droits de la défense, une décision devait être rendue par le juge auquel sera soumis ce document et ses annexes, cette décision sera nulle, sans effet et sans portée à l'égard de Monsieur LITTAYE.

A toutes fins, nous vous précisons que Monsieur LITTAYE n'a reçu la délivrance d'aucune assignation l'invitant à comparaître devant une juridiction américaine à la demande du Trustee de la société BLMIS.

Si, cela devait être le cas, Monsieur LITTAYE sera amené à faire valoir toutes exceptions de procédure, fins de non recevoir et tous autres moyens de défense pour s'opposer à de telles demandes.

Malgré cette situation, ont été rendus publics nombreux projets d'assignation établis par votre Cabinet à la requête du Trustee de la société BLMIS.

Certains de ces projets visent notamment et nommément Monsieur LITTAYE et certaines sociétés ACCESS et contiennent des informations manifestement inexactes, pour ne pas dire fallacieuses voire mensongères, ainsi que des extraits de documents strictement confidentiels.

Or, aucune autorisation n'a été donnée pour que tout ou partie de ces documents confidentiels soit rendu accessible à toute personne quelle que soit sa localisation géographique.

Pire encore, aucune autorisation n'a été donnée pour que des documents confidentiels soient communiqués à des tiers totalement étrangers à ces actions envisagées et/ou pour que ces documents soient utilisés par ces tiers.

2

Moisand Boutin & Associés

En conclusion, Monsieur LITTAYE entend d'ores et déjà vous préciser :

- qu'il a mandaté notre Cabinet pour exercer toutes voies de droit tant ordinaires qu'extraordinaires de nature à voir sanctionner notamment la divulgation et/ou la transmission, directe ou indirecte, au public ou à des tiers sans distinction de leur localisation géographique d'informations erronées, fallacieuses ou mensongères et de tout ou partie de documents confidentiels, par tous responsables quels qu'ils soient ;

- que la décision qui pourrait être rendue sur la base du document dénommé « *AMENDED NOTICE OF TRUSTEE'S MOTION FOR ENTRY OF LITIGATION PROTECTIVE ORDER* » et ses annexes ne saurait aucunement lui être opposable, ni avoir aucun effet juridique et ne saurait en rien justifier et/ou permettre la divulgation et/ou la transmission à quiconque, au public et/ou à des tiers du « CONFIDENTIAL Material » notamment soumis à la confidentialité des affaires et à la confidentialité de la vie privée pour contenir :

    - des noms, adresses, informations sur la situation familiale, personnelle ou patrimoniale de personnes physiques et/ou morales ;

    - des correspondances, mémorandums et documents quelle qu'en soit la forme, relatifs aux souscriptions réalisés dans des fonds d'investissement par des personnes physiques et/ou morales ;

    - des informations sur les structures contractuelles et/ou financières de sociétés et/ou fonds d'investissement soumis à des autorités de contrôle ;

Dès lors, si la divulgation et/ou la transmission directe ou indirecte à quiconque, à des tiers et/ou au public du « CONFIDENTIAL Material » continuait à être perpétuée, notre Cabinet serait conduit à exercer toutes voies de droit ordinaires et extraordinaires pour voir sanctionner de tels agissements.

Nous vous prions de croire, Chers Confrères, en l'assurance de nos salutations.

Hélène FLORAND
*Avocat-Associée*