**EXHIBIT A**



1996-2007: As subadvisor, Eurovaleur received 20% of BAWW's fees derived from Primeo, Alpha Prime, and Thema Int'l totaling $11,030,369
UniCredit S.p.A. Milan
Owns 100%
Bank Austria
Acquired by UniCredit, 2005: For its various roles in the alleged Illegal Scheme, BA received at least $31 million.
After 2005
Bank Austria Cayman, Ltd. Created in 2000
Pioneer Global Asset Mgmt S.p.A.
Createdby UniCredit in Milan, 2000: It owned the advisor to Primeo, Starting 2007.
2007-08: Management and performance fees
Primeo Fund Ltd.
Created by BA in Cayman Islands in 1993.
In 2007, at UniCredit's direction and with assistance from Eurovaleur, Primeo's investments in BLMIS were sent through Alpha Prime,Herald, and Thema Int'l.
FundsWorld Financial Services
Operated by Kohn in Milan.
Payments of €750,000 in 2000 and €1.5 million in 2002
Medici s.r.l.
Created by BM in Milan in 1997: BM owned 51% until 2004, 100% after.
Bank Medici AG
(Vienna)
Kohn owns 75%, BA owns 25%
BA runs BM as a branch.
Received at least $62 million for its roles in the alleged Illegal Scheme.
2007: Commissions of $1,394,350
Medici Cayman, Ltd.
Created 1999: Kastner employed here 2000-01
Franco Mugnai, Paul de Sury
(former directors of HAM & Herald Fund)
Daniele Cosulich
(former BM employee & HAM director)
2006-08: Payments totaling $59,306
2008: Payments totaling $9,439,788
BA Worldwide Fund Mgmt (BAWW)
Created by BA in BVI in 1993: BA owned 95% BAWW had a 10% revenue sharing plan with BA. BAWW was advisor to Primeo until 2007, and Alpha Prime and Thema Int'l. From 2000 to 2007 BAWW was run by Radel-Leszczynski. BAWW received at least $68 million in alleged Illegal Scheme.
1993-2007: Transferred at least $55 million
Invested in BLMIS indirectly through other funds
Fed at least $371 million directly into BLMIS and hundreds of millions more through Herald, Alpha Prime, and Thema Int'l
Herald Fund SPC
Created by Kohn, Eurovaleur, BA, and BM in Cayman Islands in 2004
Fed at least $1.5 billion directly into BLMIS
Eurovaleur Inc.
Created by Kohn in NY in 1990: Registered the Primeo Fund trademark in 1993 in NY.
Creator
2006-08: Fees Of $3,450,759
2007-08: Fees Of $182,729
2006-08: Fees Of $522,351
Sofipo Austria GmbH
2006: Owned by and shared address with BM
2007-08: Fees of $4,760
Thema Int'l and Alpha Prime transferred at least $13 million in fees over life of funds
Transferred at least $45 million over life of fund
Transferred more than $100 million over life of fund
Medici Realty Ltd.
A joint venture between Hassans and BM AG (Gibraltar)
Bank Medici AG
Gibraltar, 2005 Located in Hassans office.
Transferred at least $2 million over life of fund
Herald Asset Mgmt (HAM)
Created by Kohn in Cayman Islands in 2004: Ownership structure obscured by complex web of interrelated companies orchestrated by Kohn and Hassans. HAM operated from BA Cayman's office in Cayman and Medici S.r.l. offices in Milan.
Thema Int'l Fund, plc
Created by Benbassats in Ireland in 1996.
Fed at least $1 billion directly into BLMIS
Sonja Kohn
Owned
Owned
Owned
Held in trust for Kohn & her husband
Owned
Redcrest Investments, Inc.
(BVI, 2003) Served as parent to HAM and the four companies to the right.
Line Group Ltd.
(Gibraltar, 2008) Owned 100% of Line Management Services Ltd.
Line Management Services Ltd.
(Gibraltar, 1995) Owned 100% of Line Holdings Ltd.
Line Holdings Ltd.
(Gibraltar, 1988) Owned 100% of Herald Consult Ltd. in trust for Kohn and her husband
Herald Consult Ltd.
(Gibraltar, 2004) Owned 100% of HAM
HAM & APM Cayman shared office
2006-08: Fees of $12,940,394 for distributing Herald & Primeo in Germany
Created by Radel-Leszczyski while she was president of BAWW
MediciFinanz Consulting GmbH
(Created by Kastner in Germany, 1996) d/b/a Seki Holding GmbH
Absolute Portfolio Mgmt. Ltd.
(APM Cayman) Created by Kastner in Cayman Islands 1999)
Both entities co-owned with BM.
Alpha Prime Fund
Created by Kohn, Zapotocky, et al. in Bermuda, 2003: Structural clone of Primeo.
Fed at least $400 million directly into BLMIS
Fed at least $247 million directly into BLMIS
Line Holdings Ltd. held Herald Consult Ltd. in trust for Kohn and her husband
Counsel
Dec. 15, 2008: payments totaling $15,201,550
Counsel (on information and belief)
Counsel
2008: Payments of $964,440
2008: Three payments totaling $5.33 million
1996-2006: Investment Manager
Senator Fund Ltd.
Created by Radel-Leszczynski in Bermuda in 2006: Structural clone of Alpha Prime. In effect, fund was run by the same people who managed Primeo and BAWW until 2007.
Fed at least $255 million directly into BLMIS
Hassans Int'l Law Firm
Bank Medici Gibraltar and Tecno Gibraltar located at Hassans office.
Certain Hassans partners and associates also held non-lawyer corporate positions at companies controlled by Kohn, Hassans, or other members of the Medici Enterprise, as part of a complex corporate structure that concealed Kohns were beneficial owners of HAM.
ReviTrust Services
Liechtenstein (Kohn used ReviTrust to create new entitites in 2008)
Gerila Beteilgungs-Verwalt
(Kastner owned)
Eurovaleur owned 10% of Thema Asset Management
Thema Asset Mgmt
(Created by Benbassat family in BVI, 1996) Eurovaleur owned 10%
Herald (Lux) SICAV
Created by Kohn, Eurvaleur, BA, et al. in Luxembourg in 2008.
Bernard L. Madoff Investment Securities (BLMIS) NY
Principal
Bernard L. Madoff
Made more than 100 direct transfers of stolen Customer Property to Kohn and her family.
Principal
Madoff Securities International (MISL) London
1998-2008: $32,484,360 in Kickbacks of Customer Property
2008: $3,000,000 in Kickbacks of Customer Property
Bank Medici AG
(Vienna)
Kohn owns 75%, BA owns 25%
BA runs BM as a branch.
Absolute Portfolio Mgmt Ltd.
(APM Cayman) Created by Kastner in 1999: Co-owned with BM
2007-08: $780,047 sent to Kastner via APM Cayman
Medici s.r.l.
Created by BM in Milan in 1997: BM owned 51% until 2004, 100% after.
Medici Realty Ltd.
A joint venture between Hassans and BM AG (Gibraltar)
Bank Medici AG
Gibraltar, 2005 Located in Hassans office.
Shared Milan Office and employees
Herald Asset Mgmt (HAM)
Counsel (on information and belief)
Owned
Held in trust for Kohn & her husband
Owned
Owned
Owned
Herald Consult Ltd.
(Gibraltar, 2004) Owned 100% of HAM
Line Holdings Ltd.
(Gibraltar, 1988) Owned 100% of Herald Consult Ltd. in trust for Kohn and her husband
Line Management Services Ltd.
(Gibraltar, 1995) Owned 100% of Line Holdings Ltd.
Line Group Ltd.
(Gibraltar, 2008) Owned 100% of Line Management Services Ltd.
Redcrest Investments, Inc.
(BVI, 2003) Served as parent to HAM and the four companies to the left.
Shlomo Amselem, a Line Management employee, was Tecno Gibraltar's sole director
Redcrest is the ultimate parent of Tecno Gibraltar
Hassans Int'l Law Firm
Bank Medici Gibraltar and Tecno Gibraltar located at Hassans office.
Certain Hassans partners and associates also held non-lawyer corporate positions at companies controlled by Kohn, Hassans, or other members of the Medici Enterprise, as part of a complex corporate structure that concealed Kohns were beneficial owners of HAM.
Line Holdings held Herald Consult in trust for Kohn and her husband
2007-08: $1,400,000 in Kickbacks of Customer Property
2002-07: $14,601,000 in Kickbacks of Customer Property
1997-2002: $11,058,054 in Kickbacks of Customer Property
Infovaleur, Inc.
Created by Sonja Kohn in New York in 1996: Kohn was 100% owner and manager. Shared mailing addresses with Eurovaleur, Palladium, and the Hartsteins' home in Monsey, NY.
2008: $15,000
2008: $97,000
M-Tech Services GmbH
Austria: 2002-04, Kohn owned 50%, 2004 Kohn owned 100%, 2007 sold interest to Landau
2007: $5,000
2002-09: $302,229
2006-09: $158,245
2009: $26,438
2006: $440,000
Owned and Managed
2002-03: $100,015
2009: Infovaleur paid R. Kohn $57,334 c/o Eurovaleur
2004: $2,704
Palladium Capital Advisors
(Delaware, 2004)
Manfred Kastner
(Kohn's close business associate)
Peter Scheithauer
(Kohn's close business associate)
Mordechai Landau
(Sonja Kohn's son-in-law)
Moishe Hartstein
(Sonja Kohn's son-in-law)
Rina Hartstein
(Sonja Kohn's daughter)
Tecno Development & Research Ltd. (Tecno Gibralter)
Created by Sonja Kohn in Gibraltar in 2007: Its registered office was in Gibraltar location with plaque saying, "Line Management Services, Affiliated with Hassans."
Eurovaleur
(NY, 1990)
Sonja Kohn Owned
Sonja Kohn Owned through Redcrest Investments, Inc.
Sonja Kohn
Received at least $62 million in stolen Customer Property from Madoff in exchange for sustaining the Ponzi scheme.
2009: $299,995
Brera Servizi Aziendiale S.r.l.
(Milan, 2002) Held its ownership in Tecno Italy in trust for Sonja Kohn, on information and belief.
Tecno Development & Research S.r.l. (Techno Italy)
Created in Milan in 2002: Brera Servizi owned 95% of Tecno Italy and held its interest in trust for an unknown beneficiary, who, on information and belief, was Kohn.
Erwin Kohn
(Sonja Kohn's husband)
Robert Alan Kohn
(Sonja Kohn's son)
Manager & co-owner
Netty Blau
(Sonja Kohn's mother)
Sonja Kohn owned
Erko, Inc.
Created by Sonja Kohn in New York in 1987: Erko's address was the same as Kohn's NY lawyers' address.

# Medici Enterprise's Alleged Illegal Scheme: Money In and Out*

* According to the RICO Complaint, Rico Case Statement and Exhibits, filed in the United States Bankruptcy Court, Southern District of New York, in re: Bernard L. Madoff Investment Securities LLC, by Irving H. Picard, Trutee for the Liquidation of Bernard L. Madoff Investment Securities LLC.

KEY
- Management Company
- Fund
- Ownership
- Money Flow
- Kickbacks of Customer Property
- Relationship