# EXHIBIT C

# Part 5

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 27142 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 6,536 | 254687106 | THE WALT DISNEY CO | 167713.32 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 25.620 | 167452.32 | 261.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 39602 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 8,037 | 254687106 | THE WALT DISNEY CO | 206550.42 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 25.660 | 206229.42 | 321.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 14621 | 5 | 1 | | 11/03/08 | 11/06/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT      CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 9,960 | 254687106 | THE WALT DISNEY CO | 247007.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 24.760 | 246609.60 | 398.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 67965 | 5 | 1 | | 11/20/08 | 11/25/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT      CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,154 | 254687106 | THE WALT DISNEY CO | 62449.04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.760 | 62323.04 | 126.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 68203 | 5 | 1 | | 11/20/08 | 11/25/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,162 | 30161N101 | EXELON CORP | 56681.88 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 48.740 | 56635.88 | 46.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 48062 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 22,842 | 30231G102 | EXXON MOBIL CORP | 1732336.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 75.800 | 1731423.60 | 913.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
**New York ☐ London**

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 35602 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT       CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 18,232 | 302316102 | EXXON MOBIL CORP | 1373233.96 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 75•260 | 1372504.96 | 729.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

# BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
**New York ☐ London**

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 23081 | 5 | 1 | | 11/03/08 | 11/06/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT       CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 26,892 | 302316102 | EXXON MOBIL CORP | 1982477•56 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73•680 | 1981402.56 | 1075.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 76771 | 5 | 1 | | 11/20/08 | 11/25/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLI | 8,964 | 30231G102 | EXXON MOBIL CORP | 645766•00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72•000 | 645408•00 | 358•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 27377 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 36,120 | 369604103 | GENERAL ELECTRIC CO | 716981•20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19•810 | 715537•20 | 1444•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-W0106-3 | D | 39837 | 5 | 1 | | 11/05/08 | 11/10/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 46,107 | 369604103 | GENERAL ELECTRIC CO | 948420.71 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 20.530 | 946576.71 | 1844.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-W0106-3 | D | 14856 | 5 | 1 | | 11/03/08 | 11/06/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 53,286 | 369604103 | GENERAL ELECTRIC CO | 1046536.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.600 | 1044405.60 | 2131.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-W0106-3 | D | 68441 | 5 | 1 | | 11/20/08 | 11/25/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 18,260 | 369604103 | GENERAL ELECTRIC CO | 256552.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.010 | 255822.60 | 730.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-W0106-3 | D | 27847 | 5 | 1 | | 11/04/08 | 11/07/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,376 | 38141G104 | GOLDMAN SACHS GROUP INC | 122615.32 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC |
|---|---|---|---|---|---|---|
| 89.070 | 122560.32 | 55.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 40307 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT           CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,115 | 38141G104 | GOLDMAN SACHS GROUP INC | 196102.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 92.680 | 196018.20 | 84.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 15326 | 5 | 1 | | 11/03/08 | 11/06/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT           CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,992 | 38141G104 | GOLDMAN SACHS GROUP INC | 183084.04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 91.870 | 183005.04 | 79.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 27612 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 688 | 38259P508 | GOOGLE | 240249.08 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 349.160 | 240222.08 | 27.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

*CONFIRMATION (Please see reverse for further details.)*

---

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 40072 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 846 | 38259P508 | GOOGLE | 307621.68 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 363.580 | 307588.68 | 33.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

*CONFIRMATION (Please see reverse for further details.)*

# BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 15091 | 5 | 1 | | 11/03/08 | 11/06/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 996 | 38259P508 | GOOGLE | 355132•92 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 356•520 | 355093•92 | 39•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

# BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 68679 | 5 | 1 | | 11/20/08 | 11/25/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 332 | 38259P508 | GOOGLE | 91313•00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 275•000 | 91300•00 | 13•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 28317 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 8,600 | 428236103 | HEWLETT PACKARD CO | 334196.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38•820 | 333852.00 | 344•00 | | | | |

CONFIRMATION  (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 40777 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 10,998 | 428236103 | HEWLETT PACKARD CO | 410554.42 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37•290 | 410115•42 | 439•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-W0106-3 | D | 15796 | 5 | 1 | | 11/03/08 | 11/06/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 12,450 | 428236103 | HEWLETT PACKARD CO | 477457.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.310 | 476959.50 | 498.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-W0106-3 | D | 69155 | 5 | 1 | | 11/20/08 | 11/25/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,150 | 428236103 | HEWLETT PACKARD CO | 137074.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 32.990 | 136908.50 | 166.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-W0106-3 | D | 28082 | 5 | 1 | | 11/04/08 | 11/07/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 5,848 | 437076102 | HOME DEPOT INC | 131696.04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 22.480 | 131463.04 | 233.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-W0106-3 | D | 40542 | 5 | 1 | | 11/05/08 | 11/10/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 7,614 | 437076102 | HOME DEPOT INC | 175654.42 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 23.030 | 175350.42 | 304.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 15561 | 5 | 1 | | 11/03/08 | 11/06/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 8,964 | 437076102 | HOME DEPOT INC | 209219•20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 23•300 | 208861•20 | 358•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 68917 | 5 | 1 | | 11/20/08 | 11/25/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,822 | 437076102 | HOME DEPOT INC | 55225•66 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19•530 | 55113•66 | 112•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 28787 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 19,264 | 458140100 | INTEL CORP | 308994.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.000 | 308224.00 | 770.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse for further details.)*

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 41247 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 24,957 | 458140100 | INTEL CORP | 397315.16 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.880 | 396317.16 | 998.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse for further details.)*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 16266 | 5 | 1 | | 11/03/08 | 11/06/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

```
WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880
```

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 28,386 | 458140100 | INTEL CORP | 457298.02 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.070 | 456163.02 | 1135.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 69631 | 5 | 1 | | 11/20/08 | 11/25/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

```
WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880
```

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 9,628 | 458140100 | INTEL CORP | 118520.56 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.270 | 118135.56 | 385.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| | BERNARD L. MADOFF | | | | | | |
|---|---|---|---|---|---|---|---|
| MADF | INVESTMENT SECURITIES LLC | | | | | | |
| | New York ☐ London | | | | | | |

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| | | | CODES | | | | | |
|---|---|---|---|---|---|---|---|---|
| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
| 0646 | | 1-W0106-3 | D | 28552 | 5 | 1 | | 11/04/08 | 11/07/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,816 | 459200101 | INTERNATIONAL BUSINESS MACHS | 445334.88 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 92.430 | 445142.88 | 192.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

---

| | BERNARD L. MADOFF | | | | | | |
|---|---|---|---|---|---|---|---|
| MADF | INVESTMENT SECURITIES LLC | | | | | | |
| | New York ☐ London | | | | | | |

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| | | | CODES | | | | | |
|---|---|---|---|---|---|---|---|---|
| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
| 0646 | | 1-W0106-3 | D | 41012 | 5 | 1 | | 11/05/08 | 11/10/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 5,922 | 459200101 | INTERNATIONAL BUSINESS MACHS | 548968.52 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 92.660 | 548732.52 | 236.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 16031 | 5 | 1 | | 11/03/08 | 11/06/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | WESTPORT NATIONAL BANK ATTN: DENNIS P CLARK V•P 1495 POST ROAD EAST WESTPORT        CT 06880 | | |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 6,972 | 459200101 | INTERNATIONAL BUSINESS MACHS | 647279•60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 92•800 | 647001•60 | 278•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 69393 | 5 | 1 | | 11/20/08 | 11/25/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | WESTPORT NATIONAL BANK ATTN: DENNIS P CLARK V•P 1495 POST ROAD EAST WESTPORT        CT 06880 | | |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,324 | 459200101 | INTERNATIONAL BUSINESS MACHS | 174577•92 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 75•030 | 174485•92 | 92•00 | | | | |

CONFIRMATION (Please see reverse for further details)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 29257 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 13,072 | 46625H100 | J.P. MORGAN CHASE & CO | 535951.12 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 40.960 | 535429.12 | 522.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 41717 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 16,074 | 46625H100 | J.P. MORGAN CHASE & CO | 671410.02 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 41.730 | 670768.02 | 642.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-W0106-3 | D | 70107 | 5 | 1 | | 11/20/08 | 11/25/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 6,308 | 46625H100 | J.P. MORGAN CHASE & CO | 175362.08 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27.760 | 175110.08 | 252.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-W0106-3 | D | 29022 | 5 | 1 | | 11/04/08 | 11/07/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 9,632 | 478160104 | JOHNSON & JOHNSON | 595835.24 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 61.820 | 595450.24 | 385.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange