# EXHIBIT C

# Part 8



**WESTPORT NATIONAL BANK**
P.O. Box 309
Westport, CT 06881-0309

Date:
From JANUARY 1, 2000 through DECEMBER 31, 2000

# Receipts & Disbursements

| Date | Description | Total Cash | Investment Cost Basis |
|---|---|---|---|
|  | **BEGINNING BALANCES** | 0.00 | 23,682.37 |
| 01/25/00 | SOLD .3418 SHARES BLM 2 | 37.56 | -35.43 |
| 01/25/00 | CUSTODIAL FEE TO WESTPORT NATIONAL BANK | -37.56 |  |
| 04/24/00 | SOLD .3387 SHARES BLM 2 | 38.56 | -35.10 |
| 04/24/00 | CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 1/1/2000 THROUGH 3/31/2000 | -38.56 |  |
| 04/27/00 | RECORDKEEPING FEE TO PSCC SERVICES INC FOR THE PERIOD 10/1/1999 THROUGH 12/31/1999 | -227.27 |  |
| 04/27/00 | SOLD 1.9964 SHARES BLM 2 | 227.27 | -206.91 |
| 07/25/00 | SOLD 0.3347 SHARES BLM 2 | 39.28 | -34.69 |
| 07/25/00 | CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 4/1/2000 THROUGH 6/30/2000 | -39.28 |  |
| 09/13/00 | RECORDKEEPING FEE TO PSCC SERVICES INC FOR THE PERIOD 1/1/2000 THROUGH 3/31/2000 | -237.20 |  |
| 09/13/00 | SOLD 1.9730 SHARES BLM 2 | 237.20 | -204.49 |
| 10/24/00 | SOLD 0.3347 SHARES BLM 2 | 40.37 | -34.69 |
| 10/24/00 | CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 7/1/2000 THROUGH 9/30/2000 | -40.37 |  |
|  | **ENDING BALANCES** | 0.00 | 23,131.06 |



**WESTPORT NATIONAL BANK**
P.O. Box 309
Westport, CT 06881-0309

Date:
**DECEMBER 31, 2001**

\*\*\* FILE COPY \*\*\*



**WESTPORT NATIONAL BANK**
P.O. Box 309
Westport, CT 06881-0309

Date:
**DECEMBER 31, 2001**

# Review of Assets

| Shares or Par Value | | Unit Market | Total Market Value |
|---|---|---|---|
| | CASH | | 0.00 |
| | EQUITIES | | |
| | BLM INVESTMENTS | | |
| 216.0733 | BLM 2 | 139.787 | 30,204.15 |
| | TOTAL EQUITIES | | 30,204.15 |
| | GRAND TOTAL | | 30,204.15 |
| | YEAR TO DATE TOTALS | | |
| | PRIOR YEAR MARKET VALUE | | 27,621.88 |



**WESTPORT NATIONAL BANK**
P.O. Box 309
Westport, CT 06881-0309

Date:
From JANUARY 1, 2001 through DECEMBER 31, 2001

# Receipts & Disbursements

| Date | | Total Cash | Investment Cost Basis |
|---|---|---:|---:|
| | **BEGINNING BALANCES** | 0.00 | 23,131.06 |
| 01/25/01 | CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 10/1/2000 THROUGH 12/31/2000 | -41.16 | |
| 01/26/01 | SOLD 0.3326 SHS @ $123.7643 PER SHARE BLM 2 | 41.16 | -34.47 |
| 01/29/01 | RECORDKEEPING FEE TO PSCC SERVICES INC FOR THE PERIOD 4/1/2000 THROUGH 6/30/2000 | -241.69 | |
| 01/29/01 | SOLD 1.9528 SHS @ $123.7643 PER SHARE BLM 2 | 241.69 | -202.39 |
| 04/18/01 | CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 1/1/2001 THROUGH 3/31/2001 | -42.12 | |
| 04/18/01 | SOLD 0.3299 SHS @ $127.656 PER SHARE BLM 2 | 42.12 | -34.19 |
| 07/11/01 | CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 4/1/2001 THROUGH 6/30/2001 | -43.15 | |
| 07/11/01 | SOLD 0.3284 SHS @ $131.4051 PER SHARE BLM 2 | 43.15 | -34.04 |
| 07/12/01 | RECORDKEEPING FEE TO PSCCSI FOR THE PERIOD 10/1/2000 THROUGH 12/31/2000 | -253.61 | |
| 07/12/01 | SOLD 1.93 SHS @ $131.4051 PER SHARE BLM 2 | 253.61 | -200.03 |
| 10/17/01 | RECORDKEEPING FEE TO PSCCSI FOR THE PERIOD 1/1/2001 THROUGH 3/31/2001 | -257.85 | |
| 10/17/01 | SOLD 1.9102 SHS @ 134.9860 PER SHARE BLM 2 | 257.85 | -197.98 |
| 10/24/01 | SOLD 0.3241 SHARES BLM 2 | 43.75 | -33.59 |
| 10/24/01 | CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 7/1/2001 THROUGH 9/30/2001 | -43.75 | |
| | **ENDING BALANCES** | 0.00 | 22,394.37 |



**WESTPORT NATIONAL BANK**
P.O. Box 309
Westport, CT 06881-0309

Date:
*DECEMBER 31, 1999*

# Review of Assets

| Shares or Par Value | | Unit Market | Total Market Value |
|---|---|---|---|
| | **CASH** | | |
| | INCOME CASH | | 0.00 |
| | PRINCIPAL CASH | | 0.00 |
| | **TOTAL CASH** | | **0.00** |
| | **EQUITIES** | | |
| 228.5006 | BLM 2 | 109.892 | 25,110.30 |
| | **TOTAL EQUITIES** | | **25,110.30** |
| | **GRAND TOTAL** | | **25,110.30** |

Page 1



**WESTPORT NATIONAL BANK**
P.O. Box 309
Westport, CT 06881-0309

Date:
From NOVEMBER 1, 1999 through DECEMBER 31, 1999

## Receipts & Disbursements

| Date | | Total Cash | Investment Cost Basis |
|---|---|---|---|
| | BEGINNING BALANCES | 0.00 | 0.00 |
| 11/10/99 | RECEIVED FROM PRIOR CUSTODIAN 228.5006 SHARES BLM 2 | | 23,682.37 |
| | ENDING BALANCES | 0.00 | 23,682.37 |

WESTPORT NATIONAL BANK  
as Custodian  
BLMIS Account # 1-W0106-3-0

INDIVIDUAL ACCOUNT STATEMENT

DATE: 11/30/08

| | |
|---|---|
| WNB Account # | |
| Account Name | |
| # of Units | 98.7236 |
| % share of total units | 0.000481 |
| Name of Security: | No of Securities (Note 1) |
| AT & T | 41.3708 |
| Abbott Labs | 11.0119 |
| Altria Group | 14.4532 |
| Amgen Inc. | 7.5707 |
| Apple Inc. | 6.1942 |
| Bank of America | 35.5435 |
| Bank of NY Mellon | 8.0935 |
| Baxter Int'l | 4.3329 |
| Boeing | 4.8673 |
| Bristol Myers Squibb | 13.9684 |
| CVS Caremark | 10.1582 |
| Chevron Corp | 14.6566 |
| Cisco Systems | 41.5723 |
| CITI Group | 38.5740 |
| Coca Cola | 13.9684 |
| Colgate Palmolive | 0.3992 |
| Comcast Corp. CL A | 20.4021 |
| Conoco Phillips | 10.8465 |
| Walt Disney | 13.3162 |
| Exelon Corp. | 0.5589 |
| Exxon Mobile Corp | 36.9999 |
| General Electric | 73.9579 |
| Goldman Sacchs Group | 2.6371 |
| Google | 1.3765 |
| Hewlett Packard | 17.4098 |

WESTPORT NATIONAL BANK  
as Custodian  
BLMIS Account # 1-W0106-3-0

INDIVIDUAL ACCOUNT STATEMENT

DATE: 11/30/08

| WNB Account # | |
|---|---|
| Account Name | |
| Home Depot | 12.1431 |
| Intel Corp. | 39.5513 |
| Int'l Business Machines | 9.6355 |
| J.P. Morgan Chase | 26.1534 |
| Johnson Johnson | 19.7937 |
| Kraft Foods | 10.7667 |
| McDonalds Corp. | 8.0137 |
| Medtronic | 8.0935 |
| Merck | 15.1414 |
| Microsoft Corp. | 55.5027 |
| Occidental Petro | 6.0288 |
| Oracle Corp. | 27.9728 |
| Pepsico Inc. | 11.0119 |
| Pfizer Inc. | 47.7304 |
| Phillip Morris | 14.6927 |
| Proctor & Gamble | 21.2558 |
| Qualcomm Inc. | 11.7002 |
| Schlumberger | 8.4624 |
| 3M Company | 4.8177 |
| Time Warner | 2.9540 |
| U S Bancorp | 12.3884 |
| United Parcel SVC ClassB | 6.8825 |
| United Tech. Corp. | 6.8825 |
| Verizon Comm. | 19.9971 |
| Wal Mart. Stores | 15.8297 |
| Wells Fargo | 23.7996 |
| Wyeth | 1.1177 |

WESTPORT NATIONAL BANK  
as Custodian  
BLMIS Account # 1-W0106-3-0

INDIVIDUAL ACCOUNT STATEMENT

DATE: 11/30/08

| WNB Account # | | |
|---|---|---|
| Account Name | | |
| Fidelity Spartan Money Market | | 12.7015 |
| S & P100 Index Dec 430 Call | | 0.6084 |
| S & P100 Index Dec 420 Put | | 0.6084 |
| S & P 100 Index Dec 380 Call | | 0.0798 |
| S & P 100 Index Dec 380 Call | | 0.0798 |

Note 1: The transactions giving rise to the Number of Securities are detailed in the Final BLMIS Statement delivered to WNB.