# EXHIBIT D

# Part 10

*copy*

Feb 28, 2008

Irving H. Picard. Esq

Trustee for Bernard Madoff Investment Securities LLC

Claims Processing Center

2100 McKinney Ave

Suite 800

Dallas TX 75201

RE:    Westport National Bank Account number 1-W0106-3-0

Renee Ridzon Retirement Plan, account number 61005027300

To: Irving H. Picard

In accordance with your instructions, please find enclosed

1) Completed claim form-Document A
2) Documented of value of account as determined by calculation by multiplying the total percent share of total units held (Individual Account Statement-Document B) by the total value held by Westport National Bank (Bernard L. Madoff Account Statement-Document C)
   $$0.000433 \times \$ 60,740,251.25 = \$26,300.00$$
3) Documentation of deposits into the account, Westport National Bank Receipts and Disbursements-Document D and Letter to Renee Ridzon from PSCC dated May 13, 2008 documenting the total amount deposited into the account-Document E $7,308.00 as stated in May 13 2008 letter-Document E.
4) Record of transactions for the account-Document F

Please do not hesitate to contact me with questions or if further information is needed

Contact information

Renee Ridzon

1230 5th Ave N

Apt 201

Seattle WA 98109

Cell-206 310 6573, Work-206 709 3100 or 206 709 3383, Home-206 352-2981

Email-renee.ridzon@gatesfoundation.org

*DOC A.*

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 206 709 3383_____

HOME: 206 310 6573_____

Taxpayer I.D. Number (Social Security No.)

_____

Account Number:    1W0106
WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT, CT 06880

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of        $ 26,300.00
      b.    I owe the Broker a Debit (Dr.) Balance of           $_____

502180406                              1

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

Feb 28, 2008

Irving H. Picard. Esq

Trustee for Bernard Madoff Investment Securities LLC

Claims Processing Center

2100 McKinney Ave

Suite 800

Dallas TX 75201

RE:      Westport National Bank Account number 1-W0106-3-0

      Renee Ridzon IRA account number 69001134300

To:  Irving H. Picard

In accordance with your instructions, please find enclosed

1) Completed claim form-Document A
2) Documented of value of account as determined by calculation by multiplying the total percent share of total units held (Individual Account Statement-Document B) by the total value held by Westport National Bank (Bernard L. Madoff Account Statement-Document C)

$$0.00716 \times \$\ 60,740,251.25 = \$43,490.00$$

3) Documentation of deposits into the account, Westport National Bank Receipts and Disbursements Document D and Letter to Renee Ridzon from PSCC dated May 13, 2008 documenting the total amount deposited into the account-Document E
$30,000.00 as tabulated from Receipts and Deposits-Document D
4) Record of transactions for the account-Document F

Please do not hesitate to contact me with questions or if further information is needed

Contact information

Renee Ridzon

1230 5th Ave N

Apt 201

Seattle WA 98109

Cell-206 310 6573, Work-206 709 3100 or 206 709 3383, Home-206 352 2981

Email-renee.ridzon@gatesfoundation.org

*Doc. A*

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 306  709  3383

HOME: 206  310  6573

Taxpayer I.D. Number (Social Security No.)
_____

Account Number:    1W0106
WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT, CT  06880

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008** :
    a.    The Broker owes me a Credit (Cr.) Balance of        $ 43490.00
    b.    I owe the Broker a Debit (Dr.) Balance of           $_____

c.  If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                                      $_____

d.  If balance is zero, insert "None."                    _____

2.  Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.  The Broker owes me securities | | |
| b.  I owe the Broker securities | | |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Number of Shares or Face Amount of Bonds

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation.  You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

9.    Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970?  if
so, give name of that broker.

Please list the full name and address of anyone assisting you in the
preparation of this claim form: _____

_____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _2/28/08_____    Signature _Renee Redje_____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                                4

COPY

Feb 28, 2008

Irving H. Picard. Esq

Trustee for Bernard Madoff Investment Securities LLC

Claims Processing Center

2100 McKinney Ave

Suite 800

Dallas TX 75201

RE:    Westport National Bank Account number 1-W0106-3-0

Renee Ridzon Roth IRA, account number 69003026300

To: Irving H. Picard

In accordance with your instructions, please find enclosed

1) Completed claim form-Document A
2) Documented of value of account as determined by calculation by multiplying the total percent
   share of total units held (Individual Account Statement-Document B) by the total value held by
   Westport National Bank (Bernard L. Madoff Account Statement-Document C)
   
   $0.002218 \times \$ 60,740,251.25 = \$134,781.00$
3) Documentation of deposits into the account, Westport National Bank Receipts and
   Disbursements-Document D and Letter to Renee Ridzon from PSCC dated May 13, 2008
   documenting the total amount deposited into the account-Document E
   $27,151.79 as stated in May 18, 2008 letter-Document D
4) Record of transactions for the account-Document F

Please do not hesitate to contact me with questions or if further information is needed

Contact information

Renee Ridzon

1230 5th Ave N

Apt 201

Seattle WA 98109

Cell-206 310 6573, Work-206 709 3100 or 206 709 3383, Home-206 352 2981

email
renee.ridzon@gatesfoundation.org

Renée Ridzon

POC.A

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 206  709  3383

HOME: 206  310  6573

Taxpayer I.D. Number (Social Security No.)

_____

Account Number:    1W0106
WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT, CT  06880

(If incorrect, please change)

**NOTE:**    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

*****************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of          $    134,781.00
      b.    I owe the Broker a Debit (Dr.) Balance of              $_____

 

    c.    If you wish to repay the Debit Balance,

           please insert the amount you wish to repay and

           attach a check payable to "Irving H. Picard, Esq.,

           Trustee for Bernard L. Madoff Investment Securities LLC."

           If you wish to make a payment, **it must be enclosed**

           with this claim form.          $_____

    d.    If balance is zero, insert "None."    _____

2.    Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | |

*See enclosed Sheets*

    c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  if
     so, give name of that broker.                              _____   ✓_____

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form:_____
     _____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _2/28/08_____   Signature_ Renee Ridgy_____

Date _____   . Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____508-990-3575_____

HOME:_____508-992-0880_____

Taxpayer I.D. Number (Social Security No.)
_____

Account Number:   1W0106
WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT, CT 06880

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.   Claim for money balances as of **December 11, 2008**:
     a.   The Broker owes me a Credit (Cr.) Balance of         $ 300,714.72
     b.   I owe the Broker a Debit (Dr.) Balance of            $_____

   c.   If you wish to repay the Debit Balance,
        please insert the amount you wish to repay and
        attach a check payable to "Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC."
        If you wish to make a payment, **it must be enclosed**
        with this claim form.                                $_____

   d.   If balance is zero, insert "None."                   _____

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|          |                               | YES | NO |
|----------|-------------------------------|-----|-----|
| a.       | The Broker owes me securities | X   |     |
| b.       | I owe the Broker securities   |     | X   |

   c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | 1046.9909 units Westport National Bank Custodian BLM Account No.: I-W0106-3-0 See Statement Attached | | |
| | Total value as of 11-30-2008 | $300,714.72 | |
| | | | |
| | | | |
| | | | |

*(Number of Shares or Face Amount of Bonds)*

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

WESTPORT NATIONAL BANK
ss Custodian
BLMIS Account # 1-W0106-3-0

INDIVIDUAL ACCOUNT STATEMENT

DATE: 11/30/08

| WNB Account # | 69 00 1104 3 00 |
|---|---|
| Account Name | JUDITH M SOUZA ROLLOVER IRA |
| # of Units | 1046.9909 |
| % share of total units | 0.005101 |

| Name of Security: | No of Securities (Note 1) |
|---|---|
| AT & T | 436.7485 |
| Abbott Labs | 119.7847 |
| Altria Group | 153.2789 |
| Amgen Inc. | 80.2895 |
| Apple Inc. | 65.8914 |
| Bank of America | 376.9489 |
| Bank of NY Mellon | 85.8338 |
| Baxter Int'l | 45.9518 |
| Boeing | 51.6187 |
| Bristol Myers Squibb | 148.1384 |
| CVS Caremark | 107.7310 |
| Chevron Corp | 155.4375 |
| Cisco Systems | 440.8857 |
| CITI Group | 409.0861 |
| Coca Cola | 148.1384 |
| Colgate Palmolive | 4.2335 |
| Comcast Corp. CL A | 216.3700 |
| Conoco Phillips | 115.0301 |
| Walt Disney | 141.2219 |
| Exelon Corp. | 5.9270 |
| Exxon Mobile Corp | 392.3937 |
| General Electric | 784.3436 |
| Goldman Sacchs Group | 27.9669 |
| Google | 14.5961 |
| Hewlett Packard | 184.0337 |

WESTPORT NATIONAL BANK
as Custodian
BLMIS Account # 1-W0106-3-0

INDIVIDUAL ACCOUNT STATEMENT

DATE: 11/30/08

| WNB Account # | 69 00 1104 3 00 |
|---|---|

| Account Name | JUDITH M SOUZA ROLLOVER IRA |
|---|---|
| Home Depot | 128.7814 |
| Intel Corp. | 419.4527 |
| Int'l Business Machines | 102.1866 |
| J.P. Morgan Chase | 277.3636 |
| Johnson Johnson | 209.9176 |
| Kraft Foods | 114.1834 |
| McDonalds Corp. | 64.9872 |
| Medtronic | 85.5339 |
| Merck | 160.5789 |
| Microsoft Corp. | 588.6211 |
| Occidental Petro | 63.9368 |
| Oracle Corp. | 296.6594 |
| Pepsico Inc. | 116.7847 |
| Pfizer Inc. | 506.1945 |
| Phillip Morris | 155.8200 |
| Proctor & Gamble | 226.4236 |
| Qualcomm Inc. | 124.0837 |
| Schlumberger | 89.7461 |
| 3M Company | 51.0933 |
| Time Warner | 31.3282 |
| U_S Bancorp | 131.3828 |
| United Parcel SVC ClassB | 72.9904 |
| United Tech. Corp. | 72.9904 |
| Verizon Comm. | 212.0752 |
| Wal Mart. Stores | 167.8780 |
| Wells Fargo | 252.4010 |
| Wyeth | 11.8539 |

WESTPORT NATIONAL BANK
as Custodian
BLMIS Account # 1-W0108-3-0

INDIVIDUAL ACCOUNT STATEMENT

DATE: 11/30/08

| WNB Account # | 89 00 1104 3 00 |
|---|---|
| **Account Name** | JUDITH M SOUZA ROLLOVER IRA |
| Fidelity Spartan Money Market | 134.7033 |
| S & P 100 Index Dec 430 Call | 6.4523 |
| S & P 100 Index Dec 420 Put | 6.4523 |
| S & P 100 Index Dec 380 Call | 0.8467 |
| S & P 100 Index Dec 380 Call | 0.8467 |

Note 1: The transactions giving rise to the
Number of Securities are detailed in the Final
BLMIS Statement delivered to WNB.

Information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X |  |

9. Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970? If
so, give name of that broker. _____ X

Please list the full name and address of anyone assisting you in the
preparation of this claim form: Joseph E. Perry, Esq., 100 Eighth Street
New Bedford, MA 02740

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date __2/27/09__ Signature _____

Date _____ Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

8.  Robert L. Silverman
    PSCC Service, Inc.
    1175 Post Road East
    Westport CT  06880
    203-226-4238

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _____508-990-3575_____

HOME: _____508-992-0880_____

Taxpayer I.D. Number (Social Security No.)

_____

Account Number: 1W0106
WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT, CT 06880

(If incorrect, please change)

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************************

1.  Claim for money balances as of **December 11, 2008**:
    a.  The Broker owes me a Credit (Cr.) Balance of    $____33,543.75____
    b.  I owe the Broker a Debit (Dr.) Balance of    $_____

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.        $ _____

    d.    If balance is zero, insert "None."    _____

2.    Claim for securities as of **December 11, 2008**:

### PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

|  |  | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | 116.7564 units Westport National Bank Custodian BLM Account No.: 1-W0106-3-0 See statement attached | | |
| | Total value as of 11-30-2008 | $33,543.73 | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

WESTPORT NATIONAL BANK
as Custodian
BLMIS Account # 1-W0106-3-0

INDIVIDUAL ACCOUNT STATEMENT

DATE: 11/30/08

| WNB Account # | 69 00 3032 3 00 |
|---|---|
| Account Name | JUDITH M SOUZA ROTH IRA |
| # of Units | 116.7564 |
| % share of total units | 0.000569 |

| Name of Security: | No of Securities (Note 1) |
|---|---|
| AT & T | 48.9275 |
| Abbott Labs | 13.0239 |
| Altria Group | 17.0932 |
| Amgen Inc. | 8.9536 |
| Apple Inc. | 7.3257 |
| Bank of America | 42.0359 |
| Bank of NY Mellon | 9.5719 |
| Baxter Int'l | 5.1244 |
| Boeing | 5.7553 |
| Bristol Myers Squibb | 16.5198 |
| CVS Caremark | 12.0137 |
| Chevron Corp | 17.3338 |
| Cisco Systems | 49.1659 |
| CITI Group | 45.6199 |
| Coca Cola | 16 5198 |
| Colgate Palmolive | 0.4721 |
| Comcast Corp. CL A | 24.1287 |
| Conoco Phillips | 12 8277 |
| Walt Disney | 15.7485 |
| Exelon Corp | 0.6610 |
| Exxon Mobile Corp | 43.7582 |
| General Electric | 87.4670 |
| Goldman Sacchs Group | 3.1188 |
| Google | 1.6279 |
| Hewlett Packard | 20.5896 |

WESTPORT NATIONAL BANK
as Custodian
BLMIS Account # 1-W0106-3-0

INDIVIDUAL ACCOUNT STATEMENT

DATE: 11/30/08

| WNB Account # | 68 00 3032 3 00 |
|---|---|
| Account Name | JUDITH M SOUZA ROTH IRA |
| Home Depot | 14.3612 |
| Intel Corp. | 46.7758 |
| Int'l Business Machines | 11.3955 |
| J.P. Morgan Chase | 30.9305 |
| Johnson Johnson | 23.4092 |
| Kraft Foods | 12.7333 |
| McDonalds Corp. | 9.4774 |
| Medtronic | 9.5719 |
| Merck | 17.8071 |
| Microsoft Corp. | 86.6408 |
| Occidental Petro | 7.1300 |
| Oracle Corp. | 33.0823 |
| Pepsico Inc. | 13.9234 |
| Pfizer Inc. | 58.4489 |
| Phillip Morris | 17.3765 |
| Proctor & Gamble | 25.1384 |
| Qualcomm Inc. | 13.8373 |
| Schlumberger | 10.0081 |
| 3M Company | 5.6977 |
| Time Warner | 3.4936 |
| U S Bancorp | 14.6513 |
| United Parcel SVC ClassB | 8.1396 |
| United Tech. Corp. | 8.1396 |
| Verizon Comm. | 23.6498 |
| Wal Mart Stores | 18.7211 |
| Wells Fargo | 26.1468 |
| Wyeth | 1.9219 |

WESTPORT NATIONAL BANK
as Custodian
BLMIS Account # 1-W0106-3-0

INDIVIDUAL ACCOUNT STATEMENT

DATE: 11/30/08

| WNB Account # | 69 00 3032 3 00 |
|---|---|
| Account Name | JUDITH M SOUZA ROTH IRA |
| Fidelity Spartan Money Market | 15.0216 |
| S & P100 Index Dec 430 Call | 0.7195 |
| S & P100 Index Dec 420 Put | 0.7195 |
| S & P 100 Index Dec 380Call | 0.0944 |
| S & P 100 Index Dec 380Call | 0.0944 |

Note 1: The transactions giving rise to the
Number of Securities are detailed in the Final
BLMIS Statement delivered to WNB.

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|     |                                                                                                                                                                                 | YES | NO |
|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| 3.  | Has there been any change in your account since December 11, 2008? If so, please explain.                                                                                        |     | X  |
| 4.  | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker?                                                                   |     | X  |
| 5.  | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |     | X  |
| 6.  | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |     | X  |
| 7.  | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming.   |     | X  |
| 8.  | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X   |    |

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.                                              X

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:____Joseph E. Perry, Esq._____
        __100 Eighth Street, New Bedford, MA  02740_____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date ___2/27/09_____   Signature _____

Date _____   Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

#### This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

8.   Robert L. Silverman
     PSCC Service, Inc.
     1175 Post Road East
     Westport CT  06880
     203-226-4238