BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON JUNE 1, 2011 AT 10:00 A.M.**

**CONTESTED MATTER**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-1789**

1.     Sixth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From October 1, 2010 Through January 31, 2011 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 10/1/2010 to 1/31/2011, fee: $43,177,049.10, expenses: $1,103,196.25, for Irving H. Picard, Other Professional,

300164315

   period: 10/1/2010 to 1/31/2011, fee: $713,799.00, expenses: $31.50 filed by David J. Sheehan on behalf of Irving H. Picard  (Filed 4/18/2011) [ECF No. 4022]

2.  Fifth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2010 Through January 31, 2011 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 10/1/2010 to 1/31/2011, fee: $3,066,768.50, expenses: $68,343.34. filed by Regina Griffin  (Filed:  4/18/2011) [ECF No. 4023]

3.  Application of Attias & Levy as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2010 Through January 31, 2011 for Attias & Levy, Special Counsel, period: 10/1/2010 to 1/31/2011, fee: $180,546.08, expenses: $7,271.46. filed by Attias & Levy  (Filed:  4/18/2011) [ECF No. 4024]

4.  Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2010 Through January 31, 2011 for Eugene F. Collins, Special Counsel, period: 10/1/2010 to 1/31/2011, fee: $8,219.39, expenses: $345.14. filed by Eugene F. Collins  (Filed:  4/18/2011) [ECF No. 4025]

5.  Application Of Taylor Wessing as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from November 4, 2010 Through February 8, 2011 for Taylor Wessing, Special Counsel, period: 11/4/2010 to 2/8/2011, fee: $1,516,291.40, expenses: $188,684.97 filed by Taylor Wessing  (Filed:  4/18/2011) [ECF No. 4026]

6.  Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2010 Through January 31, 2011 for Williams, Barristers & Attorneys, Special Counsel, period: 10/1/2010 to 1/31/2011, fee: $275,990.92, expenses: $21,152.00. filed by Williams, Barristers & Attorneys  (Filed:  4/18/2011) [ECF No. 4027]

7.  Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2010 Through January 31, 2011 for Schiltz & Schiltz, Special Counsel, period: 10/1/2010 to 1/31/2011, fee: $88,586.25, expenses: $18,382.90. filed by Schiltz & Schiltz  (Filed:  4/18/2011) [ECF No. 4028]

8.  Application of Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2010 Through January 31, 2011 for Higgs & Johnson, Special Counsel, period: 10/1/2010 to 1/31/2011, fee: $155,459.25, expenses: $52,015.01. filed by Higgs &

Johnson  (Filed:  4/18/2011) [ECF No. 4029]

9. Application of Kugler Kandestin, L.L.P., as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2010 Through January 31, 2011 for Kugler Kandestin, L.L.P., Special Counsel, period: 10/1/2010 to 1/31/2011, fee: $2,577.80, expenses: $1.31. filed by Kugler Kandestin, L.L.P.  (Filed:  4/18/2011) [ECF No. 4030]

10. Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2010 Through January 31, 2011 for Werder Vigano, Special Counsel, period: 10/1/2010 to 1/31/2011, fee: $18,232.50, expenses: $67.71. filed by Werder Vigano  (Filed:  4/18/2011) [ECF No. 4031]

11. Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from October 1, 2010 Through January 31, 2011 for SCA Creque, Special Counsel, period: 10/1/2010 to 1/31/2011, fee: $164,923.96, expenses: $0. filed by SCA Creque  (Filed:  4/18/2011) [ECF No. 4032]

12. Application of Young Conaway Stargatt & Taylor LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from November 29, 2010 Through January 31, 2011 for Young Conaway Stargatt & Taylor LLP, Special Counsel, period: 11/29/2010 to 1/31/2011, fee: $13,978.35, expenses: $912.44. filed by Young Conaway Stargatt & Taylor LLP  (Filed:  4/18/2011) [ECF No. 4033]

13. Final Application Of Schifferli Vafadar Sivilotti as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2010 Through January 31, 2011 for Schifferli Vafadar Sivilotti, Special Counsel, period: 5/28/2009 to 1/31/2011, fee: $3,482.00, expenses: $0.00. filed by filed by Schifferli Vafadar  (Filed:  4/18/2011) [ECF No. 4034]

14. Amended Application Of Taylor Wessing as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from November 4, 2010 Through February 8, 2011 for Taylor Wessing, Special Counsel, period: 11/4/2010 to 2/8/2011, fee: $1,516,291.40, expenses: $185,485.24 filed by Taylor Wessing  (Filed: 5/4/2011) [ECF No. 4052]

15. Amended Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2010 Through January 31, 2011 for Williams, Barristers & Attorneys, Special Counsel, period: 10/1/2010 to 1/31/2011, fee: $270,163.46, expenses: $4582.00. filed by Williams, Barristers & Attorneys  (Filed: 5/4/2011) [ECF No. 4053]

16.     Amended Fifth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2010 Through January 31, 2011 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 10/1/2010 to 1/31/2011, fee: $3,060,102.00, expenses: $68,343.34. filed by Regina Griffin (Filed: 5/4/2011) [ECF No. 4055].

    Related Documents:

    A.     Notice of Hearing on Sixth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from October 1, 2010 Through January 31, 2011 (related document(s) 4033, 4029, 4030, 4027, 4031, 4024, 4032, 4028, 4025, 4026, 4034, 4023, 4022) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 4/18/2011) [ECF No. 4035]

    B.     Affidavit of Service of Notice of Hearing on Sixth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from October 1, 2010 Through January 31, 2011 (related documents 4035) filed by Marc E. Hirschfield on behalf of Irving H. Picard. (Filed: 5/31/2011) [ECF No. 4114]

    C.     Amended Notice of Hearing on Sixth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants From October 1, 2010 Through January 31, 2011 (related document(s) 4052, 4053, 4035) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 5/4/2011) [ECF No. 4054]

    D.     Affidavit of Service of Motion for an Order Approving an Initial Allocation of Property to the Fund of Customer Property and Authorizing an Interim Distribution to Customers, Affidavit of Matthew Cohen, and Amended Notice of Hearing on Sixth Applications for Interim Compensation (related document(s) 4054, 4048, 4049) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 5/12/2011) [ECF No. 4065]

    Objections Due:     May 25, 2011

    Objections Filed:

    E.     Objection to Sixth Applications of Irving H. Picard, Trustee, and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from October 1, 2010 through January 31, 2011 (related document 4022) filed by Helen Chaitman on behalf of Marsha Peshkin (Filed: 5/25/2011) [ECF No. 4088]

300164315      - 4 -

Responses Filed:

F.        Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Sixth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses (related document 4022) filed by Josephine Wang on behalf of Securities Investor Protection Corporation  (Filed: 5/27/2011) [ECF No. 4098]

G.        Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses (related document 4052, 4053, 4029, 4030, 4031, 4024, 4032, 4028, 4025, 4034) filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed:  5/27/2011) [ECF No. 4101]

H.        Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of the Amended Fifth Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses (related documents 4055) filed by Josephine Wang on behalf of Securities Investor Protection Corporation  (Filed:  5/27/2010) [ECF No. 4103]

I.        Response / Trustee's Reply to Objection to Sixth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2010 through January 31, 2011 (related document(s) 4088, 4022) filed by David J. Sheehan on behalf of Irving H. Picard  (Filed:  5/27/2010) [ECF No. 4109]

J.        Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of First Application of Young Conaway Stargatt & Taylor LLP, for Interim Compensation and Reimbursement of Expenses (related document 4033) filed by Josephine Wang on behalf of Securities Investor Protection Corporation.  (Filed:  5/27/2010) [ECF No. 4105]

Related Documents

K.        Certificate of Service of Objection to Sixth Applications of Irving H. Picard, Trustee, and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from October 1, 2010 through January 31, 2011 (related document 4088) filed by Helen Chaitman on behalf of Marsha Peshkin  (Filed 5/25/2011) [ECF No. 4090]

L.        Certificate of Service for Recommendation of the Securities Investor Protection Corporation in Support of Sixth Application of Trustee and Counsel for Interim

        Compensation and Reimbursement of Expenses (related document 4098) filed by Josephine Wang on behalf of Securities Investor Protection Corporation  (Filed 5/27/2011) [ECF No. 4099]

    M.    Certificate of Service for Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses (related document 4101) filed by Josephine Wang on behalf of Securities Investor Protection Corporation  (Filed 5/27/2011) [ECF No. 4102]

    N.    Certificate of Service for the Recommendation of the Securities Investor Protection Corporation in Support of the Amended Fifth Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses (related document 4103) filed by Josephine Wang on behalf of Securities Investor Protection Corporation  (Filed 5/27/2011) [ECF No. 4104]

    O.    Affidavit of Service of Trustee's Reply to Objection to Sixth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2010 through January 31, 2011.  (Filed:  5/31/2011) [ECF No. 4113]

    P.    Letter of Helen Davis Chaitman to the Honorable Burton R. Lifland (related document(s) 4088, 4109) filed by Helen Chaitman on behalf of Marsha Peshkin.  (Filed:  5/31/2011) [ECF No. 4116]

17.    Motion to Approve Trustee's Motion For Entry of Litigation Protective Order filed by David J. Sheehan on behalf of Irving H. Picard.  (Filed 2/1/2011) [ECF No. 3819]

<u>Related Documents</u>:

    A.    Affidavit of Service *of Trustee's Motion for Entry of Litigation Protective Order* (related document(s) 3821) filed by David J. Sheehan on behalf of Irving H. Picard  (Filed:  2/2/2011) [ECF No. 3821]

<u>Objections Due</u>:                  March 2, 2011

<u>Objections Filed</u>:

    B.    Objection to the Trustees Motion for Entry of Litigation Protective Order (related document 3819) filed by Marshall R. King on behalf of UBS AG (Filed: 3/2/2011) [ECF No. 3882]

    C.    Objection to Trustee's Motion for Entry of Litigation Protective Order and Proposed Order (related document 3819) filed by Joseph P. Moodhe on behalf of

|   |   |
|---|---|
|   | Notz, Stucki Management (Bermuda) Limited, Plaza Investments International Limited (Filed: 3/2/2011) [ECF No. 3884] |
| D. | Objection /Partial Objection to Trustee's Motion for Entry of a Litigation Protective Order (related document 3819) filed by Michael E. Wiles on behalf of Thema Wise Investments Limited, Thema Fund Limited, Lagoon Investment Limited, Hermes International Fund Limited, Thema International Fund PLC (Filed: 3/2/2011) [ECF No. 3888] |
| E. | Objection to Trustee's Motion for Entry of a Litigation Protective Order (related document 3819) filed by Mark McDermott on behalf of UniCredit S.p.A (Filed: 3/2/2011) [ECF No. 3889] |
| F. | Objection to Trustee's Motion for Entry of a Litigation Protective Order (related document 3819) filed by Meredith L. Turner on behalf of J.P. Morgan Chase Bank, N.A. (Filed: 3/2/2011) [ECF No. 3890] |
| G. | Objection / Joinder of JPMorgan's and UBS's Objections and Further Objections of the HSBC Defendants to the Trustee's Motion for Entry of a Litigation Protective Order, dated March 2, 2011 (related document 3819) filed by Thomas J. Moloney on behalf of HSBC Bank USA, N.A., HSBC Institutional Trust Services (Bermuda) Limited, HSBC Securities Services (Ireland) Limited, HSBC Institutional Trust Services (Ireland) Limited, HSBC Securities Services (Luxembourg) S.A., HSBC Bank plc, HSBC Holdings plc. (Filed: 3/2/2011) [ECF No. 3891] |
| H. | Objection to Trustee's Motion for Entry of Litigation Protective Order, dated March 2, 2011 (related document 3890, 3819, 3882) filed by Carmine Boccuzzi on behalf of Citigroup Global Markets Limited (Filed: 3/2/2011) [ECF No. 3894] |
| I. | Objection to Trustee's Motion for Entry of a (New) Litigation Protective Order filed by Jeffrey A. Rosenthal on behalf of The Bank of New York Mellon Corporation (Filed: 3/2/2011) [ECF No. 3909] |

Related Documents

|   |   |
|---|---|
| J. | Affidavit of Service (related document 3882) filed by Marshall R. King on behalf of UBS AG (Filed 3/7/2011) [ECF No. 3898] |
| K. | Declaration of Marla A. Decker in Support of Joinder of JPMorgan's and UBS's Objections and Further Objections of the HSBC Defendants to the Trustee's Motion for Entry of a Litigation Protective Order, dated March 2, 2011 (related documents 3891, 3819) filed by Thomas J. Moloney on behalf of HSBC Bank USA, N.A., HSBC Bank plc, HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Limited, HSBC Securities Services (Ireland) Limited, HSBC Securities Services |

    (Luxembourg) S.A.. (Filed 3/2/2011) [ECF No. 3892]

  L. Certificate of Service of Richard V. Conza, dated March 3, 2011, (related documents 3891, 3892) filed by Thomas J. Moloney on behalf of HSBC Bank Bermuda Limited, HSBC Fund Services (Luxembourg) S.A., HSBC Private Bank (Suisse) S.A., HSBC Private Bank Holdings (Suisse) S.A., HSBC Bank (Cayman) Limited, HSBC Securities Services (Bermuda) Limited, HSBC Bank USA, N.A., HSBC Bank plc, HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Limited, HSBC Securities Services (Ireland) Limited, HSBC Securities Services (Luxembourg) S.A (Filed 3/3/2011) [ECF No. 3895]

  M. Certificate of Service of Richard V. Conza, dated March 3, 2011 (related document(s) 3894, 3893) filed by Carmine Boccuzzi on behalf of Citibank North America, Inc., Citibank, N.A., Citigroup Global Markets Limited. (Filed 3/3/2011) [ECF No. 3896]

  N. Certificate of Service (related document(s) 3889) filed by Mark McDermott on behalf of UniCredit S.p.A (Filed 3/7/2011) [ECF No. 3900]

18. [Updated] Motion to Approve Trustee's Motion For Entry of Litigation Protective Order filed by David J. Sheehan on behalf of Irving H. Picard.  (Filed 3/14/2011) [ECF No. 3928]

Related Documents:

  A. Affidavit of Service *of Trustee's Motion for Entry of Litigation Protective Order* (related document(s) 3928) filed by David J. Sheehan on behalf of Irving H. Picard  (Filed:  3/30/2011) [ECF No. 3980]

Objections Due:     March 24, 2011

 Objections Filed:

  B. Objection to Motion for Global Litigation Protective Order filed by Amy C. Gross on behalf of Certian Rosenwald Family and Entity Defendants (Filed:  3/23/2011) [ECF No. 3961]

  C. Objection / Amended Partial Objection to Trustee's Motion for Entry of a Litigation Protective Order (related document(s) 3819, 3888, 3928) filed by Michael E. Wiles on behalf of Hermes International Fund Limited, Lagoon Investment Limited, Thema Fund Limited, Thema International Fund PLC, Thema Wise Investments Limited  (Filed:  3/23/2011) [ECF No. 3963]

  D. Objection to Trustee's March 14, 2011 Motion for Entry of Litigation Protective

    Order and Proposed Order (related document 3928) filed by Joseph P. Moodhe on behalf of Notz, Stucki Management (Bermuda) Limited, Plaza Investments International Limited  (Filed:  3/23/2011) [ECF No. 3964]

Responses Filed:

E.    Response to Trustee's March 14, 2011 Motion for Entry of Litigation Protective Order re: Patrick Littaye (related document(s) 3819, 3928) filed by Moisand Boutin & Associes (Filed: 3/28/2011) [ECF No. 4036]

F.    The Trustee's Response to Objections to Motion for Entry of Litigation Protective Order (related document(s) 3891, 3889, 3909, 3961, 4036, 3964, 3890, 3819, 3888, 3892, 3963, 3928, 3894, 3882, 3884) filed by David J. Sheehan on behalf of Irving H. Picard (Filed:  5/26/2011) [ECF No. 4097]

Related Documents

G.    Affidavit of Service (related document 3961) of Certain Rosenwald Family and Entity Defendants' Submission Opposing the Trustee's Motion for a Global Litigation Protective Order filed by Amy C. Gross on behalf of Certian Rosenwald Family and Entity Defendants (Filed:  3/23/2011) [ECF No. 3962]

H.    Notice of Adjournment of Hearing on the Trustee's Motion for Entry of a Litigation Protective Order (related document 3928) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed:  3/31/2011) [ECF No. 3996]

I.    Affidavit of Service of Notice of Adjournment of Hearing on the Trustee's Motion for Entry of a Litigation Protective Order (related document 3996) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed:  3/31/2011) [ECF No. 3997]

J.    Notice of Adjournment of Hearing on the Trustee's Motion for Entry of a Litigation Protective Order (related document(s) 3928) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed:  5/19/2011) [ECF No. 4083]

K.    Affidavit of Service of Notice of Adjournment of Hearing on the Trustee's Motion for Entry of a Litigation Protective Order (related document 4083) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed:  3/31/2011) [ECF No. 4112]

L.    Affidavit of Service of Trustee's Response to Objections to Motion for Entry of Litigation Protective Order (related documents 4097) filed by Marc E. Hirschfield on behalf of Irving H. Picard.  (Filed:  5/31/2011) [ECF No. 4115]

## UNCONTESTED MATTERS


**Picard v. Morgan, et al.; Adv. Pro. No. 10-5328**

19. Notice of Motion for an Order Pursuant to Federal Rule 25(A)(1) Substituting Defendant and Continuing Actionfiled by Marc Hirschfield on behalf of Irving H. Picard (Filed: 5/3/2011) [Docket No. 4]

Relate Documents

    A.    Affidavit of Service of Notice of Motion for an Order Pursuant to Federal Rule 25(A)(1) Substituting Defendant and Continuing Action filed by Marc Hirschfield on behalf of Irving H. Picard (Filed: 5/12/2011) [Docket No. 5]

Additional Filings

    B.    Notice of Adjournment of Hearing on Motion for an Order Pursuant to Federal Rule 25(A)(1) Substituting Defendant and Continuing Action filed by Marc Hirschfield on behalf of Irving H. Picard (Filed: 5/31/2011) [Docket No. 8]

Status: This matter has been adjourned.

Dated: New York, New York
       May 31, 2011

**BAKER & HOSTETLER LLP**

By:    s/Marc E. Hirschfield
          Baker & Hostetler LLP
          45 Rockefeller Plaza
          New York, NY 10111
          Telephone: (212) 589-4200
          Facsimile: (212) 589-4201
          David J. Sheehan
          Email: dsheehan@bakerlaw.com
          Marc E. Hirschfield
          Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*