Helen Davis Chaitman (4266)
Becker & Poliakoff LLP
45 Broadway
New York, NY 10006
hchaitman@becker-poliakoff.com

*Attorneys for Marsha Peshkin and over*
*800 other Customers of Bernard L.*
*Madoff Investment Securities LLC as*
*Listed on Exhibit A*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Julie Gorchkova, hereby certify that on May 31, 2011, I caused a true and correct copy

of the **Letter of Helen Davis Chaitman to the Honorable Burton R. Lifland** to be filed

electronically and hand-delivered to the Court, and served upon the parties in this action who

receive electronic service through CM/ECF, and served by electronic mail upon:

David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4688
dsheehan@bakerlaw.com
*Attorneys for Irving H. Picard, Trustee*

Josephine Wang, Esq.
Securities Investor Protection Corporation
805 15th Street, NW
Suite 800
Washington, DC 20005
Telephone: 202-371-8300
jwang@sipc.org
*Attorneys for Securities Investor Protection Corporation*

May 31, 2011

/s/ *Julie Gorchkova*