LOWENSTEIN SANDLER PC
Norman N. Kinel
Terence D. Watson
1251 Avenue of the Americas
18th Floor
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

Attorneys for John V. O'Neill

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

## CERTIFICATION OF SERVICE

I, Gina C. Buccellato, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler PC, counsel to John V. O'Neil, in the above-captioned proceeding.

2. On May 31, 2011, the following documents were e-filed with the United States Bankruptcy Court for the Southern District of New York and served electronically via the Court's PACER system upon those parties entitled to receive electronic notification. These documents were also served on the parties listed on the annexed Exhibit "A" as indicated.

- Objection of John V. O'Neill to Trustee's Determination of Claim;

- Objection of John V. O'Neil to Trustee's Determination of Claim on behalf of Keenan, Malladi & O'Neill, P.C.;

- Objection of Justin J. O'Neil to Trustee's Determination of Claim; and

- Objection of Megan E. O'Neil to Trustee's Determination of Claim.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

Dated: May 31, 2011

/s/ Gina C. Buccellato
Gina C. Buccellato

# EXHIBIT "A"

**Via Federal Express**
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

**Via Hand Delivery**
Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockerfeller Plaza
New York, New York 10111