UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS        )
                      )   ss:
COUNTY OF DALLAS      )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 1, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A.  Notice of Transfer of Allowed Claim (Transfer Number T000109).

Executed on ___June 1___, 2011

_____
John S. Franks

Sworn to and subscribed before me this __1st__ day of __June__, 2011

_____              _____
(SEAL)                                                    Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 4900109**

6/1/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | CVF Lux Master S.a.r.l. | Attn: Teri Salberg | c/o Carval Investors | 12700 Whitewater Drive, MS 144 | Minnetonka | MN | 55343-9439 |