**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | **Adv. Pro No. 08-01789 (BRL)** |
| **Bernard L. Madoff Investment** ) | |
| **Securities LLC,** ) | **SIPA LIQUIDATION** |
| ) | |
| Debtor. ) | **(Substantively Consolidated)** |
| ) | |
| ) | |
| **Irving H. Picard, Trustee for the** ) | |
| **Liquidation of Bernard L. Madoff** ) | |
| **Investment Securities LLC,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **Adv. Pro. No. 09-1239 (BRL)** |
| vs. ) | |
| ) | |
| **Fairfield Sentry Limited, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| In re: ) | |
| ) | **Chapter 15 Case** |
| **Fairfield Sentry Limited, et al.,** ) | |
| ) | **Case No. 10-13164 (BRL)** |
| Debtors in Foreign Proceedings. ) | |
| ) | **(Jointly Administered)** |
| ) | |

**ORDER AUTHORIZING FOREIGN REPRESENTATIVES TO FILE UNDER
SEAL THE REPLY IN OPPOSITION TO DERIVATIVE PLAINTIFFS' (i)
OBJECTION TO SETTLEMENT AND, IN THE ALTERNATIVE, (ii) MOTION
TO STAY ANY APPROVAL PENDING APPEAL OF CHAPTER 15
RECOGNITION ORDER ISSUED IN CASE NO. 10-13164**

Upon consideration of the motion (the "Motion") for entry of an Order authorizing Kenneth Krys and Joanna Lau (the "Foreign Representatives"), to file under seal the *Foreign Representatives' Reply in Opposition to Derivative Plaintiffs' (i) Objection to Settlement and, in the Alternative, (ii) Motion to Stay any Approval Pending Appeal of Chapter 15 Recognition Order Issued in Case No. 10-13164* (the

"Opposition"), and file partially redacted versions of the Opposition on the Court's public docket for the above-captioned cases, it is hereby:

**ORDERED**, that the Motion be, and is hereby, GRANTED; and it is further

**ORDERED**, that the Foreign Representatives are authorized to file the Opposition under seal and to file partially redacted versions of the Opposition on the above-captioned public dockets pursuant to the *So-Ordered Stipulation Governing the Production and Use of Confidential Information* [Case No. 10-13164; Docket No. 18] and 11 U.S.C. § 107(b)(1); and it is further

**ORDERED**, that the Foreign Representatives are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

Dated:       June __, 2011
             New York, New York

  _____
  UNITED STATES BANKRUPTCY JUDGE

2