# EXHIBIT C

**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
(212) 209-4800
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 15 Case** |
| **Fairfield Sentry Limited, et al.,** ) | |
| ) | **Case No. 10-13164 (BRL)** |
| **Debtors in Foreign Proceedings.** ) | |
| ) | **Jointly Administered** |
| ) | |

**NOTICE PURSUANT TO 11 U.S.C. § 1518 OF HEARING BEFORE THE COMMERCIAL DIVISION OF THE HIGH COURT OF JUSTICE, BRITISH VIRGIN ISLANDS, TO CONSIDER APPROVAL OF THE AGREEMENT BY AND AMONG KENNETH KRYS AND JOANNA LAU, SOLELY IN THEIR RESPECTIVE CAPACITIES AS THE FOREIGN REPRESENTATIVES FOR AND JOINT LIQUIDATORS OF FAIRFIELD SENTRY LIMITED, FAIRFIELD SIGMA LIMITED, AND FAIRFIELD LAMBDA LIMITED, AND IRVING PICARD, AS TRUSTEE FOR THE SUBSTANTIVELY CONSOLIDATED LIQUIDATIONS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND BERNARD L. MADOFF**

Kenneth Krys and Joanna Lau (together with their predecessors, the "Foreign Representatives" or "Liquidators"), in their capacities as the duly appointed foreign representatives for, and joint liquidators of, Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited (collectively, the "Debtors"), debtors in these jointly administered Chapter 15 cases, through their United States attorneys Brown Rudnick LLP, hereby provide notice, pursuant to 11 U.S.C. § 1518, of the following:

1.      On or about May 9, 2011, the Liquidators and the Debtors, on the one hand, and Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidations (the "SIPA Proceeding") of Bernard L. Madoff Investment Securities LLC ("BLMIS") and Bernard L. Madoff, on the other hand, entered into an agreement (the "Agreement") resolving their respective claims against one another according to the terms set forth in the Agreement.

2.      The Agreement is subject to the approval of the Commercial Division of the High Court of Justice, British Virgin Islands (the "BVI Court"), on behalf of the Debtors' estates, and this Court, on behalf of the BLMIS estate in the SIPA Proceeding.  On May 13, 2011, the Foreign Representatives filed applications before the BVI Court, on behalf of each of the Debtors, seeking approval of the Agreement (the "Applications").  Copies of the Applications, along with the exhibits thereto (which include the Agreement and its exhibits), are attached hereto as Exhibit A.

3.      ***A hearing before the BVI Court to consider approval of the Application has been scheduled for June 8, 2011 at 10:00 a.m. (British Virgin Islands time)***.[1]  Any interested party that wishes to be heard on the Applications, or make a submission to the BVI Court in connection therewith, may do so in accordance with British Virgin Islands law and procedure. Interested parties may obtain additional information concerning the Applications and the June 8, 2011 hearing by contacting William Hare of Forbes Hare (phone: 1-284-494-1890; e-mail: william.hare@forbeshare.com), the Foreign Representatives' general counsel.

---

[1]     As this Court is aware, a hearing in the SIPA Proceeding to consider approval of the Agreement has been scheduled for June 7, 2011. See *Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002(a)(3) and 9019(a) of the Federal Rules of Bankruptcy Procedure Approving An Agreement by and Between the Trustee and Kenneth Krys and Joanna Lau, Solely in Their Respective Capacities as the Foreign Representatives for and Joint Liquidators of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited*, filed on the docket for *Picard v. Fairfield Sentry Ltd. et al.*, Adv. Pro. No. 09-01239 (BRL) [Dckt. No. 69].

2

Dated:  May 13, 2011
        New York, New York

                **BROWN RUDNICK LLP**

                By:  /s/ David J. Molton
                    David J. Molton
                    May Orenstein
                    Daniel J. Saval
                    Kerry L. Quinn

                Seven Times Square
                New York, New York 10036
                (212) 209-4800

                *Attorneys for the Foreign Representatives*