**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
(212) 209-4800
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Adv. Pro No. 08-01789 (BRL)** |
| **Bernard L. Madoff Investment Securities LLC,** | **SIPA LIQUIDATION** |
| Debtor. | **(Substantively Consolidated)** |
| **Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,** | |
| Plaintiffs, | **Adv. Pro. No. 09-1239 (BRL)** |
| vs. | |
| **Fairfield Sentry Limited, et al.,** | |
| Defendants. | |
| **In re:** | **Chapter 15 Case** |
| **Fairfield Sentry Limited, et al.,** | **Case No. 10-13164 (BRL)** |
| Debtors in Foreign Proceedings. | **(Jointly Administered)** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Christopher M. Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

On the 2nd day of June, 2011, I caused to be served true copies of the following documents:

> Motion For Entry of An Order Authorizing Foreign Representatives To File Under Seal The Reply In Opposition To Derivative Plaintiffs' (i) Objection To Settlement And, In The Alternative, (ii) Motion To Stay Any Approval Pending Appeal of Chapter 15 Recognition Order Issued In Case No. 10-13164;

> **REDACTED** Version of Foreign Representatives' Reply In Opposition To Derivative Plaintiffs' (I) Objection To Settlement And, In The Alternative, (II) "Motion" To Stay Any Approval Pending Appeal of Chapter 15 Recognition Order Issued In Case No. 10-13164 And;

> Declaration of William Hare In Support of Foreign Representatives' Reply In Opposition To Derivative Plaintiffs' (I) Objection To Settlement And, In The Alternative, (II) "Motion" To Stay Any Approval Pending Appeal of Chapter 15 Recognition Order Issued In Case No. 10-13164

on the parties listed on the attached service list by first class mail with postage prepaid.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Christopher Michael Lau Kamg_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Christopher M. Lau Kamg, Paralegal

Sworn to before me this
3rd day of June, 2011.

_/s/ Amy J. Cunningham_____
Notary Public, State of New York

No. 01CU6004605
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 23, 2014

**Irving H. Picard, as Trustee**
**David J. Sheehan**
**Mark Kornfeld**
**Marc E. Hirschfeld**

**Baker & Hostetler LLP**
**45 Rockefeller Plaza, 11th Floor**
**New York, New York 10111**

**Internal Revenue Service**
**District Director**
**290 Broadway**
**New York, New York 10008**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**Post Office Box 21126**
**Philadelphia, PA 19114**

**U.S. Department of Justice, Tax Division**
**Box 55**
**Ben Franklin Station**
**Washington, DC 20044**

**Thomas L. Long**
**Sherri B. Lazear**

**Baker & Hostetler LLP**
**Capital Square, Suite 2100**
**65 East State Street**
**Columbus, Ohio 43215-4260**

**Joseph T. Nadkarni**

**Office of The United States Trustee**
**33 Whitehall Street, 21st Floor**
**New York, New York 10004**

| | |
|---|---|
| **Robert Alan Wallner**<br>**Kent Andrew Bronson**<br>**Kristi Stahnke McGregor**<br><br>**Milberg LLP**<br>**One Pennsylvania Plaza, 49th Floor**<br>**New York, New York  10119** | **Stephen A. Weiss**<br>**Christopher M. Van de Kieft**<br>**Parvin Aminolroaya**<br><br>**Seeger Weiss LLP**<br>**One William Street**<br>**New York, New York 10004** |
| **Robinson B. Lacy**<br><br>**Sullivan & Cromwell LLP**<br>**125 Broad Street**<br>**New York, New York 10004** | **Heather Lamberg Kafele**<br><br>**Sherman & Sterling LLP**<br>**801 Pennsylvania Avenue, NW**<br>**Suite 900**<br>**Washington, DC 20004-2634** |