**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
(212) 209-4800
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) | |
| ) | **Adv. Pro No. 08-01789 (BRL)** |
| **Bernard L. Madoff Investment** ) | |
| **Securities LLC,** ) | **SIPA LIQUIDATION** |
| ) | |
| Debtor. ) | **(Substantively Consolidated)** |
| ) | |
| ) | |
| **Irving H. Picard, Trustee for the** ) | |
| **Liquidation of Bernard L. Madoff** ) | |
| **Investment Securities LLC,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **Adv. Pro. No. 09-1239 (BRL)** |
| vs. ) | |
| ) | |
| **Fairfield Sentry Limited, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| **In re:** ) | |
| ) | **Chapter 15 Case** |
| **Fairfield Sentry Limited, et al.,** ) | |
| ) | **Case No. 10-13164 (BRL)** |
| Debtors in Foreign Proceedings. ) | |
| ) | **(Jointly Administered)** |
| ) | |

- 1 -

**NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF AN ORDER
AUTHORIZING FOREIGN REPRESENTATIVES TO FILE UNDER SEAL
THE REPLY IN OPPOSITION TO DERIVATIVE PLAINTIFFS'
(I) OBJECTION TO SETTLEMENT AND, IN THE ALTERNATIVE,
(II) MOTION TO STAY ANY APPROVAL PENDING APPEAL OF
<u>CHAPTER 15 RECOGNITION ORDER ISSUED IN CASE NO. 10-13164</u>**

PLEASE TAKE NOTICE that Kenneth Krys and Joanna Lau, in their capacities as the duly appointed foreign representatives for, and joint liquidators of, Fairfield Sentry Limited (in liquidation), Fairfield Sigma Limited (in liquidation), and Fairfield Lambda Limited (in liquidation), through their United States attorneys Brown Rudnick LLP, hereby withdraw their Motion For Entry of An Order Authorizing Foreign Representatives To File Under Seal The Reply In Opposition To Derivative Plaintiffs' (i) Objection To Settlement And, In The Alternative, (ii) Motion To Stay Any Approval Pending Appeal of Chapter 15 Recognition Order Issued In Case No. 10-13164 Docket No. 4131 in Case No. 08-1789; Docket No. 81 in Case No. 09-1239; Docket No. 430 in Case No. 10-13164.

- 3 -

Dated: June 6, 2011
New York, New York

**BROWN RUDNICK LLP**

By: /s/ David Molton
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn

Seven Times Square
New York, New York 10036
(212) 209-4800

*Attorneys for the Foreign Representatives*