**MILBERG LLP**
One Pennsylvania Plaza
New York, New York 10119
Tel.: (212) 594-5300

**SEEGER WEISS LLP**
One William Street
New York, New York 10004
Tel.: (212) 584-0700

*Attorneys for Morning Mist Holdings Limited and Miguel Lomeli*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————x

In re:

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

                 Debtor,

-------------------------------------------------------------

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

                 Plaintiffs,

    vs.

FAIRFIELD SENTRY LIMITED, et al.,

                 Defendants.

——————————————————————x

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Pro. No. 09-1239 (BRL)

*<u>caption continued on next page</u>*

```
─────────────────────────────────── x
                                    :
In re:                              :   Chapter 15 Case
                                    :
FAIRFIELD SENTRY LIMITED, et al.,   :   Case No. 10-13164 (BRL)
                                    :   Jointly Administered
        Debtors in Foreign Proceedings. :
                                    :
─────────────────────────────────── x
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 6, 2011, I caused a copy of the following document:

DERIVATIVE PLAINTIFFS' REPLY IN FURTHER SUPPORT OF (i) OBJECTION TO SETTLEMENT AND, IN THE ALTERNATIVE, (ii) MOTION TO STAY ANY APPROVAL PENDING APPEAL OF CHAPTER 15 RECOGNITION ORDER ISSUED IN CASE NO. 10-13164

to be served as follows:

1. through the ECF system in the above-captioned cases;

2. by mail, postage prepaid, upon the following:

   Baker & Hostetler LLP
   45 Rockefeller Plaza
   New York, New York 1011
      Attn: David Sheehan and Mark Kornfeld

   Brown Rudnick LLP
   Seven Timers Square
   New York, New York 10036
      Attn: David J. Molton

   Joseph T. Nadkarni
   Office of the U.S. Trustee
   33 Whitehall Street
   21st Floor
   New York, NY 10004

        -and-

3. by email, upon the persons (among others) listed on Exhibit A hereto.

2

Dated: June 6, 2011                    Respectfully submitted,

**MILBERG LLP**

By: /s/ Robert A. Wallner
      Robert A. Wallner
One Pennsylvania Plaza
New York, New York 10119
Tel.: (212) 594-5300
Fax: (212) 868-1229
rwallner@milberg.com

*Attorneys for Morning Mist Holdings Limited and Miguel Lomeli*

## **EXHIBIT A**

Mark G. Cunha
Sara A. Ricciardi
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

William R. Maguire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Glenn Kurtz
Andrew W. Hammond
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Daniel R. Benson
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Kenneth A. Zitter
Law Offices of Kenneth A. Zitter
260 Madison Avenue
New York, NY 10016

Helen Virginia Cantwell
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Eliot Lauer
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178

David Sheehan
Mark Kornfeld
Marc Hirschfield
Thomas Long
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 1011

David Hoffner
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036

Andrew M. Genser
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022

Timothy A. Duffy
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Fraser L. Hunter
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

Jonathan D. Cogan
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

David J. Molton
Daniel J. Saval
May Orenstein
Kerry L. Quinn
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Lewis N. Brown
Amanda McGovern
Brown and Heller, P.A
2 South Biscayne Blvd., One Biscayne Tower
Miami, FL 33131

William Hare
Forbes Hare
Palm Grove House
P.O. Box 4649
Tortola VG 1110
British Virgin Islands

4

Joseph T. Nadkarni
Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

DOCS\560032v1

08-01789-cgm    Doc 4142    Filed 06/06/11    Entered 06/06/11 15:47:43    Main Document
Pg 5 of 5