BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Mark A. Kornfeld, Esq.
Email: mkornfeld@bakerlaw.com
Thomas L. Long
Email: tlong@bakerlaw.com
Gerald E. Ponto, Esq.
Email: gponto@bakerlaw.com
Timothy S. Pfeifer, Esq.
Email: tpfeifer@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Keith R. Murphy, Esq.
Email: kmurphy@bakerlaw.com
Jessie M. Gabriel, Esq.
Email: jgabriel@bakerlaw.com
Melissa L. Kosack, Esq.
Email: mkosack@bakerlaw.com
Michelle Kaplan, Esq.
Email: mkaplan@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF, | |

|                |
|----------------|
| Debtor.        |

# NOTICE OF AGENDA FOR MATTERS SCHEDULED
# FOR HEARINGS ON JUNE 7, 2011 AT 10:00 A.M.

## CONTESTED MATTERS

### Picard v. Fairfield; Adv. Pro. No. 09-1239

1. Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002(a)(3) and 9019(a) of the Federal Rules of Bankruptcy Procedure Approving An Agreement by and Between the Trustee and Kenneth Krys and Joanna Lau, Solely in Their Respective Capacities as the Foreign Representatives for and Joint Liquidators of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited filed by David J. Sheehan on behalf of Irving H. Picard. (Filed: 05/09/2011) [Docket No. 69]

Related Documents:

    A.    Affidavit of Service (related document(s) 69) filed by Marc E. Hirschfield on behalf of Irving H. Picard. (Filed: 05/16/2011) [Docket No. 70]

    B.    Affidavit of Service of the Notice of Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rule 2002(a)(3) and 9019(a) of the Federal Rules of Bankruptcy Procedure Approving an Agreement By and Between the Trustee and Kenneth Krys and Joanna Lau, Solely in their Respective Capabilities as the Foreign Representatives for and Joint Liquidators of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited (related document(s) 69 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard. (Filed: 05/19/2011) [Docket No. 72]

        Objection Deadline:    May 26, 2011

Objections Filed:

    C.    Objection to Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002(a)(3) and 9019(a) of the Federal Rules of Bankruptcy Procedure Approving an Agreement by and Between the Trustee and Kenneth Krys and Joanna Lau, Solely in their Respective Capacities as the Foreign Representatives for and Joint Liquidators of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited (related document(s) 69 ) filed by Robinson B. Lacy on behalf of Safra National Bank of New York. (Filed: 05/25/2011) [Docket No. 74]

    D.    Objection / Joinder of Banco Bilbao Vizcaya Argentaria, S.A. in the Objection of Safra National Bank of New York to Motion for Entry of Order (related

    document(s) 74 ) filed by Heather Lamberg Kafele on behalf of Banco Bilbao Vizcaya Argentaria, S.A.. (Filed: 05/26/2011) [Docket No. 75]

E.     Objection to Motion Derivative Plaintiffs' (i) Objection to Settlement and in the Alternative, (ii) Motion to Stay any Approval Pending Appeal of Chapter 15 Recognition Order Issued in Case No. 10-13164 filed by Robert A. Wallner on behalf of Morning Mist Holdings Limited, Miguel Lomeli. (Filed: 05/26/2011) [Docket No. 76]

Related Documents:

F.     Certificate of Service (related document(s) 74 ) filed by Robinson B. Lacy on behalf of Safra National Bank of New York. (Filed: 05/26/2011) [Docket No. 77]

G.     Certificate of Service (related document(s) 75 ) filed by Heather Lamberg Kafele on behalf of Banco Bilbao Vizcaya Argentaria, S.A.. (Filed: 05/26/2011) [Docket No. 78]

H.     Certificate of Service (related document(s) 76 ) filed by Robert A. Wallner on behalf of Miguel Lomeli, Morning Mist Holdings Limited. (Filed: 05/27/2011) [Docket No. 79]

Replies Filed:

I.     Response Trustee Irving H. Picard's Response to the Objections to the Settlement Between the Trustee and the Foreign Representatives for and Joint Liquidators of Fairfield Sentry Limited, Fairfield Sigma Limited and Fairfield Lambda Limited (related document(s) 69 , 74 , 76 , 75 ) filed by David J. Sheehan on behalf of Irving H. Picard. (Filed: 06/02/2011) [Docket No. 80]

J.     Reply to Motion (UNREDACTED) Foreign Representatives' Reply In Opposition To Derivative Plaintiffs' (I) Objection To Settlement And, In The Alternative, (II)"Motion" To Stay Any Approval Pending Appeal of Chapter 15 Recognition Order Issued In Case No. 10-13164 (related document(s) 81 ) filed by David Molton on behalf of Fairfield Sentry Limited (In Liquidation). (Filed: 06/06/2011) [Docket No. 89]

K.     Reply to Motion Derivative Plaintiffs' Reply in Further Support of (i) Objection to Settlement and, In the Alternatve, (ii) Motion to Stay any Approval Pending Appeal of Chapter 15 Recognition Order Issued in Case No. 10-13164 filed by Robert A. Wallner on behalf of Miguel Lomeli, Morning Mist Holdings Limited. (Filed: 06/06/2011) [Docket No. 86]

300165163.1     - 3 -

Related Documents:

L. Affidavit of Service of Trustee Irving H. Picard's Response to the Objections to the Settlement Between the Trustee and the Foreign Representatives for and Joint Liquidators of Fairfield Sentry Limited, Fairfield Sigma Limited and Fairfield Lambda Limited (related document(s) 80 ) filed by David J. Sheehan on behalf of Irving H. Picard. (Filed: 06/06/2011) [Docket No. 87]

M. Declaration of William Hare In Support of Foreign Representatives' Reply In Opposition To Derivative Plaintiffs' (I) Objection To Settlement And, In The Alternative, (II)"Motion" To Stay Any Approval Pending Appeal of Chapter 15 Recognition Order Issued In Case No. 10-13164 (related document(s) 82 ) filed by David Molton on behalf of Fairfield Sentry Limited (In Liquidation). (Filed: 06/02/2011) [Docket No. 83]

N. Affidavit of Service of Christopher Michael Lau Kamg of Brown Rudnick LLP (related document(s) 83 , 82 , 81 ) filed by David Molton on behalf of Fairfield Sentry Limited (In Liquidation). (Filed: 06/03/2011) [Docket No. 84]

O. Affidavit of Service of Christopher M. Lau Kamg of Brown Rudnick LLP (related document(s) 89 , 88 ) filed by David Molton on behalf of Fairfield Sentry Limited (In Liquidation). (Filed: 06/06/2011) [Docket No. 90]

Status: This matter is going forward.

## UNCONTESTED MATTERS

### Picard v. Kingate Global Fund Ltd.; Adv. Pro. No. 09-1161

2. Motion for Leave to File a Third Amended Complaint filed by David J. Sheehan on behalf of Irving H. Picard. (Filed: 05/20/2011) [Docket No. 28]

    Objection Deadline:  June 2, 2011

Objections Filed:  None.

Related Documents:

A. Affidavit of Service (related document(s) 27) filed by Marc E. Hirschfield on behalf of Irving H. Picard. (Filed: 06/06/2011) [Docket No. 29]

Status: This matter is going forward.

Dated: New York, New York
      June 6, 2011

Respectfully submitted,

/s/Marc Hirschfield, Esq.
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:   (212) 589-4200
Facsimile:   (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Mark A. Kornfeld, Esq.
Email: mkornfeld@bakerlaw.com
Thomas L. Long
Email: tlong@bakerlaw.com
Gerald E. Ponto, Esq.
Email: gponto@bakerlaw.com
Timothy S. Pfeifer, Esq.
Email: tpfeifer@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Keith R. Murphy, Esq.
Email: kmurphy@bakerlaw.com
Jessie M. Gabriel, Esq.
Email: jgabriel@bakerlaw.com
Melissa L. Kosack, Esq.
Email: mkosack@bakerlaw.com
Michelle Kaplan, Esq.
Email: mkaplan@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*