UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) |
| Plaintiff-Applicant, | ) ) ) |
| v. | ) Adversary Proceeding ) No. 8-01789-BRL |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) ) ) ) |
| Defendant. | ) ) |

## AMENDED MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

NOW COMES William L. Chapman, Esq., a member in good standing of the bar of the State of New Hampshire and the bar of the United States District Court for the District of New Hampshire, and respectfully moves the Court pursuant to Local Rule 2090-1(b) to amend the Motion for Admission to Practice *Pro Hac* Vice, dated January 5, 2010, filed in this action, to correct the name of one of the claimants listed in that motion. The claimant was listed as "Henry T. DeNero & Sally S. DeNero, Claim No. 008057;" the correct name of the claimant is Henry T. DeNero & Nancy S. DeNero.

My mailing address is Orr & Reno, P.A., One Eagle Square, P.O. Box 3550, Concord, NH  03302-3550; and my e-mail address is wchapman@orr-reno.com.

WHEREFORE, William L. Chapman, Esq., respectfully urges the Court to grant this motion to amend and such other relief as may be just.

1

2

Date: June 8, 2011  By:   /s/ William L. Chapman

William L. Chapman (NH Bar No. 397)
One Eagle Square
P.O. Box 3550
Concord, NH 03302-3550
(603) 224-2381
wchapman@orr-reno.com

CERTIFICATE OF SERVICE

A copy of the foregoing motion has been sent this day, by First Class Mail to Irving H. Picard, Trustee.


Date: June 8, 2011    /s/ William L. Chapman
William L. Chapman


768917_1.DOC

2