**GROUPEMENT FINANCIER LTD.**
**KINGSTON CHAMBERS**
P.O. Box 173
Road Town
Tortola
British Virgin Islands



David Sheehan, Esq,
Judith A. Sleby, Esq,
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111

<u>By fax and by express mail</u>

cc  Clerk of United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004

<u>By express mail</u>

cc  Honorable Burton R. Lifland
One Bowling Green
New York, NY 10004

<u>By express mail</u>

Tortola, le 1er juin 2011

**Réf. :     SIPA Liquidation BLMIS**

Messieurs,

A la lecture d'un certain nombre d'articles et d'informations diffusées au public, nous avons appris que votre cabinet avait présenté devant la « Bankruptcy Court for the Southern District of New York » une « MOTION FOR ENTRY OF LITIGATION PROTECTIVE ORDER ».

Cette motion aurait, notamment, pour objet de régir certains aspects tenant à la confidentialité des pièces produites dans le cadre de procédures judiciaires envisagées par le TRUSTEE de la société BLMIS.

Bien que notre fonds n'ait été rendu destinataire d'aucun acte judiciaire concernant cette motion, nous croyons comprendre que le TRUSTEE cherche à obtenir l'autorisation de communiquer et/ou divulguer les noms, adresse et qualité des investisseurs de notre fonds.

En raison des règles légales d'ordre public et des engagements contractuels auquel notre fonds est soumis, nous nous opposons formellement à toute communication et/ou divulgation de ces informations par quelques moyens que se soient.

Dans ces conditions, notre fonds est amené à formuler les plus expresses réserves de responsabilité quant aux suites qui seraient données à une toute divulgation faite et/ou information donnée, que ce soit à l'issue ou non d'une décision de la « Bankruptcy Court for the Southern District of New York » qui serait, en tout état de cause, à notre égard nulle et non opposable.

Enfin, nous nous réservons de rechercher l'entière responsabilité de tous ceux qui, à quel que titre que ce soit, viendraient à passer outre à la présente interdiction dûment motivée.

Veuillez croire, Messieurs, en l'assurance de notre considération distinguée.

*Director*