```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION        :
CORPORATION,                          :
                                      :   Adv. Pro. No. 08-01789 (BRL)
              Plaintiff-Applicant,    :
       v.                             :   SIPA LIQUIDATION
                                      :
BERNARD L. MADOFF INVESTMENT          :   (Substantively Consolidated)
SECURITIES LLC,                       :
                                      :
              Defendant.              :
------------------------------------------------------------X
In re:                                :
                                      :
BERNARD L. MADOFF,                    :
                                      :
              Debtor.                 :
------------------------------------------------------------X
IRVINE H. PICARD, Trustee for the Liquidation :
of Bernard L. Madoff Investment Securities LLC, :   Adv. Pro. No. 10-05423 (BRL)
                                      :
              Plaintiff,              :
                                      :
       v.                             :
BELFER TWO CORPORATION,               :
                                      :
              Defendant.              :
------------------------------------------------------------X
```

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the law firm of Schlam Stone & Dolan, A Limited Liability Partnership, is appearing in this action as counsel for defendant Belfer Two Corporation. Please take further notice that all papers and correspondence in this proceeding should be directed to this law firm.

Dated: New York, New York
       June 13, 2011

                                        **SCHLAM STONE & DOLAN LLP**

By: _/s/ Richard H. Dolan_____
Richard H. Dolan
Bennette D. Kramer
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400
Fax: (212) 344-7677
E-mail: bdk@schlamstone.com

*Attorneys for Defendant Belfer Two*
   *Corporation*