UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION : 
CORPORATION, :
: Adv. Pro. No. 08-01789 (BRL)
                Plaintiff-Applicant, :
     v. : SIPA LIQUIDATION
:
BERNARD L. MADOFF INVESTMENT : (Substantively Consolidated)
SECURITIES LLC, :
:
                Defendant. :
------------------------------------------------------------X
In re: :
:
BERNARD L. MADOFF, :
:
                Debtor. :
------------------------------------------------------------X
IRVINE H. PICARD, Trustee for the Liquidation :
of Bernard L. Madoff Investment Securities LLC, : Adv. Pro. No. 10-05423 (BRL)
:
                Plaintiff, :
:
     v. :
BELFER TWO CORPORATION, :
:
                Defendant. :
------------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

        PLEASE TAKE NOTICE that the law firm of Schlam Stone & Dolan, A Limited Liability Partnership, is appearing in this action as counsel for defendant Belfer Two Corporation. Please take further notice that all papers and correspondence in this proceeding should be directed to this law firm.

Dated: New York, New York
June 13, 2011

                           **SCHLAM STONE & DOLAN LLP**

                           By: _____
                           Richard H. Dolan
                           Bennette D. Kramer
                           26 Broadway
                           New York, NY 10004
                           Tel.: (212) 344-5400
                           Fax: (212) 344-7677
                           E-mail: bdk@schlamstone.com

                           *Attorneys for Defendant Belfer Two*
                              *Corporation*