BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>                   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

**NOTICE OF AMENDED AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON JUNE 15, 2011 AT 10:00 A.M.**

**UNCONTESTED MATTER**

**SIPC v. BLMIS; Adv. Pro. No. 08-1789**

1. Trustee's Motion For An Order Pursuant To Section 78fff(A) Of The Securities Investor Protection Act And Sections 363 And 105(A) Of The Bankruptcy Code Authorizing The Sale Of Estate Property  filed by Marc E. Hirschfield on behalf of Irving H. Picard,

300167028.1

Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 5/16/2011) [Docket No. 4069]

Related Documents:

A. Affidavit of Service of Trustee's Motion For An Order Pursuant To Section 78fff(A) Of The Securities Investor Protection Act And Sections 363 And 105(A) Of The Bankruptcy Code Authorizing The Sale Of Estate Property filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 6/13/2011) [Docket No. 4154]

Objection Deadline: June 8, 2011

Objections Filed: None filed

Status: This matter is going forward.

## CONTESTED MATTERS

### Picard v. Muus Independence Fund LP  Adv. Pro. No. 10-4445

2. Trustee's Motion for an Order Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure Extending the Time the Trustee May Effect Service of Process filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 4/21/201) [Docket No. 5]

Related Documents:

A. Affidavit of Service of Trustee's Motion for an Order Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure Extending the Time the Trustee May Effect Service of Process (related document 5) filed by filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 4/25/2011) [Docket No. 6]

Objection Deadline: April 29, 2011

Objections Filed:

B. Objection of Muus Independence Fund LP to the Trustee's Motion for an Order Extending the Time the Trustee May Effect Service of Process Filed by Robert J. Kaplan on behalf of Muus Independence Fund LP (Filed: 4/29/2011) [Docket No. 9]

Related Documents:

C. Statement Under Rule 7007.1   Filed by Robert J. Kaplan on behalf of Muus Independence Fund LP (Filed:  4/29/2011) [Docket No. 8]

D. Proof of Service of Docket Nos. 7, 8 and 9 (related document 7, 8, 9) filed by Filed by Robert J. Kaplan on behalf of Muus Independence Fund LP (Filed: 4/29/2011) [Docket No. 10]

E. Letter to Hon. Burton R. Lifland re Docket No. 14 (related document 14) filed by Robert J. Kaplan on behalf of Muus Independence Fund LP (Filed:  5/26/2011) [Docket No. 15]

F. Certificate of Service for Docket No. 15 (related document(s) 15 ) filed by Filed by Robert J. Kaplan on behalf of Muus Independence Fund LP (Filed:  5/26/2011) [Docket No. 16]

Reply Filed:

G. Trustee's Reply to Objection to Trustees Motion for an Order Pursuant to Rule 4(M) of the Federal Rules of Civil Procedure Extending the Time the Trustee May Effect Service of Process (related documents 5, 9)  filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed: 5/25/2011) [Docket No. 14]

Related Documents:

H. Affidavit of Service of Trustee's Reply to Objection to Trustees Motion for an Order Pursuant to Rule 4(M) of the Federal Rules of Civil Procedure Extending the Time the Trustee May Effect Service of Process (related document 14) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC.  (Filed:  6/6/2011) [Docket No. 18]

Additional Filings:

I. Notice of Hearing on Trustee's Motion for an Order pursuant to Rule 4(m) of the Federal Rules of Civil Procedure Extending the Time the Trustee May Effect Service of Process (related document 5) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC.  (Filed:  6/6/2011) [Docket No. 17]

Status: This matter is going forward.

Dated: New York, New York  
　　　　June 14, 2011

Respectfully submitted,

/s/ *Marc E. Hirschfield*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:　(212) 589-4200
Facsimile:　(212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com
Patrick T. Campbell
Email: pcampbell@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*