Jessica L. Margolis
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: 212.999.5800
Fax: 212.999.5899
Email: jmargolis@wsgr.com

*Attorneys for Interested Party / Objector John E. Guinness, Trustee & the John E. Guinness Revocable Trust Dated June 11, 1992*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>    Plaintiff,<br><br>    v.<br><br>FAIRFIELD SENTRY LTD., *et al.*,<br><br>    Defendants. | Adv. Pro. No. 09-01239 |

**OBJECTION, AND JOINDER IN THE OBJECTION FILED JUNE 14, 2011 BY BOIES, SCHILLER & FLEXNER LLP ON BEHALF OF THE PARTIES DESIGNATED THEREIN AS THE "ANWAR PLAINTIFFS," TO THE TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER, WHICH MOTION WAS FILED PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002(a)(3) AND 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND SEEKS APPROVAL OF AGREEMENTS BY AND BETWEEN THE TRUSTEE, GREENWICH SENTRY, L.P. AND GREENWICH SENTRY PARTNERS, L.P.**

---

TO:    THE HONORABLE BURTON R. LIFLAND
       UNITED STATES BANKRUPTCY JUDGE

John E. Guinness, Trustee, and the John E. Guinness Revocable Trust Dated June 11, 1992, which is an interested person and a Limited Partner in Greenwich Sentry, L.P., hereby respectfully objects to the Trustee's Motion captioned above, for the reasons and on the bases stated in the Objection to the same filed by Boies Schiller & Flexner, LLP on June 14, 2011, on behalf of the parties designated therein as "the Anwar Plaintiffs," and respectfully joins in that Objection as well.

Dated: New York, New York
       June 14, 2011

Respectfully submitted,

/s/ Jessica Margolis

Jessica L. Margolis
WILSON SONSINI GOODRICH
  & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: 212.999.5800
Fax: 212.999.5899
Email: jmargolis@wsgr.com

J. Michael Murray (Ohio 0019626)*
jmmurray@bgmdlaw.com
Raymond V. Vasvari, Jr. (Ohio 0055538)*
rvasvari@bgmdlaw.com
BERKMAN, GORDON, MURRAY & DEVAN
55 Public Square Suite 2200
Cleveland, Ohio 44113-1949
Telephone 216.781-5245
Telecopier 216.781.8207

*Pro Hac Vice Motions Pending*

***Attorneys for Objector / Interested Party John E. Guinness, Trustee & the John E. Guinness Revocable Trust Dated June 11, 1992***