UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re: BERNARD L. MADOFF            Case No.: 08-01789
       INVESTMENT SECURITIES LLC,   Chapter ___

                          Debtor
-----------------------------------------------------------------x
IRVING H. PICARD, Trustee for the           Adversary Proceeding No.: 09-01239
Liquidation of Bernard L. Madoff Investment
Securities, LLC          Plaintiff
                    v.
FAIRFIELD SENTRY LTD. et al.

                          Defendant
-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, J. Michael Murray, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent John E. Guinness Revocable Trust, a interested person in the above-referenced ☐ case ☑ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Northern District of Ohio.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 14, 2011
Cleveland, Ohio, New York

Mailing Address:
Berkman, Gordon, Murray & DeVan
55 Public Square Suite 2200
Cleveland, Ohio 44113
E-mail address: jmmurray@bgmdlaw.com
Telephone number: (216) 781-5245

Raymond Vasvari - Attorney at Law
Notary Public - State of Ohio
Commission Has No Expiration Date
Section 147.03 RC