Jessica L. Margolis
WILSON SONSINI GOODRICH
  & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: 212.999.5800
Fax: 212.999.5899
Email: jmargolis@wsgr.com

*Attorneys for Interested Party / Objector John E. Guinness, Trustee & the John E. Guinness Revocable Trust Dated June 11, 1992*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC <br><br> Plaintiff, <br><br> v. <br><br> FAIRFIELD SENTRY LTD., *et al.*, <br><br> Defendants. | Adv. Pro. No. 09-01239 <br><br><br> **CERTIFICATE OF SERVICE** |

      I, Jessica L. Margolis, hereby certify that on June 14, 2011, I caused a true and correct copy of the **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE* (J. Michael Murray)** to be filed electronically with the Court and served upon the parties in this proceeding who receive electronic service through CM/ECF, and served by electronic mail and overnight delivery upon:

David J. Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Email: dsheehan@bakerlaw.com

Mark A. Kornfeld
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Email: mkornfeld@bakerlaw.com

Paul R. De Filippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
Email: pdefilippo@wmd-law.com

| | |
|---|---|
| Dated: New York, New York<br>       June 14, 2011 | Respectfully submitted,<br><br>/s/ Jessica Margolis<br><br>Jessica L. Margolis<br>WILSON SONSINI GOODRICH<br>  & ROSATI<br>PROFESSIONAL CORPORATION<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Tel: 212.999.5800<br>Fax: 212.999.5899<br>Email: jmargolis@wsgr.com<br><br>*Attorneys for Objector / Interested Party John E. Guinness, Trustee & the John E. Guinness Revocable Trust Dated June 11, 1992* |

1