UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: BERNARD L. MADOFF
INVESTMENT SECURITIES LLC,

                      Debtor

-----------------------------------------------------------x

IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff Investment
Securities, LLC      Plaintiff

                      v.

FAIRFIELD SENTRY LTD. et al.

                    Defendant

-----------------------------------------------------------x

Case No.: 08-01789

Chapter ___

Adversary Proceeding No.: 09-01239

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Raymond V. Vasvari, Jr._____, request admission, *pro hac vice*, before the Honorable Burton R. Lifland_____, to represent John E. Guinness Revocable Trust___, a interested person_____ in the above-referenced ☐ case ☑ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Ohio_____ and, if applicable, the bar of the U.S. District Court for the Northern District of Ohio_____.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 14, 2011
Cleveland, Ohio_____, New York

*Mailing Address:*

Berkman, Gordon, Murray & DeVan
55 Public Square Suite 2200
Cleveland, Ohio 44113
E-mail address: rvasvari@bgmdlaw.com
Telephone number: (216) 781-5245

[Notary Public seal - State of Ohio]