**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

                              Debtor

Case No.: 08-01789

Chapter ___

------------------------------------------------------------x

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC    Plaintiff

v.

FAIRFIELD SENTRY LTD, et al.

                              Defendant

Adversary Proceeding No.: 09-01239

------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Raymond V. Vasvari, Jr.  , to be admitted, ***pro hac vice***, to represent  John E. Guinness Revocable Trust  , (the "Client") a  n interested party  in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Ohio  and, if applicable, the bar of the U.S. District Court for the  Northern  District of  Ohio , it is hereby

**ORDERED**, that  Raymond V. Vasvari, Jr.  , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____

                                                                   UNITED STATES BANKRUPTCY JUDGE