**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
HCHAITMAN@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322

*Attorneys for Marsha Peshkin*
*and the investors listed on Exhibit A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
SECURITIES INVESTOR                                       :
PROTECTION CORPORATION,                                   :
:
               Plaintiff,          : Adv. Pro. No. 08-01789 (BRL)
:
        v.                              : SIPA LIQUIDATION
: (Substantively Consolidated)
BERNARD L. MADOFF INVESTMENT                              :
SECURITIES LLC,                                           :
:
               Defendant.          :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                    :
:
BERNARD L. MADOFF,                                        :
:
               Debtor.             :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF HELEN DAVIS CHAITMAN IN FURTHER SUPPORT OF MOTION TO COMPEL THE TRUSTEE TO PROVIDE A REPORT OF HIS <u>INVESTIGATIVE ACTIVITIES AND THE FINANCIAL AFFAIRS OF BLMIS</u>**

      I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

I am a partner with Becker & Poliakoff LLP, counsel to Marsha Peshkin, and a large group of other customers of Bernard L. Madoff Investment Securities Inc. ("BLMIS"). A non-exclusive list of my clients is set forth on **Exhibit A** attached hereto (the "Customers"). I am a member of the bars of New York and New Jersey, and of this Court. I submit this declaration in support of the Movants' motion to compel the Trustee to produce the underlying documents concerning his investigation into the affairs of BLMIS.

1. A true and correct copy of the June 3, 2011 letter from Congressman Scott Garrett, Chair of the House Subcommittee on Capital Markets, Insurance, and Government-Sponsored Enterprises, to Gene L. Dodaro, Comptroller General of the United States, is attached hereto as **Exhibit B**.

2. I declare under penalty of perjury that the foregoing is true and correct.

June 14, 2011                                             /s/ Helen Davis Chaitman