# EXHIBIT A

Investors represented by Becker & Poliakoff, LLP

Abbit, Linda Abbit Family Trust
Abbit, Linda Brodsky Irrevocable Trust
Abbit, Linda Trustee of the Survivors Trust Under the Brodsky Family Trust dated 1/9/02
Abel, David
Accu Plan Employees' Profit Sharing Trust
Ackerman Institute for the Family
Adler, Patricia A.
Allen Family Trust
Allen, Jeffrey H.
Allen, Laurel
Allen, Paul
Allen, Robert J.
Alpern, Amanda
Alpern, Jane
Alpern, Lewis
Ambrosino, Ronnie Sue
Arenson, Cynthia
Arenson, Ted
Aster Associates
Atwood Management Profit Sharing Plan
Avergon, Brad
Avergon, Cynthia
Avergon, Jacqueline
Avergon, Robert
Axelrod (John Porges)
Aymes, Barbara
Aymes, Bruce
Babcok, Kathryn
Bader, William
Baer, Beatrice
Baer, Stanley
Bartos, Adam P.
Bartos, The Celeste & Adam Bartos Charitable Trust
Benjamin, Carolyn Jean
Benjamin, Donald
Benzaia, Peter
Berezin, Evelyn
Berkowitz, Bertha & Calvin Berkowitz-Blau Foundation, Inc.
Berkwitz, Morrey
Bernfeld, Ellen
Bernfeld, H&E

Investors represented by Becker & Poliakoff, LLP

Bernfeld, Herbert
Bernfeld, Joint Venture
Bernfeld, Marilyn
Bernfeld, P&M Joint
Bessel, Henry
Bessell, Roz
Bevro Realty Corp. Defined Benefit Pension Plan
Bizzell, Gary
Bizzell, Sharon
Blaine, Andrea
Brandes, Julie P.
Braun, Martin L.
Breen, Rio
Breen, Suzanne
Breier Group
Breier, Anita
Breier, Margot
Brillante, Joyce
Brillante, Michael
Brodsky, Bert
Brodsky, Bert Brodsky Associates, Inc. Pension Plan
Brodsky, Muriel
Buckley, Brenda
Burich, Kelly
Burich, Megan
Busel, Joel IRA
Busel, Joel Revocable Trust
Busel, Sandra Revocable Trust
Butt, Lila A.
Canavan, Lissa as a member of Lapin Childrenn LLC
Carone Family Trust
Carone Gallery, Inc. Pension Trust
Carone Marital Trust #1 UTD 1-16-00
Carone Marital Trust #2 UTD 1-26-00
Carone, Matthew D. Carone Revocable Trust
Carroll, Sandra
Casey, Diarmuid
Castelli, Denis M.
Cavanaugh, Lisa
Chalek Associates LLC
Chalek, David

Investors represented by Becker & Poliakoff, LLP

Chalek, Isabel
Chalek, Mitchel
Chalek, Morton
Chalek, Richard M.
Chapman, Brenda Joyce
Cheng, Irene
Cholodenko, Paul
Cline, Edwin J.
Clothmasters, Inc.
Cohen William R.
Cohen, Betty
Cohen, Jesse L.
Cohen, Marcia
Cohen, Nancy Dver
Cohen, Nancy Dver Rev. Trust
Cohen, Ronald
Cohen, Teresa Redston
Cohn, Anna IRA
Cooney, Patricia T.
Cooney, Patrick
Corwin, Ronald D.
Cuenca Abela, Joaquin
Cummings, Bruce E.
Cummings, Lynn
Cutroneo, Garynn Rodner
Danels LP
Daniels, Annette
Daniels, Charles D.
Daprex
Davis, Walter
De Blacam, Hugh
De Vita, Michael T., Trustee
Decker, Jessica
Del Casino, Anne
Den Bleyker, Diane M.
Denton Family Irrevocable Trust
Denton Labriola, Susan
Diane Holmers
Dick, Estate of Jacob M. Dick
Dick, Jacob M. Dick Rev Living Trust DTD 4/6/01
Difazio, Carol

Investors represented by Becker & Poliakoff, LLP

Difazio, Frank

DiGiulian, Bruno L.

DiGiulian, Patsy R.

Dine, Elaine

Dine, Elaine Dine Living Trust Dated 5/12/06

Dunkle, Carolyn

Dunkle, Don

Durr, Robin

Dusek, Russell

Eaton, Richard G.

Ebel, Maureen Anne

Ehrlich, Leslie

Ehrlich, Stephen

Eisenstat, Susan

EMM Realty Corp

Engel, Barbara

Englebardt, Marvin

Englebardt, Marvin Englebardt Retirement Plan

Englebardt, Sabra

English, Alan

English, Rita

Ennis, Sheila E.

Epstein, Jane

Epstein, Joan

Epstein, Michael

Epstein, Muriel

Epstein, Randy

Epstein, Robert

Esteban, Fernando M.

Fairchild, Harriet

Falls, Sharon

FAS Partners L.P.

Feinberg, Norman

Feinberg, Sondra

Feldman Rous Grodin Epstein MD PA Profit Sharing Plan 6/25/82

Feldman, Ari

Feldman, Beth P.

Feldman, Beth P. Feldman Trust

Feldman, Mark S.

Feldman, Nancy

Ferber, Robert F.

Investors represented by Becker & Poliakoff, LLP

Figi, John Todd Figi Revocable Trust

Fisher, Carol

Fitzpatrick, John

Fogliano, Nicholas Jr Fogliano, Lynn JT WROS

Forrest, Kathleen

Forrest, Leonard

Forrest, Leonard Rev. Trust

Forrest, Marjorie

Forrest, Marjorie Rev. Trust

Forte, Joyce

Fox Family Partnership

Fox, Adele

Freshman, Frieda

Freshman, Frieda Freshman Rev Trust

Freshman, Walter Freshman Recovable Trust dtd 12/31/92

Freshman, Walter Freshman Trust A

Friedman, Constance

Friedman, Myra

Friedman, Richard

Friedman, Richard Credit Shelter Trust #226

Friedman, Richard Gabriel Friedman Trust #227

Friedman, Shirley

Frucht, Howard

Frucht, Howard & Carolyn Frucht Rev Trust

Gaba Partnership

Gaba, Barbara

Gaba, Richard

Gale, Etta M. Lazar and Melvin H. Gale J/T WROS

Gale, Leona

Gale, Melvin

Ganes, Gustine

Ganes, Sol

Gangji, Nur C.

Garten, James

Gattegno, Irrevocable Trust FBO Jennifer Gattegno

Gattegno, Judith

Investors represented by Becker & Poliakoff, LLP

Gennett, Martha S.

George, Allison

George, Christopher

Gersten, Beth

Getz, Robert N Getz, LLC

Getz, Robert N.

Getz, Robert N. LLC Pension Plan/Robert N. Getz Trustee

Getz, Steven S.

Gevirtz, Charles

Ginsburg, Carla H.

Glater, Michelle

Glodstein, David

Glodstein, Elaine Glodstein Revocable Trust

Glodstein, Susan

Goldsmith, Leslie

Goldstein, Elliot J. Goldstein MD PC Money Purchase Pension Trust

Goodman Capital Partners, L.P.

Goodman Holding, Inc.

Goodman, Abbey

Goodman, Andrew M.

Goodman, Audrey M.

Goodman, Bruce

Goodman, James M.

Goodman, Jerome

Goodman, Kevin

Goodman, Peter

Goodman, Philip

Goodman, The Jerome Goodman Children's Grat #1

Goodstein, Iris

Goodstein, Iris as TSTEE UAD 6/23/97

Gordon, Allen

Grant II, Edwin A.

Great Western Bank - Trust Department, as Trustee

Green, Jacqueline

Green, Wayne D.

Greene/Lederman LLC

Greenspan, Davina

Investors represented by Becker & Poliakoff, LLP

Greer, Sue

Greiff, James

Grobstein, Cheryl

Grobstein, Jack

Gross Associates

Gross, David

Gross, Herbert

Gross, Irma

Gross, Susan Epstein

Grosvenor Partners LTD

Guardian Angel Trust LLC

Guiducci Family Partnership

Guiducci, Dino

Guiducci, Mary

Guiducci, Sandra

Guttman, Ronald A.

Haber, Jerome

Haber, Ronald J.

Halio, Robert

Harmony Partnership

Harnick, Estate of Steven I. Harnick

Harnick, Martin R.

Harnick, Martin R. Harnick & Steve Norton Partners

Harnick, Pamela

Harnick, Steven I. Harnick Revocable Living Trust dated April 2, 2002

Harwood Holding Company II, Inc.

Harwood, Estelle

Harwood, Estelle Harwood Family Limited Partnership

Harwood, Estelle Harwood Revocable Trust

Harwood, Estelle Trust DTD 9/92

Harwood, Family Partnership

Harwood, Lowell

Harwood, Lowell Harwood & Craig HarwoodTrustee Charitable Remainder Trust

Harwood, Sanford

Harwood, Sanford Rev Trust DTD 2/10/98

Harwood, The Estelle Family Limited Partnership

Investors represented by Becker & Poliakoff, LLP

Harwood, The Sanford Harwood Family Limited Partnership

Harwood, Toby

Helford, Betty

Helford, Irwin

Heller, Ben

Heller, Benjamin T. Heller Irrevocable Trust

Heller, Patricia

Heller, Warren M.

Hendler, Gloria

Hendler, Gloria Hendler Revocable Trust

Henley, Robert

Herman, Jay

Herman, Sheila

Heyl, Judith Patience

Hiles, Heidi

Hill, Norma

Hirsch, Lee

Hirsch, Robert

Hirschhorn, Carla

Hirschhorn, Stanley

Hocatt, Philip A.

Hohl, Myrna

Holloway, Adam

Holloway, Alicia N.

Holloway, Don G.

Holloway, Scott W.

Holmers, Heidi

Hudson Investment Partners, LP

Hulnick, Elsie P.

Hulnick, George H.

Israel, Howard

Iuen, Alice

Iuen, Marvin F.

Izes, Jay M. (IRA)

JABA Associates

Jacob,  J. J., a minor by Lee Ann Mahrs Jacob

Investors represented by Becker & Poliakoff, LLP

Jacob, Matthew

Jacob, Steven

Jacobs, Edward M.

Jaffe Family Partnership

Jaffe, Colette

Jaffe, Gloria

Jaffe, Gloria S. Jaffe Investment Partnership

Jaffe, Manuel O.

Jaffe, Phillip

Jason, Shari Block

Jordan, James A. Living Trust

Jordan, James Allen

Jordan, Kenn Jordan Associates

Jungreis, Annette Trust

Jungreis, Irving Trust

Kajota, Saulius

Kamenstein, Carol L.

Kamenstein, David R.

Kamenstein, Peter D.

Kamenstein, Sloan G.

Kamenstein, Tracy D.

Kantor, Herbert C.

Kaye, Howard

Keller, Barbara

Keller, Gerald

Keller, Gerald and Barbara Keller Family Trust

Kiner, Barbara

Kiner, David

King, Andrea Dee

Kissinger, Eugenie

Kissinger, Eugenie Kissinger Trust U/A/D 12/6/99

Kissinger, John Frans

Kissinger, Thomas VanDrooge

Kissinger, Trust Under Agreement

Kissinger, W. B.  Rev TST 10/23/96

Kissinger, Walter

Investors represented by Becker & Poliakoff, LLP

Kissinger, Walter Kissinger Revocable Trust

Kissinger, William D.

Kissinger-Matray, Dana M.

Knopf de Esteban, Margaret

Koehler, H.C.

Kohl, Kenneth M.

Kohl, Myrna L.

Krakauer, Olga

Kringstein, Andrea

Kuntzman Family LLC;

Kurland, Renee

Kurland, Steven

Laks, Jason

Lange, Barbara June

Lapin Children LLC

Lapin, Robert C.

Lawrence-Keane, Loretta

Lazarus Investment Group

Lazarus Schy Family Partnership

Lazarus, Adam

Lazarus, Amber

Lazarus, Audra

Lazarus, Ida

Lazarus, Jared

Lazarus, Linda

Lazarus, Michael

Lazarus, Ronald

Lazarus, Terry

Lazarus, Zipora

Lazarus-Schy Family Partnership

Leeds, Ellen

Lees, Toby

LeFavor, Dana

Lefkowitz, Amanda

Lefkowitz, Ian

Lehrer, Eunice Chervony

Leonardi, Emilie

Libby, Elizabeth A.

Investors represented by Becker & Poliakoff, LLP

Libby, Stuart A.

Lissauer, Sharon

Liu, David

Login, Gerald

Lohse, GST Separate Trust FBO Sharon Lohse U/T/A/D 5/29/02

Long, Dora F.

Long, Richard P.

Low, Caren

Low, Frieda

Low, Gary

Low, Robert K.

Luker, Carol A.  (Carol A. Walsh - married name)

Luker, Donald P.

Luker, Kenneth S.

Luker, Robert C.

Luker, Robert C. Luker Family Partnership

Luker, Sharon R.

Lutsky, Madeline

M&M IN M LLC

Macaluso, Gaetano

Macaluso, Rosalinda

Marema, Dorothea

Marks, Andrea Joy

Marshall, Susanne S.

Marxen, Pamela K.

Mast, Rona

Masters Vacation Fund

Mayfair Bookkeeping Services Inc Mayfair Pension Plan

Mayfair Ventures

McKean, Olivia

McKean, Robert

Meyer, Cathy J.

MGM Associates, LLC

Michaelson, Susan

Michalove, Edwin

Miller Family Partnership

Miller Partnership

Miller Trust Partnership

Miller, Alice G. Miller Exemption Trust

Miller, Alice G. Miller Marital Trust

Miller, Bonnie

Investors represented by Becker & Poliakoff, LLP

Miller, Dorothy
Miller, Ellen Danessa
Miller, Jill
Miller, Kenneth A. MD Pension & Profit Sharing PL
Miller, Mark
Miller, Martin Miller Living Trust
Miller, Nancy
Miller, Philip
Miller, Steven A.
Miller, Steven F.
Miller, The EDM Miller Trust #1
Millison Investment Mgmt. Pension Plan
Millison, David
Millison, Henry
Millison, Julia
Mishkin Family Trust
Mishkin, Andrew
Mishkin, Ellen
Mishkin, Grace
Mishkin, Julia
Mishkin, William
Mishkin, William S.
Mishler, Dr. Ken Edward
MLSMK Investment Company c/o Stanley M. Katz
MMRN Associates
Moore, Barbara (Sopphia)
Morselife Foundation Inc.
Moskowitz, David
Moskowitz, Peter
Most, Michael
Murray, Callie
Murray, Christine
Murray, Ryan
Murray, Timothy
Myers, Keith
Nahas, Edmund A.
Natale, Barbara Natale Trust
New, James M.
New, James M. New Trust dtd 3/19/01
New, Laura W.
Newman, Abraham

Investors represented by Becker & Poliakoff, LLP

Newman, Mark

Newman, Rita

N-Highmark LLC

Nichols, Trisha

Norman Simons, Dara

Norman, Hannah

Norman, Hannah P. Revocable Trust

North Shore Child & Family Guidance Association, Inc.

Northeast Investment Club

Norton, Steve

Oasis, Russell

Oguss, Gerald M.

Oguss, Jane L.

Oguss, Leonard J. Oguss Trust

Oguss, Ronald A.

O'Neal Jr., Louis S.

O'Neal, Darlene

Oren Revocable Trust of Gail B. Oren DTD 9/8/95 Gail B. Oren Tstee

Ostenson-Murray, Callie A.

Oxbridge Associates, LP

P&S Associates General Partnership

Palko Associates General Partnership

Palmedo, Philip F.

Palmer Family Trust

Palmer, Blake

Palmer, Boyer F.

Palmer, Boyer H.

Palmer, Boyer H. Palmer Investment Account

Palmer, Brett

Palmer, Bruce N.

Palmer, Fern C.

Palmer, Fern Trust

Palmer, Kurt B.

Palmer, Kurt C.

Palmer, Oscar

Palmer, Ryan

Palmer, Sophia

Patience, Estate of Scott S. Patience

Paymer, Laurel

Peerstate Equity Fund LP

Peltzer, Bette Anne

Investors represented by Becker & Poliakoff, LLP

Perlman, Felice

Perlman, Sanford

Pesaturo, Penny

Peshkin, Marsha F.

Peshkin, Marsha Revocable Trust

Peskin, Diane

Peskin, Roger

Petito Investment Group, The, as Agent for J.X. Reynolds & Co. Deferred Profit Sharing Plan

Pillsbury, Edith A.

Placon2

Plafsky, Bernice

Plafsky, Nathan

Plateis, Marvin

Plateis, Roberta

Plati, Robert

Plati, Suzanne

Playso, Corinne G.

Podwill, Michael J.

Podwill, Robert R.

Poland, Richard S.

Posser, Jeffrey

Powell, Harvey L.

Preffer Family Trust

Preffer, Pamela

Preffer, Samuel

Preffer, Shirley

Pressman, William

Pressman, William Pressman, Inc.

R.D.A., a minor as beneficiary of the Article 8.1 Trust

Rabb Partners

Rabb, John

Rabb, Kenneth

Rabb, Leslie

Rabb, Sumire

Rabb, Susan

Rabb, Sylvia Rabb Trust

Rabb, Yuka

Radosh Butt, Laura B.

Radosh Partners

Radosh, Alaric P.

Radosh, Burnett H.

Investors represented by Becker & Poliakoff, LLP

Radosh, Danielle H.

Radosh, Jeremy L.

Radosh, Katherine M.

Radosh, Lee J.

Radosh, Rachel L.

Raines, Densel L.

RAR Entrepreneurial Fund Ltd.

Rautenberg, Marie S.

Realty Negotiators Inc. Defined Benefit Pension Plan

Rechler, Donald

Rechler, Donald & Judith Grandchildren Annual Exclusion GST Trust, Mitchell Rechler
Trustee

Rechler, Evelyn

Rechler, Glenn

Rechler, Gregg

Rechler, Judith

Rechler, Mark

Rechler, Mitchell

Rechler, Roger Rechler Revocable Trust

Rechler, Scott

Rechler, The Benjamin Ian Trust, Mitchell Rechler Trustee

Rechler, The Willi Trust, Mitchell Rechler Trustee

Rechler, Todd

Rechler, Trust F/B/O Glenn, Donald Rechler Trustee

Rechler, Trust F/B/O Mark, Donald Rechler Trustee

Rechler, Trust F/B/O Mitchell, Donald Rechler Trustee

Reckson Generation

Reed, Irwin B.

Reiss, Frances

Reynolds, James

Reynolds, James Reynolds' Deferred Profit Sharing Plan

Rhodes, Lenore Living Trust Rhodes, Eugene Living Trust TIC

Roberts Family Trust c/o Marvin Roberts

Roman, Joan

Roman, Robert

Rosamilia, Neva

Rosamilia, Nicholas S.

Rosen, Edith

Rosen, Rich

Rosen, Sam

Rosenthal, Alan

Investors represented by Becker & Poliakoff, LLP

Rosenthal, John

Rosenthal, Linda

Rosenthal, R.R. Associates

Rosenthal, R.R. Rosenthal Associates

Rosenthal, Robert

Roth, Alan

Roth, Jeannette

Roth, Lawrence

Rothschild Family Partnership

Rowan, Donna Jean

Rubin, George

Ryan By-Pass Trust

Ryan, Dan

Ryan, Lawrence J. By-Pass Trust Under Declaration of TST DTD Nov 20, 1991, Theresa R. Ryan Trustee

Ryan, T.R. Trustee

Ryan, Theresa R. Lawrence J. Ryan Trustees U/D/T 11/20/91

Ryan, Theresa Rose

S&P Associates General Partnership

Saland, Abraham

Sandalwood Debt Fund A, LP

Sandalwood Debt Fund B, LP

Sandberg, Iris B.

Sandberg, Joel B.

Sanders, E. Ann

Sanders, Ellen W.

Sandler Partners

Sandler, Alan

Sandler, Sandy

SAV005 BJM Diverse Prosperiti Ltd

SAV006 Gardenview Nominees (pty) Ltd.

SAV007 Grange Nominees Limited A/C RMB

SAV008 Equity 360 Ltd

SAV009 Patrice Michael Moyal

SAV010 Mimosa Finance Holdings Limited

SAV011 Pershing Nominees Ltd A/C CCCLT

SAV012 BJM Diverse Prosperiti Ltd – Sid Rebe

SAV013 Trafalgar Securities Ltd.

Savest, Ltd.

Savin, Barbara L.

Savin, Robert S.

Investors represented by Becker & Poliakoff, LLP

Schaffer, Donna
Schaffer, Elaine Revocable Trust
Schaffer, Elaine Ruth
Schaffer, Jeffrey
Schaffer, Keith
Schindler, Alice
Schrager, Hermene E. Trust
Schrager, Roy M.
Schrager, Roy M. Trust
Schupak, Belle
Schupak, Investment
Schupak, Lenore H.
Schupak, Nathan
Schupak, Steven
Schussel, Barry
Schussel, Roberta
Schwartz, Jonathan
Schwartz, Jonathan Trustee for Nancy Riehm
Schwartz, Richard
Schwartz, Roberta
Schwartz, Roberta Trust
Schy Family Partnersip
Schy, Abe
Schy, B.S., a minor, Abe Schy custodian
Schy, Doran
Schy, Elan
Schy, Ira
Schy, J.S., a minor, Abe Schy custodian
Schy, Lisa
Schy, M.S., a minor, Abe Schy custodian
Schy, Rose
Schy, Steve
Schy, Steven and Family
Sedgwick, Nicholas J.
Sedgwick, Robert B.
Seims, Sara
Seissler, Sheldon
Shankman, Dorothee
Shankman, Dorothee TOD Jeffrey Shankman & Susan Shankman Banker
Shankman, Jeffrey
Shankman, Trust Under the Will of Benjamin

Investors represented by Becker & Poliakoff, LLP

Shapiro, Adele

Shapiro, Collen

Shapiro, David

Shapiro, David Nominee

Shapiro, David Nominee #1

Shapiro, David Nominee #2

Shapiro, David Nominee #3

Shapiro, David Nominee #4

Shapiro, Deborah

Shapiro, Emily L.

Shapiro, Emily Lauren Shapiro 1989 Trust

Shapiro, Eric N.

Shapiro, Eric Nathan Shapiro 1989 Trust

Shapiro, Julie Beth

Shapiro, Julie Beth Shapiro 1989 Trust

Shapiro, Lindsay A.

Shapiro, Lindsay Beth Shapiro 1989 Trust

Shapiro, Richard B.

Shapiro, Robin L.

Shapiro, Susan and Michael Shapiro Memorial Foundation

Sherman, Rana

Sherman, Thomas

Shulman Family Corporation

Shulman, Alvin E.

Shulman, Alvin E. Shulman Pourover Trust

Shulman, Florence W.

Siegel, Irrevocable Trust FBO Ethan Siegel

Siegman, Henry

Siegman, Miriam Cantor

Silver, Florette Rev TST U/A/D 3/25/88

Silvera, Herbert

Silverstein, Robert, Pauline Silverstein Rev. Trust

Singer, Nina, Executor of the Estate of Laura P. Kaplan

Sirotkin, Lori

Snyder, Craig C.

Solomon, Jane Gray Solomon Trust

SPJ Investments, L.P.

Springer, Jeane Ungerleider

Springer, Noah U.

Springer, Trust Created by Joy Ungerleider-Mayerson U/A/D 1/31/88 F/B/O Noah U. Springer

Investors represented by Becker & Poliakoff, LLP

Sprung, Dennis as Executor of the Estate of Roger Rechler

Stacy, Festus & Helen Stacy Foundation, Inc.

Stein, Michael

Stenger, John

Stepelton, Brett

Stepelton, David W. Stepelton Family Trust

Stepelton, Douglas

Stepelton, Douglas Stepelton Trust

Stepelton, Jennifer

Stepelton, Sean

Stepelton, Virilee

Stern, Arlene

Stern, Eugene

Stony Brook Foundation

Sullivan, Ann

Sylvan Associates LLC

Szymanski, Carla Rev. Trust

Talanksy, Morris GRAT Dated 11/12/02

Talansky, Morris

Taylor, Jess L.

Teufel, Timothy

Teufel, Valerie

Tiletnick, Angela

Triangle Properties #39

Turk, Jeffrey

Turk, Marylin Turk Revocable Trust

Tzannes, John

Tzannes, Peter Basant

Tzannes, Robin

Unflat, Gunther

Unflat, Margaret

Ungerleider, Andrew

Ungerleider, Steven

Van Lanen, Delores GST Trust FBO Delores Van Lanen U/T/A/D/ 5/29/02

Van Lanen, Roy GST Separate Trust FBO Roy Van Lanen U/T/A/D/ 5/29/02

Vogel, Barbara

Vogel, Robert J.

Waldman, Linda

Wallick, Cindy

Warner, Jon G.

Warner, Robin L.

Investors represented by Becker & Poliakoff, LLP

WDG Associates Inc. Retirement Trust

Weaver, Tracey

Webster, Bonnie T.

Wechsler, Brad

Weinstein, Ronald

Weinstein, Sheryl

Weinstein, Sheryl as Executrix of Wasserman

Weintraub, Estate of Audrey Weintraub

Weintraub, Robert P.

Weintraub, Trust U/W/O/MorrisWeintraub

Weisfeld, Barry

Westphal, Nina

Whitman Partnership

Whitman Revocable Living Trust U/A/D/8/5/86, Bernard

Whitman Revocable Living Trust U/A/D/8/5/86, Judith

Whitman, Bernard

Whitman, Irene (deceased)

Whitman, Irene Whitman 1990 Trust U.A DTD 4/13/90

Whitman, Judith

Whitman, Robert

Wilansky Family Fund

Wilansky, Barry

Wilansky, David

Wilansky, Steven

Wilenitz, Evelyn Berezin

Wilenitz, Trust U/ART Fourth O/W/O Israel Wilenitz

Willis Jr., W. Waite

Wilson, Diane

Winco Real Estate SVCS CBPP 9/25/02

Wirick, Sybil

Wohl, George Wohl Partners LP

Wohl, Linda

Wohl, Ronald Gene Credit Shelter Trust

Yaffe, Beverly  (deceased - feb 13, 2001)

Yaffe, Robert

Yesod Fund

Zell-Breier, Sam

Zenkel, Lois

Zraick, DeLuca, Rich

Zraick, Edward