**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
HCHAITMAN@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322

*Attorneys for Marsha Peshkin*
*and the investors listed on Exhibit A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
SECURITIES INVESTOR :
PROTECTION CORPORATION, :
:
Plaintiff, :
: SIPA LIQUIDATION
v. : (Substantively Consolidated)
: Adv. Pro. No. 08-01789 (BRL)
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
:
Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: :
:
BERNARD L. MADOFF, :
:
Debtor. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE**

I, Chelsey Davis, hereby certify that on June 14, 2011 I caused a true and correct copy of the **Reply Brief In Further Support Of Motion To Compel The Trustee To Provide A Report Of His Investigative Activities And The Financial Affairs Of BLMIS** and the **Declaration Of Helen Davis Chaitman In Further Support Of Motion To Compel The**

**Trustee To Provide A Report Of His Investigative Activities And The Financial Affairs Of BLMIS** to be filed electronically with the Court, and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

>David J. Sheehan, Esq.
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 10111
>Telephone: 212-589-4688
>dsheehan@bakerlaw.com
>*Attorneys for Irving H. Picard, Trustee*
>
>Josephine Wang, Esq.
>Securities Investor Protection Corporation
>805 15th Street, NW
>Suite 800
>Washington, DC 20005
>Telephone: 202-371-8300
>jwang@sipc.org
>*Attorneys for Securities Investor Protection Corporation*

June 14, 2011

>>*/s/ Chelsey Davis*