**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

**ORDER PURSUANT TO SECTION 78fff(a) OF THE SECURITIES INVESTOR PROTECTION ACT SECTIONS 363 AND 105(a) OF THE BANKRUPTCY CODE AUTHORIZING THE SALE OF PROPERTY OF THE ESTATE**

  This matter came before the Court on June 15, 2011 on the motion (the "Motion")[1] [ECF No. 4069] of Irving H. Picard, as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and Bernard L. Madoff, for entry of an order pursuant to section 78fff(a) of Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA") and sections 363 and 105(a) of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), authorizing Trustee to retain an auctioneer to sell an Aston Martin automobile, title to which was formerly held by Peter Madoff, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein

in accordance with section 78eee(b)(4) of SIPA, and the Protective Decree, entered on December 15, 2008 by the United States District Court for the Southern District of New York in Case No. 08 CV 10791, and 28 U.S.C. §§ 157 and 1334; and it appearing that the relief requested by the Motion is necessary and in the best interests of the estate, its customers, and all parties in interest; and due notice of the Motion having been given, and it appearing that no other or further notice need be given; and the Court having determined that the Trustee articulated good, sufficient and sound business justifications for the retention of RM and the sale of the Aston Martin; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted therein; and upon the proceedings before the Court and after due deliberation, it is hereby

**ORDERED**, that the relief requested in the Motion is granted in its entirety; and it is further

**ORDERED**, that the Trustee is authorized to: (i) retain RM to transport, store, repair and sell the Aston Martin at the Monterey Auction in August, 2011; and (ii) to execute any necessary documents to implement the foregoing; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York
June 15, 2011

        /s/Burton R. Lifland
        HONORABLE BURTON R. LIFLAND
        UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.