June 11, 2011

To: Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, NY 10004

Ref: Bankruptcy Case # 08-1789 (BRL)

From: Alan Meyers - Claim #001640
Ellen Meyers - Claim #001641

82-10 256 Street
Floral Park, NY 11004

Phone: 516-724-1544
e-mail: Budgetextnyc@aol.com



This letter is being submitted as an objection to letters of denial dated April 29, 2011 sent from Irving H. Picard, Trustee for the liquidation of the business of Bernard L. Madoff Securities LLC. These letters were sent in error to the Westport National Bank, Westport, CT instead of to our permanent residence of: 82-10 256 St., Floral Park, NY 11004. Because of the delay in receiving these denial letters, Thomas Wearsch, ESQ with the Irving H. Picard law firm, has generously given us an extension to June 30, 2011 to submit these enclosed documents.

Note that copies of the original customer claims were sent registered mail to Irving H. Picard January 30, 2009 and a signed receipt is enclosed showing that these documents from Alan Meyers and Ellen Meyers were received by his office well before the deadline.

Additional supporting documents are being submitted for review which clearly shows that we both had active accounts at the Westport Bank, Westport, CT through PSCC, a feeder fund established September 16, 1991.

All of these documents clearly show that we had investments with BLM Investments and we trust that reimbursements will be made utilizing SIPC.

Sincerely,

Alan Meyers

Ellen Meyers

CC: Irving H. Piccard, Esq.