BELLOWS & BELLOWS, P.C.
209 South LaSalle Street, Suite 800
Chicago, Illinois  60604
Tel: (312) 332-3340
Fax: (312) 332-1190

Christopher L. Gallinari
cgallinari@bellowspc.com

*Counsel for Brian H. Gerber*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br> V. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br> Defendant. <br> In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA LIQUIDATION <br> (Substantively Consolidated) |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Christopher L. Gallinari, Esq., of the law firm of Bellows & Bellows, P.C., hereby enters his appearance as counsel for BRIAN H. GERBER, to represent him in connection with the above-captioned proceeding.

Pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, all notices given or required to be given in this proceeding, and all papers served or required to be served in this proceeding, shall be given to and served upon the undersigned.

Dated: June 15, 2011                                        Respectfully submitted,


                                                            By: /s/ Christopher L. Gallinari
                                                            Christopher L. Gallinari
                                                            BELLOWS & BELLOWS, P.C.
                                                            209 South LaSalle Street, Suite 800
                                                            Chicago, Illinois  60604
                                                            Tel: (312) 332-3340
                                                            Fax: (312) 332-1190
                                                            Email: cgallinari@bellowspc.com

                                                            *Counsel for Brian H. Gerber*