**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman, Esq. (4266)
45 Broadway
New York, New York 10006
HCHAITMAN@BECKER-POLIAKOFF.COM
*Attorneys for Marsha Peshkin and over 800*
*Other Customers of Bernard L. Madoff*
*Investment Securities LLC as Listed on*
*Exhibit A*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                               Plaintiff,<br><br>                  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                                               Defendant. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                                               Debtor. | Appeal No. _____ |

## NOTICE OF APPEAL

Marsha Peshkin and over 800 other investors in Bernard L. Madoff Investment Securities LLC, as listed on Exhibit A hereto ("Movants"), by their attorneys, Becker & Poliakoff, LLP, appeal under 28 U.S.C. § 158(a) from the Order of the bankruptcy judge Honorable Burton R. Lifland, titled "Order Approving Applications for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses" entered in this Adversary Proceeding on the 1st day of June, 2011, to the extent that it granted the sixth applications for interim compensation of Irving H. Picard, Trustee, and his counsel, Baker & Hostetler LLP (Doc # 4125).

1

The names of parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Irving H. Picard, Trustee<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: 212-589-4688 | David J. Sheehan, Esq.<br>Baker & Hostetler LLP<br>Counsel to the Trustee<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: 212-589-4616 |
| Diane and Roger Peskin<br>Becker & Poliakoff, LLP<br>45 Broadway<br>New York, NY 10006<br>Telephone: (212) 559-3322 | Kevin H. Bell, Esq.<br>Securities Investor Protection Corporation<br>805 15th Street, NW<br>Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 371-8300 |

June 15, 2011

                                          BECKER & POLIAKOFF, LLP

                                          By: /s/ Helen Davis Chaitman
                                          45 Broadway
                                          New York, NY 10006
                                          (212) 599-3322

                                          *Attorneys for Marsha Peshkin and over 800*
                                          *Other Customers of Bernard L. Madoff*
                                          *Investment Securities LLC as Listed on*
                                          *Exhibit A*

| | |
|---|---|
| United States Bankruptcy Court | Helen Davis Chaitman (4266) |
| Southern District of New York | Becker & Poliakoff, LLP |
| Adv. Pro. No. 08-01789 (BRL) | NOTICE OF APPEAL |

## SERVICE LIST

Irving H. Picard, Trustee
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4688

David J. Sheehan, Esq.
Baker & Hostetler LLP
Counsel to the Trustee
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4616

Marsha Peshkin and over 800 Other
Customers of Bernard L. Madoff
Investment Securities LLC as Listed on
Exhibit A
Becker & Poliakoff, LLP
45 Broadway
New York, NY 10006
Telephone: (212) 559-3322

Kevin H. Bell, Esq.
Securities Investor Protection Corporation
805 15th Street, NW
Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300