Helen Davis Chaitman (4266)
Becker & Poliakoff LLP
45 Broadway
New York, NY 10006
hchaitman@becker-poliakoff.com

*Attorneys for Marsha Peshkin and over 800 other Customers of Bernard L. Madoff Investment Securities LLC as Listed on Exhibit A*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**CERTIFICATE OF SERVICE**

  I, Julie Gorchkova, hereby certify that on June 15, 2011, I caused a true and correct copy of the following documents:

  (1) Notice of Appeal, with an accompanying Exhibit A and Civil Cover Sheet;
  (2) Amended Notice of Appeal;
  (3) Motion for Leave to Appeal with an accompanying Helen Davis Chaitman Declaration and Exhibits; and
  (4) Memorandum of Law in Support of Motion for Leave to Appeal.

to be filed electronically and hand-delivered to the Court, and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

>David J. Sheehan, Esq.
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 10111
>Telephone: 212-589-4688
>dsheehan@bakerlaw.com
>*Attorneys for Irving H. Picard, Trustee*
>
>Kevin Bell, Esq.
>Securities Investor Protection Corporation
>805 15th Street, NW
>Suite 800
>Washington, DC 20005
>Telephone: 202-371-8300
>kbell@sipc.org
>*Attorneys for Securities Investor Protection Corporation*

June 16, 2011

/s/ *Julie Gorchkova*