UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:                                            | SIPA LIQUIDATION      |
|---------------------------------------------------|-----------------------|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC     | Case No. 08-01789     |

# AFFIDAVIT OF MAILING

STATE OF TEXAS               )
                             )    ss:
COUNTY OF DALLAS             )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 16, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000114).

Executed on ____June 16____, 2011

_____
John S. Franks

Sworn to and subscribed before me this __16th__ day of __June__, 2011

_____
Notary Public

(SEAL)

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 4900114**

6/16/2011

| TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| X | | VonWin Capital Management, L.P. | | 261 5th Avenue | 22nd Floor | New York | NY | 10016 |