BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON JUNE 21, 2011 AT 10:00 A.M.**

**CONTESTED MATTER**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

1. Motion to Compel BLMIS Customers' Motion to Compel the Trustee to Provide a Report of His Investigative Activities and The Financial Affairs of BLMIS filed by Helen Chaitman (Filed:  4/26/2011) [ECF No. 4045]

300167662

Related Documents:

A. Certificate of Service of Motion to Compel BLMIS Customers' Motion to Compel the Trustee to Provide a Report of His Investigative Activities and The Financial Affairs of BLMIS filed by Helen Chaitman (related document 4045) (Filed: 4/26/2011) [ECF No. 4046]

B. Affidavit of Service of Trustee's Opposition to BLMIS Customers' Motion to Compel the Trustee to Provide a Report of His Investigative Activities and the Financial Affairs of BLMIS (related document 4147) filed by David J. Sheehan (Filed: 6/20/2011) [ECF No. 4176]

Objections Due:          June 7, 2011

Objections Filed:

C. Trustee's Opposition to BLMIS Customers' Motion to Compel the Trustee to Provide a Report of His Investigative Activities and the Financial Affairs of BLMIS (related document 4045 ) filed by David J. Sheehan (Filed: 6/7/2011) [ECF No. 4147]

Responses Filed:

D. Reply Brief in Further Support of Motion to Compel the Trustee to Provide a Report of His Investigative Activities and the Financial Affairs of BLMIS (Filed: 6/14/2011) [ECF No. 4164]

Dated: New York, New York
       June 20, 2011
                                          **BAKER & HOSTETLER LLP**


                              By:    */s/ David J. Sheehan*
                                     Baker & Hostetler LLP
                                     45 Rockefeller Plaza
                                     New York, NY  10111
                                     Telephone: (212) 589-4200
                                     Facsimile: (212) 589-4201
                                     David J. Sheehan
                                     Email: dsheehan@bakerlaw.com
                                     Marc E. Hirschfield
                                     Email: mhirschfield@bakerlaw.com

                                     *Attorneys for Irving H. Picard, Esq. Trustee*
                                     *for the Substantively Consolidated SIPA*

*Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*