**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

# Minutes of Proceedings

___

**Date:   June 21, 2011**

-----------------------------------------------------------------X

**SECURITIES INVESTOR PROTECTION CORPORATION,**

                 Plaintiff                       Adv. Pro. No. 08-01789 (BRL)

     v.                                         SIPA LIQUIDATION

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**                           (Substantively Consolidated)

                 Debtor.

-----------------------------------------------------------------X

**In re:**

**BERNARD L. MADOFF,**

                 Debtor.

-----------------------------------------------------------------X

| Present: | Hon. Burton R. Lifland | Monica Saenz de Viteri | ECRO |
|---|---|---|---|
| | Bankruptcy Judge | Courtroom Deputy | Court Reporter |

**Proceedings:**
     ☒ BLMIS CUSTOMERS' MOTION TO COMPEL THE TRUSTEE TO PROVIDE A REPORT OF HIS INVESTIGATIVE ACTIVITIES AND THE FINANCIAL AFFAIRS OF BLMIS

**Orders:**
     ☒ **Relief sought in the Motion:**
       ☒ Denied    ¤ Granted    ¤ Dismissed   ¤ Awarded by Default
     ¤ Matter taken under advisement
     ¤ Formal order or Judgment to enter
     ¤ Confirmation/modification of plan      ¤ granted      ¤ denied
     ☒ As per the record of the hearing held on June 21, 2011, the Motion is hereby DENIED.  It is So Ordered.

**BY THE COURT**                                        **FOR THE COURT:** Vito Genna, Clerk

/s/ Burton R. Lifland               June 21, 2011     By: /s/ Monica Saenz de Viteri
**United States Bankruptcy Judge**         Date                  **Deputy Clerk**