FOX ROTHSCHILD LLP
Kathleen Aiello
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900

*Local Counsel to Devon and Roslyck Paxson*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**APPLICATION FOR ADMISSION TO PRACTICE,
*PRO HAC VICE*, OF SAMUEL ISRAEL**

  I, Samuel Israel, hereby request permission to appear *pro hac vice* on behalf of Devon and Roslyck Paxson, in the above referenced case. My office addresses and office telephone number are as follows:

| | |
|---|---|
| Office Address: | FOX ROTHSCHILD LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103-3222 |
| Office Telephone No.:<br>Office Facsimile No.:<br>E-mail address: | (215) 299-2886<br>(215) 299-2150<br>sisrael@foxrothschild.com |

The state courts to which I am admitted to practice and the dates of admission are as follows:

| Court | Admitted |
|---|---|
| Commonwealth of Pennsylvania (Bar No. Not Applicable) | November 9, 1989 |
| State of New Jersey (Bar No. 019541989) | December 21, 1989 |

I am also admitted to practice before the following Federal Courts:

| | |
|---|---|
| U.S. Court of Appeals, District of Columbia | 08/09/04 |
| U.S. District Court for the Eastern District of PA (No. 55776) | 01/03/89 |
| District of New Jersey | 12/21/89 |
| Third Circuit Court of Appeals | 07/21/92 |

I am in good standing and eligible to practice in all courts to which admitted.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice in this case *pro hac vice*, and have instructed my local counsel to do so upon filing this application.

I make the foregoing statements under penalty of perjury.

Dated: Philadelphia, Pennsylvania     FOX ROTHSCHILD LLP
       June 21, 2011                  *Attorneys for Devon and Roslyck Paxson*

/s/ Samuel Israel
Samuel Israel
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
(215) 299-2886