**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

### ORDER ADMITTING SAMUEL ISRAEL, TO PRACTICE, *PRO HAC VICE*

The court having read the Application of Samuel Israel for admission to practice *pro hac vice* in the above-captioned case to represent Devon and Roslyck Paxson, it is

ORDERED that the Application be, and it hereby is, granted in its entirety; and it is further

ORDERED that Samuel Israel is admitted to practice, *pro hac vice*, in the above-captioned bankruptcy case, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee if not already paid.

Dated:  New York, New York
        _____, 2011

                                            _____
                                            HONORABLE BURTON R. LIFLAND
                                            UNITED STATES BANKRUPTCY JUDGE