UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>         Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. |  |

**NOTICE OF WITDRAWAL OF OBJECTION**

The Limited Partners of Baird Investment Partners, LP identified below (the "Partners" or "Claimants"), through their General Partner, Robert A. Baird, each hereby withdraw their objection dated March 25, 2011 and filed with the Court on May 16, 2011, Docket Number 4080 (the "Objection"), to the separate Notices of Trustee's Determination of Claims (the "Determinations"), dated November 5, 2010, regarding the following claims (the "Claims"): Adriana Baird UGMA (Claim Number 013265), Alexis Barab UGMA (Claim Number 013279), Baird Family Trust (Claim Number 013275) , Benita Baird (Claim Number 013274), Jeffrey E. Palmer (Claim Number 013269), Leonard Smith & Isabelle Smith Family Trust (Claim Number 013267), Maxwell Barab UGMA (Claim Number 013227), Merrily Baird (Claim Number 013226), Randy Sue Morrison IRA

(Claim Number 013224), Randy Sue Morrison Retirement Trust (Claim Number 013223), Robert Morrison DDS, Inc Defined Benefit Pension Plan (Claim Number 013264), Robert Morrison, DDS, Inc – PSP (Claim Number 013263), Ronald Barab (Claim Number 013262), Scott Alan Sternberg & Rita Uvero Sternberg Rev. Trust (Claim Number 013261), Tamarac Investment Partners (Claim Number 013280), and Traci Baird (Claim Number 013276).

Dated: Irvine, California
       June 14, 2011

Baird Investment Partners, LP

By: _____

Robert A. Baird, MD, General Partner on behalf of Partner/Claimants of Baird Investment Partners, LP:
(Adriana Baird UGMA, Alexis Barab UGMA, Baird Family Trust. Benita Baird, Jeffrey E. Palmer, Leonard Smith & Isabelle Smith Family Trust, Maxwell Barab UGMA, Merrily Baird, Randy Sue Morrison IRA, Randy Sue Morrison Retirement Trust, Robert Morrison DDS, Inc Defined Benefit Pension Plan, Robert Morrison, DDS, Inc – PSP, Ronald Barab, Scott Alan Sternberg & Rita Uvero Sternberg Rev. Trust, Tamarac Inv. Partners, Traci Baird)
32 Belcourt Dr.
Newport Beach, CA 92660
Telephone 949.721.9467
Fax 949.719.9320