BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Mark A. Kornfeld, Esq.
Email: mkornfeld@bakerlaw.com
Thomas L. Long
Email: tlong@bakerlaw.com
Gerald E. Ponto, Esq.
Email: gponto@bakerlaw.com
Timothy S. Pfeifer, Esq.
Email: tpfeifer@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Keith R. Murphy, Esq.
Email: kmurphy@bakerlaw.com
Jessie M. Gabriel, Esq.
Email: jgabriel@bakerlaw.com
Melissa L. Kosack, Esq.
Email: mkosack@bakerlaw.com
Michelle Kaplan, Esq.
Email: mkaplan@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF, | |

Debtor.

# NOTICE OF AGENDA FOR MATTERS SCHEDULED
# FOR HEARINGS ON JUNE 28, 2011 AT 10:00 A.M.

## CONTESTED MATTERS

### Picard v. Fairfield; Adv. Pro. No. 09-1239

1. Motion to Approve /Trustee's Motion For Entry Of An Order Pursuant To Section 105(a) Of The Bankruptcy Code And Rules 2002(a)(3) And 9019(a) Of The Federal Rules Of Bankruptcy Procedure Approving Agreements By And Between The Trustee, Greenwich Sentry, L.P. And Greenwich Sentry Partners, L.P. With Hearing To Be Held On June 28, 2011 at 10:00 a.m. filed by David J. Sheehan on behalf of Irving H. Picard. (Attachments: # 1 Notice of Motion# 2 Exhibit A-Greenwich Sentry Agreement# (3) Exhibit B-Greenwich Sentry Partners Agreement# 4 Exhibit C-Proposed Order# 5 Exhibit D-Affidavit of Irving Picard) (Filed: 05/18/2011) [Docket No. 71]

Related Documents:

    A.    Affidavit of Service (related document(s) 71 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard. (Hirschfield, Marc) (Filed: 05/20/2011) [Docket No. 73]

    B.    Affidavit of Service of Trustee's Motion For Entry Of An Order Pursuant To Section 105(a) Of The Bankruptcy Code And Rules 2002(a)(3) And 9019(a) Of The Federal Rules Of Bankruptcy Procedure Approving Agreements By And Between The Trustee, Greenwich Sentry, L.P. And Greenwich Sentry Partners, L.P. With Hearing To Be Held On June 21, 2011 at 10:00 a.m. (related document(s) 71 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard. (Filed: 06/03/2011) [Docket No. 85]

    Objection Deadline:    June 14, 2011

Objections Filed:

    C.    Objection AND JOINDER IN THE OBJECTION FILED JUNE 14, 2011 BY BOIES, SCHILLER & FLEXNER LLP ON BEHALF OF THE PARTIES DESIGNATED THEREIN AS THE ANWAR PLAINTIFFS, TO THE TRUSTEES MOTION FOR THE ENTRY OF AN ORDER, WHICH MOTION WAS FILED PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002(a)(3) AND 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND SEEKS APPROVAL OF AGREEMENTS BY AND BETWEEN THE TRUSTEE, GREENWICH SENTRY, L.P. AND GREENWICH SENTRY PARTNERS, L.P. filed by Jessica l. Margolis on behalf of The John E. Guinness Revocable Trust Dated June 11, 1992, by John E. Guinness, Trustee. (Attachments: # 1 Certificate of Service) (Filed: 06/14/2011) [Docket No. 98]

    D.    Objection TRUSTEE'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002(a)(3) AND 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING AGREEMENTS BY AND BETWEEN THE TRUSTEE, GREENWICH SENTRY, L.P. AND GREENWICH SENTRY PARTNERS, L.P. filed by Howard L. Vickery II on behalf of Natalia Hatgis, Martin and Shirley Bach Family Trust, Larry Centro, Diversified Investment Associates Class A Units, Dawson Bypass Trust, ABR Capital Fixed Option/Income Strategic Fund LP, Julia Anwar, Pasha S. Anwar. with hearing to be held on 6/21/2011 at 10:00 AM at Courtroom 623 (BRL) (Attachments: # 1 Exhibit 1 - Complaint) (Filed: 06/14/2011) [Docket No. 99]

Replies Filed:

E.    Response /Trustee Irving H. Picard's Response To The Objections To The Settlement Between The Trustee And Greenwich Sentry, L.P. And Greenwich Sentry Partners, L.P., [with Hearing to be held June 28, 2011 at 10:00 a.m.; Objections Due, June 14, 2011; and Responses Due, June 21, 2011] (related document(s) 99 , 98 ) filed by David J. Sheehan on behalf of Irving H. Picard. with hearing to be held on 6/28/2011 at 10:00 AM at Courtroom 623 (BRL) Objections due by 6/14/2011, (Filed: 06/21/2011) [Docket No. 103]

Related Documents:

F.    Affidavit of Service (related document(s)[103]) filed by Marc E. Hirschfield on behalf of Irving H. Picard. (Filed: 6/27/11) [Docket No. 104]

Status: This matter is going forward.

Dated: New York, New York  
      June 6, 2011

Respectfully submitted,

/s/Marc Hirschfield, Esq.
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Mark A. Kornfeld, Esq.
Email: mkornfeld@bakerlaw.com
Thomas L. Long
Email: tlong@bakerlaw.com
Gerald E. Ponto, Esq.
Email: gponto@bakerlaw.com
Timothy S. Pfeifer, Esq.
Email: tpfeifer@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Keith R. Murphy, Esq.
Email: kmurphy@bakerlaw.com
Jessie M. Gabriel, Esq.
Email: jgabriel@bakerlaw.com
Melissa L. Kosack, Esq.
Email: mkosack@bakerlaw.com
Michelle Kaplan, Esq.
Email: mkaplan@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*