**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br> V. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br> Defendant. <br> In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA LIQUIDATION <br> (Substantively Consolidated) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion (the "Motion") of SCHUYLER D. GELLER, to be admitted *pro hac vice* to represent Claimant BRIAN H. GERBER and upon the movant's certification that movant is a member in good standing of the bar in the State of Illinois.

ORDERED, that SCHUYLER D. GELLER is admitted to practice, *pro hac vice*, in the above referenced case to represent Claimant BRIAN H. GERBER, in the United States Bankruptcy Court, Southern District of New York.

Dated: June 27, 2011
       New York, New York

/s/Burton R. Lifland_____
UNITED STATES BANKRUPTY JUDGE