# EXHIBIT A

Subj: **FW:**
Date: 5/23/2011 5:41:57 P.M. Eastern Daylight Time
From: TWearsch@bakerlaw.com
To: ellensue0111@aol.com
CC: hwlodek@bakerlaw.com

Here are the determinations. As we discussed, you can have an extension to June 30, 2011 to respond to the determinations.

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

*[Handwritten annotations:]* "Supporting Documents Ellen + Alan Meyers"

Monday, May 30, 2011 AOL: Ellensue0111