# EXHIBIT C

# Part 5

| MADF | **BERNARD L. MADOFF** INVESTMENT SECURITIES LLC New York □ London | MEMBER: FINRA NSX SIPC NSCC DTC | 885 Third Avenue New York, NY 10022 212 230-2424 800 334-1343 Fax 212 838-4061 |
| --- | --- | --- | --- |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0646 | | 1-W0106-3 | D | 27142 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 6,536 | 254687106 | THE WALT DISNEY CO | 167713.32 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 25.620 | 167452.32 | 261.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

| MADF | **BERNARD L. MADOFF** INVESTMENT SECURITIES LLC New York □ London | MEMBER: FINRA NSX SIPC NSCC DTC | 885 Third Avenue New York, NY 10022 212 230-2424 800 334-1343 Fax 212 838-4061 |
| --- | --- | --- | --- |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0646 | | 1-W0106-3 | D | 39602 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 8,037 | 254687106 | THE WALT DISNEY CO | 206550.42 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 25.660 | 206229.42 | 321.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York** ☐ **London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 14621 | 5 | 1 | | 11/03/08 | 11/06/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 9,960 | 254687106 | THE WALT DISNEY CO | 247007•60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 24•760 | 246609•60 | 398•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York** ☐ **London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 67965 | 5 | 1 | | 11/20/08 | 11/25/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,154 | 254687106 | THE WALT DISNEY CO | 62449•04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19•760 | 62323•04 | 126•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 68203 | 5 | 1 | | 11/20/08 | 11/25/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,162 | 30161N101 | EXELON CORP | 56681.88 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 48.740 | 56635.88 | 46.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse for further details.)*

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 48062 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 22,842 | 30231G102 | EXXON MOBIL CORP | 1732336.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 75.800 | 1731423.60 | 913.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 35602 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V·P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|----|----------|--------------|----------------------|------------|
| SLD | 18,232 | 302316102 | EXXON MOBIL CORP | 1373233.96 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|-------|-----------|------------|-----------|----------|-----|-------|
| 75.260 | 1372504.96 | 729.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 23081 | 5 | 1 | | 11/03/08 | 11/06/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V·P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|----|----------|--------------|----------------------|------------|
| SLD | 26,892 | 30231G102 | EXXON MOBIL CORP | 1982477.56 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|-------|-----------|------------|-----------|----------|-----|-------|
| 73.680 | 1981402.56 | 1075.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 76771 | 5 | 1 | | 11/20/08 | 11/25/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLI | 8,964 | 30231G102 | EXXON MOBIL CORP | 645766.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.000 | 645408.00 | 358.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 27377 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 36,120 | 369604103 | GENERAL ELECTRIC CO | 716981.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.810 | 715537.20 | 1444.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-W0106-3 | D | 39837 | 5 | 1 | | 11/05/08 | 11/10/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 46,107 | 369604103 | GENERAL ELECTRIC CO | 948420.71 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 20.530 | 946576.71 | 1844.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-W0106-3 | D | 14856 | 5 | 1 | | 11/03/08 | 11/06/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 53,286 | 369604103 | GENERAL ELECTRIC CO | 1046536.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.600 | 1044405.60 | 2131.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 68441 | 5 | 1 | | 11/20/08 | 11/25/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 18,260 | 369604103 | GENERAL ELECTRIC CO | 256552.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.010 | 255822.60 | 730.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 27847 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,376 | 38141G104 | GOLDMAN SACHS GROUP INC | 122615.32 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 89.070 | 122560.32 | 55.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York □ London**

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| **0646** | | 1-W0106-3 | D | 40307 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,115 | 38141G104 | GOLDMAN SACHS GROUP INC | 196102•20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 92•680 | 196018•20 | 84•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York □ London**

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| **0646** | | 1-W0106-3 | D | 15326 | 5 | 1 | | 11/03/08 | 11/06/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,992 | 38141G104 | GOLDMAN SACHS GROUP INC | 183084•04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 91•870 | 183005•04 | 79•00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 27612 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT            CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 688 | 38259P508 | GOOGLE | 240249.08 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 349•160 | 240222•08 | 27•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 40072 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT            CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 846 | 38259P508 | GOOGLE | 307621.68 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 363•580 | 307588•68 | 33•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 15091 | 5 | 1 | | 11/03/08 | 11/06/08 |

CODES

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 996 | 38259P508 | GOOGLE | 355132.92 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 356.520 | 355093.92 | 39.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 68679 | 5 | 1 | | 11/20/08 | 11/25/08 |

CODES

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 332 | 38259P508 | GOOGLE | 91313.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 275.000 | 91300.00 | 13.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 28317 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 8,600 | 428236103 | HEWLETT PACKARD CO | 334196.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.820 | 333852.00 | 344.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 40777 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 10,998 | 428236103 | HEWLETT PACKARD CO | 410554.42 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.290 | 410115.42 | 439.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



### BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 15796 | 5 | 1 | | 11/03/08 | 11/06/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT      CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 12,450 | 428236103 | HEWLETT PACKARD CO | 477457.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.310 | 476959.50 | 498.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



### BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 69155 | 5 | 1 | | 11/20/08 | 11/25/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT      CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,150 | 428236103 | HEWLETT PACKARD CO | 137074.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 32.990 | 136908.50 | 166.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| MADF | **BERNARD L. MADOFF**<br>**INVESTMENT SECURITIES LLC**<br>**New York** □ **London** | | MEMBER:<br>FINRA NSX SIPC NSCC DTC | | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 28082 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

```
WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V·P
1495 POST ROAD EAST
WESTPORT          CT 06880
```

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|----|----------|--------------|----------------------|------------|
| SLD | 5,848 | 437076102 | HOME DEPOT INC | 131696.04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|-------|-----------|------------|-----------|----------|-----|-------|
| 22·480 | 131463.04 | 233.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

| MADF | **BERNARD L. MADOFF**<br>**INVESTMENT SECURITIES LLC**<br>**New York** □ **London** | | MEMBER:<br>FINRA NSX SIPC NSCC DTC | | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 40542 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

```
WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V·P
1495 POST ROAD EAST
WESTPORT          CT 06880
```

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|----|----------|--------------|----------------------|------------|
| SLD | 7,614 | 437076102 | HOME DEPOT INC | 175654.42 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|-------|-----------|------------|-----------|----------|-----|-------|
| 23·030 | 175350.42 | 304.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 15561 | 5 | 1 | | 11/03/08 | 11/06/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT            CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 8,964 | 437076102 | HOME DEPOT INC | 209219•20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 23•300 | 208861•20 | 358•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 68917 | 5 | 1 | | 11/20/08 | 11/25/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT            CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,822 | 437076102 | HOME DEPOT INC | 55225•66 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19•530 | 55113•66 | 112•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 28787 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 19,264 | 458140100 | INTEL CORP | 308994.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.000 | 308224.00 | 770.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

*CONFIRMATION (Please see reverse for further details.)*

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 41247 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 24,957 | 458140100 | INTEL CORP | 397315.16 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.880 | 396317.16 | 998.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

*CONFIRMATION (Please see reverse for further details.)*

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York ☐ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 16266 | 5 | 1 | | 11/03/08 | 11/06/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

```
WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880
```

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 28,386 | 458140100 | INTEL CORP | 457298.02 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.070 | 456163.02 | 1135.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York ☐ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 69631 | 5 | 1 | | 11/20/08 | 11/25/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

```
WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880
```

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 9,628 | 458140100 | INTEL CORP | 118520.56 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.270 | 118135.56 | 385.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 28552 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,816 | 459200101 | INTERNATIONAL BUSINESS MACHS | 445334.88 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 92.430 | 445142.88 | 192.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 41012 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 5,922 | 459200101 | INTERNATIONAL BUSINESS MACHS | 548968.52 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 92.660 | 548732.52 | 236.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 16031 | 5 | 1 | | 11/03/08 | 11/06/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 6,972 | 459200101 | INTERNATIONAL BUSINESS MACHS | 647279•60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 92•800 | 647001•60 | 278•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 69393 | 5 | 1 | | 11/20/08 | 11/25/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,324 | 459200101 | INTERNATIONAL BUSINESS MACHS | 174577•92 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 75•080 | 174485•92 | 92•00 | | | | |

CONFIRMATION (Please see reverse for further details)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 29257 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 13,072 | 46625H100 | J.P. MORGAN CHASE & CO | 535951.12 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 40.960 | 535429.12 | 522.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 41717 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 16,074 | 46625H100 | J.P. MORGAN CHASE & CO | 671410.02 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 41.730 | 670768.02 | 642.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
MADF | **INVESTMENT SECURITIES LLC**
**New York** ☐ **London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 70107 | 5 | 1 | | 11/20/08 | 11/25/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 6,308 | 46625H100 | J•P• MORGAN CHASE & CO | 175362•08 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27•760 | 175110•08 | 252•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
MADF | **INVESTMENT SECURITIES LLC**
**New York** ☐ **London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 29022 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 9,632 | 478160104 | JOHNSON & JOHNSON | 595835•24 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 61•820 | 595450•24 | 385•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange