# EXHIBIT C

# Part 7

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
### New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 73915 | 5 | 1 | | 11/20/08 | 11/25/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,486 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 126959.68 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 36.380 | 126820.68 | 139.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
### New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 32782 | 5 | 1 | | 11/04/08 | 11/07/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 10,664 | 742718109 | PROCTER & GAMBLE CO | 695505.52 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 65.180 | 695079.52 | 426.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 20261 | 5 | 1 | | 11/03/08 | 11/06/08 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT      CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|----|----------|--------------|---------------------|------------|
| SLD | 15,438 | 742718109 | PROCTER & GAMBLE CO | 997448.66 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|-------|-----------|------------|-----------|----------|-----|-------|
| 64.570 | 996831.66 | 617.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 45242 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT      CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|----|----------|--------------|---------------------|------------|
| SLD | 13,113 | 742718109 | PROCTER & GAMBLE CO | 855884.99 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|-------|-----------|------------|-----------|----------|-----|-------|
| 65.230 | 855360.99 | 524.00 | | | | |

CONFIRMATION

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 73677 | 5 | 1 | | 11/20/08 | 11/25/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,980 | 742718109 | PROCTER & GAMBLE CO | 308660.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 61.940 | 308461.20 | 199.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 33252 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 5,848 | 747525103 | QUALCOMM INC | 220644.12 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.690 | 220411.12 | 233.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 20731 | 5 | 1 | | 11/03/08 | 11/06/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 8,466 | 747525103 | QUALCOMM INC | 320437.46 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.810 | 320099.46 | 338.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

17

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 45712 | 5 | 1 | | 11/05/08 | 11/10/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 7,191 | 747525103 | QUALCOMM INC | 268583.21 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.310 | 268296.21 | 287.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 74153 | 5 | 1 | | 11/20/08 | 11/25/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V·P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,822 | 747525103 | QUALCOMM INC | 84348.70 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.850 | 84236.70 | 112.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-W0106-3 | D | 33487 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V·P
1495 POST ROAD EAST
WESTPORT        CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,128 | 806857108 | SCHLUMBERGER LTD | 213871.56 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 51.770 | 213706.56 | 165.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 20966 | 5 | 1 | | 11/03/08 | 11/06/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 5,976 | 806857108 | SCHLUMBERGER LTD | 309556•76 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 51•760 | 309317•76 | 239•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-W0106-3 | D | 45947 | 5 | 1 | | 11/05/08 | 11/10/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V•P
1495 POST ROAD EAST
WESTPORT          CT 06880

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 5,499 | 806857108 | SCHLUMBERGER LTD | 277918•50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 50•500 | 277699•50 | 219•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**WESTPORT**
NATIONAL BANK·

*A division of*
*Connecticut Community*
*Bank, N.A.*
P. O. BOX 309
1495 POST ROAD EAST
WESTPORT, CT 06881-0309

Account Number.
Date: *From JANUARY 01, 2004 through DECEMBER 11, 2008*

# Receipts & Disbursements

| Date | Total Cash | Investment Cost Basis |
|---|---|---|
| BEGINNING TABULATION | 0.00 | 29,326.16 |
| 01/20/2004 RECORDKEEPING FEES TO PSCCSI FOR THE PERIOD 01/01/2003 THROUGH 03/31/2003 | -386.19 | |
| 01/20/2004 SOLD 2.2228 SHARES BLM 2 | 386.19 | -255.22 |
| 01/23/2004 SOLD 0.3819 SHARES BLM 2 | 66.35 | -43.85 |
| 01/23/2004 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 10/01/2003 THRU 12/31/2003 | -66.35 | |
| 04/26/2004 SOLD 0.3778 SHARES BLM 2 | 67.00 | -43.38 |
| 04/26/2004 CUSTODIAL FEE TO WESTPORT NATIONAL BANK | -67.00 | |
| 07/14/2004 RECORDKEEPING FEE TO PSCCSI FOR THE PERIOD 04/01/2003 THROUGH 06/30/2003 | -404.14 | |
| 07/14/2004 SOLD 2.2088 SHARES BLM 2 | 404.14 | -253.61 |
| 07/22/2004 SOLD 0.3732 SHARES BLM 2 | 68.28 | -42.85 |
| 07/22/2004 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 04/01/2004 THRU 06/30/2004 | -68.28 | |
| 10/21/2004 SOLD 0.3709 SHARES BLM 2 | 69.65 | -42.59 |
| 10/21/2004 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 07/01/2004 THRU 09/30/2004 | -69.65 | |
| 10/22/2004 RECORDKEEPING FEE TO PSCCSI FOR THE PERIOD 07/01/2003 THROUGH 09/30/2003 | -413.87 | |
| 10/22/2004 SOLD 2.2042 SHARES BLM 2 | 413.87 | -253.08 |
| 01/27/2005 SOLD 0.3685 SHARES BLM 2 | 70.37 | -42.31 |
| 01/27/2005 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 10/01/2004 THRU 12/31/2004 | -70.37 | |
| 01/28/2005 RECORDKEEPING FEE TO PSCCSI FOR THE PERIOD 10/01/2003 THROUGH 12/31/2003 | -414.67 | |



**WESTPORT**
NATIONAL BANK*

*A division of
Connecticut Community
Bank, N.A.*
P. O. BOX 309
1495 POST ROAD EAST
WESTPORT, CT 06881-0309

Account Number: _ _
Date: *From JANUARY 01, 2004 through DECEMBER 11, 2008*

# Receipts & Disbursements

| Date | Total Cash | Investment Cost Basis |
|---|---|---|
| 01/28/2005 SOLD 2.1716 SHARES<br>BLM 2 | 414.67 | -249.34 |
| 04/26/2005 CUSTODIAL FEE TO WESTPORT NATIONAL BANK<br>FOR THE PERIOD 01/01/2005 THRU 03/31/2005 | -71.10 | |
| 04/26/2005 SOLD 0.3635 SHARES<br>BLM 2 | 71.10 | -41.74 |
| 05/06/2005 RECORDKEEPING FEE TO PSCCSI FOR THE<br>PERIOD 01/01/2004 THROUGH 03/31/2004 | -422.35 | |
| 05/06/2005 SOLD 2.1519 SHARES<br>BLM 2 | 422.35 | -247.07 |
| 06/06/2005 RECORDKEEPING FEE TO PSCCSI FOR THE<br>PERIOD 04/01/2004 THROUGH 06/30/2004 | -418.52 | |
| 06/06/2005 SOLD 2.1139 SHARES<br>BLM 2 | 418.52 | -242.71 |
| 07/15/2005 CUSTODIAL FEE TO WESTPORT NATIONAL BANK<br>FOR THE PERIOD 04/01/2005 THRU 06/30/2005 | -71.73 | |
| 07/15/2005 SOLD 0.36 SHARES<br>BLM 2 | 71.73 | -41.33 |
| 10/18/2005 CUSTODIAL FEE TO WESTPORT NATIONAL BANK<br>FOR THE PERIOD 07/01/2005 THRU 09/30/2005 | -72.28 | |
| 10/18/2005 SOLD 0.3566 SHARES<br>BLM 2 | 72.28 | -40.94 |
| 01/18/2006 CUSTODIAL FEE TO WESTPORT NATIONAL BANK<br>FOR THE PERIOD 10/01/2005 THRU 12/31/2005 | -75.02 | |
| 01/18/2006 SOLD 0.356 SHARES<br>BLM 2 | 75.02 | -40.87 |
| 02/08/2006 RECORDKEEPING FEE TO PSCCSI FOR THE<br>PERIOD 07/01/2004 THROUGH 09/30/2004 | -440.18 | |
| 02/08/2006 SOLD 2.0689 SHARES<br>BLM 2 | 440.18 | -237.54 |
| 03/07/2006 ADMINISTRATION FEES TO PSCCSI FOR THE<br>PERIOD JANUARY 1, 2005 THROUGH MARCH 31, 2005 | -7,600.00 | |
| 03/07/2006 SOLD 35.6711 SHARES<br>BLM 2 | 7,500.00 | -4,095.65 |

**WESTPORT**
NATIONAL BANK

*A division of*
*Connecticut Community*
*Bank, N.A.*

P. O. BOX 309
1495 POST ROAD EAST
WESTPORT, CT 06881-0309

**Account Number:**
**Date:** *From JANUARY 01, 2004 through DECEMBER 11, 2008*

# Receipts & Disbursements

| Date | Total Cash | Investment Cost Basis |
|---|---|---|
| 04/20/2006 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 01/01/2006 THROUGH 03/312006 | -72.47 | |
| 04/20/2006 SOLD 0.3347 SHARES BLM 2 | 72.47 | -38.43 |
| 05/16/2006 RECORDKEEPING FEE TO PSCCSI FOR THE PERIOD 10/01/2004 THROUGH 12/31/2004 | -388.91 | |
| 05/16/2006 SOLD 1.7728 SHARES BLM 2 | 388.91 | -203.55 |
| 07/19/2006 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 04/01/2006 THROUGH 06/30/2006 | -66.38 | |
| 07/19/2006 SOLD 0.2967 SHARES BLM 2 | 66.38 | -34.07 |
| 07/21/2006 ANNUAL RECORDKEEPING FEES FOR 2005 YEAR | -267.45 | |
| 07/21/2006 SOLD 1.1954 SHARES BLM 2 | 267.45 | -137.25 |
| 10/18/2006 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 07/01/2006 THROUGH 09/30/2006 | -67.96 | |
| 10/18/2006 SOLD 0.2936 SHARES BLM 2 | 67.96 | -33.71 |
| 11/21/2006 ADMINISTRATIVE FEES TO PSCCSI FOR THE PERIOD 04/01/2005 THROUGH 06/30/2005 | -7,600.00 | |
| 11/21/2006 SOLD 32.6273 SHARES BLM 2 | 7,600.00 | -3,746.17 |
| 01/22/2007 CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 10/01/2006 THROUGH 12/31/2006 | -61.98 | |
| 01/22/2007 SOLD 0.2603 SHARES BLM 2 | 61.98 | -29.89 |
| 01/30/2007 ADMINISTRATIVE FEES TO PSCCSI FOR JULY 1, 2005 TO SEPTEMBER 30,2005 | -7,600.00 | |
| 01/30/2007 ANNUAL RECORDKEEPING FEES TO PSCCSI FOR 2006 YEAR | -235.39 | |
| 01/30/2007 SOLD 31.9206 SHARES BLM 2 | 7,600.00 | -3,665.02 |



**WESTPORT**
NATIONAL BANK

*A division of*
*Connecticut Community*
*Bank, N.A.*

P. O. BOX 309
1495 POST ROAD EAST
WESTPORT, CT 06881-0309

**Account Number:**
**Date: *From JANUARY 01, 2004 through DECEMBER 11, 2008***

# Receipts & Disbursements

| Date | Total Cash | Investment Cost Basis |
|------|-----------:|----------------------:|
| 01/30/2007 SOLD 0.9887 SHARES<br>BLM 2 | 235.39 | -113.52 |
| 03/20/2007 ADMINISTRATIVE FEES TO PSCCSI FOR THE PERIOD<br>OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005 | -7,600.00 | |
| 03/20/2007 SOLD 31.8164 SHARES<br>BLM 2 | 7,600.00 | -3,653.06 |
| 04/24/2007 CUSTODIAL FEE TO WESTPORT NATIONAL BANK<br>FOR THE PERIOD 01/01/2007 THROUGH 03/31/2007 | -43.65 | |
| 04/24/2007 SOLD 0.1787 SHARES<br>BLM 2 | 43.65 | -20.52 |
| 07/19/2007 CUSTODIAL FEE TO WESTPORT NATIONAL BANK<br>FOR THE PERIOD 04/01/2007 THROUGH 06/30/2007 | -37.30 | |
| 07/19/2007 SOLD 0.1481 SHARES<br>BLM 2 | 37.30 | -17.00 |
| 10/26/2007 CUSTODIAL FEE TO WESTPORT NATIONAL BANK<br>FOR THE PERIOD 07/01/2007 THROUGH 09/30/2007 | -38.04 | |
| 10/26/2007 SOLD 0.1477 SHARES<br>BLM 2 | 38.04 | -16.96 |
| 01/23/2008 CUSTODIAL FEE TO WESTPORT NATIONAL BANK<br>FOR THE PERIOD 10/01/2007 THROUGH 12/31/2007 | -39.03 | |
| 01/23/2008 SOLD 0.1478 SHARES<br>BLM 2 | 39.03 | -16.97 |
| 04/24/2008 CUSTODIAL FEE TO WESTPORT NATIONAL BANK<br>FOR THE PERIOD 01/01/2008 THROUGH 03/31/2008 | -39.79 | |
| 04/24/2008 SOLD 0.1482 SHARES<br>BLM 2 | 39.79 | -17.02 |
| 07/17/2008 SOLD 0.1477 SHARES<br>BLM 2 | 40.67 | -16.96 |
| 07/17/2008 CUSTODIAL FEE TO WESTPORT NATIONAL BANK<br>FOR THE PERIOD 04/01/2008 THROUGH 06/30/2008 | -40.67 | |
| 10/10/2008 CUSTODIAL FEE TO WESTPORT NATIONAL BANK<br>FOR THE PERIOD 07/01/2008 THROUGH 09/30/2008 | -41.70 | |
| 10/10/2008 SOLD 0.1467 SHARES<br>BLM 2 | 41.70 | -16.84 |



**WESTPORT**
NATIONAL BANK

*A division of*
*Connecticut Community*
*Bank, N.A.*
P. O. BOX 309
1495 POST ROAD EAST
WESTPORT, CT 06881-0309

**Account Number:**
**Date:** *From JANUARY 01, 2004 through DECEMBER 11, 2008*

# Receipts & Disbursements

| Date | Total Cash | Investment Cost Basis |
|------|-----------|-----------------------|
| ENDING TABULATION | 0.00 | 11,335.14 |

**WESTPORT**
NATIONAL BANK

*A division of*
*Connecticut Community*
*Bank, N.A.*
P.O. BOX 309
WESTPORT, CT  06881-0309

**Date:**
*DECEMBER 31, 2003*

*** FILE COPY ***

**WESTPORT**
NATIONAL BANK

*A division of
Connecticut Community
Bank, N.A.*
P.O. BOX 309
WESTPORT, CT  06881-0309

**Date:**
*DECEMBER 31, 2003*

# Review of Assets

| Shares or Par Value | | Unit Market | Total Market Value |
|---|---|---|---|
| | CASH | | 0.00 |
| | EQUITIES | | |
| | BLM INVESTMENTS | | |
| 255.4166 | BLM 2 | 173.737 | 44,375.34 |
| | TOTAL EQUITIES | | 44,375.34 |
| | CURRENT MARKET VALUE | | 44,375.34 |
| | PRIOR YEAR MARKET VALUE | | 41,358.05 |

**WESTPORT**
NATIONAL BANK

*A division of*
*Connecticut Community*
*Bank, N.A.*
P.O. BOX 309
WESTPORT, CT 06881-0309

Date:
*From JANUARY 1, 2003 through DECEMBER 31, 2003*

# Receipts & Disbursements

| Date | | Total Cash | Investment Cost Basis |
|------|------|------:|------:|
| | BEGINNING TABULATION | 0.00 | 30,286.92 |
| 01/24/03 | SOLD 0.3606 SHARES BLM 2 | 56.54 | -41.40 |
| 01/24/03 | CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 10/01/2002 THRU 12/31/2002 | -56.54 | |
| 02/12/03 | RECORDKEEPING FEES TO PSCCSI FOR THE PERIOD 04/01/2002 THROUGH 06/30/2002 | -361.88 | |
| 02/12/03 | SOLD 2.3166 SHARES BLM 2 | 361.88 | -265.99 |
| 04/16/03 | SOLD 0.3861 SHARES BLM 2 | 61.92 | -44.33 |
| 04/16/03 | CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 01/01/2003 THRU 03/31/2003 | -61.92 | |
| 06/09/03 | RECORDKEEPING FEES TO PSCCSI FOR THE PERIOD 07/01/2002 THROUGH 09/30/2002 | -370.05 | |
| 06/09/03 | SOLD 2.2813 SHARES BLM 2 | 370.05 | -261.93 |
| 07/22/03 | SOLD 0.3851 SHARES BLM 2 | 63.32 | -44.22 |
| 07/22/03 | CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 04/01/2003 THRU 06/30/2003 | -63.32 | |
| 09/23/03 | RECORDKEEPING FEES TO PSCCSI FOR THE PERIOD 10/01/2002 THROUGH 12/31/2002 | -379.33 | |
| 09/23/03 | SOLD 2.258 SHARES BLM 2 | 379.33 | -259.26 |
| 10/23/03 | SOLD 0.38 SHARES BLM 2 | 64.65 | -43.63 |
| 10/23/03 | CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 07/01/2003 THRU 09/30/2003 | -64.65 | |
| | ENDING TABULATION | 0.00 | 29,326.16 |



**WESTPORT**
NATIONAL BANK
P.O. Box 309
Westport, CT  06881-0309

**Date:**
*DECEMBER 31, 2002*

\*\*\* FILE COPY \*\*\*



**WESTPORT**
N A T I O N A L   B A N K
P.O. Box 309
Westport, CT  06881-0309

Date:
*DECEMBER 31, 2002*

# *Review of Assets*

| Shares or Par Value | | Unit Market | Total Market Value |
|---|---|---|---|
| | CASH | | 0.00 |
| | EQUITIES | | |
| | BLM INVESTMENTS | | |
| 263.7843 | BLM 2 | 156.787 | 41,358.05 |
| | TOTAL EQUITIES | | 41,358.05 |
| | GRAND TOTAL | | 41,358.05 |
| | YEAR TO DATE TOTALS | | |
| | PRIOR YEAR MARKET VALUE | | 30,204.15 |



**WESTPORT**
NATIONAL BANK
P.O. Box 309
Westport, CT 06881-0309

Date:
*From JANUARY 1, 2002 through DECEMBER 31, 2002*

# Receipts & Disbursements

| Date | | Total Cash | Investment Cost Basis |
|------|---|---:|---:|
| | **BEGINNING BALANCES** | **0.00** | 22,394.37 |
| 01/11/02 | RECORDKEEPING FEE TO PSCCSI FOR THE PERIOD 04/01/2001 THROUGH 06/30/2001 | -264.29 | |
| 01/11/02 | SOLD 1.8907 SHARES BLM 2 | 264.29 | -195.96 |
| 01/24/02 | CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 10/1/2001 THROUGH 12/31/2001 | -44.99 | |
| 01/24/02 | SOLD 0.3218 SHARES BLM 2 | 44.99 | -33.35 |
| 03/15/02 | RECORDKEEPING FEE TO PSCCSI FOR THE PERIOD 07/01/2001 THROUGH 09/30/2001 | -263.44 | |
| 03/15/02 | SOLD 1.8712 SHARES BLM 2 | 263.44 | -193.94 |
| 04/23/02 | CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 01/01/2002 THRU 03/31/2002 | -45.05 | |
| 04/24/02 | SOLD 0.3173 SHARES BLM 2 | 45.05 | -32.89 |
| 07/23/02 | CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 04/01/2002 THRU 06/30/2002 | -46.53 | |
| 07/23/02 | SOLD 0.3137 SHARES BLM 2 | 46.53 | -32.51 |
| 07/25/02 | RECORDKEEPING FEE TO PSCCSI FOR THE PERIOD 10/01/2001 THROUGH 12/31/2001 | -274.71 | |
| 07/25/02 | SOLD 1.8521 SHARES BLM 2 | 274.71 | -191.96 |
| 10/01/02 | RECEIVED FROM E*TRADE FINANCIAL INC CK # 6427724 FBO STEPHEN LEVINSON IRA | 3,271.91 | |
| 10/01/02 | PURCHASE 21.1255 SHARES BLM 2 | -3,271.91 | 3,271.91 |
| 10/16/02 | SOLD 0.3131 SHARES BLM 2 | 48.50 | -33.92 |
| 10/16/02 | CUSTODIAL FEE TO WESTPORT NATIONAL BANK FOR THE PERIOD 07/01/2002 THRU 09/30/2002 | -48.50 | |
| 11/19/02 | RECORDKEEPING FEE TO PSCCSI FOR THE PERIOD 01/01/2002 THROUGH 03/31/2002 | -314.91 | |



# WESTPORT
## NATIONAL BANK
P.O. Box 309
Westport, CT  06881-0309

**Date:**
*From JANUARY 1, 2002 through DECEMBER 31, 2002*

# *Receipts & Disbursements*

| Date | | Total Cash | Investment Cost Basis |
|------|---|-----------:|----------------------:|
| 11/19/02 | SOLD 2.0153 SHARES<br>BLM 2 | 314.91 | -218.33 |
| 12/09/02 | RECEIVED FROM FIDELITY INVESTMENTS CHECK # 557480<br>FBO STEPHEN R LEVINSON IRA | 5,553.50 | |
| 12/09/02 | PURCHASE 35.4807 SHARES<br>BLM 2 | -5,553.50 | 5,553.50 |
| 12/19/02 | PSCCSI RECORDKEEPING FEE FOR THE<br>PERIOD 07/01/2000 TO 09/30/2000 | -245.14 | |
| 12/19/02 | CREDIT FOR PSCCSI RECORDKEEPING FEE PREVIOUSLY<br>PAID FOR THE PERIOD 07/01/2000 TO 09/30/2000 | 245.14 | |
| | **ENDING BALANCES** | 0.00 | 30,286.92 |



**WESTPORT**
NATIONAL BANK
P.O. Box 309
Westport, CT  06881-0309

**Date:**
*DECEMBER 31, 2000*

⋯ BANK COPY ⋯



**WESTPORT**
NATIONAL BANK
P.O. Box 309
Westport, CT 06881-0309

**Date:**
**DECEMBER 31, 2000**

# Review of Assets

| Shares or Par Value | | Unit Market | Total Market Value |
|---|---|---|---|
| | CASH | | |
| | INCOME CASH | | 0.00 |
| | PRINCIPAL CASH | | 0.00 |
| | TOTAL CASH | | **0.00** |
| | EQUITIES | | |
| | BLM INVESTMENTS | | |
| 223.1813 | BLM 2 | 123.764 | 27,621.88 |
| | TOTAL EQUITIES | | **27,621.88** |
| | GRAND TOTAL | | **27,621.88** |
| | YEAR TO DATE TOTALS | | |
| | PRIOR YEAR MARKET VALUE | | 25,110.30 |