# EXHIBIT D

## CUSTOMER CLAIM

Claim Number ___*001641*___

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: *646-591-3425*

HOME: *718-343-2784*

Account Number:   1W0106
WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT, CT 06880

Taxpayer I.D. Number (Social Security No.)

*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*

*Ellen Meyers*
*82-10 256 St.*
*Flushing Park NY 11004*

(If incorrect, please change)

**NOTE:**    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. .PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************************

1.      Claim for money balances as of **December 11, 2008** :
      a.      The Broker owes me a Credit (Cr.) Balance of     $____ -0- ____
      b.      I owe the Broker a Debit (Dr.) Balance of     $____ -0- ____

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                   $_____-O-_____

d.    If balance is zero, insert "None."                 NONE -

2.    Claim for securities as of **December 11, 2008**:

# PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | YES | NO |
|---|---|---|
| a.    The Broker owes me securities | X |  |
| b.    I owe the Broker securities |  | X |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | AS PER ATTACHED STATEMENTS - OWNERSHIP % SHARES OF TOTAL UNITS .000267 OF FUND TOTAL MARKET VALUE OF SECURITIES 60,740,251 (PER ATTACHED) .000267 x 60,740,251.²⁵ = 16217.⁶⁵ COST BASIS 2005 | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|    |    | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970? if
        so, give name of that broker.                                    ✓
                                          _____      _____

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:_____
        _____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _____Jan 29. 2009_____   Signature _Ellen Meyers_____

Date _____   Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

06/28/2011 15:54 FAX                    DRAKE                                    ☑ 005



## PSCC

772 East State Street
Westport, Connecticut 06880
(203) 226-4238

February 22, 1994

Mrs. Ellen Meyers
82-10 256th Street
Floral Park, NY  11004

Re:  Ellen Meyers IRA
     -Account No. 61000645

Dear Mrs. Meyers:

Based on the information provided to us by the Westport Bank & Trust Company,
we have determined the amount of assets being held in a custodial account
(No. 61000645) by the Trust Department on behalf of your Individual Retirement
Arrangement (IRA).

The value of these assets in your Account No. 61000645 as of December 31, 1993
was $3,931.90.  These funds reflect the growth of the $2,816.97 you transferred
to the Bank when the account was established on September 16, 1991.  This
figure represents an average annual yield of 15.8% on all those funds.

The Bank is audited by Arthur Andersen & Co. and provides its trust customers
with an annual statement of the complete account experience during the year.
It will accordingly be sending you shortly a statement showing the development
of the $3,931.90 account balance.

Please call us if you have any questions at all about these figures.

Sincerely yours,

P S C C,  INC.

Helen M. Demos

WESTPORT, CONN. / MIAMI, FLA. / BALA CYNWYD, PA.

06/28/2011 15:54 FAX                          DRAKE                                      ☑006

WESTPORT NATIONAL BANK                INDIVIDUAL ACCOUNT STATEMENT            DATE: 11/30/08
as Custodian
BLMIS Account # 1-W0106-3-0

| WNB Account # | 69 00 1072 3 00 |
|---|---|
| Account Name | ELLEN MEYERS IRA |
| # of Units | 54.7555 |
| % share of total units | 0.000267 |
| Name of Security: | No of Securities (Note 1) |
| AT & T | 22.9457 |
| Abbott Labs | 6.1076 |
| Altria Group | 8.0162 |
| Amgen Inc. | 4.1990 |
| Apple Inc. | 3.4355 |
| Bank of America | 19.7137 |
| Bank of NY Mellon | 4.4889 |
| Baxter Int'l | 2.4032 |
| Boeing | 2.6996 |
| Bristol Myers Squibb | 7.7473 |
| CVS Caremark | 5.6341 |
| Chevron Corp | 8.1291 |
| Cisco Systems | 23.0574 |
| CITI Group | 21.3945 |
| Coca Cola | 7.7473 |
| Colgate Palmolive | 0.2214 |
| Comcast Corp. CL A | 11.3157 |
| Conoco Phillips | 6.0158 |
| Walt Disney | 7.3856 |
| Exelon Corp. | 0.3100 |
| Exxon Mobile Corp | 20.5214 |
| General Electric | 41.0198 |
| Goldman Sacchs Group | 1.4626 |
| Google | 0.7635 |
| Hewlett Packard | 9.6560 |

06/28/2011 15:54 FAX                                         DRAKE                                         ☑007

WESTPORT NATIONAL BANK
as Custodian
BLMIS Account # 1-W0106-3-0

INDIVIDUAL ACCOUNT STATEMENT          DATE: 11/30/08

| WNB Account # | 69 00 1072 3 00 |
|---|---|
| Account Name | ELLEN MEYERS IRA |
| Home Depot | 6.7350 |
| Intel Corp. | 21.9365 |
| Int'l Business Machines | 5.3442 |
| J.P. Morgan Chase | 14.5056 |
| Johnson Johnson | 10.9783 |
| Kraft Foods | 5.9716 |
| McDonalds Corp. | 4.4447 |
| Medtronic | 4.4889 |
| Merck | 8.3980 |
| Microsoft Corp. | 30.7837 |
| Occidental Petro | 3.3438 |
| Oracle Corp. | 15.5147 |
| Pepsico Inc. | 6.1076 |
| Pfizer Inc. | 26.4729 |
| Phillip Morris | 8.1491 |
| Proctor & Gamble | 11.7892 |
| Qualcomm Inc. | 6.4893 |
| Schlumberger | 4.6935 |
| 3M Company | 2.6721 |
| Time Warner | 1.6384 |
| U. S Bancorp | 6.8711 |
| United Parcel SVC ClassB | 3.8173 |
| United Tech. Corp. | 3.8173 |
| Verizon Comm. | 11.0911 |
| Wal Mart. Stores | 8.7797 |
| Wells Fargo | 13.2001 |
| Wyath | 0.6199 |

06/28/2011 15:54 FAX                                    DRAKE                                    ☑ 008

WESTPORT NATIONAL BANK          INDIVIDUAL ACCOUNT STATEMENT          DATE: 11/30/08
as Custodian
BLMIS Account # 1-W0106-3-0

| WNB Account # | 69 00 1072 3 00 |
|---|---|
| Account Name | ELLEN MEYERS IRA |
| Fidelity Spartan Money Market | 7.0447 |
| S & P 100 Index Dec 430 Call | 0.3374 |
| S & P 100 Index Dec 420 Put | 0.3374 |
| S & P 100 Index Dec 380 Call | 0.0443 |
| S & P 100 Index Dec 380 Call | 0.0443 |

Note 1: The transactions giving rise to the
Number of Securities are detailed in the Final
BLMIS Statement delivered to WNB.

06/28/2011 15:54 FAX                    DRAKE                                    ☑009



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT                    CT    06880

1-W0106-3-0          11/30/08          ******8373          14

SECURITY POSITIONS                              MKT PRICE

AMGEN INC                                       55,540

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

06/28/2011 15:55 FAX                                                              ☑010



PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V-P
1495 POST ROAD EAST
WESTPORT                    CT  06880

1-W0106-3-0          11/30/06          *****0373          15

| | | |
|---|---|---|
| APPLE INC | 92,670 | |
| BANK OF AMERICA | 14,250 | |
| | | |
| BOEING CO | 42,630 | |
| BRISTOL MYERS SQUIBB COMPANY | 20,700 | |
| | | |
| CISCO SYSTEMS INC | 16,540 | |
| CITI GROUP INC | 8,700 | |
| | | |
| COMCAST CORP | 17,340 | |
| | | |
| EXELON CORP | 56,210 | |
| EXXON MOBIL CORP | | |
| THE WALT DISNEY CO | | |
| | | |
| GOOGLE | 292,960 | |
| HEWLETT PACKARD CO | 35,200 | |
| INTEL CORP | | |
| INTERNATIONAL BUSINESS MACHS | 81,600 | |
| | | |
| CONTINUED ON PAGE | | |

06/28/2011 15:55 FAX                                                            011



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT                    CT  06880

1-W0106-3-0        11/30/08        ******8373        16

J.P. MORGAN CHASE & CO
JOHNSON & JOHNSON
MEDTRONIC INC
MERCK & CO
ORACLE CORPORATION
PROCTER & GAMBLE CO
U S TREASURY MONEY MARKET
3M COMPANY
UNITED PARCEL SVC INC
CLASS B
VERIZON COMMUNICATIONS INC
WAL-MART STORES INC

CONTINUED ON PAGE

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

06/28/2011 15:56 FAX                         DRAKE                                    ☑ 012



PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

WESTPORT NATIONAL BANK
ATTN: DeNNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT                    CT    06880

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

1-W0106-3-0

11/30/08

17

*******8373

| | | | | WELLS FARGO & CO NEW | | 28,890 | |
| 49,484 | 2,732M | | | | | 36,010 | |

06/28/2011 15:56 FAX    DRAKE    ☑013

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT                 CT   06880

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

1-M0106-4-0    11/30/08    ******8373    2



| 11/25 | | 166 | 72249 | S & P 100 INDEX DECEMBER 380 CALL | 34 | | 564.234 |
| | | 1,265 | | S & P 100 INDEX DECEMBER 380 CALL | 23.300 | | |
| | | 1,265 | | S & P 100 INDEX DECEMBER 380 PUT | 16.500 | | 8,177,355 |

MARKET VALUE OF SECURITIES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

06/28/2011 15:57 FAX          DRAKE                                    ☑ 014

**Registered No.**

RA799053021US

**Date Stamp**

| | | | |
|---|---|---|---|
| Reg. Fee | $10.00 | | 0244 |
| Handling Charge | $0.00 | Return Receipt | $2.20 | 93 |
| Postage | $1.51 | Restricted Delivery | $0.00 | 01/30/09 |
| Received by: | | | |

To Be Completed By Post Office

Customer Must Declare Full Value $ $0.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

FROM  Alan H. Myers
82-10 256 St.
Floral Park, NY 11004

TO  Irving H. Piccard, ESQ
Trustee for BL Madoff Sec. LLC
2100 McKinney Ave. Suite 800
Dallas, TX 75201

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

**PS Form 3806,   Receipt for Registered Mail**      Copy 1 - Customer
May 2007 (7530-02-000-9051)          (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Irving H. Picard, ESQ
Claims Processing Center
Trustee for BL Madoff Sec. LLC
2100 McKinney Ave. Suite 800
Dallas, TX 75201

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☑ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   RA799053021US

PS Form 3811, February 2004          Domestic Return Receipt      102595-02-M-1540

---

GLEN OAKS STA
FLORAL PARK, New York
110049998
3568880244-0098
01/30/2009 (180)027-5677 01:03:44 PM

Sales Receipt

| Product Description | Qty | Unit Price | Final Price |
|---|---|---|---|
| DALLAS TX 75201 Zone-8 First-Class Large Env 4.20 oz. | | | $1.51 |
| Return Rcpt (Green Card) | | | $2.20 |
| Registered | | | $10.00 |
| Insured Value : | | $0.00 | |
| Article Value : | | $0.00 | |
| Label #: RA799053021US | | | |
| Issue PVI: | | | $13.71 |

Total:                      $13.71

Paid by:
Cash                        $14.00
Change Due :                -$0.29

** Save this receipt as evidence of insurance. For information regarding domestic insurance, visit our website at

06/28/2011 15:57 FAX                    DRAKE                                    ☑015

## CUSTOMER CLAIM

Claim Number _00164⁰_

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _516-724-1544_

HOME: _718-343-2784_

Taxpayer I.D. Number (Social Security No.)

Account Number:    1W0106
WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT, CT 06880

_Alan Myers_
_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_
_82-10 256 St._
_Flores Park, NY 11004_

(If incorrect, please change)

**NOTE:**    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

**************************************************************************

1.        Claim for money balances as of **December 11, 2008**:
          a.        The Broker owes me a Credit (Cr.) Balance of         $ _-0-_
          b.        I owe the Broker a Debit (Dr.) Balance of            $ _0-_

502180406                                    1

c.   If you wish to repay the Debit Balance,
     please insert the amount you wish to repay and
     attach a check payable to "Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC."
     If you wish to make a payment, **it must be enclosed**
     with this claim form.                                   $ ___-0-___

d.   If balance is zero, insert "None."                      ___None___

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|-----|-----|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | ✓ |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |

AS PER ATTACHED BROKERAGE STATEMENT OWNERSHIP PERCENTAGE
IS .002550. MARKET VALUE OF PORTFOLIO 60,740,251.
EQUITY POSITION IS 154887.64 DOCUMENTATION ATTACHED
COST BASIS 75,697.38 — 8/7/92 LETTER ATTACHED

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | ✓ |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if
      so, give name of that broker.    _____    ✓

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:_____
      _____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _____Jan 29. 2009_____ Signature_____Alan H. Meyers_____

Date _____ . Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

06/28/2011 15:57 FAX                    DRAKE                                        ☑019



772 East State Street
Westport, Connecticut 06880
(203) 226-4238

August 7, 1992

Mr. Alan H. Meyers
82-10 256th Street
Floral Park, NY 11004

                    Re:   Alan H. Meyers IRA

Dear Mr. Meyers:

Based on the information provided to us by the Westport Bank & Trust
Company, we have determined the amount of assets being held in a custodial
account by the Trust Department on behalf of your Individual Retirement
Arrangement (IRA).

The value of these assets in your Account No. 61000654 as of August 3, 1992
was $86,781.  These funds represent the accumulation of the two transfers
totalling $75,697.38 made to the Bank since the account was established on
September 16, 1991.

Please call us if you have any questions at all about these figures.

                              Sincerely yours,

                              P S C C, INC.

                              *Helen M. Demos*

                              Helen M. Demos

HMD:smh

06/28/2011 15:57 FAX                    DRAKE                                    ☑020

WESTPORT NATIONAL BANK
as Custodian
BLMIS Account # 1-W0106-3-0

INDIVIDUAL ACCOUNT STATEMENT

DATE: 11/30/08

| WNB Account # | 69 00 1071 3 00 |
|---|---|
| **Account Name** | ALAN H MEYERS IRA |
| # of Units | 523.3659 |
| % share of total units | 0.002550 |

| Name of Security: | No of Securities (Note 1) |
|---|---|
| AT & T | 219.3200 |
| Abbott Labs | 58.3779 |
| Altria Group | 76.8210 |
| Amgen Inc. | 40.1348 |
| Apple Inc. | 32.8376 |
| Bank of America | 188.4278 |
| Bank of NY Mellon | 42.9063 |
| Baxter Int'l | 22.9702 |
| Boeing | 25.8029 |
| Bristol Myers Squibb | 74.0509 |
| CVS Caremark | 53.8522 |
| Chevron Corp | 77.6995 |
| Cisco Systems | 220.3883 |
| CITI Group | 204.4935 |
| Coca Cola | 74.0509 |
| Colgate Palmolive | 2.1162 |
| Comcast Corp. CL A | 108.1582 |
| Conoco Phillips | 57.5008 |
| Walt Disney | 70.5935 |
| Exelon Corp. | 2.9827 |
| Exxon Mobile Corp | 196.1483 |
| General Electric | 392.0748 |
| Goldman Sacchs Group | 13.9800 |
| Google | 7.2972 |
| Hewlett Packard | 92.2940 |

06/28/2011 15:57 FAX                              DRAKE                                    ☑021

WESTPORT NATIONAL BANK                  INDIVIDUAL ACCOUNT STATEMENT              DATE: 11/30/08
as Custodian
BLMIS Account # 1-W0106-3-0

| WNB Account # | 69 00 1071 3 00 |
|---|---|
| **Account Name** | **ALAN H MEYERS IRA** |
| Home Depot | 64.3748 |
| Intel Corp. | 209.6744 |
| Int'l Business Machines | 51.0807 |
| J.P. Morgan Chase | 136.6475 |
| Johnson Johnson | 104.9328 |
| Kraft Foods | 57.0775 |
| McDonalds Corp. | 42.4831 |
| Medtronic | 42.9063 |
| Merck | 80.2696 |
| Microsoft Corp. | 294.2377 |
| Occidental Petro | 31.9605 |
| Oracle Corp. | 148.2930 |
| Pepsico Inc. | 58.3779 |
| Pfizer Inc. | 253.0346 |
| Phillip Morris | 77.8907 |
| Proctor & Gamble | 112.6839 |
| Qualcomm Inc. | 62.0265 |
| Schlumberger | 44.8619 |
| 3M Company | 25.5403 |
| Time Warner | 15.6602 |
| U  S Bancorp | 65.6751 |
| United Parcel SVC ClassB | 36.4862 |
| United Tech. Corp. | 36.4862 |
| Verizon Comm. | 106.0114 |
| Wal Mart. Stores | 83.9182 |
| Wells Fargo | 126.1693 |
| Wyeth | 5.9255 |

06/28/2011 15:58 FAX                          DRAKE                                        ☑022

WESTPORT NATIONAL BANK                    INDIVIDUAL ACCOUNT STATEMENT              DATE: 11/30/08
as Custodian
BLMIS Account # 1-W0106-3-0

| WNB Account # | 69 00 1071 3 00 |
|---|---|
| Account Name | ALAN H MEYERS IRA |
| Fidelity Spartan Money Market | 67.3350 |
| S & P100 Index Dec 430 Call | 3.2254 |
| S & P100 Index Dec 420 Put | 3.2254 |
| S & P 100 Index Dec 380Call | 0.4232 |
| S & P 100 Index Dec 380Call | 0.4232 |

Note 1: The transactions giving rise to the
Number of Securities are detailed in the Final
BLMIS Statement delivered to WNB.

06/28/2011 15:58 FAX                                                                    ☑023
DRAKE



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V-P
1495 POST ROAD EAST
WESTPORT                CT  06880

1-W0106-3-0        11/30/08        *****8373        14

SECURITY POSITIONS                    MKT PRICE

AMGEN INC                              55.540

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

06/28/2011 15:58 FAX    Ø024



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT   06880

1-W0106-3-0    ******0373    11/30/08    15

| | | |
|---|---|---|
| 12,879 | APPLE INC | 92,670 |
| 73,902 | BANK OF AMERICA | 16,250 |
| 10,120 | BOEING CO | 42,630 |
| 86,437 | BRISTOL MYERS SQUIBB COMPANY | 30,700 |
| | CISCO SYSTEMS INC | 16,540 |
| 80,203 | CITI GROUP INC | |
| 896 | COMCAST CORP | |
| 42,420 | COMCAST CORP CL A | 17,340 |
| 1,162 | THE WALT DISNEY CO | 56,210 |
| | EXELON CORP | 80,150 |
| 5,483 | EXXON MOBIL CORP | |
| 2,862 | GOOGLE | 292,960 |
| 36,198 | HEWLETT PACKARD CO | 35,230 |
| 82,235 | INTERNATIONAL BUSINESS MACHS | 81,600 |
| 20,034 | CONTINUED ON PAGE | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

WESTPORT NATIONAL BANK

ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT          CT   06880

1-W0106-3-0    11/30/08    *****8373    16

| | | |
|---|---|---|
| J.P. MORGAN CHASE & CO | 31.660 | 54,378 |
| JOHNSON & JOHNSON | 59.500 | 41,165 |
| MCDONALDS CORP | | 16,828 |
| MEDTRONIC INC | 30.520 | 31,482 |
| MERCK & CO | 26.320 | |
| GOLDMAN PETROLEUM COR | | |
| ORACLE CORPORATION | 16.090 | 58,161 |
| PEPSICO INC | 56.700 | 22,0 |
| PFIZER | | 50,5 |
| PROCTER & GAMBLE CO | 64.350 | 44,195 |
| QUALCOMM INC | 33.570 | |
| | | 20, |
| U S TREASURY MONEY MARKET | | 10,0 |
| 3M COMPANY | 66.930 | |
| TIME WARNER | | 25,9 |
| U S BANCORP | | 14,310 |
| UNITED PARCEL SVC INC | 57.600 | |
| CLASS B | | 14, |
| UNITED TECHNOLOGIES | | 42, |
| VERIZON COMMUNICATIONS | | 32,913 |
| WAL-MART STORES INC | 55.880 | |

CONTINUED ON PAGE

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

06/28/2011 15:59 FAX                                                                                 ☑026



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

17
11/30/08
1-W0106-3-0
*******8373

WESTPORT NATIONAL BANK
ATTN: DENNIS P CLARK V.P
1495 POST ROAD EAST
WESTPORT     CT   06880

WELLS FARGO & CO NEW
MYTH

LONG    SHORT

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



06/28/2011 16:01 FAX                    DRAKE                                    ☑028

**Registered No.** RA79B053021US                    **Date Stamp**

| Reg. Fee | $10.00 | | | 0244 |
| Handling Charge | $0.00 | Return Receipt | $2.20 | 03 |
| Postage | $1.51 | Restricted Delivery | $0.00 | 01/30/09 |
| Received by | | | | |

Customer Must Declare Full Value $ $0.00

Domestic insurance up to $25,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: Alan H. Myers / 82-10 256 St. / Floral Park, NY 11004

TO: Irving H. Picard, ESQ / Trustee for BL Madoff SSC, LLC / 2100 McKinney Ave - Suite 800 / Dallas, TX 75201

PS Form 3806, May 2007 (7530-02-000-9051)    Receipt for Registered Mail    Copy 1 - Customer
For domestic delivery information, visit our website at www.usps.com®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Irving H. Picard, ESQ / Claims Processing Center / Trustee for BL Madoff SSC, LLC / 2100 McKinney Ave, Suite 800 / Dallas, TX 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☑ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)  RA79B053021US

PS Form 3811, February 2004    Domestic Return Receipt

---

GLEN OAKS STA
FLORAL PARK, New York
110049998
3588880244-0098
01/30/2009 (180)027-5677 01:03:44 PM

| Sales Receipt | | | |
| Product Description | Sale Unit Qty Price | Final Price |

DALLAS TX 75201
Zone-6 First-Class
Large Env
4.20 oz.                                    $1.51
Return Rcpt (Green Card)                     $2.20
-- Registered                               $10.00
Insured Value :        $0.00
Article Value :        $0.00
Label #:    RA79B053021US

Issue PVI:                                   $13.71

Total:                                       $13.71

Paid by:
Cash                                        $14.00
Change Due:                                 -$0.29

-- Save this receipt as evidence of insurance. For information regarding domestic insurance, visit our website at