June 16, 2011

To: Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10011



### Change of Address of Claimant
### Bernard L. Madoff Investment Securities LLC in Liquidation
### Bankruptcy Case No. 08-1789 (BRL)

### BLMIS Account No. 1ZA216
### Claim Number 001449
### i/n/o Gertrude I. Gordon Revocable Living Trust

Please be advised that Gertrude I. Gordon, Grantor and Trustee of the Gertrude I. Gordon Revocable Living Trust, has died. Following her death, the undersigned, Stewart Gordon Rosenblum and Catherine Taisch, have succeeded her as Trustees of the Gertrude I. Gordon Revocable Living Trust. A copy of her death certificate, the successor Trustees' acceptances of Trusteeship and the Trust's new EIN are enclosed with the copy of this letter filed with Irving H. Picard.

All documents, notices, information and other communications should continue to be addressed to the Gertrude I. Gordon Revocable Living Trust, and if appropriate to Gertrude I. Gordon, but the mailing address for all such communications has now changed to:

> Gertrude I. Gordon Revocable Living Trust
> c/o Stewart G. Rosenblum, Trustee
> 333 East 69th Street 8E
> New York, NY 10021

Please advise the undersigned at the above address if anything further is required by the Court or Irving H. Picard as Trustee.

Sincerely yours,

Stewart G. Rosenblum        Catherine Taisch
Trustees, Gertrude I. Gordon Revocable Living Trust





Clerk of the United States
Bankruptcy Court for the Southern
District of New York
One Bowling Green
New York, New York 10004

FIRST CLASS

GIG Rev. Liv. Trust
333 East 69th St. 8E
New York, NY 10021