JOSEPHINE WANG  
General Counsel  
KEVIN H. BELL  
Senior Associate General Counsel  
 for Dispute Resolution  
CHRISTOPHER H. LAROSA  
Associate General Counsel  
SECURITIES INVESTOR  
 PROTECTION CORPORATION  
805 Fifteenth Street, N.W., Suite 800  
Washington, DC 20005  
Telephone: (202) 371-8300  
E-Mail: jwang@sipc.org  
kbell@sipc.org  
clarosa@sipc.org  

**UNITED STATES DISTRICT COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff, | Case No. 08-01789 (BRL) |
| | (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Appeal No. _____ |
| Defendant | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**CERTIFICATE OF SERVICE**

      I, Christopher H. LaRosa, hereby certify that on June 29, 2011, I caused true and correct copies of the Response of the Securities Investor Protection Corporation in Opposition to

Motion by Marsha Peshkin and Others for Leave to Appeal to be served, by electronic transmission to the email addresses designated for delivery as set forth on the attached Schedule A, and/or by placing true and correct copies thereof in sealed packages designated for regular prepaid U.S. Mail delivery to those parties whose names and addresses are set forth on the attached Schedule A.

/s/ Chistopher H. LaRosa
Christopher H. LaRosa

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Ben Franklin Station – Box 55
Washington, DC 20044

**Chapter 7 Trustee**
Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**Baker & Hostetler, LLP**
David J. Sheehan – dsheehan@bakerlaw.com
Irving Picard – ipicard@bakerlaw.com

**Securities and Exchange Commission**
Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**
Lisa Baroni – lisa.baroni@usdoj.gov
Robert Yalen - robert.yalen@usdoj.gov

**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Notices of Appearance**
Service via Electronic Notification through ECF Filing

**Counsel to Peshkin Objectors**
Helen Davis Chaitman, Esq.
Becker & Poliakoff LLP
45 Broadway
New York, NY 10006
Email: HChaitman@becker-poliakoff.com