UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )  ss:
COUNTY OF DALLAS          )

CHAD M. TOLLESON, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 28, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000117).

Executed on June 29th, 2011

_____
Chad M. Tolleson

Sworn to and subscribed before me this 29th day of June, 2011

(SEAL)   [Notary seal: SHANNON OUTLAND, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 5-25-2012]

_____
Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 4300117**

6/28/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Scoggin Worldwide Fund, Ltd. | Attention: BD Trades | c/o Scoggin Capital Management | 660 Madison Avenue, 20th Floor | New York | NY | 10065 |