**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman, Esq. (4266)
45 Broadway
New York, New York 10006
hchaitman@beckerny.com

*Attorneys for Marsha Peshkin and over 800
Other Customers of Bernard L. Madoff
Investment Securities LLC as Listed on
Exhibit A*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>          Defendant. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>          Debtor. | Appeal No. _____ |

## NOTICE OF APPEAL

Marsha Peshkin and over 800 other investors in Bernard L. Madoff Investment Securities LLC, as listed on Exhibit A hereto ("Movants"), by their attorneys, Becker & Poliakoff, LLP, appeal under 28 U.S.C. § 158(a) from the Order of the bankruptcy judge Honorable Burton R. Lifland, denying the Movants' motion to compel Irving H. Picard (the "Trustee") to provide more investigative and financial information, (the "Order") entered in this Adversary Proceeding on the 21st day of June, 2011, to the extent that the Order denied Movants' request for BLMIS' bank and trading records (Doc # 4180).

The names of parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Irving H. Picard, Trustee<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: 212-589-4688 | David J. Sheehan, Esq.<br>Baker & Hostetler LLP<br>Counsel to the Trustee<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: 212-589-4616 |
| Marsha Peshkin and over 800 Other Customers of Bernard L. Madoff Investment Securities LLC as Listed on Exhibit A<br>Becker & Poliakoff, LLP<br>45 Broadway<br>New York, NY 10006<br>Telephone: (212) 559-3322 | Kevin H. Bell, Esq.<br>Securities Investor Protection Corporation<br>805 15th Street, NW<br>Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 371-8300 |

June 30, 2011

                        **BECKER & POLIAKOFF LLP**

By:   /s/ Helen Davis Chaitman
        Helen Davis Chaitman
        45 Broadway
        New York, New York 10006
        (212) 599-3322

        *Attorneys for Marsha Peshkin and over 800 Other Customers of Bernard L. Madoff Investment Securities LLC as Listed on Exhibit A*

2

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br><u>Adv. Pro. No. 08-01789 (BRL)</u> | Helen Davis Chaitman (4266)<br>Becker & Poliakoff, LLP<br><u>NOTICE OF APPEAL</u> |

**SERVICE LIST**

Irving H. Picard, Trustee
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4688

David J. Sheehan, Esq.
Baker & Hostetler LLP
Counsel to the Trustee
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4616

Marsha Peshkin and over 800 Other
Customers of Bernard L. Madoff
Investment Securities LLC as Listed on
Exhibit A
Becker & Poliakoff, LLP
45 Broadway
New York, NY 10006
Telephone: (212) 559-3322

Kevin H. Bell, Esq.
Securities Investor Protection
Corporation
805 15th Street, NW
Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300