**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman, Esq. (4266)
45 Broadway
New York, New York 10006
hchaitman@beckerny.com

*Attorneys for Marsha Peshkin and over 800 Other Customers of Bernard L. Madoff Investment Securities LLC as Listed on Exhibit A*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                      Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                      Defendant. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                      Debtor. | Appeal No. _____ |

**DECLARATION OF HELEN DAVIS CHAITMAN**
**IN SUPPORT OF MOTION FOR LEAVE TO APPEAL**

I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

I am a partner with Becker & Poliakoff LLP, counsel to Marsha Peshkin and over 800 other Customers of Bernard L. Madoff Investment Securities LLC. A non-exclusive list of my clients is set forth on **Exhibit A** attached hereto (the "Objectors"). I am a member of the bars of New York and New Jersey, and of this Court. I submit this

declaration in support of the Movants' motion for an Order pursuant to Federal Rules of Bankruptcy Procedure 8001(b) and 8003: (1) granting them leave to appeal the June 21, 2011 order (Doc # 4180) of the United States Bankruptcy Court for the Southern District of New York denying the Movants' motion to compel Irving H. Picard (the "Trustee") to provide more investigative and financial information, (the "Order"), to the extent that the Order denied Movants' request for BLMIS' bank and trading records and (2) granting such other and further relief in the Movants' favor as the Court deems just and proper.

1. True and correct copies of the following documents are attached hereto:

    **Exhibit A**: A list of all my parties on whose behalf this motion is filed

    **Exhibit B**: June 21, 2011 order of the United States Bankruptcy Court for the Southern District of New York denying the customers' motion to compel Irving H. Picard (the "Trustee") to produce the bank and trading records of BLMIS.

    **Exhibit C**: Motion for an Order Approving Initial Allocation of Property to the Fund of Customer Property and Authorizing an Interim Distribution to Customers

    **Exhibit D**: Declaration Of Joseph Looby In Support Of Trustee's Motion For an Order Upholding Trustee's Determination Denying "Customer" Claims For Amounts Listed On Last Customer Statement, Affirming Trustee's Determination Of Net Equity, And Expunging Those Objections With Respect To The Determinations Relating to Net Equity

    **Exhibit E**: June 21, 2011 Hearing Transcript On The Motion To Compel The Trustee To Provide A Report Of His Investigative Activities And The Financial Affairs Of BLMIS

**Exhibit F**:  January 24, 2011 letter from Stephen Harbeck, President of SIPC, to Rep. Scott Garrett

**Exhibit G**:  June 3, 2011 letter from Congressman Scott Garrett, Chairman of the Subcommittee on Capital Markets, Insurance, and Government-Sponsored Enterprises, to the Government Accountability Office

**Exhibit H**:  Amended Complaint for *Picard v. JP Morgan Chase & Co.*

I declare under penalty of perjury that the foregoing is true and correct.

June 30, 2011                                                                 /s/ Helen Davis Chaitman