Investors represented by Becker & Poliakoff, LLP

1.      Abbit, Linda Abbit Family Trust
2.      Abbit, Linda Brodsky Irrevocable Trust
3.      Abbit, Linda Trustee of the Survivors Trust Under the Brodsky Family Trust dated 1/9/02
4.      Abel, David
5.      Accu Plan Employees' Profit Sharing Trust
6.      Ackerman Institute for the Family
7.      Adler, Patricia A.
8.      Allen Family Trust
9.      Allen, Jeffrey H.
10.     Allen, Laurel
11.     Allen, Paul
12.     Allen, Robert J.
13.     Alpern, Amanda
14.     Alpern, Jane
15.     Alpern, Lewis
16.     Ambrosino, Ronnie Sue
17.     Andelman, Stephanie
18.     Andelman, Steven
19.     Andelman, Susan
20.     Arenson, Cynthia
21.     Arenson, Ted
22.     Aster Associates
23.     Atwood Management Profit Sharing Plan
24.     Atwood-Regency Defined Benefit Plan & Trust n/k/a/ Atwood-Refency Profit Sharing Plan
25.     Avergon, Brad
26.     Avergon, Cynthia
27.     Avergon, Jacqueline
28.     Avergon, Robert
29.     Axelrod (John Porges)
30.     Aymes, Barbara
31.     Aymes, Bruce
32.     Babcock, Kathryn
33.     Bader, William
34.     Baer, Beatrice
35.     Baer, Stanley
36.     Bartos, Adam P.
37.     Bartos, The Celeste & Adam Bartos Charitable Trust
38.     Benjamin, Carolyn Jean
39.     Benjamin, Donald
40.     Benzaia, Peter
41.     Berezin, Evelyn

Investors represented by Becker & Poliakoff, LLP

| | |
|---|---|
| 42. | Berkowitz, Bertha & Calvin Berkowitz-Blau Foundation, Inc. |
| 43. | Berkwitz, Morrey |
| 44. | Bernfeld, Ellen |
| 45. | Bernfeld, H&E |
| 46. | Bernfeld, Herbert |
| 47. | Bernfeld, Joint Venture |
| 48. | Bernfeld, Marilyn |
| 49. | Bernfeld, P&M Joint |
| 50. | Bessel, Henry |
| 51. | Bessell, Roz |
| 52. | Bevro Realty Corp. Defined Benefit Pension Plan |
| 53. | Bizzell, Gary |
| 54. | Bizzell, Sharon |
| 55. | Blaine, Andrea |
| 56. | Brandes, Julie P. |
| 57. | Braun, Martin L. |
| 58. | Breen, Rio |
| 59. | Breen, Suzanne |
| 60. | Breier Group |
| 61. | Breier, Anita |
| 62. | Breier, Margot |
| 63. | Brillante, Joyce |
| 64. | Brillante, Michael |
| 65. | Brodsky, Bert |
| 66. | Brodsky, Bert Brodsky Associates, Inc. Pension Plan |
| 67. | Brodsky, Muriel |
| 68. | Buckley, Brenda |
| 69. | Burich, Kelly |
| 70. | Burich, Megan |
| 71. | Busel, Joel IRA |
| 72. | Busel, Joel Revocable Trust |
| 73. | Busel, Sandra Revocable Trust |
| 74. | Butt, Lila A. |
| 75. | Canavan, Lissa as a member of Lapin Childrenn LLC |
| 76. | Carone Family Trust |
| 77. | Carone Gallery, Inc. Pension Trust |
| 78. | Carone Marital Trust #1 UTD 1-16-00 |
| 79. | Carone Marital Trust #2 UTD 1-26-00 |
| 80. | Carone, Matthew D. Carone Revocable Trust |
| 81. | Carroll, Sandra |
| 82. | Casey, Diarmuid |

Investors represented by Becker & Poliakoff, LLP

| | |
|---|---|
| 83. | Castelli, Denis M. |
| 84. | Cavanaugh, Lisa |
| 85. | Chalek Associates LLC |
| 86. | Chalek, David |
| 87. | Chalek, Isabel |
| 88. | Chalek, Mitchel |
| 89. | Chalek, Morton |
| 90. | Chalek, Richard M. |
| 91. | Chalek, Trust of Doris Chalek |
| 92. | Chapman, Brenda Joyce |
| 93. | Cheng, Irene |
| 94. | Cholodenko, Paul |
| 95. | Cline, Edwin J. |
| 96. | Clothmasters, Inc. |
| 97. | Cohen William R. |
| 98. | Cohen, Betty |
| 99. | Cohen, Jesse L. |
| 100. | Cohen, Marcia |
| 101. | Cohen, Nancy Dver |
| 102. | Cohen, Nancy Dver Rev. Trust |
| 103. | Cohen, Ronald |
| 104. | Cohen, Teresa Redston |
| 105. | Cohn, Anna IRA |
| 106. | Cooney, Patricia T. |
| 107. | Cooney, Patrick |
| 108. | Corwin, Ronald D. |
| 109. | Cuenca Abela, Joaquin |
| 110. | Cummings, Bruce E. |
| 111. | Cummings, Lynn |
| 112. | Cutroneo, Garynn Rodner |
| 113. | Danels LP |
| 114. | Daniels, Annette |
| 115. | Daniels, Charles D. |
| 116. | Daprex |
| 117. | Davis, Walter |
| 118. | De Blacam, Hugh |
| 119. | De Vita, Michael T., Trustee |
| 120. | Decker, Jessica |
| 121. | Del Casino, Anne |
| 122. | Den Bleyker, Diane M. |
| 123. | Denton Family Irrevocable Trust |

Investors represented by Becker & Poliakoff, LLP

124. Denton Labriola, Susan
125. Diane Holmers
126. Dick, Estate of Jacob M. Dick
127. Dick, Jacob M. Dick Rev Living Trust DTD 4/6/01
128. Difazio, Carol
129. Difazio, Frank
130. DiGiulian, Bruno L.
131. DiGiulian, Patsy R.
132. Dine, Elaine
133. Dine, Elaine Dine Living Trust Dated 5/12/06
134. Dunkle, Carolyn
135. Dunkle, Don
136. Durr, Robin
137. Dusek, Russell
138. Eaton, Richard G.
139. Ebel, Maureen Anne
140. Ehrlich, Leslie
141. Ehrlich, Stephen
142. Eisenstat, Susan
143. EMM Realty Corp
144. Engel, Barbara
145. Englebardt, Marvin
146. Englebardt, Marvin Englebardt Retirement Plan
147. Englebardt, Sabra
148. English, Alan
149. English, Rita
150. Ennis, Sheila E.
151. Epstein, Jane
152. Epstein, Joan
153. Epstein, Michael
154. Epstein, Muriel
155. Epstein, Randy
156. Epstein, Robert
157. Esteban, Fernando M.
158. Fairchild, Harriet
159. Falls, Sharon
160. FAS Partners L.P.
161. Feinberg, Norman
162. Feinberg, Sondra
163. Feldman Rous Grodin Epstein MD PA Profit Sharing Plan 6/25/82
164. Feldman, Ari

Investors represented by Becker & Poliakoff, LLP

165. Feldman, Beth P.
166. Feldman, Beth P. Feldman Trust
167. Feldman, Mark S.
168. Feldman, Nancy
169. Ferber, Robert F.
170. Figi, John Todd Figi Revocable Trust
171. Fisher, Carol
172. Fitzpatrick, John
173. Fogliano, Nicholas Jr Fogliano, Lynn JT WROS
174. Forrest, Kathleen
175. Forrest, Leonard
176. Forrest, Leonard Rev. Trust
177. Forrest, Marjorie
178. Forrest, Marjorie Rev. Trust
179. Forte, Joyce
180. Fox Family Partnership
181. Fox, Adele
182. Freshman, Frieda
183. Freshman, Frieda Freshman Rev Trust
184. Freshman, Walter Freshman Recovable Trust dtd 12/31/92
185. Freshman, Walter Freshman Trust A
186. Friedman, Constance
187. Friedman, Myra
188. Friedman, Richard
189. Friedman, Richard Credit Shelter Trust #226
190. Friedman, Richard Gabriel Friedman Trust #227
191. Friedman, Shirley
192. Frucht, Howard
193. Frucht, Howard & Carolyn Frucht Rev Trust
194. Gaba Partnership
195. Gaba, Barbara
196. Gaba, Richard
197. Gale, Etta M. Lazar and Melvin H. Gale J/T WROS
198. Gale, Leona
199. Gale, Melvin
200. Ganes, Gustine
201. Ganes, Sol

Investors represented by Becker & Poliakoff, LLP

202.    Gangji, Nur C.
203.    Garten, James
204.    Gattegno, Irrevocable Trust FBO Jennifer Gattegno
205.    Gattegno, Judith
206.    Gennett, Martha S.
207.    George, Allison
208.    George, Christopher
209.    Gersten, Beth
210.    Getz, Robert N Getz, LLC
211.    Getz, Robert N.
212.    Getz, Robert N. LLC Pension Plan/Robert N. Getz Trustee
213.    Getz, Steven S.
214.    Gevirtz, Charles
215.    Ginsburg, Carla H.
216.    Glater, Michelle
217.    Glodstein, David
218.    Glodstein, Elaine Glodstein Revocable Trust
219.    Glodstein, Susan
220.    Goldsmith, Leslie
221.    Goldstein, Elliot J. Goldstein MD PC Money Purchase Pension Trust
222.    Goodman Capital Partners, L.P.
223.    Goodman Holding, Inc.
224.    Goodman, Abbey
225.    Goodman, Andrew M.
226.    Goodman, Audrey M.
227.    Goodman, Bruce
228.    Goodman, James M.
229.    Goodman, Jerome
230.    Goodman, Kevin
231.    Goodman, Peter
232.    Goodman, Philip
233.    Goodman, The Jerome Goodman Children's Grat #1
234.    Goodstein, Iris
235.    Goodstein, Iris as TSTEE UAD 6/23/97
236.    Gordon, Allen
237.    Grant II, Edwin A.
238.    Great Western Bank - Trust Department, as Trustee

Investors represented by Becker & Poliakoff, LLP

239.  Green, Jacqueline
240.  Green, Wayne D.
241.  Greene/Lederman LLC
242.  Greenspan, Davina
243.  Greer, Sue
244.  Greiff, James
245.  Grobstein, Cheryl
246.  Grobstein, Jack
247.  Gross Associates
248.  Gross, David
249.  Gross, Herbert
250.  Gross, Irma
251.  Gross, Susan Epstein
252.  Grosvenor Partners LTD
253.  Guardian Angel Trust LLC
254.  Guiducci Family Partnership
255.  Guiducci, Dino
256.  Guiducci, Mary
257.  Guiducci, Sandra
258.  Guttman, Ronald A.
259.  Haber, Jerome
260.  Haber, Ronald J.
261.  Halio, Robert
262.  Harmony Partnership
263.  Harnick, Estate of Steven I. Harnick
264.  Harnick, Martin R.
265.  Harnick, Martin R. Harnick & Steve Norton Partners
266.  Harnick, Pamela
267.  Harnick, Steven I. Harnick Revocable Living Trust dated April 2, 2002
268.  Harwood Holding Company II, Inc.
269.  Harwood, Estelle
270.  Harwood, Estelle Harwood Family Limited Partnership
271.  Harwood, Estelle Harwood Revocable Trust
272.  Harwood, Estelle Trust DTD 9/92
273.  Harwood, Family Partnership
274.  Harwood, Lowell

Investors represented by Becker & Poliakoff, LLP

275. Harwood, Lowell Harwood & Craig HarwoodTrustee Charitable Remainder Trust
276. Harwood, Sanford
277. Harwood, Sanford Rev Trust DTD 2/10/98
278. Harwood, The Estelle Family Limited Partnership
279. Harwood, The Sanford Harwood Family Limited Partnership
280. Harwood, Toby
281. Helford, Betty
282. Helford, Irwin
283. Heller, Ben
284. Heller, Benjamin T. Heller Irrevocable Trust
285. Heller, Patricia
286. Heller, Warren M.
287. Helmig, Claudia
288. Helmig, Timothy
289. Hendler, Gloria
290. Hendler, Gloria Hendler Revocable Trust
291. Henley, Robert
292. Herman, Jay
293. Herman, Sheila
294. Heyl, Judith Patience
295. Hiles, Heidi
296. Hill, Norma
297. Hirsch, Lee
298. Hirsch, Robert
299. Hirschhorn, Carla
300. Hirschhorn, Stanley
301. Hocatt, Philip A.
302. Hohl, Myrna
303. Holloway, Adam
304. Holloway, Alicia N.
305. Holloway, Don G.
306. Holloway, Scott W.
307. Holmers, Heidi
308. Horowitz, Mark
309. Hudson Investment Partners, LP
310. Hulnick, Elsie P.

Investors represented by Becker & Poliakoff, LLP

311.  Hulnick, George H.
312.  Israel, Howard
313.  Iuen, Alice
314.  Iuen, Marvin F.
315.  Izes, Jay M. (IRA)
316.  JABA Associates
317.  Jacob,  J. J., a minor by Lee Ann Mahrs Jacob
318.  Jacob, Matthew
319.  Jacob, Steven
320.  Jacobs, Edward M.
321.  Jaffe Family Partnership
322.  Jaffe, Colette
323.  Jaffe, Gloria
324.  Jaffe, Gloria S. Jaffe Investment Partnership
325.  Jaffe, Manuel O.
326.  Jaffe, Phillip
327.  Jason, Shari Block
328.  Jordan, James A. Living Trust
329.  Jordan, James Allen
330.  Jordan, Kenn Jordan Associates
331.  Jungreis, Annette Trust
332.  Jungreis, Irving Trust
333.  Kajota, Saulius
334.  Kamenstein, Carol L.
335.  Kamenstein, David R.
336.  Kamenstein, Peter D.
337.  Kamenstein, Sloan G.
338.  Kamenstein, Tracy D.
339.  Kantor, Herbert C.
340.  Kaye, Howard
341.  Keller, Barbara
342.  Keller, Gerald
343.  Keller, Gerald and Barbara Keller Family Trust
344.  Kiner, Barbara
345.  Kiner, David
346.  King, Andrea Dee

Investors represented by Becker & Poliakoff, LLP

347. Kissinger, Eugenie
348. Kissinger, Eugenie Kissinger Trust U/A/D 12/6/99
349. Kissinger, John Frans
350. Kissinger, Thomas VanDrooge
351. Kissinger, Trust Under Agreement
352. Kissinger, W. B.  Rev TST 10/23/96
353. Kissinger, Walter
354. Kissinger, Walter Kissinger Revocable Trust
355. Kissinger, William D.
356. Kissinger-Matray, Dana M.
357. Knopf de Esteban, Margaret
358. Koehler, H.C.
359. Kohl, Kenneth M.
360. Kohl, Myrna L.
361. Krakauer, Olga
362. Kringstein, Andrea
363. Kuntzman Family LLC;
364. Kurland, Renee
365. Kurland, Steven
366. Laks, Jason
367. Landres, Timorhy
368. Landres, Wendy
369. Lange, Barbara June
370. Lapin Children LLC
371. Lapin, Robert C.
372. Lawrence-Keane, Loretta
373. Lazarus Investment Group
374. Lazarus Schy Family Partnership
375. Lazarus, Adam
376. Lazarus, Amber
377. Lazarus, Audra
378. Lazarus, Ida
379. Lazarus, Jared
380. Lazarus, Linda
381. Lazarus, Michael
382. Lazarus, Ronald
383. Lazarus, Terry

Investors represented by Becker & Poliakoff, LLP

| | |
|---|---|
| 384. | Lazarus, Zipora |
| 385. | Lazarus-Schy Family Partnership |
| 386. | Leeds, Ellen |
| 387. | Lees, Toby |
| 388. | LeFavor, Dana |
| 389. | Lefkowitz, Amanda |
| 390. | Lefkowitz, Ian |
| 391. | Lehrer, Eunice Chervony |
| 392. | Leonardi, Emilie |
| 393. | Libby, Elizabeth A. |
| 394. | Libby, Stuart A. |
| 395. | Lissauer, Sharon |
| 396. | Liu, David |
| 397. | Login, Gerald |
| 398. | Lohse, GST Separate Trust FBO Sharon Lohse U/T/A/D 5/29/02 |
| 399. | Londa, Felice T. |
| 400. | Londa, Jessica |
| 401. | Londa, Peter |
| 402. | Long, Dora F. |
| 403. | Long, Richard P. |
| 404. | Low, Caren |
| 405. | Low, Frieda |
| 406. | Low, Gary |
| 407. | Low, Robert K. |
| 408. | Luker, Carol A.  (Carol A. Walsh - married name) |
| 409. | Luker, Donald P. |
| 410. | Luker, Kenneth S. |
| 411. | Luker, Robert C. |
| 412. | Luker, Robert C. Luker Family Partnership |
| 413. | Luker, Sharon R. |
| 414. | Lutsky, Madeline |
| 415. | M&M IN M LLC |
| 416. | Macaluso, Gaetano |
| 417. | Macaluso, Rosalinda |
| 418. | Marema, Dorothea |
| 419. | Margolies, Bert Margolies Trust |
| 420. | Marks, Andrea Joy |
| 421. | Marshall, Susanne S. |
| 422. | Marxen, Pamela K. |
| 423. | Mast, Rona |
| 424. | Masters Vacation Fund |

Investors represented by Becker & Poliakoff, LLP

| | |
|---|---|
| 425. | Mayfair Bookkeeping Services Inc Mayfair Pension Plan |
| 426. | Mayfair Ventures |
| 427. | McKean, Olivia |
| 428. | McKean, Robert |
| 429. | Meisels, Allen |
| 430. | Meyer, Cathy J. |
| 431. | MGM Associates, LLC |
| 432. | Michaelson, Susan |
| 433. | Michalove, Edwin |
| 434. | Miller Family Partnership |
| 435. | Miller Partnership |
| 436. | Miller Trust Partnership |
| 437. | Miller, Alice G. Miller Exemption Trust |
| 438. | Miller, Alice G. Miller Marital Trust |
| 439. | Miller, Bonnie |
| 440. | Miller, Dorothy |
| 441. | Miller, Ellen Danessa |
| 442. | Miller, Jill |
| 443. | Miller, Kenneth A. MD Pension & Profit Sharing PL |
| 444. | Miller, Mark |
| 445. | Miller, Martin Miller Living Trust |
| 446. | Miller, Nancy |
| 447. | Miller, Philip |
| 448. | Miller, Steven A. |
| 449. | Miller, Steven F. |
| 450. | Miller, The EDM Miller Trust #1 |
| 451. | Millison Investment Mgmt. Pension Plan |
| 452. | Millison, David |
| 453. | Millison, Henry |
| 454. | Millison, Julia |
| 455. | Mishkin Family Trust |
| 456. | Mishkin, Andrew |
| 457. | Mishkin, Ellen |
| 458. | Mishkin, Grace |
| 459. | Mishkin, Julia |
| 460. | Mishkin, William |
| 461. | Mishkin, William S. |
| 462. | Mishler, Dr. Ken Edward |
| 463. | MLSMK Investment Company c/o Stanley M. Katz |
| 464. | MMRN Associates |
| 465. | Moore, Barbara (Sopphia) |

Investors represented by Becker & Poliakoff, LLP

| | |
|---|---|
| 466. | Morselife Foundation Inc. |
| 467. | Moskowitz, David |
| 468. | Moskowitz, Peter |
| 469. | Most, Michael |
| 470. | Murray, Callie |
| 471. | Murray, Christine |
| 472. | Murray, Ryan |
| 473. | Murray, Timothy |
| 474. | Myers, Keith |
| 475. | Nahas, Edmund A. |
| 476. | Natale, Barbara Natale Trust |
| 477. | New, James M. |
| 478. | New, James M. New Trust dtd 3/19/01 |
| 479. | New, Laura W. |
| 480. | Newman, Abraham |
| 481. | Newman, Mark |
| 482. | Newman, Rita |
| 483. | N-Highmark LLC |
| 484. | Nichols, Trisha |
| 485. | Norman Simons, Dara |
| 486. | Norman, Hannah |
| 487. | Norman, Hannah P. Revocable Trust |
| 488. | North Shore Child & Family Guidance Association, Inc. |
| 489. | Northeast Investment Club |
| 490. | Norton, Steve |
| 491. | Oasis, Russell |
| 492. | Oguss, Gerald M. |
| 493. | Oguss, Jane L. |
| 494. | Oguss, Leonard J. Oguss Trust |
| 495. | Oguss, Ronald A. |
| 496. | O'Neal Jr., Louis S. |
| 497. | O'Neal, Darlene |
| 498. | Oren Revocable Trust of Gail B. Oren DTD 9/8/95 Gail B. Oren Tstee |
| 499. | Ostenson-Murray, Callie A. |
| 500. | Oxbridge Associates, LP |
| 501. | P&S Associates General Partnership |
| 502. | Palko Associates General Partnership |
| 503. | Palmedo, Philip F. |
| 504. | Palmer Family Trust |
| 505. | Palmer, Blake |
| 506. | Palmer, Boyer F. |

Investors represented by Becker & Poliakoff, LLP

507. Palmer, Boyer H.
508. Palmer, Boyer H. Palmer Investment Account
509. Palmer, Brett
510. Palmer, Bruce N.
511. Palmer, Fern C.
512. Palmer, Fern Trust
513. Palmer, Kurt B.
514. Palmer, Kurt C.
515. Palmer, Oscar
516. Palmer, Ryan
517. Palmer, Sophia
518. Patience, Estate of Scott S. Patience
519. Paymer, Laurel
520. Peerstate Equity Fund LP
521. Peltzer, Bette Anne
522. Perlman, Felice
523. Perlman, Sanford
524. Pesaturo, Penny
525. Peshkin, Marsha F.
526. Peshkin, Marsha Revocable Trust
527. Peskin, Diane
528. Peskin, Roger
529. Petito Investment Group, The, as Agent for J.X. Reynolds & Co. Deferred Profit Sharing Plan
530. Pillsbury, Edith A.
531. Placon2
532. Plafsky, Bernice
533. Plafsky, Nathan
534. Plateis, Marvin
535. Plateis, Roberta
536. Plati, Robert
537. Plati, Suzanne
538. Playso, Corinne G.
539. Podwill, Michael J.
540. Podwill, Robert R.
541. Poland, Richard S.
542. Posser, Jeffrey
543. Powell, Harvey L.
544. Preffer Family Trust
545. Preffer, Pamela
546. Preffer, Samuel

Investors represented by Becker & Poliakoff, LLP

547. Preffer, Shirley
548. Pressman, William
549. Pressman, William Pressman, Inc.
550. R.D.A., a minor as beneficiary of the Article 8.1 Trust
551. Rabb Partners
552. Rabb, John
553. Rabb, Kenneth
554. Rabb, Leslie
555. Rabb, Sumire
556. Rabb, Susan
557. Rabb, Sylvia Rabb Trust
558. Rabb, Yuka
559. Radosh Butt, Laura B.
560. Radosh Partners
561. Radosh, Alaric P.
562. Radosh, Burnett H.
563. Radosh, Danielle H.
564. Radosh, Jeremy L.
565. Radosh, Katherine M.
566. Radosh, Lee J.
567. Radosh, Rachel L.
568. Raines, Densel L.
569. RAR Entrepreneurial Fund Ltd.
570. Rautenberg, Marie S.
571. Realty Negotiators Inc. Defined Benefit Pension Plan
572. Rechler, Donald
573. Rechler, Donald & Judith Grandchildren Annual Exclusion GST Trust, Mitchell Rechler Trustee
574. Rechler, Evelyn
575. Rechler, Glenn
576. Rechler, Gregg
577. Rechler, Judith
578. Rechler, Mark
579. Rechler, Mitchell
580. Rechler, Roger Rechler Revocable Trust
581. Rechler, Scott
582. Rechler, The Benjamin Ian Trust, Mitchell Rechler Trustee
583. Rechler, The Willi Trust, Mitchell Rechler Trustee
584. Rechler, Todd
585. Rechler, Trust F/B/O Glenn, Donald Rechler Trustee
586. Rechler, Trust F/B/O Mark, Donald Rechler Trustee

Investors represented by Becker & Poliakoff, LLP

587.    Rechler, Trust F/B/O Mitchell, Donald Rechler Trustee
588.    Reckson Generation
589.    Reed, Irwin B.
590.    Reiss, Frances
591.    Reynolds, James
592.    Reynolds, James Reynolds' Deferred Profit Sharing Plan
593.    Rhodes, Lenore Living Trust Rhodes, Eugene Living Trust TIC
594.    Roberts Family Trust c/o Marvin Roberts
595.    Roman, Joan
596.    Roman, Robert
597.    Rosamilia, Neva
598.    Rosamilia, Nicholas S.
599.    Rosen, Edith
600.    Rosen, Rich
601.    Rosen, Sam
602.    Rosenthal, Alan
603.    Rosenthal, John
604.    Rosenthal, Linda
605.    Rosenthal, R.R. Associates
606.    Rosenthal, R.R. Rosenthal Associates
607.    Rosenthal, Robert
608.    Roth, Alan
609.    Roth, Jeannette
610.    Roth, Lawrence
611.    Rothschild Family Partnership
612.    Rowan, Donna Jean
613.    Rubin, George
614.    Ryan By-Pass Trust
615.    Ryan, Dan
616.    Ryan, Lawrence J. By-Pass Trust Under Declaration of TST DTD Nov 20, 1991, Theresa R. Ryan Trustee
617.    Ryan, Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust
618.    Ryan, T.R. Trustee
619.    Ryan, Theresa R. Lawrence J. Ryan Trustees U/D/T 11/20/91
620.    Ryan, Theresa Rose
621.    S&P Associates General Partnership
622.    Saland, Abraham
623.    Sandalwood Debt Fund A, LP
624.    Sandalwood Debt Fund B, LP
625.    Sandberg, Iris B.
626.    Sandberg, Joel B.

Investors represented by Becker & Poliakoff, LLP

627. Sanders, E. Ann
628. Sanders, Ellen W.
629. Sandler Partners
630. Sandler, Alan
631. Sandler, Sandy
632. SAV005 BJM Diverse Prosperiti Ltd
633. SAV006 Gardenview Nominees (pty) Ltd.
634. SAV007 Grange Nominees Limited A/C RMB
635. SAV008 Equity 360 Ltd
636. SAV009 Patrice Michael Moyal
637. SAV010 Mimosa Finance Holdings Limited
638. SAV011 Pershing Nominees Ltd A/C CCCLT
639. SAV012 BJM Diverse Prosperiti Ltd – Sid Rebe
640. SAV013 Trafalgar Securities Ltd.
641. Savest, Ltd.
642. Savin, Barbara L.
643. Savin, Robert S.
644. Schaffer, Donna
645. Schaffer, Elaine Revocable Trust
646. Schaffer, Elaine Ruth
647. Schaffer, Jeffrey
648. Schaffer, Keith
649. Schindler, Alice
650. Schrager, Hermene E. Trust
651. Schrager, Roy M.
652. Schrager, Roy M. Trust
653. Schupak, Belle
654. Schupak, Investment
655. Schupak, Lenore H.
656. Schupak, Nathan
657. Schupak, Steven
658. Schussel, Barry
659. Schussel, Roberta
660. Schwartz, Jonathan
661. Schwartz, Jonathan Trustee for Nancy Riehm
662. Schwartz, Richard
663. Schwartz, Roberta
664. Schwartz, Roberta Trust
665. Schy Family Partnersip
666. Schy, Abe
667. Schy, B.S., a minor, Abe Schy custodian

Investors represented by Becker & Poliakoff, LLP

| | |
|---|---|
| 668. | Schy, Doran |
| 669. | Schy, Elan |
| 670. | Schy, Ira |
| 671. | Schy, J.S., a minor, Abe Schy custodian |
| 672. | Schy, Lisa |
| 673. | Schy, M.S., a minor, Abe Schy custodian |
| 674. | Schy, Rose |
| 675. | Schy, Steve |
| 676. | Schy, Steven and Family |
| 677. | Sedgwick, Nicholas J. |
| 678. | Sedgwick, Robert B. |
| 679. | Seims, Sara |
| 680. | Seissler, Sheldon |
| 681. | Shankman, Dorothee |
| 682. | Shankman, Dorothee TOD Jeffrey Shankman & Susan Shankman Banker |
| 683. | Shankman, Jeffrey |
| 684. | Shankman, Trust Under the Will of Benjamin |
| 685. | Shapiro, Adele |
| 686. | Shapiro, Collen |
| 687. | Shapiro, David |
| 688. | Shapiro, David Nominee |
| 689. | Shapiro, David Nominee #1 |
| 690. | Shapiro, David Nominee #2 |
| 691. | Shapiro, David Nominee #3 |
| 692. | Shapiro, David Nominee #4 |
| 693. | Shapiro, Deborah |
| 694. | Shapiro, Donald R. |
| 695. | Shapiro, Emily L. |
| 696. | Shapiro, Emily Lauren Shapiro 1989 Trust |
| 697. | Shapiro, Eric N. |
| 698. | Shapiro, Eric Nathan Shapiro 1989 Trust |
| 699. | Shapiro, Julie Beth |
| 700. | Shapiro, Julie Beth Shapiro 1989 Trust |
| 701. | Shapiro, Lindsay A. |
| 702. | Shapiro, Lindsay Beth Shapiro 1989 Trust |
| 703. | Shapiro, Richard B. |
| 704. | Shapiro, Robin L. |
| 705. | Shapiro, Susan and Michael Shapiro Memorial Foundation |
| 706. | Shelburne Shirt Company, Inc. |
| 707. | Sherman, Rana |
| 708. | Sherman, Thomas |

Investors represented by Becker & Poliakoff, LLP

709.   Shulman Family Corporation
710.   Shulman, Alvin E.
711.   Shulman, Alvin E. Shulman Pourover Trust
712.   Shulman, Florence W.
713.   Shulman, Florence W. Shulman Pourover Trust
714.   Siegel, Irrevocable Trust FBO Ethan Siegel
715.   Siegman, Henry
716.   Siegman, Miriam Cantor
717.   Silver, Florette Rev TST U/A/D 3/25/88
718.   Silvera, Herbert
719.   Silverstein, Robert, Pauline Silverstein Rev. Trust
720.   Singer, Nina, Executor of the Estate of Laura P. Kaplan
721.   Sirotkin, Lori
722.   Snyder, Craig C.
723.   Solomon, Jane Gray Solomon Trust
724.   SPJ Investments, L.P.
725.   Springer, Jeane Ungerleider
726.   Springer, Noah U.
727.   Springer, Trust Created by Joy Ungerleider-Mayerson U/A/D 1/31/88 F/B/O Noah U. Springer
728.   Sprung, Dennis as Executor of the Estate of Roger Rechler
729.   Stacy, Festus & Helen Stacy Foundation, Inc.
730.   Stein, Michael
731.   Stenger, John
732.   Stepelton, Brett
733.   Stepelton, David W. Stepelton Family Trust
734.   Stepelton, Douglas
735.   Stepelton, Douglas Stepelton Trust
736.   Stepelton, Jennifer
737.   Stepelton, Sean
738.   Stepelton, Virilee
739.   Stern, Arlene
740.   Stern, Eugene
741.   Stony Brook Foundation
742.   Sullivan, Ann
743.   Sylvan Associates LLC
744.   Szymanski, Carla Rev. Trust
745.   Talanksy, Morris GRAT Dated 11/12/02
746.   Talanksy, Morris Talansky GRAT Dtd 11/12/02
747.   Talansky, Helene

Investors represented by Becker & Poliakoff, LLP

748.  Talansky, Morris
749.  Taylor, Jess L.
750.  Teufel, Timothy
751.  Teufel, Timothy Shawn Teufel and Valerie Ann Teufel Family Trust U/T/D 5/24/95
752.  Teufel, Valerie
753.  Tiletnick, Angela
754.  Train Klan
755.  Triangle Properties #39
756.  Turk, Jeffrey
757.  Turk, Marylin Turk Revocable Trust
758.  Tzannes, John
759.  Tzannes, Peter Basant
760.  Tzannes, Robin
761.  Unflat, Gunther
762.  Unflat, Margaret
763.  Ungerleider, Andrew
764.  Ungerleider, Steven
765.  Van Lanen, Delores GST Trust FBO Delores Van Lanen U/T/A/D/ 5/29/02
766.  Van Lanen, Roy GST Separate Trust FBO Roy Van Lanen U/T/A/D/ 5/29/02
767.  Vogel, Barbara
768.  Vogel, Robert J.
769.  Waldman, Linda
770.  Wallick, Cindy
771.  Warner, Jon G.
772.  Warner, Robin L.
773.  WDG Associates Inc. Retirement Trust
774.  Weaver, Tracey
775.  Webster, Bonnie T.
776.  Wechsler, Brad
777.  Weinstein, Ronald
778.  Weinstein, Sheryl
779.  Weinstein, Sheryl as Executrix of Wasserman
780.  Weintraub, Estate of Audrey Weintraub
781.  Weintraub, Robert P.
782.  Weintraub, Trust U/W/O/MorrisWeintraub
783.  Weisfeld, Barry
784.  Westphal, Nina
785.  Whitman Partnership
786.  Whitman Revocable Living Trust U/A/D/8/5/86, Bernard
787.  Whitman Revocable Living Trust U/A/D/8/5/86, Judith
788.  Whitman, Bernard

Investors represented by Becker & Poliakoff, LLP

789.  Whitman, Irene (deceased)
790.  Whitman, Irene Whitman 1990 Trust U.A DTD 4/13/90
791.  Whitman, Judith
792.  Whitman, Robert
793.  Wilansky Family Fund
794.  Wilansky, Barry
795.  Wilansky, David
796.  Wilansky, Steven
797.  Wilenitz, Evelyn Berezin
798.  Wilenitz, Trust U/ART Fourth O/W/O Israel Wilenitz
799.  Willis Jr., W. Waite
800.  Wilson, Diane
801.  Winco Real Estate SVCS CBPP 9/25/02
802.  Wirick, Sybil
803.  Wohl, George Wohl Partners LP
804.  Wohl, Linda
805.  Wohl, Ronald Gene Credit Shelter Trust
806.  Yaffe, Beverly  (deceased - feb 13, 2001)
807.  Yaffe, Robert
808.  Yesod Fund
809.  Zell-Breier, Sam
810.  Zenkel, Lois
811.  Zraick, DeLuca, Rich
812.  Zraick, Edward