# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

# Minutes of Proceedings

_____

**Date:   June 21, 2011**

-----------------------------------------------------------------X

**SECURITIES INVESTOR PROTECTION CORPORATION,**

               **Plaintiff**          **Adv. Pro. No. 08-01789 (BRL)**

  **v.**          **SIPA LIQUIDATION**

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**          **(Substantively Consolidated)**

               **Debtor.**

-----------------------------------------------------------------X

 **In re:**

**BERNARD L. MADOFF,**

               **Debtor.**

-----------------------------------------------------------------X

| Present: | Hon. Burton R. Lifland | Monica Saenz de Viteri | ECRO |
|---|---|---|---|
| | Bankruptcy Judge | Courtroom Deputy | Court Reporter |

**Proceedings:**

☒ **BLMIS CUSTOMERS' MOTION TO COMPEL THE TRUSTEE TO PROVIDE A REPORT OF HIS INVESTIGATIVE ACTIVITIES AND THE FINANCIAL AFFAIRS OF BLMIS**

**Orders:**
☒ **Relief sought in the Motion:**
   ☒ **Denied**    ¤ **Granted**    ¤ **Dismissed**   ¤ **Awarded by Default**
¤ **Matter taken under advisement**
¤ **Formal order or Judgment to enter**
¤ **Confirmation/modification of plan**     ¤ **granted**     ¤ **denied**
☒ **As per the record of the hearing held on June 21, 2011, the Motion is hereby DENIED.  It is So Ordered.**

**BY THE COURT**          **FOR THE COURT:** Vito Genna, Clerk

**/s/ Burton R. Lifland**          **June 21, 2011**    **By: /s/ Monica Saenz de Viteri**
**United States Bankruptcy Judge**          **Date**          **Deputy Clerk**