**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
HCHAITMAN@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone (212) 599-3322

*Attorneys for Marsha Peshkin*
*and over 800 investors listed on Exhibit A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
SECURITIES INVESTOR                                         :
PROTECTION CORPORATION,                                     :
                                                            :
         Plaintiff,                                         :
                                                            :   SIPA LIQUIDATION
         v.                                                 :   (Substantively Consolidated)
                                                            :   Adv. Pro. No. 08-01789 (BRL)
                                                            :
BERNARD L. MADOFF INVESTMENT                                :
SECURITIES LLC,                                             :
                                                            :
         Defendant.                                         :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :
                                                            :
BERNARD L. MADOFF,                                          :
                                                            :
         Debtor.                                            :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE**

I, Chelsey Davis, hereby certify that on June 30, 2011, I caused true and correct copies of the (1) **Notice of Motion**; (2) **Notice of Appeal**; (3) **Memorandum of Law In Support Of Motion For Leave To Appeal**; (4) **Declaration of Helen Davis Chaitman In Support Of**

**Motion for Leave to Appeal**; and (5) **Civil Case Cover Sheet with Addendum** to be filed electronically with the Court, and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

> David J. Sheehan, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> Telephone: 212-589-4688
> dsheehan@bakerlaw.com
> *Attorneys for Irving H. Picard, Trustee*
>
> Josephine Wang, Esq.
> Securities Investor Protection Corporation
> 805 15th Street, NW
> Suite 800
> Washington, DC 20005
> Telephone: 202-371-8300
> jwang@sipc.org
> *Attorneys for Securities Investor Protection Corporation*

June 30, 2011                                                                                              */s/ Chelsey Davis*

2