UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS          )
                        )   ss:
COUNTY OF DALLAS        )

CHAD M. TOLLESON, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 30, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000122).

Executed on _June 30rd_, 2011

_____
Chad M. Tolleson

Sworn to and subscribed before me this _30th_ day of _June_, 2011

_____
(SEAL)                                                    Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 4300122**

6/30/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Blythedale Children's Hospital | Attn: Larry Levine, President | 95 Bradhurst Avenue | | Valhalla | NY | 10595 |