# ISCRIZIONE AL
# MINISTERO DELL'INDUSTRIA
# DI BRERA FIDUCIARIA SpA
## Copia Decreto pubblicato
## Su GU del 12.8.1986 e 25.6.1988

12-8-1986     GAZZETTA UFFICIALE DELLA REPUBBLICA ITALIANA     *Serie generale* - n. **186**

# DISPOSIZIONI E COMUNICATI

## PRESIDENZA
## DEL CONSIGLIO DEI MINISTRI

**Ricostituzione del comitato consultivo permanente
per il diritto d'autore per il quadriennio 1986-89**

Con decreto del Presidente del Consiglio dei Ministri 23 aprile 1986, registrato alla Corte dei conti il 16 giugno 1986, registro n. 5 Presidenza, foglio n. 207, è stato ricostituito il comitato consultivo permanente per il diritto d'autore, previsto dal titolo VII della legge 22 aprile 1941, n. 633, per il quadriennio 1986-89.

86A6195

## MINISTERO DI GRAZIA E GIUSTIZIA

**Approvazione del bilancio preventivo per l'anno 1987
della Cassa delle ammende**

Con decreto interministeriale del Ministro di grazia e giustizia e del Ministro del tesoro del 10 luglio 1986, n. 561745, è stato approvato il bilancio di previsione della Cassa delle ammende per l'anno 1987 con le seguenti risultanze:

| | | |
|---|---|---|
| entrate previste | L. | 14.750.000.000 |
| uscite previste | » | 14.750.000.000 |

86A6014

## MINISTERO DELL'INDUSTRIA
## DEL COMMERCIO E DELL'ARTIGIANATO

**Provvedimenti concernenti le società
esercenti attività fiduciaria e di revisione**

Il decreto ministeriale 30 maggio 1975, con il quale la società «Helita - Società ítalo-svizzera di revisione S.p.a.», con sede in Milano, è stata autorizzata all'esercizio dell'attività fiduciaria e di quella di organizzazione e revisione contabile di aziende di cui alla legge 23 novembre 1939, n. 1966, modificato con decreto ministeriale 12 luglio 1983 nella parte relativa alla forma giuridica, è ulteriormente modificato, con decreto ministeriale 3 luglio 1986, nella parte relativa alla denominazione, variata in «Helita S.r.l.».

Con decreto ministeriale 7 luglio 1986 emanato dal Ministro dell'industria, del commercio e dell'artigianato di concerto con il Ministro di grazia e giustizia l'autorizzazione ad esercitare l'attività fiduciaria e quella di organizzazione e revisione contabile di aziende rilasciata con decreto 8 aprile 1972, modificato in data 3 gennaio 1976, alla società «SO.F.INT. - Società fiduciaria internazionale S.p.a.», con sede in Roma, è revocata.

Con decreto ministeriale 10 luglio 1986 emanato dal Ministro dell'industria, del commercio e dell'artigianato di concerto con il Ministro di grazia e giustizia la società «Fiduciaria Battisti - Società fiduciaria e di revisione a responsabilità limitata», con sede in Parma, è autorizzata all'esercizio dell'attività fiduciaria e di quella di organizzazione e revisione contabile di aziende di cui alla legge 23 novembre 1939, n. 1966, ed al regio decreto 22 aprile 1940, n. 531.

86A6145

## MINISTERO
## DELLA PUBBLICA ISTRUZIONE

**Autorizzazione all'Università degli studi di Bologna
ad accettare due donazioni**

Con decreto 9 aprile 1986 del prefetto di Bologna l'Università degli studi di Bologna è autorizzata ad accettare la donazione di L. 10.000.000 disposta in suo favore della sig.ra Maddalena Garavini allo scopo di istituire un premio di studio da assegnare a giovani laureati in medicina e chirurgia con tesi di laurea in discipline anestesiologiche.

Con decreto 14 aprile 1986 del prefetto di Bologna l'Università degli studi di Bologna è autorizzata ad accettare la donazione di L. 110.000.000 disposta in suo favore dalle Case ed. Edagricole e Calderini allo scopo di istituire un premio di studio da assegnare ad un giovane laureato la cui opera abbia portato valido contributo, sul piano scientifico ed applicativo al progresso dell'agricoltura italiana. Il premio annuale sarà intitolato al prof. «Luigi Perdisa».

86A6146

**Autorizzazione all'Università di Milano
ad accettare una donazione**

Con decreto del prefetto di Milano n. 3392 del 27 maggio 1986, l'Università degli studi di Milano è stata autorizzata ad accettare dalla Vortice Elettro-sociali S.p.a. la donazione di un apparecchio Roico contaparticelle mod. P.C. 200 del valore di L. 5.000.000 per essere destinato alle esigenze scientifiche del centro di ricerche di bioclimatologia medica della predetta Università.

86A6104

**Autorizzazione all'Università di Chieti
ad accettare una donazione**

Con decreto del prefetto di Chieti n. 589 del 6 giugno 1986, l'Università degli studi di Chieti è stata autorizzata ad accettare dall'amministrazione provinciale di Teramo la donazione della somma di L. 2.000.000, per un ciclo di sei conferenze relative ad alcuni fra i temi storiografici più dibattuti dall'Italia contemporanea, in favore dell'istituto di studi storici, politici e sociali della facoltà di scienze politiche.

86A6105

**Autorizzazione al circolo didattico di Alberobello
ad accettare una donazione**

Con decreto del prefetto di Bari 22 gennaio 1986 il circolo didattico di Alberobello è stato autorizzato ad accettare la donazione, disposta dalla sig.ra Cosma La Sorte in memoria del defunto fratello prof. Michelangelo La Sorte, consistente in: un pianoforte «Farfisa» mod. TP/105 del valore di L. 3.100.000; una panchetta per pianoforte del valore di L. 100.000; un giradischi stereo compact «Musicale Sound» modello MA/20 del valore di L. 370.000; due radioregistratori «Grundig» mod. RR/250 del valore di L. 256.000; un giradischi «Musical Sound» mod. ST/600 del valore di L. 120.000; un carrello per giradischi del valore di L. 100.000; un ritratto del prof. Michelangelo La Sorte del valore di L. 250.000.

86A6196

25-6-1988          GAZZETTA UFFICIALE DELLA REPUBBLICA ITALIANA          *Serie generale - n. 148*

47) Lavoratori licenziati dall'azienda *S.p.a. Sicamps*, con sede in Sale (Alessandria) e stabilimenti di Sale (Alessandria), a decorrere dal 7 aprile 1985:
periodo: dal 4 ottobre 1987 al 31 marzo 1988;
CIPI 1° marzo 1985: dal 9 aprile 1984;
causa: crisi aziendale;
primo decreto ministeriale: 15 aprile 1986.

88A2695

## Ammissione dei lavoratori dipendenti dalla S.p.a. Rai alluminia (gruppo Efim), in Pontinia, al trattamento di pensionamento anticipato.

Con decreto 1° giugno 1988 in favore dei lavoratori dipendenti dalla S.p.a. Rai alluminia (gruppo Efim), con sede e stabilimento in Pontinia (Latina), in possesso dei requisiti contributivi previsti dagli articoli 16 e 17 della legge 23 aprile 1981, n. 155 e dei requisiti di età previsti dal primo comma dell'art. 1 della legge 31 maggio 1984, n. 193, è ammessa la possibilità di beneficiare del trattamento di pensionamento anticipato, di cui al sopracitato articolo di legge 31 maggio 1984, n. 193, nel periodo 1° gennaio 1988-31 dicembre 1988.

88A2693

# MINISTERO DELL'INDUSTRIA DEL COMMERCIO E DELL'ARTIGIANATO

## Provvedimenti concernenti società esercenti attività fiduciaria e di revisione

Il Ministro dell'industria, del commercio e dell'artigianato di concerto con il Ministro di grazia e giustizia con decreto 20 giugno 1988 ha autorizzato la società «ACSOA revisioni S.p.a.», con sede in Spoleto ad esercitare attività di organizzazione e revisione contabile di aziende di cui alla legge 23 novembre 1939, n. 1966.

Con decreto interministeriale 20 giugno 1988, il decreto interministeriale 12 ottobre 1982, con il quale la società «Fiduciaria torinese S.r.l.», con sede in Milano, è stata confermata nell'autorizzazione ad esercitare attività fiduciaria e di quella di organizzazione e di revisione contabile di aziende di cui alla legge 23 novembre 1939, n. 1966, modificato nella parte relativa alla denominazione della società variata in «Fiduciaria Banfid S.p.a.».

Con decreto interministeriale 20 giugno 1988, il decreto interministeriale 10 luglio 1986, con il quale la società «Fiduciaria Battisti - Società fiduciaria e di revisione a responsabilità limitata», con sede in Parma, è stata autorizzata all'esercizio dell'attività fiduciaria e di quella di organizzazione e revisione contabile di aziende di cui alla legge 23 novembre 1939, n. 1966, è modificato nella parte relativa alla denominazione della società variata in «Brera fiduciaria - Società per azioni - Società fiduciaria e di revisione» ed alla sede trasferita a Milano.

Con decreto interministeriale 20 giugno 1988, il decreto interministeriale 12 luglio 1983, con il quale la società «Cominvest fiduciaria S.p.a.», con sede in Roma, è stata confermata all'esercizio dell'attività fiduciaria e quella di organizzazione e revisione contabile di aziende di cui alla legge 23 novembre 1939, n. 1966, è modificato nella parte relativa alla denominazione della società, variata in «Cominvest gestioni - Società per azioni - Comigest».

Il Ministro dell'industria, del commercio e dell'artigianato di concerto con il Ministro di grazia e giustizia con decreto 20 giugno 1988 ha autorizzato la società «Fincom fiduciaria S.p.a.», con sede in Roma, ad esercitare l'attività fiduciaria di cui alla legge 23 novembre 1939, n. 1966.

Con decreto interministeriale 20 giugno 1988, il decreto interministeriale 6 maggio 1983, con il quale la società «Gamma Revision - Società fiduciaria e di revisione S.r.l.», con sede in Bologna, è stata autorizzata all'esercizio dell'attività fiduciaria e quella di organizzazione e revisione contabile di aziende di cui alla legge 23 novembre 1939, n. 1966, è modificato nella forma giuridica, variata in società per azioni.

Il Ministro dell'industria, del commercio e dell'artigianato di concerto con il Ministro di grazia e giustizia con decreto 20 giugno 1988 ha autorizzato la società «Fiduciaria Piemontese S.r.l.», con sede in Torino, ad esercitare attività fiduciaria e quella di organizzazione e revisione contabile di aziende di cui alla legge 23 novembre 1939, n. 1966.

88A2721

# REGIONE CAMPANIA

## Autorizzazione alla vendita dell'acqua minerale «Faito»

Con decreto n. 1476 del 15 febbraio 1988 la Faito sorgenti minerali S.p.a. è stata autorizzata alla produzione e vendita dell'acqua minerale Faito, in comune di Castellammare di Stabia, in confezioni in PET di 145 cl con etichetta verde tipo addizionata di anidrite carbonica con l'indicazione aggiuntiva sul bollino fortemente addizionata di $CO_2$.

88A2694

GIUSEPPE MARZIALE, *direttore*

FRANCESCO NOCITA, *redattore*
ALFONSO ANDRIANI, *vice redattore*

Roma - Istituto Poligrafico e Zecca dello Stato - S.

MOD. 25 P

MODULARIO
I.C.A. - 22

*Ministero dell'Industria*
*del Commercio e dell'Artigianato*
DIREZIONE GENERALE DEL COMMERCIO
INTERNO E DEI CONSUMI INDUSTRIALI
– Divisione VI –

*Prot. N.* 236376 *Allegati* _____

*Roma,* 1 LUG. 1988    19

Alla Società " BRERA FIDUCIA
RIA – Società per azioni – So
cietà fiduciaria  e di revisione
Via Borgonuovo, 3
20121 - M I L A N O
*Risposta al Foglio N.* _____
*del* _____

OGGETTO: D.I. 20 giugno 1988 concernente il cambiamento di de
nominazione della società "Fiduciaria Battisti – Società Fidu
ciaria e di Revisione a responsabilità limitata", variata in
"BRERA Fiduciaria" – Società per azioni – Società Fiduciaria
e di Revisione" nonché della forma giuridica variata in socie
tà per azioni e della sede trasferita da Parma a Milano.

Si comunica che il decreto interministeriale
di cui all'oggetto è in corso di pubblicazione per e-
stratto sulla Gazzetta Ufficiale della Repubblica Ita-
liana.

IL DIRETTORE DELLA DIVISIONE
(Dott.Raffaele Morrone)

FOR/np

RICEVUTO
2 0 LUG. 1988



*Il Ministro*

*dell'Industria del Commercio e dell'Artigianato*

DI CONCERTO CON IL MINISTRO DI GRAZIA E GIUSTIZIA

VISTA la legge 23 novembre 1939, n.1966, che disciplina l'attività delle società fiduciarie e di revisione;

VISTO il R.D. 22 aprile 1940, n.531, contenente le norme per l'attuazione di tale legge;

VISTA la domanda presentata dalla società "FIDUCIARIA BATTISTI - Società Fiduciaria e di Revisione a responsabilità limitata", con sede in Parma , per ottenere l'autorizzazione all'esercizio dell'attività fiduciaria e di quella di organizzazione e revisione contabile di aziende, disciplinate dalla legge e dal decreto citati;

DECRETA

La società "FIDUCIARIA BATTISTI- Società Fiduciaria e di Revisione a responsabilità limitata", con sede in Parma , è autorizzata all'esercizio dell'attività fiduciaria e di quella di organizzazione e revisione contabile di aziende di cui alla legge 23 novembre 1939, n.1966, ed al R.D. 22 aprile 1940, n.531.

Il presente decreto sarà pubblicato per estratto sulla Gazzetta Ufficiale della Repubblica Italiana.

Roma, li **10 LUG. 1986**

IL MINISTRO DI GRAZIA
E GIUSTIZIA

COL/

IL MINISTRO DELL'INDUSTRIA, DEL
COMMERCIO E DELL'ARTIGIANATO

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

### (article 5, fourth paragraph)

COPIA DA CONSERVARE
COPY FOR SERVICE
COPIE A' CONSEGNER

Name and address of the requesting authority:
**Rick Hamilton**
**633 Yesler Way**
**Seattle, WA 98104**
**United States of America**

Particulars of the parties:

IRVING H. PICARD, TRUSTEE FOR THE SUBSTANTIVELY CONSOLIDATED SIPA LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND BERNARD L. MADOFF

vs.

SONJA KOHN A/K/A SONJA BLAU KOHN A/K/A SONJA BLAU A/K/A SINJA KOHN A/K/A SINJA BLAU A/K/A SINJA TURK, ET AL

## JUDICIAL DOCUMENT

RECEIVED
JUN 27 2011
US BANKRUPTCY
SO. DIST. OF NEW YORK

Nature of the document:
To give notice to the Defendants of the institution against them of a claim for civil damages, and summon them to answer to the claim.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking to avoid and recover transfers and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has thirty days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
Hearing Date: **May 25 2011**

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

# STATUTO SOCIETA'
# BRERA FIDUCIARIA S.p.A.

Brera Fiduciaria S.p.A.                              Libro Assemblee                                    N° 2003/046

Raccolta numero 9865                    Allegato A
                    S T A T U T O
                    TITOLO I
            DENOMINAZIONE - OGGETTO - SEDE - DURATA
ARTICOLO 1 - Denominazione -
E' costituita una società per azioni con la denominazione:
BRERA FIDUCIARIA - SOCIETA' PER AZIONI - SOCIETA' FIDUCIARIA
E DI REVISIONE
ARTICOLO 2 - Oggetto -
La società svolge esclusivamente:
a. l'attività propria di società fiduciaria, così come con-
templata dalla legge 23 novembre 1939, n.1966, dal-
l'art.3-bis e della legge 13 aprile 1987, n.148 con le suc-
cessive modificazioni, integrazioni e sostituzioni;
b. la organizzazione e la revisione contabile di aziende di
cui all'art.28, comma 4, del decreto legislativo 27 gennaio
1992, n.88.
Pertanto essa, per conto di terzi-fiducianti:
i. assume l'amministrazione, mediante intestazione, dei be-
ni, mobili e immobili;
ii. assume l'amministrazione dei beni, mobili e immobili,
anche senza intestazione;
iii. assume l'amministrazione di partecipazioni in altri en-
ti, anche societari, sia che essi prevedano la responsabili-
tà limitata per le obbligazioni dell'ente, sia che essi pre-
vedano la responsabilità illimitata per tali obbligazioni;
iv. assume l'amministrazione di patrimoni a chiunque appar-
tenenti, di donazioni, di legati, di fondazioni, di fondi di
quiescenza del personale dipendente, di fondi di previdenza
di associazioni e di ordini professionali, di beni degli as-
senti, di fondazioni e di ogni altro bene, ivi compresi gli
strumenti finanziari; ciò, svolgendo qualsiasi operazione
per conto terzi e, pertanto, curando per conto dei medesimi
l'acquisto, la vendita e la permuta di beni, stipulando
qualsiasi tipo di negozio necessario alla esecuzione degli
incarichi fiduciari conferiti, non esclusa la costituzione
di società, consorzi e persone giuridiche in genere proce-
dendo a conferimenti in denaro o in natura;
v. assume la custodia e l'amministrazione, per conto di pro-
pri fiducianti o di terzi, di strumenti finanziari e di al-
tri beni (mobili);
vi. assume la rappresentanza di azionisti, di soci in gene-
re, e di obbligazionisti, sia individuale sia collettiva,
sia partecipando a sindacati di voto;
vii. assume la funzione di rappresentante comune di obbliga-
zioni ai sensi dell'art.2417 del Codice Civile, di azionisti
di risparmio nonchè di rappresentante comune di portatori di
strumenti finanziari;
viii. esegue incarichi di esecuzioni testamentarie e di di-
visioni ereditarie;
ix. cura la costituzione e la amministrazione di patrimoni
destinati ad un specifico affare ai sensi dell'art.2447 bis
e seguenti del Codice Civile;
x. assume l'amministrazione di beni in qualità di trustee,
ai sensi della legge 16 ottobre 1989 n.364, nonchè di ogni
altra norma integrativa, modificativa o sostitutiva della
legge stessa;
xi. esplica l'incarico di protector nell'ambito di trusts

Brera Fiduciaria S.p.A.

Libro Assemblee

N° 2003/047

comunque istituiti;

xii. cura la costituzione in pegno o a cauzione al nome della fiduciaria, ma per conto altrui di titoli, libretti di risparmio e valori in genere, a garanzia di operazioni bancarie e finanziarie;

xiii. assume gli incarichi per conto delle società ed enti emittenti per il deposito di azioni e di obbligazioni per la partecipazione alle rispettive assemblee, per il pagamento dei dividendi e delle cedole, per il rimborso di obbligazioni, nonché per ogni altra operazione disposta dall'emittente sui propri titoli;

xiv. cura la tenuta del libro dei soci e degli obbligazionisti anche di società quotate nei mercati regolamentati o comunque aventi larga base azionaria e dei conseguenti adempimenti di carattere civile, amministrativo e fiscale, con particolare riferimento alla convocazione e allo svolgimento delle assemblee, al pagamento dei dividendi o degli interessi, dei rimborsi, ovvero degli aumenti di capitale, all'emissione di obbligazioni, ai raggruppamenti e frazionamenti dei valori mobiliari emessi.

Altresì, nell'esercizio delle attività indicate, la società può rendere consulenza amministrativa, fiscale, societaria, finanziaria, gestionale e di pianificazione aziendale in campo amministrativo e in quello dei servizi di assistenza alle transazioni e alle ristrutturazioni aziendali, nonché qualunque altra funzione che non sia riservata dalla legge a soggetti iscritti in albi professionali e in registri speciali.

Infine, la società può compiere tutte le attività ritenute necessarie o utili per il conseguimento dell'oggetto sociale, anche mediante la costituzione di patrimoni destinati, ai sensi dell'art.2447-bis e seguenti del Codice Civile, ivi compresa l'assunzione sia diretta sia indiretta di interessenze, quote e partecipazioni in altre società o imprese aventi oggetto analogo o affine o comunque connesso al proprio, fatto salvo il divieto di effettuare, nel proprio interesse, operazioni connesse ai beni amministrati per conto dei propri fiducianti e in genere di interessarsi in proprio in affari per i quali abbia assunto incarichi fiduciari.

A questo fine va evidenziato che i contratti e i negozi posti in essere dalla società nell'esercizio dell'attività fiduciaria devono considerarsi compiuti, a ogni effetto legale, nell'esclusivo interesse dei propri fiducianti, a meno che essa non dichiari di operare in conto proprio.

La società potrà operare sia in Italia che all'estero.

Le sedi secondarie estere non potranno svolgere quelle attività previste dal presente statuto che risultino incompatibili o vietate dalla legislazione del Paese che lo ospita.

ARTICOLO 3 - Sede -

La società ha sede in Milano.

La società potrà istituire con i propri organi competenti, sedi secondarie, rappresentanze, uffici, magazzini, depositi anche in altre società italiane od estere.

ARTICOLO 4 - Domicilio dei soci -

Il domicilio dei soci, anche per i loro rapporti con la società, è quello risultante dal libro dei soci.

ARTICOLO 5 - Durata della società -

La durata della società è fissata dalla data della sua lega-

Brera Fiduciaria S.p.A.                           Libro Assemblee

N° 2003/048



le costituzione fino al 31 dicembre 2050.

La durata della società può essere prorogata una o più volte
per deliberazione dell'assemblea dei soci, escluso il dirit-
to di recesso per i soci assenti o dissenzienti.

## TITOLO II
### CAPITALE E AZIONI

ARTICOLO 6 - Capitale sociale e azioni -

Il capitale sociale e' di Euro 153.400,00 (centocinquanta-
tremilaquattrocento/00) sottoscritto e versato ed è diviso
in n.295.000 (duecentonovantacinquemila) azioni da nominali
Euro 0,52 (zero virgola cinquantadue) ciascuna.

Le azioni sono sempre nominative.

I versamenti sulle azioni sottoscritte sono richiesti nei
modi e nei termini stabiliti dal Consiglio di Amministrazio-
ne.

Se il socio non esegue il pagamento delle quote dovute, gli
amministratori, decorsi quindici giorni dalla pubblicazione
di una diffida sulla Gazzetta Ufficiale della Repubblica I-
taliana, possono avvalersi del disposto dell'art.2344 del
Codice Civile.

La società potrà acquisire dai soci finanziamenti a titolo
oneroso o gratuito, con o senza obbligo di rimborso, nel ri-
spetto delle norme vigenti, con particolare riferimento a
quelle che regolano la raccolta di risparmio tra il pubbli-
co.

ARTICOLO 7 - Cedibilità delle azioni e prelazione in caso di
trasferimento di azioni a terzi -

Le azioni (ed i diritti di opzione alle stesse connessi) non
possono essere cedute se non col consenso del Consiglio di
Amministrazione per gli effetti dall'articolo 1, terzo com-
ma, della legge 23 novembre 1939, n.1966.

L'eventuale diniego dovrà essere motivato.

Il socio che intenda alienare, in tutto o in parte le pro-
prie azioni o i diritti di opzione alle stesse connessi do-
vrà darne comunicazione, per lettera inviata con plico rac-
comandato con ricevuta di ritorno oppure via telefax con av-
viso di ricezione, al presidente del Consiglio di Ammini-
strazione, precisando il prezzo offerto e la generalità del-
la persona fisica o giuridica, potenziale acquirente.

Il presidente darà immediata comunicazione dell'offerta ri-
cevuta a tutti gli altri soci, per lettera anche a mezzo te-
lefax con avviso di ricezione.

Ciascun socio dovrà esercitare il diritto di prelazione nel
termine di trenta giorni dalla data di ricevimento della
lettera, dandone comunicazione al presidente del Consiglio
di Amministrazione, per lettera anche a mezzo telefax con
avviso di ricezione, specificando in quale misura intenda e-
sercitare il diritto di prelazione.

Le azioni e i diritti di opzione, sui quali non è stato e-
sercitato il diritto di prelazione, diventano cedibili alla
persona fisica o giuridica indicata dall'alienante nell'of-
ferta.

## TITOLO III
### ASSEMBLEE

ARTICOLO 8 - Assemblea -

L'assemblea, regolarmente costituita, rappresenta l'univer-
salità dei soci e le sue deliberazioni, prese in conformità
alla legge ed al presente statuto, obbligano tutti i soci,

Brera Fiduciaria S.p.A.                    Libro Assemblee                    N° 2003/049

ancorchè non intervenuti o dissenzienti.

L'assemblea è ordinaria e straordinaria.

L'assemblea ordinaria è convocata almeno una volta all'anno
entro centoventi giorni dalla chiusura dell'esercizio socia-
le.

Quando particolari circostanze lo richiedano, l'assemblea
potrà essere convocata entro centoottanta giorni successivi
alla chiusura dell'esercizio stesso.

L'assemblea straordinaria può essere convocata quando il
Consiglio di Amministrazione lo ritenga opportuno o quando
ne sia fatta richiesta ai sensi delle disposizioni di legge
e per gli oggetti a essa riservati.

L'assemblea è convocata nel Comune in cui è posta la sede
sociale.

ARTICOLO 9 - Voto -

Ogni azione attribuisce il diritto di voto.

ARTICOLO 10 - Convocazione dell'assemblea -

L'assemblea è convocata nel Comune in cui è posta la sede
sociale. L'assemblea, sia ordinaria sia straordinaria, è
convocata mediante avviso, contenente il luogo, il giorno e
l'ora dell'adunanza e l'elenco delle materie da trattare,
comunicato ai soci almeno otto giorni prima di quello fissa-
to per l'adunanza mediante lettera inviata in plico racco-
mandato o via telefax con avviso di ricezione o via e-mail
certificata.

L'avviso di convocazione fissa la data per la eventuale as-
semblea in seconda convocazione, ove la prima vada deserta.

Le assemblee si reputano regolarmente costituite quando vi
sia rappresentato l'intero capitale sociale e vi assista la
maggioranza dei componenti del Consiglio di Amministrazione
e del collegio sindacale.

ARTICOLO 11 - Intervento all'assemblea -

L'intervento all'assemblea è regolato dalle norme di legge.
Ogni socio, che abbia diritto di intervenire all'assemblea,
può farsi rappresentare con semplice delega scritta, anche
apposta in calce al biglietto di ammissione rilasciato per
la prima convocazione e valido anche per la seconda.

Spetta al presidente dell'assemblea constatare la regolarità
delle deleghe e in genere il diritto di intervento all'as-
semblea.

ARTICOLO 12 - Presidenza dell'assemblea -

L'assemblea è presieduta dal Presidente del Consiglio di Am-
ministrazione.

Per la stesura del verbale assembleare, il presidente è as-
sistito da un segretario, anche non socio, eletto dai soci
intervenuti, semprechè, per disposizioni di legge o per vo-
lontà del presidente, il verbale non debba essere redatto da
Notaio.

ARTICOLO 13 - Costituzione delle assemblee e validità delle
loro deliberazioni -

Per la validità della costituzione delle assemblee, sia or-
dinarie sia straordinarie, tanto in prima quanto in seconda
convocazione, come pure per la validità delle loro delibera-
zioni, valgono le disposizioni di legge.

Le deliberazioni sono prese per alzata di mano.

ARTICOLO 14 - Cariche sociali -

La elezione delle cariche sociali, se non avviene per accla-
mazione unanime, si fa a voto palese e a maggioranza relati-

Brefa Fiduciaria S.p.A.



N° 2003/050

va del capitale intervenuto.

## TITOLO IV
## AMMINISTRAZIONE

ARTICOLO 15 - Consiglio di Amministrazione -

L'amministrazione della società è affidata a un consiglio di amministrazione, composto da un minimo di due a un massimo di nove membri, anche non soci, eletti, previa determinazione del loro numero e della durata del loro mandato, dall'assemblea.

Il consiglio di amministrazione deve essere composto per due terzi almeno da cittadini italiani.

Se il numero degli amministratori non è superiore a tre, uno almeno di essi deve essere scelto fra gli iscritti negli albi dei dottori commercialisti, dei ragionieri o dei revisori dei conti; se il Consiglio è composto da almeno cinque membri, gli amministratori scelti in detti albi devono essere almeno due.

I componenti il consiglio di amministrazione durano in carica fino a tre esercizi e sono rieleggibili. Essi scadono alla data dell'assemblea convocata per l'approvazione del bilancio relativo all'ultimo degli esercizi della loro carica. Gli amministratori hanno diritto al rimborso delle spese sostenute per ragioni del loro ufficio e al compenso deliberato dall'assemblea all'atto della nomina.

Alla sostituzione degli amministratori, che per qualunque causa cessano dall'ufficio, si procede a norma di legge.

Se viene a mancare la maggioranza degli amministratori componenti il consiglio, s'intende decaduto in via anticipata l'intero consiglio e deve essere convocata l'assemblea per la sua rinnovazione.

ARTICOLO 16 - Nomina delle cariche in seno al consiglio -

Il Consiglio di Amministrazione, qualora non vi abbia provveduto l'assemblea, nomina fra i suoi membri il presidente. Il consiglio può eventualmente nominare uno o due vice presidenti. Sia il presidente sia il o gli amministratori delegati, che debbono essere cittadini italiani, durano in carica per la durata del mandato di amministratori.

In caso di assenza o di impedimento del presidente e, se nominati, dei vice presidenti, il consiglio è presieduto dall'amministratore più anziano di età.

Il consiglio può scegliere il segretario anche fra persone estranee al consiglio stesso.

ARTICOLO 17 - Convocazione del consiglio

Il presidente riunisce il consiglio di amministrazione nella sede sociale quando lo creda opportuno o quando ne riceva domanda scritta da almeno due amministratori o dal collegio sindacale.

Di regola la convocazione è fatta almeno cinque giorni prima dell'adunanza, mediante lettera raccomandata contenente il giorno, il luogo e l'ora dell'adunanza e l'elenco delle materie da trattare, spedita al domicilio di ciascun amministratore e sindaco effettivo, salvo i casi di urgenza nei quali può aver luogo anche per telegramma o per telex e per telefax da trasmettere, come sopra, almeno due giorni prima.

ARTICOLO 18 - Validità delle costituzioni del consiglio -

Per la validità delle costituzioni del consiglio è necessaria la presenza effettiva della maggioranza degli amministratori in carica.

Brera Fiduciaria S.p.A.



Le deliberazioni sono prese a maggioranza assoluta dei voti degli intervenuti; in caso di parità di voti, prevale il voto del presidente.

ARTICOLO 19 - Verbali -

Le deliberazioni del consiglio, se verbalizzate seduta stante e iscritte nell'apposito libro, sono approvate con la sottoscrizione dei relativi verbali da parte del presidente e del segretario.

ARTICOLO 20 - Poteri del Consiglio di Amministrazione -

Il consiglio di amministrazione è investito dei più ampi poteri per l'amministrazione ordinaria e straordinaria della società e provvede a tutto quanto non sia per legge riservato all'assemblea e specialmente:

a) convoca l'assemblea dei soci, sottopone a essa, per l'approvazione, il bilancio annuale corredato dalla relazione sull'andamento della gestione, formula le proposte sulle quali l'assemblea stessa sarà chiamata a deliberare;

b) manda a esecuzione le deliberazioni dell'assemblea stessa;

c) delibera su tutte le operazioni sociali previste dall'art.2 del presente statuto;

d) delibera ogni atto e operazione presso la Banca d'Italia, l'Ufficio Italiano dei Cambi, le amministrazioni del Debito Pubblico e della Cassa Depositi e Prestiti, presso qualsiasi istituto di credito o privato banchiere, italiano e straniero, ed in genere presso qualunque ufficio pubblico o privato;

e) assume il personale della società che, salvo quello adibito a funzioni d'ordine, deve essere in possesso del titolo di studio e delle condizioni richieste per l'iscrizione negli albi professionali;

f) nomina e revoca direttori generali, dirigenti, consulenti, procuratori generali, ad negotia e speciali, determinandone i poteri, le retribuzioni e le eventuali cauzioni.

ARTICOLO 21 - Delega ed attribuzione di poteri -

Il consiglio di amministrazione può delegare le proprie attribuzioni a un comitato esecutivo composto da alcuni dei suoi membri o a uno o più dei suoi membri, anche con la qualifica di amministratore delegato, determinando i limiti della delega.

Il consiglio può anche delegare particolari funzioni e speciali incarichi a singoli membri e anche ad estranei.

TITOLO V

RAPPRESENTANZA LEGALE

ARTICOLO 22 - Rappresentanza legale -

La rappresentanza legale della società di fronte ai terzi e in giudizio, in qualsiasi sede e grado di giurisdizione, compresi i giudizi di revocazione e cassazione, con facoltà di nominare avvocati e procuratori alle liti, munendoli degli opportuni poteri, spetta al presidente e, ove sia stato eletto, al vice presidente; spetta altresì al o agli amministratori delegati nell'ambito dei poteri ad ognuno di essi delegati.

Per deliberazione del consiglio la rappresentanza legale della società può essere conferita, per determinati atti o categorie di atti, anche ad altri membri del consiglio, a direttori, a funzionari ed a consulenti.

TITOLO VI

Brera Fiduciaria S.p.A.



N° 2003/052

## COLLEGIO SINDACALE
ARTICOLO 23 - Collegio Sindacale -
La società è controllata da un collegio sindacale composto
di tre sindaci effettivi e due supplenti, che durano in ca-
rica tre esercizi e scadono alla data dell'assemblea convo-
cata per l'approvazione del bilancio relativo all'ultimo de-
gli esercizi della loro carica.
Spetta all'assemblea ordinaria la nomina dei componenti il
collegio sindacale, la designazione del suo presidente e la
determinazione della retribuzione annua ai sindaci effetti-
vi.
Il collegio sindacale ha le attribuzioni e i doveri di cui
agli articoli 2403 e 2409-bis, terzo comma, del codice civi-
le, essendogli espressamente attribuito anche il controllo
contabile.

## TITOLO VII
### ESERCIZI SOCIALI - BILANCIO - RIPARTO UTILI
ARTICOLO 24 - Esercizi sociali e bilancio -
Gli esercizi sociali si chiudono al 31 dicembre di ogni an-
no.
Alla chiusura di ogni esercizio il consiglio di amministra-
zione deve redigere il bilancio di esercizio da sottoporre,
corredato da una relazione sull'andamento della gestione so-
ciale, all'approvazione dell'assemblea dei soci.
ARTICOLO 25 - Riparto utili -
Gli utili risultanti dal bilancio, dedotto il 10 (dieci) per
cento per la formazione del fondo di riserva legale, fino a
che questa non abbia raggiunto il quinto del capitale socia-
le, sono attribuiti alle azioni, salvo che l'assemblea di-
sponga di rinviare ai successivi esercizi tutti o parte di
tali utili o di destinarli a speciali riserve.
ARTICOLO 26 - Dividendi -
Il pagamento dei dividendi è eseguito nei termini e nei luo-
ghi stabiliti di volta in volta dall'assemblea.
I dividendi non riscossi entro il quinquennio dal giorno in
cui divennero esigibili, s'intendono prescritti a favore
della società.

## TITOLO VIII
### SCIOGLIMENTO DELLA SOCIETA'
ARTICOLO 27 - Scioglimento della società -
Addivenendosi in qualsiasi tempo allo scioglimento della so-
cietà, l'assemblea stabilisce le modalità della liquidazione
e nomina uno o più liquidatori, determinandone i poteri e le
retribuzioni.
ARTICOLO 28 - Norma residuale -
Per quanto qui non disciplinato valgono le norme dettate dal
Codice Civile in materia di società per azioni e le specifi-
che norme che regolano l'attività propria di società fidu-
ciaria.
Firmato Di Mario Federico
Riccardo Ivaldi notaio - sigillo

## LA PRESENTE COPIA
## E' CONFORME
## ALL'ORIGINALE
Milano, li 2 6 MAG. 2006



# ASSEMBLEA STRAORDINARIA
# BRERA FIDUCIARIA SpA
# MESSA IN LIQUIDAZIONE
# E TRASFORMAZIONE
# IN BRERA SERVIZI
# AZIENDALI SRL IN LIQ.

RICCARDO IVALDI
NOTAIO
via della Moscova n. 16
20121 Milano
tel.02-29010440 - 29010325
fax 02-29010317
e-mail: info@moscova16.com

Repertorio numero 235787     Raccolta numero 16608
VERBALE DI ASSEMBLEA STRAORDINARIA
REPUBBLICA ITALIANA

L'anno duemilaotto il 13 tredici maggio, alle ore diciasset-
te e venti, in Milano, via della Moscova n.16, avanti a me
Riccardo Ivaldi, Notaio in Milano, iscritto al Collegio No-
tarile di Milano, è presente il signor Di Maio Andrea, nato
a Milano il 27 maggio 1965, domiciliato presso la sede so-
ciale, che dichiara di intervenire al presente atto non in
proprio, ma nella sua qualità di presidente del consiglio di
amministrazione della società "Brera Fiduciaria - Società
per Azioni - Società Fiduciaria e di Revisione", con sede in
Milano (MI), via Manzoni n. 44, codice fiscale e numero di
iscrizione al Registro delle Imprese di Milano 00794220343,
capitale sociale euro 153.400.

Detto comparente, della cui identità personale sono certo,
mi dichiara che in questo luogo, giorno e alle ore dicias-
sette, è stata convocata in seconda adunanza, secondo le mo-
dalità e nel rispetto dei termini stabiliti dall'art.10 del-
lo statuto sociale, l'assemblea della predetta società per
discutere e deliberare sul seguente

ORDINE DEL GIORNO:

parte ordinaria:
1. approvazione del bilancio chiuso il 31 dicembre 2007, no-
ta integrativa e relazione del consiglio di amministrazione
sull'andamento della gestione;
parte straordinaria:
1. provvedimenti ex art.2447 C.C. e determinazioni conse-
guenti;
2. trasformazione in società a responsabilità limitata;
3. rinuncia all'esercizio della "attività propria di società
fiduciaria" e conseguente modifica della denominazione e
dell'oggetto sociale;
4. messa in liquidazione della società, nomina del liquida-
tore previa determinazione del compenso;
ed incarica me notaio di redigere il relativo verbale, limi-
tatamente alla parte straordinaria dell'ordine del giorno
stesso.
Al che aderendo, dò atto di quanto segue:
assume la presidenza dell'assemblea, a' sensi di legge e di
statuto, il comparente il quale, constatato:
- che è presente l'intero organo amministrativo nella sua
persona e in quelle dei consiglieri Di Maio Federico e Co-
lumpsi Fernando;
- che è presente il 71,23% (settantuno virgola ventitre per-
cento) del capitale sociale portato dalle società De Vla-
minck S.A., titolare di 186.914 (centoottantaseimilanovecen-
toquattordici) azioni da euro 0,52 (zero virgola cinquanta-
due) cadauna e La Sempione s.r.l. in liquidazione, titolare

REGISTRATO A MILANO 1
IL  1 5 MAG. 2008
N. 3001
SERIE 1T
€ 391,00

di 23.226 (ventitremiladuecentoventisei) azioni da euro 0,52
(zero virgola cinquantadue) cadauna, entrambe rappresentate
giusta deleghe agli atti della società da Cervini Anna Gra-
zia;
- che è presente l'intero collegio sindacale nelle persone
di Curone Francesco, presidente e in quelle dei sindaci ef-
fettivi Longhi Giuliano e Previtali Liana;
- che l'assemblea, convocata in prima adunanza in questo
stesso luogo alle ore diciassette del 24 aprile 2008 è anda-
ta deserta;
dichiara la presente assemblea validamente costituita e,
quindi, atta a deliberare.
Passando alla trattazione degli argomenti iscritti, il pre-
sidente dà lettura della situazione patrimoniale della so-
cietà relativa al bilancio dell'esercizio chiuso il 31 di-
cembre 2007, dal quale emergono perdite per complessivi euro
145.895 (centoquarantacinquemilaottocentonovantacinque) ed
illustra le modalità secondo cui provvedere alla copertura
delle stesse.
Espone, quindi, i motivi che consigliano di modificare l'og-
getto sociale e quelli che suggeriscono la trasformazione
della società in società a responsabilità limitata, dando
lettura del testo dello statuto che ne disciplinerà il fun-
zionamento, facendo, altresì, presente che, per effetto del-
le prospettate operazioni, verrebbe meno l'obbligatorietà
della permanenza in carica del collegio sindacale ed illu-
stra i vantaggi che alla società deriverebbero, soprattutto
in termini di minori costi di gestione, dalla soppressione
dell'organo di controllo.
Riferisce, infine, sull'opportunità di sciogliere innanzi-
tempo la società medesima, con conseguente messa in liquida-
zione immediata della stessa.
Il sindaco Curone Francesco esprime, a nome dell'intero col-
legio sindacale, parere favorevole alle proposte operazioni,
attesta che l'attuale capitale sociale di euro 153.400 (cen-
tocinquantatremilaquattrocento) è interamente versato e di-
chiara che non vi sono in essere prestiti obbligazionari or-
dinari o convertibili.
L'assemblea, udita la relazione del presidente, preso atto
del parere favorevole del collegio sindacale, nonchè delle
attestazioni dallo stesso fatte, dopo breve, ma esauriente
discussione, all'unanimità dei voti
                    d e l i b e r a:
- di approvare la situazione patrimoniale della società alla
data del 31 dicembre 2007, che al presente verbale si allega
sotto la lettera A, omessane la lettura per dispensa del
comparente;
- di coprire le perdite emergenti dalla suddetta situazione
patrimoniale, ammontanti complessivamente a euro 145.895 (

centoquarantacinquemilaottocentonovantacinque), nel seguente
modo:

quanto a euro 3.324 (tremilatrecentoventiquattro), mediante
integrale utilizzo della riserva Legale;

quanto ai restanti euro 142.571 (centoquarantaduemilacinque-
centosettantuno), mediante proporzionale riduzione del capi-
tale sociale;

- di determinare l'ammontare del capitale sociale, così ri-
dotto a euro 10.829 (diecimilaottocentoventinove), in euro
10.000 (diecimila), destinando, a fini di mero arrotondamen-
to contabile, la somma di euro 829 (ottocentoventinove) alla
riserva legale;

- di trasformare la società dalla sua attuale forma in quel-
la di società a responsabilità limitata, la quale assumerà
la denominazione "Brera Servizi Aziendali s.r.l.";

- di mantenere immutata la durata della società, modifican-
done l'oggetto sociale;

- di dare atto che il capitale sociale di euro 10.000 (die-
cimila) spetta ai soci nelle seguenti rispettive misure:
La Sempione s.r.l. in liquidazione, euro 787 (settecentoot-
tantasette);

De Vlaminck S.A., euro 6.337 (seimilatrecentotrentasette);
Zermini Giuseppe, euro 664 (seicentosessantaquattro);
G.P. Finanziaria s.p.a., euro 664 (seicentosessantaquattro);
Finlodos s.p.a., euro 1.173 (millecentosettantatre);
Beraudo Maria Teresa, euro 375 (trecentosettantacinque);

- di approvare lo statuto che disciplinerà il funzionamento
della società nella sua nuova forma, statuto che al presente
verbale si allega sotto la lettera B, omessane la lettura
per dispensa del comparente;

- di confermare nella carica, con i poteri di cui all'alle-
gato statuto e sino a revoca o dimissioni, l'attuale consi-
glio di amministrazione composto dai signori Di Maio Andrea,
nato a Milano il 27 maggio 1965, presidente, Di Maio Federi-
co, nato a Milano il 2 febbraio 1937 e Columpsi Fernando,
nato a Regina (Canada) il 4 novembre 1957, consiglieri;

- di rinunciare ad avvalersi del collegio sindacale, ringra-
ziando i singoli membri dello stesso per l'opera sin qui
svolta a favore della società;

- di sciogliere anticipatamente la società, mettendola in
liquidazione;

- di nominare unico liquidatore, conferendo allo stesso il
potere di compiere tutti gli atti utili per la liquidazione
della società, con particolare riferimento a quelli occor-
renti alla reintestazione di partecipazioni sociali, la si-
gnora Cervini Anna Grazia Ernesta, nata a Bologna (BO) il 17
ottobre 1937, CRV NGR 37R57 A944Z, domiciliata in Milano
(MI), piazza Sant'Erasmo n. 5, determinandone il compenso
annuo in euro 25.000 (venticinquemila);

- di dare atto, ai sensi e per gli effetti del combinato di-
sposto degli artt. 2436 e 2480 C.C., che l'efficacia di cia-
scuna delle sopra assunte deliberazioni, è da intendersi su-
bordinata alla preventiva iscrizione nel Registro delle Im-
prese di quella immediatamente precedente;
- di dare ampio mandato al comparente affinchè provveda a
tutto quanto necessario per l'esecuzione di quanto sin qui
deliberato.
Null'altro essendovi a deliberare e nessuno chiedendo la pa-
rola, l'assemblea viene sciolta alle ore diciassette e cin-
quanta.
Il comparente, ai soli fini dell'art.111 ter disp. att.
C.C., indica quale sede della società il seguente indirizzo
in Milano: via Manzoni n.44.
Del presente atto, scritto e dattiloscritto da persone di
mia fiducia su due fogli per sette facciate, ho dato lettura
al comparente, che lo sottoscrive alle ore diciassette e
cinquantacinque.
firmato Di Maio Andrea
Riccardo Ivaldi notaio - sigillo

# STATUTO VIGENTE
# BRERA SERVIZI
# AZIENDALI SRL IN LIQ.NE

Raccolta numero 16608            Allegato B

STATUTO DELLA SOCIETA' "BRERA SERVIZI AZIENDALI S.R.L."

1 - DENOMINAZIONE

La societa' e' denominata "BRERA SERVIZI AZIENDALI S.R.L."

2 - OGGETTO

La societa' ha per oggetto la realizzazione di start up
aziendali, business plan, l'assistenza per la realizzazione
di progetti di impresa, il "prestare i servizi relativi a so-
cietà e trust" di cui al D.Lgs. 231/2007.

Altresì, nell'esercizio delle attività indicate, la società
può rendere consulenza amministrativa, fiscale, societaria,
gestionale e di pianificazione aziendale in campo amministra-
tivo e in quello dei servizi di assistenza alle ristruttura-
zioni aziendali, nonchè qualunque altra funzione che non sia
riservata dalla legge a soggetti iscritti in albi e in regi-
stri speciali.

Essa potra' altresì compiere, in via non prevalente, quelle
operazioni mobiliari, immobiliari, commerciali, industriali e
finanziarie strumentali per il conseguimento dell'oggetto so-
ciale, ivi compresa l'assunzione diretta o indiretta di par-
tecipazioni o interessenze in societa' italiane o estere,
aventi oggetto analogo o connesso al proprio e la prestazione
di garanzie personali e reali per debiti di terzi.

In nessun caso le predette attivita' finanziarie e di assun-
zione di partecipazioni potranno essere svolte nei confronti
del pubblico.

3 - SEDE

La societa' ha sede in Milano.

4 - DURATA

La durata della societa' e' stabilita sino al 31 dicembre
2050.

5 - CAPITALE

Il capitale sociale e' di euro 10.000 (diecimila).

Possono essere conferiti tutti gli elementi dell'attivo su-
scettibili di valutazione economica.

Le partecipazioni dei soci possono essere determinate anche
in misura non proporzionale ai rispettivi conferimenti.

Per le decisioni di aumento e riduzione del capitale sociale
si applicano gli artt. 2481 ss. C.C.

Salvo il caso di cui all'art. 2482 ter C.C., gli aumenti di
capitale possono essere attuati anche mediante offerta di
partecipazioni di nuova emissione a terzi; in tal caso spetta
ai soci che non hanno concorso alla decisione il diritto di
recesso a norma dell'art.2473 C.C.

La societa' potra' acquisire dai soci versamenti e finanzia-
menti, a titolo oneroso o gratuito, con o senza obbligo di
rimborso, nel rispetto della normativa vigente, con partico-
lare riferimento a quella che regola la raccolta di risparmio
tra il pubblico.

6 - DOMICILIAZIONE

Il domicilio dei soci, degli amministratori, dei sindaci e del revisore, se nominati, per i loro rapporti con la societa', è quello che risulta dai libri sociali.

7 - TRASFERIMENTO DELLE PARTECIPAZIONI PER ATTO TRA VIVI

Le partecipazioni sono divisibili e trasferibili liberamente solo a favore:

a) di altri soci;

b) del coniuge di un socio;

c) di parenti in linea retta di un socio, in qualunque grado;

d) di societa' controllanti, controllate, collegate o comunque appartenenti al medesimo gruppo di societa' socia.

In qualsiasi altro caso di trasferimento delle partecipazioni, ai soci regolarmente iscritti al libro soci spetta il diritto di prelazione per l'acquisto.

Pertanto, il socio che intenda vendere o comunque trasferire la propria partecipazione, dovra' darne comunicazione a tutti i soci risultanti dal libro soci mediante lettera raccomandata inviata al domicilio di ciascuno di essi indicato nello stesso libro; la comunicazione deve contenere le generalita' del cessionario e le condizioni della cessione, fra le quali, in particolare, il prezzo e le modalita' di pagamento.

La prelazione dovra' esercitarsi, sotto pena di decadenza, entro trenta giorni dal ricevimento della comunicazione, da effettuarsi a mezzo lettera raccomandata, dell'intenzione di trasferire la partecipazione.

Nell'ipotesi di esercizio del diritto di prelazione da parte di più di un socio, la partecipazione offerta spettera' ai soci interessati in proporzione al valore nominale della partecipazione da ciascuno di essi posseduta.

Se qualcuno degli aventi diritto alla prelazione non possa o non voglia esercitarla, il diritto a lui spettante si accresce automaticamente e proporzionalmente a favore di quei soci che, viceversa, intendono avvalersene e che non vi abbiano espressamente e preventivamente rinunziato all'atto dell'esercizio della prelazione loro spettante.

La comunicazione dell'intenzione di trasferire la partecipazione formulata con le modalita' indicate equivale a "invito a proporre".

Pertanto, il socio che effettua la comunicazione, dopo essere venuto a conoscenza della proposta contrattuale (ai sensi dell'art.1326 C.C.) da parte del destinatario della "denuntiatio", avra' la possibilita' di non prestare il proprio consenso alla conclusione del contratto.

Il diritto di prelazione non è comunque esercitabile nel caso in cui il trasferimento delle partecipazioni venga effettuato a ovvero da societa' fiduciarie, autorizzate all'esercizio di tale attivita' a' sensi di legge.

8 - TRASFERIMENTO DELLE PARTECIPAZIONI A CAUSA DI MORTE

In caso di morte di uno dei soci, gli altri devono liquidare la partecipazione agli eredi o legatari, a meno che preferi-

scano sciogliere la società ovvero continuarla con gli eredi
o legatari stessi e questi vi acconsentano.

9 - RECESSO

Il diritto di recesso spetta in tutti i casi previsti dalla
legge ed è esercitabile nei termini e secondo le modalita' di
cui all'art.2437 bis C.C.

10 - AMMINISTRATORI

La società può essere amministrata, alternativamente, su de-
cisione dei soci in sede di nomina:

a) da un amministratore unico;

b) da un consiglio di amministrazione composto da due a cin-
que membri, secondo quanto determinato dai soci al momento
della nomina;

c) da due o più amministratori con poteri disgiunti, congiun-
ti o da esercitarsi a maggioranza.

Qualora vengano nominati due o più amministratori senza alcu-
na indicazione relativa alle modalita' di esercizio dei pote-
ri di amministrazione, si intende costituito un consiglio di
amministrazione.

Per organo amministrativo si intende l'amministratore unico,
oppure il consiglio di amministrazione, oppure l'insieme di
amministratori cui sia affidata disgiuntamente o congiunta-
mente l'amministrazione.

Gli amministratori, che possono essere anche non soci, resta-
no in carica fino a revoca o dimissioni o per il periodo de-
terminato dai soci al momento della nomina e sono rieleggibi-
li.

Qualora per dimissioni o per qualsiasi altra causa venisse a
mancare la maggioranza degli amministratori, si riterra' di-
missionario l'intero organo amministrativo e dovra' essere
sottoposta alla decisione dei soci la nomina di un nuovo or-
gano amministrativo.

Nell'ipotesi in cui l'amministrazione della societa' venga
affidata ad un consiglio di due membri, in caso di decadenza
per qualsiasi motivo di uno di essi o in caso di disaccordo
sulla revoca del consigliere delegato, s'intendera' decaduto
l'intero consiglio.

Agli amministratori spetta il rimborso delle spese sostenute
per ragioni del loro ufficio.

I soci possono inoltre assegnare agli amministratori un'in-
dennita' annuale in misura fissa, ovvero un compenso propor-
zionale agli utili netti di esercizio, nonchè determinare
un'indennita' per la cessazione dalla carica e deliberare
l'accantonamento per il relativo fondo di quiescenza con mo-
dalita' stabilite con decisione dei soci.

In caso di nomina di un comitato esecutivo o di consiglieri
delegati, il loro compenso è stabilito dal consiglio di ammi-
nistrazione al momento della nomina.

11 - CONSIGLIO DI AMMINISTRAZIONE

Qualora non vi abbiano provveduto i soci al momento della no-

mina, il consiglio di amministrazione elegge fra i suoi membri un presidente.

Le decisioni del consiglio di amministrazione, salvo quanto previsto dall'ultimo comma dell'art.2475 C.C., possono essere adottate mediante consultazione scritta, ovvero sulla base del consenso espresso per iscritto.

La procedura di consultazione scritta, o di acquisizione del consenso espresso per iscritto, non è soggetta a particolari vincoli, purchè sia assicurato a ciascun amministratore il diritto di partecipare alla decisione e sia assicurata a tutti gli aventi diritto adeguata informazione.

La decisione è adottata mediante approvazione per iscritto di un unico documento ovvero di più documenti che contengano il medesimo testo di decisione da parte della maggioranza degli amministratori.

Il procedimento deve concludersi entro quindici giorni dal suo inizio o nel diverso termine indicato nel testo della decisione.

Il consiglio si riunisce sia nella sede della societa' sia altrove, purchè in Italia o nel territorio di un altro Stato membro dell'Unione Europea, ogniqualvolta il presidente o chi ne fa le veci, lo creda necessario o ne sia fatta domanda dalla maggioranza dei consiglieri o, ove esistenti, dai sindaci e dal revisore.

Per la validita' dell'adunanza è necessaria la presenza di almeno la maggioranza dei componenti del consiglio.

Le deliberazioni si prendono a maggioranza assoluta dei presenti; in caso di parita' la proposta s'intende respinta.

La convocazione del consiglio si fara' dal presidente, o da chi ne fa le veci, con lettera da spedirsi almeno sei giorni prima e, nei casi d'urgenza, con telegramma almeno due giorni prima al domicilio di ciascun consigliere e, ove esistenti, sindaci effettivi e revisore.

L'avviso di convocazione potra' essere spedito, negli stessi termini, a mezzo telefax o posta elettronica, solo a quegli amministratori, sindaci o revisore che abbiano comunicato alla societa' il numero di telefax o l'indirizzo di posta elettronica.

In mancanza di tali formalita' di convocazione, la riunione è valida se vi assistono tutti i consiglieri, i sindaci effettivi e revisore, ove nominati.

Le riunioni del consiglio di amministrazione potranno essere tenute anche in video-conferenza, purchè il presidente della riunione ed il segretario si trovino nello stesso luogo, onde consentire la stesura e la sottoscrizione del verbale sul relativo libro e purchè risulti garantita l'identificazione dei partecipanti, la possibilita' per gli stessi di intervenire attivamente al dibattito, nonchè di poter ricevere, visionare e trasmettere documentazione.

12 - POTERI DELL'ORGANO AMMINISTRATIVO

Salvo diversa decisione dei soci all'atto della nomina, all'organo amministrativo spettano tutti i più ampi poteri di ordinaria e straordinaria amministrazione, nessuno escluso.
In caso di nomina del consiglio di amministrazione, questo può delegare tutte o parte delle sue attribuzioni, ad eccezione di quelle indicate nell'art.2475 quinto comma C.C., al presidente o ad altro dei suoi membri, anche cumulativamente, fissandone i poteri nonchè eventuali cauzioni e compensi, nei limiti e nelle forme che esso giudicherà.

L'organo amministrativo potrà nominare direttori, nonchè procuratori negoziali per determinati atti o categorie di atti.

L'organo amministrativo rappresenta la società di fronte ai terzi e in giudizio e ha la firma sociale.
Allo stesso è delegata altresì la facoltà di decidere in ordine ad azioni giudiziarie, anche per giudizi di cassazione e di revocazione, di stare in giudizio e di nominare avvocati e procuratori alle liti.
Nel caso di nomina di più amministratori, la rappresentanza spetta agli stessi disgiuntamente e congiuntamente, allo stesso modo in cui sono stati attribuiti, in sede di nomina, i poteri di amministrazione.

13 - ORGANO DI CONTROLLO

La società può nominare il collegio sindacale o il revisore.
Nei casi previsti dal secondo e terzo comma dell'art.2477 C.C., la nomina del collegio sindacale è obbligatoria.
Qualora la nomina del collegio sindacale non sia obbligatoria per legge, si applica il secondo comma dell'art.2397 C.C.
Si applicano al revisore tutte le norme previste per lo stesso in materia di società per azioni.
Il compenso dei sindaci e del revisore è determinato dai soci all'atto della nomina per l'intero periodo di durata del loro ufficio.

14 - DECISIONI DEI SOCI

I soci decidono sulle materie riservate alla loro competenza dalla legge o dal presente statuto, nonchè sugli argomenti che uno o più amministratori o tanti soci che rappresentano almeno un terzo del capitale sociale sottopongono alla loro approvazione.
Hanno diritto di voto i soci iscritti nel libro soci.
Il voto del socio vale in misura proporzionale alla sua partecipazione.
Salvo quanto previsto nel successivo articolo, le decisioni dei soci possono essere adottate mediante consultazione scritta ovvero sulla base del consenso espresso per iscritto.
La procedura di consultazione scritta o di acquisizione del consenso espresso per iscritto, non è soggetta a particolari vincoli, purchè sia assicurato a ciascun socio il diritto di partecipare alla decisione e sia assicurata a tutti gli aventi diritto adeguata informazione.

La decisione è adottata mediante approvazione per iscritto di
un unico documento, ovvero di più documenti che contengano il
medesimo testo di decisione, da parte di tanti soci che rap-
presentino la maggioranza del capitale sociale.
Il procedimento deve concludersi entro quindici giorni dal
suo inizio o nel diverso termine indicato nel testo della de-
cisione.

15 - ASSEMBLEA

In tutti i casi espressamente previsti dalla legge o dal pre-
sente statuto, oppure quando lo richiedono uno o più ammini-
stratori o un numero di soci che rappresentano almeno un ter-
zo del capitale sociale, le decisioni dei soci devono essere
adottate mediante deliberazione assembleare.

L'assemblea deve essere convocata dall'organo amministrativo
presso la sede sociale, o anche altrove, purchè in Italia o
nel territorio di un altro Stato membro dell'Unione Europea.
In caso di impossibilita' di tutti gli amministratori o di
loro inattivita', l'assemblea può essere convocata dal colle-
gio sindacale, se nominato o anche da un socio.

L'assemblea per l'approvazione del bilancio deve essere con-
vocata almeno una volta all'anno entro centoventi giorni dal-
la chiusura dell'esercizio sociale.

Quando particolari esigenze lo richiedano, e comunque con i
limiti e le condizioni previsti dalla legge, l'assemblea per
l'approvazione del bilancio potra' essere convocata entro il
maggior termine previsto dalla legge medesima.

L'assemblea è convocata con lettera raccomandata spedita agli
aventi diritto almeno otto giorni prima dell'adunanza, al do-
micilio risultante dai libri sociali.

L'avviso di convocazione potra' essere spedito, nello stesso
termine, a mezzo telefax o posta elettronica, solo a quei
soggetti per i quali risultino annotati sui libri sociali il
numero di telefax o l'indirizzo di posta elettronica.

Nell'avviso di convocazione devono essere indicati il giorno,
il luogo, l'ora dell'adunanza, l'elenco delle materie da
trattare e la data dell'eventuale seconda convocazione.

L'assemblea è presieduta dall'amministratore unico, dal pre-
sidente del consiglio di amministrazione (nel caso di nomina
del consiglio di amministrazione) o dall'amministratore più
anziano di eta' (nel caso di nomina di più amministratori con
poteri disgiunti o congiunti). In caso di assenza o di impe-
dimento di questi, l'assemblea è presieduta dalla persona de-
signata dagli intervenuti.

Le riunioni dell'assemblea potranno essere tenute anche in
video-conferenza, purchè il presidente della riunione ed il
soggetto verbalizzante si trovino nello stesso luogo, onde
consentire la stesura e la sottoscrizione del verbale e pur-
chè risulti garantita l'identificazione dei partecipanti, la
possibilita' per gli stessi di intervenire attivamente al di-
battito, nonchè di poter ricevere, visionare e trasmettere

documentazione.

Ogni socio che abbia diritto di intervenire all'assemblea può farsi rappresentare anche da soggetto non socio per delega scritta (a valere anche per più assemblee, indipendentemente dal loro ordine del giorno), con l'indicazione del nome del rappresentante e la specificazione di eventuali facolta' e limiti di subdelega.

Le deliberazioni dell'assemblea devono constare da verbale sottoscritto dal presidente e dal segretario, se nominato, o dal notaio.

L'assemblea è regolarmente costituita con la presenza di tanti soci che rappresentino almeno la meta' del capitale sociale e delibera a maggioranza assoluta.

Restano comunque salve le altre disposizioni di legge o del presente statuto che, per particolari decisioni, richiedono diverse specifiche maggioranze.

16 - BILANCIO E UTILI

Gli esercizi sociali si chiudono il 31 dicembre di ogni anno. Gli utili netti risultanti dal bilancio, dedotto almeno il cinque per cento da destinare a riserva legale fino a che questa non abbia raggiunto il quinto del capitale, verranno ripartiti tra i soci in misura proporzionale alla partecipazione da ciascuno posseduta, salvo diversa decisione dei soci.

17 - SCIOGLIMENTO E LIQUIDAZIONE

Nel caso di scioglimento della societa', per qualsiasi causa, l'assemblea determina le modalita' della liquidazione e nomina uno o più liquidatori fissandone i poteri.

18 - CLAUSOLA COMPROMISSORIA

Qualsiasi controversia dovesse insorgere tra i soci ovvero tra i soci e la societa' e che abbia ad oggetto diritti disponibili relativi al rapporto sociale, ad eccezione di quelle nelle quali la legge prevede l'intervento obbligatorio del Pubblico Ministero, dovra' essere risolta da un arbitro nominato dal Presidente del Tribunale del luogo in cui ha sede la societa'.

L'arbitro decidera' in via irrituale, secondo equita'.

19 - DISPOSIZIONI FINALI

Per tutto quanto non previsto dal presente statuto, si fa riferimento alle norme previste dal Codice Civile per le societa' a responsabilita' limitata e, qualora le stesse nulla prevedano, a quelle dettate per le societa' per azioni.

firmato Di Maio Andrea

Riccardo Ivaldi notaio - sigillo

**LA PRESENTE COPIA
E' CONFORME
ALL'ORIGINALE**

*Milano, lì* _____ **0 4 GIU. 2008**