# DEPOSITO ELENCO SOCI BRERA SERVIZI AZIENDALI SRL IN LIQ.NE



# Camera di Commercio Industria Artigianato e Agricoltura di MILANO

Documento n . T 82433707 estratto dal Registro Imprese in data 27/06/201

## Soci e titolari di diritti su quote o azioni

**Denominazione:** BRERA SERVIZI AZIENDALI S.R.L. IN LIQUIDAZIONE

**Forma giuridica:** SOCIETA' A RESPONSABILITA' LIMITATA

**Sede legale:** MILANO (MI)
CORSO VITTORIO EMANUELE II 15  cap 20122

**Codice fiscale:** 00794220343

**Numero REA:** MI-1246497

**Procedure in corso:** LIQUIDAZIONE VOLONTARIA

## Indice del documento

▶ Soci e titolari di diritti su quote ed azioni

**Soci e titolari di diritti su azioni e quote »** Elenco dei soci e degli altri titolari di diritti su azioni o quote sociali al 23/03/2009

**Pratica con atto del 23/03/2009**
DICHIARAZIONE AI SENSI ART.16 C.12 UNDECIES L.2 DEL 28/1/2009
Data deposito: 23/03/2009
Data protocollo: 23/03/2009
Numero protocollo: MI-2009-79861

**Capitale sociale**
Capitale sociale dichiarato sul modello con cui e' stato depositato l'elenco soci:
10.000,00   EURO

**PROPRIETA'**
Quota di nominali: 787,00  EURO
di cui versati: 787,00
🏠 **LA SEMPIONE S.R.L. IN LIQUIDAZIONE**
Codice fiscale: 08467890151
Denominazione del soggetto alla data della denuncia: LA SEMPIONE SRL IN LIQUIDAZIONE
Tipo di diritto: PROPRIETA'

Domicilio del titolare o rappresentante comune
MILANO (MI)
VIA ALESSANDRO MANZONI 44  cap 20121

**PROPRIETA'**
Quota di nominali: 664,00  EURO
di cui versati: 664,00
ZERMINI GIUSEPPE



Codice fiscale: ZRMGPP49B12F205Z
Tipo di diritto: PROPRIETA'

Domicilio del titolare o rappresentante comune
MILANO (MI)
VIA REVERE 2  cap 20123

**PROPRIETA'**       Quota di nominali: 664,00  EURO
di cui versati: 664,00

**G.P. FINANZIARIA S.P.A.**

Codice fiscale: 02809880178
Tipo di diritto: PROPRIETA'

Domicilio del titolare o rappresentante comune
BRESCIA (BS)
CORSO ZANARDELLI 32  cap 25121

**PROPRIETA'**       Quota di nominali: 1.173,00  EURO
di cui versati: 1.173,00

**FINLODOS SPA**

Codice fiscale: 03532180175
Tipo di diritto: PROPRIETA'

Domicilio del titolare o rappresentante comune
BRESCIA (BS)
VIA SOLFERINO 20/C  cap 25121

**PROPRIETA'**       Quota di nominali: 375,00  EURO
di cui versati: 375,00

**BERAUDO MARIA TERESA**

Codice fiscale: BRDMTR34D50F205K
Tipo di diritto: PROPRIETA'

Domicilio del titolare o rappresentante comune
MILANO (MI)
CORSO SEMPIONE 80  cap 20145

**PROPRIETA'**       Quota di nominali: 6.337,00  EURO
di cui versati: 6.337,00

**DE VLAMINCK S.A.**

Codice fiscale: 97429820158
Tipo di diritto: PROPRIETA'

Domicilio del titolare o rappresentante comune
LUSSEMBURGO
25 AVENUE DE LA LIBERTE (LUSSEMBURGO)

# BILANCIO AL
# 31 DICEMBRE 2007 DELLA
# BRERA FIDUCIARIA SpA
# PER LA MESSA IN LIQUIDAZIONE

Brera Fiduciaria S.p.A.
Società Fiduciaria e di Revisione

## Brera Fiduciaria S.p.A.
### Società Fiduciaria e di Revisione

*Riccee. 16608*
*All. A*

Sede Legale: Milano - Via Manzoni n. 44
Capitale sociale: € 153.400,00.= int. vers.

Iscritta Registro Imprese di Milano n. 00794220343 - R.E.A. n. 1246497
Cod. Fisc. n. 00794220343 - Part. I.V.A. n. 08819650154

## Bilancio al 31/12/2007

Gli importi sono espressi in Euro

| Stato Patrimoniale attivo | 31/12/2007 | | 31/12/2006 | |
|---|---|---|---|---|
| **A) Crediti verso soci per versamenti ancora dovuti** | | | | |
| **B) Immobilizzazioni** | | | | |
| *I. Immateriali* | | | | |
| 1) Costi di impianto e di ampliamento | 0 | | 0 | |
| | 0 | | 0 | |
| | | 0 | | 0 |
| 4) Concessioni,licenze,marchi e diritti simili | 12.988 | | 14.181 | |
| | -10.232 | | -9.849 | |
| | | 2.756 | | 4.332 |
| | | 2.756 | | 4.332 |
| *II. Materiali* | | | | |
| 4) Altri beni | 108.255 | | 203.120 | |
| | -102.985 | | -189.398 | |
| | | 5.270 | | 13.723 |
| *III. Finanziarie* | | | | |
| 2) Crediti | | | | |
| d) Verso altri | | | | |
| - oltre 12 mesi | 10.259 | | 10.259 | |
| | | 10.259 | | 10.259 |
| | | 10.259 | | 10.259 |
| 3) Altri titoli | | 2.020 | | 2.020 |
| | | 12.279 | | 12.279 |
| **Totale Immobilizzazioni** | | **20.305** | | **30.334** |
| **C) Attivo circolante** | | | | |
| *I. Rimanenze* | | | | |
| *II. Crediti* | | | | |
| 1) Verso clienti | | | | |
| - entro 12 mesi | 641.769 | | 594.172 | |
| - fondo rischi su crediti - fiscale | 0 | | 0 | |
| | | 641.769 | | 594.172 |

Brera Fiduciaria S.p.A.
Società Fiduciaria e di Revisione

| | | | | |
|---|---|---|---|---|
| 2) Crediti verso imprese collegate | | | | |
| - entro 12 mesi | 0 | | 0 | |
| | | 0 | | 0 |
| 5) Verso altri | | | | |
| - entro 12 mesi | 210.897 | | 24.951 | |
| | | 210.897 | | 24.951 |
| | | 852.666 | | 619.123 |

*III. Attività finanziarie che non costituiscono immobilizzazioni*
*IV. Disponibilità liquide*

| | | |
|---|---|---|
| 1) Depositi bancari e postali | 57.117 | 61.020 |
| 2) Assegni | 744 | |
| 3) Denaro e valori in cassa | 967 | 64 |
| | 58.828 | 61.084 |

| | | |
|---|---|---|
| **Totale Attivo Circolante** | **911.494** | **680.207** |

**D) Ratei e risconti**

| | | | | |
|---|---|---|---|---|
| - Ratei | 0 | | 0 | |
| - Risconti attivi | 4.213 | | 3.076 | |
| | | 4.213 | | 3.076 |
| | | 4.213 | | 3.076 |

| | | |
|---|---|---|
| **Totale Attivo** | **936.012** | **713.617** |

## Stato Patrimoniale passivo

| | 31/12/2007 | 31/12/2006 |
|---|---|---|
| **A) Patrimonio netto** | | |
| *I. Capitale* | 153.400 | 153.400 |
| *II. Riserva da soprapprezzo delle azioni* | 0 | 0 |
| *IV. Riserva legale* | 3.324 | 3.268 |
| *VII. Altre riserve* | | |
| 1) Riserva straordinaria | 0 | 0 |
| *VIII. Utili (perdite) portati a nuovo* | -3.544 | -4.607 |
| *IX. Utile (perdita) dell'Esercizio* | -142.351 | 1.120 |

| | | |
|---|---|---|
| **Totale Patrimonio Netto** | **10.829** | **153.181** |

**B) Fondi per rischi e oneri**

| | | | | |
|---|---|---|---|---|
| 3) Altri | 245.000 | | 0 | |
| | | 245.000 | | 0 |
| | | 245.000 | | 0 |

| | | |
|---|---|---|
| **C) Trattamento fine rapporto di lavoro subordinato** | **52.092** | **43.210** |

**D) Debiti**

| | | | | |
|---|---|---|---|---|
| 11) Debiti tributari | | | | |
| - entro 12 mesi | 19.073 | | 25.731 | |
| | | 19.073 | | 25.731 |
| 12) Debiti verso fornitori | | | | |
| - entro 12 mesi | 531.916 | | 370.121 | |
| | | 531.916 | | 370.121 |

2

Brera Fiduciaria S.p.A.
Società Fiduciaria e di Revisione

| | | | |
|---|---|---|---|
| 13) Debiti verso istituti di previdenza e di sicurezza sociale | | | |
| - entro 12 mesi | 6.762 | | 4.619 |
| | | 6.762 | 4.619 |
| 14) Altri debiti | | | |
| - entro 12 mesi | 66.923 | | 105.682 |
| | | 66.923 | 105.682 |
| **Totale Debiti** | | **624.674** | **506.153** |
| **E) Ratei e risconti** | | | |
| - vari | 3.417 | | 11.073 |
| | | **3.417** | **11.073** |
| **Totale Passivo** | | **936.012** | **713.617** |
| **Conti d'ordine** | | | |
| Beni di terzi in amministrazione | 163.798.631 | | 160.026.141 |
| | | 163.798.631 | 160.026.141 |
| **Totale conti d'ordine** | | **163.798.631** | **160.026.141** |

| **Conto Economico** | | **31/12/2007** | **31/12/2006** |
|---|---|---|---|
| **A) Valore della produzione** | | | |
| 1) Ricavi delle vendite e delle prestazioni | | 782.634 | 503.063 |
| 5) Altri ricavi e proventi | | | |
| - propri | 5.731 | | 12.499 |
| - Rimb. spese fiducianti | 136.507 | | 157.414 |
| | | 142.238 | 169.913 |
| **Totale valore della produzione** | | **924.872** | **672.976** |
| **B) Costi della produzione** | | | |
| 6) Per materie prime, sussidiarie, di consumo e di merci | | 3.617 | 4.628 |
| 7) Per servizi | | | |
| - propri | 338.839 | | 217.212 |
| - Spese fiducianti | 136.507 | | 157.414 |
| | | 475.346 | 374.626 |
| 8) Per godimento di beni di terzi | | 55.067 | 50.259 |
| 9) Per il personale | | | |
| a) Salari e stipendi | 108.307 | | 91.733 |
| b) Oneri sociali | 29.006 | | 25.142 |
| c) Trattamento di fine rapporto | 9.047 | | 7.508 |
| d) Trattamento di quiescenza e simili | 0 | | 0 |
| e) Altri costi | 474 | | 71 |
| | | 146.834 | 124.454 |
| 10) Ammortamenti e svalutazioni | | | |
| a) Ammortamento delle immobilizzazioni immateriali | | 2.624 | 2.371 |
| b) Ammortamento delle immobilizzazioni materiali | | 3.641 | 11.968 |

Brera Fiduciaria S.p.A.
Società Fiduciaria e di Revisione

d) Svalutazioni dei crediti compresi nell'attivo

| | | | |
|---|---|---|---|
| circolante e delle disponibilità liquide | 0 | | 0 |
| | | 6.265 | 14.339 |
| 12) Accantonamenti per rischi | | | |
| a) Accantonamento rischi | 245.000 | | 0 |
| 14) Oneri diversi di gestione | 20.983 | | 7.078 |

**Totale costi della produzione**                     -953.112                 -575.384

**Differenza tra valore e costi di produzione (A-B)**                     -28.240                 97.592

**C) Proventi e oneri finanziari**
15) Proventi da partecipazioni
   - da imprese collegate
16) Altri proventi finanziari

| | | | |
|---|---|---|---|
| b) da titoli iscritti nelle immobilizzazioni | 0 | | 0 |
| d) proventi provenienti dai precedenti | | | |
| - altri | 1.226 | | 87 |
| | | 1.226 | 87 |
| 17) Interessi e altri oneri finanziari | | | |
| - altri | 2.755 | | 125 |
| | | 2.755 | 125 |

**Totale proventi e oneri finanziari**                     -1.529                 -38

**D) Rettifiche di valore di attività finanziarie**                     0                 0

**E) Proventi e oneri straordinari**
20) Proventi

| | | | |
|---|---|---|---|
| - varie | 9.774 | | 18.764 |
| | | 9.774 | 18.764 |
| 21) Oneri | | | |
| - Imposte esercizio precedente | 0 | | 0 |
| - varie | 102.669 | | 73.922 |
| | | 102.669 | 73.922 |

**Totale delle partite straordinarie**                     -92.895                 -55.157

**Risultato prima delle imposte**                     -122.664                 42.397

22) Imposte sul reddito di Esercizio, correnti, differite e anticipate                     -19.687                 -41.277

**23) Utile (Perdita) dell'Esercizio**                     -142.351                 1.120

L'Amministratore Delegato
dott. Andrea Di Maio

# BILANCIO AL 31.12.2010
# NOTA INTEGRATIVA
# RELAZIONE EX ART. 2490 COD. CIV.
# VERBALE ASS ORD DEL 29.4.2011
# BRERA SERVIZI AZIENDALI
# SRL IN LIQ.NE

Brera Servizi Aziendali srl in liquidazione

# *Brera Servizi Aziendali srl in liquidazione*

Sede Legale: Milano - Corso Vittorio Emanuele II n. 15
Capitale sociale: € 10.000,00.= int. vers.

Iscritta Registro Imprese di Milano n. 00794220343 - R.E.A. n. 1246497
Cod. Fisc. n. 00794220343 - Part. I.V.A. n. 08819650154

## Bilancio al 31/12/2010

Gli importi sono espressi in Euro

| Stato Patrimoniale attivo | | 31/12/2010 | | 31/12/2009 |
|---|---|---|---|---|
| **A) Crediti verso soci per versamenti ancora dovuti** | | | | |
| **B) Immobilizzazioni** | | | | |
| *I. Immateriali* | | | | |
| 1) Costi di impianto e di ampliamento | 0 | | 0 | |
| | 0 | | 0 | |
| | | 0 | | 0 |
| 4) Concessioni,licenze,marchi e diritti simili | 12.988 | | 12.988 | |
| | -12.837 | | -12.325 | |
| | | 151 | | 663 |
| | | 151 | | 663 |
| *II. Materiali* | | | | |
| 4) Altri beni | 78.858 | | 79.762 | |
| | -78.821 | | -79.261 | |
| | | 37 | | 501 |
| *III. Finanziarie* | | 37 | | 501 |
| 2) Crediti | | | | |
| d) Verso altri | | | | |
| - oltre 12 mesi | 10.053 | | 10.053 | |
| | | 10.053 | | 10.053 |
| | | 10.053 | | 10.053 |
| 3) Altri titoli | 1.990 | | | |
| | | 1.990 | | 0 |
| | | 12.043 | | 10.053 |
| ***Totale Immobilizzazioni*** | | **12.231** | | **11.217** |
| **C) Attivo circolante** | | | | |
| *I. Rimanenze* | | | | |
| *II. Crediti* | | | | |
| 1) Verso clienti | | | | |
| - entro 12 mesi | 169.732 | | 735.854 | |
| - fondo rischi su crediti - fiscale | 0 | | 0 | |
| | | 169.732 | | 735.854 |
| 2) Crediti verso imprese collegate | | | | |
| - entro 12 mesi | 0 | | 0 | |
| | | 0 | | 0 |
| 5) Verso altri | | | | |
| - entro 12 mesi | 36.698 | | 39.050 | |
| | | 36.698 | | 39.050 |
| | | 206.430 | | 774.904 |

*III. Attività finanziarie che non costituisicono immobilizzazioni*

*IV. Disponibilità liquide*

| | | |
|---|---|---|
| 1) Depositi bancari e postali | 1.737 | 21.291 |
| 2) Assegni | 0 | 0 |
| 3) Denaro e valori in cassa | 812 | 1.169 |
| | 2.549 | 22.460 |

**Totale Attivo Circolante**    208.979    797.364

**D) Ratei e risconti**

| | | | | |
|---|---|---|---|---|
| - Ratei | 0 | | 0 | |
| - Risconti attivi | 731 | | 935 | |
| | | 731 | | 935 |
| | | 731 | | 935 |

**Totale Attivo**    221.941    809.516

## Stato Patrimoniale passivo    31/12/2010    31/12/2009

**A) Patrimonio netto**

| | | |
|---|---|---|
| *I. Capitale* | 10.000 | 10.000 |
| *II. Riserva da soprapprezzo delle azioni* | 0 | 0 |
| *IV. Riserva legale* | 829 | 829 |
| *VII. Altre riserve* | | |
| 1) Riserva straordinaria | 0 | 0 |
| *VIII. Utili (perdite) portati a nuovo* | -260.719 | -160.479 |
| *IX. Utile (perdita) dell'Esercizio* | -78.512 | -100.240 |

**Totale Patrimonio Netto**    -328.402    -249.890

**B) Fondi per rischi e oneri**

| | | | | |
|---|---|---|---|---|
| 3) Altri | 245.000 | | 245.000 | |
| | | 245.000 | | 245.000 |
| | | 245.000 | | 245.000 |

**C) Trattamento fine rapporto di lavoro subordinato**    6.604    4.882

**D) Debiti**

11) Debiti tributari

| | | | | |
|---|---|---|---|---|
| - entro 12 mesi | 1.105 | | 11.371 | |
| | | 1.105 | | 11.371 |

12) Debiti verso fornitori

| | | | | |
|---|---|---|---|---|
| - entro 12 mesi | 245.346 | | 746.484 | |
| | | 245.346 | | 746.484 |

13) Debiti verso istituti di previdenza e di sicurezza sociale

| | | | | |
|---|---|---|---|---|
| - entro 12 mesi | 555 | | 510 | |
| | | 555 | | 510 |

14) Altri debiti

| | | | | |
|---|---|---|---|---|
| - entro 12 mesi | 51.733 | | 51.159 | |
| | | 51.733 | | 51.159 |

**Totale Debiti**    298.739    809.524

Brera servizi Aziendali srl in liquidazione

**E) Ratei e risconti**
- vari

| | | | | |
|---|---|---|---|---|
| | 0 | | 0 | |
| | | 0 | | 0 |

## Totale Passivo

|  |  |
|---|---|
| 221.941 | 809.516 |

## Conti d'ordine

Beni di terzi in amministrazione

| | | | |
|---|---|---|---|
| 38.133.313 | | 38.391.144 | |
| | 38.133.313 | | 38.391.144 |

## Totale conti d'ordine

|  |  |
|---|---|
| 38.133.313 | 38.391.144 |

## Conto Economico

|  |  |
|---|---|
| 31/12/2010 | 31/12/2009 |

### A) Valore della produzione

| | | | |
|---|---|---|---|
| *1) Ricavi delle vendite e delle prestazioni* | 2.606 | | 25.392 |
| *5) Altri ricavi e proventi* | | | |
| - propri | 444 | 30.211 | |
| - Rimb. spese fiducianti | 111.620 | 128.714 | |
| | 112.064 | | 158.925 |

### Totale valore della produzione

|  |  |
|---|---|
| 114.670 | 184.317 |

### B) Costi della produzione

| | | | |
|---|---|---|---|
| *6) Per materie prime, sussidiarie, di consumo e di merci* | 23 | | 61 |
| *7) Per servizi* | | | |
| - propri | 26.051 | 73.854 | |
| - Spese fiducianti | 111.620 | 128.714 | |
| | 137.671 | | 202.568 |
| | | | |
| *8) Per godimento di beni di terzi* | 33.945 | | 47.842 |
| | | | |
| *9) Per il personale* | | | |
| a) Salari e stipendi | 22.115 | 20.951 | |
| b) Oneri sociali | 2.498 | 2.354 | |
| c) Trattamento di fine rapporto | 1.722 | 1.566 | |
| d) Trattamento di quiescenza e simili | 0 | 0 | |
| e) Altri costi | 141 | 138 | |
| | 26.476 | | 25.009 |
| *10) Ammortamenti e svalutazioni* | | | |
| a) Ammortamento delle immobilizzazioni immateriali | 511 | 722 | |
| | | | |
| b) Ammortamento delle immobilizzazioni materiali | 464 | 1.272 | |
| | | | |
| d) Svalutazione dei crediti compresi nell'attivo circolante e delle disponibilità liquide | 0 | 0 | |
| | 975 | | 1.994 |
| *12) Accantonamenti per rischi* | | | |
| a) Accantonamento rischi | 0 | | 0 |
| | | | |
| *14) Oneri diversi di gestione* | 1.478 | | 1.366 |

### Totale costi della produzione

|  |  |
|---|---|
| -200.568 | -278.840 |

**Differenza tra valore e costi di produzione (A-B)**

|  |  |
|---|---|
| -85.898 | -94.523 |

## C) Proventi e oneri finanziari
*15) Proventi da partecipazioni*
- - da imprese collegate
*16) Altri proventi finanziari*

| | | | |
|---|---|---|---|
| b) da titoli iscritti nelle immobilizzazioni | 0 | | 0 |
| d) proventi provenienti dai precedenti | | | |
| - altri | 741 | | 4.595 |
| | | 741 | 4.595 |

*17) Interessi e altri oneri finanziari*

| | | | |
|---|---|---|---|
| - altri | 0 | | -1.652 |
| | | 0 | -1.652 |

| | | |
|---|---|---|
| **Totale proventi e oneri finanziari** | **741** | **2.943** |

## D) Rettifiche di valore di attività finanziarie

| | | |
|---|---|---|
| | **0** | **0** |

## E) Proventi e oneri straordinari
*20) Proventi*

| | | | |
|---|---|---|---|
| - varie | 14.385 | | 25.178 |
| | | 14.385 | 25.178 |

*21) Oneri*

| | | | |
|---|---|---|---|
| - Imposte esercizio precedente | 0 | | 0 |
| - varie | -7.740 | | -33.838 |
| | | -7.740 | -33.838 |

| | | |
|---|---|---|
| **Totale delle partite straordinarie** | **6.645** | **-8.660** |
| **Risultato prima delle imposte** | **-78.512** | **-100.240** |
| *22) Imposte sul reddito di Esercizio, correnti, differite e anticipate* | 0 | 0 |
| **23) Utile (Perdita) dell'Esercizio** | **-78.512** | **-100.240** |

Brera Servizi Aziendali srl in liquidazione
Il Liquidatore
sig.ra AnnaGrazia Cervini

Io sottoscritta sig.ra AnnaGrazia Cervini, Liquidatore della Società Brera Servizi Aziendali srl in liquidazione, consapevole delle responsabilità penali previste in caso di falsa dichiarazione, attesto, ai sensi dell'art. 47 del DPR 445/2000, la corrispondenza della copia del presente documento ai documenti conservati agli atti della Società.

Brera Servizi Aziendali srl in liquidazione
Il Liquidatore
sig.ra AnnaGrazia Cervini

# Brera Servizi Aziendali srl in liquidazione

Sede Legale: MILANO – Corso Vittorio Emanuele II n. 15
Capitale sociale: € 10.000,00.= int. vers.

Iscritta Registro Imprese di Milano n. 00794220343 - R.E.A n. 1246497
Cod. Fisc. n. 00794220343 - Part. I.V.A. n. 08819650154

## Nota Integrativa

## al Bilancio chiuso il 31/12/2010

### CRITERI DI FORMAZIONE

Il Bilancio dell'Esercizio, chiuso il 31 dicembre 2010, per quanto ai conti di proprietà, giusta la regola vigente per le Società esercenti "attività propria di Società Fiduciaria", è conforme al dettato degli art. 2423 e seguenti del codice civile, come risulta dalla presente Nota Integrativa redatta ai sensi dell'art. 2427 del codice civile, che costituisce, ai sensi e per gli effetti dell'art. 2423, parte integrante del presente Bilancio.

Non si sono configurate situazioni che abbiano reso necessario il ricorso ad alcuna delle deroghe di cui all'art. 2423 comma 4 e all'art. 2423 - *bis*, comma 2.

### CRITERI DI VALUTAZIONE

- il criterio guida è quello di "liquidazione";

- le variazioni intervenute nella consistenza delle voci dell'attivo e del passivo sono esposte nella presente Nota Integrativa;

- si è tenuto conto dei rischi e delle perdite di competenza dell'Esercizio, anche se conosciute dopo la sua chiusura;

- le voci dell'attivo e del passivo, appartenenti a più voci dello Stato Patrimoniale, sono specificamente richiamate;

- la valutazione delle voci è stata fatta secondo prudenza.

Ciò premesso, con riferimento alle singole voci di Bilancio, Vi preciso quanto segue:

## IMMOBILIZZAZIONI IMMATERIALI

Sono iscritte al costo d'acquisto. Per quanto concerne le singole voci, si sottolinea che sono state iscritte nell'attivo dello Stato Patrimoniale sulla base di una prudente valutazione della loro utilità pluriennale.

## IMMOBILIZZAZIONI MATERIALI

Sono valutate al costo di acquisto, comprensivo degli oneri di diretta imputazione.

Le manutenzioni e le riparazioni ordinarie, invece, sono state imputate ai costi dell'Esercizio in quanto non incrementative del valore dei beni ai quali si riferivano.

## AMMORTAMENTO

Come in ogni Esercizio, le immobilizzazioni sono state ammortizzate a quote costanti, sulla base delle aliquote economico-tecniche, determinate in relazione alle residue possibilità di utilizzo dei beni, ridotte del 50% per quelli entrati in funzione nel corso dell'Esercizio.

Le aliquote applicate, espresse in percentuale, per le diverse poste di Bilancio sono:

- Mobili e arredi 12%
- Macchine Ufficio Elettroniche 20%
- Impianti Telefonici 20%

**CREDITI E DEBITI** sono stati indicati al valore nominale; i crediti sono stati rettificati, anche secondo la regola posta dall'art. 106 t.u.i.r., per allineare il valore nominale al valore del presumibile realizzo.

**DISPONIBILITA' LIQUIDE** sono iscritte al loro effettivo importo.

**RATEI E RISCONTI** sono stati determinati secondo il criterio dell'effettiva competenza economica e temporale dei costi e dei ricavi sostenuti nel corso dell'Esercizio.

**FONDO PER RISCHI E ONERI** è stato accantonato nell'esercizio 2007, ai sensi dell'art. 2423-bis, n. 4 cod. civ., in ragione delle ipotesi ivi sviluppate sull'esito delle azioni giudiziarie in corso. Delle due principali, una è stata coronata da

successo ma prosegue per la ostinata pervicacia dell'ex fiduciante nell'errata scelta della Sua controparte (non avrebbe dovuto essere la Società fiduciaria bensì la Banca collocatrice dei fondi mobiliari da essa scelti e consigliati direttamente al cliente), in Corte di Appello (che ha respinto la richiesta di sospendere la esecutività della sentenza di primo grado). L'altra, sulla quale si riponevano maggiori speranze di soluzione favorevole, non ha avuto esito positivo. Tuttavia il principale creditore del fiduciante – attraverso l'intestazione fiduciaria - a oggi non ha avviato la fase esecutiva e pendono trattative per rinviarle al termine del giudizio.

**FONDO TFR**

riflette l'effettivo debito maturato verso l'unico dipendente ancora in forze, in conformità alle norme vigenti e secondo i contratti di lavoro.

**D.P.S.**

in materia di privacy e di sicurezza dei dati, con riferimento al D.Lgs. 30 giugno 2003 n. 196 "Codice in materia di protezione dei dati personali" (G.U. n. 174 del 29/07/2003), il "Documento programmatico sulla sicurezza dei dati" (DPS) non ha subìto variazioni.

**CONTI D'ORDINE**

rappresentano tutti i "beni "che la Società ha assunto in amministrazione in aderenza alla legge istitutiva, 23 novembre 1939, n. 1966, che è stata l'attività principale esercitata dalla Società al pari di ogni società fiduciaria.

Essi costituiscono patrimonio dei terzi *"fiducianti"* e su di essi la Società non vanta né può vantare alcun diritto. E' fatto salvo il *diritto di ritenzione* per soddisfare il credito vantato quale *corrispettivo* del contratto fiduciario sottoscritto con il "fiduciante" per l'amministrazione, con intestazione, dei suoi beni.

La Società si è riservata contrattualmente la facoltà di rivalersi sui "beni" del "fiduciante" moroso.

I valori iscritti nei conti d'ordine non influiscono in alcun modo sul Conto Economico e sullo Stato Patrimoniale e non integrano le fattispecie di cui agli art. 2621, co. 6, 2622, co. 4, 2634, co.2.

I beni di cui all'art. 67, co. 1, lett. c. *quinquies*, d.p.r. 22 dicembre 1986, n. 917 sono iscritti secondo i seguenti criteri:

- valore facciale, se in sottoscrizione;

- valore dichiarato, se ricevuto dal fiduciante o da terzi.

I valori inclusi nella voce sono:

- liquidità: al valore risultante dall'estratto conto terzi/fiducianti al 31 dicembre;

- quote di società a r.l.:

  - nominale, per le partecipazioni in sede di costituzione;

  - valore di "trasferimento", ove dichiarato dal cedente;

  - valore di perizia, ove rivalutato ai sensi della speciale disciplina fiscale;

  - valore dichiarato, nella "dichiarazione riservata", per le partecipazioni assunte in forza di "rimpatrio" o di "regolarizzazione" ai sensi del d.l. 25/09/2001, n. 350 convertito in l. 23/11/2001, n. 409;

- azioni ammesse alle negoziazioni in un mercato regolamentato: quotazione di mercato dell'ultimo giorno di mercato aperto al 31 dicembre;

- azioni non negoziate :

  - nominale: per le partecipazioni in sede di costituzione;

  - valore di trasferimento, ove dichiarato dal cedente;

  - valore di perizia, ove rivalutata ai sensi della speciale disciplina fiscale;

- valore dichiarato, nella "dichiarazione riservata", per le partecipazioni assunte in forza di "rimpatrio" o di "regolarizzazione" ai sensi del d.l. 25/09/2001, n. 350 convertito in l. 23/11/2001, n. 409.

**COSTI E RICAVI**      sono stati imputati in linea con i criteri di prudenza e competenza temporale, al netto dei resi, degli sconti, degli abbuoni.

**DATI SULL'OCCUPAZIONE**

L'organico aziendale, ripartito per categoria, non ha subìto, rispetto al precedente Esercizio variazioni e risulta così composto:

| Organico | 31/12/2010 | 31/12/2009 | Variazioni |
|---|---|---|---|
| Quadro | 0 | 0 | 0 |
| Impiegati | 1 | 1 | 0 |
| | 1 | 1 | 0 |

Il contratto nazionale di lavoro applicato è quello del settore del terziario.

**VARIAZIONI INTERVENUTE NELLA CONSISTENZA DELLE VOCI DELL'ATTIVO E DEL PASSIVO**

Vengono fornite, qui di seguito, ulteriori informazioni sulla consistenza delle principali voci dell'attivo e del passivo, tenendo conto delle modificazioni intervenute.

Gli importi delle voci dello Stato Patrimoniale e del Conto Economico sono stati comparati con quelli dell'Esercizio precedente.

**Attività**

**B) Immobilizzazioni**

**I.      Immobilizzazioni immateriali**

| Saldo al 31/12/2010 | Saldo al 31/12/2009 | Variazioni |
|---|---|---|
| 151 | 663 | -512 |

Brera Servizi Aziendali srl in liquidazione

**Totale movimentazione delle immobilizzazioni immateriali**

| Descrizione costi | Valore 31/12/2009 | Incrementi esercizio | Decrementi esercizio | Amm.to esercizio | Valore 31/12/2010 |
|---|---|---|---|---|---|
| Concessioni, licenze, marchi | 663 | | | -512 | 151 |
| | 663 | 0 | | -512 | 151 |

**Concessioni, licenze, marchi**

| Descrizione costi | Valore 31/12/2009 | Incrementi esercizio | Decrementi esercizio | Amm.to esercizio | Valore 31/12/2010 |
|---|---|---|---|---|---|
| Software | 663 | | | -512 | 151 |
| | 663 | 0 | | -512 | 151 |

L'importo iscritto in Bilancio è ammortizzato secondo un'aliquota costante del 20%

**II.** *Immobilizzazioni materiali*

*Totale movimentazione delle immobilizzazioni materiali*

| Saldo al 31/12/2010 | Saldo al 31/12/2009 | Variazioni |
|---|---|---|
| 37 | 501 | -464 |

*Altri beni*

| Descrizione | Macchine Ufficio | Mobili | Impianti Telefonici | Totale |
|---|---|---|---|---|
| Costo storico | 3.931 | 73.318 | 1.609 | 78.858 |
| Ammortamenti Esercizi precedenti più cessioni e storno fondi d'ammortamento | -3.931 | -72.817 | -1.609 | -78.357 |
| Saldo al 31/12/2009 | 0 | 501 | 0 | 501 |
| Acquisizione dell'Esercizio | | | | 0 |
| Cessioni dell'Esercizio | 0 | | -4.651 | -4.651 |
| Storno fondo Ammortamento | 0 | | 4.651 | 4.651 |
| Ammortamenti dell'Esercizio | | -464 | 0 | -464 |
| Saldo al 31/12/2010 | 0 | 37 | 0 | 37 |

**III. Immobilizzazioni finanziarie**

*Totale movimentazione delle immobilizzazioni finanziarie*

| Saldo al 31/12/2010 | Saldo al 31/12/2009 | Variazioni |
|---|---|---|
| 10.053 | 10.053 | 0 |

*Crediti*

| Descrizione | 31/12/2009 | Incrementi | Decrementi | 31/12/2010 |
|---|---|---|---|---|
| Altri | 10.053 | | | 10.053 |
| | 10.053 | | 0 | 10.053 |

I *crediti* si riferiscono a cauzioni su contratto di affitto per €. 9.554,45= ed €. 498,23.= per contratti di telefonia fissa Telecom.

*Altri titoli*

| Descrizione | 31/12/2009 | Incrementi | Decrementi | 31/12/2010 |
|---|---|---|---|---|
| Titoli a cauzione | 0 | 1.990 | | 1.990 |
| | 0 | | | 1.990 |

- Fondo azionario Protetto 100 AZ Globale classe S, sottoscritto in data 16.08.2010.

**C) Attivo circolante**

*II. Crediti*

| Saldo al 31/12/2010 | Saldo al 31/12/2009 | Variazioni |
|---|---|---|
| 206.430 | 774.904 | 568.474 |

Il saldo è così suddiviso secondo le scadenze.

| Descrizione | Entro 12 mesi | Oltre 12 mesi | Oltre 5 anni | Totale |
|---|---|---|---|---|
| Verso clienti | 169.732 | | | 169.732 |
| F.do Rischi su Crediti – fiscale | 0 | | | 0 |
| Verso imprese collegate | 0 | | | 0 |
| Verso altri | 36.698 | | | 36.698 |
| | 206.430 | | | 206.430 |

Il valore nominale dei crediti indicati è quello di presunto realizzo. La diminuzione è dovuta alla diversa classificazione operata, per cui la fatturazione degli interessi fatturati sulla posizione del fiduciante, che si compensavano con il riaddebito, sono stati ricondotti al capitale già iscritto nei conti d'ordine.

IV. *Disponibilità liquide*

| Saldo al 31/12/2010 | Saldo al 31/12/2009 | Variazioni |
|---|---|---|
| 2.549 | 22.460 | -19.911 |

| Descrizione | 31/12/2010 | 31/12/2009 |
|---|---|---|
| Depositi bancari e postali | 1.737 | 21.291 |
| Assegni | 0 | 0 |
| Denaro e altri valori in cassa | 812 | 1.169 |
| | 2.549 | 22.460 |

Il saldo rappresenta le disponibilità liquide e l'esistenza di un numerario e di valori alla data di chiusura dell'Esercizio.

*D) Ratei e risconti*

| Saldo al 31/12/2010 | Saldo al 31/12/2009 | Variazioni |
|---|---|---|
| 731 | 935 | -204 |

Rappresentano proventi e oneri la cui competenza è anticipata o posticipata rispetto alla manifestazione numeraria e/o documentale; essi prescindono dalla data di pagamento o riscossione dei relativi proventi e oneri, comuni a due o più Esercizi e ripartibili in ragione del tempo.

*Passività*

*A) Patrimonio netto*

| Saldo al 31/12/2010 | Saldo al 31/12/2009 | Variazioni |
|---|---|---|
| -323.402 | -249.890 | -73.512 |

| Descrizione | 31/12/2009 | Incrementi | Decrementi | 31/12/2010 |
|---|---|---|---|---|
| Capitale | 10.000 | 0 | 0 | 10.000 |
| Riserva da soprapprezzo azioni | 0 | 0 | | 0 |
| Riserve di rivalutazione | 0 | 0 | 0 | 0 |
| Riserva legale | 829 | | | 829 |
| Altre riserve | 0 | 0 | 0 | 0 |
| Riserva straordinaria | 0 | 0 | 0 | 0 |
| Utili (perdite) portati a nuovo | -160.479 | -100.240 | 0 | -260.719 |
| Utile (perdita) dell'Esercizio | -100.240 | -73.512 | 100.240 | -73.512 |
| | -249.890 | -173.752 | 100.240 | -323.402 |

Il capitale sociale risulta ad oggi così sottoscritto e versato:   n. 10.000 quote del valore nominale di  €. 1,00.= cadauna per un totale pari a complessivi €. 10.000,00.=.
Nella tabella di seguito esposta si riportano le informazioni con riferimento al disposto dell'art. 2427, primo comma, n. 7-bis, del Codice Civile.

| Natura/Descrizione | Importo in Euro | Utilizzabilità | Quota disponibile in Euro | Utilizzazione negli ultimi tre Esercizi |
|---|---|---|---|---|
| Capitale Sociale | 10.000 | B | 10.000 | 143.400 |
| Riserve di capitali | 0 | A-B | 0 | 0 |
| Riserve di utili | | | | |
| - Riserva legale | 829 | B | 829 | 3.324 |
| Utile d'Esercizio | | A-B | | |

Utilizzabilità: A: per aumento di capitale sociale; B: per copertura perdite; C: per distribuzione ai soci

**B) Fondo per rischi e oneri**

Saldo al 31/12/2010            Saldo al 31/12/2009            Variazioni
245.000                        245.000                                              0

Le ragioni dell'accantonamento, ai sensi dell'art. 2423-bis, n. 4 cod. civ., predisposto nel periodo 2007, sono state illustrate e permangono immutate.

**C) Trattamento di fine rapporto di lavoro subordinato**

Saldo al 31/12/2010            Saldo al 31/12/2009            Variazioni
6.604                          4.882                          1.722

Brera Servizi Aziendali srl in liquidazione

La variazione è così costituita:

| Variazioni | Importo |
|---|---:|
| Incremento per accantonamento dell'Esercizio | 1.722 |
| Decremento per utilizzo dell'Esercizio | 0 |
| | 1.722 |

Il fondo accantonato rappresenta l'effettivo debito della Società al 31/12/2010 verso i dipendenti in forza a tale data. Il personale dipendente è composto da n. 1 impiegato. Nel corso dell'anno non ci sono state assunzioni e cessazioni.

## D) Debiti

Saldo al 31/12/2010                Saldo al 31/12/2009                Variazioni
298.739                                        809.524                510.785

I debiti sono valutati al loro valore nominale e la scadenza degli stessi è così suddivisa.

| Descrizione | Entro 12 mesi | Oltre 12 mesi | Oltre 5 anni | Totale |
|---|---:|---:|---:|---:|
| Debiti verso banche | 0 | | | 0 |
| Debiti verso fornitori | 245.346 | | | 245.346 |
| Debiti tributari | 1.105 | | | 1.105 |
| Debiti verso Istituti di Previdenza | 555 | | | 555 |
| Altri Debiti | 51.733 | | | 51.733 |
| | 298.739 | | | 298.739 |

I **Debiti verso fornitori** sono iscritti al netto degli sconti commerciali; gli sconti cassa sono invece rilevati al momento del pagamento. Il valore nominale di tali debiti è stato rettificato, in occasione di resi o abbuoni (rettifiche di fatturazione), nella misura corrispondente all'ammontare definito con la controparte. La diminuzione è dovuta alla diversa classificazione operata, per cui la fatturazione degli interessi fatturati sulla posizione del fiduciante, che si compensavano con il riaddebito, sono stati ricondotti al capitale già iscritto nei conti d'ordine.

## E) Ratei e risconti

Saldo al 31/12/2010                Saldo al 31/12/2009                Variazioni
0                                        0                0

Rappresentano le partite di collegamento dell'Esercizio conteggiate con il criterio della competenza temporale.

---

Nota Integrativa al Bilancio  31 dicembre 2010                                                                10

## Conti d'ordine

### Beni di terzi in Amministrazione

| Descrizione | 31/12/2010 | Variazione | 31/12/2009 |
|---|---|---|---|
| 1) Obblig. ital. Quotate | 0 | 0 | 0 |
| 2) Obblig. Ital. Non quotate | 0 | 0 | 0 |
| 3) Titoli di Stato | 0 | 0 | 0 |
| 4) Azioni Italiane quotate | 0 | 0 | 0 |
| 5) Azioni Italiane Non quotate | 0 | 0 | 0 |
| 6) Quote di s.r.l. | 198.005 | -93.450 | 291.455 |
| 7) Titoli esteri obbligazionari o di Stato (Paesi OCSE) | 0 | 0 | 0 |
| 8) Titoli Esteri azionari (Paesi OCSE) | 500.000 | 0 | 500.000 |
| 9) Certificati di deposito | 0 | 0 | 0 |
| 10) Fondi Comuni d'investimento | 0 | 0 | 0 |
| 11) Liquidità | 3.518 | 2.152 | 1.366 |
| 12) Altri beni | 0 | 0 | 0 |
| - Gestioni Patrimoniali | 0 | 0 | 0 |
| - Crediti di finanziamento | 3.232.037 | -90.981 | 3.323.018 |
| - Crediti Commerciali | 25.621.075 | -169.711 | 25.790.786 |
| - Contratti di mandati | 0 | 0 | 0 |
| - Polizze assicurative | 0 | 0 | 0 |
| - Partecipazioni estere | 0 | 0 | 0 |
| - Titoli a garanzia | 4.510.837 | 0 | 4.510.837 |
| - Escrow letter | | 0 | |
| - Obbligazioni estere non quotate | 0 | 0 | 0 |
| - Partnerships | 0 | 0 | 0 |
| - Automezzi | 0 | 0 | 0 |
| - Crediti e debiti diversi | 4.067.841 | 94.159 | 3.973.682 |
| Totale beni di terzi in Amministrazione | 38.133.313 | -257.831 | 38.391.144 |

## Conto Economico

### A) Valore della produzione

Saldo al 31/12/2010        Saldo al 31/12/2009        Variazioni
114.670                    184.317                    -69.647

| Descrizione | 31/12/2010 | 31/12/2009 | Variazioni |
|---|---|---|---|
| Ricavi delle vendite e prestazioni | 2.606 | 25.392 | -22.786 |
| Altri ricavi e proventi | 112.064 | 158.925 | -46.861 |
| | 114.670 | 184.317 | -69.647 |

*Ricavi per categoria di attività*

| Categoria | 31/12/2010 | 31/12/2009 | Variazioni |
|---|---|---|---|
| Commissioni per amministrazione | 2.606 | 2.392 | 214 |
| Domiciliazioni | 0 | 0 | 0 |
| Ricavi per servizi | 0 | 23.000 | -23.000 |
| Servizi A.U.I. L. 197/91 | 0 | 0 | 0 |
| Anagrafe Tributaria | 0 | 0 | 0 |
| Servizio PEC | 0 | 0 | 0 |
| Indagini Finanziarie | 0 | 0 | 0 |
| Abbuoni | 0 | 0 | 0 |
| Altre | 0 | 0 | 0 |
| | 2.606 | 25.392 | -22.786 |

**B) Costi della produzione**

Saldo al 31/12/2010      Saldo al 31/12/2009      Variazioni
200.568                  278.840                  -78.272

| Descrizione | 31/12/2010 | 31/12/2009 | Variazioni |
|---|---|---|---|
| Materie prime, sussidiarie e merci | 23 | 61 | -38 |
| Servizi | 137.671 | 202.568 | -64.897 |
| Godimento di beni di terzi | 33.945 | 47.842 | -13.897 |
| Salari e stipendi | 22.115 | 20.951 | 1.164 |
| Oneri sociali | 2.498 | 2.354 | 144 |
| Trattamento di fine rapporto | 1.722 | 1.566 | 156 |
| Altri costi | 141 | 138 | 3 |
| Ammortamento immobilizzazioni immateriali | 511 | 722 | -211 |
| Ammortamento immobilizzazioni materiali | 464 | 1.272 | -808 |
| Accantonamento per rischi | 0 | 0 | 0 |
| Svalutazione crediti attivo circolante | 0 | 0 | 0 |
| Oneri diversi di gestione | 1.478 | 1.366 | 112 |
| | 200.568 | 278.840 | -78.272 |

*Costi per materie prime, sussidiarie, di consumo e di merci e Costi per servizi*

Sono strettamente correlati a quanto esposto all'andamento del punto A (Valore della produzione) del Conto Economico.

**Costi per il personale**

La voce comprende l'intera spesa per il personale dipendente, costo delle ferie non godute e accantonamenti di legge e contratti collettivi.

**Ammortamento delle Immobilizzazioni materiali**

Per quanto concerne gli ammortamenti si specifica che gli stessi sono stati calcolati sulla base della durata utile del cespite e del suo sfruttamento nella fase produttiva.

**C) Proventi e oneri finanziari**

|  Saldo al 31/12/2010 | Saldo al 31/12/2009 | Variazioni |
|---|---|---|
| 741 | 2.943 | -2.202 |

| Descrizione | 31/12/2010 | 31/12/2009 | Variazioni |
|---|---|---|---|
| Da partecipazione | 0 | 0 | 0 |
| Da titoli iscritti nelle immobilizzazioni | 0 | 0 | 0 |
| Proventi diversi dai precedenti | 741 | 4.595 | -3.854 |
| (Interessi e altri oneri finanziari) | 0 | -1.652 | 1.652 |
| | 741 | 2.943 | -2.202 |

*Altri proventi finanziari*

| Descrizione | Controllanti | Controllate | Collegate | Altre | Totale |
|---|---|---|---|---|---|
| Interessi su titoli | | | | 0 | 0 |
| Interessi bancari e postali | | | | 5 | 5 |
| Altri proventi | | | | 736 | 736 |
| | | | | 741 | 741 |

*Interessi e altri oneri finanziari*

| Descrizione | Controllanti | Controllate | Collegate | Altre | Totale |
|---|---|---|---|---|---|
| Interessi v/banche | | | | 0 | 0 |
| Perdite su crediti | | | | 0 | 0 |
| | | | | 0 | 0 |

**E) Proventi e oneri straordinari**

| Saldo al 31/12/2010 | Saldo al 31/12/2009 | Variazioni |
|---|---|---|
| 6.645 | -8.660 | 15.305 |

| Descrizione | 31/12/2010 | 31/12/2009 |
|---|---|---|
| Sopravvenienze attive | 14.385 | 17.217 |
| Plusvalenze da alienazioni | 0 | 7.961 |
| Totale proventi | 14.385 | 25.178 |
| Imposte esercizio precedente | 0 | 0 |
| Sopravvenienze passive | -7.740 | -33.838 |
| Varie | 0 | 0 |
| Minusvalenze da alienazioni | 0 | 0 |
| Totale oneri | -7.740 | -33.838 |

*Imposte sul reddito d'Esercizio*

Saldo al 31/12/2010          Saldo al 31/12/2009                    Variazioni
         0                            0                                              0

| Imposte | Saldo al 31/12/2010 | Saldo al 31/12/2009 | Variazioni |
|---|---|---|---|
| Imposte correnti: | 31/12/2010 | 31/12/2009 | Variazione |
| IRES | 0 | 0 | 0 |
| IRAP | 0 | 0 | 0 |
| Imposte Anticipate: | | | |
| IRES | 0 | 0 | 0 |
| IRAP | 0 | 0 | 0 |
| | 0 | 0 | 0 |

*Altre informazioni*

## Compensi agli organi sociali

Nell'esercizio in chiusura non sono stati corrisposti compensi al Liquidatore

## Informazioni sulla società

Si dichiara che:

- non esistono azioni di godimento, obbligazioni convertibili e titoli o valori simili a essi emessi

  dalla società;

- la società non è in possesso di azioni della società controllante, anche per tramite di società fiduciarie

  o per interposta persona;

- la società, nel corso dell'esercizio, non ha effettuato né acquisti né vendite di azioni della società

  controllante.

Il presente Bilancio, composto da Stato Patrimoniale, Conto Economico e Nota Integrativa, rappresenta in modo veritiero e corretto la situazione patrimoniale e finanziaria nonché il risultato economico dell'Esercizio e corrisponde alle risultanze delle scritture contabili.

Brera Servizi Aziendali srl in liquidazione
Il liquidatore
sig.ra AnnaGrazia Cervini

Brera Servizi Aziendali srl in liquidazione

Io sottoscritta sig.ra AnnaGrazia Cervini, liquidatore della Società Brera Servizi Aziendali srl in liquidazione, consapevole delle responsabilità penali previste in caso di falsa dichiarazione, attesto, ai sensi dell'art. 47 del DPR 445/2000, la corrispondenza della copia del presente documento ai documenti conservati agli atti della Società.

**Brera Servizi Aziendali srl in liquidazione**
**Il liquidatore**
**sig.ra AnnaGrazia Cervini**

### *Brera Servizi Aziendali srl in liquidazione*

Sede Legale: MILANO – Corso Vittorio Emanuele II n. 15

Capitale sociale: € 10.000,00.= int. vers.


Iscritta Registro Imprese di Milano n. 00794220343 - R.E.A n. 1246497

Cod. Fisc. n. 00794220343 - Part. I.V.A. n.  08819650154


#### *Relazione ex art. 2490 cod. civ.*

Come emerge dall'allegato al bilancio dell'esercizio, è proseguita l'opera di dismissione delle partecipazioni rimaste in capo alla Società e di recupero delle morosità.

Bene la prima, non proprio bene la seconda. Si è riusciti a re-intestare alcune partecipazioni per atto notarile, atto unilaterale, rimasto assente il fiduciante, curando poi di incassare il relativo costo.

Per altre partecipazioni, si è chiesta e ottenuta la sentenza ex art. 2932 cod. civ. con ordine al Conservatore del Registro delle imprese di trascrivere. In alcuni casi ci si è rivolti a uno Studio commercialistico per vedersi eseguire la sentenza – sempre disinteressandosene il fiduciante.

Il fatto nuovo, che costituisce il precedente, è rappresentato dall'avere chiesto e ottenuto che a procedere alla trascrizione nel Registro delle imprese dell'avvenuta re-intestazione, quindi del trasferimento all'effettivo proprietario, fosse l'Ufficiale giudiziario in sede di procedimento esecutivo della sentenza che aveva condannato il

fiduciante anche al pagamento delle commissioni contrattualmente pattuite.

L'ufficiale giudiziario di Brescia ha proceduto in tal senso. Il fatto è rilevante sotto l'aspetto del costo, parte dolente della procedura di re-intestazione di quote sociali.

Tuttavia, si incontrano difficoltà nell'ottenere i certificati di residenza dei fiducianti che si rendono irreperibili, quindi le notifiche degli atti che devono essere ri-eseguite e via dicendo, secondo quelli che sono gli obblighi procedurali e i relativi termini (e tempi). Quindi il recupero delle somme dovute è ancora più laborioso.

Brera Servizi Aziendali srl in liquidazione
Il liquidatore
sig.ra AnnaGrazia Cervini

Io sottoscritta sig.ra AnnaGrazia Cervini, liquidatore della Società Brera Servizi Aziendali srl in liquidazione, consapevole delle responsabilità penali previste in caso di falsa dichiarazione, attesto, ai sensi dell'art. 47 del DPR 445/2000, la corrispondenza della copia del presente documento ai documenti conservati agli atti della Società.

Brera Servizi Aziendali srl in liquidazione
Il liquidatore
sig.ra AnnaGrazia Cervini

## *Brera Servizi Aziendali srl in liquidazione*

Sede Legale: Milano – Corso Vittorio Emanuele II n. 15
Capitale sociale: € 10.000,00.= int. vers.

Iscritta Registro Imprese di Milano n. 00794220343 - R.E.A. n. 1246497
Cod. Fisc. n. 00794220343 - Part. I.V.A. n. 08819650154

### VERBALE DI ASSEMBLEA ORDINARIA
### DEL 29 APRILE 2011

Oggi, 29 aprile 2011 alle ore 18.00 presso la sede sociale in Milano, Corso Vittorio Emanuele II al n. 15, si sono riuniti, a seguito di regolare convocazione, i Soci della Società.

Assume la presidenza, a termini statutari, il Liquidatore sig.ra AnnaGrazia Cervini e, con il consenso dei presenti, invita a fungere da Segretario l'avv. Federico Di Maio, che accetta.

Il Presidente constata e fa constatare che sono presenti in proprio e per delega i Soci:

- società "La Sempione s.r.l. in liquidazione", in proprio
- società "De Vlaminck S.A.", per delega
- società "Finlodos spa", per delega

rappresentanti l'82,97 per cento del capitale sociale;

pertanto dichiara che l'Assemblea è regolarmente costituita e valida per discutere e deliberare sul seguente:

#### *ordine del giorno*

1. approvazione del Bilancio chiuso il 31 dicembre 2010 e Nota Integrativa.

Su proposta del Socio De Vlaminck S.A., con il consenso di tutti i presenti, viene omessa la lettura del Bilancio chiuso il 31 dicembre 2010 in quanto già distribuito in precedenza e da tutti i presenti conosciuto.

Brera Servizi Aziendali srl in liquidazione

Dopo una breve relazione del Liquidatore sull'andamento della dismissione delle partecipazioni, sul recupero della morosità e sulla posizione delle vertenze giudiziarie, i presenti all'unanimità dei voti,

*deliberano*

- di approvare il Bilancio chiuso il 31 dicembre 2010 e la relativa Nota Integrativa.

A questo punto, null'altro essendovi su cui deliberare e nessuno chiedendo la parola, il Presidente ringrazia gli intervenuti e dichiara chiusa la riunione alle ore 19.00 previa redazione, lettura e sottoscrizione del presente verbale.

| Il Presidente | Il Segretario |
|---|---|
| *(AnnaGrazia Cervini)* | *(Federico Di Majo)* |

Io sottoscritta sig.ra AnnaGrazia Cervini, Liquidatore della Società Brera Servizi Aziendali srl in liquidazione, consapevole delle responsabilità penali previste in caso di falsa dichiarazione, attesto, ai sensi dell'art. 47 del DPR 445/2000, la corrispondenza della copia del presente documento ai documenti conservati agli atti della Società.

Il Presidente
*(AnnaGrazia Cervini)*