# ISTRUZIONI FIDUCIANTE PER OPERAZIONI FINANZIARIE QUOTE E FINANZIAMENTO SOCI INFRUTTIFERO TECNO DEVELOPMENT & RESEARCH SRL



RTH AG - **R**eliable **T**rade **A**dministration & **H**andling

Messrs.
Brera Fiduciaria S.A:
44 Via Manzoni
I-20121 Milano

**For att. of Dottore Stefano Varone**

CH-6302 Zug, 13th. February 2002

**RE: Transfers of total €uro 9'500.—**

Dear Sirs,

We confirm herewith that our bank transfers of € 9000.—effected 6th. February and of €
500.—effected 7th. February to your account and reference "per la costituzione della Societa
Tecno Development Research SRL, were made by us on behalf of Messrs. I-Technology
Solutions Inc., Montréal, Canada, as payments of 95 % shares of the new company to be
formed under the name of Tecno Development Research SRL.

Yours Sincerely,

Bernard Muller, Managing Director

# I-TECHNOLOGY SOLUTIONS INC.

SPETTABILE SOCIETÀ

**BRERA FIDUCIARIA SPA**

VIA MANZONI N. 44

20121 - MILANO

8 MARZO 2002

Con riferimento al contratto fiduciario n. 2174 con Voi in essere, io sottoscritto Bernard Müller in qualità di Legale rappresentante della società scrivente con la presente Vi conferisco l'incarico di effettuare a Vostro nome, ma per ordine e conto della società, un finanziamento soci infruttifero di euro 40.000,00.= (quarantamila/00.=) alla società TECNO DEVELOPMENT RESEARCH s.r.l. con sede in Milano Via Settala n. 20.

A tale proposito provvediamo a rimetterVi tale somma mediante bonifico bancario sul c/c n. 5369/0 intrattenuto con la Banca Popolare di Intra sede di Milano cab 1600 abi 5548.

Anche tale somma sarà da Voi fiduciariamente amministrata e verrà regolata dalle clausole contenute nel contratto cui si fa riferimento, restando in particolare convenuto che:
- siete manlevati da ogni responsabilità di natura fiscale, connessa conseguente al finanziamento suddetto.

**I-TECHNOLOGY SOLUTIONS INC.**
**BERNARD MÜLLER**



**RTH►**

RTH AG - **R**eliable **T**rade **A**dministration & **H**andling

<u>Via Facsimile: 003902 7733 1210</u>

Messrs.
Brera Fiduciaria S.A:
44 Via Manzoni
I-20121 Milano

**For att. of Dottore Stefano Varone**

CH-6302 Zug, 5th. July 2002

**RE: Tecno Development Research SRL**

Dear Dottore Varone,

We understand that our loan sent to you March 11th for above company is now ready for repayment.

Below please find our banking details:

| | |
|---|---|
| Account Name | RTH AG, 6302 Zug |
| Account Number | 273-254887.7G X |
| Bank | UBS AG, 6301 Zug, Switzerland |
| Branch No. | 0273 |
| Swift: | UBSWCHZH80A |

We thank you in advance for making the necessary arrangement and to inform us once the transfer has been effected.

Yours Sincerely,

Bernard Muller, Managing Director

Brera 02-0705.doc /07.07.2002/Page 1
RTH Ltd. Baarerstr. 73, CH-6302 Zug/Switzerland  phone: (+41-41) 727 50 70  fax: (+41-41) 727 50 80
E-mail: admintrade@rth.ch – Internet: www.rth.ch



INTENDENZA DI FINANZA DI NOVARA N. 18236 DEL 27/09/1973.

ESTRATTO AL    28    FEBBRAIO    2002
DEL CONTO CORRENTE N.   0053690  (EUR)
PRESSO (025) SEDE DI MILANO
FOGLIO N.   1

nel 1873
87.143.793
00118720036
oro, 8 - cap 28921
UTELA DEI DEPOSITI
LARE DI INTRA

Spett.le
BRERA FIDUCIARIA SPA          0025 F 00005
RUBRICA TERZI
BPI MILANO-CAS. 5
20121 MILANO MI

** 025 - SEDE DI MILANO          **

ei dell'art. 8 delle "Norme contrattuali che regolano il rapporto di conto
to di chiusura ed il conto scalare di chiusura si intendono senz'altro appro-
con pieno effetto riguardo a tutti gli elementi che hanno concorso a formare
ove siano trascorsi 60 giorni dalla data di ricevimento degli stessi senza che
desimo abbia fatto pervenire all'Azienda di credito per iscritto un reclamo specifico.

COORDINATE BANCARIE NAZIONALI (BBAN)
X 05548 01600 025570053690

CODICE FISCALE / PARTITA IVA
08819650154

COORDINATE BANCARIE INTERNAZIONALI (IBAN)
IT72 X055 4801 6000 2557 0053 690

| Data | Valuta | M O V I M E N T O D A R E   A V E R E | DESCRIZIONE OPERAZIONI | gr. op. | ns. rif. |
|---|---|---|---|---|---|
| 31/01 | | 55.078,69 | SALDO INIZIALE | 4 | 1535 |
| | | | GIRO | 2 | 1537 |
| | | | piazza | 4 | 1538 |
| | | | | 4 | 1539 |
| | | | | 4 | 1540 |
| | | | | 2 | 1541 |
| | | | | 4 | 1542 |
| | | | | 1 | 1543 |
| 07/02 | 08/02/2002 | 8.978,10 | Operazione Estero BONIFICO DA ESTERO RIF.ESTERO 88/05945 | 4 | 1544 |
| | | | | 4 | 1545 |
| 08/02 | 11/02/2002 | 482,26 | Operazione Estero BONIFICO DA ESTERO RIF.ESTERO 88/06113 | 4 | 1546 |
| | | | | 2 | 1547 |
| | | | | 4 | 1548 |
| | | | | 4 | 1549 |
| | | | | 4 | 1550 |
| | | | | 4 | 1551 |

BRERA FIDUCIARIA Società per azioni
Società Fiduciaria e di Revisione

**BRERA**
**FIDUCIARIA**

Sede legale:
44, Via Manzoni - 20121 Milano
Tel. 02.76018379 r.a. - Fax 02.77331210
e-mail: brerafid@fruit.it
http://www.BreraFiduciaria.com

Sede secondaria:
29, Via Soldini - 25124 Brescia
Tel. 030.2429508 - 030.2429516
Fax 030.2429524
E-mail: brerafid@fruit.it

Milano,  15 febbraio 2002

Spettabile Studio Notaio
**FOLCO SCHIAVO**
Corso Venezia n. 37
20121  MILANO

**TECNO DEVELOPMENT  AND RESEARCH s.r.l.**

Come da accordi intercorsi, unitamente alla presente Vi trasmettiamo la somma di euro 2.850,00 in contanti, quali 3/10 del capitale sociale della costituenda società di cui a margine.

Con i nostri migliori saluti

Per BRERA FIDUCIARIA S.p.A.

**All. 1 c.s.**

Allegato "C" al rep. n. 167586/8223

**IntesaBci**

**RETE CARIPLO MILANO 52**
**CORSO VENEZIA 47/49 MILANO**

Milano, 18/02/02

In relazione alla costituenda Società TECNO DEVELOPMENT AND RESEARCH SRL con sede legale in MILANO VIA SETTALA N. 20 e con capitale in denaro di EURO 10.000,00= (Euro Diecimila/00=) in data 18/02/02 è stato versato presso questa BANCA INTESA BCI SPA – Rete CARIPLO, Filiale in Milano - Ag. 52, ai sensi e per gli effetti dell'art. 2475 Cod. Civ., l'importo di Euro 3.000,00=( Euro Tremila/00=) e per conto dei sottoscrittori in appresso indicati e per la quota a fianco di ciascuno specificata.

| ESTREMI DEI SOTTOSCRITTORI | QUOTA VERSATA |
|---|---|
| FLORIO RAG. RENATO | Euro 150,00= |
| Cod. Fis. FLRRNT40R24F205J | |
| BRERA FIDUCIARIA SPA | Euro 2.850,00= |
| Cod.Fis. 00794220343 | |
| Sede legale Milano Via Manzoni 44 | |

In fede.

**INTESA BCI SPA**
**Rete CARIPLO**
**Il Direttore**

Si riportano di seguito le norme che regolano il deposito in questione;

- Le somme di cui sopra produrranno interessi calcolati ad un tasso, al lordo delle ritenute di legge, pari al Tasso Ufficiale di Riferimento praticato da Banca d'Italia dedotto di 2 (diconsi due) punti.
- Le somme come sopra indicate verranno consegnate agli Amministratori della Società, previa produzione di certificato della Cancelleria del Tribunale nella cui circoscrizione trovasi la Sede Sociale - rilasciato in data recente e comunque non anteriore ad un mese - attestante che la Società è stata iscritta e si trova nel pieno e libero possesso dei suoi diritti, dal tale certificato devono altresì risultare la generalità complete degli Amministratori in carica con la specificazione di quelli muniti della rappresentanza e delle relative modalità di firma.
- In caso di mancata costituzione della società, le somme potranno essere restituite ai sottoscrittori, decorso un anno almeno dalla data di deposito, previa produzione di certificato della Cancelleria del Tribunale competente – rilasciato in data recente e comunque non anteriore ad un mese, ma successiva al decorso di un anno dalla data di deposito – attestante che non è stato iscritto ne depositato alcun atto relativo alla Società che si doveva costituire.
- In entrambe le ipotesi di cui sopra, dovrà essere restituita la presente attestazione.



IntesaBci S.p.A. - Sede Sociale Piazza Paolo Ferrari, 10 - 20121 Milano - Direzione Generale Via Monte di Pietà, 8 - 20121 Milano - Tel. 028844.1
Capitale € 3.488.995.258,84 - Iscritta al Registro delle Imprese di Milano - Numero di iscrizione e Codice Fiscale 0079996C.58 - Partita I.V.A. 10810700152
Codice A.B.I. 3069.2 - Aderente al fondo Interbancario di Tutela dei Depositi e al Fondo Nazionale di Garanzia
iscritta all'Albo delle Banche al n. 5361 e Capogruppo del "Gruppo IntesaBci" iscritto all'Albo dei Gruppi Bancari

| Data | Valuta | MOVIMENTO DARE | AVERE | DESCRIZIONE OPERAZIONI | gr. op. | ns rif.* |
|------|--------|----------------|-------|------------------------|---------|----------|
| | | | | | 2 | 1552 |
| | | | 24.000,00 | | | 1553 |
| | | | .000,00 | | 2 | 1554 |
| 15/02 | 15/02/2002 | 2.850,00 | | Addebito assegno   19789535 | 1 | 1555 |
| | | | | | 1 | 1556 |
| | | | | | 4 | 1557 |
| | | | | | 2 | 1558 |
| | | | | | 1 | 1559 |
| | | | | BO                ESTERO RIF ESTERO 88/06 | 4 | 1560 |
| | | | | | 4 | 1561 |
| | | | | | 4 | 1562 |
| | | 1.001,81 | | | | |
| | | | | | 4 | 1563 |
| | | | | | 4 | 1564 |
| | | | | SOCIINFRUTTIFERO | | |
| | | | | | 4 | 1565 |
| | | | | | 2 | 1566 |
| | | | | Operazione Estero | 4 | 1567 |
| | | | | | 4 | 1568 |
| | | | | | 4 | 1569 |
| 25/02 | 25/02 | | | | 4 | 1570 |
| 26/02 | 01/02/2002 | | | | 4 | 1571 |
| | | | | | 2 | 1572 |
| | | | | | 4 | 1573 |
| | | | | Annotazione di giroconto | 4 | 1574 |
| 26/02 | 26/02 | | | | 4 | 1575 |
| | | | | YOSURA | | |
| | | | | RIF.00435151 BEN. RIFERIMENTO   INC. N | 4 | 1576 |
| | | | | RIF.00435151 BEN. RIFERIMENTO 3  INC. N . 2177 | 4 | 1577 |
| 27/02 | | | | R                BEN. RIFERIMENTO 4  INC. 2 | 4 | 1578 |
| | | 27/02/2002 | | ORDINE CONTO | | |
| 28/02 | | | | | 4 | 1579 |
| | | | | | 4 | 1580 |

dio Associato FLORIO - MATTAROZZI

Rag. Renato Florio
Rag. Rudy Mattarozzi

Milano, li 28.02.2002

Spett.le
Brera Fiduciaria s.p.a.
Via Manzoni 44
20121 MILANO

**Raccomandata r.r. anticipata via fax n.: 02.77331210**

\* \* \* \*

**Oggetto:** Tecno Development and Research s.r.l.
Alla cortese attenzione della Gent.ma Sig.ra Sabrina Elli

\* \* \* \*

Favorite provvedere al versamento dei 7/10 del capitale sociale da Voi sottoscritto mediante bonifico a favore del c/c ordinario n. 96879 intestato alla società di cui in epigrafe, presso la Banca Popolare di Bergamo – Credito Varesino – Corso Italia – Milano.
Nel ringraziarVi, porgo i saluti più cordiali.

(Rag. Renato Florio)

20124 Milano - Via Settala, 20
Tel. 02.29517611/87 - Fax 02.29517615/25
codice fiscale 11142380150

# POLARE DI INTRA

er azioni a resp. limitata fondata nel 1873
al   31-12-2000,  Euro   87.143.793
delle Imprese di Verbania al n. 00118720036
Gen Verbania Intra - Pza A.Moro, 8 - cap 28921
FONDO INTERBANCARIO DI TUTELA DEI DEPOSITI
PO BANCARIO BANCA POPOLARE DI INTRA

ESTRATTO AL   31  MARZO   2002
DEL CONTO CORRENTE N.   0053690  (EUR)
PRESSO (025) SEDE DI MILANO
FOGLIO N.   1

| CONTI CORRENTI |
| ESTRATTO CONTO |

Spett.le
**BRERA FIDUCIARIA SPA**
RUBRICA TERZI
BPI MILANO-CAS. 5
20121 MILANO MI

0025 F 00005

** 025 - SEDE DI MILANO **

rammenta che, ai sensi dell'art. 8 delle "Norme contrattuali che regolano il rapporto di conto
rente", l'estratto conto di chiusura ed il conto scalare di chiusura si intendono senz'altro appro-
ati dal correntista con pieno effetto riguardo a tutti gli elementi che hanno concorso a formare
e risultanze, laddove siano trascorsi 60 giorni dalla data di ricevimento degli stessi senza che
il correntista medesimo abbia fatto pervenire all'Azienda di credito per iscritto un reclamo specifico.

| COORDINATE BANCARIE NAZIONALI (BBAN) |
| X 05548 01600 025570053690 |

| COORDINATE BANCARIE INTERNAZIONALI (IBAN) |
| IT72 X055 4801 6000 2557 0053 690 |

| CODICE FISCALE / PARTITA IVA |
| 08819650154 |

| Data | Valuta | DARE | AVERE | DESCRIZIONE OPERAZIONI | gr. op. | ns. rif. |
|------|--------|------|-------|------------------------|---------|----------|
| 28/02 | | | | | 4 | 1583 |
| | 2002 | 2.062,81 | | | 4 | 1584 |
| | 2002 | | | Disposizione di pagamento<br>RIF:04148232 BEN. ROMANA | 4 | 1585 |
| | | | | RIF:04148232 | | |
| | | | | | 4 | 1587 |
| 05/03 | 04/03/2002 | 6.651,81 | | Disposizione di pagamento<br>RIF:04160011 BEN. TECNO DEVELOPMENT AND<br>RESEARCH SRL SOTTOSCRIZIONE 7 10 CAP SOC | 4 | 1588 |
| | | | | | 2 | 1589 |
| | | | | | 1 | 1590 |
| | | 15.346,81 | | | 4 | 1591 |
| | | | | | 2 | 1592 |
| | | | | | 9 | 1593 |
| | | | | | 2 | 1594 |
| | | | | | 1 | 1595 |
| | | | | | 2 | 1596 |
| | | | | | 4 | 1597 |
| | | | | | 4 | 1598 |
| | | | | RIZIONE / 10 CAP.SOC. | 1 | 1599 |
| | | | | | 4 | 1600 |
| | | | | | 4 | 1601 |
| | | | | | 4 | 1602 |

Eventuali importi in Lire sono stati convertiti in Euro al Tasso 1936,27, arrotondando i centesimi per difetto se la cifra da arrotond. e' inf.a 5, per eccesso se e'= o sup.a 5 (Reg.CE n.1103-17/6/97).



### RTH AG - **R**eliable **T**rade **A**dministration & **H**andling

Messrs.                                                              <u>Via Facsimile: 003902 7733 1210</u>
Brera Fiduciaria S.A:
44 Via Manzoni
I-20121 Milano

**<u>For att. of Dottore Stefano Varone</u>**

CH-6302 Zug, 8th. March 2002

**<u>RE: Transfer of €uro 40'000.- to Brera</u>**

Dear Dottore Varone,

Please note we transferred to you today, value date 11th. March, the amount of € 40'000.- on behalf of I-Technology Solutions Inc.. Copy of our transfer is enclosed for your information.

The amount is a shareholder loan to Tecno Development Reserarch SRL. and pease be guided accordingly.

Yours Sincerely,

Bernard Muller, Managing Director

| Data | Valuta | MOVIMENTO DARE | AVERE | DESCRIZIONE OPERAZIONI | | |
|---|---|---|---|---|---|---|
| | | | | | 4 | |
| | | | .65 | | 4 | |
| | | | | | 4 | |
| 11/03/2002 | | | | | 4 | 1 |
| 11/03 11/03/ | | | .00 | | 4 | 1607 |
| 2 | | | | | 4 | 1608 |
| 2 | | | | | 4 | 1609 |
| 11/03 12/03/2002 | | | 39.964,84 | Operazione Estero BONIFICO DA ESTERO RIF.ESTERO 88/09007 | 4 | 1610 |
| 12/03 | | | | Disposizione di | 4 | 1612 |
| | | | | | 4 | 1613 |
| | | | | Disposizione di | 4 | 1614 |
| 12/03 | | | | | 4 | 1615 |
| | | | | | 4 | 1616 |
| 12/03 | | | | | 4 | 1617 |
| | | | | | 4 | 1618 |
| | | | | | 4 | 1619 |
| | | | | STORNO COMM PER | 4 | 1620 |
| | | | | Disposizione di | 4 | 1621 |
| | | | | | 4 | 1622 |
| | | | | | 2 | 1623 |
| | | | | Operazione Estero | 4 | 1624 |
| | | | | Disposizione di giro | 4 | 1625 |
| | | | | | 4 | 1626 |
| 25/03/2002 | | | | Operazione Estero BONIFICO DI | 4 | 1627 |
| 25/03 25/03/2002 | | | | Disposizione di pagamento | 4 | 1628 |
| | | | | Di | 4 | 1629 |
| | | | | Ordine conto STORNO COMM BIR | 4 | 1630 |

BRERA FIDUCIARIA Società per azioni
Società Fiduciaria e di Revisione

**BRERA**
FIDUCIARIA

Sede legale:
44, Via Manzoni - 20121 Milano
Tel. 02.76018379 r.a. - Fax 02.77331210
e-mail: brerafid@fruit.it
http://www.BreraFiduciaria.com

Sede secondaria:
29,Via Soldini - 25124 Brescia
Tel. 030.2429508 - 030.2429516
Fax 030.2429524
E-mail: brerafid@fruit.it

Milano,  18 marzo 2002

Spettabile Società
**TECNO DEVELOPMENT AND
RESEARCH s.r.l.**
Via Settala n. 20
20124 – MILANO

La presente per portare a Vostra conoscenza che in data odierna abbiamo provveduto a bonificare a favore della Vostra società l'importo di euro 40.000,00 sul Vostro conto corrente intrattenuto presso la Banca Popolare di Bergamo – Credito Varesino Filiale di Milano – Corso Italia cab 01601 abi 05428 c/c n. 96879 quale finanziamento soci infruttifero.

Vi preghiamo di volerci inviare copia della presente debitamente sottoscritta in segno di ricevimento e di accettazione.

Con i nostri migliori saluti.

**BRERA FIDUCIARIA S.p.A.**

| Data | Valuta | MOVIMENTO DARE | AVERE | DESCRIZIONE OPERAZIONI | | |
|------|--------|----------------|-------|------------------------|---|---|
| | | | | Addebit | | |
| | 11/03/2002 | | | ESSO LA BANCA 03000 CREDITO ITALIANO s | | |
| | 08/03/2002 | | | Operazione Estero | 4 | |
| | | | | BONIFICO DA ESTERO RIF. BONIFICO 88/0850 | 4 | |
| | | | | Disposizione di pagamento | | |
| | | | | RIF:04194316 BEN. KAIROS PARTNERS SGR | 4 | 16 |
| | | | | | 4 | 1607 |
| | | | | Disposi | | |
| | | | | | 4 | 1608 |
| | | | | | 4 | 1609 |
| | | | | | 4 | 1610 |
| | | | | RIF:04196474 BEN. INFRUTTIFERO | 4 | 1612 |
| | | | | | 4 | 1613 |
| | | | | GIRO N. C/C 536370 NIVESS INS 3177 | 4 | 1614 |
| | | | | oconto | 4 | 1615 |
| | | | | | 06 | 4 | 1616 |
| | | | | GIRO N. c/c ecco/0 | 4 | 1617 |
| | | | | Ordine | 4 | 1618 |
| | | | | RIF:042 FERO | 4 | 1619 |
| 19/03 | 18/03/2002 | 40.001,81 | | | 4 | 1620 |
| | | | | Disposizione di pagamento RIF:04230860 BEN. TECNO DEVELOPMENT FINA NZ.TO SOCI INFRUTTIFERO | 4 | 1621 |
| | | | | | 4 | 1622 |
| | | | | | 2 | 1623 |
| | | | | | 4 | 1624 |
| | | | | Disposi | | |
| | | | | COMPETENZE INCARICO | 4 | 1625 |
| 21/03 | | | | | 4 | 1626 |
| | | | | ero | 4 | 1627 |
| | | | | R | 4 | 1628 |
| | | | | KAIROS PARTNERS SGR | 4 | 1629 |
| | | | | GIORNO COMP BTR | 4 | 1630 |



**TECNO**
**DEVELOPMENT**
**& RESEARCH**

Milano, lì 10 luglio 2002

Spett.le
BRERA FIDUCIARIA S.p.A
Via Manzoni, 44
20121 M I L A N O

La presente per comunicarVi di aver oggi provveduto, tramite Banca Popolare di Bergamo – Credito Varesino, al bonifico di €. 40.000,00 sul c/c n. 5368/0 a Voi intestato presso la Banca Popolare di Intra – CAB. 1600 - ABI 005548.

La rimessa effettuata verrà da noi registrata a deconto del finanziamento infruttifero da Voi effettuato nel marzo scorso.

Con i più distinti saluti.

TECNO DEVELOPMENT
AND RESEARCH S.R.L.
L'Amministratore Unico

Tecno Development & Research  S.r.l.  – sede  legale  in  Milano,  via  Settala  n.20 –  tel.0229517611–  fax  0220404624
Iscritta al R.E.A. di Milano al n.1676780 – Capitale sociale 10.000 euro  int. ver. – C.F. / P.Iva 03464590061

# ASSEMBLEA ORDINARIA
# DEL 6.12.2002
## -convocazione
## - istruzioni fiduciante
## - delega

**Trasferimento sede legale
Via Andegari 18**

**Nomina procuratore
sig. Kohn Erwin**

- 1 -

Repertorio n. 168641                    Raccolta n. 8614
            VERBALE DI ASSEMBLEA STRAORDINARIA
                    RI PUBBLICA ITALIANA
Il sei dicembre duemiladue
                ( 6 dicembre 2002)
alle ore undici.
In Milano, nel mio studio in corso Venezia n. 37.
Davanti a me dottor Folco Schiavo, Notaio in Milano, Collegio
Notarile di Milano, senza l'assistenza dei testimoni per la
rinuncia espressa dal comparente, è presente il Signor:
Renato Florio, nato a Milano (MI) il 24 ottobre 1940, ragio-
niere, domiciliato per la carica presso la sede sociale, che
interviene al presente atto nella sua qualità di Amministra-
tore Unico della Società
"TECNO DEVELOPMENT AND RESEARCH S.r.l.", con sede in Milano
(MI), via Settala n. 10, capitale sociale euro 10.000,00 -
numero di iscrizione al Registro delle Imprese di Milano, co-
dice fiscale e partita IVA 03464590961, iscritta al R.E.A. di
Milano al n. 1676780.
Detto Comparente, della cui identità personale io Notaio sono
certo, mi chiede di redigere il verbale dell'assemblea
straordinaria di detta Società, convocata in questo giorno,
luogo ed ora, per discutere sul seguente
                ordine del giorno:
1. trasferimento della sede sociale e conseguente modifica
dell'art. 2 dello Statuto Sociale;
2. dimissioni dell'Amministratore Unico e nomina di un nuovo
Amministratore Unico;
3. nomina di un procuratore.
Ed io Notaio dò atto di quanto segue.
Il Comparente, nella sua qualità, assume la presidenza del-
l'assemblea.
Lo stesso dichiara che l'assemblea è validamente costituita
ai sensi dell'art. 9 dello Statuto Sociale in quanto è pre-
sente l'Amministratore Unico ed è presente l'intero capitale
sociale in persona del comparente e della Società "BRERA FI-
DUCIARIA - Società per Azioni - Società fiduciaria è di revi-
sione", quest'ultima per delega all'avvocato Marisa Pansera.
Passando all'ordine del giorno, il Presidente propone di tra-
sferire la sede sociale in via Andegari n. 18, sempre in Mi-
lano. Con l'occasione è opportuno nominare un procuratore
della società.
Il Presidente infine presenta le proprie dimissioni dalla ca-
rica di Amministratore Unico ed invita l'assemblea a delibe-
rare in merito.
A questo punto l'assemblea, su invito del Presidente, all'u-
nanimità
                <u>delibera:</u>
1. di trasferire la sede sociale da (MI) via Settala n. 20 a
Milano (MI), via Andegari n. 18, modificando quindi l'artico-

lo 2 dello Statuto Sociale come segue:

" 2) La Società ha sede in Milano (MI), via Andegari n. 18.".
Fermo ed invariato il resto.

2. di nominare procuratore speciale della Società il Signor:
Kohn Erwin, nato a Budapest (Ungheria - EE) il 22 giugno
1941, residente a Vienna (Austria - EE), via Mahler Strasse
n. 7, domiciliato in Italia a Milano (MI), via Andegari n.
18, codice fiscale KJN RWN 41H22 Z134W;

perché in nome e vice della Società mandante possa compiere
tutti gli atti di ordinaria amministrazione relativi alla So-
cietà medesima, ivi compresi quelli di:

- stipulare contratti di conto corrente bancari e postali ed
emettere assegni sugli stessi; aprire linee di credito a bre-
ve e medio termine, operare nell'ambito dei fidi concessi;

- stipulare contratti di fornitura, relativi ai prodotti, a-
gli impianti ed attrezzature prodotte dalla Società, stabi-
lendone il prezzo ed ogni altra condizione; accettare in pa-
gamento effetti cambiari girandoli per lo sconto; emettere
tratte autorizzate.

- con tutti gli opportuni poteri connessi. nessuno escluso od
eccettuato, per modo che al nominato procuratore non possa
opporsi insufficienza od indeterminatezza di poteri.

3. di prendere atto delle dimissioni dell'Amministratore Uni-
co e di nominare Amministratore Unico, a tempo indeterminato
fino a revoca o dimissioni, la Signora:

Blau Netty, nata a Osterreich (Austria - EE) il 10 ottobre
1920, cittadina austriaca, residente a Vienna (Austria - EE),
via Mahlerstrasse n. 7, domiciliata in Italia a Milano (MI),
via Andegari n. 18, codice fiscale BLA NTY 20R50 Z102T.

A questo punto il Comparente mi presenta un nuovo testo dello
Statuto Sociale che incorpora le modifiche come sopra delibe-
rate; tale testo, firmato dal Comparente e da me Notaio, si
allega al presente atto sotto la lettera "A", dispensandomene
il comparente dalla lettura.

Null'altro essendovi a deliberare, l'assemblea viene sciolta
alle ore undici e minuti quindici.

Del che il presente verbale da me letto, in presenza dell'as-
semblea, al Comparente che lo approva e lo firma con me.

Consta di un foglio scritto a macchina da mani fide su due
intere pagine meno alcune righe.

All'originale firmato: Renato Florio - Folco Schiavo Notaio
(L.S.)

- 3 -

Allegato "A" al rep. n. 168641/8814

STATUTO

1) E' costituita una Società a responsabilità limitata denominata

"TECNO DEVELOPMENT AND RESEARCH S.r.l."

2) La Società ha sede in Milano (MI), via Andegari n. 18. L'organo amministrativo potrà istituire sia in Italia che all'estero agenzie ed uffici amministrativi, che non abbiano carattere di sedi secondarie; l'istituzione di queste ultime è riservata all'assemblea.

3) La durata della Società è stabilita fino al 31 dicembre 2050.

4) La Società ha per oggetto:

- l'ideazione, lo sviluppo, la realizzazione, la commercializzazione, anche da e per l'estero, di ricerche di mercato in genere con particolare riferimento ai prodotti finanziari di ogni tipo e specie, compresi quelli relativi all'alta tecnologia; il tutto avvalendosi di supporti informatici (CD-ROM, internet) multimediali o cartacei e di altri strumenti informatici disponibili;

- la commercializzazione, l'importazione e l'esportazione di prodotti editoriali (esclusi i quotidiani) e di comunicazione, informatici e non, nonché la realizzazione di tali prodotti anche per conto di terzi;

- la produzione di materiale audio-visivo a scopo didattico ed organizzativo per il settore multimediale su qualsiasi supporto fisico;

- l'ideazione, la realizzazione, la fornitura, il noleggio, la gestione e la manutenzione di sistemi informatici;

- l'acquisizione, la gestione, la manutenzione e la commercializzazione di programmi (software) di ogni specie, la loro cessione e noleggio, nonché ogni attività connessa al settore informatico;

- l'organizzazione di mostre, fiere, congressi e manifestazioni in genere;

- l'organizzazione di corsi di formazione professionale in genere ed il supporto nella selezione e ricerca del personale, nonché di archivi tecnici ed amministrativi con l'ausilio e la trasposizione di elaborati su supporti informatici, stampa e duplicazione di documenti e disegni.

Essa può, inoltre, compiere, nel rispetto dei divieti, limiti, condizioni ed autorizzazioni previsti dalla Legge, ed in particolare di quanto previsto in tema di raccolta di risparmio tra il pubblico, tutte le operazioni commerciali, industriali, finanziarie, mobiliari ed immobiliari ritenute dall'organo amministrativo necessarie od utili per il conseguimento dell'oggetto sociale: a tal esclusivo fine può anche assumere, direttamente od indirettamente, interessenze e partecipazioni in altre Società od Imprese avente oggetto analogo, affine o connesso al proprio.

- 4 -

Sono tassativamente esclusi:
- l'attività professionale riservata;
- la sollecitazione del pubblico risparmio ai sensi dell'art.
18 della legge n. 216/74 e successive modificazioni;
- l'esercizio nei confronti del pubblico in via prevalente
delle attività finanziarie di cui all'art. 4 comma 2 della
legge n. 197/91 e di cui al D.Lgs. 385/93;
- l'erogazione del credito al consumo, neppure nell'ambito
dei propri soci, anche secondo quanto disposto dal Ministero
del Tesoro con decreto del 27 settembre 1991 pubblicato sulla
Gazzetta Ufficiale n. 227;
- lo svolgimento delle attività di cui alla legge n. 1 del
1991, disciplinante le Società di intermediazione mobiliare.
5) Il capitale sociale, diviso in quote ai sensi di legge, è
di euro 10.000,00 (diecimila /00).
6) I finanziamenti da parte dei soci alla Società potranno
essere effettuati unicamente entro i limiti di legge; gli
stessi sono infruttiferi, salvo diversa deliberazione assem-
bleare.
7) Per ogni rapporto con la Società, il domicilio dei soci si
intende quello risultante dal libro dei soci.
8) Le quote sono trasferibili con le seguenti modalità e li-
mitazioni.
Il socio che intende cedere a terzi la propria quota, o parte
di essa, deve comunicare l'offerta ricevuta agli altri soci
mediante lettera raccomandata R.R., specificando il prezzo e
le condizioni di pagamento della quota da cedere.
Entro trenta giorni dal ricevimento di tale comunicazione,
gli altri soci potranno esercitare il diritto di prelazione
sulla quota da cedere, a parità di condizioni sull'offerta
come sopra comunicata, e tra loro in proporzione alle quote
da ciascuno possedute.
Nello stesso termine, i soci interessati ad esercitare il di-
ritto di prelazione, qualora ritenessero eccessivo il corri-
spettivo richiesto, avranno la facoltà di chiedere al socio
cedente - sempre a mezzo di lettera raccomandata R.R. - che
il prezzo della cessione venga determinato dal Collegio arbi-
trale previsto all'ultimo articolo del presente Statuto, sul-
la base degli ultimi tre bilanci sociali nonchè della valuta-
zione dell'avviamento.
Non si avrà comunque diritto di prelazione, qualora la ces-
sione avvenga a favore del coniuge del cedente, o dei suoi
parenti entro il primo grado; e neppure qualora la cessione
avvenga da parte di un socio che sia fiduciario di terze per-
sone.
9) L'assemblea è ordinaria e straordinaria ai sensi di legge.
Essa è convocata dall'organo amministrativo nei modi di leg-
ge.
Saranno tuttavia valide le assemblee, comunque convocate,
quando sia presente e rappresentato l'intero capitale sociale

- 5 -

e siano presenti tutti gli Amministratori e i Sindaci effet-
tivi, se nominati.

L'assemblea può esser convocata anche fuori della sede socia-
le, purchè in Italia.

10) Hanno diritto di intervenire all'assemblea tutti i soci
iscritti nel libro dei Soci almeno cinque giorni prima di
quello fissato per l'assemblea.

I soci possono farsi rappresentare mediante delega scritta
conferita anche a non soci, osservato il disposto dell'art.
2372 del Codice Civile.

11) L'assemblea è presieduta dall'Amministratore unico o dal
Presidente del Consiglio di Amministrazione o, in mancanza,
da chi designato dagli intervenuti.

Spetta al Presidente dell'assemblea constatare la regolare
costituzione della stessa e la validità delle deleghe.

Il Presidente è assistito da un segretario nominato dall'as-
semblea, anche non socio.

L'assemblea sia in sede ordinaria che straordinaria può svol-
gersi con intervenuti dislocati in più luoghi, contigui o di-
stanti, audio/video collegati, a condizione che siano rispet-
tati il metodo collegiale e i principi di buona fede e di pa-
rità di trattamento dei soci.

In particolare, è necessario, che:

- sia consentito al presidente dell'assemblea, anche a mezzo
del proprio ufficio di presidenza, di accertare l'identità e
la legittimazione degli intervenuti, regolare lo svolgimento
dell'adunanza, constatare e proclamare i risultati della vo-
tazione;

- sia consentito al soggetto verbalizzante di percepire ade-
guatamente gli eventi assembleari oggetto di verbalizzazione;

- sia consentito agli intervenuti di partecipare alla discus-
sione e alla votazione simultanea sugli argomenti all'ordine
del giorno;

- vengano indicati nell'avviso di convocazione (salvo che si
tratti di assemblea totalitaria) i luoghi audio/video colle-
gati a cura della Società, nei quali gli intervenuti potranno
affluire, dovendosi ritenere svolta la riunione nel luogo ove
saranno presenti il presidente ed il soggetto verbalizzante.

12) Le assemblee, ordinarie e straordinarie, deliberano con
le maggioranze di legge.

13) La Società è amministrata da un Amministratore unico o da
un Consiglio di Amministrazione composto da tre a cinque mem-
bri.

All'atto della nomina, l'assemblea determina la forma del-
l'organo amministrativo e nel caso il numero dei Consiglieri.

14) Gli amministratori possono essere anche non soci; essi
durano in carica per il tempo che determinerà l'assemblea,
anche a tempo indeterminato, e sono rieleggibili.

Agli amministratori spetta, oltre al rimborso delle spese, un
emolumento nella misura che determinerà l'assemblea all'atto

della nomina, misura che potrà peraltro essere variata con delibera assembleare anche nel corso della carica.

Agli stessi spetta inoltre un'indennità di fine rapporto, da determinare come sopra.

Gli amministratori sono esonerati dal divieto di concorrenza di cui all'art. 2390 del Codice Civile.

15) Il Consiglio di Amministrazione, qualora non vi abbia provveduto l'assemblea, elegge fra i propri membri il Presidente.

Il Consiglio può nominare fra i suoi membri un Comitato esecutivo, ovvero uno o più Amministratori delegati, determinando i limiti della delega.

16) Il Consiglio di Amministrazione si riunisce nella sede sociale o altrove, purchè in Italia, tutte le volte che il Presidente lo ritenga opportuno, o lo richieda almeno un quarto dei Consiglieri.

Il Consiglio viene convocato dal Presidente con lettera da spedirsi, almeno cinque giorni liberi prima della riunione, ai Consiglieri e ai Sindaci effettivi.

In caso di urgenza, la convocazione avviene con telegramma ovvero con telefax, da spedirsi almeno un giorno libero prima della riunione.

Il Consiglio è comunque validamente riunito quando siano presenti tutti i Consiglieri ed i Sindaci effettivi in carica.

Il Consiglio nomina di volta in volta un segretario, anche estraneo.

Fermo quanto previsto ai precedenti commi, è ammessa la possibilità che le adunanze del Consiglio di Amministrazione si tengano per teleconferenza o videoconferenza, a condizione che siano rispettati il metodo collegiale ed i principi di buona fede; in particolare è necessario che:

- siano presenti nello stesso luogo il presidente ed il segretario della riunione che provvederanno alla formazione e sottoscrizione del verbale;

- sia possibile identificare con certezza tutti i soggetti partecipanti;

- sia possibile per tutti i partecipanti intervenire nella discussione e visionare, ricevere o trasmettere documenti.

17) Per la validità delle deliberazioni del Consiglio si richiede la presenza ed il voto favorevole della maggioranza dei Consiglieri in carica.

18) Al Consiglio di Amministrazione spettano tutti i poteri di ordinaria e straordinaria amministrazione, esclusi solo quelli che la legge ed il presente Statuto riservano all'assemblea.

19) All'Amministratore unico spettano i soli poteri di ordinaria amministrazione, ivi compresi quelli di:

- stipulare contratti di conto corrente bancari e postali ed emettere assegni sugli stessi, aprire linee di credito anche mediante fidi a breve e medio termine, operare nell'ambito

- 7 -

dei fidi concessi;

- stipulare contratti di fornitura e quelli relativi ai prodotti e servizi della Società, stabilendone il prezzo e le condizioni di pagamento;

- assumere e licenziare personale dipendente e svolgere ogni relativa pratica presso gli uffici previdenziali e di collocamento;

- stipulare contratti di affitto e di locazione fissandone i relativi canoni;

- trattare pratiche fiscali, sottoscrivendo istanze o ricorsi e aderendo a concordati in sede di accertamento o in altre sedi;

- nominare procuratori per determinati atti o categorie di atti;

- nominare avvocati e procuratori alle liti, in ogni stato e grado di giudizio e davanti a qualsiasi giudice anche amministrativo nelle liti attive e passive.

Per gli atti di straordinaria amministrazione l'Amministratore unico dovrà essere autorizzato da delibera assembleare.

20) La rappresentanza della Società di fronte ai terzi e in giudizio spettano all'Amministratore Unico, o al Presidente del Consiglio di Amministrazione o agli Amministratori delegati nei limiti che saranno determinati dal Consiglio.

21) L'organo amministrativo, qualora non vi abbia provveduto l'assemblea, può nominare Direttori, procuratori "ad negotia" e mandatari in genere per determinati atti o categorie di atti.

22) Nei casi di legge e quando l'assemblea lo ritenga opportuno, la Società è controllata da un Collegio Sindacale composto da tre Sindaci effettivi e due supplenti, che durano in carica un triennio e sono rieleggibili.

23) Gli esercizi si chiudono il 31 dicembre di ogni anno. Quando particolari esigenze lo richiedano, l'assemblea ordinaria per l'approvazione del bilancio può essere convocata entro sei mesi dalla chiusura dell'esercizio sociale.

24) Gli utili di bilancio, dedotta la riserva legale e salvo diversa deliberazione dell'assemblea, saranno distribuiti ai soci in proporzione al capitale da loro sottoscritto.

25) I dividendi non riscossi vanno prescritti a favore del fondo di riserva trascorsi cinque anni dal giorno in cui divennero esigibili.

26) In caso di scioglimento della Società, l'assemblea nominerà uno o più liquidatori, stabilendone anche i poteri ed i compensi.

27) Le controversie tra la Società e i soci, o tra i soci tra loro, saranno decise da un Collegio di tre arbitri, due dei quali nominati da ciascuna delle parti e il terzo dai primi due arbitri d'accordo tra loro o, in mancanza d'accordo, dal Presidente del Collegio dei Ragionieri di Milano.

Tali arbitri decideranno "ex aequo et bono", senza formalità

di procedura, ed il .oro giudizio sarà inappellabile.
All'originale firma:o: Renato Florio - Folco Schiavo Notaio
(L.S.)

**********
**********

Copia in due fogli conforme all'originale munito delle pre-
scritte firme, per g:i usi di legge.
Milano,      dicembre 2002



**TECNO
DEVELOPMENT
& RESEARCH**

---

Milano, lì 26 novembre 2002

Spett/le
BRERA FIDUCIARIA                           RACCOMANDATA R.R.
Via Manzoni, 44
20100 MILANO

E' convocata l'assemblea dei soci della Tecno Development & Research S.r.l. con sede in Milano Via Settala n. 20, presso lo studio del Dott. Folco Schiavo, notaio in Milano Corso Venezia n. 37 (tel. 02.799882 – 02.76028350), per il giorno 6/12/2002 ad ore 11 per discutere e deliberare sul seguente

### ordine del giorno

**parte straordinaria:**

- trasferimento della sede sociale.

**parte ordinaria:**

- nomina dell'amministratore unico.
- nomina di un procuratore.

L'Amministratore Unico
(Rag. Renato Florio)

---

Tecno Development & Research    S.r.l – sede legale in Milano, via Settala n.20 – tel.0229517611– fax 0220404624
Iscritta al R.E.A. di Milano al n.1676780 – Capitale sociale 10.000 euro    int.vers.    C.F./P.I.    0242452020201

BRERA FIDUCIARIA Società per azioni
Società Fiduciaria e di Revisione

**BRERA FIDUCIARIA**

Sede legale:
44, Via Manzoni - 20121 Milano
Tel. 02.76018379 r.a. - Fax 02.77331210
e-mail: brerafid@fruit.it
http://www.BreraFiduciaria.com

Sede secondaria:
29, Via Soldini - 25124 Brescia
Tel. 030.2429508 - 030.2429516
Fax 030.2429524
E-mail: brerafid@fruit.it

Milano, 6 dicembre 2002

Gent.ma signora
**Avv. MARISA PANSERA**
Via Molino delle Armi 3
20100 MILANO

**Oggetto:** DELEGA DI ASSEMBLEA

Io sottoscritto **dott. Andrea Di Maio,** in qualità di Amministratore Delegato della società scrivente,

### D E L E G O

l'Avv. Marisa Pansera, nata a Bergamo il 28 ottobre 1946 e residente in Milano, Via Molino delle Armi 3, a rappresentare la scrivente all'assemblea ordinaria e straordinaria della società "Tecno Development and Research srl" con sede in Milano, via Settala 20, che si terrà il giorno 6 dicembre 2002 alle ore 11.00 presso lo Studio del Dott. Folco Schiavo, in Milano, Corso Venezia 37, per discutere e deliberare sul seguente

### ordine del giorno

**parte straordinaria**
- trasferimento della sede sociale;

**parte ordinaria**
- nomina dell'amministratore unico;
- nomina di un procuratore.

Conferisco all'Avv. Marisa Pansera i necessari poteri per l'effettuazione della dichiarazione di voto dei punti di cui sopra all'ordine del giorno nei seguenti termini:

- Libera di rendere ogni dichiarazione di voto favorevole per:

**parte straordinaria**
- trasferimento della sede sociale;

**parte ordinaria**
- nomina dell'amministratore unico;
- nomina di un procuratore.

Le dichiarazioni di voto difformi non impegnano la società fiduciaria.

Questa delega obbliga il delegato ad inviare entro e non oltre 10 giorni dell'assemblea, un rendiconto dettagliato su quanto è stato deliberato nella seduta assembleare e una fotocopia del verbale stesso.

**L'AMMINISTRATORE DELEGATO**
dott. Andrea Di Maio

# I-TECHNOLOGY SOLUTIONS INC.

3 Dicembre 2002

Spettabile
**Brera Fiduciaria S.p.A.**
Via Manzoni 44
20121 MILANO

Con riferimento al contratto fiduciario n. 2174 con Voi in essere, io sottoscritto Bernard Müller in qualità di Legale rappresentante della società scrivente, con la presente Vi conferisco lo specifico incarico di delegare l' Avv. Marisa Pansera, nata a Bergamo il 28 ottobre 1946, residente in Milano, via Molino delle Armi 3, per partecipare all'assemblea ordinaria e straordinaria della società "Tecno Development and Research srl" con sede in Milano, via Settala 20, che si terrà il giorno 6 dicembre 2002 alle ore 11.00, presso lo Studio del Dott. Folco Schiavo, in Milano, Corso Venezia 37, per discutere e deliberare sul seguente

### ordine del giorno

**parte straordinaria**

- trasferimento della sede sociale;

**parte ordinaria**

- nomina dell'amministratore unico;
- nomina di un procuratore.

Con i miei migliori saluti.

_____
**I-TECHNOLOGY SOLUTIONS INC.**
BERNARD MÜLLER

# ASSEMBLEA ORDINARIA
# DEL 16.5.2005
## - no convocazione
## - no istruzioni fiduciante
## - no delega

**Conferimento poteri**
**A.U. Blau Netty**

## VERBALE DI ASSEMBLEA

Addì 16 del mese di maggio dell'anno 2005 ad ore 10 è stato convocata
l'assemblea dei soci della Tecno Development And Research S.r.l. presso la
sede legale in Milano, Via Andegari n. 18, per discutere e deliberare sul
seguente

### ordine del giorno

- Conferimento di poteri all'amministratore unico.

Assume la presidenza l'amministratore unico Sig.ra Blau Netty la quale
constata e fa constatare la regolare convocazione e la validità a deliberare
dell'assemblea per la presenza in proprio e per delega di soci rappresentanti
l'intero capitale sociale oltre ad essa amministratore unico. Viene chiamata a
fungere da segretario la Sig.ra Vio Daniela che accetta.

Il Presidente, passando alla trattazione dell'argomento posto all'ordine del
giorno, espone i motivi per i quali si è ravvisata l'opportunità di procedere
alla stipula di un contratto di locazione finanziaria per dotare la società di
un'autovettura di rappresentanza Mercedes, ed in proposito fa presente che si
sono già avuti contatti con Mercedes – Benz Finanziaria S.p.A disponibile alla
stipula di un contratto di leasing. Precisa inoltre che si rende opportuna una
delibera specifica per la sottoscrizione dei contratti di locazione finanziaria.

L'assemblea dopo breve discussione e previo ringraziamento al Presidente per
le circostanziate illustrazioni, all'unanimità

### d e l i b e r a

di conferire all'amministratore della società Sig.ra Blau Netty, nata a
Osterreich (Austria) il 10.10.1920 e domiciliata in Milano Via Andegari n. 18
– C.F. BLANTY20R50Z102I, ogni più ampio ed opportuno potere, per

sottoscrivere i contratti di locazione finanziaria relativi all'acquisto del bene sopra citato, con facoltà di scegliere la ditta venditrice, la Compagnia, di definire il prezzo, le modalità ed i termini tutti occorrenti per portare a buon fine l'operazione finanziaria, dando sin d'ora per rato e valido il Suo operato.

Null'altro essendovi a deliberare e nessuno chiedendo la parola, il Presidente dichiara chiusa la riunione ad ore 11 previa redazione, lettura ed approvazione unanime del presente verbale.

Il Segretario

Il Presidente