# ASSEMBLEA ORDINARIA
# DEL 1.12.2006
## -senza convocazione
## - senza istruzioni fiduciante
## - senza delega

**Nomina nuovo A.U.
Sig.ra Blau Netty**

VERBALE DI ASSEMBLEA

Addì 01 del mese di dicembre dell'anno 2006 ad ore 15 è stata convocata l'assemblea dei soci della Tecno Development And Research S.r.l. presso la sede sociale in Milano, Via Andegari 18, per discutere e deliberare sul seguente

**ordine del giorno**

➢ nomina dell'amministratore unico della società.

Assume la presidenza dell'assemblea la Sig.ra Blau Netty la quale constata e fà constatare la regolare convocazione dell'assemblea e la validità a deliberare della stessa per la presenza in proprio e di tutti i componenti rappresentanti l'intero capitale sociale oltre ad esso amministratore unico.

L'assemblea chiama a fungere da segretario la Sig.ra Vio Daniela che accetta.

Il Presidente, presa la parola illustra agli intervenuti l'argomento posto all'ordine del giorno e come per motivi indifferenti alla gestione societaria il legale rappresentante pro-tempore abbia rassegnato le proprie dimissioni. Occorre pertanto che l'assemblea provveda alla nomina del nuovo amministratore unico.

L'assemblea dei soci, dopo breve discussione ed all'unanimità

**delibera**

di ringraziare la Sig.ra Blau Netty per l'opera dalla stessa fin qui prestata nell'interesse della società, nominando, in sua sostituzione, amministratore unico della società con i soli poteri di ordinaria amministrazione il Rag. Renato Florio, nato il 24.10.1940 a Milano ed ivi residente in Via M. delle Armi 3 – C.F. FLRRNT40R24F205J.

Null'altro essendoVi a deliberare e nessuno chiedendo la parola, il Presidente dichiara tolta la riunione ad ore 16 e 15 previa redazione, lettura ed approvazione unanime del presente verbale.

Il Segretario                                          Il Presidente

# ASSEMBLEA STRAORDINARIA DEL 12.12.2006
## -convocazione
## - istruzioni fiduciante
## - delega

**Determinazione emolumento A.U.**

**Modifica oggetto sociale**



Milano, lì 27 novembre 2006

Spett.le
BRERA FIDUCIARIA S.p.A
Via Manzoni, 44                                       Raccomandata r.r.
20121 M I L A N O

### Convocazione di assemblea

E' convocata l'assemblea dei soci della Tecno Development and Research S.r.l. per il giorno 12 dicembre 2006 ad ore 16 presso lo studio del Dott. Folco Schiavo, notaio in Milano C.so Venezia 37, per discutere e deliberare sul seguente:

### ordine del giorno

- determinazione dell'emolumento dell'amministratore unico.
- modifica dell'oggetto sociale.

Distinti saluti.

Tecno Development & Research S.r.l.
un procuratore



# Hassans

International Law Firm   57/63 Line Wall Road   P.O. Box 199  Gibraltar
Telephone (350) 79000   Fax (350) 71966   E-mail: james.levy@hassans.gi   www.gibraltarlaw.com

| | | | |
|---|---|---|---|
| To | Brera Fiduciaria | From | Abigail Harrison |
| | Attention: Dott Andrea di Maio / Sig na Sabrina | | |
| Fax | 39 02 72 09 4747 | Date | 05 December 2006 |
| Ref | AH/GB | Pages | 2 (including this one) |

This message is only for the use of the addressee and may contain confidential information. If you are not the intended recipient, note that dissemination, distribution or copying of this communication is prohibited. If you have received this in error, please call us and return all original materials and attachments.

Dear Mrs di Maio

I enclose the Power of Attorney duly signed.

Kind regards

*Abigail Harrison*

A member of the TerraLex global network of independent law firms. A list of partners is available for inspection at our offices

04/12 2006 15:12 FAX +43 1 5137565 11    BANK MEDICI AG                              ☒002/002

Il sottoscritto ABIGAIL HARRISON nella sua qualità di legale rappresentante pro tempore della I-TECHNOLOGY SOLUTIONS INC, autorizza la Brera Fiduciaria SpA con sede in Milano Via Manzoni n. 41 a delegare l'Avv. Marisa Pensera con studio in Milano Via Serrala n. 20 ad intervenire all'assemblea dei soci della Tecno Development And Research S.r.l. convocata per il giorno 12.12.2006 ad ore 16 presso lo studio del Notaio Dott. Folco Schiavo dando sin d'ora per rato e valido il suo operato.

~~Milano~~, li   4 DECEMBER 2006
Gibraltar                                                             In fede

[signature]

04/12 2006 MO 14:45 [SR/RN NR 5121] ☒003

BRERA FIDUCIARIA Società per azioni
Società Fiduciaria e di Revisione

**BRERA FIDUCIARIA**

Sede legale:
44, Via Manzoni - 20121 Milano
Tel. 02.76018379 r.a. - Fax 02.77331210
e-mail: brerafid@fruit.it
http://www.BreraFiduciaria.com

Sede secondaria:
29, Via Soldini - 25124 Brescia
Tel. 030.2429508 - 030.2429516
Fax 030.2429524
E-mail: brerafid@fruit.it

Milano, 6 dicembre 2006

Gent.ma sig.ra
**Avv. MARISA PANSERA**
Via Settala n. 20
20124 - MILANO

<u>Oggetto:</u> DELEGA DI ASSEMBLEA

Io sottoscritto **dott. Andrea Di Maio,** in qualità di Amministratore Delegato della società scrivente,

**D E L E G O**

L'Avv. Marisa Pansera, nata a Bergamo il 28 ottobre 1946 e domiciliata in Milano, Via Settala n. 20, Codice Fiscale: PNS MRS 46R68 F205H, a rappresentare la scrivente all'assemblea ordinaria della società " Tecno Development and Research s.r.l." con sede in Milano, Via Andegari n. 18, che si terrà il giorno 12 dicembre 2006 alle ore 16.00 presso lo studio del dott. Folco Schiavo, notaio in Milano C.so Venezia n. 37, per discutere e deliberare sul seguente

**ORDINE DEL GIORNO**

1. determinazione dell'emolumento dell'amministratore unico;
2. modifica dell'oggetto sociale.

Conferisco all' Avv. Marisa Panseri i necessari poteri per l'effettuazione della dichiarazione di voto del punto di cui sopra all'ordine del giorno nei seguenti termini:

- libera di rendere ogni dichiarazione di voto favorevole per:

1. determinazione dell'emolumento dell'amministratore unico;
2. modifica dell'oggetto sociale.

La delegata è vincolata a rendere dichiarazione di voto contrario nell'ipotesi che vengano ivi discussi argomenti con contenuto ad onere patrimoniale a carico della fiduciaria.

Le dichiarazioni di voto difformi non impegnano la società fiduciaria.

Questa delega obbliga il delegato ad inviare entro e non oltre 30 giorni dell'assemblea, un rendiconto dettagliato su quanto è stato deliberato nella seduta assembleare e una fotocopia del verbale stesso.

L'AMMINISTRATORE DELEGATO
dott. Andrea Di Maio

```
                                           STUDIO NOTARILE
                                           Dott. FOLCO SCHIAVO
                                           20121 Milano - Corso Venezia, 37
                                           Tel. 02799882 - Fax 02794630
```

- 1 -

Repertorio n. 173.726                    Raccolta n. 11.757

**VERBALE DI ASSEMBLEA STRAORDINARIA**

REPUBBLICA ITALIANA

Il dodici dicembre duemilasei

(12 dicembre 2006)

alle ore sedici.

In Milano, nel mio studio in Corso Venezia n. 37.

Davanti a me dottor **Folco Schiavo**, Notaio in Milano, Collegio Notarile di Milano, senza l'assistenza dei testimoni per la rinuncia espressa dal comparente, è presente il Signor:

Florio Renato, nato a Milano (MI) il 24 ottobre 1940, domiciliato per la carica presso la sede sociale, che dichiara di intervenire al presente atto nella sua qualità di Amministratore Unico della Società:

**"TECNO DEVELOPMENT AND RESEARCH S.R.L."**, con sede in Milano (MI), via Andegari n. 18, capitale sociale € 10.000,00 - numero di iscrizione al Registro delle Imprese di Milano, codice fiscale e partita IVA 03464590961, iscritta al REA di Milano al n. 1676780.

Detto Comparente, della cui identità personale io Notaio sono certo, mi chiede di redigere il verbale dell'assemblea straordinaria di detta Società convocata in questo giorno, luogo ed ora, per discutere sul seguente:

<u>ordine del giorno:</u>

- modifica dell'oggetto sociale;
- adeguamento dello statuto sociale alla nuova normativa societaria.

Ed io Notaio do' atto di quanto segue.

Il Comparente, nella sua qualità, assume la presidenza dell'assemblea, con l'assistenza di me Notaio quale segretario.

Lo stesso dichiara che l'assemblea è validamente costituita ai sensi dello Statuto sociale in quanto, presente esso amministratore unico, è presente l'intero capitale sociale, in persona dell'Avv. Marisa Pansera, per deleghe della "Brera Fiduciaria S.p.a." e della Signora Blau Netty.

Passando all'ordine del giorno, il Presidente ricorda all'assemblea che è opportuno ampliare l'oggetto, includendovi la possibilità di prevedere i servizi di segretariato, anche nei confronti delle imprese estere; è inoltre opportuno prevedere specificatamente l'attività immobiliare.

Con l'occasione è opportuno adeguare lo statuto sociale alla nuova normativa in materia di società.

Il comparente dà quindi lettura del nuovo testo dello **Statuto Sociale**, che incorpora la modifica dell'oggetto, come sopra proposta; tale documento viene allegato al presente atto sotto la lettera "A", dispensandomene il Comparente dall'ulteriore lettura.

A questo punto l'assemblea, su invito del Presidente, all'unanimità,

<u>delibera:</u>

- 2 -

1) di modificare l'oggetto sociale nel testo che risulta dal documento come sopra allegato;

2) di approvare il nuovo statuto sociale, nel testo come sopra allegato.

Null'altro essendovi a deliberare, l'assemblea viene sciolta alle ore sedici e minuti quindici.

Del che il presente verbale, da me letto, in persona dell'assemblea, al Comparente che lo approva e lo firma con me.

Consta di tre fogli scritti a macchina da persona di mia fiducia su una pagina e mezzo circa.

All'originale firmato: Florio Renato - Folco Schiavo Notaio (L.S.)

- 3 -

Allegato "A" al rep. n. 173726/11757

STATUTO

DENOMINAZIONE - SEDE - DURATA

**Articolo 1 - Denominazione**

E' costituita una società a responsabilità limitata sotto la denominazione

"TECNO DEVELOPMENT AND RESEARCH S.R.L."

**Articolo 2 - Sede**

La società ha sede in Comune di Milano.

L'indirizzo sarà quello risultante dall'Ufficio del Registro delle Imprese.

L'organo amministrativo ha facoltà di istituire e di sopprimere unità locali operative, sia in Italia che all'estero.

**Articolo 3 - Domiciliazione**

Il domicilio dei soci, per quanto concerne i loro rapporti con la società, è quello risultante dai libri sociali.

**Articolo 4 - Durata**

La durata della società è stabilita fino al 31 dicembre 2050, e potrà essere prorogata.

OGGETTO

**Articolo 5 - Oggetto sociale**

La società ha per oggetto:

a) la **ricerca di mercato**, con particolare riferimento ai prodotti finanziari in genere, ed in specie relativi all'alta tecnologia; il tutto avvalendosi anche di supporti informatici, con facoltà di commercializzare i prodotti editoriali (esclusi i quotidiani), i programmi ed i materiali audiovisivi conseguenti;

b) la **prestazione di servizi alle imprese**, anche extracomunitarie, mettendo a disposizione delle stesse i locali per riunioni, i servizi di segreteria anche per la redazione di documenti, le linee telefoniche ed elettroniche, l'accesso a caselle di posta elettronica, propri armadi e schedari per l'archivio, individuando appositi locali destinati ad essere recapiti di imprese, il tutto nel rispetto della normativa sulla privacy; con facoltà inoltre di organizzare mostre, congressi e manifestazioni in genere, nonché corsi di formazione professionale, fornendo anche il supporto per la selezione e ricerca di personale;

c) **l'attività immobiliare** in genere, con facoltà di acquistare e vendere beni immobili in Italia e all'estero, anche da concedere in locazione o in altra forma alle imprese; con facoltà di procedere alla loro ristrutturazione e manutenzione.

La società potrà assumere, direttamente o indirettamente, partecipazioni o interessenze in altre imprese a scopo di stabile investimento e non di collocamento, a condizione che la misura e l'oggetto della partecipazione non modifichino sostanzialmente l'oggetto determinato dallo statuto.

L'assunzione di partecipazioni comportanti una responsabilità illimitata deve essere sottoposta alla decisione dei soci.

La società potrà altresì porre in essere qualsiasi operazione commerciale e finanziaria ritenuta necessaria o utile, purché accessoria e strumentale rispetto al conseguimento dell'oggetto sociale, ivi comprese la prestazione di avalli, fideiussioni ed ogni garanzia anche reale, con espressa esclusione di tutte le attività per le quali occorrano particolari autorizzazioni, e particolarmente quelle previste per la raccolta del risparmio.

### CAPITALE, PATRIMONIO E FINANZIAMENTO DELLA SOCIETÀ

**Articolo 6 - Capitale sociale**

Il capitale sociale è di 10.000,00 (diecimila /00), diviso in quote ai sensi di legge.

**Articolo 7 - Riduzione del capitale sociale**

Il capitale sociale potrà essere ridotto, nei casi ed alle condizioni di legge, secondo le stesse modalità previste per la modifica del presente statuto.

Nel caso di riduzione per perdite che incidono sul capitale sociale per oltre un terzo, può essere omesso il deposito presso la sede sociale della documentazione prevista dall'articolo 2482 bis, comma secondo, Cod. Civ., in previsione dell'assemblea convocata per i provvedimenti necessari.

**Articolo 8 - Socio moroso**

Nel caso di morosità di un socio, ai sensi dell'art. 2466, secondo comma, Cod. Civ., la vendita della sua quota, in mancanza di offerte di acquisto, potrà essere effettuata all'incanto.

**Articolo 9 - Finanziamento della società**

L'organo amministrativo ha la facoltà di richiedere ai soci, nel rispetto delle leggi e dei regolamenti vigenti, i fondi necessari per il conseguimento dell'oggetto sociale, con o senza obbligo di rimborso, secondo modalità che non configurino raccolta di risparmio tra il pubblico.

Gli eventuali finanziamenti saranno fruttiferi o infruttiferi di interessi secondo quanto stabilito nella decisione dei soci.

**Articolo 10 - Vincoli sulle quote**

Le quote di partecipazione possono essere liberamente sottoposte a pegno o usufrutto.

Nel caso di pegno o usufrutto della partecipazione, il diritto di voto, spetta al creditore pignoratizio o all'usufruttuario, a meno che il titolo disponga altrimenti.

I vincoli sulle quote devono essere annotati nel libro dei soci.

**Articolo 11 - Diritti dei soci**

I diritti sociali spettano ai soci in misura proporzionale al valore nominale della partecipazione da ciascuno posseduta, salvo che per quanto previsto al presente articolo.

Tali diritti potranno essere modificati solo con il consenso di tutti i soci.

### TRASFERIMENTO DELLE QUOTE

- 5 -

**Articolo 12 - Trasferimento delle partecipazioni per atto tra vivi**

Il trasferimento della quota a terzi è sottoposto alle seguenti modalità e limitazioni.

Il socio che intende trasferire la propria quota a terzi deve comunicare agli altri soci, a mezzo lettera raccomandata con avviso di ricevimento, l'offerta ricevuta, specificando il nome dell'offerente, il prezzo e le condizioni di pagamento. Entro trenta giorni dal ricevimento di tale comunicazione, gli altri soci dovranno comunicare al cedente, sempre a mezzo lettera raccomandata con avviso di ricevimento, o l'intenzione di esercitare il diritto di prelazione; la mancata risposta, entro il suddetto termine, equivarrà ad accettazione del nuovo socio e a rinuncia al diritto di prelazione.

Qualora solo alcuni dei soci esercitino il diritto di prelazione, la quota inoptata spetterà ai soci che l'hanno esercitato.

I soci che intendono esercitare il diritto di prelazione potranno chiedere che il prezzo sia determinato in base al valore di mercato e, nel caso, da un arbitro nominato ai sensi del successivo articolo 42; il prezzo così determinato sarà vincolante per le parti.

Il diritto di prelazione previsto dal presente articolo non si applica in caso di trasferimento al coniuge ed ai parenti in linea retta, oppure qualora il socio cedente sia una Società fiduciaria.

**Articolo 13 - Morte del socio**

In caso di morte del socio, le quote dovranno essere offerte in prelazione agli altri soci con le modalità di cui all'articolo precedente.

RECESSO DEL SOCIO - LIQUIDAZIONE DELLE QUOTE

**Articolo 14 - Recesso**

Ciascun socio può recedere dalla società, ai sensi dell'art. 2473 Cod. Civ., nei casi di legge.

Il socio che intende recedere dalla società deve darne comunicazione all'organo amministrativo mediante lettera inviata con raccomandata con ricevuta di ritorno.

La comunicazione deve essere inviata entro sessanta giorni dalla data della conoscenza, da parte del socio, del fatto che legittima il recesso ovvero dalla data dell'iscrizione nel registro delle imprese (oppure dalla trascrizione nel libro delle decisioni dei soci) della delibera che lo legittima.

Il recesso si intende esercitato il giorno in cui la comunicazione è pervenuta alla sede della società. Dell'esercizio del diritto di recesso deve essere fatta annotazione nel libro dei soci.

**Articolo 15 - Liquidazione delle quote**

Nei casi di recesso o morte, le partecipazioni saranno rimborsate al socio o ai suoi eredi in proporzione del

nio sociale.

## DECISIONI DEI SOCI

**Articolo 16 - Decisioni dei soci**

I soci decidono sulle materie riservate alla loro competenza dalla legge, dal presente statuto, nonché sugli argomenti che uno o più amministratori o tanti soci che rappresentano almeno un terzo del capitale sociale sottopongono alla loro approvazione.

Salvo diverse disposizioni di legge o del presente statuto, e qualunque sia la forma adottata per le deliberazioni, le decisioni sono approvate con il voto favorevole di tanti soci che rappresentino la maggioranza assoluta del capitale sociale.

**Articolo 17 - Diritto di intervento e di voto**

Hanno diritto di prendere parte alle decisioni e di esprimere il proprio voto i soci iscritti nel libro dei soci, con esclusione dei soci morosi o che non abbiano prestato le garanzie di legge.

Il voto del socio vale in misura proporzionale alla sua partecipazione.

**Articolo 18 - Consultazione scritta e consenso manifestato per iscritto**

Le decisioni dei soci, salvo quanto previsto al successivo articolo, possono essere adottate mediante consultazione scritta, ovvero sulla base del consenso espresso per iscritto.

La procedura di consultazione scritta, o di acquisizione del consenso espresso per iscritto, non è soggetta a particolari vincoli purché sia assicurato a ciascun socio il diritto di partecipare alla decisione e sia assicurata a tutti gli aventi diritto adeguata informazione. Ai fini della consultazione scritta o del consenso espresso per iscritto possono essere validamente utilizzati il telefax o la posta elettronica; la sottoscrizione dei documenti può altresì avvenire in forma digitale.

La decisione è adottata mediante approvazione di un unico documento.

Le decisioni dei soci adottate ai sensi del presente articolo devono essere trascritte senza indugio nel libro delle decisioni dei soci.

**Articolo 19 - Decisione dei soci assunta con metodo assembleare.**

Le decisioni dei soci devono essere adottate mediante deliberazione assembleare nei casi di legge, oppure quando lo richiedono uno o più amministratori o un numero di soci che rappresentano almeno un terzo del capitale sociale.

**Articolo 20 - Forme e luogo di convocazione dell'assemblea**

L'assemblea è convocata dall'organo amministrativo, anche fuori dalla sede sociale, purché nei paesi dell'Unione Europea.

La comunicazione è eseguita dall'organo amministrativo, o in sua indisponibilità, da un socio che rappresenti almeno un terzo del capitale sociale, in qualsiasi forma che assicuri la tempestiva informazione sugli argomenti da trattare, compresi quindi il telefax, il telegramma e la e-mail.

Nell'avviso di convocazione devono essere indicati il giorno, il luogo, l'ora dell'adunanza e l'elenco delle materie da trattare.

Anche in mancanza di formale convocazione l'assemblea si reputa regolarmente costituita quando ad essa sono presenti in proprio o per delega i soci che rappresentano l'intero capitale sociale e tutti gli amministratori e i sindaci, se nominati, nessuno si opponga alla trattazione dell'argomento; la presenza di amministratori o sindaci, ove nominati, può essere sostituita da apposita dichiarazione scritta, da conservarsi agli atti della società, nella quale gli stessi dichiarino di essere informati della riunione e di tutti gli argomenti posti all'ordine del giorno e di non opporsi alla loro trattazione.

**Articolo 21 - Costituzione e svolgimento dell'assemblea**

Hanno diritto di intervento in assemblea i soci cui spetta il diritto di voto.

L'assemblea si costituisce e delibera nei modi di legge.

L'assemblea dei soci può svolgersi anche in più luoghi, collegati mediante audioconferenza o videoconferenza, purché siano presenti nello stesso luogo presidente e segretario, sia consentito al presidente di accertare l'identità degli intervenuti, regolare lo svolgimento dell'assemblea, constatare e proclamare i risultati della votazione, e sia possibile agli intervenuti di partecipare alla discussione ed alla votazione simultanea sugli argomenti all'ordine del giorno.

**Articolo 22 - Deliberazioni dell'assemblea**

Le modalità di votazione sono stabilite con decisione dei soci.

L'assemblea delibera con il voto favorevole di tanti soci che rappresentino la maggioranza assoluta del capitale sociale, ad eccezione dei casi in cui la legge imponga una maggioranza diversa.

**Articolo 23 - Rappresentanza in assemblea**

Ogni socio che abbia diritto di intervenire all'assemblea può farsi rappresentare anche da un non socio per delega scritta, che deve essere conservata dalla società. Nella delega deve essere specificato il nome del rappresentante con l'indicazione di eventuali facoltà.

La delega non può essere conferita ad amministratori, ai sindaci o al revisore, se nominati.

**Articolo 24 - Verbale dell'assemblea**

Le deliberazioni dell'assemblea devono constare da verbale redatto con l'osservanza delle norme dell'art. 2375 Cod. Civ., e sottoscritto dal presidente, dal segretario se nomi-

- 8 -

nato o da un notaio.

Il verbale dell'assemblea deve essere comunque trascritto, senza indugio, nel libro delle decisioni dei soci.

## AMMINISTRAZIONE DELLA SOCIETÀ

**Articolo 25 - Sistema di amministrazione**

L'amministrazione della società è affidata, ad un amministratore unico, oppure ad un consiglio di amministrazione composto da due o più membri, il tutto secondo le decisioni assunte dai soci.

Gli amministratori possono essere anche non soci.

Gli amministratori sono esonerati dal divieto di concorrenza di cui all'art. 2390 Cod. Civ..

**Articolo 26 - Cause di ineleggibilità e di decadenza**

Non possono far parte dell'organo amministrativo e, se nominate, decadono dalla carica le persone che si trovino nelle condizioni di cui all'art. 2382 Cod. Civ..

**Articolo 27 - Durata in carica, revoca e cessazione dei componenti l'organo amministrativo**

Gli amministratori restano in carica per il periodo risultante dalla decisione di nomina, anche a tempo indeterminato, fino alla revoca o alle dimissioni, e sono liberamente rieleggibili.

La cessazione degli amministratori ha effetto dal momento in cui il nuovo organo amministrativo è stato ricostituito.

Se nel corso dell'esercizio vengono a mancare uno o più amministratori gli altri provvedono a sostituirli; gli amministratori così nominati restano in carica sino alla prossima assemblea.

**Articolo 28 - Consiglio di amministrazione**

Qualora sia stato nominato un consiglio di amministrazione, ed ove non vi abbiano provveduto i soci al momento della nomina, i suoi componenti eleggono un presidente scelto tra gli stessi.

Il consiglio di amministrazione è composto da un minimo di tre ad un massimo di sette membri.

Le decisioni del consiglio di amministrazione, salvo quanto previsto al successivo articolo, possono essere adottate mediante consultazione scritta, ovvero sulla base del consenso espresso per iscritto.

La procedura di consultazione scritta, o di acquisizione del consenso espresso per iscritto non è soggetta a particolari vincoli purché sia assicurato a ciascun amministratore il diritto di partecipare alla decisione e sia assicurata a tutti gli aventi diritto adeguata informazione. Ai fini della consultazione scritta o del consenso espresso per iscritto possono essere validamente utilizzati il telefax o la posta elettronica; la sottoscrizione dei documenti può altresì avvenire in forma digitale.

La decisione è adottata mediante approvazione per iscritto di un unico documento da parte della maggioranza degli ammini-

stratori.

**Articolo 29 - Adunanze e deliberazioni collegiali del consiglio di amministrazione**

Il consiglio di amministrazione deve deliberare in adunanza collegiale quando ne sia fatta richiesta dalla maggioranza dei suoi membri o da tanti soci che rappresentino almeno un terzo del capitale sociale.

Nei casi di cui al presente articolo, il presidente convoca il consiglio di amministrazione, ne fissa l'ordine del giorno e provvede affinché tutti gli amministratori siano adeguatamente informati sulle materie da trattare.

La convocazione avviene mediante avviso inviato a tutti i componenti l'organo amministrativo e, se nominato, l'organo di controllo, almeno tre giorni prima dell'adunanza e, in caso di urgenza, almeno un giorno prima, mediante qualsiasi mezzo idoneo ad assicurare la prova dell'avvenuto ricevimento, fatto pervenire agli aventi diritto al domicilio risultante dai libri sociali. A tal fine, si considerano comunque mezzi idonei il telefax, *il* telegramma e la e-mail.

Nell'avviso vengono fissati la data, il luogo e l'ora della riunione, nonché l'ordine del giorno.

Il consiglio si raduna presso la sede sociale o anche altrove, purché in un paese dell'Unione Europea.

Le adunanze del consiglio e le sue deliberazioni sono valide, anche senza convocazione formale, quando intervengono tutti i componenti l'organo amministrativo e l'organo di controllo, se nominato.

Le riunioni del consiglio di amministrazione si possono svolgere anche mediante audioconferenza o videoconferenza, purché sia consentito al presidente della riunione di accertare l'identità degli intervenuti, regolare lo svolgimento della riunione, constatare e proclamare i risultati della votazione, e sia possibile agli intervenuti di partecipare alla discussione ed alla votazione simultanea sugli argomenti all'ordine del giorno.

Il consiglio di amministrazione è validamente costituito con la presenza della maggioranza assoluta dei suoi componenti.

Esso delibera con il voto favorevole della maggioranza assoluta dei presenti.

Delle deliberazioni della seduta si redigerà un verbale firmato dal presidente e dal segretario, se nominato, che dovrà essere trascritto nel libro delle decisioni degli amministratori.

**Articolo 30 - Poteri dell'Amministratore Unico**

All'Amministratore Unico spettano i soli poteri di ordinaria amministrazione, ivi compresi quelli di:

- stipulate contratti di conto corrente bancari e postali ed emettere assegni sugli stessi, aprire linee di credito anche mediante fidi a breve e medio termine, operare nell'ambito dei fidi concessi;

- stipulare contratti di fornitura e quelli relativi ai prodotti e servizi della Società, stabilendone il prezzo e le condizioni di pagamento;
- assumere e licenziare personale dipendente e svolgere ogni relativa pratica presso gli uffici previdenziali e di collocamento;
- stipulare contratti di affitto e di locazione fissandone i relativi canoni;
- trattare pratiche fiscali, sottoscrivendo istanze o ricorsi e aderendo a concordati in sede di accertamento o in altre sedi;
- nominare procuratori per determinati atti o categorie di atti;
- nominare avvocati e procuratori alle liti, in ogni stato e grado di giudizio e davanti a qualsiasi giudice anche amministrativo nelle liti attive e passive.

Per gli atti di straordinaria amministrazione l'Amministratore unico dovrà essere autorizzato da delibera assembleare.

**Articolo 31 - Poteri del Consiglio di Amministrazione**

Il Consiglio di Amministrazione è investito dei più ampi poteri per l'amministrazione della società, ad eccezione degli atti riservati, dalla legge o dal presente statuto, alla competenza dei soci.

Il Consiglio di Amministrazione potrà delegare tutti i propri poteri ad un comitato esecutivo composto da alcuni dei suoi componenti, ovvero ad uno o più dei suoi componenti, anche disgiuntamente, ai sensi dell'art. 2381 Cod. Civ., e salvo il disposto degli artt. 2381 e 2475 Cod. Civ..

In ogni caso l'organo amministrativo potrà nominare procuratori per determinati atti o categorie di atti.

**Articolo 32 - Rappresentanza della società**

La rappresentanza della società compete all'organo amministrativo.

In caso di nomina del consiglio di amministrazione, la rappresentanza compete al presidente del consiglio di amministrazione nonché ai singoli consiglieri delegati, se nominati.

**Articolo 33 - Compenso dei componenti l'organo amministrativo**

Ai componenti l'organo amministrativo spetta il rimborso delle spese sostenute per ragioni del loro ufficio.

Per le suddette cariche l'assemblea determinerà un emolumento annuo nonché una indennità per la cessazione del rapporto quale prevista dal D.P.R. 917/1986.

In caso di nomina di un comitato esecutivo o di consiglieri delegati, il loro compenso è stabilito dal consiglio di amministrazione al momento della nomina.

CONTROLLI SULL'ATTIVITÀ SOCIALE

**Articolo 34 - Poteri di controllo dei soci**

I soci che non partecipano all'amministrazione hanno diritto ad avere dagli amministratori notizie sullo svolgimento degli

affari sociali e di consultare, anche tramite professionisti di loro fiducia, i libri sociali e i documenti relativi all'amministrazione.

### Articolo 35 - Organi di controllo

Con decisione dei soci possono essere nominati un revisore ovvero il collegio sindacale.

### Articolo 36 - Composizione e durata del collegio sindacale

Il collegio sindacale si compone di tre membri effettivi e di due supplenti, nominati e funzionanti a norma di legge.

I componenti il collegio sindacale sono rieleggibili.

Essi restano in carica per tre esercizi e scadono alla data dell'approvazione del bilancio relativo al terzo esercizio della carica.

La cessazione dei sindaci per scadenza del termine ha effetto nel momento in cui il collegio è stato ricostituito.

Nei casi in cui la nomina sia obbligatoria a norma di legge, tutti i sindaci devono essere revisori contabili, iscritti nel registro istituito presso il Ministero di Giustizia.

Il compenso dei sindaci è determinato dai soci all'atto della nomina, per l'intero periodo della durata del loro ufficio, anche con riferimento alle tariffe professionali.

### Articolo 37 - Funzionamento del Collegio Sindacale

In caso di nomina del Collegio Sindacale, si applicano le disposizioni di cui agli artt. 2397 e seguenti del Codice Civile.

### Articolo 38 - Revisore contabile

Qualora, per il controllo contabile, venga nominato un revisore, questi deve essere iscritto al registro istituito presso il Ministero di Giustizia.

Si applicano al revisore tutte le norme di legge previste per lo stesso in materia di società per azioni.

L'incarico può essere revocato con decisione dei soci.

Il revisore svolge funzioni di controllo contabile sulla società ed è tenuto a redigere la relazione prevista dall'articolo 2429, comma secondo, Cod. Civ..

## ESERCIZIO SOCIALE E BILANCIO

### Articolo 39 - Esercizio sociale

L'esercizio sociale si chiude il 31 dicembre di ogni anno.

### Articolo 40 - Bilancio ed utili

Al termine di ciascun esercizio, l'organo amministrativo provvede, entro 120 (centoventi) giorni dalla chiusura dello stesso, alla redazione del progetto di bilancio dell'esercizio da sottoporre all'approvazione da parte dei soci.

Il termine di cui al precedente comma potrà essere prorogato a non più di 180 (centoottanta) giorni dalla chiusura dell'esercizio lo richiedano particolari esigenze, relative alla struttura della Società.

Gli utili risultanti dal bilancio, dedotta una quota non inferiore al 5% da destinare a riserva legale fino a che questa non abbia raggiunto il quinto del capitale sociale, saranno

- 12 -

destinati secondo le decisioni assunte dai soci.

## SCIOGLIMENTO E LIQUIDAZIONE

**Articolo 41 - Scioglimento e liquidazione**

La società si scioglie per le cause previste dall'art.2484, Cod. Civ.

Per la nomina dei liquidatori e la determinazione dei criteri di svolgimento della liquidazione si applica l'art. 2487, Cod. Civ..

## DISPOSIZIONI FINALI

**Articolo 42 - Clausola compromissoria**

Le controversie tra i soci, o tra la Società ed uno dei soci, saranno deferite ad un arbitro, nominato secondo le disposizioni del decreto legislativo 17 gennaio 2003, n. 5 e successive eventuali modifiche.

**Articolo 43 - Rinvio**

Per tutto quanto non espressamente previsto dal presente statuto, si fa rinvio alle vigenti norme di legge.

All'originale firmato: Renato Florio - Folco Schiavo Notaio (L.S.)

Copia in 3 fogli conforme all'originale munito delle prescritte firme, per gli usi di legge, in corso di registrazione
Milano, 12-12-2006