# ASSEMBLEA STRAORDINARIA
## DEL 26.9.2007
## - convocazione
## - istruzioni fiduciante
## - delega

**Determinazione compenso A.U.**
**Scioglimento anticipato società**
**Nomina liquidatore (rag. R. Florio)**
**Trasferimento sede legale**
**da Via Andegari 18 a Via Settala 20**
**Istituire unità locale MI**
**Via Andegari 18**

Bollo assolto in via telematica.

Repertorio n. 174325                    Raccolta n. 12119

## VERBALE DI ASSEMBLEA STRAORDINARIA

### REPUBBLICA ITALIANA

Il ventisei settembre duemilasette

(26 settembre 2007)

alle ore sedici.

In Milano, nei locali in via Settala n. 20.

Davanti a me dottor **Folco Schiavo**, Notaio in Milano, Collegio No-
tarile di Milano, è presente il Signor:

Florio Renato, nato a Milano (MI) il 24 ottobre 1940, domiciliato
per la carica presso la sede sociale, che interviene al presente
atto nella sua qualità di Amministratore Unico della Società:

**"TECNO DEVELOPMENT AND RESEARCH S.R.L."**, con sede in Milano (MI),
via Andegari n. 18, capitale sociale euro 10.000,00, numero di
iscrizione al Registro delle Imprese di Milano, codice fiscale e
partita IVA 03464590961, iscritta al REA di Milano al n. 1676780.

Detto Comparente, della cui identità personale io Notaio sono
certo, mi chiede di redigere il verbale dell'assemblea straordi-
naria di detta Società convocata in questo giorno, luogo ed ora,
per discutere sul seguente:

### ordine del giorno:

1. Determinazione del compenso spettante all'Amministratore Uni-
co;

2. Scioglimento anticipato della Società;

3. Nomina di un liquidatore;

4. Trasferimento della sede sociale.

Ed io Notaio do' atto di quanto segue.

Assume la presidenza, ai sensi dello Statuto Sociale, il Compa-
rente, nella sua predetta qualità, il quale dichiara che l'assem-
blea è validamente costituita in quanto: è presente esso Ammini-
stratore Unico; è presente l'intero capitale sociale in persona
della Signora Marisa Pansera per delega della Società "Brera Fi-
duciaria S.p.a." e della Signora Netty Blau.

Il Presidente ricorda che l'assemblea non ha mai ufficializzato
la misura del compenso dovuto all'Amministratore Unico; bisogna
perciò formalizzare, con effetto retroattivo, il compenso stesso
quale risultante da accordi tra i soci.

Il Presidente perciò espone le ragioni per cui si ritiene oppor-
tuno deliberare lo scioglimento anticipato della Società e la sua
messa in liquidazione, con conseguente nomina di un liquidatore;
propone inoltre di trasferire la sede sociale.

A questo punto l'assemblea, su invito del Presidente, all'unani-
mità,

### delibera:

1) di dare atto che all'Amministratore Unico spetta, dal giorno
della sua nomina, il compenso di euro 4.000 mensili;

2) di sciogliere anticipatamente la Società, a far tempo dalla
data odierna;

3) di nominare liquidatore della Società, con i poteri di cui al-
l'art. 2278 Codice Civile, il Signor **Florio Renato**, qui comparso,
residente a Milano (MI), via Molino delle Armi n. 3, codice fi-
scale FLR RNT 40R24 F205J; allo stesso spetterà un compenso di
euro 4.000 mensili;

4) di trasferire la sede sociale da Milano (MI), via Andegari n.
18, a Milano (MI), dandosi atto che l'indirizzo della società, ai
sensi dell'art. 111 ter delle disposizioni di attuazione del co-
dice civile, è in via Settala n. 20.
Tale trasferimento non comporta modifica statutaria ai sensi del-
l'art. 111 ter delle disposizioni di attuazione del Codice Civi-
le.

5) di istituire un'unità locale in Milano, via Andegari n. 18,
adibendola ad uffici della Società.

Null'altro  essendovi a deliberare, l'assemblea viene sciolta al-
le ore sedici e minuti trenta.

Del che il presente verbale da me letto, in presenza dell'assem-
blea, al Comparente che lo approva e lo firma con me.

Consta di un foglio scritto a macchina da mani fide su un'intera
pagina e sin qui di questa seconda.

All'originale firmato: Renato Florio - Folco Schiavo Notaio
(L.S.).

BRERA FIDUCIARIA Società per azioni
Società Fiduciaria e di Revisione

**BRERA**
FIDUCIARIA

44, Via Manzoni - 20121 Milano
Tel. 02.76018379 r.a. - Fax 02.77331210
e-mail: Brerafid@Fruit.it
http://www.BreraFiduciaria.com

Milano, 26 settembre 2007

Gent.ma sig.ra
**Avv. MARISA PANSERA**
Via Settala n. 20
20124 - MILANO

**Oggetto:** DELEGA DI ASSEMBLEA

Io sottoscritto **dott. Andrea Di Maio**, in qualità di Amministratore Delegato della società scrivente,

## D E L E G O

L'Avv. Marisa Pansera, nata a Bergamo il 28 ottobre 1946 e domiciliata in Milano, Via Settala n. 20, Codice Fiscale: PNS MRS 46R68 F205H, a rappresentare la scrivente all'assemblea ordinaria della società " Tecno Development and Research s.r.l." con sede in Milano, Via Andegari n. 18, che si terrà il giorno 26 settembre 2007 alle ore 16.00 presso lo studio dell'Avv. Marisa Pansera in Milano – Via Settala n. 20, per discutere e deliberare sul seguente

### ORDINE DEL GIORNO

1. determinazione del compenso dell'amministratore unico per il periodo del suo mandato;
2. anticipato scioglimento della società e nomina del liquidatore;
3. determinazione del compenso del liquidatore;
4. determinazione della sede della liquidazione e dell'unità locale.

Conferisco all' Avv. Marisa Pansera i necessari poteri per l'effettuazione della dichiarazione di voto del punto di cui sopra all'ordine del giorno nei seguenti termini:

- libera di rendere ogni dichiarazione di voto favorevole per:

1. determinazione del compenso dell'amministratore unico per il periodo del suo mandato;
2. anticipato scioglimento della società e nomina del liquidatore;
3. determinazione del compenso del liquidatore;
4. determinazione della sede della liquidazione e dell'unità locale.

La delegata è vincolata a rendere dichiarazione di voto contrario nell'ipotesi che vengano ivi discussi argomenti con contenuto ad onere patrimoniale a carico della fiduciaria.

Le dichiarazioni di voto difformi non impegnano la società fiduciaria.

Questa delega obbliga il delegato ad inviare entro e non oltre 30 giorni dell'assemblea, un rendiconto dettagliato su quanto è stato deliberato nella seduta assembleare e una fotocopia del verbale stesso.

L'AMMINISTRATORE DELEGATO
dott. Andrea Di Maio

La sottoscritta Abigail Harrison nella sua qualità di legale rappresentate pro tempore della società I-Technology Solutions Inc. ("la Società"), autorizza l'Avv. Marisa Pansera a rappresentare la Società all'assemblea dei soci che si terrà presso lo Studio dell'Avv. Marisa Pansera con sede in Milano in Via Settala n. 20 il giorno 26 Settembre 2007 alle ore 16:00.

Gibilterra il 26 Settembre 2007.


In fede

Abigail Harrison



Milano, li 11 settembre 2007


Spett.le
BRERA FIDUCIARIA S.p.A                         RACCOMANDATA R.R.
Via Manzoni, 44
20122 M I L A N O


Gentil.ma Sig.ra
BLAU NETTY                                      RACCOMANDATA R.R.
Via Andegari, 18
20122 M I L A N O


## CONVOCAZIONE DI ASSEMBLEA


E' convocata l'assemblea dei soci della Tecno Development and Research S.r.l. per il giorno **26 settembre 2007** ad ore 16 presso lo studio dell'Avv. Marisa Pansera, in Milano, Via Lodovico Settala n. 20, per discutere e deliberare sul seguente

### ORDINE DEL GIORNO


- determinazione del compenso dell'amministratore unico per il periodo del suo mandato.
- anticipato scioglimento della società e nomina del liquidatore.
- determinazione del compenso del liquidatore
- determinazione della sede della liquidazione e dell'unità locale


Con i più distinti saluti.

L'Amministratore Unico
(Rag. Renato Florio)

# DOCUMENTI RELATIVI
# BILANCIO FINALE DI LIQUIDAZIONE
# TECNO DEVELOPMENT AND
# RESEARCH SRL IN LIQ.

**BRERA SERVIZI AZIENDALI SRL IN LIQ.**
già Brera Fiduciaria Spa

Sede legale:
44, Via Manzoni – 20121 Milano
Tel. 02.76018379 – Fax 02.77331210

Milano, 1 dicembre 2008

Spettabile Società
**I-Tecnology Solutions inc.**
1010 de la Gauchetière West
Suite 900
Montreal – Quebec

Contratto fiduciario n. 2174

Il Liquidatore della Società Tecno Development and Research   srl in liquidazione ci rimette il "Bilancio finale di liquidazione "per la dovuta approvazione, che a nostra volta Vi rimettiamo per le Vostre istruzioni.

Qualora intendiate approvare il Bilancio, così come predisposto, vorrete restituirci l'allegata "disposizione".

Distinti saluti.

Brera Servizi Aziendali srl in liquidazione
Il Liquidatore
AnnaGrazia Cervini

TECNO DEVELOPMENT AND RESEARCH S.r.l. in liquidazione                    Bilancio finale di liquidazione

**TECNO DEVELOPMENT AND RESEARCH S.r.l. in liquidazione**

*Sede Legale Via Settala n. 20 MILANO MI*
*Iscritta al Registro Imprese di MILANO - C.F. e n. iscrizione 03464590961*
*Iscritta al R.E.A. di MILANO al n. 1676780*
*Capitale Sociale Euro 10.000,00  interamente versato*
*P.IVA n. 03464590961*

# Bilancio finale di liquidazione

## PIANO DI RIPARTO DEL CAPITALE SOCIALE RESIDUO

| | | |
|---|---|---:|
| - Capitale sociale | € | 10.000 |
| - Riserve | € | 72.859 |
| - Perdita del periodo finale di liquidazione | € | -143.751 |
| **Patrimonio netto alla data di presentazione del bilancio finale** | € | **-60.892** |
| RIPARTO AI SOCI | | |
| - Disponibilità liquide giacenti su c/c ordinario Banca Popolare di Bergamo succursale c.so Italia n.22 Milano - c/c 000000096879 | € | 663 |
| - Crediti v/Erario per rimborso IRES | € | 10.387 |
| - Crediti v/Erario per rimborso IRAP | € | 2.981 |
| - Crediti v/Erario per rimborso IVA | € | 12.160 |
| - Crediti v/Erario per rimborso altre imposte | € | 3.684 |
| - Debiti per saldo E/C carta di credito alla data di chiusura del bilancio finale | € | -335 |
| - Debito v/soci per finanziamenti infruttiferi | € | -90.432 |
| - Parziale destinazione dei finanziamenti infruttiferi dei soci a copertura perdita eccedente le riserve ed il capitale | € | 60.892 |
| **- Residuo capitale sociale da ripartire** | € | **0** |

| | |
|---|---|
| | Il liquidatore |
| | Rag. Renato Florio |
| | |

I sottoscritti soci, nel rilasciare quietanza, si dichiarano pienamente tacitati nel loro diritto spettante dalla partecipazione nella società "Tecno Development and Research Srl in liquidazione" dichiarando di nulla più avere a pretendere dalla società stessa, dando mandato al liquidatore con i più ampi poteri affinché provveda a portare a termine le operazioni di liquidazione.

| I soci |
|---|
| |
| Breara Fiduciaria SpA_____ |
| |
| Blau Netty_____ |

MILANO, li' 20/09/2008



Milano, li 29 settembre 2008


Spett.le
BRERA FIDUCIARIA S.p.A                    RACCOMANDATA R.R.
in liq.ne
Via Manzoni, 44
20121 M I L A N O


## CONVOCAZIONE DI ASSEMBLEA

I signori soci sono convocati in assemblea ordinaria per il giorno 15.10.2008 ad ore 16 presso lo studio
dell'Avv. Marisa Pansera in Milano, Via Settala n. 20 per discutere e deliberare sul seguente:


ordine del giorno

- Bilancio finale di liquidazione;
- Piano di riparto del capitale sociale residuo;
- Provvedimenti relativi.


Il liquidatore
(Rag. Renato Florio)

**BRERA SERVIZI AZIENDALI SRL IN LIQ.**
già Brera Fiduciaria Spa

Sede legale:
44, Via Manzoni – 20121 Milano
Tel. 02.76018379 – Fax 02.77331210

Milano, 1 dicembre 2008

Spettabile Società
**I-Tecnology Solutions inc.**
1010 de la Gauchetière West
Suite 900
Montreal – Quebec

Contratto fiduciario n. 2174

Il Liquidatore della Società Tecno Development and Research  srl in liquidazione ci rimette il "Bilancio finale di liquidazione "per la dovuta approvazione, che a nostra volta Vi rimettiamo per le Vostre istruzioni.

Qualora intendiate approvare il Bilancio, così come predisposto, vorrete restituirci l'allegata "disposizione".

Distinti saluti.

Brera Servizi Aziendali srl in liquidazione
Il Liquidatore
AnnaGrazia Cervini

I-TECNOLOGY SOLUTIONS INC.
1010 De la Gauchetiere West – Suite
MONTREAL - QUEBEC

13 ottobre 2008

Spettabile Società
BRERA SERVIZI AZIENDALI SRL
in liquidazione
Via Manzoni n. 44
20121 - MILANO

Con riferimento all'incarico fiduciario n. 2174 con Voi in essere, io sottoscritto
_____ in quanto di rappresentante della società scrivente, con la
presente Vi conferisco lo specifico incarico di delegare il signor **N. Pansera**, nato
a **Bergamo** il **28/10/1940** e residente in **Milano** Via
**N. Sauri n. 3**, codice fiscale **PNSNRS40R28A7S4T**, per partecipare all'assemblea
ordinaria della società "Tecno Development and Research srl in liq." con sede in Milano – Via
Settala n. 20, che si terrà il giorno 14/147  2008 alle ore 1.000 presso lo studio dell'avv.
Marisa Pansera in Milano – Via Settala n. 20 per discutere, deliberare sul seguente

ordine del giorno

1. Bilancio finale di liquidazione;
2. Piano di riparto del capitale sociale residuo;
3. Provvedimenti relativi.

Distinti saluti.

Milano, lì 11/11/2008

Nome e cognome

Abigail Harrison

**I-TECNOLOGY SOLUTIONS INC.**
1010 de la Gauchetière West
Suite 900
Montreal – Quebec

Milano, / dicembre 2008

Spettabile Società
**Brera Servizi Aziendali srl in liquidazione**
Via Manzoni n. 44
20121 Milano

Contratto fiduciario n. 2174

Vogliate approvare il Bilancio finale di liquidazione della Società Tecno Development and Research srl in liquidazione così come predisposto dal Liquidatore, che in segno di benestare e approvazione Vi allego.

RingraziandoVi, porgiamo distinti saluti.

**I-TECNOLOGY SOLUTIONS INC.**

TECNO DEVELOPMENT AND RESEARCH S.r.l. in liquidazione    Bilancio finale di liquidazione

## TECNO DEVELOPMENT AND RESEARCH S.r.l. in liquidazione

*Sede Legale Via Settala n. 20 MILANO MI*
*Iscritta al Registro Imprese di MILANO - C.F. e n. iscrizione 03464590961*
*Iscritta al R.E.A. di MILANO al n. 1676780*
*Capitale Sociale Euro 10.000,00 interamente versato*
*P.IVA n. 03464590961*

# Bilancio finale di liquidazione

## PIANO DI RIPARTO DEL CAPITALE SOCIALE RESIDUO

| | | |
|---|---|---:|
| - Capitale sociale | € | 10.000 |
| - Riserve | € | 72.859 |
| - Perdita del periodo finale di liquidazione | € | -143.751 |
| **Patrimonio netto alla data di presentazione del bilancio finale** | € | -60.892 |
| **RIPARTO AI SOCI** | | |
| - Disponibilità liquide giacenti su c/c ordinario Banca Popolare di Bergamo succursale c.so Italia n.22 Milano - c/c 000000096879 | € | 663 |
| - Crediti v/Erario per rimborso IRES | € | 10.387 |
| - Crediti v/Erario per rimborso IRAP | € | 2.981 |
| - Crediti v/Erario per rimborso IVA | € | 12.160 |
| - Crediti v/Erario per rimborso altre imposte | € | 3.684 |
| - Debiti per saldo E/C carta di credito alla data di chiusura del bilancio finale | € | -335 |
| - Debito v/soci per finanziamenti infruttiferi | € | -90.432 |
| - Parziale destinazione dei finanziamenti infruttiferi dei soci a copertura perdita eccedente le riserve ed il capitale | € | 60.892 |
| **- Residuo capitale sociale da ripartire** | € | 0 |

Il liquidatore

*Rag. Renato Florio*

I sottoscritti soci, nel rilasciare quietanza, si dichiarano pienamente tacitati nel loro diritto spettante dalla partecipazione nella società "Tecno Development and Research Srl in liquidazione" dichiarando di nulla più avere a pretendere dalla società stessa, dando mandato al liquidatore con i più ampi poteri affinché provveda a portare a termine le operazioni di liquidazione.

| I soci | PER APPROVAZIONE E BENESTARE |
|---|---|
| | Soc. I-TECHNOLOGY SOLUTIONS M. |
| Brera Servizi Aziendali S.r.l. in liquidazione | |
| Blau Netty | |

MILANO, li' 20/09/2008

**Studio Associato FLORIO - MATTAROZZI**
Rag. Renato Florio
Rag. Rudy Mattarozzi

Milano, lì 1 dicembre 2008

Spett.le
BRERA SERVIZI
AZIENDALI S.r.l. in liq.ne
Via Manzoni, 44
20122 M I L A N O

Tramite fax 02.77331210

A stimata Vs. del 14 u.sc.

       Mi scuso per il ritardo con il quale rispondo, dovuto esclusivamente alla ricerca negli archivi della società.
       L'importo versato dal socio, si è formato come segue:

| | | |
|---|---|---|
| 2004 – versamento di $ 50.000  (all. a) fatt. n. prot.212 del 04.01.2004 | € | 40.983,61 |
| East View pagata dal socio (all. b) | | |
| 2007 - fatt. 2/352 del 9.04.2007 | € | 44.000,00 |
| Waj Consultancy pagata dal socio (all. c) | € | 5.449,16 |

Tanto dovevo per Vs. opportuna conoscenza.

Le scritture contabili ed il giornale sono a Vs. completa disposizione.

I più distinti saluti.

(Rag. Renato Florio)

20124 Milano - Via Settala, 39

# BANCA POPOLARE DI BERGAMO

GRUPPO **BPU** banca

*all . a*

Pag.:  1 / 1

MILANO , 01/07/2004

N. 000050040400672

Spett.le
TECNO DEVELOPMENT AND RESEARCH SR L
VIA ANDEGARI 18
20124 MILANO MI

tramite ns. di 000050 MILANO–CORSO ITALIA

Come da Vostra richiesta abbiamo provveduto a negoziare s.b.f. gli assegni di seguito indicati:

| numero iniz. | qt. | banca trassata | importo |
|---|---|---|---|
| 752 | 1 | | 50.000 |

| | | | |
|---|---|---|---|
| * Importo totale presentazione | | USD | 50.000 |
| * Importo liquidato: | | USD | 50.000 |
| cambio: | 1,22 | pari a EUR | 40.983,61 |

| * Regolato su c/c n. | Filiale | Conto | Divisa | Importo | Valut |
|---|---|---|---|---|---|
| | 000050 | 96879 | EUR | 40.944,61 | 12/07/2 |

* Conto di addebito delle spese e delle comm. 000050 / 96879

| | | |
|---|---|---|
| – comm.di intervento | EUR | 30,74 |
| – nostre spese | EUR | 8,26 |

Esente da bollo ai sensi dell'art.15 della tabella Allegato B al D.P.R. 26/10/72 n.642.

BANCA POPOLARE DI BERGAMO S.P.A.





Szechenyi Utca, 1
Budapest, Magyar Orszag

INVOICE

4/1/04

Tecno Development and Research
Via Andegari 18
Milano 20121

The Banking and Finance Sector in Saudi Arabia... ... ... ... ... ... ... € 44.000,-

PAGATO



*all. c*

# WAJ Consultancy
8 Ragged Staff Wharf
Queensway Quay
Gibraltar

9 April 2007

To:  Techo Development and Research
via Andegari
18 Milano
Italy

**INVOICE** For: Consulting Services rendered from January to March 2007 in connection with Herald Cash Plus, Herald USA and expenses.

Fees:
Expenses                                £6,250
                                         100

Fees Plus Expenses                      £6,350

Please forward full gross amount (wire transfer charges to be paid by Tecno Development and Research) due within 10 days to:

**WIRE ONE – In the amount of £6,350**
Bank
                    Citibank N.A. London
                    88 The Strand
                    London WC2R 0DW

Account name
Account number          Citibank International plc
SWIFT                   5524040
                        CITIGB2L

Sub-account name
Sub-account number      William Jones
                        8057 2042

$7000

OK
to pay

**PAGATO**

**BRERA SERVIZI AZIENDALI SRL IN LIQ.**
già Brera Fiduciaria SpA

Sede legale:
44, Via Manzoni – 20121 Milano
Tel. 02.76018379 – Fax 02.77331210

Milano, 14 novembre 2008

Egreg. sig. rag.
**RENATO FLORIO**
**Liquidatore**
Tecno Development
Research srl in liq.
Via Settala 20
20124 - MILANO

A Sua del 13 u.s..

Vorrà, cortesemente farci tenere copia del bonifico bancario con il quale il cinque per cento estero del capitale sociale ha effettuato il finanziamento soci.

In attesa, porgo distinti saluti.

BRERA SERVIZI AZIENDALI srl
in liquidazione

Studio Associato FLORIO - MATTAROZZI

Rag. Renato Florio
Rag. Rudy Mattarozzi

Milano, li 13 novembre 2008

Spett.le
BRERA SERVIZI AZIENDALI
S.r.l. in liq.ne
Via Manzoni, 44
20121 M I L A N O

A stimata Vs. fax del 10 u.sc – contratto fiduciario n. 2974.

     Vi confermiamo che i versamenti effettuati dai soci che compaiono nel bilancio finale di liquidazione si riferiscono a versamenti effettuati da soci diversi dalla Vs. società.

     Contraccambiamo i ns. più cordiali saluti.

Il liquidatore
(Rag. Renato Florio)



Milano, li 31 ottobre 2008


Spett.le
BRERA SERVIZI AZIENDALI SRL
IN LIQ.NE
Via Manzoni, 44
20121 – MILANO

**Raccomandata a mano**


    Trasmetto in allegato la nuova convocazione di assemblea della Tecno Development and Reserch Srl in liq.ne  unitamente al piano di riparto che vorrete rendermi debitamente sottoscritto.

    I saluti più cordiali.


**Il liquidatore**
**(Rag. Renato Floria)**



Milano, li 31 ottobre 2008


Spett.le                                                raccomandata a mano
BRERA SERVIZI AZIENDALI
SRL IN LIQ.NE
Via Manzoni, 44
20121 M I L A N O


## CONVOCAZIONE DI ASSEMBLEA


I signori soci sono convocati in assemblea ordinaria per il giorno 11 novembre ad ore 10 presso lo studio
dell'Avv. Marisa Pansera in Milano, Via Settala n. 20 per discutere e deliberare sul seguente:


### ordine del giorno


- Bilancio finale di liquidazione.
- Piano di riparto del capitale sociale.
- Provvedimenti relativi.


                                        Il liquidatore
                                    (Rag. Renato Florio)

**TECNO DEVELOPMENT AND RESEARCH S.r.l. in liquidazione**

Sede Legale Via Settala n. 20 MILANO MI
Iscritta al Registro Imprese di MILANO - C.F. e n. iscrizione 03464590961
Iscritta al R.E.A. di MILANO al n. 1676780
Capitale Sociale Euro 10.000,00  interamente versato
P.IVA n. 03464590961

# Bilancio finale di liquidazione

## PIANO DI RIPARTO DEL CAPITALE SOCIALE RESIDUO

| | | |
|---|---|---:|
| - Capitale sociale | € | 10.000 |
| - Riserve | € | 72.859 |
| - Perdita del periodo finale di liquidazione | € | -143.751 |
| **Patrimonio netto alla data di presentazione del bilancio finale** | € | **-60.892** |
| **RIPARTO AI SOCI** | | |
| - Disponibilità liquide giacenti su c/c ordinario Banca Popolare di Bergamo succursale c.so Italia n.22 Milano - c/c 000000096879 | € | 663 |
| - Crediti v/Erario per rimborso IRES | € | 10.387 |
| - Crediti v/Erario per rimborso IRAP | € | 2.981 |
| - Crediti v/Erario per rimborso IVA | € | 12.160 |
| - Crediti v/Erario per rimborso altre imposte | € | 3.684 |
| - Debiti per saldo E/C carta di credito alla data di chiusura del bilancio finale | € | -335 |
| - Debito v/soci per finanziamenti infruttiferi | € | -90.432 |
| - Parziale destinazione dei finanziamenti infruttiferi dei soci a copertura perdita eccedente le riserve ed il capitale | € | 60.892 |
| **- Residuo capitale sociale da ripartire** | € | **0** |

| | Il liquidatore |
|---|---|
| | Rag. Renato Florio |
| | |

I sottoscritti soci, nel rilasciare quietanza, si dichiarano pienamente tacitati nel loro diritto spettante dalla partecipazione nella società "Tecno Development and Research Srl in liquidazione" dichiarando di nulla più avere a pretendere dalla società stessa, dando mandato al liquidatore con i più ampi poteri affinché provveda a portare a termine le operazioni di liquidazione.

| I soci |
|---|
| |
| Breara Fiduciaria SpA_____ |
| |
| Blau Netty_____ |

MILANO, li' 20/09/2008

Studio Associato FLORIO - MATTAROZZI

Rag. Renato Florio
Rag. Rudy Mattarozzi

Milano, li 8 ottobre 2008

Spett.le
BRERA SERVIZI AZIENDALI S.r.l.
in liq.ne –
Liquidatore Dott. Cervini A.
Via Manzoni, 44
20121 M I L A N O

Raccomandata r.r.
anticipata via fax
02.77331210

    Sono stato oggi incaricato dalla I. Technology Solutions Inc. di rispondere alla Sua del 15.09.2008.

    Prima di provvedere al bonifico bancario, favorite comunicarmi quanto dovuto dalla I. Technology Solutions Inc. anche per l'anno 2008 comunicandomi, nel contempo, le coordinate bancarie dell'Istituto di Credito di Vs. utilizzo.

    Per quanto poi concerne la reintestazione delle quote, Vi informo che il liquidatore ha già presentato il bilancio finale di liquidazione e provvederà tempestivamente alla cancellazione della società dal registro delle imprese, subito dopo l'approvazione del bilancio da parte dell'assemblea, rendendo così non indispensabile la necessità del trasferimento della partecipazione.

    In caso riteniate invece, di procedere comunque alla reintestazione, favorite comunicarlo con sollecitudine in modo da poter organizzare il trasferimento.

    In tale attesa, porgo i più cordiali saluti.

studio associato
(Rag. Renato Florio)

20124 Milano - Via Settala, 20
Tel. 0229517611/87 - Fax 0220404624
codice fiscale 11142380150

**BRERA SERVIZI AZIENDALI SRL IN LIQ.**
già Brera Fiduciaria Spa

Sede legale:
44, Via Manzoni – 20121 Milano
Tel. 02.76018379 – Fax 02.77331210

Milano, 10 ottobre 2008

Spettabile Studio Associato
Rag. Florio

Fax 02 20404624

*contratto fiduciario n. 2174 del 7 febbraio 2002 I Technology Solutions Inc*

A Sua dell'8 ottobre 2008, in via del tutto eccezionale, posso aspettare fino al 31 dicembre 2008 la chiusura della liquidazione.

Se entro la data indicata la Società non sarà stata cancellata dal Registro delle Imprese dovrà procedersi alla re-intestazione.

Tutto ciò, a condizione che sia stato tempestivamente effettuato il pagamento del dovuto, ammontante ad Euro 2.448,00 comprensivo di I.V.A. per l'anno 2007 e 2008 alle seguenti coordinate: Banca Antonveneta Gruppo Montepaschi Agenzia 400 di Milano c/c   2050537   IBAN   IT28B0504001614000002050537 .

Distinti saluti

Il Liquidatore

# VISURA STORICA
# TECNO DEVLOPMENT AND
# RESEARCH SRL IN LIQ.



# Camera di Commercio Industria
# Artigianato e Agricoltura di MILANO

# Visura storica societa' di capitale

## TECNO DEVELOPMENT AND RESEARCH S.R.L.
## IN LIQUIDAZIONE

| | |
|---|---|
| **Forma giuridica:** | **SOCIETA' A RESPONSABILITA' LIMITATA** |
| **Sede legale:** | **MILANO (MI) VIA SETTALA LODOVICO 20 cap 20124** |
| **Codice fiscale:** | **03464590961** |
| **Numero REA:** | **MI - 1676780** |
| **Stato Impresa:** | **CANCELLATA** |
| **Procedure in corso:** | **LIQUIDAZIONE VOLONTARIA** |

# Indice del documento

Sede ....................................................................................................................................................... 3
Informazioni da statuto/atto costitutivo ................................................................................................... 3
   Estremi di costituzione ...................................................................................................................... 3
   Sistema di amministrazione e controllo ............................................................................................ 3
   Oggetto sociale ................................................................................................................................. 3
Capitale e strumenti finanziari ............................................................................................................... 4
Scioglimento, procedure concorsuali, cancellazione ............................................................................. 4
   Scioglimento e procedure concorsuali .............................................................................................. 4
   Cancellazione e trasferimento sede .................................................................................................. 4
Soci e titolari di diritti su quote e azioni ................................................................................................. 4
   Elenco dei soci e degli altri titolari di diritti su azioni o quote sociali al 27/06/2008 .......................... 4
Amministratori ........................................................................................................................................ 5
   Elenco amministratori ....................................................................................................................... 5
Attività, albi ruoli e licenze .................................................................................................................... 5
   Attività ............................................................................................................................................... 5
Unità locali ............................................................................................................................................. 5
Storia delle modifiche  dal 07/02/2002 .................................................................................................. 6
   Atti iscritti e/o depositati nel Registro Imprese ................................................................................. 6
   Estremi atto di costituzione ............................................................................................................. 12
   Attività ............................................................................................................................................. 13
   Addetti ............................................................................................................................................. 13
   Sedi secondarie e unità locali cessate ............................................................................................ 13
   Informazioni storiche REA .............................................................................................................. 14
Aggiornamento impresa ....................................................................................................................... 14

Visura storica societa' di capitale
**TECNO DEVELOPMENT AND RESEARCH S.R.L. IN LIQUIDAZIONE**
codice fiscale: **03464590961**

## Sede

**Iscrizione REA**    Numero repertorio economico amministrativo (REA): 1676780

**Sede legale**    MILANO (MI)
VIA SETTALA LODOVICO 20  cap 20124

**Partita Iva**    03464590961

## Informazioni da statuto/atto costitutivo

### Estremi di costituzione

**Iscrizione Registro Imprese**    Codice fiscale e numero d'iscrizione: 03464590961
del Registro delle Imprese di MILANO
Data iscrizione: 08/03/2002

**Sezioni**    Iscritta nella sezione ORDINARIA il 08/03/2002

**Stato attività**    Impresa INATTIVA

**Informazioni costitutive**    Dato atto di costituzione: 21/02/2002

### Sistema di amministrazione e controllo

**Durata della società**    Data termine: 31/12/2050

**Scadenza esercizi**    Scadenza primo esercizio: 31/12/2002
Scadenza esercizi successivi: 31/12
Mesi di proroga dei termini di approvazione del bilancio: 2

### Oggetto sociale

**Oggetto sociale**    A) LA RICERCA DI MERCATO, CON PARTICOLARE RIFERIMENTO AI PRODOTTI FINANZIARI IN
GENERE, ED IN SPECIE RELATIVI ALL'ALTA TECNOLOGIA; IL TUTTO AVVALENDOSI ANCHE DI
SUPPORTI INFORMATICI, CON FACOLTA' DI COMMERCIALIZZARE I PRODOTTI EDITORIALI
(ESCLUSI I QUOTIDIANI), I PROGRAMMI ED I MATERIALI AUDIOVISIVI CONSEGUENTI;
B) LA PRESTAZIONE DI SERVIZI ALLE IMPRESE, ANCHE EXTRACOMUNITARIE, METTENDO A
DISPOSIZIONE DELLE STESSE I LOCALI PER RIUNIONI, I SERVIZI DI SEGRETERIA ANCHE
PER LA REDAZIONE DI DOCUMENTI, LE LINEE TELEFONICHE ED ELETTRONICHE, L'ACCESSO A
CASELLE DI POSTA ELETTRONICA, PROPRI ARMADI E SCHEDARI PER L'ARCHIVIO,
INDIVIDUANDO APPOSITI LOCALI DESTINATI AD ESSERE RECAPITI DI IMPRESE, IL TUTTO
NEL RISPETTO DELLA NORMATIVA SULLA PRIVACY; CON FACOLTA' INOLTRE DI ORGANIZZARE
MOSTRE, CONGRESSI E MANIFESTAZIONI IN GENERE, NONCHE' CORSI DI FORMAZIONE
PROFESSIONALE, FORNENDO ANCHE IL SUPPORTO PER LA SELEZIONE E RICERCA DI
PERSONALE;
C) L'ATTIVITA' IMMOBILIARE IN GENERE, CON FACOLTA' DI ACQUISTARE E VENDERE BENI
IMMOBILI IN ITALIA E ALL'ESTERO, ANCHE DA CONCEDERE IN LOCAZIONE O IN ALTRA
FORMA ALLE IMPRESE; CON FACOLTA' DI PROCEDERE ALLA LORO RISTRUTTURAZIONE E
MANUTENZIONE.

Visura storica societa' di capitale

**TECNO DEVELOPMENT AND RESEARCH S.R.L. IN LIQUIDAZIONE**

codice fiscale: **03464590961**

LA SOCIETA' POTRA' ASSUMERE, DIRETTAMENTE O INDIRETTAMENTE, PARTECIPAZIONI O
INTERESSENZE IN ALTRE IMPRESE A SCOPO DI STABILE INVESTIMENTO E NON DI
COLLOCAMENTO, A CONDIZIONE CHE LA MISURA E L'OGGETTO DELLA PARTECIPAZIONE NON
MODIFICHINO SOSTANZIALMENTE L'OGGETTO DETERMINATO DALLO STATUTO.
L'ASSUNZIONE DI PARTECIPAZIONI COMPORTANTI UNA RESPONSABILIT  ILLIMITATA DEVE
ESSERE SOTTOPOSTA ALLA DECISIONE DEI SOCI.
LA SOCIETA' POTRA' ALTRESI' PORRE IN ESSERE QUALSIASI OPERAZIONE COMMERCIALE E
FINANZIARIA RITENUTA NECESSARIA O UTILE, PURCHE' ACCESSORIA E STRUMENTALE
RISPETTO AL CONSEGUIMENTO DELL'OGGETTO SOCIALE, IVI COMPRESE LA PRESTAZIONE DI
AVALLI, FIDEIUSSIONI ED OGNI GARANZIA ANCHE REALE, CON ESPRESSA ESCLUSIONE DI
TUTTE LE ATTIVITA' PER LE QUALI OCCORRANO PARTICOLARI AUTORIZZAZIONI, E
PARTICOLARMENTE QUELLE PREVISTE PER LA RACCOLTA DEL RISPARMIO.

## Capitale e strumenti finanziari

**Capitale sociale in EURO**

Deliberato:    10.000,00

Sottoscritto:   10.000,00

Versato:       3.000,00

Conferimenti in DENARO

## Scioglimento, procedure concorsuali, cancellazione

### Scioglimento e procedure concorsuali

**LIQUIDAZIONE VOLONTARIA**

Data atto: 26/09/2007

Data iscrizione: 28/11/2007

### Cancellazione e trasferimento sede

**Cancellazione**

Data cancellazione: 10/12/2008

Data domanda: 05/12/2008

Causale: PROVVEDIMENTO DI CANCELLAZIONE DAL REGISTRO DELLE IMPRESE

## Soci e titolari di diritti su quote e azioni

### Elenco dei soci e degli altri titolari di diritti su azioni o quote sociali al 27/06/2008

**Pratica con atto del 27/06/2008**

Data deposito: 09/07/2008

Data protocollo: 09/07/2008

Numero protocollo: MI-2008-201837

*L'impresa ha depositato, insieme al bilancio, dichiarazione che l'elenco dei soci e degli altri titolari di diritti su azioni e quote sociali alla data dell'atto non è variato rispetto all'ultimo depositato*

**Capitale sociale**

Capitale sociale dichiarato sul modello con cui è stato depositato l'elenco dei soci: 10.000,00 EURO

Visura storica società' di capitale

**TECNO DEVELOPMENT AND RESEARCH S.R.L. IN LIQUIDAZIONE**
codice fiscale: **03464590961**

| | |
|---|---|
| **INTESTAZIONE FIDUCIARIA** | Quota di nominali: 9.500,00 EURO<br>**BRERA SERVIZI AZIENDALI S.R.L. IN LIQUIDAZIONE**<br>Codice fiscale: 00794220343<br>Denominazione del soggetto alla data della denuncia: **BRERA FIDUCIARIA**<br>Tipo di diritto: INTESTAZIONE FIDUCIARIA |
| **PROPRIETA'** | Quota di nominali: 500,00 EURO<br>**BLAU NETTY**<br>Codice fiscale: BLANTY20R50Z102I<br>Cittadinanza: AUSTRIA<br>Tipo di diritto: PROPRIETA' |

## Amministratori

### Elenco amministratori

| | |
|---|---|
| **LIQUIDATORE** | **FLORIO RENATO**<br><br>Nato a MILANO (MI)  il 24/10/1940<br><br>Codice fiscale: FLRRNT40R24F205J<br><br>Residenza: MILANO (MI) VIA MOLINO DELLE ARMI N. 3  cap 20123 |
| *Cariche e poteri* | **LIQUIDATORE** nominato con atto del 26/09/2007<br>Durata in carica:  FINO ALLA REVOCA<br>Poteri<br>AL LIQUIDATORE SPETTANO I POTERI DI CUI ALL'ART. 2278 C.C. |

## Attività, albi ruoli e licenze

### Attività

| | |
|---|---|
| **Inizio attività**<br>*(informazione storica)* | Data d'inizio dell'attività dell'impresa: 18/08/2002 |
| **Stato attività** | Impresa INATTIVA |
| **Addetti**<br>*(informazione di sola natura statistica)* | Numero addetti dell'impresa rilevati nell'anno 2008<br>*(Dati rilevati al 30/12/2008)*<br>Dipendenti: 1<br>Totale : 1 |

## Unità locali

| | |
|---|---|
| **UNITA' LOCALE n. 2** | UFFICIO<br>Data apertura: 26/09/2007 |

Visura storica societa' di capitale

**TECNO DEVELOPMENT AND RESEARCH S.R.L. IN LIQUIDAZIONE**
codice fiscale: **03464590961**

*Indirizzo*  MILANO (MI)

VIA ANDEGARI 18 cap 20121

*Attivita' esercitata*  ATTIVITA' AMMINISTRATIVA, UFFICI DELLA SOCIETA'

## Storia delle modifiche  dal 07/02/2002

### Atti iscritti e/o depositati nel Registro Imprese

Protocollo n. 315897/2008 del 10/12/2008

*Moduli*  **S3 - SCIOGLIMENTO LIQUIDAZIONE FALLIMENTO CANCELLAZIONE SOCIETA'**

*Atti*  **• BILANCIO FINALE DI LIQUIDAZIONE**
Data atto: 20/09/2008
Data deposito: 05/12/2008
ALTRA FORMA
**• CANCELLAZIONE DAL REGISTRO DELLE IMPRESE**
Data atto: 05/12/2008
Data iscrizione: 10/12/2008
ALTRA FORMA

*Iscrizioni*  Data iscrizione: 10/12/2008
DEPOSITO DEL BILANCIO FINALE DI LIQUIDAZIONE
LIQUIDAZIONE DEL 26/09/2007
BILANCIO FINALE DI LIQUIDAZIONE AL: 20/09/2008

Data iscrizione: 10/12/2008
ISTANZA DI CANCELLAZIONE
ESSENDO STATO APPROVATO IL BILANCIO FINALE DI LIQUIDAZIONE, EX ART. 2495
C.C.,IN DATA 11/11/2008, E' RICHIESTA LA CANCELLAZIONE DELLA SOCIETA' DAL
REGISTRO DELLE IMPRESE
DATA CANCELLAZIONE: 10/12/2008

Protocollo n. 201837/2008 del 09/07/2008

*Moduli*  **B - DEPOSITO DI BILANCI D'ESERCIZIO ED ELENCO DEI SOCI**

*Atti*  **• BILANCIO ABBREVIATO D'ESERCIZIO**
Data atto: 31/12/2007
Data deposito: 09/07/2008
**• COMUNICAZIONE ELENCO SOCI**
Data atto: 27/06/2008
Data iscrizione: 29/07/2008

Visura storica societa' di capitale

**TECNO DEVELOPMENT AND RESEARCH S.R.L. IN LIQUIDAZIONE**
codice fiscale: **03464590961**

Protocollo n. 409960/2007 del 26/11/2007

*Moduli* **UL - APERTURA MODIFICA CESSAZIONE DI UNITA' LOCALE O AZIENDALE**
Numero modelli: 1

Protocollo n. 384657/2007 del 18/10/2007

*Moduli* **S2 - MODIFICA SOCIETA' , CONSORZIO G.E.I.E, ENTE PUBBLICO ECON.**

**S3 - SCIOGLIMENTO LIQUIDAZIONE FALLIMENTO CANCELLAZIONE SOCIETA'**

**P - ISCRIZIONE NEL RI E REA DI ATTI E FATTI RELATIVI A PERSONE**
Numero modelli: 1

**UL - APERTURA MODIFICA CESSAZIONE DI UNITA' LOCALE O AZIENDALE**
Numero modelli: 1

*Atti* **• SCIOGLIMENTO E LIQUIDAZIONE**
Data atto: 26/09/2007
Data iscrizione: 28/11/2007
ATTO PUBBLICO
Notaio: SCHIAVO FOLCO
Repertorio n: 174325/12119
Località: MILANO (MI)
Registrazione n.: 21517-1T del 16/10/2007
Località di registrazione: MILANO (MI)
**• NOMINA LIQUIDATORI**
Data atto: 26/09/2007
Data iscrizione: 28/11/2007
ALTRA FORMA
**• CESSAZIONE AMMINISTRATORI**
Data atto: 26/09/2007
Data iscrizione: 28/11/2007
ALTRA FORMA
**• ALTRI ATTI** COMUNICAZIONE AI SENSI DELL'ART. 111-TER DELLE DISPOSIZIONI DI
ATTUAZIONE C.C.
Data atto: 26/09/2007
Data iscrizione: 28/11/2007
ALTRA FORMA

*Iscrizioni* Data iscrizione: 28/11/2007
SCIOGLIMENTO E LIQUIDAZIONE:
DAL 26/09/2007 LA SOCIETA' E' IN LIQUIDAZIONE VOLONTARIA.
LA SOCIETA' E' SCIOLTA E POSTA IN LIQUIDAZIONE
CAUSA DELLO SCIOGLIMENTO: PER LA VOLONTA' DI TUTTI I SOCI

Data iscrizione: 28/11/2007
VARIAZIONE DELLA DENOMINAZIONE. DENOMINAZIONE PRECEDENTE:
TECNO DEVELOPMENT AND RESEARCH S.R.L.

Data iscrizione: 28/11/2007
**• FLORIO RENATO**
Codice fiscale: FLRRNT40R24F205J
ISCRIZIONE DELLA PROPRIA NOMINA ALLA CARICA DI:
LIQUIDATORE DI CUI HA AVUTO NOTIZIA IN DATA 26/09/2007 DURATA:  FINO ALLA
REVOCA LA PERSONA DICHIARA DI AGIRE  DA SOLA

POTERI ATTRIBUITI:
POTERI PRECEDENTI:

08-01789-cgm    Doc 4207-6    Filed 06/27/11    Entered 07/01/11 11:49:11    Exhibit B
Part 4    Pg 34 of 40

Visura storica societa' di capitale
**TECNO DEVELOPMENT AND RESEARCH S.R.L. IN LIQUIDAZIONE**
codice fiscale: **03464590961**

POTERI DI ORDINARIA AMMINISTRAZIONE

Data iscrizione: 28/11/2007
• **FLORIO RENATO**
Codice fiscale: FLRRNT40R24F205J
CESSAZIONE DALLA CARICA O QUALIFICA DI:
AMMINISTRATORE UNICO DATA NOMINA 01/12/2006 DATA PRESENTAZIONE 05/12/2006

Data iscrizione: 28/11/2007
TRASFERIMENTO DELLA SEDE LEGALE. INDIRIZZO PRECEDENTE:
MILANO (MI) VIA ANDEGARI 18

Protocollo n. 151638/2007 del 24/05/2007

Moduli   **B - DEPOSITO DI BILANCI D'ESERCIZIO ED ELENCO DEI SOCI**

Atti   • **BILANCIO ABBREVIATO D'ESERCIZIO**
Data atto: 31/12/2006
Data deposito: 24/05/2007
• **COMUNICAZIONE ELENCO SOCI**
Data atto: 30/04/2007
Data iscrizione: 12/06/2007

Protocollo n. 8410/2007 del 11/01/2007

Moduli   **S2 - MODIFICA SOCIETA' , CONSORZIO G.E.I.E, ENTE PUBBLICO ECON.**

Atti   • **MODIFICHE ATTO COSTITUTIVO (SOC DI CAPITALI E COOPERATIVE)**
Data atto: 12/12/2006
Data iscrizione: 11/01/2007
ATTO PUBBLICO
Notaio: SCHIAVO FOLCO
Repertorio n: 173726/11757
Località: MILANO (MI)  del 19/12/2006
Località di registrazione: MILANO (MI)
• **ALTRI ATTI** DEPOSITO STATUTO AGGIORNATO AL D.LGS. 6/2003
Data atto: 29/12/2006
Data iscrizione: 11/01/2007
ATTO PUBBLICO
Notaio: SCHIAVO FOLCO
Repertorio n: 173726/11757
Località: MILANO (MI)  del 19/12/2006
Località di registrazione: MILANO (MI)

Iscrizioni   Data iscrizione: 11/01/2007
VARIAZIONE OGGETTO SOCIALE. OGGETTO SOCIALE PRECEDENTE:
OGGETTO SOCIALE:
- L'IDEAZIONE, LO SVILUPPO, LA REALIZZAZIONE, LA COMMERCIALIZZAZIONE, ANCHE DA E
PER L'ESTERO, DI RICERCHE DI MERCATO IN GENERE CON PARTICOLARE RIFERIMENTO AI
PRODOTTI FINANZIARI DI OGNI TIPO E SPECIE, COMPRESI QUELLI RELATIVI ALL'ALTA
TECNOLOGIA; IL TUTTO AVVALENDOSI DI SUPPORTI INFORMATICI (CD-ROM, INTERNET)
MULTIMEDIALI O CARTACEI E DI ALTRI STRUMENTI INFORMATICI DISPONIBILI;  - LA
COMMERCIALIZZAZIONE, L'IMPORTAZIONE E L'ESPORTAZIONE DI PRODOTTI EDITORIALI
(ESCLUSI I QUOTIDIANI) E DI COMUNICAZIONE, INFORMATICI E NON, NONCHE' LA

Visura storica societa' di capitale

**TECNO DEVELOPMENT AND RESEARCH S.R.L. IN LIQUIDAZIONE**
codice fiscale: **03464590961**

REALIZZAZIONE DI TALI PRODOTTI ANCHE PER CONTO DI TERZI; - LA PRODUZIONE DI
MATERIALE AUDIO-VISIVO A SCOPO DIDATTICO ED ORGANIZZATIVO PER IL SETTORE
MULTIMEDIALE SU QUALSIASI SUPPORTO FISICO; - L'IDEAZIONE, LA REALIZZAZIONE, LA
FORNITURA, IL NOLEGGIO, LA GESTIONE E LA MANUTENZIONE DI SISTEMI INFORMATICI;
- L'ACQUISIZIONE, LA GESTIONE, LA MANUTENZIONE E LA COMMERCIALIZZAZIONE DI
PROGRAMMI (SOFTWARE) DI OGNI SPECIE, LA LORO CESSIONE E NOLEGGIO, NONCHE' OGNI
ATTIVITA' CONNESSA AL SETTORE INFORMATICO; - L'ORGANIZZAZIONE DI MOSTRE, FIERE,
CONGRESSI E MANIFESTAZIONI IN GENERE; - L'ORGANIZZAZIONE DI CORSI DI FORMAZIONE
PROFESSIONALE IN GENERE ED IL SUPPORTO NELLA SELEZIONE E RICERCA DEL PERSONALE,
NONCHE' DI ARCHIVI TECNICI ED AMMINISTRATIVI CON L'AUSILIO E LA TRASPOSIZIONE
DI ELABORATI SU SUPPORTI INFORMATICI, STAMPA E DUPLICAZIONE DI DOCUMENTI E
DISEGNI. ESSA PUO' INOLTRE COMPIERE, NEL RISPETTO DEI DIVIETI, LIMITI,
CONDIZIONI ED AUTORIZZAZIONI PREVISTE DALLA LEGGE, ED IN PARTICOLARE DI QUANTO
PREVISTO IN TEMA DI RACCOLTA DI RISPARMIO TRA IL PUBBLICO, TUTTE LE OPERAZIONI
COMMERCIALI, INDUSTRIALI, FINANZIARIE, MOBILIARI ED IMMOBILIARI RITENUTE
DALL'ORGANO AMMINISTRATIVO NECESSARIE OD UTILI PER IL CONSEGUIMENTO
DELL'OGGETTO SOCIALE: A TAL ESCLUSIVO FINE PUO' ANCHE ASSUMERE, DIRETTAMENTE O
INDIRETTAMENTE, INTERESSENZE E PARTECIPAZIONI IN ALTRE SOCIETA' OD IMPRESE
AVENTE OGGETTO ANALOGO, AFFINE O CONNESSO AL PROPRIO. SONO TASSATIVAMENTE
ESCLUSI: - L'ATTIVITA' PROFESSIONALE RISERVATA; - LA SOLLECITAZIONE DEL
PUBBLICO RISPARMIO AI SENSI DELL'ART. 18 DELLA LEGGE N. 216/74 E SUCCESSIVE
MODIFICAZIONI; - L'ESERCIZIO NEI CONFRONTI IN VIA PREVALENTE DELLE ATTIVITA'
FINANZIARIE DI CUI ALL'ART. 4 COMMA 2 DELLA LEGGE N. 197/91 E DI CUI AL D.LGS.
385/93; - L'EROGAZIONE DEL CREDITO AL CONSUMO, NEPPURE NELL'AMBITO DEI PROPRI
SOCI, ANCHE SECONDO QUANTO DISPOSTO DAL MINISTERO DEL TESORO CON DECRETO DEL 27
SETTEMBRE 1991 PUBBLICATO SULLA GAZZETTA UFFICIALE N. 227; - LO SVOLGIMENTO
DELLE ATTIVITA' DI CUI ALLA LEGGE N. 1 DEL 1991, DISCIPLINANTE LE SOCIETA' DI
INTERMEDIAZIONE MOBILIARE.

Protocollo n. 331794/2006 del 06/12/2006

*Moduli* **S2 - MODIFICA SOCIETA' , CONSORZIO G.E.I.E, ENTE PUBBLICO ECON.**

**P - ISCRIZIONE NEL RI E REA DI ATTI E FATTI RELATIVI A PERSONE**
Numero modelli: 2

*Atti* **• NOMINA/CONFERMA AMMINISTRATORI**
Data atto: 01/12/2006
Data iscrizione: 06/12/2006
ALTRA FORMA
**• CESSAZIONE AMMINISTRATORI**
Data atto: 01/12/2006
Data iscrizione: 06/12/2006
ALTRA FORMA

*Iscrizioni* Data iscrizione: 06/12/2006
**• FLORIO RENATO**
Codice fiscale: FLRRNT40R24F205J
NOMINA CARICA E/O QUALIFICA/E DI:
ISCRIVE LA PROPRIA NOMINA DI CUI HA AVUTO NOTIZIA IN DATA 01/12/2006 ALLA
CARICA DI AMMINISTRATORE UNICO CON ATTO DEL 01/12/2006 DURATA: ILLIMITATA LA
PERSONA DICHIARA DI AGIRE DA SOLA
DATA PRESENTAZIONE 05/12/2006

Data iscrizione: 06/12/2006

---

Visura storica società' di capitale

**TECNO DEVELOPMENT AND RESEARCH S.R.L. IN LIQUIDAZIONE**

codice fiscale: **03464590961**

• **BLAU NETTY**
Codice fiscale: BLANTY20R50Z102I
CESSAZIONE DALLA CARICA O QUALIFICA DI:
AMMINISTRATORE UNICO

Protocollo n. 111431/2006 del 15/05/2006

*Moduli* **B - DEPOSITO DI BILANCI D'ESERCIZIO ED ELENCO DEI SOCI**

*Atti* • **BILANCIO ABBREVIATO D'ESERCIZIO**
Data atto: 31/12/2005
Data deposito: 15/05/2006
• **COMUNICAZIONE ELENCO SOCI**
Data atto: 18/04/2006
Data iscrizione: 30/05/2006

Protocollo n. 117206/2005 del 09/05/2005

*Moduli* **B - DEPOSITO DI BILANCI D'ESERCIZIO ED ELENCO DEI SOCI**

*Atti* • **BILANCIO ABBREVIATO D'ESERCIZIO**
Data atto: 31/12/2004
Data deposito: 09/05/2005
• **COMUNICAZIONE ELENCO SOCI**
Data atto: 15/04/2005
Data iscrizione: 24/05/2005

Protocollo n. 193632/2004 del 13/07/2004

*Moduli* **B - DEPOSITO DI BILANCI D'ESERCIZIO ED ELENCO DEI SOCI**

*Atti* • **BILANCIO ABBREVIATO D'ESERCIZIO**
Data atto: 31/12/2003
Data deposito: 13/07/2004
• **COMUNICAZIONE ELENCO SOCI**
Data atto: 18/06/2004
Data iscrizione: 22/07/2004

Protocollo n. 198864/2003 del 12/08/2003

*Moduli* **B - DEPOSITO DI BILANCI D'ESERCIZIO ED ELENCO DEI SOCI**

**S - ELENCO SOCI E TITOLARI DI DIRITTI SU AZIONI O QUOTE SOCIALI**

*Atti* • **BILANCIO ABBREVIATO D'ESERCIZIO**
Data atto: 31/12/2002
Data deposito: 28/07/2003
• **COMUNICAZIONE ELENCO SOCI**
Data atto: 26/06/2003
Data iscrizione: 03/02/2004

Visura storica società' di capitale

**TECNO DEVELOPMENT AND RESEARCH S.R.L. IN LIQUIDAZIONE**
codice fiscale: 03464590961

Protocollo n. 345128/2002 del 24/12/2002

*Moduli*  **S6 - ISCRIZIONE DI ATTO DI TRASFERIMENTO DI QUOTE DI S.R.L.**

*Atti*  **• TRASFERIMENTO ED ALTRE OPERAZIONI SU QUOTE DI SRL**
Data atto: 06/12/2002
Data iscrizione: 14/01/2003
SCRITTURA PRIVATA AUTENTICATA
Notaio: SCHIAVO FOLCO
Repertorio n: 168642/8815
Località: MILANO (MI)  del 24/12/2002
Località di registrazione: MILANO (MI)

Protocollo n. 345109/2002 del 24/12/2002

*Moduli*  **S2 - MODIFICA SOCIETA' , CONSORZIO G.E.I.E, ENTE PUBBLICO ECON.**

**P - ISCRIZIONE NEL RI E REA DI ATTI E FATTI RELATIVI A PERSONE**
Numero modelli: 2

*Atti*  **• MODIFICHE ATTO COSTITUTIVO (SOC DI CAPITALI E COOPERATIVE)**
Data atto: 06/12/2002
Data iscrizione: 14/01/2003
ATTO PUBBLICO
Notaio: SCHIAVO DR.FOLCO
Repertorio n: 168641/8814
Località: MILANO (MI)  del 24/12/2002
Località di registrazione: MILANO (MI)
**• CESSAZIONE AMMINISTRATORI**
Data atto: 06/12/2002
Data iscrizione: 14/01/2003
ALTRA FORMA
**• NOMINA/CONFERMA AMMINISTRATORI**
Data atto: 06/12/2002
Data iscrizione: 14/01/2003
ALTRA FORMA

*Iscrizioni*  Data iscrizione: 14/01/2003
TRASFERIMENTO DELLA SEDE LEGALE. INDIRIZZO PRECEDENTE:
MILANO (MI) VIA SETTALA LODOVICO 20

Data iscrizione: 14/01/2003
**• FLORIO RENATO**
Codice fiscale: FLRRNT40R24F205J
CESSAZIONE DALLA CARICA O QUALIFICA DI:
AMMINISTRATORE UNICO

Data iscrizione: 14/01/2003
**• BLAU NETTY**
Codice fiscale: BLANTY20R50Z102I
NOMINA CARICA E/O QUALIFICA/E DI:
ISCRIVE LA PROPRIA NOMINA  DI CUI HA AVUTO NOTIZIA IN DATA 06/12/2002 ALLA
CARICA DI AMMINISTRATORE UNICO DAL 06/12/2002 DURATA: A TEMPO INDETERMINATO LA
PERSONA DICHIARA DI AGIRE DA SOLA
DATA PRESENTAZIONE 24/12/2002

Visura storica societa' di capitale

**TECNO DEVELOPMENT AND RESEARCH S.R.L. IN LIQUIDAZIONE**

codice fiscale: **03464590961**

Protocollo n. 270290/2002 del 10/09/2002

*Moduli*  **UL - APERTURA MODIFICA CESSAZIONE DI UNITA' LOCALE O AZIENDALE**
Numero modelli: 1

Protocollo n. 79194/2002 del 07/03/2002

*Moduli*  **S1 - ISCRIZIONE DI SOCIETA,CONSORZIO, G.E.I.E., ENTE PUBB. ECON.**

**S - ELENCO SOCI E TITOLARI DI DIRITTI SU AZIONI O QUOTE SOCIALI**

**P - ISCRIZIONE NEL RI E REA DI ATTI E FATTI RELATIVI A PERSONE**
Numero modelli: 1

*Atti*  **• ATTO COSTITUTIVO**
Data atto: 21/02/2002
Data iscrizione: 08/03/2002
ATTO PUBBLICO
Notaio: SCHIAVO FOLCO
Repertorio n: 167586/8223
Località: MILANO (MI)  del 05/03/2002
Località di registrazione: MILANO (MI)
**• NOMINA/CONFERMA AMMINISTRATORI**
Data atto: 21/02/2002
Data iscrizione: 08/03/2002
ATTO PUBBLICO
Notaio: SCHIAVO FOLCO
Repertorio n: 167586/8223
Località: MILANO (MI)  del 05/03/2002
Località di registrazione: MILANO (MI)

*Iscrizioni*  Data iscrizione: 08/03/2002
ISCRIZIONE NELLA SEZIONE ORDINARIA DEL REGISTRO DELLE IMPRESE

Data iscrizione: 08/03/2002
**• FLORIO RENATO**
Codice fiscale: FLRRNT40R24F205J
NOMINA CARICA E/O QUALIFICA/E DI:
ISCRIVE LA PROPRIA NOMINA  DI CUI HA AVUTO NOTIZIA IN DATA 21/02/2002 ALLA
CARICA DI AMMINISTRATORE UNICO DAL 21/02/2002 DURATA: FINO ALLA REVOCA
DATA PRESENTAZIONE 07/03/2002

## Estremi atto di costituzione

*Estremi atto di costituzione*  Tipo dell'atto: **ATTO COSTITUTIVO**

Notaio: SCHIAVO FOLCO

Numero repertorio: 167586/8223

Località: MILANO (MI)

Visura storica societa' di capitale
**TECNO DEVELOPMENT AND RESEARCH S.R.L. IN LIQUIDAZIONE**
codice fiscale: **03464590961**

## Attività

**Classificazione ATECORI 2007 della descrizione attività** *(informazione di sola natura statistica)*
Codice: 73.2 - Ricerche di mercato e sondaggi di opinione
Importanza: I - prevalente svolta dall'impresa

**Classificazione ATECORI 2002 della descrizione attività** *(informazione di sola natura statistica)*
Codice: 74.13 - Studi di mercato e sondaggi di opinione
Importanza: I - prevalente svolta dall'impresa

## Addetti

**Addetti** *(Informazione di sola natura statistica)*
Numero addetti dell'impresa rilevati al 30/12/2008

*Valori trimestrali addetti*

| 2008 | Dipendenti | Totale |
|---|---|---|
| Valore medio annuo | 1 | 1 |

*Valori trimestrali addetti*

| 2007 | Dipendenti | Totale |
|---|---|---|
| Valore medio annuo | 1 | 1 |

*Valori trimestrali addetti*

| 2006 | Dipendenti | Totale |
|---|---|---|
| Valore medio annuo | 1 | 1 |

## Sedi secondarie e unità locali cessate

**UNITA' LOCALE n. 1**
SEDE OPERATIVA
Data apertura: 18/08/2002

*Indirizzo*
MILANO (MI)
VIA ANDEGARI 18  cap 20121
Telefono 02 72094747

*Attivita' esercitata*
RICERCHE DI MERCATO CON PARTICOLARE RIFERIMENTO AI PRODOTTI FINANZIARI.

*Classificazione ATECORI 2007 della descrizione attività (informazione di sola natura statistica)*
Codice: 73.2 - Ricerche di mercato e sondaggi di opinione
Importanza: P - primaria Registro Imprese
Data inizio: 18/08/2002

*Classificazione ATECORI 2002 della descrizione attività (informazione di sola natura statistica)*
Codice: 74.13 - Studi di mercato e sondaggi di opinione
Importanza: P - primaria Registro Imprese
Data inizio: 18/08/2002

**Cessazione**
Data cessazione: 26/09/2007
Data domanda: 26/11/2007
Causale: CHIUSURA DELL'UNITA' LOCALE

Visura storica società' di capitale

**TECNO DEVELOPMENT AND RESEARCH S.R.L. IN LIQUIDAZIONE**
codice fiscale: **03464590961**

## Informazioni storiche REA

**Denuncia modifica del 17/10/2007**

Data effetto: 26/09/2007
• **APERTURA UNITA' LOCALE**
MILANO (MI) VIA ANDEGARI 18

**Denuncia modifica del 26/11/2007**

Data effetto: 26/09/2007
• **CESSAZIONE UNITA' LOCALE**
n.1, MILANO (MI) VIA ANDEGARI 18

**Denuncia modifica del 19/12/2006**

Data effetto: 19/12/2006
• **MODIFICA PARTITA IVA A FRONTE RECUPERO AUTOMATICO DALL'AGENZIA DELLE ENTRATE**

**Denuncia modifica del 10/09/2002**

Data effetto: 18/08/2002
• **APERTURA UNITA' LOCALE**
MILANO (MI) VIA ANDEGARI 18

## Aggiornamento impresa

Data ultimo protocollo: 10/12/2008