UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : : : | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | : : | SIPA Liquidation |
| v. | : : | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : : : | |
| Defendant. | : | |

------------------------------------------------------------------ X

## NOTICE OF WITHDRAWAL OF OBJECTION

Adam Fisher Trust, Alexandra Fisher Trust, Amanda Fisher Trust, Elizabeth Horowitz, Elizabeth Horowitz Trust, Harrison B. Fisher Trust, Jared Horowitz, Jared Horowitz Trust, Jodi Horowitz, Jodi B. Fisher Family Trust, Lauren Fisher Trust, Paul Horowitz, Samantha Fisher Trust, Tate Horowitz and Tate Horowitz Trust ("Claimants"), having filed an objection to the Notices of Trustee's Determination of Claim respecting Claimants' Claim (Claim Nos. 011509, 011511, 011512, 011513, 011514, 011515, 011516, 011517, 011518, 011519, 011520, 011521, 011522, 011523 and 011524) (the "Objection") [Docket No. 3548], hereby give notice that they are withdrawing such Objection.

Dated: New York, New York
July 6, 2011

                  KRAMER LEVIN NAFTALIS & FRANKEL LLP

               By:   /s/ Elise Scherr Frejka
                 Philip Bentley
                 Elise Scherr Frejka
                 Juliana Oliveira
                 1177 Avenue of the Americas
                 New York, New York 10036
                 (212) 715-9100
                 (212) 715-8000

                 *Attorneys for Members of the J. Fisher Family, LLC*

KL3 2808899.1