**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff,

   v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
-------------------------------------------------------X
In re:

BERNARD L. MADOFF

                Debtor.
-------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

## ERRATA ORDER

ORDERED that the Memorandum Decision And Order Granting, To The Extent Set Forth Herein, Trustee's Motion To Affirm Trustee's Determinations Denying Claims Of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds be amended as follows:

Page 21, line 5, replace "(the "Plan Trustee")" with "(the "SIPA Trustee")" and "the Plan Trustee informed" with "the SIPA Trustee informed"

Page 21, line 7, replace "the Plan Trustee's interpretation" with "the SIPA Trustee's interpretation"

Page 21, line 10, replace "the Plan Trustee's broad" with "the SIPA Trustee's broad"

Page 22, footnote 22, line 2, replace "the Plan Trustee" with "the trustees"

Dated: New York, New York
       July 7, 2011

                                                /s/ Burton R. Lifland
                                                United States Bankruptcy Judge