

David Gross
7248 Ballantrae Ct
Boca Raton FL 33496-1422



RECEIVED JUL -6 2011 U.S. BANKRUPTCY COURT, SDNY

Thursday, June 30, 2011

IRVING H. PICARD TRUSTEE
C/O BAKER & HOSTETETLER LLP
45 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10111

CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW TORK, NEW YORK 10004

ROR ALL THOSE CONCERNED,

I DAVID GROSS 7248 BALLANTRAE CT BOCA RATON FLORIDA 33496
561 483 4543 -- CELL 516 263 3642  ENCLOSING A COPY OF
THE  ( NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM )

I REALIZE YOU MAY VERY FAMILIAR WITH THIS.

FOR WHATEVER REASON, I AM CONFUSED WITH A NUMBER
OF DIFFERENCES I HAVE LOCATED. I AM UNABLE TO
CO INCIDE WITH SOME OF THE INFORMATION I WILL BE
ENCLOSING. AT THIS TIME. I AM ONLY ENCLOSING A NUMBER
OF DOCUMENTS THAT I HAVE LOCATED PERTAING TO MY
MADOFF ACCOUNTS.

I WILL MAKE NOTATIONS ON THESE DOCUMENTS AND PARTICULARLY
WANT TO BRING TO YOUR ATTENTION THAT AT THE TIME THAT
CONTRIBUTIONS INDICATING MADE TO ME DIRECTLY IS NOT EXACTLY
CORRECT.

ON THESE DOCUMENTS, YOU WILL NOTICE FOR EXAMPLE THAT
A GROSS AMOUNT OF 45000 DOLLARS  CREDITED TO MY ACCOUNT
BUT ACTUALLY ONLY 36000 DOLLARS WAS SENT TO DAVID GROSS
AND 9000 DOLLARS WAS SENT TO THE INTERNAL REVENUE SERVICE..

I WOULD APPROXIMATE THAT 30 OR 40 PERCENT OF FUNDS WAS
DIRECTLY SENT TO THE INTERNAL REVENUE SERVICE.
I AM NOT SURE HOW WE WOULD HANDLE SAME.

I AM ALSO INDICATING ON SOME OF THE ENCLOSED DOCUMENTS
OF CONTRIBUTIONS MADE FROM  I R A  ROLLOVERS FROM
SOME OTHER ACCOUNTS THAT I DAVID GROSS HAD.

I HAVE NOT BEEN ABLE TO BALANCE OUT THESE NUMBERS WITH
THE NOTICE RECEIVED FROM THE TRUSTEE. IT WOULD GREATLY

BE APPRECIATED IF OUR RECORDS WOULD CO INCIDE.

IN FACT I SHOW A NUMBER OF CONTRIBUTIONS THAT I HAVE BEEN UNABLE TO IDENTIFY WITH THE INFORMATION THAT HAS BEEN FORWARDED TO ME..

UPON REVIEWING, THE ENCLOSED DOCUMENTS IT WOULD GREATLY BE APPRECIATED YOU LOOKED AT IT CAREFUULY.

YOU HAVE MY PERMISSION TO CONTACT ALL THOSE INVOLVED WITH THE ENCLOSED DOCUMENTS . I IN APOSITION TO ENCLOSE MORE DOCUMENTS, BUT I GUESS THIS SHOULD BE A START.

SINCERELY

DAVID GROSS