BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON JULY 12, 2011 AT 10:00 A.M.**

**UNCONTESTED MATTER**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

1.   Motion for an Order Approving an Initial Allocation of Property to the Fund of Customer Property and Authorizing an Interim Distribution to Customers filed by David J. Sheehan (Filed:  5/4/2011) [ECF No. 4048]

300170854

<u>Related Documents:</u>

A. Affidavit of Matthew Cohen in Support of the Trustees Motion for an Order Approving an Initial Allocation of Property to the Fund of Customer Property and Authorizing an Interim Distribution to Customers (related document 4048) filed by David J. Sheehan (Filed:  5/4/2011) [ECF No. 4049]

B. Affidavit of Service of Motion for an Order Approving an Initial Allocation of Property to the Fund of Customer Property and Authorizing an Interim Distribution to Customers and Affidavit of Matthew Cohen in Support of the Trustees (related documents 4048, 4049) filed by Marc E. Hirschfield (Filed:  5/10/2011) [ECF No. 4061]

C. Affidavit of Service of Motion for an Order Approving an Initial Allocation of Property to the Fund of Customer Property and Authorizing an Interim Distribution to Customers, Affidavit of Matthew Cohen, and Amended Notice of Hearing on Sixth Applications for Interim Compensation (related documents 4054, 4048, 4049) filed by David J. Sheehan (Filed:  5/12/2011) [ECF No. 4065]

<u>Responses Filed:</u>

D. Response to Motion Memorandum of Law of the Securities Investor Protection Corporation in Support of Trustee's Motion for an Order Approving an Initial Allocation of Property to the Fund of Customer Property and Authorizing an Interim Distribution to Customers (related document 4048) filed by Josephine Wang (Filed:  6/21/2011) [ECF No. 4181]

Dated: New York, New York
       July 11, 2011

**BAKER & HOSTETLER LLP**

By:    */s/ David J. Sheehan*
       Baker & Hostetler LLP
       45 Rockefeller Plaza
       New York, NY  10111
       Telephone: (212) 589-4200
       Facsimile: (212) 589-4201
       David J. Sheehan
       Email: dsheehan@bakerlaw.com
       Marc E. Hirschfield
       Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC And Bernard L.
Madoff*