**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | )<br>)<br>) |
| Plaintiff-Applicant, | )<br>) |
| v. | ) Adversary Proceeding<br>) No. 8-01789-BRL |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | )<br>) SIPA Liquidation<br>) (Substantively Consolidated) |
| Defendant. | )<br>) |

**NOTICE OF APPEAL**

Appellants, James L. Kruse, Henry T. DeNero and Nancy S. DeNero, Charles F. Rolecek, C. Thomas Brown and Margaret H. Brown, Sally S. Beaudette, Marshall G. Rowe, Lee F. Wood, Harvey A. Taylor, Markian D. Stecyk, Donald H. Hangen, Martha L. Wood, Robert H. Scott and Molly McNaughton, Jan Feldman, and James P. Dulany, claimants in this action, hereby appeal pursuant to 28 U.S.C. § 158(a)(1) to the United States District for the Southern District of New York from the Memorandum Decision and Order Granting, to the Extent Set Forth Herein, Trustee's Motion to Affirm Trustee's Determination Denying Claims of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds, of this Court, entered in this action on the 28th day of June, 2011, as amended by Errata Order entered on the 7th day of July, 2011 (the "Order").

1

The names of the parties set forth in the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are:

*Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff:*

David Sheehan, Esq.
Seanna R. Brown, Esq.
Bik Cheema, Esq.
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200

*Securities Investor Protection Corporation:*

Josephine Wang, Esq.
Kevin H. Bell, Esq.
Christopher H. LaRosa, Esq.
SECURITIES INVESTOR PROTECTION CORPORATION
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005
(202) 371-8300

*Securities and Exchange Commission:*

Katharine B. Gresham, Esq.
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E., Room 8115
Washington, DC 20549
(202) 551-5148

*Jewish Community Foundation of the Jewish Federal Council of Greater Los Angeles:*

John C. Holmes, Esq.
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, CA 90071
(213) 680-2800

*Black River Associates, L.P. and its Members:*

Chester B. Salomon, Esq.
BECKER, GLYNN, MELAMED & MUFFLY LLP
299 Park Avenue
New York, NY 10171
(212) 888-3033

*Diane and Roger Peskin, Maureen Ebel, and a large group of other customers:*

Helen Davis Chaitman, Esq.
BECKER & POLIAKOFF LLP
45 Broadway, 11th Floor
New York, NY 10006
(212) 599-3322

*Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund, Bricklayers & Allied Craftworkers, Local No. 2, AFL-CIO Building Trade Employees Insurance Fund, Central New York Laborers' Pension Fund, Central New York Laborers' Training Fund, Construction Employers Association of CNY, Inc., Construction and General Laborers' Local No. 633, AFL-CIO, Engineers Joint Welfare Fund, Engineers Joint Training Fund, International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund, International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Annuity Fund, Laborers' Local 103 Welfare Fund, New York State Lineman's Safety Training Fund, Oswego Roofers' Local 195 Annuity Fund, Roofers' Local 195 Health & Accident Fund, Syracuse Builders Exchange, Inc/CEA Pension Plan, Service Employees Benefit Fund, Service Employees Pension Fund of Upstate New York, S.E.I.U. Local 200 United, AFL-CIO, Syrabex, Inc. Syracuse Builders Exchange, Inc., U.A. Local 73, Plumbers & Fitters, AFL-CIO, Local 73 Retirement Fund, Update New York Bakery Drivers and Industry Pension Fund and Upstate Union Health and Welfare Fund:*

Jennifer A. Clark, Esq.
Charles E. Blitman, Esq.
Bernard T. King, Esq.
James R. LaVaute, Esq.
BLITMAN & KING LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, NY 13204
(315) 422-7111

*NBK Investors:*

Richard A. Cirillo, Esq.
Lauren W. Mitchell, Esq.
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036
(212) 556-2100

Dated: July 11, 2011           By:      /s/  William L. Chapman
                                        William L. Chapman (NH Bar No. 397)
                                        One Eagle Square
                                        P.O. Box 3550
                                        Concord, NH  03302-3550
                                        (603) 224-2381
                                        wchapman@orr-reno.com

                                        *Attorney for Claimants-Appellants*

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Appeal has been sent on this 11th day of July, to the attorneys for the parties listed herein by First Class mail and the other parties of record by ECF.

Date: July 11, 2011              /s/  William L. Chapman
                                 William L. Chapman

781293_1.DOC