ROPES & GRAY LLP
Christopher G. Green (*pro hac vice pending*)
James A. Wright III (JW 3007)
Andrew G. Devore (*pro hac vice pending*)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  (617) 951-7000
Facsimile:   (617) 951-7050

*Attorneys for The Trustees of Tufts College*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| *Plaintiff*, | Adv. Pro. No. 08-01789 (BRL) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| *Defendant*, | |
| In re: | |
| BERNARD L. MADOFF, | Case No. 09-11893 (BRL) |
| *Debtor*. | |

## NOTICE OF APPEAL

The Trustees of Tufts College hereby appeal under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York from all aspects of the *Memorandum Decision And Order Granting, To The Extent Set Forth Herein, Trustee's Motion To Affirm Trustee's Determinations Denying Claims Of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds* corrected by an *Errata Order* (Doc. No. 4209)

27226981_1

(collectively, the "Memorandum Decision") (Doc. No. 4193), of the United States Bankruptcy Court for the Southern District of New York entered in the above-captioned SIPA Liquidation proceeding on June 28, 2011. The names of all of the relevant parties to the Memorandum Decision in the SIPA Liquidation proceeding and the names, addresses, and telephone numbers of the respective attorneys, if any, are set forth on Exhibit A hereto.

Dated: July 12, 2011

ROPES & GRAY LLP

/s/ James A. Wright III
Christopher G. Green (*pro hac vice pending*)
James A. Wright III (JW 3007)
Andrew G. Devore (*pro hac vice pending*)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Attorneys for The Trustees of Tufts College*

# EXHIBIT A

PARTIES TO MEMORANDUM DECISION

| PARTY | COUNSEL |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff | Baker & Hostetler LLP<br>David Sheehan, Esq.<br>Seanna R. Brown, Esq.<br>Bik Cheema, Esq.<br>45 Rockefeller Plaza, New York, NY 10111<br>Telephone 212-589-4200 |
| The Securities Investor Protection Corporation | Securities Investor Protection Corporation<br>Josephine Wang, Esq.<br>Kevin H. Bell, Esq.<br>Christopher H. LaRosa, Esq.<br>805 Fifteenth Street, N.W., Suite 800<br>Washington, D.C. 20005<br>Telephone 202-371-8300 |
| The Securities and Exchange Commission | Securities and Exchange Commission<br>Katherine B. Gresham, Esq.<br>100 F Street, N.E., Room 8115<br>Washington, D.C. 20549<br>Telephone 202-551-5148 |
| The Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles | Barger & Wolen LLP<br>John C. Holmes, Esq.<br>633 West Fifth Street, 47th Floor<br>Los Angeles, CA 90071<br>Telephone 213-680-2800 |
| Black River Associates, L.P. and its Members | Becker, Glynn, Melamed & Muffly LLP<br>Chester B. Salomon, Esq.<br>299 Park Avenue<br>New York, NY 10171<br>Telephone 212-888-3033 |
| Diane and Roger Peskin, Maureen Ebel, and a large group of other customers | Becker & Poliakoff LLP<br>Helen Davis Chaitman, Esq.<br>45 Broadway, 11th Floor<br>New York, NY 10006<br>Telephone, 212-599-3322 |

27226981_1

| PARTY | COUNSEL |
|---|---|
| Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, NY, et al | Blitman & King LLP<br>Jennifer A. Clark, Esq,<br>Charles E. Blitman, Esq.<br>Bernard T. King, Esq.<br>James R. LaVaute, Esq.<br>443 North Franklin Street<br>Syracuse, NY 113204<br>Telephone 315-422-7111 |
| Kathryn M. Quickley<br>217 West 19th Street, Apt. 9<br>New York, NY 10011 | |
| Stephen J. Hoffman<br>P.O. Box 3580<br>Stamford, CT 06905 | |
| William B. Korb IRA, Roger A. Enrico IRA, Charles & Miriam Wood, Charitable Remainder Trust U/A 12803, John E. Guinness Revocable Trust Dtd. 6/11/92, Raymond M. Murphy, and Peter A. Carfegna Charitable Remainder Trust | Meyer, Suozzi, English & Klein, P.C.<br>Jil Mazer-Marino, Esq.<br>990 Stewart Avenue, Suite 300<br>P.O. Box 9194<br>Garden City, N.Y. 11530-9194<br>Telephone 516-741-6565<br><br>and<br><br>Edward W. Cochran, Esq.<br>20030 Marchmont Road<br>Shaker Heights, Ohio 44122<br>Telephone 216 751 5546 |

27226981_1

| PARTY | COUNSEL |
|---|---|
| Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund, Bricklayers & Allied Craftworkers, Local No.2, AFL-CIO, Building Trade Employers Insurance Fund, Central New York Laborers' Annuity Fund, Central New York Laborers' Health and Welfare Fund, Central New York Laborers' Pension Fund, Central New York Laborers' Training Fund, Construction Employers Association of CNY, Inc., Construction and General Laborers' Local No. 633, AFL-CIO, Engineers Joint Welfare Fund, Engineers Joint Training Fund, International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund, International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Fund, I.B.E.W. Local 241 Welfare Benefits Fund, I.B.E.W. Local 910 Welfare Fund, Laborers' Local 103 Annuity Fund, Laborers' Local 103 Welfare Fund, New York State Lineman's Safety Training Fund, Oswego Laborers' Local No. 214 Pension Fund, Plumbers, Pipefitters and Apprentices Local No. 112 Health Fund, Roofers' Local 195 Annuity Fund, Roofers' Local 195 Health & Accident Fund, Syracuse Builders Exchange, Inc./CEA Pension Plan, Service Employees Benefit Fund, Service Employees Pension Fund of Upstate New York, S.E.I.U. Local200United, AFL-CIO, Syrabex, Inc., Syracuse Builders Exchange, Inc., U.A. Local 73, Plumbers & Fitters, AFL-CIO, Local 73 Retirement Fund, Upstate New York Bakery Drivers and Industry Pension Fund and Upstate Union Health and Welfare Fund | Blitman & King LLP<br>Jennifer A. Clark, Esq.<br>Franklin Center, Suite 200<br>443 North Franklin Street<br>Syracuse, NY 13204-5412<br>Telephone 315 422 7111 |
| Von Rautenkranz Nachfolger Special Investments LLC | Withers Bergman LLP<br>Jeremy A. Mellitz, Esq.<br>430 Park Avenue, 10th Floor<br>New York, NY 10022<br>Telephone 212 848 9800 |

27226981_1

| PARTY | COUNSEL |
|---|---|
| Upstate New York Bakery Drivers and Industry Pension Fund | Bisceglie & DeMarco, LLC<br>Mark I. Silberblatt, Esq.<br>365 Rifle Camp Road<br>Woodland Park, NJ 07424<br>973 742 8900 |
| Nancy L. McNally Trust | |
| David E.I. Pyott, Trustee and Julianna E. Pyott, Trustee for the David and Julianna Pyott Living Trust | |
| Jonathan and Heather Ive, Trustees for The Ive Revocable Trust | |
| Michael E. Campbell<br>181 Turn of River Road, Unit #5<br>Stamford, CT 06905 | |
| AXA Private Management | Mayer Brown LLP<br>Fred W. Reinke, Esq.<br>1999 K Street, N.W.<br>Washington, D.C. 20006-1101<br>Telephone 202 263 3000<br><br>and<br><br>Mayer Brown LLP<br>Jeffrey G. Tougas, Esq.<br>1675 Broadway<br>New York, New York 10019<br>Telephone 212 506 2500 |
| Aegis Holdings (Onshore) Inc. FBO The Beaumont Master Fund LLC, and Mount Yale Highland Fund: A Series of Mount Yale Master Portfolios, LP | Faegre & Benson LLP<br>Leif T. Simonson, Esq.<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone 612 766 7000 |
| Colson H. Hillier Jr. IRA | Jacobs Scholz & Associates, LLC<br>Arthur I. Jacobs, Esq.<br>Richard J. Scholz, Esq.<br>961687 Gateway Blvd., Ste. 2011<br>Fernandina Beach, FL 32034<br>Telephone 904 261 3693 |

27226981_1

| PARTY | COUNSEL |
|---|---|
| The Suzanne & Charles Haar Family Foundation Inc. and Charles M. Haar | Nixon Peabody LLP<br>J. William Codinha, Esq.<br>Timothy W. Mungovan, Esq.<br>Deborah C. Burton, Esq.<br>100 Summer Street<br>Boston, MA 02110<br>Telephone 617 345 1000 |
| Maude Davis | Liddle & Robinson, L.L.P.<br>Jeffrey L. Liddle, Esq.<br>Ethan A. Brecher, Esq.<br>David H. Feldstein, Esq.<br>800 Third Avenue<br>New York, NY 10022<br>Telephone 212 687 8500 |
| Nicholas V. Boraggina Revocable Trust | |
| Greg David Anderson | |
| Lawrence Rebak and Paula Rebak<br>5 East Lyon Farm Drive<br>Greenwich, CT 06831 | |
| Joseph Hanson | |
| Daniel Whittenburg | |
| Barbara Scherr, William Matz Revocable Trust, Allison Matz Sepielli, Susan Schneider, Family Partners, LLP (Prime Fund), Family Partners, LLP (Broad Fund), Dr. Steven Fagien and Debra Fagien, Levinson Enterprises, L.P., Jane K. Mirande Revocable Trust, and Gerald Greenspoon | Adorno & Yoss LLP<br>Jan Douglas Atlas, Esq.<br>350 East Las Olas Boulevard, Suite 1700<br>Fort Lauderdale, Florida 33301-4217<br>Telephone 954 763 1200 |
| Hans L. Cartensen III, Nader F. Dareshori, Peter P. Jenkins, Darren R. Scandone Trust, Arthur I. Segel, The Trustees of Tufts College, and Stichting Shell Pensioenfonds | Ropes & Gray LLP<br>James A. Wright, III, Esq.<br>Christopher G. Green, Esq.<br>Andrew G. Devore, Esq.<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 |
| Anchor Holdings, LLC | Johnson, Pope, Bokor, Ruppel & Burns, LLP<br>Angelina E. Lim, Esq.<br>Michael C. Cronin, Esq.<br>911 Chestnut Street<br>Clearwater, FL 33757-1368<br>Telephone 727 461 1818 |

27226981_1

| PARTY | COUNSEL |
|---|---|
| DeMatteis FLP Assets, LLC and The 2001 Frederick DeMatteis Revocable Trust | Ruskin Moscou Faltischek, P.C. Mark S. Mulholland 1425 RXR Plaza East Tower, 15th Floor Uniondale, NY 11556 Telephone 516 663 6600 |
| Diane and Roger Peskin, Maureen Ebel, and a large group of other customers | Becker & Poliakoff LLP Helen David Chaitman, Esq. 45 Broadway New York, NY 10006 Telephone 212 599 3322 |
| Burton Harold Moss Individual Retirement Account, Burt Moss & Associates, Inc. 401K Plan, and Burt & Susan Moss, Ten Ent | Schoeppl & Burke, P.A. Carl F. Schoeppl, Esq. 4651 North Federal Highway Boca Raton, Florida 33431 Telephone 561 394 8301 |
| Ermitage Finance Corporation | Lewis Tein, P.L. Susan Capote, Esq. 3059 Grand Avenue, Suite 340 Coconut Grove, Florida 33133 Telephone 305 442 1101 |
| Esteban Arce Herrera and Nieves Santisteban | Mound Cotton Wollan & Greengrass Arthur M. Handler, Esq. Robert S. Goodman, Esq. One Battery Park Plaza New York, NY 10004 Telephone 212 804 4200 |
| Marshall G. Rowe | Orr & Reno, P.A. William L. Chapman, Esq. One Eagle Square P.O. Box 3550 Concord, NH 03302-3550 Telephone 603 224 2381 |
| John A. Jones Revocable Living Trust | |
| Patsy Jones Revocable Living Trust | |
| Roxy Management Defined Benefit Pension Plan | |
| Richard Mogg Revocable Trust | |
| Michael Sandler, IRA | |

27226981_1

| PARTY | COUNSEL |
|---|---|
| Jitendra Gopaldas, Gopal Gangaram Bhatia, Kishanchand Gangaram Bhatia, Nirmala Kishanchand, Jayashree Bhatia, Nirmala K. Bhatia, Pushpa Gangaram Bhatia, Mandakini Manish Gajaria, Ashokkumar Damodardas Raipancholia, Dilip Damodardas Raipancholia, Rajeshkumar Damodardas Raipancholia, Kishu Nathurmal Uttamchandani, Prerna Vinod Uttamchandani, Arjan Mohandas Bhatia, Kishin Mohandas Bhatia, Suresh M. Bhatia, Bharat Mohandas, Rajendrakumar Patel, Vandna Patel, Tradewaves Ltd., Parasram Daryani, Neelam P. Daryani, Vikas P. Daryani, Nikesh P. Daryani, and Aarvee Ltd. | Crowell & Moring LLP<br>William M. O'Connor, Esq.<br>Mark S. Lichtenstein, Esq.<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2524<br>Telephone 212 223 4000 |
| Booming Inversiones S.I.C.A.V., S.A., Gassolans Inversiones S.I.C.A.V., S.A., Hathor Invest S.I.C.A.V., S.A., Inversiones Lutimo S.I.C.A.V., S.A., Shilling Inversiones S.I.C.A.V., S.A., Privat Fondos Global F.I., Strip Inversiones S.I.C.A.V., S.A., Oversea Chinese Bank Nominees PTE Ltd., and Riva y Garcia Seleccion Alternativa IICIICL | Morrison & Foerster LLP<br>Karen Ostad, Esq.<br>Michael Miller, Esq.<br>Erica Richards, Esq.<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone 212 468 8000 |
| US Trust Co UD Peter M. Lehrer, Peter M. Lehrer and Eileen Lehrer, JSBR Associates LP, The Apmont Group Inc. Pension Plan, and Milton Fine Revocable Trust and Milton Fine 1997 Charitable Remainder Unitrust | Cadwalader, Wickersham & Taft LLP<br>Dennis J. Block, Esq.<br>Martin L. Seidel, Esq.<br>One World Financial Center<br>New York, NY 102881<br>Telephone 212 504 6000 |
| Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles | Barger & Wolen, LLP<br>Dennis C. Quinn, Esq.<br>10 E. 40th Street<br>40th Floor<br>New York, N.Y. 10016-0301<br>Telephone 212 557 2800 |

27226981_1

| PARTY | COUNSEL |
|---|---|
| Spring Mountain Capital, LP, on behalf of SMC Alternative Strategies Fund, Ltd., SMC Alternative Strategies Fund, LLC, Spring Mountain Capital, LP., Centigrade Fund Limited, Spring Mountain Capital, LP., SMC Select Co-Investment Feeder Fund I, LLC, Spring Mountain Capital, LP., Morris Fuchs Holdings, LLC, SMC Leveraged Fund, Ltd., Spring Mountain Capital, LP., SMC Leveraged Fund, LLC, Spring Mountain Capital, LP., Spring Mountain Partners Overseas I, Ltd., Spring Mountain Capital, LP., Spring Mountain Partners QP I, LP, Spring Mountain Capital, LP., SMC Reserve Fund II Offshore, L.P., Spring Mountain Capital, LP., and SMC Reserve Fund II, LP, Spring Mountain Capital, LP. | Simpson Thacher & Bartlett LLP<br>Linda H. Martin, Esq.<br>Joshua A. Levine, Esq.<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone 212 455 2000 |
| Collace Services Limited, Felkirk Limited | Withers Bergman LLP<br>Hollis Gonerka Bart, Esq.<br>Chaya F. Weinberg-Brodt, Esq.<br>430 Park Avenue, 10th Floor<br>New York, NY 10022-3505<br>Telephone 212 848 9800 |
| Peter Zutty and Robert Zutty | Jaspan Schlesinger LLP<br>Steven R. Schlesinger, Esq.<br>300 Garden City Plaza<br>Garden City, New York 11530<br>Telephone 516 746 8000 |
| Angels Park Management SA, Bright Colors Design Center Inc. Panama, and Saucelle Investment SA Panama | Withers Bergman LLP<br>Brian Dunefsky, Esq.<br>430 Park Avenue, 10th Floor<br>New York, New York 10022<br>Telephone 212 848 9800 |
| Jordan Group, LLC | Jacobs Law Group, P.C.<br>Neal A. Jacobs, Esq.<br>Gene M. Linkmeyer, Esq.<br>Matthew Cole, Esq.<br>Kimber P. Schladweiler, Esq.<br>2005 Market Street, Suite 1120<br>One Commerce Square<br>Philadelphia, PA 19103<br>Telephone 215 569 9701 |

27226981_1

| PARTY | COUNSEL |
|---|---|
| Braymar Holdings Limited | Wolff & Samson PC<br>Ronald L. Israel, Esq.<br>140 Broadway, 46th Floor<br>New York, NY 10005 |
| Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sigma Limited, and Christopher D. Stride As Liquidator of And For Fairfield Lambda Limited | Brown Rudnick LLP<br>David J. Molton, Esq.<br>William R. Baldiga, Esq.<br>May Orenstein, Esq.<br>Daniel J. Saval, Esq.<br>Seven Times Square<br>New York, New York 10036<br>Telephone 212 209 4800 |
| NBK Investors and Lemania SICAV-SIF, NBK Banque Privee (Suisse) SA, National Bank of Kuwait, S.A.K. | King & Spalding LLP<br>Richard A. Cirillo, Esq.<br>Lauren W. Mitchell, Esq.<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone 212 556 2100 |
| Aozora Bank Ltd. | Alston & Bird LLP<br>Martin G. Bunin, Esq.<br>Karl Geercken, Esq.<br>90 Park Avenue<br>New York, New York 10016<br>Telephone 212 210 9400 |
| FutureSelect Prime Advisor II, LLC, Merriwell Fund, L.P., Telesis IIW, LLC, RCW Group, Inc., Ronald Ward and Dianne Ward | Thomas, Alexander & Forrester LLP<br>Emily Alexander, Esq.<br>14 27th Avenue<br>Venice, California 90291<br>Telephone 310 961 2536 |
| Gregory P. Ho<br>100 Riverside Drive – Apt. 8A<br>New York, NY 10024<br>Telephone 212 292 8310 | |
| Richard H. Pauker and Joyce M. Pauker<br>72 Terra Nova Circle<br>Westport, CT 06880 | |
| Isakow Foundation | |
| Jeff and Karen Hansen Family Trust | |
| Howard Siegel, on behalf of the Siegel IRA<br>154 Porto Vecchio Way<br>Palm Beach Gardens, FL 33418<br>Telephone 561 493 8799 | |
| Hayden H. Harris REV LV TR dtd 3/6/98 | |
| Marcus Erling on behalf of the Marcus Erling IRA | |

27226981_1

| PARTY | COUNSEL |
|---|---|
| Robert Mansfield and Andrea Mansfield, JTWROS | |
| Irving I. Gottesman | |
| Nathan and Etta S. Kantor JTIC | |
| Raymo Dallavecchia Jr. IRA | |
| Lisa Greenberg | |
| Phillip Lee McStotts Trust | |
| Dorothy Klausner (IRA) | |
| Ermitage Finance Corporation | Lewis Tein, P.L.<br>Susan Capote, Esq.<br>3059 Grand Avenue, Suite 340<br>Coconut Grove, Florida 33133<br>Telephone 305 442 1101 |
| Dorothy Klausner, Rev. Liv. Tr. 2nd Amendment | |
| David P. Carlin IRA Rollover | |
| David Carlin Family Investments LLC | |
| A. Eugene Kohn | |
| Evans Family Trust | |
| Ellen Diamond Waldman<br>645 Sheridan Rd<br>Highland Park, Illinois 60035 | |
| Candace Newlove | |
| Sun Family Trust | |
| The Dara Sun 2006 Irrevocable Trust | |
| Philip E Carlin Family CRUT #1 | |
| Philip E Carlin Family CRUT #2 | |

27226981_1

| PARTY | COUNSEL |
|---|---|
| Amir & Naama Peleg, Shlomo & Miriam Abrahamer, Avishai & Leah Silvershatz, Miri Segal Dovrat, Joseph & Yael Zylberberg, Aryeh & Michal Berman, Power King Ltd., Yovav & Esther Feffer, Shlomit & Gideon Steinitz, Uzi & Mina Gazit, Yochanan Yahali Slonim & Margarit Slonim, Eyal and Tali Berkovich, Shoshana Gitelman, Arie & Ayala Givony, B.H.K. Investments, Eti Ziv Av, Mordechai & Yael Bejarano, Jacob & Nava Aizikowitz, Rann & Tamar Smorodinsky, Moshe and Naomi Fejgin, Rachel & Dafna Aviv, Crecsent Advisors, The Lolita Trust, Rachel Aviv, Michael & Daliha Belkin, Sergio Drabkin, Shimon Laor, Joseph and Ruth Shapira, Dror & Edith Avni, Dror & Ravit Cohen, M.T.B.N., Kochanovsky Zafrir & Mira, Daniela Epstein, Doron & Vered Behar, Ayelet & Nachum Tal, Rachel & Dana Aviv, Shlomo Dovrat, M.G.L Zeevi, Dafna & Michael Harlev, Rachel & Doron Aviv, Cape Verde Group Ltd., AYI International Holdings SA, Stirs International Investments Ltd., Jacob & Naomi Rozengarten, Rachel & Dalit Aviv, Asher and Aliza Kutner, Jeannette Goldstein & Ruth Kerem, Tamar Shine Rakavy, Yossef Yechieli, Jennette & Ariella Goldstein, and Rossana Powsner | M. Seligman & Co. 23 Menahem Begin Rd. p.o.b. 36090 Tel-Aviv, 66184 Israel |
| Lemke Family Trust | |
| Neal Behrend Gift Trust | |
| 17665 Newhope Mfg., LLC | |

27226981_1