WILSON SONSINI GOODRICH & ROSATI
  PROFESSIONAL CORPORATION
Jessica L. Margolis
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: 212.999.5800
Facsimile: 212.999.5899

BERKMAN, GORDON, MURRAY & DEVAN
J. Michael Murray
Raymond V. Vasvari, Jr.
55 Public Square Suite 2200
Cleveland, Ohio 44113-1949
Telephone: 216.781.5245
Facsimile: 216.781-8207

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION                    :
CORPORATION,                                      :    Adv. Pro. No. 08-01789 (BRL)
                           Plaintiff,                                         :
                                                  :    SIPA LIQUIDATION
                                v.                                              :
                                                  :    (Substantively Consolidated)
BERNARD L. MADOFF INVESTMENT                      :
SECURITIES LLC,                                   :
                                                  :
                                                  :
                           Defendant,                                         :
---------------------------------------------------------------------x
---------------------------------------------------------------------x
In re:                                            :
                                                  :
BERNARD L. MADOFF                                 :
                                                  :
                                                  :
                           Debtor.                                            :
---------------------------------------------------------------------x

## NOTICE OF APPEAL

Claimants-appellant the John E. Guinness Revocable Trust Dated June 11, 1992 hereby appeals under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York from all aspects of the *Memorandum Decision and Order Granting, To The Extent*

*Set Forth Herein, Trustee's Motion To Affirm Trustee's Determinations Denying Claims Of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds* (Docket No. 4193), entered by the United States Bankruptcy Court for the Southern District of New York in the above-captioned SIPA liquidation proceeding on June 28, 2011, as corrected by the *Errata Order* (Docket No. 4209) entered by the Court on July 7, 2011 (collectively, "Memorandum Decision"). The names of all of the relevant parties to the Memorandum Decision in the SIPA Liquidation proceeding and the names, addresses, and telephone numbers of the respective attorneys are as follows:

| PARTY | COUNSEL |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff | Baker & Hostetler LLP<br>David Sheehan, Esq.<br>Seanna R. Brown, Esq.<br>Bik Cheema, Esq.<br>45 Rockefeller Plaza, New York, NY 10111,<br>Telephone 212-589-4200 |
| The Securities Investor Protection Corporation | Securities Investor Protection Corporation<br>Josephine Wang, Esq.<br>Kevin H. Bell, Esq.<br>Christopher H. LaRosa, Esq.<br>805 Fifteenth Street, N.W., Suite 800<br>Washington, D.C. 20005<br>Telephone 202-371-8300 |
| The Securities and Exchange Commission | Securities and Exchange Commission<br>Katherine B. Gresham, Esq.<br>100 F Street, N.E., Room 8115<br>Washington, D.C. 20549<br>Telephone 202-551-5148 |
| The Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles | Barger & Wolen LLP<br>John C. Holmes, Esq.<br>633 West Fifth Street, 47th Floor<br>Los Angeles, CA 90071<br>Telephone 213-680-2800 |

| | |
|---|---|
| Black River Associates, L.P. and its Members | Becker, Glynn, Melamed & Muffly LLP<br>Chester B. Salomon, Esq.<br>299 Park Avenue<br>New York, NY 10171<br>Telephone 212-888-3033 |
| Diane and Roger Peskin, Maureen Ebel, and a large group of other customers | Becker & Poliakoff LLP<br>Helen Davis Chaitman, Esq.<br>45 Broadway, 11th Floor<br>New York, NY 10006<br>Telephone, 212-599-3322 |
| Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund, Bricklayers & Allied Craftworkers, Local No. 2, AFL-CIO Building Trade Employees Insurance Fund, Central New York Laborers' Pension Fund, Central New York Laborers' Training Fund, Construction Employers Association of CNY, Inc., Construction and General Laborers' Local No. 633, AFL-CIO, Engineers Joint Welfare Fund, Engineers Joint Training Fund, International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund, International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Annuity Fund, Laborers' Local 103 Welfare Fund, New York State Lineman's Safety Training Fund, Oswego Roofers' Local 195 Annuity Fund, Roofers' Local 195 Health & Accident Fund, Syracuse Builders Exchange, Inc/CEA Pension Plan, Service Employees Benefit Fund, Service Employees Pension Fund of Upstate New York, S.E.I.U. Local 200 United, AFL-CIO, Syrabex, Inc. Syracuse Builders Exchange, Inc., U.A. Local 73, Plumbers & Fitters, AFL-CIO, Local 73 Retirement Fund, Update New York Bakery Drivers and Industry Pension Fund and Upstate Union Health and Welfare Fund | Blitman & King LLP<br>Jennifer A. Clark, Esq.<br>Charles E. Blitman, Esq.<br>Bernard T. King, Esq.<br>James R. LaVaute, Esq.<br>443 North Franklin Street<br>Syracuse, NY 113204<br>Telephone 315-422-7111 |

3

Dated: New York, New York
July 12, 2011

                           Respectfully submitted,

                           By: /s/ Jessica L. Margolis

WILSON SONSINI GOODRICH & ROSATI
  PROFESSIONAL CORPORATION
Jessica L. Margolis
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: 212.999.5800
Telecopier: 212.999.5899

J. Michael Murray*
Raymond V. Vasvari, Jr.*
Berkman, Gordon, Murray & DeVan
55 Public Square Suite 2200
Cleveland, Ohio 44113-1949
Telephone: 216-781-5245
Telecopier: 216-781-8207

*Attorneys for Claimant-Appellant*
*The John E. Guinness Revocable*
*Trust Dated June 11, 1992*

\*Admitted pro hac vice

4