Susan Power Johnston
Ronald A. Hewitt
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
phone: (212) 841-1000
fax: (212) 841-1010

- and -

Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
phone: (202) 662-6000
fax: (202) 662-6291

*Counsel to Mel Enterprises Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION CORPORATION,

Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

Defendant.

-------------------------------------------------------------x

In re:

BERNARD L. MADOFF,

Debtor.

-------------------------------------------------------------x

Adversary Proceeding
No. 08-01789-BRL

SIPA Liquidation
(Substantively Consolidated)

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Mel Enterprises Ltd. hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158 and Rule 8001(a) of the Federal Rules of Bankruptcy Procedure, from the Memorandum Decision And Order Granting, To The Extent Set Forth Herein, Trustee's Motion To Affirm Trustee's Determinations Denying Claims Of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds, dated June 28, 2011 (the "Memorandum Decision and Order") [Docket No. 4193], as amended by the Errata Order, dated July 7, 2011 (the "Errata Order" and together with the Memorandum Decision and Order, the "Orders") [Docket No. 4209].

The names of all parties to the Orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

David Sheehan, Esq.
Seanna R. Brown, Esq.
Bik Cheema, Esq.
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

Josephine Wang, Esq.
Kevin H. Bell, Esq.
Christopher H. LaRosa, Esq.
SECURITIES INVESTOR PROTECTION CORPORATION
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005
Telephone: (202) 371-8300
Facsimile: (202) 371-6728

*Attorneys for the Securities Investor Protection Corporation*

Katharine B. Gresham, Esq.
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E., Room 8115
Washington, DC 20549
Telephone: (202) 551-5148
Facsimile: (202) 772-9260

*Attorneys for the S.E.C.*

John C. Holmes, Esq.
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, CA 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

*Attorneys for the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles*

Chester B. Salomon, Esq.
BECKER, GLYNN, MELAMED &
MUFFLY LLP
299 Park Avenue
New York, NY 10171
Telephone: (212) 888-3033
Facsimile: (212) 888-0255

*Attorneys for Black River Associates, L.P. and its Members*

Jennifer A. Clark, Esq.
Charles E. Blitman, Esq.
Bernard T. King, Esq.
James R. LaVaute, Esq.
BLITMAN & KING LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, NY 13204
Telephone: (315) 422-7111
Facsimile: (315) 471-2623

*Attorneys for Bricklayers and Allied Craftsmen Local 2 Annuity Fund and a large group of other unions, employee benefit and pension funds*

Dennis B. Auerbach, Esq.
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

- and -

Susan Power Johnston, Esq.
Ronald A. Hewitt, Esq.
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010

*Counsel to Mel Enterprises Ltd.*

Helen Davis Chaitman, Esq.
BECKER & POLIAKOFF LLP
45 Broadway, 11th Floor
New York, NY 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295

*Attorneys for Diane and Roger Peskin, Maureen Ebel, and a large group of other customers*

Richard A. Cirillo, Esq.
Lauren W. Mitchell, Esq.
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for the NBK Investors*

Dated: New York, New York
July 12, 2011

Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
phone: (202) 662-6000
fax: (202) 662-6291
email: dauerbach@cov.com

- and -

By: *__/s/ Susan Power Johnston__*
Susan Power Johnston
Ronald A. Hewitt
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
phone: (212) 841-1000
fax: (212) 841-1010
email: sjohnston@cov.com
rhewitt@cov.com

*Counsel to Mel Enterprises Ltd.*