**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
HCHAITMAN@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone (212) 599-3322

*Attorneys for Neva Rosamilia and Nicholas Rosamilia and Customers listed on Exhibit A hereto*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                   Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br><br>Appeal No. _____ |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Claimant-appellants Neva Rosamilia and Nicholas Rosamilia and Customers listed on Exhibit A hereto hereby appeal under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York from the *Memorandum Decision And Order Granting, To The Extent Set Forth Herein, Trustee's Motion To Affirm Trustee's Determinations Denying Claims Of Claimants Without BLMIS Accounts In Their*

1

*Names, Namely, Investors In Feeder Funds* (Docket No. 4193), as amended by the *Errata Order* (Doc. No. 4209) (collectively, the "Memorandum Decision"), of the United States Bankruptcy Court for the Southern District of New York entered in the above-captioned SIPA Liquidation proceeding on 28th day of June, 2011.

The names of the relevant parties to the Memorandum Decision appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

BAKER & HOSTETLER LLP
David Sheehan, Esq.
Seanna R. Brown, Esq.
Bik Cheema, Esq.
45 Rockefeller Plaza, New York, NY 10111
Telephone 212-589-4200

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff*

SECURITIES INVESTOR PROTECTION CORPORATION
Josephine Wang, Esq.
Kevin H. Bell, Esq.
Christopher H. LaRosa, Esq.
805 Fifteenth Street, N.W., Suite 800
Washington, D.C. 20005
Telephone 202-371-8300

*Attorneys for the Securities Investor Protection Corporation*

SECURITIES AND EXCHANGE COMMISSION
Katherine B. Gresham, Esq.
100 F Street, N.E., Room 8115
Washington, D.C. 20549
Telephone 202-551-5148

*Attorneys for the Securities and Exchange Commission*

BARGER &WOLEN LLP
John C. Holmes, Esq.
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone 213-680-2800

*Attorneys for the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles*
BECKER, GLYNN,MELAMED &MUFFLY LLP
Chester B. Salomon, Esq.
299 Park Avenue
New York, New York 10171
Telephone 212-888-3033

*Attorneys for Black River Associates, L.P. and its Members*

BECKER &POLIAKOFF LLP
Helen Davis Chaitman, Esq.
45 Broadway, 11th Floor
New York, New York 10006
Telephone, 212-599-3322

*Attorneys for Neva Rosamilia and Nicholas Rosamilia and customers listed on Exhibit A hereto*

BLITMAN & KING LLP
Jennifer A. Clark, Esq.
Charles E. Blitman, Esq.
Bernard T. King, Esq.
James R. LaVaute, Esq.
443 North Franklin Street
Syracuse, New York 113204
Telephone 315-422-7111

*Attorneys for Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund, Bricklayers & Allied Craftworkers, Local No. 2, AFL-CIO Building Trade Employees Insurance Fund, Central New York Laborers' Pension Fund, Central New York Laborers' Training Fund, Construction Employers Association of CNY, Inc., Construction and General Laborers' Local No. 633, AFLCIO, Engineers Joint Welfare Fund, Engineers Joint Training Fund, International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund, International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Annuity Fund, Laborers' Local 103 Welfare Fund, New York State Lineman's Safety Training Fund, Oswego Roofers' Local 195 Annuity Fund, Roofers' Local 195 Health & Accident Fund, Syracuse Builders Exchange, Inc./CEA Pension Plan, Service Employees Benefit Fund, Service Employees Pension Fund of Upstate New York, S.E.I.U. Local 200 United, AFLCIO, Syrabex, Inc., Syracuse Builders Exchange, Inc., U.A. Local 73, Plumbers & Fitters, AFLCIO, Local 73 Retirement Fund, Upstate New York Bakery Drivers and Industry Pension Fund and Upstate Union Health and Welfare Fund*

3

KING &SPALDING LLP
Richard A. Cirillo, Esq.
Lauren W. Mitchell, Esq.
1185 Avenue of the Americas
New York, New York 10036

*Attorneys for the NBK Investors*

Dated: New York, New York
      July 12, 2011

**BECKER & POLIAKOFF LLP**

**/s/**  Helen Davis Chaitman
Helen Davis Chaitman
HCHAITMAN@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone (212) 599-3322

*Attorneys for Neva Rosamilia and Nicholas Rosamilia and Customers listed on Exhibit A hereto*