# EXHIBIT A

Customers represented by Becker & Poliakoff, LLP

Alan Sandler
Allen Family Trust
Allen, Jeffrey H.
Allen, Laurel
Allen, Robert J.
Arenson, Cynthia
Arenson, Ted
Ascot Partners
Avergon, Brad
Avergon, CynthiA
Avergon, Jacqueline
Avergon, Robert
Aymes, Barbara
Aymes, Bruce
Babcok, Kathryn
Barbara Natale Trust
Benzaia, Peter
Berkwitz, Morrey
Bessell, Henry
Bessell, Roz & Henry
Bizzell, Gary
Bizzell, Sharon
Blaine, Andrea
Braun, Martin L.
Breie, Margot
Breier Group
Breier, Anita
Buckley, Brenda
Butt, Lila A.
Carone Family Trust
Carone Gallery, Inc. Pension Trust
Carone Marital Trust #1 UTD 1-16-00
Carone Marital Trust #2 UTD 1-26-00
Carone, Matthew D. Carone Revocable Trust
Casey, Diarmuid
Chapman, Brenda Joyce
Cohen, Nancy Dver Rev. Trust
Cooney, Patricia T.
Cooney, Patrick
Cuenca Abela, Joaquin
Cummings, Bruce E.

Customers represented by Becker & Poliakoff, LLP

Cummings, Lynn
David W. Stepelton Family Trust
De Blacam, Hugh
Den Bleyker, Diane M.
Denton Family Irrevocable Trust
Denton Labriola, Susan
Dunkle, Carolyn
Dunkle, Don
Ehrlich, Leslie
Ehrlich, Stephen
Eisenstat, Susan
Englebardt, Marvin
Englebardt, Sabra
English, Alan
English, Rita
Estate of Scott S. Patience
Esteban, Fernando M.
Fairchild, Harriet
Falls, Sharon
Feinberg, Norman
Feinberg, Sondra
Fitzpatrick, John
Forrest, Len
Forrest, Leonard Rev. Trust
Forrest, Marge
Forrest, Marjorie Rev. Trust
Forte, Joyce
Fox Family Partnership
Fox, Adele
Friedman, Myra
Gaba Partnership
Gaba, Barbara
Gaba, Richard
Gattegno, Irrevocable Trust f/b/o Jennifer Gattegno
Gattegno, Judith
Gennett, Marth S.
George, Allison
George, Christopher
Getz, Robert N.
Getz, Steven S.
Glodstein, David

Customers represented by Becker & Poliakoff, LLP

Glodstein, Susan
Gloria S. Jaffee Investment Partnership
Gordon, Allen
Green, Jacqueline
Green, Wayne
Greene/Lederman LLC
Gross Associates
Gross, Herbert
Guardian Angel Trust LLC
Haber, Jerome
Haber, Ronald J.
Harmony Partnership
Harnick, Martin R.
Harwood, Estelle Family LP
Harwood, Sanford Family LP
Helford, Betty
Helford, Irwin
Henley, Robert
Herman, Jay
Herman, Sheila
Heyl, Judith Patience
Heyle, Judith
Hiles, Heidi
Hill, Norman
Hirsch, Robert
Hirschhorn, Carla
Hirschhorn, Stanley
Hocatt, Philip A.
Hohl, Myrna
Holloway, Adam
Holloway, Alicia N.
Holloway, Don G.
Holloway, Scott W.
Hulnick, Elsie P.
Hulnick, George H.
Iuen, Alice
Iuen, Marvin F.
J. J., a minor by Lee Ann Mahrs Jacob
Jacob, Matthew
Jacob, Steven
Jacobs, Edward M.

Customers represented by Becker & Poliakoff, LLP

Jaffe, Colette
Jaffe, Gloria
Jaffe, Phillip
Jane Gray Solomon Trust
Jungreis, Annette Trust
Jungreis, Irving Trust
Kilchernmann, Lee
King, Andrea Dee
Knopf de Esteban, Margaret
Koehler, H.C.
Kohl, Ken
Kozloff, Carol A.
Kozloff, Paul
Kozloff, Paul J. Kozloff Family Limited Partnership
Krakauer, Olga
Kringstein, Andrea
Kuntzman Family LLC
Kurland, Renee
Kurland, Steven
Laks, Jason
Lazarus Investment Group
Lazarus, Adam
Lazarus, Amber
Lazarus, Audra
Lazarus, Jared
Lazarus, Linda
Lazarus, Linda
Lazarus, Michael
Lazarus, Ronald
Lazarus, Zipora
Lazarus-Schy Family Partnership
Leeds, Ellen
Leonardi, Emilie
Libby, Elizabeth A.
Libby, Stuart A.
Lifton, Martin
Liu, David
Login, Gerald
Long, Dora F.
Long, Richard P.
Macaluso, Gaetano

Customers represented by Becker & Poliakoff, LLP

Macaluso, Rosalinda
Marema, Dorothea
Martin R. Harnick & Steve Norton Partners
Masters Vacation Fund
McKean, Olivia
McKean, Robert
Meyer, Cathy J.
Michaelson, Susan
Miller Trust Partnership
Miller, Alice G. Miller Exemption Trust
Miller, Alice G. Miller Martital Trust
Miller, Bonnie
Miller, Dorothy Miller
Miller, Ellen Danessa
Miller, Jill
Miller, Mark
Miller, Martin Miller Living Trust
Miller, Nancy
Miller, Steven F.
Miller, The EDM Trust #1
Millison Investment Mgmt. Pension Plan
Millison, David
Millison, Henry
Millison, Julia
Mishkin Ellen
Mishkin Family Trust
Mishkin, Andrew
Mishkin, Grace
Mishkin, Julia
Mishkin, William
Morselife Foundation Inc.
Murray, Timothy
Myers, Keith
Newman, Abraham
Newman, Mark
Newman, Rita
Nichols, Trisha
Northeast Investment Club
Norton, Steve
O'Neal Jr., Louis S.
O'Neal, Darlene

Customers represented by Becker & Poliakoff, LLP

Palko Associates General Partnership
Palmer, Boyer H. Palmer Investment Account
Peerstate Equity Fund LP
Peltzer, Bette Anne
Peskin, Diane
Peskin, Roger
Pillsbury, Edith A.
Plateis, Marvin
Plateis, Roberta
Plati, Robert
Plati, Suzanne
Playso, Corinne G.
Podwill, Michael J.
Podwill, Robert R.
Posser, Jeffrey
Powell, Harvey L.
Preffer Family Trust
Preffer, Pamela
Preffer, Samuel
Preffer, Shirley
R.R. Rosenthal Associates
Rabb Partners
Rabb, John
Rabb, Kenneth
Rabb, Leslie
Rabb, Sumire
Rabb, Susan
Rabb, Susan
Rabb, Sylvia Rabb Trust
Rabb, Yuka
Radosh Butt, Laura B.
Radosh Partners
Radosh, Alaric P.
Radosh, Burnett H.
Radosh, Danielle H.
Radosh, Jeremy L.
Radosh, Katherine M.
Radosh, Lee J.
Radosh, Rachel L.
Raines, Densel L.
Reed, Irwin B.

Customers represented by Becker & Poliakoff, LLP

Reynolds, James
Reynolds, James Reynolds' Deferred Profit Sharing Plan
Reynolds, James The Petito Group
Robert N Getz, LLC
Rosamilia, Neva
Rosamilia, Nicholas
Rosen, Edith
Rosen, Sam
Rosenthal, Alan
Rosenthal, Linda
Rosenthal, Robert
Rothschild Family Partnership
Rowan, Donna Jean
Rubin, George
Saland, Abraham
Sandber, Joel B.
Sandberg, Iris B.
Sanders, E. Ann
Sanders, Ellen W.
Sandler Partners
SAV005 BJM Diverse Prosperiti Ltd
SAV006 Gardenview Nominees (pty) Ltd.
SAV007 Grange Nominees Limited A/C RMB
SAV008 Equity 360 Ltd
SAV009 Patrice Michael Moyal
SAV010 Mimosa Finance Holdings Limited
SAV011 Pershing Nominees Ltd A/C CCCLT
SAV012 BJM Diverse Prosperiti Ltd – Sid Rebe
SAV013 Trafalgar Securities Ltd.
Savest, Ltd.
Schaffer, Donna
Schaffer, Jeffrey
Schaffer, Keith
Schy Family Partnership
Schy Ira
Schy, Abe
Schy, Elan
Schy, Lisa
Schy, Rose
Schy, Steven
Shapiro, Collen

Customers represented by Becker & Poliakoff, LLP

Shapiro, Richard
Sherman, Rana
Sherman, Tom
Siegel, Irrevocable Trust f/b/o Ethan Siegel
Siegman, Henry
Ste[e;tpm. Seam
Stenger, John
Stepelton, Brett
Stepelton, Douglas
Stepelton, Jennifer
Stepelton, Virilee
Sullivan, Ann
Synder, Craig C.
Taylor, Jess L.
Unflat, Gunther
Unflat, Margaret
Wallick, Cindy
WDG Associates Inc. Retirement Trust
Weinstein, Ronald
Weinstein, Sheryl
Whitman Partnership
Whitman, Bernard
Whitman, Judtih
Wilansky Family Fund
Wilansky, Barry
Wilansky, David
Wilansky, Steven
William Pressman
William Pressman, Inc.
Willis Jr., W. Waite
Wirick, Sybil
Wohl George Partners LP
Wohl, Linda
Yale M. Fishman 1998 Insurance Trust
Zell-Breier, Sam