Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue – Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Phone:  (516) 741-6565
Fax:  (516) 741-6706

    and

EDWARD W. COCHRAN, Esq.
20030 Marchmont Road
Shaker Heights, Ohio   44122
Phone:  (216) 751-5546
Fax:  (216) 751-6630

*Co-Counsel for William B. Korb IRA, Roger A. Enrico IRA, Charles & Miriam Wood Charitable Remainder Trust U/A 12803, and Raymond M. Murphy*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adv. Pro. No. 08-01789 (BRL) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant, | |

------------------------------------------------------------------x
------------------------------------------------------------------x

In re:

BERNARD L. MADOFF

                Debtor.

------------------------------------------------------------------x

## NOTICE OF APPEAL

      Claimants-appellants, William B. Korb IRA, Roger A. Enrico IRA, Charles & Miriam Wood Charitable Remainder Trust U/A 12803, and Raymond M. Murphy, hereby appeal under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York

from all aspects of the *Memorandum Decision And Order Granting, To The Extent Set Forth Herein, Trustee's Motion To Affirm Trustee's Determinations Denying Claims Of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds* (Doc. No. 4193) corrected by an *Errata Order* (Doc. No. 4209) (collectively, the "Memorandum Decision"), of the United States Bankruptcy Court for the Southern District of New York entered in the above-captioned SIPA Liquidation proceeding on June 28, 2011. The names of all of the relevant parties to the Memorandum Decision in the SIPA Liquidation proceeding and the names, addresses, and telephone numbers of the respective attorneys are as follows:

| PARTY | COUNSEL |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff | Baker & Hostetler LLP, David Sheehan, Esq., Seanna R. Brown, Esq., Bik Cheema, Esq., 45 Rockefeller Plaza, New York, NY 10111, Telephone 212-589-4200 |
| The Securities Investor Protection Corporation | Securities Investor Protection Corporation, Josephine Wang, Esq., Kevin H. Bell, Esq., Christopher H. LaRosa, Esq., 805 Fifteenth Street, N.W., Suite 800, Washington, D.C. 20005, Telephone 202-371-8300 |
| The Securities and Exchange Commission | Securities and Exchange Commission, Katherine B. Gresham, Esq., 100 F Street, N.E., Room 8115, Washington, D.C. 20549, Telephone 202-551-5148 |
| The Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles | Barger & Wolen LLP, John C. Holmes, Esq., 633 West Fifth Street, 47th Floor, Los Angeles, CA 90071, Telephone 213-680-2800 |

| | |
|---|---|
| Black River Associates, L.P. and its Members | Becker, Glynn, Melamed & Muffly LLP, Chester B. Salomon, Esq., 299 Park Avenue, New York, NY 10171, Telephone 212-888-3033 |
| Diane and Roger Peskin, Maureen Ebel, and a large group of other customers | Becker & Poliakoff LLP, Helen Davis Chaitman, Esq., 45 Broadway, 11th Floor, New York, NY 10006, Telephone, 212-599-3322 |
| Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, NY, et al | Blitman & King LLP, Jennifer A. Clark, Esq., Charles E. Blitman, Esq., Bernard T. King, Esq., James R. LaVaute, Esq., 443 North Franklin Street, Syracuse, NY 113204, Telephone 315-422-7111 |
| NBK Investors | King & Spalding LLP 1185 Avenue of the Americas New York, NY  10036 Telephone 212-556-2100 |

Dated: Garden City, New York
July 11, 2011

                **MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**

        By:   /s/ Jil Mazer-Marino
             Jil Mazer-Marino, Esq.

        990 Stewart Avenue, Suite 300
        P.O. Box 9194
        Garden City, N.Y.  11530-9194
        Phone: 516-741-6565
        Fax:    516-741-6706
        E-mail: jmazermarino@msek.com

                and

**EDWARD W. COCHRAN, ESQ.**
20030 Marchmont Road
Shaker Heights, Ohio 44122
Phone: 216.751.5546 Voice
Fax: 216.751.6630 Fax
E-mail: edwardcochran@wowway.com

*Co-Counsel for William B. Korb IRA, Roger A. Enrico IRA, Charles & Miriam Wood Charitable Remainder Trust U/A 12803, and Raymond M. Murphy*

836473