**Jil Mazer-Marino, Esq.**
**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
**990 Stewart Avenue – Suite 300**
**P.O. Box 9194**
**Garden City, New York  11530-9194**
**Phone:  (516) 741-6565**
**Fax:  (516) 741-6706**

  *and*

**EDWARD W. COCHRAN, Esq.**
**20030 Marchmont Road**
**Shaker Heights, Ohio   44122**
**Phone:  (216) 751-5546**
**Fax:  (216) 751-6630**

*Co-Counsel for William B. Korb IRA, Roger A. Enrico IRA, Charles & Miriam Wood Charitable Remainder Trust U/A 12803, and Raymond M. Murphy*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                               Adversary Proceeding
                                                                                         No. 08-01789-BRL
   Plaintiff-Applicant,
  v.                                                                         SIPA Liquidation
                                                                                         (Substantively Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

     Defendant.
-------------------------------------------------------X

In re:

BERNARD L. MADOFF,

     Debtor.
-------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Jil Mazer-Marino, Esq., hereby certify that on this 12th day of July, 2011, I caused a true and correct copy of the NOTICE OF APPEAL to be served upon the parties listed below by first class mail:

| PARTY | COUNSEL |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff | Baker & Hostetler LLP<br>David Sheehan, Esq.,<br>Seanna R. Brown, Esq.,<br>Bik Cheema, Esq.,<br>45 Rockefeller Plaza, New York, NY 10111,<br>Telephone 212-589-4200 |
| The Securities Investor Protection Corporation | Securities Investor Protection Corporation<br>Josephine Wang, Esq.,<br>Kevin H. Bell, Esq.,<br>Christopher H. LaRosa, Esq.,<br>805 Fifteenth Street, N.W., Suite 800<br>Washington, D.C. 20005<br>Telephone 202-371-8300 |
| The Securities and Exchange Commission | Securities and Exchange Commission<br>Katherine B. Gresham, Esq.,<br>100 F Street, N.E., Room 8115<br>Washington, D.C. 20549<br>Telephone  202-551-5148 |
| The Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles | Barger & Wolen LLP<br>John C. Holmes, Esq.,<br>633 West Fifth Street, 47th Floor<br>Los Angeles, CA 90071<br>Telephone 213-680-2800 |
| Black River Associates, L.P. and its Members | Becker, Glynn, Melamed & Muffly LLP<br>Chester B. Salomon, Esq.<br>299 Park Avenue<br>New York, NY 10171<br>Telephone 212-888-3033 |
| Diane and Roger Peskin, Maureen Ebel, and a large group of other customers | Becker & Poliakoff LLP<br>Helen Davis Chaitman, Esq.<br>45 Broadway, 11th Floor,<br>New York, NY 10006<br>Telephone, 212-599-3322 |

| | |
|---|---|
| Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, NY, et al | Blitman & King LLP<br>Jennifer A. Clark, Esq.,<br>Charles E. Blitman, Esq.,<br>Bernard T. King, Esq.,<br>James R. LaVaute, Esq.,<br>443 North Franklin Street<br>Syracuse, NY 113204<br>Telephone 315-422-7111 |
| NBK Investors | King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone 212-556-2100 |

/s/ Jil Mazer-Marino
Jil Mazer-Marino (JM-6470)

836537