UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>Debtor. | **NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that claimant Braymar Holdings Limited ("Appellant"), by and through its attorneys, Wolff & Samson PC, hereby appeal under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York from all aspects of the *Memorandum Decision And Order Granting, To The Extent Set Forth Herein, Trustee's Motion To Affirm Trustee's Determinations Denying Claims Of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds* (Docket No. 4193), as amended by an *Errata Order* entered on July 7, 2011 (Docket No. 4209), entered by the United States Bankruptcy Court for the Southern District of New York in the above-referenced proceeding on June 28, 2011 (collectively, the "Orders").

PLEASE TAKE FURTHER NOTICE that in the event that the Orders are deemed interlocutory, Appellant in the alternative hereby appeals the Orders under 28 U.S.C. § 158(a)(3) to the United States District Court for the Southern District of New York and requests that the

1

2777828.2

United States District Court for the Southern District of New York grant Appellant leave to be appeal or permit Appellant to file a motion for leave to appeal pursuant to Bank. R. P. 8003(c).

The names of all relevant parties to the Orders appealed from and the names, addresses and telephone numbers of the respective attorneys are as follows:

| PARTY | COUNSEL |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff | Baker & Hostetler LLP, David Sheehan, Esq., Seanna R. Brown, Esq., Bik Cheema, Esq., 45 Rockefeller Plaza, New York, NY 10111, Telephone 212-589-4200 |
| The Securities Investor Protection Corporation | Securities Investor Protection Corporation, Josephine Wang, Esq., Kevin H. Bell, Esq., Christopher H. LaRosa, Esq., 805 Fifteenth Street, N.W., Suite 800, Washington, D.C. 20005, Telephone 202-371-8300 |
| The Securities and Exchange Commission | Securities and Exchange Commission, Katherine B. Gresham, Esq., 100 F Street, N.E., Room 8115, Washington, D.C. 20549, Telephone 202-551-5148 |
| The Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles | Barger & Wolen LLP, John C. Holmes, Esq., 633 West Fifth Street, 47th Floor, Los Angeles, CA 90071, Telephone 213-680-2800 |
| Black River Associates, L.P. and its Members | Becker, Glynn, Melamed & Muffly LLP, Chester B. Salomon, Esq., 299 Park Avenue, New York, NY 10171, Telephone 212-888-3033 |

2

2777828.2

| Diane and Roger Peskin, Maureen Ebel, and a large group of other customers | Becker & Poliakoff LLP, Helen Davis Chaitman, Esq., 45 Broadway, 11th Floor, New York, NY 10006, Telephone, 212-599-3322 |
|---|---|
| Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, NY, et al | Blitman & King LLP, Jennifer A. Clark, Esq., Charles E. Blitman, Esq., Bernard T. King, Esq., James R. LaVaute, Esq., 443 North Franklin Street, Syracuse, NY 113204, Telephone 315-422-7111 |
| NBK Investors | King & Spalding LLP Richard A. Cirillo, Esq. Lauren W. Mitchell, Esq. 1185 Avenue of the Americas New York, NY 10036 Telephone: (212) 556-2100 Facsimile: (212) 556-2222 |

Respectfully submitted,

By: /s/ Ronald L. Israel
    RONALD L. ISRAEL
    **WOLFF & SAMSON PC**
    *Attorneys for Braymar Holdings Limited*

Dated: July 12, 2011

3

2777828.2

WOLFF & SAMSON PC
*Attorneys for Braymar Holdings Limited*
140 Broadway, 46th Floor
New York, NY 10005

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiffs,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.

Adv. Pro. No. 08-01789

SIPA Liquidation

---

### CERTIFICATE OF SERVICE

I, RONALD L. ISRAEL, hereby certify that on July 12, 2011, I caused a true and correct copy of **Braymar Holdings Limited's Notice of Appeal** to be electronically filed with the Court and served upon the parties in this action who receive electronic service through CM/ECF. In addition, service was effectuated to the following via regular mail:

Irving H. Picard
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

-and-

Clerk for the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

                                      /s/ Ronald L. Israel
                                      RONALD L. ISRAEL

2777828.2