ALSTON & BIRD LLP
Martin G. Bunin
Karl Geercken
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Attorneys for Aozora Bank Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

      Plaintiff,

      v.

Bernard L. Madoff Investment Securities, LLC,

      Defendant.
---------------------------------------------------------------X
In re:

BERNARD L. MADOFF,

      Debtor.
---------------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## NOTICE OF APPEAL OF AOZORA BANK LTD.

**PLEASE TAKE NOTICE** that Aozora Bank Ltd. ("Aozora"), pursuant to 28 U.S.C. § 158(a)(1) and Federal Rules of Bankruptcy Procedure 8001(a) and 8002(a), hereby appeals to the District Court for the Southern District of New York from the June 28, 2011 *Memorandum Decision And Order Granting, To The Extent Set Forth Herein, Trustee's Motion To Affirm Trustee's Determinations Denying Claims Of Claimants Without BLMIS Accounts In Their*

LEGAL02/32731637v1

*Names, Namely, Investors In Feeder Funds* (Docket No. 4193), corrected by an *Errata Order* entered on July 7, 2011 (Docket No. 4209).

The names of all the parties to the order appealed from and the names, address, and telephone and facsimile numbers of their respective attorneys are as follows:

| PARTY | COUNSEL |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff | Baker & Hostetler LLP, David Sheehan, Esq., Seanna R. Brown, Esq., Bik Cheema, Esq., 45 Rockefeller Plaza, New York, NY 10111, Telephone 212-589-4200 |
| The Securities Investor Protection Corporation | Securities Investor Protection Corporation, Josephine Wang, Esq., Kevin H. Bell, Esq., Christopher H. LaRosa, Esq., 805 Fifteenth Street, N.W., Suite 800, Washington, D.C. 20005, Telephone 202-371-8300 |
| The Securities and Exchange Commission | Securities and Exchange Commission, Katherine B. Gresham, Esq., 100 F Street, N.E., Room 8115, Washington, D.C. 20549, Telephone 202-551-5148 |
| The Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles | Barger & Wolen LLP, John C. Holmes, Esq., 633 West Fifth Street, 47th Floor, Los Angeles, CA 90071, Telephone 213-680-2800 |
| Black River Associates, L.P. and its Members | Becker, Glynn, Melamed & Muffly LLP, Chester B. Salomon, Esq., 299 Park Avenue, New York, NY 10171, Telephone 212-888-3033 |
| Diane and Roger Peskin, Maureen Ebel, and a large group of other customers | Becker & Poliakoff LLP, Helen Davis Chaitman, Esq., 45 Broadway, 11th Floor, New York, NY 10006, |

LEGAL02/32731637v1

| | |
|---|---|
| | Telephone, 212-599-3322 |
| Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, NY, *et al.* | Blitman & King LLP, Jennifer A. Clark, Esq., Charles E. Blitman, Esq., Bernard T. King, Esq., James R. LaVaute, Esq., 443 North Franklin Street, Syracuse, NY 113204, Telephone 315-422-7111 |
| NBK Banque Privée (Suisse) S.A. and National Bank of Kuwait S.A.K. | King & Spalding LLP Richard A. Cirillo Lauren W. Mitchell 1185 Avenue of the Americas New York, NY 10036 Telephone: (212) 556-2100 Facsimile: (212) 556-2222 |

Dated: July 12, 2011

                                              ALSTON & BIRD LLP

                                           /s/ Karl Geercken
                                          Karl Geercken
                                          Martin G. Bunin
                                          90 Park Avenue
                                          New York, New York 10016
                                          212-210-9400
                                          212-210-9444 (fax)
                                          karl.geercken@alston.com
                                          marty.bunin@alston.com

                                          *Attorneys for Aozora Bank Ltd.*