BLITMAN & KING LLP
Jennifer A. Clark, Esq.
Bar Roll No. JC5102
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111
Facsimile:    (315) 471-2623
Email:        jaclark@bklawyers.com

*Attorneys for Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund, Bricklayers & Allied Craftworkers, Local 2,AFL-CIO, Building Trade Employers Insurance Fund, Central New York Laborers' Annuity Fund, Central New York Laborers' Health and Welfare Fund, Central New York Laborers' Pension Fund, Central New York Laborers' Training Fund, Construction Employers Association of CNY, Inc.,Construction and General Laborers' Local No. 633 AFL-CIO, Engineers Joint Welfare Fund, Engineers Joint Training Fund, International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund, International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Fund, I.B.E.W. Local 241 Welfare Benefits Fund, I.B.E.W. Local 910 Welfare Fund, Laborers' Local 103 Annuity Fund, Laborers' Local 103 Welfare Fund, New York State Lineman's Safety Training Fund, Oswego Laborers' Local No. 214 Pension Fund, Plumbers, Pipefitters and Apprentices Local No. 112 Health Fund, Roofers' Local 195 Annuity Fund, Roofers' Local 195 Health & Accident Fund, Syracuse Builders Exchange, Inc./CEA Pension Plan, Service Employees Benefit Fund, Service Employees Pension Fund of Upstate New York, S.E.I.U. Local 200United, AFL-CIO, Syrabex, Inc., Syracuse Builders Exchange, Inc., U.A. Local 73, Plumbers & Fitters, AFL-CIO, Local 73 Retirement Fund and Upstate Union Health and Welfare Fund.*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION             :
CORPORATION,                               :
      Plaintiff,                        :     Adversary Proceeding
                                           :
— versus —                                 :     No. 08-01789 (BRL)
                                           :
BERNARD L. MADOFF INVESTMENT               :     SIPA Liquidation
SECURITIES, LLC,                           :     (Substantively Consolidated)
      Defendant                         :
-----------------------------------------------------------------x
In re BERNARD L. MADOFF,                   :
      Debtor                            :
-----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Jennifer A. Clark, Esq., hereby certify that on this 12th day of July 2011, I caused a true and correct copy of the Notice of Appeal to be served upon the parties listed below by first class mail:

| PARTY | COUNSEL |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff | Baker & Hostetler LLP<br>David Sheehan, Esq.<br>Seanna R. Brown, Esq.<br>Bik Cheema, Esq.<br>45 Rockefeller Plaza, New York, NY 10111,<br>Telephone 212-589-4200 |
| The Securities Investor Protection Corporation | Securities Investor Protection Corporation<br>Josephine Wang, Esq.<br>Kevin H. Bell, Esq.<br>Christopher H. LaRosa, Esq.<br>805 Fifteenth Street, N.W., Suite 800<br>Washington, D.C. 20005<br>Telephone 202-371-8300 |
| The Securities and Exchange Commission | Securities and Exchange Commission<br>Katherine B. Gresham, Esq.<br>100 F Street, N.E., Room 8115<br>Washington, D.C. 20549<br>Telephone 202-551-5148 |
| The Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles | Barger & Wolen LLP<br>John C. Holmes, Esq.<br>633 West Fifth Street, 47th Floor<br>Los Angeles, CA 90071<br>Telephone 213-680-2800 |
| Black River Associates, L.P. and its Members | Becker, Glynn, Melamed & Muffly LLP<br>Chester B. Salomon, Esq.<br>299 Park Avenue<br>New York, NY 10171<br>Telephone 212-888-3033 |
| Diane and Roger Peskin, Maureen Ebel, and a large group of other customers | Becker & Poliakoff LLP<br>Helen Davis Chaitman, Esq.<br>45 Broadway, 11th Floor<br>New York, NY 10006<br>Telephone, 212-599-3322 |

| NBK Investors | Richard A. Cirillo, Esq.<br>Lauren W. Mitchell, Esq.<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>(212) 556-2100 |
|---|---|

DATED:   JULY 12, 2011

Respectfully submitted,

BLITMAN & KING LLP

*[signature]*

Jennifer A. Clark, Esq.
Bar Roll No. JC5102

jmc/Madoff/SIPC/NoticeofAppealCertificateofService