**WITHERS BERGMAN LLP**
Hollis Gonerka Bart (HB-8955)
Chaya F. Weinberg-Brodt (CW-4676)
430 Park Avenue, 10th Floor
New York, New York 10022
212.848.9800 (p)
212.848.9888 (f)
*Attorneys for Collace Services Limited, Claimant-Appellant*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　Plaintiff,<br>　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　Defendant, | Adv. Pro. No. 08-01789 (BRL)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |

------------------------------------------------------------------x
------------------------------------------------------------------x
In re:

BERNARD L. MADOFF

　　　　　　Debtor.
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Chaya F. Weinberg-Brodt, hereby certify that on this 12th day of July, 2011, I caused a true and correct copy of the NOTICE OF APPEAL to be served upon the parties listed below by first class mail:

| PARTY | COUNSEL |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff | Baker & Hostetler LLP,<br>David Sheehan, Esq.,<br>Seanna R. Brown, Esq.,<br>Bik Cheema, Esq., |

document number: NY24203/0001-US-1177909/1

| | |
|---|---|
| | 45 Rockefeller Plaza, New York, NY 10111, Telephone 212-589-4200 |
| The Securities Investor Protection Corporation | Securities Investor Protection Corporation, Josephine Wang, Esq., Kevin H. Bell, Esq., Christopher H. LaRosa, Esq., 805 Fifteenth Street, N.W., Suite 800, Washington, D.C. 20005, Telephone 202-371-8300 |
| The Securities and Exchange Commission | Securities and Exchange Commission, Katherine B. Gresham, Esq., 100 F Street, N.E., Room 8115, Washington, D.C. 20549, Telephone 202-551-5148 |
| The Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles | Barger & Wolen LLP, John C. Holmes, Esq., 633 West Fifth Street, 47th Floor, Los Angeles, CA 90071, Telephone 213-680-2800 |
| Black River Associates, L.P. and its Members | Becker, Glynn, Melamed & Muffly LLP, Chester B. Salomon, Esq., 299 Park Avenue, New York, NY 10171, Telephone 212-888-3033 |
| Diane and Roger Peskin, Maureen Ebel, and a large group of other customers | Becker & Poliakoff LLP, Helen Davis Chaitman, Esq., 45 Broadway, 11th Floor, New York, NY 10006, Telephone, 212-599-3322 |
| Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, NY, et al | Blitman & King LLP, Jennifer A. Clark, Esq., Charles E. Blitman, Esq., Bernard T. King, Esq., James R. LaVaute, Esq., 443 North Franklin Street, Syracuse, NY 13204, Telephone 315-422-7111 |

| NBK Investors | King & Spalding LLP<br>Richard A. Cirillo, Esq.,<br>Lauren W. Mitchell, Esq.<br>1185 Avenues of the Americas<br>New York, NY 10036<br>Telephone 212-556-2100 |
|---|---|

Dated: New York, New York
      July 12, 2011

                              WITHERS BERGMAN LLP

                    By:    /s/
                         Hollis Gonerka Bart (HB-8955)
                         Chaya F. Weinberg-Brodt (CW-4676)
                         430 Park Avenue, 10th Floor
                         New York, New York 10022
                         212.848.9800 (p)
                         212.848.9888 (f)
                         *Attorneys for Collace Services Limited,*
                         *Claimant-appellant*