KOPELOWITZ OSTROW
Jan Douglas Atlas
200 S.W. 1st Ave., Ste. 1200
Fort Lauderdale, FL 33301
Telephone: 954-525-4100
Facsimile: 954-525-4300

*Claimant-Appellants Barbara Scherr, William Matz Revocable Trust, Allison Matz Sepielli, Susan Schneider, Family Partners, LLP (Prime Fund), FamilyPartners, LLP (Broad Fund), Dr. Steven Fagien and Debra Fagien, Levinson Enterprises, L.P., Jane K. Mirande Revocable Trust, and Gerald Greenspoon*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : |
| Plaintiff, | : Adv. Pro. No. 08-01789 (BRL) |
| | : |
| | : SIPA LIQUIDATION |
| v. | : |
| | : (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : |
| | : |
| Defendant, | : |

---------------------------------------------------------------------x
---------------------------------------------------------------------x

| | |
|---|---|
| In re: | : |
| | : |
| BERNARD L. MADOFF | : |
| | : |
| Debtor. | : |

---------------------------------------------------------------------x

**<u>NOTICE OF APPEAL</u>**

Claimants-Appellants Barbara Scherr, William Matz Revocable Trust, Allison Matz Sepielli, Susan Schneider, Family Partners, LLP (Prime Fund), Family Partners, LLP (Broad Fund), Dr. Steven Fagien and Debra Fagien, Levinson Enterprises, L.P., Jane K. Mirande Revocable Trust, and Gerald Greenspoon, hereby appeal pursuant to 28 U.S.C. § 158(a)(1) to the

United States District Court for the Southern District of New York from the *Memorandum Decision And Order Granting, To The Extent Set Forth Herein, Trustee's Motion To Affirm Trustee's Determinations Denying Claims Of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds* (Doc. No. 4209), entered in the above-styled action in the United States Bankruptcy Court for the Southern District of New York on June 28, 2011, as amended by the *Errata Order* (Doc. No. 4193) on July 7, 2011 (the "Order").

The names of the parties set forth in the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are:

| PARTY | COUNSEL |
| --- | --- |
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff | Baker & Hostetler LLP<br>David Sheehan, Esq.,<br>Seanna R. Brown, Esq.,<br>Bik Cheema, Esq.,<br>45 Rockefeller Plaza, New York, NY 10111,<br>Telephone 212-589-4200 |
| The Securities Investor Protection Corporation | Securities Investor Protection Corporation<br>Josephine Wang, Esq.,<br>Kevin H. Bell, Esq.,<br>Christopher H. LaRosa, Esq.,<br>805 Fifteenth Street, N.W., Suite 800,<br>Washington, D.C. 20005,<br>Telephone 202-371-8300 |
| The Securities and Exchange Commission | Securities and Exchange Commission<br>Katherine B. Gresham, Esq.,<br>100 F Street, N.E., Room 8115,<br>Washington, D.C. 20549,<br>Telephone  202-551-5148 |
| The Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles | Barger & Wolen LLP<br>John C. Holmes, Esq.,<br>633 West Fifth Street, 47th Floor,<br>Los Angeles, CA 90071,<br>Telephone 213-680-2800 |

| | |
|---|---|
| Black River Associates, L.P. and its Members | Becker, Glynn, Melamed & Muffly LLP<br>Chester B. Salomon, Esq.,<br>299 Park Avenue,<br>New York, NY 10171,<br>Telephone 212-888-3033 |
| Diane and Roger Peskin, Maureen Ebel, and a large group of other customers | Becker & Poliakoff LLP<br>Helen Davis Chaitman, Esq.,<br>45 Broadway, 11th Floor,<br>New York, NY 10006,<br>Telephone, 212-599-3322 |
| Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, NY, et al | Blitman & King LLP<br>Jennifer A. Clark, Esq.,<br>Charles E. Blitman, Esq.,<br>Bernard T. King, Esq.,<br>James R. LaVaute, Esq.,<br>443 North Franklin Street,<br>Syracuse, NY 113204,<br>Telephone 315-422-7111 |
| NBK Investors | King & Spalding LLP<br>Richard A. Cirillo, Esq.<br>Lauran W. Mitchel, Esq.<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone 212-556-2100 |
| Barbara Scherr, William Matz Revocable Trust, Allison Matz Sepielli, Susan Schneider, Family Partners, LLP (Prime Fund), Family Partners, LLP (Broad Fund), Dr. Steven Fagien and Debra Fagien, Levinson Enterprises, L.P., Jane K. Mirande Revocable Trust, and Gerald Greenspoon | Kopelowitz Ostrow<br>Jan Douglas Atlas, Esq.<br>200 S.W. 1st Ave., Suite 1200<br>Fort Lauderdale, Florida 33301<br>Telephone 954-525-4100 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by EM/ECF on this 12th day of July, 2011, upon all counsel of record.

/s/ Jan Douglas Atlas

**KOPELOWITZ OSTROW**

/s/ Jan Douglas Atlas
atlas@kolawyers.com
200 SW 1st Ave., Ste. 1200
Fort Lauderdale, FL 33301
(954) 525-4100 - Telephone
(954) 525-4300 – Facsimile

*Attorneys for Claimant-Appellants Barbara Scherr, William Matz Revocable Trust, Allison Matz Sepielli, Susan Schneider, Family Partners, LLP (Prime Fund), FamilyPartners, LLP (Broad Fund), Dr. Steven Fagien and Debra Fagien, Levinson Enterprises, L.P., Jane K. Mirande Revocable Trust, and Gerald Greenspoon*