ALSTON & BIRD LLP
Martin G. Bunin
Karl Geercken
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Attorneys for Aozora Bank Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,

        v.

Bernard L. Madoff Investment Securities, LLC,

        Defendant.

---------------------------------------------------------------X
In re:

BERNARD L. MADOFF,

        Debtor.
---------------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## CERTIFICATE OF SERVICE.

I, Karl Geercken, hereby certify that on the 12th day of July 2011, I caused a true and correct copy of the Notice of Appeal (docket 4230) to be served upon the parties listed below by first class mail:

ADMIN/20805197v1

| PARTY | COUNSEL |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff | Baker & Hostetler LLP,<br>David Sheehan, Esq.,<br>Seanna R. Brown, Esq.,<br>Bik Cheema, Esq.,<br>45 Rockefeller Plaza, New York, NY 10111,<br>Telephone 212-589-4200 |
| The Securities Investor Protection Corporation | Securities Investor Protection Corporation,<br>Josephine Wang, Esq.,<br>Kevin H. Bell, Esq.,<br>Christopher H. LaRosa, Esq.,<br>805 Fifteenth Street, N.W., Suite 800,<br>Washington, D.C. 20005,<br>Telephone 202-371-8300 |
| The Securities and Exchange Commission | Securities and Exchange Commission,<br>Katherine B. Gresham, Esq.,<br>100 F Street, N.E., Room 8115,<br>Washington, D.C. 20549,<br>Telephone  202-551-5148 |
| The Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles | Barger & Wolen LLP,<br>John C. Holmes, Esq.,<br>633 West Fifth Street, 47th Floor,<br>Los Angeles, CA 90071,<br>Telephone 213-680-2800 |
| Black River Associates, L.P. and its Members | Becker, Glynn, Melamed & Muffly LLP,<br>Chester B. Salomon, Esq.,<br>299 Park Avenue,<br>New York, NY 10171,<br>Telephone 212-888-3033 |
| Diane and Roger Peskin, Maureen Ebel, and a large group of other customers | Becker & Poliakoff LLP,<br>Helen Davis Chaitman, Esq.,<br>45 Broadway, 11th Floor,<br>New York, NY 10006,<br>Telephone, 212-599-3322 |

| PARTY | COUNSEL |
|---|---|
| Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, NY, *et al.* | Blitman & King LLP, Jennifer A. Clark, Esq., Charles E. Blitman, Esq., Bernard T. King, Esq., James R. LaVaute, Esq., 443 North Franklin Street, Syracuse, NY 113204, Telephone 315-422-7111 |
| NBK Banque Privée (Suisse) S.A. and National Bank of Kuwait S.A.K. | King & Spalding LLP Richard A. Cirillo Lauren W. Mitchell 1185 Avenue of the Americas New York, NY 10036 Telephone: (212) 556-2100 Facsimile: (212) 556-2222 |

Dated:  July 12, 2011

ALSTON & BIRD LLP

 /s/ Karl Geercken
Karl Geercken
Martin G. Bunin
90 Park Avenue
New York, New York 10016
212-210-9400
212-210-9444 (fax)
karl.geercken@alston.com
marty.bunin@alston.com

*Attorneys for Aozora Bank Ltd.*