CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Fax: (212) 504-6666

*Counsel for US Trust Co UD Peter M. Lehrer, Peter M. Lehrer and Eileen Lehrer, JSBR Associates LP and The Apmont Group Inc. Pension Plan*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adv. Pro. No. 08-01789 (BRL) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant, | |

------------------------------------------------------------------------x
------------------------------------------------------------------------x

In re:

BERNARD L. MADOFF

                Debtor.

------------------------------------------------------------------------x

## NOTICE OF APPEAL

      Claimants-appellants, US Trust Co UD Peter M. Lehrer, Peter M. Lehrer and Eileen Lehrer, JSBR Associates LP and The Apmont Group Inc. Pension Plan., hereby appeal under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York from all aspects of the *Memorandum Decision And Order Granting, To The Extent Set Forth Herein, Trustee's Motion To Affirm Trustee's Determinations Denying Claims Of Claimants*

*Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds* corrected by an *Errata Order* (Doc. No. 4209) (collectively, the "Memorandum Decision") (Doc. No. 4193), of the United States Bankruptcy Court for the Southern District of New York entered in the above-captioned SIPA Liquidation proceeding on June 28, 2011. The names of all of the relevant parties to the Memorandum Decision in the SIPA Liquidation proceeding and the names, addresses, and telephone numbers of the respective attorneys are as follows:

| PARTY | COUNSEL |
| --- | --- |
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff | Baker & Hostetler LLP, David Sheehan, Esq., Seanna R. Brown, Esq., Bik Cheema, Esq., 45 Rockefeller Plaza, New York, NY 10111, Telephone 212-589-4200 |
| The Securities Investor Protection Corporation | Securities Investor Protection Corporation, Josephine Wang, Esq., Kevin H. Bell, Esq., Christopher H. LaRosa, Esq., 805 Fifteenth Street, N.W., Suite 800, Washington, D.C. 20005, Telephone 202-371-8300 |
| The Securities and Exchange Commission | Securities and Exchange Commission, Katherine B. Gresham, Esq., 100 F Street, N.E., Room 8115, Washington, D.C. 20549, Telephone 202-551-5148 |
| The Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles | Barger & Wolen LLP, John C. Holmes, Esq., 633 West Fifth Street, 47th Floor, Los Angeles, CA 90071, Telephone 213-680-2800 |
| Black River Associates, L.P. and its Members | Becker, Glynn, Melamed & Muffly LLP, Chester B. Salomon, Esq., 299 Park Avenue, New York, NY 10171, Telephone 212-888-3033 |

| | |
|---|---|
| Diane and Roger Peskin, Maureen Ebel, and a large group of other customers | Becker & Poliakoff LLP, <br> Helen Davis Chaitman, Esq., <br> 45 Broadway, 11th Floor, <br> New York, NY 10006, <br> Telephone, 212-599-3322 |
| Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, NY, et al | Blitman & King LLP, <br> Jennifer A. Clark, Esq., <br> Charles E. Blitman, Esq., <br> Bernard T. King, Esq., <br> James R. LaVaute, Esq., <br> 443 North Franklin Street, <br> Syracuse, NY 113204, <br> Telephone 315-422-7111 |
| US Trust Co UD Peter M. Lehrer, Peter M. Lehrer and Eileen Lehrer, JSBR Associates LP and The Apmont Group Inc. Pension Plan | Cadwalader, Wickersham & Taft LLP <br> Dennis J. Block, Esq., <br> Martin L. Seidel, Esq., <br> One World Financial Center <br> New York, NY 10281 <br> Telephone 212-504-6000 |

Dated: New York, New York
July 12, 2011

                       CADWALADER, WICKERSHAM & TAFT LLP

                       By:       s/ Martin L. Seidel
                               Dennis J. Block
                               Martin L. Seidel

One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Fax: (212) 504-6666

*Counsel for US Trust Co UD Peter M. Lehrer, Peter M. Lehrer and Eileen Lehrer, JSBR Associates LP and The Apmont Group Inc. Pension Plan*