Helen Davis Chaitman (4266)
Becker & Poliakoff LLP
45 Broadway
New York, New York 10006
HCHAITMAN@BECKER-POLIAKOFF.COM

*Attorneys for Neva Rosamilia and Nicholas Rosamilia and Customers listed on Exhibit A to Notice*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                     Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                     Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                     Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2011, I caused a true copy of the Notice of Appeal to be served upon the interested parties who receive electronic service through CM/ECF and by United States Postal Service regular mail upon:

BAKER & HOSTETLER LLP
David Sheehan, Esq.
45 Rockefeller Plaza
New York, NY 10111

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff*

SECURITIES INVESTOR PROTECTION CORPORATION
Josephine Wang, Esq.
805 Fifteenth Street, N.W., Suite 800
Washington, D.C. 20005

*Attorneys for the Securities Investor Protection Corporation*

SECURITIES AND EXCHANGE COMMISSION
Katherine B. Gresham, Esq.
100 F Street, N.E., Room 8115
Washington, D.C. 20549

*Attorneys for the Securities and Exchange Commission*

BARGER &WOLEN LLP
John C. Holmes, Esq.
633 West Fifth Street, 47th Floor
Los Angeles, California 90071

*Attorneys for the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles*

BECKER, GLYNN,MELAMED &MUFFLY LLP
Chester B. Salomon, Esq.
299 Park Avenue
New York, New York 10171

*Attorneys for Black River Associates, L.P. and its Members*

BLITMAN & KING LLP
Jennifer A. Clark, Esq.
443 North Franklin Street
Syracuse, New York 113204

*Attorneys for Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund, Bricklayers & Allied Craftworkers, Local No. 2, AFL-CIO Building Trade Employees Insurance Fund, Central New York Laborers' Pension Fund, Central New York Laborers' Training Fund, Construction Employers Association of CNY, Inc., Construction and General Laborers' Local No. 633, AFLCIO, Engineers Joint Welfare Fund, Engineers Joint Training Fund, International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund, International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Annuity Fund, Laborers' Local 103 Welfare Fund, New York State Lineman's Safety Training Fund, Oswego Roofers' Local 195 Annuity Fund, Roofers' Local 195 Health & Accident Fund, Syracuse Builders Exchange, Inc./CEA Pension Plan, Service Employees Benefit Fund, Service Employees Pension Fund of Upstate New York, S.E.I.U. Local 200 United,*

08-01789-cgm    Doc 4243    Filed 07/13/11    Entered 07/13/11 13:10:14    Main Document
                                    Pg 3 of 3

*AFLCIO, Syrabex, Inc., Syracuse Builders Exchange, Inc., U.A. Local 73, Plumbers & Fitters, AFLCIO, Local 73 Retirement Fund, Upstate New York Bakery Drivers and Industry Pension Fund and Upstate Union Health and Welfare Fund*

KING &SPALDING LLP
Richard A. Cirillo, Esq.
1185 Avenue of the Americas
New York, New York 10036

*Attorneys for the NBK Investors*

Dated: July 12, 2011

                                                                                                  */s/ Lourdes Blanco*