UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

                          Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                          Defendant,

In re:

         BERNARD L. MADOFF

                          Debtor.

Adv. Pro. No. 08-01789 (BRL)

## CERTIFICATE OF SERVICE

I, Martin L. Seidel, hereby certify that on this 12th day of July, 2011, I caused a true and correct copy of the Notice of Appeal on behalf of US Trust Co UD Peter M. Lehrer, Peter M. Lehrer and Eileen Lehrer, JSBR Associates LP and The Apmont Group Inc., to be served upon the parties listed below by ECF and by First Class Mail on July 13, 2011 upon the following:

| PARTY | COUNSEL |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff | Baker & Hostetler LLP<br>David Sheehan, Esq.<br>Seanna R. Brown, Esq.<br>Bik Cheema, Esq.<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone 212-589-4200 |
| The Securities Investor Protection Corporation | Securities Investor Protection Corporation<br>Josephine Wang, Esq.<br>Kevin H. Bell, Esq.<br>Christopher H. LaRosa, Esq.<br>805 Fifteenth Street, N.W., Suite 800<br>Washington, D.C. 20005<br>Telephone 202-371-8300 |

USActive 23634034.1

-2-

| | |
|---|---|
| The Securities and Exchange Commission | Securities and Exchange Commission<br>Katherine B. Gresham, Esq.<br>100 F Street, N.E., Room 8115<br>Washington, D.C. 20549<br>Telephone 202-551-5148 |
| The Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles | Barger & Wolen LLP<br>John C. Holmes, Esq.<br>633 West Fifth Street, 47th Floor<br>Los Angeles, CA 90071<br>Telephone 213-680-2800 |
| Black River Associates, L.P. and its Members | Becker, Glynn, Melamed & Muffly LLP<br>Chester B. Salomon, Esq.<br>299 Park Avenue<br>New York, NY 10171<br>Telephone 212-888-3033 |
| Diane and Roger Peskin, Maureen Ebel, and a large group of other customers | Becker & Poliakoff LLP<br>Helen Davis Chaitman, Esq.<br>45 Broadway, 11th Floor<br>New York, NY 10006<br>Telephone, 212-599-3322 |
| Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, NY, et al | Blitman & King LLP<br>Jennifer A. Clark, Esq.<br>Charles E. Blitman, Esq.<br>Bernard T. King, Esq.<br>James R. LaVaute, Esq.<br>443 North Franklin Street<br>Syracuse, NY 13204<br>Telephone 315-422-7111 |

Dated: New York, New York
July 13, 2011

_____/s/ Martin L. Siedel_____
Martin L. Siedel