**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
　　　　　　　　　　　　　　　　　　　　　　:
　　　　*Plaintiff*, :
　　　　　　　　　　　　　　　　　　　　　　:　　Adv. Pro. No. 08-01789-BRL
v. :
　　　　　　　　　　　　　　　　　　　　　　:　　SIPA Liquidation
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
　　　　　　　　　　　　　　　　　　　　　　:
　　　　*Defendant*. :
------------------------------------------------------------ x

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Andrew G. Devore, a member in good standing of the bar of the Commonwealth of Massachusetts, and of the bar of the U.S. District Court for the District of Massachusetts, having requested admission, *pro hac vice*, to represent the Trustees of Tufts College, Arthur I. Segel, Stichting Shell Pensioenfonds, Hans L. Cartensen III, Nader F. Dareshori, Peter P. Jenkins, the Darren R. Scandone Trust, and Various Objecting Claimants, creditors and interested parties in the above-referenced cases.

**ORDERED**,

that Andrew G. Devore, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York.

Dated:　　　July 13, 2011
　　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　/s/Burton R. Lifland_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge