UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

SECURITIES INVESTOR PROTECTION CORPORATION,

    *Plaintiff*,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

    *Defendant*.

------------------------------------------------------------ x

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation

# ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Christopher G. Green, a member in good standing of the bar of the Commonwealth of Massachusetts, and of the bar of the U.S. District Court for the District of Massachusetts, having requested admission, *pro hac vice*, to represent the Trustees of Tufts College, Arthur I. Segel, Stichting Shell Pensioenfonds, Hans L. Cartensen III, Nader F. Dareshori, Peter P. Jenkins, the Darren R. Scandone Trust, and Various Objecting Claimants, creditors and interested parties in the above-referenced case.

**ORDERED**,

that Christopher G. Green, Esq., is admitted to practice, *pro hac vice,* in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York.

Dated:      July 13, 2011
                New York, New York

                                                   /s/Burton R. Lifland_____
                                                   United States Bankruptcy Judge