Bisceglie & DeMarco, LLC
365 Rifle Camp Road
Woodland Park, NJ  07424
Telephone: (973) 742-8900
Facsimile: (973) 742-7999
Angelo R. Bisceglie, Jr., Esq.
Email: abisceglie@bd-lawfirm.com
Mark I. Silberblatt, Esq.
Email: msilberblatt@bd-lawfirm.com

*Attorneys for Upstate New York Bakery
Drivers and Industry Pension Fund*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,                :  |   |
| Plaintiff-Applicant,                :  | Adv. Pro. No. 08-01789 (BRL) |
| v.                :  | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC,                :  | (Substantively Consolidated) |
| Defendant.                :  | |

-----------------------------------------------------------------

In re:                :

BERNARD L. MADOFF,                :

              Debtor.                :
-----------------------------------------------------------------X

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that Claimant-Appellant Upstate New York Bakery Drivers and Industry Pension Fund hereby appeals under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York from the *Memorandum Decision and Order Granting, to the Extent Set Forth Herein, Trustee's Motion to Affirm Trustee's Determinations Denying Claims of Claimants without BLMIS*

1

*Accounts in Their Names, Namely, Investors in Feeder Funds* (Docket No. 4193), as amended by the *Errata Order* (Doc. No. 4209) (collectively, the "Memorandum Decision"), of the United States Bankruptcy Court for the Southern District of New York entered in the above-captioned SIPA Liquidation proceeding on 28th day of June, 2011.

The names of the relevant parties to the Memorandum Decision appealed form the names, addresses, and telephone numbers of their respective attorneys are as follows:

BAKER & HOSTETLER LLP
David Sheehan, Esq.
Seanna R. Brown, Esq.
Bik Cheema, Esq.
45 Rockefeller Plaza, New York, NY  10111
Telephone 212-589-4200

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff*

SECURITIES INVESTOR PROTECTION CORPORATION
Josephine Wang, Esq.
Kevin H. Bell, Esq.
Christopher H. LaRosa, Esq.
805 Fifteenth St., N.W., Suite 800
Washington, DC  20005
Telephone 202-371-8300

*Attorneys for the Securities Investor Protection Corporation*

SECURITIES AND EXCHANGE COMMISSION
Katherine B. Gresham, Esq.
100 F St., N.E., Room 8115
Washington, DC  20549
Telephone 202-551-5148

*Attorneys for the Securities and Exchange Commission*

BARGER & WOLEN LLP
John C. Holmes, Esq.
633 West Fifth St., 47th Floor
Los Angeles, CA  90071
Telephone 213-680-2800

*Attorneys for the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles*

BECKER, GLYNN, MELAMED & MUFFY LLP
Chester B. Salomon, Esq.
299 Park Avenue
New York, NY 10171
Telephone 212-888-3033

*Attorneys for Black River Associates, L.P. and its Members*

BECKER & POLIAKOFF LLP
Helen Davis Chaitman, Esq.
45 Broadway, 11th Floor
New York, NY 10006
Telephone 212-599-3322

*Attorneys for Neva Rosamilia, et al.*

BLITMAN & KING LLP
Jennifer A. Clark, Esq.
Charles E. Blitman, Esq.
Bernard T. King, Esq.
James R. LaVaute, Esq.
443 North Franklin St.
Syracuse, NY 13204

*Attorneys for Bricklayers and Allied Craftsmen Local 2 Annuity Fund, et al.*

Dated: July 13, 2011

                                                     BISCEGLIE & DEMARCO, LLC

                                                     By: ___/s/ Mark I. Silberblatt___
                                                         Mark I. Silberblatt (MS7471)
                                                   Attorneys for *Upstate New York Bakery Drivers and Industry Pension Fund*
                                                   365 Rifle Camp Road
                                                   Woodland Park, NJ 07424
                                                   (973) 742-8900

                                                   and

                                                   711 Third Avenue, Suite 1803
                                                   New York, NY 10017
                                                   (212) 682-8089