Bisceglie & DeMarco, LLC
365 Rifle Camp Road
Woodland Park, NJ 07424
Telephone: (973) 742-8900
Facsimile: (973) 742-7999
Angelo R. Bisceglie, Jr., Esq.
Email: abisceglie@bd-lawfirm.com
Mark I. Silberblatt, Esq.
Email: msilberblatt@bd-lawfirm.com

*Attorneys for Upstate New York Bakery
Drivers and Industry Pension Fund*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, : | |
| Plaintiff-Applicant, : | Adv. Pro. No. 08-01789 (BRL) |
| v. : | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, : | (Substantively Consolidated) |
| Defendant. : | |

------------------------------------------------------------
In re:                                                                      :

BERNARD L. MADOFF,                                         :

                    Debtor.                                               :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Mark I. Silberblatt, Esq., hereby certify that on July 13, 2011, upon electronic filing of the Notice of Appeal on behalf of the Upstate New York Bakery Drivers and Industry Pension Fund [Docket No. 4249] (the "Notice of Appeal"), electronic mail filing notifications of the Notice of Appeal were caused to be sent to all attorneys of record registered to receive electronic filing notices in this case via this Court's ECF filing system.

1

I further certify that on July 13, 2011, pursuant to Local Bankruptcy Rule 8004-1, I caused sufficient copies of the Notice of Appeal, and address labels for all parties to be served, to be send to the Clerk via Lawyer's Service overnight delivery to permit the Clerk to comply with Federal Rule of Bankruptcy Procedure Rule 8004. Copies of the Notice of Appeal and address labels were provided to the Clerk for the following parties:

BAKER & HOSTETLER LLP
David Sheehan, Esq.
Seanna R. Brown, Esq.
Bik Cheema, Esq.
45 Rockefeller Plaza, New York, NY 10111
Telephone 212-589-4200

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff*

SECURITIES INVESTOR PROTECTION CORPORATION
Josephine Wang, Esq.
Kevin H. Bell, Esq.
Christopher H. LaRosa, Esq.
805 Fifteenth St., N.W., Suite 800
Washington, DC 20005
Telephone 202-371-8300

*Attorneys for the Securities Investor Protection Corporation*

SECURITIES AND EXCHANGE COMMISSION
Katherine B. Gresham, Esq.
100 F St., N.E., Room 8115
Washington, DC 20549
Telephone 202-551-5148

*Attorneys for the Securities and Exchange Commission*

BARGER & WOLEN LLP
John C. Holmes, Esq.
633 West Fifth St., 47th Floor
Los Angeles, CA 90071
Telephone 213-680-2800

*Attorneys for the Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles*

BECKER, GLYNN, MELAMED & MUFFY LLP
Chester B. Salomon, Esq.
299 Park Avenue

New York, NY 10171
Telephone 212-888-3033

*Attorneys for Black River Associates, L.P. and its Members*

BECKER & POLIAKOFF LLP
Helen Davis Chaitman, Esq.
45 Broadway, 11th Floor
New York, NY 10006
Telephone 212-599-3322

*Attorneys for Neva Rosamilia, et al.*

BLITMAN & KING LLP
Jennifer A. Clark, Esq.
Charles E. Blitman, Esq.
Bernard T. King, Esq.
James R. LaVaute, Esq.
443 North Franklin St.
Syracuse, NY 13204

*Attorneys for Bricklayers and Allied Craftsmen Local 2 Annuity Fund, et al.*

KING & SPALDING LLP
Richard A. Cirillo, Esq.
Lauren W. Mitchell, Esq.
1185 Avenue of the Americas
New York, NY 10036

*Attorneys for the NBK Investors*

Dated: July 13, 2011

                            BISCEGLIE & DEMARCO, LLC

                            By: /s/ Mark I. Silberblatt
                                Mark I. Silberblatt
                            Attorneys for *Upstate New York Bakery Drivers and Industry Pension Fund*
                            365 Rifle Camp Road
                            Woodland Park, NJ 07424
                            (973) 742-8900

                            and

                            711 Third Avenue, Suite 1803
                            New York, NY 10017
                            (212) 682-8089