JACOBS SCHOLZ & ASSOCIATES, LLP
Richard J. Scholz, Esquire
Arthur I. Jacobs, Esquire
961687 Gateway Boulevard, Suite 201-I
Fernandina Beach, FL 32034
Telephone: 904-261-3693
Telecopier: 904-261-7879



RECEIVED JUL 12 2011 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION CORPORATION,

                      Plaintiff,

                v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

                      Defendant,
------------------------------------------------------------x
------------------------------------------------------------x
In re:

BERNARD L. MADOFF

                      Debtor.
------------------------------------------------------------x

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

## NOTICE OF APPEAL

COMES NOW, Claimants-appellants, COLSON H. HILLIER, JR., COLSON H. HILLIER ROLLOVER IRA, and PATRICIA HILLIER, hereby appeal under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York from all aspects of the *Memorandum Decision And Order Granting, To The Extent Set Forth Herein,*

DMSLIBRARY01-16898127.1 *Trustee's Motion To Affirm Trustee's Determinations Denying Claims Of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds* corrected by an *Errata Order* (Doc. No. 4209) (collectively, the "Memorandum Decision") (Doc. No. 4193), of the United States Bankruptcy Court for the Southern District of New York entered in the above-captioned SIPA Liquidation proceeding on June 28, 2011.

Dated: July 11, 2011

JACOBS SCHOLZ & ASSOCIATES, LLC

_____
ARTHUR I. JACOBS, ESQ.
Fla. Bar No. 108249
RICHARD J. SCHOLZ, ESQ.
Fla. Bar No. 0021261
961687 Gateway Blvd., Ste. 201I
Fernandina Beach, FL 32034
(904) 261-3693 Telephone
(904) 261-7879 Facsimile
Attorneys for Colson Hillier Rollover IRA