UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

# AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On July 13, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000124).

Executed on ___July 13___, 2011

_____
John S. Franks

Sworn to and subscribed before me this _13th_ day of _July_, 2011

(SEAL)

_____
Notary Public

[Notary seal: BOBBIE J. PHILLIPS, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 1-5-2014]

2

# Exhibit A

SERVICE LIST A
TRANSFER NUMBER 4300124

7/13/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Recovery Partners Holdings I, LLC | Attention: Shanshan Cao and Sandra Markovic | 375 Park Avenue | 12th Floor | New York | NY | 10152 |