WILSON SONSINI GOODRICH & ROSATI
  PROFESSIONAL CORPORATION
Jessica L. Margolis
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: 212.999.5800
Facsimile: 212.999.5899

BERKMAN, GORDON, MURRAY & DEVAN
J. Michael Murray
Raymond V. Vasvari, Jr.
55 Public Square Suite 2200
Cleveland, Ohio 44113-1949
Telephone: 216.781.5245
Facsimile: 216.781-8207

*Attorneys for Claimant-Appellant The John E. Guinness
Guinness Revocable Trust Dated June 11, 1992*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION                    :
CORPORATION,                                      :  Adv. Pro. No. 08-01789 (BRL)
                                    Plaintiff,    :
                                                  :  SIPA LIQUIDATION
                     v.                           :
                                                  :  (Substantively Consolidated)
BERNARD L. MADOFF INVESTMENT                      :
SECURITIES LLC,                                   :
                                                  :
                                    Defendant,    :
----------------------------------------------------------------------x
----------------------------------------------------------------------x
In re:                                            :
                                                  :
BERNARD L. MADOFF                                 :
                                                  :
                                    Debtor.       :
----------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jessica L. Margolis, hereby certify that on July 12, 2011, upon electronic filing of the

Notice of Appeal on behalf of the John E. Guinness Revocable Trust Dated June 11, 1992

[docket no. 4221] ("Notice of Appeal"), electronic mail filing notifications of the Notice of Appeal were caused to be sent to all attorneys of record registered to receive electronic filing notices in this case via this Court's ECF filing system.

I further certify that on July 12, 2011, pursuant to Local Bankruptcy Rule 8004-1, I caused sufficient copies of the Notice of Appeal, as well as address labels for all parties to be served, to be hand delivered to the Clerk to permit the Clerk to comply with Federal Rule of Bankruptcy Procedure Rule 8004. Copies of the Notice of Appeal and address labels were provided to the Clerk for the following parties:

| PARTY | COUNSEL |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff | Baker & Hostetler LLP<br>David Sheehan, Esq.<br>Seanna R. Brown, Esq.<br>Bik Cheema, Esq.<br>45 Rockefeller Plaza, New York, NY 10111,<br>Telephone 212-589-4200 |
| The Securities Investor Protection Corporation | Securities Investor Protection Corporation<br>Josephine Wang, Esq.<br>Kevin H. Bell, Esq.<br>Christopher H. LaRosa, Esq.<br>805 Fifteenth Street, N.W., Suite 800<br>Washington, D.C. 20005<br>Telephone 202-371-8300 |
| The Securities and Exchange Commission | Securities and Exchange Commission<br>Katherine B. Gresham, Esq.<br>100 F Street, N.E., Room 8115<br>Washington, D.C. 20549<br>Telephone  202-551-5148 |
| The Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles | Barger & Wolen LLP<br>John C. Holmes, Esq.<br>633 West Fifth Street, 47th Floor<br>Los Angeles, CA 90071<br>Telephone 213-680-2800 |

| | |
|---|---|
| Black River Associates, L.P. and its Members | Becker, Glynn, Melamed & Muffly LLP<br>Chester B. Salomon, Esq.<br>299 Park Avenue<br>New York, NY 10171<br>Telephone 212-888-3033 |
| Diane and Roger Peskin, Maureen Ebel, and a large group of other customers | Becker & Poliakoff LLP<br>Helen Davis Chaitman, Esq.<br>45 Broadway, 11th Floor<br>New York, NY 10006<br>Telephone, 212-599-3322 |
| Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund, Bricklayers & Allied Craftworkers, Local No. 2, AFL-CIO Building Trade Employees Insurance Fund, Central New York Laborers' Pension Fund, Central New York Laborers' Training Fund, Construction Employers Association of CNY, Inc., Construction and General Laborers' Local No. 633, AFL-CIO, Engineers Joint Welfare Fund, Engineers Joint Training Fund, International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund, International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Annuity Fund, Laborers' Local 103 Welfare Fund, New York State Lineman's Safety Training Fund, Oswego Roofers' Local 195 Annuity Fund, Roofers' Local 195 Health & Accident Fund, Syracuse Builders Exchange, Inc/CEA Pension Plan, Service Employees Benefit Fund, Service Employees Pension Fund of Upstate New York, S.E.I.U. Local 200 United, AFL-CIO, Syrabex, Inc. Syracuse Builders Exchange, Inc., U.A. Local 73, Plumbers & Fitters, AFL-CIO, Local 73 Retirement Fund, Update New York Bakery Drivers and Industry Pension Fund and Upstate Union Health and Welfare Fund | Blitman & King LLP<br>Jennifer A. Clark, Esq.<br>Charles E. Blitman, Esq.<br>Bernard T. King, Esq.<br>James R. LaVaute, Esq.<br>443 North Franklin Street<br>Syracuse, NY 113204<br>Telephone 315-422-7111 |

Dated:  New York, New York
             July 15, 2011

                                  Respectfully submitted,

                                  By:  /s/ Jessica L. Margolis

WILSON SONSINI GOODRICH & ROSATI
  PROFESSIONAL CORPORATION
Jessica L. Margolis
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: 212.999.5800
Telecopier: 212.999.5899

J. Michael Murray*
Raymond V. Vasvari, Jr.*
Berkman, Gordon, Murray & DeVan
55 Public Square Suite 2200
Cleveland, Ohio 44113-1949
Telephone: 216-781-5245
Telecopier: 216-781-8207

*Attorneys for Claimant-Appellant
The John E. Guinness Revocable
Trust Dated June 11, 1992*

*Admitted pro hac vice

4