UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : : : | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | : : | SIPA Liquidation |
| v. | : : | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : : : : | |
| Defendant. | : | |

------------------------------------------------------------------ X

## NOTICE OF WITHDRAWAL OF OBJECTION

Jerome Fisher 2007 Living Trust Dated 5/18/07 ("Claimant"), having filed an objection to the Notice of Trustee's Determination of Claim respecting Claimant's Claim (Claim No. 011529) (the "Objection") [Docket No. 890], hereby gives notice of withdrawal of such Objection.

Dated:  New York, New York
        July 19, 2011

                                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                                 By:   /s/ Elise Scherr Frejka
                                                        Philip Bentley
                                                        Elise Scherr Frejka
                                                        Juliana Oliveira
                                                        1177 Avenue of the Americas
                                                        New York, New York 10036
                                                        Telephone: (212) 715-9100
                                                        Facsimile: (212) 715-8000

                                                        *Attorneys for Jerome Fisher 2007 Living Trust*
                                                        *Dated 5/18/07*