UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------ X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | : | |
| v. | : | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | (Substantively Consolidated) |
| Defendant. | : | |

------------------------------------------------------------------------------ X

In re       :

BERNARD L. MADOFF,     :
            Debtor.

------------------------------------------------------------------------------ X

## NOTICE OF WITHDRAWAL OF OBJECTION

PLEASE TAKE NOTICE that the objection to the Trustee's Determination of Claim with respect to Claim No. 013099 [Docket No. 887] is hereby withdrawn.

Dated: New York, New York
       July 19, 2011

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP

                              By:   Elise Scherr Frejka
                                    Philip Bentley
                                    Elise Scherr Frejka
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Phone: (212) 715-9100
                                    Facsimile: (212) 715-8000