UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | : | |
| v. | : | SIPA Liquidation |
| | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | (Substantively Consolidated) |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------------- X

| | |
|---|---|
| In re | : |
| | : |
| BERNARD L. MADOFF, | : |
| Debtor. | : |

---------------------------------------------------------------------- X

## NOTICE OF WITHDRAWAL OF OBJECTION

PLEASE TAKE NOTICE that the objection to the Trustee's Determination of Claim with respect to Claim No. 013097 [Docket No. 888] is hereby withdrawn.

Dated: New York, New York
July 19, 2011

                                                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                                                             By:    Elise Scherr Frejka
                                                                                Philip Bentley
                                                                                 Elise Scherr Frejka
                                                                                 1177 Avenue of the Americas
                                                                                 New York, New York 10036
                                                                                 Phone: (212) 715-9100
                                                                                 Facsimile: (212) 715-8000