MORRISON & FOERSTER LLP
Gary S. Lee, Esq.
Erica Richards, Esq.
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email:  GLee@mofo.com
        ERichards@mofo.com

*Attorneys for Oversea Chinese Bank Nominees PTE Ltd.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adversary Proceeding |
| — *versus* — | No. 08-01789 (BRL) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | SIPA Liquidation |
| | (Substantively Consolidated) |
| Defendant | |
| In re BERNARD L. MADOFF, | |
| Debtor | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Claimant-appellant Oversea Chinese Bank Nominees PTE Ltd. hereby appeals under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York from all aspects of the *Memorandum Decision And Order Granting, To The Extent Set Forth Herein, Trustee's Motion To Affirm Trustee's Determination Denying Claims Of Claimants Without BLMIS Accounts In Their Names, Namely, Investors In Feeder Funds* (Docket No. 4193)

ny-985325

corrected by an *Errata Order* (Docket No. 4209) (collectively, the "**Memorandum Decision**"), of the United States Bankruptcy Court for the Southern District of New York entered in the above-captioned SIPA liquidation proceeding on June 28, 2011. The names of all the relevant parties to the Memorandum Decision in the SIPA liquidation proceeding and the names, addresses, and telephone numbers of the respective attorneys are as follows:

| PARTY | COUNSEL |
| --- | --- |
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff | Baker & Hostetler LLP, David Sheehan, Esq., Seanna R. Brown, Esq., Bik Cheema, Esq., 45 Rockefeller Plaza New York, NY 10111 Telephone 212-589-4200 |
| The Securities Investor Protection Corporation | Securities Investor Protection Corporation, Josephine Wang, Esq., Kevin H. Bell, Esq., Christopher H. LaRosa, Esq., 805 Fifteenth Street, N.W., Suite 800 Washington, D.C. 20005 Telephone 202-371-8300 |
| The Securities and Exchange Commission | Securities and Exchange Commission, Katherine B. Gresham, Esq., 100 F Street, N.E., Room 8115 Washington, D.C. 20549 Telephone  202-551-5148 |
| The Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles | Barger & Wolen LLP, John C. Holmes, Esq., 633 West Fifth Street, 47th Floor Los Angeles, CA 90071 Telephone 213-680-2800 |

ny-985325                                      2

| | |
|---|---|
| Black River Associates, L.P. and its Members | Becker, Glynn, Melamed & Muffly LLP, Chester B. Salomon, Esq., 299 Park Avenue New York, NY 10171 Telephone 212-888-3033 |
| Diane and Roger Peskin, Maureen Ebel, and a large group of other customers | Becker & Poliakoff LLP, Helen Davis Chaitman, Esq., 45 Broadway, 11th Floor New York, NY 10006 Telephone, 212-599-3322 |
| Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, NY, *et al.* | Blitman & King LLP, Jennifer A. Clark, Esq., Charles E. Blitman, Esq., Bernard T. King, Esq., James R. LaVaute, Esq., 443 North Franklin Street Syracuse, NY 113204 Telephone 315-422-7111 |

Dated:  July 20, 2011

Respectfully submitted,

 /s/ Gary S. Lee
MORRISON & FOERSTER LLP
Gary S. Lee, Esq.
Erica Richards, Esq.
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email:  GLee@mofo.com
              ERichards@mofo.com

*Attorneys for*
    *Oversea Chinese Bank Nominees PTE Ltd.*