UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                           )     ss:
COUNTY OF DALLAS            )

    JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On July 15, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A.  Notice of Transfer of Allowed Claim (Transfer Number T000125).

Executed on ⎽⎽⎽Ju|y 21⎽⎽⎽, 2011

John S. Franks

Sworn to and subscribed before me this 21st day of July, 2011



MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

Mary Suzette Betik

(SEAL)                                    Notary Public

2

Exhibit A

SERVICE LIST A
TRANSFER NUMBER 4800125

7/15/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Normandy Hill Master Fund, L.P.. by Normandy Hill Capital GP LLC, its general partner | | 150 East 52nd Street, 10th Floor | | New York | NY | 10022 |