Anthony F. Russo, M.D.
591 Stonehenge Drive
Lititz, PA 17543
(717) 560-9451

July 18, 2011

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, New York 10004

Re: Bankruptcy Case No. 08-1789 (BRL)
    Claim N0. 009138



RECEIVED
JUL 20 2011
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Dear Mr. Picard:

I was notified of the above SIPA Claim No. 009138 denial on 7/1/11 by email from Jeffrey who called my home on the evening of June 30, 2011. The denial letter was sent to David Friehling dated 12/17/2010 and not sent to me. The 30 day window to file a letter of objection/ disagreement has long expired. I have been in contact with SIPC hotline/ 1-888-727-8695 numerous times to inquire about the status of the above claim. Jeffrey called me on 12/26/10 to give me the claim # 009138 which I never received prior to that date and he never mentioned anything about the claim being denied.

It is important for you to know that the SIPA claim form was completed by David Friehling and signed by me on 2/23/09. It bears the Bernard L. Madoff Investment Securities LLC account # 1M0114 which was the 1973 Masters Vacation Fund consisting of 33 partnerships, but with specific investment by Bernard L. Madoff himself and accounting transactions and filing of the schedule K-1(form 1065) by David Friehling and Jerome Horowitz CPA's P.C.

Permit me to explain why I disagree with the determination of denial. First and foremost, I was invited to invest with Bernard L. Madoff through my daughter's (Margaret Fitzpatrick) father-in-law James T. Fitzpatrick in the 1973 Masters Vacation Fund orchestrated by Bernard L. Madoff himself. Two investment checks were made out to Bernard L.Madoff in the sum of $550,000.00, endorsed and cashed into his account at the Chase Manhattan Bank. It was said and understood that this account #1M0114(1973 Masters Vacation Fund) was managed personally by Bernard L. Madoff without any broker involved thus negating the existence of a feeder fund. The above investments

began on 12/16/99 and 6/9/03 respectfully and schedule K-1(form 1065) was received from 2000 to 2008 filed by accountants Friehling and Horowitz. This annual statement was the only communication I received regarding the investment with Bernard L. Madoff. I was an invisible investor in the 1973 Masters Vacation Fund consisting of 33 partnerships in the registered account # 1M0114. Over the years, I had multiple conversations and correspondence with David G. Friehling, CPA and one correspondence with Jerome Horowitz, CPA regarding two withdrawals respectively and tentative retirement schedule for money withdrawal, the last being in December 2007. Total withdrawals were 47,724.65 (1/31/01) and 60,000 (12/22/07 and 12/31/07) for a combined amount of 107,724.65.

The last written correspondence to David Friehling, CPA was on 12/13/08 two days following the tragic news regarding Bernard L. Madoff's arrest/ 50 Billion Fraud/ Ponzi Scheme. Subsequently, I had multiple telephone correspondences regarding the filing of the SIPA Claim Form which he completed, sent in and I signed page 4 (2/23/09). I also mailed a copy of the SIPA Claim Form with supplemental records dated 5/30/09 to Irving Picard, Esq. at the Dallas, Texas address (please see enclosed letter). Following the above mailing of records, I never received any information on this claim, not one piece of paper. On 12/26/10 I received the claim # from Jeffrey after numerous inquires to SIPC Hotline (1-888-727-8695) despite the fact of the determination denial on 12/17/10. There was no disclosure from Jeffrey or David Friehling, CPA at that time. Finally, after numerous calls to SIPC Hotline Jeffrey called on 6/30/11 and sent by e-mail the determination denial on 7/1/11.

In conclusion, I am submitting documents along with this letter of opposition because I believe I had a legitimate account with Bernard L. Madoff (please see document #6), which discloses account # 1M0114 with specific investments in the 1973 Masters Vacation Fund. I am humbly requesting a hearing before Bankruptcy Judge Burton R. Lifland in order to give oral testimony and witness regarding the above. I await your response to this letter and thank you for your consideration. I remain

Respectfully yours,

*Anthony F. Russo, MD*
Anthony F. Russo, M.D.

P.S.- Please find the enclosed 11 documents referencing the above.
    I am maintaining faith in God that a just and favorable outcome will result from this disaster.