**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

| | |
|---|---|
| In re: | Bankruptcy Case No.: 08--01789 (brl) |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff(s), | |
| —against— | Adversary Proceeding No.            (brl) |
| Defendant(s) | |

# SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons; however, if you were served with this summons outside of the United States, you are required to submit a motion or answer to the clerk of the bankruptcy court within 30 days from the date you were served with this summons pursuant to an Order of the bankruptcy court dated _____, 2011 (which is enclosed herewith).

| **Address of Clerk:** | **Clerk of the Court**<br>**United States Bankruptcy Court**<br>**Southern District of New York**<br>**One Bowling Green**<br>**New York, NY 10004−1408** |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** | **Baker & Hostetler LLP**<br>**45 Rockefeller Plaza**<br>**New York, NY 10111** |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004−1408 | Room: Courtroom 623 (BRL), One Bowling Green, New York, NY 10004−1408<br><br>Date and Time: |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated:                                          Vito Genna
                                                _____
                                                *Clerk of the Court*

                                                By: _____
                                                *Deputy Clerk*