BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc Hirschfield
Email: mhirschfield@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JULY 27, 2011 AT 10:00 A.M.**

**CONTESTED MATTER**

**Picard v. Merkin, et al.; Adv. Pro. No. 09-1182**

1.    Pre-Trial Conference

       Status:  This matter is going forward.

300174021

**Picard v. Friedman, et al.; Adv. Pro. No. 10-05395**

2.  Pre-Trial Conference

   Status:  This matter is going forward.

Dated:  New York, New York
       July 25, 2011

                                    **BAKER & HOSTETLER LLP**

                      By:    *s/Marc E. Hirschfield*
                           Baker & Hostetler LLP
                           45 Rockefeller Plaza
                           New York, NY  10111
                           Telephone: (212) 589-4200
                           Facsimile: (212) 589-4201
                           David J. Sheehan
                           Email: dsheehan@bakerlaw.com
                           Marc E. Hirschfield
                           Email: mhirschfield@bakerlaw.com
                           Keith R. Murphy
                           Email:  kmurphy@bakerlaw.com

                           *Attorneys for Irving H. Picard, Esq. Trustee*
                           *for the Substantively Consolidated SIPA*
                           *Liquidation of Bernard L. Madoff*
                           *Investment Securities LLC And Bernard L.*
                           *Madoff*