KING & SPALDING LLP
Richard A. Cirillo
Joshua T. Edgemon
1185 Avenue of the Americas -- Suite 3400
New York, NY 10036-4003
Telephone: 212-556-2100
Telecopier: 212-556-2222

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF<br>Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### Certificate of Service

I, Joshua T. Edgemon, an attorney admitted to practice in the State of New York, hereby certify that on July 26, 2011, I caused a true and correct copy of the CLAIMANTS-APPELLANTS' JOINT DESIGNATIONS FOR RECORD ON APPEAL AND STATEMENT OF THE ISSUE ON APPEAL to be filed and served upon counsel of record via the United States Bankruptcy Court for the Southern District of New York's ECF system, and on July 27, 2011, to be served upon the parties listed below by first class mail:

| PARTY | COUNSEL |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff | Baker & Hostetler LLP, David Sheehan, Esq., Seanna R. Brown, Esq., Bik Cheema, Esq., 45 Rockefeller Plaza, New York, NY 10111, Telephone 212-589-4200 |
| The Securities Investor Protection Corporation | Securities Investor Protection Corporation, Josephine Wang, Esq., Kevin H. Bell, Esq., Christopher H. LaRosa, Esq., 805 Fifteenth Street, N.W., Suite 800, Washington, D.C. 20005, Telephone 202-371-8300 |
| The Securities and Exchange Commission | Securities and Exchange Commission, John W. Avery, Esq. Katherine B. Gresham, Esq., 100 F Street, N.E., Washington, D.C. 20549, Telephone 202-551-5148 |
| The Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles | Barger & Wolen LLP, John C. Holmes, Esq., 633 West Fifth Street, 47th Floor, Los Angeles, CA 90071, Telephone 213-680-2800 |
| Black River Associates, L.P. and its Members | Becker, Glynn, Melamed & Muffly LLP, Chester B. Salomon, Esq., 299 Park Avenue, New York, NY 10171, Telephone 212-888-3033 |

Dated: New York, New York
July 27, 2011

Joshua T. Edgemon