UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS           )
                         )   ss:
COUNTY OF DALLAS         )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On July 26, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000108).

4. On July 26, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000133).

5. On July 26, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000135).

6. On July 26, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit D, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000137).

Executed on July 27, 2011

John S. Franks

Sworn to and subscribed before me this 27th day of July, 2011



(SEAL)

Notary Public

# Exhibit A

SERVICE LIST A
TRANSFER FURTHER TO 0108

7/27/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | SPCP Group, LLC | Attention: Brian Jarmain | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 |

# Exhibit B

SERVICE LIST B
TRANSFER OF CLAIM 10-00133

**7/27/2011**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Macquarie Bank Limited | Attention: Executive Director - FICC - Legal Risk Management Division | c/o Macquarie Capital (USA) Inc. | 125 West 55th Street | New York | NY | 10019 |

# Exhibit C

SERVICE LIST C
TRANSFER NUMBER 10-0135

7/27/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Macquarie Bank Limited | Attention: Executive Director - FICC - Legal Risk Management Division | c/o Macquarie Capital (USA) Inc. | 125 West 55th Street | New York | NY | 10019 |

# Exhibit D

**SERVICE LIST D**
**TRANSFER NUMBER 1000137**
**7/27/2011**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Macquarie Bank Limited | Attention: Executive Director - FICC - Legal Risk Management Division | c/o Macquarie Capital (USA) Inc. | 125 West 55th Street | New York | NY | 10019 |