UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re: Irving H. Picard, trustee for the
liquidation of Bernard L. Madoff
Investment Securities LLC

                          Debtor

Case No.: 08-01789

Chapter 11

---------------------------------------------------------x
Irving H. Picard, trustee for the liquidation of
Bernard L. Madoff Investment Securities LLC
                          Plaintiff

                     v.

Estate of Katherine Thalberg

                          Defendant

---------------------------------------------------------x

Adversary Proceeding No.: 10-05280

RECEIVED
JUL 28 2011
U.S. BANKRUPTCY COURT, SDNY

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Joshua Fowkes, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Estate of K. Thalberg & B. Anderson, a Defendants in the above-referenced ☐ case ☑ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Ohio and D.C. and, if applicable, the bar of the U.S. District Court for the District of Columbia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 27, 2011
Washington, D.C., ~~New York~~

/s/ Joshua Fowkes
*Mailing Address:*
Arent Fox LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
*E-mail address:* fowkes.joshua@arentfox.com
*Telephone number:* (202) 857-6000