**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re:  Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC | Case No.: 08-001789<br>Chapter 11 |
| Debtor | |

------------------------------------------------------------x

| | |
|---|---|
| Irving H. Picard, trustee for the liquidation of Bernard L. Madoff Investment Securities LLC | Adversary Proceeding No.: 10-05280 |
| Plaintiff | |
| v. | |
| Estate of Katherine Thalberg, et al. | |
| Defendants | |

------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Earl Colson, to be admitted, ***pro hac* vic*e***, to represent Estate of Katharine Thalberg and Brook Anderson, (the "Clients") Defendants in the above referenced ☐ case ☒ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York and the District of Columbia, and the bar of the U.S. District Court for the District of Columbia, it is hereby

**ORDERED**, that Earl Colson, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☐ case ☒ adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July 29, 2011
  New York, New York                    /s/Burton R. Lifland
                                        UNITED STATES BANKRUPTCY JUDGE