Brian J. Neville (BN 8251)
Barry R. Lax (BL 1302)
Gabrielle Pretto (GP 1202)
Lax & Neville, LLP
1412 Broadway, Suite 1407
New York, New York 10018
Tel: (212) 696-1999
Fax: (212) 455-5361

*Attorneys for the Wilkes Family Partnership, Stephen Wilkes,*
*Samuel Wilkes, Bette Wilkes & Jennie Wilkes*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SECURITIES PARTNER PROTCTION
CORPORATION,

         Plaintiff,

  vs.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

         Defendant.

-------------------------------------------------------------X

In re

BERNARD L. MADOFF,

         Debtor.

-------------------------------------------------------------X

Adv. Pro. No. 08-01789(BRL)

SIPA Liquidation

## NOTICE OF WITHDRAWAL OF OBJECTION

PLEASE TAKE NOTICE that the objection to the Trustee's Determination of Claim with respect to Claim Nos. 012107, 012134, 012143 and 012182 [Docket No. 3237] on behalf of the Wilkes Family Partnership, Stephen Wilkes, Samuel Wilkes, Bette Wilkes & Jennie Wilkes is hereby withdrawn.

Dated: New York, New York
August 2, 2011

*/s/ Brian J. Neville*
LAX & NEVILLE, LLP
Brian J. Neville (BN 8251)
Barry R. Lax (BL 1302)
Gabrielle J. Pretto (GP 1202)
1412 Broadway, Suite 1407
New York, NY 10018
Tel: (212) 696-1999
Fax: (212) 566-4531

*Attorneys for the Wilkes Family Partnership,
Stephen Wilkes, Samuel Wilkes, Bette Wilkes
& Jennie Wilkes*