**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x
                                                            :
SECURITIES INVESTOR PROTECTION                              :
CORPORATION,                                                :
                                                            :
                        Plaintiff,                          :
                                                            :     Adversary Proceeding
            — *versus* —                                    :
                                                            :     No. 08-01789 (BRL)
BERNARD L. MADOFF INVESTMENT                                :
SECURITIES, LLC,                                            :     SIPA Liquidation
                                                            :
                        Defendant                           :     (Substantively Consolidated)
--------------------------------------------------------------- x
In re BERNARD L. MADOFF,                                    :
                                                            :
                        Debtor                              :
--------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

State of New York       )
                        )       ss.:
County of New York  )

        Laura Guido, being duly sworn, deposes and says:

        1.      I am over 18 years of age and am not a party to the above-

captioned proceedings.  I am employed by Morrison & Foerster LLP, having offices

located at 1290 Avenue of the Americas, New York, NY  10104.

        2.      On August 2, 2011, I served a true and correct copy of the

following document (i) upon the parties listed on Exhibit A attached hereto by prepaid

first class U.S. mail:

    (i)     Claimant-Appellants' Joint Designations for Record on Appeal and
            Statement of the Issue on Appeal [Docket No. 4285].

ny-987664

/s/ Laura Guido
Laura Guido

Sworn to before me on this
4th day of August 2011


/s/ Jeanette C. Harris
Notary Public

JEANETTE C. HARRIS
Notary Public, State of New York
No. 01HA4947008
Qualified in Orange County
Certificate Filed in New York County
Commission Expires March 27, 2014

ny-987664

**Exhibit A**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:   Chambers of Hon. Burton R. Lifland

Baker & Hostetler LLP
David Sheehan, Esq.
Seanna R. Brown, Esq.
Bik Cheema, Esq.
45 Rockefeller Plaza
New York, NY  10111
*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA*
*Liquidation of Bernard M. Madoff Investment Securities LLC and Bernard L. Madoff*

Securities Investor Protection Corporation
Josephine Wang, Esq.
Kevin H. Bell, Esq.
Christopher H. LaRosa, Esq.
805 Fifteenth St., N.W., Suite 800
Washington, DC  20005
*Attorneys for the Securities Investor Protection Corporation*

Securities and Exchange Commission
Katherine B. Gresham, Esq.
100 F St., N.E., Room 8115
Washington, DC  20549
*Attorneys for the Securities and Exchange Commission*

Barger & Wolen LLP
John C. Holmes, Esq.
633 West Fifth St., 47th Floor
Los Angeles, CA  90071
*Attorneys for the Jewish Community Foundation of the Jewish Federation Council of*
*Greater Los Angeles*

Becker, Glynn, Melamed & Muffy LLP
Chester B. Salomon, Esq.
299 Park Avenue
New York, NY  10171
*Attorneys for Black River Associates, L.P. and its Members*

ny-987664

Becker & Poliakoff LLP
Helen Davis Chaitman, Esq.
45 Broadway, 11th Floor
New York, NY  10006
*Attorneys for Neva Rosamilia, et al.*

Blitman & King LLP
Jennifer A. Clark, Esq.
Charles E. Blitman, Esq.
Bernard T. King, Esq.
James R. LaVaute, Esq.
443 North Franklin Street
Syracuse, NY  13204
*Attorneys for Bricklayers and Allied Craftsmen Local 2 Annuity Fund, et al.*

King & Spalding LLP
Richard A. Cirillo, Esq.
Lauren W. Mitchell, Esq.
1185 Avenue of the Americas
New York, NY  10036
*Attorneys for the NBK Investors*

ny-987664