**EXHIBIT C**

# Baker Hostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Brian K. Esser
direct dial: 212.589.4236
besser@bakerlaw.com

June 12, 2009

Robert W. Gottlieb, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York 10022

Re:  *Confidentiality Agreement between Irving H. Picard, Esq. Trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities, LLC and Access International Advisors LLC*

Dear Mr. Gottlieb:

As previously discussed, Access International Advisors LLC ("Access LLC") has agreed to produce documents to Irving H. Picard, Esq. Trustee for the SIPA liquidation of Bernard L. Madoff Investment Securities, LLC ("Trustee") in response to a Rule 2004 subpoena issued in relation to Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC, Adv. Pro. No. 08-01789-BRL, pending in the Bankruptcy Court for the Southern District of New York. This letter memorializes Access LLC's and the Trustee's agreement regarding documents produced to the Trustee that are designated by Access LLC at the time of production to contain confidential, non-public business or financial information (hereinafter "Agreement").

Access LLC and the Trustee agree that Access LLC may designate as confidential any portion of the documents produced pursuant to the June 8, 2009 Rule 2004 Subpoena served on Access LLC or the March 23, 2009 Rule 2004 Subpoena served on Groupement Financier Ltd. At the time of production all such documents shall be marked with the designation: "CONFIDENTIAL" (hereinafter "Confidential Information"). Access LLC may designate all or a portion of the documents produced prior to the date of this agreement as "Confidential Information" as well. In the event the Trustee provides Access LLC notice that he disagrees with a confidentiality designation, Access LLC shall make an application to the Court within five (5) business days for a protective order to prevent further disclosure of the information beyond the terms of this Agreement. Absent such application, the information will no longer be deemed Confidential Information for the purposes of this Agreement.

The Trustee agrees to only use the documents produced to him in connection with Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC, Adv. Pro. No. 08-01789-BRL and related proceedings. Confidential Information shall not be provided by Trustee to any person or entity, except by order of

Robert W. Gottlieb, Esq.
June 12, 2009
Page 2

the bankruptcy court. The Trustee may, consistent with this Agreement, disclose
Confidential Information: (1) to the Trustee's counsel and the staff and employees of
his counsel; (2) to experts, consultants and professionals retained by the Trustee and
Trustee's counsel, including FTI Consulting, Inc. and other forensic and technology
consultants, to assist with the investigation, forensic reconstruction and validation of the
underlying records of Bernard L. Madoff Investment Securities LLC ("BLMIS"), and their
staffs; and (3) to other regulatory and enforcement authorities investigating matters
relating directly or indirectly to BLMIS. Nothing in this Agreement restricts the use of
any Confidential Information in any filings or proceedings in the bankruptcy court,
provided they are made under seal or pursuant to protective order. Such use does not
operate as a waiver of the confidentiality of the information submitted.

Access LLC agrees that notwithstanding other provisions of this Agreement the
Trustee will not consider a document to be confidential if (a) it is available to the public
through means other than production by Access LLC, (b) it was lawfully known to,
provided to or independently developed by the Trustee in the files of BLMIS or
elsewhere, or (c) it is legally required to be produced by the Trustee.

The Trustee agrees that in the event that (1) the Trustee receives a notice of
deposition, interrogatory, request for document, subpoena, civil investigative demand,
or similar request to disclose any of the Confidential Information, (2) the Trustee
reasonably believes, after consultation with counsel, that he is legally required to
disclose any of the Confidential Information to a third party, including a governmental,
or other regulatory body or agency or self-regulatory organization, the Trustee, shall
provide to Access LLC reasonable notice of any such request or requirement so that
Access LLC may seek a protective order or other appropriate remedy. Nothing in this
Agreement prevents disclosure of the Confidential Information beyond the terms of this
Agreement if such disclosure is compelled by subpoena or other legal process or
Access LLC consents in writing

Access LLC agrees that if Confidential Information is disclosed in violation of
this Agreement, Access LLC's sole remedy is to seek injunctive relief in the bankruptcy
court to prevent further disclosures of Confidential Information.

Please countersign to indicate your agreement and return at your earliest
convenience. We look forward to receiving the responsive documents.

Dated: June 12, 2009

Robert W. Gottlieb, Esq.
June 12, 2009
Page 3

Robert W. Gottlieb, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-7090
Facsimile: (212) 940-6505
Email: Robert.gottlieb@kattenlaw.com

*Attorneys for Access International
Advisors LLC*

Brian K. Esser, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
E-mail: besser@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities
LLC*