BERNFELD, DeMATTEO & BERNFELD, LLP
600 Third Avenue, 15th Floor
New York, New York 10016
(212) 661-1661
David B. Bernfeld (dbb-0177)
Jeffrey L. Bernfeld (jlb-1615)
*Attorneys for Michael Schur*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                         Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                         Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA LIQUIDATION<br><br><br>WITHDRAWAL OF OBJECTIONS |

       **PLEASE TAKE NOTICE**, that **Michael Schur**, by his attorneys, **Bernfeld, DeMatteo & Bernfeld, LLP,** hereby withdraws the Objections filed to the Trustee's Determination Letter of May 22, 2009 previously filed on behalf of the said Michael Schur by instrument entitled "**OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM**" dated June 20, 2009

Dated: August 8, 2011

                                    Bernfeld, Dematteo & Bernfeld, LLP

                                    By:      /s/
                                       David Bernfeld (0177)
                                  Attorneys for Claimant Michael Schur
                                  600 Third Avenue, 15th Floor
                                  New York, New York 10016
                                  (212) 661-1661