**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

**ORDER SETTING TIME TO RESPOND TO SUMMONS AND COMPLAINT FOR
FOREIGN DEFENDANTS IN ADVERSARY PROCEEDINGS**

Upon the motion (the "Motion"), dated July 25, 2011, brought by Irving H. Picard (the "Trustee"), as trustee in the above-captioned case (the "Case") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the substantively consolidated estate of Bernard L. Madoff individually, seeking entry of an order, pursuant to section 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*. and Rule 7012(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), setting the time to respond to a summons and complaint for all Foreign Defendants (as defined herein) to adversary proceedings brought or to be brought by the Trustee related to the above-captioned case ("Adversary Proceedings"); and it appearing that the relief sought in the Motion is appropriate based upon the information provided in the Motion and in the record; and it further appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157; and after due deliberation; and sufficient cause appearing therefor; it is hereby

**ORDERED**, that all defendants to Adversary Proceedings who are located outside the United States ("Foreign Defendants") must serve an answer or other response to the complaint within 30 days of the date the Trustee effectuates service of the summons and complaint on that Foreign Defendant, except to the extent provided otherwise by Court Order or stipulation in any individual Adversary Proceeding; and

**ORDERED**, that all summonses issued by the Clerk of the Court after the date of this Order in any Adversary Proceeding naming Foreign Defendants shall include language substantially as follows:

> YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons; however, if you were served with this summons outside of the United States, you are required to submit a motion or answer to the clerk of the bankruptcy court within 30 days from the date you were served with this summons pursuant to an Order of the bankruptcy court dated August 9, 2011 (which is enclosed herewith).

**ORDERED**, that the relief herein shall not apply to any Adversary Proceeding in which a "Notice of Applicability of the Order Approving Litigation Case Management Procedures for Avoidance Actions" is filed.

Dated: New York, New York
         August 9, 2011

/s/Burton R. Lifland_____
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

In re:                                                                          Bankruptcy Case No.:
                                                                                08--01789 (brl)
Irving H. Picard, Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC,

                                        Plaintiff(s),

—against—                                                                       Adversary Proceeding
                                                                                No.                (brl)

                                        Defendant(s)

# SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
# IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons; however, if you were served with this summons outside of the United States, you are required to submit a motion or answer to the clerk of the bankruptcy court within 30 days from the date you were served with this summons pursuant to an Order of the bankruptcy court dated                    , 2011 (which is enclosed herewith).

| **Address of Clerk:** | **Clerk of the Court** |
| | **United States Bankruptcy Court** |
| | **Southern District of New York** |
| | **One Bowling Green** |
| | **New York, NY 10004−1408** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of** | |
| **Plaintiff's Attorney:** | |
| | **Baker & Hostetler LLP** |
| | **45 Rockefeller Plaza** |
| | **New York, NY 10111** |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court | Room: Courtroom 623 (BRL), One Bowling |
| Southern District of New York | Green, New York, NY 10004−1408 |
| One Bowling Green | |
| New York, NY 10004−1408 | Date and Time: |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated:                                    Vito Genna
                                          _____

                                          *Clerk of the Court*

                                          By: _____

                                          *Deputy Clerk*