UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                            )    ss:
COUNTY OF DALLAS            )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On August 3, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000142).

Executed on __Aug. 9__, 2011

_____
John S. Franks

Sworn to and subscribed before me this __9th__ day of __August__, 2011

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____
Mary Suzette Betik

(SEAL)                                Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 11-00142**

8/3/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Normandy Hill Master Fund, L.P.. by Normandy Hill Capital GP LLC, its general partner | | 150 East 52nd Street, 10th Floor | | New York | NY | 10022 |