UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## <u>AFFIDAVIT OF MAILING</u>

STATE OF TEXAS                              )
                                                          )          ss:
COUNTY OF DALLAS                     )

JOHN S. FRANKS, being duly sworn, deposes and says:

1.  I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.  I am over the age of eighteen years and am not a party to the above-captioned action.

3.  On August 5, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A.  Notice of Transfer of Allowed Claim (Transfer Number T000144).

4.  On August 5, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A.  Notice of Transfer of Allowed Claim (Transfer Number T000145).

5.  On August 5, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

    A.  Notice of Transfer of Allowed Claim (Transfer Number T000146).

6.  On August 5, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit D, a true and correct copy of the following:

    A.  Notice of Transfer of Allowed Claim (Transfer Number T000147).

7.  On August 5, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit E, a true and correct copy of the following:

    A.  Notice of Transfer of Allowed Claim (Transfer Number T000148).

8.  On August 5, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit F, a true and correct copy of the following:

A.  Notice of Transfer of Allowed Claim (Transfer Number T000149).

Executed on ___Aug. 9___, 2011

John S. Franks

Sworn to and subscribed before me this 9th day of August, 2011


MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014


Mary Suzatte Betik

(SEAL)                                    Notary Public

2

# Exhibit A

SERVICE LIST A -
TRANSFERS ORDERED
Pg 5 of 15

8/5/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10576 |

Exhibit B

SERVICE LIST 4
TRANSFER AUDIT BLS 00145

8/5/2011

| TRANSFEROR | TRANSFEREE | REDACTED FOR CONFIDENTIALITY REASONS | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10576 |

Exhibit C

SERVICE LIST
TRANSFER ORDERS 10146

8/5/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10576 |

Exhibit D

SERVICE LIST 9
8/5/2011
TRANSFER CLAIM OVER $1,016,147

| TRANSFEROR | TRANSFEREE | REDACTED FOR CONFIDENTIALITY REASONS | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10576 |

Exhibit E

| TRANSFEROR | TRANSFEREE | REDACTED FOR CONFIDENTIALITY REASONS | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10576 |

Exhibit F

SERVICE LIST E
TRANSFERS ON OR AFTER 12/8/149

8/5/2011

| TRANSFEROR | TRANSFEREE | REDACTED FOR CONFIDENTIALITY REASONS | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10576 |