BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>        Plaintiff, <br><br>        v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>        Debtor. | |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

     I, **Christine Montani**, being duly sworn, depose and say:  I am more than eighteen years

old and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller

Plaza, New York, NY 10111.

On August 10, 2011, I served the:

- **Trustee's Motion For (I) A Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order; and**

- **Affidavit of Edward J. Jacobs, Esq., in Support of Trustee's Motion For (I) A Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order**

by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to

those parties as set forth on the attached Schedule A.

**TO:**    *See Attached Schedule A*


/s/Christine Montani
CHRISTINE MONTANI


Sworn to before me this
19 day of August, 2011


/s/Marion Sarcuni
Notary Public, State of New York
No. 01SA4973543
Qualified in Nassau County
Commission Expires 12/05/2014

# SCHEDULE A[1]

Peter G. Hilbert, Esq.
Jones Day
North Point
901 Lakeside Avenue,
Cleveland, OH  44114

Arthur Covner
Sun City West, AZ 85375

Claire Covner
Sun City West, AZ 85375

Alexander Denerstein
Denver, CO  80206-4029

Automatic Data Processing, Inc.
Corporate Headquarters
One ADP Boulevard
Roseland, NJ  07068-1728
Attn:  Legal Department

Advanta Bank Corporation
Welsh and McKean Roads
Springhouse, PA  19477-0844
Attn Legal Department

Astoria Federal Savings
One Astoria Federal Plaza
Lake Success, NY  11042-1085
Attn:  Legal Department

Steven M. Feder, Esq.
Feder Law Firm
730 - 17th Street, Suite 550
Denver, CO  80202

---

[1] Where service was affected on an individual, in order to protect the privacy of that individual, the address set forth herein has been redacted to exclude the street address.  Baker Hostetler maintains an unredacted version of this Schedule A.

Anglo Irish Bank Corporation Ltd.
222 East 41st Street
24th Floor
New York, NY  10017
Attn:  Legal Department

Apple Bank for Savings
122 East 42nd Street, 9th Floor
New York, NY 10168

Bank Atlantic
2100 West Cypress Creed Road
Ft. Lauderdale, FL  33309

Branch Banking & Trust Co.
200 West Second Street, 3rd FL
P.O. Box 1255
Winston-Salem, NC  27102-1255

Jay Shapiro, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022

Braman Family Foundation Inc.
Miami, FL  33137

Belle Jones
Queens Village, NY  11427

Bloomingdale's
Recovery/Compliance Department
P.O. Box 8053
Mason, OH  45040-8909
Attn:  Legal Department

Bridgehampton National Bank
2200 Montauk Highway
Bridgehampton, NY  11932

C. Megan Bradley, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006-1470

Bureau of Prisons
320 First Street, NW
Washington, DC  20534
Attn:  FOIA Department - Wanda Hunt

Bank of Tokyo-Mitsubishi UFJ Trust Company
1251 Avenue of the Americas
New York, NY 10020-1104
Attn:  Legal Department

Lisa M. Richman, Esq.
K&L Gates
1601 K Street NW
Washington, DC  2000-1600

Broms Family Foundation
Eden Prairie, MN  55344

Blow Styling Salon LLC
New York, NY  10014-5002

Bear Stearns
c/o CT Corporation
111 Eight Avenue
New York, NY 10011

Rebecca Brazzano, Esq.
Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017-4611

Thompson Hine
41 South High Street, Suite 1700
Columbus, OH  43215-6101

Cambridge Associates LLC
100 Summer Street
Boston, MA  02110
Attn:  General Counsel

Capital One Bank
15000 Capital One Drive
Richmond, VA  23238-1119
Attn:  Legal Department

Nicole E. Erb, Esq.
White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

Patricia J. Fokuo, Esq.
SchiffHardin LLP
6600 Sears Tower
Chicago, IL  60606

CBRE Richard Ellis
200 Park Avenue, 17th FL
New York, NY 10166
Attn:  Legal Department

Carl C. Greer, Trustee
Carl C. Greer Trust DTD 8/24/1982
Wheaton, IL  60187

Colchis Capital Partners, LP
One Bush Street, 12th Street
San Francisco, CA  94104

Lewis N. Brown, Esq.
Gilbride Heller & Brown
One Biscayne Tower, 15th Fl., 2 South Biscayne Blvd.
Miami, FL  33131

Stephen V. Chaplin
Stamford, CT  06902-1100

Coecles Harbor Marine
18 Hudson Avenue
Shelter Island, NY 11964

Citigroup/Citibank N.A.
1 Court Square, 10th FL
Long Island City, NY 11120
Attn:  Legal Department

Carolyn J. Kasky
Yardley, PA  19067

Comerica Bank
Comerica Bank Tower
1717 Main Street, MC 6404
Dallas, TX  75201
Attn:  Legal Department

Carmine D. Boccuzzi, Esq.
City National Bank
555 South Flower Street, 21st FL
Los Angeles, CA  90071

Credit Suisse Securities (USA) LLC
One Madison Avenue
New York, NY  10010-3629

Davin Capital Corporation
1120 Park Avenue
New York, NY 10128

Darrell Lorentzen
Greenwich, CT  06830

Richard Bergman, Esq.
Bergman & Jacobs
2001 Hollywood Blvd., Suite 200
Hollywood, FL  33020

Joseph Goldstein, Esq.
Murphy & McGongigle
555 Thirteenth Street, NW
Washington, DC 20004

Helen Chaitman, Esq.
Becker & Poliakoff, LLP
45 Broadway, 8th FL
New York, NY 10006

Nick Morgan, Esq.
DLA Piper LLP
1999 Avenue of the Stars, Suite 400
Los Angeles, CA  90067-6023

Equifax
c/o The Prentice-Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

William P. Weintraub, Esq.
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708

Lisa M. Stern, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

Emily Starr
Boylston, MA  01505

Experian
475 Anton Blvd.
Costa Mesa, CA 92626
Attn:  Legal Department

First National Bank of Long Island
30 Glen Head Road
Glen Head, NY  11545
Attn:  Legal Department

Argi O'Leary, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

FIA Card Services, NA
1825 E. Buckeye Road
AZ9-205-02-04
Phoenix, AZ 85034
Attn:  Legal Department

Anne C. Flannary, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Keith Miller, Esq.
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower, 75 East 55th St.
New York, NY 10022

Sherman & Howard LLC
633 Seventeenth Street, Suite 3000
Denver, CO  80202

Allan Ceran, Esq.
Burker Williams & Sorensen
444 South Flower Street
Suite 2400
Los Angeles, CA  90071-2953

First Market Bank
111 Virginia Street
Richmond, VA  23219
Attn:  Legal Department

First Republic Bank
111 Pine Street at Front
San Francisco, CA  94111
Attn:  Legal Department

Lankler & Carragher, LLP
845 Third Avenue, 17th FL
New York, NY 10022

Financial Industry Service Group LLC
2020 Pennsylvania Avenue, NW #307
Washington, DC 20006
Attn:  Legal Department

Firstrust Bank
15 East Ridge Pike
Conshohocken, PA  19428
Attn:  Legal Department

Daniel Wake, Esq.
Sander, Ingerbresten & Waker
1660 17th Street, Suite 450
Denver, CO  80202

Gotham Bank of New York
1412 Broadway
New York, NY  10018
Attn:  Legal Department

Globeop Financial Services LLC
FBO Fund Client Department
One South Road
Harrison, NY  10528
Attn:  Legal Department

Goldman Sachs Group
85 Broad Street
New York, NY 10004
Attn:  Legal Department

Stroock Stroock & Lavan
180 Maiden Lane
New York, NY  10038-4982

Hedgeworth Capital
570 Lexington Avenue, Suite 1501
New York, NY 10022
Attn: Legal Department

Marcy Ressler Harris, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Brian Madoxx, Esq.
Lax & Neville
1412 Broadway, Suite 1407
New York, NY 10018

Howard Schwartzberg
Cedar Grove, NJ  07009

GreenbergTraurig
One International Place
Boston, MA  02110

Interactive Brokers Group, Inc.
209 South LaSalle Street, 10th FL
Chicago, IL  60604

Stacey Blaustein, Esq.
IBM Corporation
1 North Castle Drive
1A-73 MD NC-107
Armonk, NY  10501

Irwin Horowitz
Meridian, ID  83646-4794

Bentley P. Stansbury, Esq.
400 Oceangate, P.O. Box 1730
Long Beach, CA  90801-1730

Investment Technology Group
380 Madison Avenue
New York, NY 10017
Attn:  Mark Solomon, Esq.

Elise Scherr Frejka, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Joseph Avellino
Chester, NJ  07930

Joseph Campanella
Ft. Lauderdale, FL 33301

James & Cathy Walfenzao
Coral Gable, FL  33134

Henry (Pete) Putzel, III
565 Fifth Avenue
New York, NY 10017

Jefferies & Company, Inc.
520 Madison Avenue
New York, NY 10022
Attn:  Joseph P. Allgor

Norman A. Kaplan, Esq.
111 Great Neck Road, Ste 206
Great Neck, NY 11021-5402

J.H. Cohn LLP
4 Becker Farm Road
P.O. Box 954
Roseland, NJ  07068
Attn:  General Counsel

Robert H. Baron, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

John Ippolito & Jodie Ippolito
Staten Island, NY 10306

David Van Benschoten, Esq.
Francello & Van Benschoten
Saugerties, NY 12477-1415

Donald A. Hamburg, Esq.
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue, New York, NY 10022

Janco Partners, Inc.
5251 DTC Parkway, Suite 415
Greenwood Village, CO  80111
Attn:  Legal Department

Knight Capital Group, Inc.
545 Washinton Blvd.
Jersey City, NJ  07310
Attn:  Legal Department

Satterlee Stephens Burker & Burke LLP
230 Park Avenue
New York, NY 10169-00779

Linkbrokers Derivatives Corporation
c/o CT Corporation
111 Eight Avenue
New York, NY 10011

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

David C. Lowles
Henderson, NC  28791

Larry Rifken, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102

Michael Wexelbaum
Snow, Becker, Krauss
605 Third Avenue
New York, NY 10158-0125

Gunster & Yoakley Law Firm
777 S. Flagler Drive, Suite 500
West Palm Beach, FL  33401

Mitchell J. Devack, PLLC
The Financial Center at Mitchell Field
90 Merrick Avenue, Ste. 500
East Meadow, NY 11554

Merriman Curhan Ford
600 California Street, 9th FL
San Francisco, CA 94108
Attn:  Legal Department

M. William Munno, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Matthew Lorentzen
Palm Beach, FL  33480

Marks, Paneth & Shron
c/o Mark Levenfuf
622 Third Avenue
New York, NY 10017-6701

Munich Reinsurance America, Inc.
555 College Road East
P.O. Box 5241
Princeton, NJ  08543-5241
Attn:  General Counsel

William Francis Galvin
Secretary of the Commonwealth
Securities Division
One Ashburton Place, 17th Floor
Boston, Massachusetts 02108

Carole Neville
SNR Denton US LLP
1221 Avenue of the Americas
New York, NY 10020

Wiggin and Dana LLP
450 Lexington Avenue, Sutie 3800
New York, NY 10017

Manufacturers and Traders Trust Company
M&T Plaza, 12th FL
Buffalo, NY  14240
Attn:  Legal Department

Max Zankel Foundation
Rockville Centre, NY 11570

Sovereign Bank
104 Pleasant Street
Nantucket, MA 02554
Attn:  Legal Department

Nassau Financial Federal Credit Union
(f/k/a Nassau County Federal Credit Union)
c/o Norman Feldheer, Esq.
900 Merchants Concourse, Suite 305
Westbury, NY 11590

National Bank of Canada Financial, Inc.
65 East 55th Street
New York, NY  10022

New  York Community Bank
1601 Veterans Memorial Highway
Islandia, NY  11749

The  Options Clearing Corporation
"One N. Wacker Drive, Suite 500
Chicago, IL 60606
Attn:  Legal Department

Terra Holdings, LLC
770 Lexington Avenue
New York, NY 10065
Attn:  Legal Department

The Law Offices of Patricia Halsted
4 Water Street
Nantucket, MA  02554
Attn:  Patricia Halsted, Esq.

Bingham McCutchen LP
One Federal Street
Boston, MA  02110

Pali Capital Inc.
650 5th Avenue, 6th FL
New York, NY  10019-6105
Attn:  Legal Department

Latham & Watkins LLC
885 Third Avenue
New York, NY 10022

Peapack-Gladstone Bank
158 Route 206 North
Gladstone, NJ  07934

Harrington, Ocko & Monk
81 Main Street - Suite 215
White Plains, NY  10601

Skadden, Arps, Slate, Meagher & Flom LLP
1440 New  York Avenue, NW
Washington, DC  20005-2111

Tagliaferro & LoPresti, LLP
45 Broadway, Suite 2200
New  York, NY 10006

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Quantum Hedge Strategies Fund L.P.
c/o Anthony Fernandez
1001 Brickell Bay Drive, Suite 1719
Miami, FL  33131

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020

Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201

Robert Denerstein
Englewood, CO  80113-3030

Regions Financial Corporation
1900 Fifth Avenue North
Birmingham, AL  35203

First Republic Bank
111 Pine Street at Front
San Francisco, CA  94111
Attn:  Legal Department

Rhino Fund LLP
c/o RhinoCapital Inc.
Suite 100
32065 Castle Court
Evergreen, CO  80439

Richard A. Van Dueren 2007 Revocable Trust
North Palm Beach, FL  33408

Robert Vitiello
Norwalk, CT 06854-3303

John Sauder
Austin, TX  78702

Robert J. Anello, Esq.
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, PC
565 Fifth Avenue
New York, NY 10017

State Bank of Long Island
222 Old Country Road
Mineola, NY 11501
Attn:  Legal Department

Schwartz & Company
c/o Angela Mattia
2580 Sunrise Highway
Bellmore, NY  11710

Charles Schwab & Co., Inc.
211 Main Street
San Francisco, CA 94105-1905
Attn: Office Of Corporate Counsel

New York State Education Department
89 Washington Avenue
Albany, NY 12234
Attn:  Legal Department

James F. Wallack, Esq.
Goulston & Storrs
400 Atlantic Avenue
Boston, Massachusetts 02110-3333

Helen Harris, Esq.
Day Pitney LLP
One Canterbury Green
Stamford, CT  06901

Sheryl Weinstein
Eastport, NY  11941

Singer & Lusardi
c/o Henry Lusardi
370 Main Street, Suite 925
Worcester, MA  01608

Steven Millsaps
Ft. Lauderdale, FL  33308

Frederick Z. Konigsberg, PC
One Herricks Road
Garden City Park, NY  11040

BDO Seidman
100 Park Avenue, 11th FL
New York, NY 10017
Attn:  General Counsel

Samuel J. Rubin, Esq.
Freshfields Bruckhaus Deringer US LLP
520 Madison Avenue, 34th FL
New York, NY 10022

Jonathan W. Wolfe, Esq.
Skoloff & Wolfe, P.C.
Attorneys at Law
293 Eisenhower Parkway
Livingston, New Jersey 07039

Greenberg, Rosenblat, Kull & Bitsoli, PC
306 Main Street
Worcester, MA 01615

Marc G. Rosenberg, Esq.
McLaughlin & Stern, LLP
260 Madison Avenue
New York, New York 10016

Donald A. Hamburg, Esq.
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022

Marin C. Ingber, Esq.
6705 Apache Road
Edina, MN  55439-1001

BB&T
Legal Department
200 West Second Street, 3rd FL
P.O. Box 1255
Winston-Salem, NC  27102-1255

Conn Geneva & Robinson
4927 Stariha Dr. Suite A
Muskegon, MI  49441

Kanter Press
160 Esat 23rd Street
New York, NY  10010
Attn:  Legal Department

Reyhani, Esq.
Loebe & Loeb LLP
New York, NY  10154

Baritz & Colman LLP
1075 Broken Sound Parkway, NW
Suite 102
Boca Raton, FL  33437

Wainwright Bank
63 Franklin Street
Boston, MA  02110-1301

TransAmerica Insurance & Investment Group
1150 South Olive Street
Los Angeles,  CA

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Fenwick & West LLP
555 California Street, 12th FL
San Francisco, CA

King & Spalding LLP
Richard A. Cirillo, Esq.
1185 Avenue of the Americas
New York, NY  10036

Laura Starr
West Lafayette, IN 47906

Stillman, Friedman & Shectman, P.C.
Eric Zissu, Esq.
425 Park Avenue
New York, NY 10022

Citigroup
Office of the General Counsel
388 Greenwich Street
New York, NY 10013

King & Spalding LLP
Arthur C. Fahlbusch, Jr.
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521

Foley & Lardner LLP
Thomas K. Anderson, Esq.
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313

Clayman & Rosenberg
Seth L. Rosenberg
305 Madison Avenue
New York, NY 10165

American Express
c/o C T Corporation System
Attn: Officer or Director Authorized to Accept Service
111 Eighth Ave.
New York, NY 10011

Kaye Scholer LLP
Catherine St. John, Esq.
425 Park Avenue
New York, New York 10022-3598

Wall Street Access
Greg Viscovich
Chief Compliance Officer
17 Battery Place
New York NY 10004

William P. Ward, P.C.
Lynbrook, NY  11563

Corporation Service Company
80 State Street
Albany, NY 12207
Attn: Officer or Director Authorized to Accept Service

Webster Bank
Attn: Agent or Officer Authorized to Accept Service
436 Slater Road
New Britain, CT 06053

Sherman & Sterling LLP
Richard Schwed, Esq.
599 Lexington Avenue
New York, NY  10022

Thomas, Alexander & Forrester LLP
Steven W. Thomas, Esq.
14 27th Avenue
Venice, CA 90291

Wachovia Bank N.A.
Summons & Subpoenas
PO Box 8667 Y1372-110
Philadelphia, PA 19101

VEDDER PRICE P.C.
222 NORTH LASALLE STREET
CHICAGO, IL 60601

U.S. Bank
Law Department
800 Nicollet Mall
Minneapolis,  MN  55402

TransUnion
Attn: Agent or Officer Authorized to Accept Service
555 West Adams
Chicago, IL 60661

Mark J. Friedman
Baltimore, Maryland 21209

SunTrust
Legal and Regulatory Affairs SunTrust Banks, Inc.
303 Peachtree Street, N.E
Atlanta, GA  30308

Shirley Solomon
New Port Richey, FL  34652

Jaspan Schlesinger LLP
Steven R. Schlesinger, Esq.
300 Garden City Plaza
Garden City,  NY  11530

Gary Woodfield, Esq.
Haile, Shaw & Pfaffenberger, Esq.
660 U.S. Highway One, 3rd Floor
N. Palm Beach, FL 33408

Lilyan Berkowitz
Boynton Beach, FL

Jonathan Etra, Esq.
Broad and Cassel
One Biscayne Tower, 21st Floor
2 South Biscayne Blvd.
Miami, FL 33131

Karen Billings
New York, NY 10012

Cody J. Jess, Esq.
Schian Walker
3550 North Central Avenue
Suite 1700
Phoenix, AZ 85012-2115

Christopher Cutler
New York, NY  10128

Roberts Knuts, Esq.
Park & Jenson, LLP
630 Third Avenue, 7th Floor
New York, NY 10017

Alton L. Gwaltney, III, Esq.
Moore and Van Allen
100 North Tryon Street
Suite 4700
Charlotte, NC 28202

Declan M. Butvick, Esq.
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

David C. Grant, Esq.
Grant, Genovese & Baratta LLP
2030 Main Street
Suite 1600
Irvine, CA 92614-7257

Paul S. Meyer, Esq.
Law Offices of Paul S. Meyer
695 Town Center Drive
Suite 875
Costa Mesa, CA 92626

Greenberg Traurig LLP
1750 Tysons Boulevard
Suite 1200
McLean, VA 22102

Judd Burstein, Esq.
Judd Burstein, PC
1790 Broadway
New York, NY 10019

Nancy B. Colman, Esq.
Baritz & Colman
Suite 102
1075 Broken Sound Parkway, NW
Boca Raton, FL 33487

Carl H. Loewenson, Jr. Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Dennis H. Tracey, III
Hogan Lovells US, LLP
875 Third Avenue
New York, NY 10022

John Maccabee
San Francisco, CA  94118

Allan E. Cerna, Esq.
Burke, Williams & Sorensen LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071

Michael Kim, ESQ
Korbe & Kim LLP
800 Third Avenue
New York, New York 10022

Michelle A. Rice, Esq.
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022

David Muschel
Englewood, NY  07631

Bruce M. Ginsberg, Esq.
Davis & Gilbert, LLP
170 Broadway
New York, NY 10019

Martin R. Galbut, Esq.
Galbut & Galbut, P.C.
2425 East Camelback Road
Suite 1020
Phoenix, Arizona 85016

Mohandai Surajballi
Kew Gardens, NY 11415

Gerald Schwartz
Hewlett, New York 11557

Edward S. Seradzky, Esq.
307 Montgomery Street
Bloomfield, NJ 07003

Robert A. Johnson, Esq.
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Elaine Solomon
Miami, FL  33156

Daniel J. Fetterman, Esq.
Alana Sher Klein, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Carmen J. Lawrence, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980

Sheryl L. Weinstein
Eastport, NY 11941

Robert K. Whitt, Esq.
3300 North A Street
Midland, TX 79705-5421

Michael J. Wilson, Esq.
Law Offices of Michael J. Wilson
1 Hooper Farm Road
Nantucket, MA 02554

Andrew R. Kosloff, Esq.
JP Morgan Chase & Co.
One Chase Manhattan Plaza, Floor 26
New York, NY 10005-1401

Stefan Zellmer
New York, NY 10128

David B. Goldstein, Esq.
Hymson Goldstein & Pantiliat, P.C.
14646 North Kierland Blvd.
Suite 255
Scottsdale, Arizona 85254

Alan Leibman, Esq.
Fox Rothschild, LLP
997 Lenox Drive, Building 3
Lawrenceville, NJ 08543-5231

Gary Woodfield, Esq.
Haile, Shaw & Pfaffenberger
660 U.S. Highway One, 3rd Floor
N. Palm Beach, FL 33408

Temitope K. Yusuf, Esq.
Arent Fox, LLP
1675 Broadway
New York, NY 10019

Chryssa V. Valletta, Esq.
Phillips Nizer, LLP
666 Fifth Avenue
New York, NY 10103

Lilyan Berkowitz
Boynton Beach, FL

Jonathan Etra, Esq.
Broad and Cassel
One Biscayne Tower, 21st Floor
2 South Biscayne Blvd.
Miami, FL 33131

Richard A. Farrier, Jr., Esq.
Nelson Mullins Riley & Scarborough LLP
151 Meeting Street, 6th Floor
Charleston, SC 29401

Michael A. Bedell, Esq.
Bedell & Forman, LLP
44 Wall Street, 12th Floor
New York, NY 10005

Meredith L. Turner, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Thomas Fitzpatrick, Esq.
500 Fifth Avenue
New York, NY  10110-3398

Roberts Knuts, Esq.
Park & Jenson, LLP
630 Third Avenue, 7th Floor
New York, NY 10017

Alton L. Gwaltney, III, Esq.
Moore and Van Allen
100 North Tryon Street
Suite 4700
Charlotte, NC 28202

Mark N. Parry, Esq.
Declan M. Butvick, Esq.
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

David C. Grant, Esq.
Grant, Genovese & Baratta LLP
2030 Main Street
Suite 1600
Irvine, CA 92614-7257

Paul S. Meyer, Esq.
Law Offices of Paul S. Meyer
695 Town Center Drive
Suite 875
Costa Mesa, CA 92626

Richard E. Signorelli, Esq.
Law Office of Richard E. Signorelli
799 Broadway, Suite 539
New York, NY 10003

Judd Burstein, Esq.
Judd Burstein, PC
1790 Broadway
New York, NY 10019

Nancy B. Colman, Esq.
Baritz & Colman
Suite 102
1075 Broken Sound Parkway, NW
Boca Raton, FL 33487

Carl H. Loewenson, Jr. Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Michael Lieberbaum
Dennis H. Tracey, III, LLP
Hgoan Lovells US, LLP
875 Third Avenue
New York, NY 10022

Marshall R. King, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Michael Lipper
Summit, New Jersey

Sherry Mackenzie
Encinitas, CA  92024

Allan E. Cerna, Esq.
Burke, Williams & Sorensen LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071

Michael Kim, ESQ
Korbe & Kim LLP
800 Third Avenue
New York, New York 10022

Michelle A. Rice, Esq.
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022

Harrichand Persaud
Mahwah, NJ

Martin R. Galbut, Esq.
Galbut & Galbut, P.C.
2425 East Camelback Road
Suite 1020
Phoenix, Arizona 85016

Mohandai Surajballi
Kew Gardens, NY 11415

Gerald Schwartz
Hewlett, New York 11557

Edward S. Seradzky, Esq.
307 Montgomery Street
Bloomfield, NJ 07003

Robert A. Johnson, Esq.
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Elaine Solomon
Miami, FL  33156

Daniel J. Fetterman, Esq.
Alana Sher Klein, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Carmen J. Lawrence, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980

Sheryl L. Weinstein
Eastport, NY 11941

Robert K. Whitt, Esq.
3300 North A Street
Midland, TX 79705-5421

William K. Dodds, Esq.
Kathleen Nicholson Massey, Esq.
Dechert, LLP
1095 Avenue of the Americas
New York, NY 10036-6797

Law Offices of Michael J. Wilson
1 Hooper Farm Road
Nantucket, MA 02554

Andrew R. Kosloff, Esq.
JP Morgan Chase & Co.
One Chase Manhattan Plaza, Floor 26
New York, NY 10005-1401

Stefan Zellmer
New York, NY 10128

Asmar & Assayag
Avocat a la Cour
148, bouldevard Haussmann
75008 Paris – FRANCE

 Gorden Levine
Kugler Kandestin
1 Place Ville-Marie, Suite 2101
Montreal, Quebec
Canada H3B 2C6 James Kitching, Esq.

Fried, Frank, Harris, Shriver & Jacobson LLP
99 City Road
London EC1Y 1AX

Philip C. Levi, Esq.
Levi & Sinclar, LLP
1303 Greene Avenue, Suite 400
Montreal, Quebec H3Z2A7, CANADA

300176613