BAKER & HOSTETLER LLP
45 Rockefeller Plaza
Eleventh Floor
New York, NY 10111
Telephone: (212) 589-4200
Loura L. Alaverdi, Esq.
Email: lalaverdi@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |

# MOTION FOR ADMISSION TO PRACTICE
## *PRO HAC VICE* OF LOURA L. ALAVERDI

I, Loura L. Alaverdi, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Irving H. Picard, trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC in the above-referenced matter and in any related adversary proceedings.

I certify that I am a member in good standing of the bar in the State of California.

300174160.1

Applicant has submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: New York, New York
      August 17, 2011

           */s/ Loura L. Alaverdi*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
Eleventh Floor
New York, NY 10111
Telephone: (212) 589-4200
Loura L. Alaverdi, Esq.
Email: lalaverdi@bakerlaw.com

*Attorneys for Defendant Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*