UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

# AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On August 18, 2011, I caused to be served by Federal Express or first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000134).

4. On August 18, 2011, I caused to be served by Federal Express or first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000136).

5. On August 18, 2011, I caused to be served by Federal Express or first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000138).

6. On August 18, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit D, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000157).

7. On August 18, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit E, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000158).

8. On August 18, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit F, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000160).

Executed on Aug. 22, 2011

_____
John S. Franks

Sworn to and subscribed before me this 22th day of August, 2011

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____
(SEAL)                                Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 100134**

8/18/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Ore Hill Hub Fund Ltd. | Attention: Rachel Carr-Harris and Claude Baum | c/o GLG Ore Hill LLC | 650 Fifth Avenue, 9th Floor | New York | NY | 10019 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBER: 00136**

**8/18/2011**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| | X | Ore Hill Hub Fund Ltd. | Attention: Rachel Carr-Harris and Claude Baum | c/o GLG Ore Hill LLC | 650 Fifth Avenue, 9th Floor | New York | NY | 10019 |

# Exhibit C

SERVICE LIST C
TRANSFER NUMBER 10-0138

8/18/2011

| TRANSFEROR | TRANSFEREE |  | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X |  | REDACTED FOR CONFIDENTIALITY REASONS |  |  |  |  |  |  |  |
|  | X |  | Ore Hill Hub Fund Ltd. | Attention: Rachel Carr-Harris and Claude Baum | c/o GLG Ore Hill LLC | 650 Fifth Avenue, 9th Floor | New York | NY | 10019 |

# Exhibit D

**SERVICE LIST D**
**TRANSFER NUMBER 1000157**

8/18/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Normandy Hill Master Fund, L.P., by Normandy Hill Capital GP LLC, its general partner | | 150 East 52nd Street | 10th Floor | New York | NY | 10022 |

# Exhibit E

SERVICE LIST E
TRANSFER NUMBER 10-0158

8/18/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Normandy Hill Master Fund, L.P., by Normandy Hill Capital GP LLC, its general partner | | 150 East 52nd Street | 10th Floor | New York | NY | 10022 |

# Exhibit F

SERVICE LIST E
TRANSFER NUMBER 1000160

8/18/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Normandy Hill Master Fund, L.P., by Normandy Hill Capital GP LLC, its general partner | | 150 East 52nd Street | 10th Floor | New York | NY | 10022 |