UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

               Plaintiff-Applicant,

               v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

               Defendant.

In re:

BERNARD L. MADOFF,

               Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## ORDER GRANTING ADMISSION TO PRACTICE, ##
### *PRO HAC VICE* OF LOURA L. ALAVERDI ###

Upon the motion of Loura L. Alaverdi, to be admitted, *pro hac vice*, to represent Irving

H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff

Investment Securities LLC and Bernard L. Madoff individually (the "Client"), in the above-

referenced matter and in any related adversary proceedings, and upon the movant's certification

that the movant is a member in good standing of the bar in the State of California [and the bar of

the U.S. District Court for the Southern District of California], it is herby

**ORDERED**, that Loura L. Alaverdi, Esq., is admitted to practice, *pro hac vice*, in the

above-referenced matter and in any related adversary proceedings, to represent the Client, in the

United States Bankruptcy Court for the Southern District of New York, provided that the filing

fee has been paid.

Dated: New York, New York
       August 22, 2011

/s/Burton R. Lifland
Honorable Burton L. Lifland
United States Bankruptcy Judge