David Gross
7248 Ballantrae Ct
Boca Raton FL 33496-1422



AUG 15 2011

Thursday, July 21, 2011

**FISER V INVESTMENT SUPPORT SERVICES**
P O BOX 173859
DENVER, CO. 80217-3859           TEL 800 962-4238

REFERENCE : ACCOUNT NAME: DAVID GROSS
ACCOUNT NUMBER: 019400910001

**TO ALL CONCERNED;**

*PLEASE ADVISE FROM THE DATE MY ACCOUNT ORIGINATED THE SUM OF MONIES RECEIVED FROM (BMLIS) . I REALIZE THAT RETIREMENT ACCOUNTS INC. PREVIOUSLY HANDLED THE ACCOUNT.*

**MONIES FORWARDED TO MY RETIREMENT ACCOUNT WAS ONE SUM AND ACCORDING TO THE BAKER HOSTETLER LETTER JULY 12, 2011 REQUEST THAT I DID NOT RECIEVE ALL THESE FUNDS BECAUSE IT WAS DIRECTED WITH MY KNOWLEDGE THAT A PORTION OF THE MONIES WAS TO BE SENT TO THE INTERNAL REVENUE FOR INCOME TAXES.**

**IT IS IMPORTANT TO BE ABLE FOR ME TO HAVE THE AMOUNT OF FUNDS THAT WAS SENT TO THE INTERNAL REVENUE.**

I WOULD APPRECIATE AND THANK YOU FOR ALL HELP I COULD RECEIVE.

SINCERELY,

DAVID GROSS

CC: BAKER & HOSTETTER LLP          --- HELEN CHAITMAN
45 ROCKEFELLER PLAZA              BECKER & POLIAKOFF
NEW YORK, N.Y. 10111               45 BROADWAY 8TH FL
                                   NEW YORK CITY, N.Y. 1006
RETIREMENT ACCUNTS INC
PO BOX 173785
DENVER, CO. 80217-3785

P.S,PS: I AM ENCLOSING COPY OF DOCUMENTS SENT TO ME BY BIK CHEEMA
I AM HOPING THAT THE TRUSTEE IS WORKING ON THE INTERNAL REVENUE SERVICE AS A CLAW BACK FOR FUNDS THEY WERE NOT ENTITLED TO. IN THIS CASE HE WOULD HELPING A UNTOLL NUMBER INVESTERS THAT ARE HAVING OR WILL BE HAVING A HARDSHIP



Baker Hostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

July 12, 2011

Mr. Bik Cheema
direct dial: 212.589.4613
bcheema@bakerlaw.com

Mr. David Gross
7248 Ballantrae Ct
Boca Raton
FL 33496-1422

Re: Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC ("BLMIS"), 08-1789 (BRL)

Dear Mr. Gross:

We are in receipt of your most recent letter dated as of June 30, 2011, which was also filed with the Court on July 6, 2011 [DN 4210].

In your letter, you appear to question the circumstances surrounding certain transactions, in particular, several withdrawals from your BLMIS account in the amount of $45,000.

As you will see from page 5 of the Notice of Trustee's Determination of your claim (enclosed) and a copy of an example of such a request from Retirement Accounts, Inc. (enclosed), BLMIS sent the full amount of each request for $45,000 to your Retirement Accounts, Inc. IRA account, which was then credited to your Retirement Accounts, Inc. IRA account as illustrated by your Retirement Accounts, Inc. account statement (also, see enclosed).

The custodian for your Retirement Accounts, Inc. account then withheld and sent $9,000 to the IRS, again as shown by your Retirement Accounts, Inc. account statement. Based on the foregoing, you should contact the custodian for your Retirement Accounts, Inc. account in order to reconcile the aforementioned issues and for further information.

Please feel free to contact me at the number indicated above should you have other questions.

Sincerely,

Bik Cheema

Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC

300171777.2



## RETIREMENT ACCOUNTS, INC.

David Gross
7248 Ballantrae Ct
Boca Raton FL  33496-1422

Date  3/13/00

TO:     Bernard Madoff

ATTN:   Frank

FAX#:   212-838-4061

FROM:   Retirement Accounts, Inc.
        Phone: 800-325-4352
        Fax:   303-294-5899

*SPK TO ROSEMARY
CST WL SEND
1/4 AUTH.

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

X  **Mailing Address:**
   Retirement Accounts, Inc.
   FBO: (client name & a/c #)
   PO Box 173785
   Denver CO 80217-3785

   **Overnight Delivery:**
   Retirement Accounts, Inc.
   FBO: (client name & a/c #)
   717 17th Street, Ste 1700
   Denver CO 80202-3323

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| David Gross | 9460N001 | 1M300 | $45,000- |

Thank you for your prompt attention to this matter. Please call me if you have any questions.

Sincerely,

[signature]
Retirement Accounts, Inc.

1.3

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 • Denver, CO • 80217-3785
303-294-5959 • 800-325-4352 • Fax 303-294-5899 • www.retirementaccountsinc.com

Do Not Reproduce by Rick Theermann
Downloaded 07/12/2021

AMF00253018

**Baker Hostetler**


David Gross
7248 Ballantrae Ct
Boca Raton FL 33496-1422

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

July 12, 2011

Mr. Bik Cheema
direct dial: 212.589.4613
bcheema@bakerlaw.com

Mr. David Gross
7248 Ballantrae Ct
Boca Raton
FL 33496-1422

Re:    *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC ("BLMIS"),* 08-1789 (BRL)

Dear Mr. Gross:

We are in receipt of your most recent letter dated as of June 30, 2011, which was also filed with the Court on July 6, 2011 [DN 4210].

In your letter, you appear to question the circumstances surrounding certain transactions, in particular, several withdrawals from your BLMIS account in the amount of $45,000.

As you will see from page 5 of the Notice of Trustee's Determination of your claim (enclosed) and a copy of an example of such a request from Retirement Accounts, Inc. (enclosed), BLMIS sent the full amount of each request for $45,000 to your Retirement Accounts, Inc. IRA account, which was then credited to your Retirement Accounts, Inc. IRA account as illustrated by your Retirement Accounts, Inc. account statement (also, see enclosed).

The custodian for your Retirement Accounts, Inc. account then withheld and sent $9,000 to the IRS, again as shown by your Retirement Accounts, Inc. account statement. Based on the foregoing, you should contact the custodian for your Retirement Accounts, Inc. account in order to reconcile the aforementioned issues and for further information.

Please feel free to contact me at the number indicated above should you have other questions.

Sincerely,

Bik Cheema

Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC

300171777.2