# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) BERNARD L. MADOFF INVESTMENT SECURITIES LLC, ) ) ) Defendant. ) | No. 08-01789 (BRL) SIPA Liquidation (Substantively Consolidated) |
| In re: ) ) BERNARD L. MADOFF, ) ) Debtor. ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    )    ss:
COUNTY OF NEW YORK    )

I, Laura Campbell declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 22nd day of August, 2011, employees of DRC, under my supervision served a true and accurate copy of the:

    (i) "Trustee's Motion For (I) A Report And Recommendation To The District Court For The Appointment Of Special Discovery Masters; (II) An Order Establishing Procedures For Electronic Data Rooms; And (III) An Order Modifying The June 6, 2011 Litigation Protective Order", along with the Notice and relevant exhibits (Docket No. 4290); and the

      (ii)    "Affidavit of Edward J. Jacobs In Support Of Trustee's Motion For (I) Report And Recommendation To The District Court For The Appointment Of Special Discovery Masters; (II) An Order Establishing Procedures For Electronic Data Rooms; And (III) An Order Modifying The June 6, 2011 Litigation Protective Order" (Docket No. 4291),

via First Class U.S. Mail upon the parties as set forth in Exhibit 1, attached hereto.

4. Said documents were securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 23rd day of August, 2011 New York, New York.

By _/s/ Laura Campbell_
Laura Campbell

Sworn before me this
23rd day of August, 2011

_/s/ Sung Jae Kim_
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2012

MADOFF 0003B

2

**EXHIBIT 1**

7890
Ewald Weninger
Vienna
Austria

7891
Ewald Weninger Rechtsanwalts GmbH
Vienna
Austria

5681
Orconsult S.A.
Zurich 8045
Switzerland

5682
Orconsult S.A.
Zurich 8004
Switzerland

7758
XYZ4 Corp.
New York, NY 10021
[redacted – under seal]

7761
XYZ5 Corp.
New York, NY 10033
[redacted – under seal]

7760
XYZ7 Corp.
New York, NY 10021
[redacted – under seal]

7759
XYZ8 Corp.
New York, NY 10022
[redacted – under seal]

7757
XYZ9 Corp.
New York, NY  10021
[redacted – under seal]