UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

### AFFIDAVIT OF MAILING

STATE OF TEXAS                              )
                                                         )        ss:
COUNTY OF DALLAS                      )

JOHN S. FRANKS, being duly sworn, deposes and says:

1.  I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.  I am over the age of eighteen years and am not a party to the above-captioned action.

3.  On August 25, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A.  Notice of Transfer of Allowed Claim (Transfer Number T000159).

Executed on _Aug. 25_, 2011

John S. Franks

Sworn to and subscribed before me this $25^t$ day of _August_, 2011

(SEAL)                                    Notary Public

2

# Exhibit A

SERVICE LIST 4

TRANSFEE NUMBER 4000159

8/25/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Normandy Hill Master Fund, L.P., by Normandy Hill Capital GP LLC, its general partner | c/o Vivianne Hernandez, Chief Administrative Officer | 150 East 52nd Street | 10th Floor | New York | NY | 10022 |