```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
In re                                   Adv. Pro. No. 08-01789 (BRL)

SECURITIES INVESTORS PROTECTION         SIPA Liquidation
CORPORATION,
                                        (Substantively Consolidated)
        Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
--------------------------------------X
In re:

BERNARD L. MADOFF

        Debtor.
--------------------------------------X
```

**NOTICE OF APPEARANCE AND**
**REQUEST FOR ALL DOCUMENTS**

     PLEASE TAKE NOTICE that ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, appears in the above-captioned case on behalf of the New York State Education Department.

     PLEASE TAKE FURTHER NOTICE that demand is hereby made for a copy of all papers, documents and pleadings in this case to be served

upon the undersigned at the address indicated below

Dated: New York, New York
       **August 26, 2011**

                    Yours, etc.,

                    ERIC T. SCHNEIDERMAN
                    Attorney General of the
                    State of New York
                    Attorney for The New York State
                    Department of Taxation & Finance
                    By:

                    _____
                    NEAL S. MANN (NM-0617)
                    Assistant Attorney General
                    120 Broadway - 24th Floor
                    New York, New York 10271
                    (212) 416-8666
                    Fax: (212) 416-8672
                    Email:neal.mann@oag.state.ny.us

                    Josephine Wang, Esq.
                    Securities Investor Protection Corp.
                    805 15th Street, N.W., Suite 800
                    Washington, D.C. 20005-2207

                    Todd E. Duffy, Esq.
                    Anderson Kill & Olick, P.C.
                    1251 Avenue of the Americas
                    New York, New York 10020

                    Alissa M. Nann, Esq.
                    Foley & Lardner LLP
                    90 Park Avenue
                    New York, New York 10016

```
Bik Cheema, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
```

**CERTIFICATE OF SERVICE**

Neal S. Mann certifies under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

He is an Assistant Attorney General in the office of ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, Attorney for the New York State Education Department herein. **On August 26, 2011,** he served the annexed Notice of Appearance upon the following parties:

>Josephine Wang, Esq.
>Securities Investor Protection Corp.
>805 15th Street, N.W., Suite 800
>Washington, D.C. 20005-2207
>
>Todd E. Duffy, Esq.
>Anderson Kill & Olick, P.C.
>1251 Avenue of the Americas
>New York, New York 10020
>
>Alissa M. Nann, Esq.
>Foley & Lardner LLP
>90 Park Avenue
>New York, New York 10016
>
>Bik Cheema, Esq.
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, New York 10111

Attorneys in the within entitled proceeding by depositing a true and correct copy thereof, properly enclosed in a post-paid wrapper, in the post-office box regularly maintained by the United States Postal Service at 120 Broadway, New York, New York 10271 directed to said attorneys at the addresses designated by them for that purpose.

Dated: New York, New York
      **August 26, 2011**      /s/ Neal S. Mann_____
                                                 Neal S. Mann