Michael E. Wiles  
DEBEVOISE & PLIMPTON LLP  
919 Third Avenue  
New York, New York  10022  
Tel.:  (212) 909-6000  
Fax:  (212) 909-6836  
mewiles@debevoise.com  
*Counsel to Defendants Thema International Fund plc,*  
*Hermes International Fund Limited, Lagoon Investment*  
*Limited (for itself and as Trustee of the Lagoon Investment*  
*Trust), Thema Fund Limited and Thema Wise Investments Limited*

Hearing Date:  September 22, 2011 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>              vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                              Defendant.<br><br>In re: Bernard L. Madoff,<br><br>                              Debtor. | SIPA LIQUIDATION<br>No. 08-01789 (BRL)<br><br>Hon. Burton R. Lifland |

**RESERVATION OF RIGHTS WITH RESPECT TO TRUSTEE'S MOTION FOR (I) A REPORT AND RECOMMENDATION TO THE DISTRICT COURT FOR THE APPOINTMENT OF SPECIAL DISCOVERY MASTERS; (II) AN ORDER ESTABLISHING PROCEDURES FOR ELECTRONIC DATA ROOMS; AND (III) AN <u>ORDER MODIFYING THE JUNE 6, 2011 LITIGATION PROTECTIVE ORDER</u>**

Thema International Fund plc, Hermes International Fund Limited, Lagoon Investment Limited (for itself and as Trustee of the Lagoon Investment Trust), Thema Fund Limited and Thema Wise Investments Limited (the "Funds") hereby submit this reservation of rights with respect to the motion (the "Motion") by the Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") [Docket No. 4290], and state as follows:

1.      A portion of the Motion seeks to abrogate certain prior agreements governing documents that the Trustee has reviewed and received.  The Funds were prepared to file objections, but the Funds' counsel has been advised by the Trustee's counsel that the Trustee plans to submit a modified proposed Order that will make clear that: (a) the Order does not supersede or abrogate agreements that the Trustee entered into with the Funds under which the Trustee agreed to review and to use certain documents solely for purposes of settlement discussions and not for purposes of litigation, and (b) that the documents made available under those agreements will not be placed in the proposed data room.

2.      The Funds appreciate the Trustee's cooperation and the clarifications provided by the Trustee, and file this reservation of rights for the sole purpose of reserving their rights to object to the extent that the foregoing understandings are not confirmed.

Dated: August 31, 2011
       New York, New York

                                        Respectfully submitted,

                                        /s/ Michael E. Wiles_____
                                        Michael E. Wiles
                                        mewiles@debevoise.com
                                        DEBEVOISE & PLIMPTON LLP
                                        919 Third Avenue
                                        New York, New York  10022
                                        Tel.:  (212) 909-6000
                                        Fax:  (212) 909-6836

                                        *Counsel to Defendants Thema International Fund plc, Hermes International Fund Limited, Lagoon Investment Limited (for itself and as Trustee of the Lagoon Investment Trust), Thema Fund Limited and Thema Wise Investments Limited*

# CERTIFICATE OF SERVICE

I, Michael E. Wiles, a member of the firm of Debevoise & Plimpton LLP, attorneys for defendants herein, certify:

I am over eighteen 18 years of age.  On the 31st day of August, 2011, I caused the within Reservation of Rights with Respect to Trustee's Motion for (I) a Report and Recommendation to the District Court for the Appointment of Special Discovery Masters, (II) an Order Establishing Procedures for Electronic Data Rooms, and (III) an Order Modifying the June 6, 2011 Litigation Protective Order to be served by personal delivery upon the following counsel at the following addresses:

> David J. Sheehan
> BAKER & HOSTETLER LLP
> 45 Rockefeller Plaza
> 11th Floor
> New York, NY 10111

> Judith A. Selby
> BAKER & HOSTETLER LLP
> 45 Rockefeller Plaza
> 11th Floor
> New York, NY 10111

> *Counsel for Irving H. Picard, Trustee*
> *for the Substantively Consolidated SIPA Liquidation*
> *of Bernard L. Madoff Investment Securities LLC*
> *and Bernard L. Madoff*

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2011.

/s/ Michael E. Wiles___