# CERTIFICATE OF SERVICE

I, Joseph P. Moodhe, a partner with Debevoise & Plimpton LLP, attorneys for defendants Plaza Investments International Limited and Notz, Stucki Management (Bermuda) Limited, certify:

I am over eighteen 18 years of age. On the 31st day of August 2011, I caused the within Limited Objection to Trustee's Motion for (I) a Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) an Order Establishing Procedures for Electronic Data Rooms; and (III) an Order Modifying the June 6, 2011 Litigation Protective Order to be served via the United States Bankruptcy Court for the Southern District of New York's ECF system and served via FedEx overnight mail upon the following counsel at the following addresses:

> BAKER & HOSTETLER LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> David J. Sheehan
> Regina L. Griffin
> Judith A. Selby
> Lourdes M. Slater
>
> *Counsel for Irving H. Picard, Trustee*
> *for the Substantively Consolidated SIPA Liquidation*
> *of Bernard L. Madoff Investment Securities LLC*
> *and Bernard L. Madoff*

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2011.

/s/ Joseph P. Moodhe