| | |
|---|---|
| KOBRE & KIM LLP<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: +1 212 488 1200<br>Facsimile: +1 212 488 1220 | WOLLMUTH MAHER & DEUTSCH LLP<br>One Gateway Center<br>Newark, New Jersey 07102<br>Telephone: +1 973 733 9200<br>Facsimile: +1 973 733 9292 |
| *Attorneys for MAXAM Capital Management LLC, MAXAM Capital GP LLC, MAXAM Absolute Return Fund Limited, Suzanne Hammond, Sandra L. Manzke, Sandra L. Manzke Revocable Trust, Walker Manzke, and April Bukofser Manzke* | *Attorneys for MAXAM Absolute Return Fund L.P.* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Debtor. | SIPA LIQUIDATION<br><br>No. 08-01789 (BRL) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>       Plaintiff,<br><br>v.<br><br>MAXAM ABSOLUTE RETURN FUND, L.P.; MAXAM ABSOLUTE RETURN FUND, LTD.; MAXAM CAPITAL MANAGEMENT, LLC; MAXAM CAPITAL GP LLC; SANDRA L. MANZKE REVOCABLE TRUST; SANDRA L. MANZKE, as trustee and individually; SUZANNE HAMMOND; WALKER MANZKE; and APRIL BUKOFSER MANZKE,<br><br>       Defendants. | Adv. Pro. No. 10-05342 (BRL) |

**NOTICE OF OPPOSITION TO TRUSTEE'S MOTION FOR (I) A REPORT AND RECOMMENDATION TO THE DISTRICT COURT FOR THE APPOINTMENT OF SPECIAL DISCOVERY MASTERS; (II) AN ORDER ESTABLISHING PROCEDURES FOR ELECTRONIC DATA ROOMS; AND (III) AN ORDER MODIFYING THE JUNE 6, 2011 LITIGATION PROTECTIVE ORDER**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Defendants' Opposition to the Trustee's Motion for (I) a Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) an Order Establishing Procedures for Electronic Data Rooms; and (III) an Order Modifying the June 6, 2011 Litigation Protective Order, filed on August 5, 2011, the Declaration of Maggie E. Sklar and exhibits thereto; and all the papers filed and proceedings had herein, Defendants MAXAM Capital Management LLC, Sandra L. Manzke, and the MAXAM Absolute Return Fund L.P. (collectively, the "MAXAM Defendants"), respectfully move the United States Bankruptcy Court for the Southern District of New York for an order denying the Trustee's Motion.

Dated: New York, New York
   August 31, 2011

KOBRE & KIM LLP

/s/ Jonathan D. Cogan

Jonathan D. Cogan
(jonathan.cogan@kobrekim.com)
Michael S. Kim
(michael.kim@kobrekim.com)
Carrie A. Tendler
(carrie.tendler@kobrekim.com)
800 Third Avenue
New York, New York 10022
Telephone: +1 212 488 1200; Fax: +1 212 488 1220

Maggie E. Sklar (admitted *pro hac vice*)
(maggie.sklar@kobrekim.com)
1919 M Street, N.W.
Washington, D.C. 20036
Telephone: +1 202 664 1900; Fax: +1 202 664 1920

*Attorneys for MAXAM Capital Management LLC, MAXAM Capital GP LLC, Maxam Absolute Return Fund Limited, Suzanne Hammond, Sandra L. Manzke, Sandra L. Manzke Revocable Trust, Walker Manzke, and April Bukofser Manzke*

WOLLMUTH MAHER & DEUTSCH LLP

/s/ James N. Lawlor

James N. Lawlor
(jlawlor@wmd-law.com)
One Gateway Center
Newark, New Jersey 07102
Telephone: +1 973 733 9200; Fax: +1 973 733 9292

*Attorneys for MAXAM Absolute Return Fund LP*

To: All Counsel of Record