KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Telephone: +1 212 488 1200
Facsimile: +1 212 488 1220

*Attorneys for MAXAM Capital Management LLC, MAXAM Capital GP LLC, Suzanne Hammond, Sandra L. Manzke, Sandra L. Manzke Revocable Trust, MAXAM Absolute Return Fund Limited, Walker Manzke, and April Bukofser Manzke*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Debtor. | SIPA LIQUIDATION<br><br>No. 08-01789 (BRL) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>   Plaintiff,<br><br>   v.<br><br>MAXAM ABSOLUTE RETURN FUND, L.P.; MAXAM ABSOLUTE RETURN FUND, LTD.; MAXAM CAPITAL MANAGEMENT, LLC; MAXAM CAPITAL GP LLC; SANDRA L. MANZKE REVOCABLE TRUST; SANDRA L. MANZKE, as trustee and individually; SUZANNE HAMMOND; WALKER MANZKE; and APRIL BUKOFSER MANZKE,<br><br>   Defendants. | Adv. Pro. No. 10-05342 (BRL) |

**CERTIFICATE OF SERVICE**

I, Jonathan D. Cogan, hereby declare under penalty of perjury that on this 31st day of August, 2011, true and correct copies of Defendants' Opposition to the Trustee's Motion for (I) a Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) an Order Establishing Procedures for Electronic Data Rooms; and (III) an Order Modifying the June 6, 2011 Litigation Protective Order (with accompanying memorandum of law, declaration, and exhibits) were served upon the following counsel by operation of the Court's CM/ECF filing system and via Federal Express and electronic mail:

David J. Sheehan, Esq.
Judith A. Selby, Esq.
Lourdes M. Slater, Esq.
Regina L. Griffin, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Kevin H. Bell, Esq.
Securities Investor Protection Corporation
805 Fifteenth Street, NW, Suite 800
Washington, DC 20005

James N. Lawlor
Wollmuth Maher & Deutsch LLP
One Gateway Center
Newark, New Jersey 07102

Dated: August 31, 2011
New York, New York

        KOBRE & KIM LLP

        /s/ Jonathan D. Cogan
        Jonathan D. Cogan
        (jonathan.cogan@kobrekim.com)

        800 Third Avenue
        New York, New York 10022
        Tel: +1 212 488 1206
        Fax: +1 212 488 1220

*Attorney for MAXAM Capital Management LLC, MAXAM Capital GP LLC, Suzanne Hammond, Sandra L. Manzke, Sandra L. Manzke Revocable Trust, MAXAM Absolute Return Fund Limited, Walker Manzke, and April Bukofser Manzke*