**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
:
Trustee-Applicant, : Adv. Pro. No. 08-01789 (BRL)
:
v. : SIPA Liquidation
:
BERNARD L. MADOFF INVESTMENT : (Substantively Consolidated)
SECURITIES LLC, :
:
Defendant. :
:
In re: :
:
BERNARD L. MADOFF, :
:
Debtor. :
---------------------------------------------------------------- x
:
IRVING H. PICARD, Trustee for the Liquidation :
of Bernard L. Madoff Investment Securities LLC, :
:
Plaintiff, : Adv. Pro. No. 10-05353 (BRL)
:
v. :
:
NATIXIS, NATIXIS CORPORATE & :
INVESTMENT BANK (f/k/a IXIS :
CORPORATE & INVESTMENT BANK), :
NATIXIS FINANCIAL PRODUCTS, INC., :
BLOOM ASSET HOLDINGS FUND, and :
TENSYR LIMITED, :
:
Defendants. :
---------------------------------------------------------------- x

**DECLARATION OF JESSICA R. SIMONOFF IN SUPPORT OF**
**TENSYR LIMITED'S MOTION TO DISMISS THE TRUSTEE'S COMPLAINT**
<u>**OR IN THE ALTERNATIVE TO STAY THE ACTION**</u>

Pursuant to 28 U.S.C. § 1746, I, Jessica R. Simonoff, declare the following:

1. I am an attorney employed by the firm of Freshfields Bruckhaus Deringer US LLP. I submit this declaration in support of Tensyr Limited's Motion to Dismiss the Trustee's Complaint or in the Alternative to Stay the Action filed in Adversary Proceeding Number 10-05353 (BRL) [Docket No. 1]. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would testify competently thereto.

2. On behalf of Tensyr Limited, I have attached as Exhibit A to this declaration a true and correct copy of the Transcript of Hearing before the Honorable Judge Alvin K. Hellerstein in the matter of *Enron Creditors Recovery Corp. v. Int'l Fin. Corp.*, Index Number 07-CV-6597 (AKH) dated April 16, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     New York, New York
           September 1, 2011

                                              By: /s/ Jessica R. Simonoff
                                                  Jessica R. Simonoff
                                                  601 Lexington Avenue, 31st Floor
                                                  New York, NY 10022
                                                  (212) 277-4000
                                                  jessica.simonoff@freshfields.com