**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              :
SECURITIES INVESTOR PROTECTION                                :
CORPORATION,                                                  :
                                                              :
Trustee-Applicant,                                            :   Adv. Pro. No. 08-01789 (BRL)
                                                              :
v.                                                            :   SIPA Liquidation
                                                              :
BERNARD L. MADOFF INVESTMENT                                  :   (Substantively Consolidated)
SECURITIES LLC,                                               :
                                                              :
Defendant.                                                    :
                                                              :
In re:                                                        :
                                                              :
BERNARD L. MADOFF,                                            :
                                                              :
Debtor.                                                       :
------------------------------------------------------------- x
                                                              :
IRVING H. PICARD, Trustee for the Liquidation                 :
of Bernard L. Madoff Investment Securities LLC,               :
                                                              :
Plaintiff,                                                    :   Adv. Pro. No. 10-05353 (BRL)
                                                              :
v.                                                            :
                                                              :
NATIXIS, NATIXIS CORPORATE &                                  :
INVESTMENT BANK (f/k/a IXIS                                   :
CORPORATE & INVESTMENT BANK),                                 :
NATIXIS FINANCIAL PRODUCTS, INC.,                             :
BLOOM ASSET HOLDINGS FUND, and                                :
TENSYR LIMITED,                                               :
                                                              :
Defendants.                                                   :
------------------------------------------------------------- x

## CORPORATE DISCLOSURE STATEMENT

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule

7007.1-1 of the Local Bankruptcy Rules, defendant Tensyr Limited, through its undersigned attorneys, hereby certifies as follows:

1. The immediate shareholders in Tensyr Limited are Ogier Nominees (Jersey) Limited and Reigo Nominees (Jersey) Limited (the "**Nominees**").

2. The Nominees hold the shares pursuant to declarations of trust in favor of Ogier Corporate Trustee (Jersey) Limited (the "**Trustee**") in its capacity as trustee of the Tensyr Charitable Trust.

3. The Trustee is 100% owned by Ogier Fiduciary Services (Jersey) Limited ("**Ogier Fiduciary**"), and both the Trustee and Ogier Fiduciary are regulated by the Jersey Financial Services Commission as regulated trust company businesses.

4. The shareholders in Ogier Fiduciary are the Nominees, who hold the shares pursuant to declarations of trust in favor of Ogier Fiduciary Services Holding Company Limited ("**Ogier Holding**"), a Cayman Islands company. Ogier Holding is, therefore, the 100% beneficial owner of Ogier Fiduciary and the top holding company in this structure.

5. Ogier Holding is owned by equity partners of the Ogier group as shareholders.

| | | |
|---|---|---|
| Dated: | New York, New York<br>September 1, 2011 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |

By: /s/ David J. Onorato
    David J. Onorato
    Timothy P. Harkness
    Jessica R. Simonoff
    Susan A. Higgins
    601 Lexington Avenue, 31st Floor
    New York, NY 10022
    Telephone: (212) 277-4000
    david.onorato@freshfields.com
    *Attorneys for Tensyr Limited*