**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
:
Trustee-Applicant, : Adv. Pro. No. 08-01789 (BRL)
:
v. : SIPA Liquidation
:
BERNARD L. MADOFF INVESTMENT : (Substantively Consolidated)
SECURITIES LLC, :
:
Defendant. :
:
In re: :
:
BERNARD L. MADOFF, :
:
Debtor. :
------------------------------------------------------------ x
:
IRVING H. PICARD, Trustee for the Liquidation :
of Bernard L. Madoff Investment Securities LLC, :
:
Plaintiff, : Adv. Pro. No. 10-05353 (BRL)
:
v. :
:
NATIXIS, NATIXIS CORPORATE & :
INVESTMENT BANK (f/k/a IXIS :
CORPORATE & INVESTMENT BANK), :
NATIXIS FINANCIAL PRODUCTS, INC., :
BLOOM ASSET HOLDINGS FUND, and :
TENSYR LIMITED, :
:
Defendants. :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, JESSICA R. SIMONOFF, hereby certify that, on September 1, 2011, I caused a true

and correct copy of the Notice of Tensyr Limited's Motion to Dismiss the Trustee's Complaint

or in the Alternative to Stay the Action, the Memorandum of Law in Support of Tensyr Limited's Motion to Dismiss the Trustee's Complaint or in the Alternative to Stay the Action, the Rule 7007.1 Corporate Disclosure Statement, and the Declaration of Jessica R. Simonoff and its accompanying exhibit to be served upon the parties listed below by electronic mail and by first class mail:

    Keith R. Murphy (kmurphy@bakerlaw.com)
    Marc E. Hirschfield (mhirschfield@bakerlaw.com)
    Mark A. Kornfeld (mkornfeld@bakerlaw.com)
    BAKER & HOSTETLER LLP
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201

    Catherine E. Woltering (cwoltering@bakerlaw.com)
    BAKER & HOSTETLER LLP
    65 East State Street, Suite 21 00
    Columbus, Ohio 4321 5
    Telephone: (614) 228-1541
    Facsimile: (614) 462-26 16

    Joseph Cioffi (jcioffi@dglaw.com)
    Howard J. Rubin (hrubin@dglaw.com)
    Bruce M. Ginsberg (bginsberg@dglaw.com)
    James R. Serritella (jserritella@dglaw.com)
    DAVIS & GILBERT LLP
    1740 Broadway
    New York, New York 10019
    Telephone: (212) 468-4800
    Facsimile: (212) 468-4888

Dated:    New York, New York
            September 1, 2011

                      By: /s/ Jessica R. Simonoff
                         Jessica R. Simonoff
                         601 Lexington Avenue, 31st Floor
                         New York, NY 10022
                         (212) 277-4000
                         jessica.simonoff@freshfields.com