UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
          ) ss:
COUNTY OF NEW YORK )

I, Laura Campbell declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 26th day of August, 2011, employees of DRC, under my supervision served a true and accurate copy of the:

  (i) "Trustee's Motion for (I) A Report and Recommendation to the District Court For the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order", along with the Notice and relevant exhibits (Docket No. 4290); and the

(ii) "Affidavit of Edward J. Jacobs in Support of Trustee's Motion for (I) Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order" (Docket No. 4291); and the

(iii) "Notice of Adjournment of Hearing" (Docket No. 4316),

via electronic mail upon the parties as set forth in Exhibit 1, and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 31st day of August, 2011 New York, New York.

By /s/ Laura Campbell
Laura Campbell

Sworn before me this
31st day of August, 2011

/s/ Sung Jae Kim
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2013

EXHIBIT 1

Date : 8/30/2011 **Exhibit Pages - Email (J31363)** **Page #: 1**

philg@klgates.com                                                 philg@klgates.com

tammy.bieber@shearman.com

**Records Printed: 3**

| | |
|---|---|
| aehrlich@paulweiss.com | Akimler@vmmlegal.com |
| boakes@oakesfosher.com | cbelfi@herrick.com |
| hsholl@paulweiss.com | jkeenan@mccanliss.com |
| jsherman@wcsm445.com | karen.wagner@davispolk.com |
| mflumenbaum@paulweiss.com | mrice@arkin-law.com |
| neal@brickmanlaw.com | philg@klgates.com |
| psusswein@proskauer.com | rfosher@oakesfosher.com |
| rkatz@sglllp.com | sarkin@arkin-law.com |
| sshimshak@paulweiss.com | tammy.bieber@shearman.com |

**Records Printed: 18**

EXHIBIT 2

| Date : 8/29/2011 | **Exhibit Pages USPS (J31365)** | **Page #: 1** |

| | |
|---|---|
| 6505<br>Todd E. Duffy<br>Anderson Kill & Olick, P.C.,<br>1251 Avenue of the Americas<br>New York, NY 10020 | 5865<br>Daryl Gerber Stokols<br>Chicago IL  60610 |
| 1278<br>Daryl Gerber Stokols<br>MIAMI BEACH FL 33139 | 1279<br>Daryl Gerber Stokols<br>Chicago IL  60610 |
| 7605<br>Eric B Simon<br>Eric B. Simon<br>1821 South Bascom Avenue Suite 289<br>Campbell, CA 95008 | 7606<br>Eric B Simon<br>Eric B. Simon<br>1821 South Bascom Avenue Suite 289<br>Campbell, CA 95008 |
| 6605<br>Todd E. Duffy<br>Anderson Kill & Olick, P.C.,<br>1251 Avenue of the Americas<br>New York, NY 10020 | |

**Records Printed: 7**

Date : 8/30/2011 **Exhibit Pages USPS (J31363)** Page #: 1

| | |
|---|---|
| 2100<br>Colt Corporation Profit Sharing Plan & Trust<br>Palm Beach FL 33480 | 2961<br>David Smelin<br>Bronx NY 10463 |
| 2082<br>HFH, A Partnership<br>Palm Beach FL 33480 | 3591<br>Jessica Goldberg I<br>Santa Ynez CA 93460 |
| 7577<br>John Winston<br>New York NY 10065 | 4490<br>Margaret Ho Revocable Trust<br>San Rafael CA 94901 |
| 4491<br>MARGARET HO, a.k.a., MARGARET MUI KI HO, MARGARET MUI KI LEONG and MARGARET H. LEONG, as trustor, as trustee and as an individual<br>San Rafael CA 94901 | 4469<br>Montecito Bank & Trust, as trustee of Dahme Family Bypass Testamentary Trust Dated 10/27/76<br>and as trustee of Trust "C" Under the Revocable<br>Trust for Community Property and Separate Property of Robert L. Dahme and Delores K. Dahme<br>Montecito CA 93108 |
| 7142<br>Sonya Kahn<br>West Palm Beach FL 33401 | 637<br>STANLEY KREITMAN<br>Roslyn NY 11576 |
| 2083<br>Stephen Fiverson<br>Palm Beach FL 33480 | 2101<br>Stephen Fiverson<br>Palm Beach FL 33480 |

**Records Printed: 12**