UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION )
CORPORATION, )
)
                Plaintiff, )    No. 08-01789 (BRL)
)
                   v. )    SIPA Liquidation
)
BERNARD L. MADOFF INVESTMENT )
SECURITIES LLC, )    (Substantively Consolidated)
)
              Defendant. )

---

)
In re: )
)
BERNARD L. MADOFF, )
)
              Debtor. )

---

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            ) ss:
COUNTY OF NEW YORK )

I, Laura Campbell declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 2nd day of September, 2011, employees of DRC, under my supervision served a true and accurate copy of the:

    (i) "Trustee's Motion for (I) A Report and Recommendation to the District Court For the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order", along with the Notice and relevant exhibits (Docket No. 4290); and the

MADOFF 00006

(ii) "Affidavit of Edward J. Jacobs in Support of Trustee's Motion for (I) Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order" (Docket No. 4291); and the

(iii) "Notice of Adjournment of Hearing" (Docket No. 4316),

via First Class U.S. Mail upon the parties as set forth in Exhibit 1, attached hereto.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 31st day of August, 2011 New York, New York.

By /s/ Laura Campbell
Laura Campbell

Sworn before me this
7th day of September, 2011

/s/ Sung Jae Kim
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2013

MADOFF 00006

2

| Date : 9/7/2011 | **Exhibit Pages** | Page # : 1 |

2259
Indenture of Trust Dated July 19, 1982 Made By David L. Rubin
Wellington FL 33414

**Records Printed: 1**