BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Regina L. Griffin
Email: rgriffin@bakerlaw.com
Judith A. Selby
Email: jselby@bakerlaw.com
Lourdes M. Slater
Email: lslater@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

I, **Christine Montani**, being duly sworn, depose and say: I am more than eighteen years

old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On August 25, 2011, I served the:

- **Notice to Adjournment to the Hearing to consider Trustee's Motion For (I) A Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order; and**

by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached **Schedule A**[1].

On August 30, 2011, I served the:

- **Notice to Adjournment to the Hearing to consider Trustee's Motion For (I) A Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order; and**

by placing true and correct copies thereof in sealed packages designated for International Return Receipt via U.S. Mail to those parties as set forth below:

Kulger Kandestin
1 Place Ville-Marie, Suite 2101
Montreal, Quebec H3B 2C6
CANADA

Philip C. Levi, Esq.
Levi & Sinclar, LLP
1303 Greene Avenue, Suite 400
Montreal, Quebec H3Z2A7
CANADA

---

[1] Where service was affected on an individual, in order to protect the privacy of that individual, the address set forth herein has been redacted to exclude the street address. Baker Hostetler maintains an unredacted version of this Schedule A.

James Kitching, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
99 City Road
London EC1Y 1AX
ENGLAND

/s/Christine Montani
CHRISTINE MONTANI

Sworn to before me this

8th day of September, 2011

/s/Marion Sarcuni

Notary Public, State of New York

No. 01SA4973543

Qualified in Nassau County

Commission Expires 12/05/2014

## Schedule A

Peter G. Hilbert, Esq.
Jones Day
North Point
901 Lakeside Avenue,
Cleveland, OH  44114

Arthur Covner
Claire Covner
Sun City West, AZ 85375

Alexander Denerstein
Denver, CO  80206-4029

Astoria Federal Savings
One Astoria Federal Plaza
Lake Success, NY  11042-1085
Attn:  Legal Department

Automatic Data Processing, Inc.
Corporate Headquarters
One ADP Boulevard
Roseland, NJ  07068-1728
Attn:  Legal Department

Advanta Bank Corporation
Welsh and McKean Roads
Springhouse, PA  19477-0844
Attn Legal Department

M. Wiliam Munno, Esq.
Seward & Kissel  LLP
One Battry Park Plaza
New York, NY 10004

Steven M. Feder, Esq.
Feder Law Firm
730 - 17th Street, Suite 550
Denver, CO  80202

Anglo Irish Bank Corporation Ltd.
222 East 41st Street
24th Floor
New York, NY  10017
Attn:  Legal Department

Bank Atlantic
2100 West Cypress Creed Road
Ft. Lauderdale, FL  33309

Beth L. Golden, Esq.
K&L Gates
599 Lexington Avenue
New York, NY  10022-3030

Apple Bank for Savings
122 East 42nd Street, 9th Floor
New York, NY 10168

Braman Family Foundation Inc.
Miami, FL  33137

Branch Banking & Trust Co.
200 West Second Street, 3rd FL
P.O. Box 1255
Winston-Salem, NC  27102-1255

Bloomingdale's
Recovery/Compliance Department
P.O. Box 8053
Mason, OH  45040-8909
Attn:  Legal Department

Bridgehampton National Bank
2200 Montauk Highway
Bridgehampton, NY  11932

Belle Jones
Queens Village, NY  11427

Bank of Tokyo-Mitsubishi UFJ Trust Company
1251 Avenue of the Americas
New York, NY 10020-1104
Attn:  Legal Department

Julie Flakstad
Blow Styling Salon LLC
342 West 14th Street
New York, NY  10014-5002

Bureau of Prisons
320 First Street, NW
Washington, DC 20534
Attn:  FOIA Department - Wanda Hunt

Broms Family Foundation
Eden Prairie, MN  55344

Rebecca Brazzano, Esq.
Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY  10017-4611

Bear Stearns & Company
c/o CT Corporation
111 Eight Avenue
New York, NY 10011

Comerica Bank
Comerica Bank Tower
1717 Main Street, MC 6404
Dallas, TX  75201
Attn:  Legal Department

Cambridge Associates LLC
100 Summer Street
Boston, MA  02110
Attn:  General Counsel

Capital One Bank
15000 Capital  One Drive
Richmond, VA  23238-1119
Attn:  Legal Department

Nicole E. Erb, Esq.
White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

Patricia J. Fokuo
SchiffHardin LLP
6600 Sears Tower
Chicago, IL 60606

CBRE Richard Ellis
200 Park Avenue, 17th FL
New York, NY 10166
Attn: Legal Department

Carl C. Greer, Trustee
Wheaton, IL 60187

Colchis Capital Partners, LP
One Bush Street, 12th Street
San Francisco, CA 94104

Lewis N. Brown, Esq.
Gilbride Heller & Brown
One Biscayne Tower, 15th Fl., 2 South Biscayne Blvd.
Miami, FL 33131

Christopher Cutler
New York, NY 10128

Stephen V. Chaplin
Stamford, CT 06902-1100

Coecles Harbor Marine
18 Hudson Avenue
Shelter Island, NY 11964

Citigroup/Citibank N.A.
1 Court Square, 10th FL
Long Island City, NY 11120
Attn: Legal Department

Children's Medical Fund
300 Marcus Avenue, Suite LL09
New Hyde Park, NY 11040

Carmine D. Boccuzzi, Esq.
Cleary Gottlieb Steen & Hamilton LP
One Liberty plaza
New York, NY 10006-1470

Sherrill Johnson, Esq.
555 South Flower Street, 21st FL
Los Angeles, CA 90071

Jennifer Huffman, Esq.
One Madison Avenue
New York, NY 10010-3629

James M. Dain
New York, NY 10128

Kugler Kandestin
1 Place Ville-Marie, Suite 2101
Montreal, Quebec
Canada H3B 2C6

Darrell Lorentzen
Greenwich, CT 06830

Jamie L. Wine, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Richard Bergman, Esq.
Bergman & Jacobs
2001 Hollywood Blvd., Suite 200
Hollywood, FL 33020

Joseph Goldstein, Esq.
Murphy & McGongigle
555 Thirteenth Street, NW
Washington, DC 20004

Helen Chaitman, Esq.
Becker & Poliakoff, LLP
45 Broadway, 8th FL
New York, NY 10006

Nick Morgan, Esq.
DLA Piper LLP
1999 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-6023

Equifax
c/o The Prentice-Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

Lisa M. Stern, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

Kenneth I. Schacter, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Lawrence Zweifach, Esq.
Gibson Dunn & Cruther LLP
200 Park Avenue
New York, NY 10166

Emily Starr
Boylston, MA 01505

Experian
475 Anton Blvd.
Costa Mesa, CA 92626
Attn: Legal Department

First National Bank of Long Island
30 Glen Head Road
Glen Head, NY 11545
Attn: Legal Department

Hedgeworth Capital
570 Lexington Avenue, Suite 1501
New York, NY 10022
Attn: Legal Department

Allan Ceran, Esq.
Burker Williams & Sorensen
444 South Flower Street, Ste. 2400
Los Angeles, CA 90071-2953

Lankler & Carragher, LLP
845 Third Avenue, 17th Fl
New York, NY 10022

Gotham Bank of New York
1412 Broadway
New York, NY 10018
Attn: Legal Department

Brian Madoxx, Esq.
Lax & Neville
1412 Broadway, Suite 1407
New York, NY 10018

Stacey Blaustein, Esq.
IBM Corporation
1 North Castle Drive
1A-73 MD NC-107
Armonk, NY 10501

Joseph Avellino
Chester, NJ 07930

Linkbrokers Derivatives Corporation
c/o CT Corporation
111 Eight Avenue
New York, NY 10011

Argi O'Leary, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Keith Miller, Esq.
Paul, Hastings, Janofsky & Walker
Park Avenue Tower, 75 E. 55th St.
New York, NY 10022

First Market Bank
111 Virginia Street
Richmond, VA 23219
Attn: Legal Department

Financial Industry Service Group
2020 Pennsylvania Avenue, NW #307
Washington, DC 20006
Attn: Legal Department

Globeop Financial Services LLC
FBO Fund Client Department
One South Road
Harrison, NY 10528
Attn: Legal Department

Howard Schwartzberg
Susan Schwartzberg
Cedar Grove, NJ 07009

Irwin Horowitz
Meridian, ID 83646-4794

Investment Technology Group
380 Madison Avenue
New York, NY 10017
Attn: Mark Solomon, Esq.

Thomas Butler, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

FIA Card Services, NA
1825 E. Buckeye Road
AZ9-205-02-04
Phoenix, AZ 85034
Attn: Legal Department

Fiserv ISS
c/o Sherman & Howard LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202

First Republic Bank
111 Pine Street at Front
San Francisco, CA 94111
Attn: Legal Department

Daniel Wake, Esq.
Sander, Ingerbresten & Waker
1660 17th Street, Suite 450
Denver, CO 80202

Goldman Sachs Group
85 Broad Street
New York, NY 10004
Attn: Legal Department

Stroock Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Jodi S. Cohen, Esq.
Bentley P. Stansbury III, Esq.
Keesal Young & Logan
400 Oceangate, PO Box 1730
Long Beach, CA 90801-1730

Elise Scherr Frejka, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

David C. Lowles
Henderson, NC 28791

Joseph Campanella
Ft. Lauderdale, FL 33301

James & Cathy Walfenzao
Coral Gable, FL 33134

Henry (Pete) Putzel, III
565 Fifth Avenue
New York, NY 10017

Jefferies & Company, Inc.
520 Madison Avenue
New York, NY 10022
Attn: Joseph P. Allgor

Norman A. Kaplan, Esq.
111 Great Neck Road, Ste 206
Great Neck, NY 11021-5402

J.H. Cohn LLP
4 Becker Farm Road
P.O. Box 954
Roseland, NJ 07068
Attn: General Counsel

Robert H. Baron, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019-7475

John Ippolito & Jodie Ippolito
Staten Island, NY 10306

David Van Benschoten, Esq.
Francello & Van Benschoten
Saugerties, NY 12477-1415

Donald A. Hamburg
Golenbock Eiseman Assor Bell &
Peskoe LLP
437 Madison Avenue
New York, NY 10022

Robert K. Whitt, Esq.
Midland, TX 79705

Janco Partners, Inc.
5251 DTC Parkway, Suite 415
Greenwood Village, CO 80111
Attn: Legal Department

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2321

Knight Capital Group, Inc.
545 Washinton Blvd.
Jersey City, NJ 07310
Attn: Legal Department

Satterlee Stephens
Burker & Burke LLP
230 Park Avenue
New York, NY 10169-00779

Manufacturers & Traders Trust Co.
M&T Plaza, 12th FL
Buffalo, NY 14240
Attn: Legal Department

Larry Rifken, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102

Michael Wexelbaum, Esq.
Snow, Becker, Krauss
605 Third Avenue
New York, NY 10158-0125

Gunster & Yoakley Law Firm
777 S. Flagler Drive, Suite 500
West Palm Beach, FL 33401

Mitchell J. Devack, PLLC
The Financial Center - Mitchell Field
90 Merrick Avenue, Ste. 500
East Meadow, NY 11554

Merriman Curhan Ford
600 California Street, 9th FL
San Francisco, CA 94108
Attn: Legal Department

Matthew Lorentzen
Palm Beach, FL 33480

William Francis Galvin
Secretary of the Commonwealth
Securities Division
One Ashburton Place, 17th Floor
Boston, Massachusetts 02108

Marks, Paneth & Shron
c/o Mark Levenfuf, Esq.
622 Third Avenue
New York, NY 10017-6701

Munich Reinsurance America, Inc.
555 College Road East
P.O. Box 5241
Princeton, NJ 08543-5241
Attn: General Counsel

Sovereign Bank
104 Pleasant Street
Nantucket, MA 02554
Attn: Legal Department

Carole Neville, Esq.
SNR Denton US LLP
1221 Avenue of the Americas
New York, NY 10020

Max Zankel Foundation
Rockville Centre, NY 11570

New York Community Bank
1601 Veterans Memorial Highway
Islandia, NY 11749

Nassau Financial Federal Credit Union
c/o Norman Feldheer, Esq.
900 Merchants Concourse, Ste 305
Westbury, NY 11590

National Bank of Canada Financial, Inc.
65 East 55th Street
New York, NY 10022

Wiggin and Dana LLP
450 Lexington Avenue, Sutie 3800
New York, NY 10017

Michael J. Wilson, PC
1 Hooper Farm Road
Nantucket, MA 02554

Thompson Hine
41 South High Street, Suite 1700
Columbus, OH 43215-6101

The Law Offices of Patricia Halsted
4 Water Street
Nantucket, MA 02554
Attn: Patricia Halsted, Esq.

The Options Clearing Corporation
One N. Wacker Drive, Suite 500
Chicago, IL 60606
Attn: Legal Department

Terra Holdings, LLC
770 Lexington Avenue
New York, NY 10065
Attn: Legal Department

Harrington, Ocko & Monk
81 Main Street - Suite 215
White Plains, NY 10601

Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311

Peapack-Gladstone Bank
158 Route 206 North
Gladstone, NJ 07934

Bingham McCutchen LP
One Federal Street
Boston, MA 02110

Skadden, Arps, Slate, Meagher & Flom
1440 New York Avenue, NW
Washington, DC 20005-2111

Tagliaferro & LoPresti, LLP
45 Broadway, Suite 2200
New York, NY 10006

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Robert W. Gottlieb, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022

Anthony Fernandez, Esq.
1001 Brickell Bay Drive
Suite 1719
Miami, FL 33131

Regions Financial Corporation
1900 Fifth Avenue North
Birmingham, AL 35203

Akin Gump Strauss Hauer & Feld
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201

Robert Denerstein
Englewood, CO 80113-3030

State Bank of Long Island
222 Old Country Road
Mineola, NY 11501
Attn: Legal Department

Pali Capital Inc.
650 5th Avenue, 6th FL
New York, NY 10019-6105
Attn: Legal Department

First Republic Bank
111 Pine Street at Front
San Francisco, CA 94111
Attn: Legal Department

Robert Vitiello
Cape May Court House, NJ 08210

RhinoCapital Inc.
Suite 100
32065 Castle Court
Evergreen, CO 80439

| | | |
|---|---|---|
| Richard A. Van Dueren 2007 Revocable Trust<br>North Palm Beach, FL 33408 | Robert J. Anello, Esq.<br>Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, PC<br>565 Fifth Avenue<br>New York, NY 10017 | Fox Rothschild LLP<br>Princeton Pike Corporate Center<br>997 Lenox Drive, Building 3<br>Lawrenceville, NJ 08648-2311 |
| John Sauder<br>Austin, TX 78702 | Angela Mattia, Esq.<br>Schwartz & Company<br>2580 Sunrise Highway<br>Bellmore, NY 11710 | Snow Becker Krauss P.C.<br>c/o Michael Wexelbaum, Esq.<br>605 Third Avenue<br>New York, NY 10158-0125 |
| James F. Wallack, Esq.<br>Goulston & Storrs<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 | Henry Lusardi, Esq.<br>Singer & Lusardi<br>370 Main Street, Suite 925<br>Worcester, MA 01608 | New York State Education Dept.<br>89 Washington Avenue<br>Albany, NY 12234<br>Attn: Legal Department |
| Helen Harris, Esq.<br>Day Pitney LLP<br>One Canterbury Green<br>Stamford, CT 06901 | BDO Seidman<br>100 Park Avenue, 11th FL<br>New York, NY 10017<br>Attn: General Counsel | Steven Millsaps<br>Ft. Lauderdale, FL 33308 |
| Frederick Z. Konigsberg, PC<br>One Herricks Road<br>Garden City Park, NY 11040 | Jonathan W. Wolfe<br>Skoloff & Wolfe, P.C.<br>Attorneys at Law<br>293 Eisenhower Parkway<br>Livingston, New Jersey 07039 | Samuel J. Rubin, Esq.<br>Freshfields Bruckhaus Deringer US LLP<br>520 Madison Avenue, 34th FL<br>New York, NY 10022 |
| Marc G. Rosenberg, Esq.<br>McLaughlin & Stern, LLP<br>260 Madison Avenue<br>New York, New York 10016 | Anne C. Flannery, Esq.<br>Morgan Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0600 | Greenberg, Rosenblat, Kull & Bitsoli, PC<br>306 Main Street<br>Worcester, MA 01615 |
| Bryan Reyhani, Esq.<br>Loebe & Loebe LLP<br>New York, NY 10154 | Conn Geneva & Robinson<br>4927 Stariha Dr. Suite A<br>Muskegon, MI 49441 | Marin C. Ingber, Esq.<br>6705 Apache Road<br>Edina, MN 55439-1001 |
| Wainwright Bank<br>63 Franklin Street<br>Boston, MA 02110-1301 | TransAmerica Insurance & Investment Group<br>1150 South Olive Street<br>Los Angeles, CA | Kanter Press<br>160 Esat 23rd Street<br>New York, NY 10010<br>Attn: Legal Department |
| Fenwick & West LLP<br>555 California Street, 12th FL<br>San Francisco, CA | Norman A. Kaplan Esq<br>111 Great Neck Road<br>Great Neck, NY 11021-5402 | Baritz & Colman LLP<br>1075 Broken Sound Parkway, NW<br>Suite 102<br>Boca Raton, FL 33437 |

08-01789-cgm    Doc 4340    Filed 09/08/11    Entered 09/08/11 15:43:53    Main Document
Pg 10 of 12

King & Spalding LLP
Richard A. Cirillo, Esq.
1185 Avenue of the Americas
New York, NY 10036

Jeffrey T. Scott, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Webster Bank
Attn: Agent or Officer Authorized to Accept Service
436 Slater Road
New Britain, CT 06053

Thomas, Alexander & Forrester LLP
Steven W. Thomas, Esq.
14 27th Avenue
Venice, CA 90291

U.S. Bank
Law Department
800 Nicollet Mall
Ninneapolis, MN 55402

Park & Jensen LLP
Robert Knuts
630 Third Avenue
New York, New York 10017

David Van Benschoten, Esq.
Francello & Van Benschoten
34 West Bridge Street
Saugerties, NY 12477

Alan Leibman, Esq.
Fox Rothschild, LLP
997 Lenox Drive, Building 3
Lawrenceville, NJ 08543-5231

Karen Billings
New York, NY 10012

Laura Starr
West Lafayette, IN 47906

King & Spalding LLP
Arthur C. Fahlbusch, Jr.
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521

American Express
C/O C T Corporation System
Attn: Legal Department
111 Eighth Ave.
New York, NY 10011

Greg Viscovich
Chief Compliance Officer
17 Battery Place
New York NY 10004

Wachovia Bank N.A.
Summons & Subpoenas
PO Box 8667 Y1372-110
Philadelphia, PA 19101

Schulte Roth & Zabel LLP
Marcy Ressler Harris, Esq.
919 Third Avenue
New York, NY 10022

Day Pitney LLP
Howard Fetner, ESq.
One Audubon Street
New Haven, CT 06511

Legal and Regulatory Affairs SunTrust Banks, Inc.
303 Peachtree Street, N.E
Atlanta, GA 30308

Jaspan Schlesinger LLP
Steven R. Schlesinger, Esq.
300 Garden City Plaza
Garden City, NY 11530

Marisa A. Lorenzo, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Eric Zissu, Esq.
Stillman, Friedman & Shectman, P.C.
425 Park Avenue
New York, NY 10022

Citigroup
Office of the General Counsel
388 Greenwich Street
New York, NY 10013

Catherine St. John, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022-3598

William P. Ward, P.C.
81 Hempstead Avenue
Lynbrook, NY 11563

VEDDER PRICE P.C.
222 NORTH LASALLE STREET
CHICAGO, IL 60601

Mark J. Friedman, Esq.
6225 Smith Avenue
Baltimore, Maryland 21209

Shearman & Sterling LLP
Tammy Bieber, Esq.
599 Lexington Avenue
New York, NY 10022

Shirley Solomon
New Port Richey, FL 34652

Richard A. Farrier, Jr., Esq.
Nelson Mullins Riley & Scarborough
151 Meeting Street, 6th Floor
Charleston, SC 29401

Chryssa V. Valletta, Esq.
Phillips Nizer, LLP
666 Fifth Avenue
New York, NY 10103

Alton L. Gwaltney, III, Esq.
Moore and Van Allen
100 North Tryon Street, Ste.4700
Charlotte, NC 28202

Karen E. Wagner, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Lawrence E. Rifken, Esq.
Greenberg Traurig LLP
1750 Tysons Boulevard
Suite 1200
McLean, VA 22102

Nancy B. Colman, Esq.
Baritz & Colman
Suite 102
1075 Broken Sound Parkway, NW
Boca Raton, FL 33487

Dennis H. Tracey, III, LLP
Hogan Lovells US, LLP
875 Third Avenue
New York, NY 10022

Sherry Mackenzie
Encinitas, CA 92024

Michael Kim, ESQ
Korbe & Kim LLP
800 Third Avenue
New York, New York 10022

David B. Goldstein, Esq.
Hymson Goldstein & Pantiliat, P.C.
14646 North Kierland Blvd.
Suite 255
Scottsdale, Arizona 85254

Richard E. Signorelli, Esq.
Law Office of Richard E. Signorelli
799 Broadway, Suite 539
New York, NY 10003

Michael A. Bedell, Esq.
Bedell & Forman, LLP
44 Wall Street, 12th Floor
New York, NY 10005

Thomas Fitzpatrick
500 Fifth Avenue
New York, NY 10110-3398

David C. Grant, Esq.
Grant, Genovese & Baratta LLP
2030 Main Street, Suite 1600
Irvine, CA 92614-7257

Hunter T. Carter, Esq.
Arent Fox, LLP
1675 Broadway
New York, NY 10019-5820

Meredith L. Turner, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Carolyn Kasky
Pennsylvania, 19067

Michael Lipper
Summit, New Jersey

Gary Woodfield, Esq.
Haile, Shaw & Pfaffenberger, Esqs.
660 U.S. Highway One, 3rd Floor
N. Palm Beach, FL 33408

Lilyan Berkowitz
Boynton Beach, FL

Lisa M. Richman, Esq.
K&L Gates, LLP
1601 K Street, NW
Washington, DC 20006

Jonathan Etra, Esq.
Broad and Cassel
One Biscayne Tower, 21st Floor
2 South Biscayne Blvd.
Miami, FL 33131

Cody J. Jess, Esq.
Schian Walker
3550 North Central Avenue
Suite 1700
Phoenix, AZ 85012-2115

Alton L. Gwaltney, III, Esq.
Moore and Van Allen
100 North Tryon Street. Ste. 4700
Charlotte, NC 28202

Declan M. Butvick, Esq.
Moses & Singer LLP
405 Lexington Avenue
New York, NY 10174

Paul S. Meyer, Esq.
Law Offices of Paul S. Meyer
695 Town Center Drive, Ste. 875
Costa Mesa, CA 92626

Judd Burstein, Esq.
Judd Burstein, PC
1790 Broadway
New York, NY 10019

| | | |
|---|---|---|
| Mohandai Surajballi<br>Kew Gardens, NY 11415 | Allan E. Cerna, Esq.<br>Burke, Williams & Sorensen LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA 90071 | Carl H. Loewenson, Jr. Esq.<br>Morrison & Foerster, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-0050 |
| Robert A. Johnson, Esq.<br>Akin Gump Strauss Hauer & Feld<br>One Bryant Park<br>New York, NY 10036 | Harrichand Persaud<br>Mahwah, NJ | John Maccabee<br>San Francisco, CA 94118 |
| Kathleen Nicholson Massey, Esq.<br>Dechert, LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>Stefan Zellmer<br>New York, NY 10128 | Michelle A. Rice, Esq.<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue<br>New York, NY 10022 | Eric Raiten<br>Bruce M. Ginsberg, Esq.<br>Davis & Gilbert, LLP<br>170 Broadway<br>New York, NY 10019 |
| Don S. Friedkin<br>Rye, NY 10580-1844 | Gerald Schwartz<br>Hewlett, New York 11557 | David Muschel<br>Englewood, NY 07631 |
| Wells Fargo<br>Subpoena Processing East<br>PO. Box 8667 Y1372-110<br>Philadelphia, PA 19101 | Martin R. Galbut, Esq.<br>Galbut & Galbut, P.C.<br>2425 East Camelback Road<br>Suite 1020<br>Phoenix, Arizona 85016 | Edward S. Seradzky, Esq.<br>307 Montgomery Street<br>Bloomfield, NJ 07003 |
| Gary Moss, Esq.<br>Moss & Kalish, PLLC<br>122 East 42nd Street<br>New York, New York 10017 | Carmen J. Lawrence, Esq.<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004-1980 | Elaine Solomon<br>Miami, FL 33156 |
| Bank of America<br>Legal Order Processing Department<br>1425 NW 6nd Street<br>Fort Lauderdale, FL 33309 | Michael J. Wilson, Esq.<br>Law Offices of Michael J. Wilson<br>1 Hooper Farm Road<br>Nantucket, MA 02554 | Sheryl L. Weinstein<br>Eastport, NY 11941 |
| Wells Fargo<br>420 Montgomery Street<br>San Francisco, CA 94104 | BATS Exchange<br>14 Wall Street, Suite 4E<br>New York, NY 10005 USA | Alana Sher Klein, Esq.<br>Kasowitz, Benson, Torres & Friedman<br>1633 Broadway<br>New York, NY 10019 |

300179368