BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Regina L. Griffin
Email: rgriffin@bakerlaw.com
Judith A. Selby
Email: jselby@bakerlaw.com
Lourdes M. Slater
Email: lslater@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. <br> In re: <br> BERNARD L. MADOFF, <br><br> Debtor. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    I, **Christine Montani**, being duly sworn, depose and say: I am more than eighteen years

old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On September 1, 2011, I served the:

- **Notice to Adjournment to the Hearing to consider Trustee's Motion For (I) A Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order; and**

by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached **Schedule A**.

/s/Christine Montani
CHRISTINE MONTANI

Sworn to before me this

8th day of September, 2011

/s/Marion Sarcuni

Notary Public, State of New York

No. 01SA4973543

Qualified in Nassau County

Commission Expires 12/05/2014

## Schedule A

Charles Schwab & Co., Inc.
211 Main Street
San Francisco, CA 94105-1905
Attn: Office of Corporate Counsel

Wall Street Access
Chief Compliance Officer
17 Battery Place
New York NY 10004

Interactive Brokers Group, Inc.
209 South LaSalle Street, 10th FL
Chicago, IL 60604

Foley & Lardner LLP
Thomas K. Anderson, Esq.
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313

William P. Weintraub, Esq.
Friedman Kaplan Seiler & Adelman
1633 Broadway
New York, NY 10019-6708

Credit Suisse Securities (USA) LLC
One Madison Avenue
New York, NY 10010-3629

Firstrust Bank
15 East Ridge Pike
Conshohocken, PA 19428
Attn: Legal Department