BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Regina L. Griffin
Email: rgriffin@bakerlaw.com
Judith A. Selby
Email: jselby@bakerlaw.com
Lourdes M. Slater
Email: lslater@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

      I, **Christine Montani**, being duly sworn, depose and say: I am more than eighteen years

old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On August 22, 2011, I served the:

- **Trustee's Motion For (I) A Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order; and**

- **Affidavit of Edward J. Jacobs, Esq., in Support of Trustee's Motion For (I) A Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order**

by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

TO:    See Attached Schedule A

/s/Christine Montani
CHRISTINE MONTANI

Sworn to before me this

8th day of September, 2011

/s/Marion Sarcuni

Notary Public, State of New York

No. 01SA4973543

Qualified in Nassau County

Commission Expires 12/05/2014

## SCHEDULE A[1]

Gary Moss, Esq.
Moss & Kalish, PLLC
122 East 42nd Street
New York, NY 10017

Richard J. Bedell, Esq.
Jones Day
901 Lakeside Avenue
North Point
Cleveland, Ohio 44114

Marisa A. Lorenzo, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Thomas E. Butler, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Don S. Friedkin
Rye, NY 10580-1844

Anne C. Flannery, Esq.
Morgan Lewis
101 Park Avenue
New York, NY 10178

Bank of America
Legal Order Processing Department
1425 NW 6nd Street
Fort Lauderdale, FL 33309

Jeffrey T. Scott, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

BATS Exchange
14 Wall Street, Suite 4E
New York, NY 10005

Jodi S. Cohen, Esq.
Bentley P. Stansbury III, Esq.
Keesal Young & Logan
400 Oceangate, PO Box 1730
Long Beach, CA 90801-1730

Wells Fargo
Subpoena Processing East
PO Box 8667 Y1372-110
Philadelphia, PA 19101

Wells Fargo
420 Montgomery Street
San Francisco, CA 94105

300179363

---

[1] Where service was affected on an individual, in order to protect the privacy of that individual, the address set forth herein has been redacted to exclude the street address. Baker Hostetler maintains an unredacted version of this Schedule A.