**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Jacqlyn R. Rovine
Email: jrovine@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**TRUSTEE'S NOTICE OF RECORD DATE FOR DETERMINATION OF HOLDERS OF**
**ALLOWED CLAIMS ENTITLED TO INTERIM DISTRIBUTION**

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Southern

District of New York entered an Order on July 12, 2011 (the "Order") [Dkt. 4217], approving the

Motion for an Initial Allocation of Property to the Fund of Customer Property and Authorizing

An Interim Distribution to Customers (the "Motion") [Dkt. 4048], filed by Irving H. Picard, as

trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities

LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq., and the

substantively consolidated estate of Bernard L. Madoff.  Copies of the Order and the Motion

may be obtained by visiting the Debtor's website at www.madofftrustee.com, or by accessing the

Court's Electronic Case Filing System which can be found at www.nysb.uscourts.gov, the

official website for the Court.

PLEASE TAKE FURTHER NOTICE that, in connection with the distribution authorized

by the Order, the Trustee has established the record date of September 15, 2011 (the "Record

Date"), for the purpose of determining holders of allowed claims of record entitled to receive

distributions as provided in the Order; and

*[Remainder of Page Intentionally Left Blank]*

PLEASE TAKE FURTHER NOTICE that allowed claims that have been transferred

prior to the Record Date will only be deemed transferred for the purposes of distributions under

the Order if the twenty-one day notice and objection period, as established by the Order Granting

Trustee's Motion for an Order Establishing Procedures for the Assignment of Allowed Claims,

dated November 10, 2010 [Dkt. 3138], has expired prior to the Record Date.

Dated:  September 8, 2011
          New York, New York

> */s/ David J. Sheehan*
> David J. Sheehan
> Email: dsheehan@bakerlaw.com
> Seanna R. Brown
> Email: sbrown@bakerlaw.com
> Jacqlyn R. Rovine
> Email: jrovine@bakerlaw.com
> **Baker & Hostetler LLP**
> 45 Rockefeller Plaza
> New York, New York 10111
> Tel: (212) 589-4200
> Fax: (212) 589-4201
> *Attorneys for Irving H. Picard, Trustee*
> *for the Substantively Consolidated SIPA*
> *Liquidation of Bernard L. Madoff Investment*
> *Securities LLC and Bernard L. Madoff*