UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, )<br>)<br>Defendant. ) | No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re: )<br>)<br>BERNARD L. MADOFF, )<br>)<br>Debtor. ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                    )  ss:
COUNTY OF NEW YORK )

I, Laura Campbell declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. Employees of DRC, under my supervision served a true and accurate copy of the:

    (i) "Trustee's Motion for (I) A Report and Recommendation to the District Court For the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order", along with the Notice and relevant exhibits (Docket No. 4290); and the

(ii) "Affidavit of Edward J. Jacobs in Support of Trustee's Motion for (I) Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order" (Docket No. 4291); and the

(iii) "Notice of Adjournment of Hearing" (Docket No. 4316),

via First Class US Mail on September 7, 2011, upon the parties as set forth in Exhibit 1, attached hereto,
and on September 9, 2011, upon the parties as set forth in Exhibit 2, attached hereto.

4. Said documents were securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 9th day of September, 2011 New York, New York

By _____
Laura Campbell

Sworn before me this
9th day of September, 2011

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM EXP September 14, 2013

MADOFF 0006A

2

# EXHIBIT 1

Date : 9/8/2011 **Exhibit Pages** Page # : 1

| | |
|---|---|
| 7129<br>Paul Kunin<br>Hopkins MN 55305 | 7743<br>The Melvin N. Lock Trust<br>Boca Raton FL 33431 |

**Records Printed: 2**

**EXHIBIT 2**

| Date : 9/9/2011 | **Exhibit Pages** | Page # : 1 |

2439
David Newberger
Chicago IL 60610

**Records Printed: 1**