**SCHIFF HARDIN LLP**
666 Fifth Avenue, 17th Floor
New York, New York 10103
Telephone: (212) 753-5000
Facsimile: (212) 753-5044
Thomas P. Battistoni
tbattistoni@schiffhardin.com

*Attorneys for Claimants Barclaytrust
Channel Islands Limited, Lady Honor
Svejdar Will Trust, Fourth Earl of
Iveagh's Family Trust (2001), Rory
Guinness Family Settlement (2001)
and The PFNP Settlement*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

**PLEASE TAKE NOTICE** that Schiff Hardin LLP, counsel for Claimants (i) Barclaytrust Channel Islands Limited, (ii) Lady Honor Svejdar Will Trust, (iii) Fourth Earl of Iveagh's Family Trust (2001), (iv) Rory Guinness Family Settlement (2001) and (iv) The PFNP Settlement, has changed its address. Effective immediately, service of notices and other papers

in this action, if not made by electronic filing, should be made at the address in the signature block as follows.

Dated: New York, New York
September 12, 2011

                                              SCHIFF HARDIN LLP

By: ___/s/ Thomas P. Battistoni___
Thomas P. Battistoni
Schiff Hardin LLP
666 Fifth Avenue
17th Floor
New York, NY 10103
(212) 753-5000

*Attorneys for Claimants Barclaytrust Channel Islands Limited, Lady Honor Svejdar Will Trust, Fourth Earl of Iveagh's Family Trust (2001), Rory Guinness Family Settlement (2001) and The PFNP Settlement*

TO:    David J. Sheehan
        Regina L. Griffin
        Judith A. Selby
        Lourdes M. Slater
        BAKER & HOSTETLER LLP
        45 Rockefeller Plaza
        New York, NY 10111

        The Securities Investor Protection Corporation
        805 Fifteenth Street, NW
        Suite 800
        Washington, DC 20005

        Irving H. Picard, Esq.
        Trustee for Bernard L. Madoff Investment Securities LLC
        Claims Processing Center
        2101 Cedar Springs Road, Suite 1100
        Dallas, TX 75201

NY\51050890.1