UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS        )
                      )   ss:
COUNTY OF DALLAS      )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On September 12, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000173)

4. On September 12, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

   B. Notice of Transfer of Allowed Claim (Transfer Number T000174)

5. On September 12, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

   C. Notice of Transfer of Allowed Claim (Transfer Number T000175)

Executed on \_\_Sept. 12\_\_, 2011

_____
John S. Franks

Sworn to and subscribed before me this \_12th\_ day of \_September\_, 2011

(SEAL)                                                        Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 000173**

**9/12/2011**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| | X | | VonWin Capital Management, L.P. | 261 5th Avenue | 22nd Floor | New York | NY | 10016 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS 0000174**

9/12/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Dolos II LLC | c/o The Corporate Trust Company | 1209 Orange Street | | Wilmington | DE | 19801 |

# Exhibit C

SERVICE LIST C
TRANSFER NUMBERS 0000175

9/12/2011

| TRANSFEROR | TRANSFEREE | REDACTED FOR CONFIDENTIALITY REASONS | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |
| | X | | Dolos II LLC | c/o The Corporate Trust Company | 1209 Orange Street | | Wilmington | DE | 19801 |