IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| BERNARD L. MADOFF, | ) Case No. 08-01789-BRL |
| Debtor. | ) SIPA Liquidation |

## CERTIFICATE OF SERVICE

LOUIS P. BONILLA, being duly sworn, deposes and says:

1. I am over the age of eighteen years, I am employed by Schiff Hardin LLP, located at 666 Fifth Avenue, New York, NY, 10103 and I am not a party to the above entitled action.

2. On the 12th day of September, 2011, I caused a true and correct copy of the Notice of Change of Address to be served via first-class, postage prepaid and also *via* Electronic Filing to the following persons :

- David J. Sheehan
- Baker & Hostetler LLP
- 45 Rockefeller Plaza
- New York, N.Y. 10111
- 
- The Securities Investor Protection Corporation
- 805 Fifteenth Street, N.W.
- Suite 800
- Washington, D.C. 20005
- 
- Irving H. Picard, Esq.
- Trustee for Bernard L. Madoff Investment Securities LLC

- Claims Processing Center
- 2101 Cedar Springs Road, Suite 1100
- Dallas, Texas 75201

*Louis P. Bonilla*
_____
LOUIS P. BONILLA

Sworn to before me this
13th day of September, 2011

*[signature]*
_____
Notary Public

SYBRANDT DAVIS
Notary Public, State of New York
No. 01DA6089736
Qualified in Kings County
Commission Expires March 31, ~~2011~~ 2015