UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

ASM Capital L.P. (the "Claim Holder") hereby withdraws the objection (the "Objection", Docket No. 2139) to the Trustee's Notice of Determination of the Claim on the basis that it does not appear to be in the best interests of the Claim Holder. The Claim Holder received an assignment of all right, title and interest in customer claim (#100169) (the "Claim") from Winco Real Estate SVCS DBPP (the "Filing Claimant"), which filed the Objection, including, without limitation, the right to withdraw the Objection. The transfer of the Claim was evidenced by the Notice of Transfer of the Claim served on the Filing Claimant on November 24, 2010, pursuant to the Order Granting Trustee's Motion for an Order Establishing Procedures for the Assignment of Allowed Claims, dated November 10, 2010.

Dated: September 12, 2011

(Name)
(Address)
(Tel. No.)

Claimaint: ASM CAPITAL, L.P.
Name: Adam Moskowitz
Title: Managing Member

Tax ID: 11-352-6074
Phone: 516-224-6040

300176368

- 2 -