# Katten
### Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.6400 fax

JAY SHAPIRO
jay.shapiro@kattenlaw.com
212.940.8566 direct
212.894.5766 fax

April 1, 2009

**VIA OVERNIGHT COURIER**

**CONFIDENTIAL TREATMENT REQUESTED**

Lauren J. Resnick, Esq.
Baker Hostetler
45 Rockefeller Plaza, 11th Floor
New York, New York 10111

Re:    **Securities Investor Protection Corp. v.
       Bernard L. Madoff Investment Securities LLC, Adv. Pro. No. 08-01789-BRL**

Dear Ms. Resnick:

Your letter dated March 23, 2009, addressed to Groupement Financier Ltd. ("Groupement") care of SHR&M Financial Services Limited and Access International, enclosing a subpoena dated March 6, 2009 (the "Subpoena"), was forwarded to us. This Firm represents Access International Advisors LLC and Access International Advisors Inc. ("Access") and is in the process of producing documents pursuant to subpoenas issued by the U.S. Securities and Exchange Commission (the "SEC") and the U.S. Attorney's Office for the Southern District of New York (the "AUSA").

Groupement, which we also represent, does not agree that is it subject to process in the United States and notes that compliance with the Subpoena is voluntary. Notwithstanding the foregoing, reserving all of its rights and without prejudice to any position to be taken in the future, Access is authorized by Groupement to forward to you documents produced to the SEC and the AUSA for and on behalf of Access to the extent such documents solely relate to Groupement and are responsive to the Subpoena. These documents are attached to this letter on a CD-ROM and bear the control numbers ACC00000001-11616. As agreed, any future productions of documents will be sent to you on a rolling basis concurrent with our production to the SEC and the AUSA subject to the limitations set forth above.

The produced documents are further broken down and characterized as follows. These informal designations are provided for identification purposes only. Each document designation below also lists which numbered item in the Subpoena it is responsive to.

    Management Formula Memorandum ............................. ACC00000001-4, Item 14
    Portfolio Analysis ......................... ACC00000005-64; 132-159; 186-204, Item 14

NEW YORK    CHARLOTTE    CHICAGO    IRVING    LONDON    LOS ANGELES    PALO ALTO    WASHINGTON, DC    WWW.KATTENLAW.COM
LONDON AFFILIATE: KATTEN MUCHIN ROSENMAN CORNISH LLP
A limited liability partnership including professional corporations

**Katten**
KattenMuchinRosenman LLP

Lauren J. Resnick, Esq.
April 1, 2009
Page 2

| | |
|---|---|
| Comparative Performance Information | ACC00000065-131, Item 14 |
| Trade Cycle Analysis | ACC00000160-185, Item 14 |
| Investment Memoranda | ACC00000205-231, Item 2 |
| Investment Advisor Questionnaire | ACC00000232-249, Item 7 |
| Risk Analysis | ACC00000250-453, Item 14 |
| Investment Reports | ACC00000454-921, Item 14 |
| Performance Information | ACC00000922-1045; 1199-1764; 7326-7327; 7742-7748; 7831-7838, Item 14 |
| Financial Statements | ACC00001046-1198, Item 11 |
| Confirms and Portfolio Sheets | ACC00001765-7266; 7316, 7338-7741; 7749-7830; 7841-11616, Item 23, 27 |
| Information Requests, Customer Inquiries | ACC00007267-7277, Item 37 |
| Shareholder Registry Information | ACC00007278-7299, Item 28 |
| Subscription Documents | ACC00007300-7315; 7317-7325, Items 3, 5 |
| Account Opening Information | ACC00007328-7335, Item 16 |
| Correspondence | ACC00007336-7337, Item 17 |
| Wire Tracking Information | ACC00007839-7840, Item 22 |

While no protective order appears on the docket, we again note that you have requested voluntary compliance with the Subpoena and ask that you treat documents produced by Access, including any related correspondence (together, the "Production"), as confidential. Access requests that the Production not be disclosed to any third parties and further requests that your office limit its use of the Production to matters relating to the above-referenced proceeding. At the termination of the referenced proceeding, Access requests the return of the Production.

Please contact me if you have any questions.

Very truly yours,

Jay Shapiro

Encl.