# Katten
KattenMuchinRosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.6400 fax

**ROBERT W. GOTTLIEB**

robert.gottlieb@kattenlaw.com
212.940.7090 direct
**212.894.6505 FAX**

August 6, 2009

**VIA OVERNIGHT COURIER**

**CONFIDENTIAL TREATMENT REQUESTED**

Brian K. Esser, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza, 11th Floor
New York, New York 10111

Re:   Securities Investor Protection Corp. v.
      **Bernard L. Madoff Investment Securities LLC, Adv. Pro. No. 08-01789-BRL**

Dear Mr. Esser:

I enclose a hard drive containing a fourth production of documents responsive to the subpoena dated March 6, 2009 which named Groupement Financier Ltd. ("Groupement"). As indicated in our letter dated June 11, 2009, this production is also responsive to the subpoena directed to Access International Advisors LLC dated June 8, 2009 (the two subpoenas are referred to herein as the "Subpoenas"). This production of documents is made on behalf of Access International Advisors LLC and Access International Advisors ("Access") as described in our letter covering the first production of documents, dated April 1, 2009. Groupement continues to reserve all of its rights without prejudice to any position to be taken in the future.

In an effort to provide you with documents responsive to the Subpoenas, this production contains the electronic documents remaining in Access's possession, produced to you as they were maintained in the ordinary course of Access's business. As such, we have not delineated which documents in this production respond to the various categories of information requested in the Subpoena and, further, have not stamped the production with control numbers.

This production of documents is made subject to and incorporates by reference the Confidentiality Agreement between Irving H. Picard, Esq., Trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities, LLC and Access International Advisors LLC, dated June 12, 2009. In light of the manner by which the documents are being produced, the physical hard drive has been labeled "Confidential" and not the individual documents. All documents that are presently being produced are so designated.

**Katten**
Katten Muchin Rosenman LLP

Brian K. Esser, Esq.
August 6, 2009
Page 2

Please contact me if you have any questions.

Very truly yours,

*[signature]*

Encl.

cc:  Lauren J. Resnick, Esq. (without enclosure)