# Katten
Katten Muchin Rosenman LLP

**ROBERT W. GOTTLIEB**

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.6400 fax

robert.gottlieb@kattenlaw.com
212.940.7090 direct
212.940.6505 fax

June 15, 2010

**VIA ELECTRONIC MAIL**

Benjamin D. Pergament, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza, 11th Floor
New York, New York 10111

Re:   **Securities Investor Protection Corp. v.
Bernard L. Madoff Investment Securities LLC, Adv. Pro. No. 08-01789-BRL**

Dear Mr. Pergament:

In response to your letter dated June 3, 2010, objecting to the designation as confidential of documents produced in response to your subpoenas in the above-referenced matter, Access International Advisors Inc. and Access International Advisors LLC (together, "Access") will not object to the removal of the confidential designations from all documents produced to you.

Moreover, Access does not agree to the use of the documents in foreign proceedings or to their provision to any third parties outside the United States. Further, Access reserves its rights under any applicable international and foreign privacy laws and rules.

Very truly yours,

[signature]