## Schmidt, Brian A.

| | |
|---|---|
| **From:** | Truong, Sarah J. [struong@bakerlaw.com] |
| **Sent:** | Wednesday, September 14, 2011 11:47 AM |
| **To:** | Schmidt, Brian A. |
| **Cc:** | Gottlieb, Robert W. |
| **Subject:** | RE: Picard v. UBS AG et al., 11 Civ. 4212 |

Brian,

As we discussed on the phone on Monday, September 12, 2011, the Trustee does not agree to Access LLC's request to re-designate documents as confidential. By letter dated June 15, 2010, you voluntarily removed the confidential designations from all documents produced to the Trustee. We negotiated these issues with you over a year ago, and the Trustee at this time declines to re-visit these issues with you again.

Best regards,
Sarah

---

**From:** Schmidt, Brian A. [mailto:brian.schmidt@kattenlaw.com]
**Sent:** Friday, September 09, 2011 6:22 PM
**To:** Truong, Sarah J.
**Cc:** Gottlieb, Robert W.
**Subject:** Picard v. UBS AG et al., 11 Civ. 4212

Sarah:

Please see the attached letter.

**BRIAN A. SCHMIDT**
**Katten Muchin Rosenman LLP**
575 Madison Avenue / New York, NY 10022-2585
p / (212) 940-8579 f / (212) 894-5549
brian.schmidt@kattenlaw.com / www.kattenlaw.com

============================================================
CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue
Service, any tax advice contained herein is not intended or written to be used and cannot be used
by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.

```
==========================================================
NOTIFICATION:   Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
==========================================================
```

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.