# Katten
Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.8776 fax

**Jay Shapiro**
jay.shapiro@kattenlaw.com
212.940.8566 direct
212.894.5766 fax

March 8, 2011

<u>By E-mail and U.S. Mail</u>

Scott R. Weiser
45 Rockefeller Plaza
11th Floor
New York, New York  10111

Re: <u>Claudine de la Villehuchet</u>

Dear Mr. Weiser:

As you know, this firm represents Claudine de la Villhuchet in connection with the lawsuit filed by the Trustee. I understand that you left a voicemail message for Brian Schmidt of this firm in which you assert that the marking of documents voluntarily provided to your firm as Confidential-For Settlement Purposes is unacceptable in light of the existing protective order.

While I note that we have previously used, and your firm has accepted, this marking in connection with this very subject matter we feel no need to make an issue over this designation. Consequently, we agree with you that the documents we have provided in our recent production as well as all other documents that we previously provided for Mrs. de la Villehuchet fall under the ambit of the Protective Order. We reserve any objections to disclosure.

Please contact me if you have any further questions.

Very truly yours,

*[signature]*

Jay Shapiro