ROBERT J. KAPLAN
*Attorney for MUUS Independence Fund LP*
*and Michael W. Sonnenfeldt*
15 Maiden Lane
Suite 703
New York, NY 10038
(212) 964-0600
*lawkap@aol.com*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                                       Adv. Pro. No. 08-01789 (BRL)

                              Plaintiff-Applicant,                       SIPA LIQUIDATION
                                                      (Substantively Consolidated)
                              v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                              Defendant.
----------------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

                              Debtor.
----------------------------------------------------------------------x

## PROOF OF SERVICE

      Pursuant to 28 USC §1746, the undersigned, Robert J. Kaplan, declares as follows:

      I am over the age of 18 years.  I am not a party to this case or proceeding.  I reside in Brooklyn, New York.

      On September 15, 2011, I served the following papers (Docket No. 4356) on Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., Judith A. Selby, Esq., Lourdes M. Slater, Esq. and Regina L. Griffin, Esq., and Securities Investor Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, D.C. 20005, Attn: Kevin H. Bell, Esq., by transmitting to the e-mail addresses that the Court's ECF system reflects

- 1 -

for those attorneys a copy of the Notice of Electronic Filing that the Court's ECF system generated for those papers.

Docket No. 4356

**Objection to Motion -
OBJECTIONS OF MUUS INDEPENDENCE FUND LP AND
MICHAEL W. SONNENFELDT TO THE TRUSTEE'S PROPOSED
RECOMMENDATION REGARDING A SPECIAL MASTER
AND PROPOSED ORDERS REGARDING DATA ROOMS AND CONFIDENTIALITY**

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 16, 2011.

*s/ Robert J. Kaplan*
_____
Robert J. Kaplan