UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Trustee-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Trustee, <br><br> v. <br><br> NATIXIS, NATIXIS CORPORATE & INVESTMENT BANK (f/k/a IXIS CORPORATE & INVESTMENT BANK), NATIXIS FINANCIAL PRODUCTS, INC., BLOOM ASSET HOLDINGS FUND, and TENSYR LIMITED, <br><br> Defendants. | Adv. Pro. No.  10-05353 (BRL) |

## <u>CERTIFICATE OF SERVICE</u>

I, JOSEPH CIOFFI, hereby certify that, on September 16, 2011, I caused a true and

correct copy of Natixis S.A.'s (in its own capacity and as successor-in-interest to IXIS Corporate

& Investment Bank), Natixis Financial Products LLC's (as successor-in-interest to Natixis

Financial Products Inc.) and Bloom Asset Holdings Fund's Objection and Reservation of Rights

to the Trustee's Motion for (I) a Report and Recommendation to the District Court for the

Appointment of Special Discovery Masters; (II) an Order Establishing Procedures for Electronic

Data Rooms; and (III) an Order Modifying the June 6, 2011 Litigation Protective Order to be

served upon the following parties listed below via electronic mail:

David J. Sheehan (dsheehan@bakerlaw.com)
Regina L. Griffin (rgriffin@bakerlaw.com)
Judith A. Selby (jselby@bakerlaw.com)
Lourdes M. Slater (lslater@bakerlaw.com)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and Bernard L. Madoff*

Dated:  September 16, 2011

  /s/ Joseph Cioffi
        Joseph Cioffi