*MCV 6274*

JS 44C/SDNY
REV. 5/2010

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Milton Fine Revocable Trust<br>Milton Fine 1997 Charitable Remainder Unitrust | Irving H. Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| Cadwalader, Wickersham & Taft LLP<br>One World Financial Center, NY NY 10281 (212) 504-6000 | Attorneys for Trustee: Baker Hostetler LLP<br>45 Rockefeller Plaza, NY NY 10111 (212) 589-4200 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. § 158: appeal from decision and order of U.S. Bankruptcy Court

Has this or a similar case been previously filed in SDNY at any time? No☐ Yes☐    Judge Previously Assigned

If yes, was this case Vol.☐ Invol. ☐ Dismissed. No ☐ Yes ☐ If yes, give date _____ & Case No. _____

*(PLACE AN [x] IN ONE BOX ONLY)*    NATURE OF SUIT

ACTIONS UNDER STATUTES

| CONTRACT | TORTS<br>PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 362 PERSONAL INJURY -<br>MED MALPRACTICE | [ ] 610 AGRICULTURE<br>[ ] 620 OTHER FOOD &<br>DRUG | [X] 422 APPEAL<br>28 USC 158 | [ ] 400 STATE<br>REAPPORTIONMENT |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT<br>LIABILITY | [ ] 365 PERSONAL INJURY<br>PRODUCT LIABILITY | [ ] 625 DRUG RELATED<br>SEIZURE OF | [ ] 423 WITHDRAWAL<br>28 USC 157 | [ ] 410 ANTITRUST<br>[ ] 430 BANKS & BANKING |
| [ ] 130 MILLER ACT | [ ] 320 ASSAULT, LIBEL &<br>SLANDER | [ ] 368 ASBESTOS PERSONAL | PROPERTY<br>21 USC 881 | | [ ] 450 COMMERCE |
| [ ] 140 NEGOTIABLE<br>INSTRUMENT | [ ] 330 FEDERAL<br>EMPLOYERS' | INJURY PRODUCT<br>LIABILITY | [ ] 630 LIQUOR LAWS | PROPERTY RIGHTS | [ ] 460 DEPORTATION<br>[ ] 470 RACKETEER INFLU- |
| [ ] 150 RECOVERY OF<br>OVERPAYMENT &<br>ENFORCEMENT OF<br>JUDGMENT | LIABILITY<br>[ ] 340 MARINE<br>[ ] 345 MARINE PRODUCT<br>LIABILITY | PERSONAL PROPERTY | [ ] 640 RR & TRUCK<br>[ ] 650 AIRLINE REGS<br>[ ] 660 OCCUPATIONAL<br>SAFETY/HEALTH | [ ] 820 COPYRIGHTS<br>[ ] 830 PATENT<br>[ ] 840 TRADEMARK | ENCED & CORRUPT<br>ORGANIZATION ACT<br>(RICO)<br>[ ] 480 CONSUMER CREDIT |
| [ ] 151 MEDICARE ACT<br>[ ] 152 RECOVERY OF<br>DEFAULTED<br>STUDENT LOANS<br>(EXCL VETERANS) | [ ] 350 MOTOR VEHICLE<br>[ ] 355 MOTOR VEHICLE<br>PRODUCT LIABILITY<br>[ ] 360 OTHER PERSONAL | [ ] 370 OTHER FRAUD<br>[ ] 371 TRUTH IN LENDING<br>[ ] 380 OTHER PERSONAL<br>PROPERTY DAMAGE | [ ] 690 OTHER | SOCIAL SECURITY | [ ] 490 CABLE/SATELLITE TV<br>[ ] 810 SELECTIVE SERVICE<br>[ ] 850 SECURITIES/<br>COMMODITIES/ |
| [ ] 153 RECOVERY OF<br>OVERPAYMENT OF<br>VETERAN'S BENEFITS | INJURY | [ ] 385 PROPERTY DAMAGE<br>PRODUCT LIABILITY | LABOR<br>[ ] 710 FAIR LABOR<br>STANDARDS ACT | [ ] 861 HIA (1395ff)<br>[ ] 862 BLACK LUNG (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID TITLE XVI | EXCHANGE<br>[ ] 875 CUSTOMER<br>CHALLENGE<br>12 USC 3410 |
| [ ] 160 STOCKHOLDERS SUITS<br>[ ] 190 OTHER CONTRACT<br>[ ] 195 CONTRACT PRODUCT<br>LIABILITY | | | [ ] 720 LABOR/MGMT<br>RELATIONS<br>[ ] 730 LABOR/MGMT<br>REPORTING & | [ ] 865 RSI (405(g)) | [ ] 890 OTHER STATUTORY<br>ACTIONS<br>[ ] 891 AGRICULTURAL ACTS<br>[ ] 892 ECONOMIC |
| [ ] 196 FRANCHISE | | | DISCLOSURE ACT<br>[ ] 740 RAILWAY LABOR ACT<br>[ ] 790 OTHER LABOR<br>LITIGATION | FEDERAL TAX SUITS<br>[ ] 870 TAXES (U.S. Plaintiff or<br>Defendant) | STABILIZATION ACT<br>[ ] 893 ENVIRONMENTAL<br>MATTERS<br>[ ] 894 ENERGY |
| | ACTIONS UNDER STATUTES | | [ ] 791 EMPL RET INC<br>SECURITY ACT | [ ] 871 IRS-THIRD PARTY<br>26 USC 7609 | ALLOCATION ACT<br>[ ] 895 FREEDOM OF<br>INFORMATION ACT |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | | [ ] 900 APPEAL OF FEE |
| [ ] 210 LAND CONDEMNATION<br>[ ] 220 FORECLOSURE | [ ] 441 VOTING<br>[ ] 442 EMPLOYMENT | [ ] 510 MOTIONS TO<br>VACATE SENTENCE | IMMIGRATION | | DETERMINATION<br>UNDER EQUAL ACCESS |
| [ ] 230 RENT LEASE &<br>EJECTMENT | [ ] 443 HOUSING/<br>ACCOMMODATIONS | 20 USC 2255<br>[ ] 530 HABEAS CORPUS | [ ] 462 NATURALIZATION<br>APPLICATION | | TO JUSTICE<br>[ ] 950 CONSTITUTIONALITY |
| [ ] 240 TORTS TO LAND<br>[ ] 245 TORT PRODUCT<br>LIABILITY | [ ] 444 WELFARE<br>[ ] 445 AMERICANS WITH<br>DISABILITIES - | [ ] 535 DEATH PENALTY<br>[ ] 540 MANDAMUS & OTHER<br>[ ] 550 CIVIL RIGHTS | [ ] 463 HABEAS CORPUS-<br>ALIEN DETAINEE<br>[ ] 465 OTHER IMMIGRATION | | OF STATE STATUTES |
| [ ] 290 ALL OTHER<br>REAL PROPERTY | EMPLOYMENT<br>[ ] 446 AMERICANS WITH<br>DISABILITIES -OTHER<br>[ ] 440 OTHER CIVIL RIGHTS | [ ] 555 PRISON CONDITION | ACTIONS | | |

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $_____    OTHER_____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☐ NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE Denise L. Cote    DOCKET NUMBER 11-cv-05683

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

*(PLACE AN  x  IN ONE BOX ONLY)*                                   **ORIGIN**

☑ 1 Original          ☐ 2a. Removed from      ☐ 3 Remanded from      ☐ 4 Reinstated or      ☐ 5 Transferred from      ☐ 6 Multidistrict      ☐ 7 Appeal to District
   Proceeding             State Court                 Appellate Court           Reopened               (Specify District)        Litigation                 Judge from
                     ☐ 2b. Removed from                                                                                                              Magistrate Judge
                             State Court AND                                                                                                          Judgment
                             at least one
                             party is pro se.

*(PLACE AN  x  IN ONE BOX ONLY)*              **BASIS OF JURISDICTION**              *IF DIVERSITY, INDICATE*
☐ 1 U.S. PLAINTIFF    ☐ 2 U.S. DEFENDANT    ☑ 3 FEDERAL QUESTION    ☐ 4 DIVERSITY    *CITIZENSHIP BELOW.*
                                                 (U.S. NOT A PARTY)                            *(28 USC 1322, 1441)*

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF DEF |  | PTF DEF |  | PTF DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1  [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3  [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5  [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2  [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4  [ ] 4 | FOREIGN NATION | [ ] 6  [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Appellants: Milton Fine Revocable Trust and Milton Fine 1997 Charitable Remainder Unitrust
Cadwalader, Wickersham & Taft LLP
c/o Martin Seidel, Esq.,
One World Financial Center
New York, NY 10281

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Appellee: Irving H. Picard, as Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC
Baker& Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111 (NY County)

DEFENDANT(S) ADDRESS UNKNOWN
    REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE
RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    ☐ WHITE PLAINS    ☑ MANHATTAN
              (DO NOT check either box if this a PRISONER PETITION.)

DATE 09/6/11        SIGNATURE OF ATTORNEY OF RECORD              ADMITTED TO PRACTICE IN THIS DISTRICT
                                                                 [ ] NO
RECEIPT #    *Martin L Seidel /jsr*                              ☒ YES (DATE ADMITTED Mo. 4   Yr. 91  )
                                                                 Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)