CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2524
(212) 223-4000
Michael V. Blumenthal, Esq.

*Attorneys for defendants David L. Kugel, Phyllis Kugel,
David L. Kugel Partnership, David Kugel Partnership II,
The Phyllis Kugel Revocable Living Trust, The David L. Kugel Revocable Living Trust,
Cynthia Kugel, C.K.$_1$, C.K.$_2$*

AGULNICK & GOGEL LLC
305 Broadway
New York, New York 10007
(212) 233-9500
William Gogel, Esq.

*Attorneys for defendants Craig Kugel and Heather Kugel*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>-v-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | **CASE NO. 11-CV-4227 (JSR)**<br><br>Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee of the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>-v-<br><br>DAVID L. KUGEL, individually, as partner of the David L. Kugel Partnership, as partner of the David Kugel Partnership II, as trustee of the Phyllis Kugel Revocable Living Trust, and as trustee of the David | Adv. Pro. No. 10-04217 (BRL) |

Kugel Trust,

PHYLLIS KUGEL, individually, as partner of the David L. Kugel Partnership, as partner of the David Kugel Partnership II, as trustee of the Phyllis Kugel Revocable Living Trust, and as trustee of the David Kugel Trust,

DAVID L. KUGEL PARTNERSHIP,

DAVID KUGEL PARTNERSHIP II,

CRAIG KUGEL, individually, as partner of the David L. Kugel Partnership, as partner of the David Kugel Partnership II, as trustee of the Phyllis Kugel Revocable Living Trust, and as trustee of the David Kugel Trust,

HEATHER KUGEL,

NTC & CO. LLP, as former custodian of an Individual Retirement Account for the benefit of David L. Kugel,

DELTA FUND I, L.P.,

DELTA VENTURES (CAYMAN), LTD.,

THE DAVID AND PHYLLIS KUGEL IRREVOCABLE TRUST,

THE PHYLLIS KUGEL REVOCABLE LIVING TRUST,

THE DAVID KUGEL TRUST,

CYNTHIA KUGEL,

▮▮▮▮ [C.K.$_1$], and

▮▮▮▮ [C.K.$_2$],

       Defendants.

**STIPULATION OF WITHDRAWAL OF MOTION TO WITHDRAW THE REFERENCE FILED BY DEFENDANTS DAVID L. KUGEL, PHYLLIS KUGEL, DAVID L. KUGEL PARTNERSHIP, DAVID KUGEL PARTNERSHIP II, CRAIG KUGEL, HEATHER KUGEL, THE PHYLLIS KUGEL REVOCABLE LIVING TRUST, THE DAVID L. KUGEL REVOCABLE LIVING TRUST, CYNTHIA KUGEL, C.K.$_1$ AND C.K.$_2$**

WHEREAS, the Moving Defendants[1] having commenced the instant proceeding before this Court on June 21, 2011 by the filing of a motion to withdraw the reference pursuant to 28 U.S.C. § 157 (the "Motion"), and

WHEREAS, no answer or other responsive pleading having been filed to the Motion; now, therefore

IT IS HEREBY STIPULATED pursuant to Rule 41 of the Federal Rules of Civil Procedure that the Moving Defendants hereby withdraw the Motion and dismiss the above-captioned proceeding before this Court.

| | |
|---|---|
| Dated: September 9, 2011<br>New York, New York | Respectfully submitted,<br><br>Crowell & Moring LLP<br>*Attorneys for defendants David L. Kugel,*<br>*Phyllis Kugel, David L. Kugel Partnership,*<br>*David Kugel Partnership II,*<br>*The Phyllis Kugel Revocable Living Trust, The*<br>*David L. Kugel Revocable Living Trust,*<br>*Cynthia Kugel, C.K.$_1$, C.K.$_2$*<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2524<br>(212) 223-4000<br><br>By /s/ Michael V. Blumenthal<br>    Michael V. Blumenthal |

---

[1] The Moving Defendants are David L. Kugel, Phyllis Kugel, David L. Kugel Partnership, David Kugel Partnership II, Craig Kugel, Heather Kugel, The Phyllis Kugel Revocable Living Trust, The David L. Kugel Revocable Living Trust, Cynthia Kugel, C.K.$_1$ and C.K.$_2$

1

Agulnick & Gogel LLC
*Attorneys for defendants Craig Kugel
and Heather Kugel*
305 Broadway
New York, New York 10007
(212) 233-9500


By: ___/s/ William Gogel___
       William Gogel


Baker & Hostetler LLP
*Attorneys for Irving H. Picard, Trustee
of the Liquidation of Bernard L. Madoff
Investment Securites LLC*
45 Rockefeller Plaza
New York, New York  10111
(212) 589-4201


By: ___/s/ Nicholas J. Cremona___
       Nicholas J. Cremona

NYACTIVE-12177642.2

**SO ORDERED:**

_____
U.S.D.J.

9-13-11