UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS           )
                         )  ss:
COUNTY OF DALLAS         )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On September 20, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000171)

Executed on   Sep. 20 , 2011

_____
John S. Franks

Sworn to and subscribed before me this 20ᵉ day of September, 2011

(SEAL)                                    Notary Public

[Notary seal: BOBBIE J. PHILLIPS, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 1-5-2014]

2

Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 4800171**

9/20/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |