EXHIBIT B

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY TRUSTEE FOR SEVENTH INTERIM
PERIOD OF FEBRUARY 1, 2011 THROUGH MAY 31, 2011

| Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|
| 01 | Case Administration | 102.20 | 86,870.00 |
| 02 | Claims Review and Related Matters | 115.30 | 98,005.00 |
| 03 | Trustee Investigation | 30.50 | 25,925.00 |
| 04 | Banks and Feeder Funds | 9.00 | 7,650.00 |
| 05 | Trustee Report | 7.20 | 6,120.00 |
| 06 | Asset Search, Recovery and Sale | 27.20 | 23,120.00 |
| 07 | Avoidance Actions | 84.90 | 72,165.00 |
| 08 | Bankruptcy Court Litigation and Related Matters | 230.80 | 196,180.00 |
| 09 | Non-Bankruptcy Court Litigation | 32.80 | 27,880.00 |
| 11 | Internal Office Meetings with Staff | 1.50 | 1,275.00 |
| 13 | USAO | 8.90 | 7,565.00 |
| 14 | SEC/FINRA | 4.40 | 3,740.00 |
| 16 | Fee Application and Related Matters | 26.70 | 22,695.00 |
| 17 | Press Inquiries and Responses | 101.20 | 86,020.00 |
| 18 | Luxembourg Litigation | 0.80 | 680.00 |
| | **Less 10% Public Interest Discount** | | (66,589.00) |
| | **Grand Total** | 783.40 | 599,301.00 |

**Current Application**

| | |
|---|---|
| Interim Compensation Requested | $ 599,301.00 |
| Interim Compensation Paid | (539,370.90) |
| Interim Compensation Deferred | $ 59,930.10 |

**Prior Applications**

| | |
|---|---|
| Interim Compensation Requested | $ 4,266,085.50 |
| Interim Compensation Paid | (3,839,476.95) |
| Interim Compensation Deferred | $ 426,608.55 |