<u>EXHIBIT C</u>

<u>EXPENSE SUMMARY BY TRUSTEE FOR SEVENTH
INTERIM PERIOD OF FEBRUARY 1, 2011 THROUGH MAY 31, 2011</u>

| Code Description | Amount |
|---|---:|
| Telephone (E105) | $ 38.80 |
| Out-of-Town Travel (E110) | $ 441.00 |
| Grand Total | $ 479.80 |

**Prior Applications**

Reimbursement of Expenses Requested and Rewarded    $  2,069.45