EXHIBIT D
SUMMARY OF SEVENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM FEBRUARY 1, 2011 THROUGH MAY 31, 2011

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein, Eugene | 1965 | 460.00 | 104.20 | 47,932.00 |
| | Toomajian, William M | 1968 | 695.00 | 0.80 | 556.00 |
| | Sheehan, David J. | 1968 | 850.00 | 970.40 | 824,840.00 |
| | Colombo, Louis A | 1973 | 575.00 | 223.60 | 128,570.00 |
| | Matthias, Michael R | 1973 | 610.00 | 314.80 | 192,028.00 |
| | Moscow, John W | 1973 | 760.00 | 301.10 | 228,836.00 |
| | Hutchinson, Jr, Joseph F | 1974 | 650.00 | 0.80 | 520.00 |
| | Eyre, Paul P | 1975 | 710.00 | 26.70 | 18,957.00 |
| | Bash, Brian A | 1975 | 660.00 | 294.90 | 194,634.00 |
| | Long, Thomas L | 1976 | 675.00 | 785.10 | 529,942.50 |
| | Markowitz, Laurence S | 1977 | 695.00 | 4.00 | 2,780.00 |
| | Kuntz, William F | 1978 | 630.00 | 3.50 | 2,205.00 |
| | Gibson, Wendy J | 1979 | 475.00 | 17.20 | 8,170.00 |
| | Johnson, Pamela Gale | 1980 | 580.00 | 16.90 | 9,802.00 |
| | Gallagher, Thomas S. | 1980 | 610.00 | 0.20 | 122.00 |
| | McDonald, Tom | 1981 | 710.00 | 27.20 | 19,312.00 |
| | Powers, Marc D | 1981 | 750.00 | 320.70 | 240,525.00 |
| | Chockley III, Frederick W | 1982 | 690.00 | 383.90 | 264,891.00 |
| | Bittence, Mary M | 1982 | 470.00 | 331.90 | 155,993.00 |
| | Ponto, Geraldine E. | 1982 | 780.00 | 870.90 | 679,302.00 |
| | Drogen, Andrew M | 1983 | 580.00 | 7.40 | 4,292.00 |
| | Hannon, John P | 1983 | 660.00 | 450.00 | 297,000.00 |
| | Lucchesi, Thomas R | 1984 | 595.00 | 3.50 | 2,082.50 |
| | McGowan Jr, John J | 1984 | 540.00 | 90.20 | 48,708.00 |
| | Nieto, Pamela D. | 1984 | 400.00 | 73.50 | 29,400.00 |
| | Robertson, Kevin G | 1984 | 590.00 | 0.90 | 531.00 |
| | Smith, Elizabeth A | 1985 | 760.00 | 204.40 | 155,344.00 |
| | Quiat, Laurin D | 1985 | 530.00 | 60.90 | 32,277.00 |
| | Lazear, Sherri B | 1985 | 495.00 | 3.90 | 1,930.50 |
| | McDonald, Heather J | 1986 | 535.00 | 530.30 | 283,710.50 |
| | Kane, William K. | 1986 | 625.00 | 9.00 | 5,625.00 |
| | Tobin, Donna A. | 1987 | 635.00 | 314.00 | 199,390.00 |
| | Reich, Andrew W | 1987 | 540.00 | 479.30 | 258,822.00 |
| | Siegal, John | 1987 | 735.00 | 173.20 | 127,302.00 |
| | Ferguson, Gerald J | 1988 | 685.00 | 1.40 | 959.00 |
| | Burke, John J | 1988 | 620.00 | 436.20 | 270,444.00 |
| | Carney, John J | 1990 | 850.00 | 1.00 | 850.00 |
| | DeLancey, Leah E | 1990 | 575.00 | 0.90 | 517.50 |
| | Douthett, Breaden M | 1991 | 360.00 | 161.40 | 58,104.00 |
| | Hanselman, Suzanne K | 1991 | 490.00 | 3.90 | 1,911.00 |
| | Goldberg, Steven H | 1991 | 845.00 | 393.50 | 332,507.50 |
| | Resnick, Lauren J | 1991 | 850.00 | 416.40 | 353,940.00 |
| | Hunt, Dean D | 1991 | 560.00 | 301.40 | 168,784.00 |
| | Warren, Thomas D | 1992 | 625.00 | 434.20 | 271,375.00 |
| | Hirschfield, Marc E. | 1992 | 800.00 | 635.90 | 508,720.00 |
| | Selby, Judy A. | 1992 | 725.00 | 754.20 | 546,795.00 |
| | Lehrer, Richard M. | 1993 | 645.00 | 225.00 | 145,125.00 |
| | Barr, Jonathan R. | 1993 | 725.00 | 9.60 | 6,960.00 |
| | Kornfeld, Mark A. | 1993 | 775.00 | 902.50 | 699,437.50 |
| | Griffin, Regina L. | 1993 | 785.00 | 302.30 | 237,305.50 |
| | Slater, Lourdes M. | 1993 | 700.00 | 682.50 | 477,750.00 |
| | Renner, Deborah H. | 1993 | 775.00 | 858.00 | 664,950.00 |
| | Jacobs, Tonya A | 1994 | 495.00 | 472.60 | 233,937.00 |
| | Dolatly, George C. | 1994 | 705.00 | 353.80 | 249,429.00 |
| | Scaletta, Anthony J | 1995 | 410.00 | 173.00 | 70,930.00 |
| | Culbertson, William J | 1995 | 390.00 | 161.50 | 62,985.00 |
| | Procell, Karen W. | 1995 | 410.00 | 313.70 | 128,617.00 |
| | Fuller, Lars H. | 1995 | 360.00 | 45.30 | 16,308.00 |
| | Brennan, Terry M | 1995 | 430.00 | 189.30 | 81,399.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Cole, Tracy L | 1996 | 660.00 | 567.00 | 374,220.00 |
| | Munn, Demetri E | 1996 | 420.00 | 130.40 | 54,768.00 |
| | Julian, Matthew Porter | 1997 | 390.00 | 4.70 | 1,833.00 |
| | Scully, Elizabeth A | 1997 | 550.00 | 294.70 | 162,085.00 |
| | Murphy, Keith R. | 1997 | 785.00 | 833.60 | 654,376.00 |
| | Enockson, Paul S | 1997 | 430.00 | 213.50 | 91,805.00 |
| | New, Jonathan B. | 1998 | 785.00 | 305.70 | 239,974.50 |
| | Perdion, Jason P | 1998 | 375.00 | 220.00 | 82,500.00 |
| | Rollinson, James H | 1998 | 380.00 | 444.20 | 168,796.00 |
| | Wang, Ona T | 1998 | 660.00 | 186.60 | 123,156.00 |
| | Rose, Jorian L. | 1998 | 710.00 | 23.70 | 16,827.00 |
| | Warshavsky, Oren J. | 1998 | 725.00 | 988.10 | 716,372.50 |
| | Wall, Brett A | 1998 | 410.00 | 397.90 | 163,139.00 |
| | Pergament, Benjamin D | 1999 | 560.00 | 435.50 | 243,880.00 |
| | Fischbach, Ryan D | 1999 | 430.00 | 89.60 | 38,528.00 |
| | Farley, Ryan P. | 1999 | 675.00 | 40.30 | 27,202.50 |
| | Pector, Michelle D | 2000 | 450.00 | 12.60 | 5,670.00 |
| | Schlegelmilch, Stephan J | 2000 | 360.00 | 29.80 | 10,728.00 |
| | Ware, Nathan F | 2000 | 375.00 | 44.00 | 16,500.00 |
| | Bohorquez Jr, Fernando A | 2000 | 615.00 | 872.50 | 536,587.50 |
| | Cremona, Nicholas J. | 2000 | 710.00 | 104.80 | 74,408.00 |
| | Oppenheim, Adam B. | 2001 | 650.00 | 533.00 | 346,450.00 |
| | Fokas, Jimmy | 2001 | 675.00 | 222.60 | 150,255.00 |
| | Zeballos, Gonzalo S. | 2001 | 700.00 | 578.90 | 405,230.00 |
| | Wall, Andrea C | 2001 | 355.00 | 330.00 | 117,150.00 |
| | Snarr, Michael S | 2001 | 495.00 | 80.40 | 39,798.00 |
| | Burgan, Kelly S | 2001 | 415.00 | 27.60 | 11,454.00 |
| | Pfeifer, Timothy S. | 2001 | 650.00 | 902.30 | 586,495.00 |
| | Skapof, Marc | 2001 | 650.00 | 699.40 | 454,610.00 |
| | Alaverdi, Loura L | 2001 | 450.00 | 56.60 | 25,470.00 |
| | Weiser, Scott R. | 2001 | 565.00 | 421.20 | 237,978.00 |
| | Fanter, G Karl | 2002 | 325.00 | 0.30 | 97.50 |
| | Wearsch, Thomas M | 2002 | 495.00 | 575.50 | 284,872.50 |
| | Allan, Natanya H | 2002 | 495.00 | 5.00 | 2,475.00 |
| | DeMinico, Michael P | 2003 | 310.00 | 210.20 | 65,162.00 |
| | Jenson, Karin Scholz | 2003 | 380.00 | 350.20 | 133,076.00 |
| | Wilde, Michael C | 2003 | 310.00 | 294.20 | 91,202.00 |
| | Weber, William J | 2005 | 515.00 | 10.90 | 5,613.50 |
| | Conley, Sylvia J | 2006 | 530.00 | 546.30 | 289,539.00 |
| Partners and of Counsel Total | | | 697.75 | 27,955.00 | 17,736,039.50 |
| Associates | Meisels, Naomi P. | 1984 | 525.00 | 49.10 | 25,777.50 |
| | Bieler, Philip | 1994 | 425.00 | 690.80 | 293,590.00 |
| | Sarlson, Katherine G | 1994 | 217.50 | 778.80 | 169,254.00 |
| | Papp, Edward Daniel | 1997 | 310.00 | 87.20 | 27,032.00 |
| | Fish, Eric R. | 1998 | 560.00 | 635.50 | 355,880.00 |
| | Feigi, Diane L | 1998 | 250.00 | 13.30 | 3,325.00 |
| | Kates, Elyssa S. | 2000 | 525.00 | 360.70 | 189,367.50 |
| | Bell, Stacey A. | 2001 | 575.00 | 249.60 | 143,520.00 |
| | Shivnarain, Dwayne A. | 2001 | 500.00 | 605.20 | 302,600.00 |
| | Esser, Brian K | 2001 | 585.00 | 439.60 | 257,166.00 |
| | Beckerlegge, Robertson D | 2001 | 515.00 | 702.00 | 361,530.00 |
| | North, Geoffrey A. | 2002 | 530.00 | 792.90 | 420,237.00 |
| | Garg, Anjula | 2002 | 530.00 | 53.80 | 28,514.00 |
| | Jacobs, Edward J. | 2003 | 530.00 | 371.50 | 196,895.00 |
| | Cheema, Bik | 2003 | 485.00 | 661.60 | 320,876.00 |
| | Oliver, Jason S. | 2003 | 500.00 | 167.60 | 83,800.00 |
| | Malek, Sammi | 2003 | 530.00 | 386.60 | 204,898.00 |
| | Wlodek, Heather | 2003 | 440.00 | 635.90 | 279,796.00 |
| | Hochmuth, Farrell A | 2003 | 415.00 | 177.30 | 73,579.50 |
| | Cohen, Dennis O | 2004 | 500.00 | 27.60 | 13,800.00 |
| | Kitchen, David E | 2004 | 340.00 | 433.10 | 147,254.00 |
| | Gall, Michael K. | 2004 | 295.00 | 0.90 | 265.50 |
| | Karttunen, Timo | 2004 | 465.00 | 478.60 | 222,549.00 |
| | Powell, Michael L | 2004 | 425.00 | 182.90 | 77,732.50 |
| | Gabriel, Jessie M | 2004 | 325.00 | 702.60 | 228,345.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Campbell, Deanna M | 2004 | 295.00 | 1.30 | 383.50 |
| | Kolm, Julie A. | 2004 | 440.00 | 240.00 | 105,600.00 |
| | Glasser, Michael P. | 2004 | 440.00 | 396.20 | 174,328.00 |
| | Obhof, Larry J. | 2004 | 310.00 | 106.80 | 33,108.00 |
| | Smith, Adam J | 2004 | 450.00 | 576.70 | 259,515.00 |
| | Kitaev, Erica G. | 2004 | 325.00 | 361.10 | 117,357.50 |
| | Smith, Rachel M | 2004 | 375.00 | 92.90 | 34,837.50 |
| | Leeper, Kurt A | 2005 | 285.00 | 233.00 | 66,405.00 |
| | Madbak, Hanna F. | 2005 | 490.00 | 459.60 | 225,204.00 |
| | White, Nicholas L | 2005 | 285.00 | 314.60 | 89,661.00 |
| | Allen, Brian F. | 2005 | 430.00 | 657.10 | 282,553.00 |
| | Thorpe, Courtni E | 2005 | 285.00 | 93.90 | 26,761.50 |
| | Canerday, Michelle R | 2005 | 325.00 | 26.00 | 8,450.00 |
| | Benavides, Michelle | 2005 | 375.00 | 38.50 | 14,437.50 |
| | Proano, David F | 2005 | 295.00 | 52.10 | 15,369.50 |
| | Hartman, Ruth E | 2005 | 295.00 | 270.30 | 79,738.50 |
| | Raley, Matthew R | 2005 | 375.00 | 13.30 | 4,987.50 |
| | Estreich, Jonathan D. | 2005 | 425.00 | 93.30 | 39,652.50 |
| | Rodriguez, Alberto | 2005 | 450.00 | 218.90 | 98,505.00 |
| | Bodenheimer, Henry C. | 2005 | 445.00 | 703.30 | 312,968.50 |
| | Chow, Teresa C. | 2005 | 370.00 | 134.80 | 49,876.00 |
| | Benda, Jennifer E | 2005 | 350.00 | 0.50 | 175.00 |
| | Stump, Jacob R. | 2005 | 290.00 | 186.10 | 53,969.00 |
| | Nevin, Douglas M | 2006 | 445.00 | 103.10 | 45,879.50 |
| | Lange, Gretchen L | 2006 | 275.00 | 139.50 | 38,362.50 |
| | Heim, Kathryn M. | 2006 | 445.00 | 478.90 | 213,110.50 |
| | Shoshany, Lindsey A. | 2006 | 415.00 | 645.90 | 268,048.50 |
| | Olson, Stephen T | 2006 | 375.00 | 65.30 | 24,487.50 |
| | Yates, Shana M. | 2006 | 285.00 | 9.50 | 2,707.50 |
| | Feil, Matthew D. | 2006 | 465.00 | 876.90 | 407,758.50 |
| | Hatcher, Mark | 2006 | 260.00 | 66.50 | 17,290.00 |
| | Carlisle, Marie L. | 2006 | 350.00 | 279.20 | 97,720.00 |
| | DeGaetano, Melissa A | 2006 | 275.00 | 84.10 | 23,127.50 |
| | Kosack, Melissa L. | 2006 | 450.00 | 775.30 | 348,885.00 |
| | Tobin, Sarah M | 2006 | 350.00 | 123.50 | 43,225.00 |
| | Petrelli III, John W | 2006 | 350.00 | 74.80 | 26,180.00 |
| | Vanderwal, Amy E. | 2006 | 490.00 | 515.20 | 252,448.00 |
| | Leveque, Christopher P. | 2007 | 315.00 | 0.50 | 157.50 |
| | Ritz, Kenneth A. | 2007 | 415.00 | 589.30 | 244,559.50 |
| | Goldmark, Jena B. | 2007 | 415.00 | 664.60 | 275,809.00 |
| | Nann, Alissa M. | 2007 | 475.00 | 236.70 | 112,432.50 |
| | Roesch, Matthew C | 2007 | 250.00 | 374.70 | 93,675.00 |
| | Bobb, Matthew I. | 2007 | 415.00 | 649.30 | 269,459.50 |
| | Serrano, Marco G. | 2007 | 490.00 | 303.70 | 148,813.00 |
| | Jacobson, Michael B | 2007 | 400.00 | 238.50 | 95,400.00 |
| | Barker Brown, Erin R | 2007 | 250.00 | 288.50 | 72,125.00 |
| | Casey IV, James P. | 2007 | 325.00 | 1.00 | 325.00 |
| | Figura, James D. | 2007 | 315.00 | 114.40 | 36,036.00 |
| | Klidonas, George | 2007 | 355.00 | 644.90 | 228,939.50 |
| | Lawrence, Kelvin M | 2007 | 250.00 | 353.20 | 88,300.00 |
| | McGibbon, Joanna S. | 2007 | 415.00 | 622.70 | 258,420.50 |
| | Lee, Joon | 2007 | 415.00 | 118.80 | 49,302.00 |
| | Howard, Emily A. | 2007 | 415.00 | 466.30 | 193,514.50 |
| | Biegelman, Daniel R. | 2007 | 415.00 | 475.80 | 197,457.00 |
| | Brown, Seanna R. | 2007 | 500.00 | 865.30 | 432,650.00 |
| | Liburd, Essence | 2007 | 425.00 | 325.60 | 138,380.00 |
| | Nelson, Maritza S | 2007 | 250.00 | 274.90 | 68,725.00 |
| | Lugo, Alissa | 2007 | 265.00 | 25.10 | 6,651.50 |
| | Calvani, Torello H. | 2007 | 500.00 | 698.90 | 349,450.00 |
| | Walrath, Jennifer M | 2007 | 420.00 | 128.20 | 53,844.00 |
| | Karp, Brian S. | 2007 | 445.00 | 218.30 | 97,143.50 |
| | Garvin, Naima J. | 2007 | 500.00 | 162.00 | 81,000.00 |
| | Moody, Matthew J. | 2008 | 415.00 | 720.40 | 298,966.00 |
| | Ramos-Mrosovsky, Carlos | 2008 | 400.00 | 266.50 | 106,600.00 |
| | Zunno, Kathryn M. | 2008 | 500.00 | 728.30 | 364,150.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Woltering, Catherine E. | 2008 | 240.00 | 787.90 | 189,096.00 |
| | Rovine, Jacqlyn | 2008 | 400.00 | 807.40 | 322,960.00 |
| | Luke, Tarsha L | 2008 | 400.00 | 229.50 | 91,800.00 |
| | Kaplan, Deborah A | 2008 | 400.00 | 347.40 | 138,960.00 |
| | McCurrach, Elizabeth G. | 2008 | 415.00 | 719.20 | 298,468.00 |
| | Kaplan, Michelle R. | 2008 | 400.00 | 681.00 | 272,400.00 |
| | Murdock-Park, Erin K. | 2008 | 240.00 | 25.60 | 6,144.00 |
| | Sim, Chee Mei | 2008 | 240.00 | 165.10 | 39,624.00 |
| | Nixon, Christy A. | 2008 | 375.00 | 295.10 | 110,662.50 |
| | Day, James W. | 2008 | 400.00 | 525.00 | 210,000.00 |
| | O'Neal, Stephen T. | 2008 | 225.00 | 321.90 | 72,427.50 |
| | Stanek, Christopher J. | 2008 | 240.00 | 68.50 | 16,440.00 |
| | Esmont, Joseph M. | 2008 | 240.00 | 20.80 | 4,992.00 |
| | Stanley, Trevor M. | 2008 | 380.00 | 262.30 | 99,674.00 |
| | Mtengule, Mwanga W. | 2008 | 415.00 | 509.30 | 211,359.50 |
| | Stark, Anthony M. | 2008 | 415.00 | 779.10 | 323,326.50 |
| | Carbajal, Natacha | 2008 | 400.00 | 685.00 | 274,000.00 |
| | Thomas, Joshua C. | 2008 | 305.00 | 424.10 | 129,350.50 |
| | Goldstein, Robyn R. | 2008 | 305.00 | 793.90 | 242,139.50 |
| | Walgenbach, Emilie J. | 2008 | 415.00 | 710.70 | 294,940.50 |
| | Osburn, Alexis C. | 2008 | 240.00 | 78.60 | 18,864.00 |
| | Whittlesey, Gillian L. | 2008 | 350.00 | 14.50 | 5,075.00 |
| | Amin, Tina U | 2008 | 275.00 | 298.30 | 82,032.50 |
| | Clarkson, Daniel E. | 2008 | 415.00 | 498.40 | 206,836.00 |
| | Howe, Mary E. | 2009 | 375.00 | 537.90 | 201,712.50 |
| | Shelenkova, Marianna A. | 2009 | 400.00 | 10.30 | 4,120.00 |
| | Marck, Michelle K | 2009 | 400.00 | 526.40 | 210,560.00 |
| | Campbell, Patrick T | 2009 | 400.00 | 194.70 | 77,880.00 |
| | Oliker, Ashley L. | 2009 | 230.00 | 605.50 | 139,265.00 |
| | D'Andrea, Lindsey | 2009 | 230.00 | 630.85 | 145,095.50 |
| | Gentile, Dominic A. | 2009 | 400.00 | 674.80 | 269,920.00 |
| | Molina, Marco | 2009 | 400.00 | 858.40 | 343,360.00 |
| | Bogucki, Scott J. | 2009 | 400.00 | 754.00 | 301,600.00 |
| | Law, Karen | 2009 | 290.00 | 209.30 | 60,697.00 |
| | McKnight, Katherine L. | 2009 | 380.00 | 280.50 | 106,590.00 |
| | Budd, Ashley J. | 2009 | 225.00 | 323.60 | 72,810.00 |
| | Shapiro, Peter B. | 2009 | 400.00 | 803.30 | 321,320.00 |
| | Murray, Kelli A. | 2009 | 245.00 | 96.40 | 23,618.00 |
| | Hilsheimer, Lauren M. | 2009 | 230.00 | 682.15 | 156,894.50 |
| | Vessells, Jennifer A. | 2009 | 230.00 | 666.90 | 153,387.00 |
| | Hangawatte, Udyogi A. | 2009 | 360.00 | 460.60 | 165,816.00 |
| | Collins, Tarique N. | 2009 | 415.00 | 775.50 | 321,832.50 |
| | Maynard, Kim M. | 2009 | 355.00 | 388.70 | 137,988.50 |
| | Harker, Francesca M. | 2009 | 375.00 | 28.10 | 10,537.50 |
| | Schweller, Jessie A. | 2009 | 400.00 | 720.30 | 288,120.00 |
| | Winquist, Justin T. | 2009 | 260.00 | 236.90 | 61,594.00 |
| | Ozturk, Ferve E. | 2009 | 400.00 | 959.20 | 383,680.00 |
| | Witt, Sara L. | 2009 | 230.00 | 84.10 | 19,343.00 |
| | Scott, Justin T. | 2010 | 285.00 | 418.30 | 119,215.50 |
| | James, Christopher T. | 2010 | 285.00 | 308.70 | 87,979.50 |
| | Taddeo, Luisa | 2010 | 225.00 | 315.90 | 71,077.50 |
| | Fein, Amanda E. | 2010 | 355.00 | 631.20 | 224,076.00 |
| | Johnson, Andrew T. | 2010 | 220.00 | 205.20 | 45,144.00 |
| | McMillan, David M. | 2010 | 390.00 | 731.70 | 285,363.00 |
| | Burgos, Jocelyn | 2010 | 400.00 | 582.70 | 233,080.00 |
| | Castillon, Jesus J. | 2010 | 285.00 | 318.40 | 90,744.00 |
| | Flynn, Alison | 2010 | 400.00 | 348.70 | 139,480.00 |
| | Young, Michelle L. | 2010 | 335.00 | 501.40 | 167,969.00 |
| | Vasel, Denise D. | 2010 | 355.00 | 725.10 | 257,410.50 |
| | Choi, David | 2010 | 400.00 | 300.90 | 120,360.00 |
| | Rog, Joshua B. | 2010 | 400.00 | 894.70 | 357,880.00 |
| | Mosier, A. Mackenna | 2010 | 400.00 | 760.80 | 304,320.00 |
| | Hansford, Melissa L. | 2010 | 225.00 | 296.50 | 66,712.50 |
| | Blanton, Jack D. | 2010 | 220.00 | 218.20 | 48,004.00 |
| | Koch, Jacqueline R. | 2010 | 300.00 | 235.70 | 70,710.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Cook, Nora K. | 2010 | 225.00 | 324.50 | 73,012.50 |
| | Wasko, Lindsay J. | 2010 | 225.00 | 349.60 | 78,660.00 |
| | Prabucki, Kenneth | 2010 | 220.00 | 124.30 | 27,346.00 |
| | Rouach, Sophie | 2010 | 415.00 | 520.80 | 216,132.00 |
| | Clegg, Sammantha E. | 2010 | 390.00 | 677.70 | 264,303.00 |
| | Crist, John W. | 2010 | 225.00 | 286.80 | 64,530.00 |
| | Schlueter, Andrew C. | 2010 | 225.00 | 305.70 | 68,782.50 |
| | Salehpour, Morvareed Z. | 2010 | 275.00 | 22.50 | 6,187.50 |
| | Craig, M. Kristin | 2010 | 275.00 | 0.20 | 55.00 |
| | Chandler, Tara R. | 2010 | 225.00 | 358.30 | 80,617.50 |
| | Portnoy, Lesley F. | 2010 | 355.00 | 357.10 | 126,770.50 |
| | Abraham, Asha | 2010 | 390.00 | 277.10 | 108,069.00 |
| | Maytal, Anat | 2010 | 390.00 | 737.20 | 287,508.00 |
| | Schichnes, Jessica | 2010 | 390.00 | 610.00 | 237,900.00 |
| | Krishna, Ganesh | 2011 | 390.00 | 855.10 | 333,489.00 |
| | Nutt, Jessica E. | 2011 | 390.00 | 302.40 | 117,936.00 |
| | Cabico, Jason D. | 2011 | 335.00 | 297.70 | 99,729.50 |
| | Wangsgard, Kendall E. | 2011 | 335.00 | 217.30 | 72,795.50 |
| | Ball, Stephen L. | 2011 | 335.00 | 249.60 | 83,616.00 |
| | Wells, Carrie T. | 2011 | 225.00 | 337.70 | 75,982.50 |
| | Feldstein, Robyn M | 2011 | 390.00 | 97.80 | 38,142.00 |
| | Schechter, Jody E. | 2011 | 315.00 | 273.30 | 86,089.50 |
| | Samuels, Nicole P. | 2011 | 320.00 | 15.50 | 4,960.00 |
| | Nowakowski, Jonathan | 2011 | 390.00 | 101.90 | 39,741.00 |
| | Liao, Nina C. | 2011 | 320.00 | 112.50 | 36,000.00 |
| | Oliva, Frank M. | 2011 | 390.00 | 341.90 | 133,341.00 |
| | Zuberi, Madiha M. | 2011 | 390.00 | 837.00 | 326,430.00 |
| | Rice, David W. | #N/A | 390.00 | 660.50 | 257,595.00 |
| | deVries, Alan C. | #N/A | 155.56 | 114.60 | 17,192.00 |
| | Rose, Nicholas M. | #N/A | 335.00 | 718.70 | 240,764.50 |
| | Gallagher, Christopher B. | #N/A | 390.00 | 306.50 | 119,535.00 |
| | Babka, Sarah R. | #N/A | 390.00 | 567.40 | 221,286.00 |
| | Economides, Constantine P. | #N/A | 390.00 | 649.90 | 253,461.00 |
| Associates Total | | | 386.90 | 71,109.30 | 27,219,739.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Maxwell, Sarah A | #N/A | 165.00 | 351.50 | 57,997.50 |
| | Alexander, Rebecca S. | #N/A | 165.00 | 565.30 | 93,274.50 |
| | McCann, Donald S | #N/A | 175.00 | 5.90 | 1,032.50 |
| | Battaglia, Patricia J. | #N/A | 205.00 | 136.20 | 27,921.00 |
| | Mearns, Erin F. | #N/A | 220.00 | 142.50 | 31,350.00 |
| | Bitman, Oleg | #N/A | 245.00 | 576.00 | 141,120.00 |
| | Medina, Rebecca J. | #N/A | 160.00 | 378.00 | 60,480.00 |
| | Bliss, Stephanie L. | #N/A | 210.00 | 173.90 | 36,519.00 |
| | Monge, Tirsa | #N/A | 285.00 | 532.40 | 151,734.00 |
| | Cabrera, Ramon C | #N/A | 225.00 | 403.10 | 90,697.50 |
| | Montalvo, Jason M. | #N/A | 300.00 | 407.70 | 122,310.00 |
| | Charlotten, Magdalena | #N/A | 245.00 | 103.80 | 25,431.00 |
| | Montani, Christine A. | #N/A | 285.00 | 599.10 | 170,743.50 |
| | Clabaugh, Marci D | #N/A | 235.00 | 3.50 | 822.50 |
| | Music, Tricia L. | #N/A | 205.00 | 2.00 | 410.00 |
| | Craig, Robert E | #N/A | 425.00 | 52.90 | 22,482.50 |
| | Nunes, Silas T | #N/A | 260.00 | 674.10 | 175,266.00 |
| | Fetzer, Jeffrey L | #N/A | 200.00 | 134.10 | 26,820.00 |
| | Oliver-Weeks, Marcella J. | #N/A | 275.00 | 134.20 | 36,905.00 |
| | Fredle, Vicki M | #N/A | 185.00 | 42.70 | 7,899.50 |
| | Ostrander, John C. | #N/A | 200.00 | 499.80 | 99,960.00 |
| | Gardner, Bronson R | #N/A | 200.00 | 136.30 | 27,260.00 |
| | Paremoud, Jana | #N/A | 225.00 | 180.70 | 40,657.50 |
| | Heller, Julie M. | #N/A | 360.00 | 478.20 | 172,152.00 |
| | Plessinger, Matthew J. | #N/A | 150.00 | 3.00 | 450.00 |
| | Iskhakova, Yuliya | #N/A | 260.00 | 621.00 | 161,460.00 |
| | Ravick, Jacob H. | #N/A | 160.00 | 4.60 | 736.00 |
| | Koblenz, Esther E. | #N/A | 200.00 | 0.90 | 180.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Rawles, Michael M | #N/A | 195.00 | 4.30 | 838.50 |
| | Lee, Magali L. | #N/A | 255.00 | 846.40 | 215,832.00 |
| | Remus, Amanda | #N/A | 275.00 | 796.50 | 219,037.50 |
| | Little, Lynn M. | #N/A | 285.00 | 119.50 | 34,057.50 |
| | Reynolds, Julie L. | #N/A | 200.00 | 100.60 | 20,120.00 |
| | Martin, Sasha L. | #N/A | 245.00 | 557.60 | 136,612.00 |
| | Rivera, Eileen G. | #N/A | 165.00 | 628.70 | 103,735.50 |
| | Bekier, James M. | #N/A | 360.00 | 740.80 | 266,688.00 |
| | Russ, Mary C. | #N/A | 120.00 | 61.90 | 7,428.00 |
| | Bromley, Gabriela M. | #N/A | 115.00 | 2.00 | 230.00 |
| | Samarasekera, Dilip | #N/A | 200.00 | 207.80 | 41,560.00 |
| | Chiofalo, Frank A. | #N/A | 225.00 | 606.10 | 136,372.50 |
| | Schnarre, Nicole L. | #N/A | 360.00 | 641.00 | 230,760.00 |
| | Creagan, Carol A | #N/A | 175.00 | 150.20 | 26,285.00 |
| | Smith, Damian | #N/A | 250.00 | 7.80 | 1,950.00 |
| | Gage, Carly R. | #N/A | 300.00 | 1.50 | 450.00 |
| | Stone, Adrian | #N/A | 245.00 | 71.20 | 17,444.00 |
| | Hill, Kristina S | #N/A | 145.00 | 5.40 | 783.00 |
| | Stute, David J. | #N/A | 165.00 | 158.60 | 26,169.00 |
| | Landrio, Nikki M. | #N/A | 310.00 | 835.80 | 259,098.00 |
| | Sulhan, Barbara J | #N/A | 175.00 | 92.50 | 16,187.50 |
| | Llewellyn, Cameron E. | #N/A | 255.00 | 8.50 | 2,167.50 |
| | Sweet, Karen R | #N/A | 205.00 | 370.80 | 76,014.00 |
| | Blaber, Theresa A | #N/A | 275.00 | 151.20 | 41,580.00 |
| | Thompson, Aaron J. | #N/A | 190.00 | 3.40 | 646.00 |
| | Cohen, Justin H. | #N/A | 317.50 | 78.20 | 25,518.00 |
| | Tolbert, Amelia M. | #N/A | 135.00 | 10.40 | 1,404.00 |
| | Halwes, Shannon L. | #N/A | 185.00 | 156.70 | 28,989.50 |
| | Van Dyke, Dawn M | #N/A | 225.00 | 5.80 | 1,305.00 |
| | Lipkis, Shelly S. | #N/A | 215.00 | 31.20 | 6,708.00 |
| | Villamayor, Fidentino L. | #N/A | 300.00 | 598.10 | 179,430.00 |
| | Chamberlain, David R | #N/A | 175.00 | 142.00 | 24,850.00 |
| | von Collande, Constance M. | #N/A | 260.00 | 639.90 | 166,374.00 |
| | Jones, Michael K. | #N/A | 135.00 | 201.00 | 27,135.00 |
| | Wallace, Dawn L. | #N/A | 275.00 | 480.00 | 132,000.00 |
| | Fishelman, Benjamin D. | #N/A | 350.00 | 457.30 | 160,055.00 |
| | Wasserman, Gabor M. | #N/A | 335.00 | 432.40 | 144,854.00 |
| | Allemant-Salas, Gonzalo | #N/A | 300.00 | 447.00 | 134,100.00 |
| | Wilkins, Kerrick T. | #N/A | 175.00 | 244.00 | 42,700.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | | | 257.45 | 18,437.50 | 4,741,539.50 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | $ 697.75 | $ 27,955.00 | $ 17,736,039.50 |
| Associates Total | 386.90 | 71,109.30 | 27,219,739.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 257.45 | 18,437.50 | 4,741,539.50 |
| Blended Attorney Rate | 453.80 | | |
| Total Fees Incurred | | 117,501.80 | 49,697,318.50 |
| **Less 10% Public Interest Discount** | | | (4,969,731.85) |
| **Grand Total** | | | $ 44,727,586.65 |