# EXHIBIT E
COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR SEVENTH INTERIM PERIOD OF FEBRUARY 1, 2011 THROUGH MAY 31, 2011

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| tudef2 | tddesc | Sum of tbillhrs | Sum of tbilldol |
| 01 | Trustee Investigation | 724.70 | 345,946.50 |
| 02 | Bankruptcy Court Litigation and Related Matters | 2,135.00 | 975,911.50 |
| 03 | Feeder Funds | 1,986.80 | 905,576.50 |
| 04 | Asset Search Recovery and Sale | 174.70 | 104,809.50 |
| 05 | Internal Office Meetings with Staff | 530.90 | 268,858.50 |
| 07 | Billing | 256.70 | 101,559.00 |
| 08 | Case Administration | 1,421.80 | 410,271.00 |
| 09 | Banks | 506.30 | 320,528.50 |
| 10 | Court Appearances | 3.40 | 1,870.00 |
| 11 | Press Inquires and Responses | 625.70 | 213,907.00 |
| 12 | Document Review | 2,805.50 | 1,017,531.00 |
| 13 | Discovery - Depositions and Document Productions | 6,006.50 | 2,406,035.50 |
| 14 | International | 2,281.00 | 1,093,042.00 |
| 15 | Charities | 18.30 | 12,132.50 |
| 17 | Access - Luxembourg | 750.60 | 296,386.50 |
| 000003 | Stanley Chais | 947.20 | 323,878.00 |
| 000004 | J. Ezra Merkin | 8,006.90 | 3,075,078.50 |
| 000005 | Customer Claims (2009 - 2011) | 5,695.60 | 2,110,634.00 |
| 000006 | Vizcaya | 2,193.60 | 985,380.50 |
| 000007 | Madoff Family | 2,674.30 | 1,125,135.50 |
| 000008 | Norman Levy | 209.50 | 108,144.50 |
| 000009 | Fairfield Greenwich | 3,028.50 | 1,085,158.50 |
| 000010 | Harley | 261.10 | 139,612.00 |
| 000011 | Cohmad Securities Corporation | 3,436.90 | 1,491,415.50 |
| 000012 | Picower | 519.20 | 255,109.50 |
| 000013 | Kingate | 2,946.90 | 1,436,426.00 |
| 000018 | Thybo | 216.60 | 95,724.50 |
| 000019 | Ruth Madoff | 6.20 | 3,799.00 |
| 000020 | Carl Shapiro | 44.60 | 22,049.50 |
| 000021 | Avoidance Action Investigation/Litigation 2010-2012 | 24,823.00 | 9,515,373.50 |
| 000022 | Fox and Marshall | 49.10 | 22,693.50 |
| 000023 | Canavan, Goldsmith and Kalman | 35.40 | 11,626.00 |
| 000024 | Robert Luria | 61.90 | 31,075.50 |
| 000025 | Amy Luria | 84.80 | 52,082.50 |
| 000026 | Richard Stahl | 586.90 | 255,167.00 |
| 000027 | JPMorgan Chase | 3,337.40 | 1,316,139.00 |
| 000028 | Westport | 87.70 | 43,196.00 |
| 000029 | Rye/Tremont | 1,025.20 | 488,231.00 |
| 000030 | HSBC | 11,049.30 | 5,316,931.00 |
| 000031 | Katz/Wilpon | 8,432.60 | 4,109,799.50 |
| 000032 | LuxAlpha/UBS | 3,049.40 | 1,400,099.50 |
| 000033 | Nomura Bank International PLC | 101.90 | 45,331.50 |
| 000034 | Citibank | 1,777.00 | 744,347.00 |
| 000035 | Natixis | 326.40 | 131,660.50 |
| 000036 | Merrill Lynch | 149.00 | 74,556.50 |
| 000037 | ABN AMRO | 120.00 | 51,731.50 |
| 000038 | Banco Bilbao | 223.70 | 106,873.00 |
| 000039 | Fortis | 377.10 | 154,960.50 |
| 000040 | Medici Enterprise | 4,388.00 | 1,913,290.50 |
| 000041 | Whitechapel | 141.70 | 65,124.50 |
| 000042 | Equity Trading | 254.20 | 107,876.50 |
| 000043 | Defender | 544.80 | 248,056.50 |
| 000044 | Maccabee | 41.10 | 23,193.50 |
| 000045 | Levey | 152.10 | 86,093.50 |
| 000046 | Glantz | 407.20 | 202,257.50 |
| 000047 | Bonaventre | 50.80 | 18,515.00 |
| 000048 | Bongiorno | 59.70 | 23,705.00 |
| 000049 | Greenberger | 119.50 | 72,587.00 |
| 000050 | Pitz | 157.70 | 54,019.50 |
| 000051 | Crupi | 134.70 | 43,324.00 |
| 000052 | Donald Friedman | 1,053.30 | 490,682.00 |
| 000053 | Magnify | 266.80 | 113,268.50 |
| 000054 | Mendelow | 454.50 | 255,199.50 |
| 000055 | Kugel | 377.10 | 163,925.00 |
| 000056 | Lipkin | 172.30 | 62,655.00 |
| 000057 | Perez/O'Hara | 48.10 | 24,795.00 |
| 000058 | PJ Administrators | 1,293.30 | 537,824.00 |
| 000059 | Stanley Shapiro | 399.30 | 194,228.00 |
| 000060 | Avellino & Bienes | 872.80 | 392,913.00 |
| Grand Total | | 117,501.80 | 49,697,318.50 |

| | |
|---|---|
| **Less 10% Public Interest Discount** | (4,969,731.85) |
| **Grand Total** | $ 44,727,586.65 |
| **Current Application** | |
| Interim Compensation Requested | $ 44,727,586.65 |
| Interim Compensation Paid | (40,254,828.00) |
| Interim Compensation Deferred | $ 4,472,758.65 |
| **Prior Applications** | |
| Interim Compensation Requested | $ 175,506,566.84 |
| Interim Compensation Paid | (157,955,910.15) |
| Interim Compensation Deferred | $ 17,550,656.69 |