EXHIBIT F

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR SEVENTH
INTERIM PERIOD OF FEBRUARY 1, 2011 THROUGH MAY 31, 2011

| | | |
|---|---|---|
| E101 | Copying (E101) | $ 117,588.20 |
| E102 | Outside Printing (E102) | 25,498.38 |
| E104 | Facsimile (E104) | 77.95 |
| E105 | Telephone (E105) | 3,024.21 |
| E106 | Online Research (E106) | 255,192.38 |
| E107 | Delivery Services/ Messengers (E107) | 23,554.65 |
| E108 | Postage (E108) | 193.05 |
| E109 | Local Travel (E109) | 72,682.89 |
| E110 | Out-of-Town Travel (E110) | 257,686.52 |
| E111 | Business Meals, etc. (E111) | 34,991.02 |
| E112 | Court Fees (E112) | 7,067.12 |
| E113 | Subpoena Fees (E113) | 3,101.81 |
| E115 | Deposition Transcripts (E115) | 2,871.48 |
| E116 | Trial Transcripts (E116) | 3,078.55 |
| E119 | Experts (E119) | 655.08 |
| E123 | Other Professionals (E123) | 19,859.37 |
| E124 | Other (E124) | 6,278.95 |
| E125 | Translation Costs (E125) | 437,554.70 |
| Grand Total | | $1,270,956.31 |

**Prior Applications**

Reimbursement of Expenses Requested and Rewarded     $3,630,989.32