BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Marc D. Powers Esq.
Keith R. Murphy, Esq.
Marc Skapof Esq.
Eric R. Fish Esq.

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARINGS ON SEPTEMBER 22, 2011 AT 10:00 A.M.**

**CONTESTED MATTERS**

**Picard v. Tremont Group Holdings, Inc.; Adv. Pro. No. 10-5310**

1.    Motion to Approve Compromise / Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Agreement by and between the Trustee

and Tremont Group Holdings, Inc., Tremont Partners, Inc., Tremont (Bermuda) Limited, Rye Select Broad Market Fund, LP, Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market Portfolio Limited, Rye Select Broad Market Insurance Fund, L.P., Rye Select Broad Market XL Fund, L.P., Tremont Arbitrage Fund, L.P., Tremont Arbitrage Fund Ireland, Tremont Emerging Markets Fund Ireland, Tremont Equity Fund Ireland, Tremont International Insurance Fund, L.P., Tremont Long/Short Equity Fund, L.P., Tremont Market Neutral Fund, L.P., Tremont Market Neutral Fund II, L.P., Tremont Market Neutral Fund Limited, Tremont Opportunity Fund Limited, Tremont Opportunity Fund II, L.P., Tremont Opportunity Fund III, L.P., Rye Select Equities Fund, Tremont Multi Manager Fund, and LifeInvest Opportunity Fund LDC, Oppenheimer Acquisition Corp., MassMutual Holdings LLC, Massachusetts Mutual Life Insurance Company, Robert I. Schulman, and Rye Select Broad Market Insurance Portfolio LDC filed by David J. Sheehan on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff. with hearing to be held on 9/13/2011 at 10:00 AM at Courtroom 623 (BRL) Responses due by 9/6/2011 Filed by Sheehan, David (Filed: 07/28/2011) [Docket No. 17]

Related Documents:

    A.    Affidavit of Service Affidavit of Service of Motion to Approve Compromise / Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Agreement by and between the Trustee and Tremont Group Holdings, Inc., Tremont Partners, Inc., Tremont (Bermuda) Limited, Rye Select Broad Market Fund, LP, Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market Portfolio Limited, Rye Select Broad Market Insurance Fund, L.P., Rye Select Broad Market XL Fund, L.P., Tremont Arbitrage Fund, L.P., Tremont Arbitrage Fund Ireland, Tremont Emerging Markets Fund Ireland, Tremont Equity Fund Ireland, Tremont International Insurance Fund, L.P., Tremont Long/Short Equity Fund, L.P., Tremont Market Neutral Fund, L.P., Tremont Market Neutral Fund II, L.P., Tremont Market Neutral Fund Limited, Tremont Opportunity Fund Limited, Tremont Opportunity Fund II, L.P., Tremont Opportunity Fund III, L.P., Rye Select Equities Fund, Tremont Multi Manager Fund, and LifeInvest Opportunity Fund LDC, Oppenheimer Acquisition Corp., MassMutual Holdings LLC, Massachusetts Mutual Life Insurance Company, Robert I. Schulman, and Rye Select Broad Market Insurance Portfolio LDC (related document(s) 17 ) filed by John J Collins Jr. on behalf of AlixPartners LLC. (Collins, John) (Filed: 08/25/2011) [Docket No. 19]

        Objection Deadline:   September 9, 2011

Objections Filed:

    B.    Objection to Motion FOR APPROVAL OF PROPOSED SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND THE TREMONT DEFENDANTS (related document(s) 17 ) filed by Menachem O. Zelmanovitz on behalf of Sun Life Assurance Company of Canada, Security Life of Denver Insurance Company, Pruco Life Insurance Company, Pacific Life Insurance

|   |   |
|---|---|
|   | Company, New York Life Insurance & Annuity Corporation, Nationwide Insurance Company, John Hancock Life Insurance Company. with hearing to be held on 9/13/2011 (check with court for location) Objections due by 9/6/2011, Filed by Zelmanovitz, Menachem (Filed: 09/06/2011) [Docket No. 20] |
| C. | Objection to Motion of the Trustee for entry of order pursuant to Section 105(A) of the Bankrutpcy Code and Rule 2002 and 9019 of the Fed. Rules of Bankruptcy Procedure approving a proposed settment agreement by and between the Trustee and the Tremont Defendants (related document(s) 17 ) filed by S. Benjamin Rozwood on behalf of Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market XL Fund, L.P Filed by S. Benjamin Rozwood (Filed: 09/09/2011) [Docket No. 24] |

Replies Filed:

|   |   |
|---|---|
| D. | Response / Trustee Irving H. Picard's Response to the Objections to the Settlement Between the Trustee and Tremont Group Holdings, Inc., Tremont Partners, Inc., Tremont (Bermuda) Limited, Rye Select Broad Market Fund, LP, Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market Portfolio Limited, Rye Select Broad Market Insurance Fund, L.P., Rye Select Broad Market XL Fund, L.P., Tremont Arbitrage Fund, L.P., Tremont Arbitrage Fund Ireland, Tremont Emerging Markets Fund Ireland, Tremont Equity Fund Ireland, Tremont International Insurance Fund, L.P., Tremont Long/Short Equity Fund, L.P., Tremont Market Neutral Fund, L.P., Tremont Market Neutral Fund II, L.P., Tremont Market Neutral Fund Limited, Tremont Opportunity Fund Limited, Tremont Opportunity Fund II, L.P., Tremont Opportunity Fund III, L.P., Rye Select Equities Fund, Tremont Multi Manager Fund, and LifeInvest Opportunity Fund LDC, Oppenheimer Acquisition Corp., MassMutual Holdings LLC, Massachusetts Mutual Life Insurance Company, Robert I. Schulman, and Rye Select Broad Market Insurance Portfolio LDC (related document(s) 17 , 24 , 20 ) filed by David J. Sheehan on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff. with hearing to be held on 9/22/2011 (check with court for location) Filed by Sheehan, David (Filed: 09/15/2011) [Docket No. 31] |
| E. | Response Tremont Defendants"" Response in Support of Trustee""s Motion for Approval of Settlement Agreement (related document(s) 17 , 24 , 31 , 20 ) filed by Jason C. Vigna on behalf of Robert I. Schulman, Tremont (Bermuda) Limited, Tremont Group Holdings, Inc., Tremont Partners, Inc.. with hearing to be held on 9/22/2011 at 10:00 AM at Courtroom 623 (BRL) Filed by Vigna, Jason (Filed: 09/19/2011) [Docket No. 32] |
| F. | Response to Motion TREMONT FUNDS"" RESPONSE IN SUPPORT OF TRUSTEE""S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT dated 9/20/11 (related document(s) 17 ) filed by Ralph A. Siciliano on behalf of LifeInvest Opportunity Fund LDC, Rye Select Broad Market Fund, L.P., Rye Select Broad Market Insurance Fund, L.P., Rye Select Broad Market Portfolio Limited, Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market XL Fund, L.P., Rye Select Equities Fund, Tremont Arbitrage Fund Ireland, Tremont Arbitrage |

    Fund, L.P., Tremont Emerging Markets Fund - Ireland, Tremont Equity Fund - Ireland, Tremont International Insurance Fund, L.P., Tremont Long/Short Equity Fund, L.P., Tremont Market Neutral Fund II, L.P., Tremont Market Neutral Fund Limited, Tremont Market Neutral Fund, L.P., Tremont Multi Manager Fund, Tremont Opportunity Fund II, L.P., Tremont Opportunity Fund III, L.P., Tremont Opportunity Fund Limited. Filed by Siciliano, Ralph (Filed: 09/20/2011) [Docket No. 33]

Related Documents:

G.    Certificate of Service filed by Menachem O. Zelmanovitz on behalf of John Hancock Life Insurance Company, Nationwide Insurance Company, New York Life Insurance & Annuity Corporation, Pacific Life Insurance Company, Pruco Life Insurance Company, Security Life of Denver Insurance Company, Sun Life Assurance Company of Canada. with hearing to be held on 9/13/2011 (check with court for location) Objections due by 9/6/2011, Filed by Zelmanovitz, Menachem (Filed: 09/06/2011) [Docket No. 21]

H.    Affidavit of Service of Trustee Irving H. Picard's Response to the Objections to the Settlement Between the Trustee and Tremont Group Holdings, Inc., Tremont Partners, Inc., Tremont (Bermuda) Limited, Rye Select Broad Market Fund, LP, Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market Portfolio Limited, Rye Select Broad Market Insurance Fund, L.P., Rye Select Broad Market XL Fund, L.P., Tremont Arbitrage Fund, L.P., Tremont Arbitrage Fund Ireland, Tremont Emerging Markets Fund Ireland, Tremont Equity Fund Ireland, Tremont International Insurance Fund, L.P., Tremont Long/Short Equity Fund, L.P., Tremont Market Neutral Fund, L.P., Tremont Market Neutral Fund II, L.P., Tremont Market Neutral Fund Limited, Tremont Opportunity Fund Limited, Tremont Opportunity Fund II, L.P., Tremont Opportunity Fund III, L.P., Rye Select Equities Fund, Tremont Multi Manager Fund, and LifeInvest Opportunity Fund LDC, Oppenheimer Acquisition Corp., MassMutual Holdings LLC, Massachusetts Mutual Life Insurance Company, Robert I. Schulman, and Rye Select Broad Market Insurance Portfolio LDC (related document(s)[31]) filed by David J. Sheehan on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff. Filed by Sheehan, David (Filed: 09/21/2011) [Docket No. 35]

    Status: This matter is going forward.

**[*INTENTIONALLY LEFT BLANK*]**

Dated: New York, New York  
      September 21, 2011

Respectfully submitted,

/s/Marc Hirschfield, Esq.  
BAKER & HOSTETLER LLP  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone:    (212) 589-4200  
Facsimile:    (212) 589-4201  
David J. Sheehan, Esq.  
Email: dsheehan@bakerlaw.com  
Keith R. Murphy, Esq.  
Email: kmurphy@bakerlaw.com  
Marc D. Powers Esq.  
Email: mpowers@bakerlaw.com  
Marc Skapof Esq.  
Email: mskapof@bakerlaw.com  
Eric R. Fish Esq.  
Email: efish@bakerlaw.com  
*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

G:\Home\slmartin\Notice of Agenda for Hearings on 9-22-2011 (10-5310).doc