# Baker Hostetler

Baker&Hostetler LLP

Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215-4260

T 614.228.1541
F 614.462.2616
www.bakerlaw.com

August 14, 2009

Thomas L. Long
direct dial: 614.462.2626
tlong@bakerlaw.com

**SENT VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**

Jeff J. Friedman, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York 10022

Re:   Confidentiality Agreement between Irving H. Picard, Esq., Trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities, LLC and Royal Bank of Canada

Dear Jeff:

Irving H. Picard, Esq., Trustee for the SIPA liquidation of Bernard L. Madoff Investment Securities, LLC ("Trustee"), previously served a Rule 2004 subpoenas issued in relation to Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, Adv. Pro. No. 08-01789-BRL, pending in the United States Bankruptcy Court for the Southern District of New York on your client Royal Bank of Canada ("RBC"). This letter memorializes the agreement between RBC and the Trustee regarding documents, if any, produced to the Trustee in response to the subpoenas, which are designated by RBC at the time of production to contain confidential, non-public business or financial information (hereinafter "Agreement").

RBC and the Trustee agree that RBC may designate as confidential any portion of the documents produced pursuant to the July 28, 2009 Rule 2004 Subpoena served on RBC. At the time of production all such documents shall be marked with the designation: "CONFIDENTIAL" (hereinafter "Confidential Information"). In the event the Trustee provides RBC notice that he disagrees with a confidentiality designation, RBC shall make an application to the Court within five (5) business days for a protective order to prevent further disclosure of the information beyond the terms of this Agreement. Absent such application, the information will no longer be deemed Confidential Information for the purposes of this Agreement.

The Trustee agrees to only use the documents produced to him in connection with Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC, Adv. Pro. No. 08-01789-BRL, and related proceedings. Confidential Information shall not be provided by Trustee to any person or entity, except by order of the Bankruptcy Court. The Trustee may, consistent with this Agreement, disclose

*Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Jeff J. Friedman, Esq.
August 14, 2009
Page 2

Confidential Information: (1) to the Trustee's counsel and the staff and employees of his counsel; (2) to experts, consultants and professionals retained by the Trustee and consultants, to assist with the investigation, forensic reconstruction and validation of the underlying records of Bernard L. Madoff Investment Securities LLC ("BLMIS"), and their staffs; and (3) to other regulatory and enforcement authorities investigating matters relating directly or indirectly to BLMIS. Nothing in this Agreement restricts the use of any Confidential Information in any filings or proceedings in the Bankruptcy Court, provided they are made under seal or pursuant to protective order. Such use does not operate as a waiver of the confidentiality of the information submitted.

RBC agrees that notwithstanding other provisions of this Agreement the Trustee will not consider a document to be confidential if: (a) it is available to the public through means other than production by RBC; (b) it was lawfully known to, provided to or independently developed by the Trustee in the files of BLMIS or elsewhere, or (c) it is legally required to be produced by the Trustee.

The Trustee agrees that in the event that (1) the Trustee receives a notice of deposition, interrogatory, request for document, subpoena, civil investigative demand, or similar request to disclose any of the Confidential Information, (2) the Trustee reasonably believes, after consultation with counsel, that he is legally required to disclose any of the Confidential Information to a third party, including a governmental, or other regulatory body or agency or self-regulatory organization, the Trustee, shall provide to RBC reasonable notice of any such request or requirement so that RBC may seek a protective order or other appropriate remedy. Nothing in this Agreement prevents disclosure of the Confidential Information beyond the terms of this Agreement if such disclosure is compelled by subpoena or other legal process or RBC consents in writing.

RBC agrees that if Confidential Information is disclosed in violation of this Agreement, RBC's sole remedy is to seek injunctive relief in the Bankruptcy Court to prevent further disclosures of Confidential Information.

Please countersign to indicate your agreement and return at your earliest convenience. We look forward to receiving the responsive documents.

Dated: August 14, 2009

Jeff J. Friedman, Esq.
August 14, 2009
Page 3

_____
Thomas L. Long
Baker & Hostetler LLP
65 East State Street, Suite 2100
Columbus, Ohio 43215
Telephone: (614) 462-2626
Facsimile: (614) 462-2616
E-mail: tlong@bakerlaw.com

Attorneys for Irving H. Picard, Esq.
Trustee in the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC

_____
Jeff J. Friedman
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-7090
Facsimile: (212) 940-6505
E-Mail: jeff.friedman@kattenlaw.com

Attorneys for Royal Bank of Canada