## Exhibit B

Summary of Sixth Interim Fee Application
of Windels Marx Lane & Mittendorf, LLP
for Services Rendered from
February 1, 2011 through and including May 31, 2011

| Name | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners and Special Counsel** | | | | |
| Alan Nisselson | 1977 | 575.00 | 5.50 | 3,162.50 |
| Mel P. Barkan | 1967 | 530.00 | 8.40 | 4,452.00 |
| Howard L. Simon | 1977 | 515.00 | 423.10 | 217,896.50 |
| Timothy O'Neill | 1981 | 495.00 | 290.40 | 143,748.00 |
| Regina Griffin | 1993 | 490.00 | 528.10 | 258,769.00 |
| Clark Alpert | 1978 | 475.00 | 240.30 | 114,142.50 |
| Denise L. Iocco | 1992 | 420.00 | 6.50 | 2,730.00 |
| Antonio J. Casas | 1992 | 390.00 | 102.80 | 40,092.00 |
| **Total Partners and Special Counsel** | | | **1,605.10** | **$ 784,992.50** |
| **Associates** | | | | |
| Kim M. Longo | 2002 | 380.00 | 729.80 | 277,324.00 |
| Karen M. Cullen | 1981 | 380.00 | 553.50 | 210,330.00 |
| Jorge R. Salva | 2002 | 360.00 | 3.80 | 1,368.00 |
| David N. Butler | 1985 | 360.00 | 290.70 | 104,652.00 |
| Carol LaFond | 2000 | 355.00 | 199.00 | 70,645.00 |
| Stacey A. Bell | 2001 | 355.00 | 475.80 | 168,909.00 |
| Brian W. Kreutter | 2003 | 315.00 | 363.20 | 114,408.00 |
| Robyn Mooers | 2005 | 315.00 | 174.50 | 54,967.50 |
| Craig D. Gottilla | 2000 | 315.00 | 408.10 | 128,551.50 |
| Jeremy G. Weiss | 1993 | 315.00 | 218.90 | 68,953.50 |
| Elizabeth Fiechter | 2006 | 310.00 | 638.50 | 197,935.00 |
| John J. Tepedino | 2004 | 310.00 | 179.30 | 55,583.00 |
| Yani Indrajana Ho | 2006 | 300.00 | 649.60 | 194,880.00 |
| Alan D. Lawn | 2008 | 290.00 | 363.20 | 105,328.00 |
| Matthew C. Capozzoli | 2006 | 250.00 | 348.70 | 87,175.00 |
| Craig A. Linton | 2008 | 245.00 | 247.10 | 60,539.50 |
| **Total Associates** | | | **5,843.70** | **$ 1,901,549.00** |

| Name | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| **Paraprofessionals** | | | |
| Anna Cote | 225.00 | 134.00 | 30,150.00 |
| Joel L. Solomon | 215.00 | 28.10 | 6,041.50 |
| Anthony T. Navatto | 200.00 | 481.70 | 96,340.00 |
| Zac B. Howes | 200.00 | 437.20 | 87,440.00 |
| Christopher Reilly | 190.00 | 5.00 | 950.00 |
| Tracy Heston | 190.00 | 2.80 | 532.00 |
| Michael Hudson | 180.00 | 6.00 | 1,080.00 |
| Lisa M. Winkler | 170.00 | 198.20 | 33,694.00 |
| Giselle Mencio | 165.00 | 1.50 | 247.50 |
| Michael A. Simon | 145.00 | 269.44 | 39,068.80 |
| Stephanie Morales | 145.00 | 20.40 | 2,958.00 |
| Marisol Rodriguez | 135.00 | 3.40 | 459.00 |
| Cheryll V. Cabrera | 115.00 | 4.70 | 540.50 |
| Jennifer M. Thomas | 100.00 | 13.50 | 1,350.00 |
| Felicia Minchin | 100.00 | 0.30 | 30.00 |
| **Total Paraprofessionals** | | **1,606.24** | **$ 300,881.30** |

| | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| **Partners and Special Counsel** | 489.06 | 1,605.10 | $ 784,992.50 |
| **Associates** | 325.40 | 5,843.70 | $ 1,901,549.00 |
| **Paraprofessionals** | 187.32 | 1,606.24 | $ 300,881.30 |
| **Blended Attorney Rate** | 360.67 | | |
| **Subtotal Hours and Fees Incurred** | | 9,055.04 | $ 2,987,422.80 |

10660002.2    - 2 -