### Exhibit C

EXPENSE SUMMARY BY WINDELS MARX
LANE & MITTENDORF FOR SIXTH INTERIM
PERIOD OF FEBRUARY 1, 2011 THROUGH
MAY 31, 2011

| Code Description | Amount |
|---|---:|
| Copying | $ 3,965.40 |
| Outside Printing | 1,604.65 |
| Telephone | 751.23 |
| Online Research | 24,127.52 |
| Delivery Services/Messenger | 1,227.57 |
| Postage | 87.46 |
| Local Travel | 3,540.24 |
| Business Meals, etc. | 1,397.37 |
| Litigation Support Vendors | 302.32 |
| Other | 2,627.00 |
| | |
| **TOTAL** | $ **39,630.76** |