**Exhibit D**

COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED
BY WINDELS MARX LANE & MITTENDORF FOR SIXTH INTERIM
PERIOD OF FEBRUARY 1, 2011 THROUGH MAY 31, 2011

| Task Code | Task Code Description | Hours | Amount | |
|---|---|---|---|---|
| 004 | Case Administration | 19.40 | $ | 7,408.50 |
| 007 | Fee Application | 84.20 | | 26,392.00 |
| 010 | Litigation | 8,790.44 | | 2,900,536.30 |
| 020 | Internal Office Meetings | 141.90 | | 48,277.50 |
| L140 | Document/File Management | 19.10 | | 4,808.50 |
| | | | | |
| | **TOTAL** | **9,055.04** | $ | **2,987,422.80** |