UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Trustee-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |

## CERTIFICATE OF SERVICE

This is to certify that on September 21, 2011, I caused to be served true and correct copies of *Bank of America's Objection and Reservation of Rights Regarding The Trustee's Motion for (I) A Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) an Order Establishing Procedures for Electronic Data Rooms; and (III) an Order Modifying the June 6, 2011 Litigation Protective Order* by electronic mail on all parties receiving notice via the Court's ECF System, and upon each of the persons and entities listed herein on Exhibit A, by causing copies of same to be delivered *via* Email at the last known addresses as indicated on Exhibit A annexed hereto.

Dated: New York, New York
September 22, 2011

          KING & SPALDING LLP

          By: /s/ Scott Davidson

          Scott Davidson
          1185 Avenue of the Americas
          New York, New York 10036
          Telephone: (212) 556-2100
          Facsimile: (212) 556-2222

          *Counsel for Bank of America*

## EXHIBIT A

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York  10111
Attn: David J. Sheehan, Esq.
'dsheehan@bakerlaw.com'
Attn: Judith A. Selby, Esq.
'jselby@bakerlaw.com'
Attn: Lourdes M. Slater, Esq.
'lslater@bakerlaw.com'
Attn: Regina L. Griffin, Esq.
'rgriffin@bakerlaw.com'

Securities Investor Protection Corporation
805 Fifteenth Street, N.W.
Suite 800
Washington, D.C. 20005
Attn : Kevin H. Bell
'kbell@sipc.org'
Attn: Josephine Wang
jwang@sipc.org