SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Marco E. Schnabl
Jeremy A. Berman
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for UniCredit S.p.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HSBC BANK PLC, et al.,<br><br>    Defendants. | Adv. Pro. No. 09-1364 (BRL) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SONJA KOHN, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-5411 (BRL) |

# DECLARATION OF JEREMY A. BERMAN IN SUPPORT OF UCG'S OBJECTION TO TRUSTEE'S MOTION FOR AN ORDER (i) ABROGATING EXISTING CONFIDENTIALITY AGREEMENTS; (ii) ESTABLISHING PROCEDURES FOR AN ELECTRONIC DATA ROOM; AND (iii) APPOINTING TWO SPECIAL MASTERS

1. I am a member of the bar of this Court and Special Counsel of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for UniCredit S.p.A. ("UCG").

2. I submit this declaration in support of the UCG's Objection to Trustee's Motion for an Order (i) Abrogating Existing Confidentiality Agreements; (ii) Establishing Procedures for an Electronic Data Room; and (iii) Appointing Two Special Masters and to place before the Court copies of the following documents:

| | |
|---|---|
| Exhibit A | Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC/UniCredit S.p.A.: Confidentiality Agreement, dated October 4, 2010 |
| Exhibit B | Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC /Pioneer Investment Management USA, Inc.: Confidentiality Agreement, dated December 1, 2009 |

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2011 in New York, New York.

                                                    /s/ *Jeremy A. Berman*
                                                    Jeremy A. Berman

917892-New York Server 2A - MSW