EXHIBIT E

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Direct: +1 212.351.3905
Fax: +1 212.351.5243
MKing@gibsondunn.com

May 17, 2011

VIA ELECTRONIC MAIL

Judy A. Selby, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
11th Floor
New York, NY 10111

Re:   Securities Investor Protection Corporation v. Bernard L. Madoff Investment
      Securities LLC, Adv. Pro. No. 08-10789 BRL

Dear Judy:

I write to confirm our agreement concerning the terms that will govern prior productions by UBS AG, UBS (Luxembourg) SA, UBS Fund Services (Luxembourg) SA, and UBS Third Party Management Company SA (together, "UBS").

By signing below, you agree, on behalf of the Trustee, that:

1.   The productions made by UBS were made pursuant to the terms of the Protective Order dated February 16, 2010.

2.   As a result, UBS's past productions fall within the terms of what will be Paragraph 19 of Trustee's proposed Litigation Protective Order[1] and, should

---

[1] For the avoidance of doubt, that paragraph provides:

> All designations of material as **CONFIDENTIAL** made after the date of the entry of this Order shall be controlled by this Order. To the extent that a producing party and a receiving party have entered into an agreement regarding the confidentiality or non-disclosure of documents or discovery materials, such agreements shall only apply to documents or materials produced prior to entry of this Order. To the extent a producing party has previously entered into a confidentiality agreement with the Trustee governing the production of that producing party's documents or other materials, the Trustee and the producing party may agree that this Order shall supersede any such prior agreement.

**GIBSON DUNN**

Judy A. Selby, Esq.
May 17, 2011
Page 2

Judge Lifland enter the Trustee's proposed order, the confidentiality of the documents previously produced by UBS will continue to be governed by the terms of the February 16, 2010 Protective Order.

Please indicate your agreement by signing below and returning a copy to me.

Very truly yours,

Marshall R. King

AGREED:

_____
Judy A. Selby
Counsel for the Trustee

101079027.1