UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>Bernard L. Madoff Investment Securities LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBS AG, et al.,<br><br>    Defendants. | 11 Civ. 04212 (CM) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBS AG, UBS (LUXEMBOURG) SA, UBS FUND SERVICES (LUXEMBOURG) SA, UBS THIRD PARTY MANAGEMENT | Adv. Pro. No. 10-04285 (BRL) |

31096356.01
NYC01_84106056_1 9/22/2011

| |
|---|
| COMPANY SA, ACCESS INTERNATIONAL ADVISORS LLC, ACCESS INTERNATIONAL ADVISORS EUROPE LIMITED, ACCESS INTERNATIONAL ADVISORS LTD., ACCESS PARTNERS (SUISSE) SA, ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA) as represented by its Liquidator MAITRE FERNAND ENTRINGER, ACCESS PARTNERS SA as represented by its Liquidator MAITRE FERNAND ENTRINGER, PATRICK LITTAYE, CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), PIERRE DELANDMETER, THEODORE DUMBAULD, LUXALPHA SICAV as represented by its Liquidators MAITRE ALAIN RUKAVINA and PAUL LAPLUME, ROGER HARTMANN, RALF SCHROETER, RENE EGGER, ALAIN HONDEQUIN, HERMANN KRANZ, BERNARD STIEHL, GROUPEMENT FINANCIER LTD., <br><br>           Defendants. |

STATE OF NEW YORK    )
                     :                 <u>CERTIFICATE OF SERVICE</u>
COUNTY OF NEW YORK  )

      This is to certify that on September 16, 2011, I caused to be served true and correct copies of the REQUEST TO RE-DESIGNATE DOCUMENTS CONFIDENTIAL AND OBJECTION TO TRUSTEE'S MOTION FOR (I) A REPORT AND RECOMMENDATION

31096356.01
NYC01_84106056_1 9/22/2011

TO THE DISTRICT COURT FOR THE APPOINTMENT OF SPECIAL DISCOVERY MASTERS; (II) AN ORDER ESTABLISHING PROCEDURES FOR ELECTRONIC DATA ROOMS; AND (III) AN ORDER MODIFYING THE JUNE 6, 2011 LITIGATION PROTECTIVE ORDER, Filed on behalf of Access International Advisors LLC and Claudine Magon de la Villehuchet, by electronic mail on all parties receiving notice via the Court's ECF System, and upon each of the persons and entities as follows by causing copies of same to be delivered *via* E-mail at the last known addresses as indicated:

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Attn: Sarah J. Truong, Esq.
struong@bakerlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 9/22/2011

Respectfully submitted,

KATTEN MUCHIN ROSENMAN LLP

BY:
    s/Brian A. Schmidt
    Robert W. Gottlieb
    robert.gottlieb@kattenlaw.com
    Brian A. Schmidt
    brian.schmidt@kattenlaw.com

    575 Madison Avenue
    New York, New York 10022
    (212) 940-8800

    *Attorneys for Access International Advisors LLC and Claudine Magon de la Villehuchet*

31096356.01
NYC01_84106056_1 9/22/2011