UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>      v.<br><br>Bernard L. Madoff Investment Securities LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

STATE OF NEW YORK    )
                              :
COUNTY OF NEW YORK  )

CERTIFICATE OF SERVICE

      This is to certify that on September 22, 2011, I caused to be served true and correct copies of the ROYAL BANK OF CANADA'S OBJECTION TO THE TRUSTEE'S MOTION FOR (I) A REPORT AND RECOMMENDATION TO THE DISTRICT COURT FOR THE APPOINTMENT OF SPECIAL DISCOVERY MASTERS; (II) AN ORDER ESTABLISHING PROCEDURES FOR ELECTRONIC DATA ROOMS; AND (III) AN ORDER MODIFYING THE JUNE 6, 2011 LITIGATION PROTECTIVE ORDER, by electronic mail on all parties receiving notice via the Court's ECF System, and upon each of the persons and entities as follows by causing copies of same to be delivered *via* Email at the last known addresses as indicated:

Baker & Hostetler LLP
45 Rockefeller Plaza

31096356.01
NYC01_84106056_1 9/22/2011

New York, New York 10111
Attn: Sarah J.Truong, Esq.
struong@bakerlaw.com


I certify under penalty of perjury that the foregoing is true and correct.


Dated: 9/22/2011


Respectfully submitted,

KATTEN MUCHIN ROSENMAN LLP


BY:    s/Brian A. Schmidt
       Anthony L. Paccione
       anthony.paccione@kattenlaw.com
       Brian A. Schmidt
       brian.schmidt@kattenlaw.com

       575 Madison Avenue
       New York, New York 10022
       (212) 940-8800

       *Attorneys for Royal Bank of Canada*

31096356.01
NYC01_84106056_1 9/22/2011