CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000
Carmine D. Boccuzzi Jr.
David Y. Livshiz

*Attorneys for Citibank, N.A., Citicorp North America, Inc.,*
*Citigroup Global Markets Limited and Citi Hedge Fund Services Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff-Applicant, | No. 08-01789 (BRL) |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | CERTIFICATE OF SERVICE |
| In re: | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Debtor. | |

I, Richard V. Conza, an attorney admitted to practice in the State of New York

and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify

that:

1. On the 22nd day of September 2011, Citi Defendants' Partial Joinder of

Objections to the Trustee's Motion for (I) a Report and Recommendation to the District Court

for the Appointment of Special Discovery Masters; (II) an Order Establishing Procedures for

Electronic Data Rooms; and (III) an Order Modifying the June 6, 2011 Litigation Protective

Order with Exhibits was served by hand and by Federal Express, as indicated, upon:

### BY HAND

Irving H. Picard, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111

### BY FEDERAL EXPRESS

Kevin H. Bell, Esq.
Securities Investor Protection Corp.
805 Fifteenth Street, NW, Suite 800
Washington, DC  20005

2.  This service was made by an assistant managing clerk of this firm under my

general supervision.

Dated:   New York, New York
         September 22, 2011

_____
Richard V. Conza

2.