UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss:
COUNTY OF NEW YORK  )

        GIA WAKIL, being duly sworn, deposes and says:

    1.    I am employed by the law firm of Skadden, Arps, Slate, Meagher & Flom LLP. I am over 18 years of age and I reside in Bronx, New York. I am not a party to this action.

    2.    On Thursday, September 22, 2011, I caused true and correct copies of (I) *Objection of UniCredit to Trustee's Motion for an Order (i) Abrogating Existing Confidentiality Agreements; (ii) Establishing Procedures for an Electronic Data Room; and (iii) Appointing Two Special Masters* and (II) *Declaration of Jeremy A. Berman in Support of UniCredit's Objection to Trustee's Motion for an Order (i) Abrogating Existing Confidentiality Agreements; (ii) Establishing Procedures for an Electronic Data*

*Room; and (iii) Appointing Two Special Masters* which were filed by Skadden, Arps on September 22, 2011, to be served via Electronic mail on all parties receiving notice via the Court's ECF System, and upon each of the persons and entities listed herein on **Exhibit A**, by causing copies of same to be delivered via Electronic mail and FedEx Overnight mail as indicated on **Exhibit A** attached hereto.

       I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: September 23, 2011

                                             */s/ Gia Wakil*
                                             Gia Wakil

Sworn to before me on this 23rd
day of September, 2011

*/s/ David Kim*
David Kim
Notary Public, State of New York
No. 01KI6224921
 Commission Expires July 19, 2014

## **EXHIBIT A**

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Attn: David J. Sheehan, Esq.
'dsheehan@bakerlaw.com'
Attn: Judith A. Selby, Esq.
'jselby@bakerlaw.com'
Attn: Lourdes M. Slater, Esq.
'lslater@bakerlaw.com'
Attn: Regina L. Griffin, Esq.
'rgriffin@bakerlaw.com'

Securities Investor Protection Corporation
805 Fifteenth Street, N.W.
Suite 800
Washington, D.C. 20005
Attn : Kevin H. Bell
'kbell@sipc.org'
Attn: Josephine Wang
'jwang@sipc.org'