**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York 10019
(212) 403-1000

*Attorneys for Defendants JPMorgan Chase & Co.,
JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC,
and J.P. Morgan Securities Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff-Applicant, | |
| v. | No. 08-01789 (BRL) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Substantively Consolidated |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**CERTIFICATE OF SERVICE**

       I, Jonathon R. La Chapelle, an attorney admitted to practice in the State of New York, hereby certify that I caused a true and correct copy of Non-Party JPMorgan's Joinder of Objections to the Trustee's Motion for an Order Establishing Procedures for Electronic Data Rooms and an Order Modifying the June 6, 2011 Litigation Protective Order to be filed electronically on September 22, 2011 using the CM/ECF system, which will send notification of such filing to registered parties.

2

Dated:  New York, New York
       September 26, 2011

_____
Jonthon R. La Chapelle