BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

　　　　I, **Oleg Bitman**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On August 18, 2011, I served the:

- **Status Report for the Avoidance Action Omnibus Hearing Scheduled for August 24, 2011**

by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:**   *See Attached Schedule A*

                        */s/Oleg Bitman*
                        OLEG BITMAN

Sworn to before me this
27th day of September, 2011

*/s/Magali Lespinasse Lee*
Notary Public

Magali Lespinasse Lee
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2014

2

**SCHEDULE A**

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Chapter 7 Trustee**
Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**
Carolina Fornos – carolina.fornos_@usdoj.gov
Alicia Simmons – Alicia.simmons@usdoj.gov
Matthew Schwartz – matthew.schwartz@usdoj.gov

**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Notices of Appearance**
Michael D. Sirota, Esq.
Kevin R.J. Schroth, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Email:   msirota@coleschotz.com
Email:   kschroth@coleschotz.com
*Attorneys for KML Asset Management LLC*

3

Mark S. Mulholland
Thomas A. Telesca, Esq.
Ruskin Moscou Faltischek, P.C.
Email:  mmulholland@rmfpc.com
Email:  ttelesca@rmfpc.com

*Attorney for Irwin Kellner ("Kellner"), The 2001 Frederick DeMatteis Revocable Trust and the DeMatteis FLP Assets*

Stuart I. Rich, Esq.
James M. Ringer, Esq.
Meister, Seelig & Fein LLP
Email:  sir@msf-law.com
Email:  jmr@msf-law.com
*Attorneys for Jasper Investors Group LLC ("Jasper")*

Matthew Gluck, Esq.
Brad N. Friedman, Esq.
Sanford P. Dumain, Esq.
Jonathan M. Landers
Milberg LLP
Email:  mgluck@milberg.com
Email: bfriedman@milberg.com
Email: sdumain@milberg.com
Email: jlanders@milberg.com
*Attorney for Ruth E. Goldstein, June Pollack, Gerald Blumenthal, Blumenthal & Associates Florida General Partnership, Judith Rock Goldman, the Horowitz Family Trust, and the Unofficial Committee of Certain Claim Holders*

William B. Wachtel, Esq.
Howard Kleinhendler, Esq.
David Yeger, Esq.
Wachtel & Masyr, LLP
Email:  Wachtel@wmllp.com
Email:  hkleinhendler@wmllp.com
Email: dyeger@wmllp.com
*Attorneys to Rosenman Family LLC*

William M. O'Connor, Esq.
Crowell & Moring LLP
E-mail: woconnor@crowell.com
*Attorneys for Jitendra Bhatia, Gopal Bhatia, Kishanchand Bhatia, Jayshree Bhatia and Mandakini Gajaria*


Sean H. Lane

4

Assistant United States Attorney for the Southern District of New York
United States Department of Justice
E-mail: sean.lane@usdoj.gov
*Attorney for the United States of America*

Stephen A. Weiss
Seeger Weiss LLP
Email: sweiss@seegerweiss.com
*Attorney for Marilyn Cohn Gross, Bernard Seldon, Lewis Franck, and Barbara Schlossberg*

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
Email:  ffm@bostonbusinesslaw.com
*Attorney for Iron Mountain Information Management, Inc.*

Barry R. Lax
Brian J. Neville
Brian Maddox
Lax & Neville, LLP
Email:  blax@laxneville.com
Email:  bneville@laxneville.com
E-mail: bmaddox@laxneville.com
*Attorneys for Rose Less, and PJFN Investors LP*

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
Email: schristianson@buchalter.com
*Attorney for Oracle USA, Inc. ("Oracle"), and Oracle Credit Corporation*

Dennis C. Quinn
Barger & Wolen, LLP
Email:  dquinn@bargerwolen.com
*Attorney for Jewish Community Foundation of the Jewish Federation – Council of Greater Los Angeles*

Alan Nisselson, Esq.
Howard L. Simon, Esq.
Regina Griffin, Esq.
Email: anisselson@windelsmarx.com
Email: hsimon@windelsmarx.com
Email: rgriffin@windelsmarx.com
*Attorneys for Alan Nisselson, Interim Chapter 7 Trustee of Bernard L. Madoff*

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLLC
Email: eric.lewis@baachrobinson.com
*Attorney for Stephen John Akers, Mark Richard Byers, and Andrew Laurence Hosking*

5

Joseph E. Shickich, Jr.
Erin Joyce Letey
Riddell Willams P.S.
Email:  jshickich@riddellwilliams.com
Email:  eletey@riddellwilliams.com
*Attorneys for Microsoft Corporation and Microsoft Licensing, GP (collectively, "Microsoft")*

Adam L. Rosen
Silverman Acampora LLP
Email:  ARosen@SilvermanAcampora.com
*Attorney for Talon Air, Inc.*

Angelina E. Lim, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, P.A.
Email: angelinal@jpfirm.com
*Attorney for Anchor Holdings, LLC*

Sanford P. Rosen, Esq.
Sanford P. Rosen & Associates, P.C.
Email:  srosen@rosenpc.com
*Attorneys for Judith S. Schustack, David A. Schustack, Robert J. Schustack, Shirley Schustack Conrad, and Amy Beth Smith*

Marsha Torn, Esq.
Calabrese and Torn, Attorneys at Law
Email: mcalabrese@earthlink.net
*Attorney for Lawrence Torn*

Judith L. Spanier, Esq.
Abbey Spanier Rodd & Abrams, LLP
jspanier@abbeyspanier.com
*Attorneys for ELEM/Youth in Distress Israel, Inc. ("ELEM")*

David J. Molton, Esq.
Martin S. Siegel, Esq.
Brown Rudnick LLP
E-mail: dmolton@brownrudnick.com
Email:  msiegel@brownrudnick.com
*Attorneys for Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry Limited*

Karen E. Wagner
Dana M. Seshens
Denis J. McInerney
Jonathan D. Martin
Davis Polk & Wardwell LLP

6

Email:  karen.wagner@davispolk.com
Email: dana.seshens@davispolk.com
Email: denis.mcinerney@davispolk.com
Email: jonathan.martin@davispolk.com
*Attorneys for Sterling Equities Associates and Certain Affiliates*

David B. Bernfeld
Jeffrey L. Bernfeld
Bernfeld, Dematteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com
Email: jeffreybernfeld@bernfeld-dematteo.com
*Attorneys for Dr. Michael Schur and Mrs. Edith A. Schur*

Joel L. Herz
Law Offices of Joel L. Herz
Email: joel@joelherz.com
*Attorney for Samdia Family, LP*

Stephen Fishbein
James L. Garrity Jr.
Richard F. Schwed
Shearman & Sterling LLP
Email:  sfishbein@shearman.com
Email:  jgarrity@shearman.com;
Email: rschwed@shearman.com
*Attorneys for Carl J. Shapiro and Associated Entities*

Seth C. Farber
Kelly A. Librera
Dewey & Leboeuf LLP
E-mail: sfarber@deweyleboeuf.com
Email: klibrera@deweyleboeuf.com
*Attorneys for Ellen G. Victor, holder of Bernard L. Madoff Investment Securities LLC Accounts 1ZA128-3 and 1ZA128-40, Diana P. Victor, Ariana Victor, Justin Victor Baadarani, Shoshanna Remark Victor and Leila Victor Baadarani*

Daniel M. Glosband
David J. Apfel
Brenda R. Sharton
Larkin M. Morton
Goodwin Procter LLP
Email: dglosband@goodwinprocter.com
Email: dapfel@goodwinprocter.com
Email: bsharton@goodwinprocter.com
Email: lmorton@goodwinprocter.com

*Attorneys for Jeffrey A. Berman, Russell deLucia, Ellenjoy Fields, Michael C. Lesser,Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust and Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust*

Russell M. Yankwitt
Yankwitt & Associates LLC
Email:  russell@yankwitt.com
*Attorneys for Carol Rosen*

Barton Nachamie, Esq.
Janice B. Grubin, Esq.
Jill L. Makower, Esq.
Todtman, Nachamie, Spizz & Johns, P.C.
E-mail: bnachamie@tnsj-law.com
E-Mail: jgrubin@tnsj-law.com
E-mail: jmakower@tnsj-law.com
*Attorneys for ABG Partners d/b/a ABG Investments, Bruce Graybow, as a Partner of ABG Partners, and Graybow Communications Group, Inc.*

Mark W. Smith, Esq.
Timothy A. Valliere, Esq.
Smith Valliere PLLC
Email: msmith@svlaw.com
Email: tvalliere@svlaw.com
*Attorneys to Shana D. Madoff*

Brett S. Moore
Porzio Bromberg & Newman P.C.
Email:  bsmoore@pbnlaw.com
*Attorneys for Paul Laplume and Alain Rukavina, Court Appointed Liquidators for LuxAlpha Sicav and Luxembourg Investment Fund*

Bernard V. Kleinman, Esq.
Alan Berlin, Esq.
Aitken Berlin LLP
Email:  bvkleinman@aitkenberlin.com
Email: adberlin@aitkenberlin.com
*Attorneys for Susan Saltz Charitable Lead Annuity Trust Susan Saltz Descendants Trust*

Jeffrey G. Tougas
Fred W. Reinke
Mayer Brown LLP
E-mail: jtougas@mayerbrown.com
Email:  freinke@mayerbrown.com
*Attorneys for Mutua Madrileña Automovilista Ramo de vida, AXA Private Management, and Fondauto Fondo de Pensiones, SA*

8

Richard A. Cirillo
Arthur J. Steinberg, Esq.
Heath D. Rosenblat, Esq.
King & Spalding LLP
Email: rcirillo@kslaw.com
Email: asteinberg@kslaw.com
Email: hrosenblat@kslaw.com
*Attorney for National Bank of Kuwait, S.A.K. ("NBK"), Lemania SICAV-SIF, and NBK Banque Privee and counsel for the Pascucci Family*

Linda H. Martin, Esq.
Joshua A. Levine, Esq.
Simpson Thacher & Bartlett LLP
Email: lmartin@stblaw.com
Email: jlevine@stblaw.com
*Attorneys Spring Mountain Capital, LP*

Martin L. Seidel
Cadwalader, Wickersham & Taft LLP
Email: martin.seidel@cwt.com
*Attorneys for Milton Fine Revocable Trust, Milton Fine 1997 Charitable -2- Remainder Unitrust, US Trust Co UD Peter M. Lehrer, Peter M. Lehrer and Eileen Lehrer, JSBR Associates LP and The Apmont Group Inc. Pension Plan*

Ernest Edward Badway, Esq.
Fox Rothschild LLP
Email: ebadway@foxrothschild.com
*Attorney to Iris Schaum*

Steven R. Schlesinger, Esq.
Hale Yazicioglu, Esq.
Jaspan Schlesinger LLP
Email: sschlesinger@jaspanllp.com
Email: hyazicioglu@jaspanllp.com
*Attorneys for Peter Zutty, Janet Jaffin Dispositive Trust and Janet Jaffin and Milton Cooper as Trustees, Amy Luria Partners LLC, Amy Joel, Robert Luria Partners, and Samuels Family LTD Partnership, Patricia Samuels, Andrew Samuels, Estate of Richard A. Luria, David Richman, Jay Rosen Executors*

Jeremy A. Mellitz
Withers Bergman, LLP
E-mail: Jeremy.Mellitz@withers.us.com
*Attorney for Von Rautenkranz Nachfolger Special Investments LLC*

Hunter T. Carter, Esq.
Shawanna L. Johnson, Esq.
Arent Fox LLP

9

Email: carter.hunter@arentfox.com
Email: johnson.shawanna@arentfox.com
*Attorneys for Sanford Guritzky, Brenda Guritzky, Dana Guritzky Mandelbaum, Ronald P. Guritzky, Guritzky Family Partnership LP, and Brenda H. Guritzky as Trustee of Trust B U/W George H. Hurwitz (collectively the "Guritzky Parties")*

George Brunelle, Esq.
Anna Hadjikow
Brunelle & Hadjikow, P.C.
Email: gbrunelle@brunellelaw.com
Email: ahadjikow@brunellelaw.com
*Attorneys for the James H. Cohen Special Trust, James H. Cohen, Morrie Abramson, Robyn Berniker, BK Interest, LLC, The Marian Cohen 2001 Residence Trust, Alan D. Garfield, Erin M. Hellberg, Barry E. Kaufman and Marion Tallering-Garfield*

Chester B. Salomon
Becker, Glynn, Melamed & Muffly LLP
Email: csalomon@beckerglynn.com
*Attorney for SBM Investments, LLP, Weithorn/Casper Associated for Selected Holdings LLC*

Jonathan W. Wolfe
Barbara A. Schweiger
Skoloff & Wolfe, P.C.
Email: jwolfe@skoloffwolfe.com
Email: bschweiger@skoloffwolfe.com
*Attorneys for Albert & Carole Angel*

Richard J. McCord, Esq.
Carol A. Glick, Esq.
Certilman Balin Adler & Hyman, LLP
Email: rmccord@certilmanbalin.com
Email: cglick@certilmanbalin.com
*Attorneys to Clayre Hulsh Haft, Morton L. Certilman and Joyce Certilman, Bernard Certilman, Alyssa Beth Certilman,*

Demet Basar
Eric B. Levine
Wolf Haldenstein Adler Freeman & Herz LLP
Email: basar@whafh.com
Email: levine@whafh.com
*Attorneys to Nephrology Associates P.C. Pension Plan*

Imtiaz A. Siddiqui
Steven N. Williams
Cotchett, Pitre & McCarthy
Email: isiddiqui@spmlegal.com
Email: swilliams@cpmlegal.com

10

*Attorneys for Jay Wexler, Daniel Ryan, Theresa Ryan, Matthew Greenberg, Walter Greenberg, Doris Greenberg, The Estate of Leon Greenberg and Donna M. McBride*

Bernard J. Garbutt III, Esq.
Menachem O. Zelmanovitz, Esq.
Morgan, Lewis & Bockius LLP
Email:  bgarbutt@morganlewis.com
Email:  mzelmanovitz@morganlewis.com
*Attorneys for the Kostin Company*

Stephen Fishbein
James L. Garrity Jr.
Richard F. Schwed
Shearman & Sterling LLP
Email:  sfishbein@shearman.com
Email:  jgarrity@shearman.com
Email:  rschwed@shearman.com
*Attorneys for Harold S. Miller Trust Dated 12/4/64 FBO Elaine Miller,
Lilfam LLC, Lilyan Berkowitz Revocable Trust Dated 11/3/95, and Wellesley Capital
Management*

Richard C. Yeskoo
Yeskoo Hogan & Tamlyn, LLP
Email:  yeskoo@yeskoolaw.com
*Attorneys for Joan L. Fisher, Carl T. Fisher, and the Trust U/A VIII of the Will of Gladys C. Luria
F/B/O Carl T. Fisher*

Carmine D. Boccuzzi Jr., Esq.
David Y. Livshiz, Esq.
Cleary Gottlieb Steen & Hamilton LLP
Email:  maofiling@cgsh.com
*Attorneys for Citibank, N.A., Citibank North America, Inc., and Citigroup Global Markets
Limited*

Casey D. Laffey
Reed Smith LLP
Email:  claffey@reedsmith.com
*Attorneys for Bart M. Schwartz, as Receiver of Gabriel Capital, L.P. and Ariel Fund Limited*

Michael S. Pollok
Marvin and Marvin, PLLC
Email:  mpollok@marvinandmarvin.com
*Attorneys for Alan Hayes and Wendy Wolosoff-Hayes*

James H. Hulme
Arent Fox LLP
Email:  hulme.james@arentfox.com

11

*Attorney for Eleven Eighteen Limited Partnership; Bernard S. Gewirz; Carl S. Gewirz; Edward H. Kaplan; Jerome A. Kaplan; Albert H. Small; 1776 K Street Associates Limited Partnership; Estate of Robert H. Smith; Robert H. Smith Revocable Trust; Clarice R. Smith; Robert P. Kogod; Marjet LLC; and Irene R. Kaplan*

David S. Stone, Esq.
Amy Walker Wagner, Esq.
Carolyn B. Rendell
Stone & Magnanini LLP
Email:  dstone@stonemagnalaw.com
Email:  awagner@stonemagnalaw.com
Email:  crendell@stonemagnalaw.com
*Attorneys for Defendants David P. Gerstman and Janet Gerstman*

Alan E. Marder, Esq.
Meyer, Suozzi, English & Klein, P.C.
Email:  amarder@msek.com
*Counsel for Judie B. Lifton and the Judie Lifton 1996*

Jeffrey D. Sternklar
Wendell M.N. Harp
Duane Morris LLP
Email:  jdsternklar@duanemorris.com
Email:  wmharp@duanemorris.com
*Attorneys for Magnus A. Unflat, the Eleanore C. Unflat Living Trust, Eleanore C. Unflat, in her capacity as co- trustee of the Eleanore C. Unflat Living Trust, Magnus A. Unflat, in his capacity as co-trustee of the Eleanore C. Unflat Living Trust, and Eleanore C. Unflat*

Jeff E. Butler
Alexander M. Feldman
Clifford Chance US LLP
Email:  Jeff.Butler@CliffordChance.com
Email:  Alexander.Feldman@CliffordChance.com
*Attorneys for Cardinal Management, Inc. and Dakota Global Investments, Ltd.*

Bennette D. Kramer
Schlam Stone & Dolan LLP
Email:  bdk@schlamstone.com
*Attorneys for defendant Belfer Two Corporation*

300181526