BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Marc E. Hirschfield, Esq.
Keith R. Murphy, Esq.
Elizabeth A. Scully, Esq.
Thomas L. Long, Esq.
*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARINGS ON OCTOBER 4, 2011 AT 10:00 A.M.**

**CONTESTED MATTERS**

**Picard v. Mount Capital Fund Ltd.; Adv. Pro. No. 10-5123**

1. Motion to Approve /Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Agreement By and Among the Trustee, Mount Capital Fund LTD. and Mount Capital Asset Subsidiary LTD. filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment

Securities LLC. with hearing to be held on 10/4/2011 at 10:00 AM at Courtroom 623 (BRL) (Sheehan, David) (Filed: 08/31/2011) [Docket No. 14]

Related Documents:

A.  Affidavit of Service (related document(s) 14 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Hirschfield, Marc) (Filed: 09/09/2011) [Docket No. 15]

B.  Affidavit of Service for 9/13/2011 (related document(s) 14 ) filed by John J Collins Jr. on behalf of AlixPartners, LLP. (Collins, John) (Filed: 09/15/2011) [Docket No. 16]

Objection Deadline:    September 27, 2011

Status: This matter is going forward.

Dated:  New York, New York        Respectfully submitted,
        October 3, 2011

/s/Marc Hirschfield, Esq.
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Keith R. Murphy, Esq.
Email: kmurphy@bakerlaw.com
Elizabeth A. Scully, Esq.
Email: escully@bakerlaw.com
Thomas L. Long, Esq.
Email: tlong@bakerlaw.com
*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

300182132.1