**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Regina L. Griffin
rgriffin@bakerlaw.com
Judith A. Selby
jselby@bakerlaw.com
Lourdes M. Slater
lslater@bakerlaw.com

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively*
*Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities*
*LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | No. 08-01789 (BRL)  SIPA Liquidation  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |

**NOTICE OF ADJOURNMENT OF HEARING**

  **WHEREAS**, on August 5, 2011, Irving H. Picard (the "Trustee"), as trustee for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under

the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff ("Madoff" and together with BLMIS, the "Debtors"), by and through his undersigned counsel, pursuant to, *inter alia*, section 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), and Rules 7016, 7026 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), moved (the "Motion") for entry of: (I) a report and recommendation to the District Court for the appointment of Special Discovery Masters; (II) an Order expanding the Case Management Procedures approved by the Court on November 10, 2010, granting access to the Trustee's existing electronic data room to additional defendants and establishing procedures for the creation of a separate electronic data room for documents produced to the Trustee; and (III) an Order modifying, in limited fashion, the Litigation Protective Order, dated June 6, 2011 [Dkt. 4137], including superseding all individual confidentiality agreements between the Trustee and any parties (collectively, the "Proposed Orders"); and

**WHEREAS**, unless otherwise agreed with the Trustee, objections to the Motion were due on August 31, 2011;

**PLEASE TAKE NOTICE THAT**, the hearing to consider the Motion and any related objections that was previously scheduled for October 5, 2011 is hereby further adjourned and will be held before the Honorable Burton R. Lifland at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 623, New York, New York 10004 on **October 19, 2011 at 10:00 a.m.** The hearing may be further adjourned from time to time by the filing of further Notice(s) of Adjournment and without further mailed notice to parties-in-interest. Further, to the extent that the Trustee determines to revise any of the Proposed Orders that were appended to the Motion on account of, among other things,

2

discussions with various parties-in-interest, the Trustee will file any revisions to the Proposed Order(s) no less than three (3) business days prior to the hearing. All parties-in-interest may refer to the Court docket and/or contact Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: Sarah Jane T.C. Truong, Esq. (struong@bakerlaw.com), with respect to further adjournments or to receive copies of the revised Proposed Order(s).

Dated: New York, New York
       October 3, 2011

BAKER & HOSTETLER LLP

By: /s/ David J. Sheehan
    David J. Sheehan
    Regina L. Griffin
    Judith A. Selby
    Lourdes M. Slater
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300182275