ROBERT J. KAPLAN
*Attorney for MUUS Independence Fund LP*
*and Michael W. Sonnenfeldt*
15 Maiden Lane
Suite 703
New York, NY 10038
(212) 964-0600
*lawkap@aol.com*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                              Adv. Pro. No. 08-01789 (BRL)

                Plaintiff-Applicant,               SIPA LIQUIDATION
                                                                          (Substantively Consolidated)
                v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
----------------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

                Debtor.
----------------------------------------------------------------------x

## PROOF OF SERVICE

      Pursuant to 28 USC §1746, the undersigned, Robert J. Kaplan, declares as follows:

      I am over the age of 18 years.  I am not a party to this case or proceeding.  I reside in Brooklyn, New York.

      On October 12, 2011, I served the following papers (Docket No. 4442) on Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., Judith A. Selby, Esq., Lourdes M. Slater, Esq. and Regina L. Griffin, Esq., and Securities Investor Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, D.C. 20005, Attn: Kevin H. Bell, Esq., by transmitting to the e-mail addresses that the Court's ECF system reflects

for those attorneys a copy of the Notice of Electronic Filing that the Court's ECF system generated for those papers.

Docket No. 4442

**Supplemental Objection to Motion -**
**SUPPLEMENT TO OBJECTIONS OF MUUS INDEPENDENCE FUND LP AND MICHAEL W. SONNENFELDT TO THE TRUSTEE'S PROPOSED ORDERS REGARDING DATA ROOMS AND CONFIDENTIALITY**

I declare under penalty of perjury that the foregoing is true and correct.
Executed on October 12, 2011.

*s/ Robert J. Kaplan*
_____
Robert J. Kaplan