# EXHIBIT A

Baker Hostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

**VIA U.S. MAIL**

September 28, 2011

Michelle L. Young
direct dial: 212.589.4611
myoung@bakerlaw.com

Re:    *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff
       Investment Securities LLC v. Saul B. Katz, et al.*, Adv. Pro. No. 11-CV-
       03605 (JSR) in the United States District Court for the Southern District
       of New York.

Dear BLMIS Customer:

We represent Irving H. Picard, Trustee in the above-referenced action, which is an
adversary proceeding brought by the Trustee against Saul B. Katz, et al. Please be
advised that the Trustee is preparing to make available in this litigation, and in any
litigation withdrawn to federal district court, documents that may contain your personal
confidential information via an electronic data room (the "Electronic Data Room"),
established pursuant to the Order Establishing Litigation Case Management Procedures
for Avoidance Actions and Amending the February 16, 2010 Protective Order [Dkt.
3141], approved by the Bankruptcy Court of the Southern District of New York on
November 10, 2010 in *Securities Investor Protection Corporation v. Bernard L. Madoff
Investment Securities, LLC, et al.*, Adv. Pro. No. 08-01789 (BRL). These documents
have been requested in the ordinary course of discovery by the defendants in the above-
referenced action.

As you may know, a governing Litigation Protective Order was entered on June 6, 2011
[Docket No. 4137] (the "Litigation Protective Order") entered in *Securities Investor
Protection Corporation v. Bernard L. Madoff Investment Securities, LLC, et al.*, Adv.
Pro. No. 08-01789 (BRL). Under the Litigation Protective Order, we are hereby
providing notice that the Trustee intends to comply with the discovery request and
produce the documents unless you seek a protective order. Pursuant to Paragraph 12,
you have ten business days from today's date to take any action, and if we do not hear
otherwise by October 12, 2011, you will be deemed to have consented to the Trustee's
compliance with his discovery obligations.

BLMIS Customer
September 28, 2011
Page 2

Defendants' counsel are obligated by § 107(b) of the Bankruptcy Code and state and federal statutes and regulations governing privacy to redact financial and "personally identifiable information," before sharing any documents produced from the Electronic Data Room with their clients, witnesses in depositions or any other purpose related to this adversary proceeding.

Sincerely,

Michelle L. Young