Steven G. Storch (SS 5241)
Rena Andoh (RA 9376)
Brittany Nilson (BN 4949)
STORCH AMINI & MUNVES PC
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
Tel. (212) 490-4100
Fax (212) 490-4208
storch@samlegal.com
randoh@samlegal.com
bnilson@samlegal.com

*Attorneys for PJ Administrator LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (BRL) |
| | SIPA Liquidation |
| Plaintiff, | |
| | (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

### WITHDRAWAL OF OBJECTION TO TRUSTEE'S PRODUCTION OF PJ's POTENTIALLY CONFIDENTIAL DOCUMENTS

PJ Administrator LLC ("PJ"), by and through its undersigned counsel, withdraws its objection [Docket No. 4444] to the Trustee's letter providing notice of intent to produce documents potentially containing PJ's confidential information.

Dated: New York, New York
October 14, 2011

STORCH AMINI & MUNVES PC

By: /s/ Steven G. Storch
Steven G. Storch (SS 5241)
Rena Andoh (RA 9376)
Brittany Nilson (BN 4949)
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
(212) 490-4100
*Attorneys for PJ Administrator LLC*