UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On October 13, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000180)

4. On October 13, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000181)

5. On October 13, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000183)

Executed on Oct. 14, 2011

_____
John S. Franks

Sworn to and subscribed before me this 14th day of October, 2011

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____
(SEAL)                                          Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 000180**

10/13/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Recovery Partners Holdings I, LLC | Attn: Shanshan Cao and Sandra Markovic | 375 Park Avenue | 12th Floor | New York | NY | 10152 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBER 000181**

10/13/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | MCF Funding, L.L.C. | c/o Farallon Capital Management L.L.C. | One Maritime Plaza, Suite 2100 | Attention: Michael G. Linn | San Francisco | CA | 94111 | |

# Exhibit C

**SERVICE LIST C**
**TRANSFER NUMBER 000183**

10/13/2011

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| | X | | BMIS Funding IDC, LLC | c/o Farallon Capital Management L.L.C. | One Maritime Plaza, Suite 2100 | Attention: Michael G. Linn | San Francisco | CA | 94111 |