BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

In re:

BERNARD L. MADOFF,

       Debtor.

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

    I, **Magali L. Lee**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On October 3, 2011, I served the **Notice of Adjournment of Hearing on the Trustee's Motion For (I) A Report And Recommendation To The District Court For The Appointment Of Special Discovery Masters; (II) An Order Establishing Procedures For Electronic Data Rooms; And (III) An Order Modifying The June 6, 2011 Litigation Protective Order** by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery.

**TO:**  *See Attached Schedule A*

/s/ Magali Lespinasse Lee
Magali Lespinasse Lee

Sworn to before me this
14th day of October, 2011

/s/ Sonya M. Graham
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: 9/12/2013

# SCHEDULE A

P. Gregory Schwed, Esq.
Daniel B. Besikof, Esq.
Loeb & Loeb LLP
Email: gschwed@loeb.com
Email: 'dbesikof@loeb.com'
*Attorneys for Evanstad Family Defendants*

Thomas J. Moloney, Esq.
Cleary Gottlieb Steen & Hamilton LLP
Email: tmoloney@cgsh.com
*Attorneys for HSBC*

300183797