BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 19, 2011 AT 10:00 A.M.**

**UNCONTESTED MATTER**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-1789**

1.     Seventh Application of Trustee and Baker & Hostetler LLP for Allowance of Interim
       Compensation for Services Rendered and Reimbursement of Actual and Necessary
       Expenses Incurred from February 1, 2011 through May 31, 2011 for Baker & Hostetler,
       LLP, Trustee's Attorney, period: 2/1/2011 to 5/31/2011, fee: $44,727,586.65, expenses:
       $1,270,956.31, for Irving H. Picard, Other Professional, period: 2/1/2011 to 5/31/2011,

fee:$599301, expenses: $479.80. filed by Baker & Hostetler, LLP
(Filed: 9/21/2011) [ECF No. 4376]

2. Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2011 through May 31, 2011 for Eugene F. Collins, Special Counsel, period: 2/1/2011 to 5/31/2011, fee: $9,616.37, expenses: $176.12. filed by Eugene F. Collins (Filed: 9/21/2011) [ECF No. 4379]

3. Application of Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2011 through May 31, 2011 for Higgs & Johnson, Special Counsel, period: 2/1/2011 to 5/31/2011, fee: $41,721.75, expenses: $2,794.43. filed by Higgs & Johnson (Filed: 9/21/2011) [ECF No. 4380]

4. Application of Taylor Wessing as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 9, 2011 through May 31, 2011 for Taylor Wessing, Special Counsel, period: 2/9/2011 to 5/31/2011, fee: $1,434,276.9, expenses: $249,075.7. filed by Taylor Wessing (Filed: 9/21/2011) [ECF No. 4381]

5. Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 14, 2011 through May 31, 2011 for UGGC & Associes, Special Counsel, period: 2/14/2011 to 5/31/2011, fee:$70603.45, expenses: $8262.14. filed by UGGC & Associes (Filed: 9/21/2011) [ECF No. 4382]

6. Application of Kugler Kandestin, L.L.P., as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2011 through May 31, 2011 for Kugler Kandestin, L.L.P., Special Counsel, period: 2/1/2011 to 5/31/2011, fee: $6,462.53, expenses: $724.25. filed by Kugler Kandestin, L.L.P (Filed: 9/21/2011) [ECF No. 4383]

7. Application of Young Conaway Stargatt & Taylor LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2011 through May 31, 2011 for Young Conaway Stargatt & Taylor, LLP, Special Counsel, period: 2/1/2011 to 5/31/2011, fee: $49,484.70, expenses: $840.62. filed by Young Conaway Stargatt & Taylor, LLP (Filed: 9/21/2011) [ECF No. 4384]

8. Application of Osborne & Osborne, P.A. as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from March 8, 2011 through May 31, 2011 for Osborne & Osborne, P.A., Special Counsel, period: 3/8/2011 to 5/31/2011, fee: $1,301.85, expenses: $35.21. filed by Osborne & Osborne, P.A (Filed: 9/21/2011) [ECF No. 4385]

9.     Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from February 1, 2011 through May 31, 2011 for SCA Creque, Special Counsel, period: 2/1/2011 to 5/31/2011, fee:$159031.51, expenses: $1174. filed by SCA Creque (Filed: 9/21/2011) [ECF No. 4386]

10.    Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2011 through May 31, 2011 for Williams, Barristers & Attorneys, Special Counsel, period: 2/1/2011 to 5/31/2011, fee: $282,089.89, expenses: $2,673.5. filed by Williams, Barristers & Attorneys (Filed: 9/21/2011) [ECF No. 4387]

11.    Application of Graf & Pitkowitz Rechtsanwalte GmbH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2011 through May 31, 2011 for Graf & Pitkowitz Rechtsanwalte GmbH, Special Counsel, period: 2/1/2011 to 5/31/2011, fee: $970,376.3, expenses: $32,139.63. filed by Graf & Pitkowitz Rechtsanwalte GmbH (Filed: 9/21/2011) [ECF No. 4388]

12.    Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2011 through May 31, 2011 for Schiltz & Schiltz, Special Counsel, period: 2/1/2011 to 5/31/2011, fee: $60,220.27, expenses: $9,248.79. filed by Schiltz & Schiltz (Filed: 9/21/2011) [ECF No. 4389]

13.    Sixth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2011 through May 31, 2011 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 2/1/2011 to 5/31/2011, fee: $2,987,422.80, expenses: $39,630.76. filed by Windels Marx Lane & Mittendorf, LLP (Filed: 9/21/2011) [ECF No. 4391]

Related Documents:

A.     Notice of Hearing on Seventh Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from February 1, 2011 through May 31, 2011 (related documents 4376, 4391, 4389, 4384, 4381, 4386, 4385, 4380, 4387, 4382, 4388, 4383, 4379) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 9/21/2011) [ECF No. 4392]

B.     Affidavit of Service of Notice of Hearing on Seventh Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from February 1, 2011 through May 31, 2011 (related document 4392) filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed: 9/26/2011) [ECF No. 4412]

Objections Due:                              October 5, 2011

Objections Filed:                            NONE

Responses Filed:

C.      Response to Motion In Support Of First Application Of Osborne & Osborne,
        P.A., For Interim Compensation And Reimbursement of Expenses (related
        document 4385) filed by Kevin H. Bell on behalf of Securities Investor Protection
        Corporation (Filed:  10/13/2011) [ECF No. 4446]

D.      Response to Motion In Support Of The Sixth Application of Windels Marx Lane
        & Mittendorf, LLP, For Interim Compensation And Reimbursement Of Expenses
        (related document 4391) filed by Kevin H. Bell on behalf of Securities Investor
        Protection Corporation (Filed:  10/14/2011) [ECF No. 4447]

E.      Response to Motion in Support of Second Application of Young Conaway
        Stargatt & Taylor, For Interim Compensation And Reimbursement Of Expenses
        filed by Kevin H. Bell on behalf of Securities Investor Protection Corporation
        (Filed:  10/14/2011) [ECF No. 4449]

F.      Response to Motion In Support Of Applications Of International Special Counsel
        To Irving H. Picard, Trustee, For Interim Compensation And Reimbursement Of
        Expenses (related documents 4389, 4381, 4386, 4380, 4387, 4382, 4388, 4383,
        4379) filed by Kevin H. Bell on behalf of Securities Investor Protection
        Corporation (Filed:  10/14/2011) [ECF No. 4450]

G.      Response to Motion In Support Of Seventh Application Of Trustee And Counsel
        For Interim Compensation And Reimbursement Of Expenses (related document
        4376) filed by Kevin H. Bell on behalf of Securities Investor Protection
        Corporation (Filed:  10/14/2011) [ECF No. 4451]


Dated: New York, New York
       October 18, 2011
                                **BAKER & HOSTETLER LLP**


                        By:     s/David J. Sheehan
                                Baker & Hostetler LLP
                                45 Rockefeller Plaza
                                New York, NY  10111
                                Telephone: (212) 589-4200
                                Facsimile: (212) 589-4201
                                David J. Sheehan
                                Email: dsheehan@bakerlaw.com

- 4 -

Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff*
*Investment Securities LLC And Bernard L.*
*Madoff*

300184007