# EXHIBIT A

**OBJECTION OF THE ORTHOPAEDIC SPECIALTY GROUP, P.C. PLAN PARTICIPANTS TO TRUSTEE'S MOTION FOR AN ORDER TO SCHEDULE HEARING ON "CUSTOMER" ISSUE AS IT RELATES TO ERISA**

# Orthopaedic Specialty Group PC
## Defined Contribution Pension Plan



## LIST OF PARTICIPANTS FILING CUSTOMER CLAIMS

RECEIVED MAR 0 4 2009

| Volume 1 | Volume 2 | Volume 3 |
|---|---|---|
| 1. Alexander, Linda | 40. Gallant, Scott | 80. Panapada, Caroline |
| 2. Armstrong, Kai | 41. Giarratano, Valerie | 81. Parisi, Madelyn |
| 3. Awad, John | 42. Glover, Pam | 82. Pelton, Melissa |
| 4. Ayala, Ivette | 43. Gonzalez, Maria | 83. Perez, Edna |
| 5. Backe, Henry | 44. Gutierrez, Diana | 84. Petrowsky, Ryan |
| 6. Basta, Angela | 45. Hagerty, June | 85. Petrucelli, Joyce |
| 7. Belchak, Jeanne | 46. Hash, Stacy | 86. Piccolo, Jennifer |
| 8. Belcher, Kim | 47. Haydon-Ryan, Amy | 87. Pimpinella, Suzanne |
| 9. Bell, Janet | 48. Heibler, Carol | 88. Platt, Candace |
| 10. Bindelglass, David | 49. Hermele, Herbert | 89. Raschke, Barbara |
| 11. Bjork, Joan | 50. Heske, Nancy | 90. Ripley, Denise |
| 12. Brenia, Cynthia | 51. Ianotti, Erika | 91. Rivera, Yesenia |
| 13. Brittis, Dante | 52. Janik, Laura | 92. Rodriguez-Ortiz, Raquel |
| 14. Broadhurst, Linda | 53. Kalapir, Daniela | 93. Rosa, Isabel |
| 15. Butler, Barbara | 54. Kettles, Christina | 94. Rosado, David |
| 16. Carney, Wilhelmina | 55. Kirschenbaum, Lawrence | 95. Rosiello, Tita |
| 17. Cash, Lorina | 56. Kross, Rayna | 96. Saffir, Michael |
| 18. Casimiro, Joan | 57. Kwok, Patrick | 97. Sammartano, Claudia |
| 19. Castro, Rosaura | 58. Langeland, Rolf | 98. Santos, Ivelisse |
| 20. Christy, Brian | 59. Laviolette, Cuschine | 99. Schaefer, Linda |
| 21. Chymeryc, Tracey | 60. Lay, Nicole | 100. Schneider, Christine |
| 22. Cimino, William | 61. Lewkowicz, Martha | 101. Shear, Perry |
| 23. Ciskowski, Michael | 62. Libretti, George | 102. Simpson, Lynn |
| 24. Collazo, Carmen | 63. Lilly, Stacy | 103. Slattery, Elizabeth |
| 25. Commaille, Nancy | 64. Lomax, Marissa | 104. Soviero, Fiore |
| 26. Constantino, Janet | 65. Lorenzo, Laura | 105. St. Cloud, Carline |
| 27. Cortez, Jessica | 66. Makar, Karen | 106. Stanton, Robert |
| 28. Council, Brooke | 67. Malin, Joel | 107. Stasolla, Rebecca |
| 29. Crasilli, Lisa | 68. Martino, Donna | 108. Stevens, Tiffany |
| 30. Dawe, Robert | 69. Mastroianni, Elizabeth | 109. Stockmal, Nicole |
| 31. Delgado, Ailleen | 70. Maxwell, Karen | 110. Stopka, Ania |
| 32. Delucia, Kathy | 71. Mcaleer, Sarah | 111. Teixeira, Susana |
| 33. Delucia, Lisa | 72. Mikos, Kathleen | 112. Towle, Simone |
| 34. Dmowski, Brigette | 73. Moore, Diana | 113. Turner, Monica |
| 35. Edelman, Sue | 74. Morrison, Murray | 114. Uhlan, Cynthia |
| 36. Falkowski, Barbara | 75. Nagy, Kim | 115. Vargas, Candace |
| 37. Favazza, Donna | 76. Noll, Noreen | 116. Viola, Kathie |
| 38. Fournier, Cynthia | 77. Nowlan, Patricia | 117. Wilmot, Jane |
| 39. Franzese, Sarah | 78. Otero, Patricia | |
| | 79. Padilla, Taina | |

RECEIVED MAR 0 4 2009