STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:    (310) 228-5600
Facsimile:    (310) 228-5788
Eric D. Goldberg

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,** | Adv. Pro. No. 08-01789 (BRL) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

　　　　PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case as a party-in-interest, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and demands that all hearings, applications, motions, contested matters, and notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

> Stutman, Treister & Glatt, P.C.
> 1901 Avenue of the Stars, 12th Floor
> Los Angeles, CA 90067
> Attn: Eric D. Goldberg, Esq.
> Telephone: (310) 228-5600
> Facsimile: (310) 228-5788
> Email: egoldberg@stutman.com

556058v1

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by email delivery, U.S. mail delivery, telephone, facsimile or otherwise, in this case.

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim document, suit, motion, nor any other writing or conduct shall (i) expressly or impliedly designate the undersigned as agent for service of process, or (ii) constitute a waiver of any of the following rights of the interested party:

(a) Right to have any and all final order in any and all non-core matters entered only after de novo review by United States District Judge;

(b) Right to trial by jury in any proceeding as to any and all matter so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and,

(d) Other, rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

556058v1

All of the above rights are expressly reserved and preserved unto the interest party without exception and with no purpose of confession or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

DATED: October 19, 2011
          Los Angeles, CA

*/s/ Eric D. Goldberg*
ERIC D. GOLDBERG, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

*Mailing Address*:
Stutman, Treister & Glatt
Professional Corporation
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
*E-mail address*: egoldberg@stutman.com
*Telephone number:* (310) 228-5600

556058v1