STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:     (310) 228-5600
Facsimile:     (310) 228-5788
Eric D. Goldberg

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,**<br><br>                    **Plaintiff,**<br><br>          v.<br><br>**BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,** | Adv. Pro. No. 08-01789 (BRL) |

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

    I, Eric D. Goldberg, hereby certify that on October 19, 2011, I electronically filed the:

    NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

with the Clerk of the Court using the CM/ECF system.  The foregoing document was served by the court via NEF and hyperlink to the document to parties listed below via email.

DATED: October 19, 2011
   Los Angeles, CA     */s/ Eric D. Goldberg*
               ERIC D. GOLDBERG, a Member of
               Stutman, Treister & Glatt, P.C.
               1901 Avenue of the Stars, 12th Floor
               Los Angeles, CA 90067
               *E-mail address*: egoldberg@stutman.com
               *Telephone number:* (310) 228-5600

556059v1

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Don Abraham    dabraham@gibbonslaw.com
- Robert Alan Abrams    rabrams@katskykorins.com
- Anna Conlon Aguilar    aaguilar@conlonaguilar.com
- Kathleen M. Aiello    kaiello@foxrothschild.com
- Emily Alexander    emilyalexander@tafattorneys.com
- Parvin K. Aminolroaya    paminolroaya@seegerweiss.com
- Stanley S. Arkin    sarkin@arkin-law.com, dford@arkin-law.com;dpohl@arkin-law.com;ppope@arkin-law.com;hkaplan@arkin-law.com
- Jan Douglas Atlas    jda@adorno.com, kcardoso@adorno.com
- Elizabeth Austin    ea@pullcom.com, jgrossarth@pullcom.com
- Robert H. Avaunt    ravaunt@gmail.com
- Ernest E. Badway    ebadway@foxrothschild.com
- Susan F. Balaschak    susan.balaschak@akerman.com
- David M. Banker    dbanker@lowenstein.com
- Christopher L. Barnett    cbarnett@sternsweaver.com, cgraver@stearnsweaver.com;mmesones-mori@stearnsweaver.com
- Jonathan R. Barr    jbarr@bakerlaw.com
- David L. Barrack    dbarrack@fulbright.com
- Thomas P. Battistoni    tbattistoni@schiffhardin.com, lbonilla@schiffhardin.com;sodavis@schiffhardin.com
- Kevin H. Bell    kbell@sipc.org
- Shaya M. Berger    bergers@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com
- James L. Bernard    jbernard@stroock.com, insolvency@stroock.com
- Richard Bernard    bhaa@bakerlaw.com
- Richard J. Bernard    bhaa@bakerlaw.com

556059v1

- Richard J. Bernard    bhaa@bakerlaw.com

- Richard J. Bernard    bhaa@bakerlaw.com

- Richard J. Bernard    rbernard@foley.com

- Jeffrey L. Bernfeld    jeffreybernfeld@bernfeld-dematteo.com

- Daniel B. Besikof    dbesikof@loeb.com

- Tammy P. Bieber    tammy.bieber@shearman.com

- Peter D. Bilowz    pbilowz@goulstonstorrs.com

- Javier Bleichmar    jbleichmar@labaton.com

- Mark A. Blount    mblount@tessercohen.com

- Carmine Boccuzzi    maofiling@cgsh.com, cboccuzzi@cgsh.com

- Marc Bogatin    marcbogatin@yahoo.com

- Fernando A Bohorquez    bhaa@bakerlaw.com

- Lucille B. Brennan    lbbankruptcy@ftwlaw.com

- Kirk L. Brett    kbrett@dsllp.com

- Thomas E. Brett    westburybretts@aol.com

- Seanna Brown    sbrown@bakerlaw.com, nlandrio@bakerlaw.com

- Michael Z. Brownstein    mbrownstein@blankrome.com

- George Brunelle    gbrunelle@brunellelaw.com, ahadjikow@brunellelaw.com

- Jacob Buchdahl    jbuchdahl@susmangodfrey.com

- John J. Burke    jburke@bakerlaw.com

- Jeff E. Butler    jeff.butler@cliffordchance.com, alexander.feldman@cliffordchance.com;MCO@cliffordchance.com

- Carlos J. Canino    ccanino@sternsweaver.com, cgraver@stearnsweaver.com;mmesones-mori@stearnsweaver.com

- Helen V. Cantwell    hvcantwe@debevoise.com, mao-bk-ecf@debevoise.com

- Susan Capote    scapote@lewistein.com

- John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com

556059v1

- John H. Carney    jcarney@johncarney.com, arosenberg@johncarney.com;bsmiley@johnhcarney.com;mahern@johnhcarney.com;dhaas@johnhcarney.com;fparedes@johnhcarney.com

- Hunter T. Carter    carter.hunter@arentfox.com, johnson.shawanna@arentfox.com

- Gerard Sylvester Catalanello    gcatalanello@duanemorris.com, gcatalanello@duanemorris.com

- Joseph P Cerato    j.jpclaw@comcast.net

- Helen Chaitman    HChaitman@becker-poliakoff.com, LBlanco@becker-poliakoff.com;JGorchkova@becker-poliakoff.com;MCoelho@becker-poliakoff.com;cdavis@becker-poliakoff.com

- William L. Chapman    wchapman@orr-reno.com

- Bik Cheema    bcheema@bakerlaw.com

- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com

- Joseph Cioffi    jcioffi@dglaw.com, lpanebianco@dglaw.com

- Michael V. Ciresi    mvciresi@rkmc.com

- Richard A. Cirillo    rcirillo@kslaw.com, jcmccullough@kslaw.com;lwmitchell@kslaw.com;jedgemon@kslaw.com

- Jennifer A. Clark    jaclark@bklawyers.com, lldemacy@bklawyers.com;jlratkowski@bklawyers.com

- Sammantha Clegg    sclegg@bakerlaw.com

- Jonathan D. Cogan    jonathan.cogan@kobrekim.com

- John J Collins    jcollins@alixpartners.com

- Mark G Cunha    mcunha@stblaw.com

- Walter H. Curchack    wcurchack@loeb.com, vrubinstein@loeb.com

- Mark A. Cymrot    mcymrot@bakerlaw.com

- Michael R. Dal Lago    , bankruptcy@morrisoncohen.com

- Donald N. David    donald.david@akerman.com, elissa.fudim@akerman.com;charlene.cerda@akerman.com;angela.lipscomb@akerman.com;kimberly.shinder@akerman.com;michael.goldberg@akerman.com

- Scott I. Davidson    sdavidson@kslaw.com

556059v1

- Paul R. DeFilippo    pdefilippo@wmd-law.com, gparascondola@wmd-law.com;jgiampolo@wmd-law.com

- Benjamin P. Deutsch    bdeutsch@schnader.com

- Michael G Dickler    mdickler@sperling-law.com

- Vivian R. Drohan    vdrohan@dlkny.com

- John H. Drucker    jdrucker@coleschotz.com;jdrucker@aol.com

- Todd E. Duffy    tduffy@andersonkill.com, dnolan@andersonkill.com

- Sanford P. Dumain    sdumain@milberg.com

- Brian Dunefsky    brian.dunefsky@withers.us.com

- David J. Eiseman    deiseman@golenbock.com, dreinhart@golenbock.com;eneuman@golenbock.com

- Gary F. Eisenberg    geisenberg@herrick.com, courtnotices@herrick.com

- Douglas J. Emanuel    demanuel@crfllp.com

- Brian K. Esser    besser@bakerlaw.com

- Michael S. Feldberg    michael.feldberg@newyork.allenovery.com, kurt.vellek@allenovery.com;lanier.saperstein@allenovery.com

- Jeffrey D. Felder    jfelder@bhfs.com

- Richard B. Feldman    rfeldman@rfs-law.com, jmcdaniel@rfs-law.com

- Daniel J. Fetterman    dfetterman@kasowitz.com, courtnotices@kasowitz.com

- Andrea Fischer    afischer@morrisoncohen.com, bankruptcy@morrisoncohen.com

- Stephen Fishbein    sfishbein@shearman.com

- Eric Fisher    fishere@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

- Jonathan L. Flaxer    jflaxer@golenbock.com, eneuman@golenbock.com;mweinstein@golenbock.com

- Max Folkenflik    mfolkenflik@fmlaw.net

- Gregory W. Fox    gfox@fklaw.com

- Elise Scherr Frejka    efrejka@kramerlevin.com

- Brad N. Friedman    bfriedman@milberg.com, kchoi@milberg.com,jlanders@milberg.com

556059v1

- Douglas L Furth    dfurth@golenbock.com, eneuman@golenbock.com;mweinstein@golenbock.com

- Richard M. Gabor    rgabor@gaborassociates.com

- Jessie Morgan Gabriel    jgabriel@bakerlaw.com

- Christopher L. Gallinari    cgallinari@bellowspc.com, sgeller@bellowspc.com;jreinke@bellowslaw.com

- Alan E. Gamza    Agamza@mosessinger.com, dkick@mosessinger.com;dbutvick@mosessinger.com;cgresh@mosessinger.com;kkolbig@mosessinger.com

- James L. Garrity    jgarrity@shearman.com, tammy.bieber@shearman.com;keith.palfin@shearman.com

- Karl Geercken    kgeercken@alston.com, kgeercken@alston.com;plewis@alston.com

- Karen L. Gilman    kgilman@wolffsamson.com, ecf@wolffsamson.com

- Larry Ivan Glick    lglick@shutts.com

- Daniel M. Glosband    dglosband@goodwinprocter.com

- Matthew Gluck    mgluck@milberg.com, cslidders@milberg.com;mpenrhyn@milberg.com

- James B. Glucksman    jbg@rattetlaw.com, ch11esq@yahoo.com

- Matthew J. Gold    mgold@kkwc.com

- Brian Edward Goldberg    goldbergb@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

- Thomas D. Goldberg    tdgoldberg@dbh.com

- Ginny L. Goldman    attorneygg@aol.com

- Robert S. Goodman    rgoodman@moundcotton.com

- Julie Gorchkova    JGorchkova@becker-poliakoff.com

- Philip J. Gordon    pgordon@gordonllp.com

- Adam K. Grant    agrant@kasowitz.com, courtnotices@kasowitz.com

- Michelle L. Greenberg    mgreenberg@frierlevitt.com

- Christopher Gresh    cgresh@mosessinger.com

- Regina Griffin    rgriffin@bakerlaw.com

- Michael R. Griffinger    griffinger@gibbonslaw.com

- Amy C. Gross    agross@kvwmail.com, dkornstein@kvwmail.com;wpollard@kvwmail.com

- Edward P. Grosz    egrosz@reitlerlaw.com

- Janice Beth Grubin    jgrubin@tnsj-law.com, snobles@tnsj-law.com

- Philip M. Guess    philg@klgates.com, rhonda.hinman@klgates.com

- Christopher Matthew Guhin    cguhin@stroock.com

- Thomas J. Hall    thall@chadbourne.com

- Alan D. Halperin    ahalperin@halperinlaw.net, lgu@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

- Dara Gilwit Hammerman    dara.hammerman@withers.us.com

- Kevin M. Harr    kharr@rozcolaw.com

- Lee Harrington    lharrington@nixonpeabody.com

- Marcy R. Harris    marcy.harris@srz.com

- Thomas B. Hatch    tbhatch@rkmc.com, lcwolf@rkmc.com

- Patricia H. Heer    phheer@duanemorris.com, odmclean@duanemorris.com

- Joanne M. Hepburn    joanne.hepburn@klgates.com

- Joel L. Herz    joel@joelherz.com

- Ronald A. Hewitt    rhewitt@cov.com

- George R. Hirsch    ghirsch@sillscummis.com

- Marc Hirschfield    bhaa@bakerlaw.com

- Marc Hirschfield    bhaa@bakerlaw.com

- Marc E. Hirschfield    bhaa@bakerlaw.com

- Marc E. Hirschfield    bhaa@bakerlaw.com

- Marc E. Hirschfield    bhaa@bakerlaw.com

- Marc E. Hirschfield    mhirschfield@bakerlaw.com, nlandrio@bakerlaw.com;bhbkteam@bakerlaw.com;bhaa@bakerlaw.com

- Fran Hoffinger    fhoffinger@hsrlaw.com

556059v1

- Jack Hoffinger    jhoffinger@hsrlaw.com
- Paul S. Hugel    hugel@clayro.com, akeyes@wc.com
- Hanh V. Huynh    hhuynh@herrick.com, courtnotices@herrick.com
- Mark J. Hyland    hyland@sewkis.com
- Ronald L. Israel    risrael@wolffsamson.com
- Harold D. Jones    hjones@jonesschwartz.com, rlieman@jonesschwartz.com
- Gaytri D. Kachroo    gkachroo@kachroolegal.com, jray@kachroolegal.com
- Laura B. Kadetsky    robert.mason@kirkland.com
- Heather Lamberg Kafele    hkafele@shearman.com
- David J. Kanfer    kanfer@thsh.com
- Norman A. Kaplan    norman@normankaplan.com
- Robert J. Kaplan    lawkap@aol.com
- Marc E Kasowitz    mkasowitz@kasowitz.com, courtnotices@kasowitz.com
- Joshua E. Keller    jkeller@milberg.com
- Norman N. Kinel    nkinel@lowenstein.com
- Gregory S. Kinoian    gkinoian@ohdlaw.com
- Richard A. Kirby    richard.kirby@klgates.com, martha.rodriguezlopez@klgates.com,judy.goldfarb@klgates.com
- Howard Kleinhendler    hkleinhendler@wmllp.com
- Bernard V. Kleinman    attrnylwyr@yahoo.com
- Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com
- James B. Koch    jkoch@gkwwlaw.com
- Daniel J. Kornstein    dkornstein@kvwmail.com
- Andrew Kosloff    susan.mcnamara@chase.com
- David A. Kotler    david.kotler@dechert.com
- Nancy Lynne Kourland    nkourland@rosenpc.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

556059v1

- Alison Kowalski    akowalski@lowenstein.com, dlavin@lowenstein.com
- Bennette D. Kramer    bdk@schlamstone.com
- Daniel M. Kummer    daniel.kummer@nbcuni.com
- Matthew A Kupillas    mkupillas@milberg.com
- Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com
- Marc J. Kurzman    mkurzman@shglaw.com
- Robinson B. Lacy    Lacyr@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Casey D. Laffey    claffey@reedsmith.com
- Jonathan M. Landers    jlanders@milberg.com, jyoung@milberg.com
- Marisa Laura Lanza    mlanza@milbermakris.com
- Linda S. Larue    llarue@qslwm.com
- John E. Lawlor    jlaw672@aol.com
- Barry R. Lax    blax@laxneville.com
- Gary S. Lee    jpintarelli@mofo.com
- Richard B. Levin    rlevin@cravath.com, managing_attorneys_office@cravath.com;jmanning@cravath.com
- Eric B. Levine    levine@whafh.com
- Richard Levy    rlevy@pryorcashman.com
- Eric L. Lewis    eric.lewis@baachrobinson.com
- Kelly A. Librera    klibrera@dl.com, courtalert@dl.com
- Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com
- Eugene R. Licker    elicker@loeb.com
- Angelina E. Lim    angelinal@jpfirm.com, barbarab@jpfirm.com;minervag@jpfirm.com
- Gene M. Linkmeyer    glinkmeyer@jacobslawpc.com, filings@jacobslawpc.com
- Kenneth W. Lipman    klipman@sldsmlaw.com
- Jonathan S. Liss    jliss@gibbonslaw.com
- David Y. Livshiz    dlivshiz@cgsh.com, maofiling@cgsh.com
- Joseph Lubertazzi    jlubertazzi@mccarter.com, jlubertazzi@mccarter.com

556059v1

- Matthew B. Lunn    mlunn@ycst.com, bankfiling@ycst.com
- Brian Maddox    bmaddox@laxneville.com
- Jessica L Margolis    jmargolis@wsgr.com, ageritano@wsgr.com;adelvecchio@wsgr.com
- David J. Mark    dmark@kasowitz.com, courtnotices@kasowitz.com
- Linda H. Martin    lhmartin@stblaw.com
- Heather L Marx    hmarx@hinshawlaw.com, akulbeik@hinshawlaw.com
- Christopher M. Mason    cmason@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Laurence May    lmay@coleschotz.com
- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
- Richard J. McCord    RMcCord@CBAH.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Stacey L. Meisel    slmeisel@beckermeisel.com, mferrentino@beckermeisel.com;lhannon@beckermeisel.com
- Jeremy A. Mellitz    jeremy.mellitz@withers.us.com
- Jessica Mikhailevich    mikhailevich.jessica@dorsey.com
- Jeffrey A. Miller    jmiller@westermanllp.com, drubino@westermanllp.com
- Edward R. Minson    edward.minson@steinrisomantel.com
- Usman Mohammad    umohammad@kflaw.com
- Thomas J. Moloney    maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com
- Lee J. Mondshein    ljm@optonline.net
- Joseph P. Moodhe    jpmoodhe@debevoise.com, mao-bk-ecf@debevoise.com
- Martin A. Mooney    mmooney@deilylawfirm.com, tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
- Brett S. Moore    bsmoore@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;rmschechter@pbnlaw.com;mpdermatis@pbnlaw.com;cjalvarado@pbnlaw.com
- Peter D. Morgenstern    morgenstern@butzel.com, friedland@butzel.com

556059v1

- Larkin M. Morton    lmorton@goodwinprocter.com, rstrassberg@goodwinprocter.com
- John Moscow    jmoscow@bakerlaw.com
- Mark Mulholland    mmulholland@rmfpc.com, ttelesca@rmfpc.com
- Keith R. Murphy    bhaa@bakerlaw.com
- Keith R. Murphy    kmurphy@bakerlaw.com, bhbkteam@bakerlaw.com;nlandrio@bakerlaw.com
- J. Michael Murray    jmmurray@bgmdlaw.com
- Meyer Muschel    mmuschel@gmail.com
- Alan S. Naar    anaar@greenbaumlaw.com, jcollins@greenbaumlaw.com
- Barton Nachamie    bnachamie@tnsj-law.com;bgonsalves@tnsj-law.com;jmakower@tnsj-law.com
- Jason A. Nagi    jnagi@polsinelli.com, tbackus@polsinelli.com
- Alissa M. Nann    anann@foley.com
- Joel D Nesset    jnesset@hinshawlaw.com, akulbeik@hinshawlaw.com
- Brian Neville    bneville@laxneville.com
- Carole Neville    cneville@sonnenschein.com
- Rachel Nicotra    blanger@mclaughlinstern.com
- Deirdre Norton    maosbny@willkie.com, dnorton@willkie.com
- Gerald A. Novack    klgatesbankruptcy@klgates.com
- John Oleske    joleske@herrick.com, courtnotices@herrick.com
- Eric S. Olney    eolney@machtshapiro.com, cmykles@machtshapiro.com;wbinkley@machtshapiro.com;efrasiolas@machtshapiro.com
- David Onorato    david.onorato@freshfields.com
- Alec P. Ostrow    aostrow@beckerglynn.com, lmueller@beckerglynn.com;shennessey@beckerglynn.com
- Anthony L. Paccione    anthony.paccione@kattenlaw.com
- Steven Paradise    sparadise@velaw.com

556059v1

- Merritt A. Pardini    dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;nyc.bknotices@kattenlaw.com;joni.jacobsen@kattenlaw.com;monica.mosby@kattenlaw.com

- Mark Nelson Parry    mparry@mosessinger.com, dkick@mosessinger.com

- Timothy Pfeifer    bhaa@bakerlaw.com

- Irving H. Picard    ipicard@bakerlaw.com, nlandrio@bakerlaw.com;bhbkteam@bakerlaw.com

- Jamie R Pierce    jpierce@hinshawlaw.com, akulbeik@hinshawlaw.com

- Charles Collier Platt    Charles.Platt@wilmerhale.com

- David M. Pohl    dpohl@arkin-law.com

- Michael S. Pollok    mpollok@marvinandmarvin.com

- Geraldine Ponto    bhaa@bakerlaw.com

- Geraldine Ponto    bhaa@bakerlaw.com

- Geraldine E. Ponto    gponto@bakerlaw.com, nlandrio@bakerlaw.com;bhbkteam@bakerlaw.com

- Geraldine E. Ponto    bhaa@bakerlaw.com

- Geraldine E. Ponto    bhaa@bakerlaw.com

- Geraldine E. Ponto    bhaa@bakerlaw.com

- Ted Poretz    tporetz@egsllp.com

- Susan Power-Johnston    sjohnston@cov.com

- Marc D. Powers    mpowers@bakerlaw.com, bhaa@bakerlaw.com;tblaber@bakerlaw.com;jparemoud@bakerlaw.com;obitman@bakerlaw.com;kzunno@bakerlaw.com

- Gabrielle J. Pretto    gpretto@laxneville.com

- William L. Prickett    wprickett@seyfarth.com, rmalloy@seyfarth.com

- Dennis C. Quinn    etorres@bargerwolen.com;noliver@bargerwolen.com;rhopkins@bargerwolen.com

- John J. Rapisardi    john.rapisardi@cwt.com, betty.comerro@cwt.com;allison.dipasqua@cwt.com

- Gary S Redish    gredish@winnebanta.com

- Jeffrey A. Reich    reichlaw@aol.com

556059v1

- Fred W. Reinke    freinke@mayerbrown.com
- Jerome Reisman    jreisman@reismanpeirez.com
- Deborah H. Renner    bhaa@bakerlaw.com
- Deborah H. Renner    bhaa@bakerlaw.com
- Lauren Resnick    lresnick@bakerlaw.com
- Stuart I. Rich    sir@msf-law.com
- Damien A. Riehl    dariehl@rkmc.com
- Michael J. Riela    michael.riela@lw.com
- Kimberly Joan Robinson    kim.robinson@bfkn.com
- Brent J. Rodine    brodine@qslwm.com
- Martha Rodriguez-Lopez    martha.rodriguezlopez@klgates.com, judy.goldfarb@klgates.com
- Brad Rogers    rogers.brad@pbgc.gov, efile@pbgc.gov
- Danielle L. Rose    danielle.rose@kobrekim.com
- Adam L. Rosen    filings@spallp.com, arosen@silvermanacampora.com;sbusell@silvermanacampora.com;bpierre-louis@silvermanacampora.com;bsilverman@silvermanacampora.com;JKrell@silvermanacampora.com;BPowers@silvermanacampora.com
- Sanford Philip Rosen    srosen@rosenpc.com
- Seth Rosenberg    , hinkle@clayro.com;linder@clayro.com
- Seth Rosenberg    rosenberg@clayro.com, hinkle@clayro.com;linder@clayro.com
- Heath D. Rosenblat    hrosenblat@kslaw.com
- Jeffrey A. Rosenthal    maofiling@cgsh.com
- David A. Rosenzweig    DRosenzweig@Fulbright.com
- Alex R. Rovira    arovira@sidley.com, emcdonnell@sidley.com
- Paul A. Rowe    prowe@greenbaumlaw.com
- Elizabeth Rozon    rozon.elizabeth@dorsey.com
- Elliot G. Sagor    elliot.sagor@hoganlovells.com

556059v1

- Chester B. Salomon    csalomon@beckerglynn.com, shennessey@beckerglynn.com;lmueller@beckerglynn.com
- Lori K. Sapir    lsapir@sillscummis.com
- John F. Savarese    jfsavarese@wlrk.com, calert@wlrk.com
- Kenneth R. Schachter    kschachter@sillscummis.com, bschwab@sillscummis.com
- Bruce S. Schaeffer    bruce.schaeffer@gmail.com
- Thomas J. Schell    tjschell@bryancave.com, dortiz@bryancave.com
- Kimber P. Schladweiler    kschladweiler@jacobslawpc.com
- Steven R. Schlesinger    sschlesinger@jaspanllp.com, hyazicioglu@jaspanllp.com
- Brian A. Schmidt    brian.schmidt@kattenlaw.com
- Carl F. Schoeppl    carl@schoepplburke.com
- Matthew L. Schwartz    matthew.schwartz@usdoj.gov
- Barbara A. Schweiger    bschweiger@skoloffwolfe.com
- Brendan M. Scott    bscott@klestadt.com
- Jeffrey T. Scott    scottj@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Shannon Anne Scott    sscott@jaspanllp.com
- Elizabeth A. Scully    escully@bakerlaw.com
- Martin L. Seidel    martin.seidel@cwt.com, jr.slosson@cwt.com
- Shannon R. Selden    srselden@debevoise.com, mao-bk-ecf@debevoise.com
- Jonathan A. Selva    jselva@pavialaw.com, amitzner@pavialaw.com;nwong@pavialaw.com
- Gary D. Sesser    sesser@clm.com
- Nolan E. Shanahan    nshanahan@coleschotz.com
- Alexandra A.E. Shapiro    ashapiro@machtshapiro.com, cmykles@machtshapiro.com;wbinkley@machtshapiro.com;efrasiolas@machtshapiro.com
- Lawrence M. Shapiro    lshapiro@greeneespel.com
- Peter E. Shapiro    peshapiro@arnstein.com, amroot@arnstein.com
- David J. Sheehan    bhaa@bakerlaw.com

556059v1

- David J. Sheehan    dsheehan@bakerlaw.com, nlandrio@bakerlaw.com;Bhbkteam@bakerlaw.com;dwallace@bakerlaw.com;tblaber@bakerlaw.com;bhaa@bakerlaw.com

- Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

- Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com

- Patrick Sibley    psibley@pryorcashman.com, dstevens@pryorcashman.com

- Ralph A. Siciliano    siciliano@thsh.com, litpara@thsh.com

- Imtiaz A. Siddiqui    isiddiqui@cpmlegal.com, jlein@cpmlegal.com;bschnarr@cpmlegal.com

- John Siegal    jsiegal@bakerlaw.com

- Richard E. Signorelli    rsignorelli@nyclitigator.com, rsignorelli@aol.com

- Mark I Silberblatt    msilberblatt@bd-lawfirm.com

- Alicia M. Simmons    alicia.simmons@usdoj.gov

- Howard L. Simon    hsimon@windelsmarx.com, acote@windelsmarx.com;efiechter@windelsmarx.com;kcullen@windelsmarx.com;anavatto@windelsmarx.com;klongo@windelsmarx.com;bkreutter@windelsmarx.com;yho@windelsmarx.com;ivoryteam@windelsmarx.com

- Jessica Simonoff    jessica.simonoff@freshfields.com

- Leif T. Simonson    lsimonson@faegre.com

- Michael D. Sirota    msirota@coleschotz.com

- Marc F. Skapof    bhaa@bakerlaw.com

- Marc F. Skapof    bhaa@bakerlaw.com

- Marc F. Skapof    bhaa@bakerlaw.com

- Maggie Sklar    maggie.sklar@kobrekim.com

- Edward Smith    easmith@venable.com

- Mark Warren Smith    msmith@svlaw.com

- Peter W. Smith    psmith@becker-poliakoff.com

- Charles T. Spada    cspada@lswlaw.com, Rmarchitello@lswlaw.com

- Judith L. Spanier    jspanier@abbeyspanier.com

- Jamie B.W. Stecher    stecher@thsh.com

556059v1

- Jeffrey D. Sternklar    jdsternklar@duanemorris.com
- David S. Stone    aalberts@stonemagnalaw.com;mhamilton@stonemagnalaw.com;awagner@stonemagnalaw.com
- Steven G. Storch    storch@samlegal.com, jhoyte@samlegal.com;randoh@samlegal.com;bnilson@samlegal.com
- Brent C. Strickland    bstrickland@wtplaw.com
- Gregg P. Tabakin    gtabakin@feinsuch.com
- Thomas A Telesca    ttelesca@rmfpc.com
- Kevin R. Toole    ktoole@meltzerlippe.com
- Marsha Torn    mcalabrese@earthlink.com
- Jeffrey G. Tougas    jtougas@mayerbrown.com, JCDebaca@mayerbrown.com
- Meredith L. Turner    mlturner@wlrk.com, calert@wlrk.com
- Chryssa Vilma Beth Valletta    cvalletta@phillipsnizer.com
- Christopher A. Van De Kieft    cvandekieft@seegerweiss.com
- Raymond V Vasvari    rvasvari@bgmdlaw.com
- Lawrence R. Velvel    velvel@mslaw.edu
- Howard L. Vickery    hvickery@bsfllp.com
- James J. Vincequerra    jvincequerra@duanemorris.com
- Joshua H. Vinik    jvinik@milberg.com
- Stuart Wachs    stuart@wachsassociates.com
- Lauren J. Wachtler    pdm@msk.com;ljw@msk.com
- Karen E. Wagner    sterling.ecf@davispolk.com
- James R. Walker    jwalker@mmlpc.com
- Robert A. Wallner    rwallner@milberg.com
- Thomas G. Wallrich    twallrich@hinshawlaw.com, akulbeik@hinshawlaw.com
- Jennifer M. Walrath    jwalrath@bakerlaw.com
- David H. Wander    dhw@dmlegal.com

556059v1

- Josephine Wang    jwang@sipc.org
- Ona T. Wang    bhaa@bakerlaw.com
- Oren Warshavsky    owarshavsky@bakerlaw.com, bhbkteam@bakerlaw.com;nlandrio@bakerlaw.com;bhaa@bakerlaw.com;ncarbajal@bakerlaw.com
- Chaya F. Weinberg-Brodt    chaya.weinberg@withers.us.com
- William P. Weintraub    wweintraub@fklaw.com, vgarvey@fklaw.com;gfox@fklaw.com
- Stephen A. Weiss    sweiss@seegerweiss.com, dmora@seegerweiss.com;paminolroaya@seegerweiss.com;cvandekieft@seegerweiss.com
- Michael Wexelbaum    mw@dmlegal.com
- Michael Wexelbaum    mwexelbaum@sbklaw.com
- Joe R. Whatley    jwhatley@wdklaw.com, ecf@wdklaw.com
- Timothy Raymond Wheeler    twheeler@lowenstein.com, lbonito@lowenstein.com;klafiura@lowenstein.com;bwilliams@lowenstein.com
- Philip R. White    pwhite@sillscummis.com
- Stephanie Wickouski    stephanie.wickouski@bryancave.com, dortiz@bryancave.com
- Michael E. Wiles    mewiles@debevoise.com, mao-bk-ecf@debevoise.com
- Steven N. Williams    lclark@cpmlegal.com
- David G. Wise    dwise@snlaw.com
- Lary S. Wolf    lwolf@rhtax.com
- Catherine Elizabeth Woltering    cwoltering@bakerlaw.com
- Robert William Yalen    robert.yalen@usdoj.gov, john.donovan2@usdoj.gov
- Russell M. Yankwitt    russell@yankwitt.com
- David Yeger    dyeger@wmllp.com, dyeger@wmllp.com
- Richard C. Yeskoo    yeskoo@yeskoolaw.com
- Jennifer L. Young    jyoung@milberg.com
- Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com
- Scott A Ziluck    sziluck@halperinlaw.net

556059v1

- Gregory Zimmer    gzimmer@svlaw.com, msmith@svlaw.com;tvalliere@svlaw.com;jingoglia@svlaw.com

556059v1