**Marc J. Kurzman (MK 2962)**
**SANDAK HENNESSEY & GRECO, LLP**
707 Summer Street, 3rd Floor
Stamford, Connecticut 06901
Telephone: (203) 425-4200
Facsimile: (203) 325-8608

*Attorneys for Orthopaedic Specialty Group, P.C. Defined Contribution Pension Plan Participants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br><br>Adv. Pro. No. 08-01789 (BRL) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the individual participants in the Orthopaedic Specialty Group, P.C. Defined

Contribution Pension Plan a/k/a Orthopaedic Specialty Group, P.C. 401(k) Plan listed on Exhibit A (the "OSG Plan Participants"), hereby appear by and through its undersigned counsel.

REQUEST IS HEREBY MADE pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9013, 9014 and 9036 of the Federal Rules of Bankruptcy Procedure that all notices given or required to be given in this case, be directed to and served upon:

>   Marc J. Kurzman, Esq.
>   Sandak Hennessey & Greco LLP
>   707 Summer Street
>   Stamford, CT  06901
>   Telephone:  203-425-4200
>   Facsimile:  203-325-8606
>   mkurzman@shglaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, suggestion, complaint and demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand-delivery, telephone, electronically or otherwise which may affect or seek to affect in any way the OSG Plan Participants' rights and interests with respect to this adversary proceeding, the Debtor or property of the Debtor.

Dated: Stamford, Connecticut
October 20, 2011

Respectfully submitted,
SANDAK HENNESSEY & GRECO, LLP

By:   /s/ Marc J. Kurzman
Marc J. Kurzman
707 Summer Street
Stamford, CT 06901
Telephone: (203) 425-4200
Fax: (203) 325-8608
mkurzman@shglaw.com

*Attorneys for Orthopaedic Specialty Group, P.C. Defined Contribution Pension Plan Participants*

3

# EXHIBIT A

## Orthopaedic Specialty Group PC
## Defined Contribution Pension Plan



### LIST OF PARTICIPANTS FILING CUSTOMER CLAIMS

RECEIVED MAR 0 4 2009

| | Volume 1 | | Volume 2 | | Volume 3 |
|---|---|---|---|---|---|
| 1. | Alexander, Linda | 40. | Gallant, Scott | 80. | Panapada, Caroline |
| 2. | Armstrong, Kai | 41. | Giarratano, Valerie | 81. | Parisi, Madelyn |
| 3. | Awad, John | 42. | Glover, Pam | 82. | Pelton, Melissa |
| 4. | Ayala, Ivette | 43. | Gonzalez, Maria | 83. | Perez, Edna |
| 5. | Backe, Henry | 44. | Gutierrez, Diana | 84. | Petrowsky, Ryan |
| 6. | Basta, Angela | 45. | Hagerty, June | 85. | Petrucelli, Joyce |
| 7. | Belchak, Jeanne | 46. | Hash, Stacy | 86. | Piccolo, Jennifer |
| 8. | Belcher, Kim | 47. | Haydon-Ryan, Amy | 87. | Pimpinella, Suzanne |
| 9. | Bell, Janet | 48. | Heibler, Carol | 88. | Platt, Candace |
| 10. | Bindelglass, David | 49. | Hermele, Herbert | 89. | Raschke, Barbara |
| 11. | Bjork, Joan | 50. | Heske, Nancy | 90. | Ripley, Denise |
| 12. | Brenia, Cynthia | 51. | Ianotti, Erika | 91. | Rivera, Yesenia |
| 13. | Brittis, Dante | 52. | Janik, Laura | 92. | Rodriguez-Ortiz, Raquel |
| 14. | Broadhurst, Linda | 53. | Kalapir, Daniela | 93. | Rosa, Isabel |
| 15. | Butler, Barbara | 54. | Kettles, Christina | 94. | Rosado, David |
| 16. | Carney, Wilhelmina | 55. | Kirschenbaum, Lawrence | 95. | Rosiello, Tita |
| 17. | Cash, Lorina | 56. | Kross, Rayna | 96. | Saffir, Michael |
| 18. | Casimiro, Joan | 57. | Kwok, Patrick | 97. | Sammartano, Claudia |
| 19. | Castro, Rosaura | 58. | Langeland, Rolf | 98. | Santos, Ivelisse |
| 20. | Christy, Brian | 59. | Laviolette, Cuschine | 99. | Schaefer, Linda |
| 21. | Chymeryc, Tracey | 60. | Lay, Nicole | 100. | Schneider, Christine |
| 22. | Cimino, William | 61. | Lewkowicz, Martha | 101. | Shear, Perry |
| 23. | Ciskowski, Michael | 62. | Libretti, George | 102. | Simpson, Lynn |
| 24. | Collazo, Carmen | 63. | Lilly, Stacy | 103. | Slattery, Elizabeth |
| 25. | Commaille, Nancy | 64. | Lomax, Marissa | 104. | Soviero, Fiore |
| 26. | Constantino, Janet | 65. | Lorenzo, Laura | 105. | St. Cloud, Carline |
| 27. | Cortez, Jessica | 66. | Makar, Karen | 106. | Stanton, Robert |
| 28. | Council, Brooke | 67. | Malin, Joel | 107. | Stasolla, Rebecca |
| 29. | Crasilli, Lisa | 68. | Martino, Donna | 108. | Stevens, Tiffany |
| 30. | Dawe, Robert | 69. | Mastroianni, Elizabeth | 109. | Stockmal, Nicole |
| 31. | Delgado, Ailleen | 70. | Maxwell, Karen | 110. | Stopka, Ania |
| 32. | Delucia, Kathy | 71. | Mcaleer, Sarah | 111. | Teixeira, Susana |
| 33. | Delucia, Lisa | 72. | Mikos, Kathleen | 112. | Towle, Simone |
| 34. | Dmowski, Brigette | 73. | Moore, Diana | 113. | Turner, Monica |
| 35. | Edelman, Sue | 74. | Morrison, Murray | 114. | Uhlan, Cynthia |
| 36. | Falkowski, Barbara | 75. | Nagy, Kim | 115. | Vargas, Candace |
| 37. | Favazza, Donna | 76. | Noll, Noreen | 116. | Viola, Kathie |
| 38. | Fournier, Cynthia | 77. | Nowlan, Patricia | 117. | Wilmot, Jane |
| 39. | Franzese, Sarah | 78. | Otero, Patricia | | |
| | | 79. | Padilla, Taina | | |

RECEIVED MAR 0 4 2009

## CERTIFICATION OF SERVICE

I, Marc J. Kurzman, hereby certify that on the 20th of October 2011, I electronically transmitted a true and correct copy of the foregoing document, NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing (NEF) to all attorneys of record who are ECF registrants. I also certify that on said date, I caused to be served via e-mail and first class mail, postage pre-paid, a true and correct copy of the aforementioned document on Irving H. Picard, Trustee c/o Baker & Hostetler, LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, NY 10111, attention David J. Sheehan, Esq. and The Security Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, D.C., 20005, Attn. Kevin H. Bell, Esq.

/s/ Marc J. Kurzman
Marc J. Kurzman
SANDAK HENNESSEY & GRECO, LLP
707 Summer Street
Stamford, CT 06901
Telephone: (203) 425-4200
Fax: (203) 325-8608
mkurzman@shglaw.com

*Attorney for Orthopaedic Specialty Group,
P.C. Defined Contribution Pension Plan Participants*

4