**BLITMAN & KING LLP**
Jennifer A. Clark (JC5102)
Jonathan M. Cerrito
Brian J. LaClair (BL3158)
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111
Facsimile:    (315) 471-2623
Email:    jaclark@bklawyers.com

Hearing Date: October 26, 2011
Time: 10:00 a.m.

Objection Due: October 20, 2011
Time: 4:00 p.m. (by consent of
Counsel for Bankruptcy Trustee)

*Attorneys for Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund, Bricklayers and Allied Craftworkers Local 2, Albany, New York, Pension Fund, Building Trade Employers Insurance Fund, Central New York Laborers' Annuity Fund, Central New York Laborers' Health and Welfare Fund, Central New York Laborers' Pension Fund, Central New York Laborers' Training Fund, Engineers Joint Welfare Fund, Engineers Joint Training Fund, International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund, International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Fund, I.B.E.W. Local 139 Pension Fund, I.B.E.W. Local 241 Pension Fund, I.B.E.W. Local 241 Welfare Benefits Fund, I.B.E.W. Local 325 Annuity Fund, I.B.E.W. Local 325 Pension Fund, I.B.E.W. Local 910 Annuity Fund, I.B.E.W. Local 910 Pension Fund, I.B.E.W. Local 910 Welfare Fund, I.B.E.W. Local 1249 Pension Fund, Laborers' Local 103 Annuity Fund, Laborers' Local 103 Welfare Fund, Laborers' Local 103 Pension Fund, New York State Lineman's Safety Training Fund, Oswego Laborers' Local No. 214 Pension Fund, Plumbers, Pipefitters and Apprentices Local No. 112 Health Fund, Roofers' Local 195 Annuity Fund, Roofers' Local 195 Health & Accident Fund, Roofers' Local 195 Pension Fund, Syracuse Builders Exchange, Inc./CEA Pension Plan, SEIU 1199Upstate Pension Fund, Service Employees Benefit Fund, Service Employees Pension Fund of Upstate New York, Local 73 Retirement Fund, Local 73 Annuity Fund, and Upstate Union Health & Welfare Fund*

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                    Plaintiff,

             — *versus* —

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC,

                    Defendant

:
:
:
:
:
:
:
:
:
:
:
:

Adversary Proceeding

No. 08-01789 (BRL)

SIPA Liquidation
(Substantively Consolidated)

-----------------------------------------------------------------------x

In re BERNARD L. MADOFF,                              :
                                                     :
                    Debtor .                          :
----------------------------------------------------------------------x

## OBJECTION TO TRUSTEE'S MOTION FOR AN ORDER TO SCHEDULE HEARING ON "CUSTOMER" ISSUE AS IT RELATES TO ERISA

The following entities ("ERISA Plan Objectors"), by and through their undersigned

counsel, hereby file a limited objection to the Trustee's Motion for an Order to Schedule Hearing

on "Customer" Issue as it Relates to ERISA, dated October 4, 2011 ("ERISA Scheduling

Motion"):

Bricklayers and Allied Craftsmen Local 2 Annuity Fund, Bricklayers and Allied

Craftworkers Local 2, Albany, New York, Health Benefit Fund, Bricklayers and Allied

Craftworkers Local 2, Albany, New York, Pension Fund, Building Trade Employers Insurance

Fund, Central New York Laborers' Annuity Fund, Central New York Laborers' Health and

Welfare Fund, Central New York Laborers' Pension Fund, Central New York Laborers' Training

Fund, Engineers Joint Welfare Fund, Engineers Joint Training Fund, International Brotherhood

of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund, International

Brotherhood of Electrical Workers  Local No. 43 and Electrical Contractors Welfare Fund,

I.B.E.W. Local 139 Pension Fund, I.B.E.W. Local 241 Pension Fund, I.B.E.W. Local 241

Welfare Benefits Fund, I.B.E.W. Local 325 Annuity Fund, I.B.E.W. Local 325 Pension Fund,

I.B.E.W. Local 910 Annuity Fund, I.B.E.W. Local 910 Pension Fund, I.B.E.W. Local 910

Welfare Fund, I.B.E.W. Local 1249 Pension Fund, Laborers' Local 103 Annuity Fund, Laborers'

Local 103 Welfare Fund, Laborers' Local 103 Pension Fund, New York State Lineman's Safety

Training Fund, Oswego Laborers' Local No. 214 Pension Fund, Plumbers, Pipefitters and

Apprentices Local No. 112 Health Fund, Roofers' Local 195 Annuity Fund, Roofers' Local 195

Health & Accident Fund, Roofers' Local 195 Pension Fund, Syracuse Builders Exchange, Inc./CEA Pension Plan, SEIU 1199Upstate Pension Fund, Service Employees Benefit Fund, Service Employees Pension Fund of Upstate New York, Local 73 Retirement Fund, Local 73 Annuity Fund, and Upstate Union Health & Welfare Fund.

In support of their objection, which is filed on this date pursuant to an extension of time granted by Counsel for Irving H. Picard, trustee for the substantively consolidated liquidation of BLMIS ("Trustee"), ERISA Plan Objectors state as follows:

## BACKGROUND

1.    ERISA Plan Objectors are Taft-Hartley employee benefit plans governed by the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §§ 1001-1461.

2.    ERISA Plan Objectors were "customers" of Bernard L. Madoff Investment Securities ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa-78lll, by virtue of having entrusted their ERISA plan assets to BLMIS through one or more ERISA plan asset vehicles.

3.    ERISA Plan Objectors timely filed the following customer claims ("Claims") against the estate of BLMIS under SIPA:

| ERISA Plan Objector | Claim No. |
|---|---|
| Bricklayers and Allied Craftsmen Local 2 Annuity Fund | 006062 005984 |
| Bricklayers and Allied Craftworkers Local 2, Albany, New York Health Benefit Fund | 006061 006003 |
| Bricklayers and Allied Craftsmen Local 2 Pension Fund | 005983 |
| Building Trade Employers Insurance Fund | 005165 |
| Central New York Laborers' Annuity Fund | 005075 |

3

|  |  |
|---|---|
|  | 004974 |
| Central New York Laborers' Health and Welfare Fund | 005163 |
|  | 005160 |
| Central New York Laborers' Pension Fund | 005070 |
|  | 005077 |
| Central New York Laborers' Training Fund | 005076 |
| Engineers Joint Welfare Fund | 005572 |
|  | 005559 |
| Engineers Joint Training Fund | 005573 |
| International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund | 005837 |
|  | 005835 |
| International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Welfare Fund | 005836 |
| I.B.E.W. Local 241 Welfare Benefits Fund | 005468 |
| I.B.E.W. Local 139 Pension Fund | 005422 |
| I.B.E.W. Local 241 Pension Fund | 005467 |
| I.B.E.W. Local 325 Annuity Fund | 006585 |
| I.B.E.W. Local 325 Pension Fund | 006572 |
| I.B.E.W. Local 910 Annuity Fund | 005414 |
| I.B.E.W. Local 910 Pension Fund | 004801 |
| I.B.E.W. Local 910 Welfare Fund | 005415 |
| I.B.E.W. Local 1249 Pension Fund | 006901 |
| Laborers' Local 103 Pension Fund | 005964 |
| Laborers' Local 103 Annuity Fund | 005966 |
|  | 005965 |
| Laborers' Local 103 Welfare Fund | 005975 |

| | |
|---|---|
| New York State Lineman's Safety Training Fund | 005003 |
| Oswego Laborers' Local 214 Pension Fund | 006284 005411 |
| Plumbers, Pipefitters and Apprentices Local No. 112 Health Fund | 005503 |
| Roofers' Local 195 Pension Fund | 004336 |
| Roofers' Local 195 Annuity Fund | 004333 004334 |
| Roofers' Local 195 Health & Accident Fund | 004332 |
| Syracuse Builders Exchange, Inc./CEA Pension Plan | 005164 |
| SEIU 1199 Upstate Pension Fund | 005810 |
| Service Employees Benefit Fund | 005574 |
| Service Employees Pension Fund of Upstate New York | 006161 006160 |
| Syracuse Builders Exchange, Inc./CEA Pension Plan | 005162 |
| Local 73 Retirement Fund | 005463 005897 |
| Local 73 Annuity Fund | 005895 |
| Upstate Union Health and Welfare Fund | 005949 |

4.      On December 8, 2009, and December 17, 2010, the Trustee issued "Notice[s] of Trustee's Determination of Claim" denying the ERISA Plan Objectors' Claims.  Each such notice stated:

> Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS.  Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78lll (2).  Accordingly, your Claim for securities and/or a credit balance is DENIED.

5.    ERISA Plan Objectors timely objected to the Trustee's denial of their Claims,

asserting that they were "customers" of BLMIS under SIPA by virtue of having entrusted their

ERISA plan assets to BLMIS through one or more ERISA plan asset vehicles. See Dkt. Nos.

1923, 4068, 4070.

6.    The Trustee now moves for an order to set a hearing on 54 "customer claims and

corresponding objections filed by investors who did not have a BLMIS account in their names,

invested only indirectly in BLMIS, and argue that ERISA and related regulations determine their

'customer' status under SIPA ('ERISA Claimants Without An Account')." Dkt. No. 4432 at 2.

7.    The ERISA Objectors come within the Trustee's definition of "ERISA Claimants

Without An Account," and thus have an interest in these proceedings.

8.    In fact, ERISA Plan Objectors are responsible for 50 of the 54 ERISA-based

objections that are the subject of this motion (and that will be the subject of the Trustee's

prospective substantive motion).

## BASIS FOR OBJECTION

9.    ERISA Plan Objectors object to the Trustee's ERISA Scheduling Motion on the

ground that it does not provide enough time for ERISA Plan Objectors to obtain, prepare, and

submit the "ERISA Documentation" demanded by the Trustee.

10.    The Trustee proposes that "[b]ecause a claimant bears the burden of establishing

'customer' status, ERISA Objecting CWAA shall submit to the Trustee documentation

(including documents regarding their ERISA plan, BLMIS investment, the proportionate share of

the ERISA plan in the BLMIS investment, or any other relevant documents to their claims and

objections) in support of the argument that ERISA and related regulations determine their

'customer' status (the 'ERISA Documentation'). The ERISA Documentation should be transmitted to the Trustee no later than [December 14, 2011]." Dkt. No. 4432 at 7.

11.     Some of the "ERISA Documentation" requested by the Trustee may not be in the possession of the ERISA Plan Objectors and may be in the possession of third parties, such as the ERISA plan asset vehicles through which the ERISA Plan Objectors' invested in BLMIS. While the third party ERISA plan asset vehicles have preliminarily agreed to provide any necessary "ERISA Documentation," ERISA Plan Objectors may need to serve subpoenas on those entities in order to obtain the documentation requested by the Trustee.

12.     ERISA Plan Objectors intend to promptly and diligently engage in efforts to obtain all such documentation. If, however, it is necessary to subpoena the third party ERISA plan asset vehicles, and if those parties oppose the subpoenas, it is unreasonable to expect that that discover dispute will be resolved by December 19, 2011, and that ERISA Plan Objectors can obtain, prepare, and submit the "ERISA Documentation" requested by the Trustee by December 19, 2011.

13.     Accordingly, ERISA Plan Objectors object to the proposed deadline of December 19, 2011, and respectfully request a modest extension of four (4) weeks, making the deadline for Opposition Briefs and submission of "ERISA Documentation" January 16, 2012, and extending all subsequent proposed deadlines by a comparable four (4) weeks. (ERISA Plan Objectors initially asked that the Trustee consider an extension of the December 19, 2011 deadline to May 1, 2012 to allow them sufficient time to gather any necessary "ERISA Documentation." Based on discussions with Counsel for the Trustee, ERISA Plan Objectors are now requesting the modest four (4) week extension.)

14.    Given that ERISA Plan Objectors are responsible for 50 of the 54 ERISA-based objections that are the subject of this motion (and that will be the subject of the Trustee's prospective substantive motion), this objection and request for a modest extension of the proposed deadlines should be granted by the Court.[1]

## CONCLUSION

15.    For all of the foregoing reasons, ERISA Plan Objectors object to the Trustee's ERISA Scheduling Motion to the extent that it proposes a deadline of December 19, 2011 for the submission of Opposition Briefs and "ERISA Documentation," and respectfully request that the deadline for Opposition Briefs and "ERISA Documentation" be set for January 16, 2012, and that all subsequent deadlines be adjusted accordingly.


Dated:  October 20, 2011

Respectfully submitted,

BLITMAN & KING LLP


 s/ Jennifer A. Clark
Jennifer A. Clark (JC5102)
Jonathan M. Cerrito
Brian J. LaClair (BL3158)
*Attorneys for ERISA Plan Objectors*
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111
Facsimile:    (315) 471-2623
Email:    jaclark@bklawyers.com

---

[1] ERISA Plan Objectors strenuously oppose the objection and suggested briefing schedule submitted by the Orthopaedic Specialty Group, P.C. Plan Participants, which seeks to drastically shorten the Trustee's proposed briefing schedule. See Dkt. No. 4462.

8

## CERTIFICATON

I, Jennifer A. Clark, hereby certify that on the 20th day of October 2011, I electronically

transmitted a true and correct copy of the foregoing document, Objection to Trustee's Motion for

an Order to Schedule Hearing on "Customer" Issue as it Relates to ERISA, to the Clerk of the

Court using the ECF System for filing transmittal of a Notice of Electronic Filing (NEF) to all

attorneys of record who are ECF registrants.  I also certify that on said date, I caused to be served

via e-mail and first class mail, postage pre-paid, a true and correct copy of the aforementioned

document on Irving H. Picard, Trustee c/o Baker & Hostetler, LLP, Counsel for the Trustee, 45

Rockefeller Plaza, New York, NY 10111, attention David J. Sheehan, Esq., and the Security

Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington D.C. 20005,

attention Kevin H. Bell, Esq.

BLITMAN & KING LLP

 s/ Jennifer A. Clark
Jennifer A. Clark (JC5102)
BLITMAN & KING LLP
*Attorneys for ERISA Plan Objectors*
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone:    (315) 422-7111
Facsimile:    (315) 471-2623
Email:        jaclark@bklawyers.com

BJL\wpfiles\Madoff\SIPC claim\SIPC Obj. Sched. Ord.