**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Marc E. Hirschfield
mhirschfield@bakerlaw.com
James W. Day
Email: jday@bakerlaw.com

Hearing Date: November 30, 2011 at 10:00 a.m.

Objection Deadline: November 16, 2011 at 5:00 p.m.

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF TRUSTEE'S MOTION FOR ENTRY OF AN ORDER ESTABLISHING NOTICE PROCEDURES**

**PLEASE TAKE NOTICE** that upon the attached Motion for Entry of an Order Establishing Notice Procedures (the "Motion") of Irving H. Picard, as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the

Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff, the undersigned will move for entry of a proposed order (substantially in the form annexed to the Motion, the "Proposed Order") before the Honorable Burton R. Lifland, United States Bankruptcy Judge, on **November 30, 2011 at 10:00 a.m. ( the "Hearing")**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion **must**: (i) be made in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, the Local Bankruptcy Rules for the Southern District of New York and other applicable rules and guidelines; (iii) be filed, in accordance with General Order M-399, electronically with the Bankruptcy Court, with a hard copy marked "Chambers Copy" delivered, pursuant to Local Rule 9070-1, to the Chambers of the Honorable Burton R. Lifland, One Bowling Green, New York, New York 10004, and (iv) be served upon the following: (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq.; and (b) Securities Investor Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, D.C. 20005, Attn: Kevin H. Bell, Esq., so as to be received no later than **November 16, 2011 at 5:00 p.m. (the "Objection Deadline")**.

**PLEASE TAKE FURTHER NOTICE** that any party objecting to the Motion must attend the Hearing, and failure to attend in person or by counsel may result in relief being granted without further notice or hearing. The Hearing date may be adjourned from time to time without further notice; parties are advised to review the docket in the above-captioned case or contact Nikki Landrio at nlandrio@bakerlaw.com to determine whether the date of the Hearing has changed. The Trustee reserves his right to amend or modify the Proposed Order prior to the Hearing.

Dated: New York, New York
      October 20, 2011

BAKER & HOSTETLER LLP

By: /s/ *Marc E. Hirschfield*
    Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    David J. Sheehan
    Email: dsheehan@bakerlaw.com
    Marc E. Hirschfield
    Email: mhirschfield@bakerlaw.com
    James W. Day
    Email: jday@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*