**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**
Attorneys for **ABG Partners d/b/a ABG Investments,
Bruce Graybow, as a Partner of ABG Partners and
Graybow Communications Group, Inc., Claimants**
425 Park Avenue
New York, New York 10022
(212) 754-9400
Barton Nachamie, Esq.
Janice B. Grubin, Esq.
Jill L. Makower, Esq.

UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No.: 08-01789(BRL) |
| Plaintiff, | SIPA Liquidation |
| -against- | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:

BERNARD L. MADOFF,

                                 Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

Janice B. Grubin, Esq., Barton Nachamie, Esq. and Jill Makower of Todtman, Nachamie, Spizz & Johns, P.C. hereby withdraw their appearance as counsel for ABG Partners d/b/a ABG Investments, Bruce Graybow, as a Partner of ABG Partners and Graybow Communications Group, Inc. (Docket No. 880) from the CM/ECF noticing list

269130v1

and any other service lists in these cases.

Dated: New York, New York
October 21, 2011

        TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
        Attorneys for Claimants,
        ABG Partners d/b/a ABG Investments,
        Bruce Graybow, as a Partner of ABG Partners
        and Graybow Communications Group, Inc.

By:  s/ Janice B. Grubin
     Janice B. Grubin, Esq.
     Barton Nachamie, Esq.
     Jill L. Makower, Esq.
     425 Park Avenue
     New York, NY 10022
     (212) 754-9400

269130v1

# **CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2011, a copy of the attached Notice of Withdrawal of Appearance and Request for Removal from Service Lists was served via first class mail by depositing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last know addresses of the addressees as indicated below:

| | | |
|---|---|---|
| EARL COHEN, ESQ.<br>MANSFIELD TANICK & COHEN P.A.<br>1700 PILLSBURY CENTER SOUTH<br>220 SOUTH SIXTH STREET<br>MINNEAPOLIS, MINNESOTA 55403-1409 | BORIS PARKER, ESQ.<br>PARKER & WENNER, P.A.<br>220 SOUTH 6TH STREET<br>1700 US BANK PLAZA<br>MINNEAPOLIS, MN 55402 | IRIVING H. PICARD, ESQ.<br>DAVID J. SHEEHAN, ESQ.<br>MARC HIRSCHFIELD, ESQ.<br>BAKER & HOSTETLER LLP<br>45 ROCKEFELLER PLAZA<br>NEW YORK, NY 10011 |
| TRACY DAVIS, ESQ.<br>OFFICE OF THE U.S. TRUSTEE<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY 10004 | MR. BRUCE GRAYBOW<br>ABG PARTNERS<br>2001 NORWAY PINE CIRCLE<br>MINNETONKA, MN 55305 | |

    s/ Janice B. Grubin
    Janice B. Grubin

269130v1