Fred H. Perkins
Michael R. Dal Lago
**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600

Attorneys for Customer Claimant David Silver

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**NOTICE OF APPEARANCE AND DEMAND
FOR SERVICE OF PAPERS BY REGULAR MAIL**

  **PLEASE TAKE NOTICE**, that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure ("Rules"), Morrison Cohen LLP, as counsel for David Silver ("Silver"), demands that all notices, papers, and pleadings including, without limitation, orders, applications, objections to proofs of claim, notices of cure amounts, petitions, demands, motions, or documents of any kind, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex, computer data

medium or any electronic means, filed or served in this case, or any adversary proceeding herein (collectively, "Documents"), be served upon the following:

>Fred H. Perkins, Esq.
>Michael R. Dal Lago, Esq.
>**MORRISON COHEN LLP**
>909 Third Avenue
>New York, New York 10022
>fhperkins@morrisoncohen.com
>bankruptcy@morrisoncohen.com

**MORRISON COHEN LLP DEMANDS THAT IN ADDITION TO ANY METHOD OF SERVICE REQUIRED BY COURT ORDER IN THIS CASE, ALL DOCUMENTS BE SERVED UPON IT BY REGULAR MAIL OR OTHER HARD COPY DELIVERY, SUCH AS FEDERAL EXPRESS OR OTHER OVERNIGHT COURIER.**

**THIS NOTICE OF APPEARANCE SHALL NOT BE INTERPRETED AS, OR DEEMED TO BE, A CONSENT TO ELECTRONIC SERVICE OR NOTICE BY ELECTRONIC TRANSMISSION IN THIS CASE AND, MORRISON COHEN EXPRESSLY DOES NOT CONSENT TO SUCH SERVICE UNLESS REQUIRED BY COURT ORDER.  IF, AT ANY TIME, MORRISON COHEN LLP DETERMINES TO RECEIVE ELECTRONIC SERVICE OF DOCUMENTS OR NOTICE BY ELECTRONIC TRANSMISSION IN THIS CASE, IT WILL MAKE THE APPROPRIATE REQUEST IN WRITING IN ACCORDANCE WITH RULE 9036 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE.**

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Silver's: (i) right to have a final order in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Silver is or may be entitled under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

#3535181 v1 \020758 \0001

Dated: New York, New York
　　　　October 24, 2011

　　　　　　　　　　　　　　　　**MORRISON COHEN LLP**
　　　　　　　　　　　　　　　　Attorneys Customer Claimant David Silver


　　　　　　　　　　　　　　　　By:　*/s/ Michael R. Dal Lago*
　　　　　　　　　　　　　　　　　　　Michael R. Dal Lago
　　　　　　　　　　　　　　　　　　　Fred H. Perkins
　　　　　　　　　　　　　　　　　　　909 Third Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　(212) 735-8600

#3535181 v1 \020758 \0001

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK    )

**MARIOLA WIATRAK,** being duly sworn, deposes and says:

I am employed by the firm of Morrison Cohen LLP, attorneys for Customer Claimant David Silver. I am not a party to this action, am over 18 years of age and reside in Forest Hills, New York.

On October 24, 2011, I caused copies of the Notice of Appearance and Demand for Service of Papers to be served via electronic mail in pdf format, upon the parties on the attached service list.

                                                         /s/ Mariola Wiatrak
                                                         MARIOLA WIATRAK

Sworn to before me this
24th day of October, 2011

    */s/ Notary Public*
      NOTARY PUBLIC

#3535181 v1 \020758 \0001

4

## SERVICE LIST

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
David J. Sheehan
dsheehan@bakerlaw.com
Marc E. Hirschfield Email:
mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

#3535181 v1 \020758 \0001