On October 25, 2011, I served the **Notice of Adjournment of Hearing on Motion for an Order to Schedule Hearing on "Customer" Issue as it relates to ERISA** by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:**   *See Attached Schedule A*

                                    */s/ Magali Lespinasse Lee*
                                    Magali Lespinasse Lee

Sworn to before me this
25th day of October, 2011

*/s/ Sonya M. Graham*
Notary Public

    Sonya M. Graham
Notary Public, State of New York
    No. 01GR6133214
Qualified in Westchester County
Commission Expires: 9/12/2013

2