Hugo R. Pasqualis

Estimado señor:

Todos mis ahorros los **robó**
el **Sr. MADOFF**.- Por confiar mis dineros a los
bancos mas importantes del + grande país del
mundo.- Ahora me encuentro **sin** recursos
y sin poder contratar un abogado en EE.UU. por lo
tanto ruego a quien corresponda designe un abo-
gado de oficio y ademas gestione mi cobro al
estado Americano a travéz de la oficina corres-
pondiente. Ademas **no** hablo ingles por lo que rue-
go que toda v/ comunicación sea en **español**.-

Mucho agradeceré v/
intervención para poder cobrar **mi** dinero
lo más pronto posible, por razones **de necesidad**

Espero sus noticias.

Atte.

Deuda de MADOFF
U$S 70.000 +
intereses y gastos

(054)