UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | SIPA LIQUIDATION<br><br>Case No. 08-01789 |

# AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                                         )   ss:
COUNTY OF DALLAS    )

    JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On October 26, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A.  Notice of Transfer of Allowed Claim (Transfer Number T000186)

4. On October 26, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    B.  Notice of Transfer of Allowed Claim (Transfer Number T000187)

Executed on ___Oct. 27___, 2011

_____
John S. Franks

Sworn to and subscribed before me this 27ᵉ day of October, 2011

(SEAL)

_____
Notary Public

[Notary Seal: BOBBIE J. PHILLIPS, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 1-5-2014]

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 000186**

**10/26/2011**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| | X | VonWin Capital Management, L.P. | | 261 5th Avenue, 22nd Floor | | New York | NY | 10016 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBER 000187**

10/26/2011

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | |
| | X | Friedman 1995 Family Trust, dated November 20, 1995 | Dolos IV LLC | c/o The Corporate Trust Company | Corporate Truste Center, 1209 Orange Street | Wilmington | DE | 19801 |