ORIGINAL

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | |

## NOTICE OF PARTIAL WITHDRAWAL OF OBJECTIONS

Steven Bergman, as personal representative of the Estate of Harriet Bergman and as trustee of the Leonard Bergman Credit Shelter Trust, having filed objections (the "Objections", Docket No.'s 2388 and 2451) to the Trustee's Notices of Determination of Claims respecting customer claims (#000282 and #000518), hereby gives notice that he is withdrawing such Objections. The Objections to the Trustee's interpretation of "net equity" are not withdrawn and remain in existence without prejudice or waiver until such time as the Court's "net equity" decision becomes final and non-appealable.

29

Dated: April [_], 2011

*[signature]*
Steven Bergman, as Personal Representative of
the Estate of Harriet Bergman and as Trustee
of the Leonard Bergman Credit Shelter Trust

Sworn to me on this
29th day of June 2011
*[signature]* Maria Gianfortune

MARIA GIANFORTUNE
Notary Public - State of New York
NO. 01GI4930501
Qualified in Suffolk County
My Commission Expires 5/16/14