**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | No. 08-01789 (BRL) |
| v. | ) ) | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) ) ) | (Substantively Consolidated) |
| Defendant. | ) ) | |
| In re: | ) ) ) | |
| BERNARD L. MADOFF , | ) ) | |
| Debtor. | ) ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        )  ss:
COUNTY OF NEW YORK  )

I, Sung Kim declare:

1.    I am over the age of 18 years and not a party to the within action.

2.    I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3.    On the 26th day of October, 2011 I caused a true and accurate copy of the:

(i)    "Trustee's Motion for (I) A Report and Recommendation to the District Court For the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order", along with the Notice and relevant exhibits (Docket No. 4290); and the

    (ii)    "Affidavit of Edward J. Jacobs in Support of Trustee's Motion for (I) Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order" (Docket No. 4291); and the

    (iii)    "Notice of Adjournment of Hearing" (Docket No. 4316), and the

    (iv)    "Notice of Adjournment of Hearing" (Docket No. 4454),

to be served upon the parties as set forth in Exhibit 1, attached hereto, via First Class US Mail.

4.    Said documents were securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5.    I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 27th day of October, 2011 New York, New York

By _____
           Sung Kim

Sworn before me this
27th day of October, 2011

_____
Notary Public

ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM. EXP.

**EXHIBIT 1**

Date : 10/26/2011

**Exhibit Pages**

| | |
|---|---|
| 8444<br>ABN AMRO BANK N.V.<br>New York NY 10017 | 8443<br>Richard Levin<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza 825 Eighth Avenue<br>New York, NY 10019 |
| 8428<br>William C. Heuer<br>Duane Morris LLP<br>1540 Broadway<br>New York, NY 10036-4086 | 8429<br>John Dellasportas<br>Duane Morris LLP<br>1540 Broadway<br>New York, NY 10036-4086 |
| 8427<br>DEZ FINANCIAL MANAGEMENT LTD.<br>British Virgin Islands | 8439<br>LIGHTHOUSE PARTNERS LLC<br>Palm Beach Gardens Fl 33410 |
| 8440<br>LIGHTHOUSE PARTNERS LLC<br>New York NY 10019 | 8441<br>LIGHTHOUSE SUPERCASH FUND LIMITED<br>Palm Beach Gardens Fl 33410 |
| 8432<br>LION GLOBAL INVESTORS LIMITED<br>Singapore | 8442<br>Joanna Shally<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| 8430<br>Jonathan Perry<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036 | 8431<br>Gary J. Mennit<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036 |
| 8425<br>Thomas E. Lynch<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017-6702 | 8426<br>Scott J. Friedman<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017-6702 |
| 8434<br>David Greenwald<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza 825 Eighth Avenue<br>New York, NY 10019 | 8433<br>Robert H. Baron<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza 825 Eighth Avenue<br>New York, NY 10019 |
| 8438<br>Lauren L. Fornarotto<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza 825 Eighth Avenue<br>New York, NY 10019 | |

**Records Printed: 17**