UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        )  ss:
COUNTY OF NEW YORK  )

I, Laura Campbell declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 19th day of October, 2011 employees of DRC, under my supervision served a true and accurate copy of the:

    (i) "Trustee's Motion for (I) A Report and Recommendation to the District Court For the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order", along with the Notice and relevant exhibits (Docket No. 4290); and the

(ii) "Affidavit of Edward J. Jacobs in Support of Trustee's Motion for (I) Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order" (Docket No. 4291); and the

(iii) "Notice of Adjournment of Hearing" (Docket No. 4316), and the

(iii) "Notice of Adjournment of Hearing" (Docket No. 4454),

upon the party as set forth in Exhibit 1, attached hereto.

4. Said documents were securely enclosed in a postage prepaid envelope and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 21st day of October, 2011 New York, New York

By ___/s/ Laura Campbell___
Laura Campbell

Sworn before me this
21st day of October, 2011

___[signature]___
Notary Public

```
ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM. EXP. [illegible]
```

**EXHIBIT 1**

Date : 10/19/2011      **Exhibit Pages**      Page # : 1

6702
Herald Asset Management Limited
Torino
Italy

**Records Printed: 1**