UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>  Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>  Defendant. <br> In re: <br><br> BERNARD L. MADOFF, <br><br>  Debtor. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE* OF ELIZABETH A. SMITH

Upon the motion of Elizabeth A. Smith, Esq. to be admitted, *pro hac vice*, to represent Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff individually (the "Client"), in the above-referenced matter and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York, the bar in the State of New Jersey, the bar of the U.S. Court of Federal Claims and the U.S. Tax Court, it is hereby

**ORDERED**, that Elizabeth A. Smith, Esq., is admitted to practice, *pro hac vice*, in the above-referenced matter and in any related adversary proceedings, to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
    November ___, 2011

    _____
    Honorable Burton L. Lifland
    United States Bankruptcy Judge

300185270