UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
| --- | --- |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

### AFFIDAVIT OF MAILING

| STATE OF TEXAS | ) | |
| --- | --- | --- |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On October 31, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000190)

4. On October 31, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000191)

Executed on ___Oct. 31___, 2011

_____
John S. Franks

Sworn to and subscribed before me this **31ST** day of **October**, 2011

_____
Notary Public

(SEAL)

2

Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 000190**

**10/31/2011**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | SPCP Group, LLC | Attention: Brian Jarmain | Two Greenwich Plaza, 1st Floor | | Greenwich | CT | 06830 |

# Exhibit B

SERVICE LIST B
TRANSFER NUMBER D000191

10/31/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | SPCP Group, LLC | Attention: Brian Jarmain | Two Greenwich Plaza, 1st Floor | | Greenwich | CT | 06830 |