Martin Flumenbaum
Stephen J. Shimshak
Andrew J. Ehrlich
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for the Estate of Mark D. Madoff
and Andrew H. Madoff, individually and as
Executor of the Estate of Mark. D. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
                                      :
                                      :
SECURITIES INVESTOR PROTECTION        :  Adv. Pro. No. 08-01789 (BRL)
CORPORATION,                          :
                                      :  SIPA Liquidation
            Plaintiff,                :
                                      :
v.                                    :
                                      :
BERNARD L. MADOFF INVESTMENT          :
SECURITIES LLC                        :
                                      :
            Defendant.                :
------------------------------------- x
                                      :
In re:                                :
                                      :
BERNARD L. MADOFF,                    :
                                      :
            Debtor.                   :
------------------------------------- x

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby enter their appearance by and through their counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and that such parties in interest hereby request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in this case be served upon the party identified below:

>Andrew J. Ehrlich
>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
>1285 Avenue of the Americas
>New York, NY 10019-6064
>Tel. No. (212) 373-3000
>Fax No. (212) 757-3990
>aehrlich@paulweiss.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the above-referenced case and the proceedings therein.

Neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any right of the interested parties or any of their affiliates (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to rights, claims, actions, defenses, setoffs or recoupments to which these parties or any of their affiliates may be entitled under agreements, in law, or in

equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

Dated: New York, New York  
November 3, 2011

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:    /s/ Andrew J. Ehrlich  
      Andrew J. Ehrlich  
      (A Member of the Firm)  
      Martin Flumenbaum  
      Stephen J. Shimshak  
      1285 Avenue of the Americas  
      New York, New York 10019-6064  
      Telephone: (212) 373-3000  
      Facsimile: (212) 757-3990