## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

-----------------------------------------------------------------------

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT | |
| Defendant. | |

-----------------------------------------------------------------------

In re:

BERNARD L. MADOFF,

Debtor.

-----------------------------------------------------------------------

### AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss: |
| COUNTY OF NEW YORK | ) | |

I, Muhammed Habib declare:

1.  I am over the age of 18 years and not a party to these chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3.  On the 14th day of March, 2011, Apple Direct Mail Services Ltd., under my supervision served a true and accurate copy of the "Trustee's Motion for Entry of Litigation Protective Order", along with the relevant exhibits and Amended Notice (Docket No. 3928), upon the parties listed on Exhibit 1, attached hereto, via First Class US Mail.

4.  On the 14th day of March, 2011, I caused a true and accurate copy of the "Trustee's Motion for Entry of Litigation Protective Order", along with the relevant exhibits and Amended Notice (Docket No. 3928), to be served upon the parties listed on Exhibit 2, attached hereto, via First Class US Mail.

5.  Said document was securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

AM0002

6.     I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 14th day of March, 2011 at New York, New York.

By   _____
                Muhammed Habib

Sworn before me this
14th day of March, 2011

_____
Notary Public

ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM. EXP. September 21, 2013

# EXHIBIT 1

Exhibit Pages
Redacted Version

| | |
|---|---|
| 001187<br>YESKOO HOGAN & TAMLYN LLP<br>139 SOUTH STREET, SUITE 204<br>NEW PROVIDENCE NJ 07974 | 007773<br>    JAMES N. LAWLOR<br>C/O WOLLMUTH MAHER & DEUTSCH LLP,<br>ONE GATEWAY CENTER<br>NEWARK NEW JERSEY 07102 |
| 005748<br>10 MICHAEL DRIVE ASSOCIATES, L.P.<br>SYOSSET NY 11791 | 005932<br>101 HUNTINGTON HOLDINGS LLC<br>BOSTON MA 02199 |
| 005729<br>125 BETHPAGE ASSOCIATES<br>SYOSSET NY 11791 | 002342<br>151797 CANADA INC.<br>TORONTO ONTARIO M5R 3T8<br>CANADA |
| 002343<br>151797 CANADA INC.<br>CALGARY AB T2V 5G3<br>CANADA | 004677<br>1776 K STREET ASSOCIATES LIMITED PARTNERSHIP<br>WASHINGTON DC 20016 |
| 004678<br>1776 K STREET ASSOCIATES LIMITED PARTNERSHIP<br>POTOMAC MD 20854 | 003378<br>1998 DEBRA GERSHEN REVOCABLE TRUST<br>RANCHO SANTA FE CA 92067 |
| 003376<br>1998 WILLIAM GERSHEN REVOCABLE TRUST<br>RANCHO SANTA FE CA 92067 | 007631<br>4000 MASSACHUSETTS AVENUE PARTNERS<br>WASHINGTON  DC 20005 |
| 005735<br>45 SOUTH SERVICE ROAD, LLC<br>SYOSSET NY 11791 | 005746<br>500 BI-COUNTY ASSOCIATES, L.P.<br>SYOSSET NY 11791 |
| 000495<br>61 ASSOCIATES<br>NEW YORK NY 10016 | 000496<br>61 ASSOCIATES<br>WOODMERE NY 11598 |
| 000497<br>61 ASSOCIATES<br>MOUNTAIN LAKES NJ 07046 | 005149<br>A & M JOHNSON TRUST<br>WALNUT CREEK CA 94598 |
| 003854<br>A&G GOLDMAN PARTNERSHIP<br>RYE NY 10580 | 003815<br>A. LLOYD SCHAUMLOFFEL<br>WANTAGH NEW YORK  11793 |
| 005897<br>A. PAUL VICTOR<br>NEW YORK NY 10021 | 005894<br>A. PAUL VICTOR, P.C.<br>NEW YORK NY 10021 |
| 007800<br>A.M.<br>NEW YORK NY 10028 | 000482<br>A.N.<br>MOUNTAIN LAKES NJ 07046 |
| 000483<br>A.N.<br>NEW YORK NY 10016 | 000484<br>A.N.<br>MOUNTAIN LAKES NJ 07046 |
| 007791<br>A.V.M.<br>NEW YORK NY 10012 | 007792<br>A.V.M.<br>GREENWICH CT 06831 |
| 001898<br>AARON WOLFSON<br>FAR ROCKAWAY NY 11691 | 001998<br>AARON WOLFSON<br>LAWRENCE NEW YORK 11559 |
| 000358<br>ABBEY GOODMAN<br>NEW YORK NY 10011-9179 | 002383<br>ABBIE L. MILLER<br>ST. PAUL MINNESOTA 55118 |
| 002384<br>ABBIE MILLER REVOCABLE TRUST U/A DTD 2/16/89<br>ST. PAUL MINNESOTA 55118 | 002385<br>ABBIE MILLER REVOCABLE TRUST U/A DTD 2/16/89<br>DALLAS TEXAS 75230 |
| 004008<br>ABBIT FAMILY TRUST<br>IRVINE CA 92620 | 005991<br>ABC TRUST 1<br>NEW YORK NEW YORK 10021 |
| 005993<br>ABC TRUST 2<br>NEW YORK NEW YORK 10021 | 005994<br>ABC TRUST 2<br>NEW YORK NEW YORK 10028 |
| 005996<br>ABC TRUST 3<br>NEW YORK NEW YORK 10021 | 005998<br>ABC TRUST 4<br>NEW YORK NEW YORK 10128 |

Date : 3/17/2011                          **Exhibit Pages**                          Page # : 2
**Redacted Version**

| | |
|---|---|
| 006000<br>ABC TRUST 5<br>NEW YORK NEW YORK 10128 | 006001<br>ABC TRUST 5<br>NEW YORK NEW YORK 10028 |
| 006003<br>ABC TRUST 6<br>NEW YORK NEW YORK 10128 | 006005<br>ABC TRUST 7<br>NEW YORK NEW YORK 10128 |
| 005113<br>ABE SCHY, AS CUSTODIAN FOR J.S.<br>MYRTLE BEACH SC 29579 | 005102<br>ABE SCHY, INDIVIDUALLY AND AS CUSTODIAN FOR B.S., J.S., AND M.S.<br>MYRTLE BEACH SC 29579 |
| 002347<br>ABG PARTNERS<br>MINNETONKA MN 55305 | 002348<br>ABG PARTNERS<br>MINNEAPOLIS MN 55416 |
| 007872<br>ABN AMRO BANK (IRELAND) LTD. (F/K/A FORTIS PRIME FUND SOLUTIONS BANK (IRELAND) LTD.)<br>IRELAND | 007873<br>ABN AMRO CUSTODIAL SERVICES (IRELAND) LTD. (F/N/A FORTIS PRIME FUND SOLUTIONS CUSTODIAL SERVICES (IRELAND) LTD.)<br>IRELAND |
| 000685<br>ABNER LEVINE<br>DELRAY BEACH FL 33445 | 006706<br>ABRAHAM B. BERKOWITZ QTIP GST TRUST<br>BOSTON MASSACHUSETTS 02109 |
| 006797<br>ABRAHAM B. BERKOWITZ QTIP GST TRUST<br>BOYNTON BEACH FLORIDA 33437 | 004827<br>ABRAHAM KLEINMAN<br>NEW YORK NY 10022 |
| 004586<br>ABRAHAM M. MORA<br>KAYE SCHOLER LLP,<br>PHILLIPS POINT - WEST TOWER,<br>777 SOUTH FLAGLER DR., STE. 900<br>WEST PALM BEACH FL 33401 | 001899<br>ABRAHAM WOLFSON<br>BROOKLYN NY 11210 |
| 001904<br>ABRAHAM WOLFSON<br>BROOKLYN NEW YORK 11210 | 006406<br>ABSOLUTE PORTFOLIO MANAGEMENT LTD.<br>CAYMAN ISLANDS |
| 006970<br>ACCESS INTERNATIONAL ADVISORS LTD.<br>BAHAMAS | 007008<br>ACCESS INTERNATIONAL ADVISORS LTD.<br>NASSAU<br>BAHAMAS |
| 006971<br>ACCESS MANAGEMENT LUXEMBOURG SA<br>LUXEMBOURG | 006972<br>ACCESS PARTNERS (SUISSE) SA<br>SWITZERLAND |
| 006973<br>ACCESS PARTNERS SA (LUXEMBOURG)<br>LUXEMBOURG | 002174<br>ACCREDITED INVESTORS<br>5200 WEST 73RD ST.<br>EDINA MN 55439 |
| 002457<br>ADA D. MCGRATH<br>OAK BROOK IL 60523 | 002458<br>ADA D. MCGRATH<br>NORTH GRAFTON MA 01536 |
| 005338<br>ADAM BARTOS<br>NEW YORK NY 10021 | 005453<br>ADAM KAMENSTEIN ESQ.<br>8491 SUNSET BLVD., STE. 770<br>WEST HOLLYWOOD CA 90069 |
| 000632<br>ADAM MANN<br>GREAT NECK NY 11024 | 000701<br>ADAM P. GLICK<br>NEW YORK NY 10021 |
| 005329<br>ADAM PISANO<br>SOUTH BERWICK, ME  03908 | 003939<br>ADAM STEINER<br>BELTSVILLE MD 20705 |
| 003089<br>ADELE ADESS<br>PHILADELPHIA PA 19103 | 003087<br>ADELE ADESS REVOCABLE LIVING TRUST IS A TRUST DTD 10/16/01<br>PHILADELPHIA PA 19103 |
| 002960<br>ADELINE SHERMAN<br>CORAL GABLES FL 33133 | 002954<br>ADELINE SHERMAN REVOCABLE TRUST<br>CORAL GABLES FL 33133 |
| 002955<br>ADELINE SHERMAN REVOCABLE TRUST<br>CORAL GABLES FL 33133 | 003091<br>ADESS FAMILY TRUST<br>AMBLER PA 19002 |
| 003092<br>ADESS FAMILY TRUST<br>POINT REYES STATION CA 94956 | 003093<br>ADESS FAMILY TRUST<br>PHILADELPHIA PA 19103 |

Date : 3/17/2011      **Exhibit Pages**      Page # : 3

**Redacted Version**

| | |
|---|---|
| 000860<br>AD-IN-PARTNERS<br>MAMARONECK NY 10543 | 002254<br>AGNES E. KULL<br>WORCESTER MA 01615 |
| 002255<br>AGNES E. KULL<br>WORCESTER MASSACHUSETTS 01609 | 005939<br>AHT ASSOCIATES, LLC A/K/A AHT PARTNERS<br>SPRINGFIELD VA 22150 |
| 005941<br>AHT ASSOCIATES, LLC A/K/A AHT PARTNERS<br>HILTON HEAD SC 29926 | 006977<br>ALAIN HONDEQUIN<br>SWITZERLAND |
| 004481<br>ALAN  HAYES<br>GERMANTOWN  NEW YORK 12526 | 003565<br>ALAN ABRAMSON<br>NEW YORK NY 10017 |
| 007627<br>ALAN AND DIANE MILLER<br>WAYZATA MN 55391 | 003859<br>ALAN GOLDMAN<br>NEW YORK NY 10022 |
| 000576<br>ALAN L. AUFZIEN<br>FAIRFIELD NEW JERSEY 07004 | 000577<br>ALAN L. AUFZIEN<br>BOONTON NEW JERSEY  07005 |
| 000578<br>ALAN L. AUFZIEN<br>TAMARAC FLORIDA 33319 | 003129<br>ALAN M GOLDBERG, CPA<br>17971 BISCAYNE BLVD.,<br>SUITE 104<br>AVENTURA FL 33160 |
| 003712<br>ALAN MEISELS<br>SHORT HILLS NJ 07078 | 005124<br>ALAN MNUCHIN,<br>AS EXECUTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>NEW YORK NY 10028 |
| 005125<br>ALAN MNUCHIN,<br>AS EXECUTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>NEW YORK NEW YORK 10022 | 005829<br>ALAN POTAMKIN<br>CORAL GABLES FL 33143 |
| 003099<br>ALAN WILK<br>NESCONSET NEW YORK 11767 | 001770<br>ALAN WINTERS<br>BELLAIRE TX 77401 |
| 001763<br>ALAN WINTERS AND JANET WINTERS<br>FAMILY PARTNERSHIP LTD<br>BELLAIRE TX 77401 | 001764<br>ALAN WINTERS AND JANET WINTERS<br>FAMILY PARTNERSHIP LTD<br>BELLAIRE TX 77401 |
| 001765<br>ALAN WINTERS AND JANET WINTERS<br>FAMILY PARTNERSHIP LTD<br>BELLAIRE TX 77401 | 001766<br>ALAN WINTERS AND JANET WINTERS<br>FAMILY PARTNERSHIP LTD<br>BELLAIRE TX 77401 |
| 004644<br>ALARIC P. RADOSH<br>FAIRFAX VIRGINIA 22030 | 001779<br>ALBERT D. ANGEL<br>WEST ORANGE NJ 07052 |
| 007095<br>ALBERT FENSTER<br>NEW YORK NEW YORK 10022 | 002438<br>ALBERT H. SMALL<br>BETHESDA MD 20814 |
| 005367<br>ALBERT H. SMALL<br>BETHESDA MD 20814 | 007640<br>ALBERT H. SMALL<br>BETHESDA MARYLAND 20814 |
| 007641<br>ALBERT H. SMALL<br>PALM BEACH FLORIDA 33480 | 007642<br>ALBERT H. SMALL<br>ASPEN COLORADO 81611 |
| 004060<br>ALBERT H. SMALL<br>BETHESDA MD 20814 | 004061<br>ALBERT H. SMALL<br>PALM BEACH FL 33480 |
| 004062<br>ALBERT H. SMALL<br>ASPEN CO 81611 | 005366<br>ALBERT H. SMALL CHARITABLE REMAINDER UNITRUST<br>BETHESDA MD 20814 |
| 007097<br>ALBERT NIKIELEWSKI<br>ALICANTE<br>SPAIN | 002576<br>ALBERT RUBINGER<br>ST LOUIS PARK MN 55426 |
| 002575<br>ALBERT RUBINGER TRUST<br>ST LOUIS PARK MN 55426 | 005577<br>ALBERT SMALL INDIVIDUALLY<br>BETHESDA MARYLAND 20814 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 005576<br>ALBERT SMALL TRUSTEE<br>BETHESDA MARYLAND 20814 | 005545<br>ALECO J. GREENBERG, INDIVIDUALLY<br>WASHINGTON D.C. 20008 |
| 004660<br>ALEJANDRO CAMACHO, AKA ALEX CAMACHO<br>NEW YORK NY 10028 | 006438<br>ALESSANDRO PROFUMO<br>BELGIUM |
| 001866<br>ALEXANDER SIROTKIN<br>MAPLEWOOD NJ 07040 | 001867<br>ALEXANDER SIROTKIN<br>MAPLEWOOD NJ 07040 |
| 000618<br>ALEXANDRA DALE HEINE<br>WESTPORT CT 06880 | 004783<br>ALEXANDRA E. HAUSNER CAVE<br>SAN FRANCISCO CA 94131 |
| 002295<br>ALEXANDRE CHEMLA<br>NEW YORK NY 10021 | 004557<br>ALEXANDRIA K. MARDEN<br>NEW YORK NEW YORK 10013 |
| 002937<br>ALFRED B. REISCHER TRUST<br>KEY BISCAYNE FL 33149 | 000072<br>ALICE BARBANEL<br>WOODMERE NY 11598 |
| 000074<br>ALICE BARBANEL<br>BOCA RATON FLORIDA 33434 | 003838<br>ALICE GOLDBERG<br>DELRAY BEACH FL 33446 |
| 007822<br>ALICE JACOBS<br>CEDARHURST NEW YORK 11516 | 002052<br>ALICE SCHINDLER<br>PALM BEACH GARDENS FL 33418 |
| 007817<br>ALICE WEINER<br>TAMARAC FLORIDA 33321 | 005271<br>ALICIA P. FELTON<br>MERION STATION PA 19066 |
| 003300<br>ALISA SIEGFELD<br>NEW BRITAIN CT 06052 | 003301<br>ALISA SIEGFELD<br>AVON CONNECTICUT 06001 |
| 003555<br>ALISIN FEFFER KASNER<br>NEW YORK NY 10005 | 003556<br>ALISIN FEFFER KASNER<br>AUSTIN TEXAS 78729 |
| 003834<br>ALLAN EHRLICH<br>HENDERSON NV 89015 | 003833<br>ALLAN EHRLICH<br>PROFIT SHARING AND PENSION PLAN<br>HENDERSON NV 89015 |
| 000049<br>ALLAN HURWITZ<br>POTOMAC MD 20854 | 005928<br>ALLAN INGER<br>STAMFORD CONNECTICUT 06902 |
| 000051<br>ALLAN R. HURWITZ REVOCABLE TRUST<br>POTOMAC MD 20854-1664 | 001079<br>ALLAN R. TESSLER<br>JACKSON WY 83002 |
| 007823<br>ALLAN WILSON<br>MIAMI FLORIDA 33133 | 002296<br>ALLEN GORDON<br>OAK BROOK IL 60523 |
| 002298<br>ALLEN GORDON<br>SANTA FE NM 87501 | 003864<br>ALLEN GORDON<br>SANTA FE NM 87501 |
| 002809<br>ALLEN HIRSCHFIELD<br>GLENCOE IL 60022 | 002808<br>ALLEN HIRSCHFIELD TRUST<br>GLENCOE IL 60022 |
| 000590<br>ALLYN LEVY<br>PALM BEACH FL 33480 | 000592<br>ALLYN LEVY REVOCABLE TRUST<br>PALM BEACH FL 33480 |
| 003107<br>ALVIN E. SHULMAN<br>OAK BROOK IL 60523 | 003108<br>ALVIN E. SHULMAN<br>AVENTURA FL 33180 |
| 003118<br>ALVIN E. SHULMAN<br>AVENTURA FL 33180 | 003117<br>ALVIN E. SHULMAN POUROVER TRUST<br>AVENTURA FL 33180 |
| 003831<br>ALVIN GINDEL<br>BROOKVILLE NY 11545 | 003832<br>ALVIN GINDEL<br>BOCA RATON FL 33434 |

| | |
|---|---|
| 005305<br>ALVIN GINDEL<br>BOCA RATON FL 33434 | 003828<br>ALVIN GINDEL REVOCABLE TRUST AGREEMENT<br>BROOKVILLE NY 11545 |
| 003829<br>ALVIN GINDEL REVOCABLE TRUST AGREEMENT<br>BOCA RATON FL 33434 | 002186<br>ALVIN JAFFE TRUST<br>EDINA MN 55436 |
| 002187<br>ALVIN JAFFE TRUST<br>PALO ALTO CA 94306 | 005652<br>ALVIN R. RUSH<br>OLD WESTBURY NY 11568 |
| 005654<br>ALVIN R. RUSH<br>GREAT NECK NY 11021 | 005655<br>ALVIN R. RUSH<br>BOCA RATON FL 33434 |
| 005643<br>ALVIN RUSH<br>BOCA RATON FL 33434 | 005644<br>ALVIN RUSH<br>OLD WESTBURY NY 11568 |
| 000519<br>ALVIN S. BOSLOW<br>HEWLETT HARBOR NY 11557 | 000194<br>ALYSE JOEL KLUFER<br>PORT CHESTER NY 10573-7011 |
| 005299<br>ALYSE JOEL KLUFER<br>PORT CHESTER NY 10573-7011 | 000926<br>ALYSE KORNBLUM<br>PORT ST. LUCIE FL 34986 |
| 006986<br>ALYSON WEISS; LOEB & LOEB LLP<br>345 PARK AVENUE, 18TH FLOOR<br>NEW YORK NY 10154 | 004098<br>AMANDA BAILEY, AS TRUSTEE<br>HARDWICK NJ 07825 |
| 004155<br>AMANDA LEFKOWITZ<br>LARGO FL 33773 | 001149<br>AMANDA SAVASKY<br>APTOS CA 95003 |
| 002244<br>AMBASSADOR SHOE CORPORATION<br>WORCESTER MA 01609 | 005414<br>AMERICA ISRAEL CULTURAL FOUNDATION INC<br>NEW YORK NY 10017 |
| 005261<br>AMERICAN COMMITTEE FOR SHAARE ZEDEK HOSPITAL JERUSALEM INC<br>NEW YORK NY 10036 | 004106<br>AMERICAN GENERAL LIFE ASSURANCE COMPANY<br>PLYMOUTH MEETING PENNSYLVANIA 19462 |
| 004107<br>AMERICAN GENERAL LIFE ASSURANCE COMPANY<br>HARTFORD CONNECTICUT 06104 | 004545<br>AMERICAN GENERAL LIFE ASSURANCE COMPANY<br>PLYMOUTH MEETING PA 19462 |
| 005393<br>AMERICAN JEWISH CONGRESS INC.<br>NEW YORK NY 10022 | 007600<br>AMERICAN SECURITIES MANAGEMENT, L.P., FORMERLY KNOWN AS AMERICAN<br>SECURITIES, L.P.<br>NEW YORK NY 10171 |
| 007265<br>AMERICAN SECURITIES OPPORTUNITY FUND, L.P.<br>NEW YORK NY 10171 | 007060<br>AMPARO RIBOVICH<br>SANTA CLARA CALIFORNIA 95051-5269 |
| 007061<br>AMPARO RIBOVICH<br>BOYNTON BEACH FLORIDA 33436-9006 | 004276<br>AMY A. HOBISH<br>VENICE CA 90291 |
| 003648<br>AMY B. NAUGHTON<br>DAVID R. ANDELMAN<br>LOURIE & CUTLER, PC<br>60 STATE STREET<br>BOSTON MA 02109 | 003645<br>AMY B. NAUGHTON<br>DAVID R. ANDELMAN<br>LOURIE & CUTLER, PC<br>60 STATE STREET<br>BOSTON MA 02109 |
| 003640<br>AMY B. NAUGHTON, DAVID R. ANDELMAN, LOURIE & CUTLER, PC<br>60 STATE STREET<br>BOSTON MA 02109 | 003612<br>AMY B. NAUGHTON, ESQ.<br>DAVID R. ANDELMAN, ESQ.<br>LOURIE & CUTLER, PC<br>60 STATE STREET<br>BOSTON MA 02109 |
| 003614<br>AMY B. NAUGHTON, ESQ.<br>DAVID R. ANDELMAN, ESQ.<br>LOURIE & CUTLER, PC<br>60 STATE STREET<br>BOSTON MA 02109 | 003605<br>AMY B. NAUGHTON, ESQ.<br>DAVID R. ANDELMAN, ESQ.<br>LOURIE & CUTLER, PC<br>60 STATE STREET<br>BOSTON MA 02109 |
| 002172<br>AMY BERMAN<br>LAS VEGAS NV 89109 | 002167<br>AMY BERMAN IRREVOCABLE TRUST<br>LAS VEGAS NV 89109 |

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 000170<br>AMY JOEL<br>NEW YORK NEW YORK 10021 | 000189<br>AMY JOEL<br>NEW YORK NEW YORK 10021 |
| 004766<br>AMY METZENBAUM<br>MILL VALLEY CA 94941 | 002330<br>AMY PINTO LOME<br>MINNETONKA MINNESOTA 55305 |
| 002328<br>AMY PINTO LOME REVOCABLE TRUST U/A/D 5/22/03<br>MINNETONKA MINNESOTA 55305 | 001719<br>AMY R. ROTH<br>VAIL COLORADO 81657 |
| 001721<br>AMY R. ROTH<br>BOCA RATON FL 33433 | 000454<br>AMY S. COHEN<br>NEW YORK NY 10016 |
| 000455<br>AMY S. COHEN<br>LARCHMONT AVENUE NY 10538 | 000456<br>AMY S. COHEN<br>JENKINTOWN PA 19046 |
| 007231<br>ANDRE AND JYOTI ULRYCH<br>MARBLE CO 81623 | 004320<br>ANDREA G. INGRAM<br>NEW YORK NY 10022 |
| 000408<br>ANDREA J. MARKS<br>WOODMERE NEW YORK 11598 | 001404<br>ANDREA KRINGSTEIN<br>NEW YORK NY 10021 |
| 004528<br>ANDREA R. LEEDS<br>SYOSSET NEW YORK 11791 | 006418<br>ANDREAS PIRKNER<br>AUSTRIA |
| 006420<br>ANDREAS SCHINDLER<br>AUSTRIA | 000149<br>ANDREW COHEN<br>VIRGINIA BEACH VA 23455 |
| 002681<br>ANDREW D. KAUFMAN<br>MUSKEGON MI 49441 | 003805<br>ANDREW DIERINGER<br>HEWLETT NEW YORK 11557 |
| 002245<br>ANDREW GOODMAN<br>DRESHER PA 19025 | 002509<br>ANDREW GOODMAN<br>NEW YORK NY 10036 |
| 000105<br>ANDREW J. FRISCH<br>950 THIRD AVENUE - 15TH FLOOR<br>NEW YORK NEW YORK  10022 | 002712<br>ANDREW KAUFMAN<br>MUSKEGON MI 49441 |
| 005882<br>ANDREW KIMLER<br>VISHNICK MCGOVERN MILIZIO LLP<br>3000 MARCUS AVENUE, SUITE 1E9<br>LAKE SUCCESS NY 11042 | 001709<br>ANDREW KOSTIN<br>DARIEN CT 06820 |
| 002432<br>ANDREW LAPPIN<br>SALEM MA 01970 | 005399<br>ANDREW M. LANKLER<br>LANKLER & CARRAGHER<br>415 MADISON AVE<br>16TH FLOOR<br>NEW YORK NY 10017 |
| 000173<br>ANDREW SAMUELS<br>C/O STEVEN R. SCHLESINGER, ESQ.<br>JASPAN SCHLESINGER, LLP<br>300 GARDEN CITY PLAZA, 5TH FLOOR<br>GARDEN CITY NY 11530 | 000174<br>ANDREW SAMUELS<br>DIX HILLS NEW YORK  11746 |
| 007215<br>ANDREW SANKIN<br>BOCA RATON FL 33496 | 004624<br>ANDREW UNGERLEIDER<br>AS TRUSTEE OF YESOD FUND AND AS AN INDIVIDUAL<br>SANTA FE NM 87501 |
| 004623<br>ANDREW UNGERLEIDER AS TRUSTEE<br>OF YESOD FUND AND AS AN INDIVIDUAL<br>NEW YORK NY 10017 | 000259<br>ANGELA TILETNICK<br>BAYSIDE NY 11361 |
| 004742<br>ANITA KARIMIAN<br>NEW YORK NY 10010 | 000678<br>ANITA KIRSTEN<br>NEW YORK NY 10022 |
| 003512<br>ANITA RUSSELL<br>NORTH BARRINGTON IL 60010 | 003337<br>ANN BADER GELLER<br>NEW YORK NY 10075 |

Date : 3/17/2011                    **Exhibit Pages**                    Page # : 7
**Redacted Version**

---

003338
ANN BADER GELLER
NEW ROCHELLE NY  10804

004348
ANN G. KELMAN, AS TRUSTEE AND AS AN INDIVIDUAL
BOCA RATON FLORIDA 33432

---

003484
ANN GORRIN
BEVERLY HILLS CA 90210

007767
ANN KELMAN
BOCA RATON FL 33431

---

002877
ANN M. OLESKY
DALLAS TX 75225

001754
ANN M. SAGE PASSER
NEW YORK NY 10019

---

006850
ANN M. SAGE PASSER
NEW YORK NY 10019

007708
ANN M. SULLIVAN
FORT LAUDERDALE FLORIDA 33308

---

004091
ANN MCNAMARA AS TRUSTEE
HAMBURG NY 14075

007711
ANN OR MICHAEL SULLIVAN
FORT LAUDERDALE FLORIDA 33308

---

006332
ANNA ROTHWELL,
C/O BRIAN MADDOX, LAX & NEVILLE, LLP
1412 BROADWAY,
SUITE 1407
NEW YORK NY  10018

006320
ANNE SQUADRON,
C/O BRIAN MADDOX, LAX & NEVILLE, LLP
1412 BROADWAY
SUITE 1407
NEW YORK NY  10018

---

000099
ANNETTE BONGIORNO
NORTH HILLS NY 11030

005030
ANNETTE JUNGREIS TRUST DATED MAY 13, 1993
BOCA RATON FL 33434

---

005031
ANNETTE JUNGREIS TRUST DATED MAY 13, 1993
BAYSIDE WI 53217

005032
ANNETTE JUNGREIS TRUST DATED MAY 13, 1993
PARK RIDGE NJ 07656

---

005048
ANNETTE JUNGREIS
AS TRUSTEE, AND AS AN INDIVIDUAL
BAYSIDE WI 53217

005033
ANNETTE JUNGREIS
AS TRUSTEE, AS TRUSTEE, AND AS AN INDIVIDUAL
BOCA RATON FL 33434

---

005034
ANNETTE JUNGREIS
AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL
BAYSIDE WI 53217

005035
ANNETTE JUNGREIS
AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL
PARK RIDGE NJ 07656

---

005047
ANNETTE JUNGREIS,
AS TRUSTEE, AND AS AN INDIVIDUAL
PARK RIDGE NJ 07656

005046
ANNETTE JUNGREIS,
AS TRUSTEE, AND AS AN INDIVIDUAL
BOCA RATON FL 33434

---

005487
ANNETTE L WEISER
FOREST HILLS NY 11375

000847
ANTAEUS ENTERPRISES, INC.
NEW YORK NY 10016

---

002130
ANTHONY E. STEFANELLI
TOTOWA NJ 07512

002019
ANTHONY E. STEFANELLI, JR.
MONTCLAIR NJ 07043

---

000104
ANTHONY J. PIACENTINI
31 SOUTH BAYLES AVENUE
PORT WASHINGTON NEW YORK 11050

005529
ANTHONY PUGLIESE
BRITISH VIRGIN ISLANDS

---

005384
ANTHONY R. DAVIS
WESTFIELD NJ 07090

005386
ANTHONY R. DAVIS AND MARY M. DAVIS
JOINT TENANCY WITH RIGHT OF SURVIVORSHIP
WESTFIELD NJ 07090

---

004653
APPLICABLE EXCLUSION TRUST UNDER ARTICLE FOURTH OF THE WILL OF
CHARLES C. ROLLINS
SOUTHAMPTON NY 11968

007770
APRIL MANZKE
POUND RIDGE NEW YORK 10576-1300

---

005744
ARC-BDG SETAUKET ENTERPRISE
SYOSSET NY 11791

005340
ARCHITECTURAL BODY RESEARCH FOUNDATION INC
NEW YORK NY 10012

---

005341
ARCHITECTURAL BODY RESEARCH FOUNDATION INC #2
NEW YORK NY 10012

003383
ARGANEY L. LUCAS JR.
OAK BROOK IL 60523

---

003386
ARGANEY L. LUCAS JR.
EASTON MD 21601-8338

003387
ARGANEY L. LUCAS JR.
POMPTON PLAINS NJ 07444

Date : 3/17/2011                           **Exhibit Pages**                           Page # : 8
                                          **Redacted Version**

| | |
|---|---|
| 007674<br>ARGAU, INC.<br>BAHAMAS | 007675<br>ARGAU, INC.<br>BAHAMAS |
| 005000<br>ARMAND L. GREENHALL<br>NEW YORK NY 10025 | 005182<br>ARMAND LINDENBAUM<br>ATLANTIC BEACH NY 11509 |
| 005183<br>ARMAND LINDENBAUM<br>NEW YORK NY 10022 | 005067<br>ARNOLD HERZ, ESQ.<br>14 VANDERVENTER AVE., STE. 255<br>PORT WASHINGTON NY 11050 |
| 002988<br>ARNOLD M. SOSKIN REVOCABLE TRUST<br>MINNETONKA MN 55343 | 002989<br>ARNOLD M. SOSKIN REVOCABLE TRUST<br>MINNETONKA MINNESOTA 55305 |
| 002050<br>ARNOLD MASSIRMAN<br>BOCA RATON FL 33496 | 004957<br>ARNOLD SALOB<br>BROOKVILLE NY 11545 |
| 002117<br>ARNOLD SCHREIBER<br>GLEN HEAD NY 11545 | 003560<br>ARNOLD SHAPIRO TRUST<br>PALM BEACH FL 33480 |
| 003561<br>ARNOLD SHAPIRO TRUST<br>WESTON MA 02493 | 003562<br>ARNOLD SHAPIRO TRUST<br>NEW YORK NY 10017 |
| 002055<br>ARNOLD W. SCHREIBER, IN HIS CAPACITY AS TRUSTEE<br>OF THE NORTH NASSAU CARDIOLOGY ASSOCIATES, P.C.<br>DEFINED BENEFIT PENSION PLAN<br>GLEN HEAD NEW YORK 11545 | 002056<br>ARNOLD W. SCHREIBER, IN HIS CAPACITY AS TRUSTEE<br>OF THE NORTH NASSAU CARDIOLOGY ASSOCIATES, P.C.<br>DEFINED BENEFIT PENSION PLAN<br>WEST PALM BEACH FLORIDA 33411 |
| 004408<br>ARON B. KATZ 1995 IRREVOCABLE TRUST<br>DENVER CO 80293 | 004409<br>ARON B. KATZ 1995 IRREVOCABLE TRUST<br>DENVER CO 80206 |
| 004399<br>ARON B. KATZ CHARITABLE REMAINDER UNITRUST<br>DENVER CO 80206 | 004400<br>ARON B. KATZ CHARITABLE REMAINDER UNITRUST<br>DENVER CO 80293 |
| 004401<br>ARON B. KATZ CHARITABLE REMAINDER UNITRUST<br>MAIMI BEACH FL 33140 | 004416<br>ARON B. KATZ, AS TRUSTEE, AND AS AN INDIVIDUAL<br>DENVER CO 80206 |
| 004417<br>ARON B. KATZ, AS TRUSTEE, AND AS AN INDIVIDUAL<br>MAIMI BEACH FL 33140 | 004418<br>ARON B. KATZ, AS TRUSTEE, AND AS AN INDIVIDUAL<br>DENVER CO 80293 |
| 004314<br>ARTHUR A. INGRAM REVOCABLE TRUST<br>FLORAL PARK NEW YORK 11005 | 004315<br>ARTHUR A. INGRAM REVOCABLE TRUST<br>NEW YORK NY 10022 |
| 005311<br>ARTHUR B. PAGE<br>BOSTON MASSACHUSETTS 02109 | 002472<br>ARTHUR E STRICKMAN<br>OAK BROOK IL 60523 |
| 002473<br>ARTHUR E STRICKMAN<br>RANCHO MIRAGE CA 92270 | 002391<br>ARTHUR I. MEYER<br>WEST PALM BEACH FL 33406 |
| 005846<br>ARTHUR J. FEIBUS<br>C/O ELISE SCHERR FREJKA, ESQ.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NEW YORK 10036 | 000365<br>ARTHUR J. STEINBERG, ESQ., HEATH D. ROSENBLAT, ESQ.<br>KING & SPALDING LLP<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NEW YORK 10036 |
| 004436<br>ARTHUR KEPES UNIFIED CREDIT SHELTER TRUST<br>SCOTTSDALE AZ  85254 | 000924<br>ARTHUR LUXENBERG<br>GREAT NECK NEW YORK 11021 |
| 005839<br>ARTHUR M. SISKIND<br>C/O ELISE SCHERR FREJKA, ESQ.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NEW YORK 10036 | 002406<br>ARTHUR STRICKMAN<br>RANCHO MIRAGE CA 92270 |

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 000412<br>ARTICLE 8.1 TRUST<br>WOODMERE NEW YORK 11598 | 000164<br>ARTICLE FOURTH TRUST<br>C/O HARVEY KRAUSS & MICHAEL WEXELBAUM<br>SNOW BECKER KRAUSS P.C.<br>605 THIRD AVENUE<br>NEW YORK NY 10158 |
| 000165<br>ARTICLE FOURTH TRUST<br>SCARSDALE NY 10583 | 000794<br>ARTICLE SIXTH TRUST<br>NEW YORK NY 10019 |
| 000795<br>ARTICLE SIXTH TRUST<br>SCOTTSDALE AZ 85255 | 000162<br>ARTICLE THIRD TRUST<br>C/O HARVEY KRAUSS & MICHAEL WEXELBAUM<br>SNOW BECKER KRAUSS P.C.<br>605 THIRD AVENUE<br>NEW YORK NY 10158 |
| 000163<br>ARTICLE THIRD TRUST<br>SCARSDALE NY 10583 | 001564<br>ASCENT, INC.<br>HOLMDEL NJ 07733 |
| 002310<br>ASPEN FINE ARTS CO.<br>SUNNY ISLE BEACH FL  33160 | 007634<br>ASSOCIADOS INVESTIMENTO LTD.<br>C/O GUY LUDOVISSY<br>36-38 GRAND RUE, B.P. 367<br>LUXEMBOURG, L-2013<br>LUXEMBOURG |
| 007635<br>ASSOCIADOS INVESTIMENTO LTD.<br>GEORGE TOWN GRAND CAYMAN<br>CAYMAN ISLANDS | 007636<br>ASSOCIADOS INVESTIMENTO LTD.<br>C/O JOHN ZAMPINO<br>405 LEXINGTON AVENUE<br>SUITE 5002<br>NEW YORK NY 10174 |
| 007637<br>ASSOCIADOS INVESTIMENTO LTD.<br>LUXEMBOURG<br>LUXEMBOURG | 000265<br>ATTN: ELISE SCHERR FREJKA, PHILIP BENTLEY, JULIANA OLIVEIRA,<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| 004990<br>ATWOOD-REGENCY DEFINED BENEFIT PLAN & TRUST N/K/A ATWOOD-REGENCY<br>PROFIT SHARING PLAN<br>FLUSHING NEW YORK 11355 | 004991<br>ATWOOD-REGENCY DEFINED BENEFIT PLAN & TRUST N/K/A ATWOOD-REGENCY<br>PROFIT SHARING PLAN<br>MANHASSET NEW YORK 11030 |
| 004992<br>ATWOOD-REGENCY PROFIT SHARING PLAN & TRUST A/K/A<br>ATWOOD REGENCY MONEY PURCHASE PENSION PLAN N/K/A ATWOOD-REGENCY<br>PROFIT SHARING PLAN<br>FLUSHING NEW YORK 11355 | 004993<br>ATWOOD-REGENCY PROFIT SHARING PLAN & TRUST A/K/A<br>ATWOOD REGENCY MONEY PURCHASE PENSION PLAN N/K/A ATWOOD-REGENCY<br>PROFIT SHARING PLAN<br>MANHASSET NEW YORK 11030 |
| 005930<br>AUDAX GROUP LP<br>BOSTON MA 02199 | 005931<br>AUDAX MANAGEMENT CO. LLC<br>BOSTON MA 02199 |
| 002507<br>AUDREY GOODMAN<br>PALM BEACH FL 33480 | 007067<br>AUDREY ISELIN<br>WHITE PLAINS NY 10606 |
| 003667<br>AUDREY KOOTA<br>NEW YORK NY 10065 | 002791<br>AUDREY M GOODMAN<br>PALM BEACH FL 33480 |
| 006635<br>AURORA RESOURCES LTD.<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS | 006636<br>AURORA RESOURCES LTD.<br>ROAD TOWN TORTOLA VG1110<br>BRITISH VIRGIN ISLANDS |
| 003409<br>AUSTIN G. BOSARGE, ESQ.<br>TURNING POINT LAW, INC.<br>100 SMITH RANCH ROAD, SUITE 116<br>SAN RAFAEL CA 94903 | 003845<br>AVA GOLDBERG<br>SANTA YNEZ CA 93460 |
| 004923<br>AVCAR GROUP, LTD.<br>BOSTON MA 02110 | 001622<br>AVELLINO FAMILY TRUST<br>PALM BEACH FL 33480 |
| 004921<br>AVRAM GOLDBERG<br>BOSTON MA 02110 | 004563<br>B&C MARDEN LLC, AS GENERAL PARTNER OF MARDEN FAMILY LIMITED<br>PARTNERSHIP<br>WILMINGTON DE 19801 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 005104<br>B.S.<br>HOPEWELL JUNCTION NY 12533 | 005105<br>B.S.<br>HOPEWELL JUNCTION NY 12533 |
| 005106<br>B.S.<br>SCHENECTADY NY 12306 | 005107<br>B.S.<br>SCHENECTADY NY 12306 |
| 005108<br>B.S.<br>PEEKSKILL NY 10566 | 005109<br>B.S.<br>PEEKSKILL NY 10566 |
| 005110<br>B.S.<br>MYRTLE BEACH SC 29579 | 000475<br>B.Z.<br>WOODMERE NY 11598 |
| 000476<br>B.Z.<br>WOODMERE NY 11598 | 005732<br>B-4 PARTNERSHIP<br>SYOSSET NY 11791 |
| 007717<br>BALLY KO PARTNERSHIP<br>SINKING SPRING PA 19608 | 000629<br>BAM L.P.<br>GREAT NECK NY 11024 |
| 006949<br>BANCO BILBOA VIZCAYA ARGENTARIA, S.A.<br>MADRID  28046<br>SPAIN | 006424<br>BANK AUSTRIA CAYMAN ISLANDS LTD.<br>CAYMAN ISLANDS |
| 006369<br>BANK MEDICI AG<br>AUSTRIA | 006410<br>BANK MEDICI AG (GIBRALTAR)<br>GIBRALTAR |
| 005321<br>BANK OF AMERICA, N.A.<br>DALLAS TX 75201 | 005322<br>BANK OF AMERICA, N.A.<br>CHARLOTTE  NC  28255 |
| 002029<br>BARBARA ANN STEFANELLI<br>TOTOWA NJ 07036 | 003476<br>BARBARA BRENNER<br>SAN FRANCISCO CA 94116 |
| 001147<br>BARBARA BUCKMASTER<br>ASHEVILLE NC 28803 | 001397<br>BARBARA FAYE GOLD<br>RED BANK NJ 07701 |
| 003962<br>BARBARA GIRARD<br>NEW YORK NY 10019 | 003967<br>BARBARA GIRARD AS PERSONAL REPRESENTATIVE<br>OF THE ESTATE OF ROSE GUTMACHER<br>NEW YORK NY 10019 |
| 002253<br>BARBARA GREENBERG<br>WORCESTER MASSACHUSETTS 01609 | 002251<br>BARBARA GREENBERG TRUST U/A/D 6/15/75<br>WORCESTER MA 01615 |
| 002252<br>BARBARA GREENBERG TRUST U/A/D 6/15/75<br>WORCESTER MASSACHUSETTS 01609 | 004225<br>BARBARA H. FRIETAG AS PERSONAL REPRESENTATIVE<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>NEW YORK NY 10021 |
| 004298<br>BARBARA H. FRIETAG,<br>AS PERSONAL REPRESENTATIVE,<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>NEW YORK NEW YORK 10021 | 000055<br>BARBARA HURWITZ<br>POTOMAC MD 20854 |
| 003514<br>BARBARA J. BERDON<br>SCARSDALE NEW YORK 10583 | 000900<br>BARBARA J. WEISS<br>OYSTER BAY NEW YORK 11771 |
| 004947<br>BARBARA JUNE LANG<br>SOUTH MIAMI FL 33142 | 004455<br>BARBARA JUNE LANG, AS PERSONAL REPRESENTATIVE, AS TRUSTEE, AS<br>JOINT TENANT, AND AS AN INDIVIDUAL<br>MIAMI FL 33143 |
| 003982<br>BARBARA KELLER<br>GREAT NECK NY 11021 | 003128<br>BARBARA KOTLIKOFF HARMAN<br>BRONXVILLE NY 10708 |
| 005636<br>BARBARA L. SAVIN<br>PALM BEACH GARDENS FL 33418 | 005637<br>BARBARA L. SAVIN<br>MAMARONECK NY 10543 |
| 003098<br>BARBARA MAJESKI<br>PRINCETON NEW JERSEY 08540 | 003798<br>BARBARA MONARCHIO<br>FORT MYERS BEACH FL 33931 |

Exhibit Pages
Redacted Version

---

004469
BARBARA ROSENBAUM, AS TRUSTEE, AS PERSONAL REPRESENTATIVE, AND
AS AN INDIVIDUAL
DELRAY BEACH FLORIDA 33484

000094
BARBARA ROTH
SCOTTSDALE AZ 85254

---

004219
BARBARA S. GROSS
KINGS POINT NY 11024

004220
BARBARA S. GROSS
SUNNY ISLES BEACH FL 33160

---

004215
BARBARA S. GROSS 2006 GRAT
NEW YORK NY 10023

004172
BARBARA S. GROSS, AS TRUSTEE,
AS PERSONAL REPRESENTATIVE
AND AS AN INDIVIDUAL
KINGS POINT NY 11024

---

000958
BARBARA STEIN JAFFE
DEL MAR CA 92014

004860
BARBRA K. HIRSH
AKA BARBRA K. MORGANSTERN
AS GRANTOR, AS TRUSTEE, AND AS AN INDIVIDUAL
ATLANTA GA 30327

---

004859
BARBRA K. MORGANSTERN REVOCABLE TRUST
DATED JANUARY 24 1997
ATLANTA GA 30327

003187
BARRY AHRN
7284 W. PANETTO PARK ROAD SUITE 205
BOCA RATON FL 33433

---

003925
BARRY AHRON TRUSTEE
BOCA RATON FL 33433

002807
BARRY I. ROSS
SAN RAFAEL CA 94903

---

005927
BARRY INGER
GROVELAND MASSACHUSETTS 01834

007089
BARRY R. LAX, ESQ.
LAX & NEVILLE, LLP
1412 BROADWAY, SUITE 1407
NEW YORK NEW YORK  10018

---

000894
BARRY S. VOLPERT, IN HIS CAPACITY
AS TRUSTEE OF THE MARC B. WOLPOW
1995 FAMILY TRUST
NEW YORK NY 10128

000533
BARRY WEISFELD
SCARSDALE NY 10583

---

002421
BARTON REALTY TRUST
SALEM MA 01970

004866
BAYSIDE TRUST
CHICAGO IL 60657

---

006828
BAZELON INVESTMENTS LTD.
ROAD TOWN TORTOLA
BRITISH VIRGIN ISLANDS

006829
BAZELON INVESTMENTS LTD.
NEW YORK NY 10022

---

005737
BCC II, LLC
SYOSSET NY 11791

005736
BDG 115 BROADHOLLOW, L.P.
SYOSSET NY 11791

---

005750
BDG 125TH STREET, LLC
SYOSSET NY 11791

005751
BDG 45 KNIGHTSBRIDGE, LLC
SYOSSET NY 11791

---

005739
BDG COMMACK, LLC
SYOSSET NY 11791

005758
BDG CONSTRUCTION CORP.
SYOSSET NY 11791

---

005759
BDG DANIEL STREET, LLC
SYOSSET NY 11791

005740
BDG DEER PARK ASSOCIATES, LLC
SYOSSET NY 11791

---

005727
BDG DWD ASSOCIATES, LLC
SYOSSET NY 11791

005705
BDG KINGSBRIDGE, LLC
SYOSSET NY 11791

---

005742
BDG LAKE GROVE I, LLC
SYOSSET NY 11791

005743
BDG LARKFIELD ASSOCIATES, LLC
SYOSSET NY 11791

---

005706
BDG PISCATAWAY, LLC
SYOSSET NY 11791

005760
BDG YAPHANK, LLC
SYOSSET NY 11791

---

002700
BEAR LAKE PARTNERS
GRAND RAPIDS MICHIGAN 49508

002701
BEAR LAKE PARTNERS
MUSKEGON MI 49441

---

Date : 3/17/2011                                  Exhibit Pages                              Page # : 12
                                               Redacted Version

| | |
|---|---|
| 001684<br>BEASER INVESTMENT COMPANY L.P.<br>CARSON CITY NV 89703 | 001685<br>BEASER INVESTMENT MANAGEMENT<br>COMPANY LLC<br>CARSON CITY NV 89703 |
| 001047<br>BELFER CORPORATION<br>NEW YORK NY 10153 | 007891<br>BELFOR TWO CORPORATION<br>NEW YORK NEW YORK 10021 |
| 007892<br>BELFOR TWO CORPORATION<br>NEW YORK NY 10153 | 007893<br>BELFOR TWO CORPORATION<br>NEW YORK NEW YORK 10075 |
| 006824<br>BELL VENTURES LIMITED<br>NEW YORK NY 10022 | 006825<br>BELL VENTURES LIMITED<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS |
| 004509<br>BELLE LIEBLEIN, AS TRUSTOR, AS TRUSTEE AND AS AN INDIVIDUAL<br>BAYSIDE NY 11360 | 004510<br>BELLE LIEBLEIN, AS TRUSTOR, AS TRUSTEE AND AS AN INDIVIDUAL<br>WHITE PLAINS NEW YORK 10605 |
| 004511<br>BELLE LIEBLEIN, AS TRUSTOR, AS TRUSTEE AND AS AN INDIVIDUAL<br>CUPERTINO CA 95014 | 001367<br>BEN HELLER AND BEN HELLER TRUST<br>SHARON CT 06069 |
| 003100<br>BEN SCHWARTZ<br>CHARLOTTE NORTH CAROLINA 28226 | 002868<br>BENJAMIN C NEWMAN<br>ENGLEWOOD CO 80110 |
| 000722<br>BENJAMIN H. RUBIN<br>HOPKINS MN 55305 | 001891<br>BENJAMIN P. DEUTSCH, ESQ.,<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>140 BROADWAY, SUITE 3100<br>NEW YORK NY |
| 001722<br>BENJAMIN W. ROTH<br>BOCA RATON FL 33433 | 007050<br>BENNETT & GERTRUDE BERMAN FOUNDATION, INC.<br>SANTA FE NM 87506 |
| 007047<br>BENNETT M. BERMAN TRUST<br>CAMBRIDGE MA 02142 | 007048<br>BENNETT M. BERMAN TRUST<br>SANTA FE NM 87506 |
| 007049<br>BENNETT M. BERMAN TRUST<br>NEW YORK NY 10019 | 000233<br>BERNADETTE O'HARA<br>MALVERNE NY 11565 |
| 001082<br>BERNARD A. & CHRIS MARDEN<br>FOUNDATION INC<br>PALM BEACH  FLORIDA  33480 | 004564<br>BERNARD A. MARDEN REVOCABLE TRUST<br>PALM BEACH FL 33480 |
| 004565<br>BERNARD A. MARDEN REVOCABLE TRUST<br>SEATTLE  WA 98102 | 004566<br>BERNARD A. MARDEN REVOCABLE TRUST<br>NEW YORK NEW YORK 10014 |
| 004567<br>BERNARD A. MARDEN REVOCABLE TRUST<br>NEW YORK NY 10013 | 005442<br>BERNARD CERTILMAN<br>WOODBURY NY 11797 |
| 005443<br>BERNARD CERTILMAN<br>ST. JAMES NY 11780 | 003861<br>BERNARD GORDON<br>LLOYD HARBOR NY 11743 |
| 001052<br>BERNARD GREENMAN MARTIAL DEDUCTION TRUST<br>DELRAY BEACH FL 33445 | 001713<br>BERNARD J. GARBUTT III<br>MORGAN LEWIS & BOCKIUS LLP<br>101 PARK AVENUE<br>NEW YORK NY 10178-0060 |
| 001711<br>BERNARD J. GARBUTT III<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 PARK AVENUE<br>NEW YORK NY 10178-0060 | 003171<br>BERNARD KESSEL INC. PENSION PLAN AND TRUST<br>NEW YORK NY 10022 |
| 004120<br>BERNARD MARDEN PROFIT SHARING PLAN<br>SEATTLE WA 98102 | 004121<br>BERNARD MARDEN PROFIT SHARING PLAN<br>NEW YORK NY 10014 |
| 007643<br>BERNARD S. GEWING<br> WASHINGTON D.C. 20016-3308 | 007644<br>BERNARD S. GEWING<br>PALM BEACH FLORIDA 33480-3602 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 007645<br>BERNARD S. GEWING<br>NEWPORT RHODE ISLAND 02840-6523 | 004679<br>BERNARD S. GEWIRZ<br>WASHINGTON DC 20016 |
| 004680<br>BERNARD S. GEWIRZ<br>PALM BEACH FL 33480 | 004681<br>BERNARD S. GEWIRZ<br>NEWPORT RI 02840 |
| 004052<br>BERNARD S. GEWIRZ<br>WASHINGTON DC 20016 | 004053<br>BERNARD S. GEWIRZ<br>PALM BEACH FL  33480 |
| 004054<br>BERNARD S. GEWIRZ<br>NEWPORT RI 02840 | 003349<br>BERNARD SELDON<br>OAK BROOK IL 60523 |
| 003351<br>BERNARD SELDON<br>TAMARAC FL 33319 | 006981<br>BERNARD STIEHL<br>FRANCE |
| 002206<br>BERNARD WHITMAN<br>SARASOTA FL 34243 | 002204<br>BERNARD WHITMAN REVOCABLE LIVING<br>TRUST U/A/D 8/5/86<br>SARASOTA FL 34243 |
| 002721<br>BERNFELD JOINT VENTURE - A PARTNERSHIP<br>SARASOTA FLORIDA 34236 | 003405<br>BERNICE PLAFSKY<br>PALM BEACH FLORIDA 33480 |
| 000871<br>BERNSTEIN PROPERTIES LLC<br>PITTSBURGH PA 15215 | 000898<br>BERSHAD INVESTMENT GROUP LP<br>MONTCLAIR NJ 07042 |
| 007014<br>BERT BRODSKY<br>SANDS POINT NY 11050 | 007012<br>BERT BRODSKY ASSOCIATES INC.,<br>PENSION PLAN<br>PORT WASHINGTON  NY 11050 |
| 007011<br>BERT BRODSKY ASSOCIATES INC., PENSION PLAN<br>PORT WASHINGTON  NY  11050 | 003542<br>BERT MARGOLIES TRUST<br>STOW MA 01775 |
| 003543<br>BERT MARGOLIES TRUST<br>LONGBOAT KEY FLORIDA 34228 | 003726<br>BERTHA BERKOWITZ<br>BROOKLYN NY 11210 |
| 004879<br>BERTHA BERKOWITZ<br>BROOKLYN NY 11210 | 004877<br>BETH BENGUALID<br>SCARSDALE NY 10583 |
| 004446<br>BETH H. GERSTEN (AKA BETH HENDLER),<br>AS GENERAL PARTNER OF LUCKY COMPANY<br>LEDGEWOOD NJ 07852 | 004474<br>BETH H. GERSTEN (AKA BETH HENDLER), AS GENERAL PARTNER OF LUCKY<br>COMPANY, AS PARTNER OF MUNCHKINS, AND AS AN INDIVIDUAL<br>LEDGEWOOD NJ 07852 |
| 003271<br>BETH M. SORREL<br>RYE BROOK NY 10573 | 003272<br>BETH M. SORREL<br>SCARSDALE NEW YORK 10583 |
| 000966<br>BETH MYERS<br>GREAT NECK NY 11024 | 004160<br>BETH P. FELDMAN AS TRUSTEE AND AS AN INDIVIDUAL<br>PLANTATION FL 33322 |
| 004158<br>BETH P. FELDMAN TRUST<br>PLANTATION FL 33322 | 004865<br>BETH TRUST<br>CHICAGO IL 60657 |
| 000633<br>BETSY MANN POLATSCH<br>SCARSDALE NY 10583 | 001893<br>BETSY R. GORDON SHEERR<br>PHILADELPHIA PA 19106 |
| 001890<br>BETSY R. SHEERR TRUST INDENTURE C/O BETSY R. GORDON SHEERR,<br>TRUSTEE<br>PHILADELPHIA PA 19106 | 007710<br>BETTE ANNE POWELL<br>HERNANDO FLORIDA 34442 |
| 000637<br>BETTY B. HARTMEYER<br>EASTON MD 21601 | 003400<br>BETTY COHEN<br>PALM BEACH GARDENS FL 33418 |
| 003401<br>BETTY COHEN<br>SOUTH ORANGE NJ  07079 | 002851<br>BETTY G. LICHTER<br>HIGHLAND PARK IL 60035 |

004788
BETTY J. ROGERS
JACKSONVILLE BEACH FL 32250

000713
BETTY KLEIN
SHERMAN OAKS CALIFORNIA 91423

004795
BETTY RAFFIN ARNOLD, AS PERSONAL REPRESENTATIVE,
AS JOINT TENANT, AND AS AN INDIVIDUAL
SARATOGA CA 95070

000692
BETTY STARK
RIVERSIDE CT 06878

002519
BEVERLY C. KUNIN
OAK BROOK IL 60523

002520
BEVERLY C. KUNIN
ST. LOUIS PARK MN 55415

005209
BEVERLY YAFFE
OYSTER BAY NY 11771

005210
BEVERLY YAFFE
JERICHO NY 11753

005211
BEVERLY YAFFE
MELVILLE NY 11747

005193
BEVERLY YAFFE AS TRUSTEE OF BEVRO REALTY CORP.
DEFINED BENEFIT PENSION PLAN
MELVILLE NY 11747

005194
BEVERLY YAFFE AS TRUSTEE OF BEVRO REALTY CORP.
DEFINED BENEFIT PENSION PLAN
OYSTER BAY NY 11771

005195
BEVERLY YAFFE AS TRUSTEE OF BEVRO REALTY CORP.
DEFINED BENEFIT PENSION PLAN
JERICHO NY 11753

005190
BEVRO REALTY CORP.
DEFINED BENEFIT PENSION PLAN
MELVILLE NY 11747

006687
BGL BNP PARIBAS S.A.
C/O BREON S. PEACE, ESQ.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

003094
BILLIE BAREN
AMBLER PA 19002

002916
BLAKE PALMER
MAPLE GROVE MN 55311

002918
BLAKE PALMER
HASSAN MINNESOTA 55374

004768
BLANCHEFLEUR MACHER
FAIRFAX CA 94930

003931
BLOTKY FAMILY TRUST
BEVERLY HILLS CA 90212

003457
BLUE BELL LUMBER AND MOULDING COMPANY, INC.
PROFIT SHARING PLAN
YONKERS NY 10710

000449
BLUE STAR INVESTORS, LLC
C/O THOMAS H. LEE CAPITAL, LLC
NEW YORK NY 10153

005741
BLUMCO SETAUKET, LLC
SYOSSET NY 11791

005707
BLUMENFELD DEVELOPMENT GROUP, LTD.
SYOSSET NY 11791

006686
BNP PARIBAS INVESTMENT PARTNERS LUXEMBOURG S.A. (F/K/A BNP
PARIBAS ASSET MANAGEMENT LUXEMBOURG S.A., F/K/A PARVEST
INVESTMENT MANAGEMENT COMPANY S.A.)
C/O BREON S. PEACE, ESQ.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

006627
BNP PARIBAS SECURITIES CORP.
NEW YORK NY 10019

006688
BNP PARIBAS SECURITIES SERVICES S.A.
C/O BREON S. PEACE, ESQ.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

004022
BOARD OF TRUSTEES, ENGINEERS JOINT PENSION FUND LOCALS 17, 106,
410, 463, 545 AND 832, INTERNATIONAL UNION OF OPERATING
ENGINEERS, A.F.L-C.I.O
SYRACUSE NY 13205

004044
BOARD OF TRUSTEES, ENGINEERS JOINT SUPPLEMENTAL UNEMPLOYMENT
BENEFIT FUND
LIVERPOOL NY 13088-3557

004043
BOARD OF TRUSTEES,
ENGINEERS JOINT SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND
SYRACUSE NY 13205-0100

004822
BONNIE J. KANSLER
COLD SPRING HARBOR NEW YORK  11724

005504
BONNIE MATTOZZI
PORTLAND MAINE 04102

003247
BONNIE S. MATTOZZI
RESTON VA 20191

003248
BONNIE S. MATTOZZI
PORTLAND MAINE 04102

000517
BOSLOW FAMILY LIMITED PARTNERSHIP
HEWLETT HARBOR NY 11557

Date : 3/17/2011                    Exhibit Pages                    Page # : 15
                              Redacted Version

| | |
|---|---|
| 005710<br>BOXWOOD REALTY GROUP<br>SYOSSET NY 11791 | 002570<br>BOYER H. PALMER<br>MEDINA MN 55340 |
| 002929<br>BOYER H. PALMER<br>MEDINA MN 55340 | 002900<br>BOYER PALMER<br>MAPLE GROVE MN 55311 |
| 002902<br>BOYER PALMER<br>ROGERS MINNESOTA 55374 | 003072<br>BOYER PALMER<br>MEDINA MINNESOTA 55340 |
| 005699<br>BRAD BLUMENFELD<br>NEW YORK NY 10021 | 005700<br>BRAD BLUMENFELD<br>SYOSSET NY 11791 |
| 005719<br>BRAD BLUMENFELD 2007<br>CHARITABLE LEAD TRUST<br>SYOSSET NY 11791 | 005761<br>BRAD BLUMENFELD CHARITABLE LEAD TRUST<br>SYOSSET NY 11791 |
| 005733<br>BRAD BLUMENFELD FARMINGDALE TRUST<br>SYOSSET NY 11791 | 000306<br>BRAD WECHSLER<br>NEW YORK NY 10021 |
| 006072<br>BRADERMAK EQUITIES CORP.<br>ROSLYN NY 11576 | 006073<br>BRADERMAK EQUITIES CORP.<br>GARDEN CITY PARK NY 11040 |
| 006070<br>BRADERMAK, LTD.<br>ROSLYN NY 11576 | 006071<br>BRADERMAK, LTD.<br>GARDEN CITY PARK NY 11040 |
| 002169<br>BRADLEY BERMAN<br>LAS VEGAS NV 89109 | 002170<br>BRADLEY BERMAN<br>LOS ANGELES CALIFORNIA 90036 |
| 002163<br>BRADLEY BERMAN IRREVOCABLE TRUST<br>LAS VEGAS NV 89109 | 003015<br>BRADLEY S. SHRAIBERG, ESQ.<br>2385 NW EXECUTIVE CENTER DRIVE,<br>SUITE 300<br>BOCA RATON FLORIDA 33431 |
| 003700<br>BRADLEY S. SHRAIBERT<br>2385 NW EXECUTIVE CENTER DRIVE<br>SUITE 300<br>BOCA RATON FL 33431 | 003938<br>BRANCH FAMILY DEVELOPMENT, LLC<br>BELTSVILLE MD 20705 |
| 000046<br>BRANDI HURWITZ<br>NEW YORK NY 10010 | 000061<br>BRANDI HURWITZ<br>NEW YORK NY 10010 |
| 003218<br>BRANDON J. SAX TRUST<br>PORT WASHINGTON NY 11050-1709 | 005419<br>BRENDA GURITZKY<br>BOYNTON BEACH FL 33436 |
| 005363<br>BRENNER FAMILY 2000 LIVING TRUST<br>SAN FRANCISCO CA 94116 | 005304<br>BRENT GINDEL<br>PARK CITY UT 84098 |
| 006440<br>BRERA SERVIZI AZIENDIALE S.R.L.<br>ITALY | 006441<br>BRERA SERVIZI AZIENDIALE S.R.L.<br>LUXEMBOURG |
| 002903<br>BRET PALMER<br>MAPLE GROVE MN 55311 | 002905<br>BRET PALMER<br>MAPLE GROVE MINNESOTA 55311 |
| 004486<br>BRIAN CLEARY<br>NORWALK CONNECTICUT 06850 | 000193<br>BRIAN COUSIN<br>SEYFARTH SHAW LLP<br>620 EIGHTH AVENUE<br>NEW YORK NEW YORK 10018-1405 |
| 005272<br>BRIAN COUSIN, C/O SEYFARTH SHAW LLP<br>620 EIGHTH AVENUE<br>NEW YORK NEW YORK 10018-1405 | 005938<br>BRIAN E. WEISBERG, ESQ.<br>SIEGEL, BRILL, GREUPNER, DUFFY & FOSTER, P.A.<br>1300 WASHINGTON SQUARE<br>100 WASHINGTON AVENUE SOUTH<br>MINNEAPOLIS MINNESOTA 55401 |
| 005952<br>BRIAN GERBER<br>MIAMI BEACH FL 33141 | 001257<br>BRIAN GERBER AND BRIAN GERBER TRUST<br>MIAMI BEACH FL 33141 |

Date : 3/17/2011                                Exhibit Pages                                Page # : 16
                                            Redacted Version

001258
BRIAN GERBER AND BRIAN GERBER TRUST
LAKE FOREST IL 60045

005955
BRIAN GERBER TRUST U/L/W/T LOTTIE GERBER
DATED 11/6/72
MIAMI BEACH FL 33141

005956
BRIAN GERBER TRUST U/L/W/T LOTTIE GERBER
DATED 11/6/72
CHICAGO IL  60610

001249
BRIAN H. GERBER
LAKE FOREST IL 60045

001250
BRIAN H. GERBER
MIAMI BEACH FL 33141

000229
BRIAN J. NEVILLE, ESQ.
LAX & NEVILLE, LLP
1412 BROADWAY, SUITE 1407
NEW YORK NY 10018

004725
BRIAN J. NEVILLE, ESQ.
LAX & NEVILLE, LLP
1412 BROADWAY
SUITE 1407
NEW YORK NY 10018

003137
BRIAN J. NEVILLE, ESQ.,
LAX & NEVILLE, LLP
1412 BROADWAY, SUITE 1407
NEW YORK NY 10018

001823
BRIAN J. NEVILLE, ESQ.,  LAX & NEVILLE, LLP
1412 BROADWAY, SUITE 1407
NEW YORK NY 10018

002371
BRIAN J. NEVILLE, LAX & NEVILLE, LLP
1412 BROADWAY, SUITE 1407
NEW YORK NY 10018

001690
BRIAN MADDOX, ESQ.
LAX & NEVILLE, LLP
1412 BROADWAY, SUITE 1407
NEW YORK NEW YORK 10018

007088
BRIAN NEVILLE, ESQ.
LAX & NEVILLE, LLP
1412 BROADWAY, SUITE 1407
NEW YORK NEW YORK 10018

004959
BRIDGE HOLIDAYS, LLC DBPP
BROOKVILLE NY 11545

000420
BRIDGEVIEW ABSTRACT, INC.
FORT LEE NJ 07024

003604
BRIERPATCH INVESTMENTS LLC
WELLESLEY MA 02481

003606
BRIERPATCH INVESTMENTS LLC
WILMINGTON DELAWARE 19808

004484
BRIGID BUCHANAN
NEW YORK NY 10025

005901
BRIT L. GEIGER, ESQ.
SONNENSCHEIN, NATH & ROSENTHAL, LLP
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020

002099
BROOK ANDERSON, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF KATHERINE THALBERG
NEW YORK NY 10022

000738
BRUCE AND SUSAN WEINER DYNASTY TRUST
IN ITS CAPACITY AS A LIMITED PARTNER OF
WEINER INVESTMENTS, L.P.
PITTSBURGH  PA 15215

000736
BRUCE B. WEINER
IN HIS CAPACITY AS GENERAL PARTNER OF
WEINER INVESTMENTS, L.P.
PITTSBURGH PA 15215

005390
BRUCE BUECHLER
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVENUE
ROSELAND NJ 07068

006989
BRUCE GINSBERG; DAVIS & GILBERT LLP
1740 BROADWAY
NEW YORK NY 10019

002508
BRUCE GOODMAN
NEW YORK NY 10036

002350
BRUCE GRAYBOW
MINNEAPOLIS MN 55416

002351
BRUCE GRAYBOW
MINNETONKA MN 55305

002312
BRUCE JAFFE
PALO ALTO CA 94306

006008
BRUCE LEVENTHAL
NEW YORK NY 10016

006007
BRUCE LEVENTHAL 2001 IRREVOCABLE TRUST
NEW YORK NY 10016

004470
BRUCE LIPPERT
PEABODY MA 01960

003308
BRUCE N. ANTON
FAIRVIEW NJ 07022

003309
BRUCE N. ANTON
OLD TAPPAN NJ 07675

002574
BRUCE N. PALMER
ESTERO FLORIDA 33928

002323
BRUCE S. SCHAEFFER, ESQ
404 PARK AVENUE SOUTH
NEW YORK NY 10016

Exhibit Pages
Redacted Version

| | |
|---|---|
| 003751<br>BRUNO L. DIGIULIAN<br>CORAL SPRINGS FL 33076 | 003941<br>BRYAN STEINER<br>BELTSVILLE MD 20705 |
| 001180<br>BUCKMASTER FARMS, L.P.<br>LANSING IOWA 52151 | 001181<br>BUCKMASTER FARMS, L.P.<br>LANSING IOWA 52151 |
| 004067<br>BUFFALO LABORERS' PENSION FUND<br>LIVERPOOL NY 13088-3557 | 004068<br>BUFFALO LABORERS' PENSION FUND<br>CHEEKTOWAGA NY 14225 |
| 005725<br>BULL MARKET FUND<br>SYOSSET NY 11791 | 004642<br>BURNETT H. RADOSH<br>LIGHTHOUSE POINT FL 33064 |
| 002134<br>BURTON R. SAX<br>FLORAL PARK NEW YORK 11005 | 003210<br>BURTON R. SAX CPA PC PROFIT SHARING PLAN<br>FBO BURTON R. SAX<br>PORT WASHINGTON NY 11050-1709 |
| 003212<br>BURTON R. SAX CPA PC PROFIT SHARING PLAN<br>FBO EILEEN M. SAX<br>PORT WASHINGTON NY 11050-1709 | 004867<br>BUTTERFIELD TRUST<br>CHICAGO IL 60657 |
| 002151<br>BWA AMBASSADOR INC.<br>PALM BEACH FLORIDA 33480 | 001401<br>BYRON STOCK, CPA, PARTNER,<br>OBERSTEIN STOCK, FRIEDENTHAL, LLP<br>14724 VENTURA BLVD.<br>SHERMAN OAKS CA 91403 |
| 007114<br>C&P ASSOCIATES, INC.<br>NEW YORK NY 10016 | 007113<br>C&P ASSOCIATES, LTD.<br>NEW YORK NY 10016 |
| 007686<br>C. RICHARD BEYDA, ESQ.<br>GROSSBERG, YOCHELSON, FOX & BEYDA, LLP<br>2000 L STREET, NW SUITE 675<br>WASHINGTON D.C. 20036-4907 | 005551<br>C. RICHARD BEYDA, IN HIS CAPACITY AS<br>PERSONAL REPRESENTATIVE OF THE<br>ESTATE OF HERMEN GREENBERG<br>WASHINGTON D.C. 20036 |
| 000141<br>C.A.L.<br>RIDGEWOOD NJ 07450 | 000139<br>C.A.L.<br>ERIKA LIPKIN AS PARENT AND UGMA/NJ CUSTODIAN FOR C.A.L.<br>RIDGEWOOD NJ 07450 |
| 000317<br>C.C.<br>NEW YORK NEW YORK 10023 | 000318<br>C.C.<br>NEW YORK NEW YORK 10023 |
| 004339<br>C.D. KELMAN CORPORATION, AS GENERAL PARTNER OF KELMAN PARTNERS<br>LIMITED PARTNERSHIP<br>WILMINGTON DE 19808 | 000223<br>C.K.<br>SANDS POINT NY 11050 |
| 000224<br>C.K.<br>SANDS POINT NY 11050 | 000225<br>C.K.<br>SANDS POINT NEW YORK 11050 |
| 000226<br>C.K.<br>SANDS POINT NY 11050 | 005557<br>C.W., A MINOR, INDIVIDUALLY<br>WASHINGTON D.C. 20036 |
| 005558<br>C.W., A MINOR, INDIVIDUALLY<br>KESWICK VIRGINIA 22947 | 005559<br>C.W., A MINOR, INDIVIDUALLY<br>KESWICK VIRGINIA 22947 |
| 006388<br>C/O BRUCE S. COLEMAN, ESQ., COLEMAN & RHINE<br>437 MADISON AVENUE,<br>NEW YORK NY  10022 | 001527<br>C/O CMS BUREAU<br>FRANCIS LEFEBVRE - NEW YORK<br>101 PARK AVENUE, 28TH FLOOR<br>NEW YORK NY 10178 |
| 005053<br>CAJ ASSOCIATES L.P.<br>SOUTHAMPTON NY 11968 | 005055<br>CAJ ASSOCIATES L.P.<br>PALM BEACH FL 33480 |
| 005056<br>CAJ ASSOCIATES L.P.<br>DOVER DE 19901 | 005057<br>CAJ ASSOCIATES L.P.<br>NEW YORK NY 10021 |
| 000539<br>CALESA ASSOCIATES L.P.<br>BASALT COLORADO 81621 | 002895<br>CALLIE A. OSTENSON-MURRAY<br>MAPLE GROVE MN 55311 |

Date : 3/17/2011
Exhibit Pages
Redacted Version
Page # : 18

| | |
|---|---|
| 003725<br>CALVIN BERKOWITZ<br>BROOKLYN NY 11210 | 004880<br>CALVIN BERKOWITZ<br>BROOKLYN NY 11210 |
| 002866<br>CANDICE NADLER<br>EXCELSIOR MN 55331 | 002865<br>CANDICE NADLER REVOCABLE TRUST DTD 10/18/01<br>EXCELSIOR MN 55331 |
| 007111<br>CARA MEDELOW<br>NEW YORK NY 10023 | 006448<br>CARDINAL MANAGEMENT<br>CASTRIES<br>ST. LUCIA |
| 004579<br>CARISSA L. MANZO, AS TENANT IN COMMON AND AS AN INDIVIDUAL<br>ORLANDO FL 32828 | 000925<br>CARL B. KORNBLUM<br>PORT ST. LUCIE FL 34986 |
| 007732<br>CARL D. BELLOWS<br>MARLBORO NEW JERSEY 07746 | 000687<br>CARL GLICK<br>NEW YORK NY 10021 |
| 007270<br>CARL H. LOEWENSON, JR.<br>MORRISON & FOERSTER LLP.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY  10104-0050 | 007687<br>CARL S. GEWIRZ<br>BETHESDA MARYLAND 20814 |
| 004055<br>CARL S. GEWIRZ<br>BETHESDA MD 20814 | 004056<br>CARL S. GEWIRZ<br>NANTUCKET MA 02554 |
| 002054<br>CARL S. SCHREIBER, IN HIS CAPACITY AS TRUSTEE<br>OF THE NORTH NASSAU CARDIOLOGY ASSOCIATES, P.C.<br>DEFINED BENEFIT PENSION PLAN<br>GLEN HEAD NEW YORK 11545 | 005519<br>CARL S. STECKER REVOCABLE TRUST<br>BOCA RATON FL 33434 |
| 001219<br>CARL T. FISHER<br>STAMFORD CT 06903 | 000876<br>CARLA GINSBURG<br>WESTON MA 02493 |
| 004184<br>CARLA GOLDWORM<br>AS GENERAL PARTNER AND AS AN INDIVIDUAL<br>NEW YORK NY 10021 | 004971<br>CARLA HIRSCHHORN<br>MANALAPAN NEW JERSEY 07726 |
| 004500<br>CARLY EASTERN<br>NORTH CALDWELL NEW JERSEY 07006 | 001531<br>CARMEN DELL'OREFICE<br>NEW YORK NY 10021 |
| 006950<br>CARMINE D. BOCCUZZI JR.;<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 | 003498<br>CAROL A. LUKER<br>SANTA MONICA CA 90403 |
| 003499<br>CAROL A. LUKER<br>DALLAS TEXAS 75219 | 001456<br>CAROL COLANERI<br>OAKLAND NJ 07436 |
| 003997<br>CAROL DIFAZIO<br>ISLIP NY 11751 | 006339<br>CAROL GOLD,<br>C/O BRIAN MADDOX, LAX & NEVILLE, LLP<br>1412 BROADWAY<br>SUITE 1407<br>NEW YORK NY  10018 |
| 003236<br>CAROL J. GOLDSTEIN<br>NEW YORK NY 10025 | 000723<br>CAROL J. RUBIN<br>MINNEAPOLIS MN 55416 |
| 006092<br>CAROL KAMENSTEIN<br>PALM BEACH FL 33480 | 006093<br>CAROL KAMENSTEIN<br>JUNO BEACH FL 33480 |
| 004609<br>CAROL LEDERMAN<br>SOUTHAMPTON NY 11968 | 004610<br>CAROL LEDERMAN<br>PALM BEACH FL 33480 |
| 004612<br>CAROL LEDERMAN<br>NEW YORK NY 10021 | 005052<br>CAROL LEDERMAN<br>NEW YORK NY 10021 |
| 000815<br>CAROL LEE RAWN<br>CAMBRIDGE MA 02138 | 003143<br>CAROL NELSON<br>WASHINGTON CT 06793 |

**Exhibit Pages**
**Redacted Version**

---

005379
CAROL PULVER
PALM BEACH GARDENS FL 33410

004922
CAROL R. GOLDBERG
BOSTON MA 02110

---

001781
CAROLE A. ANGEL
WEST ORANGE NJ 07052

003794
CAROLE FRANKEL
FOREST HILLS NEW YORK 11375

---

005003
CAROLE KASBAR BULMAN
FORT LEE NJ 07024

000122
CAROLE LIPKIN
DELRAY BEACH FL 33446

---

004337
CAROLE NEVILLE
SNR DENTON US LLP
1221 AVENUE OF THE AMERICAS
NEW YORK  NEW YORK 10020

007678
CAROLE NEVILLE, ESQ.
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK NEW YORK 10020-1089

---

005893
CAROLE NEVILLE, ESQ.
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020

005889
CAROLE NEVILLE, ESQ.
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020

---

000532
CAROLE NEVILLE, ESQ.
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020

001995
CAROLE NEVILLE, ESQ.,
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020

---

000631
CAROLE NEVILLE, ESQ.,  SONNENSCHEIN NATH & ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020

000853
CAROLE NEVILLE, ESQ.,
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020

---

001746
CAROLE NEVILLE, ESQ., SONNENSCHEIN NATH & ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020

001271
CAROLE NEVILLE, ESQ.,
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020

---

001736
CAROLE NEVILLE,
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1089

001208
CAROLINE GHERTLER JACOBSON
BROOKLYN NY 11215

---

004995
CAROLYN B. RENDELL
STONE & MAGNANINI, LLP
150 JFK PARKWAY
SHORT HILLS NJ 07078

000302
CAROLYN JEAN BENJAMIN
RALEIGH NC 27614

---

006724
CARRIE TENDLER
KOBRE & KIM LLP
800 THIRD AVENUE
NEW YORK NEW YORK 10022

007774
CARRIE TENDLER
KOBRE AND KIM
800 THIRD AVENUE
NEW YORK NY 10022

---

005926
CARYN ZIESES
NEW YORK NEW YORK 10028

006361
CATHARIJNE INVESTMENTS CV
LANGBROEK  3947 BE
NETHERLANDS

---

001238
CATHLEEN LIEBERMAN
CHICAGO IL  60610

006830
CECILIA RAMIREZ MARULANDA
SPAIN

---

000489
CECILIA SACHAROW
LONG BEACH NY 11561

000490
CECILIA SACHAROW
 JERUSALEM
ISRAEL

---

002476
CEH LIMITED PARTNERSHIP
NEWTON MA 02459

002477
CEH LIMITED PARTNERSHIP
PALM BEACH FL 33480

---

002480
CEH LIMITED PARTNERSHIP
DOVER DELAWARE 19901

004638
CELIA PALEOLOGOS REVOCABLE TRUST DATED 5/26/98
JUPITER FL 33458

---

001835
CELIA PALEOLOGOS, AS BENEFICIARY
UNDER THE PANAGIOTIS SAKELLARIOU SETTLEMENT,
AN IRREVOCABLE TRUST U/A/D 12/17/92
WEST PALM  BEACH FL 33412

004639
CELIA PALEOLOGOS, AS GRANTOR, AS TRUSTEE, AND AS AN INDIVIDUAL
JUPITER FL 33458

---

Exhibit Pages
Redacted Version

| | |
|---|---|
| 003419<br>CHALEK ASSOCIATES LLC<br>NEW YORK NY 10023 | 003422<br>CHALEK ASSOCIATES LLC<br>NEW YORK NEW YORK 10023 |
| 007700<br>CHARLES AND RHODA STEINER 1999<br>CHARITABLE REMAINDER TRUST<br>BELTSVILLE MARYLAND 20705 | 004341<br>CHARLES D. KELMAN REVOCABLE TRUST DATED MAY 16 2001 AS RESTATED<br>AND AMENDED<br>BOCA RATON FL 33431 |
| 004342<br>CHARLES D. KELMAN REVOCABLE TRUST DATED MAY 16 2001 AS RESTATED<br>AND AMENDED<br>NEW YORK NY 10022 | 004024<br>CHARLES E. BLITMAN, ESQ.<br>JONATHAN M. CERRITO, ESQ.<br>BLITMAN & KING LLP,<br>443 N. FRANKLIN STREET<br>SUITE 300<br>SYRACUSE NY 13204 |
| 004021<br>CHARLES E. BLITMAN, ESQ.<br>JONATHAN M. CERRITO, ESQ.<br>BLITMAN & KING LLP,<br>443 N. FRANKLIN STREET, SUITE 300<br>SYRACUSE NY 13204 | 004028<br>CHARLES E. BLITMAN, ESQ.<br>JONATHAN M. CERRITO, ESQ.<br>BLITMAN & KING LLP,<br>443 N. FRANKLIN STREET<br>SUITE 300<br>SYRACUSE NY 13204 |
| 002867<br>CHARLES E. NADLER<br>EXCELSIOR MN 55331 | 003200<br>CHARLES E. SAX<br>PORT WASHINGTON NY 11050-1709 |
| 003222<br>CHARLES E. SAX TRUST<br>PORT WASHINGTON NY 11050-1709 | 006013<br>CHARLES ELLERIN<br>BOCA RATON FL 33434 |
| 006014<br>CHARLES ELLERIN IRREVOCABLE<br>GIFT GIVING TRUST<br>TIMONIUM MD 21093 | 001756<br>CHARLES ELLERIN IRREVOCABLE GIFT GIVING TRUST<br>TIMONIUM MD 21093 |
| 006011<br>CHARLES ELLERIN REVOCABLE TRUST<br>BOCA RATON FL 33434 | 006012<br>CHARLES ELLERIN REVOCABLE TRUST<br>BOCA RATON FL 33434 |
| 004069<br>CHARLES F. SEEMANN, III, ESQ.<br>PROSKAUER ROSE, LLP<br>650 POYDRAS STREET, SUITE 1800<br>NEW ORLEANS LA 70130 | 004094<br>CHARLES F. SEEMANN, III, ESQ.<br>PROSKAUER ROSE, LLP, 650 POYDRAS STREET, SUITE 1800<br>NEW ORLEANS LA 70130 |
| 005473<br>CHARLES K. RIBAKOFF 2ND TRUST INDENTURE (ARC)<br>WORCESTER MA 01606 | 005474<br>CHARLES K. RIBAKOFF<br>TRUSTEE OF THE CHARLES K. RIBAKOFF 2ND TRUST INDENTURE<br>PALM BEACH FLORIDA 33480 |
| 005476<br>CHARLES K. RIBAKOFF, INDIVIDUALLY<br>WORCESTER MA 01606 | 005475<br>CHARLES K. RIBAKOFF, TRUSTEE OF THE CHARLES K. RIBAKOFF 2ND<br>TRUST INDENTURE<br>WORCESTER MA 01606 |
| 007701<br>CHARLES M. STEINER<br>RENO NEVADA 89511 | 004085<br>CHARLES P. PALADINO AS TRUSTEE<br>GRAND ISLAND NY 14072 |
| 004493<br>CHARLES READ<br>NEW YORK NEW YORK 10021 | 003940<br>CHARLES STEINER<br>BELTSVILLE MD 20705 |
| 000039<br>CHARLES T. SPADA<br>LANKLER SIFFERT & WOHL LLP<br>500 FIFTH AVENUE, 33RD FLOOR<br>NEW YORK NY 10110 | 001212<br>CHARLES T. SPADA, ESQ.<br>LANKLER SIFFERT & WOHL LLP<br>500 FIFTH AVENUE, 33RD FLOOR<br>NEW YORK NY 10110 |
| 000927<br>CHARLES W. PECORELLA<br>NATICK MASSACHUSETTS 01760 | 005745<br>CHARLESTON ENTERPRISES, LLC<br>SYOSSET NY 11791 |
| 004571<br>CHARLOTTE  MARDEN (AKA CHRIS MARDEN), AS TRUSTEE AND AS AN<br>INDIVIDUAL<br>PALM BEACH FL 33480 | 004977<br>CHARLOTTE JASNOW GERONEMUS<br>TAMARAC FL 33319 |
| 004547<br>CHARLOTTE M. MARDEN<br>PALM BEACH FL 33480 | 002396<br>CHARLOTTE RUBIN<br>WELLINGTON FL 33414 |

08-01789-cgm    Doc 4496    Filed 11/03/11    Entered 11/03/11 16:27:26    Main Document
Pg 24 of 141
Exhibit Pages
Redacted Version

Date : 3/17/2011                                                                                    Page # : 21

004202
CHARM TRUST
WEST PALM BEACH FLORIDA 33401

001840
CHELA LIMITED
ST MARTIN    GY4 6AD
GUERNSEY

002627
CHERNIS FAMILY LIVING TRUST (2004)
SAN FRANCISCO CA 94116

004814
CHERYL K. TOMCHIN
SANTA BARBARA CA 93108

005608
CHERYL M. COLEMAN
AMBLER PA 19002

006999
CHERYL PLAMBECK; DAVIS & GILBERT LLP
1740 BROADWAY
NEW YORK NY 10019

003839
CHERYL SCHMIDT
SANTA BARBARA CALIFORNIA 93109

003531
CHERYL YANKOWITZ
GREAT NECK NY 11021

005339
CHESED CONGREGATIONS OF AMERICA
NEW YORK NY 10004

001836
CHRIS G. LAZARIDES, AS BENEFICIARY
UNDER THE PANAGIOTIS SAKELLARIOU SETTLEMENT,
AN IRREVOCABLE TRUST U/A/D 12/17/92
MATTITUCK NY 11952

003999
CHRIS LAZARIDES
MATTITUCK NY 11952

005530
CHRISTINA PUGLIESE
BRITISH VIRGIN ISLANDS

000614
CHRISTOPHER ALTMAN HEINE
NEW YORK NY 10024

001148
CHRISTOPHER L. DINGMAN
APTOS CA 95003

001251
CHRISTOPHER L. GALLINARI, ESQ.
BELLOWS AND BELLOWS, P.C.
209 SOUTH LASALLE ST., SUITE 800
CHICAGO  IL  60604

001256
CHRISTOPHER L. GALLINARI, ESQ.,
BELLOWS AND BELLOWS, P.C.
209 SOUTH LASALLE ST., SUITE 800
CHICAGO IL 60604

004332
CHRISTOPHER M. MASON, ESQ.
NIXON PEABODY, LLP
437 MADISON AVENUE
NEW YORK NY 10022

004745
CHRISTOPHER M. VAN DE KIEFT, ESQ.
SEEGER WEISS LLP
ONE WILLIAM STREET
NEW YORK NY 10004

004749
CHRISTOPHER M. VAN DE KIEFT, ESQ., SEEGER WEISS LLP
ONE WILLIAM STREET
NEW YORK NY 10004

002986
CHRISTOPHER VAN DE KIEFT, ESQ.,
SEEGER WEISS LLP
ONE WILLIAM STREET
NEW YORK NY 10004

001982
CHRISTOPHER WARREN, AS CO-TRUSTEE
OF THE SERENE WARREN REVOCABLE TRUST
MAPLE GROVE MN 55369

005587
CHRISTOPHER WARREN, IN HIS CAPACITY AS TRUSTEE
OF THE SERENE WARREN REVOCABLE TRUST
MAPLE GROVE MN 55369

000071
CHRYSSA V. VALLETTA
PHILLIPS NIZER, LLP
666 FIFTH AVENUE
NEW YORK NY 10103

003246
CINDY SOLOMON
RESTON VA 20191

005503
CINDY SOLOMON
RESTON VA 20191

006699
CIRCLE PARTNERS
3811 NA AMERSFOORT
NETHERLANDS

006953
CITRUS INVESTMENT HOLDINGS
ROAD TOWN TORTOLA
BRITISH VIRGIN ISLANDS

004685
CLARICE R. SMITH, AS PERSONAL REPRESENTATIVE, AS TRUSTEE, AND AS
AN INDIVIDUAL
ARLINGTON VA 22202

005455
CLARK GETTINGER
NEW YORK NY 10022

005456
CLARK GETTINGER
NEW YORK NY 10018

007628
CLARK WHITMORE
MALSON, EDELMAN BORMAN & BRAND
3300 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS MINNESOTA 55402

003314
CLAUDIA HELMIG
BETHESDA MARYLAND 20817

001839
CLAUDIO ROBERTO ZAGO
SAO PAULO
BRAZIL

004005
CLAYRE HULSH HAFT
PALM BEACH FL 33480

Exhibit Pages
Redacted Version

---

006933
CLEARY GOTTLIEB STEEN & HAMILTON, LLP
LEWIS J. LIMAN
ONE LIBERTY PLAZA
NEW YORK NY 10006

006931
CLEARY GOTTLIEB STEEN & HAMILTON, LLP
LEWIS J. LIMAN
ONE LIBERTY PLAZA
NEW YORK NY 10006

---

002181
CLOTHMASTERS, INC.
SWAMPSCOTT MA 01907

004027
CLYDE J. JOHNSTON JR. AS TRUSTEE
NIAGARA FALLS NY 14304

---

005738
COBLUM SETAUKET, LLC
SYOSSET NY 11791

000452
COHEN POOLED ASSET ACCOUNT
NEW YORK NY 10016

---

000453
COHEN POOLED ASSET ACCOUNT
LARCHMONT NY 10538

000659
COLDBROOK ASSOCIATES PARTNERSHIP
N PALM BEACH FL 33408

---

002249
COLT CORPORATION PROFIT SHARING PLAN & TRUST
LIVINGSTON NEW JERSEY 07039

004104
CONNECTICUT GENERAL LIFE INSURANCE COMPANY
HARTFORD CONNECTICUT 06104

---

004105
CONNECTICUT GENERAL LIFE INSURANCE COMPANY
PHILADELPHIA PENNSYLVANIA 19192

004543
CONNECTICUT GENERAL LIFE INSURANCE COMPANY
PHILADELPHIA PA 19192

---

004544
CONNECTICUT GENERAL LIFE INSURANCE COMPANY
HARTFORD CT 06104

001830
CONNIE DELANEY
SALMON ID 83467

---

004698
CONSTANCE HOFFERT AS GRANTOR, AS TRUSTEE AND AS AN INDIVIDUAL
PALM BEACH FL 33480

004696
CONSTANCE HOFFERT REVOCABLE TRUST DATED JULY 2 1987
PALM BEACH FL 33480

---

003808
CONSTANCE KENNY
LYNBROOK NEW YORK 11563

001076
CONSTANCE R. SISLER
NEW YORK NY 10022

---

001833
CONSTANTINE PALEOLOGOS, AS BENEFICIARY
UNDER THE PANAGIOTIS SAKELLARIOU SETTLEMENT,
AN IRREVOCABLE TRUST U/A/D 12/17/92
JUPITER FL 33458-3311

001834
CONSTANTINE PALEOLOGOS, AS BENEFICIARY
UNDER THE PANAGIOTIS SAKELLARIOU SETTLEMENT,
AN IRREVOCABLE TRUST U/A/D 12/17/92
MIAMI FLORIDA 33133-5438

---

002873
COOPER AND SCULLY
900 JACKSON STREET, SUITE 100
DALLAS TX 75202

007042
COPEN CHARITABLE TRUSTS LLC
CARLSBAD CA 92009

---

007219
COPEN VENTURES LLC
CARLSBAD CA 92009

000780
COREY CASPER
SEATTLE WA 98105

---

000929
COREY PLATZNER
NEW ROCHELLE  NY 10801

005374
CORNERSTONE CAPITAL (DEL.), INC.
PALM BEACH GARDENS FL 33410

---

005375
CORNERSTONE CAPITAL (DEL.), INC.
WILMINGTON DE 19808

000207
CRAIG KUGEL
SANDS POINT NY 11050

---

003924
CREDIT SHELTER TRUST UNDER MANUEL MILLER REVOCABLE TRUST DATED
MAY 11, 1990
BOCA RATON FL 33433

001077
CRS REVOCABLE TRUST
NEW YORK NY 10022

---

001078
CRS REVOCABLE TRUST
JACKSON WY 83002

002048
CURTIS MICHAEL, INDIVIDUALLY
ROCKAWAY NEW JERSEY 07866

---

004813
CYNTHIA A. DELLES
GRAND JUNCTION COLORADO 81503

002314
CYNTHIA J. GARDSTEIN
PALM BEACH FL 33480

---

002315
CYNTHIA J. GARDSTEIN
BETHESDA MD 20817

000222
CYNTHIA KUGEL
SANDS POINT NY 11050

---

002521
CYNTHIA L. GINSBERG
OAK BROOK IL 60523

002522
CYNTHIA L. GINSBERG
MINNEAPOLIS MN 55404

---

007075
CYNTHIA LIEBERBAUM
SARASOTA FL 34239

002870
CYNTHIA OLESKY GIAMMARRUSCO
AGOURA HILLS CA 91301

Date : 3/17/2011

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 002059<br>CYNTHIA STORY INDIVIDUALLY AND<br>AS TRUSTEE OF THE STORY FAMILY TRUST #3<br>NEW YORK NY 10011 | 005624<br>CYNTHIA STORY, INDIVIDUALLY AND<br>IN HER CAPACITY AS JOINT TENANT<br>NEW YORK NEW YORK 10011 |
| 004328<br>CYNTHIA SWASO<br>BROOKLYN NEW YORK 11221 | 001870<br>D STONE INDUSTRIES, ET AL.<br>WEST PALM BEACH FL 33401 |
| 004077<br>D. RONALD ROSSER AS TRUSTEE<br>ORCHARD PARK NY 14127 | 001412<br>D.D.O. INC.<br>NEW YORK NY 10016 |
| 004650<br>D.H.R.<br>SINKING SPRING PENNSYLVANIA 19608 | 000144<br>D.S.L.<br>RIDGEWOOD NJ 07450 |
| 000142<br>D.S.L.<br>ERIKA LIPKIN AS PARENT AND UGMA/NJ CUSTODIAN FOR D.S.L.<br>RIDGEWOOD NJ 07450 | 004810<br>DAHME FAMILY BYPASS TRUST DATED 10/27/76<br>MONTECITO CA 93108 |
| 006449<br>DAKOTA GLOBAL<br>ROAD TOWN TORTOLA, VG 1110<br>BRITISH VIRGIN ISLANDS | 000570<br>DALE E. LEFF<br>NEW YORK NY 10022 |
| 005284<br>DAMIEN CAVE<br>SURFSIDE  FLORIDA 33154 | 002246<br>DAN GLOSBAND, ESQ.,<br>GOODWIN PROCTOR LLP<br>EXCHANGE PLACE<br>53 STATE STREET<br>BOSTON MA 02109 |
| 002919<br>DANA LEFAVOR<br>MAPLE GROVE MN 55311 | 002921<br>DANA LEFAVOR<br>ELK RIVER MINNESOTA 55330 |
| 000765<br>DANA M. KISSINGER-MATRAY<br>GENEVA<br>SWITZERLAND | 006106<br>DANA M. SESHENS & KAREN E. WAGNER<br>DAVIS POLK & WARDWELL LLP<br>450 LEXINGTON AVENUE<br>NEW YORK NY  10017 |
| 000042<br>DANA MANDELBAUM<br>A/KA DANA GURITZKY<br>BOCA RATON FL 33496 | 001831<br>DANCING $ LLC<br>BOZEMAN MT 59715 |
| 001109<br>DANIEL C. EPSTEIN<br>NEW YORK NY 10024 | 007683<br>DANIEL C. SHIMEK<br>ST. PAUL MINNESOTA 55124 |
| 000703<br>DANIEL F. LINDLEY<br>WILMINGTON DE 19806 | 007302<br>DANIEL FETTERMAN<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 BROADWAY<br>NEW YORK NY 10019 |
| 002805<br>DANIEL HILL<br>NEW YORK NEW YORK 10280 | 004697<br>DANIEL HOFFERT REVOCABLE TRUST DATED JULY 2 1987<br>PALM BEACH FL 33480 |
| 003722<br>DANIEL I. BECKER<br>WILLIAMSTOWN MA 01267 | 003723<br>DANIEL I. BECKER<br>BARRINGTON RI 02806 |
| 004029<br>DANIEL J. MCGRAW AS TRUSTEE<br>CLIFTON PARK NY 12065 | 004047<br>DANIEL J. MCGRAW AS TRUSTEE<br>CLIFTON PARK NEW YORK 12065 |
| 004048<br>DANIEL J. MCGRAW AS TRUSTEE<br>LIVERPOOL NY 13088-3557 | 003740<br>DANIEL JACOBS<br>5773 NW 40TH WAY<br>BOCA RATON FL 33496 |
| 005218<br>DANIEL JACOBS<br>BOCA RATON FL 33496 | 005219<br>DANIEL JACOBS<br>BRONX NY 10463 |
| 003788<br>DANIEL L. GABA<br>PITTSBORO NC 27312 | 005747<br>DANIEL LAND CO. LLC<br>SYOSSET NY 11791 |

Exhibit Pages
Redacted Version

001074
DANIEL LEEDS
WASHINGTON DC 20007

001403
DANIEL M. POLIER
LOS ANGELES CA 90004

007793
DANIEL MADOFF
OLD GREENWICH CT 06870

004464
DANIEL N. JOCELYN, ESQ.
MCDERMOTT WILL & EMERY LLP,
340 MADISON AVE.
NEW YORK NY 10017

006324
DANIEL SQUADRON
C/O BRIAN MADDOX, LAX & NEVILLE, LLP
1412 BROADWAY
SUITE 1407
NEW YORK NY  10018

001868
DANIEL STONE
WEST PALM BEACH FL 33401

001871
DANIEL STONE
WEST PALM BEACH FL 33401

006395
DANIELE COSULICH
ENGLAND

006396
DANIELE COSULICH
ENGLAND

002025
DANIELLE L. D'ESPOSITO
NO CALDWELL NJ 07006

003237
DANVILLE MANUFACTURING CO., INC.
TAMARAC FL 33319

003239
DANVILLE MANUFACTURING CO., INC.
TAMARAC FL 33319

000932
DAPHNE JO STASCO
MANHASSAT NY 11030

004738
DARA N. SIMONS
FRANKLIN NEW YORK 13775

000175
DARA SANDLER
STEVEN R. SCHLESINGER, ESQ.
JASPAN SCHLESINGER, LLP
300 GARDEN CITY PLAZA, 5TH FLOOR
GARDEN CITY NY 11530

000176
DARA SANDLER
NEW YORK NEW YORK  10023

007769
DARREN BERGER
BOCA RATON FLORIA 33431

004344
DARREN S. BERGER, AS TRUSTEE
NEW YORK NY 10022

003812
DARRYL PARENTE
GREENLAWN NEW YORK  11740

003991
DARYL BONYOR
FORT COLLINS CO 80528

001263
DARYL GERBER STOKOLS
MIAMI BEACH FL 33139

001265
DARYL GERBER STOKOLS
CHICAGO IL 60610

005954
DARYL GERBER STOKOLS
CHICAGO IL  60610

001259
DARYL GERBER STOKOLS
AND THE DARYL GERBER STOKOLS TRUST
DATED 12/14/1998
MIAMI BEACH FL 33139

001262
DARYL GERBER STOKOLS
AND THE DARYL GERBER STOKOLS TRUST
DATED 12/14/1998
CHICAGO IL 60610

001261
DARYL GERBER STOKOLS
AND THE DARYL GERBER STOKOLS TRUST
DATED 12/14/1998
CHICAGO IL 60610

005801
DAVID A. AHLQUIST, M.D.
ROCHESTER MN 55905

002215
DAVID A. PERSKY
WEST WARREN MA 01092

002219
DAVID A. PERSKY TRUST FOR MINORS FOR
THE BENEFIT OF J.P.
WEST WARREN MA 01092

002218
DAVID A. PERSKY TRUST FOR MINORS FOR
THE BENEFIT OF L.P.
WEST WARREN MA 01092

006065
DAVID ABEL
JERICHO NY 11753

006066
DAVID ABEL
NEW YORK NY 10028

005185
DAVID ABEL
NEW YORK NY 10028

005186
DAVID ABEL
JERICHO NY 11753

006789
DAVID ANDELMAN, ESQ., AS TRUSTEE OF THE
JAMES BERKOWITZ 2004 GENERATION-SKIPPING TRUST
BOSTON MASSACHUSETTS 02109

003652
DAVID ANDELMAN, IN HIS CAPACITY AS TRUSTEE FOR THE GEORGE D.
LEVY AND KAREN S. LEVY IRREVOCABLE FAMILY TRUST U/D/T DATED
8/17/90
BOSTON MA 02109

Date : 3/17/2011
Page # : 25

007077
DAVID B. BERNFELD
BERNFELD, DEMATTEO AND BERNFELD
600 THIRD AVENUE, 15TH FLOOR
NEW YORK NY 10016

001393
DAVID B. BERNFELD AND JEFFREY L. BERNFELD
BERNFELD, DEMATTEO & BERNFELD, LLP
600 THIRD AVENUE
NEW YORK NY 10016

001391
DAVID B. BERNFELD AND JEFFREY L. BERNFELD
BERNFELD, DEMATTEO & BERNFELD, LLP
600 THIRD AVENUE
NEW YORK NY 10016

001762
DAVID B. BERNFELD AND JEFFREY L. BERNFELD
BERNFELD, DEMATTEO & BERNFELD, LLP
600 THIRD AVENUE
NEW YORK NY 10016

002754
DAVID B. COHEN
HUNT VALLEY MARYLAND 21030

006028
DAVID B. PEARCE
NEW YORK NEW YORK 10021

005697
DAVID BLUMENFELD
OLD WESTBURY NY 11568

005698
DAVID BLUMENFELD
SYOSSET NY 11791

005730
DAVID BLUMENFELD FARMINGDALE TRUST
SYOSSET NY 11791

006036
DAVID BOLTON, ESQ.
DAVID BOLTON, P.C.
SUITE 509
666 OLD COUNTRY ROAD
GARDEN CITY NEW YORK 11530

002270
DAVID CASH
NEW YORK NY 10016

003436
DAVID CHALEK
NEW YORK NY 10023

003438
DAVID CHALEK
MONTCLAIR NEW JERSEY 07043

003792
DAVID COHEN
NORTH MIAMI FL 33181

002879
DAVID E. OLESKY
DALLAS TEXAS 75209

001094
DAVID EPSTEIN
HOLLYWOOD FL 33019

002646
DAVID FOX
LIVINGSTON NJ 07039

002647
DAVID FOX
LA JOLLA CA 92037-6129

001909
DAVID G. AVIV
LOS ANGELES CA 90035

002232
DAVID GOTTLIEB, ESQ., THE PARSINEN LAW FIRM
100 S. 5TH STREET, SUITE 1100
MINNEAPOLIS MN 55402

005401
DAVID GRANT
GRANT, GENOVESE & BARATTA LLP
WELL FARGO BANK BUILDING
2030 MAIN STREET SUITE 1600
IRVINE CA 92614

000513
DAVID GROSS
BOCA RATON FL 33496

006340
DAVID HARRE,
C/O BRIAN MADDOX, LAX & NEVILLE, LLP
1412 BROADWAY
SUITE 1407
NEW YORK NY  10018

003412
DAVID I LUSTIG
LOS GATOS CALIFORNIA 95030

007066
DAVID ISELIN
WHITE PLAINS NY 10606

003415
DAVID IVAN LUSTIG
OAK BROOK IL 60523

000901
DAVID J. BERSHAD
MONTCLAIR NJ 07042

002467
DAVID J. MILLER
MINNEAPOLIS MN 55405

006089
DAVID KAMENSTEIN
PALM BEACH FL 33480

006090
DAVID KAMENSTEIN
PALM BEACH FLORIDA 33480

000201
DAVID KUGEL
MANHASSET NY 11030

000212
DAVID KUGEL PARTNERSHIP II
MANHASSET NY 11030

005645
DAVID L. BARRACK, ESQ.
FULBRIGHT & JAWORSKI LLP
666 FIFTH AVENUE
NEW YORK NY 10103

002034
DAVID L. GODFREY, ESQ.
35 CHURCH LANE
WESTPORT CT 06880

Exhibit Pages
Redacted Version

| | |
|---|---|
| 000211<br>DAVID L. KUGEL PARTNERSHIP<br>MANHASSET NY 11030 | 007719<br>DAVID L. THUN<br>SINKING SPRING PA 19608 |
| 003724<br>DAVID M. BECKER<br>BETHESDA MD 20817 | 002539<br>DAVID M. DUCHESNEAU<br>WESTON MASSACHUSETTS 02493 |
| 002540<br>DAVID M. DUCHESNEAU<br>FORT LEE NEW JERSEY 07024 | 002549<br>DAVID M. DUCHESNEAU<br>WESTON MA 02493 |
| 002550<br>DAVID M. DUCHESNEAU<br>FORT LEE NJ 07024 | 006641<br>DAVID MAYER<br>NEW YORK NY 10013 |
| 003060<br>DAVID MILLER<br>MINNEAPOLIS MN 55405 | 002612<br>DAVID NEWBERGER<br>CHICAGO IL 60610 |
| 002610<br>DAVID NEWBERGER UNDER THE DORIS NEWBERGER TRUST<br>CHICAGO IL 60657 | 005377<br>DAVID PULVER<br>PALM BEACH GARDENS FL 33410 |
| 003629<br>DAVID R. ANDELMAN<br>WELLESLEY MA 02481 | 006792<br>DAVID R. ANDELMAN, ESQ., AS TRUSTEE<br>OF THE ABRAHAM B. BERKOWITZ QTIP GST TRUST<br>BOSTON MASSACHUSETTS 02109 |
| 006790<br>DAVID R. ANDELMAN, ESQ., AS TRUSTEE OF THE<br>GORDON MICHAEL BERKOWITZ 2004 GENERATION-SKIPPING TRUST<br>BOSTON MASSACHUSETTS 02109 | 006791<br>DAVID R. ANDELMAN, ESQ., AS TRUSTEE OF THE<br>STEVEN M. BERKOWITZ 2004 GENERATION-SKIPPING TRUST<br>BOSTON MASSACHUSETTS 02109 |
| 005518<br>DAVID R. MARKIN 2003 TRUST<br>AVARAVA RAROTONGA<br>COOK ISLANDS | 004576<br>DAVID R. SCHOENHAAR, ESQ.<br>RUSKIN MOSCOU FALTISCHEK, P.C.<br>1425 REXCORP PLAZA, EAST TOWER, 15TH FL.<br>UNIONDALE NY 11556 |
| 003194<br>DAVID S WALLENSTEIN<br>DALLAS TX 75234 | 003195<br>DAVID S WALLENSTEIN<br>DALLAS TX 75229 |
| 000076<br>DAVID SHAPIRO<br>WOODMERE NY 11598 | 000082<br>DAVID SHAPIRO<br>WOODMERE NY 11598 |
| 000084<br>DAVID SHAPIRO NOMINEE<br>WOODMERE NY 11598 | 000088<br>DAVID SHAPIRO NOMINEE 2<br>WOODMERE NY 11598 |
| 000092<br>DAVID SHAPIRO NOMINEE 3<br>WOODMERE NY 11598 | 000080<br>DAVID SHAPIRO NOMINEE 4<br>WOODMERE NY 11598 |
| 003242<br>DAVID SOLOMON FAMILY PARTNERSHIP LP<br>RESTON VA 20191 | 003243<br>DAVID SOLOMON FAMILY PARTNERSHIP LP<br>NEW YORK NEW YORK 10022 |
| 002405<br>DAVID SUSS, CPA<br>801 E. TAHQUITZ CANYON WAY, SUITE 200<br>PALM SPRINGS CALIFORNIA 92262-6763 | 001790<br>DAVID W. BERGER<br>SARASOTA FL 34241 |
| 001791<br>DAVID W. BERGER<br>SARASOTA FLORIDA  34238 | 003287<br>DAVID WALLENSTEIN<br>DALLAS TEXAS 75234 |
| 003288<br>DAVID WALLENSTEIN<br>DALLAS TX  75229 | 000161<br>DAVID WASHBURN<br>NEW YORK NY 10019 |
| 002292<br>DAVID WEINER<br>10744 VERSAILLES BLVD<br>WELLINGTON FL 33449 | 000921<br>DAVID WEITZ<br>HALESITE NEW YORK 11743 |
| 000531<br>DAVID WINGATE<br>OLD WESTBURY NY 11568 | 004499<br>DAVID Z. ROSENSWEIG<br>BRONXVILLE NEW YORK 10708 |

Date : 3/17/2011                **Exhibit Pages**                Page # : 27
**Redacted Version**

000466
DAVID ZAHNER
WOODMERE NY 11598

003196
DAWN LAFFIN
MELTZER, LIPPE, GOLDSTEIN & BREITSTONE LLP
190 WILLIS AVENUE
MINEOLA NY 11501

000350
DAWN LAFFIN, MELTZER, LIPPE,
GOLDSTEIN & BREITSTONE LLP
190 WILLIS AVENUE
MINEOLA NY 11501

002797
DEAN L GREENBERG
NEWPORT MN 55055

001855
DEANNA R. GODEMANN, IN HER CAPACITY AS TRUSTEE
FOR THE BENEFIT OF JPT REINSURANCE CO., LTD.
PORTFOLIO TRUST U/A/D 6/16/03
ADDISON TEXAS 75001-7922

006859
DEBORAH DANZI
ST. JAMES NY 11780

003382
DEBORAH GERSHEN
RANCHO SANTA FE CA 92067

007798
DEBORAH MADOFF
NEW YORK NY 10028

001716
DEBORAH WEINSTEIN
NEW YORK NY 10075

002992
DEBRA BECKER
ST. LOUIS PARK MINNESOTA 55426

000114
DEBRA E. GUSTON
EDGEWATER NJ 07020

007043
DEBRA G. KOSAKOFF
ROBERTS & HOLLAND LLP
825 EIGHTH AVENUE, 37TH FLOOR
NEW YORK NY 10019-7498

006336
DEBRA LAGAPA ,
C/O BRIAN MADDOX, LAX & NEVILLE, LLP
1412 BROADWAY
SUITE 1407
NEW YORK NY  10018

005922
DEBRA S. ZIESES
OLD GREENWICH CONNECTICUT  06870

007824
DEBRA TAMBLYN
CHICAGO ILLINOIS 60614

007233
DEFENDANTS XYZ 1
NEW YORK NY   10128

007248
DEFENDANTS XYZ 10
CHAPPAQUA NY   10514

007249
DEFENDANTS XYZ 10
CHAPPAQUA NY   10514

007250
DEFENDANTS XYZ 10
CHAPPAQUA NY   10514

007461
DEFENDANTS XYZ 100
FORT LEE NJ  07024

007468
DEFENDANTS XYZ 104
NEW YORK NY 10021

007469
DEFENDANTS XYZ 105
CHICAGO IL 60611

007470
DEFENDANTS XYZ 106
NEW YORK NY 10016

007471
DEFENDANTS XYZ 107
NEW YORK NY  10021

007472
DEFENDANTS XYZ 108
DARIEN CT  06820

007473
DEFENDANTS XYZ 109
SOUTH KENT CT 06785

007251
DEFENDANTS XYZ 11
NEW YORK NY 10171

007474
DEFENDANTS XYZ 110
NAPLES FL  34110

007475
DEFENDANTS XYZ 111
HOLMDEL NJ    07733

007476
DEFENDANTS XYZ 112
NEW YORK  NY 10128

007477
DEFENDANTS XYZ 113
NY NY 10128

007478
DEFENDANTS XYZ 114
NY NY 10128

007479
DEFENDANTS XYZ 115
NY NY 10128

007480
DEFENDANTS XYZ 116
HINSDALE  IL 60521

007481
DEFENDANTS XYZ 117
NEW CANAAN  CT 06880

007482
DEFENDANTS XYZ 118
CHAPPAQUA NY 10514

007483
DEFENDANTS XYZ 119
NEW CANAAN  CT 06840

007253
DEFENDANTS XYZ 12
NEW YORK NY  10171

Date : 3/17/2011        **Exhibit Pages**        Page # : 28
**Redacted Version**

| | |
|---|---|
| 007254<br>DEFENDANTS XYZ 12<br>CHAPPAQUA NY 10514 | 007255<br>DEFENDANTS XYZ 12<br>NEW YORK NY 10171 |
| 007484<br>DEFENDANTS XYZ 120<br>NY NY 10168 | 007485<br>DEFENDANTS XYZ 121<br>NY NY 10128 |
| 007488<br>DEFENDANTS XYZ 122<br>NY NY 10128 | 007490<br>DEFENDANTS XYZ 123<br>NY NY 10128 |
| 007492<br>DEFENDANTS XYZ 124<br>NEW YORK NY 10128 | 007497<br>DEFENDANTS XYZ 127<br>NY NY 10128 |
| 007499<br>DEFENDANTS XYZ 128<br>NY NY 10128 | 007501<br>DEFENDANTS XYZ 129<br>BEDFORD CORNERS NY 10549 |
| 007256<br>DEFENDANTS XYZ 13<br>STORCH AMINI & MUNVES PC<br>2 GRAND CENTRAL TOWER<br>140 EAST 45 STREET, 25TH FL<br>NEW YORK NY 10017 | 007257<br>DEFENDANTS XYZ 13<br>NEW YORK NY 10171 |
| 007502<br>DEFENDANTS XYZ 130<br>BEDFORD CORNERS NY 10549 | 007503<br>DEFENDANTS XYZ 131<br>NORTH MARSHFIELD MA 02050 |
| 007504<br>DEFENDANTS XYZ 132<br>NORTH MARSHFIELD MA 02050 | 007505<br>DEFENDANTS XYZ 133<br>WASHINGTON DC 20001 |
| 007512<br>DEFENDANTS XYZ 137<br>NY NY 10021 | 007513<br>DEFENDANTS XYZ 138<br>NY NY 10022 |
| 007514<br>DEFENDANTS XYZ 139<br>DARIEN CT 06820 | 007259<br>DEFENDANTS XYZ 14<br>NEW YORK NY 10171 |
| 007260<br>DEFENDANTS XYZ 14<br>NEW YORK NY 10128 | 007516<br>DEFENDANTS XYZ 140<br>NY NY 10065 |
| 007517<br>DEFENDANTS XYZ 141<br>NEW YORK NY 10171 | 007519<br>DEFENDANTS XYZ 142<br>CUIDAD AUTÓNOMA DE BUENOS AIRES C1140ABI<br>ARGENTINA |
| 007520<br>DEFENDANTS XYZ 143<br>RIVERSIDE CT 06878 | 007521<br>DEFENDANTS XYZ 144<br>BUENOS AIRES<br>ARGENTINA |
| 007522<br>DEFENDANTS XYZ 145<br>FAIRFIELD CT 06824 | 007523<br>DEFENDANTS XYZ 145<br>EDWARDS CO 81632 |
| 007524<br>DEFENDANTS XYZ 146<br>FAIRFIELD CT 06824 | 007525<br>DEFENDANTS XYZ 146<br>EDWARDS CO 81632 |
| 007530<br>DEFENDANTS XYZ 147<br>PROVINCETOWN MA 02657 | 007531<br>DEFENDANTS XYZ 148<br>NEW YORK NY 10021 |
| 007532<br>DEFENDANTS XYZ 149<br>NEW YORK NY 10022 | 007262<br>DEFENDANTS XYZ 15<br>NEW YORK NY 10171 |
| 007263<br>DEFENDANTS XYZ 15<br>NEW YORK NY 10017 | 007533<br>DEFENDANTS XYZ 150<br>NEW YORK NY 10022 |
| 007534<br>DEFENDANTS XYZ 151<br>NEW YORK NY 10022 | 007536<br>DEFENDANTS XYZ 152<br>NEW YORK NY 10003 |
| 007537<br>DEFENDANTS XYZ 153<br>MIAMI FL 33183 | 007540<br>DEFENDANTS XYZ 155<br>FORT LEE NJ 07024 |

Date : 3/17/2011                                   **Exhibit Pages**                                   Page # : 29
                                              **Redacted Version**

| | |
|---|---|
| 007545<br>DEFENDANTS XYZ 158<br>ROCKVILLE CENTRE  NY  11570 | 007546<br>DEFENDANTS XYZ 159<br>RIVERSIDE CT 06878 |
| 007547<br>DEFENDANTS XYZ 159<br>RIVERSIDE CT  06878 | 007266<br>DEFENDANTS XYZ 16<br>NEW YORK NY 10128 |
| 007267<br>DEFENDANTS XYZ 16<br>NEW YORK NY 10128 | 007548<br>DEFENDANTS XYZ 160<br>SOUTHFIELD  MI 48034 |
| 007551<br>DEFENDANTS XYZ 162<br>REDONDO BEACH CA 90277 | 007553<br>DEFENDANTS XYZ 163<br>BEDFORD CORNERS NY 10549 |
| 007554<br>DEFENDANTS XYZ 163<br>NEW YORK  NY  10022 | 007555<br>DEFENDANTS XYZ 163<br>MANHASSET  NY   11030 |
| 007556<br>DEFENDANTS XYZ 163<br>NEW YORK  NY  10128 | 007557<br>DEFENDANTS XYZ 164<br>NEW YORK NY 10128 |
| 007558<br>DEFENDANTS XYZ 164<br>FORT LEE NJ 07024 | 007560<br>DEFENDANTS XYZ 165<br>NEW YORK NY 10128 |
| 007562<br>DEFENDANTS XYZ 166<br>NEW YORK NY 10128 | 007566<br>DEFENDANTS XYZ 168<br>MANHASSET NY 11030 |
| 007567<br>DEFENDANTS XYZ 168<br>BEDFORD CORNERS NY  10549 | 007568<br>DEFENDANTS XYZ 168<br>NEW YORK  NY  10022 |
| 007569<br>DEFENDANTS XYZ 168<br>NEW YORK  NY  10128 | 007570<br>DEFENDANTS XYZ 169<br>MANHASSET  NY   11030 |
| 007268<br>DEFENDANTS XYZ 17<br>PHOENIXVILLE PA  19460 | 007576<br>DEFENDANTS XYZ 172<br>REDONDO BEACH CA  90277 |
| 007578<br>DEFENDANTS XYZ 173<br>JERICHO NY 11753 | 007579<br>DEFENDANTS XYZ 173<br>BOCA RATON FL 33434 |
| 007580<br>DEFENDANTS XYZ 174<br>JERICHO NY 11753 | 007581<br>DEFENDANTS XYZ 174<br>BOCA RATON FL 33434 |
| 007583<br>DEFENDANTS XYZ 175<br> NEW YORK  NY 100128 | 007585<br>DEFENDANTS XYZ 176<br>NEW YORK NEW YORK  10021 |
| 007586<br>DEFENDANTS XYZ 177<br>NEW YORK NY 10128 | 007588<br>DEFENDANTS XYZ 178<br>RIVERSIDE CT 06878 |
| 007590<br>DEFENDANTS XYZ 179<br>NEW YORK NY 10128 | 007591<br>DEFENDANTS XYZ 179<br>NEW YORK  NY  10065 |
| 007592<br>DEFENDANTS XYZ 180<br>WILMINGTON DE 19805 | 007593<br>DEFENDANTS XYZ 181<br>WILMINGTON DE 19805 |
| 007594<br>DEFENDANTS XYZ 182<br>NEW YORK NY  10022 | 007596<br>DEFENDANTS XYZ 184<br>CHAPPAQUA NY  10514 |
| 007597<br>DEFENDANTS XYZ 184<br>CHAPPAQUA NY  10514 | 007598<br>DEFENDANTS XYZ 184<br>CHAPPAQUA NY  10514 |
| 007602<br>DEFENDANTS XYZ 186<br>NEW VERNON NJ  07976 | 007603<br>DEFENDANTS XYZ 187<br>NEW PRESTON MARBLE DALE CT  06777 |
| 007604<br>DEFENDANTS XYZ 188<br>NEW YORK NY  10128 | 007605<br>DEFENDANTS XYZ 189<br>RIVERSIDE CT 06878 |

Date : 3/17/2011                                   **Exhibit Pages**                                   Page # : 30
**Redacted Version**

| | |
|---|---|
| 007606<br>DEFENDANTS XYZ 190<br>CHAPPAQUA NY 10514 | 007607<br>DEFENDANTS XYZ 191<br>NEW YORK NY 10023 |
| 007608<br>DEFENDANTS XYZ 192<br>CHAPPAQUA NY 10514 | 007609<br>DEFENDANTS XYZ 192<br>CHAPPAQUA NY 10514 |
| 007610<br>DEFENDANTS XYZ 193<br>NORTH MARSHFIELD MA 02050 | 007245<br>DEFENDANTS XYZ 194<br>NEW YORK NY 10128 |
| 007246<br>DEFENDANTS XYZ 194<br>NEW YORK NY 10011 | 007247<br>DEFENDANTS XYZ 194<br>180 MAIDEN LANE<br>NEW YORK NY 10038 |
| 007234<br>DEFENDANTS XYZ 2<br>FORT LEE NJ 07024 | 007276<br>DEFENDANTS XYZ 21<br>NEW YORK NY 10065 |
| 007278<br>DEFENDANTS XYZ 22<br>NEW YORK NY 10128 | 007279<br>DEFENDANTS XYZ 22<br>NEW YORK NY 10065 |
| 007280<br>DEFENDANTS XYZ 22<br>NEW YORK NY 10128 | 007281<br>DEFENDANTS XYZ 22<br>NEW YORK NY 10023 |
| 007285<br>DEFENDANTS XYZ 23<br>NEW YORK NY 10065 | 007286<br>DEFENDANTS XYZ 23<br>NEW YORK NY 10128 |
| 007287<br>DEFENDANTS XYZ 23<br>NEW YORK NY 10023 | 007289<br>DEFENDANTS XYZ 24<br>TACOMA WA 98499 |
| 007292<br>DEFENDANTS XYZ 25<br>NEW YORK NY 10171 | 007293<br>DEFENDANTS XYZ 25<br>NEW YORK NY 10128 |
| 007295<br>DEFENDANTS XYZ 26<br>NEW YORK NY 10011 | 007296<br>DEFENDANTS XYZ 27<br>NEW YORK NY 10170 |
| 007298<br>DEFENDANTS XYZ 28<br>NEW YORK NY 10128 | 007300<br>DEFENDANTS XYZ 28<br>NEW YORK NY 10128 |
| 007236<br>DEFENDANTS XYZ 3<br>MARLBORO NJ 07746 | 007303<br>DEFENDANTS XYZ 30<br>SOUTH KENT CT 06757 |
| 007319<br>DEFENDANTS XYZ 36<br>HAMILTON HM<br>BERMUDA | 007320<br>DEFENDANTS XYZ 36<br>NY NY 10128 |
| 007321<br>DEFENDANTS XYZ 37<br>NEW YORK NY 10171 | 007322<br>DEFENDANTS XYZ 38<br>CHAPPAQUA NY 10514 |
| 007323<br>DEFENDANTS XYZ 39<br>CHAPPAQUA NY 10514 | 007237<br>DEFENDANTS XYZ 4<br>MARLBORO NJ 07746 |
| 007324<br>DEFENDANTS XYZ 40<br>CHAPPAQUA NY 10514 | 007336<br>DEFENDANTS XYZ 46<br>TALLAHASSEE FL 32301 |
| 007338<br>DEFENDANTS XYZ 47<br>WILMINGTON DE 19808 | 007340<br>DEFENDANTS XYZ 48<br>FORT LAUDERDALE FL 33301 |
| 007341<br>DEFENDANTS XYZ 49<br>RIVERSIDE CT 06878 | 007238<br>DEFENDANTS XYZ 5<br>MARLBORO NJ 07746 |
| 007353<br>DEFENDANTS XYZ 53<br>NEW YORK NY 10128 | 007355<br>DEFENDANTS XYZ 54<br>KENT CT 06757 |
| 007357<br>DEFENDANTS XYZ 55<br>NEW YORK NY 10128 | 007359<br>DEFENDANTS XYZ 56<br>NEW YORK NY 10128 |

Date : 3/17/2011

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 007360<br>DEFENDANTS XYZ 57<br>NEW YORK NY  10021 | 007361<br>DEFENDANTS XYZ 58<br>EAST ROCKAWAY NY  11518 |
| 007240<br>DEFENDANTS XYZ 6<br>MARLBORO NJ   07746 | 007365<br>DEFENDANTS XYZ 60<br>HAWORTH NJ  07641 |
| 007367<br>DEFENDANTS XYZ 61<br>NEW YORK NY 10128 | 007372<br>DEFENDANTS XYZ 64<br>FORT LAUDERDALE FL  33301 |
| 007374<br>DEFENDANTS XYZ 65<br>NEW YORK NY 10128 | 007376<br>DEFENDANTS XYZ 66<br>NEW YORK NY  10023 |
| 007377<br>DEFENDANTS XYZ 66<br>NEW YORK NY 10128 | 007378<br>DEFENDANTS XYZ 66<br>NEW YORK NY  10065 |
| 007380<br>DEFENDANTS XYZ 67<br>NEW YORK NY  10065 | 007381<br>DEFENDANTS XYZ 67<br>NEW YORK,  NY 10128 |
| 007382<br>DEFENDANTS XYZ 67<br>NEW YORK NY 10023 | 007383<br>DEFENDANTS XYZ 67<br>NEW YORK NY  10065 |
| 007385<br>DEFENDANTS XYZ 68<br>NEW YORK NY 10128 | 007386<br>DEFENDANTS XYZ 68<br>NEW YORK NY  10023 |
| 007387<br>DEFENDANTS XYZ 68<br>NEW YORK NY  10065 | 007388<br>DEFENDANTS XYZ 68<br>NEW YORK NY  10128 |
| 007389<br>DEFENDANTS XYZ 69<br>NEW YORK NY 10023 | 007390<br>DEFENDANTS XYZ 69<br>NEW YORK NY 10128 |
| 007391<br>DEFENDANTS XYZ 69<br>NEW YORK NY 10128 | 007241<br>DEFENDANTS XYZ 7<br>NEW YORK NY  10128 |
| 007394<br>DEFENDANTS XYZ 70<br>NEW YORK NY 10128 | 007395<br>DEFENDANTS XYZ 70<br>NEW YORK NY 10128 |
| 007398<br>DEFENDANTS XYZ 71<br>NEW YORK NY  10023 | 007399<br>DEFENDANTS XYZ 71<br>NEW YORK NY  10128 |
| 007400<br>DEFENDANTS XYZ 71<br>NEW YORK NY  10128 | 007401<br>DEFENDANTS XYZ 71<br>NEW YORK NY  10065 |
| 007402<br>DEFENDANTS XYZ 72<br>NEW YORK NY  10128 | 007403<br>DEFENDANTS XYZ 72<br>NEW YORK NY 10023 |
| 007404<br>DEFENDANTS XYZ 72<br>NEW YORK NY  10128 | 007407<br>DEFENDANTS XYZ 73<br>NEW YORK NY  10128 |
| 007409<br>DEFENDANTS XYZ 74<br>NEW YORK NY  10065 | 007410<br>DEFENDANTS XYZ 74<br>NEW YORK NY  10128 |
| 007411<br>DEFENDANTS XYZ 74<br>NEW YORK NY 10023 | 007413<br>DEFENDANTS XYZ 75<br>NEW YORK NY  10003 |
| 007415<br>DEFENDANTS XYZ 76<br>NEW YORK NY  10128 | 007416<br>DEFENDANTS XYZ 76<br>NEW YORK NY  10065 |
| 007417<br>DEFENDANTS XYZ 76<br>NEW YORK NY 10128 | 007418<br>DEFENDANTS XYZ 76<br>NEW YORK NY  10023 |
| 007420<br>DEFENDANTS XYZ 77<br>NEW YORK NY 10023 | 007421<br>DEFENDANTS XYZ 77<br>NEW YORK NY  10128 |

**Exhibit Pages**
Redacted Version

| | |
|---|---|
| 007422<br>DEFENDANTS XYZ 77<br>NEW YORK NY 10128 | 007423<br>DEFENDANTS XYZ 77<br>NEW YORK, NY 10128 |
| 007425<br>DEFENDANTS XYZ 78<br>NEW YORK NY 10128 | 007426<br>DEFENDANTS XYZ 78<br>NEW YORK NY 10065 |
| 007427<br>DEFENDANTS XYZ 78<br>NEW YORK NY 10128 | 007428<br>DEFENDANTS XYZ 78<br>NEW YORK NY 10023 |
| 007429<br>DEFENDANTS XYZ 79<br>WESTMOUNT QUEBEC H3Y 2R2<br>CANADA | 007244<br>DEFENDANTS XYZ 8<br>NEW YORK NY 10128 |
| 007430<br>DEFENDANTS XYZ 80<br>ROCKVILLE CENTRE NY 11570 | 007435<br>DEFENDANTS XYZ 83<br>RIVERSIDE CT 06878 |
| 007436<br>DEFENDANTS XYZ 84<br>MARLBORO NJ 07746 | 007441<br>DEFENDANTS XYZ 87<br>CHAPPAQUA NY 10514 |
| 007442<br>DEFENDANTS XYZ 87<br>CHAPPAQUA NY 10514 | 007443<br>DEFENDANTS XYZ 87<br>CHAPPAQUA NY 10514 |
| 007444<br>DEFENDANTS XYZ 88<br>NEW YORK NY 10128 | 007445<br>DEFENDANTS XYZ 89<br>NEW YORK NY 10171 |
| 007446<br>DEFENDANTS XYZ 90<br>WEST BLOOMFIELD MI 48323 | 007447<br>DEFENDANTS XYZ 91<br>NEW YORK NY 10128 |
| 007448<br>DEFENDANTS XYZ 92<br>NEW YORK NY 10128 | 007449<br>DEFENDANTS XYZ 93<br>DARIEN CT 06820 |
| 007450<br>DEFENDANTS XYZ 94<br>BRONX NY 10563 | 007452<br>DEFENDANTS XYZ 95<br>NEW YORK NY 10011 |
| 007453<br>DEFENDANTS XYZ 96<br>NEW YORK NY 10011 | 007454<br>DEFENDANTS XYZ 96<br>NEW VERNON NJ 07976 |
| 007460<br>DEFENDANTS XYZ 99<br>NEW YORK NY 10128 | 006451<br>DEFENDER LIMITED<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS |
| 000671<br>DELIA GAIL ROSENBERG<br>NEW YORK NY 10021 | 004242<br>DELLA HERTZBERG, AS TENANT-IN-COMMON<br>AND AS AN INDIVIDUAL<br>AIKEN SC 29803 |
| 005548<br>DELORES ROSS, INDIVIDUALLY<br>WARRENTON VIRGINIA 20187 | 000213<br>DELTA FUND I, L.P.<br>GRAND CAYMAN KY1-1104<br>CAYMAN ISLANDS |
| 000214<br>DELTA FUND I, L.P.<br>HERTZELIA PITUACH 46766<br>ISRAEL | 000216<br>DELTA VENTURES (CAYMAN) LTD.<br>GRAND CAYMAN KY1-1104<br>CAYMAN ISLANDS |
| 000217<br>DELTA VENTURES (CAYMAN) LTD.<br>HERTZELIA PITUACH 46766<br>ISRAEL | 004124<br>DENIS M. CASTELLI<br>OAK BROOK IL 60523 |
| 004125<br>DENIS M. CASTELLI<br>NORTH SALEM NY 10560 | 002338<br>DENISE C. MARCUS<br>LOS ALTOS CALIFORNIA 94024 |
| 003804<br>DENISE CETTA<br>MASSAPEQUA NY 11758 | 004495<br>DENISE HENDLER<br>CHARLESTON SC 29412 |
| 004770<br>DENISE M. ANGEJA<br>FOLSOM CA 95630 | 002796<br>DENNIS LISS<br>MARINA DEL REY CA 90292 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 005809<br>DENNIS SPRUNG<br>NEW YORK NY 10016 | 006683<br>DEXIA BANQUE INTERNATIONALE A LUXEMBOURG, S.A.<br>LUXEMBOURG L-2953<br>LUXEMBOURG |
| 005071<br>DIANA L. MESSING<br>BOCA RATON FL 33496 | 003167<br>DIANE G. RINGLER<br>HEWLETT NY 11557 |
| 004420<br>DIANE KOPLIK<br>NEW YORK NY 10065 | 002952<br>DIANE SHAFFER<br>HOLLYWOOD FL 33019 |
| 006327<br>DIANE SQUADRON<br>C/O BRIAN MADDOX, LAX & NEVILLE, LLP<br>1412 BROADWAY<br>SUITE 1407<br>NEW YORK NY  10018 | 003952<br>DIANE WILSON<br>LONDON  SW3 2EF<br>ENGLAND |
| 001539<br>DIANNE K. BIENES<br>FT. LAUDERDALE FL 33308 | 001567<br>DIANNE K. BIENES<br>GRANTOR RETAINED ANNUITY TRUST 10/31/1997<br>FT. LAUDERDALE FL 33308 |
| 001677<br>DIANNE K. BIENES, TRUSTEE OF DIANNE K. BIENES GRANTOR RETAINED<br>ANNUITY TRUST 10/31/1997<br>FT. LAUDERDALE FL 33308 | 001676<br>DIANNE K. BIENES, TRUSTEE OF T. C. D. TRUST<br>FT. LAUDERDALE FL 33308 |
| 004988<br>DINO GUIDUCCI<br>MANHASSET NEW YORK 11030 | 005021<br>DINO GUIDUCCI<br>MANHASSET NY 11030 |
| 007721<br>DJL ASSOCIATES<br>SAN RAFAEL CALIFORNIA 94901 | 005718<br>DOGWOOD REALTY GROUP<br>SYOSSET NY 11791 |
| 002076<br>DOLORES M. SCHLESINGER MARITAL TRUST,<br>C/O STEPHEN R. CAPLAN AS TRUSTEE<br>WINDERMERE FLORIDA 34786 | 000727<br>DONA L. RODICH<br>MINNEAPOLIS MN 55441 |
| 005319<br>DONALD A. BENJAMIN<br>MANHASSET NY 11030 | 000954<br>DONALD AND BETTE STEIN FAMILY TRUST<br>GARDEN CITY NY 11530 |
| 005275<br>DONALD I. ALTMAN<br>WEST NEW YORK NEW JERSEY 07093 | 000752<br>DONALD J. WEISS<br>OAK BROOK IL 60523 |
| 000955<br>DONALD O. STEIN<br>SANDS POINT NY 11050 | 003501<br>DONALD P. LUKER<br>SANTA MONICA CA 90403 |
| 003502<br>DONALD P. LUKER<br>BUFFALO GROVE ILLINOIS 60090 | 003582<br>DONALD R. SHAPIRO<br>WESTON MA 02493 |
| 005811<br>DONALD RECHLER<br>MELVILLE NY 11747 | 002372<br>DONALD S. KENT<br>PALM BEACH GARDENS FL 33418 |
| 002858<br>DONALD S. MOSCOE<br>KEY BISCAYNE FL 33149 | 002859<br>DONALD S. MOSCOE<br>MINNETONKA MINNESOTA 55305 |
| 001881<br>DONALD SALMANSON, IN HIS CAPACITY AS TRUSTEE<br>OF THE CHARLES SALMANSON TRUST 1981 AND<br>IN HIS CAPACITY AS EXECUTOR OF THE<br>ESTATE OF CHARLES SALMANSON<br>PROVIDENCE RHODE ISLAND 02903 | 001882<br>DONALD SALMANSON, IN HIS CAPACITY AS TRUSTEE<br>OF THE CHARLES SALMANSON TRUST 1981 AND<br>IN HIS CAPACITY AS EXECUTOR OF THE<br>ESTATE OF CHARLES SALMANSON<br>PROVIDENCE RHODE ISLAND 02903 |
| 001417<br>DONALD SCHUPAK<br>KINGSTON NY 12401 | 000852<br>DONALD SNYDER<br>OAK BROOK IL 60523 |
| 003106<br>DONALD WILK<br>BOCA RATON FLORIDA 33433 | 005007<br>DONNA GAROLLA<br>SAN FRANCISCO CA 94115 |
| 004577<br>DONNA L. MANZO, AS TENANT IN COMMON, AS JOINT TENANT, AND AS AN<br>INDIVIDUAL<br>BLUFFTON SC 29910 | 004964<br>DONNA LEFKOWITZ<br>LAUDERHILL FL 33319 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 004962<br>DONNA LEFKOWITZ REVOCABLE TRUST<br>LAUDERHILL FL 33319 | 004970<br>DONNA SCHAFFER<br>FREEHOLD NEW JERSEY 07728 |
| 002463<br>DORADO INVESTMENT COMPANY<br>MINNEAPOLIS MN 55405 | 002464<br>DORADO INVESTMENT COMPANY<br>MINNEAPOLIS MINNESOTA 55416 |
| 005112<br>DORAN SCHY, AS PARENT/GUARDIAN OF J.S.<br>HOPEWELL JUNCTION NY 12533 | 005100<br>DORAN SCHY, INDIVIDUALLY AND AS PARENT/GUARDIAN OF J.S., M.S.,<br>AND B.S.<br>HOPEWELL JUNCTION NY 12533 |
| 007685<br>DORCHESTER HOUSE ASSOCIATES<br> WASHINGTON D.C. 20006 | 007689<br>DORCHESTER HOUSE LIMITED PARTNERSHIP<br> WASHINGTON, D.C. 20006 |
| 003467<br>DORIS GLANTZ LIVING TRUST<br>SHERMAN CT 06784 | 003075<br>DORIS M. PERLMAN<br>OAK BROOK IL 60523 |
| 003076<br>DORIS M. PERLMAN<br>PALM BEACH FLORIDA 33480 | 004789<br>DORIS R. REYNOLDS<br>VERO BEACH FLORIDA 32960 |
| 002691<br>DORIS SHAW<br>PALM BEACH FLORIDA 33480 | 001732<br>DORIS SHOR<br>GREAT NECK NY 11024 |
| 001734<br>DORIS SHOR<br>GREAT NECK NY 11024 | 004693<br>DORIS VAN LANEN<br>GLENVIEW IL 60025 |
| 005660<br>DORON TAVLIN<br>MINNEAPOLIS MN 55405 | 005658<br>DORON TAVLIN TRUST<br>MINNEAPOLIS MN 55405 |
| 005659<br>DORON TAVLIN TRUST<br>NEW YORK NY 10158-0125 | 003791<br>DOROTHY COHEN<br>NORTH MIAMI FL 33181 |
| 004007<br>DORRIS CARR BONFIGLI<br>NEW YORK NY 10021 | 000953<br>DOS BFS FAMILY PARTNERSHIP, L.P.<br>GARDEN CITY NY 11530 |
| 005722<br>DOUBLE B SQUARED LLC<br>SYOSSET NY 11791 | 002368<br>DOUGLAS D. JOHNSON<br>STUART FL 34997 |
| 005842<br>DOUGLAS ELLENOFF<br>NEW YORK NY 10017 | 005237<br>DOUGLAS FURTH<br>GOLENBOCK EISEMAN ASSOR BELL & PESKOE, LLP<br>437 MADISON AVENUE<br>NEW YORK NY 10022 |
| 000410<br>DOUGLAS J. STURLINGH<br>CLEARWATER FL 33755 | 003563<br>DOUGLAS SHAPIRO<br>WESTON MA 02493 |
| 007638<br>DOWNTOWN INVESTORS LTD. PARTNERSHIP<br>WILMINGTON DELAWARE 19801 | 007639<br>DOWNTOWN INVESTORS LTD. PARTNERSHIP<br> WASHINGTON D.C. 20036 |
| 002214<br>DPF INVESTORS<br>WEST WARREN MA 01092 | 003179<br>DR. LEON I. FINK MD RETIREMENT TRUST<br>RANCHO MIRAGE CA 92270 |
| 001145<br>DREW BUCKMASTER<br>TRUCKEE CA 96161 | 004790<br>DUANE E. REYNOLDS SR.<br>VERO BEACH FLORIDA 32960 |
| 005728<br>DWD ASSOCIATES, LLC<br>SYOSSET NY 11791 | 002650<br>DYLAN RAYMOND<br>LIVINGSTON NJ 07039 |
| 007802<br>E.M.<br>NEW YORK NY 10028 | 004035<br>EARL N. HALL AS TRUSTEE<br>JAMESVILLE NY 13078 |
| 004862<br>EASTBURN TRUST<br>CHICAGO IL 60657 | 000155<br>EASTSIDE INVESTMENTS LTD<br>1211 GENEVA 1<br>SWITZERLAND |

Date : 3/17/2011

---

005574
EDARA PARTNERSHIP
NEW YORK NY 10004

005724
EDB CAPITAL, LLC
SYOSSET NY 11791

---

003716
EDITH ALTMAN
POMPANO BEACH FL 33062

001080
EDITH G. SISLER
NEW YORK NY 10022

---

003182
EDITH HOROWITZ FAMILY PARTNERSHIP, LP
MIAMI BEACH FL 33139

004179
EDMOND A. GOREK, M.D.
AS AN INDIVIDUAL AND AS A JOINT TENANT
GREENWICH CT 06831

---

004192
EDMOND A. GOREK, MD
GREENWICH CT 06831

003256
EDNA KAMINSKI
EWING NEW JERSEY 08638

---

005754
EDWARD & SUSAN BLUMENFELD, GUARDIANS
FOR BRAD BLUMENFELD NY UGMA
SYOSSET NY 11791

005755
EDWARD & SUSAN BLUMENFELD, GUARDIANS
FOR DAVID BLUMENFELD NY UGMA
SYOSSET NY 11791

---

007670
EDWARD A. KWALWASSER, ESQ.
PROSKAUER ROSE LLC
1585 BROADWAY
NEW YORK NEW YORK 10036-8299

004648
EDWARD A. RADOSH
WESTON FLORIDA 33327

---

007805
EDWARD A. ZRAICK, JR.
BROOKLYN NEW YORK 11228

005709
EDWARD AND SUSAN BLUMENFELD
CHARITABLE LEAD TRUST
SYOSSET NY 11791

---

002732
EDWARD BLAKE
LIVINGSTON NJ 07039

002733
EDWARD BLAKE
KEY BISCAYNE FL 33149

---

005693
EDWARD BLUMENFELD
OLD WESTBURY NY 11568

005694
EDWARD BLUMENFELD
SYOSSET NY 11791

---

005752
EDWARD BLUMENFELD #2
OLD WESTBURY NY 11568

005753
EDWARD BLUMENFELD #2
SYOSSET NY 11791

---

005712
EDWARD BLUMENFELD & SUSAN BLUMENFELD 2007 CHARITABLE LEAD TRUST
SYOSSET NY 11791

005716
EDWARD BLUMENFELD ET AL
SYOSSET NY 11791

---

005726
EDWARD BLUMENFELD ET AL. II
SYOSSET NY 11791

005720
EDWARD BLUMENFELD GERALD Y MORDFIN ET AL
SYOSSET NY 11791

---

005756
EDWARD BLUMENFELD/GERALD Y MORDFIN ET AL
SYOSSET NY 11791

000150
EDWARD COUGHLIN AND SUZANNE COUGHLIN
MIDLAND PARK NJ 07432

---

000540
EDWARD F. CALESA
BASALT COLORADO 81621

004682
EDWARD H. KAPLAN
POTOMAC MD 20854

---

007648
EDWARD H. KAPLAN
 WASHINGTON, D.C. 20016-5105

007649
EDWARD H. KAPLAN
POTOMAC MARYLAND 20854-1344

---

004057
EDWARD H. KAPLAN
POTOMAC MD 20854

004425
EDWARD H. KAPLAN
WASHINGTON DC 20036

---

007780
EDWARD I. SPEER
BOCA RATON FLORIDA 33431

007781
EDWARD I. SPEER
BOCA RATON FLORIDA 33496

---

003780
EDWARD J. FLANAGAN (EXECUTOR OF THE ESTATE OF DOROTHY FLANAGAN)
WASHINGTON NJ 07882-1110

002496
EDWARD L. SLEEPER
OAK BROOK IL 60523

---

002497
EDWARD L. SLEEPER
PALM BEACH FLORIDA 33480

007709
EDWARD M. JACOBS
ORLANDO FLORIDA 32821

---

001236
EDWARD ROTHBLATT
DEERFIELD IL 60015

001230
EDWIN I. JOSEPHSON,
CHUHAK & TECSON, P.C.
30 SOUTH WACKER DR., SUITE 2600
CHICAGO IL 60606

Exhibit Pages
Redacted Version

001237
EDWIN I. JOSEPHSON,
 CHUHAK & TECSON, P.C.
30 SOUTH WACKER DR., SUITE 2600
CHICAGO IL 60606

001402
EDWIN MICHALOVE
LOS ANGELES CA 90049

003813
EDWIN RADISCH
COCONUT CREEK  FL 33066

004459
EHRENSTEIN CHARBONNEAU CALDERIN, ATT: RICHARD C. WOLFE, ESQ.
501 BRICKELL KEY DR., STE. 300
MIAMI FL 33131

004463
EHRENSTEIN CHARBONNEAU CALDERIN, ATT: RICHARD C. WOLFE, ESQ.
MICHAEL D. EHRENSTEIN, ESQ
501 BRICKELL KEY DR., STE. 300
MIAMI FL 33131

003414
EILEEN A. LUSTIG
LOS GATOS CALIFORNIA 95030

002730
EILEEN BLAKE
LIVINGSTON NJ 07039

002731
EILEEN BLAKE
KEY BISCAYNE FL 33149

003208
EILEEN M. SAX
FLORAL PARK NEW YORK 11005

001155
EJS ASSOCIATES, L.P.
SAN RAFAEL CA 94903

001156
EJS ASSOCIATES, L.P.
SAN RAFAEL CA 94903

003736
ELAINE BERZNER
LAUDERHILL FL 33319

003730
ELAINE BERZNER TRUST PURSUANT TO THE IRVING BERZNER TRUST
REVOCABLE LIVING TRUST U/A/D 12/22/92
FORT LAUDERDALE FL 33316

003731
ELAINE BERZNER TRUST PURSUANT TO THE IRVING BERZNER TRUST
REVOCABLE LIVING TRUST U/A/D 12/22/92
FT LAUDERDALE FL 33308

000529
ELAINE DINE
SANTA BARBARA CA 93108

000528
ELAINE DINE LIVING TRUST DATED 5/12/06
SANTA BARBARA CA 93108

003188
ELAINE MILLER
DELRAY BEACH FL 33483

003926
ELAINE MILLER
FORT LEE NJ 07027

003927
ELAINE MILLER
DELRAY BEACH FL 33483

003186
ELAINE MILLER 1990 TRUST
DELRAY BEACH FL 33483

006782
ELAINE N. MILLER
SOUTHAMPTON MASSACHUSETTS 01073

006785
ELAINE N. MILLER, AS TRUSTEE OF THE
GORDON MICHAEL BERKOWITZ FAMILY TRUST
SOUTHAMPTON MASSACHUSETTS 01073

006786
ELAINE N. MILLER, AS TRUSTEE OF THE
GORDON MICHAEL BERKOWITZ FAMILY TRUST (EXEMPT)
SOUTHAMPTON MASSACHUSETTS 01073

006784
ELAINE N. MILLER, AS TRUSTEE OF THE
GORDON MICHAEL BERKOWITZ REVOCABLE TRUST
SOUTHAMPTON MASSACHUSETTS 01073

006783
ELAINE N. MILLER, AS TRUSTEE OF THE
HAROLD S. MILLER TRUST DATED DECEMBER 4, 1964
SOUTHAMPTON MASSACHUSETTS 01073

001134
ELAINE OSTRIN
SAN FRANCISCO CA 94115

007883
ELAINE OSTRIN
SAN FRANCISCO CALIFORNIA 94115

001800
ELAINE PIKULIK
OAKLAND GARDENS NY 11364

001810
ELAINE PIKULIK AS EXECUTRIX
OF THE ESTATE OF LILLIAN STEINBERG
BAYSIDE NY 11364

003907
ELAINE ROSENBERG
BRIDGEPORT CT 06605

000720
ELAINE RUBIN LIVING TRUST U/A DATED AUGUST 24, 1990
FISHER ISLAND FL 33109

000718
ELAINE S. RUBIN
FISHER ISLAND FL 33109

005236
ELAINE S. STEIN
DELRAY BEACH FLORIDA 33445

005851
ELAINE S. STEIN
C/O ELISE SCHERR FREJKA, ESQ.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

Date : 3/17/2011                    Exhibit Pages                          Page # : 37
                              Redacted Version

---

005852
ELAINE S. STEIN REVOCABLE TRUST
C/O ELISE SCHERR FREJKA, ESQ.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

005845
ELAINE STEIN ROBERTS
C/O CAROLE NEVILLE, ESQ.
SNR DENTON
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020

---

005094
ELAN SCHY, INDIVIDUALLY AND AS PARENT/GUARDIAN OF M.S. AND B.S.
PEEKSKILL NY 10566

004240
ELEANOR LEACOCK
BROOKLYN NY 11212

---

004310
ELEANOR LEACOCK
BROOKLYN NEW YORK 11212

003103
ELEANOR SCHWARTZ
PLAINSBORO NEW JERSEY 08536

---

005874
ELEANORE C. UNFLAT
OAK BROOK IL 60523

005876
ELEANORE C. UNFLAT
PORT ST LUCIE FL 34952

---

005868
ELEANORE C. UNFLAT LIVING TRUST
PORT ST LUCIE FL 34952

005870
ELEANORE C. UNFLAT, AS CO-TRUSTEE
OF THE ELEANORE C. UNFLAT LIVING TRUST
PORT ST LUCIE FL 34952

---

004051
ELEVEN EIGHTEEN LIMITED PARTNERSHIP
POTOMAC MD 20854

000467
ELI GARBER FUND
CEDARHURST NY 11516

---

003040
ELI N BUDD
OAK BROOK IL 60523

003041
ELI N BUDD
OCEANSIDE CA 92056

---

001691
ELINOR FRIEDMAN FELCHER
NEW YORK NY 10022

000257
ELINOR SOLOMON
NEW YORK NY 10022

---

004134
ELINS DAUGHTERS TRUST FOR THE BENEFIT OF
JAMIE ANN ELINS DATED DECEMBER 12 1989
MALIBU CA 90265

004135
ELINS DAUGHTERS TRUST FOR THE BENEFIT OF
JAMIE ANN ELINS DATED DECEMBER 12 1989
SHERMAN OAKS CA 91403

---

004136
ELINS DAUGHTERS TRUST FOR THE BENEFIT OF
JULIE LYNN ELINS DATED DECEMBER 12 1989
MALIBU CA 90265

004137
ELINS DAUGHTERS TRUST FOR THE BENEFIT OF
JULIE LYNN ELINS DATED DECEMBER 12 1989
SHERMAN OAKS CA 91403

---

004132
ELINS FAMILY TRUST
MALIBU CA 90265

004133
ELINS FAMILY TRUST
SHERMAN OAKS CA 91403

---

005277
ELISABETH KLUFER
LARCHMONT NY 10538

005233
ELISE SCHERR FREJKA, ESQ.,
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

---

004560
ELIZABETH C. AULD
SEATTLE WASHINGTON 98102

004233
ELIZABETH FRIETAG DRANOFF
NEW YORK NY 10021

---

004304
ELIZABETH FRIETAG DRANOFF
NEW YORK NEW YORK 10021

003878
ELIZABETH H. GOLDMAN
NEW YORK NY 10010

---

004658
ELIZABETH J. ROBBINS
ROSLYN HEIGHTS NEW YORK 11577

000851
ELIZABETH JANE RAND
NEW YORK NY 10028

---

000242
ELIZABETH SARRO
MALVERNE NEW YORK 11565

006335
ELIZABETH SQUADRON,
C/O BRIAN MADDOX, LAX & NEVILLE, LLP
1412 BROADWAY
SUITE 1407
NEW YORK NY  10018

---

001092
ELIZABETH WOESSNER
DENVER COLORADO 80218

002715
ELLEN BERNFELD
SARASOTA FL 34236

---

002727
ELLEN BERNFELD
SARASOTA FLORIDA 34236

005898
ELLEN G. VICTOR
NEW YORK NY 10021

---

004782
ELLEN J. WERTHEIM, AS TRUSTEE
ROSLYN HEIGHTS NY 11577

007813
ELLEN LEV
MONTCLAIR NEW JERSEY 07043

Date : 3/17/2011                    Exhibit Pages                    Page # : 38
                               Redacted Version

| | |
|---|---|
| 007812<br>ELLEN LEV TRUST<br>MONTCLAIR NEW JERSEY 07043 | 005164<br>ELLEN MISHKIN,<br>AS TRUSTOR, AS TRUSTEE AND AS AN INDIVIDUAL<br>BRONX NEW YORK 10463 |
| 000310<br>ELLEN T. PECK TRUST<br>PALM BEACH FLORIDA 33480 | 000309<br>ELLEN T. PECK<br>(AS PERSONAL REP AND BENEFICIARY)<br>PALM BEACH FLORIDA 33480 |
| 006009<br>ELLERIN PARTNERSHIP LTD.<br>BOCA RATON FL 33434 | 006010<br>ELLERIN PARTNERSHIP LTD.<br>BOCA RATON FL 33434 |
| 003097<br>ELLIOT WILK<br>BOCA RATON FL 33496 | 003277<br>ELLYN ZITTER<br>RYE BROOK NY 10573 |
| 003278<br>ELLYN ZITTER<br>PALATINE ILLINOIS 60074 | 000463<br>ELSA COHEN LIVING TRUST<br>DELRAY BEACH FL 33445 |
| 000464<br>ELSA COHEN LIVING TRUST<br>MARBLEHEAD MA 01945 | 000465<br>ELSA COHEN LIVING TRUST<br>SCARSDALE NY 10583 |
| 004856<br>ELY KRELLENSTEIN AS SETTLOR,<br>AS TRUSTEE AND AS AN INDIVIDUAL<br>PALM BEACH GARDENS FL 33418 | 004855<br>ELY KRELLENSTEIN REVOCABLE TRUST OF 1994<br>PALM BEACH GARDENS FL 33418 |
| 004214<br>ELYSE G. SCHNEIDER, AS TRUSTEE<br>TITUSVILLE NJ 08560 | 001903<br>EMANUEL GETTINGER<br>NEW YORK NEW YORK 10025 |
| 005627<br>EMANUEL R. PEARLMAN TRUSTEE<br>NEW YORK NEW YORK 10075 | 001528<br>EMILIE APFELBAUM<br>PARIS  75006<br>FRANCE |
| 003547<br>EMILY FEFFER KOGAN<br>NEW YORK NY 10005 | 003548<br>EMILY FEFFER KOGAN<br>NEW YORK NEW YORK 10028 |
| 003597<br>EMILY L. SHAPIRO<br>WESTON MA 02493 | 005458<br>EMILY S. STARR<br>BOYLSTON MA 01505 |
| 001897<br>EMMANUEL GETTINGER<br>NEW YORK NY 10025 | 003675<br>EMPIRE PROSPECT PARTNERSHIP, LP<br>PROVIDENCE RI 02906 |
| 003480<br>ENFASIS INVEST S.A.<br>CH-6901 LUGANO<br>SWITZERLAND | 003481<br>ENFASIS INVEST S.A.<br>PANAMA 5<br>PANAMA |
| 001161<br>ENHANCEMENT GROUP<br>SAN RAFAEL CA 94903 | 000107<br>ENRICA COTELLESSA-PITZ & THOMAS PITZ<br>OZONE PARK NY 11417 |
| 005227<br>EPIC VENTURES, LLC<br>BOCA RATON FL 33433 | 001093<br>EPSTEIN FAMILY TRUST UWO DIANA EPSTEIN<br>SCARSDALE NY 10583 |
| 006459<br>EQUITY TRADING FUND, LTD.<br>GEORGE TOWN GRAND CAYMAN<br>CAYMAN ISLANDS | 006458<br>EQUITY TRADING PORTFOLIO LIMITED<br>ROAD TOWN, TORTOLA,<br>BRITISH VIRGIN ISLANDS |
| 004549<br>ERIC B. WOLDENBERG<br>PRYOR CASHMAN LLP<br>7 TIMES SQUARE<br>NEW YORK NEW YORK 10036 | 003757<br>ERIC J. METZGER<br>CHESTNUT HILL MA 02467 |
| 003758<br>ERIC J. METZGER<br>WESTON MA 02493 | 003755<br>ERIC J. METZGER LIVING TRUST<br>WESTON MA 02493 |
| 003756<br>ERIC J. METZGER LIVING TRUST<br>CHESTNUT HILL MA 02467 | 000118<br>ERIC LIPKIN<br>RIDGEWOOD NJ 07450 |

Date : 3/17/2011

| | |
|---|---|
| 000121<br>ERIC LIPKIN<br>PARAMUS NJ 07652 | 004761<br>ERIC METZGER AS TRUSTEE, AND AS AN INDIVIDUAL<br>WESTON MA 02493 |
| 004760<br>ERIC METZGER<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>CHESTNUT HILL MA 02467 | 003595<br>ERIC N. SHAPIRO<br>WESTON MA 02493 |
| 005228<br>ERIC P. STEIN<br>BOCA RATON FL 33433 | 000110<br>ERIC R. BRESLIN<br>DUANE MORRIS<br>744 BROAD ST., SUITE 1200<br>NEWARK NJ 07102-3889 |
| 001829<br>ERIC WALDMAN<br>BOZEMAN MT 59715 | 000131<br>ERIKA LIPKIN<br>RIDGEWOOD NJ 07450 |
| 004501<br>ERIN EASTERN<br>NEW YORK NEW YORK 10009 | 007828<br>ERIN WELSH<br>NORRIS, MCLAUGHLIN & MARCUS<br>721 ROUTE 202-206<br>BRIDGEWATER NJ 08807 |
| 006382<br>ERKO, INC.<br>ALBANY NY  12231-0001 | 000002<br>ERNEST EDWARD BADWAY<br>FOX ROTHSCHILD LLP<br>100 PARK AVENUE<br>SUITE 1500<br>NEW YORK NEW YORK 10017 |
| 004926<br>ERNEST O. ABBIT<br>SAN DIEGO CA 92109 | 004928<br>ERNEST OSCAR ABBIT LIVING TRUST<br>SAN DIEGO CA 92109 |
| 001950<br>ERNEST WACHTEL<br>HILLSIDE NJ 07205 | 006371<br>ERWIN KOHN<br>SWITZERLAND |
| 004798<br>ESSJAYKAY ENTERPRISES LTD.<br>PROFIT SHARING PLAN AND TRUST<br>NEW YORK NY 10065 | 004799<br>ESSJAYKAY ENTERPRISES LTD.<br>PROFIT SHARING PLAN AND TRUST<br>NEW YORK NY 10065 |
| 001530<br>ESTATE (SUCCESSION) OF DORIS IGOIN<br>PARIS  75006<br>FRANCE | 002996<br>ESTATE OF ARNOLD M. SOSKIN<br>MINNETONKA MN 55343 |
| 002997<br>ESTATE OF ARNOLD M. SOSKIN<br>MINNETONKA MN 55305 | 004585<br>ESTATE OF ARTHUR I. MEYER<br>PALM BEACH FL  33480 |
| 002322<br>ESTATE OF AUDREY WEINTRAUB<br>WALDOBORO ME 04572 | 007818<br>ESTATE OF BEA LAUB<br>LOS ANGELES CALIFORNIA 90067 |
| 003339<br>ESTATE OF BEATRICE BADER<br>HILLSDALE NJ 07642 | 004568<br>ESTATE OF BERNARD A. MARDEN<br>SEATTLE  WA 98102 |
| 004569<br>ESTATE OF BERNARD A. MARDEN<br>NEW YORK NEW YORK 10014 | 004570<br>ESTATE OF BERNARD A. MARDEN<br>NEW YORK NY 10013 |
| 003174<br>ESTATE OF BERNARD J. KESSEL<br>NEW YORK NY 10022 | 005523<br>ESTATE OF CARL S. STECKER<br>BOCA RATON FL 33434 |
| 003969<br>ESTATE OF CAROLYN MILLER,<br>NORTH MIAMI BEACH FL 33179 | 004652<br>ESTATE OF CHARLES C. ROLLINS<br>SOUTHAMPTON NY 11968 |
| 001883<br>ESTATE OF CHARLES SALMANSON<br>PROVIDENCE RI 02903 | 005507<br>ESTATE OF CLAIRE OSHRY C/O MERYL EVENS AND SUZANNE OSHRY,<br>PERSONAL REPRESENTATIVES<br>PORTLAND OREGON 97209 |
| 005508<br>ESTATE OF CLAIRE OSHRY C/O MERYL EVENS AND SUZANNE OSHRY,<br>PERSONAL REPRESENTATIVES<br>CULVER CITY CA 90232 | 003720<br>ESTATE OF DOROTHY BECKER<br>WYNNEWOOD PA 19096 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 003777<br>ESTATE OF DOROTHY FLANAGAN<br>MORRISTOWN NJ 07960 | 003778<br>ESTATE OF DOROTHY FLANAGAN<br>WASHINGTON NJ 07882-1110 |
| 001184<br>ESTATE OF EDWARD R. GLANTZ<br>SAN RAFAEL CA 94903 | 005121<br>ESTATE OF ELAINE COOPER<br>NEW YORK NY 10028 |
| 005122<br>ESTATE OF ELAINE COOPER<br>NEW YORK NY 10021 | 005123<br>ESTATE OF ELAINE COOPER<br>NEW YORK NY 10022 |
| 002651<br>ESTATE OF ELAINE S. FOX<br>MILBURN NEW JERSEY  07041 | 002652<br>ESTATE OF ELAINE S. FOX<br>PRINCETON NEW JERSEY 08540 |
| 000596<br>ESTATE OF ELEANOR MYERS<br>NORWICH CONNECTICUT  06300 | 004322<br>ESTATE OF ELIZABETH KAHN<br>NEW YORK NY 10128 |
| 002667<br>ESTATE OF GILBERT M. KOTZEN<br>FISHER ISLAND FLORIDA 33109 | 002668<br>ESTATE OF GILBERT M. KOTZEN<br>WEST NEWTON MA 02468 |
| 006798<br>ESTATE OF GORDON MICHAEL BERKOWITZ<br>BOYNTON BEACH FLORIDA 33437 | 004688<br>ESTATE OF HARVEY C. VAN LANEN, SHARON LOHSE AS REPRESENTATIVE<br>BELLE MEAD NJ 08502 |
| 005911<br>ESTATE OF HELEN SHURMAN<br>MELVILLE NY 11747 | 005913<br>ESTATE OF HELEN SHURMAN<br>DANVILLE CA 94506 |
| 005563<br>ESTATE OF HERMEN GREENBERG<br>BETHESDA MARYLAND 20852 | 005564<br>ESTATE OF HERMEN GREENBERG<br>WASHINGTON D.C. 20036 |
| 005565<br>ESTATE OF HERMEN GREENBERG<br>BETHESDA MARYLAND 20817 | 004207<br>ESTATE OF HOWARD S. GARLICK<br>LONGBOAT KEY FL 34228 |
| 000672<br>ESTATE OF IRA S ROSENBERG<br>NEW YORK NY 10021 | 000673<br>ESTATE OF IRA S ROSENBERG<br>NEW YORK NY 10021 |
| 001972<br>ESTATE OF IRENE SCHWARTZ C/O RICHARD SCHWARTZ AND LOIS ZENKEL,<br>EXECUTORS<br>GREENWICH CONNECTICUT 06831 | 001973<br>ESTATE OF IRENE SCHWARTZ C/O RICHARD SCHWARTZ AND LOIS ZENKEL,<br>EXECUTORS<br>NEW YORK NEW YORK 10021 |
| 000649<br>ESTATE OF IRVING CHARNO<br>BOCA RATON FL 33487 | 005908<br>ESTATE OF JACK SHURMAN<br>DANVILLE CA 94506 |
| 005910<br>ESTATE OF JACK SHURMAN<br>MELVILLE NY 11747 | 000415<br>ESTATE OF JACOB M. DICK<br>WOODMERE NEW YORK 11598 |
| 004794<br>ESTATE OF JAMES ARNOLD<br>SARATOGA CA 95070 | 004222<br>ESTATE OF JAMES HELLER<br>NEW YORK NY 10021 |
| 004223<br>ESTATE OF JAMES HELLER<br>LOPEZ ISLAND WA 98261 | 004224<br>ESTATE OF JAMES HELLER<br>WINTER PARK FL 32789 |
| 004295<br>ESTATE OF JAMES HELLER<br>NEW YORK NEW YORK 10021 | 004296<br>ESTATE OF JAMES HELLER<br>LOPEZ ISLAND WASHINGTON 98261 |
| 004297<br>ESTATE OF JAMES HELLER<br>WINTER PARK FLORIDA 32789 | 004198<br>ESTATE OF JEROME I. GELLMAN<br>C/O FLORENCE GELLMAN, PERSONAL REPRESENTATIVE<br>PALM BEACH GARDENS FLORIDA 33418 |
| 004736<br>ESTATE OF JOSEPH S. POPKIN<br>ELLERSLIE GA 31807 | 002100<br>ESTATE OF KATHERINE THALBERG<br>WESTPORT CT 06880 |
| 002101<br>ESTATE OF KATHERINE THALBERG<br>NEW YORK NY 10022 | 004846<br>ESTATE OF LEO M. KLEIN<br>BOCA RATON FL 33487 |
| 004847<br>ESTATE OF LEO M. KLEIN<br>BOCA RATON FL 33498 | 000608<br>ESTATE OF LEONARD M. HEINE JR.<br>PALM BEACH FL 33480 |

Date : 3/17/2011
Exhibit Pages
Redacted Version
Page # : 41

| | |
|---|---|
| 001809<br>ESTATE OF LILLIAN STEINBERG<br>BAYSIDE NY 11364 | 007740<br>ESTATE OF MARJORIE K. OSTERMAN<br>STAMFORD CT 06902 |
| 002836<br>ESTATE OF MATTHEW R. KORNREICH<br>PALM BEACH GARDENS FLORIDA 33418-3982 | 002837<br>ESTATE OF MATTHEW R. KORNREICH<br>BOCA RATON FLORIDA 33434-3595 |
| 004661<br>ESTATE OF MAURICE U. ROSENFIELD A/K/A MAURICE ROSENFIELD<br>NEW YORK NY 10021 | 004662<br>ESTATE OF MAURICE U. ROSENFIELD A/K/A MAURICE ROSENFIELD<br>NEW YORK NY 10104 |
| 000573<br>ESTATE OF NORMAN LEFF<br>NEW YORK NY 10022 | 003557<br>ESTATE OF PAUL E. FEFFER<br>NEW YORK NEW YORK 10028 |
| 003558<br>ESTATE OF PAUL E. FEFFER<br>NEW YORK NY 10005 | 003559<br>ESTATE OF PAUL E. FEFFER<br>NEW YORK NY 10005 |
| 002276<br>ESTATE OF RICHARD L. CASH<br>AMAGANSETT NY 11930 | 002277<br>ESTATE OF RICHARD L. CASH<br>PALM BEACH FLORIDA 33480 |
| 002278<br>ESTATE OF RICHARD L. CASH<br>LAS VEGAS NV 89144 | 000688<br>ESTATE OF RICHARD M. STARK<br>RIVERSIDE CT 06878 |
| 004683<br>ESTATE OF ROBERT H. SMITH<br>ARLINGTON VA 22202 | 004684<br>ESTATE OF ROBERT H. SMITH<br>WASHINGTON DC 20008 |
| 003966<br>ESTATE OF ROSE GUTMACHER<br>NEW YORK NY 10019 | 002042<br>ESTATE OF RUTH M. SILVER<br>PITTSBURGH PA 15217 |
| 002115<br>ESTATE OF RUTH SCHLESINGER<br>CHESTNUT HILL MA 02467 | 003686<br>ESTATE OF SAMUEL ROBERT ROITENBERG<br>MINNEAPOLIS MN  55416 |
| 003687<br>ESTATE OF SAMUEL ROBERT ROITENBERG<br>MINNEAPOLIS MINNESOTA 55416 | 006025<br>ESTATE OF SARAH E. PEARCE<br>SCARSDALE NEW YORK 10583 |
| 004980<br>ESTATE OF SAUL GERONEMUS<br>PLANTATION FL 33324 | 004981<br>ESTATE OF SAUL GERONEMUS<br>BOCA RATON FL 33486 |
| 000501<br>ESTATE OF SEYMOUR EPSTEIN<br>NEW YORK NY 10065 | 000307<br>ESTATE OF SOL B. CANTOR<br>PALM BEACH FL 33480 |
| 004943<br>ESTATE OF STEVEN HARNICK<br>SOUTH MIAMI FL 33142 | 004944<br>ESTATE OF STEVEN HARNICK<br>WESTON FL 33331 |
| 004457<br>ESTATE OF STEVEN I. HARNICK<br>MIAMI FL 33143 | 004458<br>ESTATE OF STEVEN I. HARNICK<br>WESTON FL 33331 |
| 002838<br>ESTATE OF SUSANNE L. KORNREICH<br>PALM BEACH GARDENS FLORIDA 33418-3982 | 002839<br>ESTATE OF SUSANNE L. KORNREICH<br>BOCA RATON FLORIDA 33434-3595 |
| 005603<br>ESTATE OF SUZANNE R. MAY<br>CHALFONT PA 18914 | 005604<br>ESTATE OF SUZANNE R. MAY<br>BLUE BELL PA 19422 |
| 005605<br>ESTATE OF SUZANNE R. MAY<br>BETHESDA MD 20817 | 005606<br>ESTATE OF SUZANNE R. MAY<br>AMBLER PA 19002 |
| 005607<br>ESTATE OF SUZANNE R. MAY<br>ALLENTOWN PA 18704 | 001185<br>ESTATE OF THELMA GLANTZ<br>SAN RAFAEL CA 94903 |
| 004171<br>ESTATE OF WALTER J. GROSS<br>KINGS POINT NY 11024 | 003279<br>ESTATE OF WILLIAM E. SORREL<br>SCARSDALE NEW YORK  10583 |
| 003280<br>ESTATE OF WILLIAM E. SORREL<br>RYE BROOK NY  10573 | 003281<br>ESTATE OF WILLIAM E. SORREL<br>RYE BROOK NY  10573 |

Exhibit Pages
Redacted Version

---

003282
ESTATE OF WILLIAM E. SORREL
JERICHO NEW YORK 11753

003345
ESTELLE G. TEITELBAUM
OAK BROOK IL 60523

---

003346
ESTELLE G. TEITELBAUM
NEW YORK NY 10028

002087
ESTELLE HARWOOD REVOCABLE TRUST,
AS LIMITED PARTNER OF THE ESTELLE HARWOOD
FAMILY LIMITED PARTNERSHIP
JERSEY CITY NEW JERSEY 07306

---

002089
ESTELLE HARWOOD REVOCABLE TRUST,
AS LIMITED PARTNER OF THE ESTELLE HARWOOD
FAMILY LIMITED PARTNERSHIP
DELRAY BEACH FLORIDA 33445

002091
ESTELLE HARWOOD, AS TRUSTEE
OF THE ESTELLE HARWOOD REVOCABLE TRUST
DELRAY BEACH FLORIDA 33445

---

002092
ESTELLE HARWOOD, AS TRUSTEE
OF THE ESTELLE HARWOOD REVOCABLE TRUST
FAIRFIELD NEW JERSEY 07004

002093
ESTELLE HARWOOD, INDIVIDUALLY
DELRAY BEACH FLORIDA 33445

---

002094
ESTELLE HARWOOD, INDIVIDUALLY
FAIRFIELD NEW JERSEY 07004

000566
ESTHER FELDBERG
PALM BEACH FLORIDA 33480

---

000567
ESTHER FELDBERG
BROOKLINE MASSACHUSETTS 02445

003809
ESTHER LAVINE
WOODMERE NEW YORK 11598

---

004041
EUGENE D. HALLOCK III AS TRUSTEE
ALBANY NY 12211

005672
EUGENE J. RIBAKOFF 2006 TRUST
PALM BEACH FL 33480

---

004006
EUGENE L. BERL, CPA
J.H. COHN LLP
4 BECKER FARM ROAD
ROSELAND NJ 7068

000842
EUGENIA VOGEL
MIAMI FL 33180-3287

---

000759
EUGENIE KISSINGER
HALESITE NY 11743

005849
EUNICE CHERVONY LEHRER
DELRAY BEACH FLORIDA 33446

---

006383
EUROVALEUR, INC.
ALBANY NY  12231-0001

004358
EVAN KELMAN
BOCA RATON FL 33432

---

004771
EVAN S. COWIT, ESQ.
OLENDER FELDMAN, LLP
2840 MORRIS AVE
UNION NJ 07083

004774
EVAN S. COWIT, ESQ.
OLENDERFELDMAN, LLP
2840 MORRIS AVE
UNION NJ 07083

---

003793
EVE DIERINGER
HEWLETT NEW YORK 11557

004232
EVE FRIETAG
NEW YORK NY 10065

---

004303
EVE FRIETAG
NEW YORK NEW YORK 10021

004317
EVELYN BAXTER
BOCA RATON FLORIDA 33433

---

006307
EVELYN BEREZIN WILENITZ
NEW YORK NY 10014

006308
EVELYN BEREZIN WILENITZ
E. SETAUKET NY 11733

---

003694
EVELYN BROMS
MINNETONKA MN 55345-3720

002534
EVELYN CHERNIS IRREVOCABLE TRUST
AGREEMENT FOR RYAN EYGES TRUST
RANCHO MIRAGE CA 92270

---

002541
EVELYN CHERNIS IRREVOCABLE TRUST AGREEMENT
FOR SAMANTHA EYGES DTD OCTOBER 6TH 1986
NEWTON MA 02459

002542
EVELYN CHERNIS IRREVOCABLE TRUST AGREEMENT
FOR SAMANTHA EYGES DTD OCTOBER 6TH 1986
FORT LEE NJ 07024

---

002544
EVELYN CHERNIS IRREVOCABLE TRUST AGREEMENT
FOR SAMANTHA EYGES DTD OCTOBER 6TH 1986
WESTON MA 02493

002545
EVELYN CHERNIS IRREVOCABLE TRUST AGREEMENT
FOR SAMANTHA EYGES DTD OCTOBER 6TH 1986
RANCHO MIRAGE CALIFORNIA 92270

---

005855
EVELYN FISHER
GLENCOE ILLINOIS 60022

005856
EVELYN FISHER
HIGHLAND PARK IL 60035

Exhibit Pages
Redacted Version

| | |
|---|---|
| 002481<br>EVELYN M. CHERNIS<br>NEWTON MA 02459 | 002488<br>EVELYN M. CHERNIS REVOCABLE TRUST DTD 3/23/87<br>PALM BEACH FL 33480 |
| 002491<br>EVELYN M. CHERNIS REVOCABLE TRUST DTD 3/23/87<br>NEWTON MA 02459 | 005808<br>EVELYN RECHLER<br>MILL NECK NY 11765 |
| 007815<br>EVY ROSENFIELD<br>DELRAY BEACH FLORIDA 33446 | 001525<br>EXPRESS ENTERPRISES, INC.<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS |
| 002009<br>EZRIEL MUNK, TRUSTEE<br>OF THE ZW 1999 TRUST AND<br>THE WOLFSON DESCENDANTS 1983 TRUST<br>LAKEWOOD NJ 08701 | 004518<br>F&P LYNCH FAMILY PARTNERSHIP, L.P.<br>EDWARDS CO 81632 |
| 000964<br>FAB INDUSTRIES CORP.<br>GREAT NECK NY 11021-3006 | 004832<br>FAIRFIELD PAGMA ASSOCIATES LP<br>WHITE PLAINS NY 10605 |
| 004835<br>FAIRFOX LLC<br>NEW YORK NEW YORK 10022 | 003306<br>FAIRVIEW ASSOCIATES<br>FAIRVIEW NJ 07022 |
| 003307<br>FAIRVIEW ASSOCIATES<br>OLD TAPPAN NJ  07675 | 007046<br>FALCON ASSOCIATES<br>W PALM BEACH FL 33401 |
| 002599<br>FAMILY TRUST UNDER ARTICLE VIII OF<br>THE HAROLD HARMON REVOCABLE TRUST<br>NEWTON CENTRE MASSACHUSETTS 02459 | 002339<br>FARBER INVESTMENTS, INC.<br>ST. LAURENT QUEBEC H4M 1R4<br>CANADA |
| 003113<br>FAS PARTNERS, LP<br>AVENTURA FL 33180 | 003114<br>FAS PARTNERS, LP<br>ROSELAND NEW JERSEY 07068 |
| 007900<br>FAYE GERONEMUS<br>PLANTATION   FLORIDA 33324 | 003507<br>FELICE J PERLMAN<br>WESTPORT CT 06880 |
| 003508<br>FELICE J PERLMAN<br>NEW YORK NEW YORK 10025 | 003312<br>FELICE T. LONDA<br>NORWALK CONNECTICUT 06853 |
| 003311<br>FELICE T. LONDA, ESQ.<br>LONDA & LONDA ESQS.<br>277 NORTH BROAD STREET<br>ELIZABETH NJ 07208 | 003318<br>FELICE T. LONDA, ESQ.<br>LONDA & LONDA ESQS.<br>277 NORTH BROAD STREET<br>ELIZABETH NJ 07208 |
| 000923<br>FELICIA WEITZ<br>HALESITE NEW YORK 11743 | 002571<br>FERN C. PALMER<br>MEDINA MN 55340 |
| 002926<br>FERN C. PALMER<br>MEDINA MN 55340 | 002923<br>FERN C. PALMER REVOCABLE TRUST DTD 12/31/91<br>MEDINA MN 55340 |
| 007882<br>FERN CREEK, LP<br>SAN RAFAEL CALIFORNIA 94903 | 003545<br>FERNANDO C. COLON-OSORIO<br>STOW MA 01775 |
| 007698<br>FGLS EQUITY LLC<br>NEW YORK NEW YORK 10016 | 005859<br>FINANCIERE AGACHE<br>PARIS  75008<br>FRANCE |
| 000951<br>FINE FUND LLC<br>VALLEY STREAM NY 11581 | 002774<br>FINE K-S TRUST<br>BOSTON MA  02199 |
| 002775<br>FINE K-S TRUST<br>NANTUCKET MA  02554 | 003566<br>FIRST MARITAL TRUST UNDER THE<br>ARNOLD SHAPIRO 11/9/96 TRUST<br>PALM BEACH FL 33480 |
| 005770<br>FITERMAN GST EXEMPT MARITAL TRUST<br>GOLDEN VALLEY MN 55427 | 005771<br>FITERMAN GST EXEMPT MARITAL TRUST<br>PALM BEACH FL 33480 |

Date : 3/17/2011

Exhibit Pages
Redacted Version

Page # : 44

005785
FITERMAN INVESTMENT FUND
GOLDEN VALLEY MN 55427

000537
FLINN INVESTMENTS, LLC
RYE NY 10580

004196
FLORENCE GELLMAN
AS A PERSONAL REPRESENTATIVE AND AS AN INDIVDUAL
PALM BEACH GARDENS FLORIDA 33418

002587
FLORENCE HARMON REVOCABLE TRUST
NEWTON CENTRE MASSACHUSETTS 02459

003191
FLORENCE LAW IRREVOCABLE TRUST DTD 1/24/05
NEW YORK NEW YORK 10021

003120
FLORENCE W. SHULMAN
AVENTURA FL 33180

003119
FLORENCE W. SHULMAN POUROVER TRUST
AVENTURA FL 33180

005216
FRANCES BLUM
DELRAY BEACH FL 33444

005217
FRANCES BLUM
BRONX NY 10463

004916
FRANCES J. LE VINE
ENCINO CA 91436

004915
FRANCES J. LE VINE REVOCABLE TRUST
ENCINO CA 91436

002649
FRANCES RAYMOND
LIVINGSTON NJ 07039

003429
FRANCES REISS
NEW YORK NY 10023

003432
FRANCES REISS
NEW YORK NEW YORK 10023

004889
FRANCI FREILICH
HUNTINGTON NY 11743

003947
FRANCINE FREEMEN
PALM BEACH GARDENS FL 33418

000511
FRANCIS G. REA
SANDS POINT NY 11050

006653
FRANCISCO JAVIER BOTIN-SANZ DE SAUTUOLA O'SHEA
MADRID
SPAIN

006391
FRANCO MUGNAI
ITALY

006392
FRANCO MUGNAI
ITALY

003914
FRANITZA FAMILY LIMITED PARTNERSHIP
VERO BEACH FL 32963

003915
FRANITZA FAMILY LIMITED PARTNERSHIP
LLOYD HARBOR NY 11743

005483
FRANK A. PETITO
NEW YORK NY 10021

005482
FRANK A. PETITO DBA THE PETITO INVESTMENT GROUP
NEW YORK NY 10021

003995
FRANK DIFAZIO
ISLIP NY 11751

004465
FRANK J. LYNCH, A.K.A. FRANK J. LYNCH, III
EDWARDS   CO 81632

004520
FRANK J. LYNCH, A.K.A. FRANK J. LYNCH, III
EDWARDS CO 81632

000477
FRANK NALEPKA
NEW YORK NY 10016

000478
FRANK NALEPKA
MOUNTAIN LAKES NJ 07046

004885
FRANK T. PILOTTE, ESQ.
MURPHY REID LLP
340 ROYAL POINCIANA WAY, STE 339J
PALM BEACH FL 33480

001798
FRANKLIN TEMPLETON BANK & TRUST, FSB
SALT LAKE CITY UTAH 84101

001782
FRED H. PERKINS, ESQ.
MORRISON COHEN LLP
909 THIRD AVENUE,
NEW YORK NY 10022-4731

001113
FREDA B. EPSTEIN
PALM BEACH FL 33480

001098
FREDA EPSTEIN REVOCABLE TRUST
PALM BEACH FL 33480

006068
FREDERIC Z. KONIGSBERG
ROSLYN NY 11576

007895
FREDERICA R. FRENCH
CHARLOTTESVILLE VA 22903

003818
FREDERICK D. RIPIN
RHINEBECK NY 12572

003784
FREDERICK FRIEDMAN
SOUTHFIELD MA 01259

001852
FREDRIC J. PERLEN
WESTPORT CT 06880

000247
FRIEDA BLOOM
NEW YORK NY 10128

---

004151
FRIEDA FRESHMAN REVOCABLE
TRUST DATED 12/31/92
BOCA RATON FL 33487

004153
FRIEDA FRESHMAN, AS TRUSTOR, AS TRUSTEE AND AS AN INDIVIDUAL
BOCA RATON FL 33487

---

004515
FRIEDA LOW
PALM BEACH GARDENS FL 33418

006426
FRIEDRICH KADRNOSKA
ITALY

---

006427
FRIEDRICH KADRNOSKA
AUSTRIA

007765
G. BRUCE LIFTON
SOUTHHAMPTON NEW YORK 11968

---

000534
G.R.A.M. LIMITED PARTNERSHIP
DEDHAM MA 02026

000908
G.S. SCHWARTZ & CO., INC.
NEW YORK NY 10016

---

004087
GABRIEL M. ROSETTI, JR., AS TRUSTEE
JORDAN NY 13080

002843
GABRIELLE J. PRETTO
LAX & NEVILLE, LLP
1412 BROADWAY, SUITE 1407
NEW YORK NY 10018

---

007090
GABRIELLE J. PRETTO, ESQ.
LAX & NEVILLE, LLP
1412 BROADWAY, SUITE 1407
NEW YORK NEW YORK 10018

002631
GABRIELLE S. CHERNIS
SAN FRANCISCO CA 94116

---

004558
GABRIELLE Z. MARDEN
NEW YORK NEW YORK 10013

004593
GAIL M. ASARCH
BOCA RATON FL 33496

---

002686
GAIL NESSEL
PALM BEACH FLORIDA 33480

002695
GAIL NESSEL
PALM BEACH FL 33480

---

005429
GAIL NESSEL
PALM BEACH FLORIDA 33480

000805
GARY ALBERT
CARBONDALE CO 81623

---

004083
GARY BERNARDO AS TRUSTEE
CHEEKTOWAGA NY 14227

004955
GARY HARNICK
SARASOTA FL 34238

---

007028
GARY J. KORN
WESTPORT CONNECTICUT 06880

000906
GARY M. WEISS
OLD WESTBURY NY 11568

---

003956
GARY R. GERSON
MIAMI BEACH FL 33141

003957
GARY R. GERSON
MARDER SOSNIK & CO
ATTN L BELL
ONE PARKER PLAZA
FORT LEE NJ 07024

---

003954
GARY R. GERSON REVOCABLE TRUST
DATED DECEMBER 6, 2005
MIAMI BEACH FL 33141

003955
GARY R. GERSON REVOCABLE TRUST
DATED DECEMBER 6, 2005
MARDER SOSNIK & CO
ATTN L BELL
ONE PARKER PLAZA
FORT LEE NJ 07024

---

007877
GARY S. LEE & JOHN A. PINTARELLI
MORRISON & FOERSTER LLP
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104-0050

006896
GARY S. LEE & JOHN A. PINTARELLI;
MORRISON & FOERSTER LLP
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104-0050

---

001534
GARY WOODFIELD, ESQ.
HAILE, SHAW & PFAFFENBERGER, P.A.
660 U.S. HIGHWAY ONE, THIRD FLOOR
NORTH PALM BEACH FL 33408

000152
GARYNN CUTRONEO
BEDFORD NY 10506

---

002197
GAYLA E. MILLER
COLUMBIA MO 65203

004595
GENERATION SKIPPING TRANSFER TAX EXEMPTION TRUST UNDER ARTICLE
IV OF THE WILL OF ARTHUR I. MEYER
PALM BEACH FL 33480

---

004170
GENERATION SKIPPING TRANSFER
TAX EXEMPTION TRUST UNDER ARTICLE FIVE
OF THE WILL OF WALTER J. GROSS
KINGS POINT NY 11024

005130
GENERATION SKIPPING TRANSFER TRUST  FBO ALAN MNUCHIN
AND HIS ISSUE UNDER ARTICLE 4 OF THE LAST WILL AND TESTAMENT
OF ELAINE TERNER COOPER
NEW YORK NY 10028

---

Date : 3/17/2011                                  Exhibit Pages                                  Page # : 46
                                               Redacted Version

---

005131
GENERATION-SKIPPING TRANSFER TRUST FBO ALAN MNUCHIN
AND HIS ISSUE UNDER ARTICLE 4 OF THE LAST WILL AND TESTAMENT
OF ELAINE TERNER COOPER
NEW YORK NY 10021

005132
GENERATION-SKIPPING TRANSFER TRUST FBO STEVEN MNUCHIN
AND HIS ISSUE UNDER ARTICLE 4 OF THE LAST WILL AND TESTAMENT
OF ELAINE TERNER COOPER
NEW YORK NY 10028

---

005133
GENERATION-SKIPPING TRANSFER TRUST FBO STEVEN MNUCHIN
AND HIS ISSUE UNDER ARTICLE 4 OF THE LAST WILL AND TESTAMENT
OF ELAINE TERNER COOPER
NEW YORK NY 10021

001862
GEOFFREY S. REHNERT
WESTON MA 02493

---

005934
GEOFFREY S. REHNERT
WESTON MA 02493-2300

003619
GEORGE D. LEVY
WELLESLEY MA 02481

---

003643
GEORGE D. LEVY
WELLESLEY MA 02481

003644
GEORGE D. LEVY
MATTAPOISETT MA 02739

---

003650
GEORGE D. LEVY & KAREN S LEVY IRREVOCABLE
FAMILY TRUST UDT DATED 8/17/90
WELLESLEY MA 02481

003651
GEORGE D. LEVY & KAREN S LEVY IRREVOCABLE
FAMILY TRUST UDT DATED 8/17/90
MATTAPOISETT MA 02739

---

003641
GEORGE D. LEVY TRUST
WELLESLEY MA 02481

003642
GEORGE D. LEVY TRUST
MATTAPOISETT MA 02739

---

003607
GEORGE D. LEVY TRUST
U/T/D AUGUST 17, 1990
WELLESLEY MA 02481

002448
GEORGE LOCARNO C/O GML ASSOCIATES
400 COMMONWEALTH AVE.
BOSTON MA 02215

---

005497
GEORGE N. FARIS
RIVERSIDE CT 06878

002285
GEORGE NADLER
OAK BROOK IL 60523

---

002286
GEORGE NADLER
RANCHO MIRAGE CALIFORNIA 92270

000236
GEORGE PEREZ
EAST BRUNSWICK NEW JERSEY  08816

---

004100
GERALD BLUMENTHAL
BOYNTON BEACH FL 33437

003981
GERALD E. KELLER
GREAT NECK NY 11021

---

003856
GERALD GOLDMAN
RYE NY 10580

004325
GERALD HESLIN
SHERWOOD OREGON 97140

---

003275
GERALD I. LUSTIG
RYE BROOK NY 10573

003276
GERALD I. LUSTIG
JERICHO NEW YORK 11753

---

000598
GERALD J. BLOCK
RANCHO SANTA FE CA 92067

001476
GERALD M. OGUSS
NORTHBROOK ILLINOIS 60062

---

000907
GERALD S. SCHWARTZ
NEW YORK NY 10024

002013
GERALD SPERLING
BOCA RATON FL 33496

---

001067
GERARD LEEDS
GREAT NECK NY 11021

004164
GERDA LAYTON
ASCONA   CH 6612
SWITZERLAND

---

006425
GERHARD RANDA
AUSTRIA

005344
GERTRUDE E. ALPERN REVOCABLE TRUST
EAST ROCKAWAY NY 11518

---

003814
GERTRUDE RADISCH
COCONUT CREEK  FL 33066

005448
GETTINGER MANAGEMENT LLC PROFIT SHARING PLAN
NEW YORK NY 10018

---

005449
GETTINGER MANAGEMENT LLC PROFIT SHARING PLAN
NEW YORK NY 10018

006439
GIANFRANCO GUTTY
ITALY

---

002661
GILBERT M. KOTZEN 1982 TRUST
FISHER ISLAND FLORIDA 33109

002662
GILBERT M. KOTZEN 1982 TRUST
WEST NEWTON MA 02468

---

005580
GILLIAN M. L. SMITH, INDIVIDUALLY AND AS A JOINT TENANT
PORTLAND OR 97209

002275
GLADYS CASH
PALM BEACH FLORIDA 33480

Date : 3/17/2011

Exhibit Pages
Redacted Version

| | |
|---|---|
| 002313<br>GLADYS CASH<br>PALM BEACH FL 33480 | 003847<br>GLADYS COHEN<br>BOYNTON BEACH FL 33447 |
| 000255<br>GLADYS FUJIWARA<br>LAS VEGAS NV 89122 | 001159<br>GLANTZ FAMILY FOUNDATION, INC.<br>SAN RAFAEL CA 94903 |
| 007720<br>GLANTZ FAMILY PARTNERS<br>SAN RAFAEL CALIFORNIA 94901 | 007714<br>GLEN O. & BARBARA J. POWELL<br>PALM COAST FLORIDA 32164-7120 |
| 005308<br>GLENDA MANDELBAUM<br>WOODMERE NY 11598 | 000674<br>GLENHAVEN LTD<br>NEW YORK NY 10022 |
| 001760<br>GLENN C. ELLERIN<br>BOCA RATON FL 33428 | 001592<br>GLENN DYDO<br>FORT LAUDERDALE FL 33305 |
| 001568<br>GLENN J. DYDO IRREVOCABLE TRUST<br>U/A AUGUST 12, 1988<br>FT. LAUDERDALE FL 33308 | 005819<br>GLENN RECHLER<br> LONDON NW1 8XX<br>ENGLAND |
| 005013<br>GLORIA ALBERT SANDLER<br>ALAMO CA 94507 | 005014<br>GLORIA ALBERT SANDLER<br>VAIL CO 81657 |
| 005015<br>GLORIA ALBERT SANDLER<br>OAK BROOK IL 60523 | 004848<br>GLORIA C. KLEIN,<br>AS TRUSTEE, AS PERSONAL REPRESENTATIVE,<br>AND AS AN INDIVIDUAL<br>BOCA RATON FL 33487 |
| 004479<br>GLORIA HENDLER REVOCABLE TRUST<br>LEDGEWOOD NJ 07852 | 004480<br>GLORIA HENDLER, AS TRUSTEE AND AS AN INDIVIDUAL<br>LEDGEWOOD NJ 07852 |
| 004449<br>GLORIA HENDLER, AS TRUSTEE OF THE<br>MILTON HENDLER RESIDUARY TRUST<br>LEDGEWOOD NJ 07852 | 004454<br>GLORIA WOLOSOFF REVOCABLE TRUST<br>SHORT HILLS NJ 07078 |
| 003479<br>GMR S.A.<br>BRUSSELS (BRUXELLES)<br>BELGIUM | 001398<br>GOLD INVESTMENT CLUB<br>FREMONT CA 94536 |
| 000351<br>GOODMAN CAPITAL PARTNERS, L.P.<br>GREAT NECK NY 11021 | 002510<br>GOODMAN CHARITABLE FOUNDATION<br>NEW YORK NY 10036 |
| 000362<br>GOODMAN HOLDINGS, INC.<br>GREAT NECK NY 11021 | 003669<br>GORDON KOOTA<br>NEW YORK NY 10065 |
| 000228<br>GORDON MEHLER, ESQ.<br>THE LAW OFFICES OF GORDON MEHLER, PLLC<br>747 THIRD AVENUE, 32ND FLOOR<br>NEW YORK NY 10017 | 006795<br>GORDON MICHAEL BERKOWITZ 2004<br>GENERATION-SKIPPING TRUST<br>BOSTON MASSACHUSETTS 02109 |
| 006809<br>GORDON MICHAEL BERKOWITZ FAMILY TRUST<br>BOYNTON BEACH FLORIDA 33437 | 006810<br>GORDON MICHAEL BERKOWITZ FAMILY TRUST<br>SOUTHAMPTON MASSACHUSETTS 01073 |
| 006811<br>GORDON MICHAEL BERKOWITZ FAMILY TRUST (EXEMPT)<br>BOYNTON BEACH FLORIDA 33437 | 006812<br>GORDON MICHAEL BERKOWITZ FAMILY TRUST (EXEMPT)<br>SOUTHAMPTON  MASSACHUSETTS 01073 |
| 006808<br>GORDON MICHAEL BERKOWITZ IRREVOCABLE TRUST<br>TELLURIDE COLORADO 81435 | 006806<br>GORDON MICHAEL BERKOWITZ REVOCABLE TRUST<br>BOYNTON BEACH FLORIDA 33437 |
| 006807<br>GORDON MICHAEL BERKOWITZ REVOCABLE TRUST<br>SOUTHAMPTON MASSACHUSETTS 01073 | 003482<br>GORRIN FAMILY TRUST DTD 5/24/73<br>BEVERLY HILLS CA 90210 |
| 005749<br>GOTHAM PLAZA ASSOCIATES, LLC<br>SYOSSET NY 11791 | 003866<br>GRABEL FAMILY TRUST DTD 3/29/99<br>NEW YORK NY 10011-8136 |
| 001133<br>GRACE & COMPANY<br>SAN RAFAEL CA 94903 | 001815<br>GRACE B. EVENSTAD<br>WAYZATA MN 55391 |

Exhibit Pages
Redacted Version

001977
GRACE B. EVENSTAD REVOCABLE TRUST
MAPLE GROVE MN 55391

001816
GRACE B. EVENSTAD TRUSTEE
WAYZATA MN 55391

001978
GRACE B. EVENSTAD, AS CO-TRUSTEE
OF THE GRACE B. EVENSTAD REVOCABLE TRUST
MAPLE GROVE MN 55369

005583
GRACE B. EVENSTAD, AS TRUSTEE OF THE
KENNETH L. EVENSTAD REVOCABLE TRUST
MAPLE GROVE MN 55369

001849
GRACE B. EVENSTAD,
INDIVIDUALLY AND AS TRUSTEE
WAYZATA MN 55391

005162
GRACE MISHKIN,
AS TRUSTEE AND AS AN INDIVIDUAL
RIVERDALE NEW YORK 10463

007785
GRANADILLA HOLDINGS LIMITED
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS

002887
GREAT WESTERN BANK - TRUST DEPARTMENT
MAPLE GROVE MN 55311

002889
GREAT WESTERN BANK - TRUST DEPARTMENT
RAPID CITY SOUTH DAKOTA 57709

001054
GREENMAN FAMILY FOUNDATION INC.,
DELRAY BEACH FL 33445

002679
GREG A. KAUFMAN
MUSKEGON MI 49441

002680
GREG A. KAUFMAN
GRAND RAPIDS MICHIGAN 49508

005064
GREGG GRAUER ESQ.
282 KATONAH AVENUE #158
KATONAH NY 10536

005806
GREGG RECHLER
NEW YORK NY 10028

005823
GREGG RECHLER
NEW YORK NY 10028

002688
GREGORY ANTONIAZZI
WEST ROXBURY MASSACHUSETTS  02132

001072
GREGORY JOBIN-LEEDS
CAMBRIDGE MA 02138

002710
GREGORY KAUFMAN
GRAND RAPIDS MI 49508

002711
GREGORY KAUFMAN
MUSKEGON MI 49441

003668
GREGORY P. NERO, ESQ.
STERLING EQUITIES
111 GREAT NECK ROAD, SUITE 408
GREAT NECK NY 11021

002964
GREGORY P. NERO, ESQ.
STERLING EQUITIES
111 GREAT NECK ROAD, SUITE 408
GREAT NECK NY 11021

002821
GREGORY S. KINOIAN, PAUL S. HOLLANDER, OKIN,
HOLLANDER & DELUCA, LLP
ONE PARKER PLAZA, 12TH FLOOR
400 KELBY STREET
FORT LEE NJ 07024

002823
GREGORY S. KINOIAN, PAUL S. HOLLANDER, OKIN,
HOLLANDER & DELUCA, LLP
ONE PARKER PLAZA, 12TH FLOOR
400 KELBY STREET
FORT LEE NJ 07024

002047
GRETCHEN MICHAEL, INDIVIDUALLY
ALEXANDRIA VIRGINIA 22302

005960
GREVILLE WATERMAN
ENGLAND

004871
GRIST MILL TRUST
CHICAGO IL 60657

006964
GROUPEMENT FINANCIER
BRITISH VIRGIN ISLANDS

002835
GST EXEMPT TRUST FBO KATHY K. WEINBERG
BOCA RATON FLORIDA 33434-3595

002829
GST EXEMPT TRUST FBO WILLIAM D. KORNREICH
PALM BEACH GARDENS FLORIDA 33418-3982

000962
GUARDIAN TRUST COMPANY, FSB
NEW YORK NY 10004

000423
GUARDIAN TRUST FSB
NEW YORK NY 10004

005024
GUIDUCCI FAMILY LIMITED PARTNERSHIP
FLUSHING NEW YORK 11355

006654
GUILLERMO MORENES MARIATEGUI
   28002
SPAIN

005880
GUNTHER K. UNFLAT
HAWLEY PA 18428

005879
GUNTHER K. UNFLAT,
INDIVIDUALLY AND AS JOINT TENANT
HAWLEY PA 18428

005415
GURITZKY FAMILY PARTNERSHIP LP
BOYNTON BEACH FL 33436

Date : 3/17/2011

Exhibit Pages
Redacted Version

---

000113
GUSTON & GUSTON, LLP
GLEN ROCK NJ 07452

003960
GUTERMACHER ENTERPRISES LP
NEW YORK NY 10022

---

003942
GUY ANYTHONY CERATO
MONUMENT CO 80132

001454
GUY COLANERI
OAKLAND NJ 07436

---

000468
H & E COHEN FOUNDATION
DELRAY BEACH FL 33445

000469
H & E COHEN FOUNDATION
SCARSDALE NY 10583

---

000470
H & E COHEN FOUNDATION
MARBLEHEAD MA 01945

002723
H & E COMPANY - A PARTNERSHIP
SARASOTA FLORIDA 34236

---

005423
H SCHAFFER FOUNDATION INC
WEST RUTLAND VT 05777

002236
HAL ABRAMS
CARLSBAD CALIFORNIA 92011

---

001217
HALE YAZICIOGLU
JASPAN SCHLESINGER LLP
300 GARDEN CITY PLAZA
GARDEN CITY NY 11530

000305
HALINA BITENSKY
MANHASSET NY 11030

---

004868
HAPPY LEGS TRUST
CHICAGO IL 60657

006432
HARALD NOGRASEK
AUSTRIA

---

002582
HARMON FAMILY LIMITED PARTNERSHIP
NEWTON CENTRE MASSACHUSETTS 02459

002583
HARMON FAMILY LIMITED PARTNERSHIP
NEWTON CENTRE MA 02459

---

005622
HAROLD A. THAU
SHELTON CT  06484-2862

005629
HAROLD A. THAU
ASPEN COLORADO 81611

---

005492
HAROLD A. THAU
ASPEN CO 81611

003715
HAROLD ALTMAN
POMPANO BEACH FL 33062

---

000702
HAROLD ANFANG
NEW YORK NY 10003

000460
HAROLD COHEN LIVING TRUST
DELRAY BEACH FL 33445

---

000461
HAROLD COHEN LIVING TRUST
SCARSDALE NY 10583

000462
HAROLD COHEN LIVING TRUST
MARBLEHEAD MA 01945

---

003185
HAROLD HOROWITZ
NEW YORK NEW YORK 10010

003366
HAROLD J. HEIN
OAK BROOK IL 60523

---

003368
HAROLD J. HEIN
THORNWOOD NEW YORK 10594

005959
HAROLD L. WATERMAN
ENGLAND

---

000715
HAROLD R. RUBIN
FISHER ISLAND FL 33109

003682
HAROLD ROITENBERG
MINNEAPOLIS MN 55416

---

003683
HAROLD ROITENBERG
MINNEAPOLIS MINNESOTA 55416

000716
HAROLD RUBIN LIVING TRUST
U/A DATED AUGUST 24, 1990
FISHER ISLAND FL 33109

---

002243
HAROLD S. DIVINE CHARITABLE LEAD ANNUITY TRUST
HARTFORD CT 06103

006804
HAROLD S. MILLER TRUST DATED DECEMBER 4, 1964
BOYNTON BEACH FLORIDA 33437

---

006805
HAROLD S. MILLER TRUST DATED DECEMBER 4, 1964
SOUTHAMPTON  MASSACHUSETTS 01073

007816
HARRIET BARBUTO
TAMARAC FLORIDA 33319

---

004230
HARRY H. FALK AS PERSONAL REPRESENTATIVE
WINTER PARK FL 32789

004300
HARRY H. FALK, AS PERSONAL REPRESENTATIVE
MAITLAND FLORIDA 32751

---

007712
HARRY L. & YVONNE POWELL
JACKSONVILLE FLORIDA 32256

005800
HARRY N. HOFFMAN
ROCHESTER MN 55905

---

003822
HARRY PECH
WOODBURY NY 11797

000888
HARRY SCHICK
NEW YORK NY 10021

Exhibit Pages
Redacted Version

005477
HARRY SMITH REV LIV TST LAURA SMITH
TTEE UAD 12/2/96
AUSTIN TX 78701

005478
HARRY SMITH REV LIV TST LAURA SMITH
TTEE UAD 12/2/96
SARASOTA FL 34239

005701
HARVEY COHEN
PLAINVIEW NY 11803

005702
HARVEY COHEN
SYOSSET NY 11791

000711
HARVEY E. ROTHENBERG REVOCABLE TRUST
BOCA RATON FL 33432

000712
HARVEY E. ROTHENBERG TRUSTEE
BOCA RATON FL 33432

003837
HARVEY GOLDBERG
DELRAY BEACH FL 33446

004773
HARVEY H. HAUSNER
BOYNTON BEACH FL 33437

004775
HARVEY H. HAUSNER
FLORAL PARK NY 11005

000168
HARVEY KRAUSS
NEW YORK NY 10022

005663
HARVEY KRAUSS
NEW YORK NY 10158-0125

005683
HARVEY KRAUSS
NEW YORK NY 10158-0125

003701
HARVEY L. WERNER REVOCABLE TRUST
U/A/D 8/31/82
PALM BEACH FL 33480

003702
HARVEY L. WERNER REVOCABLE TRUST
U/A/D 8/31/82
LOS ANGELES CA 90066

003703
HARVEY L. WERNER REVOCABLE TRUST
U/A/D 8/31/82
LAKE WORTH FLORIDA 33462

004253
HARVEY R. HELLER, AS GENERAL PARTNER AND AS AN INDIVIDUAL
ORLANDO FL  32801

004254
HARVEY R. HELLER, AS GENERAL PARTNER AND AS AN INDIVIDUAL
ORLANDO FL  32801

004255
HARVEY R. HELLER, AS GENERAL PARTNER AND AS AN INDIVIDUAL
ORLANDO FLORIDA 32801

002084
HARWOOD HOLDING COMPANY II, INC.,
AS GENERAL PARTNER OF THE ESTELLE HARWOOD
FAMILY LIMITED PARTNERSHIP
JERSEY CITY NEW JERSEY 07306

002086
HARWOOD HOLDING COMPANY II, INC.,
AS GENERAL PARTNER OF THE ESTELLE HARWOOD
FAMILY LIMITED PARTNERSHIP
WILMINGTON DELAWARE 19805

006411
HASSANS INTERNATIONAL LAW FIRM
GIBRALTAR

006634
HCH INVESTMENT COMPANY LTD
GEORGE TOWN GRAND CAYMAN
CAYMAN ISLANDS

006948
HEATHER KAFELE;
SHEARMAN & STERLING LLP
801 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20004-2634

000209
HEATHER KUGEL
NEW YORK NEW YORK 10021

005656
HEATHER MARX
HINSHAW & CULBERTSON LLP
333 SOUTH SEVENTH STREET
SUITE 2000
MINNEAPOLIS MN 55402

005681
HEATHER MARX
HINSHAW & CULBERTSON LLP
333 SOUTH SEVENTH STREET
SUITE 2000
MINNEAPOLIS MN 55402

005661
HEATHER MARX
HINSHAW & CULBERTSON LLP
333 SOUTH SEVENTH STREET
SUITE 2000
MINNEAPOLIS MN 55402

002897
HEIDI HOLMERS
MAPLE GROVE MN 55311

002899
HEIDI HOLMERS
OSTEGO MINNESOTA 55446

004892
HEIDI LEE
BOCA RATON FL 33433

006314
HEIDI SCHUSTER
CHESTNUT HILL MASSACHUSETTS 02467

004423
HEIKE M. VOGEL
ARENT FOX LLP
1675 BROADWAY
NEW YORK NY 10019

004050
HEIKE M. VOGEL, ESQ.
ARENT FOX LLP
1675 BROADWAY
NEW YORK NY 10019

004258
HELAINE G. HURWITZ
AS TRUSTOR, AS TRUSTEE AND AS AN INDIVIDUAL
ROCKVILLE MD 20852

Date : 3/17/2011                  **Exhibit Pages**                  Page # : 51
                              **Redacted Version**

| | |
|---|---|
| 004259<br>HELAINE G. HURWITZ<br>AS TRUSTOR, AS TRUSTEE AND AS AN INDIVIDUAL<br>DEL RAY BEACH FL 33484 | 004266<br>HELAINE G. HURWITZ, AS TRUSTEE<br>ROCKVILLE MD 20852 |
| 004267<br>HELAINE G. HURWITZ, AS TRUSTEE<br>DEL RAY BEACH FL 33484 | 004256<br>HELAINE HURWITZ REVOCABLE TRUST<br>ROCKVILLE MD 20852 |
| 004257<br>HELAINE HURWITZ REVOCABLE TRUST<br>DEL RAY BEACH FL 33484 | 000754<br>HELEN DAVIS CHAITMAN<br>BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NY 10006 |
| 004792<br>HELEN DAVIS CHAITMAN<br>PHILLIPS NIZER LLP<br>666 FIFTH AVENUE<br>NEW YORK NY 10103-0084 | 004803<br>HELEN DAVIS CHAITMAN, ESQ.<br>PHILLIPS NIZER LLP<br>666 FIFTH AVENUE<br>NEW YORK NY 10103-0084 |
| 003223<br>HELEN DAVIS CHAITMAN, ESQ.<br>BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NY 10006 | 003227<br>HELEN DAVIS CHAITMAN, ESQ.<br>BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NY 10006 |
| 000077<br>HELEN DAVIS CHAITMAN, ESQ.<br>BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NY 10006 | 000123<br>HELEN DAVIS CHAITMAN, ESQ.,<br>BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NY 10006 |
| 000119<br>HELEN DAVIS CHAITMAN, ESQ.,<br>BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NY 10006 | 000656<br>HELEN DAVIS CHAITMAN, ESQ.,<br>BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NY 10006 |
| 002080<br>HELEN DAVIS CHAITMAN, ESQ.,<br>BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NEW YORK 10006 | 000527<br>HELEN DAVIS CHAITMAN, ESQ.,  BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NY 10006 |
| 001374<br>HELEN DAVIS CHAITMAN, ESQ.,<br>BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NY 10006 | 002088<br>HELEN DAVIS CHAITMAN, ESQ.,<br>BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NEW YORK 10006 |
| 001371<br>HELEN DAVIS CHAITMAN, ESQ.,<br>BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NY 10006 | 002716<br>HELEN DAVIS CHAITMAN,<br>BECKER & POLIAKOFF, LLP<br>45 BROADWAY<br>NEW YORK NY 10006 |
| 007021<br>HELEN HARRIS<br>DAY PITNEY<br>ONE CANTERBURY GREEN<br>201 BROAD STREET<br>STAMFORD CT 06901 | 006772<br>HELEN S. BERKOWITZ, AS TRUSTEE OF THE<br>STEVEN M. BERKOWITZ TRUST<br>SHARON MASSACHUSETTS 02067 |
| 005457<br>HELEN STARR TRUST<br>BOYLSTON MA 01505 | 004176<br>HELENE CUMMINGS KARP<br>PALM BEACH FL 33480 |
| 004177<br>HELENE CUMMINGS KARP ANNUITY<br>PALM BEACH FL 33480 | 003546<br>HELENE JULIETTE FEFFER<br>NEW YORK NY 10022 |
| 003551<br>HELENE JULIETTE FEFFER<br>NEW YORK NY 10005 | 003552<br>HELENE JULIETTE FEFFER<br>NEW YORK NEW YORK 10022 |
| 005312<br>HELENE R. CAHNERS GRANTOR<br>RETAINED ANNUITY TRUST #1<br>BOSTON MASSACHUSETTS 02109 | 005313<br>HELENE R. CAHNERS GRANTOR<br>RETAINED ANNUITY TRUST #1<br>BROOKLINE MA 02445 |
| 005314<br>HELENE R. CAHNERS GRANTOR<br>RETAINED ANNUITY TRUST #1<br>NAPLES FL 34102 | 005309<br>HELENE R. CAHNERS-KAPLAN<br>NAPLES  FLORIDA 33962 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 005310<br>HELENE R. CAHNERS-KAPLAN<br>BOSTON MA 02116 | 003241<br>HELENE SAREN-LAWRENCE<br>NEW YORK NY 10022 |
| 001992<br>HELENE TALANSKY, INDIVIDUALLY<br>WOODSBURGH NY 11598 | 004117<br>HELGA TERRY CAMPAGNA, AS TRUSTOR, AS TRUSTEE<br>AND AS AN INDIVIDUAL<br>SCOTTSDALE AZ 85255 |
| 004118<br>HELGA TERRY CAMPAGNA, AS TRUSTOR, AS TRUSTEE<br>AND AS AN INDIVIDUAL<br>SCOTTSDALE AZ 85255 | 006414<br>HELMUTH FREY<br>AUSTRIA |
| 003298<br>HENRY JANSSEN<br>NEW BRITAIN CT 06052 | 003299<br>HENRY JANSSEN<br>SOUTH WINDSOR CONNECTICUT 06074 |
| 007738<br>HENRY M. GELLER<br>EMERYVILLE CA 94608 | 006390<br>HERALD ASSET MANAGEMENT LTD.<br>CAYMAN ISLANDS |
| 006446<br>HERALD CONSULT LTD.<br>BRITISH VIRGIN ISLANDS | 006447<br>HERALD CONSULT LTD.<br>SWITZERLAND |
| 000068<br>HERBERT BARBANEL<br>WOODMERE NY 11598 | 000070<br>HERBERT BARBANEL<br>BOCA RATON FLORIDA 33434 |
| 002725<br>HERBERT BERNFELD RESIDUARY TRUST<br>SARASOTA FLORIDA 34236 | 000499<br>HERBERT C. KANTOR<br>NEW YORK NY 10022 |
| 002484<br>HERBERT J. CHERNIS<br>NEWTON MA 02459 | 002487<br>HERBERT J. CHERNIS<br>PALM BEACH FL 33480 |
| 002766<br>HERBERT J. CHERNIS<br>PALM BEACH FLORIDA 33480 | 002768<br>HERBERT J. CHERNIS<br>NEWTON MA 02459 |
| 002492<br>HERBERT J. CHERNIS REVOCABLE TRUST DTD 3/23/87<br>PALM BEACH FL 33480 | 002495<br>HERBERT J. CHERNIS REVOCABLE TRUST DTD 3/23/87<br>NEWTON MA 02459 |
| 002784<br>HERBERT R. GOLDENBERG<br>SANIBEL ISLAND FL 33957 | 002786<br>HERBERT R. GOLDENBERG<br>FT LEE NJ 07024 |
| 002781<br>HERBERT R. GOLDENBERG REVOCABLE TRUST<br>FT LEE NJ 07024 | 002782<br>HERBERT R. GOLDENBERG REVOCABLE TRUST<br>SANIBEL ISLAND FL 33957 |
| 004468<br>HERMAN LIPPERT AND GERTRUDE LIPPERT LIVING TRUST DATED AUGUST 8<br>1991<br>DELRAY BEACH FLORIDA 33484 | 006978<br>HERMANN KRANZ<br>GERMANY |
| 006903<br>HERRICK, FEINSTEIN, LLP<br>ARTHUR G. JAKOBY, ESQ.,<br>2 PARK AVENUE<br>NEW YORK NY 10016 | 006917<br>HERRICK, FEINSTEIN, LLP<br>ARTHUR G. JAKOBY, ESQ.,<br>2 PARK AVENUE<br>NEW YORK NY 10016 |
| 002819<br>HESS KLINE<br>MINNEAPOLIS MN 55426 | 002820<br>HESS KLINE<br>SAINT PAUL MINNESOTA 55109 |
| 002817<br>HESS KLINE REVOCABLE TRUST<br>MINNEAPOLIS MN 55426 | 002818<br>HESS KLINE REVOCABLE TRUST<br>SAINT PAUL MINNESOTA 55109 |
| 002227<br>HFH, A PARTNERSHIP<br>LIVINGSTON NJ 07039 | 002228<br>HFH, A PARTNERSHIP<br>FAIRFIELD NEW JERSEY 07004 |
| 001279<br>HHI INVESTMENT TRUST<br>CHICAGO IL 60606 | 001280<br>HHI INVESTMENT TRUST<br>CHICAGO IL 60610 |
| 001281<br>HHI INVESTMENT TRUST<br>POTOMAC MD 20854 | 001282<br>HHI INVESTMENT TRUST<br>NORTHBROOK IL 60062 |

Date : 3/17/2011

---

001283
HHI INVESTMENT TRUST
CHICAGO IL  60606

000694
HILARY M. STARK
RIVERSIDE CT 06878

---

007019
HILARY M. STARK
RIVERSIDE CT 06878

004777
HILDA HAUSNER
FLORAL PARK NY 11005

---

004778
HILDA HAUSNER
BOYNTON BEACH FL 33437

001203
HILLARY JENNER GHERTLER
BROOKLYN NY 11201-1685

---

006925
HISCOCK & BARCLAY, LLP
BRIAN E. WHITELEY,
ONE INTERNATIONAL PLACE, 26TH FLOOR
BOSTON MA 02110

003005
HJL CORPORATION
DETROIT MI 48226

---

003006
HJL CORPORATION
BLOOMFIELD HILLS MICHIGAN 48301

005505
HO MARITAL APPOINTMENT TRUST C/O MERYL EVENS & SUZANNE OSHRY,
PERSONAL REPRESENTATIVES
PORTLAND OREGON 97209

---

005506
HO MARITAL APPOINTMENT TRUST C/O MERYL EVENS & SUZANNE OSHRY,
PERSONAL REPRESENTATIVES
CULVER CITY CA 90232

007834
HOBOKEN RADIOLOGY LLC
HOBOKEN NJ 07030

---

001225
HOPE A. GELLER
NEW YORK NY 10024

007734
HOPE A. GELLER
NEW YORK NY 10024

---

000680
HOPE W. LEVENE
BEDFORD NY 10506

003037
HOPE WIGMORE
BOSTON MA 02110

---

003038
HOPE WIGMORE
SIMSBURY CONNECTICUT 06070

005266
HOWARD A. KALKA
OLD WESTBURY NY 11568

---

000781
HOWARD B. WEITHORN
SHERMAN OAKS CA 91403

000785
HOWARD B. WEITHORN TRUST
SHERMAN OAKS CA 91403

---

004096
HOWARD BLAKESLEE REVOCABLE TRUST
CRANFORD NJ 07016

004097
HOWARD BLAKESLEE REVOCABLE TRUST
HARDWICK NJ 07825

---

004370
HOWARD KAYE
BEDFORD NY 10506

003192
HOWARD KLEE
BOCA RATON FLORIDA 33435

---

001480
HOWARD KLEINHENDLER
WACHTEL & MASYR, LLP
1 DAG HAMMARSKJOLD PLAZA
885 SECOND AVENUE
NEW YORK NY 10017

001486
HOWARD KLEINHENDLER
WACHTEL & MASYR, LLP
1 DAG HAMMARSKJOLD PLAZA
885 SECOND AVENUE, 47TH FLOOR
NEW YORK NEW YORK 10017

---

007614
HOWARD KLEINHENDLER, ESQ.
WACHTEL & MASYR, LLP
885 SECOND AVENUE
NEW YORK NY 10017

001416
HOWARD KLEINHENDLER, ESQ.,
WACHTEL & MASYR, LLP
885 SECOND AVENUE
NEW YORK NY 10017

---

001435
HOWARD KLEINHENDLER, ESQ.,  WACHTEL & MASYR, LLP
885 SECOND AVENUE
NEW YORK NY 10017

001419
HOWARD KLEINHENDLER, ESQ.,
WACHTEL & MASYR, LLP
885 SECOND AVENUE
NEW YORK NY 10017

---

001411
HOWARD KLEINHENDLER, ESQ.,
WACHTEL & MASYR, LLP
885 SECOND AVENUE
NEW YORK NY 10017

000644
HOWARD L. CASTLEMAN
BALTIMORE MD 21230

---

000645
HOWARD L. CASTLEMAN
BOCA RATON FL 33432

004210
HOWARD S. GARLICK REVOCABLE TRUST
DATED MAY 23, 1997
LONGBOAT KEY FL 34228

---

004211
HOWARD S. GARLICK REVOCABLE TRUST
DATED MAY 23, 1997
TITUSVILLE NJ 08560

000186
HOWARD SAMUELS
DIX HILLS NEW YORK  11746

---

Date : 3/17/2011                              Exhibit Pages                              Page # : 54
Redacted Version

| | |
|---|---|
| 000196<br>HOWARD SAMUELS<br>DIX HILLS NY 11746 | 003458<br>HOWARD SCHUPAK<br>YONKERS NY 10710 |
| 000256<br>HOWARD SOLOMON<br>NEW YORK NY 10022 | 000841<br>HOWARD VOGEL<br>AVENTURA FL 33180-3287 |
| 000839<br>HOWARD VOGEL RETIREMENT PLAN C/O HOWARD VOGEL<br>AVENTURA FL 33180-3287 | 004099<br>HOWARD W. BLAKESLEE, AS TRUSTOR<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>CRANFORD NJ 07016 |
| 006946<br>HOWARD WOHL<br>MILL NECK NY 11765 | 002239<br>HSD INVESTMENTS L.P.<br>HARTFORD CT 06103 |
| 004162<br>HUNTER DOUGLAS INTERNATIONAL, N.V.<br>6006 LUZERN<br>SWITZERLAND | 000041<br>HUNTER T. CARTER<br>ARENT FOX, LLP<br>1675 BROADWAY<br>NEW YORK NY 10019 |
| 000043<br>HUNTER T. CARTER<br>ARENT FOX, LLP<br>1675 BROADWAY<br>NEW YORK NY 10019 | 000044<br>HURWITZ GRANDCHILDREN TRUST #2-B<br>FOR BRANDI M. HURWITZ<br>POTOMAC MD 20854 |
| 000066<br>HURWITZ GRANDCHILDREN TRUST #2-B<br>FOR MICHAEL B. HURWITZ<br>POTOMAC MD 20854-1664 | 007009<br>HYPOSWISS PRIVATE BANK GENEVE S.A.<br>SWITZERLAND |
| 004156<br>IAN LEFKOWITZ<br>BOCA RATON FL   33432 | 005466<br>IDA FISHMAN REVOCABLE TRUST<br>DIX HILLS NY 11746 |
| 005093<br>IDA LAZARUS<br>SUNRISE FL 33322 | 002840<br>II KOTZEN COMPANY<br>WELLESLEY MA 02482 |
| 002841<br>II KOTZEN COMPANY<br>WEST NEWTON MA 02165 | 007821<br>ILENE MAY<br>SWARTHMORE PENNSYLVANIA 19081 |
| 000586<br>ILLAN KELSON<br>GREENWICH CONNECTICUT 06831 | 000809<br>IMPACT DESIGNS LIMITED<br>KOWLOON HONG KONG<br>CHINA |
| 002397<br>INDENTURE OF TRUST DATED JULY 19, 1982<br>MADE BY DAVID L. RUBIN<br>WELLINGTON FL 33414 | 002398<br>INDENTURE OF TRUST DATED JULY 19, 1982<br>MADE BY DAVID L. RUBIN<br>WESTON MA 02493 |
| 002399<br>INDENTURE OF TRUST DATED JULY 19, 1982<br>MADE BY DAVID L. RUBIN<br>BOSTON MA 02110-3331 | 004243<br>INDIAN WELLS PARTNERSHIP LTD<br>WINTER GARDEN FLORIDA 23787 |
| 004245<br>INDIAN WELLS PARTNERSHIP LTD<br>NEW YORK NY 10021 | 004246<br>INDIAN WELLS PARTNERSHIP LTD<br>AMAGANSETT NEW YORK 11930 |
| 006384<br>INFOVALEUR, INC.<br>ALBANY NY  12231-0001 | 006685<br>INTER INVESTISSEMENTS S.A. (F/K/A INTER CONSEIL S.A.)<br>LUXEMBOURG |
| 006631<br>INVERSIONES COQUE S.A.<br>PANAMA<br>PANAMA | 006632<br>INVERSIONES COQUE S.A.<br>PANAMA<br>PANAMA |
| 000158<br>INVESTEC TRUST SWITZERLAND (SA)<br>1211 GENEVA 1<br>SWITZERLAND | 003163<br>IRA B. BAKER, CPA<br>237 CAMBRIDGE OAKS<br>PARK RIDGE NJ 07656 |
| 005887<br>IRA L. SORKIN<br>EAST HILLS NY 11576 | 005083<br>IRA SCHY,<br>AS MANAGING PARTNER AND AS AN INDIVIDUAL<br>BOCA RATON FL 33434 |

Date : 3/17/2011

**Exhibit Pages**
**Redacted Version**

Page # : 55

| | |
|---|---|
| 004431<br>IRENE KEPES REVOCABLE LIVING TRUST<br>DATED 12/26/1989<br>SCOTTSDALE AZ 85254 | 004429<br>IRENE R. KAPLAN<br>POTOMAC MD 20854-1344 |
| 006367<br>IRENE T. CHENG<br>NEW YORK NY 10028 | 002446<br>IRENE WHITMAN<br>DELRAY BEACH FL 33445 |
| 002447<br>IRENE WHITMAN<br>SWAMPSCOTT MA 01907 | 002442<br>IRENE WHITMAN 1990 TRUST U/A DTD 4/13/90<br>DELRAY BEACH FL 33445 |
| 002443<br>IRENE WHITMAN 1990 TRUST U/A DTD 4/13/90<br>SWAMPSCOTT MA 01907 | 000518<br>IRIS BOSLOW REVOCABLE LIVING TRUST<br>HEWLETT HARBOR NY 11557 |
| 000520<br>IRIS C. BOSLOW<br>HEWLETT HARBOR NY 11557 | 002290<br>IRIS JUNE BROWN, ESQ., ROGIN NASSAU LLC<br>CITY PLACE I, 22ND FLOOR,<br>185 ASYLUM STREET<br>HARTFORD CT 06103 |
| 002240<br>IRIS JUNE BROWN, ESQ.,<br>ROGIN NASSAU LLC<br>CITY PLACE I, 22ND FLOOR,<br>185 ASYLUM STREET<br>HARTFORD CT 06103 | 003173<br>IRIS STEEL<br>NEW YORK NY 10022 |
| 004532<br>IRIS ZURAWIN MARDEN<br>NEW YORK NY 10013 | 000514<br>IRMA GROSS<br>BOCA RATON FL 33496 |
| 000667<br>IRON RESERVES LIMITED<br>1204 GENEVA<br>SWITZERLAND | 000668<br>IRON RESERVES LIMITED<br>CH-6302 ZUG<br>SWITZERLAND |
| 000669<br>IRON RESERVES LIMITED<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS | 003234<br>IRREVOCABLE TRUST FBO ETHAN SIEGEL<br>BOYNTON BEACH FL 33436 |
| 003232<br>IRREVOCABLE TRUST FBO JENNIFER GATTEGNO<br>BOYNTON BEACH FL 33436 | 003698<br>IRREVOCABLE TRUST FOR THE BENEFIT OF<br>ALISON SARAH BROMS DTD 11/7/1984<br>MINNETONKA MN 55345-3720 |
| 004477<br>IRVING B. KAHN FOUNDATION INC.<br>WILMINGTON DE 19801 | 003737<br>IRVING BERZNER REVOCABLE LIVING TRUST<br>U/A/D 12/22/92<br>FORT LAUDERDALE FL 33316 |
| 003738<br>IRVING BERZNER REVOCABLE LIVING TRUST<br>U/A/D 12/22/92<br>FT LAUDERDALE FL 33308 | 003739<br>IRVING BERZNER REVOCABLE LIVING TRUST<br>U/A/D 12/22/92<br>FORT LAUDERDALE FL 33304 |
| 004262<br>IRVING HURWITZ REVOCABLE TRUST<br>ROCKVILLE MD 20852 | 004263<br>IRVING HURWITZ REVOCABLE TRUST<br>DEL RAY BEACH FL 33484 |
| 004260<br>IRVING HURWITZ, AS TRUSTEE<br>ROCKVILLE MD 20852 | 004261<br>IRVING HURWITZ, AS TRUSTEE<br>DEL RAY BEACH FL 33484 |
| 004264<br>IRVING HURWITZ, AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>ROCKVILLE MD 20852 | 004265<br>IRVING HURWITZ, AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>DEL RAY BEACH FL 33484 |
| 002303<br>IRVING J. PINTO<br>MINNEAPOLIS MN 55402 | 002304<br>IRVING J. PINTO<br>LAQUINTA CALIFORNIA 92253 |
| 002306<br>IRVING J. PINTO 1994 GRANTOR RETAINED ANNUITY TRUST<br>MINNEAPOLIS MN 55402 | 002302<br>IRVING J. PINTO 1996 GRANTOR RETAINED ANNUITY TRUST<br>MINNEAPOLIS MN 55402 |
| 005040<br>IRVING JUNGREIS TRUST DATED MAY 13, 1993<br>BOCA RATON FL 33434 | 005041<br>IRVING JUNGREIS TRUST DATED MAY 13, 1993<br>PARK RIDGE NJ 07656 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 005042<br>IRVING JUNGREIS TRUST DATED MAY 13, 1993<br>BAYSIDE WI 53217 | 005036<br>IRVING JUNGREIS<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>BOCA RATON FL 33434 |
| 005037<br>IRVING JUNGREIS<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>BAYSIDE WI 53217 | 005038<br>IRVING JUNGREIS<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>PARK RIDGE NJ 07656 |
| 005043<br>IRVING JUNGREIS,<br>AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>BOCA RATON FL 33434 | 005045<br>IRVING JUNGREIS,<br>AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>BAYSIDE WI 53217 |
| 005044<br>IRVING JUNGREIS,<br>AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>PARK RIDGE NJ 07656 | 007213<br>IRVING P. COHEN<br>ROCKVILLE MD 20853 |
| 003852<br>IRWIN GUBERMAN<br>A/K/A JERRY GUBERMAN<br>DELTONA FL 32725 | 000125<br>IRWIN LIPKIN<br>DELRAY BEACH FL 33446 |
| 000856<br>IRWIN R. WEINDLING<br>NEW YORK NY 10021 | 006639<br>ISAAC JIMMY MAYER<br>JUPITER FL 33477 |
| 003439<br>ISABEL CHALEK<br>NEW YORK NY 10023 | 003441<br>ISABEL CHALEK<br>MONTCLAIR NEW JERSEY 07043 |
| 002340<br>ISSIE FARBER<br>ST. LAURENT QUEBEC H4M 1R4<br>CANADA | 003083<br>IVAN SCHWARTZMAN<br>WAYZATA MN 55391 |
| 003084<br>IVAN SCHWARTZMAN<br>ST. LOUIS PARK MINNESOTA 55426 | 006930<br>IVY ASSET MANAGEMENT LLC<br>JERICHO NEW YORK 11753 |
| 006934<br>IVY BIRCHWOOD ASSOCIATES, L.P.<br>JERICHO NEW YORK 11753 | 006936<br>IVY ENHANCED INCOME FUND<br>JERICHO NEW YORK 11753 |
| 006938<br>IVY OAKWOOD ASSOCIATES, L.P.<br>JERICHO NEW YORK 11753 | 006944<br>IVY REGENCY FUND, L.P.<br>JERICHO NEW YORK 11753 |
| 006940<br>IVY ROSEWOOD ASSOCIATES, L.P.<br>JERICHO NEW YORK 11753 | 006942<br>IVY ROSEWOOD OFFSHORE FUND, LTD.<br>JERICHO NEW YORK 11753 |
| 004362<br>J. K.<br>BOCA RATON FL 33432 | 002401<br>J. ROBERT CASEY<br>BOSTON MA 02110-3331 |
| 000695<br>J.D. O'NEILL PARTNERSHIP LTD.<br>NORTH PALM BEACH FL 33408 | 002220<br>J.P.<br>WEST WARREN MA 01092 |
| 002221<br>J.P.<br>WEST WARREN MA 01092 | 005111<br>J.S.<br>HOPEWELL JUNCTION NY 12533 |
| 000878<br>J.Z. PERSONAL TRUST<br>PALM BEACH FL 33480 | 002505<br>JABA ASSOCIATES LP<br>NEW YORK NY 10036 |
| 003867<br>JACK GRABEL<br>NEW YORK NY 10011-8136 | 005486<br>JACK KLOTZKO<br>MANHASSET NY 11030 |
| 001075<br>JACK PARKER FOUNDATION<br>NEW YORK NY 10019 | 003534<br>JACK YANKOWITZ<br>GREAT NECK NY 11021 |
| 004506<br>JACOB LIEBLEIN, AS TRUSTOR, AS TRUSTEE AND AS AN INDIVIDUAL<br>BAYSIDE NY 11360 | 004507<br>JACOB LIEBLEIN, AS TRUSTOR, AS TRUSTEE AND AS AN INDIVIDUAL<br>WHITE PLAINS NEW YORK 10605 |
| 004508<br>JACOB LIEBLEIN, AS TRUSTOR, AS TRUSTEE AND AS AN INDIVIDUAL<br>CUPERTINO CA 95014 | 000407<br>JACOB M. DICK REV LIVING TRUST DTD 4/6/01<br>WOODMERE NEW YORK 11598 |

Exhibit Pages
Redacted Version

003226
JACQUELINE D. GREEN
BOYNTON BEACH FL 33436

002311
JAFFE FAMILY INVESTMENT PARTNERSHIP
PALO ALTO CA 94306

005853
JAMAT COMPANY, LLC
C/O ELISE SCHERR FREJKA, ESQ.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

002324
JAME B. PINTO REVOCABLE TRUST U/A DTD 12/1/03
GRANADA HILLS CALIFORNIA 91344

003079
JAMES B. KOCH, ESQ.,
GARDINER KOCH WEISBERG & WRONA
53 W. JACKSON BLVD., SUITE 950
CHICAGO IL 60604

002326
JAMES B. PINTO
GRANADA HILLS CALIFORNIA 91344

006793
JAMES BERKOWITZ 2004 GENERATION-SKIPPING TRUST
BOSTON MASSACHUSETTS 02109

004039
JAMES C. LOGAN AS TRUSTEE
AMHERST NY 14228-3039

000813
JAMES D. RAWN
MILTON MA 02186

003332
JAMES DOYLE
NEW ROCHELLE NY 10804

003009
JAMES F. WALLACK, ESQ.,
GOULSTON & STORRS, PC
400 ATLANTIC AVENUE
BOSTON MA 2110

002962
JAMES F. WALLACK, ESQ.,
GOULSTON & STORRS, PC
400 ATLANTIC AVENUE
BOSTON MA 02110

002506
JAMES GOODMAN
PALM BEACH FL 33480

003983
JAMES GREIFF
ALPHARETTA GA 30004

002266
JAMES H. CASH
AMAGANSETT NY 11930

002267
JAMES H. CASH
LAS VEGAS NV 89144

000740
JAMES H. WEINER IRREVOCABLE TRUST
NUMBER TWO FOR S CORPORATION STOCK
IN ITS CAPACITY AS A LIMITED PARTNER OF
WEINER INVESTMENTS, L.P.
LONG BOAT KEY FL 34228

004293
JAMES HELLER FAMILY LLC
MAITLAND FLORIDA 32751

004294
JAMES HELLER FAMILY LLC
WINTER PARK FLORIDA 32789

006778
JAMES L. BERKOWITZ
TELLURIDE COLORADO 81435

006781
JAMES L. BERKOWITZ IRREVOCABLE TRUST
TELLURIDE COLORADO 81435

006780
JAMES L. BERKOWITZ, AS TRUSTEE OF THE
GORDON MICHAEL BERKOWITZ IRREVOCABLE TRUST
TELLURIDE COLORADO 81435

006779
JAMES L. BERKOWITZ, AS TRUSTEE OF THE
JAMES L. BERKOWITZ IRREVOCABLE TRUST
TELLURIDE COLORADO 81435

000657
JAMES LOWREY
N PALM BEACH FL 33408

002657
JAMES M GOODMAN
OAK BROOK IL 60523

002658
JAMES M GOODMAN
PALM BEACH FL 33480

000655
JAMES M. GARTEN
BEDFORD HILLS NY 10507

002394
JAMES M. NEW
SWAMPSCOTT MA 01907

002444
JAMES M. NEW
DELRAY BEACH FL 33445

002393
JAMES M. NEW TRUST DATED 3/19/01
SWAMPSCOTT MA 01907

005919
JAMES MASELLA
BLANK ROME LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK NEW YORK 10174

001688
JAMES MASELLA, ESQ.
BLANK ROME LLP
405 LEXINGTON AVENUE
NEW YORK NY 10174-0208

001679
JAMES MASELLA, ESQ.
BLANK ROME LLP
405 LEXINGTON AVENUE
NEW YORK NY 10174-0208

003797
JAMES MONARCHIO
FORT MYERS BEACH FL 33931

Date : 3/17/2011

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 004554<br>JAMES P. MARDEN<br>NEW YORK NEW YORK 10013 | 004555<br>JAMES P. MARDEN<br>NEW YORK NEW YORK 10013 |
| 004066<br>JAMES P. MARDEN<br>NEW YORK NY 10014 | 004530<br>JAMES P. MARDEN<br>NEW YORK NY 10014 |
| 004123<br>JAMES P. MARDEN<br>AS TRUSTEE OF THE BERNARD MARDEN PROFIT SHARING PLAN<br>NEW YORK NY 10014 | 004573<br>JAMES P. MARDEN, AS TRUSTEE, AS PERSONAL REPRESENTATIVE, AND AS<br>AN INDIVIDUAL<br>NEW YORK NY 10013 |
| 004574<br>JAMES P. MARDEN, AS TRUSTEE, AS PERSONAL REPRESENTATIVE, AND AS<br>AN INDIVIDUAL<br>NEW YORK NEW YORK 10014 | 004818<br>JAMES S. WERTER REVOCABLE TRUST<br>PONTE VEDRA BEACH FL 32082 |
| 004819<br>JAMES S. WERTER REVOCABLE TRUST<br>ST. AUGUSTINE FL 32084 | 004821<br>JAMES S. WERTER, AS GRANTOR AND TRUSTEE<br>OF THE JAMES S. WERTER REVOCABLE TRUST,<br>AND AS AN INDIVIDUAL<br>ST. AUGUSTINE FL 32084 |
| 004820<br>JAMES S. WERTER, AS GRANTOR AND TRUSTEE<br>OF THE JAMES S. WERTER REVOCABLE TRUST,<br>AND AS AN INDIVIDUAL<br>PONTE VEDRA BEACH FL 32082 | 002400<br>JAMES ULLMAN<br>WESTON MA 02493 |
| 006758<br>JAMIE B.W. STECHER<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP.<br>900 THIRD AVENUE,<br>NEW YORK NEW YORK 10022 | 004142<br>JAMIE ELINS SABET<br>LOS ANGELES CA 90064 |
| 003214<br>JAMIE I. BARTELS TRUST<br>PORT WASHINGTON NY 11050-1709 | 006705<br>JAMIE STECHER<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP<br>900 THIRD AVENUE,<br>NEW YORK NEW YORK 10022 |
| 006729<br>JAMIE STECHER<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP<br>900 THIRD AVENUE,<br>NEW YORK NEW YORK 10022 | 006727<br>JAMIE STECHER ESQ.<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP.<br>900 THIRD AVENUE,<br>NEW YORK NEW YORK 10022 |
| 006756<br>JAMIE STECHER ESQ.<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP;<br>900 THIRD AVENUE<br>NEW YORK NEW YORK 10022 | 000957<br>JAMIE STEIN WALKER<br>CHAPEL HILL NC 27516 |
| 002334<br>JAN MARCUS CAPPER<br>SAN ANSELMO CA 94960 | 004849<br>JANE A. KLEIN, AS TRUSTEE<br>AND AS PERSONAL REPRESENTATIVE<br>BOCA RATON FL 33498 |
| 005343<br>JANE ALPERN<br>EAST ROCKAWAY NY 11518 | 005349<br>JANE ALPERN<br>EAST ROCKAWAY NY 11518 |
| 005970<br>JANE DOE 1<br>NEW YORK NY 10028 | 005972<br>JANE DOE 1<br>NEW YORK NEW YORK 10128 |
| 005973<br>JANE DOE 2<br>NEW YORK NEW YORK 10128 | 005975<br>JANE DOE 3<br>NEW YORK NEW YORK 10128 |
| 005977<br>JANE DOE 4<br>NEW YORK NY 10028 | 005979<br>JANE DOE 4<br>NEW YORK NEW YORK 10128 |
| 005980<br>JANE DOE 5<br>NEW YORK NEW YORK 10128 | 005982<br>JANE DOE 6<br>NEW YORK NEW YORK 10128 |
| 005984<br>JANE DOE 7<br>NEW YORK NEW YORK 10128 | 000504<br>JANE EPSTEIN<br>NEW YORK NY 10024 |
| 001472<br>JANE L. OGUSS<br>TAMARAC FL 33319 | 005285<br>JANE SHRAGE<br>NORTH HILLS CALIFORNIA 91343 |

**Exhibit Pages**
Redacted Version

| | |
|---|---|
| 002188<br>JANET JAFFE<br>EDINA MN 55436 | 002189<br>JANET JAFFE<br>PALO ALTO CA 94306 |
| 002184<br>JANET JAFFE TRUST UA DATED 4/20/90<br>EDINA MN 55436 | 002185<br>JANET JAFFE TRUST UA DATED 4/20/90<br>PALO ALTO CA 94306 |
| 000485<br>JANET MEERBOTT<br>TINTON FALLS NJ 07753 | 001761<br>JANET WINTERS<br>BELLAIRE TX 77401 |
| 001772<br>JANET WINTERS<br>BELLAIRE TX 77401 | 002346<br>JANICE B. GRUBIN<br>TODTMAN NACHAMIE SPIZZ & JOHNS, P.C.<br>425 PARK AVENUE<br>NEW YORK NY 10022 |
| 002352<br>JANICE B. GRUBIN, ESQ.<br>TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.<br>425 PARK AVENUE<br>NEW YORK NY 10022 | 006860<br>JANICE DANZI SENNELLO<br>PALM BEACH GARDENS FL 33410 |
| 005413<br>JANICE G. COPPERSMITH<br>MARBLEHEAD MA 01945 | 000544<br>JANICE M. CALESA<br>SAN DIEGO CA 92130 |
| 000541<br>JANICE M. CALESA 1984 TRUST<br>SAN DIEGO CA 92130 | 004872<br>JANICE P. ZIMELIS,<br>INDIVIDUALLY AND AS TRUSTEE<br>CHICAGO IL 60657 |
| 004863<br>JANICE TRUST<br>CHICAGO IL 60657 | 002173<br>JANIS BERMAN<br>LAGUNA BEACH CA 92651 |
| 005961<br>JANIS PASKIN<br>LONDON   W9 1AH<br>ENGLAND | 004329<br>JANN JONES<br>GLENBURN MAINE 04401 |
| 005089<br>JARED LAZARUS<br>CORAL SPRINGS FL 33067 | 000601<br>JASON MYERS<br>LIVINGSTON NJ 07039 |
| 007819<br>JAVIER ORDAZ<br>AS PERSONAL REPRESENTATIVE<br>OF THE ESTATE OF BEA LAUB<br>LOS ANGELES CALIFORNIA 90067 | 001122<br>JAY GAINES<br>SEARINGTOWN NY 11507 |
| 001124<br>JAY GAINES & CO. INC.<br>NEW YORK NY 10022 | 004675<br>JAY L. SILVERBERG<br>SILLS CUMMIS & GROSS PC<br>ONE ROCKEFELLER PLAZA<br>NEW YORK NY  10020 |
| 002046<br>JAY MICHAEL, INDIVIDUALLY<br>PARLIN NEW JERSEY 08859 | 003785<br>JAY OFSINK<br>NEW YORK NY 10017 |
| 005400<br>JAY P. FRIEHLING<br>MISSION VIEJO CA 92692 | 002097<br>JAY POSTER<br>NEW YORK NY 10003 |
| 004667<br>JAY ROSENFIELD<br>PALM BEACH GARDENS FL 33418 | 006965<br>JAY SHAPIRO, ESQ. AND ROBERT GOTTLIEB, ESQ.,<br>KATTEN MUCHIN ROSENMAN LLP<br>575 MADISON AVENUE<br>NEW YORK NY 10022 |
| 000741<br>JAY WEINER REVOCABLE TRUST<br>IN ITS CAPACITY AS A LIMITED PARTNER OF<br>WEINER INVESTMENTS, L.P.<br>LONG BOAT KEY FL 34228 | 000743<br>JAY WEINER<br>IN HIS CAPACITY AS TRUSTEE OF<br>THE JOSHUA S. WEINER IRREVOCABLE TRUST<br>NUMBER TWO FOR S CORPORATION STOCK<br>THE JAMES H. WEINER IRREVOCABLE TRUST<br>NUMBER TWO FOR S CORPORATION STOCK,<br>AND THE JAY WEINER REVOCABLE TRUST<br>LONG BOAT KEY  FL 34228 |
| 006652<br>JB CAPITAL MARKETS SOCIEDAD DE VALORES, S.A. (F/K/A M&B CAPITAL<br>MARKETS SOCIEDAD DE VALORES, S.A.)<br>SPAIN | 006857<br>JD PARTNERS LLC<br>HAUPPAUGE NY 11788 |

Exhibit Pages
Redacted Version

---

| | |
|---|---|
| 003001<br>JDK CORPORATION<br>DETROIT MI 48226 | 003002<br>JDK CORPORATION<br>BLOOMFIELD HILLS MICHIGAN 48301 |
| 004323<br>JEAN A. KAHN<br>NEW YORK NY 10128 | 005531<br>JEAN CAROLINE<br>BRITISH VIRGIN ISLANDS |
| 004330<br>JEAN KAHN<br>NEW YORK NY 10128 | 003304<br>JEAN WEIGERT<br>NEW BRITAIN CT 06052 |
| 003305<br>JEAN WEIGERT<br>SIMSBURY CONNECTICUT 06070 | 004622<br>JEANE UNGERLEIDER SPRINGER AS TRUSTEE<br>OF YESOD FUND, AS TRUSTEE OF 1/31/88 NOAH TRUST,<br>AS TRUSTEE OF 12/18/89 NOAH TRUST,<br>AND AS AN INDIVIDUAL<br>CHESTNUT HILL MA 02467 |
| 004621<br>JEANE UNGERLEIDER SPRINGER AS TRUSTEE<br>OF YESOD FUND, AS TRUSTEE OF 1/31/88 NOAH TRUST,<br>AS TRUSTEE OF 12/18/89 NOAH TRUST,<br>AND AS AN INDIVIDUAL<br>NEW YORK NY 10017 | 003759<br>JEANETTE METZGER<br>WESTON MA 02493 |
| 003760<br>JEANETTE METZGER<br>CHESTNUT HILL MA 02467 | 004755<br>JEANETTE METZGER LIVING TRUST DATED AUGUST 4 1994<br>WESTON MA 02493 |
| 004756<br>JEANETTE METZGER LIVING TRUST<br>DATED AUGUST 4 1994<br>CHESTNUT HILL MA 02467 | 004757<br>JEANETTE METZGER LIVING TRUST<br>DATED AUGUST 4 1994<br>CHESTNUT HILL MA 02467 |
| 004758<br>JEANETTE METZGER<br>AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>CHESTNUT HILL MA 02467 | 004759<br>JEANETTE METZGER<br>AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>WESTON MA 02493 |
| 000239<br>JEANETTE PEREZ<br>EAST BRUNSWICK NEW JERSEY  08816 | 007212<br>JEANNE SANKIN<br>DELRAY BEACH FL 33445 |
| 007216<br>JEANNE SANKIN MARITAL TRUST<br>ROCKVILLE MD 20853 | 000546<br>JEFF E. CALESA<br>CANYON LAKE CA 92587 |
| 000543<br>JEFF E. CALESA TRUST 1989<br>CANYON LAKE  CA 92587 | 005611<br>JEFFREY A. MAY<br>BETHESDA MD 20817 |
| 005496<br>JEFFREY A. MITCHELL, ESQ.<br>GIBBONS P.C.<br>ONE PENNSYLVANIA PLAZA, 37TH FLOOR<br>NEW YORK NY 10119-3701 | 004372<br>JEFFREY BERGER<br>141 VALLEY FORGE PLACE<br>ORANGEBURG NY 10962 |
| 007051<br>JEFFREY BERMAN<br>CAMBRIDGE MA 02142 | 007062<br>JEFFREY BERMAN FOUNDATION<br>CAMBRIDGE MA 02142 |
| 004012<br>JEFFREY BRIAN ABBIT<br>IRVINE CA 92620 | 000620<br>JEFFREY DAVID HEINE<br>NEW YORK NY 10282 |
| 001511<br>JEFFREY HINTE<br>NEW YORK NY 10003 | 005369<br>JEFFREY KATZENBERG<br>LOS ANGELES CA 90064 |
| 005372<br>JEFFREY KATZENBERG<br>LOS ANGELES CA 90064 | 003574<br>JEFFREY KOMMIT<br>NEWTON MA 02459 |
| 003575<br>JEFFREY KOMMIT<br>SPRING LAKE MICHIGAN 49456 | 000733<br>JEFFREY L. BERNFELD<br>BERNFELD, DEMATTEO & BERNFELD, LLP<br>600 THIRD AVENUE, 15TH FLOOR<br>NEW YORK NY 10016 |
| 004699<br>JEFFREY M. BROWN, ESQ.<br>BROWN & KNIGHT, LLC<br>180 WELLS AVENUE<br>SUITE 106<br>NEWTON MA 02459 | 004711<br>JEFFREY M. BROWN, ESQ.<br>BROWN & KNIGHT, LLC<br>180 WELLS AVENUE, SUITE 106<br>NEWTON MA 02459 |

Date : 3/17/2011                              Exhibit Pages                              Page # : 61
                                          Redacted Version

---

004703
JEFFREY M. BROWN, ESQ.,
BROWN & KNIGHT, LLC
180 WELLS AVENUE, SUITE 106
NEWTON MA 02459

004707
JEFFREY M. BROWN, ESQ.,
BROWN & KNIGHT, LLC
180 WELLS AVENUE, SUITE 106
NEWTON MA 02459

---

007096
JEFFREY M. EPSTEIN
NEW YORK NEW YORK 10028

003825
JEFFREY PECH
WOODBURY NY 11797

---

003653
JEFFREY PLOTKIN, ESQ.
DAY PITNEY LLP
ONE CANTERBURY GREEN
201 BROAD STREET
STAMFORD CT 06901

001884
JEFFREY R. SONN, ESQ.
500 EAST BROWARD BLVD. #1600
FT. LAUDERDALE FL 33394

---

003018
JEFFREY R. WERNER
LOS ANGELES CA 90066

003019
JEFFREY R. WERNER
LAKEWOOD CA 90712

---

003014
JEFFREY R. WERNER 11/1/98 TRUST
PALM BEACH FL 33480

003290
JEFFREY S. BLAU
NEW BRITAIN CT 06052

---

003291
JEFFREY S. BLAU
WEST HARTFORD CONNECTICUT 06117

004969
JEFFREY SCHAFFER
FREEHOLD NEW JERSEY 07728

---

000245
JEFFREY SHANKMAN
NEW YORK NEW YORK 10022

005240
JEFFREY SISKIND
GREAT NECK NY 11024

---

005241
JEFFREY SISKIND
ROSLYN NY 11576

007059
JEFFREY STAVIN
NEW YORK NY 10019

---

001116
JEFFREY T. SCOTT, ESQ.,
SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK NY 10004

001114
JEFFREY T. SCOTT, ESQ.,  SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK NY 10004

---

001110
JEFFREY T. SCOTT, ESQ.,
 SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK NY 10004

001099
JEFFREY T. SCOTT, ESQ.,
SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK NY 10004

---

001405
JEFFREY TURK
WAKE FOREST NC 27587

001157
JELRIS & ASSOCIATES, L.P.
SAN RAFAEL CA 94903

---

001158
JELRIS & ASSOCIATES, L.P.
SAN RAFAEL CA 94903

002523
JENNIFER B. KUNIN
OAK BROOK IL 60523

---

002524
JENNIFER B. KUNIN
MINNEAPOLIS MN 55410

004354
JENNIFER KELMAN, AS TRUSTEE AND AS AN INDIVIDUAL
BOCA RATON FL 33432

---

004743
JENNIFER L. YOUNG, ESQ.
MILBERG LLP
ONE PENNSYLVANIA PLAZA
48TH FLOOR
NEW YORK NY 10119

001073
JENNIFER LEEDS
MENLO PARK CALIFORNIA 94025

---

001838
JENNIFER PRIESTLEY
ENGLAND

001112
JENNIFER SPRING MCPHERSON
HOLLYWOOD FLORIDA 33021

---

002116
JENNY W. SCHLESINGER, INDIVIDUALLY
SCARSDALE NEW YORK 10583

001135
JERALD OSTRIN
SAN FRANCISCO CA 94123

---

007884
JERALD OSTRIN
SAN FRANCISCO CALIFORNIA 94123

004645
JEREMY L. RADOSH
HERNDON VIRGINIA 20170

---

007646
JEROME A. KAPLAN
BETHESDA MARYLAND 20817

007647
JEROME A. KAPLAN
JUPITER FLORIDA 33477-4206

Exhibit Pages
Redacted Version

| | |
|---|---|
| 004058<br>JEROME A. KAPLAN<br>BETHESDA MD 20817 | 004059<br>JEROME A. KAPLAN<br>WEST PALM BEACH FL 33410 |
| 000349<br>JEROME GOODMAN<br>GREAT NECK NY 11021 | 001532<br>JEROME LEBOWITZ, ESQ.<br>60 WILDWOOD ROAD<br>NEW ROCHELLE NY 10804 |
| 000880<br>JEROME M. ZIMMERMAN<br>PALM BEACH FL 33480 | 000230<br>JEROME O'HARA<br>MALVERNE NY 11565 |
| 001879<br>JERROLD A. SALMANSON, IN HIS CAPACITY<br>AS TRUSTEE OF THE CHARLES SALMANSON TRUST 1981,<br>IN HIS CAPACITY AS EXECUTOR OF THE ESTATE OF<br>CHARLES SALMANSON AND INDIVIDUALLY<br>PROVIDENCE RHODE ISLAND 02903 | 001880<br>JERROLD A. SALMANSON, IN HIS CAPACITY<br>AS TRUSTEE OF THE CHARLES SALMANSON TRUST 1981,<br>IN HIS CAPACITY AS EXECUTOR OF THE ESTATE OF<br>CHARLES SALMANSON AND INDIVIDUALLY<br>PROVIDENCE RHODE ISLAND 02903 |
| 003850<br>JERRY GUBERMAN TRUST<br>DELTONA FL 32725 | 003810<br>JERRY NEEDLEMAN<br>LYNBROOK NEW YORK 11563 |
| 003801<br>JERRY RUBINSTEIN<br>JUPITER FL 33478 | 004765<br>JERRY YANOWITZ<br>MORAGA CA 94556 |
| 006348<br>JESSELSON FOUNDATION<br>NEW YORK NY 10022 | 003445<br>JESSICA DECKER<br>NEW YORK NY 10023 |
| 003447<br>JESSICA DECKER<br>LOCUST VALLEY NEW YORK 11560 | 003843<br>JESSICA GOLDBERG I<br>SANTA YNEZ CA 93460 |
| 000661<br>JESSICA LEE LOWREY<br>NEW YORK NY 10021 | 003319<br>JESSICA LONDA<br>THETFORD VT 05074 |
| 002171<br>JESSIE LYNN BERMAN<br>LAS VEGAS NV 89109 | 002165<br>JESSIE LYNN BERMAN IRREVOCABLE TRUST<br>LAS VEGAS NV 89109 |
| 000707<br>JILL FISCHER<br>SCARSDALE NY 10583 | 005946<br>JILL SUDMAN<br>NORWOOD MA 02062 |
| 003039<br>JILLIAN WERNICK LIVINGSTON<br>SNOWMASS CO 81654 | 005368<br>JK ANNUITY TRUST<br>LOS ANGELES CA 90064 |
| 000109<br>JO ANN CRUPI<br>WESTFIELD NJ 07090 | 002024<br>JOAN L. APISA<br>TOTOWA NJ 07036 |
| 001186<br>JOAN L. FISHER<br>NEW YORK NY 10022 | 001214<br>JOAN L. FISHER<br>NEW YORK NY 10022 |
| 001188<br>JOAN L. FISHER PARTNERS<br>OLD WESTBURY NEW YORK 11568 | 001189<br>JOAN L. FISHER PARTNERS<br>NEW YORK NEW YORK 10022 |
| 007030<br>JOAN L. KORN<br>PALM BEACH GARDENS FL 33410 | 002043<br>JOAN M. SAROFF, IN HER CAPACITY AS EXECUTRIX<br>OF THE ESTATE OF RUTH M. SILVER AND INDIVIDUALLY<br>PITTSBURGH PA 15217 |
| 000340<br>JOAN M. SCHULTZ<br>NAPLES FL 34110-6410 | 000342<br>JOAN M. SCHULTZ TRUST<br>NAPLES FL 34110-6410 |
| 005359<br>JOAN ROMAN<br>BOCA RATON FL 33496 | 003657<br>JOAN WACHTLER<br>MANHASSET NY 11030 |
| 003951<br>JOANNE FRIED<br>ROSLYN NY 11576 | 003637<br>JOANNE V. LEVY<br>WELLESLEY MA 02481 |
| 003639<br>JOANNE V. LEVY<br>BROOKLINE MA 02445 | 003615<br>JOANNE V. LEVY 1996 TRUST<br>U/D/T MARCH 26, 1996<br>WELLESLEY MA 02481 |

| | |
|---|---|
| 002824<br>JODI M. KOHL<br>FORT LEE NEW JERSEY 07024 | 001885<br>JODI MARINOS<br>BOCA RATON FL 33498 |
| 004663<br>JOEL A. LEVIN, ESQ.<br>BRYAN CAVE LLP<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104 | 003523<br>JOEL BLUM<br>N MIAMI BEACH FL 33160 |
| 003524<br>JOEL BLUM<br>RICHMOND VIRGINIA 23221 | 003527<br>JOEL BLUM FAMILY TRUST<br>N MIAMI BEACH FL 33160 |
| 003528<br>JOEL BLUM NON-EXEMPT FAMILY TRUST<br>N MIAMI BEACH FL 33160 | 000444<br>JOEL BUSEL<br>BOCA RATON FL 33482 |
| 000446<br>JOEL BUSEL REVOCABLE TRUST<br>BOCA RATON FL 33482 | 003127<br>JOEL COHEN, ESQ.<br>STROOCK & STROOCK & LAVAN LLP<br>180 MAIDEN LANE<br>NEW YORK NY 10038 |
| 000862<br>JOEL I. BANKER<br>MAMARONECK NY 10543 | 005958<br>JOEL I. GORDON<br>BOCA RATON FL 33496 |
| 005957<br>JOEL I. GORDON REVOCABLE TRUST U/A/D 5/11/94<br>BOCA RATON FL 33496 | 005953<br>JOEL J. BELLOWS<br>BELLOW & BELLOWS<br>THE ROOKERY BUILDING<br>209 SOUTH LASALLE STREET, SUITE 800<br>CHICAGO IL 60604 |
| 005066<br>JOEL L. HERZ<br>LAW OFFICES OF JOEL L. HERZ<br>3573 E. SUNRISE DRIVE, SUITE 215<br>TUCSON AZ 85718 | 007886<br>JOEL M. TAYLOR, CEO<br>NEW YORK NY 10010 |
| 004875<br>JOEL PORTNOY<br>NEW YORK NY 10023 | 004764<br>JOEL YANOWITZ, AS GENERAL PARTNER<br>OF MACHER FAMILY PARTNERSHIP<br>AND AS AN INDIVIDUAL<br>MILL VALLEY CA 94941 |
| 001143<br>JOELLEN BUCKMASTER<br>LANSING IOWA 52151 | 007676<br>JOHN A. BASINGER, ESQ.<br>BAKER & MCKENZIE LLP<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NEW YORK 10036 |
| 006858<br>JOHN A. DANZI<br>ST. JAMES NY 11780 | 002366<br>JOHN B. BEASLEY<br>NEW YORK NY 10020 |
| 003741<br>JOHN BOWERS<br>SANDS POINT NY 11050 | 002600<br>JOHN CHAPMAN STOLLER<br>OAK BROOK IL 60523 |
| 002601<br>JOHN CHAPMAN STOLLER<br>NR SALISBURY WILTSHIRE SP3 5RZ<br>ENGLAND | 002604<br>JOHN CHAPMAN STOLLER REVOCABLE TRUST DTD 10/5/1988<br>OAK BROOK IL 60523 |
| 002605<br>JOHN CHAPMAN STOLLER REVOCABLE TRUST DTD 10/5/1988<br>NR SALISBURY WILTSHIRE SP3 5RZ<br>ENGLAND | 000696<br>JOHN D. O'NEILL<br>NORTH PALM BEACH FL 33408 |
| 005628<br>JOHN DENVER CONCERTS, INC.<br>PENSION PLAN TRUST<br>WESTPORT CT 06880 | 006460<br>JOHN DOE<br>CLEARLY GOTTLIEB STEIN & HAMILTON LLP<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 |
| 005962<br>JOHN DOE 1<br>NEW YORK NY 10028 | 005963<br>JOHN DOE 1<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>ONE BRYANT PARK<br>NEW YORK NEW YORK 10036 |
| 005964<br>JOHN DOE 2<br>NEW YORK NY 10028 | 005966<br>JOHN DOE 3<br>NEW YORK NY 10028 |

Date : 3/17/2011                              Exhibit Pages                              Page # : 64
                                            Redacted Version

| | |
|---|---|
| 005968<br>JOHN DOE 4<br>NEW YORK NY 10028 | 003085<br>JOHN DOE, TRUSTEE<br>CHICAGO IL 60604 |
| 003699<br>JOHN DOE, TRUSTEE<br>MINNETONKA MN 55305 | 006076<br>JOHN E. LAWLOR, ESQ.<br>129 THIRD STREET<br>MINEOLA NY 11501 |
| 003807<br>JOHN F. KENNY<br>LYNBROOK NEW YORK 11563 | 000767<br>JOHN FRANS KISSINGER<br>DENVER CO 80211 |
| 000254<br>JOHN FUJIWARA<br>LAS VEGAS NV 89122 | 007080<br>JOHN GREENBERGER MACCABEE AND<br>SHERRY MORSE MACCABEE LIVING TRUST<br>SAN FRANCISCO CA 94118 |
| 007081<br>JOHN GREENBERGER MACCABEE AND<br>SHERRY MORSE MACCABEE LIVING TRUST<br>SAN FRANCISCO CA 94118 | 007083<br>JOHN GREENBERGER MACCABEE AND<br>SHERRY MORSE MACCABEE LIVING TRUST<br>SAN FRANCISCO CA 94118 |
| 007084<br>JOHN GREENBERGER MACCABEE AND SHERRY MORSE MACCABEE LIVING TRUST<br>SAN FRANCISCO CA 94118 | 007085<br>JOHN GREENBERGER MACCABEE AND SHERRY MORSE MACCABEE LIVING TRUST<br>SAN FRANCISCO CA 94118 |
| 007086<br>JOHN GREENBERGER MACCABEE AND SHERRY MORSE MACCABEE LIVING TRUST<br>SAN FRANCISCO CA 94118 | 001718<br>JOHN J. D. MCFERRIN CLANCY, LOWENSTEIN SANDLER PC<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 |
| 004784<br>JOHN J. KONE<br>VERO BEACH FL 32960 | 004081<br>JOHN J. MASSARO AS TRUSTEE<br>BUFFALO NY 14226 |
| 003511<br>JOHN J. RUSSELL<br>NORTH BARRINGTON IL 60010 | 002437<br>JOHN J. SCHOFIELD, CPA, HARITON, MANCUSO & JONES PC<br>11140 ROCKBILLE PIKE #340<br>N. BETHESDA MD 20852 |
| 007076<br>JOHN MACCABEE<br>SAN FRANCISCO CA 94118 | 002687<br>JOHN NESSEL<br>LEXINGTON MASSACHUSETTS 02421 |
| 002696<br>JOHN NESSEL<br>LEXINGTON MA 02421 | 003258<br>JOHN OLESKE, ESQ.<br>HERRICK, FEINSTEIN LLP<br>2 PARK AVENUE<br>NEW YORK NY 10016 |
| 003853<br>JOHN OLESKE, ESQ.<br>HERRICK, FEINSTEIN LLP<br>2 PARK AVENUE<br>NEW YORK NY 10016 | 000886<br>JOHN OLESKE, ESQ., HERRICK,<br>FEINSTEIN LLP<br>2 PARK AVENUE<br>NEW YORK NY 10016 |
| 000882<br>JOHN POMERANTZ<br>HARRISON NY 10528 | 000704<br>JOHN REISMAN<br>NAPLES FL 34102 |
| 004095<br>JOHN S. O'HARE AS TRUSTEE<br>S. CLARENCE NY 14031 | 005552<br>JOHN SCHOFIELD, IN HIS CAPACITY AS<br>PERSONAL REPRESENTATIVE OF THE<br>ESTATE OF HERMEN GREENBERG<br>BETHESDA MD 20852 |
| 003448<br>JOHN TZANNES<br>NEW YORK NY 10023 | 003450<br>JOHN TZANNES<br>NEW YORK NEW YORK 10028 |
| 003944<br>JOHN VEDDER CROUL<br>CORONA DEL MAR CA 92625 | 007668<br>JOHN WINSTON<br>NEW YORK NY 10036 |
| 001538<br>JONATHAN  ETRA<br>BROAD AND CASSEL<br>2 SOUTH BISCAYNE BLVD.<br>21ST FLOOR<br>MIAMI FL 33131 | 002273<br>JONATHAN CASH<br>REDMOND WA 98052 |
| 001728<br>JONATHAN D. ROTH<br>FOREST HILLS NY 11375 | 007889<br>JONATHAN H. SIMON<br>NEW YORK NY 10010 |

007890
JONATHAN H. SIMON
NEW YORK NY 10028

004796
JONATHAN K. ARNOLD
BRISBANE CA 94005

000583
JONATHAN M. AUFZIEN
NEW YORK NY 10023

003261
JONATHAN M. LANDERS
JENNIFER L. YOUNG
MILBERG LLP
ONE PENNSYLVANIA PLAZA, 48TH FLOOR
NEW YORK NY 10119

003468
JONATHAN M. LANDERS
MILBERG LLP
ONE PENNSYLVANIA PLAZA, 48TH FLOOR
NEW YORK NY 10119

003471
JONATHAN M. LANDERS
MILBERG LLP
ONE PENNSYLVANIA PLAZA, 48TH FLOOR
NEW YORK NY 10119

002307
JONATHAN M. LANDERS,
MILBERG LLP
ONE PENNSYLVANIA PLAZA, 48TH FLOOR
NEW YORK NY 10119

000346
JONATHAN M. LANDERS, ESQ.
MILBERG LLP
ONE PENNSYLVANIA PLAZA, 48TH FLOOR
NEW YORK NY 10119

003849
JONATHAN M. LANDERS, ESQ.
MILBERG LLP
ONE PENNSYLVANIA PLAZA
48TH FLOOR
NEW YORK NY 10119

000911
JONATHAN M. LANDERS, ESQ.,
MILBERG LLP
ONE PENNSYLVANIA PLAZA,
48TH FLOOR
NEW YORK NY 10119

004935
JONATHAN M. LANDERS, ESQ.,
MILBERG LLP
ONE PENNSYLVANIA PLAZA, 48TH FLOOR
NEW YORK NY 10119

004748
JONATHAN M. LANDERS, ESQ.,  MILBERG LLP
ONE PENNSYLVANIA PLAZA, 48TH FLOOR
NEW YORK NY 10119

005490
JONATHAN M. LANDERS, ESQ.,
MILBERG LLP
ONE PENNSYLVANIA PLAZA, 48TH FLOOR
NEW YORK NY 10119

002985
JONATHAN M. LANDERS, ESQ.,
MILBERG LLP
ONE PENNSYLVANIA PLAZA, 48TH FLOOR
NEW YORK NY 10119

002192
JONATHAN M. LANDERS, KRISTI STAHNKE MCGREGOR AND
LORI FELDMAN, MILBERG LLP
ONE PENNSYLVANIA PLAZA, 48TH FLOOR
NEW YORK NY 10119

002333
JONATHAN M. LANDERS, MATTHEW A. KUPILLAS,
MILBERG LLP
ONE PENNSYLVANIA PLAZA, 48TH FLOOR
NEW YORK NY 10119

006029
JONATHAN P. ROSENSWEIG
CHICAGO ILLINOIS 60645

002755
JONATHAN R. COHEN
GAINESVILLE FLORIDA 32606

006677
JONATHAN SABLONE, NIXON PEABODY
437 MADISON AVENUE
NEW YORK NY 10022

005355
JONATHAN SCHWARTZ
AVON CO 81620

002987
JONATHAN SOBIN
MANCHESTER NH 03102

001778
JONATHAN W. WOLFE, ESQ., & BARBARA A. SCHWEIGER, ESQ.,  SKOLOFF
& WOLFE, P.C.
140 BROADWAY CENTER
NEW YORK NY 10005

001780
JONATHAN W. WOLFE, ESQ., &
BARBARA A. SCHWEIGER, ESQ.,  SKOLOFF & WOLFE, P.C.
140 BROADWAY CENTER
NEW YORK NY 10005

007056
JORDAN FINNEGAN
LOS ANGELES CALIFORNIA 90046

003718
JORDAN H. KART
DELRAY BEACH FL 33446

003717
JORDAN H. KART REVOCABLE TRUST
DELRAY BEACH FL 33446

003874
JORDAN S. GOLDMAN
ROSLYN NEW YORK  11576

006416
JOSEF DUREGGER
AUSTRIA

006417
JOSEF DUREGGER
AUSTRIA

003674
JOSEF MITTLEMANN
PROVIDENCE RI 02906

007825
JOSEPH AMATURO
FT. LAUDERDALE FLORIDA 33306

001596
JOSEPH AVELLINO
LONG VALLEY NJ 07853

Date : 3/17/2011                                    Exhibit Pages                                    Page # : 66
Redacted Version

| | |
|---|---|
| 000636<br>JOSEPH B. HARTMEYER<br>EASTON MD 21601 | 004912<br>JOSEPH BERGMAN<br>BOYNTON BEACH FL 33437 |
| 004911<br>JOSEPH BERGMAN REVOCABLE TRUST<br>BOYNTON BEACH FL 33437 | 001758<br>JOSEPH C. ELLERIN<br>LOUISVILLE CO 80027 |
| 001759<br>JOSEPH C. ELLERIN<br>LOUISVILLE CO 80027 | 000769<br>JOSEPH E. PLASTARAS<br>DAPHNE ALABAMA 36526 |
| 003553<br>JOSEPH FEFFER<br>NEW YORK NY 10005 | 003554<br>JOSEPH FEFFER<br>LEHIGHTON PENNSYLVANIA 18325-2820 |
| 001919<br>JOSEPH KATZ<br>OAKLAND GARDENS NY 11364 | 006720<br>JOSEPH L. KOCIUBES<br>BINGHAM MCCUTCHEN LLP<br>ONE FEDERAL STREET<br>BOSTON MASSACHUSETTS  02110-1726 |
| 003773<br>JOSEPH M. PARESKY<br>BOSTON MA 02116 | 003771<br>JOSEPH M. PARESKY TRUST<br>BOSTON MA 02116 |
| 006691<br>JOSEPH P. MOODHE, DEBEVOISE & PLIMPTON LLP<br>919 THIRD AVENUE<br>NEW YORK NY 10022 | 005336<br>JOSEPH PERSKY FOUNDATION<br>WORCESTER MA 01609 |
| 004496<br>JOSEPH S. EASTERN 2004 IRREVOCABLE TRUST<br>NORTH COLDWELL JEW JERSEY 07006 | 004497<br>JOSEPH S. EASTERN AS TRUSTEE AND AS AN INDIVIDUAL<br>NORTH COLDWELL JEW JERSEY 07006 |
| 004731<br>JOSEPH S. POPKIN REVOCABLE TRUST<br>ELLERSLIE GA 31807 | 004377<br>JOSEPH T. KELLEY<br>NAPLES FLORIDA 34103 |
| 007632<br>JOSH FOWKES<br>ARENT FOX<br>1050 CONNECTICUT AVENUE, NW<br>WASHINGTON DC 20036 | 001126<br>JOSHUA A. BERMAN, ESQ.<br>MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP<br>190 WILLIS AVENUE<br>MINEOLA NEW YORK 11501 |
| 007650<br>JOSHUA FOWKES, ESQ.<br>ARENT FOX LLP<br>1050 CONNECTICUT AVENUE, NW #400<br> WASHINGTON D.C. 20036-5369 | 007702<br>JOSHUA FOWKES, ESQ.<br>ARENT FOX<br>1050 CONNECTICUT AVENUE, NW<br> WASHINGTON D.C. 20036-5339 |
| 006022<br>JOSHUA KELLER, ESQ.<br>MILBERG LLP<br>ONE PENNSYLVANIA PLAZA, 48TH FLOOR<br>NEW YORK NY 10119 | 003873<br>JOSHUA L. GOLDMAN<br>NEW YORK NEW YORK  10021 |
| 000739<br>JOSHUA S. WEINER IRREVOCABLE TRUST<br>NUMBER TWO FOR S CORPORATION STOCK<br>IN ITS CAPACITY AS A LIMITED PARTNER OF<br>WEINER INVESTMENTS, L.P.<br>LONG BOAT KEY  FL 34228 | 003269<br>JOY S. GOLDSTEIN<br>RYE BROOK NY 10573 |
| 003270<br>JOY S. GOLDSTEIN<br>RYE BROOK NEW YORK 10573 | 003930<br>JOYCE AUERBACH<br>NEW YORK NY 10128 |
| 005439<br>JOYCE CERTILMAN<br>HEWLETT BAY PARK NY 11557 | 005440<br>JOYCE CERTILMAN<br>EAST MEADOW NY 11554 |
| 004376<br>JOYCE F. KLEIN AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>LOS ANGELES CA 90024 | 004375<br>JOYCE F. KLEIN REVOCABLE TRUST<br>LOS ANGELES CA 90024 |
| 002140<br>JOYCE G. KAIMOWITZ<br>EFFORT PA 18330 | 002138<br>JOYCE G. KAIMOWITZ,AS  PERSONAL REPRESENTATIVE OF THE ESTATE OF<br>DAVID J. KAIMOWITZ<br>EFFORT PA 18330 |
| 002856<br>JOYCE G. MOSCOE<br>KEY BISCAYNE FL 33149 | 002857<br>JOYCE G. MOSCOE<br>MINNETONKA MINNESOTA 55305 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 002862<br>JOYCE G. MOSCOE REVOCABLE TRUST AGREEMENT<br>KEY BISCAYNE FL 33149 | 002863<br>JOYCE G. MOSCOE REVOCABLE TRUST AGREEMENT<br>MINNETONKA MINNESOTA 55305 |
| 002864<br>JOYCE G. MOSCOE REVOCABLE TRUST AGREEMENT<br>MINNETONKA MINNESOTA 55435 | 001853<br>JPT REINSURANCE CO., LTD.<br>PORTFOLIO TRUST U/A/D 6/16/03<br>ISLIP NY 11751 |
| 000697<br>JRAG LLC<br>NEW YORK NY 10019 | 004319<br>JUDD BURSTEIN<br>1780 BROADWAY<br>NEW YORK NEW YORK 10019 |
| 002125<br>JUDD ROBBINS<br>ASHLAND OR 97520 | 001381<br>JUDIE LIFTON<br>NEW YORK NY  10022 |
| 001375<br>JUDIE LIFTON 1996 REVOCABLE TRUST<br>NEW YORK NY 10022 | 001376<br>JUDIE LIFTON 1996 REVOCABLE TRUST<br>DEL RAY BEACH FL 33484 |
| 001377<br>JUDIE LIFTON 1996 REVOCABLE TRUST<br>BOCA RATON FL 33487 | 001378<br>JUDIE LIFTON 1996 REVOCABLE TRUST<br>PALM BEACH FL 33480-5625 |
| 003112<br>JUDITH BELLINI<br>TEANECK NJ 07666-2841 | 000111<br>JUDITH BOWEN<br>WESTFIELD NJ 07090 |
| 002588<br>JUDITH BREZNIAK<br>NEWTON MASSACHUSETTS 02467 | 003230<br>JUDITH GATTEGNO<br>TENAFLY NEW JERSEY 07670 |
| 000676<br>JUDITH HABER<br>NEW YORK NY 10021-6014 | 000607<br>JUDITH KASE<br>NEW YORK NEW YORK 10128 |
| 001056<br>JUDITH KATZ<br>ROSLYN NY 11576 | 001717<br>JUDITH KOSTIN<br>NEW YORK NY 10021 |
| 000591<br>JUDITH LEVY<br>PALM BEACH FL 33480 | 002344<br>JUDITH PENCER<br>TORONTO ONTARIO M5R 3T8<br>CANADA |
| 001802<br>JUDITH PISETZNER<br>GLENCOE ILLINOIS 60022 | 004839<br>JUDITH R. ROME<br>LONGMEADOW MA 01106 |
| 005810<br>JUDITH RECHLER<br>LOCUST VALLEY NY  11560 | 002787<br>JUDITH S. GOLDENBERG<br>SANIBEL ISLAND FL 33957 |
| 002789<br>JUDITH S. GOLDENBERG<br>FT LEE NJ 07024 | 007731<br>JUDITH SACHS<br>PHILADELPHIA PA 19147 |
| 002202<br>JUDITH WHITMAN<br>SARASOTA FL 34243 | 002200<br>JUDITH WHITMAN REVOCABLE LIVING<br>TRUST U/A/D 8/5/86<br>SARASOTA FL 34243 |
| 000522<br>JUDY BOSLOW<br>BRIDGEPORT CT 06605 | 001102<br>JUDY L. KAUFMAN<br>NEW YORK NY 10021 |
| 005166<br>JULIA MISHKIN,<br>AS TRUSTOR AND AS AN INDIVIDUAL<br>NEW YORK NEW YORK 10019 | 000825<br>JULIANA OLIVEIRA<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NEW YORK 10036 |
| 000425<br>JULIANA OLIVEIRA<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | 000432<br>JULIANA OLIVEIRA, ESQ.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| 003599<br>JULIE B. SHAPIRO<br>WESTON MA 02493 | 002168<br>JULIE BERMAN<br>LAS VEGAS NV 89109 |

Date : 3/17/2011

| | |
|---|---|
| 002161<br>JULIE BERMAN IRREVOCABLE TRUST<br>LAS VEGAS NV 89109 | 004143<br>JULIE ELINS BANKS<br>LOS ANGELES CA 90049 |
| 002642<br>JULIE FOX<br>PRINCETON NEW JERSEY 08540 | 002643<br>JULIE FOX<br>LIVINGSTON NJ 07039 |
| 003294<br>JULIE S. GERSHON<br>NEW BRITAIN CT 06052 | 003295<br>JULIE S. GERSHON<br>ENFIELD CONNECTICUT 06082 |
| 006030<br>JULIE SCHWARTZ<br>ALPHARETTA GEORGIA 30022 | 003989<br>JUNE BONYOR<br>AVENTURA FL 33180 |
| 003992<br>JUNE BONYOR REVOCABLE TRUST<br>RESTATED UA DTD 5/22/00<br>AVENTURA FL 33180 | 003994<br>JUNE BONYOR REVOCABLE TRUST RESTATED UA DTD 5/22/00<br>FORT COLLINS CO 80528 |
| 002936<br>JUNE L. COOK-LAPIDUS<br>MEDINA MN 55340 | 003677<br>JUST EMPIRE LLC<br>PROVIDENCE RI 02906 |
| 003678<br>JUST EMPIRE LLC<br>GARDEN CITY NEW YORK 11530 | 007057<br>JUSTIN FINNEGAN<br>LA GRANGE PARK ILLINOIS 60526 |
| 000920<br>JUSTIN WEITZ<br>HALESITE NEW YORK 11743 | 007794<br>K.M.<br>OLD GREENWICH CT 06870 |
| 001064<br>KALEIDOSCOPE FOUNDATION INC.<br>BELLEVUE WA 98004 | 001917<br>KALMAN HALPERN<br>BRONX NY 10462 |
| 003160<br>KARA FISHBEIN GOLDMAN<br>ARMONK NY 10504 | 000646<br>KAREN DAVIS<br>SAN DIEGO CA 92127 |
| 003919<br>KAREN FENNER<br>SKILLMAN NEW JERSEY 08558 | 003920<br>KAREN FENNER<br>VERO BEACH FL 32963 |
| 003921<br>KAREN FENNER<br>LLOYD HARBOR NY 11743 | 007808<br>KAREN M. RICH<br>BROOKLYN NEW YORK 11209 |
| 003621<br>KAREN S. LEVY<br>WELLESLEY MA 02481 | 003646<br>KAREN S. LEVY<br>WELLESLEY MA 02481 |
| 003647<br>KAREN S. LEVY<br>MATTAPOISETT MA 02739 | 003609<br>KAREN S. LEVY TRUST U/T/D<br>DATED AUGUST 17, 1990<br>WELLESLEY MA 02481 |
| 002967<br>KAREN SIFF EXKORN<br>SPARKILL NY 10976 | 005780<br>KAREN WASSERMAN<br>LAS VEGAS NV 89113 |
| 000136<br>KAREN YOKOMIZO-LIPKIN<br>CAMAS WASHINGTON 98607 | 000605<br>KASE-GLASS FUND<br>NEW YORK NEW YORK 10128 |
| 004239<br>KATHERINE HELLER<br>CAMBRIDGE MA 02139 | 004309<br>KATHERINE HELLER<br>BELMONT WASHINGTON 02478 |
| 004643<br>KATHERINE M. RADOSH<br>LIGHTHOUSE POINT FL 33064 | 006700<br>KATHRYN R. SIGGINS<br>PAGET  PG 05<br>BERMUDA |
| 000747<br>KATHY DIBIASE<br>IN HER CAPACITY AS A JOINT TENANT OF<br>A JOINT TENANCY ACTING AS A LIMITED PARTNER<br>OF WEINER INVESTMENT, L.P.<br>SEWICKLEY PA 15143 | 004781<br>KATHY HAUSNER GROSSMAN<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>NORTHPORT NY 11760 |
| 002832<br>KATHY K. WEINBERG<br>BOCA RATON FLORIDA 33434-3595 | 003571<br>KATHY KOMMIT<br>SUDBURY MA 01776 |

Date : 3/17/2011                              Exhibit Pages                              Page # : 69
Redacted Version

| | |
|---|---|
| 003576<br>KATHY KOMMIT<br>NEWTON MA 02459 | 003577<br>KATHY KOMMIT<br>SUDBURY MASSACHUSETTS 01776 |
| 004391<br>KATZ GROUP LIMITED PARTNERSHIP<br>DENVER CO 80293 | 004392<br>KATZ GROUP LIMITED PARTNERSHIP<br>CHEYENNE WY 82001 |
| 004393<br>KATZ GROUP LIMITED PARTNERSHIP<br>DENVER CO 80206 | 004394<br>KATZ GROUP LIMITED PARTNERSHIP<br>MAIMI BEACH FL 33140 |
| 003781<br>KAY FRANKEL<br>NEW YORK NY 10065 | 005799<br>KEITH LINDOR, M.D.<br>ROCHESTER MN 55905 |
| 004968<br>KEITH SCHAFFER<br>STATEN ISLAND NEW YORK 10312 | 007626<br>KEITH VINNECOUR<br>WEST HILLS CA 91307 |
| 002892<br>KELLY BURICH<br>MAPLE GROVE MN 55311 | 002894<br>KELLY BURICH<br>CORCORAN MINNESOTA 55340 |
| 002810<br>KELLY-SEXTON PROFIT SHARING PLAN AND TRUST<br>TUCSON AZ 85750 | 002811<br>KELLY-SEXTON PROFIT SHARING PLAN AND TRUST<br>MINNEAPOLIS MINNESOTA 55413 |
| 004336<br>KELMAN PARTNERS LIMITED PARTNERSHIP<br>NEW YORK NY 10016 | 004338<br>KELMAN PARTNERS LIMITED PARTNERSHIP<br>WILMINGTON DE 19808 |
| 000151<br>KENNETH CUTRONEO<br>STAMFORD CONNECTICUT 06905 | 002365<br>KENNETH D. WEISER<br>NEW YORK NY 10020 |
| 004197<br>KENNETH GELLMAN<br>MADISON NEW JERSEY 07940 | 003126<br>KENNETH HUBBARD<br>GREENWICH CT 06831 |
| 004769<br>KENNETH KREGER<br>KENTFIELD CA 94904 | 001813<br>KENNETH L EVENSTAD<br>WAYZATA MN 55391 |
| 001812<br>KENNETH L EVENSTAD REVOCABLE TRUST<br>U/A/D MAY 2, 2000<br>MAPLE GROVE MN 55369 | 001814<br>KENNETH L EVENSTAD TRUSTEE<br>WAYZATA MN 55391 |
| 001845<br>KENNETH L. EVENSTAD REVOCABLE TRUST<br>WAYZATA MN 55391 | 005584<br>KENNETH L. EVENSTAD REVOCABLE TRUST<br>U/A/D MAY 2, 2000<br>MAPLE GROVE MN 55369 |
| 001979<br>KENNETH L. EVENSTAD, AS CO-TRUSTEE<br>OF THE GRACE B. EVENSTAD REVOCABLE TRUST<br>MAPLE GROVE MN 55369 | 001848<br>KENNETH L. EVENSTAD,<br>INDIVIDUALLY AND AS TRUSTEE<br>WAYZATA MN 55391 |
| 005026<br>KENNETH M. KOHL<br>WALNUT CREEK CA 94596 | 004767<br>KENNETH MACHER<br>FAIRFAX CA 94930 |
| 003504<br>KENNETH S. LUKER<br>SANTA MONICA CA 90403 | 003505<br>KENNETH S. LUKER<br>SANTA MONICA CALIFORNIA 90403 |
| 000486<br>KENNETH SADINOFF<br>WHITE PLAINS NY 10605 | 003025<br>KENNETH W. BROWN<br>LANTANA FLORIDA 33462 |
| 003506<br>KENNETH W. PERLMAN<br>WESTPORT CT 06880 | 003023<br>KEN-WEN FAMILY LIMITED PARTNERSHIP<br>PALM BEACH FLORIDA 33480 |
| 003024<br>KEN-WEN FAMILY LIMITED PARTNERSHIP<br>LANTANA FLORIDA 33462 | 001841<br>KESAGAMI LIMITED<br>HONG KONG<br>CHINA |
| 001842<br>KESAGAMI LIMITED<br>HONG KONG<br>CHINA | 000354<br>KEVIN GOODMAN<br>GREAT NECK NY 11021 |

Date : 3/17/2011    Exhibit Pages    Page # : 70
Redacted Version

| | |
|---|---|
| 005581<br>KEVIN L. EVENSTAD<br>WAYZATA MN 55391 | 005582<br>KEVIN L. EVENSTAD, AS TRUSTEE OF THE<br>KENNETH L. EVENSTAD REVOCABLE TRUST<br>MAPLE GROVE MN 55369 |
| 002813<br>KEVIN M. KELLY<br>TUCSON AZ 85750 | 002814<br>KEVIN M. KELLY<br>MINNEAPOLIS MINNESOTA 55413 |
| 000621<br>KEYSTONE ELECTRONICS CORP. EMPLOYEE<br>PROFIT SHARING TRUST<br>ASTORIA NY 11105 | 004395<br>KFI INC.<br>DENVER CO 80293 |
| 004396<br>KFI INC.<br>CHEYENNE WY 82001 | 004397<br>KFI INC.<br>DENVER CO 80206 |
| 004398<br>KFI INC.<br>MAIMI BEACH FL 33140 | 006629<br>KHRONOS CAPITAL RESEARCH LLC<br>NEW YORK NY 10022 |
| 006630<br>KHRONOS CAPITAL RESEARCH LLC<br>NEW YORK NEW YORK 10019 | 006628<br>KHRONOS LLC<br>NEW YORK NY 10017 |
| 000706<br>KIM DICKSTEIN<br>NEW YORK NY 10028 | 005051<br>KIMBERLY T SHAMSIDDIN<br>PROSKAUER ROSE LLP<br>1585 BROADWAY<br>NEW YORK NY 10036 |
| 005054<br>KIMBERLY T SHAMSIDDIN,<br>PROSKAUER ROSE LLP<br>1585 BROADWAY<br>NEW YORK NY 10036 | 005074<br>KIMBERLY T. SHAMSIDDEN,<br>PROSKAUER ROSE LLP<br>1585 BROADWAY<br>NEW YORK NY 10036 |
| 004603<br>KIMBERLY T. SHAMSIDDEN, ESQ., PROSKAUER ROSE, LLP<br>1585 BROADWAY<br>NEW YORK NY 10036 | 004608<br>KIMBERLY T. SHAMSIDDEN, PROSKAUER ROSE, LLP<br>1585 BROADWAY<br>NEW YORK NY 10036 |
| 005273<br>KLUFER FAMILY TRUST<br>PORT CHESTER NY 10573-7011 | 003572<br>KOMMIT PARTNERS<br>NEWTON MA 02459 |
| 001710<br>KOSTIN COMPANY<br>DARIEN CT 06820 | 007663<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| 004854<br>KRELLENSTEIN FAMILY ENTERPRISES INC.<br>WILMINGTON DE 19808 | 004853<br>KRELLENSTEIN FAMILY LIMITED PARTNERSHIP II OF 1999<br>WILMINGTON DE 19808 |
| 002944<br>KRISTI STAHNKE MCGREGOR & LORI G. FELDMAN, ESQS.,<br>MILBERG LLP<br>ONE PENNSYLVANIA PLAZA, 48TH FLOOR<br>NEW YORK NY 10119 | 002515<br>KUNIN FAMILY LIMITED PARTNERSHIP<br>OAK BROOK IL 60523 |
| 002516<br>KUNIN FAMILY LIMITED PARTNERSHIP<br>ST. LOUIS PARK MN 55415 | 003224<br>KUNTZMAN FAMILY LLC<br>BOYNTON BEACH FL 33436 |
| 002573<br>KURT B. PALMER<br>MAPLE GROVE MINNESOTA 55369 | 001517<br>KURT BRUNNER<br>GLARUS  8750<br>SWITZERLAND |
| 001860<br>L RAGS, INC.<br>GREAT NECK NY 11021 | 007038<br>L&I INVESTMENTS LLC<br>VIRGINIA BEACH VA 23464 |
| 005630<br>L. H. RICH COMPANIES<br>MOLINE IL 61265 | 007745<br>L. THOMAS OSTERMAN<br>STAMFORD CT 06902 |
| 004651<br>L.A.B.<br>PHILADELPHIA PENNSYLVANIA 19147 | 000319<br>L.C.<br>NEW YORK NEW YORK 10023 |
| 000320<br>L.C.<br>NEW YORK NEW YORK 10023 | 002222<br>L.P.<br>WEST WARREN MA 01092 |

002223
L.P.
WEST WARREN MA 01092

005247
LADY EVELYN F. JACOBS
PALM BEACH FLORIDA 33480

005714
LAGUARDIA CORPORATE CENTER ASSOCIATES, L.P.
SYOSSET NY 11791

005711
LAGUARDIA CORPORATE CENTER ASSOCIATES, LLC
SYOSSET NY 11791

002669
LAKE DRIVE LLC
MUSKEGON MI 49441

002670
LAKE DRIVE LLC
WILMINGTON DELAWARE 19801

004013
LAKEVIEW HEDGING FUND LP
CHICAGO IL 60606

004014
LAKEVIEW HEDGING FUND LP
CHICAGO IL 60610

001177
LAKEVIEW INVESTMENT, L.P.
SAN RAFAEL CA 94903

001178
LAKEVIEW INVESTMENT, L.P.
SAN RAFAEL CA 94903

006655
LANDMARK INVESTMENT FUND (IRELAND)
DUBLIN 2
IRELAND

004726
LANNY ROSE REVOCABLE TRUST
FORT LAUDERDALE FL 33321

004728
LANNY ROSE, AS TRUSTOR, AS TRUSTEE AND AS AN INDIVIDUAL
FORT LAUDERDALE FL 33321

005571
LANX BM INVESTMENTS, LLC
NEW YORK NY 10004

000602
LAPIN CHILDREN LLC
SCOTTSDALE AZ 85255

002425
LAPPIN FAMILY LIMITED PARTNERSHIP
SALEM MA 01970

002423
LAPPIN GRANDCHILDREN'S TRUST
SALEM MA 01970

002433
LAPPIN GRANDCHILDREN'S TRUST FBO DANIELLE E. LAPPIN
SALEM MA 01970

000802
LARA L. WEITHORN TRUST
SCOTTSDALE AZ 85255

000803
LARA L. WEITHORN TRUST
NEW YORK NY 10019

003789
LARRY CALDER
WEAVERVILLE NC 28787

000237
LARRY H. KRANTZ, ESQ.
KRANTZ & BERMAN LLP
747 THIRD AVENUE, 32ND FLOOR
NEW YORK  NEW YORK 10017

001888
LAURA ANN SMITH
SARASOTA FL 34239

001887
LAURA ANN SMITH REVOCABLE LIVING TRUST
SARASOTA FL 34239

001889
LAURA ANN SMITH TRUSTEE
SARASOTA FL 34239

005479
LAURA ANN SMITH, AS TRUSTEE OF THE HARRY SMITH REVOCABLE LIVING
TRUST AND INDIVIDUALLY
AUSTIN TX 78701

005480
LAURA ANN SMITH, AS TRUSTEE OF THE HARRY SMITH REVOCABLE LIVING
TRUST AND INDIVIDUALLY
SARASOTA FL 34239

002757
LAURA D COLEMAN
BOYNTON BEACH FL 33437

003516
LAURA E. GUGGENHEIMER COLE
PALM BEACH GARDENS FL 33418

005459
LAURA J. STARR
WEST LAFAYETTE IN 47906

004786
LAURA M. GERMANO
JACKSONVILLE FL 32207

004787
LAURA M. GERMANO
JACKSONVILLE BEACH FL 32250

000884
LAURA POMERANTZ
HARRISON NY  10528

004647
LAURA RADOSH BUTT AS AN INDIVIDUAL AND AS GUARDIAN FOR L.A.B. A
MINOR
PHILADELPHIA PENNSYLVANIA 19147

002395
LAURA W. NEW
SWAMPSCOTT MA 01907

000419
LAUREL ALLEN
THOUSAND OAKS CA 91360

002822
LAUREL KOHL
FAIRLAWN NJ 07410

000617
LAUREN STACEY MOSKOWITZ
NEW YORK NY 10021

000922
LAUREN WEITZ
HALESITE NEW YORK 11743

001526
LAURENCE APFELBAUM
PARIS  75006
FRANCE

| | |
|---|---|
| 001792<br>LAURENCE E. LEIF<br>SAN ANTONIO TX 78261 | 003202<br>LAURIE A. BARTELS<br>MAMARONECK NEW YORK 10543 |
| 003220<br>LAURIE A. BARTELS TRUST<br>PORT WASHINGTON NY 11050-1709 | 003540<br>LAURIE ANN MARGOLIES<br>STOW MA 01775 |
| 003541<br>LAURIE ANN MARGOLIES CHILDRENS<br>TRUST DTD 11/1/08<br>STOW MA 01775 | 002045<br>LAURIE B. SAROFF, INDIVIDUALLY<br>WASHINGTON D.C. 20009 |
| 006031<br>LAURIE BLANK<br>ALPHARETTA GEORGIA 30022 | 000251<br>LAURIE FRENCHMAN<br>BOCA RATON FL 33432-4886 |
| 003796<br>LAURIE LASKY<br>STATEN ISLAND NEW YORK 10314 | 003970<br>LAURIE RIEMER<br>(PERSONAL REPRESENTATIVE<br>OF THE ESTATE OF CAROLYN MILLER)<br>NORTH MIAMI BEACH FL 33179 |
| 002969<br>LAWRENCE A. SIFF<br>NEWTON MA 02159 | 000045<br>LAWRENCE E. RIFKEN<br>GREENBERG & TRAURIG, LLP<br>1750 TYSONS BLVD., STE. 1200<br>MCLEAN VA 22102 |
| 004144<br>LAWRENCE ELINS AKA LARRY ELINS<br>MALIBU CA 90265 | 004145<br>LAWRENCE ELINS AKA LARRY ELINS<br>SHERMAN OAKS CA 91403 |
| 000538<br>LAWRENCE FLINN, JR.<br>RYE NY 10580 | 000866<br>LAWRENCE J. KOTLER<br>DUANE MORRIS, LLP, 30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 |
| 004982<br>LAWRENCE J. RYAN AND THERESA R. RYAN<br>REVOCABLE LIVING TRUST<br>FOSTER CITY CA 94404 | 004984<br>LAWRENCE J. RYAN BY-PASS TRUST<br>UNDER DECLARATION OF TRUST<br>DATED NOVEMBER 20, 1991<br>FOSTER CITY CA 94404 |
| 004380<br>LAWRENCE KAYE AS TRUSTEE<br>FOSTER CITY CA 94404 | 004434<br>LAWRENCE KEPES<br>WEST BLOOMFIELD MICHIGAN 48322 |
| 002142<br>LAWRENCE M. KAIN<br>CRANFORD NEW JERSEY 07016 | 002783<br>LAWRENCE M. SHAPIRO, ESQ.,<br>GREENE ESPEL PLLP<br>200 SOUTH SIXTH STREET, SUITE 1200<br>MINNEAPOLIS MN 55402 |
| 007871<br>LAWRENCE R. VELVEL<br>WINDHAM NEW HAMPSHIRE 03087 | 004138<br>LAWRENCE ROBERT ELINS A/K/A LARRY ELINS<br>AS TRUSTEE AND AN INDIVIDUAL<br>MALIBU CA 90265 |
| 004139<br>LAWRENCE ROBERT ELINS A/K/A LARRY ELINS<br>AS TRUSTEE AND AN INDIVIDUAL<br>SHERMAN OAKS CA 91403 | 006932<br>LAWRENCE SIMON<br>MUTTONTOWN NY 11791 |
| 001886<br>LAWRENCE SIMONDS<br>LONGBOAT KEY FL 34228 | 000038<br>LAWRENCE TOFEL<br>TOFEL & PARTNERS, LLP<br>800 THIRD AVENUE<br>NEW YORK NEW YORK 10022 |
| 003672<br>LEAH HAZARD<br>GREAT NECK NY 11021 | 003673<br>LEAH HAZARD<br>GLASGOW    G14 9NW<br>SCOTLAND |
| 007040<br>LEBANESE AMERICAN UNIVERSITY<br>NEW YORK NY 10115-0065 | 004724<br>LEE A SNOW, TRUSTEE<br>NEW YORK NY 10028 |
| 005553<br>LEE G. KIRSTEIN, IN HIS CAPACITY AS<br>PERSONAL REPRESENTATIVE OF THE<br>ESTATE OF HERMEN GREENBERG<br>BETHESDA MARYLAND 20817 | 004804<br>LEE HIRSCH<br>AS JOINT TENANT, AND AS AN INDIVIDUAL<br>NEW YORK NY 10024 |

Date : 3/17/2011

| | |
|---|---|
| 004646<br>LEE J. RADOSH AS AN INDIVIDUAL AND AS GUARDIAN FOR R.L.R. AND<br>D.H.R. MINORS<br>SINGING SPRING PENNSYLVANIA 19608 | 006074<br>LEE RAUTENBERG<br>BOCA RATON FL 33496 |
| 006626<br>LEGACY CAPITAL LIMITED<br>ROAD TOWN TORTOLA VG1110<br>BRITISH VIRGIN ISLANDS | 004869<br>LEGACY TRUST<br>CHICAGO IL 60657 |
| 000683<br>LEMTAG ASSOCIATES LLLP<br>DELRAY BEACH FL 33445 | 000153<br>LEON FLAX<br>LONDON, NW11 6SH<br>ENGLAND |
| 003175<br>LEON I. & MIKKI L. FINK FAMILY TRUST<br>RANCHO MIRAGE CA 92270 | 003177<br>LEON I. FINK<br>RANCHO MIRAGE CA 92270 |
| 000458<br>LEON MEYERS<br>NEW ROCHELLE NY 10804 | 007750<br>LEON MEYERS<br>NEW YORK NEW YORK 10019 |
| 000459<br>LEON MEYERS TRUST<br>NEW ROCHELLE NY 10804 | 002945<br>LEON ROSS<br>MAPLEWOOD NJ 07040 |
| 001944<br>LEON SHIFFMAN<br>FRESH MEADOWS NY 11365 | 005520<br>LEONA STECKER<br>BOCA RATON FL 33434 |
| 004976<br>LEONARD A. GERONEMUS<br>BOCA RATON FL 33486 | 007898<br>LEONARD A. GERONEMUS<br>BOCA RATON FLORIDA 33486 |
| 004894<br>LEONARD BERGMAN CREDIT SHELTER TRUST<br>LLOYD HARBOR NY 11743 | 004895<br>LEONARD BERGMAN CREDIT SHELTER TRUST<br>DIX HILLS NY 11746 |
| 004115<br>LEONARD CAMPAGNA, AS TRUSTOR, AS TRUSTEE<br>AND AS AN INDIVIDUAL<br>SCOTTSDALE AZ 85255 | 004116<br>LEONARD CAMPAGNA, AS TRUSTOR, AS TRUSTEE<br>AND AS AN INDIVIDUAL<br>SCOTTSDALE AZ 85255 |
| 002332<br>LEONARD D. LOME<br>MINNETONKA MINNESOTA 55305 | 005626<br>LEONARD D. PEARLMAN TRUSTEE<br>NEW YORK NEW YORK 10019 |
| 001470<br>LEONARD J. OGUSS TRUST<br>TAMARAC FL 33319 | 000610<br>LEONARD M. HEINE JR. CREDIT SHELTER TRUST<br>PALM BEACH FL 33480 |
| 003971<br>LEONARD MILLER<br>MIAMI BEACH FLORIDA 33154 | 005259<br>LEONARD R. GANZ<br>DEMAREST NJ 07627 |
| 003958<br>LEONIA NIETY GERSON<br>MIAMI BEACH FL 33141 | 003959<br>LEONIA NIETY GERSON<br>MARDER SOSNIK & CO<br>ATTN L BELL<br>ONE PARKER PLAZA<br>FORT LEE NJ 07024 |
| 004351<br>LESLEY A. KELMAN KOEPPEL, AS TRUSTEE AND AS AN INDIVIDUAL<br>NEW YORK NEW YORK 10021 | 000574<br>LESLIE AUFZIEN LEVINE<br>CLIFTON NEW JERSEY  07014 |
| 003978<br>LESLIE EHRLICH<br>NEW YORK NY 10128 | 005270<br>LESLIE ENGELSON<br>GREAT NECK NY 11024 |
| 004491<br>LESLIE READ<br>PORT WASHINGTON NEW YORK 11050 | 000905<br>LESLIE WEISS<br>NEW YORK NY 10021 |
| 001055<br>LESTER GREENMAN<br>NEW YORK NY 10025 | 004387<br>LESTER KOLODNY<br>OSPREY FLORIDA 34229 |
| 004388<br>LESTER KOLODNY<br>OAK BROOK IL 60523 | 003617<br>LEVY FAMILY 2002 IRREVOCABLE TRUST<br>U/D/T MAY 13, 2002<br>WELLESLEY MA 02481 |

Date : 3/17/2011                              **Exhibit Pages**                              Page # : 74
                                         **Redacted Version**

---

004634
LEVY FAMILY PARTNERS LLC
NEW YORK NY 10019

004635
LEVY FAMILY PARTNERS LLC
WILLMINGTON DE 19801

---

005342
LEWIS ALPERN
EAST ROCKAWAY NY 11518

005348
LEWIS ALPERN
EAST ROCKAWAY NY 11518

---

003190
LEWIS R. FRANCK
NEW YORK NEW YORK 10021

005276
LEWIS S. SANDLER
NEW YORK NEW YORK 10017

---

005397
LEWIS W. BERNARD
NEW YORK NY 10024

005396
LEWIS W. BERNARD 1995 CHARITABLE REMAINDER TRUST
NEW YORK NY 10024

---

000846
LEXINGTON CAPITAL PARTNERS, LP
NEW YORK NY 10016

000584
LEXUS WORLDWIDE LIMITED
ROADTOWN TORTOLA
BRITISH VIRGIN ISLANDS

---

000585
LEXUS WORLDWIDE LIMITED
NEW YORK NY 10036

004275
LI RAM L.P.
ROSLYN NY 11576

---

004888
LIANA BERGMAN
NEW YORK NY 10128

002847
LICHTER FAMILY PARTNERSHIP
HIGHLAND PARK IL 60035

---

006754
LIFEINVEST
RYE NEW YORK 10580

004312
LILA INGRAM DECEDENT'S TRUST
NEW YORK NY 10022

---

004311
LILA INGRAM IRREVOCABLE TRUST
NEW YORK NY 10022

004719
LILA S. GERLIN
AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL
MERRICK NY 11566

---

004720
LILA S. GERLIN
AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL
BOCA RATON FL 33433

000850
LILA S. RASKIN
TOLEDO OH 43615

---

000848
LILA S. RASKIN TRUST
TOLEDO OH 43615

000849
LILA S. RASKIN TRUST
TOLEDO OH 43615

---

006800
LILFAM LLC
WILMINGTON DELAWARE 19808

002357
LILLIAN BERMAN GOLDFARB
PALM SPRINGS CA 92264

---

001745
LILLIAN M. SAGE
NEW YORK NY 10019

006841
LILLIAN M. SAGE
NEW YORK NY 10019

---

001069
LILO LEEDS
GREAT NECK NY 11021

006799
LILYAN AND ABRAHAM BERKOWITZ FAMILY LLC
WILMINGTON DELAWARE 19808

---

006763
LILYAN BERKOWITZ
BOYNTON BEACH FLORIDA 33437

006801
LILYAN BERKOWITZ TRUST
BOYNTON BEACH FLORIDA 33437

---

006802
LILYAN BERKOWITZ TRUST
FRAMINGHAM MASSACHUSETTS 01701

006803
LILYAN BERKOWITZ TRUST
MOULTONBOROUGH NEW HAMPSHIRE 03254

---

006764
LILYAN BERKOWITZ, AS EXECUTOR OF THE
ESTATE OF GORDON MICHAEL BERKOWITZ
BOYNTON BEACH FLORIDA 33437

006813
LILYAN BERKOWITZ, AS TRUSTEE
OF THE HAROLD S. MILLER IRREVOCABLE TRUST
BOYNTON BEACH FLORIDA 33437

---

006814
LILYAN BERKOWITZ, AS TRUSTEE
OF THE LILYAN BERKOWITZ REVOCABLE TRUST
BOYNTON BEACH FLORIDA 33437

006768
LILYAN BERKOWITZ, AS TRUSTEE
OF THE LILYAN BERKOWITZ TRUST
BOYNTON BEACH FLORIDA 33437

---

006769
LILYAN BERKOWITZ, AS TRUSTEE OF THE
ABRAHAM B. BERKOWITZ QTIP GST TRUST
BOYNTON BEACH FLORIDA 33437

006766
LILYAN BERKOWITZ, AS TRUSTEE OF THE
GORDON MICHAEL BERKOWITZ FAMILY TRUST
BOYNTON BEACH FLORIDA 33437

---

006767
LILYAN BERKOWITZ, AS TRUSTEE OF THE
GORDON MICHAEL BERKOWITZ FAMILY TRUST (EXEMPT)
BOYNTON BEACH FLORIDA 33437

006765
LILYAN BERKOWITZ, AS TRUSTEE OF THE
GORDON MICHAEL BERKOWITZ REVOCABLE TRUST
BOYNTON BEACH FLORIDA 33437

---

## Exhibit Pages
### Redacted Version

| | |
|---|---|
| 006770<br>LILYAN BERKOWITZ, AS TRUSTEE OF THE<br>HAROLD S. MILLER TRUST DATED DECEMBER 4, 1964<br>BOYNTON BEACH FLORIDA 33437 | 003800<br>LILYAN PARENTE<br>FLUSHING NEW YORK 11740 |
| 004200<br>LIN CASTRE GOSMAN, AS TRUSTEE AND AS AN INDIVIDUAL<br>WEST PALM BEACH FLORIDA 33401 | 004010<br>LINDA ANNE ABBIT<br>IRVINE CA 92620 |
| 003473<br>LINDA BERGER<br>SHERMAN CT 06784 | 002644<br>LINDA FOX<br>LIVINGSTON NJ 07039 |
| 002645<br>LINDA FOX<br>DEMING WASHINGTON 98244 | 004247<br>LINDA H. KAMM, AS GENERAL PARTNER AND AS AN INDIVIDUAL<br>AMAGANSETT NEW YORK 11930 |
| 004249<br>LINDA H. KAMM, AS GENERAL PARTNER AND AS AN INDIVIDUAL<br>NEW YORK NY 10021 | 005092<br>LINDA LAZARUS<br>DELRAY BEACH FL 33446 |
| 000930<br>LINDA PLATZNER<br>NEW ROCHELLE  NY 10801 | 004333<br>LINDA R. KAYES<br>POLAND OH 44514 |
| 001861<br>LINDA RITUNO<br>RYE NY 10580 | 006026<br>LINDA ROSENSWEIG<br>SCARSDALE NEW YORK 10583 |
| 000725<br>LINDA S. BENENSON<br>MINNEAPOLIS MN 55441 | 002617<br>LINDA S. PARESKY<br>FISHER ISLAND FLORIDA 33109 |
| 000624<br>LINDA S. WALDMAN<br>LIGHTHOUSE POINT FL 33064 | 005840<br>LINDA SOHN<br>NEW YORK NY 10017 |
| 003601<br>LINDSAY A. SHAPIRO<br>WESTON MA 02493 | 006443<br>LINE GROUP LTD.<br>GIBRALTAR |
| 006445<br>LINE HOLDINGS LTD.<br>GIBRALTAR | 006444<br>LINE MANAGEMENT SERVICES LTD.<br>GIBRALTAR |
| 000575<br>LISA AUFZIEN<br>WEST ORANGE NY 07052 | 002655<br>LISA BETH NISSENBAUM<br>SCOTTSDALE AZ 85254 |
| 002653<br>LISA BETH NISSENBAUM TRUST<br>PHOENIX AZ 85012 | 000523<br>LISA BOSLOW DORMAN<br>NEW ROCHELLE NY 10804 |
| 001103<br>LISA D. KAVA<br>NEW YORK NY 10024 | 000492<br>LISA KAUFMAN<br>TEL AVIV  64585<br>ISRAEL |
| 003631<br>LISA L. SHAUB<br>WELLESLEY MA 02481 | 003633<br>LISA L. SHAUB<br>NEW YORK NEW YORK 10024 |
| 001242<br>LISA LIEBERMAN<br>CHICAGO IL  60654 | 003611<br>LISA M. LEVY 1987 TRUST<br>U/T/D JUNE 17, 1987<br>WELLESLEY MA 02481 |
| 002030<br>LISA M. STEFANELLI<br>TOTOWA NJ 07036 | 000724<br>LISA P. RUBIN<br>HOPKINS MN 55305 |
| 003048<br>LISA PAYTON<br>MIAMI FLORIDA 33133 | 002939<br>LISA R. PAYTON<br>KEY BISCAYNE FL 33149 |
| 002940<br>LISA R. PAYTON<br>MIAMI FLORIDA 33133 | 005096<br>LISA SCHY<br>MYRTLE BEACH SC 29579 |
| 005578<br>LISA VAN LEER<br>SILVER SPRING MARYLAND 20906 | 005249<br>LISELOTTE J. LEEDS LIFETIME TRUST<br>GREAT NECK NY 11021 |
| 005250<br>LISELOTTE LEEDS, TRUSTEE<br>GREAT NECK NY 11021 | 004891<br>LIZA BERGMAN GEONIE<br>NORTHPORT NY 11768 |

**Exhibit Pages**
Redacted Version

| | |
|---|---|
| 004226<br>LOEB & LOEB LLP<br>ATTN: C. MICHAEL SPERO, ESQ.<br>345 PARK AVE.<br>NEW YORK NY 10154 | 004221<br>LOEB & LOEB LLP,<br>ATTN: C. MICHAEL SPERO, ESQ.<br>345 PARK AVE.<br>NEW YORK NY 10154 |
| 003007<br>LOHO ENTERPRISES LTD.<br>DETROIT MI 48226 | 003008<br>LOHO ENTERPRISES LTD.<br>BLOOMFIELD HILLS MICHIGAN 48301 |
| 000918<br>LOIS PERGAMENT<br>BOCA RATON FL 33496 | 001968<br>LOIS ZENKEL, IN HER REPRESENTATIVE CAPACITY<br>AS EXECUTOR OF THE ESTATE OF IRENE SCHWARTZ<br>AND AS BENEFICIARY<br>UNDER THE WILL OF IRENE SCHWARTZ<br>GREENWICH CONNECTICUT 06831 |
| 003105<br>LONNY WILK<br>BOCA RATON FL 33496 | 004217<br>LORA JOY APPLETON,<br>AS TRUSTEE AND AS AN INDIVIDUAL<br>NEW YORK NY 10023 |
| 004175<br>LORA JOY APPLETON, TRUSTEE,<br>QTIP MARITAL TRUST UNDER ARTICLE VIII<br>OF THE WALTER J. GROSS REVOCABLE TRUST<br>NEW YORK NY 10023 | 005246<br>LORD ANTHONY JACOBS<br>PALM BEACH FLORIDA 33480 |
| 004808<br>LORENE W. MARKS<br>SEARINGTOWN NY 11507 | 004809<br>LORENE W. MARKS<br>WILMINGTON VT 05363 |
| 002293<br>LORI CHEMLA<br>NEW YORK NY 10021 | 002226<br>LORI GOLDBERG<br>JERSEY CITY NJ 07305 |
| 003003<br>LORI L. ENTERPRISES LIMITED<br>DETROIT MI 48226 | 003004<br>LORI L. ENTERPRISES LIMITED<br>BLOOMFIELD HILLS MICHIGAN 48301 |
| 003783<br>LORRAINE L. FRIEDMAN<br>PALM BEACH FLORIDA 33480 | 003782<br>LORRAINE L. FRIEDMAN<br>REVOCABLE TRUST<br>PALM BEACH FL 33480 |
| 002106<br>LOU STERN<br>PORT WASHINGTON NEW YORK 11050-1113 | 004093<br>LOUIS P. CIMINELLI AS TRUSTEE<br>BUFFALO NY 14209 |
| 001207<br>LOUISE CRAWFORD<br>BROOKLYN NY 11215 | 001050<br>LS COMMERCIAL HOLDINGS LLC<br>NEW YORK NY 10153 |
| 006696<br>LUC. D. ESTENNE<br>GENEVA  1201<br>SWITZERLAND | 004444<br>LUCKY COMPANY<br>LEDGEWOOD NJ 07852 |
| 004445<br>LUCKY COMPANY<br>CHESTER NJ 07930 | 004473<br>LUCKY COMPANY<br>CHESTER NJ 07930 |
| 000863<br>LUCY R. BANKER<br>MAMARONECK NY 10543 | 003124<br>LUDMILLA GOLDBERG<br>BROOKLYN NY 11201 |
| 003125<br>LUDMILLA GOLDBERG<br>WEST PALM BEACH FLORIDA 33417 | 004190<br>LUKE GOLDWORM AS TRUSTEE AND AS AN INDIVIDUAL<br>JAMAICA PLAIN MA 02130 |
| 004191<br>LUKE GOLDWORM AS TRUSTEE AND AS AN INDIVIDUAL<br>NEW YORK NY 10021 | 006984<br>LUXALPHA SICAV<br>LUXEMBOURG |
| 006985<br>LUXALPHA SICAV<br>LUXEMBOURG | 006962<br>LUXALPHA SICAV<br>LUXEMBOURG |
| 006656<br>LUXEMBOURG INVESTMENT FUND<br>LUXEMBOURG | 006657<br>LUXEMBOURG INVESTMENT FUND<br>LUXEMBOURG |
| 006658<br>LUXEMBOURG INVESTMENT FUND<br>LUXEMBOURG | 006659<br>LUXEMBOURG INVESTMENT FUND US EQUITY PLUS<br>LUXEMBOURG |

Date : 3/17/2011
Page # : 77

| | |
|---|---|
| 002149<br>LYLE BERMAN<br>MINNETONKA MINNESOTA 55305 | 002150<br>LYLE BERMAN<br>LAS VEGAS NV 89109 |
| 002179<br>LYLE BERMAN<br>MINNETONKA MN 55305 | 002147<br>LYLE BERMAN REVOCABLE TRUST<br>LAS VEGAS NV 89109 |
| 002148<br>LYLE BERMAN REVOCABLE TRUST<br>MINNETONKA MINNESOTA 55305 | 005488<br>LYLE WEISER<br>FOREST HILLS NY 11375 |
| 005781<br>LYNN GUEZ<br>BOCA RATON FL 33432 | 002193<br>LYNN LAZARUS SERPER<br>WALTHAM MA 02453 |
| 004925<br>M GORDON EHRLICH<br>BOSTON MASSACHUSETTS 02110-1726 | 006651<br>M&B CAPITAL ADVISERS GESTION SGIC, S.A.<br>SPAIN |
| 006642<br>M&B CAPITAL ADVISERS HOLDING, S.A.<br>SPAIN | 006643<br>M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A.<br>SPAIN |
| 001066<br>M&R LIPMANSON FOUNDATION INC.<br>C/O LILO LEEDS<br>GREAT NECK  NEW YORK 11021 | 002224<br>M. ELLIOT SCHNALL<br>PALM BEACH FL 33480 |
| 003033<br>M. GORDON EHRLICH<br>BOSTON MA 02110 | 003034<br>M. GORDON EHRLICH<br>CHESTNUT HILL MA  02467 |
| 000729<br>M. HARVEY RUBIN TRUST OF 11/11/92<br>SCOTTSDALE AZ 85255 | 003302<br>M. LEE WALLACE<br>NEW BRITAIN CT 06052 |
| 003303<br>M. LEE WALLACE<br>NEW BRITAIN CONNECTICUT 06053 | 005632<br>M. R. INVESTMENT ASSOCIATES<br>MOLINE IL 61265 |
| 000321<br>M.C.<br>NEW YORK NEW YORK 10023 | 000322<br>M.C.<br>NEW YORK NEW YORK 10023 |
| 005554<br>M.G., A MINOR, INDIVIDUALLY<br>WASHINGTON D.C. 20036 | 005555<br>M.G., A MINOR, INDIVIDUALLY<br>LEXINGTON KENTUCKY 40502 |
| 005556<br>M.G., A MINOR, INDIVIDUALLY<br>LEXINGTON KENTUCKY 40502 | 005114<br>M.S.<br>MYRTLE BEACH SC 29579 |
| 005115<br>M.S.<br>PEEKSKILL NY 10566 | 005116<br>M.S.<br>SCHENECTADY NY 12306 |
| 005117<br>M.S.<br>SCHENECTADY NY 12306 | 005118<br>M.S.<br>HOPEWELL JUNCTION NY 12533 |
| 005119<br>M.S.<br>HOPEWELL JUNCTION NY 12533 | 005120<br>M.S.<br>PEEKSKILL NY 10566 |
| 005560<br>M.W., A MINOR, INDIVIDUALLY<br>WASHINGTON D.C. 20036 | 005561<br>M.W., A MINOR, INDIVIDUALLY<br>KESWICK VIRGINIA 22947 |
| 005562<br>M.W., A MINOR, INDIVIDUALLY<br>KESWICK VIRGINIA 22947 | 004762<br>MACHER FAMILY PARTNERSHIP<br>CORTE MADERA CA 94925 |
| 004763<br>MACHER FAMILY PARTNERSHIP<br>MILL VALLEY CA 94941 | 003390<br>MADELINE GINS ARAKAWA<br>NEW YORK NY 10012 |
| 001578<br>MADISON ALYSSA MCEVOY TRUST<br>U/A DATED JUNE 29, 1990<br>PALM BEACH FL 33480 | 001591<br>MADISON MCEVOY<br>FAIR HAVEN NJ 07704 |
| 003945<br>MAF ASSOCIATES, LLC<br>PALM BEACH GARDENS FL 33418 | 001514<br>MAGNIFY, INC.<br>PANAMA CITY<br>PANAMA |

Date : 3/17/2011

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 005863<br>MAGNUS A. UNFLAT<br>OAK BROOK IL 60523 | 005865<br>MAGNUS A. UNFLAT<br>PORT ST LUCIE FL 34952 |
| 005873<br>MAGNUS A. UNFLAT, AS CO-TRUSTEE<br>OF THE ELEANORE C. UNFLAT LIVING TRUST<br>PORT ST LUCIE FL 34952 | 006660<br>MAITRE ALAIN RUKAVINA<br>LUXEMBOURG |
| 001747<br>MALCOLM H. SAGE<br>NEW YORK NY 10014 | 001748<br>MALCOLM H. SAGE<br>NEW YORK NY 10014 |
| 001749<br>MALCOLM H. SAGE<br>NEW YORK NY 10014 | 006845<br>MALCOLM H. SAGE<br>NEW YORK NY 10014 |
| 002961<br>MALCOLM L SHERMAN<br>NATICK MA 01760 | 002963<br>MALCOLM L SHERMAN<br>WELLESLEY MA 02481 |
| 002965<br>MALCOLM L SHERMAN<br>FRAMINGHAM MA  01701 | 007623<br>MALIBU TRADING & INVESTING<br>SHERMAN OAKS CA 91403 |
| 003289<br>MANDELL & BLAU, MD'S PC 401(K) PROFIT SHARING PLAN<br>NEW BRITAIN CT 06052 | 003910<br>MANFRED FRANITZA<br>LLOYD HARBOR NY 11743 |
| 003911<br>MANFRED FRANITZA<br>VERO BEACH FL 32963 | 003908<br>MANFRED FRANITZA REVOCABLE TRUST<br>LLOYD HARBOR NY 11743 |
| 003909<br>MANFRED FRANITZA REVOCABLE TRUST<br>VERO BEACH FL 32963 | 006415<br>MANFRED KASTNER<br>AUSTRIA |
| 003051<br>MANUEL O. JAFFE<br>OAK BROOK IL 60523 | 003052<br>MANUEL O. JAFFE<br>KEY BISCAYNE FLORIDA 33149 |
| 003053<br>MANUEL O. JAFFE<br>MINNETONKA MINNESOTA 55305 | 005639<br>MAR PARTNERS<br>GREAT NECK NY 11021 |
| 005640<br>MAR PARTNERS<br>BOCA RATON FL 33434 | 005641<br>MAR PARTNERS<br>OLD WESTBURY NY 11568 |
| 002044<br>MARA J. FREEDMAN, INDIVIDUALLY<br>LAUREL MARYLAND 20723 | 000891<br>MARC B. WOLPOW<br>WELLESLEY MA 02481 |
| 000892<br>MARC B. WOLPOW 1995 FAMILY TRUST<br>BOSTON MA 02199 | 007699<br>MARC BOGATIN, ESQ.<br>277 BROADWAY, SUITE 900<br>NEW YORK NEW YORK 10007-0011 |
| 007045<br>MARC FISHER<br>GREENWICH CT 06830 | 004371<br>MARC G. ROSENBERG, ESQ.<br>MCLAUGHLIN & STERN, LLP<br>260 MADISON AVENUE, 18TH FLOOR<br>NEW YORK NY 10016 |
| 002367<br>MARC I. HERTZ<br>NEW YORK NY 10020 | 002364<br>MARC I. HERTZ IRREVOCABLE TRUST DATED 3/15/92<br>NEW YORK NEW YORK 10020 |
| 000651<br>MARC JAY KATZENBERG<br>GREENWICH CT 06830 | 000128<br>MARC LIPKIN<br>PARAMUS NJ 07652 |
| 000587<br>MARCIA A. MEYER<br>HIGHLAND BEACH FL 33487 | 000642<br>MARCIA CASTLEMAN<br>BALTIMORE MD 21230 |
| 000643<br>MARCIA CASTLEMAN<br>BOCA RATON FL 33432 | 002625<br>MARCIA CHERNIS<br>NEWTON MASSACHUSETTS 02459 |
| 002626<br>MARCIA CHERNIS<br>PALM BEACH FL 33480 | 005635<br>MARCIA COHEN, IN HER CAPACITY AS TRUSTEE OF<br>THE RUTH ROSEN REVOCABLE TRUST AGREEMENT<br>BOCA RATON FL 33434 |

Exhibit Pages
Redacted Version

002615
MARCIA KOTZEN 2002 REVOCABLE TRUST
FISHER ISLAND FLORIDA 33109

002616
MARCIA KOTZEN 2002 REVOCABLE TRUST
WEST NEWTON MA 02468

002114
MARCIA SCHLESINGER ROIFF, IN HER CAPACITY
AS EXECUTRIX OF THE ESTATE OF RUTH SCHLESINGER
CHESTNUT HILL MA 02467

006434
MARCO E. SCHNABL, ESQ.;
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK NY  10036

003743
MARCY BOWERS
SANDS POINT NY 11050

001244
MARCY R. HARRIS, ESQ.,
SCHULTE, ROTH & ZABEL LLP
919 THIRD AVENUE
NEW YORK NY 10022

001285
MARCY R. HARRIS, ESQ.,   SCHULTE, ROTH & ZABEL LLP
919 THIRD AVENUE
NEW YORK NY 10022

004561
MARDEN FAMILY LIMITED PARTNERSHIP
WILMINGTON DE 19801

006334
MARGARET BUTCHER,
C/O BRIAN MADDOX, LAX & NEVILLE, LLP
1412 BROADWAY
SUITE 1407
NEW YORK NY  10018

004405
MARGARET E. CANN CHARITABLE REMAINDER UNITRUST
BOULDER CO 80304

004406
MARGARET E. CANN CHARITABLE REMAINDER UNITRUST
DENVER CO 80293

004407
MARGARET E. CANN CHARITABLE REMAINDER UNITRUST
VAIL CO 81657

004837
MARGARET HO REVOCABLE TRUST
SAN FRANCISCO CA 94111

004838
MARGARET HO, A.K.A., MARGARET MUI KI HO,
MARGARET MUI KI LEONG AND MARGARET H. LEONG, AS TRUSTOR, AS
TRUSTEE AND AS AN INDIVIDUAL
SAN FRANCISCO CA 94111

004413
MARGARET KATZ CANN, AS TRUSTEE, AND AS AN INDIVIDUAL
BOULDER CO 80304

004414
MARGARET KATZ CANN, AS TRUSTEE, AND AS AN INDIVIDUAL
DENVER CO 80293

004415
MARGARET KATZ CANN, AS TRUSTEE, AND AS AN INDIVIDUAL
VAIL CO 81657

005881
MARGARET UNFLAT,
INDIVIDUALLY AND AS JOINT TENANT
HAWLEY PA 18428

003912
MARGRIT FRANITZA
LLOYD HARBOR NY 11743

003913
MARGRIT FRANITZA
VERO BEACH FL 32963

004180
MARGUERITE M. GOREK
AS AN INDIVIDUAL AND AS A JOINT TENANT
GREENWICH CT 06831

002041
MARIA C. BARRA
BROOKLYN NEW YORK 11209

006398
MARIADELMAR RAULE
ITALY

006399
MARIADELMAR RAULE
ITALY

006400
MARIADELMAR RAULE
MILAN  20124
ITALY

003719
MARIAN BAUM
DELRAY BEACH FL 33484

000658
MARIANNE LOWREY
N PALM BEACH FL 33408

000670
MARIE S. RAUTENBERG
MANHASSET NEW YORK 11030

002719
MARILYN BERNFELD
SARASOTA FLORIDA 34236

002717
MARILYN BERNFELD TRUST
SARASOTA FLORIDA 34236

002530
MARILYN CHERNIS
RANCHO MIRAGE CA 92270

002546
MARILYN CHERNIS
RANCHO MIRAGE CALIFORNIA 92270

002547
MARILYN CHERNIS
FORT LEE NJ 07024

004129
MARILYN DAVIMOS 1999 GRAT
NEW YORK NY 10022

004131
MARILYN DAVIMOS A/K/A MARILYN LOBELL
BOCA RATON FL 33432

004443
MARILYN DAVIMOS AKA MARILYN LOBELL
BOCA RATON FL 33432

Exhibit Pages
Redacted Version

| | |
|---|---|
| 005371<br>MARILYN KATZENBERG<br>LOS ANGELES CA 90064 | 004441<br>MARILYN LOBELL TRUST<br>NEW YORK NY 10022 |
| 007214<br>MARILYN S. TUSHMAN<br>BROOKLINE MA 02446 | 002609<br>MARILYN SPEAKMAN<br>SANTA MONICA CA 90402 |
| 001406<br>MARILYN TURK TRUST<br>NEW YORK NY 10021 | 001407<br>MARILYN TURK TRUST<br>WAKE FOREST NC 27587 |
| 001724<br>MARION B. ROTH<br>BOCA RATON FL 33433 | 002416<br>MARION L. LAPPIN<br>SALEM MA 01970 |
| 002431<br>MARION L. LAPPIN TRUST<br>SALEM MA 01970 | 005405<br>MARION LEBER<br>DELRAY BEACH FL 33484 |
| 007782<br>MARION SPEER<br>BOCA RATON FLORIDA 33431 | 007783<br>MARION SPEER<br>BOCA RATON FLORIDA 33496 |
| 003030<br>MARITAL GST EXEMPT TRUST FBO NICOLETTE WERNICK U/ARTICLE III OF<br>THE HAROLD WERNICK REVOCABLE TRUST DTD 9/16/1991<br>BOSTON MA 02110 | 003031<br>MARITAL GST NON-EXEMPT TRUST FBO NICOLETTE WERNICK U/ARTICLE III<br>OF THE HAROLD WERNICK REVOCABLE TRUST DTD 9/16/1991<br>BOSTON MA 02110 |
| 002358<br>MARITAL TRUST CREATED UNDER<br>REVOCABLE TRUST OF MARVIN G. GRAYBOW<br>FORT LEE NJ 07024 | 002359<br>MARITAL TRUST CREATED UNDER<br>REVOCABLE TRUST OF MARVIN G. GRAYBOW<br>MINNEAPOLIS MINNESOTA 55405 |
| 005330<br>MARITAL TRUST FOR THE BENEFIT OF JAYNE KLEIN<br>HEWLETT NY  11557 | 005331<br>MARITAL TRUST FOR THE BENEFIT OF JAYNE KLEIN<br>SOUTH BERWICK,  ME  03908 |
| 002111<br>MARITAL TRUST I C/O LOU STERN AND RUSSELL STERN, TRUSTEES<br>PORT WASHINGTON NEW YORK 11050-1911 | 002112<br>MARITAL TRUST I C/O LOU STERN AND RUSSELL STERN, TRUSTEES<br>PORT WASHINGTON NEW YORK 11050-1113 |
| 002103<br>MARITAL TRUST II C/O LOU STERN AND RUSSELL STERN, TRUSTEES<br>PORT WASHINGTON NEW YORK 11050-1911 | 002104<br>MARITAL TRUST II C/O LOU STERN AND RUSSELL STERN, TRUSTEES<br>PORT WASHINGTON NEW YORK 11050-1113 |
| 004654<br>MARITAL TRUST UNDER ARTICLE FIFTH OF THE WILL OF CHARLES C.<br>ROLLINS<br>SOUTHAMPTON NY 11968 | 004597<br>MARITAL TRUST UNDER ARTICLE VI OF THE WILL OF ARTHUR I. MEYER<br>PALM BEACH FL 33480 |
| 004345<br>MARITAL TRUST UNDER ARTICLE X OF THE CHARLES D. KELMAN REVOCABLE<br>TRUST<br>BOCA RATON FLORIDA 33432 | 004346<br>MARITAL TRUST UNDER ARTICLE X OF THE CHARLES D. KELMAN REVOCABLE<br>TRUST<br>BOCA RATON FL 33431 |
| 004347<br>MARITAL TRUST UNDER ARTICLE X OF THE CHARLES D. KELMAN REVOCABLE<br>TRUST<br>NEW YORK NY 10022 | 004282<br>MARITAL TRUST UNDER ARTICLE XXII OF<br>THE HERBERT W. HOBISH LIVING TRUST<br>MANHATTAN MT 59741 |
| 001125<br>MARJA LEE ENGLER<br>KEY BISCAYNE FLORIDA 33149 | 004427<br>MARJET LLC<br>WASHINGTON DC 20036 |
| 002596<br>MARJORIE HARMON<br>NEWTON CENTRE MASSACHUSETTS 02459 | 000616<br>MARJORIE HEINE BERGER<br>WEST ORANGE NJ 07052 |
| 002802<br>MARJORIE HILL FAMILY TRUST<br>SAN RAFAEL CA 94903 | 004829<br>MARJORIE KLEINMAN<br>NEW YORK NY 10022 |
| 004834<br>MARJORIE KLEINMAN<br>NEW YORK NEW YORK 10022 | 004791<br>MARJORIE MOST<br>WEST PALM BEACH FL 33412 |
| 003183<br>MARJORIE SCHULTZ<br>MIAMI BEACH FL 33139 | 003344<br>MARJORIE SCHULTZ<br>MIAMI BEACH FLORIDA 33139 |
| 004599<br>MARK & CAROL ENTERPRISES, INC.<br>SOUTHAMPTON NY 11968 | 004600<br>MARK & CAROL ENTERPRISES, INC.<br>NEW YORK NY 10018 |

Date : 3/17/2011                      Exhibit Pages                              Page # : 81
                                    Redacted Version

---

004601
MARK & CAROL ENTERPRISES, INC.
PALM BEACH FL 33480

004602
MARK & CAROL ENTERPRISES, INC.
NEW YORK NY 10021

---

003946
MARK A. FREEMAN
PALM BEACH GARDENS FL 33418

001819
MARK B. EVENSTAD
WOODLAND MN 55391

---

001846
MARK B. EVENSTAD REVOCABLE TRUST
WOODLAND MN 55391

001847
MARK B. EVENSTAD REVOCABLE TRUST
WAYZATA MN 55391

---

001817
MARK B. EVENSTAD REVOCABLE TRUST
U/A/D JANUARY 30, 2003
MAPLE GROVE MN 55369

001818
MARK B. EVENSTAD TRUSTEE
WOODLAND MN 55391

---

001850
MARK B. EVENSTAD,
INDIVIDUALLY AND AS TRUSTEE
WOODLAND MN 55391

005933
MARK B. WOLPOW
WELLESLEY HILLS MA 02481-6736

---

004075
MARK C. SCHOBER AS TRUSTEE
EAST AMHERST NY 14051

000597
MARK E. BLOCK
NORWICH CONNECTICUT  06300

---

002593
MARK HARMON
NEWTON CENTRE MASSACHUSETTS 02459

004494
MARK HENDLER
CHARLESTON SC 29412

---

003666
MARK HOROWITZ
SUGARLAND TX 77478

006646
MARK HYLAND, ESQ.; SEWARD & KISSEL, LLP
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

---

006816
MARK J. FRIEDMAN, ESQ.
DLA PIPER
6225 SMITH AVENUE
BALTIMORE MARYLAND 21209

006452
MARK J. HYLAND, SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

---

001696
MARK N. PARRY, ESQ.,
MOSES & SINGER LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVE.
NEW YORK NY 10174

001699
MARK N. PARRY, ESQ., MOSES & SINGER LLP
THE CHRYSLER BUILDING, 405 LEXINGTON AVE.
NEW YORK NY 10174

---

001693
MARK N. PARRY, ESQ.,
MOSES & SINGER LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVE.
NEW YORK NY 10174

002872
MARK OLESKY SIMON
AGOURA HILLS CA  91301

---

004524
MARK PELTZ C/O ROSEN SEYMOUR SHAPSS MARTIN & CO
757 THIRD AVENUE
NEW YORK NY 10017

004740
MARK POPKIN
MARIETTA GA 30068-2466

---

005818
MARK RECHLER
LAUREL HOLLOW NY 11791

000096
MARK ROTH
SCOTTSDALE AZ 85254

---

003762
MARK S. FELDMAN
PLANTATION FLORIDA 33322

003860
MARK S. MULHOLLAND, ESQ.
AND DAVID R. SCHOENHARR, ESQ.
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR PLAZA, EAST TOWER
15TH FLOOR
UNIONDALE NY 11556-1425

---

002026
MARK STEFANELLI
TOTOWA NJ 07036

004604
MARK T. LEDERMAN
SOUTHAMPTON NY 11968

---

004605
MARK T. LEDERMAN
PALM BEACH FL 33480

004606
MARK T. LEDERMAN
NEW YORK NY 10018

---

004607
MARK T. LEDERMAN
NEW YORK NY 10021

004806
MARKS & ASSOCIATES
SEARINGTOWN NY 11507

Date : 3/17/2011

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 004807<br>MARKS & ASSOCIATES<br>WILMINGTON VT 05363 | 004471<br>MARLA RANDAL<br>HIGHLAND FALLS NY 10928 |
| 003787<br>MARLBOROUGH ASSOCIATES<br>PITTSBORO NC 27312 | 004440<br>MARLENE KRAUSS<br>NEW YORK NY 10021 |
| 002216<br>MARLENE PERSKY<br>WEST WARREN MA 01092 | 002465<br>MARSHALL D. MILLER<br>MINNEAPOLIS MINNESOTA 55416 |
| 002466<br>MARSHALL D. MILLER<br>MINNEAPOLIS MN 55405 | 003061<br>MARSHALL MILLER<br>MINNEAPOLIS MINNESOTA 55416 |
| 003062<br>MARSHALL MILLER<br>KEY BISCAYNE FLORIDA 33149 | 003068<br>MARSHALL MILLER<br>MINNEAPOLIS MINNESOTA 55416 |
| 003069<br>MARSHALL MILLER<br>KEY BISCAYNE FLORIDA 33149 | 006968<br>MARSHALL R. KING, ESQ. AND JOHN BEHRENDT, ESQ., GIBSON DUNN<br>200 PARK AVENUE<br>NEW YORK NY 10166-0193 |
| 006648<br>MARSHALL R. KING, GIBSON DUNN<br>200 PARK AVENUE<br>NEW YORK NY 10166-0193 | 005920<br>MARSHALL ZIESES<br>OLD GREENWICH CONNECTICUT  06870 |
| 003676<br>MARSY MITTLEMANN<br>PROVIDENCE RI 02906 | 001751<br>MARTIN A. SAGE<br>NEW YORK NY 10014 |
| 001752<br>MARTIN A. SAGE<br>NEW YORK NY 10014 | 001096<br>MARTIN B. EPSTEIN<br>NEW ROCHELLE NY 10805 |
| 002581<br>MARTIN B. SHULKIN, ESQ<br>470 ATLANTIC AVENUE, SUITE 500<br>BOSTON MA 02210 | 002592<br>MARTIN B. SHULKIN, ESQ<br>470 ATLANTIC AVENUE, SUITE 500<br>BOSTON MA 02210 |
| 003569<br>MARTIN B. SHULKIN, ESQ.<br>DUANE MORRIS LLP<br>470 ATLANTIC AVENUE, SUITE 500<br>BOSTON MA 02210 | 002479<br>MARTIN B. SHULKIN, ESQ.,<br>DUANE MORRIS LLP<br>470 ATLANTIC AVENUE, SUITE 500<br>BOSTON MA 02210 |
| 002494<br>MARTIN B. SHULKIN, ESQ.,<br>DUANE MORRIS LLP<br>470 ATLANTIC AVENUE, SUITE 500<br>BOSTON MA 02210 | 007787<br>MARTIN FLUMENBAUM, ESQ.<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6064 |
| 005453<br>MARTIN GETTINGER<br>WAYNE NJ 07470 | 005454<br>MARTIN GETTINGER<br>NEW YORK NY 10018 |
| 004937<br>MARTIN HARNICK<br>NEW YORK NY 10038 | 001513<br>MARTIN J. AUERBACH, ESQ.<br>1540 BROADWAY, SUITE 1604<br>NEW YORK NEW YORK 10036 |
| 000177<br>MARTIN J. JOEL PARTNERSHIP<br>C/O HARVEY KRAUSS & MICHAEL WEXELBAUM<br>SNOW BECKER KRAUSS P.C.<br>605 THIRD AVENUE<br>NEW YORK NY 10158 | 000178<br>MARTIN J. JOEL PARTNERSHIP<br>SCARSDALE NY 10583 |
| 004402<br>MARTIN J. KATZ CHARITABLE REMAINDER UNITRUST<br>DENVER CO 80293 | 004403<br>MARTIN J. KATZ CHARITABLE REMAINDER UNITRUST<br>DENVER CO 80209 |
| 004404<br>MARTIN J. KATZ CHARITABLE REMAINDER UNITRUST<br>VAIL CO 81657 | 004410<br>MARTIN J. KATZ, AS TRUSTEE, AND AS AN INDIVIDUAL<br>DENVER CO 80209 |
| 004411<br>MARTIN J. KATZ, AS TRUSTEE, AND AS AN INDIVIDUAL<br>DENVER CO 80293 | 004412<br>MARTIN J. KATZ, AS TRUSTEE, AND AS AN INDIVIDUAL<br>VAIL CO 81657 |
| 001380<br>MARTIN LIFTON<br>DELRAY BEACH FL | 001389<br>MARTIN LIFTON<br>BOCA RATON FL 33487 |

Date : 3/17/2011                    Exhibit Pages                          Page # : 83
                              Redacted Version

| | |
|---|---|
| 000095<br>MARTIN R. GALBUT<br>GALBUT & GALBUT, PC<br>2425 E. CAMELBACK ROAD, STE. 1020<br>PHOENIX AZ 85016 | 004934<br>MARTIN R. HARNICK &<br>STEVEN P. NORTON PARTNERS<br>NEW YORK NY 10038 |
| 004936<br>MARTIN R. HARNICK & STEVEN P. NORTON PARTNERS<br>FORT LAUDERDALE FLORIDA 33301-2649 | 001277<br>MARTIN ROSEN<br>NEW YORK NY  10020 |
| 001278<br>MARTIN ROSEN<br>HEWLETT HARBOR NY  11557 | 002640<br>MARTIN S. FOX<br>LIVINGSTON NJ 07039 |
| 002641<br>MARTIN S. FOX<br>MILBURN NEW JERSEY 07041 | 000857<br>MARTIN S. SIEGEL, ESQ.,<br>BROWN RUDNICK LLP<br>7 TIMES SQUARE<br>NEW YORK NY 10036 |
| 003463<br>MARTIN SCHUPAK<br>YONKERS NY 10710 | 003464<br>MARTIN SCHUPAK<br>VALLEY COTTAGE NEW YORK 10989 |
| 005389<br>MARTIN STEINBERG CHARITABLE TRUST (DOMESTIC PORTION)<br>NEW YORK NY 10022 | 005391<br>MARTIN STEINBERG CHARITABLE TRUST<br>(ISRAELI PORTION)<br>NEW YORK NY 10022 |
| 007099<br>MARVIN D. WAXBERG<br>BOYNTON BEACH FLORIDA 33436 | 000677<br>MARVIN KIRSTEN<br>NEW YORK NY 10022 |
| 006854<br>MARVIN L. OLSHAN<br>NEW YORK NEW YORK 10017 | 002023<br>MARY ANN STEFANELLI<br>TOTOWA NJ 07036 |
| 005151<br>MARY E. JOHNSON, AS TRUSTEE AND AS AN INDIVIDUAL<br>WALNUT CREEK CA 94598 | 004989<br>MARY GUIDUCCI<br>MANHASSET NEW YORK 11030 |
| 005022<br>MARY GUIDUCCI<br>MANHASSET NY 11030 | 005385<br>MARY M. DAVIS<br>WESTFIELD NJ 07090 |
| 007044<br>MASHANDA LIMITED<br>GUERNSEY GY1 1LU<br>GUERNSEY, CHANNEL ISLANDS | 006719<br>MASS MUTUAL HOLDING, LLC<br>SPRINGFIELD MASSACHUSETTS 01111 |
| 006721<br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY<br>SPRINGFIELD  MASSACHUSETTS 01111 | 003689<br>MATHEW AND EVELYN BROMS<br>INVESTMENT PARTNERSHIP<br>EDEN PRAIRIE MINNESOTA 55344 |
| 003690<br>MATHEW AND EVELYN BROMS INVESTMENT<br> PARTNERSHIP<br>MINNETONKA MN 55345-3720 | 003692<br>MATHEW BROMS REVOCABLE TRUST<br>MINNETONKA MN 55345-3720 |
| 000675<br>MATHEW L. GLADSTEIN<br>SCARSDALE NY 10583 | 002941<br>MATTHEW B. REISCHER<br>VOORHEES NJ 08043 |
| 005784<br>MATTHEW FITERMAN<br>NAPLES FL 34109 | 004141<br>MATTHEW J. GOLD<br>KLEINBERG, KAPLAN, WOLFF & COHEN<br>551 FIFTH AVENUE<br>NEW YORK NEW YORK 10176 |
| 007624<br>MATTHEW J. GOLD, ESQ.<br>551 FIFTH AVENUE, 18TH FLOOR<br>NEW YORK NY 10176 | 001793<br>MATTHEW KUPILLAS<br>ONE PENNSYLVANIA PLAZA<br>49TH FLOOR<br>NEW YORK NEW YORK 10119 |
| 002826<br>MATTHEW R. KORNREICH DECLARATION<br>OF TRUST DATED JANUARY 20, 2009<br>PALM BEACH GARDENS FLORIDA 33418-3982 | 002827<br>MATTHEW R. KORNREICH DECLARATION<br>OF TRUST DATED JANUARY 20, 2009<br>BOCA RATON FLORIDA 33434-3595 |
| 003047<br>MATTHEW REISCHER<br>VOORHEES NEW JERSEY 08043 | 000730<br>MAURICE HARVEY RUBIN<br>SCOTTSDALE AZ 85255 |

Date : 3/17/2011

| | |
|---|---|
| 005016<br>MAURICE SANDLER<br>VAIL CO 81657 | 005017<br>MAURICE SANDLER<br>OAK BROOK IL 60523 |
| 005018<br>MAURICE SANDLER<br>ALAMO CA 94507 | 002183<br>MAX BLAUNER<br>YONKERS NY 10704 |
| 007218<br>MAX FOLKENFLIK, ESQ.<br>FOLKENFLIK & MCGERITY<br>1500 BROADWAY<br>21ST FLOOR<br>NEW YORK NY 10036 | 003961<br>MAX FOLKENFLIK, ESQ.<br>FOLKENFLIK & MCGERITY<br>1500 BROADWAY, 21ST FLOOR<br>NEW YORK NY 10036 |
| 001929<br>MAX MANDIS<br>MONROE TWP NEW JERSEY 08831 | 007772<br>MAXAM ABSOLUTE RETURN FUND, LTD.<br>CAYMAN ISLANDS |
| 007671<br>MAXINE EISENBERG<br>UNION NEW JERSEY 07083 | 007672<br>MAXINE EISENBERG<br>SHORT HILLS NEW JERSEY 07078 |
| 005734<br>MAXROB, L.P.<br>SYOSSET NY 11791 | 005282<br>MAXWELL GREENGRASS<br>NEW YORK NEW YORK 10022 |
| 005283<br>MAXWELL GREENGRASS<br>NEW YORK NEW YORK 10024 | 002073<br>MAXWELL Y. SIMKIN<br>NORTH PALM BEACH FL 33408 |
| 007115<br>MAYNARD GOLDMAN<br>GRANTHAM NH 03753 | 001844<br>MBE GENERAL, LLC<br>MAPLE GROVE MN 55369 |
| 001843<br>MBE PREFERRED LIMITED PARTNERSHIP<br>MAPLE GROVE MN 55369 | 006408<br>MEDICI S.R.L.<br>ITALY |
| 002906<br>MEGAN BURICH<br>MAPLE GROVE MN 55311 | 002908<br>MEGAN BURICH<br>CORCORAN MINNESOTA 55340 |
| 004559<br>MEGHAN M. AULD<br>WAREHAM MA 02571 | 007737<br>MELISSA L. COHEN<br>NEW YORK NY 10025 |
| 000600<br>MELISSA MYERS<br>NEW YORK NY 10003 | 005651<br>MELISSA PERLEN (A/K/A MELISSA PERLEN GREENBAUM),<br>INDIVIDUALLY AND AS GRANTOR AND BENEFICIARY OF, THE TRUST<br>F/B/O MELISSA PERLEN U/A DATED 9/12/1979<br>KINGS POINT NY 11023 |
| 005428<br>MELVIN B NESSEL FOUNDATION<br>PALM BEACH FL 33480 | 002683<br>MELVIN B. NESSEL 2006 TRUST U/A/D 3/14/06<br>PALM BEACH FL 33480 |
| 002684<br>MELVIN B. NESSEL 2006 TRUST U/A/D 3/14/06<br>PALM BEACH FLORIDA 33480 | 002694<br>MELVIN B. NESSEL REVOCABLE TRUST<br>PALM BEACH FL 33480 |
| 004893<br>MELVIN GELLMAN<br>BOCA RATON FL 33428 | 001507<br>MELVIN MARDER<br>SCARSDALE NY 10583 |
| 000899<br>MELVYN I. WEISS<br>OYSTER BAY NEW YORK 11771 | 000512<br>MERCEDES P. REA<br>SANDS POINT NY 11050 |
| 000582<br>MEREDITH AUFZIEN BAUER<br>MONTCLAIR NEW JERSEY  07042 | 004583<br>MERIDA ASSOCIATES INC.<br>WEST PALM BEACH FL 33406 |
| 001160<br>MERLIN AND ASSOCIATES, LTD.<br>SAN RAFAEL CA 94903 | 004065<br>MERRITT KEVIN AULD<br>SEATTLE WA 98102 |
| 005509<br>MERYL EVENS, AS TRUSTEE FOR THE HO MARITAL<br>APPOINTMENT TRUST AND AS PERSONAL<br>REPRESENTATIVE, AND BENEFICIARY, OF<br>THE ESTATE OF CLAIRE OSHRY<br>PORTLAND OREGON 97209 | 000628<br>MERYL MANN<br>GREAT NECK NY 11024 |

Exhibit Pages
Redacted Version

002301
METRO MOTOR IMPORTS, INC.
MINNEAPOLIS MN 55426

002392
MEYER CAPITAL L.P.
WEST PALM BEACH FL 33406

002389
MEYER MUTUAL FUND, L.C.
WEST PALM BEACH FL 33406

004281
MHERBERT W. HOBISH ARITAL TRUST
UNDER ARTICLE XXII OF
THE HERBERT W. HOBISH LIVING TRUST
ROSLYN NY 11576

007735
MIA M. BRUNO
BROOKLYN NY 11211

003111
MICHAEL A BELLINI
TEANECK NJ 07666-2841

004241
MICHAEL A. HERTZBERG, AS TENANT-IN-COMMON
AND AS AN INDIVIDUAL
AIKEN SC 29803

002675
MICHAEL B. KAUFMAN
MUSKEGON MI 49441

002676
MICHAEL B. KAUFMAN
GRAND RAPIDS MICHIGAN 49508

001674
MICHAEL BIENES, TRUSTEE OF GLENN J. DYDO IRREVOCABLE TRUST U/A
AUGUST 12, 1988
FT. LAUDERDALE FL 33308

007713
MICHAEL D. & L. GAIL SULLIVAN
FORT LAUDERDALE FLORIDA 33308

004812
MICHAEL DAHME
GRANT FL 32949

000728
MICHAEL E. RODICH
MINNEAPOLIS MN 55441

006889
MICHAEL FELDBERG; ALLEN & OVERY LLP
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020

000249
MICHAEL FRENCHMAN
BOCA RATON FL 33432-4886

005303
MICHAEL GINDEL
SAG HARBOR NY 11963

003123
MICHAEL GOLDSTEIN
BROOKLYN NY 11201

000611
MICHAEL HEINE
WESTPORT CT 06880

000059
MICHAEL HURWITZ
NEW YORK NY 10003

001390
MICHAEL I. GOLDBERG
AKERMAN SENTERFITT,
350 EAST LAS OLAS BOULEVARD SUITE 1600
FORT LAUDERDALE FL 33301

004641
MICHAEL I. GOLDBERG
AKERMAN SENTERFITT, 350 EAST LAS OLAS BOULEVARD SUITE 1600
FORT LAUDERDALE FL 33301

000796
MICHAEL J. WEITHORN
SANTA MONICA CA 90402

004873
MICHAEL KATZ AS TRUSTEE
NEW YORK NY 10024

002706
MICHAEL KAUFMAN
GRAND RAPIDS  MI 49508

002707
MICHAEL KAUFMAN
MUSKEGON MI 49441

005327
MICHAEL KLEIN
OJAI CA 93023

005087
MICHAEL LAZARUS
WASHINGTON DC 20036

001070
MICHAEL LEEDS
SYOSSET NEW YORK 11791

000684
MICHAEL LEVINE
MONTPELIER VERMONT  05602

002689
MICHAEL LIEB
PALM BEACH FL 33480

007074
MICHAEL LIEBERBAUM
SARASOTA FL 34239

004816
MICHAEL M. JACOBS
SANTA CRUZ CA 95060-3080

005171
MICHAEL M. JACOBS
SANTA CRUZ CA 95060

000627
MICHAEL MANN
GREAT NECK NY 11024

001774
MICHAEL MATHIAS
FORT PIERCE FL 34949

001569
MICHAEL MCEVOY
FAIR HAVEN NJ 07704

004793
MICHAEL MOST
WEST PALM BEACH FL 33412

004664
MICHAEL N. ROSEN AS EXECUTOR
NEW YORK NY 10021

Date : 3/17/2011

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 004665<br>MICHAEL N. ROSEN AS EXECUTOR<br>NEW YORK NY 10104 | 007716<br>MICHAEL R. DEPAUL, JR., ESQ.<br>REINSEL KUNTZ LESHER LLP<br>1330 BROADCASTING ROAD<br>WYOMISSING PA 19610 |
| 007680<br>MICHAEL R. SWIRNOFF<br>MINNEAPOLIS MINNESOTA 55401 | 007681<br>MICHAEL R. SWIRNOFF<br>LA JOLLA CALIFORNIA 92037 |
| 001537<br>MICHAEL S. BIENES<br>FT. LAUDERDALE FL 33308 | 001675<br>MICHAEL S. BIENES, TRUSTEE OF AVELLINO PENSION PLAN & TRUST<br>FT. LAUDERDALE FL 33308 |
| 000562<br>MICHAEL S. FELDBERG<br>NEW YORK NEW YORK  10128 | 000563<br>MICHAEL S. FELDBERG<br>NEW YORK NEW YORK 10020 |
| 004525<br>MICHAEL S. LEEDS<br>SYOSSET NEW YORK 11791 | 003104<br>MICHAEL SCHWARTZ<br>PLAINSBORO NEW JERSEY 08536 |
| 005286<br>MICHAEL SHRAGE<br>NEW YORK NEW YORK 10016 | 001872<br>MICHAEL STONE<br>LAKE WORTH FLORIDA 33467 |
| 007704<br>MICHAEL SULLIVAN<br>FORT LAUDERDALE FLORIDA 33308 | 007705<br>MICHAEL SULLIVAN<br>FORT LAUDERDALE FLORIDA 33308 |
| 000202<br>MICHAEL V. BLUMENTHAL, ESQ.<br>CROWELL & MORING<br>590 MADISON AVENUE, 20TH FLOOR<br>NEW YORK NEW YORK 10022 | 000594<br>MICHAEL W. SONNENFELDT<br>SOUTHPORT  CT 06890 |
| 000595<br>MICHAEL W. SONNENFELDT<br>NEW YORK NY 10023 | 007107<br>MICHELLE A. RICE, ESQ.<br>ARKIN KAPLAN RICE LLP<br>590 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK NY   10022 |
| 004950<br>MICHELLE GLATER, AS PERSONAL REPRESENTATIVE AND AS A INDIVIDUAL<br>WESTON FL 33331 | 004460<br>MICHELLE GLATER, AS PERSONAL REPRESENTATIVE AND AS AN INDIVIDUAL<br>WESTON FL 33331 |
| 000536<br>MICHELLE S. MARINO<br>BOSTON MASSACHUSETTS 02111 | 005914<br>MID ATLANTIC GROUP INC.<br>RYE NEW YORK 10580 |
| 005915<br>MID ATLANTIC GROUP INC.<br>PURCHASE NEW YORK 10577-2517 | 005484<br>MIGS WOODSIDE<br>SCOTTSDALE AZ  85266 |
| 005485<br>MIGS WOODSIDE<br>NEW YORK NY 10019 | 000554<br>MIKE STEIN<br>PALM BEACH FL 33480 |
| 003176<br>MIKKI L. FINK<br>RANCHO MIRAGE CA 92270 | 004373<br>MILDRED KATZ<br>TAMARAC FL 33319 |
| 004374<br>MILDRED KATZ<br>FLORAL PARK NY 11005 | 000686<br>MILDRED LEVINE<br>DELRAY BEACH FL 33445 |
| 002931<br>MILDRED S. POLAND<br>ROWLEY MA 01969 | 002932<br>MILDRED S. POLAND REVOCABLE TRUST DTD 9/8/87<br>ROWLEY MA 01969 |
| 001943<br>MILDRED SHAPIRO<br>FLUSHING NY 11367 | 005689<br>MILES & SHIRLEY FITERMAN<br>CHARITABLE FOUNDATION<br>PALM BEACH FL 33480 |
| 005690<br>MILES & SHIRLEY FITERMAN<br>CHARITABLE FOUNDATION<br>GOLDEN VALLEY MN 55427 | 005796<br>MILES AND SHIRLEY FITERMAN<br>ENDOWMENT FUND FOR DIGESTIVE DISEASES<br>ROCHESTER MN 55905 |
| 005772<br>MILES FITERMAN FAMILY TRUST<br>GOLDEN VALLEY MN 55427 | 005773<br>MILES FITERMAN FAMILY TRUST<br>PALM BEACH FL 33480 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 005268<br>MILES J. FELTON<br>TUCSON AZ 85715 | 005783<br>MILES Q. FITERMAN II<br>MINNEAPOLIS MN 55408 |
| 005764<br>MILES Q. FITERMAN NON-EXEMPT MARITAL TRUST<br>GOLDEN VALLEY MN 55427 | 005762<br>MILES Q. FITERMAN REVOCABLE TRUST<br>PALM BEACH FL 33480 |
| 005763<br>MILES Q. FITERMAN REVOCABLE TRUST<br>GOLDEN VALLEY MN 55427 | 000638<br>MILTON DAVIS NON EXEMPT<br>MARITAL TRUST U/A 12/13/84<br>BALTIMORE MD 21201 |
| 000639<br>MILTON DAVIS NON EXEMPT<br>MARITAL TRUST U/A 12/13/84<br>BALTIMORE MD 21201 | 000640<br>MILTON DAVIS NON EXEMPT<br>MARITAL TRUST U/A 12/13/84<br>BALTIMORE MD 21201 |
| 000641<br>MILTON DAVIS NON EXEMPT<br>MARITAL TRUST U/A 12/13/84<br>BALTIMORE MD 21201 | 007844<br>MILTON GOLDWORTH<br>NEW YORK NY 10022 |
| 004448<br>MILTON HENDLER RESIDUARY TRUST,<br>AS GENERAL PARTNER OF LUCKY COMPANY<br>LEDGEWOOD NJ 07852 | 004478<br>MILTON HENDLER RESIDUARY TRUST, AS GENERAL PARTNER OF LUCKY<br>COMPANY<br>LEDGEWOOD NJ 07852 |
| 002280<br>MIMI A. GREENBERG<br>WORCESTER MA 01615 | 002279<br>MIMI A. GREENBERG REVOCABLE TRUST<br>WORCESTER MA 01615 |
| 000521<br>MINDY BOSLOW<br>NEW YORK NY 10025 | 003056<br>MINNETONKA MOCCASIN CO., INC.<br>PROFIT SHARING TRUST<br>MINNEAPOLIS MN 55405 |
| 003057<br>MINNETONKA MOCCASIN CO., INC.<br>PROFIT SHARING TRUST<br>MINNEAPOLIS MINNESOTA 55414 | 003058<br>MINNETONKA MOCCASIN CO., INC.<br>PROFIT SHARING TRUST<br>MINNEAPOLIS MINNESOTA 55416 |
| 003059<br>MINNETONKA MOCCASIN CO., INC.<br>PROFIT SHARING TRUST<br>KEY BISCAYNE FLORIDA 33149 | 003063<br>MINNETONKA MOCCASIN COMPANY, INC. PENSION PLAN<br>MINNEAPOLIS MN 55405 |
| 003064<br>MINNETONKA MOCCASIN COMPANY, INC. PENSION PLAN<br>MINNEAPOLIS MINNESOTA 55414 | 003065<br>MINNETONKA MOCCASIN COMPANY, INC. PENSION PLAN<br>MINNEAPOLIS MINNESOTA 55416 |
| 003066<br>MINNETONKA MOCCASIN COMPANY, INC. PENSION PLAN<br>KEY BISCAYNE FLORIDA 33149 | 002020<br>MINOR 1<br>MONTCLAIR NJ 07043 |
| 002021<br>MINOR 2<br>MONTCLAIR NJ 07043 | 002022<br>MINOR 3<br>MONTCLAIR NJ 07043 |
| 002027<br>MINOR 4<br>TOTOWA NJ 07036 | 002028<br>MINOR 5<br>TOTOWA NJ 07036 |
| 002032<br>MINOR 6<br>TOTOWA NJ 07036 | 002033<br>MINOR 7<br>TOTOWA NJ 07036 |
| 001927<br>MIRIAM BEREN<br>DENVER CO 80204 | 000650<br>MIRIAM CHARNO<br>BOCA RATON FL 33487 |
| 003836<br>MIRIAM GOLDBERG<br>DELRAY BEACH FL 33446 | 003868<br>MIRIAM GRABEL<br>NEW YORK NY 10011-8136 |
| 001508<br>MIRIAM MARDER<br>SCARSDALE NY 10583 | 002947<br>MIRIAM ROSS<br>MAPLEWOOD NJ 07040 |
| 002948<br>MIRIAM ROSS<br>KEY BISCAYNE FLORIDA 33149 | 001140<br>MIRZA INAYAT KHAN<br>FAIRFAX CA 94930 |
| 005460<br>MISCORK CORP.<br>SCARSDALE NY 10583 | 005461<br>MISCORK CORP.<br>SCARSDALE NY 10583 |

Date : 3/17/2011

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 005462<br>MISCORK CORP. #1<br>SCARSDALE NY 10583 | 005463<br>MISCORK CORP. #1<br>SCARSDALE NY 10583 |
| 005450<br>MISCORK CORP. RETIREMENT PLAN<br>SCARSDALE NY 10583 | 005451<br>MISCORK CORP. RETIREMENT PLAN<br>SCARSDALE NY 10583 |
| 005452<br>MISCORK CORP. RETIREMENT PLAN<br>SCARSDALE NY 10583 | 005154<br>MISHKIN FAMILY TRUST<br>RIVERDALE NEW YORK 10463 |
| 005156<br>MISHKIN FAMILY TRUST<br>RIVERDALE NEW YORK 10463 | 005157<br>MISHKIN FAMILY TRUST<br>BRONX NEW YORK 10463 |
| 003442<br>MITCHEL CHALEK<br>NEW YORK NY 10023 | 003444<br>MITCHEL CHALEK<br>NEW YORK NEW YORK 10012 |
| 003842<br>MITCHELL GOLDBERG<br>SANTA YNEZ CA 93460 | 004277<br>MITCHELL K. HOBISH AS AN INDIVIDUAL AND AS TRUSTEE<br>MANHATTAN MT 59741 |
| 005817<br>MITCHELL RECHLER<br>GLEN HEAD NY 11545 | 005370<br>MK ANNUITY TRUST<br>LOS ANGELES CA 90064 |
| 000792<br>MLM CHARITABLE REMAINDER UNITRUST<br>NEW YORK NY 10019 | 000793<br>MLM CHARITABLE REMAINDER UNITRUST<br>SCOTTSDALE AZ 85255 |
| 006373<br>MOISHE HARTSTEIN<br>NEW YORK, NY  10169 | 006374<br>MOISHE HARTSTEIN<br>MONSEY NY  10952 |
| 005528<br>MONA PUGLIESE<br>BRITISH VIRGIN ISLANDS | 005566<br>MONICA GREENBERG<br>WASHINGTON D.C. 20008 |
| 000782<br>MONROE KLEIN<br>SCOTTSDALE AZ 85251 | 004752<br>MONTBARRY INCORPORATED<br>MIAMI BEACH FL 33139 |
| 004753<br>MONTBARRY INCORPORATED<br>ROAD TOWN  TORTOLA<br>BRITISH VIRGIN ISLANDS | 004811<br>MONTECITO BANK & TRUST, AS TRUSTEE OF DAHME FAMILY BYPASS<br>TESTAMENTARY TRUST DATED 10/27/76 AND AS TRUSTEE OF TRUST "C"<br>UNDER THE REVOCABLE TRUST FOR COMMUNITY PROPERTY AND SEPARATE<br>PROPERTY OF ROBERT L. DAHME AND DELORES K. DAHME<br>MONTECITO CA 93108 |
| 006633<br>MONTPELLIER RESOURCES LTD.<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS | 006376<br>MORDECHAI LANDAU<br>ISRAEL |
| 006377<br>MORDECHAI LANDAU<br>ISRAEL | 006378<br>MORDECHAI LANDAU<br>AUSTRIA |
| 006379<br>MORDECHAI LANDAU<br>JERUSALEM<br>ISRAEL | 000619<br>MORGAN HALEY HEINE<br>WESTPORT CT 06880 |
| 003521<br>MORRIS BLUM LIVING TRUST<br>N MIAMI BEACH FL 33160 | 003483<br>MORRIS GORRIN<br>BEVERLY HILLS CA 90210 |
| 001984<br>MORRIS TALANSKY GRANTOR RETAINED<br>ANNUITY TRUST DATED 11/12/02<br>GARDEN CITY NEW YORK 11530 | 001985<br>MORRIS TALANSKY GRANTOR RETAINED<br>ANNUITY TRUST DATED 11/12/02<br>WOODSBURGH NY 11598 |
| 001987<br>MORRIS TALANSKY, IN HIS CAPACITY AS TRUSTEE<br>OF THE MORRIS TALANSKY GRANTOR RETAINED<br>ANNUITY TRUST DATED 11/12/02<br>GARDEN CITY NY 11530 | 001988<br>MORRIS TALANSKY, IN HIS CAPACITY AS TRUSTEE<br>OF THE MORRIS TALANSKY GRANTOR RETAINED<br>ANNUITY TRUST DATED 11/12/02<br>WOODSBURGH NY 11598 |
| 001990<br>MORRIS TALANSKY, INDIVIDUALLY<br>WOODSBURGH NY 11598 | 005437<br>MORTON CERTILMAN<br>HEWLETT BAY PARK NY 11557 |

Date : 3/17/2011
Exhibit Pages
Redacted Version
Page # : 89

| | |
|---|---|
| 005438<br>MORTON CERTILMAN<br>EAST MEADOW NY 11554 | 003848<br>MORTON COHEN<br>BOYNTON BEACH FL 33447 |
| 002803<br>MORTON HILL FAMILY TRUST<br>SAN RAFAEL CA 94903 | 003423<br>MORTON J. CHALEK<br>NEW YORK NY 10023 |
| 003426<br>MORTON J. CHALEK<br>NEW YORK NEW YORK 10023 | 004450<br>MORTY WOLOSOFF REVOCABLE TRUST<br>GERMANTOWN NY 12526 |
| 004451<br>MORTY WOLOSOFF REVOCABLE TRUST<br>SHORT HILLS NJ 07078 | 007039<br>MOSES & SINGER LLP<br>ATTN: ALLAN GRAUBERD<br>405 LEXINGTON AVENUE<br>NEW YORK NY 10174-1299 |
| 006679<br>MOUNT CAPITAL ASSET SUBSIDIARY LIMITED<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS | 006681<br>MOUNT CAPITAL ASSET SUBSIDIARY LIMITED<br>ROAD TOWN TORTOLA, VG 1110<br>BRITISH VIRGIN ISLANDS |
| 006676<br>MOUNT CAPITAL FUND LTD<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS | 006678<br>MOUNT CAPITAL FUND LTD<br>ROAD TOWN TORTOLA, VG 1110<br>BRITISH VIRGIN ISLANDS |
| 006682<br>MOUNT CAPITAL LIMITED<br>LONDON SW1Y 6EE<br>ENGLAND | 006405<br>M-TECH SERVICES GMBH<br>AUSTRIA |
| 006755<br>MULTIMANAGER FUND<br>RYE NEW YORK 10580 | 004476<br>MUNCHKINS<br>LEDGEWOOD NJ 07852 |
| 000311<br>MURIEL B. CANTOR<br>PALM BEACH FL 33480 | 007016<br>MURIEL BRODSKY<br>SANDS POINT NY 11050 |
| 000778<br>MURIEL CASPER WEITHORN<br>NEW YORK NY 10019 | 000779<br>MURIEL CASPER WEITHORN<br>SCOTTSDALE AZ 85255 |
| 000498<br>MURIEL EPSTEIN<br>NEW YORK NY 10065 | 003371<br>MURIEL LEDERMAN<br>OAK BROOK IL 60523 |
| 003372<br>MURIEL LEDERMAN<br>NEW YORK NY 10019 | 003564<br>MURIEL SHAPIRO<br>PALM BEACH FL 33480 |
| 005265<br>MURRAY B. FELTON<br>BOCA RATON FL 33434 | 005264<br>MURRAY B. FELTON REVOCABLE TRUST<br>BOCA RATON FL 33434 |
| 001394<br>MURRAY GOLD TRUST<br>FOR THE BENEFIT OF THE GOLD CHILDREN<br>FREMONT CA 94536 | 003665<br>MURRAY HOROWITZ<br>SUGARLAND TX 77478 |
| 000593<br>MUUS INDEPENDENCE FUND L.P.<br>WESTPORT CT 06880 | 002182<br>MWC HOLDINGS LLC<br>YONKERS NY 10704 |
| 004291<br>MYNA M. HERSCHER AS TRUSTOR, TRUSTEE AND AS AN INDIVIDUAL<br>SHERMAN OAKS CA 91423 | 004292<br>MYNA M. HERSCHER AS TRUSTOR, TRUSTEE AND AS AN INDIVIDUAL<br>LOS ANGELES  CA 90049-6833 |
| 003744<br>MYRA CANTOR<br>BOCA RATON FL 33496 | 003745<br>MYRA CANTOR<br>BEECH MOUNTAIN NC 28604 |
| 005836<br>MYRA PERLEN<br>BOCA RATON FL 33434 | 005470<br>MYRA PERLEN REVOCABLE TRUST<br>BOCA RATON FL 33434 |
| 005835<br>MYRA PERLEN TRUSTEE<br>BOCA RATON FL 33434 | 005650<br>MYRA PERLEN, AS TRUSTEE FOR THE<br>TRUST F/B/O MELISSA PERLEN U/A<br>DATED 9/12/1979<br>BOCA RATON FL 33434 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 005471<br>MYRA PERLEN, INDIVIDUALLY AND IN HER CAPACITY AS TRUSTEE OF THE<br>MYRA PERLEN REVOCABLE TRUST<br>BOCA RATON FL 33434 | 003841<br>MYRIAM GOLDBERG I<br>SANTA YNEZ CA 93460 |
| 005028<br>MYRNA L. KOHL<br>WALNUT CREEK CA 94596 | 005631<br>N. R. INVESTMENT ASSOCIATES<br>MOLINE IL 61265 |
| 001925<br>N. ZWI LEITER<br>SCRANTON PA 18510 | 001587<br>N.A.<br>LONG VALLEY NJ 07853 |
| 001580<br>N.A. GRANTOR RETAINED ANNUITY TRUST<br>PALM BEACH FL 33480 | 003685<br>N.R.<br>PALM SPRINGS CA 92264-0275 |
| 000325<br>N.W.<br>BETHESDA MARYLAND 20816 | 000326<br>N.W.<br>BETHESDA MARYLAND 20816 |
| 001946<br>NACHEMA SINGER<br>BROOKLYN NY 11220 | 004929<br>NADINE LANGE LIVING TRUST<br>SAN DIEGO CA 92109 |
| 004927<br>NADINE R. LANGE<br>SAN DIEGO CA 92109 | 002068<br>NANCILEE WYDRA<br>VERO BEACH FL 32963 |
| 003095<br>NANCY ADESS<br>POINT REYES STATION CA 94956 | 000859<br>NANCY ATLAS<br>WAYLAND MA 01778 |
| 001787<br>NANCY B. COLMAN, ESQ.<br>BARITZ & COLMAN LLP<br>1075 BROKEN SOUND PARKWAY, NW<br>SUITE 102<br>BOCA RATON FLORIDA 33487 | 005075<br>NANCY BEHRMAN<br>NEW YORK NY 10075 |
| 003544<br>NANCY DVER COHEN<br>LONGBOAT KEY FLORIDA 34228 | 000612<br>NANCY ELLEN HEINE MOSKOWITZ<br>NEW YORK NY 10021 |
| 001085<br>NANCY ELLEN WEISSER<br>PINEHURST NC 28374 | 005279<br>NANCY GREENGRASS<br>NEW YORK NEW YORK 10022 |
| 002144<br>NANCY J. KAIMOWITZ<br>EFFORT PA 18330 | 002417<br>NANCY J. LAPPIN<br>BOSTON MASSACHUSETTS 02116 |
| 002418<br>NANCY J. LAPPIN<br>SALEM MA 01970 | 002211<br>NANCY J. MARKS<br>PALM BEACH FL 33480 |
| 002209<br>NANCY J. MARKS TRUST 2002<br>PALM BEACH FL 33480 | 000568<br>NANCY KARP<br>BROOKLINE MA 02445 |
| 000569<br>NANCY KARP<br>MASHPEE MASSACHUSETTS 02649 | 005315<br>NANCY L. CAHNERS<br>BROOKLINE MA 02445 |
| 004655<br>NANCY L. ROLLINS AS PERSONAL REPRESENTATIVE, TRUSTEE AND AS AN<br>INDIVIDUAL<br>NEW YORK NY 10028 | 004656<br>NANCY L. ROLLINS AS PERSONAL REPRESENTATIVE, TRUSTEE AND AS AN<br>INDIVIDUAL<br>SOUTHAMPTON NY 11968 |
| 007110<br>NANCY MEDELOW<br>NEW YORK NY 10023 | 003416<br>NANCY O'BRIEN<br>AUSTIN G. BOSARAGE<br>REISMAN PEIREZ & REISMAN LLP<br>1305 FRANKLIN AVENUE, SUITE 270<br>GARDEN CITY NY 11530 |
| 002126<br>NANCY PORTNOY<br>NEW YORK NY 10023 | 002991<br>NANCY S. LURIE<br>MINNETONKA MINNESOTA 55305 |
| 001240<br>NANCY VICTORINE<br>WEST ORANGE NJ  07052 | 007806<br>NANCY ZRAICK<br>BROOKLYN NEW YORK 11228 |

Date : 3/17/2011                          Exhibit Pages                          Page # : 91
                                         Redacted Version

006826                                          006827
NANTUCKET VENTURES LIMITED                       NANTUCKET VENTURES LIMITED
ROAD TOWN TORTOLA                                NEW YORK NY 10022
BRITISH VIRGIN ISLANDS

005280                                          005281
NATALIE GREENGRASS                               NATALIE GREENGRASS
NEW YORK NEW YORK 10022                          ANN ARBOR MICHIGAN

001395                                          001138
NATALIE MILLE REMSEN                             NATHAN B. JOHNSON
DELRAY BEACH  FL 33484                           FAIRFAX CA 94930

002753                                          004108
NATHAN COHEN                                     NATHAN COHEN
PALM BEACH GARDENS FL 33418                      PALM BEACH GARDENS FLORIDA 33418

002750                                          002751
NATHAN COHEN TRUST                               NATHAN COHEN TRUST
PALM BEACH GARDENS FL 33418                      HUNT VALLEY MARYLAND 21030

002752                                          002258
NATHAN COHEN TRUST                               NATHAN GREENBERG
GAINESVILLE FLORIDA 32606                        WORCESTER MA 01615

002259                                          002284
NATHAN GREENBERG                                 NATHAN GREENBERG
WORCESTER MA 01609                               WORCESTER MASSACHUSETTS 01609

002256                                          002257
NATHAN GREENBERG REVOCABLE TRUST                 NATHAN GREENBERG REVOCABLE TRUST
DATED 6/7/1973                                   DATED 6/7/1973
WORCESTER MA 01615                               WORCESTER MA 01609

005267                                          000606
NATHAN KALKA                                     NATHAN KASE
NORTH MIAMI BEACH FL 33180                       NEW YORK NEW YORK 10128

003254                                          003403
NATHAN PLAFSKY                                   NATHAN PLAFSKY
FORT LAUDERDALE FLORIDA 33316                    PALM BEACH FLORIDA 33480

002386                                          003803
NATHAN SACHS                                     NATHAN SCHIFRIN
DALLAS TEXAS 75230                               SCARSDALE NEW YORK  10583

003459                                          003460
NATHAN SHUPAK                                    NATHAN SHUPAK
YONKERS NY 10710                                 BRONX NEW YORK 10471

001392                                          003292
NATHANIEL GOLD (AS INDIVIDUAL AND TRUSTEE)       NEAL D. BARKOFF
FREMONT CA 94536                                 FARMINGTON CONNECTICUT 06052

003293                                          005841
NEAL D. BARKOFF                                  NEAL GOLDMAN
NEW BRITAIN CT 06052                             BROOKLYN NY 11215

004553                                          004335
NEAL J. NISSEL, AS TRUSTEE OF THE CHARLOTTE M. MARDEN    NEAL KAYES
IRREVOCABLE INSURANCE TRUST                      POLAND OH 44514
NEW YORK NY 10017

002654                                          001121
NEAL KURN                                        NEAL S. KAUFMAN
PHOENIX AZ 85012                                 NEW YORK NY  10021

003846                                          002155
NECHAMA GOLDBERG                                 NEIL I. SELL
BROOKLINE MA 02446                               C/O MASLON EDELMAN BORMAN & BRAND LLP,
                                                 3300 WELLS FARGO CENTER,
                                                 90 SOUTH SEVENTH STREET
                                                 MINNEAPOLIS MINNESOTA 55402

002156                                          002157
NEIL I. SELL                                     NEIL I. SELL
LAS VEGAS NV 89109                               C/O MASLON EDELMAN BORMAN & BRAND LLP,
                                                 3300 WELLS FARGO CENTER,
                                                 90 SOUTH SEVENTH STREET
                                                 MINNEAPOLIS MINNESOTA 55402

002360                                          002361
NEIL N. LAPIDUS                                  NEIL N. LAPIDUS
FORT LEE NJ 07024                                MINNEAPOLIS MINNESOTA 55405

Date : 3/17/2011
**Exhibit Pages**
**Redacted Version**
Page # : 92

| | |
|---|---|
| 005924<br>NEIL R. ZIESES<br>NEW YORK NEW YORK 10028 | 006102<br>NEIL REGER<br>BOCA RATON FL 33487 |
| 006104<br>NEIL REGER PROFIT SHARING KEOGH<br>BOCA RATON FL 33487 | 003872<br>NEIL S. GOLDMAN<br>(EXECUTOR OF THE ESTATE OF MEYER GOLDMAN)<br>RYE NY 10580 |
| 005129<br>NELL HEFFNER<br>EAST HAMPTON NY 11937 | 004945<br>NELSON C. KESHEN, ESQ., AND BRIAN W. PARISER, ESQ.<br>9155 SOUTH DADELAND BLVD., PH-1, STE. 1718<br>MIAMI FL 33156 |
| 006372<br>NETTY BLAU<br>AUSTRIA | 005843<br>NEUBERGER BERMAN, LLC<br>NEW YORK NY 10158 |
| 005844<br>NEUBERGER BERMAN, LLC<br>ALBANY NY 12207-2543 | 004625<br>N-HIGHMARK LLC<br>NEW YORK NY 10017 |
| 004626<br>N-HIGHMARK LLC<br>WILLMINGTON DE 19808 | 003549<br>NICHOLAS W.O. FEFFER<br>NEW YORK NY 10005 |
| 003550<br>NICHOLAS W.O. FEFFER<br>NEW YORK NEW YORK 10036 | 003963<br>NICOLE GIRARD<br>NEW YORK NY 10019 |
| 003964<br>NICOLE GIRARD<br>NEW CANAAN CT 06840 | 003035<br>NICOLETTE WERNICK<br>BLOOMFIELD CT 06002 |
| 003036<br>NICOLETTE WERNICK<br>BOSTON MA 02110 | 003029<br>NICOLETTE WERNICK NOMINEE PARTNERSHIP<br>BOSTON MA 02110 |
| 000895<br>NINA WOLPOW<br>WELLESLEY MA 02481 | 004632<br>NINE THIRTY CAPITAL PARTNERS, LLC<br>NEW YORK NY 10019 |
| 004633<br>NINE THIRTY CAPITAL PARTNERS, LLC<br>WILLMINGTON DE 19808 | 004630<br>NINE THIRTY LL INVESTMENTS, LLC<br>NEW YORK NY 10019 |
| 004631<br>NINE THIRTY LL INVESTMENTS, LLC<br>WILLMINGTON DE 19808 | 004636<br>NINE THIRTY PARTNERS HOLDINGS, LLC<br>WILLMINGTON DE 19808 |
| 004268<br>NINTH STREET PARTNERS LTD.<br>F/K/A HELLER BROS. PARTNERSHIP LTD.<br>WINTER PARK FL 32789 | 004629<br>NOAH U. SPRINGER<br>GRAFTON MA 01519 |
| 001243<br>NOEL LEVINE<br>CHICAGO IL 60610 | 007005<br>NOMURA BANK INTERNATIONAL PLC<br>ENGLAND |
| 007006<br>NOMURA BANK INTERNATIONAL PLC<br>ENGLAND | 004283<br>NON MARITAL TRUST UNDER ARTICLE XXII OF THE HERBERT W. HOBISH<br>LIVING TRUST<br>ROSLYN NY 11576 |
| 004284<br>NON MARITAL TRUST UNDER ARTICLE XXII OF THE HERBERT W. HOBISH<br>LIVING TRUST<br>MANHATTAN MT 59741 | 002108<br>NORCA MARITAL TRUST C/O LOU STERN, RUSSELL STERN AND THEODORE WM<br>TASHLIK, TRUSTEES<br>PORT WASHINGTON NEW YORK 11050-1911 |
| 002109<br>NORCA MARITAL TRUST C/O LOU STERN, RUSSELL STERN AND THEODORE WM<br>TASHLIK, TRUSTEES<br>PORT WASHINGTON NEW YORK 11050-1113 | 002110<br>NORCA MARITAL TRUST C/O LOU STERN, RUSSELL STERN AND THEODORE WM<br>TASHLIK, TRUSTEES<br>GREAT NECK NY 11021 |
| 003156<br>NORMA FISHBEIN<br>TAMARAC FL 33319 | 003985<br>NORMA FISHBEIN<br>ARMONK NY 10504 |
| 003153<br>NORMA FISHBEIN REVOCABLE TRUST DTD 3/21/90<br>ARMONK NY 10504 | 003154<br>NORMA FISHBEIN REVOCABLE TRUST DTD 3/21/90<br>TAMARAC FL 33319 |
| 000579<br>NORMA K. AUFZIEN<br>FAIRFIELD NEW JERSEY 07004 | 000580<br>NORMA K. AUFZIEN<br>BOONTON NEW JERSEY  07005 |

Date : 3/17/2011                    Exhibit Pages                    Page # : 93
                              Redacted Version

| | |
|---|---|
| 000581<br>NORMA K. AUFZIEN<br>TAMARAC FLORIDA 33319 | 001270<br>NORMA SHAPIRO<br>PALM BEACH FL 33480 |
| 001272<br>NORMA SHAPIRO DECLARATION OF TRUST<br>UNDER AGREEMENT DATED 9/16/2008,<br>REVOCABLE TRUST<br>PALM BEACH FL 33480 | 003525<br>NORMAN BLUM FAMILY TRUST<br>N MIAMI BEACH FL 33160 |
| 003526<br>NORMAN BLUM NON-EXEMPT FAMILY TRUST<br>N MIAMI BEACH FL 33160 | 003522<br>NORMAN J. BLUM<br>N MIAMI BEACH FL 33160 |
| 004701<br>NORMAN J. COHEN TRUST<br>DATED NOVEMBER 15 2007<br>BOYNTON BEACH FL 33436 | 004702<br>NORMAN J. COHEN TRUST<br>DATED NOVEMBER 15 2007<br>WEST DOVER VT 05356 |
| 004700<br>NORMAN J. COHEN TRUST<br>DATED NOVEMBER 15 2007<br>SYOSETT NY 11791 | 004704<br>NORMAN J. COHEN<br>AS TRUSTOR, AS TRUSTEE AND AS AN INDIVIDUAL<br>BOYNTON BEACH FL 33436 |
| 004705<br>NORMAN J. COHEN<br>AS TRUSTOR, AS TRUSTEE AND AS AN INDIVIDUAL<br>WEST DOVER VT 05356 | 004706<br>NORMAN J. COHEN<br>AS TRUSTOR, AS TRUSTEE AND AS AN INDIVIDUAL<br>SYOSETT NY 11791 |
| 004657<br>NORMAN ROBBINS AS TRUSTEE AND AS AN INDIVIDUAL<br>ROSLYN HEIGHTS NEW YORK 11577 | 002053<br>NORTH NASSAU CARDIOLOGY ASSOCIATES, P.C.<br>DEFINED BENEFIT PENSION PLAN<br>GLEN COVE NY 11542 |
| 000422<br>NORTH RIVER MEWS ASSOCIATES LLC<br>EDGEWATER NJ 07020 | 005407<br>NORTH SHORE CHILD & FAMILY<br>GUIDANCE ASSOCIATION INC<br>ROSLYN HEIGHTS NY 11577 |
| 002692<br>NORTHERN TRUST N.A.<br>CHICAGO ILLINOIS 60675 | 002693<br>NORTHERN TRUST N.A.<br>PLANTATION FLORIDA 33324 |
| 000910<br>NORTON A. EISENBERG<br>ASPEN CO 81611 | 000912<br>NORTON A. EISENBERG<br>NEW YORK NY 10028 |
| 006027<br>NORTON S. ROSENSWEIG<br>SCARSDALE NEW YORK 10583 | 004746<br>NUR C. GANGJI TRUST DATED 10/16/00<br>VIENNA VA 22180 |
| 004750<br>NUR C. GANGJI, AS TRUSTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>VIENNA VA 22180 | 004546<br>O.G.A.<br>SEATTLE WASHINGTON 98102 |
| 001081<br>OAKDALE FOUNDATION INC<br>PALM BEACH  FLORIDA  33480 | 000227<br>O'HARA FAMILY PARTNERSHIP<br>MALVERNE NY 11565 |
| 006637<br>OLYMPUS ASSETS LDC<br>GEORGE TOWN GRAND CAYMAN<br>CAYMAN ISLANDS | 006638<br>OLYMPUS ASSETS LDC<br>GEORGE TOWN GRAND CAYMAN<br>CAYMAN ISLANDS |
| 005665<br>OMEGA ASSET MANAGEMENT LLC<br>WILMINGTON DE 19808 | 005666<br>OMEGA ASSET MANAGEMENT LLC<br>MINNEAPOLIS MN 55405 |
| 000806<br>ONESCO INTERNATIONAL LTD TRIDENT CHAMBERS<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS | 000808<br>ONESCO INTERNATIONAL LTD TRIDENT CHAMBERS<br>KOWLOON HONG KONG<br>CHINA |
| 000807<br>ONESCO INTERNATIONAL LTD<br>TRIDENT CHAMBERS<br>CARBONDALE CO 81623 | 006717<br>OPENHEIMER ACQUISITION CORPORATION<br>NEW YORK NEW YORK 10281 |
| 005802<br>ORCONSULT S.A.<br>ZURICH  8045<br>SWITZERLAND | 005803<br>ORCONSULT S.A.<br>ZURICH  8004<br>SWITZERLAND |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 006684<br>OREADES SICAV, REPRESENTED BY ITS LIQUIDATOR INTER<br>INVESTISSEMENTS S.A.<br>LUXEMBOURG | 001253<br>OSCAR L. GERBER RESIDUARY TRUST A<br>LAKE FOREST IL 60045 |
| 001254<br>OSCAR L. GERBER RESIDUARY TRUST B<br>LAKE FOREST IL 60045 | 002909<br>OSCAR PALMER<br>MAPLE GROVE MN 55311 |
| 002911<br>OSCAR PALMER<br>MAPLE GROVE MINNESOTA 55311 | 001521<br>OSNAT DODELSON<br>ISRAEL |
| 007880<br>OSTRIN FAMILY PARTNERSHIP<br>GENERAL PARTNERSHIP<br>SAN RAFAEL CALIFORNIA 94903 | 007881<br>OSTRIN FAMILY PARTNERSHIP<br>LIMITED PARTNERSHIP<br>SAN RAFAEL CALIFORNIA 94903 |
| 001146<br>OWEN BUCKMASTER<br>TAHOE CITY CA 96145 | 007703<br>P&S ASSOCIATES<br>FORT LAUDERDALE FLORIDA 33308 |
| 000345<br>P. CHARLES GABRIELE<br>NAPLES FL 34105 | 002656<br>P.B. ROBCO, INC.<br>SAINT-FAUSTIN-LAC-CARRE QUEBEC J0T 1J3<br>CANADA |
| 000473<br>P.Z.<br>WOODMERE NY 11598 | 000474<br>P.Z.<br>WOODMERE NY 11598 |
| 006353<br>PALKO ASSOCIATES<br>WYOMISSING PA 19610 | 006386<br>PALLADIUM CAPITAL ADVISORS LLC<br>NEW YORK NY  10169 |
| 006387<br>PALLADIUM CAPITAL ADVISORS LLC<br>ALBANY NEW YORK 12231-0001 | 002884<br>PALMER FAMILY TRUST<br>MAPLE GROVE MN 55311 |
| 002886<br>PALMER FAMILY TRUST<br>RAPID CITY SOUTH DAKOTA 57709 | 007010<br>PALMER FUND MANAGEMENT SERVICES LIMITED<br>GUERNSEY, CHANNEL ISLANDS |
| 004659<br>PAMELA CAMACHO AKA PAMELA L. ROLLINS AKA PAMELA ROLLINS CAMACHO<br>NEW YORK NY 10028 | 007112<br>PAMELA CHRISTIAN<br>RIDGEWOOD NJ 07450 |
| 007901<br>PAMELA GERONEMUS<br>BOCA RATON FLORIDA 33486 | 004462<br>PAMELA HARNICK<br>ANN ARBOR MI 48103 |
| 004952<br>PAMELA HARNICK<br>ANN ARBOR MI 48103 | 002572<br>PAMELA K. MARXEN<br>CORCORAN MINNESOTA 55340 |
| 001837<br>PANAGIOTIS SAKELLARIOU SETTLEMENT,<br>AN IRREVOCABLE TRUST U/A/D 12/17/92<br>NASSAU<br>BAHAMAS | 006698<br>PARTNERS ADVISERS S.A.<br>CH-1204 GENEVA<br>SWITZERLAND |
| 001775<br>PARVIN AMINOLROAYA<br>SEEGER WEISS LLP<br>ONE WILLIAM STREET NEW YORK<br>NEW YORK NY 10004 | 001247<br>PATI H. GERBER<br>LAKE FOREST IL 60045 |
| 001248<br>PATI H. GERBER 1997 TRUST<br>LAKE FOREST IL 60045 | 001255<br>PATI H. GERBER LTD.<br>LAKE FOREST IL 60045 |
| 006856<br>PATRICE KNOBEL<br>VAIL CO 81657 | 004556<br>PATRICE M. AULD<br>SEATTLE WASHINGTON 98102 |
| 004063<br>PATRICE M. AULD<br>SEATTLE WA 98102 | 004533<br>PATRICE M. AULD<br>SEATTLE WA 98102 |
| 004572<br>PATRICE M. AULD, AS TRUSTEE, AS PERSONAL REPRESENTATIVE, AND AS<br>AN INDIVIDUAL<br>SEATTLE  WA 98102 | 004122<br>PATRICE M. AULD,<br>AS TRUSTEE OF THE BERNARD MARDEN PROFIT SHARING PLAN<br>SEATTLE WA 98102 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 007747<br>PATRICIA A. THACKRAY<br>NEW YORK NEW YORK 10025 | 004522<br>PATRICIA C. LYNCH<br>EDWARDS CO 81632 |
| 002630<br>PATRICIA H. HEER<br>DUANE MORRIS LLP<br>1540 BROADWAY<br>NEW YORK NY 10036-4086 | 005869<br>PATRICIA H. HEER, ESQ.<br>DUANE MORRIS LLP<br>1540 BROADWAY<br>NEW YORK NY 10036-4086 |
| 005867<br>PATRICIA H. HEER, ESQ.<br>DUANE MORRIS LLP<br>1540 BROADWAY<br>NEW YORK NY 10036-4086 | 003568<br>PATRICIA H. HEER, ESQ.<br>DUANE MORRIS LLP<br>1540 BROADWAY<br>NEW YORK NY 10036-4086 |
| 002478<br>PATRICIA H. HEER, ESQ.,<br>DUANE MORRIS LLP<br>1540 BROADWAY<br>NEW YORK NY 10036-4086 | 002489<br>PATRICIA H. HEER, ESQ.,<br>DUANE MORRIS LLP<br>1540 BROADWAY<br>NEW YORK NY 10036-4086 |
| 002482<br>PATRICIA H. HEER, ESQ.,<br>DUANE MORRIS LLP<br>1540 BROADWAY<br>NEW YORK NY 10036-4086 | 002527<br>PATRICIA H. HEER,<br>DUANE MORRIS LLP<br>1540 BROADWAY<br>NEW YORK NY 10036-4086 |
| 002031<br>PATRICIA MORETTA<br>TOTOWA NJ 07036 | 000172<br>PATRICIA SAMUELS<br>DIX HILLS NEW YORK  11746 |
| 000198<br>PATRICIA SAMUELS<br>DIX HILLS NY 11746 | 007625<br>PATRICIA VINNECOUR<br>WEST HILLS CA 91307 |
| 007807<br>PATRICIA ZRAICK DELUCA<br>BROOKLYN NEW YORK 11209 | 006979<br>PATRICK LITTAYE<br>BELGIUM |
| 002737<br>PATTY BLUM KUSSELL<br>WAYLAND MA 01778 | 000726<br>PAUL A. BENENSON<br>MINNEAPOLIS MN 55441 |
| 000418<br>PAUL ALLEN<br>THOUSAND OAKS CA 91360 | 005357<br>PAUL ALPERN RESIDUARY TRUST<br>EAST ROCKAWAY NY 11518 |
| 002511<br>PAUL D. KUNIN<br>OAK BROOK IL 60523 | 002512<br>PAUL D. KUNIN<br>ST. LOUIS PARK MN 55415 |
| 002513<br>PAUL D. KUNIN REVOCABLE TRUST<br>ST. LOUIS PARK MN 55415 | 002514<br>PAUL D. KUNIN REVOCABLE TRUST<br>OAK BROOK IL 60523 |
| 003634<br>PAUL D. LEVY<br>WELLESLEY MA 02481 | 003636<br>PAUL D. LEVY<br>WESTPORT CONNECTICUT 06880 |
| 003613<br>PAUL D. LEVY 1989 TRUST<br>U/T/D DECEMBER 21, 1989<br>WELLESLEY MA 02481 | 006393<br>PAUL DE SURY<br>ITALY |
| 006394<br>PAUL DE SURY<br>ITALY | 006355<br>PAUL J. KOZLOFF<br>WYOMISSING PA 19610 |
| 007071<br>PAUL KUNIN<br>OAK BROOK IL 60523 | 007072<br>PAUL KUNIN<br>ST. LOUIS PARK MN 55415 |
| 007073<br>PAUL KUNIN<br>MINNETONKA MN 55305 | 000339<br>PAUL L. FLICKER<br>NAPLES FL 34110-6410 |
| 000341<br>PAUL L. FLICKER TRUST<br>NAPLES FL 34110-6410 | 000654<br>PAUL L. LOEB<br>HIGHLAND PARK ILLINOIS 60035 |
| 000653<br>PAUL L. LOEB LIVING TRUST<br>HIGHLAND PARK ILLINOIS 60035 | 006661<br>PAUL LAPLUME<br>LUXEMBOURG |

Date : 3/17/2011                          Exhibit Pages                          Page # : 96
Redacted Version

004378
PAUL M. KELLEY, ESQ.
DONFELD, KELLEY & ROLLMAN
11845 W. OLYMPIC BLVD., SUITE 1245
LOS ANGELES CA 90064

005402
PAUL MEYER
695 TOWN CENTER DR.
SUITE 875
COSTA MESA CA 92626

003786
PAUL R. COMEAU
PALM BEACH FLORIDA 33480

002685
PAUL RAMPELL
PALM BEACH FL 33480

005673
PAUL RAMPELL, ESQ.
400 ROYAL PALM WAY, SUITE 410
PALM BEACH FL  33480

005902
PAUL S. SHURMAN
MELVILLE NY 11747

005900
PAUL S. SHURMAN
EXECUTOR OF THE ESTATES OF
JACK SHURMAN AND HELEN SHURMAN
MELVILLE NY 11747

005467
PAUL S. SHURMAN,
IN HIS CAPACITY AS CO-TRUSTEE OF THE IDA FISHMAN REVOCABLE TRUST
DIX HILLS NY 11746

000919
PAUL S. TEIRSTEIN
LA JOLLA CA 92037

003461
PAUL SCHUPAK
YONKERS NY 10710

003462
PAUL SCHUPAK
WHITE PLAINS NEW YORK 10605

005945
PAUL SUDMAN
NORWOOD MA 02062

002942
PAUL VOYNOW
WASHINGTON CROSSING PA 18977

003049
PAUL VOYNOW
WASHINGTON CROSSING PENNSYLVANIA 18977

002390
PAULE MAPES
WEST PALM BEACH FL 33406

001409
PAULINE FELDMAN
WOODMERE NY 11598

002620
PCG LIMITED PARTNERSHIP
PALM BEACH FL 33480

000928
PECORELLA INVESTMENT GROUP, LLC
BROCKPORT NY 14420

000303
PENNY PESATURO
ROWLEY MA 01969

000117
PENSCO TRUST COMPANY
PORTSMOUTH NH 03801

003727
PERETZ BERKOWITZ
BROOKLYN NY 11210

000915
PERGAMENT EQUITIES LLC
WOODBURY NY 11797

000916
PERGAMENT EQUITIES LLC
NEW YORK NY 10022

000705
PERI ARENAS
NEW YORK NY 10065

007633
PERINVEST MARKET NEUTRAL FUND
HAMILTON HM11
BERMUDA

002217
PERSKY FAMILY TRUST
WEST WARREN MA 01092

007833
PETCARERX, INC.
LYNBROOK NY 11563

001211
PETER B. MADOFF,
AS EXECUTOR OF THE ESTATE OF GLADYS C. LURIA
AND AS TRUSTEE OF THE TRUST U/A VIII
OF THE WILL OF GLADYS C. LURIA
 F/B/O CARL T. FISHER
OLD WESTBURY NY 11568

001200
PETER B. MADOFF, IN HIS CAPACITY AS TRUSTEE
OF THE TRUST U/A VI OF THE WILL
OF GLADYS C. LURIA
F/B/O JOAN L. FISHER AND TRUSTEE
OF THE TRUST U/A VII OF
THE WILL OF GLADYS C. LURIA
F/B/O JOAN L. FISHER
OLD WESTBURY NEW YORK 11568

005373
PETER D. GREENE, LOWENSTEIN SANDLER PC
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

005942
PETER D. KAMENSTEIN
NORTH SALEM NY 10560

003932
PETER D. MORGENSTERN, ESQ.
MORGENSTERN & BLUE, LLC
885 THIRD AVENUE
NEW YORK NY 10022

003359
PETER E. SHAPIRO
ARNSTEIN & LEHR LLP
200 EAST LAS OLAS BOULEVARD, SUITE 1700
FORT LAUDERDALE FLORIDA 33301-2299

002622
PETER G. CHERNIS
PALM BEACH FL 33480

| | |
|---|---|
| 002623<br>PETER G. CHERNIS<br>NEWTON MASSACHUSETTS 02459 | 002634<br>PETER G. CHERNIS<br>PALM BEACH FLORIDA 33480 |
| 002635<br>PETER G. CHERNIS<br>NEWTON MA 02159 | 002740<br>PETER G. CHERNIS<br>NEWTON MA 02459 |
| 002741<br>PETER G. CHERNIS<br>PALM BEACH FLORIDA 33480 | 002746<br>PETER G. CHERNIS<br>NEWTON MA 02459 |
| 002738<br>PETER G. CHERNIS REVOCABLE TRUST DTD 1/16/87<br>NEWTON MA 02459 | 006328<br>PETER GOLD<br>C/O BRIAN MADDOX, LAX & NEVILLE, LLP<br>1412 BROADWAY<br>SUITE 1407<br>NEW YORK NY  10018 |
| 000356<br>PETER GOODMAN<br>HALLANDALE BEACH FL 33009-5945 | 005328<br>PETER GROSSMAN<br>HEWLETT,  NY 11557 |
| 005579<br>PETER H. SMITH, INDIVIDUALLY AND AS A JOINT TENANT<br>PORTLAND OR 97209 | 004487<br>PETER J. CLEARY<br>NORWALK CONNECTICUT 06850 |
| 002419<br>PETER J. LAPPIN<br>BEVERLY MASSACHUSETTS 01915 | 002420<br>PETER J. LAPPIN<br>SALEM MA 01970 |
| 003968<br>PETER JOSEPH<br>BRONX NY 10471 | 006855<br>PETER KNOBEL<br>VAIL CO 81657 |
| 003321<br>PETER LONDA<br>NORWALK CONNECTICUT 06853 | 005886<br>PETER N. SORKIN<br>BROOKLYN NY 11209 |
| 002846<br>PETER REIST<br>KATZ SAPPER & MILLER<br>800 EAST 96TH STREET, SUITE 500<br>INDIANAPOLIS IN 46240 | 006413<br>PETER SCHEITHAUER<br>AUSTRIA |
| 003451<br>PETER TZANNES<br>NEW YORK NY 10023 | 003453<br>PETER TZANNES<br>NEW YORK NEW YORK 10009 |
| 001857<br>PG MARKETING, INC., IN ITS CAPACITY AS TRUSTEE<br>FOR THE BENEFIT OF THE JPT REINSURANCE CO., LTD.<br>PORTFOLIO TRUST UNDER SEPARATE AGREEMENT<br>DATED 6/1/98<br>DALLAS TX 75254 | 005318<br>PHILIP CAHNERS<br>BARRINGTON RI 02806 |
| 007041<br>PHILIP D. ANKER<br>WILMERHALE<br>399 PARK AVENUE<br>NEW YORK NY 10022 | 000507<br>PHILIP DATLOF<br>BOCA RATON FL 33496-2485 |
| 000681<br>PHILIP F. PALMEDO<br>ST. JAMES NY 11780 | 000360<br>PHILIP GOODMAN<br>ROSLYN NY 11576 |
| 007053<br>PHILIP SUSSWEIN<br>PROSKAUER ROSE LLP<br>1585 BROADWAY<br>NEW YORK NY 10036 | 000048<br>PHILIP TIERNEY<br>MCLEAN VA 22102-4215 |
| 002577<br>PHILLIP A SCHNEIDER<br>OAK BROOK IL 60523 | 002578<br>PHILLIP A SCHNEIDER<br>MINNETONKA MINNESOTA 55305 |
| 000065<br>PHILLIP TIERNEY<br>MCLEAN VA 22102-4215 | 004209<br>PHILLIS GARLICK, AS PERSONAL REPRESENTATIVE, AS TRUSTEE, AND AS<br>AN INDIVIDAUL<br>LONGBOAT KEY FL 34228 |
| 005526<br>PHOENIX LAKE, LTD.<br>CATEMADERA CA 94925 | 003826<br>PHYLLIS A. GEORGE<br>LEXINGTON KY 40502 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 002938<br>PHYLLIS B. REISCHER<br>KEY BISCAYNE FL 33149 | 003045<br>PHYLLIS B. REISCHER<br>KEY BISCAYNE FL 33149 |
| 003044<br>PHYLLIS B. REISCHER TRUST<br>KEY BISCAYNE FL 33149 | 000315<br>PHYLLIS COHEN<br>BOYNTON BEACH FLORIDA 33437 |
| 007091<br>PHYLLIS GREENBERGER<br>WASHINGTON DC 20015 | 001053<br>PHYLLIS GREENMAN<br>DELRAY BEACH FL 33445 |
| 000203<br>PHYLLIS KUGEL<br>MANHASSET NY 11030 | 004490<br>PHYLLIS M. ELDRIDGE<br>WESTPORT CONNECTICUT 06880 |
| 003811<br>PHYLLIS NEEDLEMAN<br>LYNBROOK NEW YORK 11563 | 005306<br>PHYLLIS S. MANKO<br>PORT WASHINGTON NY 11050 |
| 005527<br>PIERRE CAROLINE<br>BRITISH VIRGIN ISLANDS | 006974<br>PIERRE DELANDMETER<br>LUXEMBOURG |
| 001804<br>PISETZNER FAMILY LIMITED PARTNERSHIP<br>GLENCOE ILLINOIS 60022 | 001805<br>PISETZNER FAMILY LIMITED PARTNERSHIP<br>CHICAGO ILLINOIS  60611 |
| 003392<br>PLACON2<br>HILLSIDE NJ 07205 | 003250<br>PLAFSKY FAMILY LLC RETIREMENT PLAN<br>FORT LAUDERDALE FLORIDA 33316 |
| 004870<br>PLAY IT AGAIN TRUST<br>CHICAGO IL 60657 | 005884<br>PNS TRUST<br>EAST HILLS NY 11576 |
| 000887<br>POMPART LLC<br>HARRISON NY  10528 | 002096<br>POSTER BROTHERS, LP<br>BOCA RATON FL 33496 |
| 005395<br>POTAMKIN FAMILY FOUNDATION, INC.<br>MIAMI LAKES FL  33104 | 001519<br>PREMERO INVESTMENT LTD.<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS |
| 001520<br>PREMERO INVESTMENT LTD. II<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS | 002825<br>PROSKAUER ROSE LLP<br>C/O JAY D WAXENBERG, ESQ.<br>1585 BROADWAY<br>NEW YORK NEW YORK 10036 |
| 002834<br>PROSKAUER ROSE LLP<br>C/O JAY D WAXENBERG, ESQ.<br>1585 BROADWAY<br>NEW YORK NEW YORK 10036 | 000843<br>PROSPECT CAPITAL PARTNERS<br>NEW YORK NY 10016 |
| 000844<br>PROSPECT HILL FOUNDATION<br>NEW YORK NY 10016 | 004562<br>PRYOR CASHMAN, LLP, ATTN: RICHARD LEVY, JR, ESQ<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036 |
| 004119<br>PRYOR CASHMAN, LP<br>ATTN: RICHARD LEVY, JR, ESQ<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036 | 005244<br>PSCCSI, INC.<br>WESTPORT CT 06880 |
| 005245<br>PSCCSI, INC.<br>WILTON CT 06897 | 005380<br>PULVER FAMILY FOUNDATION, INC.<br>PALM BEACH GARDENS FL 33410 |
| 005382<br>PULVER FAMILY FOUNDATION, INC.<br>PALM BEACH GARDENS FL 33410 | 005383<br>PULVER FAMILY FOUNDATION, INC.<br>PALM BEACH GARDENS FL 33410 |
| 004169<br>QTIP MARITAL TRUST UNDER ARTICLE VIII<br>OF THE WALTER J. GROSS REVOCABLE TRUST<br>KINGS POINT NY 11024 | 005567<br>QUALIFIED TERMINABLE INTEREST PROPERTY TRUST<br>FOR THE BENEFIT OF MONICA GREENBERG, AS<br>ESTABLISHED UNDER THE LAST WILL AND TESTAMENT<br>OF HERMEN GREENBERG<br>WASHINGTON D.C. 20036 |

Date : 3/17/2011                          Exhibit Pages                          Page # : 99
                                        Redacted Version

| | |
|---|---|
| 005430<br>QUEENSGATE FOUNDATION<br>NEW YORK NY 10019 | 000159<br>R&H TRUST CO. (JERSEY) LIMITED<br>ST. HELIER   JE4 8PW<br>JERSEY, CHANNEL ISLANDS |
| 000893<br>R. BRADFORD MALT, IN HIS CAPACITY<br>AS TRUSTEE OF THE MARC B. WOLPOW,<br>1995 FAMILY TRUST<br>BOSTON MA 02108 | 005365<br>R. JAMES BRENNER<br>SAN FRANCISCO CA 94116 |
| 000413<br>R.D.A.<br>WOODMERE NEW YORK 11598 | 000414<br>R.D.A.<br>WOODMERE NEW YORK 11598 |
| 005287<br>R.H.<br>LARCHMONT NY 10538 | 005288<br>R.H.<br>LARCHMONT NY  10538 |
| 005289<br>R.H.<br>LARCHMONT NY  10538 | 005291<br>R.H.<br>LARCHMONT NY 10538 |
| 005292<br>R.H.<br>LARCHMONT NY  10538 | 005293<br>R.H.<br>LARCHMONT NY  10538 |
| 001524<br>R.H. BOOK LLC<br>NEW CITY NEW YORK 10956 | 004649<br>R.L.R.<br>SINKING SPRING PENNSYLVANIA 19608 |
| 003133<br>RAANAN SMELIN<br>OAK BROOK IL 60523 | 003134<br>RAANAN SMELIN<br>NEW YORK NEW YORK 10023 |
| 001942<br>RABBI SOLOMON B. SHAPIRO<br>FLUSHING NY 11367 | 005317<br>RACHEL LEE CAHNERS CAVENEY<br>NATICK  MA 01760 |
| 003840<br>RACHEL SCHMIDT<br>SANTA BARBARA CALIFORNIA 93109 | 002648<br>RACHEL SCHWAY<br>LIVINGSTON NJ 07039 |
| 000873<br>RADCLIFF INVESTMENTS LTD.<br>GEORGETOWN<br>CAYMAN ISLANDS | 000156<br>RADCLIFFES TRUSTEE COMPANY SA<br>1211 GENEVA 1<br>SWITZERLAND |
| 004640<br>RADOSH PARTNERS<br>LIGHTHOUSE POINT FL 33064 | 006640<br>RAFAEL MAYER<br>NEW YORK NY 10128 |
| 001139<br>RALEIGH BUCKMASTER, SR.<br>LANSING IOWA 52151 | 001144<br>RALEIGH DOW BUCKMASTER, JR.<br>BIG SKY MT 59716 |
| 006980<br>RALF SCHROETER<br>LUXEMBOURG | 000950<br>RALPH FINE<br>BOCA RATON FL 33434 |
| 000952<br>RALPH FINE REVOCABLE TRUST<br>BOCA RATON FL 33434 | 000545<br>RANDI C. CRAWFORD<br>SAN DIEGO CA 92127 |
| 000542<br>RANDI M. CALESA 1986 TRUST<br>SAN DIEGO CA 92127 | 003933<br>RANDOLPH BLOTKY<br>BEVERLY HILLS CA 90212 |
| 003934<br>RANDOLPH BLOTKY<br>MALIBU CA 90265 | 000502<br>RANDY EPSTEIN AUSTIN<br>GREAT BARRINGTON MASSACHUSETTS 01230 |
| 004876<br>RANDY LOIS PORTNOY<br>(AKA RANDY LOIS FAULKNER)<br>LAFAYETTE CO 80026 | 004864<br>RANDY TRUST<br>CHICAGO IL 60657 |
| 005825<br>RAR ENTREPRENEURIAL FUND, LTD.<br>MIAMI FL 33143 | 002039<br>RAYMOND P. MCCARTHY<br>NEW YORK NEW YORK 10021 |
| 005590<br>RAYMOND P. MCCARTHY<br>NEW YORK NEW YORK 10021 | 001912<br>RAZEL FASKOWITZ<br>FRESH MEADOWS NY 11365 |

Date : 3/17/2011                          Exhibit Pages                          Page # : 100
                                         Redacted Version

003027                                        003028
RBC CENTURA BANK                              RBC CENTURA BANK
SEATTLE WASHINGTON 98101                      RALEIGH NC 27601

007679                                        005883
RD & D LIMITED PARTNERSHIP                    RDS TRUST
MINNEAPOLIS MINNESOTA 55401                   EAST HILLS NY 11576

006062                                        006063
REALTY NEGOTIATORS DEFINED BENEFIT PENSION PLAN   REALTY NEGOTIATORS DEFINED BENEFIT PENSION PLAN
MELVILLE NY 11747                             JERICHO NY 11753

001117                                        005895
REBECCA B. EPSTEIN                            REBECCA L. VICTOR
BERKELEY CA 94705

005813                                        006442
RECKSON GENERATION                            REDCREST INVESTMENTS, INC.
MELVILLE NY 11747                             BRITISH VIRGIN ISLANDS

005589                                        002038
REDEMPTORIST FATHERS OF NEW YORK EXTERNS –    REDEMPTORIST FATHERS OF NY EXTERNS –
TODA PENSION FUND                             BARRA PENSION FUND
BROOKLYN NY 11209                             BROOKLYN NEW YORK 11209

002072                                        006454
REISMAN PEIREZ & REISMAN                      RELIANCE MANAGEMENT (BVI) LIMITED
1305 FRANKLIN AVENUE, SUITE 270               ROAD TOWN TORTOLA
GARDEN CITY NY 11530                          BRITISH VIRGIN ISLANDS

006644                                        006455
RELIANCE MANAGEMENT (BVI) LIMITED             RELIANCE MANAGEMENT (GIBRALTAR) LIMITED
ROAD TOWN TORTOLA                             MARINE BAY
BRITISH VIRGIN ISLANDS                        GIBRALTAR

006645                                        006975
RELIANCE MANAGEMENT (GIBRALTAR) LIMITED       RENE EGGER
GIBRALTAR                                     SWITZERLAND

001260                                        004327
RENEE BRIZZ                                   RENFORD WILLIAMS
555 SKOKIE BOULEVARD, STE. 260                BRONX NEW YORK 10466
NORTHBROOK IL 60062

002995                                        003046
RENNE R. SOSKIN                               RESIDUARY TRUST FOR PHYLLIS REISCHER UNDER AM & REST IND OF
KEY BISCAYNE FLORIDA 33149                    TRUST DATED 8/8/01
                                             KEY BISCAYNE FL 33149

006412                                        003819
REVITRUST SERVICES ESTABLISHMENT              RHODA GABA
LIECHTENSTEIN                                 PITTSBORO NC 27312

004890                                        003626
RHONDA LEE                                    RHONDA SHAPIRO ZINNER
OAKLAND GARDENS NY 11364                      WELLESLEY MA 02481

003628                                        002195
RHONDA SHAPIRO ZINNER                         RICHARD A MILLER TRUST DATED 5/3/2000
BOSTON MA 02116                               COLUMBIA MO 65203

006762                                        006761
RICHARD A. BROMS                             RICHARD A. BROMS REVOCABLE TRUST
MINNETONKA MN 55345                           MINNETONKA MN 55345

003517                                        003518
RICHARD A. GUGGENHEIMER                       RICHARD A. GUGGENHEIMER
OAK BROOK IL 60523                            SCARSDALE NEW YORK 10583

001065                                        005609
RICHARD A. LEEDS                             RICHARD A. MAY
BELLEVUE WA 98004                             ALLENTOWN PA 18704

002196                                        003579
RICHARD A. MILLER                            RICHARD B. KOMMIT
COLUMBIA MO 65203                             NEWTON MA 02459

003578                                        001682
RICHARD B. KOMMIT REVOCABLE TRUST             RICHARD BEASER
NEWTON MA 02459                               NEWTON MASSACHUSETTS 02461

001686                                        003696
RICHARD BEASER, AS GENERAL PARTNER            RICHARD BROMS
OF THE BEASER INVESTMENT COMPANY LP           MINNETONKA MN 55345-3720
AND INDIVIDUALLY
NEWTON HIGHLANDS MA 02161

Date : 3/17/2011                          Exhibit Pages                          Page # : 101
                                      Redacted Version

004946
RICHARD C. WOLFE, ESQ.
EHRENSTEIN CARBONNEAU CALDERIN
501 BRICKELL KEY DR., STE. 300
MIAMI FL 33131

004461
RICHARD C. WOLFE, ESQ.AND MICHAEL D. EHRENSTEIN, ESQ
EHRENSTEIN CHARBONNEAU CALDERIN
501 BRICKELL KEY DR., STE. 300
MIAMI FL 33131

000622
RICHARD D. DAVID
AS TRUSTEE
GREAT NECK NY 11020

004183
RICHARD D. GREENFIELD, ESQ.
250 HUDSTON ST - 8TH FLOOR
NEW YORK NY 10013

005481
RICHARD D. SIEGAL
NEW YORK NY 10022

001152
RICHARD E. SIGNORELLI, ESQ.
LAW OFFICE OF RICHARD E. SIGNORELLI
799 BROADWAY, SUITE 539
NEW YORK NEW YORK 10003

001994
RICHARD E. WINTER REVOCABLE TRUST
U/A DATED OCTOBER 30, 2002
PALM BEACH FL 33480

001996
RICHARD E. WINTER, INDIVIDUALLY AND
IN HIS CAPACITY AS TRUSTEE FOR THE
RICHARD E. WINTER REVOCABLE TRUST
U/A DATED OCTOBER 30, 2002
PALM BEACH FL 33480

004017
RICHARD ELDEN TRUST
CHICAGO IL 60614

004018
RICHARD ELDEN TRUST
CHICAGO IL 60606

004019
RICHARD ELDEN
AS AN INDIVIDUAL AND AS TRUSTEE
CHICAGO IL 60614

004020
RICHARD ELDEN
AS AN INDIVIDUAL AND AS TRUSTEE
CHICAGO IL 60606

002536
RICHARD EYGES
BOYNTON BEACH FLORIDA 33437

002537
RICHARD EYGES
NEWTON MASSACHUSETTS 02459

002552
RICHARD EYGES
NEWTON MA 02459

002554
RICHARD EYGES
FORT LEE NJ 07024

002671
RICHARD F. KAUFMAN
MUSKEGON MI 49441

002672
RICHARD F. KAUFMAN
MUSKEGON MICHIGAN 49440

001408
RICHARD FELDMAN
BEDFORD NY 10506

005223
RICHARD FRIEDMAN
JERICHO NY 11753

005224
RICHARD FRIEDMAN
WEST ORANGE NJ 07052-6610

000260
RICHARD G. EATON
NEW ROCHELLE NY 10805

003296
RICHARD GLISSON
NEW BRITAIN CT 06052

003297
RICHARD GLISSON
WEST HARTFORD CONNECTICUT 06117

003870
RICHARD GRABEL
NEW YORK NY 10011-8136

002356
RICHARD HIGER
NEW YORK NEW YORK 10003

003184
RICHARD HOROWITZ
NEW YORK NEW YORK 10004

004975
RICHARD J. GERONEMUS
PLANTATION FL 33324

007899
RICHARD J. GERONEMUS
PLANTATION  FLORIDA 33324

002798
RICHARD J. HELFMAN LIFE INSURANCE TRUST
MIAMI FL 33143

004004
RICHARD J. MCCORD, ESQ.
CERTILMAN, BALIN, ADLER & HYMAN LLP
90 MERRICK AVE.
EAST MEADOW NY 11554

003766
RICHARD J. ROSENSWEIG, ESQ.
GOULSTON & STORRS PC
400 ATLANTIC AVENUE
BOSTON MA 2110

003774
RICHARD J. ROSENSWEIG, ESQ.,
GOULSTON & STORRS PC
400 ATLANTIC AVENUE
BOSTON MA 2110

001970
RICHARD J. SCHWARTZ, IN HIS REPRESENTATIVE CAPACITY
AS EXECUTOR OF THE ESTATE OF IRENE SCHWARTZ AND
AS BENEFICIARY UNDER THE WILL OF IRENE SCHWARTZ
NEW YORK NEW YORK 10021

002777
RICHARD K. LUBIN
BOSTON MA  02199

002778
RICHARD K. LUBIN
NANTUCKET MA  02554

Date : 3/17/2011                    Exhibit Pages                    Page # : 102
Redacted Version

001786
RICHARD KARYO
BOCA RATON FL 33434

002702
RICHARD KAUFMAN
GRAND RAPIDS MI 49508

002703
RICHARD KAUFMAN
MUSKEGON MI 49441

003573
RICHARD KOMMIT
NEWTON MA 02459

004526
RICHARD L. BRAUNSTEIN, ESQ.,  DOW LOHNES PLLC
1200 NEW HAMPSHIRE AVENUE, NW SUITE 800
WASHINGTON DC 20036-6802

002262
RICHARD L. CASH DECLARATION OF TRUST
AMAGANSETT NY 11930

002263
RICHARD L. CASH DECLARATION OF TRUST
LAS VEGAS NV 89144

007682
RICHARD L. LEDIN
PLYMOUTH MINNESOTA 55441

000181
RICHARD L. SPINOGATTI
PROSKAUER
ELEVEN TIMES SQUARE
NEW YORK NY  10036-8299

001370
RICHARD L. SPINOGATTI
PROSKAUER ROSE LLP
1585 BROADWAY
NEW YORK NY  10036-8299

003537
RICHARD L. SPINOGATTI
ELEVEN TIMES SQUARE
NEW YORK NEW YORK 10036-8299

006343
RICHARD L. SPINOGATTI
C/O PROSKAUER,
ELEVEN TIMES SQUARE
NEW YORK NY 10036-8299

007438
RICHARD L. SPINOGATTI
PROSKAUER ROSE LLP
ELEVEN TIMES SQUARE
NEW YORK NY  10036-8299

001385
RICHARD L. SPINOGATTI, ESQ.
PROSKAUER ROSE LLP
1585 BROADWAY
NEW YORK NY  10036-8299

006354
RICHARD LAWLER, ESQ.
WINSTON & STRAWN LLP
200 PARK AVENUE
NEW YORK NY 10166

000108
RICHARD LEFF
80-02 KEW GARDENS RD.
KEW GARDENS NY  11415

004548
RICHARD LEVY
PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK NEW YORK 10036

003330
RICHARD LEVY, JR., ESQ.
PRYOR CASHMAN LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036

003326
RICHARD LEVY, JR., ESQ.
PRYOR CASHMAN LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036

004064
RICHARD LEVY, JR., ESQ.
ERIC B. WOLDENERG, ESQ.
PRYOR CASHMAN LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036

000451
RICHARD LEVY, JR., ESQ.
PRYOR CASHMAN LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036

001101
RICHARD LEVY, JR., ESQ.,
PRYOR CASHMAN LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036

000935
RICHARD LEVY, JR., ESQ.,  PRYOR CASHMAN LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036

001105
RICHARD LEVY, JR., ESQ.,
 PRYOR CASHMAN LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036

001108
RICHARD LEVY, JR., ESQ.,
PRYOR CASHMAN  LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036

004534
RICHARD LEVY, JR., ESQ., ERIC B. WOLDENERG, ESQ.
PRYOR CASHMAN,  LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036

004531
RICHARD LEVY, JR., ESQ., ERIC B. WOLDENERG, ESQ.
PRYOR CASHMAN, LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036

002070
RICHARD M BALZARINI
STONE RIDGE NY 12484

003433
RICHARD M. CHALEK
NEW YORK NY 10023

003435
RICHARD M. CHALEK
LOCUST VALLEY NEW YORK 11560

001150
RICHARD M. GLANTZ
SAN RAFAEL CA 94903

007878
RICHARD M. GLANTZ
SAN RAFAEL CALIFORNIA 94903

Date : 3/17/2011                           **Exhibit Pages**                           Page # : 103
                                          **Redacted Version**

| | |
|---|---|
| 001162<br>RICHARD M. GLANTZ 1991 LIVING TRUST<br>SAN RAFAEL CA 94903 | 001163<br>RICHARD M. GLANTZ 1991 LIVING TRUST<br>SAN RAFAEL CA 94903 |
| 000689<br>RICHARD M. STARK ARTICLE FIFTH TRUST<br>RIVERSIDE CT 06878 | 005544<br>RICHARD N. GREENBERG, INDIVIDUALLY<br>LEXINGTON KENTUCKY 40502 |
| 002990<br>RICHARD N. SOSKIN<br>MINNETONKA MN 55343 | 003142<br>RICHARD OPPENHEIM<br>38 STONEY BROOK RD<br>HOLMDEL NJ 07732 |
| 003147<br>RICHARD OPPENHEIM<br>38 STONEY BROOK RD<br>HOLMDEL NJ 07732 | 005916<br>RICHARD RITUNO<br>RYE NEW YORK 10580 |
| 005917<br>RICHARD RITUNO<br>DELRAY BEACH FLORIDA 33448 | 006021<br>RICHARD ROTH<br>JUPITER FL 33458 |
| 002933<br>RICHARD S POLAND<br>ASPEN CO 81611 | 004278<br>RICHARD S. HOBISH<br>SCARSDALE NY 10583 |
| 006326<br>RICHARD SQUADRON<br>C/O BRIAN MADDOX, LAX & NEVILLE, LLP<br>1412 BROADWAY<br>SUITE 1407<br>NEW YORK NY  10018 | 005935<br>RICHARD T. JOSEPH<br>NATICK MA 01760-6023 |
| 006375<br>RINA HARTSTEIN<br>MONSEY NY  10952 | 003164<br>RINGLER PARTNERS LP<br>WOODMERE NEW YORK 11598 |
| 003165<br>RINGLER PARTNERS LP<br>HEWLETT NEW YORK 11557 | 000411<br>RIO JOCELYN BREEN<br>BOCA RATON FL 33496 |
| 003816<br>RIPIN FAMILY TRUST<br>NEW YORK NEW YORK 10007 | 004887<br>RISA BERGMAN<br>DIX HILLS NY 11746 |
| 002794<br>RITA D. GRAYBOW<br>MARINA DEL REY CA 90292-6278 | 002795<br>RITA D. GRAYBOW<br>MARINA DEL RAY CA 90292 |
| 004850<br>RITA HEFTLER<br>FLORAL PARK NY 11005 | 003264<br>RITA SORREL<br>RYE BROOK NY 10573 |
| 003274<br>RITA SORREL<br>SCARSDALE NEW YORK 10583 | 002934<br>RJ INVESTMENT<br>MEDINA MN 55340 |
| 002289<br>RKD INVESTMENTS L.P.<br>HARTFORD CT 06103 | 001115<br>ROBERT A. EPSTEIN<br>BERKELEY CA 94705 |
| 004318<br>ROBERT A. INGRAM<br>NEW YORK NY 10022 | 004313<br>ROBERT A. INGRAM AS TRUSTEE AND AS AN INDIVIDUAL<br>NEW YORK NY 10022 |
| 006380<br>ROBERT ALAN KOHN<br>MONSEY NY  10952 | 006381<br>ROBERT ALAN KOHN<br>JERUSALEM<br>ISRAEL |
| 001106<br>ROBERT AND REBECCA EPSTEIN<br>LIVING TRUST<br>BERKELEY CA 94705 | 003929<br>ROBERT AUERBACH<br>NEW YORK NY 10128 |
| 003928<br>ROBERT AUERBACH REVOCABLE TRUST<br>AND JOYCE AUERBACH REVOCABLE TRUST T.I.C.<br>NEW YORK NY 10128 | 005398<br>ROBERT B. FEDUNIAK<br>NEW YORK NY   10019 |
| 002141<br>ROBERT B. KAIMOWITZ<br>NEW YORK NY 10021 | 005406<br>ROBERT BANDMAN<br>NEW YORK NY   10023 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 001683<br>ROBERT BEASER<br>NEW YORK NEW YORK 10023 | 001689<br>ROBERT BEASER, AS GENERAL PARTNER<br>OF THE BEASER INVESTMENT COMPANY LP<br>NEW YORK NY 10023 |
| 001051<br>ROBERT BELFER<br>NEW YORK NY 10021 | 003735<br>ROBERT BERZNER<br>WOODMERE NY 11598 |
| 003623<br>ROBERT C. FIRST<br>WELLESLEY MA 02481 | 003625<br>ROBERT C. FIRST<br>WESTON MA 02493 |
| 003489<br>ROBERT C. LUKER<br>ARLINGTON HEIGHTS ILLINOIS 60004 | 003490<br>ROBERT C. LUKER<br>SANTA MONICA CA 90403 |
| 003485<br>ROBERT C. LUKER FAMILY PARTNERSHIP<br>SANTA MONICA CA 90403 | 003487<br>ROBERT C. LUKER FAMILY PARTNERSHIP<br>ARLINGTON HEIGHTS ILLINOIS 60004 |
| 007063<br>ROBERT D. REDSTON 1998 TRUST<br>WHITE PLAINS NY 10606 | 000875<br>ROBERT D. SALEM<br>LONDON  W1S 3HB<br>ENGLAND |
| 001794<br>ROBERT DANIEL VOCK<br>GREENWICH CT 06831 | 005495<br>ROBERT E. COURSON<br>MENLO PARK CA 94025 |
| 005168<br>ROBERT E. LIVINGSTON<br>KNOXVILLE TN 37918 | 005594<br>ROBERT E. MAY<br>BLUE BELL PA 19422 |
| 000503<br>ROBERT EPSTEIN<br>BOULDER CO 80301 | 000526<br>ROBERT F. FERBER<br>RUXTON MD 21204 |
| 000404<br>ROBERT F. GOLD<br>BRIDGEWATER NJ 08807 | 004037<br>ROBERT F. HILL AS TRUSTEE<br>EAST CONCORD NY 14055 |
| 004045<br>ROBERT F. HILL AS TRUSTEE<br>EAST CONCORD NEW YORK 14055 | 004046<br>ROBERT F. HILL AS TRUSTEE<br>LIVERPOOL NY 13088-3557 |
| 004073<br>ROBERT F. HILL AS TRUSTEE<br>EAST CONCORD NY 14055 | 003158<br>ROBERT FISHBEIN<br>ARMONK NY 10504 |
| 003949<br>ROBERT FRIED<br>ROSLYN NY 11576 | 000615<br>ROBERT G. HEINE<br>PALM BEACH  FL 33418 |
| 007087<br>ROBERT GREENBERGER<br>WASHINGTON DC 20015 | 005388<br>ROBERT H. BARON<br>CRAVATH SWAINE & MOORE LLP<br>WORLDWIDE PLAZA 825 EIGHTH AVENUE<br>NEW YORK NY 10019 |
| 001523<br>ROBERT H. BOOK<br>NEW CITY NEW YORK 10956 | 004687<br>ROBERT H. SMITH REVOCABLE TRUST ELEVENTH AMENDMENT AND<br>RESTATEMENT AND SUCCESSOR TRUSTS<br>ARLINGTON VA 22202 |
| 006350<br>ROBERT HARTMAN, ESQ.<br>LINDQUIST & VENNUM<br>4200 IDS CENTER<br>80 SOUTH 8TH STREET<br>MINNEAPOLIS MN 55402 | 004802<br>ROBERT HIRSCH<br>AS JOINT TENANT, AND AS AN INDIVIDUAL<br>NEW YORK NY 10024 |
| 000314<br>ROBERT I. CANTOR TRUST<br>NEW YORK NEW YORK 10024 | 000308<br>ROBERT I. CANTOR<br>(AS PERSONAL REP AND BENEFICIARY)<br>NEW YORK NEW YORK 10024 |
| 002434<br>ROBERT I. LAPPIN<br>SALEM MA 01970 | 002428<br>ROBERT I. LAPPIN 1972 FAMILY TRUST FBO ANDREW LAPPIN<br>SALEM MA 01970 |
| 002426<br>ROBERT I. LAPPIN 1972 FAMILY TRUST FBO NANCY LAPPIN<br>SALEM MA 01970 | 002427<br>ROBERT I. LAPPIN 1972 FAMILY TRUST FBO PETER LAPPIN<br>SALEM MA 01970 |

Exhibit Pages
Redacted Version

---

002430
ROBERT I. LAPPIN IRREVOCABLE 1976
FAMILY TRUST FBO ANDREW LAPPIN
SALEM MA 01970

002436
ROBERT I. LAPPIN IRREVOCABLE 1976
FAMILY TRUST FBO NANCY LAPPIN
SALEM MA 01970

---

002429
ROBERT I. LAPPIN IRREVOCABLE 1976
FAMILY TRUST FBO PETER LAPPIN
SALEM MA 01970

006725
ROBERT I. SCHULMAN
ARMONK NEW YORK 10504

---

004174
ROBERT J. GROSS
GRANTS PASS OR 97527

007684
ROBERT J. HARTMAN, ESQ.
LINDQUIST & VENNUM
4200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS MINNESOTA 55402

---

004031
ROBERT J. JONES AS TRUSTEE
DELMAR NY 12054

000120
ROBERT J. KLEEBLATT, ESQ.
WINNE, BANTA, HETHERINGTON,
BASRALIAN & KAHN, P.C.
COURT PLAZA SOUTH - EAST WING
21 MAIN STREET, SUITE 101
HACKENSACK NJ 07601-0647

---

000140
ROBERT J. KLEEBLATT, ESQ.
WINNE, BANTA, HETHERINGTON, BASRALIAN & KAHN, P.C.
COURT PLAZA SOUTH - EAST WING
21 MAIN STREET, SUITE 101
HACKENSACK NJ 07601-0647

004517
ROBERT K. LOW
PALM BEACH GARDENS FL 33418

---

002708
ROBERT KAUFMAN
GRAND RAPIDS MI 49508

002709
ROBERT KAUFMAN
MUSKEGON MI 49441

---

006966
ROBERT KNUTS, ESQ.
PARK & JENSEN LLP
630 THIRD AVENUE
SEVENTH FLOOR
NEW YORK NY 10017

007026
ROBERT KORN REVOCABLE TRUST
PALM BEACH GARDENS FL 33410

---

001095
ROBERT L. EPSTEIN
SCARSDALE NY 10583

005546
ROBERT L. POWELL, INDIVIDUALLY
ORANGE VA 22960

---

005243
ROBERT L. SILVERMAN
WILTON CT 06897

004163
ROBERT LAYTON
ASCONA  CH 6612
SWITZERLAND

---

002690
ROBERT LIEB
PALM BEACH FL 33480

002459
ROBERT M SIFF
OAK BROOK IL 60523

---

002460
ROBERT M SIFF
PALM BEACH FL 33480

005316
ROBERT M. CAHNERS
NAPLES FL 34102

---

001757
ROBERT M. GRIFFITH
TIMONIUM MD 21093

004049
ROBERT M. HIRSCH, ESQ.
ARENT FOX LLP
1050 CONNECTICUT AVENUE NW
WASHINGTON DC 20036

---

004676
ROBERT M. HIRSCH, ESQ.,  ARENT FOX LLP
1050 CONNECTICUT AVENUE NW
WASHINGTON DC 20036

002972
ROBERT M. SIFF
WORCESTER MA 01609

---

002973
ROBERT M. SIFF
PALM BEACH FLORIDA 33480

002980
ROBERT M. SIFF
PALM BEACH FL 33480

---

002981
ROBERT M. SIFF
WORCESTER MASSACHUSETTS 01609

005500
ROBERT M. SIFF
PALM BEACH FL 33480

---

002970
ROBERT M. SIFF TRUST 1990
WORCESTER MA 01609

002971
ROBERT M. SIFF TRUST 1990
PALM BEACH FLORIDA 33480

---

003010
ROBERT M. WALLACK
MINNETONKA MN 55305

000879
ROBERT N. SHAPIRO
CAMBRIDGE MA 02138

Exhibit Pages
Redacted Version

| | |
|---|---|
| 005213<br>ROBERT NYSTROM<br>SYOSSET NY 11791 | 004686<br>ROBERT P. KOGOD<br>AS PERSONAL REPRESENTATIVE<br>WASHINGTON DC 20008 |
| 004428<br>ROBERT P. SALTSMAN<br>SALTSMAN, CHARLTON & ASSOCIATES, P.A.<br>LOGTANNA BUILDING, SUITE 200<br>222 S. PENNSYLVANIA AVENUE<br>WINTER PARK FLORIDA 32789 | 004302<br>ROBERT P. SALTSMAN, AS TRUSTEE<br>OF THE STEVEN P. HELLER REVOCABLE TRUST<br>WINTER PARK FLORIDA 32789-4105 |
| 004244<br>ROBERT P. SALTSMAN, SALTSMAN, CHARLTON & ASSOCIATES, P.A.<br>LOGTANNA BUILDING, SUITE 200<br>222 S. PENNSYLVANIA AVENUE<br>WINTER PARK FLORIDA 32789 | 004248<br>ROBERT P. SALTSMAN, SALTSMAN, CHARLTON & ASSOCIATES, P.A.<br>LOGTANNA BUILDING, SUITE 200<br>222 S. PENNSYLVANIA AVENUE<br>WINTER PARK FLORIDA 32789 |
| 002319<br>ROBERT P. WEINTRAUB<br>WALDOBORO ME  04572 | 000917<br>ROBERT PERGAMENT<br>BOCA RATON FL 33496 |
| 003252<br>ROBERT PLAFSKY<br>FORT LAUDERDALE FLORIDA 33316 | 005830<br>ROBERT POTAMKIN<br>MIAMI BEACH FLORIDA 33109 |
| 006385<br>ROBERT REUSS<br>AUSTRIA | 005362<br>ROBERT ROMAN<br>BOCA RATON FL 33496 |
| 004669<br>ROBERT ROSENFIELD<br>LOS ANGELES CA 90049 | 002449<br>ROBERT S WHITMAN<br>JACKSONVILLE FL 32224 |
| 003979<br>ROBERT S. BERNSTEIN<br>FT LAUDERDALE FL 33331 | 004161<br>ROBERT S. EDMONDS<br>ORDINO<br>ANDORRA |
| 004167<br>ROBERT S. EDMONDS<br>ORDINO<br>ANDORRA | 002677<br>ROBERT S. KAUFMAN<br>MUSKEGON MI 49441 |
| 002678<br>ROBERT S. KAUFMAN<br>GRAND RAPIDS MICHIGAN 49508 | 007027<br>ROBERT S. KORN<br>PALM BEACH GARDENS FL 33410 |
| 000814<br>ROBERT S. RAWN<br>PLACITAS NEW MEXICO 87043 | 001894<br>ROBERT S. SAVIN<br>PALM BEACH GARDENS FL 33418 |
| 001895<br>ROBERT S. SAVIN<br>MAMARONECK NY 10543 | 002993<br>ROBERT S. SOSKIN<br>HOPKINS MINNESOTA 55305 |
| 002152<br>ROBERT SIFF<br>PALM BEACH FLORIDA 33480 | 003746<br>ROBERT V. CHEREN<br>DELRAY BEACH FLORIDA 33484 |
| 006333<br>ROBERT VAS DIAS,<br>C/O BRIAN MADDOX, ESQ.,  LAX & NEVILLE, LLP<br>1412 BROADWAY, SUITE 1407<br>NEW YORK NY 10018 | 002320<br>ROBERT WEINTRAUB<br>WESTON CT 06883 |
| 002321<br>ROBERT WEINTRAUB<br>WALDOBORO ME 04572 | 005191<br>ROBERT YAFFE<br>OYSTER BAY NY 11771 |
| 005192<br>ROBERT YAFFE<br>JERICHO NY 11753 | 005198<br>ROBERT YAFFE<br>JERICHO NY 11753 |
| 005199<br>ROBERT YAFFE<br>MELVILLE NY 11747 | 005206<br>ROBERT YAFFE<br>JERICHO NY 11753 |
| 001137<br>ROBERTA COHEN<br>SAN DIEGO CA 92120 | 000623<br>ROBERTA DAVID<br>AS TRUSTEE<br>GREAT NECK NY 11020 |
| 004489<br>ROBERTA E. TARSHIS<br>NEW YORK NEW YORK 10021 | 005260<br>ROBERTA GANZ<br>DEMAREST NJ 07627 |

Date : 3/17/2011                           **Exhibit Pages**                           Page # : 107
                                    **Redacted Version**

---

004958
ROBERTA SALOB
BROOKVILLE NY 11545

005352
ROBERTA SCHWARTZ
AVON CO 81620

---

005346
ROBERTA SCHWARTZ TRUST
AVON CO 81620

000304
ROBIN DURR
BASKING RIDGE NJ 07920

---

004447
ROBIN EASTERN,
AS GENERAL PARTNER OF LUCKY COMPANY
NORTH CALDWELL NJ 07006

004475
ROBIN EASTERN, AS GENERAL PARTNER OF LUCKY COMPANY, AS PARTNER
OF MUNCHKINS, AND AS AN INDIVIDUAL,
NORTH CALDWELL NEW JERSEY 07006

---

000810
ROBIN GEOFFREY SWAFFIELD
KOWLOON HONG KONG
CHINA

003655
ROBIN GOTTLIEB
SCARSDALE NY 10583

---

003216
ROBIN H. BARTELS TRUST
PORT WASHINGTON NY 11050-1709

003593
ROBIN L. SHAPIRO
WESTON MA 02493

---

004733
ROBIN POPKIN LOGUE, AS TRUSTEE, AS PERSONAL REPRESENTATIVE OF
THE ESTATE, AND AS AN INDIVIDUAL
ELLERSLIE GA 31807

003454
ROBIN TZANNES
NEW YORK NY 10023

---

003456
ROBIN TZANNES
NEW YORK NEW YORK 10009

005936
ROBSTEBRY MANAGEMENT CORP
GOLDEN VALLEY MINNESOTA 55422

---

005937
ROBSTEBRY MANAGEMENT CORP
GOLDEN VALLEY MINNESOTA 55422

002749
ROBYN G. CHERNIS
NEWTON MA 02459

---

002744
ROBYN G. CHERNIS IRREVOCABLE TRUST U/D/T 7/4/93
NEWTON MA 02459

002066
ROBYN LEE GOODMAN
NEW YORK NY 10025

---

004033
ROCKNE BURNS AS TRUSTEE
CAPE VINCENT NEW YORK 13618

005885
ROGER D. SORKIN
FLORENCE MA 01062

---

007239
ROGER E. BARTON
BARTON, BARTON, & PLOTKIN  LLP
GRAYBAR BUILDING, 18TH FLOOR
420 LEXINGTON AVENUE
NEW YORK NY  10170

006976
ROGER HARTMANN
LIECHTENSTEIN

---

000535
ROGER M. MARINO
DEDHAM MA 02026

005804
ROGER RECHLER REVOCABLE TRUST
NEW YORK NY 10016

---

000098
ROLAND G. RIOPELLE, ESQ.
SERCARZ & RIOPELLE, LLP
CARNEGIE HALL TOWER
152 W. 57TH STREET, 24TH FLOOR
NEW YORK  NY 10019

006365
RONALD A. GUTTMAN
NEW YORK NY 10028

---

001474
RONALD A. OGUSS
NEWHALL CALIFORNIA 91321

003407
RONALD COHEN
PLANO TEXAS 75093

---

007669
RONALD EISENBERG 1995 CONTINUING TRUST
UNION NEW JERSEY 07083

004575
RONALD F. MANZO, AS TENANT IN COMMON, AS JOINT TENANT, AND AS AN
INDIVIDUAL
BLUFFTON SC 29910

---

000040
RONALD GURITZKY
WELLINGTON FL 33411

004438
RONALD KEPES AS AN INDIVIDUAL AND AS TRUSTEE
SCOTTSDALE AZ 85254

---

004433
RONALD KEPES, AS TRUSTEE AND AS AN INDIVIDUAL
SCOTTSDALE AZ  85254

001801
RONALD RUBINSTEIN
LAW OFFICES OF RUBINSTEIN & COROZZO
260 MADISON AVENUE
NEW YORK NY 10016

---

003470
RONNIE HARRINGTON
BELMONT MA 02178

002037
ROSALIND C. WHITEHEAD
SAN FRANCISCO CA 94118

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 002035<br>ROSALIND C. WHITEHEAD REVOCABLE<br>TRUST  DATED 3/8/07<br>SAN FRANCISCO CA 94118 | 000744<br>ROSALYNE WEINER REVOCABLE TRUST<br>IN ITS CAPACITY AS A LIMITED PARTNER OF<br>WEINER INVESTMENTS, L.P.<br>LONG BOAT KEY FL 34228 |
| 000745<br>ROSALYNE WEINER<br>IN HER CAPACITY AS TRUSTEE OF<br>THE ROSALYNE WEINER REVOCABLE TRUST<br>LONG BOAT KEY  FL 34228 | 001396<br>ROSE BETH GOLD<br>TAMARAC FL 33321 |
| 005302<br>ROSE GINDEL<br>BOCA RATON FL 33434 | 005301<br>ROSE GINDEL TRUST<br>BOCA RATON FL 33434 |
| 005085<br>ROSE SCHY<br>BOCA RATON FL 33434 | 001951<br>ROSE WACHTEL<br>HILLSIDE NJ 07205 |
| 007707<br>ROSEMARY LEO-SULLIVAN<br>DEERFIELD BEACH FLORIDA 33442 | 006911<br>ROSENFELD & KAPLAN, LLP<br>TAB K. ROSENFELD, ESQ.,<br>535 FIFTH AVENUE, SUITE 1006<br>NEW YORK NY 10017 |
| 006919<br>ROSENFELD & KAPLAN, LLP<br>TAB K. ROSENFELD, ESQ.,<br>535 FIFTH AVENUE, SUITE 1006<br>NEW YORK NY 10017 | 000874<br>ROTHSCHILD TRUST GUERNSEY LIMITED<br>PETER PORT  GY1 6AX<br>GUERNSEY |
| 003749<br>ROY D. DAVIS<br>JUPITER FL 33477 | 003750<br>ROY D. DAVIS<br>PITTSBURGH PA 15211 |
| 004692<br>ROY W. VAN LANEN AS AN<br>INDIVIDUAL AND AS TRUSTEE<br>WHEELING IL 60090 | 000714<br>RUBIN FAMILY INVESTMENTS PARTNERSHIP<br>MINNEAPOLIS MN 55416 |
| 000100<br>RUDY BONGIORNO<br>NORTH HILLS NY 11030 | 005899<br>RUSSEL J. DELUCIA<br>CAMBRIDGE MA 02139 |
| 004897<br>RUSSELL L. DUSEK<br>ARMONK NY 10504 | 000133<br>RUSSELL LIPKIN<br>CAMAS WASHINGTON 98607 |
| 005827<br>RUSSELL OASIS<br>MIAMI FL 33143 | 002105<br>RUSSELL STERN<br>PORT WASHINGTON NEW YORK 11050-1911 |
| 000864<br>RUTH C. SPIRO<br>MAMARONECK NY 10543 | 003260<br>RUTH E. GOLDSTEIN<br>NEW ROCHELLE NY 10804 |
| 004324<br>RUTH E. KAHN<br>BROOKLYN NEW YORK 11211 | 004331<br>RUTH KAHN<br>NEW YORK NY 10012 |
| 000493<br>RUTH KAUFMAN<br>DELRAY BEACH FL 33446 | 003492<br>RUTH L. LUKER<br>ARLINGTON HEIGHTS ILLINOIS 60004 |
| 003493<br>RUTH L. LUKER<br>SANTA MONICA CA 90403 | 003799<br>RUTH NICKOL<br>GARDEN CITY NEW YORK 11530 |
| 005431<br>RUTH RUSS<br>LAGUNA BEACH CA 92652 | 002935<br>RUTH USEM<br>MEDINA MN 55340 |
| 003102<br>RUTH WILK<br>BOCA RATON FL 33496 | 003101<br>RUTH WILK RESIDURAY TRUST<br>BOCA RATON FL 33496 |
| 002532<br>RYAN EYGES<br>BERKELEY CALIFORNIA 94707 | 002528<br>RYAN EYGES TRUST DTD 12/26/96<br>WESTON MA 02493 |
| 002890<br>RYAN P. MURRAY<br>MAPLE GROVE MN 55311 | 005684<br>RYAN TAVLIN<br>LOS ANGELES CA 90046 |

| | |
|---|---|
| 005678<br>RYAN TAVLIN TRUST<br>MINNEAPOLIS MN 55405 | 005679<br>RYAN TAVLIN TRUST<br>NEW YORK NY 10158-0125 |
| 006709<br>RYE SELECT BROAD MARKET FUND, LP<br>JAMIE STECHER<br>TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP<br>900 THIRD AVENUE<br>NEW YORK, NEW YORK 10022 | 006710<br>RYE SELECT BROAD MARKET FUND, LP<br>RYE NEW YORK 10580 |
| 006759<br>RYE SELECT BROAD MARKET INSURANCE FUND, L.P.<br>GEORGE TOWN GRAND CAYMAN<br>CAYMAN ISLANDS | 006706<br>RYE SELECT BROAD MARKET INSURANCE PORTFOLIO LDC<br>GEORGE TOWN GRAND CAYMAN<br>CAYMAN ISLANDS |
| 006704<br>RYE SELECT BROAD MARKET PORTFOLIO LIMITED<br>GEORGE TOWN GRAND CAYMAN<br>CAYMAN ISLANDS | 006757<br>RYE SELECT BROAD MARKET PRIME FUND<br>RYE NEW YORK 10580 |
| 006728<br>RYE SELECT BROAD MARKET XL FUND, LP<br>RYE NEW YORK 10580 | 006895<br>RYE SELECT BROAD MARKET XL FUND, LP<br>RYE NEW YORK 10580 |
| 007874<br>RYE SELECT BROAD MARKET XL FUND, LP<br>RYE  NEW YORK 10580 | 006708<br>RYE SELECT BROAD MARKET XL PORTFOLIO LIMITED<br>GEORGE TOWN GRAND CAYMAN<br>CAYMAN ISLANDS |
| 006897<br>RYE SELECT BROAD MARKET XL PORTFOLIO LIMITED<br>GEORGE TOWN, GRAND CAYMAN<br>CAYMAN ISLANDS | 006751<br>RYE SELECT EQUITIES FUND<br>RYE NEW YORK 10580 |
| 005465<br>S H & HELEN R SCHEUER FAM FDN INC<br>C/O 61 ASSOCIATES<br>NEW YORK NY 10158 | 004182<br>S&L PARTNERSHIP<br>NEW YORK NY 10021 |
| 007706<br>S&P ASSOCIATES<br>FORT LAUDERDALE FLORIDA 33308 | 005412<br>S. JAMES COPPERSMITH<br>MARBLEHEAD MA 01945 |
| 007217<br>S. JAMES COPPERSMITH<br>MARBLEHEAD MA 01945 | 001586<br>S.A.<br>HOLMDEL NJ 07733 |
| 001588<br>S.A.<br>LONG VALLEY NJ 07853 | 001579<br>S.A. GRANTOR RETAINED ANNUITY TRUST<br>PALM BEACH FL 33480 |
| 001581<br>S.A. GRANTOR RETAINED ANNUITY TRUST<br>PALM BEACH FL 33480 | 000147<br>S.A.L.<br>RIDGEWOOD NJ 07450 |
| 000145<br>S.A.L.<br>ERIKA LIPKIN AS PARENT AND UGMA/NJ CUSTODIAN FOR S.A.L.<br>RIDGEWOOD NJ 07450 | 004366<br>S.K.<br>BOCA RATON FL 33432 |
| 000479<br>S.N.<br>MOUNTAIN LAKES NJ 07046 | 000480<br>S.N.<br>NEW YORK NY 10016 |
| 000481<br>S.N.<br>MOUNTAIN LAKES NJ 07046 | 002912<br>S.P.<br>MAPLE GROVE MN 55311 |
| 002914<br>S.P.<br>MAPLE GROVE MINNESOTA 55311 | 002915<br>S.P.<br>MAPLE GROVE MINNESOTA 55311 |
| 000323<br>S.W.<br>BETHESDA MARYLAND 20816 | 000324<br>S.W.<br>BETHESDA MARYLAND 20816 |
| 000471<br>S.Z.<br>WOODMERE NY 11598 | 000472<br>S.Z.<br>WOODMERE NY 11598 |
| 001737<br>SAGE ASSOCIATES<br>NEW YORK NY 10019 | 001738<br>SAGE ASSOCIATES<br>NEW YORK NY 10019 |

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 001739<br>SAGE ASSOCIATES<br>NEW YORK NY 10014 | 001740<br>SAGE ASSOCIATES<br>NEW YORK NY 10014 |
| 001741<br>SAGE ASSOCIATES<br>NEW YORK NY 10014 | 001742<br>SAGE ASSOCIATES<br>NEW YORK NY 10014 |
| 001743<br>SAGE ASSOCIATES<br>NEW YORK NY 10014 | 001744<br>SAGE ASSOCIATES<br>NEW YORK NY 10019 |
| 006831<br>SAGE REALTY<br>NEW YORK NY 10019 | 006833<br>SAGE REALTY<br>NEW YORK NY 10019 |
| 006834<br>SAGE REALTY<br>NEW YORK NY 10014 | 006835<br>SAGE REALTY<br>NEW YORK NY 10014 |
| 006836<br>SAGE REALTY<br>NEW YORK NY 10014 | 006837<br>SAGE REALTY<br>NEW YORK NY 10014 |
| 006838<br>SAGE REALTY<br>NEW YORK NY 10014 | 006839<br>SAGE REALTY<br>NEW YORK NY 10019 |
| 004801<br>SALLIE W. KRASS AS TRUSTEE<br>NEW YORK NY 10065 | 002806<br>SALLY HILL<br>GUILFORD CONNECTICUT 06437 |
| 004269<br>SALTSMAN & ASSOCIATES PA<br>ROBERT SALTSMAN, ESQ.<br>222 S. PENNSYLVANIA AVENUE, SUITE 200<br>WINTER PARK FL  32789 | 005323<br>SAM W. KLEIN EIGHTH RESTATED REVOCABLE TRUST<br>AGREEMENT DATED JUNE 5, 2007,<br>OJAI CA 93023 |
| 005326<br>SAM W. KLEIN EIGHTH RESTATED REVOCABLE TRUST<br>AGREEMENT DATED JUNE 5, 2007,<br>CHARLOTTE  NC  28255 | 005324<br>SAM W. KLEIN EIGHTH RESTATED REVOCABLE TRUST AGREEMENT DATED<br>JUNE 5, 2007,<br>DALLAS TX 75201 |
| 005325<br>SAM W. KLEIN EIGHTH RESTATED REVOCABLE TRUST<br>AGREEMENT DATED JUNE 5, 2007,<br>HEWLETT, NY 11557 | 002556<br>SAMANTHA C. EYGES<br>NEWTON MA 02194 |
| 002557<br>SAMANTHA C. EYGES<br>FORT LEE NJ 07024 | 002559<br>SAMANTHA C. EYGES<br>RANCHO MIRAGE CALIFORNIA 92270 |
| 002566<br>SAMANTHA C. EYGES<br>RANCHO MIRAGE CA 92270 | 002560<br>SAMANTHA C. EYGES TRUST U/A/D 4/19/02<br>RANCHO MIRAGE CA 92270 |
| 002060<br>SAMANTHA STORY<br>NEW YORK NY 10009 | 005062<br>SAMDIA FAMILY L.P.<br>BOCA RATON FL 33496 |
| 005063<br>SAMDIA FAMILY L.P.<br>BOCA RATON FL 33496 | 005065<br>SAMDIA FAMILY L.P.<br>WILMINGTON DE 19808 |
| 001678<br>SAMUEL BEASER AMENDED & RESTATED TRUST<br>U/A/D JANUARY 30, 2004<br>WEST PALM BEACH FL 33401 | 004079<br>SAMUEL CAPITANO AS TRUSTEE<br>BUFFALO NY 14217 |
| 000746<br>SAMUEL DIBIASE<br>IN HIS CAPACITY AS A JOINT TENANT OF<br>A JOINTY TENANCY ACTING AS A LIMITED PARTNER<br>OF WEINER INVESTMENTS, L.P.<br>SEWICKLEY PA 15143 | 004187<br>SAMUEL GOLDWORM AS TRUSTEE AND AS AN INDIVIDUAL<br>NEW YORK  NEW YORK 10075 |
| 001583<br>SAMUEL H. ISRAEL<br>FOX ROTHSCHILD LLP<br>2000 MARKET STREET, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 002881<br>SAMUEL J. OLESKY<br>MILL VALLEY CALIFORNIA 94941 |
| 005068<br>SAMUEL L. MESSING<br>BOCA RATON FL 33496 | 002345<br>SAMUEL PENCER<br>TORONTO ONTARIO M5R 3T8<br>CANADA |

**Exhibit Pages**
Redacted Version

| | |
|---|---|
| 002943<br>SAMUEL ROBINSON<br>PALM BEACH GARDENS FL 33410 | 003680<br>SAMUEL ROITENBERG TRUST<br>MINNEAPOLIS MN 55416 |
| 003681<br>SAMUEL ROITENBERG TRUST<br>MINNEAPOLIS MINNESOTA 55416 | 002994<br>SAMUEL S. SOSKIN<br>MINNETONKA MINNESOTA 55391 |
| 002874<br>SAMUEL-DAVID ASSOCIATES, LTD<br>DALLAS TEXAS 75248 | 002875<br>SAMUEL-DAVID ASSOCIATES, LTD<br>DALLAS TX 75225 |
| 000200<br>SAMUELS FAMILY LIMITED PARTNERSHIP<br>DIX HILLS NY 11746 | 001204<br>SANDRA B. SINDEL, ESQ.<br>GOLOMB SINDEL PC<br>16 EAST 34TH STREET<br>NEW YORK NY 10016 |
| 000438<br>SANDRA BUSEL<br>BOCA RATON FL 33482 | 000448<br>SANDRA BUSEL REVOCABLE TRUST<br>BOCA RATON FL 33482 |
| 001593<br>SANDRA DYDO<br>FORT LAUDERDALE FL 33305 | 002341<br>SANDRA FARBER<br>ST. LAURENT QUEBEC H4M 1R4<br>CANADA |
| 005023<br>SANDRA GUIDUCCI<br>FLUSHING NEW YORK 11355 | 000609<br>SANDRA HEINE<br>PALM BEACH FL 33480 |
| 006723<br>SANDRA L. MANZKE<br>ROYAL PALM BEACH FLORIDA 33441 | 004385<br>SANDRA PHILLIPS KAYE<br>GOLDEN COLORADO 80401 |
| 004386<br>SANDRA PHILLIPS KAYE<br>MARANA ARIZONA 85658 | 004485<br>SANDRA RAMIREZ<br>FOREST HILLS NEW YORK 11375 |
| 004003<br>SANDY SANDLER<br>HENDERSON NV 89052 | 005417<br>SANFORD GURITZKY<br>BOYNTON BEACH FL 33436 |
| 000316<br>SANFORD J. SCHLESINGER<br>NEW YORK NEW YORK 10022 | 003509<br>SANFORD S. PERLMAN<br>WESTPORT CT 06880 |
| 003510<br>SANFORD S. PERLMAN<br>EAST WILLISTON NEW YORK 11596 | 003844<br>SARA GOLDBERG<br>SANTA YNEZ CA 93460 |
| 006310<br>SARA SEIMS<br>MENLO PARK CA 94025 | 006329<br>SARAH D. GOLD,<br>C/O BRIAN MADDOX, ESQ., LAX & NEVILLE, LLP<br>1412 BROADWAY, SUITE 1407<br>NEW YORK NY 10018 |
| 007024<br>SARAH MONDSHINE<br>BOCA RATON FL 33434 | 007022<br>SARAH MONDSHINE REVOCABLE TRUST<br>U/A/D MAY 30, 1994<br>BOCA RATON FL 33434 |
| 007897<br>SARL INVESTMENTS COMPANY, INC<br>BOCA RATON FL 33431 | 003876<br>SASHA D. GOLDMAN<br>GREENWICH CT 06830 |
| 003197<br>SAX-BARTELS ASSOCIATES, LIMITED PARTNERSHIP<br>PORT WASHINGTON NY 11050-1709 | 003198<br>SAX-BARTELS ASSOCIATES, LIMITED PARTNERSHIP<br>MANHASSET HILLS NEW YORK 11040 |
| 002049<br>SCADC LIQ CORP, A/K/A SCDC LIQUIDATING CORP<br>BOCA RATON FL 33496 | 002697<br>SCHIFF FAMILY HOLDINGS NEVADA LIMITED PARTNERSHIP<br>MIAMI FL 33176 |
| 002698<br>SCHIFF FAMILY HOLDINGS, NEVADA, INC.<br>MIAMI FL 33176 | 002699<br>SCHIFF FAMILY HOLDINGS, NEVADA, INC.<br>CARSON CITY NEVADA 89703-4934 |
| 003080<br>SCHWARTZMAN METALS INC. 401(K)<br>WAYZATA MN 55391 | 003081<br>SCHWARTZMAN METALS INC. 401(K)<br>ST. LOUIS PARK MINNESOTA 55426 |
| 004961<br>SCOTT E. COHN, ESQ.<br>800 SE THIRD AVENUE, SUITE 200<br>FT. LAUDERDALE FL 33316 | 003654<br>SCOTT GOTTLIEB<br>SCARSDALE NY 10583 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 004492<br>SCOTT H. READ<br>SCARBOROUGH MAINE 04074 | 001803<br>SCOTT M. GROSSMAN<br>GREENBERG TRAURIG, P.A.<br>401 E. LAS OLAS BLVD., STE. 2000<br>FORT LAUDERDALE FL  33301 |
| 002194<br>SCOTT MILLER<br>SHAWNEE KS 66203 | 002608<br>SCOTT NEWBERGER<br>CHICAGO IL 60657 |
| 002611<br>SCOTT NEWBERGER<br>CHICAGO IL 60657 | 001136<br>SCOTT OSTRIN<br>BROOMFIELD CO 80020 |
| 002629<br>SCOTT R. CHERNIS<br>SAN FRANCISCO CA 94116 | 002636<br>SCOTT R. CHERNIS IRREVOCABLE TRUST<br>UNDER THE INDENTURE OF TRUST 8/15/91<br>SAN FRANCISCO CA 94116 |
| 002638<br>SCOTT R. CHERNIS IRREVOCABLE TRUST<br>UNDER THE INDENTURE OF TRUST 8/15/91<br>PALM BEACH FLORIDA 33480 | 002639<br>SCOTT R. CHERNIS IRREVOCABLE TRUST<br>UNDER THE INDENTURE OF TRUST 8/15/91<br>NEWTON MA 02159 |
| 005805<br>SCOTT RECHLER<br>GLEN HEAD NY 11545 | 005824<br>SCOTT RECHLER<br>GLEN HEAD NY 11545 |
| 002065<br>SECOND ACT ASSOCIATES, INC.<br>MORRISTOWN NJ 07960 | 002063<br>SECOND ACT ASSOCIATES, L.P.<br>MORRISTOWN NJ 07960 |
| 004689<br>SECOND AMENDED AND RESTATED<br>HARVEY C. VAN LANEN TRUST<br>BELLE MEAD NJ 08502 | 004690<br>SECOND AMENDED AND RESTATED<br>HARVEY C. VAN LANEN TRUST<br>WHEELING IL 60090 |
| 003567<br>SECOND MARITAL TRUST UNDER THE<br>ARNOLD SHAPIRO 11/9/96 TRUST<br>PALM BEACH FL 33480 | 003790<br>SEENA CALDER<br>WEAVERVILLE NC 28787 |
| 002015<br>SEENA SPERLING<br>BOCA RATON FL 33496 | 004709<br>SELMA COHEN TRUST<br>DATED NOVEMBER 15 2007<br>BOYNTON BEACH FL 33436 |
| 004708<br>SELMA COHEN TRUST<br>DATED NOVEMBER 15 2007<br>SYOSETT NY 11791 | 004710<br>SELMA COHEN TRUST<br>DATED NOVEMBER 15 2007<br>WEST DOVER VT 05356 |
| 004712<br>SELMA COHEN<br>AS TRUSTOR, AS TRUSTEE AND AS AN INDIVIDUAL<br>BOYNTON BEACH FL 33436 | 004713<br>SELMA COHEN<br>AS TRUSTOR, AS TRUSTEE AND AS AN INDIVIDUAL<br>WEST DOVER VT 05356 |
| 004714<br>SELMA COHEN<br>AS TRUSTOR, AS TRUSTEE AND AS AN INDIVIDUAL<br>SYOSETT NY 11791 | 001980<br>SERENE WARREN REVOCABLE TRUST<br>MAPLE GROVE MN 55369 |
| 005585<br>SERENE WARREN REVOCABLE TRUST<br>U/A/D SEPTEMBER 15, 2005<br>MAPLE GROVE MN 55369 | 001981<br>SERENE WARREN, AS CO-TRUSTEE<br>OF THE SERENE WARREN REVOCABLE TRUST<br>MAPLE GROVE MN 55369 |
| 005586<br>SERENE WARREN, IN HER CAPACITY AS TRUSTEE<br>OF SERENE WARREN REVOCABLE TRUST<br>MAPLE GROVE MN 55369 | 005588<br>SERENE WARREN, INDIVIDUALLY<br>MAPLE GROVE MN 55369 |
| 007896<br>SETH B. FRENCH<br>CHARLOTTESVILLE VA 22903 | 000494<br>SETH KAUFMAN<br>DELRAY BEACH FL 33446 |
| 007875<br>SETH M. SCHWARTZ<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>FOUR TIMES SQUARE<br>NEW YORK NY 10036-6522 | 006894<br>SETH M. SCHWARTZ;<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>FOUR TIMES SQUARE<br>NEW YORK NY 10036-6522 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 006712<br>SETH SCHWARTZ, ESQ.<br>SKADDEN, ARPS, SLATE, MEAGHER, & FLOM LLP<br>FOUR TIMES SQUARE<br>NEW YORK, NEW YORK  10036 | 006323<br>SETH SQUADRON<br>C/O BRIAN MADDOX, LAX & NEVILLE, LLP<br>1412 BROADWAY<br>SUITE 1407<br>NEW YORK NY  10018 |
| 001976<br>SEW GENERAL, LLC<br>MAPLE GROVE MN 55369 | 001975<br>SEW PREFERRED LTD, ET AL.<br>MAPLE GROVE MN 55369 |
| 004836<br>SEYFAIR LLC<br>WHITE PLAINS NY 10605 | 004833<br>SEYMOUR KLEINMAN<br>WHITE PLAINS NY 10605 |
| 002849<br>SEYMOUR LICHTER<br>HIGHLAND PARK IL 60035 | 005411<br>SEYMOUR W. ZISES<br>NEW YORK NY   10021 |
| 002102<br>SFIC, LLC<br>WILMINGTON DE 19801 | 001832<br>SG HAMBROS BANK & TRUST (BAHAMAS)<br>LIMITED, AS TRUSTEE OF THE PANAGIOTIS SAKELLARIOU<br>SETTLEMENT, AN IRREVOCABLE TRUST U/A/D 12/17/92<br>NASSAU<br>BAHAMAS |
| 005441<br>SHADOW ASSOCIATES LP<br>ST. JAMES NY  11780 | 001820<br>SHANNON MAHONEY EVENSTAD<br>WOODLAND MN 55391 |
| 001821<br>SHANNON MAHONEY EVENSTAD TRUSTEE<br>WOODLAND MN 55391 | 001851<br>SHANNON MAHONEY EVENSTAD,<br>INDIVIDUALLY AND AS TRUSTEE<br>WOODLAND MN 55391 |
| 003206<br>SHANTI S. SAX<br>PORT WASHINGTON NY 11050-1709 | 002071<br>SHARI BLOCK JASON<br>WOODBURY NY 11797 |
| 002377<br>SHARLENE LADIN<br>MINNETONKA MN 55305 | 000709<br>SHARON A. RADDOCK<br>BOCA RATON FL 33432-6402 |
| 000710<br>SHARON A. RADDOCK<br>DELRAY BEACH FL 33446 | 001807<br>SHARON BAKER<br>CHICAGO ILLINOIS  60611 |
| 002180<br>SHARON BERMAN SNYDER<br>EDINA MINNESOTA 55436 | 004878<br>SHARON KNEE<br>PALM BEACH GARDENS FL 33418 |
| 002362<br>SHARON L. GRAYBOW<br>FORT LEE NJ 07024 | 002363<br>SHARON L. GRAYBOW<br>MINNEAPOLIS MN 55405 |
| 004691<br>SHARON LOHSE AS AN INDIVIDUAL,<br>REPRESENTATIVE, AND AS TRUSTEE<br>BELLE MEAD NJ 08502 | 004734<br>SHARON POPKIN<br>COOPER CITY FLORIDA 33330 |
| 003495<br>SHARON R. LUKER<br>SANTA MONICA CA 90403 | 003496<br>SHARON R. LUKER<br>SANTA MONICA CALIFORNIA 90405 |
| 001087<br>SHEILA A WOESSNER FAMILY TRUST<br>GREAT FALLS VA 22066 | 001089<br>SHEILA A. WOESSNER<br>GREAT FALLS VA 22066 |
| 003974<br>SHEILA DERMAN<br>EAST GREENWICH RI 02818 | 002602<br>SHEILA PATRICIA STOLLER<br>OAK BROOK IL 60523 |
| 002603<br>SHEILA PATRICIA STOLLER<br>NR SALISBURY WILTSHIRE SP3 5RZ<br>ENGLAND | 000500<br>SHELBURNE SHIRT COMPANY, INC.<br>NEW YORK NY 10119-0219 |
| 002950<br>SHELDON SHAFFER<br>HOLLYWOOD FL 33019 | 002949<br>SHELDON SHAFFER TRUST DTD 3/26/1996<br>HOLLYWOOD FL 33019 |
| 007887<br>SHELIA KOLODNY<br>NEW YORK NY 10024 | 001505<br>SHELLEY MICHELMORE<br>NEW YORK NY 10128 |

| | |
|---|---|
| 007814<br>SHERMAN ROSENFIELD<br>MIAMI FLORIDA 33143 | 005543<br>SHERRI L. WADDELL, INDIVIDUALLY<br>KESWICK VIRGINIA 22947 |
| 001123<br>SHERRY GAINES<br>SEARINGTOWN NY 11507 | 007078<br>SHERRY MORSE MACCABEE<br>SAN FRANCISCO CA 94118 |
| 003362<br>SHERWOOD FRIEND<br>OAK BROOK IL 60523 | 003363<br>SHERWOOD FRIEND<br>BOCA RATON FL 33434 |
| 002422<br>SHETLAND ASSOCIATES LIMITED PARTNERSHIP<br>SALEM MA 01970 | 002414<br>SHETLAND FUND LIMITED PARTNERSHIP<br>SALEM MA 01970 |
| 002424<br>SHETLAND INVESTMENTS LIMITED PARTNERSHIP<br>SALEM MA 01970 | 002435<br>SHETLAND PROPERTIES, INC.<br>SALEM MA 01970 |
| 001680<br>SHIRLEY B. BEASER<br>AS TRUSTEE AND INDIVIDUALLY<br>WEST PALM BEACH FLORIDA 33401 | 001687<br>SHIRLEY BEASER, AS GENERAL PARTNER<br>OF THE BEASER INVESTMENT COMPANY LP<br>WEST PALM BEACH FL 33401 |
| 007820<br>SHIRLEY BLANK<br>TAMARAC FLORIDA 33319 | 004498<br>SHIRLEY CHARMS<br>DEERFIELD BEACH FLORIDA 33442 |
| 005797<br>SHIRLEY FITERMAN<br>ROCHESTER MN 55905 | 005766<br>SHIRLEY FITERMAN<br>PALM BEACH FL 33480 |
| 005768<br>SHIRLEY FITERMAN<br>GOLDEN VALLEY MN 55427 | 005769<br>SHIRLEY FITERMAN<br>GOLDEN VALLEY MN   55427 |
| 005220<br>SHIRLEY FRIEDMAN<br>EAST WILLISTON NY 11596 | 005221<br>SHIRLEY FRIEDMAN<br>WEST ORANGE NJ 07052-6610 |
| 005222<br>SHIRLEY FRIEDMAN<br>JERICHO NY 11753 | 004858<br>SHIRLEY KRELLENSTEIN AS SETTLOR,<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>PALM BEACH GARDENS FL 33418 |
| 004857<br>SHIRLEY KRELLENSTEIN REVOCABLE TRUST OF 1994<br>PALM BEACH GARDENS FL 33418 | 002977<br>SHIRLEY S SIFF TRUST 1989 DTD 12/20/89<br>PALM BEACH FL 33480 |
| 002978<br>SHIRLEY S SIFF TRUST 1989 DTD 12/20/89<br>WORCESTER MASSACHUSETTS 01609 | 002974<br>SHIRLEY S. SIFF<br>WORCESTER MA 01609 |
| 002975<br>SHIRLEY S. SIFF<br>PALM BEACH FLORIDA 33480 | 002983<br>SHIRLEY S. SIFF<br>PALM BEACH FL 33480 |
| 002984<br>SHIRLEY S. SIFF<br>WORCESTER MASSACHUSETTS 01609 | 002153<br>SHIRLEY SIFF<br>PALM BEACH FLORIDA 33480 |
| 004270<br>SHL INC.<br>WINTER PARK FL 32789 | 006402<br>SHLOMO (MOMY) AMSELEM<br>GIBRALTAR |
| 006403<br>SHLOMO (MOMY) AMSELEM<br>GIBRALTAR | 000491<br>SHLOMO NAMDAR KAUFMAN<br>TEL AVIV  64585<br>ISRAEL |
| 003115<br>SHULMAN FAMILY CORPORATION<br>AVENTURA FL 33180 | 003116<br>SHULMAN FAMILY CORPORATION<br>ROSELAND NEW JERSEY 07068 |
| 001874<br>SHUM FAMILY PARTNERSHIP III, LP<br>BRIARCLIFF MANOR NY 10510 | 001875<br>SHUM FAMILY PARTNERSHIP III, LP<br>WILMINGTON DELAWARE 19801 |
| 001876<br>SHUM PARTNERS, INC.<br>TARRYTOWN NEW YORK 10591 | 001877<br>SHUM PARTNERS, INC.<br>DOVER DELAWARE 19904 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 004208<br>SHUMAKER, LOOP & KENDRICK, LLP<br>CHERYL L. GORDON, ESQ.<br>240 SOUTH PINEAPPLE AVENUE, 10TH FLOOR<br>SARASOTA FL 34236 | 003391<br>SHUSAKU ARAKAWA<br>NEW YORK NY 10012 |
| 005947<br>SIDNEY COLE<br>BOCA RATON FL 33432 | 002305<br>SIDNEY KAPLAN<br>MINNEAPOLIS MN 55402 |
| 002379<br>SIDNEY KAPLAN<br>MINNEAPOLIS MN 55402 | 002375<br>SIDNEY LADIN REVOCABLE TRUST DATED 12/30/96<br>MINNETONKA MN 55305 |
| 002213<br>SIDNEY MARKS<br>PALM BEACH FL 33480 | 002855<br>SIDNEY MARKS<br>PALM BEACH FL 33480 |
| 002853<br>SIDNEY MARKS TRUST 2002<br>PALM BEACH FL 33480 | 002376<br>SIDNEY R. LADIN<br>MINNETONKA MN 55305 |
| 002380<br>SIDNEY R. LADIN GRANTOR RETAINED ANNUITY<br>TRUST DATED 11/3/04<br>MINNETONKA MN 55305 | 002382<br>SIDNEY R. LADIN GRANTOR RETAINED ANNUITY TRUST DATED 11/3/04<br>MINNEAPOLIS MN 55402 |
| 004924<br>SIDNEY R. RABB TRUST<br>FBO CAROL R. GOLDBERG<br>BOSTON MA 02110 | 006095<br>SLOAN KAMENSTEIN<br>PALM BEACH FL 33480 |
| 006096<br>SLOAN KAMENSTEIN<br>PALM BEACH FL 33480 | 006404<br>SOFIPO AUSTRIA GMBH<br>AUSTRIA |
| 003658<br>SOL WACHTLER<br>MANHASSET NY 11030 | 006370<br>SONJA KOHN<br>SWITZERLAND |
| 007100<br>SONYA KAHN<br>WEST PALM BEACH FLORIDA 33401 | 001896<br>SOUTH FERRY #2 LP, ET AL.<br>NEW YORK NY 10004 |
| 001901<br>SOUTH FERRY BUILDING COMPANY<br>NEW YORK NY 10004 | 005708<br>SOUTH SEA HOLDINGS L.P.<br>SYOSSET NY 11791 |
| 005575<br>SOUTHERN ENGINEERING CORPORATION<br>EMPLOYEES PROFIT SHARING TRUST<br>BETHESDA MD 20814 | 004165<br>SOUTHEY INTERNATIONAL LIMITED<br>ORDINO<br>ANDORRA |
| 004166<br>SOUTHEY INTERNATIONAL LIMITED<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS | 005513<br>SOUTHPAC TRUST INTERNATIONAL, INC.<br>AVARAVA RAROTONGA<br>COOK ISLANDS |
| 001522<br>SPECIAL SITUATIONS CAYMAN FUND, LP<br>GRAND CAYMAN  KY1-9001<br>CAYMAN ISLANDS | 007715<br>SPJ INVESTMENTS, LTD.<br>C/O SULLIVAN & POWELL<br>FORT LAUDERDALE FLORIDA 33308 |
| 006697<br>SQUARE ASSET MANAGEMENT LTD.<br>ROAD TOWN TORTOLA VG1110<br>BRITISH VIRGIN ISLANDS | 006694<br>SQUARE ONE FUND LTD.<br>ROAD TOWN TORTOLA VG1110<br>BRITISH VIRGIN ISLANDS |
| 001828<br>SRIONE, LLC<br>SALMON ID 83467 | 000963<br>SSJJJ MANUFACTURING LLC<br>NEW YORK NY 10170-0002 |
| 001560<br>ST. JAMES ASSOCIATES<br>FT. LAUDERDALE FL 33308 | 001776<br>STACEY MATHIAS<br>FORT PIERCE FL 34949 |
| 001854<br>STANDARD GROUP REINSURANCE CO., LTD.,<br>IN ITS CAPACITY AS TRUSTEE<br>FOR THE BENEFIT OF JPT REINSURANCE CO., LTD.<br>PORTFOLIO TRUST U/A/D 6/16/03<br>SONOMA CA 95476-8963 | 006349<br>STANFORD M. BARATZ CHILDREN'S<br>IRREVOCABLE TRUST U/A DTD 11/90<br>WAYZATA MN 55391 |
| 007677<br>STANLEY ELIAS<br>DEL RAY BEACH FLORIDA 33484 | 001822<br>STANLEY GORDON BENNET III 1988 TRUST<br>INVERNESS CA 94937 |

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 001826<br>STANLEY GORDON BENNETT III<br>INVERNESS CA 94937 | 001824<br>STANLEY GORDON BENNETT III TRUSTEE<br>INVERNESS CA 94937 |
| 004972<br>STANLEY HIRSCHHORN<br>MANALAPAN NEW JERSEY 07726 | 005837<br>STANLEY I. LEHRER, AS ADMINISTRATOR OF THE<br>STANLEY I. LEHRER AND STUART M. STEIN, J/T WROS<br>DELRAY BEACH FLORIDA 33446 |
| 002248<br>STANLEY J. BERNSTEIN<br>WELLESLEY MA 02481 | 000679<br>STANLEY KREITMAN<br>EAST HILLS NY 11576 |
| 007025<br>STANLEY MONDSHINE<br>BOCA RATON FL 33434 | 007023<br>STANLEY MONDSHINE REVOCABLE TRUST<br>U/A/D MAY 30, 1994<br>BOCA RATON FL 33434 |
| 003151<br>STANLEY NELSON<br>WASHINGTON CT 06793 | 005229<br>STANLEY PLESENT<br>LARCHMONT NY 10538 |
| 005704<br>STANLEY QUELER<br>NEW YORK NY 10024 | 000811<br>STANLEY R. RAWN JR 5/04 GRAT<br>OLD GREENWICH CT 06870 |
| 000812<br>STANLEY R.RAWN JR.<br>OLD GREENWICH CT 06870 | 007106<br>STANLEY S. ARKIN, ESQ.<br>ARKIN KAPLAN RICE LLP<br>590 MADISON AVENUE,35TH FLOOR<br>NEW YORK NY  10022 |
| 000772<br>STANLEY S. WEITHORN<br>NEW YORK NY 10171 | 000773<br>STANLEY S. WEITHORN<br>NEW YORK NY 10019 |
| 000774<br>STANLEY S. WEITHORN<br>SCOTTSDALE AZ 85255 | 000783<br>STANLEY S. WEITHORN REVOCABLE TRUST<br>NEW YORK NY 10019 |
| 000784<br>STANLEY S. WEITHORN REVOCABLE TRUST<br>SCOTTSDALE AZ 85255 | 005178<br>STANLEY T. MILLER<br>PALM BEACH FL 33480 |
| 002158<br>STANLEY TAUBE<br>LAS VEGAS NV 89109 | 002159<br>STANLEY TAUBE<br>ST. PAUL MINNESOTA 55101 |
| 000800<br>STANLEY/LOIS CHARITABLE REMAINDER UNITRUST<br>SCOTTSDALE AZ 85255 | 000801<br>STANLEY/LOIS CHARITABLE REMAINDER UNITRUST<br>NEW YORK NY 10019 |
| 001797<br>STATE STREET BANK & TRUST COMPANY<br>BOSTON MASSACHUSETTS 02111 | 006428<br>STEFAN ZAPOTOCKY<br>AUSTRIA |
| 002016<br>STEFANELLI INVESTORS GROUP<br>FORT LAUDERDALE FL 33308 | 002017<br>STEFANELLI INVESTORS GROUP<br>MONTCLAIR NJ 07043 |
| 002018<br>STEFANELLI INVESTORS GROUP<br>TOTOWA NJ 07036 | 004089<br>STEPHANIE A. MINER AS TRUSTEE<br>SYRACUSE NY 13224 |
| 007786<br>STEPHANIE AND MARK MADOFF FOUNDATION<br>NEW YORK NEW YORK 10012-3212 | 004920<br>STEPHANIE ANDELMAN<br>NEDERLAND COLORADO  80466 |
| 007736<br>STEPHANIE B. RUBIN<br>PLAINSBORO NJ 08356 | 005896<br>STEPHANIE G. VICTOR |
| 007788<br>STEPHANIE MORGAN<br>NEW YORK NY 10012 | 007789<br>STEPHANIE MORGAN<br>GREENWICH CT 06831 |
| 005676<br>STEPHANIE RIBAKOFF, INDIVIDUALLY AND AS<br>PERSONAL REPRESENTATIVE OF THE<br>ESTATE OF EUGENE J. RIBAKOFF<br>PALM BEACH FL 33480 | 005674<br>STEPHANIE RIBAKOFF, TRUSTEE OF THE EUGENE J. RIBAKOFF 2006 TRUST<br>PALM BEACH FL 33480 |

**Exhibit Pages**
**Redacted Version**

005782
STEPHANIE ROSENTHAL
BRADENTON FL 34202

003350
STEPHEN A WEISS
CHRISTOPHER VAN DE KIEFT
SEEGER WEISS LLP
ONE WILLIAM STREET
NEW YORK NY 10004

003469
STEPHEN A WEISS
SEEGER WEISS LLP
ONE WILLIAM STREET
NEW YORK NY 10004

003472
STEPHEN A WEISS
SEEGER WEISS LLP
ONE WILLIAM STREET
NEW YORK NY 10004

004747
STEPHEN A WEISS,ESQ.
SEEGER WEISS LLP
ONE WILLIAM STREET
NEW YORK NY 10004

002779
STEPHEN A. FINE
WESTON MA 02493

002780
STEPHEN A. FINE
CHESTNUT HILL MA 02467

000904
STEPHEN A. WEISS
NEW YORK NY 10004

004730
STEPHEN A. WEISS, ESQ.,
CHRISTOPHER VAN DE KIEFT, ESQ.,
PARVIN K. AMINOLROAYA, ESQ.
SEEGER WEISS LLP,
ONE WILLIAM STREET
NEW YORK NY 10004

004751
STEPHEN A. WEISS,ESQ., SEEGER WEISS LLP
ONE WILLIAM STREET
NEW YORK NY 10004

004383
STEPHEN B. KAYE
GOLDEN COLORADO 80401

004384
STEPHEN B. KAYE
MARANA ARIZONA 85658

003976
STEPHEN EHRLICH
NEW YORK NY 10128

002229
STEPHEN FIVERSON
LIVINGSTON NJ 07039

002230
STEPHEN FIVERSON
FAIRFIELD NEW JERSEY 07004

002250
STEPHEN FIVERSON
LIVINGSTON NEW JERSEY 07039

003408
STEPHEN H. STERN
LARKSPUR CA 94939

002801
STEPHEN HELFMAN
MIAMI FL 33143

002956
STEPHEN HELFMAN
CORAL GABLES FL 33143

002502
STEPHEN HELFMAN, ESQ.
300 COCOPLUM ROAD
CORAL GABLES FL 33143

002804
STEPHEN HILL
SAN RAFAEL CA 94903

001808
STEPHEN J KRASS, ESQ.
KRASS, SNOW & SCHMUTTER, PC
419 PARK AVENUE SOUTH
NEW YORK NY 10016

003170
STEPHEN J KRASS, ESQ.,
KRASS SNOW & SCHMUTTER, PC
419 PARK AVENUE SOUTH
NEW YORK NY 10016

004800
STEPHEN J. KRASS AS TRUSTEE
NEW YORK NY 10065

001191
STEPHEN J. KRASS, ESQ.
KRASS, SNOW & SCHMUTTER, P.C.
419 PARK AVENUE SOUTH
19TH FLOOR
NEW YORK NY 10016

004452
STEPHEN N. DRATCH, AS TRUSTEE OF
THE MORTY WOLOSOFF REVOCABLE TRUST
AND THE GLORIA WOLOSOFF REVOCABLE TRUST
SHORT HILLS NJ 07078

002077
STEPHEN R. CAPLAN, IN HIS CAPACITY AS TRUSTEE
OF THE DOLORES M. SCHLESINGER MARITAL TRUST
WINDERMERE FLORIDA 34786

002078
STEPHEN R. CAPLAN, INDIVIDUALLY
WINDERMERE FLORIDA 34786

006319
STEPHEN R. GOLDENBERG
ASPEN COLORADO 81611

001733
STEPHEN SHOR
GREAT NECK NY 11024

002618
STEPHENY B. RIEMER
WEST NEWTON MA 02468

001856
STEVE BURKE, IN HIS CAPACITY AS TRUSTEE
FOR THE BENEFIT OF JPT REINSURANCE CO., LTD.
PORTFOLIO TRUST U/A/D 6/16/03
LA QUINTA CALIFORNIA 92253-7684

Exhibit Pages
Redacted Version

| | |
|---|---|
| 005098<br>STEVE SCHY, INDIVIDUALLY AND AS PARENT/GUARDIAN OF M.S. AND B.S.<br>SCHENECTADY NY 12306 | 004343<br>STEVEN A. BELSON, AS TRUSTEE<br>BOCA RATON FL 33431 |
| 004919<br>STEVEN ANDELMAN<br>GLEN NH 03838 | 002450<br>STEVEN B SIGEL<br>OAK BROOK IL 60523 |
| 002452<br>STEVEN B SIGEL<br>MARLBOROUGH, MA  01752-5928 | 007105<br>STEVEN B. MENDELOW<br>NEW YORK NY 10023 |
| 007768<br>STEVEN BELSON<br>BOCA RATON FLORIA 33431 | 004886<br>STEVEN BERGMAN<br>LLOYD HARBOR NY 11743 |
| 003733<br>STEVEN BERZNER<br>FT LAUDERDALE FL 33308 | 003734<br>STEVEN BERZNER<br>FORT LAUDERDALE FL 33304 |
| 005792<br>STEVEN C. FITERMAN LIVING TRUST<br>DATED 1/6/95, AS AMENDED<br>NAPLES FL 34108 | 005793<br>STEVEN C. FITERMAN LIVING TRUST<br>DATED 1/6/95, AS AMENDED<br>MINNEAPOLIS MN 55422 |
| 003465<br>STEVEN C. SCHUPAK<br>YONKERS NY 10710 | 003466<br>STEVEN C. SCHUPAK<br>FORT LEE NEW JERSEY 07024 |
| 005404<br>STEVEN E. LEBER<br>DELRAY BEACH FL 33484 | 005403<br>STEVEN E. LEBER CHARITABLE REMAINDER UNITRUST<br>DELRAY BEACH FL 33484 |
| 006362<br>STEVEN F. GATTI, ESQ.,<br>CLIFFORD CHANCE U.S. LLP<br>2001 K STREET, NW<br>WASHINGTON DC 20006 | 005691<br>STEVEN FITERMAN<br>GOLDEN VALLEY MN 55427 |
| 005774<br>STEVEN FITERMAN<br>NAPLES FL 34108 | 005775<br>STEVEN FITERMAN<br>MINNEAPOLIS MN 55422 |
| 005776<br>STEVEN FITERMAN<br>GOLDEN VALLEY MN 55427 | 003162<br>STEVEN GOLDMAN<br>ARMONK NY 10504 |
| 002353<br>STEVEN GRAYBOW<br>MINNETONKA MN 55305 | 002354<br>STEVEN GRAYBOW<br>MINNEAPOLIS MN 55416 |
| 004966<br>STEVEN H. GROBSTEIN<br>HALLANDALE BEACH FL 33009 | 004900<br>STEVEN H. GROBSTEIN REVOCABLE TRUST<br>HALLANDALE BEACH FL 33009 |
| 004949<br>STEVEN HARNICK REVOCABLE LIVING TRUST<br>SOUTH MIAMI FL 33142 | 004456<br>STEVEN I. HARNICK REVOCABLE LIVING TRUST DATED APRIL 2, 2002<br>MIAMI FL 33143 |
| 001372<br>STEVEN J LIFTON<br>LAKE SUCCESS NY 11042 | 001373<br>STEVEN J LIFTON<br>SANDS POINT NY 11050 |
| 004381<br>STEVEN KAYE<br>GOLDEN COLORADO 80401 | 004382<br>STEVEN KAYE<br>MARANA ARIZONA 85658 |
| 001542<br>STEVEN KIMMELMAN<br>ARENT FOX<br>1675 BROADWAY<br>NEW YORK NY 10019-5820 | 000148<br>STEVEN L. BROWN<br>WOLCOTT RIVERS GATES<br>CONVERGENCE CENTER IV<br>301 BENDIX ROAD, SUITE 500<br>VIRGINIA BEACH VIRGINIA 23452 |
| 002468<br>STEVEN L. MILLER<br>KEY LARGO FLORIDA 33037 | 002469<br>STEVEN L. MILLER<br>MINNEAPOLIS MN 55405 |
| 006771<br>STEVEN M. BERKOWITZ<br>SHARON MASSACHUSETTS 02067 | 006794<br>STEVEN M. BERKOWITZ 2004 GENERATION-SKIPPING TRUST<br>BOSTON MASSACHUSETTS 02109 |
| 006776<br>STEVEN M. BERKOWITZ IRREVOCABLE TRUST<br>SHARON MASSACHUSETTS 02067 | 006774<br>STEVEN M. BERKOWITZ TRUST<br>SHARON MASSACHUSETTS 02067 |

Date : 3/17/2011                        **Exhibit Pages**                        Page # : 119
**Redacted Version**

| | |
|---|---|
| 006775<br>STEVEN M. BERKOWITZ TRUST<br>SHARON MASSACHUSETTS 02067 | 006773<br>STEVEN M. BERKOWITZ, AS TRUSTEE<br>OF THE STEVEN M. BERKOWITZ TRUST<br>SHARON MASSACHUSETTS 02067 |
| 006777<br>STEVEN M. BERKOWITZ, AS TRUSTEE OF THE<br>STEVEN M. IRREVOCABLE BERKOWITZ TRUST<br>SHARON MASSACHUSETTS 02067 | 004874<br>STEVEN MENDELOW AS TRUSTEE<br>NEW YORK NY 10023 |
| 005126<br>STEVEN MNUCHIN,<br>AS EXECUTOR, AS TRUSTEE, AND AS AN INDIVIDUAL<br>NEW YORK NY 10021 | 000965<br>STEVEN MYERS<br>GREAT NECK NY 11024 |
| 004228<br>STEVEN P. HELLER AS PERSONAL REPRESENTATIVE<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>LOPEZ ISLAND WA 98261 | 004301<br>STEVEN P. HELLER REVOCABLE TRUST<br>WINTER PARK FLORIDA 32789-4105 |
| 004299<br>STEVEN P. HELLER,<br>AS PERSONAL REPRESENTATIVE,<br>AS TRUSTEE, AND AS AN INDIVIDUAL<br>LOPEZ ISLAND WASHINGTON 98261 | 004940<br>STEVEN P. NORTON<br>FORT LAUDERDALE FLORIDA 33301-2649 |
| 002098<br>STEVEN POSTER<br>WELLINGTON FL 33414 | 000169<br>STEVEN R. SCHLESINGER<br>JASPAN SCHLESINGER LLP<br>300 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 |
| 005489<br>STEVEN S. WEISER<br>FOREST HILLS NY 11375 | 002439<br>STEVEN SCHIFF<br>MIAMI FL 33176 |
| 004723<br>STEVEN SCHMUTTER, TRUSTEE<br>SYOSSET NY 11791 | 005278<br>STEVEN STORCH<br>STORCH AMINI & MUNVES PC<br>2 GRAND CENTRAL TOWER<br>140 EAST 45 STREET, 25TH FL<br>NEW YORK NY  10017 |
| 004620<br>STEVEN UNGERLEIDER AS TRUSTEE<br>OF YESOD FUND AND AS AN INDIVIDUAL<br>EUGENE OR 97401 | 004619<br>STEVEN UNGERLEIDER AS TRUSTEE<br>OF YESOD FUND AND AS AN INDIVIDUAL<br>NEW YORK NY 10017 |
| 002335<br>STEVEN V MARCUS SEPARATE PROPERTY<br>OF THE MARCUS FAMILY TRUST<br>LOS ALTOS CALIFORNIA 94024 | 002336<br>STEVEN V. MARCUS<br>LOS ALTOS CALIFORNIA 64024 |
| 004442<br>STEWART GLASSMAN AS TRUSTEE<br>NEW YORK NY 10022 | 004130<br>STEWART GLASSMAN, AS TRUSTEE<br>NEW YORK NY 10022 |
| 001057<br>STEWART KATZ<br>ROSLYN NY 11576 | 002057<br>STORY FAMILY TRUST #3<br>MONTVILLE NJ 07045 |
| 001516<br>STRAND INTERNATIONAL<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS | 001557<br>STRATTHAM PARTNERS<br>HOLMDEL NJ 07733 |
| 001558<br>STRATTHAM PARTNERS<br>HOLMDEL NJ 07733 | 002410<br>STRICKMAN CREDIT SHELTER TRUST<br>RANCHO MIRAGE CA 92270 |
| 002412<br>STRICKMAN EXEMPT TRUST NO. 1<br>RANCHO MIRAGE CA 92270 | 002404<br>STRICKMAN LIVING TRUST<br>RANCHO MIRAGE CA 92270 |
| 002408<br>STRICKMAN SURVIVOR'S TRUST<br>RANCHO MIRAGE CA 92270 | 001720<br>STROOCK & STROOCK & LAVAN LLP,<br>ATTN: DANIELLE A. WALSMAN, ESQ.<br>180 MAIDEN LANE<br>NEW YORK NY 10038 |
| 000721<br>STUART A. RUBIN<br>MINNEAPOLIS MN 55416 | 004637<br>STUART J. RABIN<br>NEW YORK NY 10021 |

| | |
|---|---|
| 004672<br>STUART J. RABIN<br>NEW YORK NY 10019 | 000604<br>STUART LEVENTHAL<br>NEW YORK NY 10128-1601 |
| 000603<br>STUART LEVENTHAL 2001 IRREVOCABLE TRUST<br>NEW YORK NY 10022 | 005838<br>STUART M. STEIN<br>C/O ELISE SCHERR FREJKA, ESQ.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| 004488<br>STUART M. TARSHIS<br>JERICHO NEW YORK 11753 | 005834<br>STUART PERLEN<br>BOCA RATON FL 33434 |
| 005833<br>STUART PERLEN GRANTOR AND TRUSTEE<br>BOCA RATON FL 33434 | 005832<br>STUART PERLEN REVOCABLE TRUST DTD 1/4/08<br>BOCA RATON FL 33434 |
| 005648<br>STUART PERLEN, AS TRUSTEE FOR<br>THE TRUST F/B/O MELISSA PERLEN U/A<br>DATED 9/12/1979<br>BOCA RATON FL 33434 | 005472<br>STUART PERLEN, IN HIS CAPACITY AS TRUSTEE OF THE MYRA PERLEN<br>REVOCABLE TRUST<br>BOCA RATON FL 33434 |
| 003334<br>STUART ZLOTOLOW<br>HILLSDALE NJ 07642 | 004754<br>SULY LIBERMAN<br>MIAMI BEACH FL 33139 |
| 000555<br>SUMNER FELDBERG LP TWO<br>WILMINGTON DE 19808 | 000556<br>SUMNER GP LLC<br>WILMINGTON DE 19808 |
| 000564<br>SUMNER L. FELDBERG<br>PALM BEACH FLORIDA 33480 | 000565<br>SUMNER L. FELDBERG<br>BROOKLINE MASSACHUSETTS 02445 |
| 001227<br>SUSAN A. COHEN<br>LANGHORNE PA 19047 | 003988<br>SUSAN ANDELMAN<br>GLEN NH 03838 |
| 005929<br>SUSAN B. ALSWAGER<br>STAMFORD CONNECTICUT 06902 | 005695<br>SUSAN BLUMENFELD<br>OLD WESTBURY NY 11568 |
| 005696<br>SUSAN BLUMENFELD<br>SYOSSET NY 11791 | 005715<br>SUSAN BLUMENFELD GST TRUST<br>SYOSSET NY 11791 |
| 005703<br>SUSAN BLUMENFELD INTERIORS, LTD.<br>SYOSSET NY  11791 | 007795<br>SUSAN ELKIN<br>OLD GREENWICH CT 06870 |
| 000505<br>SUSAN EPSTEIN GROSS<br>CARNELIAN BAY CA 96140 | 005790<br>SUSAN FITERMAN<br>NAPLES FL 34108 |
| 005791<br>SUSAN FITERMAN<br>MINNEAPOLIS MN 55422 | 003862<br>SUSAN GORDON<br>LLOYD HARBOR NY 11743 |
| 002500<br>SUSAN HELFMAN<br>OAK BROOK IL 60523 | 002501<br>SUSAN HELFMAN<br>CORAL GABLES FLORIDA 33133 |
| 002799<br>SUSAN HELFMAN<br>MIAMI FL 33143 | 002800<br>SUSAN HELFMAN<br>CORAL GABLES FLORIDA 33134 |
| 002958<br>SUSAN HELFMAN<br>CORAL GABLES FL 33133 | 001097<br>SUSAN I. JACOBS<br>NEW YORK NY 10021 |
| 004316<br>SUSAN INGRAM<br>NEW YORK NEW YORK 10025 | 004173<br>SUSAN J. ANOLICK<br>PLANTATION ACRES FLORIDA 33323 |
| 004218<br>SUSAN J. ANOLICK, AS TRUSTEE<br>PLANTATION ACRES FL 33323 | 001869<br>SUSAN JANE STONE<br>WEST PALM BEACH FL 33401 |
| 000652<br>SUSAN KATZENBERG<br>GREENWICH CT 06830 | 001712<br>SUSAN KOSTIN<br>DARIEN CT 06820 |

Date : 3/17/2011                    **Exhibit Pages**                    Page # : 121
                                **Redacted Version**

---

005794
SUSAN L. FITERMAN LIVING TRUST
DATED 1/6/95, AS AMENDED
NAPLES FL 34108

005795
SUSAN L. FITERMAN LIVING TRUST
DATED 1/6/95, AS AMENDED
MINNEAPOLIS MN 55422

---

006069
SUSAN M. KONIGSBERG
ROSLYN NY 11576

002470
SUSAN MILLER
MINNETONKA MINNESOTA 55305

---

002471
SUSAN MILLER
MINNEAPOLIS MN 55405

006787
SUSAN NEEDLEMAN, AS TRUSTEE
OF THE LILYAN BERKOWITZ TRUST
FRAMINGHAM MASSACHUSETTS 01701

---

006788
SUSAN NEEDLEMAN, AS TRUSTEE
OF THE LILYAN BERKOWITZ TRUST
MOULTONBOROUGH NEW HAMPSHIRE 03254

003775
SUSAN PARESKY
BOSTON MA 02116

---

000737
SUSAN S. WEINER
IN HER CAPACITY AS LIMITED PARTNER OF
WEINER INVESTMENTS, L.P. AND AS
TRUSTEE OF THE BRUCE AND
SUSAN WEINER DYNASTY TRUST
PITTSBURGH PA 15238

000406
SUSAN SCHEMEN FRADIN
LLOYD HARBOR NY 11743

---

000405
SUSAN SCHEMEN FRADIN TRUSTEE,
REV. AGREEMENT OF TRUST DATED 5/23/2000,
SUSAN SCHEMEN FRADIN SETTLOR
LLOYD HARBOR NY 11743

001873
SUSAN STONE
WEST PALM BEACH FL 33401

---

000409
SUZANNE BREEN
BOCA RATON FL 33433

006313
SUZANNE LE VINE
PALM BEACH GARDENS FLORIDA 33418

---

006312
SUZANNE LE VINE TRUST DTD 10/5/07
PALM BEACH GARDENS FL 33418

005510
SUZANNE OSHRY, AS TRUSTEE FOR THE HO MARITAL
APPOINTMENT TRUST AND AS PERSONAL
REPRESENTATIVE, AND BENEFICIARY, OF
THE ESTATE OF CLAIRE OSHRY
CULVER CITY CA 90232

---

006330
SWING HARRE,
C/O BRIAN MADDOX, LAX & NEVILLE, LLP
1412 BROADWAY
SUITE 1407
NEW YORK NY  10018

004588
SYDELLE F. MEYER, AS PERSONAL REPRESENTATIVE, AS TRUSTEE, AND AS
AN INDIVIDUAL
PALM BEACH FL 33480

---

004589
SYDELLE F. MEYER, AS PERSONAL REPRESENTATIVE, AS TRUSTEE, AND AS
AN INDIVIDUAL
WEST PALM BEACH FL 33406

003375
SYDNEY, AMSTER & GREEN PLLC
122 E. 42ND STREET, SUITE 2800
NEW YORK NY 10168

---

003580
SYLVAN ASSOCIATES LLC
WESTON MA 02493

002673
SYLVIA C. KAUFMAN
MUSKEGON MI 49441

---

002674
SYLVIA C. KAUFMAN
MUSKEGON MICHIGAN 49440

000166
SYLVIA JOEL
C/O HARVEY KRAUSS & MICHAEL WEXELBAUM
SNOW BECKER KRAUSS P.C.
605 THIRD AVENUE
NEW YORK NY 10158

---

000167
SYLVIA JOEL
SCARSDALE NY 10583

002704
SYLVIA KAUFMAN
GRAND RAPIDS MICHIGAN 49508

---

002705
SYLVIA KAUFMAN
MUSKEGON MI 49441

003806
SYLVIA M. EVERSOLE
NEW YORK NY 10032

---

000909
SYRIL SEIDEN
SMITHTOWN NY 11787

002812
T. MICHAEL KELLY
TUCSON AZ 85750

---

001607
T.C.D.
FORT LAUDERDALE FL 33305

001608
T.C.D. TRUST
FT. LAUDERDALE FL 33308

---

003684
T.R.
PALM SPRINGS CA 92264-0275

001142
TAJ INAYAT
PETALUMA CA 94952

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 005831<br>TAMIAMI TOWER CORPORATION<br>MIAMI FL 33143 | 006695<br>TAMMY P. BIEBER<br>SHEARMAN & STERLING LLP<br>599 LEXINGTON AVENUE<br>NEW YORK NEW YORK   10022 |
| 006401<br>TECNO DEVELOPMENT & RESEARCH LTD.<br>GIBRALTAR | 006397<br>TECNO DEVELOPMENT & RESEARCH S.R.L.<br>ITALY |
| 006032<br>TED BIGOS<br>EDINA MN 55435 | 002225<br>TED GOLDBERG<br>JERSEY CITY NJ 07305 |
| 005623<br>TED STORY, INDIVIDUALLY AND<br>IN HIS CAPACITY AS JOINT TENANT<br>NEW YORK NEW YORK 10011 | 000804<br>TELFORD LIMITED, C/O KEN LITVACK<br>CENTRAL  HONG KONG<br>CHINA |
| 007000<br>TENSYR LIMITED<br>ST HELIER  JE4 9WG.<br>JERSEY, U.K. | 007068<br>TERESA COHEN<br>BRIARCLIFF MANOR NY 10510 |
| 005091<br>TERRY LAZARUS<br>CORAL SPRINGS FL 33067 | 000698<br>TESUJI PARTNERS, LLC<br>NEW ROCHELLE NY 10804 |
| 000708<br>TESUJI PARTNERS, LLC<br>NEW ROCHELLE NY 10804 | 000699<br>THE 1995 JACK PARKER DESCENDANTS<br>TRUST NO. 1<br>NEW YORK NY 10021 |
| 000700<br>THE 1995 JACK PARKER DESCENDANTS<br>TRUST NO. 1<br>NEW YORK NY 10019 | 001049<br>THE 1999 BELFER PARTNERSHIP LP<br>C/O BELFER MANAGEMENT LLC<br>NEW YORK NY 10153 |
| 000417<br>THE ALLEN FAMILY TRUST<br>THOUSAND OAKS CA 91360 | 001046<br>THE ARTHUR & ROCHELLE BELFER<br>FOUNDATION INC.<br>NEW YORK NY 10153 |
| 004842<br>THE ARTICLE FOURTH NON-EXEMPT TRUST<br>CREATED UNDER THE LEO M. KLEIN TRUST<br>DATED JUNE 14, 1989<br>BOCA RATON FL 33487 | 004843<br>THE ARTICLE FOURTH NON-EXEMPT TRUST<br>CREATED UNDER THE LEO M. KLEIN TRUST<br>DATED JUNE 14, 1989<br>BOCA RATON FL 33498 |
| 005491<br>THE ASPEN COMPANY<br>WESTPORT CT 06880 | 007695<br>THE BANCROFT LIMITED PARTNERSHIP<br>ROXBURY MASSACHUSETTS 02119 |
| 007696<br>THE BANCROFT LIMITED PARTNERSHIP<br> WASHINGTON D.C. 20008 | 007691<br>THE BERNARD AND SARAH GEWIRZ FOUNDATION, INC.<br> WASHINGTON D.C. 20006 |
| 005723<br>THE BRAD BLUMENFELD FAMILY FOUNDATION<br>SYOSSET NY 11791 | 004111<br>THE CAMPAGNA REVOCABLE LIVING TRUST<br>SCOTTSDALE AZ 85255 |
| 004112<br>THE CAMPAGNA REVOCABLE LIVING TRUST<br>SCOTTSDALE AZ 85255 | 004113<br>THE CAMPAGNA REVOCABLE LIVING TRUST<br>SCOTTSDALE AZ 85255 |
| 004114<br>THE CAMPAGNA REVOCABLE LIVING TRUST<br>SCOTTSDALE AZ 85255 | 007693<br>THE CARL AND NANCY GEWIRZ FUND, INC.<br> WASHINGTON, D.C. 20036 |
| 003972<br>THE CAROLYN ROSEN MILLER REVOCABLE TRUST<br>NORTH MIAMI BEACH FL 33179 | 003973<br>THE CAROLYN ROSEN MILLER REVOCABLE TRUST<br>MIAMI BEACH FLORIDA 33154 |
| 005337<br>THE CELESTE AND ADAM BARTOS CHARITABLE TRUST<br>WILMINGTON DE 19801 | 001878<br>THE CHARLES SALMANSON TRUST 1981<br>PROVIDENCE RI 02903 |
| 004552<br>THE CHARLOTTE M. MARDEN IRREVOCABLE INSURANCE TRUST<br>NEW YORK NY 10017 | 003943<br>THE CROUL FAMILY TRUST<br>CORONA DEL MAR CA 92625 |
| 001266<br>THE DARYL GERBER STOKOLS TRUST DATED 12/14/1998<br>MIAMI BEACH FL 33139 | 001268<br>THE DARYL GERBER STOKOLS TRUST DATED 12/14/1998<br>CHICAGO IL 60610 |

Date : 3/17/2011                          **Exhibit Pages**                          Page # : 123
                                      **Redacted Version**

| | |
|---|---|
| 000219<br>THE DAVID AND PHYLLIS KUGEL<br>IRREVOCABLE TRUST<br>MANHASSET NY 11030 | 005731<br>THE DAVID BLUMENFELD FAMILY TRUST<br>SYOSSET NY 11791 |
| 000221<br>THE DAVID KUGEL TRUST<br>MANHASSET NY 11030 | 007797<br>THE DEBORAH AND ANDREW MADOFF FOUNDATION<br>NEW YORK NY 10021-3901 |
| 005263<br>THE DORIS FELTON FAMILY TRUST<br>WESTON CT 06883 | 005757<br>THE EDWARD AND SUSAN BLUMENFELD FOUNDATION<br>SYOSSET NY 11791 |
| 001164<br>THE EDWARD R. GLANTZ LIVING TRUST<br>SAN RAFAEL CA 94903 | 001165<br>THE EDWARD R. GLANTZ LIVING TRUST<br>SAN RAFAEL CA 94903 |
| 001166<br>THE EDWARD R. GLANTZ LIVING TRUST<br>SAN FRANCISCO CA 94115 | 003587<br>THE EMILY LAUREN SHAPIRO 1989 TRUST<br>WESTON MA 02493 |
| 003585<br>THE ERIC NATHAN SHAPIRO 1989 TRUST<br>WESTON MA 02493 | 007054<br>THE ESTATE OF BENNETT M. BERMAN<br>SANTA FE NM 87506 |
| 007055<br>THE ESTATE OF BENNETT M. BERMAN<br>CAMBRIDGE MA 02142 | 007722<br>THE ESTATE OF E. MILTON SACHS<br>PHILADELPHIA PA 19147 |
| 005356<br>THE ESTATE OF GERTRUDE E. ALPERN<br>EAST ROCKAWAY NY 11518 | 001222<br>THE ESTATE OF GLADYS C. LURIA<br>OLD WESTBURY NY 11568 |
| 001226<br>THE ESTATE OF HELENE B. SACHS<br>NEW YORK NY 10024 | 001205<br>THE ESTATE OF MONTE GHERTLER<br>BROOKLYN NY 11201-1685 |
| 007902<br>THE ESTATE OF SAUL A. GERONEMUS<br>RICHARD GERONEMUS AND<br>LEONARD GERONEMUS,<br>PERSONAL REPRESENTATIVES<br>BOCA RATON FLORIDA 33486 | 007903<br>THE ESTATE OF SAUL A. GERONEMUS<br>RICHARD GERONEMUS AND<br>LEONARD GERONEMUS,<br>PERSONAL REPRESENTATIVES<br>PLANTATION  FLORIDA 33324 |
| 002079<br>THE ESTELLE HARWOOD FAMILY LIMITED PARTNERSHIP<br>JERSEY CITY NEW JERSEY 07306 | 002081<br>THE ESTELLE HARWOOD FAMILY LIMITED PARTNERSHIP<br>DELRAY BEACH FLORIDA 33445 |
| 002082<br>THE ESTELLE HARWOOD FAMILY LIMITED PARTNERSHIP<br>WILMINGTON DELAWARE 19805 | 002083<br>THE ESTELLE HARWOOD FAMILY LIMITED PARTNERSHIP<br>WILMINGTON DELAWARE 19808 |
| 007894<br>THE FREDERICA RIPLEY FRENCH<br>REVOCABLE TRUST<br>CHARLOTTESVILLE VA 22903 | 003980<br>THE GERALD AND BARBARA KELLER<br>FAMILY TRUST U/A JUNE 2, 1998<br>GREAT NECK NY 11021 |
| 005184<br>THE GETTINGER FOUNDATION<br>NEW YORK NY 10018 | 002613<br>THE GILBERT M. KOTZEN 1982 TRUST<br>FISHER ISLAND FLORIDA 33109 |
| 002614<br>THE GILBERT M. KOTZEN 1982 TRUST<br>WEST NEWTON MA 02468 | 001169<br>THE GLANTZ-OSTRIN TRUST I<br>SAN RAFAEL CA 94903 |
| 001170<br>THE GLANTZ-OSTRIN TRUST I<br>SAN RAFAEL CA 94903 | 001171<br>THE GLANTZ-OSTRIN TRUST II<br>SAN RAFAEL CA 94903 |
| 001172<br>THE GLANTZ-OSTRIN TRUST II<br>SAN RAFAEL CA 94903 | 005010<br>THE GLORIA ALBERT SANDLER<br>AND MAURICE SANDLER REVOCABLE LIVING TRUST,<br>ALAMO CA 94507 |
| 005011<br>THE GLORIA ALBERT SANDLER<br>AND MAURICE SANDLER REVOCABLE LIVING TRUST,<br>VAIL CO 81657 | 005012<br>THE GLORIA ALBERT SANDLER<br>AND MAURICE SANDLER REVOCABLE LIVING TRUST,<br>OAK BROOK IL 60523 |
| 003835<br>THE GOLDBERG FAMILY INVESTMENT CLUB<br>DELRAY BEACH FL 33446 | 004933<br>THE HARNICK BROTHERS PARTNERSHIP<br>SARASOTA FL 34238 |

## Exhibit Pages
### Redacted Version

| | |
|---|---|
| 004896<br>THE HARRIET BERGMAN REVOCABLE LIVING TRUST DATED JUNE 25, 2009<br>LLOYD HARBOR NY 11743 | 004772<br>THE HAUSNER GROUP<br>(ALSO KNOWN AS THE HAUSNER GROUP, LP)<br>FLORAL PARK NY 11005 |
| 007723<br>THE HELENE B. SACHS MARITAL TRUST(S)<br>PHILADELPHIA PA 19147 | 007723<br>THE HELENE B. SACHS MARITAL TRUST(S)<br>MARLBORO NEW JERSEY 07746 |
| 001173<br>THE JERALD OSTRIN TRUST<br>SAN RAFAEL CA 94903 | 001174<br>THE JERALD OSTRIN TRUST<br>SAN RAFAEL CA 94903 |
| 000353<br>THE JEROME GOODMAN CHILDREN'S GRAT #1<br>GREAT NECK NY 11021 | 004861<br>THE JP GROUP<br>CHICAGO IL 60657 |
| 003589<br>THE JULIE BETH SHAPIRO 1989 TRUST<br>WESTON MA 02493 | 007210<br>THE JULIUS SANKIN REVOCABLE TRUST<br>DELRAY BEACH FL 33445 |
| 007211<br>THE JULIUS SANKIN REVOCABLE TRUST<br>ROCKVILLE MD 20853 | 004721<br>THE KL RETIREMENT TRUST<br>SYOSSET NY 11791 |
| 004722<br>THE KL RETIREMENT TRUST<br>NEW YORK NY 10028 | 007029<br>THE KORN FAMILY LIMITED PARTNERSHIP<br>PALM BEACH GARDENS FL 33410 |
| 005572<br>THE LANX FUND II, LP<br>NEW YORK NEW YORK 10022 | 005077<br>THE LAZARUS-SCHY FAMILY PARTNERSHIP<br>CORAL SPRINGS FL 33067 |
| 005625<br>THE LDP CORP. PROFIT SHARING PLAN AND TRUST<br>NEW YORK NY 10019 | 001068<br>THE LEEDS PARTNERSHIP<br>C/O GERARD AND LILO LEEDS<br>GREAT NECK  NEW YORK 11021 |
| 004844<br>THE LEO M. KLEIN REVOCABLE TRUST<br>DATED JUNE 14 1989<br>BOCA RATON FL 33487 | 004845<br>THE LEO M. KLEIN REVOCABLE TRUST<br>DATED JUNE 14 1989<br>BOCA RATON FL 33498 |
| 001730<br>THE LEON SHOR REVOCABLE TRUST<br>GREAT NECK NY 11024 | 001731<br>THE LEON SHOR REVOCABLE TRUST<br>GREAT NECK NY 11024 |
| 004502<br>THE LIEBLEIN FAMILY TRUST DATED APRIL 1, 1990<br>BAYSIDE NY 11360 | 004503<br>THE LIEBLEIN FAMILY TRUST DATED APRIL 1, 1990<br>BAYSIDE NY 11360 |
| 004504<br>THE LIEBLEIN FAMILY TRUST DATED APRIL 1, 1990<br>WHITE PLAINS NEW YORK 10605 | 004505<br>THE LIEBLEIN FAMILY TRUST DATED APRIL 1, 1990<br>CUPERTINO CA 95014 |
| 004717<br>THE LILA S. GERLIN TRUST<br>MERRICK NY 11566 | 004718<br>THE LILA S. GERLIN TRUST<br>BOCA RATON FL 33433 |
| 003591<br>THE LINDSAY ARIEL SHAPIRO 1989 TRUST<br>WESTON MA 02493 | 005434<br>THE LONG ISLAND MUSEUM OF<br> AMERICAN ART, HISTORY & CARRIAGES,<br> C/O DEUTSCH & LIPNER,<br> ATTN: HERB DEUTSCH<br>1325 FRANKLIN AVE, SUITE 225<br>GARDEN CITY NEW YORK 11530 |
| 004216<br>THE LORA TRUST U/A 8/29/89<br>PLANTATION ACRES FL 33323 | 005435<br>THE LOU AND HARRY STERN FAMILY FOUNDATION<br>GREAT NECK NY  11021 |
| 003410<br>THE LUSTIG FAMILY 1990 TRUST<br>LOS GATOS CALIFORNIA 95030 | 002154<br>THE LYLE BERMAN FAMILY PARTNERSHIP<br>LAS VEGAS NV 89109 |
| 000896<br>THE M&B WEISS FAMILY<br>LIMITED PARTNERSHIP OF 1996<br>C/O MELVYN I. WEISS<br>NEW YORK NY 10119-0165 | 000897<br>THE M&B WEISS FAMILY<br>LIMITED PARTNERSHIP OF 1996<br>C/O MELVYN I. WEISS<br>OYSTER BAY NEW YORK 11771 |
| 002337<br>THE MARCUS FAMILY LTD PARTNERSHIP<br>LOS ALTOS CALIFORNIA 94024 | 001084<br>THE MARDEN FAMILY FOUNDATION, INC.<br>NEW YORK NY 10013 |

Date : 3/17/2011                        **Exhibit Pages**                        Page # : 125
**Redacted Version**

---

002760
THE MARILYN CHERNIS REVOCABLE TRUST
RANCHO MIRAGE CA 92270

001131
THE MARJA LEE ENGLER 2003
GRANTOR RETAINED ANNUITY TRUST
KEY BISCAYNE FLORIDA 33149

---

001129
THE MENDEL J. ENGLER REVOCABLE TRUST
UNDER AGREEMENT AND RESTATEMENT
DATED JULY 8, 1993
KEY BISCAYNE FLORIDA 33149

005854
THE MESTRO COMPANY
C/O ELISE SCHERR FREJKA, ESQ.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

---

003679
THE MITTLEMANN FAMILY FOUNDATION
PROVIDENCE RI 02906

007748
THE MOSAIC FUND, L.P.
WILMINGTON DELAWARE 19801

---

005262
THE MURRAY FAMILY TRUST
BOCA RATON FL 33434

000560
THE NANCY KARP 1997 CHARITABLE REMAINDER UNITRUST
BROOKLINE MA 02445

---

000561
THE NANCY KARP 1997 CHARITABLE REMAINDER UNITRUST
BROOKLINE MA 02445

002869
THE OLESKY SURVIVORS TRUST DATED 2/27/84
AGOURA HILLS CA 91301

---

001252
THE PATI H. GERBER
MARITAL DEDUCTION TRUST
UNDER THE LAST WILL
AND TESTAMENT OF OSCAR L. GERBER
LAKE FOREST IL 60045

001083
THE PATRICE AND KEVIN AULD FOUNDATION
SEATTLE WA 98102

---

007651
THE PAUL J. KOZLOFF FAMILY
LIMITED PARTNERSHIP
WYOMISSING PA 19610

007629
THE PHILEONA FOUNDATION
MINNEAPOLIS MN 55405

---

002735
THE PHOEBE BLUM REVOCABLE TRUST
WAYLAND MA 01778

000220
THE PHYLLIS KUGEL REVOCABLE LIVING TRUST
MANHASSET NY 11030

---

000931
THE PLATZNER ORGANIZATION, LLC
NEW ROCHELLE NY 10801

004379
THE RESTATED HENRY KAYE TRUST
FOSTER CITY CALIFORNIA 94404

---

002792
THE RITA D. GRAYBOW AND DENNIS LISS
FAMILY LIVING TRUST
MARINA DEL REY CA 90292-6278

002793
THE RITA D. GRAYBOW AND DENNIS LISS
FAMILY LIVING TRUST
MARINA DEL REY CA 90292

---

001048
THE ROBERT A. BELFER
AND RENEE BELFER FAMILY FOUNDATION
NEW YORK NY 10153

005633
THE RUTH ROSEN REVOCABLE TRUST AGREEMENT DATED APRIL 11, 1988 C/
O MARCIA COHEN, TRUSTEE
BOCA RATON FL 33434

---

005410
THE S. JAMES COPPERSMITH CHARITABLE REMAINDER UNITRUST
MARBLEHEAD MA 01945

007725
THE SACHS FAMILY TRUST
PHILADELPHIA PA 19147

---

007726
THE SACHS FAMILY TRUST
MARLBORO NEW JERSEY 07746

007209
THE SANKIN FAMILY LLC
DELRAY BEACH FL 33445

---

004973
THE SAUL A. GERONEMUS REVOCABLE TRUST
DTD 6/26/92,
TAMARAC FL 33319

004974
THE SAUL A. GERONEMUS REVOCABLE TRUST
DTD 6/26/92,
PLANTATION FL 33324

---

003393
THE SCHONBRAUN MCCANN GROUP
101 EISENHOWER PARKWAY
ROSELAND NJ 07068

005078
THE SCHY FAMILY PARTNERSHIP
CORAL SPRINGS FL 33067

---

005079
THE SCHY FAMILY PARTNERSHIP
BOCA RATON FL 33434

001175
THE SCOTT OSTRIN TRUST
SAN RAFAEL CA 94903

---

001176
THE SCOTT OSTRIN TRUST
SAN RAFAEL CA 94903

003244
THE SOLOMON ORGANIZATION INC.
RESTON VA 20191

---

003245
THE SOLOMON ORGANIZATION INC.
NEW YORK NEW YORK 10022

000845
THE SPERRY FUND
NEW YORK NY 10016

Date : 3/17/2011                    **Exhibit Pages**                    Page # : 126
                                    Redacted Version

---

000557
THE SUMNER AND ESTHER FELDBERG 1998 CHARITABLE REMAINDER
BROOKLINE MA 02445

000558
THE SUMNER AND ESTHER FELDBERG 1998 CHARITABLE REMAINDER
BROOKLINE MA 02445

---

000559
THE SUMNER AND ESTHER FELDBERG 1998 CHARITABLE REMAINDER
NEW YORK NY 10128

005153
THE SURVIVOR'S TRUST UNDER ARTICLE 6 OF THE A & M JOHNSON TRUST
WALNUT CREEK CA 94598

---

001167
THE THELMA GLANTZ LIVING TRUST
SAN RAFAEL CA 94903

001168
THE THELMA GLANTZ LIVING TRUST
SAN RAFAEL CA 94903

---

000157
THE TOWER TRUST
SWITZERLAND

001209
THE TRUST CREATED U/W MONTE GHERTLER
F/B/O MONTE GHERTLER'S GRANDCHILDREN
BROOKLYN NY 11201-1685

---

001192
THE TRUST U/A VI OF THE WILL
OF GLADYS C. LURIA
F/B/O JOAN L. FISHER
OLD WESTBURY NEW YORK 11568

001193
THE TRUST U/A VI OF THE WILL
OF GLADYS C. LURIA
F/B/O JOAN L. FISHER
NEW YORK NEW YORK 10022

---

001196
THE TRUST U/A VII OF THE WILL
OF GLADYS C. LURIA
F/B/O JOAN L. FISHER
OLD WESTBURY NEW YORK 11568

001197
THE TRUST U/A VII OF THE WILL
OF GLADYS C. LURIA
F/B/O JOAN L. FISHER
NEW YORK NEW YORK 10022

---

001220
THE TRUST U/A VIII OF THE WILL
OF GLADYS C. LURIA F/B/O CARL T. FISHER
OLD WESTBURY NY 11568

007730
THE TRUST(S) U/A X OF THE WILL
OF E. MILTON SACHS
F/B/O THE ISSUE OF HOPE A. GELLER
MARLBORO NEW JERSEY 07746

---

007727
THE TRUST(S) U/A X OF THE WILL
OF E. MILTON SACHS
F/B/O THE ISSUE OF JUDITH SACHS
PHILADELPHIA PA 19147

007728
THE TRUST(S) U/A X OF THE WILL
OF E. MILTON SACHS
F/B/O THE ISSUE OF JUDITH SACHS
MARLBORO NEW JERSEY 07746

---

007729
THE TRUST(S) U/A X OF THE WILL
OF E. MILTON SACHS
F/B/O THE ISSUE OF SUSAN A. COHEN
MARLBORO NEW JERSEY 07746

002198
THE WHITMAN PARTNERSHIP
SARASOTA FL 34243

---

005175
THELMA KUGEL
TAMARAC FL 33319

003354
THELMA LINDENBERG
OAK BROOK IL 60523

---

003355
THELMA LINDENBERG
6006 LINDEN CIRCLE
TAMARAC FL 33319

002058
THEODORE STORY, INDIVIDUALLY AND
AS TRUSTEE OF THE STORY FAMILY TRUST #3
NEW YORK NY 10011

---

002113
THEODORE WM. TASHLIK
GREAT NECK NY 11021

006337
THEODOSIA PRICE,
C/O BRIAN MADDOX, LAX & NEVILLE, LLP
1412 BROADWAY
SUITE 1407
NEW YORK NY  10018

---

002178
THERESA BERMAN
MINNETONKA MN 55305

002175
THERESA BERMAN REVOCABLE TRUST
MINNETONKA MN 55305

---

002176
THERESA BERMAN REVOCABLE TRUST
MINNETONKA MN 55305

002177
THERESA BERMAN REVOCABLE TRUST
EDINA MINNESOTA 55436

---

003936
THERESA PETERSEN BLOTKY
BEVERLY HILLS CA 90212

003937
THERESA PETERSEN BLOTKY
MALIBU CA 90265

---

004986
THERESA R. RYAN
FOSTER CITY CA 94404

004025
THERON H. HOGLE AS TRUSTEE
PULASKI NY 12142

---

005549
THEUS GRIGGS, INDIVIDUALLY
WASHINGTON D.C. 20017

002729
THOMAS BERNFELD
SARASOTA FLORIDA 34239

---

000872
THOMAS BERNSTEIN
PITTSBURGH PA 15232

000613
THOMAS CHARLES HEINE
NEW YORK NY 10282

Date : 3/17/2011                            **Exhibit Pages**                            Page # : 127
                                          **Redacted Version**

004797
THOMAS D. ARNOLD
BRISBANE CA 94005

004178
THOMAS D. GOLDBERG, ESQ.
DAY PITNEY LLP
ONE CANTERBURY GREEN
201 BROAD STREET
STAMFORD CT 06901

004193
THOMAS D. GOLDBERG, ESQ.
DAY PITNEY, LLP
ONE CANTERBURY GREEN
201 BROAD STREET
STAMFORD CT 06901

004023
THOMAS E. CHARLES AS TRUSTEE
CANANDAIGUA NY 14424

004015
THOMAS ELDEN, GENERAL PARTNER
LAKEVIEW HEDGING FUND, LP
CHICAGO IL 60610

004016
THOMAS ELDEN, GENERAL PARTNER
LAKEVIEW HEDGING FUND, LP
SOLANA BEACH CA 92075

001541
THOMAS G. AVELLINO
HOLMDEL NJ 07733

007630
THOMAS G. WALLRICH
HINSHAW & CULBERTSON
333 SOUTH SEVENTH
SUITE 200
MINNEAPOLIS MN 55402

000450
THOMAS H. LEE
NEW YORK NEW YORK  10022

006815
THOMAS H. SEGAL
BALTIMORE MD 21218

006817
THOMAS H. SEGAL 1994 TRUST
BALTIMORE MD 21218

006819
THOMAS H. SEGAL INC.
BALTIMORE MARYLAND 21218-2306

006820
THOMAS H. SEGAL INC.
BALTIMORE  MARYLAND 21218

006821
THOMAS H. SEGAL INC.
BOSTON  MASSACHUSETTS 02116

006822
THOMAS H. SEGAL, AS TRUSTEE
OF THE THOMAS H. SEGAL 1994 TRUST
BALTIMORE MD 21218

004326
THOMAS HESLIN
CABIN JOHN MD 20818

002208
THOMAS J. MOYLAN, ESQ
171 MILK STREET, SUITE 32
BOSTON MA 02109

002852
THOMAS J. MOYLAN, ESQ
171 MILK STREET, SUITE 25
BOSTON MA 2109

000023
THOMAS J. SCHELL
BRYAN CAVE LLP
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

000693
THOMAS L. STARK
RIVERSIDE CT 06878

007018
THOMAS L. STARK
RIVERSIDE CT 06878

002860
THOMAS MOSCOE
KEY BISCAYNE FL 33149

002861
THOMAS MOSCOE
MINNETONKA MINNESOTA 55435

007098
THOMAS NIKIELEWSKI
WINKEL
SWITZERLAND

006338
THOMAS SHEA,
C/O BRIAN MADDOX, LAX & NEVILLE, LLP
1412 BROADWAY
SUITE 1407
NEW YORK NY  10018

000763
THOMAS VAN DROOGE KISSINGER
BOULDER CO 80304

001613
TIFFANY J. LOWLES
HENDERSONVILLE NC 28791

001614
TIFFANY JOY LOWLES TRUST
U/A DATED JUNE 29, 1990
PALM BEACH FL 33480

006456
TIM BROCKMANN
GIBRALTAR

006457
TIM BROCKMANN
FRANCE

002924
TIM MURRAY
6308 UPLAND LANE NORTH
MAPLE GROVE MN 55311

003323
TIMOTHY HELMIG
BETHESDA MARYLAND 20817

002815
TIMOTHY J. SEXTON
TUCSON AZ 85750

002816
TIMOTHY J. SEXTON
MINNEAPOLIS MINNESOTA 55413

Exhibit Pages
Redacted Version

| | |
|---|---|
| 000246<br>TIMOTHY KEBBE<br>WHITE PLAINS PLAZA<br>ONE NORTH BROADWAY, SUITE 509<br>WHITE PLAINS NY 10601 | 003317<br>TIMOTHY LANDRES<br>CHEVY CHASE MD 20815-3770 |
| 003660<br>TIMOTHY SHAWN TEUFEL<br>TEQUESTA FLORIDA 33469 | 003664<br>TIMOTHY SHAWN TEUFEL AND VALERIE ANN TEUFEL<br>FAMILY TRUST U/T/D 5/24/95<br>TEQUESTA FLORIDA 33469 |
| 003795<br>TOBIAS GOLDBERG<br>BOCA RATON FL 33434 | 003259<br>TOBY HARWOOD<br>SHORT HILLS NJ 07078 |
| 004273<br>TOBY T. HOBISH AS AN INDIVIDUAL AND AS TRUSTEE<br>ROSLYN NY 11576 | 004279<br>TOBY T. HOBISH LIVING TRUST<br>ROSLYN NY 11576 |
| 004280<br>TOBY T. HOBISH LIVING TRUST<br>MANHATTAN MT 59741 | 003235<br>TODD B. GOLDSTEIN<br>NEW YORK NY 10025 |
| 005242<br>TODD G. COSENZA, ESQ.<br>WILLKIE FARR & GALLAGHER LLP,<br>787 7TH AVENUE<br>NEW YORK NEW YORK  10019 | 003871<br>TODD R. SHACK<br>MIAMI FL 33137 |
| 005807<br>TODD RECHLER<br>MORRISTOWN NJ 07960 | 005657<br>TOM WALLRICH<br>HINSHAW & CULBERTSON LLP<br>333 SOUTH SEVENTH STREET SUITE 2000<br>MINNEAPOLIS MN 55402 |
| 005682<br>TOM WALLRICH<br>333 SOUTH SEVENTH STREET<br>SUITE 2000<br>MINNEAPOLIS MN 55402 | 005765<br>TOWERS MANAGEMENT COMPANY, LLC<br>GOLDEN VALLEY MN 55427 |
| 001366<br>TRACEY E. FILLOW, CPA<br>23 SOUTH MAIN STREET, PO BOX 799<br>KENT CT 06757 | 006098<br>TRACY KAMENSTEIN<br>PALM BEACH FL 33480 |
| 006099<br>TRACY KAMENSTEIN<br>PALM BEACH FL 33480 | 000662<br>TRACY MCDONALD LOWREY LENEHAN<br>PALM BEACH GARDENS FL 33418 |
| 003310<br>TRAIN KLAN<br>ELIZABETH NJ 07208 | 005446<br>TREBOR MANAGEMENT CORP. #3 EMPLOYEE PROFIT SHARING PLAN<br>NEW YORK NY 10018 |
| 005447<br>TREBOR MANAGEMENT CORP. #3 EMPLOYEE PROFIT SHARING PLAN<br>NEW YORK NY 10018 | 005444<br>TREBOR MANAGEMENT CORP. RETIREMENT PLAN #1<br>NEW YORK NY 10018 |
| 005445<br>TREBOR MANAGEMENT CORP. RETIREMENT PLAN #1<br>NEW YORK NY 10018 | 006715<br>TREMONT (BERMUDA) LIMITED<br>RYE NEW YORK 10580 |
| 006730<br>TREMONT ARBITRAGE FUND LP,<br>RYE NEW YORK 10580 | 006732<br>TREMONT EMERGING MARKETS FUND – IRELAND,<br>RYE NEW YORK 10580 |
| 006734<br>TREMONT EQUITY FUND – IRELAND<br>RYE NEW YORK 10580 | 006711<br>TREMONT GROUP HOLDINGS, INC<br>RYE NEW YORK 10580 |
| 006736<br>TREMONT INTERNATIONAL INSURANCE FUND LP<br>RYE NEW YORK 10580 | 006738<br>TREMONT LONG/SHORT EQUITY FUND LP<br>RYE NEW YORK 10580 |
| 006740<br>TREMONT MARKET NEUTRAL FUND  LP<br>RYE 10580 | 006741<br>TREMONT MARKET NEUTRAL FUND  LP<br>RYE NEW YORK 10580 |
| 006744<br>TREMONT MARKET NEUTRAL FUND LIMITED<br>RYE NEW YORK 10580 | 006747<br>TREMONT OPPORTUNITY FUND II LP<br>RYE NEW YORK 10580 |
| 006749<br>TREMONT OPPORTUNITY FUND III LP<br>RYE NEW YORK 10580 | 006746<br>TREMONT OPPORTUNITY FUND LIMITED<br>RYE NEW YORK 10580 |

Date : 3/17/2011                              Exhibit Pages                              Page # : 129
                                            Redacted Version

| | |
|---|---|
| 006713<br>TREMONT PARTNERS, INC.<br>RYE NEW YORK 10580 | 007031<br>TRIANGLE DIVERSIFIED INVESTMENTS<br>GEORGE TOWN GRAND CAYMAN<br>CAYMAN ISLANDS |
| 007032<br>TRIANGLE DIVERSIFIED INVESTMENTS<br>NEW YORK NY 10036 | 007033<br>TRIANGLE DIVERSIFIED INVESTMENTS<br> GRAND CAYMAN<br>CAYMAN ISLANDS |
| 007037<br>TRIANGLE DIVERSIFIED INVESTMENTS LLC<br>NEW YORK NY 10036 | 005202<br>TRIANGLE PROPERTIES #39<br>MELVILLE NY 11747 |
| 005203<br>TRIANGLE PROPERTIES #39<br>JERICHO NY 11753 | 007007<br>TROTANOY INVESTMENT CO LTD.<br>GUERNSEY, CHANNEL ISLANDS |
| 000057<br>TRUST 'A' U/W G HURWITZ<br>POTOMAC MD 20854 | 005421<br>TRUST 'B' U/W GEORGE H. HURWITZ<br>BOYNTON BEACH FL 33436 |
| 004815<br>TRUST C UNDER THE REVOCABLE TRUST FOR COMMUNITY PROPERTY AND<br>SEPARATE PROPERTY OF ROBERT L. DAHME AND DELORES K. DAHME<br>MONTECITO CA 93108 | 004628<br>TRUST CREATED BY JOY UNGERLEIDER-MAYERSON<br>U/A/D 12/18/89 F/B/O NOAH U. SPRINGER<br>CHESTNUT HILL MA 02467 |
| 004627<br>TRUST CREATED BY JOY UNGERLEIDER-MAYERSON<br>U/A/D/ 1/31/88 F/B/O/ NOAH U. SPRINGER<br>CHESTNUT HILL MA 02467 | 000665<br>TRUST CREATED FOR THE BENEFIT OF<br>JESSICA LEE LOWREY UNDER ARTICLE<br>SECOND OF A CERTAIN TRUST AGREEMENT<br>DATED AUGUST 29, 1984<br>N PALM BEACH FL 33408 |
| 000664<br>TRUST CREATED FOR THE BENEFIT OF<br>TRACY MCDONALD LOWREY UNDER ARTICLE<br>SECOND OF A CERTAIN TRUST AGREEMENT<br>DATED AUGUST 29, 1984<br>N PALM BEACH FL 33408 | 000666<br>TRUST CREATED FOR THE BENEFIT OF<br>WHITNEY HANLON LOWREY UNDER ARTICLE<br>SECOND OF A CERTAIN TRUST AGREEMENT<br>DATED AUGUST 29, 1984<br>N PALM BEACH FL 33408 |
| 003327<br>TRUST CREATED UNDER THE LAST WILL AND<br>TESTAMENT OF BEATRICE BADER<br>HILLSDALE NJ 07642 | 003329<br>TRUST CREATED UNDER THE LAST WILL AND TESTAMENT OF BEATRICE<br>BADER<br>NEW ROCHELLE NY 10804 |
| 007742<br>TRUST CREATED UNDER THE WILL<br>OF HAROLD KORN FOR THE BENEFIT<br>OF MARJORIE K. OSTERMAN<br>STAMFORD CT 06902 | 007743<br>TRUST CREATED UNDER THE WILL<br>OF HAROLD KORN FOR THE BENEFIT<br>OF MARJORIE K. OSTERMAN<br>NEW YORK NEW YORK 10025 |
| 004779<br>TRUST F/B/O ALEXANDRA E. HAUSNER CAVE<br>NORTHPORT NY 11760 | 004780<br>TRUST F/B/O ALEXANDRA E. HAUSNER CAVE<br>ROSLYN HEIGHTS NY 11577 |
| 005721<br>TRUST F/B/O BRAD BLUMENFELD<br>SYOSSET NY 11791 | 005717<br>TRUST F/B/O DAVID BLUMENFELD<br>SYOSSET NY 11791 |
| 005646<br>TRUST F/B/O MELISSA PERLEN U/A<br>DATED 9/12/1979<br>BOCA RATON FL 33434 | 005713<br>TRUST F/B/O SUSAN BLUMENFELD<br>SYOSSET NY 11791 |
| 005135<br>TRUST FBO ALAN MNUCHIN UNDER ARTICLE 5A OF THE LAST WILL AND<br>TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10021 | 004306<br>TRUST FBO ALEXANDER DRANOFF<br>UNDER ARTICLES SIXTH AND EIGHTH OF THE<br>LAST WILL AND TESTAMENT OF JAMES HELLER<br>NEW YORK NEW YORK 10021 |
| 004305<br>TRUST FBO ANDREW DRANOFF<br>UNDER ARTICLES SIXTH AND EIGHTH OF THE<br>LAST WILL AND TESTAMENT OF JAMES HELLER<br>NEW YORK NEW YORK 10021 | 005140<br>TRUST FBO DYLAN TERNER MNUCHIN UNDER ARTICLE 5C OF THE LAST WILL<br>AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10028 |
| 005141<br>TRUST FBO DYLAN TERNER MNUCHIN UNDER ARTICLE 5C OF THE LAST WILL<br>AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10021 | 005142<br>TRUST FBO DYLAN TERNER MNUCHIN UNDER ARTICLE 5C OF THE LAST WILL<br>AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY  10021 |
| 005143<br>TRUST FBO DYLAN TERNER MNUCHIN UNDER ARTICLE 5C OF THE LAST WILL<br>AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10021 | 005136<br>TRUST FBO EMMA DEFOREST MNUCHIN UNDER ARTICLE 5C OF THE LAST<br>WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10028 |

Date : 3/17/2011                    **Exhibit Pages**                    Page # : 130
**Redacted Version**

| | |
|---|---|
| 005137<br>TRUST FBO EMMA DEFOREST MNUCHIN UNDER ARTICLE 5C OF THE LAST<br>WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10021 | 005138<br>TRUST FBO EMMA DEFOREST MNUCHIN UNDER ARTICLE 5C OF THE LAST<br>WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10022 |
| 005139<br>TRUST FBO EMMA DEFOREST MNUCHIN UNDER ARTICLE 5C OF THE LAST<br>WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10021 | 005821<br>TRUST FBO GLENN RECHLER<br>U/W/O WILLIAM RECHLER<br>MELVILLE NY 11747 |
| 005144<br>TRUST FBO JOHN PLAYER MNUCHIN UNDER ARTICLE 5C OF THE LAST WILL<br>AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10028 | 005145<br>TRUST FBO JOHN PLAYER MNUCHIN UNDER ARTICLE 5C OF THE LAST WILL<br>AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10021 |
| 005146<br>TRUST FBO JOHN PLAYER MNUCHIN UNDER ARTICLE 5C OF THE LAST WILL<br>AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10022 | 005147<br>TRUST FBO JOHN PLAYER MNUCHIN UNDER ARTICLE 5C OF THE LAST WILL<br>AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10021 |
| 004308<br>TRUST FBO KATHERINE HELLER<br>UNDER ARTICLES SIXTH AND EIGHTH OF THE<br>LAST WILL AND TESTAMENT OF JAMES HELLER<br>LOPEZ ISLAND WASHINGTON 98261 | 005816<br>TRUST FBO MARK RECHLER<br>MELVILLE NY 11747 |
| 005815<br>TRUST FBO MITCHELL RECHLER<br>MELVILLE NY 11747 | 003965<br>TRUST FBO NICOLE GIRARD U/A/D 12/2/97<br>NEW YORK NY 10019 |
| 004307<br>TRUST FBO SAM HELLER<br>UNDER ARTICLES SIXTH AND EIGHTH OF THE<br>LAST WILL AND TESTAMENT OF JAMES HELLER<br>LOPEZ ISLAND WASHINGTON 98261 | 005134<br>TRUST FBO STEVEN MNUCHIN AND HIS ISSUE UNDER ARTICLE 5B OF THE<br>LAST WILL AND TESTAMENT OF ELAINE TERNER COOPER<br>NEW YORK NY 10028 |
| 005814<br>TRUST FBO TODD RECHLER<br>MELVILLE NY 11747 | 004367<br>TRUST FOR CHARLES D. KELMAN'S GRANDCHILDREN<br>AND MORE REMOTE DESCENDANTS UNDER<br>ARTICLE VII OF THE CHARLES D. KELMAN REVOCABLE TRUST<br>BOCA RATON FL 33431 |
| 004368<br>TRUST FOR CHARLES D. KELMAN'S GRANDCHILDREN<br>AND MORE REMOTE DESCENDANTS UNDER<br>ARTICLE VII OF THE CHARLES D. KELMAN REVOCABLE TRUST<br>NEW YORK NY 10022 | 004369<br>TRUST FOR CHARLES D. KELMAN'S GRANDCHILDREN<br>AND MORE REMOTE DESCENDANTS UNDER<br>ARTICLE VII OF THE CHARLES D. KELMAN REVOCABLE TRUST<br>NEW YORK NEW YORK 10021 |
| 004355<br>TRUST FOR EVAN KELMAN UNDER ARTICLE XIII OF THE CHARLES D.<br>KELMAN REVOCABLE TRUST<br>BOCA RATON FLORIDA 33432 | 004356<br>TRUST FOR EVAN KELMAN UNDER ARTICLE XIII OF THE CHARLES D.<br>KELMAN REVOCABLE TRUST<br>BOCA RATON FL 33431 |
| 004357<br>TRUST FOR EVAN KELMAN UNDER ARTICLE XIII OF THE CHARLES D.<br>KELMAN REVOCABLE TRUST<br>NEW YORK NY 10022 | 004359<br>TRUST FOR J. K. UNDER ARTICLE XIII OF THE CHARLES D. KELMAN<br>REVOCABLE TRUST<br>BOCA RATON FLORIDA 33432 |
| 004360<br>TRUST FOR J.K. UNDER ARTICLE XIII OF THE CHARLES D. KELMAN<br>REVOCABLE TRUST<br>BOCA RATON FL 33431 | 004361<br>TRUST FOR J.K. UNDER ARTICLE XIII OF THE CHARLES D. KELMAN<br>REVOCABLE TRUST<br>NEW YORK NY 10022 |
| 004352<br>TRUST FOR JENNIFER KELMAN UNDER ARTICLE XII OF THE CHARLES D.<br>KELMAN REVOCABLE TRUST<br>NEW YORK NEW YORK 10021 | 004353<br>TRUST FOR JENNIFER KELMAN UNDER ARTICLE XII OF THE CHARLES D.<br>KELMAN REVOCABLE TRUST<br>BOCA RATON FL 33432 |
| 004349<br>TRUST FOR LESLEY A. KELMAN KOEPPEL UNDER ARTICLE XII OF THE<br>CHARLES D. KELMAN REVOCABLE TRUST<br>BOCA RATON FL 33432 | 004350<br>TRUST FOR LESLEY A. KELMAN KOEPPEL UNDER ARTICLE XII OF THE<br>CHARLES D. KELMAN REVOCABLE TRUST<br>NEW YORK NEW YORK 10021 |
| 004363<br>TRUST FOR S.K. UNDER ARTICLE XIII OF THE CHARLES D. KELMAN<br>REVOCABLE TRUST<br>BOCA RATON FLORIDA 33432 | 004364<br>TRUST FOR S.K. UNDER ARTICLE XIII OF THE CHARLES D. KELMAN<br>REVOCABLE TRUST<br>BOCA RATON FL 33431 |
| 004365<br>TRUST FOR S.K. UNDER ARTICLE XIII OF THE CHARLES D. KELMAN<br>REVOCABLE TRUST<br>NEW YORK NY 10022 | 004235<br>TRUST FOR THE BENEFIT OF ALEXANDER DRANOFF<br>NEW YORK NY 10021 |

Date : 3/17/2011                              **Exhibit Pages**                          Page # : 131
**Redacted Version**

---

004234
TRUST FOR THE BENEFIT OF ANDREW DRANOFF
NEW YORK NY 10021

005570
TRUST FOR THE BENEFIT OF C.W., AS ESTABLISHED
UNDER THE LAST WILL AND TESTAMENT
OF HERMEN GREENBERG
WASHINGTON D.C. 20036

---

007058
TRUST FOR THE BENEFIT OF JORDAN FINNEGAN
SANTA FE NM 87506

005335
TRUST FOR THE BENEFIT OF KANDICE KLEIN
OJAI CA 93023

---

004237
TRUST FOR THE BENEFIT OF KATHERINE HELLER
LOPEZ ISLAND WA 98261

005333
TRUST FOR THE BENEFIT OF LILLIAN KLEIN
OJAI CA 93023

---

005568
TRUST FOR THE BENEFIT OF M.G., AS ESTABLISHED
UNDER THE LAST WILL AND TESTAMENT
OF HERMEN GREENBERG
WASHINGTON D.C. 20036

005569
TRUST FOR THE BENEFIT OF M.W., AS ESTABLISHED
UNDER THE LAST WILL AND TESTAMENT
OF HERMEN GREENBERG
WASHINGTON D.C. 20036

---

005334
TRUST FOR THE BENEFIT OF N.K.
OJAI CA 93023

004236
TRUST FOR THE BENEFIT OF SAM HELLER
LOPEZ ISLAND WA 98261

---

004186
TRUST FOR THE BENEFIT OF SAMUEL GOLDWORM
NEW YORK  NEW YORK 10075

005332
TRUST FOR THE BENEFIT OF WARREN KLEIN
OJAI CA 93023

---

000858
TRUST FUND B U/W EDWARD F. SELIGMAN
F/B/O/ NANCY ATLAS
WAYLAND MA 01778

003427
TRUST OF DORIS CHALEK
NEW YORK NY 10023

---

006303
TRUST U/A FOURTH U/W/O ISRAEL WILENITZ
EAST SETAUKET NY 11733

006304
TRUST U/A FOURTH U/W/O ISRAEL WILENITZ
MENLO PARK CA 94025

---

006305
TRUST U/A FOURTH U/W/O ISRAEL WILENITZ
NEW YORK NY 10014

005858
TRUST U/T/A 8/20/90
GLENCOE ILLINOIS 60022

---

005857
TRUST U/W/O DAVID L. FISHER
GLENCOE ILLINOIS 60022

000599
TRUST U/W/O HARRIET MYERS
NORWICH CONNECTICUT  06300

---

002317
TRUST U/W/O MORRIS WEINTRAUB FBO AUDREY WEINTRAUB
WALDOBORO ME  04572

000753
TRUST UNDER AGREEMENT
DATED 12/6/99 FOR THE BENEFIT OF
WALTER AND EUGENIE KISSINGER
MELVILLE NY 11747

---

005297
TRUST UNDER ARTICLE FOURTH U/W/O
ROBERT E. KLUFER
PORT CHESTER NY 10573-7011

005595
TRUST UNDER DEED OF SUZANNE R. MAY
DATED 11/23/1994
CHALFONT PA 18914

---

005596
TRUST UNDER DEED OF SUZANNE R. MAY
DATED 11/23/1994
BLUE BELL PA 19422

005597
TRUST UNDER DEED OF SUZANNE R. MAY
DATED 11/23/1994
BETHESDA MD 20817

---

005598
TRUST UNDER DEED OF SUZANNE R. MAY
DATED 11/23/1994
CHALFONT PA 18914

005599
TRUST UNDER DEED OF SUZANNE R. MAY
DATED 11/23/1994
BLUE BELL PA 19422

---

005600
TRUST UNDER DEED OF SUZANNE R. MAY
DATED 11/23/1994
BETHESDA MD 20817

005601
TRUST UNDER DEED OF SUZANNE R. MAY
DATED 11/23/1994
AMBLER PA 19002

---

005602
TRUST UNDER DEED OF SUZANNE R. MAY DATED 11/23/1994
ALLENTOWN PA 18704

003265
TRUST UNDER THE LAST WILL AND TESTAMENT
OF WILLIAM E. SORREL
FOR THE BENEFIT OF RITA SORREL
RYE BROOK NY 10573

---

003266
TRUST UNDER THE LAST WILL AND TESTAMENT
OF WILLIAM E. SORREL
FOR THE BENEFIT OF RITA SORREL
SCARSDALE NEW YORK 10583

003267
TRUST UNDER THE LAST WILL AND TESTAMENT OF
WILLIAM E. SORREL FOR THE BENEFIT OF
ELLYN ZITTER, JOY S. GOLDSTEIN AND BETH M. SORREL
RYE BROOK NY 10573

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 003268<br>TRUST UNDER THE LAST WILL AND TESTAMENT OF<br>WILLIAM E. SORREL FOR THE BENEFIT OF<br>ELLYN ZITTER, JOY S. GOLDSTEIN AND BETH M. SORREL<br>PALATINE ILLINOIS 60074 | 001274<br>TRUST UNDER WILL OF PHILLIP SHAPIRO<br>PALM BEACH FL 33480 |
| 005248<br>TURBO INVESTORS, LLC<br>NEWTON MA 02459 | 000154<br>TURRET CORPORATION<br>1211 GENEVA 1  1211<br>SWITZERLAND |
| 000660<br>TURTLE CAY PARTNERS<br>N PALM BEACH FL 33408 | 002241<br>TZEDEK LLC<br>MONTICELLO NEW YORK 12701 |
| 002242<br>TZEDEK LLC<br>WILMINGTON DELAWARE 19801 | 002415<br>U/W/O LOUIS ZAIGER RESIDUE TRUST<br>SALEM MA 01970 |
| 006647<br>UBS (LUXEMBOURG) SA<br>LUXEMBOURG | 006963<br>UBS (LUXEMBOURG) SA<br>PHILIP D. ANKER<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>399 PARK AVENUE<br>NEW YORK, NEW YORK 10022 |
| 006649<br>UBS FUND SERVICES (LUXEMBOURG) SA<br>LUXEMBOURG | 006982<br>UBS FUND SERVICES (LUXEMBOURG) SA<br>LUXEMBOURG |
| 006650<br>UBS THIRD PARTY MANAGEMENT COMPANY SA<br>LUXEMBOURG | 006983<br>UBS THIRD PARTY MANAGEMENT COMPANY SA<br>LUXEMBOURG |
| 006421<br>UNICREDIT BANK AUSTRIA AG<br>AUSTRIA | 006422<br>UNICREDIT BANK AUSTRIA AG<br>NEW YORK NEW YORK 10017 |
| 001799<br>UNIFIED FINANCIAL SERVICES, INC.<br>FRANKFORT KENTUCKY 40601 | 002998<br>UNION SALES ASSOCIATES, LLC<br>DETROIT MI 48226 |
| 002999<br>UNION SALES ASSOCIATES, LLC<br>BLOOMFIELD HILLS MICHIGAN 48304 | 005436<br>UNITED CONGREGATIONS MESORA<br>NEW YORK NY 10004 |
| 004287<br>URI AND MYNA HERSCHER FAMILY TRUST DATED MAY 27 1998<br>SHERMAN OAKS CA 91423 | 004288<br>URI AND MYNA HERSCHER FAMILY TRUST DATED MAY 27 1998<br>LOS ANGELES  CA 90049-6833 |
| 004289<br>URI D. HERSCHER AS TRUSTOR, TRUSTEE AND AS AN INDIVIDUAL<br>LOS ANGELES  CA 90049-6833 | 004290<br>URI D. HERSCHER AS TRUSTOR, TRUSTEE AND AS AN INDIVIDUAL<br>SHERMAN OAKS CA 91423 |
| 006429<br>URSULA RADEL-LESZCZYNSKI<br>AUSTRIA | 003916<br>URTE FRANITZA-GOLDSTEIN<br>HUNTINGTON NEW YORK 11743 |
| 003917<br>URTE FRANITZA-GOLDSTEIN<br>VERO BEACH FL 32963 | 003918<br>URTE FRANITZA-GOLDSTEIN<br>LLOYD HARBOR NY 11743 |
| 006363<br>UTRECHTSE BEHEER MAATSCHAPPIJ CATHARIJNE BV<br>LANGBROEK  3947 BE<br>NETHERLANDS | 002040<br>UVANA TODA<br>PAWLING NEW YORK 12564 |
| 003662<br>VALERIE ANN TEUFEL<br>TEQUESTA FLORIDA 33469 | 005692<br>VALERIE HERSCHMAN<br>GOLDEN VALLEY MN 55427 |
| 005798<br>VALERIE HERSCHMAN<br>ROCHESTER MN 55905 | 005777<br>VALERIE HERSCHMAN<br>PALM BEACH GARDENS FL 33410 |
| 005778<br>VALERIE HERSCHMAN<br>MINNETONKA MN 55305 | 005779<br>VALERIE HERSCHMAN<br>GOLDEN VALLEY MN 55427 |
| 006331<br>VANESSA N. GANG<br>MOUNT WASHINGTON MASSACHUSETTS 01258 | 005786<br>VERDEWAY INVESTMENT PARTNERS, LLC<br>GOLDEN VALLEY MN 55427 |
| 005787<br>VERDEWAY INVESTMENT PARTNERS, LLC<br>NAPLES FL 34108 | 005547<br>VICKI SHANNON, INDIVIDUALLY<br>WASHINGTON DC 20008 |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 006351<br>VICTOR GREENSTEIN<br>MINNETONKA MN | 003802<br>VINNIE RUBINSTEIN<br>JUPITER FL 33478 |
| 003021<br>VIOLET M. WERNER<br>PALM BEACH FL 33480 | 003705<br>VIOLET M. WERNER<br>PALM BEACH FL 33480 |
| 003706<br>VIOLET M. WERNER<br>HOPKINS MN 55305 | 001179<br>VISTA MANAGEMENT CO.<br>SAN RAFAEL CA 94903 |
| 007879<br>VISTA MANAGEMENT COMPANY<br>SAN RAFAEL CALIFORNIA 94903 | 006955<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 WEST 52ND STREET<br>NEW YORK NY 10019 |
| 007771<br>WALKER MANZKE<br>POUND RIDGE NEW YORK 10576-1300 | 003284<br>WALLENSTEIN/NY PARTNERSHIP<br>DALLAS TEXAS 75234 |
| 003285<br>WALLENSTEIN/NY PARTNERSHIP<br>DALLAS TX  75229 | 000757<br>WALTER B. KISSINGER<br>HALESITE NY 11743 |
| 000755<br>WALTER B. KISSINGER REVOCABLE TRUST<br>MELVILLE NY 11747 | 004150<br>WALTER FRESHMAN REVOCABLE TRUST<br>BOCA RATON FL 33487 |
| 004148<br>WALTER FRESHMAN TRUST A<br>BOCA RATON FL 33487 | 003883<br>WALTER H. CURCHACK<br>LOEB & LOEB LLP<br>345 PARK AVENUE<br>NEW YORK NY 10154 |
| 004168<br>WALTER J. GROSS REVOCABLE TRUST<br>KINGS POINT NY 11024 | 002061<br>WARREN B. KAHN AS TRUSTEE<br>OF THE STORY FAMILY TRUST #3<br>MONTVILLE NJ 07045 |
| 000312<br>WARREN COHEN<br>NEW YORK NEW YORK 10023 | 002062<br>WASSERMAN, JURISTA, & STOLZ, P.C.<br>225 MILLBURN AVENUE, SUITE 207<br>MILLBURN NJ 07041 |
| 003228<br>WAYNE D. GREEN<br>BOYNTON BEACH FL 33436 | 007904<br>WEDBUSH MORGAN SECURITIES INC.<br>LOS ANGELES CA 90017 |
| 000734<br>WEINER INVESTMENTS, L.P.<br>PITTSBURGH PA 15215 | 000735<br>WEINER PROPERTIES, LLC<br>IN ITS CAPACITY AS GENERAL PARTNER O<br>WEINER INVESTMENTS, L.P.<br>PITTSBURGH PA 15215 |
| 000798<br>WEITHORN AND EHRMANN<br>FAMILIES FOUNDATION<br>NEW YORK NY 10019 | 000799<br>WEITHORN AND EHRMANN<br>FAMILIES FOUNDATION<br>SCOTTSDALE AZ 85255 |
| 000788<br>WEITHORN FAMILY CHARITABLE LEAD<br>ANNUITY TRUST<br>SANTA MONICA CA 90402 | 000789<br>WEITHORN FAMILY CHARITABLE LEAD<br>ANNUITY TRUST<br>GREENWICH CT 06831 |
| 000790<br>WEITHORN FAMILY CHARITABLE<br>REMAINDER UNITRUST<br>NEW YORK NY 10019 | 000791<br>WEITHORN FAMILY CHARITABLE<br>REMAINDER UNITRUST<br>SCOTTSDALE AZ 85255 |
| 000786<br>WEITHORN GRANDCHILDREN CHARITABLE<br>LEAD UNITRUST<br>SANTA MONICA CA 90402 | 000787<br>WEITHORN GRANDCHILDREN CHARITABLE<br>LEAD UNITRUST<br>GREENWICH CT 06831 |
| 000775<br>WEITHRON/CASPER ASSOCIATES<br>FOR SELECTED HOLDINGS LLC<br>SCOTTSDALE AZ 85255 | 000776<br>WEITHRON/CASPER ASSOCIATES<br>FOR SELECTED HOLDINGS LLC<br>SCOTTSDALE AZ 85258-3321 |
| 000777<br>WEITHRON/CASPER ASSOCIATES<br>FOR SELECTED HOLDINGS LLC<br>NEW YORK NY 10019 | 000160<br>WELLINGTON TRUSTEES (BVI) LIMITED<br>SWITZERLAND |

Exhibit Pages
Redacted Version

| | |
|---|---|
| 002517<br>WENDI KUNIN<br>OAK BROOK IL 60523 | 002518<br>WENDI KUNIN<br>MINNETONKA MN 55305 |
| 003732<br>WENDIE PACKER<br>FORT LAUDERDALE FL 33316 | 003026<br>WENDY BROWN<br>LAKE WORTH FLORIDA 33462 |
| 003869<br>WENDY GRABEL<br>NEW YORK NY 10011-8136 | 003325<br>WENDY LANDRES<br>BETHESDA MARYLAND 20817 |
| 004453<br>WENDY W. HAYES (AKA WENDY WOLOSOFF),<br>AS TRUSTEE OF THE<br>MORTY WOLOSOFF REVOCABLE TRUST<br>GERMANTOWN NY 12526 | 003711<br>WENDY WERNER BROWN<br>LAKE WORTH FLORIDA 33462 |
| 000313<br>WENDY WILDER<br>(AS BENEFICIARY)<br>BETHESDA MARYLAND 20816 | 004482<br>WENDY WOLOSOFF-HAYES<br>GERMANTOWN NEW YORK 12526 |
| 005409<br>WERNER FOUNDATION<br>BOCA RATON FL 33431 | 006430<br>WERNER KRETSCHMER<br>AUSTRIA |
| 006419<br>WERNER TRIPOLT<br>AUSTRIA | 005524<br>WHITE ORCHARD INVESTMENTS, LTD<br>SAN FRANCISCO CA 94104 |
| 005525<br>WHITE ORCHARD INVESTMENTS, LTD<br>BRITISH VIRGIN ISLANDS | 007784<br>WHITECHAPEL MANAGEMENT LIMITED<br>HAMILTON HM12<br>BERMUDA |
| 000663<br>WHITNEY HANLON LOWREY GAETA<br>NORTH PALM BEACH FL 33408 | 006431<br>WILHELM HEMETSBERGER<br>AUSTRIA |
| 003096<br>WILK INVESTMENT CLUB<br>BOCA RATON FL 33496 | 006033<br>WILL R. TANSEY, ESQ.<br>RAVICH MEYER<br>4545 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS MN 55402 |
| 004817<br>WILLARD M. REISZ, ESQ.<br>10880 WILSHIRE BLVD.<br>SUITE 2240<br>LOS ANGELES CA 90024-4123 | 005172<br>WILLARD M. REISZ, ESQ.<br>10880 WILSHIRE BLVD.,<br>SUITE 2240<br>LOS ANGELES CA 90024-4123 |
| 005468<br>WILLIAM  SHURMAN,<br>IN HIS CAPACITY AS CO-TRUSTEE OF THE IDA FISHMAN REVOCABLE TRUST<br>DANVILLE CA 94506 | 004591<br>WILLIAM A. MEYER<br>PALM BEACH FL 33480 |
| 007235<br>WILLIAM B. POLLARD, ESQ.<br>KORNSTEIN VEISZ WEXLER & POLLA<br>757 3RD AVE # 18<br>NEW YORK NY  10017 | 007486<br>WILLIAM B. POLLARD, ESQ.<br>KORNSTEIN VEISZ WEXLER & POLLA<br>757 3RD AVE # 18<br>NY NY 10017 |
| 002260<br>WILLIAM C. CARROLL, ESQ.<br>340 ROYAL POINCIANA WAY, SUITE 340<br>PALM BEACH FL 33480 | 005269<br>WILLIAM D. FELTON<br>WESTON CT 06883 |
| 000761<br>WILLIAM D. KISSINGER<br>MILL VALLEY CA 94941 | 002830<br>WILLIAM D. KORNREICH<br>PALM BEACH GARDENS FLORIDA 33418-3982 |
| 005127<br>WILLIAM D. ZABEL, AS TRUSTEE<br>NEW YORK NY 10021 | 005128<br>WILLIAM D. ZABEL, AS TRUSTEE<br>NEW YORK NY 10021 |
| 002758<br>WILLIAM DIAMOND<br>NEW YORK NY 10012 | 006318<br>WILLIAM E. BORENSTEIN, ESQ.<br>190 S. LA SALLE STREET, SUITE 1700<br>CHICAGO IL 60603 |
| 000861<br>WILLIAM E. SPIRO<br>MAMARONECK NY 10543 | 003380<br>WILLIAM GERSHEN<br>RANCHO SANTA FE CA 92067 |

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 005307<br>WILLIAM J. MANDELBAUM<br>WOODMERE NY 11598 | 000797<br>WILLIAM J. ROUHANA, JR.<br>GREENWICH CT 06831 |
| 003138<br>WILLIAM JAY COHEN<br>JUPITER FL 33477 | 003140<br>WILLIAM JAY COHEN REVOCABLE TRUST DTD 11/14/89<br>JUPITER FL 33477 |
| 006718<br>WILLIAM K. DODDS<br>DECHERT LLP.<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NEW YORK 10036-6797 | 000330<br>WILLIAM L. PRICKETT<br>SEYFARTH SHAW LLP<br>WORLD TRADE CENTER EAST<br>TWO SEAPORT LANE, SUITE 300<br>BOSTON MA 02210 |
| 007811<br>WILLIAM M. PRESSMAN<br>TAMARAC FLORIDA 33319 | 001088<br>WILLIAM M. WOESSNER<br>GREAT FALLS VA 22066 |
| 001086<br>WILLIAM M. WOESSNER FAMILY TRUST<br>GREAT FALLS VA 22066 | 000487<br>WILLIAM MEYERS<br>STAMFORD CT 06905 |
| 003721<br>WILLIAM P. BECKER<br>WYNNEWOOD PA 19096 | 007366<br>WILLIAM POLLARD<br>KORNSTEIN VEISZ WEXLER & POLLA<br>757 3RD AVE # 18<br>NEW YORK NY  10017 |
| 005550<br>WILLIAM POWELL, INDIVIDUALLY<br>ORANGE VA 22960 | 007809<br>WILLIAM PRESSMAN, INC.<br>TAMARAC FLORIDA 33319 |
| 007810<br>WILLIAM PRESSMAN, INC.<br>FT. LAUDERDALE FLORIDA 33306 | 003396<br>WILLIAM R. COHEN<br>PALM BEACH GARDENS FL 33418 |
| 003397<br>WILLIAM R. COHEN<br>SOUTH ORANGE NJ  07079 | 005158<br>WILLIAM S. MISHKIN,<br>AS TRUSTEE AND AS AN INDIVIDUAL<br>RIVERDALE NEW YORK 10463 |
| 005904<br>WILLIAM SHURMAN<br>DANVILLE CA 94506 | 005906<br>WILLIAM SHURMAN<br>EXECUTOR OF THE ESTATES OF<br>JACK SHURMAN AND HELEN SHURMAN<br>DANVILLE CA 94506 |
| 005469<br>WILLIAM SHURMAN,<br>AS EXECUTOR OF THE ESTATE OF IDA FISHMAN<br>DANVILLE CA 94506 | 006325<br>WILLIAM SQUADRON<br>C/O BRIAN MADDOX, LAX & NEVILLE, LLP<br>1412 BROADWAY<br>SUITE 1407<br>NEW YORK NY 10018 |
| 000956<br>WILLIAM STEIN<br>PORT WASHINGTON NY 11050 | 006450<br>WILLIAM TACON OF ZOLFO COOPER (BVI) LIMITED, AS LIQUIDATOR FOR<br>DAKOTA GLOBAL<br>ROAD TOWN TORTOLA, VG 1110<br>BRITISH VIRGIN ISLANDS |
| 001512<br>WILLIIAM P. WEINTRAUB, ESQ.<br>FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br>1633 BROADWAY<br>NEW YORK NEW YORK 10019-6708 | 006389<br>WINDSOR IBC, INC.<br>ALBANY NEW YORK 12231-0001 |
| 007826<br>WINIFRED AMATURO<br>FT. LAUDERDALE FLORIDA 33306 | 001768<br>WINTERS MANAGEMENT TRUST<br>BELLAIRE TX 77401 |
| 001769<br>WINTERS MANAGEMENT TRUST<br>BELLAIRE TX 77401 | 005573<br>WOLFSON COUSINS, LP<br>NEW YORK NY 10004 |
| 001997<br>WOLFSON EQUITIES<br>LAKEWOOD NJ 08701 | 000870<br>WOODLAND MANAGEMENT, INC<br>PITTSBURGH PA 15206 |
| 000869<br>WOODLAND PARTNERS L.P.<br>PITTSBURGH PA 15206 | 005986<br>XYZ CO. 1<br>NEW YORK NEW YORK 10128 |
| 005988<br>XYZ CO. 1<br>NEW YORK NEW YORK 10128 | 005989<br>XYZ CO. 2<br>NEW YORK NEW YORK 10021 |

**Exhibit Pages**
**Redacted Version**

| | |
|---|---|
| 007861<br>XYZ1 CORP.<br>STAMFORD CT 06902 | 007862<br>XYZ1 CORP.<br>BOCA RATON FL 33431 |
| 007863<br>XYZ2 CORP.<br>NEW YORK NY 10022 | 007864<br>XYZ3 CORP.<br>NEW YORK NY 10065 |
| 007865<br>XYZ4 CORP.<br>ITHACA NEW YORK 14850 | 007869<br>XYZ5 CORP.<br>NEW YORK NY 10033 |
| 007870<br>XYZ6 CORP.<br>WHITE PLAINS NY 10605 | 007866<br>XYZ7 CORP.<br>NEW YORK NEW YORK 10022 |
| 007867<br>XYZ8 CORP.<br>NEW YORK NEW YORK 10022 | 007868<br>XYZ9 CORP.<br>NEW YORK NY 10021 |
| 001518<br>YAIR GREEN<br>JERUSALEM  92422<br>ISRAEL | 001515<br>YESHAYA HOROWITZ ASSOCIATION<br>JERUSALEM  92302<br>ISRAEL |
| 001195<br>YESKOO HOGAN & TAMLYN LLP<br>139 SOUTH STREET, SUITE 204<br>NEW PROVIDENCE NJ 07974 | 004615<br>YESOD FUND<br>NEW YORK NY 10017 |
| 004616<br>YESOD FUND<br>EUGENE OR 97401 | 004617<br>YESOD FUND<br>CHESTNUT HILL MA 02467 |
| 004618<br>YESOD FUND<br>SANTA FE NM 87501 | 001900<br>ZEV WOLFSON<br>LAWRENCE NY 11559 |
| 001905<br>ZEV WOLFSON<br>LAWRENCE NEW YORK 11559 | 001141<br>ZIA INAYAT KHAN<br>NEW LEBANON NY 12125 |
| 001153<br>ZIA'S CHILDREN EDUCATION TRUST<br>FAIRFAX CA 94930 | 001154<br>ZIA'S CHILDREN EDUCATION TRUST<br>FAIRFAX CA 94930 |
| 005918<br>ZIESES INVESTMENT PARTNERSHIP<br>OLD GREENWICH CT 06870 | 007034<br>ZIN INVESTMENTS LIMITED<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS |
| 007035<br>ZIN INVESTMENTS LIMITED<br>ZURICH<br>SWITZERLAND | 007036<br>ZIN INVESTMENTS LIMITED<br>NEW YORK NY 10036 |
| 005081<br>ZIPORA LAZARUS<br>AS MANAGING PARTNER AND AS AN INDIVIDUAL<br>CORAL SPRINGS FL 33067 | 002007<br>ZWD INVESTMENTS, LLC<br>LAKEWOOD NJ 08701-5645 |
| 002008<br>ZWD INVESTMENTS, LLC<br>WEST TRENTON NEW JERSEY 08628 | |

**Records Printed: 5079**

**EXHIBIT 2**

Date : 3/17/2011                                   **Exhibit Pages**                                   Page # : 1
**Redacted Version**

| | |
|---|---|
| 003143<br>ALVIN E. SHULMAN<br>AVENTURA FL 33180 | 003140<br>ALVIN E. SHULMAN POUROVER TRUST<br>AVENTURA FL 33180 |
| 002690<br>ANDREW D. KAUFMAN<br>CHARLOTTESVILLE VA  22901 | 002722<br>ANDREW KAUFMAN<br>CHARLOTTESVILLE VA  22901 |
| 006963<br>BANCO BILBOA VIZCAYA ARGENTARIA, S.A.<br>WILMINGTON DE 19808 | 001716<br>BERNARD J. GARBUTT III, MORGAN, LEWIS & BOCKIUS LLP<br>101 PARK AVENUE<br>NEW YORK NY 10178-0060 |
| 002111<br>CREDIT TRUST<br>PORT WASHINGTON NEW YORK 11050-1911 | 002112<br>CREDIT TRUST<br>PORT WASHINGTON NEW YORK 11050-1113 |
| 006713<br>DAVID ELBAUM<br>BRUNE & RICHARD LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 | 001217<br>HALE YAZICIOGLU<br>JASPAN SCHLESINGER LLP<br>300 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 |
| 006712<br>KATHRYN R. SIGGINS<br>PAGET  PG 05<br>BERMUDA | 005645<br>THE RUTH ROSEN FAMILY LIMITED PARTNERSHIP<br>TAMARAC FL 33319 |
| 005646<br>THE RUTH ROSEN FAMILY LIMITED PARTNERSHIP<br>BOCA RATON FL  33434 | 002015<br>THE ZW 1999 TRUST<br>LAKEWOOD NJ 08701 |
| 002448<br>WILLARD N. WEISBERG<br>ST. LOUIS PARK MN 55246 | 002446<br>WILLARD N. WEISBERG TRUST UAD 3/25/98<br>ST. LOUIS PARK MN 55246 |
| 002013<br>WOLFSON DESCENDANTS 1983 TRUST<br>LAKEWOOD NJ 08701 | |

**Records Printed: 17**