UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

# AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On November 3, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000185)

4. On November 3, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000192)

5. On November 3, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000194)

Executed on \_\_\_Nov. 3\_\_\_, 2011

_____
John S. Franks

Sworn to and subscribed before me this \_\_3rd\_\_ day of \_November\_, 2011

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____

(SEAL)                                    Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 000185**

**11/3/2011**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | VonWin Capital Management, L.P. | | 261 5th Avenue, 22nd Floor | | New York | NY | 10016 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBER 000192**

11/3/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Hain Capital Holdings, Ltd. | | 301 Route 17 North | | Rutherford | NJ | 07070 |

# Exhibit C

**SERVICE LIST C**
**TRANSFER NUMBER 000194**

11/3/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Recovery Partners Holdings I, LLC | Attn: Shanshan Cao and Sandra Markovic | 375 Park Avenue | 12th Floor | New York | NY | 10152 |