BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:   (212) 589-4200
Facsimile:   (212) 589-4201
David J. Sheehan, Esq.
Marc E. Hirschfield, Esq.
Marc Powers, Esq.
Jorian Rose, Esq.

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARINGS ON NOVEMBER 8, 2011 AT 10:00 A.M.**

**CONTESTED MATTERS**

**Picard v. J. Ezra Merkin Adv. Pro. No. 09-01182**

1.   Pre-Trial Conference

     Status:  This matter is going forward.

**Picard v. Maxam Absolute Return Fund, L.P. Adv. Pro. No. 10-05342**

2.  Pre-Trial Conference

    Status:  This matter is going forward.

**SIPC v. BLMIS Adv. Pro. No. 08-01789**

3.  Motion to Approve / Motion for an Order to Schedule Hearing on "Customer" Issue as it relates to ERISA filed by David J. Sheehan on behalf of Irving H. Picard. with hearing to be held on 10/26/2011 at 10:00 AM at Courtroom 623 (BRL) Responses due by 10/19/2011, (Sheehan, David) (Filed: 10/05/2011) [Docket No. 4432]

    Related Documents:

    A.  Affidavit of Service of Motion for an Order to Schedule Hearing on "Customer" Issue as it relates to ERISA (related document(s) 4432 ) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Filed: 10/05/2011) [Docket No. 4433]

    B.  Affidavit of Service for October 5, 2011 (related document(s) 4432 ) filed by John J Collins Jr. on behalf of AlixPartners LLP. (Collins, John) (Filed: 10/11/2011) [Docket No. 4441]

    Objection Deadline:   October 19, 2011

    Objections Filed:

    C.  Objection to Motion For An Order To Schedule Hearing on "Customer" Issue As It Relates to ERISA (related document(s) 4432 ) filed by Marc J. Kurzman on behalf of Orthopaedic Specialty Group P.C. Plan Participants. Objections due by 10/19/2011, (Kurzman, Marc) (Filed: 10/18/2011) [Docket No. 4462]

    D.  Objection (related document(s) 4432 ) filed by Jennifer A. Clark on behalf of Jennifer A. Clark. (Clark, Jennifer) (Filed: 10/20/2011) [Docket No. 4468]

    Replies Filed:

    E.  Trustee's Reply to Objection of Orthopaedic Specialty Group, P.C. to Trustee's Motion for an Order to Schedule Hearing on "Customer" Issue as it Relates to ERISA (related document(s) 4462 , 4432 ) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Filed: 10/24/2011) [Docket No. 4474]

    Related Documents:

    F.  Affidavit of Service of Trustee's Reply to Objection of Orthopaedic Specialty Group, P.C. to Trustee's Motion for an Order to Schedule Hearing on "Customer" Issue as it Relates to ERISA (related document(s) 4474 ) filed by David J. Sheehan on behalf of Irving H. Picard. (Filed: 10/24/2011) [Docket No. 4475]

Other Documents:

G. Notice of Adjournment of Hearing on Motion for an Order to Schedule Hearing on "Customer" Issue as it relates to ERISA filed by David J. Sheehan on behalf of Irving H. Picard. (Filed: 10/25/2011) [Docket No. 4476]

H. Affidavit of Service of Notice of Adjournment of Hearing on Motion for an Order to Schedule Hearing on "Customer" Issue as it relates to ERISA (related document(s) 4476 ) filed by David J. Sheehan on behalf of Irving H. Picard. (Filed: 10/25/2011) [Docket No. 4477]

I. Affidavit of Service / Corrected Affidavit of Service of Notice of Adjournment of Hearing on Motion for an Order to Schedule Hearing on "Customer" Issue as it relates to ERISA (related document(s) 4476 ) filed by David J. Sheehan on behalf of Irving H. Picard. (Filed: 10/25/2011) [Docket No. 4478]

Status: This matter is going forward.

Dated: New York, New York
November 7, 2011

Respectfully submitted,

/s/Marc E. Hirschfield
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Marc Powers
Email: mpowers@bakwerlaw.com
Jorian Rose
Email: jrose@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

300186225.1