Marc J. Kurzman (MK 2962)
SANDAK HENNESSEY & GRECO, LLP
707 Summer Street, 3rd Floor
Stamford, CT 06901
Tel: (203) 425-4200
Fax: (203) 325-8608

Peter N. Wang
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Phone: (212) 682-7474
Fax: (212) 687-2329
E-mail: pwang@foley.com

*Co-Counsel for Orthopaedic Specialty Group, P.C. Defined Contribution Pension Plan Participants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff, | |
| v. | Adv. Pro. NO. 08-01789 (BRL) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## APPEARANCE OF PETER N. WANG

PLEASE TAKE NOTICE that the undersigned hereby appears as co-counsel for **Orthopaedic Specialty Group, P.C. Defined Contribution Pension Plan Participants** in the above-captioned action pursuant to 11 U.S.C. §1109(b) and Fed. R. Bankr. P. 9010(b) and that the undersigned hereby requests pursuant to Fed. R. Bankr. P. 2002 and 9007 and 11 U.S.C.

§1109(b) that copies of all notices, pleadings, applications, complaints, demands, motions, petitions or requests, whether formal or informal, and whether transmitted or conveyed by mail, e-mail, delivery, facsimile or otherwise filed or given be served upon:

    Peter N. Wang
    FOLEY & LARDNER LLP
    90 Park Avenue
    New York, New York 10016
    Phone: (212) 682-7474
    Fax: (212) 687-2329
    E-mail:pwang@foley.com

Dated: New York, New York
       November 7, 2011

                        /s/ Peter N. Wang
                        Peter N. Wang
                        FOLEY & LARDNER LLP
                        90 Park Avenue
                        New York, New York 10016
                        Telephone: (212) 682-7474
                        Fax: (212) 687-2329
                        E-mail:pwang@foley.com
                        *Co-Counsel for Orthopaedic Specialty Group, P.C.*
                        *Defined Contribution Pension Plan Participants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) | SIPA LIQUIDATION |
| Plaintiff, | | |
| | | Adv. Pro. NO. 08-01789 (BRL) |
| v. | | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | | |
| Defendant. | | |

------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2011, a copy of PETER N. WANG's NOTICE OF APPEARANCE was served on all parties via ECF filing. I also certify that on said date, I caused to be served via first class mail, postage pre-paid, a true and correct copy of the aforementioned document on Irving H. Picard, Trustee, c/o Baker & Hostetler, LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, NY, 10111, attention David. J. Sheehan, Esq. and The Security Investment Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington D.C., 20005, Attn. Kevin H. Bell, Esq.

Dated: New York, New York
November 7, 2011

By: /s/ Peter N. Wang
Peter N. Wang
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Fax: (212) 687-2329
E-mail:pwang@foley.com
*Co-Counsel for Orthopaedic Specialty Group, P.C.*
*Defined Contribution Pension Plan Participants*

4827-4642-4589, v. 1