UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                             ) ss:
COUNTY OF NEW YORK  )

I, Sung Kim declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 1st day of November, 2011 I caused a true and accurate copy of the:

    (i) "Trustee's Motion for (I) A Report and Recommendation to the District Court For the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order", along with the Notice and relevant exhibits (Docket No. 4290); and the

MADOFF 0008B

(ii) "Affidavit of Edward J. Jacobs in Support of Trustee's Motion for (I) Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order" (Docket No. 4291); and the

(iii) "Notice of Adjournment of Hearing" (Docket No. 4316), and the

(iv) "Notice of Adjournment of Hearing" (Docket No. 4454),

to be served upon the parties as set forth in Exhibit 1, attached hereto, via electronic mail.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 7th day of November, 2011 New York, New York

By _____
Sung Kim

Sworn before me this
7th day of November, 2011

_____
Notary Public

ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM. EXP. September 11, 2013

**EXHIBIT 1**

Date : 11/1/2011 **Exhibit Pages - Email** Page # : 1

brian.schmidt@kattenlaw.com   eoconnor@fzwz.com

jzulack@fzwz.com   robert.gottlieb@kattenlaw.com

**Records Printed: 4**