Alissa M. Nann
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Tel: 212-682-7474
Fax: 212-687-2329
*Attorney for Irving H. Picard, Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that Foley & Lardner LLP does not represent Irving H. Picard, Trustee (the "Trustee"). I, Alissa M. Nann, left Baker & Hostetler LLP in April 2011 and my representation of the Trustee terminated at that time.

Dated: November 8, 2011
    New York, New York

Respectfully submitted,

*/s/ Alissa M. Nann*
Alissa M. Nann
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Tel: 212-682-7474
Fax: 212-687-2329
E-mail: rbernard@foley.com

4848-5026-1517.1