Richard J. Bernard
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Tel: 212-682-7474
Fax: 212-687-2329
*Attorney for Irving H. Picard, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that Foley & Lardner LLP does not represent Irving H. Picard, Trustee (the "Trustee"). I, Richard J. Bernard, left Baker & Hostetler LLP in January 2011 and my representation of the Trustee terminated at that time.

Dated: November 8, 2011
New York, New York

Respectfully submitted,

*/s/ Richard J. Bernard*
Richard J. Bernard
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Tel: 212-682-7474
Fax: 212-687-2329
E-mail: rbernard@foley.com

4852-9905-2045.1