WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William F. Dahill
Fletcher W. Strong

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Case No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that William F. Dahill and Fletcher W. Strong of the law firm of Wollmuth Maher & Deutsch LLP, hereby respectfully enter their appearance in the above-captioned proceedings, and pursuant to Rules 2002, 7005, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), requests that all subsequent pleadings, notices, applications, orders, correspondence and other papers given or required to be given and

all papers served in connection with the above-captioned proceedings be given to and served upon the undersigned at the following address:

William F. Dahill, Esq.<br>
Fletcher W. Strong, Esq.<br>
WOLLMUTH MAHER & DEUTSCH LLP<br>
500 Fifth Avenue, 12th Floor<br>
New York, New York 10110<br>
Telephone:  (212) 382-3300<br>
Facsimile:  (212) 382-0050<br>
Email:  wdahill@wmd-law.com<br>
Email:  fstrong@wmd-law.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, answers, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to the above-captioned bankruptcy proceedings, whether transmitted or conveyed by mail, delivery, telephone, facsimile, telegraph, telex or otherwise.

Dated:  New York, New York          WOLLMUTH MAHER & DEUTSCH LLP
        November 9, 2011

                      By:  */s/ William F. Dahill*
                          William F. Dahill
                          Fletcher W. Strong

                          WOLLMUTH MAHER & DEUTSCH LLP
                          500 Fifth Avenue, 12th Floor
                          New York, New York 10110
                          Telephone:  (212) 382-3300
                          Facsimile:  (212) 382-0050
                          Email:  wdahill@wmd-law.com
                          Email:  fstrong@wmd-law.com