**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman HCHAITMAN@BECKER-POLIAKOFF.COM
Peter W. Smith PSMITH@BECKER-POLIAKOFF.COM
Julie Gorchkova JGORCHKOVA@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
Facsimile  (212) 557-0295

*Attorneys for Marshal Peshkin and*
*clients listed on Exhibit A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                              Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                              Debtor. | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Helen Davis Chaitman, Peter W. Smith, and Julie Gorchkova, attorneys of the firm Becker & Poliakoff LLP ("Becker & Poliakoff"), appear on behalf of Marsha Peshkin and clients listed on **Exhibit A** attached hereto. Pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007 and 9010, Becker & Poliakoff requests that copies of all notices and pleadings be served upon the persons listed below at the following address:

{N0005086}

Helen Davis Chaitman
Becker & Poliakoff LLP
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
Facsimile  (212) 557-0295
hchaitman@becker-poliakoff.com

Peter W. Smith
Becker & Poliakoff LLP
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
Facsimile  (212) 557-0295
psmith@becker-poliakoff.com

Julie Gorchkova
Becker & Poliakoff LLP
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
Facsimile  (212) 557-0295
jgorchkova@becker-poliakoff.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the Adversary Proceedings and matters therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers is not, and shall not be deemed or construed to be:  (1) a consent to the personal jurisdiction of the Bankruptcy Court; (2) a waiver of the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (3) a waiver of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (4) a waiver of the right to have the District Court withdraw the reference in any matter subject to mandatory or

{N0005086}                                               2

discretionary withdrawal; or (5) a waiver of any other rights, claims, actions, defenses, setoffs, or recoupments to which Marsha Peshkin and clients listed on Exhibit A are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Marshal Peshkin and clients listed on Exhibit A expressly reserve.

November 10, 2011

                            **BECKER & POLIAKOFF LLP**

By: */s/ Helen Davis Chaitman*

By: */s/ Peter W. Smith*

By: */s/ Julie Gorchkova*

Helen Davis Chaitman
Peter W. Smith
Julie Gorchkova
45 Broadway
New York, New York 10006
(212) 599-3322

*Attorneys for Marsha Peshkin and clients listed on Exhibit A*

{N0005086}  3

## CERTIFICATE OF SERVICE

I, Lourdes Blanco, hereby certify that I caused a true and correct copy of the foregoing document(s) to be served upon the parties in this action who receive electronic service through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 10, 2011

*/s/ Lourdes Blanco*