# EXHIBIT A

BLMIS Investors represented by Becker & Poliakoff, LLP

1.    Abbit, Linda Abbit Family Trust
2.    Abbit, Linda Brodsky Irrevocable Trust
3.    Abbit, Linda Trustee of the Survivors Trust Under the Brodsky Family Trust dated 1/9/02
4.    Abel, David
5.    Accu Plan Employees' Profit Sharing Trust
6.    Ackerman Institute for the Family
7.    Adler, Patricia A.
8.    Allen Family Trust
9.    Allen, Jeffrey H.
10.   Allen, Laurel
11.   Allen, Paul
12.   Allen, Robert J.
13.   Alpern, Amanda
14.   Alpern, Jane
15.   Alpern, Lewis
16.   Ambrosino, Ronnie Sue
17.   Andelman, Stephanie
18.   Andelman, Steven
19.   Andelman, Susan
20.   Arenson, Cynthia
21.   Arenson, Ted
22.   Aster Associates
23.   Atwood Management Profit Sharing Plan
24.   Atwood-Regency Defined Benefit Plan & Trust n/k/a/ Atwood-Refency Profit Sharing Plan
25.   Avergon, Brad
26.   Avergon, Cynthia
27.   Avergon, Jacqueline
28.   Avergon, Robert
29.   Axelrod (John Porges)
30.   Aymes, Barbara
31.   Aymes, Bruce
32.   Babcock, Kathryn
33.   Bader, William
34.   Baer, Beatrice
35.   Baer, Stanley
36.   Barbanel, Alice
37.   Barbanel, Herbert
38.   Bartos, Adam P.
39.   Bartos, The Celeste & Adam Bartos Charitable Trust
40.   Benjamin, Carolyn Jean
41.   Benjamin, Donald

BLMIS Investors represented by Becker & Poliakoff, LLP

42.  Benzaia, Peter
43.  Berezin, Evelyn
44.  Berkowitz, Bertha & Calvin Berkowitz-Blau Foundation, Inc.
45.  Berkwitz, Morrey
46.  Bernfeld, Ellen
47.  Bernfeld, H&E
48.  Bernfeld, Herbert
49.  Bernfeld, Joint Venture
50.  Bernfeld, Marilyn
51.  Bernfeld, P&M Joint
52.  Bessel, Henry
53.  Bessell, Roz
54.  Bevro Realty Corp. Defined Benefit Pension Plan
55.  Bizzell, Gary
56.  Bizzell, Sharon
57.  Blaine, Andrea
58.  Brandes, Julie P.
59.  Braun, Martin L.
60.  Breen, Rio
61.  Breen, Suzanne
62.  Breier Group
63.  Breier, Anita
64.  Breier, Margot
65.  Brillante, Joyce
66.  Brillante, Michael
67.  Brodsky, Bert
68.  Brodsky, Bert Brodsky Associates, Inc. Pension Plan
69.  Brodsky, Muriel
70.  Buckley, Brenda
71.  Burich, Kelly
72.  Burich, Megan
73.  Busel, Joel IRA
74.  Busel, Joel Revocable Trust
75.  Busel, Sandra Revocable Trust
76.  Butt, Lila A.
77.  Canavan, Lissa as a member of Lapin Childrenn LLC
78.  Carone Family Trust
79.  Carone Gallery, Inc. Pension Trust
80.  Carone Marital Trust #1 UTD 1-16-00
81.  Carone Marital Trust #2 UTD 1-26-00
82.  Carone, Matthew D. Carone Revocable Trust

BLMIS Investors represented by Becker & Poliakoff, LLP

83.     Carroll, Sandra
84.     Casey, Diarmuid
85.     Castelli, Denis M.
86.     Cavanaugh, Lisa
87.     Chalek Associates LLC
88.     Chalek, David
89.     Chalek, Isabel
90.     Chalek, Mitchel
91.     Chalek, Morton
92.     Chalek, Richard M.
93.     Chalek, Trust of Doris Chalek
94.     Chapman, Brenda Joyce
95.     Cheng, Irene
96.     Cholodenko, Paul
97.     Cline, Edwin J.
98.     Clothmasters, Inc.
99.     Cohen William R.
100.    Cohen, Betty
101.    Cohen, Jesse L.
102.    Cohen, Marcia
103.    Cohen, Nancy Dver
104.    Cohen, Nancy Dver Rev. Trust
105.    Cohen, Ronald
106.    Cohen, Teresa Redston
107.    Cohn, Anna IRA
108.    Cooney, Patricia T.
109.    Cooney, Patrick
110.    Corwin, Ronald D.
111.    Cuenca Abela, Joaquin
112.    Cummings, Bruce E.
113.    Cummings, Lynn
114.    Cutroneo, Garynn Rodner
115.    Danels LP
116.    Daniels, Annette
117.    Daniels, Charles D.
118.    Daprex
119.    Davis, Walter
120.    De Blacam, Hugh
121.    De Vita, Michael T., Trustee
122.    Decker, Jessica
123.    Del Casino, Anne

BLMIS Investors represented by Becker & Poliakoff, LLP

124.    Den Bleyker, Diane M.
125.    Denton Family Irrevocable Trust
126.    Denton Labriola, Susan
127.    Diane Holmers
128.    Dick, Estate of Jacob M. Dick
129.    Dick, Jacob M. Dick Rev Living Trust DTD 4/6/01
130.    Difazio, Carol
131.    Difazio, Frank
132.    DiGiulian, Bruno L.
133.    DiGiulian, Patsy R.
134.    Dine, Elaine
135.    Dine, Elaine Dine Living Trust Dated 5/12/06
136.    Dunkle, Carolyn
137.    Dunkle, Don
138.    Durr, Robin
139.    Dusek, Russell
140.    Eaton, Richard G.
141.    Ebel, Maureen Anne
142.    Ehrlich, Leslie
143.    Ehrlich, Stephen
144.    Eisenstat, Susan
145.    EMM Realty Corp
146.    Engel, Barbara
147.    Englebardt, Marvin
148.    Englebardt, Marvin Englebardt Retirement Plan
149.    Englebardt, Sabra
150.    English, Alan
151.    English, Rita
152.    Ennis, Sheila E.
153.    Epstein, Jane
154.    Epstein, Joan
155.    Epstein, Michael
156.    Epstein, Muriel
157.    Epstein, Randy
158.    Epstein, Robert
159.    Esteban, Fernando M.
160.    Fairchild, Harriet
161.    Falls, Sharon
162.    FAS Partners L.P.
163.    Feinberg, Norman
164.    Feinberg, Sondra

BLMIS Investors represented by Becker & Poliakoff, LLP

165.   Feldman Rous Grodin Epstein MD PA Profit Sharing Plan 6/25/82
166.   Feldman, Ari
167.   Feldman, Beth P.
168.   Feldman, Beth P. Feldman Trust
169.   Feldman, Mark S.
170.   Feldman, Nancy
171.   Ferber, Robert F.
172.   Figi, John Todd Figi Revocable Trust
173.   Fisher, Carol
174.   Fitzpatrick, John
175.   Fogliano, Nicholas Jr Fogliano, Lynn JT WROS
176.   Forrest, Kathleen
177.   Forrest, Leonard
178.   Forrest, Leonard Rev. Trust
179.   Forrest, Marjorie
180.   Forrest, Marjorie Rev. Trust
181.   Forte, Joyce
182.   Fox Family Partnership
183.   Fox, Adele
184.   Freshman, Frieda
185.   Freshman, Frieda Freshman Rev Trust
186.   Freshman, Walter Freshman Recovable Trust dtd 12/31/92
187.   Freshman, Walter Freshman Trust A
188.   Friedman, Constance
189.   Friedman, Myra
190.   Friedman, Richard
191.   Friedman, Richard Credit Shelter Trust #226
192.   Friedman, Richard Gabriel Friedman Trust #227
193.   Friedman, Shirley
194.   Frucht, Howard
195.   Frucht, Howard & Carolyn Frucht Rev Trust
196.   Gaba Partnership
197.   Gaba, Barbara
198.   Gaba, Richard
199.   Gale, Etta M. Lazar and Melvin H. Gale J/T WROS
200.   Gale, Leona
201.   Gale, Melvin

BLMIS Investors represented by Becker & Poliakoff, LLP

202. Ganes, Gustine
203. Ganes, Sol
204. Gangji, Nur C.
205. Garten, James
206. Gattegno, Irrevocable Trust FBO Jennifer Gattegno
207. Gattegno, Judith
208. Gennett, Martha S.
209. George, Allison
210. George, Christopher
211. Gersten, Beth
212. Getz, Robert N Getz, LLC
213. Getz, Robert N.
214. Getz, Robert N. LLC Pension Plan/Robert N. Getz Trustee
215. Getz, Steven S.
216. Gevirtz, Charles
217. Ginsburg, Carla H.
218. Glater, Michelle
219. Glodstein, David
220. Glodstein, Elaine Glodstein Revocable Trust
221. Glodstein, Susan
222. Goldsmith, Leslie
223. Goldstein, Elliot J. Goldstein MD PC Money Purchase Pension Trust
224. Goodman Capital Partners, L.P.
225. Goodman Holding, Inc.
226. Goodman, Abbey
227. Goodman, Andrew M.
228. Goodman, Audrey M.
229. Goodman, Bruce
230. Goodman, James M.
231. Goodman, Jerome
232. Goodman, Kevin
233. Goodman, Peter
234. Goodman, Philip
235. Goodman, The Jerome Goodman Children's Grat #1
236. Goodstein, Iris
237. Goodstein, Iris as TSTEE UAD 6/23/97
238. Gordon, Allen

BLMIS Investors represented by Becker & Poliakoff, LLP

239.    Grant II, Edwin A.
240.    Great Western Bank - Trust Department, as Trustee
241.    Green, Jacqueline
242.    Green, Wayne D.
243.    Greene/Lederman LLC
244.    Greenspan, Davina
245.    Greer, Sue
246.    Greiff, James
247.    Grobstein, Cheryl
248.    Grobstein, Jack
249.    Gross Associates
250.    Gross, David
251.    Gross, Herbert
252.    Gross, Irma
253.    Gross, Susan Epstein
254.    Grosvenor Partners LTD
255.    Guardian Angel Trust LLC
256.    Guiducci Family Partnership
257.    Guiducci, Dino
258.    Guiducci, Mary
259.    Guiducci, Sandra
260.    Guttman, Ronald A.
261.    Haber, Jerome
262.    Haber, Ronald J.
263.    Halio, Robert
264.    Harmony Partnership
265.    Harnick, Estate of Steven I. Harnick
266.    Harnick, Martin R.
267.    Harnick, Martin R. Harnick & Steve Norton Partners
268.    Harnick, Pamela
269.    Harnick, Steven I. Harnick Revocable Living Trust dated April 2, 2002
270.    Harwood Holding Company II, Inc.
271.    Harwood, Estelle
272.    Harwood, Estelle Harwood Family Limited Partnership
273.    Harwood, Estelle Harwood Revocable Trust
274.    Harwood, Estelle Trust DTD 9/92

BLMIS Investors represented by Becker & Poliakoff, LLP

275. Harwood, Family Partnership
276. Harwood, Lowell
277. Harwood, Lowell Harwood & Craig HarwoodTrustee Charitable Remainder Trust
278. Harwood, Sanford
279. Harwood, Sanford Rev Trust DTD 2/10/98
280. Harwood, The Estelle Family Limited Partnership
281. Harwood, The Sanford Harwood Family Limited Partnership
282. Harwood, Toby
283. Helford, Betty
284. Helford, Irwin
285. Heller, Ben
286. Heller, Benjamin T. Heller Irrevocable Trust
287. Heller, Patricia
288. Heller, Warren M.
289. Helmig, Claudia
290. Helmig, Timothy
291. Hendler, Gloria
292. Hendler, Gloria Hendler Revocable Trust
293. Henley, Robert
294. Herman, Jay
295. Herman, Sheila
296. Heyl, Judith Patience
297. Hiles, Heidi
298. Hill, Norma
299. Hirsch, Lee
300. Hirsch, Robert
301. Hirschhorn, Carla
302. Hirschhorn, Stanley
303. Hocatt, Philip A.
304. Hohl, Myrna
305. Holloway, Adam
306. Holloway, Alicia N.
307. Holloway, Don G.
308. Holloway, Scott W.
309. Holmers, Heidi
310. Horowitz, Mark

BLMIS Investors represented by Becker & Poliakoff, LLP

311. Hudson Investment Partners, LP
312. Hulnick, Elsie P.
313. Hulnick, George H.
314. Israel, Howard
315. Iuen, Alice
316. Iuen, Marvin F.
317. Izes, Jay M. (IRA)
318. JABA Associates
319. Jacob,  J. J., a minor by Lee Ann Mahrs Jacob
320. Jacob, Matthew
321. Jacob, Steven
322. Jacobs, Edward M.
323. Jaffe Family Partnership
324. Jaffe, Colette
325. Jaffe, Gloria
326. Jaffe, Gloria S. Jaffe Investment Partnership
327. Jaffe, Manuel O.
328. Jaffe, Phillip
329. Jason, Shari Block
330. Jordan, James A. Living Trust
331. Jordan, James Allen
332. Jordan, Kenn Jordan Associates
333. Jungreis, Annette Trust
334. Jungreis, Irving Trust
335. Kajota, Saulius
336. Kamenstein, Carol L.
337. Kamenstein, David R.
338. Kamenstein, Peter D.
339. Kamenstein, Sloan G.
340. Kamenstein, Tracy D.
341. Kantor, Herbert C.
342. Kaye, Howard
343. Keller, Barbara
344. Keller, Gerald
345. Keller, Gerald and Barbara Keller Family Trust
346. Kiner, Barbara

BLMIS Investors represented by Becker & Poliakoff, LLP

347.  Kiner, David
348.  King, Andrea Dee
349.  Kissinger, Eugenie
350.  Kissinger, Eugenie Kissinger Trust U/A/D 12/6/99
351.  Kissinger, John Frans
352.  Kissinger, Thomas VanDrooge
353.  Kissinger, Trust Under Agreement
354.  Kissinger, W. B. Rev TST 10/23/96
355.  Kissinger, Walter
356.  Kissinger, Walter Kissinger Revocable Trust
357.  Kissinger, William D.
358.  Kissinger-Matray, Dana M.
359.  Knopf de Esteban, Margaret
360.  Koehler, H.C.
361.  Kohl, Kenneth M.
362.  Kohl, Myrna L.
363.  Krakauer, Olga
364.  Krauss, Marlene
365.  Kringstein, Andrea
366.  Kuntzman Family LLC;
367.  Kurland, Renee
368.  Kurland, Steven
369.  Laks, Jason
370.  Landres, Timorhy
371.  Landres, Wendy
372.  Lange, Barbara June
373.  Lapin Children LLC
374.  Lapin, Robert C.
375.  Lawrence-Keane, Loretta
376.  Lazarus Investment Group
377.  Lazarus Schy Family Partnership
378.  Lazarus, Adam
379.  Lazarus, Amber
380.  Lazarus, Audra
381.  Lazarus, Ida
382.  Lazarus, Jared
383.  Lazarus, Linda

BLMIS Investors represented by Becker & Poliakoff, LLP

384. Lazarus, Michael
385. Lazarus, Ronald
386. Lazarus, Terry
387. Lazarus, Zipora
388. Lazarus-Schy Family Partnership
389. Leeds, Ellen
390. Lees, Toby
391. LeFavor, Dana
392. Lefkowitz, Amanda
393. Lefkowitz, Ian
394. Lehrer, Eunice Chervony
395. Leo Sullivan, Rosemary
396. Leonardi, Emilie
397. Libby, Elizabeth A.
398. Libby, Stuart A.
399. Lissauer, Sharon
400. Liu, David
401. Login, Gerald
402. Lohse, GST Separate Trust FBO Sharon Lohse U/T/A/D 5/29/02
403. Londa, Felice T.
404. Londa, Jessica
405. Londa, Peter
406. Long, Dora F.
407. Long, Richard P.
408. Low, Caren
409. Low, Frieda
410. Low, Gary
411. Low, Robert K.
412. Luker, Carol A.  (Carol A. Walsh - married name)
413. Luker, Donald P.
414. Luker, Kenneth S.
415. Luker, Robert C.
416. Luker, Robert C. Luker Family Partnership
417. Luker, Sharon R.
418. Lutsky, Madeline
419. M&M IN M LLC
420. Macaluso, Gaetano
421. Macaluso, Rosalinda
422. Marema, Dorothea
423. Margolies, Bert Margolies Trust
424. Marks, Andrea Joy

BLMIS Investors represented by Becker & Poliakoff, LLP

| | |
|---|---|
| 425. | Marshall, Susanne S. |
| 426. | Marxen, Pamela K. |
| 427. | Mast, Rona |
| 428. | Masters Vacation Fund |
| 429. | Mayfair Bookkeeping Services Inc Mayfair Pension Plan |
| 430. | Mayfair Ventures |
| 431. | McKean, Olivia |
| 432. | McKean, Robert |
| 433. | Meisels, Allen |
| 434. | Meyer, Cathy J. |
| 435. | MGM Associates, LLC |
| 436. | Michaelson, Susan |
| 437. | Michalove, Edwin |
| 438. | Miller Family Partnership |
| 439. | Miller Partnership |
| 440. | Miller Trust Partnership |
| 441. | Miller, Alice G. Miller Exemption Trust |
| 442. | Miller, Alice G. Miller Marital Trust |
| 443. | Miller, Bonnie |
| 444. | Miller, Dorothy |
| 445. | Miller, Ellen Danessa |
| 446. | Miller, Jill |
| 447. | Miller, Kenneth A. MD Pension & Profit Sharing PL |
| 448. | Miller, Mark |
| 449. | Miller, Martin Miller Living Trust |
| 450. | Miller, Nancy |
| 451. | Miller, Philip |
| 452. | Miller, Steven A. |
| 453. | Miller, Steven F. |
| 454. | Miller, The EDM Miller Trust #1 |
| 455. | Millison Investment Mgmt. Pension Plan |
| 456. | Millison, David |
| 457. | Millison, Henry |
| 458. | Millison, Julia |
| 459. | Mishkin Family Trust |
| 460. | Mishkin, Andrew |
| 461. | Mishkin, Ellen |
| 462. | Mishkin, Grace |
| 463. | Mishkin, Julia |
| 464. | Mishkin, William |
| 465. | Mishkin, William S. |

BLMIS Investors represented by Becker & Poliakoff, LLP

| | |
|---|---|
| 466. | Mishler, Dr. Ken Edward |
| 467. | MLSMK Investment Company c/o Stanley M. Katz |
| 468. | MMRN Associates |
| 469. | Moore, Barbara (Sopphia) |
| 470. | Morselife Foundation Inc. |
| 471. | Moskowitz, David |
| 472. | Moskowitz, Peter |
| 473. | Most, Michael |
| 474. | Murray, Callie |
| 475. | Murray, Christine |
| 476. | Murray, Ryan |
| 477. | Murray, Timothy |
| 478. | Myers, Keith |
| 479. | Nahas, Edmund A. |
| 480. | Natale, Barbara Natale Trust |
| 481. | New, James M. |
| 482. | New, James M. New Trust dtd 3/19/01 |
| 483. | New, Laura W. |
| 484. | Newman, Abraham |
| 485. | Newman, Mark |
| 486. | Newman, Rita |
| 487. | N-Highmark LLC |
| 488. | Nichols, Trisha |
| 489. | Norman Simons, Dara |
| 490. | Norman, Hannah |
| 491. | Norman, Hannah P. Revocable Trust |
| 492. | North Shore Child & Family Guidance Association, Inc. |
| 493. | Northeast Investment Club |
| 494. | Norton, Steve |
| 495. | Oasis, Russell |
| 496. | Oguss, Gerald M. |
| 497. | Oguss, Jane L. |
| 498. | Oguss, Leonard J. Oguss Trust |
| 499. | Oguss, Ronald A. |
| 500. | O'Neal Jr., Louis S. |
| 501. | O'Neal, Darlene |
| 502. | Oren Revocable Trust of Gail B. Oren DTD 9/8/95 Gail B. Oren Tstee |
| 503. | Ostenson-Murray, Callie A. |
| 504. | Oxbridge Associates, LP |
| 505. | P&S Associates General Partnership |
| 506. | Palko Associates General Partnership |

BLMIS Investors represented by Becker & Poliakoff, LLP

507.   Palmedo, Philip F.
508.   Palmer Family Trust
509.   Palmer, Blake
510.   Palmer, Boyer F.
511.   Palmer, Boyer H.
512.   Palmer, Boyer H. Palmer Investment Account
513.   Palmer, Brett
514.   Palmer, Bruce N.
515.   Palmer, Fern C.
516.   Palmer, Fern Trust
517.   Palmer, Kurt B.
518.   Palmer, Kurt C.
519.   Palmer, Oscar
520.   Palmer, Ryan
521.   Palmer, Sophia
522.   Patience, Estate of Scott S. Patience
523.   Paymer, Laurel
524.   Peerstate Equity Fund LP
525.   Peltzer, Bette Anne
526.   Perlman, Felice
527.   Perlman, Sanford
528.   Pesaturo, Penny
529.   Peshkin, Marsha F.
530.   Peshkin, Marsha Revocable Trust
531.   Peskin, Diane
532.   Peskin, Roger
533.   Petito Investment Group, The, as Agent for J.X. Reynolds & Co. Deferred Profit Sharing Plan
534.   Pillsbury, Edith A.
535.   Placon2
536.   Plafsky, Bernice
537.   Plafsky Family LLC Retirement Plan
538.   Plafsky, Nathan
539.   Plafsky, Robert
540.   Plateis, Marvin
541.   Plateis, Roberta
542.   Plati, Robert
543.   Plati, Suzanne
544.   Playso, Corinne G.
545.   Podwill, Michael J.
546.   Podwill, Robert R.

BLMIS Investors represented by Becker & Poliakoff, LLP

547.    Poland, Richard S.
548.    Posser, Jeffrey
549.    Powell, Harvey L.
550.    Preffer Family Trust
551.    Preffer, Pamela
552.    Preffer, Samuel
553.    Preffer, Shirley
554.    Pressman, William
555.    Pressman, William Pressman, Inc.
556.    R.D.A., a minor as beneficiary of the Article 8.1 Trust
557.    Rabb Partners
558.    Rabb, John
559.    Rabb, Kenneth
560.    Rabb, Leslie
561.    Rabb, Sumire
562.    Rabb, Susan
563.    Rabb, Sylvia Rabb Trust
564.    Rabb, Yuka
565.    Radosh Butt, Laura B.
566.    Radosh Partners
567.    Radosh, Alaric P.
568.    Radosh, Burnett H.
569.    Radosh, Danielle H.
570.    Radosh, Jeremy L.
571.    Radosh, Katherine M.
572.    Radosh, Lee J.
573.    Radosh, Rachel L.
574.    Raines, Densel L.
575.    RAR Entrepreneurial Fund Ltd.
576.    Rautenberg, Marie S.
577.    Realty Negotiators Inc. Defined Benefit Pension Plan
578.    Rechler, Donald
579.    Rechler, Donald & Judith Grandchildren Annual Exclusion GST Trust, Mitchell Rechler Trustee
580.    Rechler, Evelyn
581.    Rechler, Glenn
582.    Rechler, Gregg
583.    Rechler, Judith
584.    Rechler, Mark
585.    Rechler, Mitchell
586.    Rechler, Roger Rechler Revocable Trust

BLMIS Investors represented by Becker & Poliakoff, LLP

587.  Rechler, Scott
588.  Rechler, The Benjamin Ian Trust, Mitchell Rechler Trustee
589.  Rechler, The Willi Trust, Mitchell Rechler Trustee
590.  Rechler, Todd
591.  Rechler, Trust F/B/O Glenn, Donald Rechler Trustee
592.  Rechler, Trust F/B/O Mark, Donald Rechler Trustee
593.  Rechler, Trust F/B/O Mitchell, Donald Rechler Trustee
594.  Reckson Generation
595.  Reed, Irwin B.
596.  Reiss, Frances
597.  Reynolds, James
598.  Reynolds, James Reynolds' Deferred Profit Sharing Plan
599.  Rhodes, Lenore Living Trust Rhodes, Eugene Living Trust TIC
600.  Roberts Family Trust c/o Marvin Roberts
601.  Robbins, Judd
602.  Roman, Joan
603.  Roman, Robert
604.  Rosamilia, Neva
605.  Rosamilia, Nicholas S.
606.  Rosen, Edith
607.  Rosen, Rich
608.  Rosen, Sam
609.  Rosenthal, Alan
610.  Rosenthal, John
611.  Rosenthal, Linda
612.  Rosenthal, R.R. Associates
613.  Rosenthal, R.R. Rosenthal Associates
614.  Rosenthal, Robert
615.  Roth, Alan
616.  Roth, Barbara
617.  Roth, Jeannette
618.  Roth, Lawrence
619.  Roth, Mark
620.  Rothschild Family Partnership
621.  Rowan, Donna Jean
622.  Rubin, George
623.  Ryan By-Pass Trust
624.  Ryan, Dan
625.  Ryan, Lawrence J. By-Pass Trust Under Declaration of TST DTD Nov 20, 1991, Theresa R. Ryan Trustee
626.  Ryan, Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust

BLMIS Investors represented by Becker & Poliakoff, LLP

| | |
|---|---|
| 627. | Ryan, T.R. Trustee |
| 628. | Ryan, Theresa R. Lawrence J. Ryan Trustees U/D/T 11/20/91 |
| 629. | Ryan, Theresa Rose |
| 630. | S&P Associates General Partnership |
| 631. | Saland, Abraham |
| 632. | Sandalwood Debt Fund A, LP |
| 633. | Sandalwood Debt Fund B, LP |
| 634. | Sandberg, Iris B. |
| 635. | Sandberg, Joel B. |
| 636. | Sanders, E. Ann |
| 637. | Sanders, Ellen W. |
| 638. | Sandler Partners |
| 639. | Sandler, Alan |
| 640. | Sandler, Sandy |
| 641. | SAV005 BJM Diverse Prosperiti Ltd |
| 642. | SAV006 Gardenview Nominees (pty) Ltd. |
| 643. | SAV007 Grange Nominees Limited A/C RMB |
| 644. | SAV008 Equity 360 Ltd |
| 645. | SAV009 Patrice Michael Moyal |
| 646. | SAV010 Mimosa Finance Holdings Limited |
| 647. | SAV011 Pershing Nominees Ltd A/C CCCLT |
| 648. | SAV012 BJM Diverse Prosperiti Ltd – Sid Rebe |
| 649. | SAV013 Trafalgar Securities Ltd. |
| 650. | Savest, Ltd. |
| 651. | Savin, Barbara L. |
| 652. | Savin, Robert S. |
| 653. | Schaffer, Donna |
| 654. | Schaffer, Elaine Revocable Trust |
| 655. | Schaffer, Elaine Ruth |
| 656. | Schaffer, Jeffrey |
| 657. | Schaffer, Keith |
| 658. | Schindler, Alice |
| 659. | Schrager, Hermene E. Trust |
| 660. | Schrager, Roy M. |
| 661. | Schrager, Roy M. Trust |
| 662. | Schupak, Belle |
| 663. | Schupak, Investment |
| 664. | Schupak, Lenore H. |
| 665. | Schupak, Nathan |
| 666. | Schupak, Steven |
| 667. | Schussel, Barry |

BLMIS Investors represented by Becker & Poliakoff, LLP

| | |
|---|---|
| 668. | Schussel, Roberta |
| 669. | Schwartz, Jonathan |
| 670. | Schwartz, Jonathan Trustee for Nancy Riehm |
| 671. | Schwartz, Richard |
| 672. | Schwartz, Roberta |
| 673. | Schwartz, Roberta Trust |
| 674. | Schy Family Partnersip |
| 675. | Schy, Abe |
| 676. | Schy, B.S., a minor, Abe Schy custodian |
| 677. | Schy, Doran |
| 678. | Schy, Elan |
| 679. | Schy, Ira |
| 680. | Schy, J.S., a minor, Abe Schy custodian |
| 681. | Schy, Lisa |
| 682. | Schy, M.S., a minor, Abe Schy custodian |
| 683. | Schy, Rose |
| 684. | Schy, Steve |
| 685. | Schy, Steven and Family |
| 686. | Sedgwick, Nicholas J. |
| 687. | Sedgwick, Robert B. |
| 688. | Seims, Sara |
| 689. | Seissler, Sheldon |
| 690. | Shankman, Dorothee |
| 691. | Shankman, Dorothee TOD Jeffrey Shankman & Susan Shankman Banker |
| 692. | Shankman, Jeffrey |
| 693. | Shankman, Trust Under the Will of Benjamin |
| 694. | Shapiro, Adele |
| 695. | Shapiro, Collen |
| 696. | Shapiro, David |
| 697. | Shapiro, David Nominee |
| 698. | Shapiro, David Nominee #1 |
| 699. | Shapiro, David Nominee #2 |
| 700. | Shapiro, David Nominee #3 |
| 701. | Shapiro, David Nominee #4 |
| 702. | Shapiro, Deborah |
| 703. | Shapiro, Donald R. |
| 704. | Shapiro, Emily L. |
| 705. | Shapiro, Emily Lauren Shapiro 1989 Trust |
| 706. | Shapiro, Eric N. |
| 707. | Shapiro, Eric Nathan Shapiro 1989 Trust |
| 708. | Shapiro, Julie Beth |

BLMIS Investors represented by Becker & Poliakoff, LLP

709.    Shapiro, Julie Beth Shapiro 1989 Trust
710.    Shapiro, Lindsay A.
711.    Shapiro, Lindsay Beth Shapiro 1989 Trust
712.    Shapiro, Richard B.
713.    Shapiro, Robin L.
714.    Shapiro, Susan and Michael Shapiro Memorial Foundation
715.    Shelburne Shirt Company, Inc.
716.    Sherman, Rana
717.    Sherman, Thomas
718.    Shulman Family Corporation
719.    Shulman, Alvin E.
720.    Shulman, Alvin E. Shulman Pourover Trust
721.    Shulman, Florence W.
722.    Shulman, Florence W. Shulman Pourover Trust
723.    Siegel, Irrevocable Trust FBO Ethan Siegel
724.    Siegman, Henry
725.    Siegman, Miriam Cantor
726.    Silver, Florette Rev TST U/A/D 3/25/88
727.    Silvera, Herbert
728.    Silverstein, Robert, Pauline Silverstein Rev. Trust
729.    Singer, Nina, Executor of the Estate of Laura P. Kaplan
730.    Sirotkin, Alexander
731.    Sirotkin, Lori
732.    Smith, Harry Smith Revocable Living Trust
733.    Smith, Laura Ann
734.    Smith, Laura Ann Smith Revocable Living Trust
735.    Snyder, Craig C.
736.    Solomon, Jane Gray Solomon Trust
737.    SPJ Investments, L.P.
738.    Springer, Jeane Ungerleider
739.    Springer, Noah U.
740.    Springer, Trust Created by Joy Ungerleider-Mayerson U/A/D 1/31/88 F/B/O Noah U. Springer
741.    Sprung, Dennis as Executor of the Estate of Roger Rechler
742.    Stacy, Festus & Helen Stacy Foundation, Inc.
743.    Stein, Michael
744.    Stenger, John
745.    Stepelton, Brett
746.    Stepelton, David W. Stepelton Family Trust
747.    Stepelton, Douglas

BLMIS Investors represented by Becker & Poliakoff, LLP

748.  Stepelton, Douglas Stepelton Trust
749.  Stepelton, Jennifer
750.  Stepelton, Sean
751.  Stepelton, Virilee
752.  Stern, Arlene
753.  Stern, Eugene
754.  Stony Brook Foundation
755.  Sullivan, Ann
756.  Sullivan, Michael
757.  Sylvan Associates LLC
758.  Szymanski, Carla Rev. Trust
759.  Talanksy, Morris GRAT Dated 11/12/02
760.  Talanksy, Morris Talansky GRAT Dtd 11/12/02
761.  Talansky, Helene
762.  Talansky, Morris
763.  Taylor, Jess L.
764.  Teufel, Timothy
765.  Teufel, Timothy Shawn Teufel and Valerie Ann Teufel Family Trust U/T/D 5/24/95
766.  Teufel, Valerie
767.  Tiletnick, Angela
768.  Train Klan
769.  Triangle Properties #39
770.  Turk, Jeffrey
771.  Turk, Marylin Turk Revocable Trust
772.  Tzannes, John
773.  Tzannes, Peter Basant
774.  Tzannes, Robin
775.  Unflat, Gunther
776.  Unflat, Margaret
777.  Ungerleider, Andrew
778.  Ungerleider, Steven
779.  Van Lanen, Delores GST Trust FBO Delores Van Lanen U/T/A/D/ 5/29/02
780.  Van Lanen, Roy GST Separate Trust FBO Roy Van Lanen U/T/A/D/ 5/29/02
781.  Vogel, Barbara
782.  Vogel, Robert J.
783.  Waldman, Linda
784.  Wallick, Cindy
785.  Warner, Jon G.
786.  Warner, Robin L.
787.  WDG Associates Inc. Retirement Trust
788.  Weaver, Tracey

BLMIS Investors represented by Becker & Poliakoff, LLP

| | |
|---|---|
| 789. | Webster, Bonnie T. |
| 790. | Wechsler, Brad |
| 791. | Weinstein, Ronald |
| 792. | Weinstein, Sheryl |
| 793. | Weinstein, Sheryl as Executrix of Wasserman |
| 794. | Weintraub, Estate of Audrey Weintraub |
| 795. | Weintraub, Robert P. |
| 796. | Weintraub, Trust U/W/O/MorrisWeintraub |
| 797. | Weisfeld, Barry |
| 798. | Westphal, Nina |
| 799. | Whitman Partnership |
| 800. | Whitman Revocable Living Trust U/A/D/8/5/86, Bernard |
| 801. | Whitman Revocable Living Trust U/A/D/8/5/86, Judith |
| 802. | Whitman, Bernard |
| 803. | Whitman, Irene (deceased) |
| 804. | Whitman, Irene Whitman 1990 Trust U.A DTD 4/13/90 |
| 805. | Whitman, Judith |
| 806. | Whitman, Robert |
| 807. | Wilansky Family Fund |
| 808. | Wilansky, Barry |
| 809. | Wilansky, David |
| 810. | Wilansky, Steven |
| 811. | Wilenitz, Evelyn Berezin |
| 812. | Wilenitz, Trust U/ART Fourth O/W/O Israel Wilenitz |
| 813. | Willis Jr., W. Waite |
| 814. | Wilson, Diane |
| 815. | Winco Real Estate SVCS CBPP 9/25/02 |
| 816. | Wirick, Sybil |
| 817. | Wohl, George Wohl Partners LP |
| 818. | Wohl, Linda |
| 819. | Wohl, Ronald Gene Credit Shelter Trust |
| 820. | Yaffe, Beverly  (deceased - feb 13, 2001) |
| 821. | Yaffe, Robert |
| 822. | Yesod Fund |
| 823. | Zell-Breier, Sam |
| 824. | Zenkel, Lois |
| 825. | Zimmerman, Jerome M. |
| 826. | Zimmerman, J.Z. Personal Trust |
| 827. | Zraick, DeLuca, Rich |
| 828. | Zraick, Edward |