**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF ,<br><br>    Debtor. | No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
        ) ss:
COUNTY OF NEW YORK )

I, Laura Campbell declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 8th day of November, 2011, employees of DRC, under my supervision served a true and accurate copy of the "Notice of Omnibus Avoidance Action Hearing Date" (Docket No. 4499), via electronic mail upon the parties as set forth in Exhibit 1, attached hereto.

4. On the 8th day of November, 2011, employees of DRC, under my supervision served a true and accurate copy of the "Notice of Omnibus Avoidance Action

Hearing Date" (<u>Docket No. 4499</u>), via First Class U.S. Mail upon the parties as set forth in <u>Exhibit 2</u>, attached hereto.

5.    Said document referenced in Paragraph 4 was securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

6.    I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 9th day of November, 2011 New York, New York.

By _____
Laura Campbell

Sworn before me this
9th day of November, 2011

Notary Public

ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM. EXP.

**EXHIBIT 1**

Date : 11/8/2011    **Exhibit Pages - Email**    Page # : 1

| | |
|---|---|
| aaron@brickmanlaw.com | aaustin@fclaw.com |
| abeattie@chuhak.com | abraham@butzel.com |
| aehrlich@paulweiss.com | aeidsness@hensonefron.com |
| agoodman@gsblaw.com | agrant@kasowitz.com |
| ahalperin@halperinlaw.net | ajf@fair-law.com |
| akushner@lowenstein.com | albutzel@albutzel.info |
| alfredo.perez@weil.com | allen.saeks@leonard.com |
| amarder@msek.com | amartinez@wsh-law.com |
| AMingione@BlankRome.com | amy.swedberg@maslon.com |
| XYZ5 CORP | angela.lipscomb@akerman.com |
| anthony.paccione@kattenlaw.com | aostrow@beckerglynn.com |
| arella@mofo.com | ashah@garfunkelwild.com |
| ashapiro@machtshapiro.com | asteinberg@kslaw.com |
| atomlinson@jones-foster.com | auerbach@mjaesq.com |
| avinegrad@cov.com | azwerling@garfunkelwild.com |
| banton@eprotec.com | bargerd@gtlaw.com |
| barry.vasios@hklaw.com | bbressler@schnader.com |
| Bcleary01@aol.com | bctnotices@foleyhoag.com;kleonetti@foleyhoag.com |
| bdeutsch@schnader.com | bdk@schlamstone.com |
| bdmanning@rkmc.com | ben8854@aol.com |
| berarduccip@sullcrom.com | bergers@dicksteinshapiro.com |
| bethgersten@gmail.com | bflom@fulbright.com |
| bgarbutt@morganlewis.cgm | bgolfer@verizon.net |
| bhbecker@beckermeisel.com | blake.shepard@leonard.com |
| blax@laxneville.com | bneville@laxneville.com |
| bradley.stein@att.net | brian.cousin@snrdenton.com |
| brian.schmidt@kattenlaw.com | brianweisberg@siegelbrill.com |
| brodine@qsclpc.com | Bruce.Schaeffer@gmail.com |
| bschwartz@pss-law.com | bscott@klestadt.com |
| bstrickland@wtplaw.com | bulmanRF@aol.com; CKBulman@gmail.com |
| Bwille@kflaw.com | cancel39@aol.com |
| carole.neville@snrdenton.com | carter.hunter@arentfox.com |
| cas@CharlesASinger.com | cazano@mintz.com |
| cbattaglia@halperinlaw.net | cbelfi@herrick.com |
| cdesiderio@nixonpeabody.com | cfleischer@chuhak.com |
| cgallinari@bellowspc.com | cglick@certilmanbalin.com |
| charles.platt@wilmerhale.com | chris.walker@adams-remers.co.uk |
| ClearyPJ@aol.com | clynch@goulstonstorrs.com |

Date : 11/8/2011

**Exhibit Pages - Email**

| | |
|---|---|
| cmartinez@wolffsamson.com | cmason@nixonpeabody.com |
| cnewcomb@goodwinprocter.com | colson.earl@arentfox.com |
| cromania@wsmesq.com | csalomon@beckerglynn.com |
| cseemann@proskauer.com | cutroneo@gmail.com |
| cvalletta@phillipsnizer.com | cvandekieft@seegerweiss.com |
| cwmadel@rkmc.com | dan@gabormarottalaw.com |
| danhill@psybc.com | dapfel@goodwinprocter.com |
| dariehl@rkmc.com | david.bamberger@brickmanlaw.com. |
| david.flugman@kirkland.com | david.gotlieb@btlaw.com |
| david@dboltonpc.com | davidbernfeld@bernfeld-dematteo.com; dbblaw@hotmail.com |
| dbarrack@fulbright.com | dbesikof@loeb.com |
| dbowers@jones-foster.com | dbrown@mofo.com |
| dcg@ggb-law.com | dcoffino@cov.com |
| deiseman@golenbock.com | dfetterman@kasowitz.com |
| dfixler@rubinrudman.com | dfurth@golenbock.com |
| dgarelik@sgwkt.com | dgerber2@earthlink.net |
| dglosband@goodwinprocter.com | dhykal@willkie.com |
| dkatsky@katskykorins.com | dleffell@paulweiss.com |
| dleibman@loebblock.com | dmark@kasowitz.com |
| donald.david@akerman.com | donking@ofplaw.com |
| dparker@kkwc.com | dratch@njcounsel.com |
| drose@pryorcashman.com | drosenzweig@fulbright.com |
| dwalsman@stroock.com | easmith@Venable.com |
| EBadway@foxrothschild.com | ebsinsro@yahoo.com |
| ecitron@proskauer.com | Edward.Minson@SteinRisoMantel.com |
| efrejka@kramerlevin.com | ekokot@katskykorins.com |
| ekwalwasser@proskauer.com | elissa.fudim@akerman.com |
| enbudd@cox.net | eoconnor@fzwz.com |
| eolney@machtshapiro.com | eric@virgillaw.com |
| eschmidt@herrick.com | everett.johnson@lw.com |
| evf@sovrlaw.com | farnumj@gtlaw.com |
| fcc02@comcast.net;fcco@brandeis.edu | fhperkins@morrisoncohen.com |
| fishere@dicksteinshapiro.com | fishere@dicksteinshapiro.com |
| fishere@dicksteinshapiro.com | fowkes.joshua@arentfox.com |
| fpilotte@murphyreid.com | frankel@clm.com |
| gerald.novack@klgates.com | Gerard.Riso@steinrisomantel.com |
| ggoett@lewismckenna.com | ghirsch@sillscummis.com |
| gkachroo@kachroolegal.cgm | glee@mofo.com |

**Exhibit Pages - Email**

| | |
|---|---|
| glusband@clm.com | gpretto@laxneville.com |
| greers@dicksteinshapiro.com | griffinger@gibbonslaw.com |
| grossmansm@gtlaw.com | grossmansm@gtlaw.com |
| gshelley@fclaw.com | gtabakin@feinsuch.com |
| haftel@haftel.com | harrisonm@optonline.net |
| hchaitman@becker-poliakoff.com | hef111@yahoo.com |
| helisofon@herrick.com | hharris@daypitney.com |
| hherman@mosessinger.com | hhuynh@herrick.com |
| hinkle@clayro.com | hjones@jonesschwartz.com |
| hkleinhendler@wmllp.com | hkrauss@mclaughlinstern.com |
| hmarx@hinshawlaw.com | hmschupak@hotmail.com |
| hrosenblat@kslaw.com | hselzer@loebblock.com |
| hsholl@paulweiss.com | hulme.james@arentfox.com |
| igoldman@goodwin.com | ik@briefjustice.com |
| j.jpclaw@comcast.net | jaimevivre@me.com |
| jalevin@bryancave.com | JAndrophy@olshanlaw.com |
| jangel@herrick.com | jattie@burlaw.com |
| jbaio@willkie.com | jberman@kelleydrye.com |
| jbg@rattetlaw.com | jbienstock@coleschotz.com |
| jcarberry@cl-law.com | jcarney@johnhcarney.com |
| jclasen@rc.com | jcohen@stroock.com |
| Jcooperman@KelleyDrye.com | jdeluca@ohdlaw.com |
| jdoyle_estbader@yahoo.cgm | jdsternklar@duanemorris.com |
| jdwarner@warnerandscheuerman.com | Jeff.Butler@CliffordChance.com |
| jeffkom@aol.com | jeffreybernfeld@bernfeld-dematteo.com |
| jeffreybernfeld@bernfeld-dematteo.com | jennifer@fleischerfleischer.com |
| jessica.garrett@kattenlaw.com | JEWalker@Venable.com |
| jflaxer@golenbock.com | jfountain@murraylaw.com |
| jgorchkova@becker-poliakoff.com | jhaims@mofo.com |
| jhellman@zeislaw.com | jhorwitt@zeislaw.com |
| jhradil@gibbonslaw.com | jinjue.pak@mclane.com |
| jjureller@klestadt.com | XYZ4 CORP, XYZ7 CORP |
| jkeller@milberg.com | jkoch@gkwwlaw.com |
| jkrieger@greenbergglusker.com | jlanders@milberg.com |
| JLaw672@aol.com | JLiss@gibbonslaw.com |
| jlsaffer@jlsaffer.com | JMasella@BlankRome.com |
| jmitchell@gibbonslaw.com | jnesset@hinshawlaw.com |
| Joanne.hepburn@klgates.cgm | joe.foster@mclane.com |

**Exhibit Pages - Email**

| | |
|---|---|
| john.rapisardi@cwt.com | joliveira@kramerlevin.com |
| jonathan.goldberg@snrdenton.com | jonathan.polkes@weil.com |
| Jonathan.Vine@csklegal.com | joseph.aronds@hrplaw.com |
| jpierce@hinshawlaw.com | jpintarelli@mofo.com |
| jplotkin@daypitney.com | jpokorny@proskauer.com |
| jps6659@optonline.net | jrappaport@kramerlevin.com |
| JReisman@reismanpeirez.com | jrosenthallaw@gmail.com |
| jscalzo@reedsmith.com | jsherman@wcsm445.com |
| jsilverberg@sillscummis.com | jsp@rattetlaw.com |
| justin.perl@maslon.com | jvinik@milberg.com |
| jwalker@mmlpc.com | jwalker@mmlpc.com |
| jwallack@goulstonstorrs.com | jwaxenberg@proskauer.com |
| jwesterman@westermanllp.com | jwolfe@skoloffwolfe.com |
| jyoung@milberg.com | jzulack@fzwz.com |
| kesha.tanabe@maslon.com | khicks@wcsm445.com |
| khroblak@wtplaw.com | kim.robinson@bfkn.com |
| kkolbig@mosessinger.com | klibrera@dl.com |
| klkommit@comcast.net | kMcMurdy@foxrothschild.com |
| koestreicher@wtplaw.com | Kpauley@willkie.com |
| kschachter@sillscummis.com | ktoole@meltzerlippe.com |
| lam@acumenbc.com | Lawgordon@aol.com |
| lawkap@aol.com | layton@bluewin.ch |
| ldalessandro@milbermakris.com | ldearcy@mofo.com |
| letofel@tofellaw.com | lgottlieb@cooley.com |
| lhannon@beckermeisel.com | linder@clayro.com |
| llarue@qsclpc.com | llutz@alternativesforgirls.org |
| lmay@coleschotz.com | lmorton@goodwinprocter.com |
| lpaczkowski@bowditch.com | Lsapir@sillscummis.com |
| mahokeza@comcast.net | mangelini@bowditch.com |
| marcbogatin@marcbogatin.com | marcelliottpc@aol.com |
| marcy.harris@srz.com | marilee.dahlman@kayescholer.com |
| mark.friedman@dlapiper.com | mark.richardson@srz.com |
| Martha.RodriguezLopez@klgates.com | marwinick@mchsi.com |
| matt@sakkaslaw.com | mblauner@shulaw.com |
| mbrosterman@stroock.com | MBShulkin@duanemorris.com |
| mburke@wmd-law.com | mccormick@mintzandgold.com |
| mcingber@comcast.net | mcohen@kudmanlaw.com |
| mdhoward@ravichmeyer-cgm | mdickler@sperling-law.com |

Date : 11/8/2011    **Exhibit Pages - Email**    Page # : 5

| | |
|---|---|
| mflumenbaum@paulweiss.com | mfolkenflik@fmlaw.net |
| mgalbut@galbutlaw.com | MGerard@mofo.com |
| mgold@kkwc.com | michael.goldberg@akerman.com |
| michael.riela@lw.com | mikhailevich.jessica@dorsey.com |
| mintz@mintzandgold.com | mjacobs@pryorcashman.com |
| mjacobsonlaw@aol.com | mkalinowski@morganlewis.com |
| mkasowitz@kasowitz.com | mkatz@katzlawpl.com |
| mklein@cooley.com | mkupillas@milberg.com |
| mlandis@phillipsnizer.com | mlanza@milbermakris.com |
| mlivingston@rfs-law.com | mmcallister@ssbb.com |
| mmonroy@garfunkelwild.com | mmulholland@rmfpc.com |
| mnrosen@bryancave.com | molshan@olshanlaw.com |
| moreilly@gibbonslaw.com | mparry@mosessinger.com |
| mpeltz@rssmcpa.com | Mpgatordolfan@aol.com |
| mrosenberg@mclaughlinstern.com | msackin@reismanpeirez.com |
| mschwartz@shawgussis.com | MVCiresi@rkmc.com |
| mw@dmlegal.com | mweinstein@golenbock.com |
| ncohen@halperinlaw.net | ncolman@baritzcolman.com |
| neal@brickmanlaw.com | ngueron@cgr-law.com |
| nhazan@mwe.com | nlt@dmrslaw.com |
| NWise@weitzlux.com | p.eldridge123@gmail.com |
| paloe@kudmanlaw.com | paminolroaya@seegerweiss.com |
| pbentley@kramerlevin.cgm | pbilowz@goulstonstorrs.com |
| pchavkin@mintz.com | pdm@msk.com |
| peter.friedman@cwt.com | pgordon137@gmail.com |
| pgreene@lowenstein.com | PGT108@aol.com |
| phennessy@bestlaw.com | philip.anker@wilmerhale.com |
| philip.guess@klgates.com | phollander@ohdlaw.com |
| pkelley@kelleysemmel.com | pkurland@mclaughlinstern.com |
| plewis@lewismckenna.com | pnussbaum@wtplaw.com |
| pschupak@optonline.net | psibley@pryorcashman.com |
| psmith@becker-poliakoff.com | pstillman@stillmanassociates.com |
| psusswein@proskauer.com | qmurphy@stroock.com |
| rabrams@katskykorins.com | randoh@samlegal.com |
| ravaunt@gmail.com | rbarkasy@schnader.com |
| rcarlin@carlinlawoffices.com | rchapman@eisnerlaw.com |
| rcorbi@proskauer.com | rcorozzo1@gmail.com |
| RCronin@Blankrome.com | rdanylchuk@gibbonslaw.com |

Date : 11/8/2011                    **Exhibit Pages - Email**                    Page # : 6

| | |
|---|---|
| reichlaw@aol.com | reisenbach@cooley.com |
| rep@dmlegal.com | Retarshis@aol.com |
| rfeldman@rfs-law.com | rfleischer@pryorcashman.com |
| rfranklin@murraylaw.com | Rhaddad@OSHR.com |
| RHD@schlamstone.com | rhopp@odonoghuelaw.com |
| rhorwitz@conroysimberg.com | richard.kirby@klgates.com |
| rifkenl@gtlaw.com | risrael@wolffsamson.com |
| rkatz@sglllp.com | RKommit@gmail.com |
| rlawler@winston.com | rlevy@pryorcashman.com |
| rmccord@certilmanbalin.com | rnsoskin@compassmail.com |
| rob.shapiro@bfkn.com | robert.rosenberg@lw.com |
| rosenberg@clayro.com | rpb@bermanslaw.com |
| rrich2@hunton.com | rrosensweig@goulstonstorrs.com |
| RRosensweig@GOULSTONSTORRS.com | rsignorelli@nycLITIGATOR.com;  rsignorelli@aol.com |
| rspinogatti@proskauer.com | rsussman@cooley.com |
| ruth@usems.com;marc@ubcapital.com | rwolfe@ecclegal.com |
| sarah.kenney@klgates.com | sbreitstone@meltzerlippe.com |
| schoenfeld.steven@dorsey.com | scottj@sullcrom.com |
| sesser@clm.com | sfarber@dl.com |
| sfox@mcguirewoods.com | sfurnari@furnarischer.com |
| sgann@levingann.com | sgeller@bellowspc.com |
| sh@eliwhitney.org | shana.elberg@skadden.com |
| shaw.mcdermott@klgates.com | shirshon@proskauer.com |
| sjschlegel@schlegelltd.com | skakeld@dicksteinshapiro.com |
| skapustin@chernowkap.com | slmeisel@beckermeisel.com |
| snewman@katskykorins.com | soneill@murraylaw.com |
| srosenthal@sheppardmullin.com | sschlesinger@jaspanllp.com |
| sscott@jaspanllp.com | sscott@jaspanllp.com |
| sscott@jaspanllp.com | sscott@jaspanllp.com |
| sstorch@samlegal.com | Starshis@optonline.com |
| stephen.hill@hos.com | stephen.hill@hos.com; leyla.hill@hos.com |
| stephen.rinehart@troutmansanders.com | steve@rosenfeldlaw.com |
| steven.wilamowsky@bingham.com | steven@graybowns.com |
| sweiss@seegerweiss.com | szebb1@yahoo.com |
| sziluck@halperinlaw.net | tab@rosenfeldlaw.com |
| TBHatch@rkmc.com | tbraegelmann@mclaughlinstern.com |
| tcosenza@willkie.com | tdickinson@jones-foster.com |
| tdoherty@herrick.com | tduffy@andersonkill.com |

**Exhibit Pages - Email**

| | |
|---|---|
| ted@alene.com | tgoldberg@daypitney.com |
| timothy.wedeen@gmail.com | tjschell@bryancave.com |
| tklestadt@klestadt.com | TMcKinstry@FowlerLaw.com |
| tplastaras@gwbplaw.com | tporetz@egsllp.com |
| trivigno@clm.com | tseigel@zeislaw.com |
| tshapiro@shulaw.com | ttelesca@rmfpc.com |
| twallrich@hinshawlaw.com | twinlhg@gmail.com |
| Umohammad@kflaw.com | vdandrea@dtad.net |
| vmachcinski@krebsbach.com | vrosenfeld@schlamstone.com |
| wcurchack@loeb.com | wearnhardt@cravath.com |
| weill@bwmlaw.com | whp@plummerlaw.com |
| wiig@mintzandgold.com | william.baker@lw.com |
| william.barrett@bfkn.com | wkannel@mintz.com |
| wprickett@seyfarth.com | wrtansey@ravichmeyer.com |
| Yeskoo@yeskoolaw.com | zrosenbaum@lowenstein.com |

**Records Printed: 486**

**EXHIBIT 2**

Date : 11/7/2011

**Exhibit Pages**

| | |
|---|---|
| 1185<br>Richard L. Braunstein<br>Dow Lohnes PLLC<br>1200 New Hampshire Avenue, NW Suite 800<br>Washington, D.C. 20036-6802 | 7651<br>Allan Grauberd<br>Moses & Singer LLP<br>The Chrysler Building, 405 Lexington Ave.<br>New York, NY 10174-1299 |
| 5082<br>Willard M. Reisz<br>Willard M. Reisz<br>15910 Ventura Blvd Ste 1525<br>Encino, CA 91436 | 2503<br>Ada D. McGrath<br>Oak Brook IL 60523 |
| 1658<br>Alan Winters<br>BELLAIRE TX 77401 | 1659<br>David B. Bernfeld and Jeffrey L. Bernfeld<br>Bernfeld, Dematteo & Bernfeld, LLP<br>600 Third Avenue<br>New York, NY 10016 |
| 1660<br>Alan Winters<br>BELLAIRE TX 77401 | 1661<br>David B. Bernfeld and Jeffrey L. Bernfeld<br>Bernfeld, Dematteo & Bernfeld, LLP<br>600 Third Avenue<br>New York, NY 10016 |
| 1662<br>David B. Bernfeld and Jeffrey L. Bernfeld<br>Bernfeld, Dematteo & Bernfeld, LLP<br>600 Third Avenue<br>New York, NY 10016 | 1663<br>Alan Winters and Janet Winters<br>Family Partnership LTD<br>BELLAIRE TX 77401 |
| 1664<br>Alan Winters and Janet Winters<br>Family Partnership LTD<br>BELLAIRE TX 77401 | 1665<br>Alan Winters and Janet Winters<br>Family Partnership LTD<br>BELLAIRE TX 77401 |
| 1666<br>Alan Winters and Janet Winters<br>Family Partnership LTD<br>BELLAIRE TX 77401 | 2010<br>*** Minor ***<br>MONTCLAIR NJ 07043 |
| 3865<br>Alice Goldberg<br>DELRAY BEACH FL 33446 | 8254<br>Alice Jacobs<br>Cedarhurst NY 11516 |
| 8255<br>Alice Weiner<br>Tamarac FL 33321 | 6131<br>Allan Inger<br>Stamford CT 06902 |
| 6132<br>Allan Inger<br>Stamford CT 06902 | 1020<br>Alyse Kornblum<br>Port St. Lucie FL 34986 |
| 8289<br>Alyssa Goldberg<br>Santa Monica CA  90401 | 2011<br>*** Minor ***<br>Totowa NJ 07036 |
| 8290<br>Amanda Goldberg Snyderman<br>San Francisco CA  94115 | 3817<br>Andrew Dieringer<br>Hollywood FL  33026 |
| 3341<br>Ann Bader Geller<br>New Rochelle NY  10804 | 4085<br>ANN McNAMARA as trustee<br>Hamburg NY 14075 |
| 2014<br>*** Minor ***<br>MONTCLAIR NJ 07043 | 5268<br>ARCHITECTURAL BODY RESEARCH FOUNDATION INC #2<br>NEW YORK NY 10012 |
| 2103<br>ARNOLD SCHREIBER<br>GLEN HEAD NY 11545 | 4413<br>Arthur Kepes Unified Credit Shelter Trust<br>Scottsdale AZ  85254 |

**Exhibit Pages**

| | |
|---|---|
| 8315<br>XYZ9 CORP.<br>New York NY 10021 | 3866<br>Ava Goldberg<br>Santa Ynez CA 93460 |
| 2015<br>BARBARA ANN STEFANELLI<br>Totowa NJ 07036 | 3950<br>Barry Ahron Trustee<br>Boca Raton FL 33433 |
| 6133<br>Barry Inger<br>Groveland MA 01834 | 4484<br>BELLE LIEBLEIN, as trustor, as trustee and as an individual<br>White Plains NY 10605 |
| 7663<br>Bennett & Gertrude Berman Foundation, Inc.<br>SANTA FE NM 87506 | 2749<br>Bernfeld Joint Venture - A Partnership<br>Sarasota FL 34236 |
| 4733<br>Betty J. Rogers<br>Jacksonville Beach FL 32250 | 4742<br>BETTY RAFFIN ARNOLD, as personal representative,<br>as joint tenant, and as an individual<br>SARATOGA CA 95070 |
| 2560<br>Beverly C. Kunin<br>Oak Brook IL 60523 | 3422<br>Blue Bell Lumber and Moulding Company, Inc.<br>Profit Sharing Plan<br>YONKERS NY 10710 |
| 6283<br>Bradermak Equities Corp.<br>Roslyn NY 11576 | 6284<br>Bradermak Equities Corp.<br>GARDEN CITY PARK NY 11040 |
| 360<br>Bridgeview Abstract, Inc.<br>FORT LEE NJ 07024 | 1022<br>Carl B. Kornblum<br>Port St. Lucie FL 34986 |
| 1491<br>Carmen Dell'Orefice<br>New York NY 10021 | 4960<br>CAROLE KASBAR BULMAN<br>Wainscott NY 11975 |
| 4194<br>CHARM TRUST<br>West Palm Beach Florida 33401 | 2654<br>Chernis Family Living Trust (2004)<br>SAN FRANCISCO CA 94116 |
| 5558<br>Cheryl M. Coleman<br>Ambler PA 19002 | 3867<br>Cheryl Schmidt<br>Santa Barbara CA 93109 |
| 2016<br>*** Minor ***<br>Totowa NJ 07036 | 5451<br>CINDY SOLOMON<br>Reston VA 20191 |
| 3272<br>Cindy Solomon<br>RESTON VA 20191 | 2301<br>Colt Corporation Profit Sharing Plan & Trust<br>Palm Beach FL 33480 |
| 3821<br>Constance Kenny<br>Lynbrook NY 11563 | 7653<br>Copen Charitable Trusts LLC<br>Carlsbad CA 92009 |
| 3951<br>Credit Shelter Trust Under Manuel Miller Revocable Trust Dated May<br>11, 1990<br>Boca Raton FL 33433 | 2561<br>Cynthia L. Ginsberg<br>Oak Brook IL 60523 |
| 2562<br>Cynthia L. Ginsberg<br>Minneapolis MN 55404 | 4309<br>Cynthia Swaso<br>Brooklyn NY 11221 |
| 4757<br>Dahme Family Bypass Trust Dated 10/27/76<br>Montecito CA 93108 | 4622<br>*** Minor ***<br>Sinking Spring PA 19608 |

Date : 11/7/2011 | **Exhibit Pages** | Page # : 3

| | |
|---|---|
| 3823<br>Darryl Parente<br>Greenlawn NY 11740 | 1879<br>DAVID G. AVIV<br>Los Angeles CA 90035 |
| 2633<br>David Newberger<br>Chicago IL 60610 | 2634<br>David Newberger Under the Doris Newberger Trust<br>CHICAGO IL 60657 |
| 3273<br>David Solomon Family Partnership LP<br>RESTON VA 20191 | 4954<br>Deidre A. Sweeney<br>New York NY 10075 |
| 3825<br>Denise Cetta<br>Massapequa NY 11758 | 2813<br>Dennis Liss<br>Marina del Rey CA 90292 |
| 4403<br>Diane Koplik<br>New York NY 10065 | 5172<br>Donald I. Altman<br>West New York NJ 07093 |
| 817<br>DONALD J. WEISS<br>Oak Brook IL 60523 | 1785<br>DONALD SALMANSON, in his capacity as trusteeof The Charles Salmanson Trust 1981 andin his capacity as executor of theEstate of Charles Salmanson<br>PROVIDENCE RI 02903 |
| 1786<br>DONALD SALMANSON, in his capacity as trusteeof The Charles Salmanson Trust 1981 andin his capacity as executor of theEstate of Charles Salmanson<br>Providence RI 02903 | 1638<br>Doris Shor<br>GREAT NECK NY 11024 |
| 1639<br>Doris Shor<br>GREAT NECK NY 11024 | 1640<br>Doris Shor<br>GREAT NECK NY 11024 |
| 343<br>Douglas J. Sturlingh<br>Clearwater FL 33755 | 3223<br>Edith Horowitz Family Partnership, LP<br>Miami Beach FL 33139 |
| 8218<br>Edward I. Speer<br>Boca Raton FL 33431 | 8219<br>Edward I. Speer<br>Boca Raton FL 33496 |
| 3800<br>Edward J. Flanagan (Executor of the Estate of Dorothy Flanagan)<br>Washington NJ 07882-1110 | 2543<br>Edward L. Sleeper<br>Oak Brook IL 60523 |
| 2544<br>Edward L. Sleeper<br>Palm Beach FL 33480 | 3759<br>Elaine Berzner Trust Pursuant to The Irving Berzner Trust Revocable Living Trust U/A/D 12/22/92<br>Fort Lauderdale FL 33316 |
| 3760<br>Elaine Berzner Trust Pursuant to The Irving Berzner Trust Revocable Living Trust U/A/D 12/22/92<br>FT LAUDERDALE FL 33308 | 3227<br>Elaine Miller<br>Delray Beach FL 33483 |
| 3228<br>Elaine Miller 1990 Trust<br>Delray Beach FL 33483 | 8291<br>Elena Elkin<br>New York NY 10021 |
| 2748<br>Ellen Bernfeld<br>SARASOTA FL 34236 | 2750<br>Ellen Bernfeld<br>Sarasota FL 34236 |
| 1883<br>ERNEST WACHTEL<br>Hillside NJ 07205 | 4955<br>Estate of Armand L. Greenhall<br>New York NY 10075 |

**Exhibit Pages**

| | |
|---|---|
| 4956<br>Estate of Armand L. Greenhall<br>Knoxville TN 37922 | 8261<br>Estate of Bea Laub<br>Los Angeles CA 90067 |
| 1787<br>ESTATE OF CHARLES SALMANSON<br>PROVIDENCE RI 02903 | 3828<br>Estate of Daniel L. Gaba<br>PITTSBORO NC 27312 |
| 3801<br>Estate of Dorothy Flanagan<br>MORRISTOWN NJ 07960 | 3802<br>Estate of Dorothy Flanagan<br>Washington NJ 07882-1110 |
| 563<br>Estate of Eleanor Myers<br>Norwich CT 06300 | 626<br>Estate of Irving Charno<br>BOCA RATON FL 33487 |
| 4743<br>ESTATE OF JAMES ARNOLD<br>SARATOGA CA 95070 | 4696<br>ESTATE OF JOSEPH S. POPKIN<br>Ellerslie GA 31807 |
| 5561<br>Estate of Suzanne R. May<br>Blue Bell PA 19422 | 5564<br>Estate of Suzanne R. May<br>Allentown PA 18704 |
| 5562<br>Estate of Suzanne R. May<br>Bethesda MD 20817 | 5563<br>Estate of Suzanne R. May<br>Ambler PA 19002 |
| 5560<br>Estate of Suzanne R. May<br>Chalfont PA 18914 | 6054<br>Evelyn Fisher<br>Highland Park IL 60035 |
| 8292<br>Frederick Goldberg<br>Boston MA 02163 | 4089<br>GABRIEL M. ROSETTI, JR., as trustee<br>Jordan NY 13080 |
| 2655<br>Gabrielle S. Chernis<br>SAN FRANCISCO CA 94116 | 4313<br>Gerald Heslin<br>Sherwood OR 97140 |
| 3299<br>Gerald I. Lustig<br>RYE BROOK NY 10573 | 5548<br>GILLIAN M. L. SMITH, individually and as a joint tenant<br>PORTLAND OR 97209 |
| 4964<br>GLORIA ALBERT SANDLER<br>ALAMO CA 94507 | 4965<br>GLORIA ALBERT SANDLER<br>VAIL CO 81657 |
| 4966<br>GLORIA ALBERT SANDLER<br>Oak Brook IL 60523 | 3893<br>Grabel Family Trust DTD 3/29/99<br>New York NY 10011-8136 |
| 2751<br>H & E Company - A Partnership<br>Sarasota FL 34236 | 5357<br>H SCHAFFER FOUNDATION INC<br>West Rutland VT 05777 |
| 3224<br>Harold Horowitz<br>New York NY 10010 | 3347<br>Harold Horowitz<br>New York NY 10010 |
| 8263<br>Harriet Barbuto<br>Tamarac FL 33319 | 8151<br>Harry L. & Yvonne Powell<br>Jacksonville FL 32256 |
| 3869<br>Harvey Goldberg<br>DELRAY BEACH FL 33446 | 5626<br>Harvey Krauss<br>NEW YORK NY 10158-0125 |
| 5634<br>Harvey Krauss<br>NEW YORK NY 10158-0125 | 2752<br>Herbert Bernfeld Residuary Trust<br>Sarasota FL 34236 |

**Exhibit Pages**

| | |
|---|---|
| 2282<br>HFH, A Partnership<br>Palm Beach FL 33480 | 3037<br>HJL Corporation<br>DETROIT MI 48226 |
| 3038<br>HJL Corporation<br>Bloomfield Hills MI 48301 | 3232<br>Howard Klee<br>Boca Raton FL 33434 |
| 2457<br>Indenture of Trust Dated July 19, 1982<br>Made By David L. Rubin<br>Weston MA 02493 | 2458<br>Indenture of Trust Dated July 19, 1982<br>Made By David L. Rubin<br>Boston MA 02110-3331 |
| 2459<br>Indenture of Trust Dated July 19, 1982 Made By David L. Rubin<br>Wellington FL 33414 | 8338<br>Jeannette Vargas<br>Chief, Tax & Bankruptcy Unit<br>Office of the United States Attorney<br>for the Southern District of New York<br>86 Chambers Street, Third Floor<br>New York, NY 10007 |
| 4410<br>Irene Kepes Revocable Living Trust<br>Dated 12/26/1989<br>Scottsdale AZ 85254 | 3761<br>IRVING BERZNER REVOCABLE LIVING TRUST<br>U/A/D 12/22/92<br>Fort Lauderdale FL 33316 |
| 3762<br>IRVING BERZNER REVOCABLE LIVING TRUST<br>U/A/D 12/22/92<br>FT LAUDERDALE FL 33308 | 3763<br>IRVING BERZNER REVOCABLE LIVING TRUST<br>U/A/D 12/22/92<br>Fort Lauderdale FL 33304 |
| 2460<br>J. Robert Casey<br>Boston MA 02110-3331 | 3894<br>Jack Grabel<br>New York NY 10011-8136 |
| 4485<br>JACOB LIEBLEIN, as trustor, as trustee and as an individual<br>White Plains NY 10605 | 411<br>Janet Meerbott<br>Lawrneceville NJ 08648 |
| 6248<br>Janet Winters<br>Bellaire TX 77401 | 1667<br>Janet Winters<br>BELLAIRE TX 77401 |
| 1668<br>David B. Bernfeld and Jeffrey L. Bernfeld<br>Bernfeld, Dematteo & Bernfeld, LLP<br>600 Third Avenue<br>New York, NY 10016 | 1669<br>Janet Winters<br>BELLAIRE TX 77401 |
| 1670<br>David B. Bernfeld and Jeffrey L. Bernfeld<br>Bernfeld, Dematteo & Bernfeld, LLP<br>600 Third Avenue<br>New York, NY 10016 | 1653<br>Janet Winters<br>Bellaire TX 77401 |
| 567<br>Jason Myers<br>LIVINGSTON NJ 07039 | 8266<br>Javier Ordazas personal representativeof the Estate of Bea Laub<br>Los Angeles CA 90067 |
| 3039<br>JDK Corporation<br>DETROIT MI 48226 | 5566<br>Jeffrey A. May<br>Bethesda MD 20817 |
| 5132<br>JEFFREY SISKIND<br>Great Neck NY 11024 | 2563<br>Jennifer B. Kunin<br>Oak Brook IL 60523 |
| 2564<br>Jennifer B. Kunin<br>Minneapolis MN 55410 | 8295<br>Jeremy Goldberg<br>San Francisco CA  94115 |

**Exhibit Pages**

| | |
|---|---|
| 1788<br>JERROLD A. SALMANSON, in his capacityas trustee of The Charles Salmanson Trust 1981,in his capacity as executor of the Estate ofCharles Salmanson and individually<br>PROVIDENCE RI 02903 | 1789<br>JERROLD A. SALMANSON, in his capacityas trustee of The Charles Salmanson Trust 1981,in his capacity as executor of the Estate ofCharles Salmanson and individually<br>Providence RI 02903 |
| 3870<br>Jessica Goldberg I<br>Santa Ynez CA 93460 | 6163<br>Jill Sudman<br>NORWOOD MA 02062 |
| 8296<br>Joan Elkin Madison<br>Stamford CT  06902 | 2409<br>John B. Beasley<br>NEW YORK NY 10020 |
| 3725<br>John Doe, Trustee<br>Minnetonka MN 55345-3720 | 3120<br>John Doe, Trustee<br>Chicago IL 60604 |
| 3838<br>John F. Kenny<br>Lynbrook NY 11563 | 4736<br>John J. Kone<br>Vero Beach FL 32960 |
| 4093<br>JOHN S. O'HARE as trustee<br>S. Clarence NY 14031 | 8133<br>John Winston<br>New York NY 10065 |
| 4744<br>Jonathan K. Arnold<br>Brisbane CA 94005 | 1890<br>JOSEPH KATZ<br>Oakland Gardens NY 11364 |
| 8297<br>Joshua Elkin<br>Bronx NY  10471 | 2117<br>Joyce G. Kaimowitz<br>Effort PA 18330 |
| 2118<br>Joyce G. Kaimowitz,as  Personal Representative of the Estate of David J. Kaimowitz<br>Effort PA 18330 | 4782<br>Judith H. Rome<br>Springfield MA  01108 |
| 1891<br>KALMAN HALPERN<br>Bronx NY 10462 | 809<br>Kathy Dibiase<br>in her capacity as a joint tenant of<br>a joint tenancy acting as a limited partner<br>of Weiner Investment, L.P.<br>Sewickley PA 15143 |
| 2410<br>Kenneth D. Weiser<br>NEW YORK NY 10020 | 2565<br>Kunin Family Limited Partnership<br>Oak Brook IL 60523 |
| 2784<br>Laura D Coleman<br>BOYNTON BEACH FL 33437 | 4737<br>Laura M. Germano<br>Jacksonville FL 32207 |
| 4738<br>Laura M. Germano<br>Jacksonville Beach FL 32250 | 4366<br>Lawrence Kaye as trustee<br>FOSTER CITY CA 94404 |
| 4411<br>Lawrence Kepes<br>West Bloomfield MI 48322 | 4414<br>Lawrence Kepes<br>West Bloomfield MI 48322 |
| 2119<br>Lawrence M. Kain<br>Cranford NJ 07016 | 8321<br>Lawrence R. Velvel<br>Windham NH 03087 |
| 3692<br>Leah Hazard<br>GREAT NECK NY 11021 | 1895<br>LEON SHIFFMAN<br>Fresh Meadows NY 11365 |

**Exhibit Pages**

| | |
|---|---|
| 5179<br>Lewis S. Sandler<br>Scottsdale AZ  85251 | 556<br>Lexus Worldwide Limited<br>Greenwich CT 06831 |
| 4633<br>*** Minor ***<br>Philadelphia PA 19147 | 3841<br>Lilyan Parente<br>Flushing NY 11740 |
| 4195<br>Lin Castre Gosman, as trustee and as an individual<br>West Palm Beach Florida 33401 | 2019<br>LISA M. STEFANELLI<br>Totowa NJ 07036 |
| 5138<br>Liselotte J. Leeds Lifetime Trust<br>Great Neck NY 11021 | 5139<br>Liselotte Leeds, Trustee<br>Great Neck NY 11021 |
| 3040<br>LOHO Enterprises Ltd.<br>DETROIT MI 48226 | 3041<br>LOHO Enterprises Ltd.<br>Bloomfield Hills MI 48301 |
| 3042<br>Lori L. Enterprises Limited<br>DETROIT MI 48226 | 3043<br>Lori L. Enterprises Limited<br>Bloomfield Hills MI 48301 |
| 4094<br>LOUIS P. CIMINELLI as trustee<br>Buffalo NY 14209 | 1139<br>LS Commercial Holdings LLC<br>New York NY 10022 |
| 1140<br>LS Commercial Holdings LLC<br>New York NY 10022 | 2411<br>Marc I. Hertz<br>NEW YORK NY 10020 |
| 2412<br>Marc I. Hertz Irrevocable Trust Dated 3/15/92<br>New York NY 10020 | 629<br>MARC JAY KATZENBERG<br>GREENWICH CT 06830 |
| 557<br>MARCIA A. MEYER<br>HIGHLAND BEACH FL 33487 | 4780<br>Margaret Ho Revocable Trust<br>San Rafael CA 94901 |
| 4781<br>MARGARET HO, a.k.a., MARGARET MUI KI HO, MARGARET MUI KI<br>LEONG and MARGARET H. LEONG, as trustor, as trustee and as an<br>individual<br>San Rafael CA 94901 | 2753<br>Marilyn Bernfeld<br>Sarasota FL 34236 |
| 2754<br>Marilyn Bernfeld Trust<br>Sarasota FL 34236 | 8220<br>Marion Speer<br>Boca Raton FL 33431 |
| 8221<br>Marion Speer<br>Boca Raton FL 33496 | 3225<br>Marjorie Schultz<br>MIAMI BEACH FL 33139 |
| 3348<br>Marjorie Schultz<br>Miami Beach FL 33139 | 2901<br>Mark Olesky Simon<br>Agoura Hills CA 91301 |
| 2020<br>MARK STEFANELLI<br>Totowa NJ 07036 | 3842<br>Marlborough Associates<br>PITTSBORO NC 27312 |
| 7706<br>Marvin D. Waxberg<br>Lake Worth FL 33463 | 2023<br>*** Minor ***<br>MONTCLAIR NJ 07043 |
| 4968<br>MAURICE SANDLER<br>Oak Brook IL 60523 | 4969<br>MAURICE SANDLER<br>Alamo CA 94507 |

**Exhibit Pages**

| | |
|---|---|
| 4967<br>MAURICE SANDLER<br>VAIL CO 81657 | 570<br>Melissa Myers<br>New York NY 10003 |
| 8300<br>Meredith Goldberg<br>Wellesley MA  02482 | 4758<br>Michael Dahme<br>Grant FL 32949 |
| 4639<br>Michael N. Rosen as executor<br>New York NY 10021 | 627<br>Miriam Charno<br>BOCA RATON FL 33487 |
| 3871<br>Miriam Goldberg<br>DELRAY BEACH FL 33446 | 3895<br>Miriam Grabel<br>New York NY 10011-8136 |
| 3872<br>Mitchell Goldberg<br>Santa Ynez CA 93460 | 4759<br>Montecito Bank & Trust, as trustee of Dahme Family Bypass<br>Testamentary Trust Dated 10/27/76<br>and as trustee of Trust "C" Under the Revocable<br>Trust for Community Property and Separate Property of Robert L.<br>Dahme and Delores K. Dahme<br>Montecito CA 93108 |
| 3366<br>Muriel Lederman<br>Oak Brook IL 60523 | 3874<br>Myriam Goldberg I<br>Santa Ynez CA 93460 |
| 1908<br>N. ZWI LEITER<br>Scranton PA 18510 | 940<br>Nancy Atlas<br>WAYLAND MA 01778 |
| 2120<br>Nancy J. Kaimowitz<br>Effort PA 18330 | 3843<br>Nathan Schifrin<br>Boynton Beach FL 33436 |
| 3427<br>Nathan Shupak<br>Bronx NY 10471 | 3875<br>Nechama Goldberg<br>Brookline MA 02446 |
| 5047<br>Nell Heffner<br>East Hampton NY 11937 | 8359<br>New York State Department of Taxation and Finance<br>Albany NY 12227 |
| 8317<br>XYZ8 CORP.<br>New York NY 10022 | 2024<br>*** Minor ***<br>Totowa NJ 07036 |
| 3717<br>Nicole Roitenberg<br>Palm Desert CA 92211 | 4606<br>Nine Thirty LL Investments, LLC<br>NEW YORK NY 10019 |
| 4607<br>Nine Thirty LL Investments, LLC<br>Willmington DE 19808 | 361<br>North River Mews Associates LLC<br>Edgewater NJ 07020 |
| 874<br>Onesco International Ltd<br>Trident Chambers<br>Carbondale CO 81623 | 8303<br>Pamela W. Goldberg<br>Wellesley MA  02482 |
| 2025<br>PATRICIA MORETTA<br>Totowa NJ 07036 | 2567<br>Paul D. Kunin<br>Oak Brook IL 60523 |
| 2568<br>Paul D. Kunin Revocable Trust<br>Oak Brook IL 60523 | 7686<br>Paul Kunin<br>Oak Brook IL 60523 |

Date : 11/7/2011                                **Exhibit Pages**                                Page # : 9

7687
Paul Kunin
MINNETONKA MN 55305

7688
Paul Kunin
Hopkins MN 55305

---

1317
Peter B. Madoff,
as Executor of the Estate of Gladys C. Luria
and as Trustee of the Trust U/A VIII
of the Will of Gladys C. Luria
f/b/o Carl T. Fisher
Old Westbury NY 11568

1306
Peter B. Madoff, in his Capacity as Trustee of the Trust U/A VI of the
Will of Gladys C. Luria f/b/o Joan L. Fisher and Trustee of the Trust U/A
VII of the Will of Gladys C. Luria f/b/o Joan L. Fisher
Old Westbury NY 11568

---

2656
Peter G. Chernis
Palm Beach FL 33480

2657
Peter G. Chernis
Newton MA 02159

---

5549
PETER H. SMITH, individually and as a joint tenant
PORTLAND OR 97209

1699
Pisetzner Family Limited Partnership
Boca Raton FL 33432

---

1700
Pisetzner Family Limited Partnership
Glencoe IL 60022

1701
Pisetzner Family Limited Partnership
Chicago IL 60611

---

5133
PSCCSI, Inc.
WILTON CT 06897

4634
*** Minor ***
Sinking Spring PA 19608

---

3876
Rachel Schmidt
Santa Barbara CA  93101

4320
Renford Williams
Bronx NY 10466

---

3845
Rhoda Gaba
Pittsboro NC 27312

3846
Rhoda Gaba
PITTSBORO NC 27312

---

5569
Richard A. May
Allentown PA 18704

3896
Richard Grabel
New York NY 10011-8136

---

3847
Ripin Family Trust
Poughquag NY 12570

3848
Ripin Family Trust
Rhinebeck NY 12572

---

2814
Rita D. Graybow
Marina Del Rey CA 90292-6278

2122
Robert B. Kaimowitz
New York NY 10021

---

3764
Robert Berzner
Woodmere NY 11598

5571
Robert E. May
Blue Bell PA 19422

---

2026
*** Minor ***
Totowa NJ 07036

4415
Ronald Kepes as an individual and as Trustee
Scottsdale AZ 85254

---

4412
Ronald Kepes, as trustee and as an individual
Scottsdale AZ  85254

1924
ROSE WACHTEL
Hillside NJ 07205

---

8156
Rosemary Leo-Sullivan
Deerfield Beach FL 33442

3775
Roy D. Davis
JUPITER FL 33477

---

5371
Ruth Russ
LAGUNA BEACH CA 92652

3877
Sara Goldberg
Santa Ynez CA 93460

---

2629
Scott Newberger
CHICAGO IL 60657

2635
Scott Newberger
CHICAGO IL 60657

Date : 11/7/2011
**Exhibit Pages**

| | |
|---|---|
| 2658<br>Scott R. Chernis<br>SAN FRANCISCO CA 94116 | 2659<br>Scott R. Chernis<br>SAN FRANCISCO CA 94116 |
| 2660<br>Scott R. Chernis Irrevocable Trust<br>Under the Indenture of Trust 8/15/91<br>SAN FRANCISCO CA 94116 | 2661<br>Scott R. Chernis Irrevocable Trust Under the Indenture of Trust<br>8/15/91<br>Palm Beach FL 33480 |
| 2662<br>Scott R. Chernis Irrevocable Trust<br>Under the Indenture of Trust 8/15/91<br>Newton MA 02159 | 1703<br>Sharon Baker<br>Chicago IL 60611 |
| 4702<br>SHARON POPKIN<br>Cooper City FL 33330 | 8269<br>Sherman Rosenfield<br>Boynton Beach FL 33437-1838 |
| 3379<br>Shusaku Arakawa<br>NEW YORK NY 10012 | 7707<br>Sonya Kahn<br>West Palm Beach FL 33401 |
| 6066<br>Stanley I. Lehrer, as administrator of the Stanley I. Lehrer and Stuart<br>M. Stein, J/T WROS<br>Delray Beach FL 33446 | 687<br>STANLEY KREITMAN<br>Roslyn NY 11576 |
| 5124<br>STANLEY PLESENT<br>LARCHMONT NY 10538 | 4098<br>STEPHANIE A. MINER as trustee<br>Syracuse NY 13224 |
| 2302<br>Stephen Fiverson<br>Palm Beach FL 33480 | 2283<br>Stephen Fiverson<br>Palm Beach FL 33480 |
| 1641<br>Stephen Shor<br>Great Neck NY 11024 | 3765<br>Steven Berzner<br>FT LAUDERDALE FL 33308 |
| 3766<br>Steven Berzner<br>Fort Lauderdale FL 33304 | 4820<br>STEVEN MENDELOW as trustee<br>New York NY 10023 |
| 6138<br>Susan B. Alswager<br>Stamford CT 06902 | 630<br>SUSAN KATZENBERG<br>GREENWICH CT 06830 |
| 8304<br>Susan Siegal<br>Schenectady NY 12309 | 3850<br>Sylvia M. Eversole<br>New York NY 10032 |
| 6029<br>TAMIAMI TOWER CORPORATION<br>MIAMI FL 33143 | 1144<br>The 1999 Belfer Partnership LP<br>New York NY 10022 |
| 1790<br>THE CHARLES SALMANSON TRUST 1981<br>PROVIDENCE RI 02903 | 1319<br>The Estate of Gladys C. Luria<br>Old Westbury NY 11568 |
| 8305<br>The Estate of Sylvia W. Lock<br>Boca Raton FL 33431 | 8306<br>The Estate of Sylvia W. Lock<br>Boca Raton FL 33432-4809 |
| 4971<br>THE GLORIA ALBERT SANDLER<br>AND MAURICE SANDLER REVOCABLE LIVING TRUST,<br>ALAMO CA 94507 | 4972<br>THE GLORIA ALBERT SANDLER<br>AND MAURICE SANDLER REVOCABLE LIVING TRUST,<br>VAIL CO 81657 |

**Exhibit Pages**

| | |
|---|---|
| 4973<br>THE GLORIA ALBERT SANDLER<br>AND MAURICE SANDLER REVOCABLE LIVING TRUST,<br>Oak Brook IL 60523 | 3878<br>The Goldberg Family Investment Club<br>DELRAY BEACH FL 33446 |
| 1642<br>The Leon Shor Revocable Trust<br>GREAT NECK NY 11024 | 1643<br>The Leon Shor Revocable Trust<br>GREAT NECK NY 11024 |
| 4486<br>THE LIEBLEIN FAMILY TRUST DATED APRIL 1, 1990<br>White Plains NY 10605 | 8307<br>The Melvin N. Lock Trust<br>Boca Raton FL 33431 |
| 8308<br>The Melvin N. Lock Trust<br>West Palm Beach FL  33401 | 8309<br>The Melvin N. Lock Trust<br>Boca Raton FL 33431 |
| 4370<br>The Restated Henry Kaye Trust<br>Foster City CA 94404 | 2815<br>The Rita D. Graybow and Dennis Liss Family Living Trust<br>Marina Del Rey CA 90292-6278 |
| 3274<br>The Solomon Organization Inc.<br>RESTON VA 20191 | 8310<br>The Sylvia W. Lock Declaration of Trust, Dated April 13, 1982<br>Boca Raton FL 33431 |
| 5083<br>Thelma Kugel<br>TAMARAC FL 33319 | 5084<br>Thelma Kugel<br>Woodbury NY 11797 |
| 2755<br>Thomas Bernfeld<br>New York NY 10023 | 4745<br>Thomas D. Arnold<br>Brisbane CA 94005 |
| 4324<br>Thomas Heslin<br>Cabin John MD 20818 | 3720<br>Tiffany Roitenberg<br>Palm Springs CA 92264 |
| 3851<br>Tobias Goldberg<br>Boca Raton FL 33434 | 3898<br>Todd R. Shack<br>Miami FL 33137 |
| 4760<br>Trust C under the Revocable Trust for Community Property and<br>Separate Property of Robert L. Dahme and Delores K. Dahme<br>Montecito CA 93108 | 941<br>Trust Fund B U/W Edward F. Seligman<br>F/B/O/ Nancy Atlas<br>WAYLAND MA 01778 |
| 6073<br>Trust u/t/a 8/20/90<br>Highland Park IL 60035 | 6074<br>Trust u/w/o David L. Fisher<br>Highland Park IL 60035 |
| 5573<br>Trust Under Deed of Suzanne R. May<br>Dated 11/23/1994<br>Chalfont PA 18914 | 5574<br>Trust Under Deed of Suzanne R. May<br>Dated 11/23/1994<br>Blue Bell PA 19422 |
| 5575<br>Trust Under Deed of Suzanne R. May<br>Dated 11/23/1994<br>Bethesda MD 20817 | 5576<br>Trust Under Deed of Suzanne R. May<br>Dated 11/23/1994<br>Chalfont PA 18914 |
| 5577<br>Trust Under Deed of Suzanne R. May<br>Dated 11/23/1994<br>Blue Bell PA 19422 | 5578<br>Trust Under Deed of Suzanne R. May<br>Dated 11/23/1994<br>Ambler PA 19002 |
| 5579<br>Trust Under Deed of Suzanne R. May Dated 11/23/1994<br>Allentown PA 18704 | 2569<br>Wendi Kunin<br>Oak Brook IL 60523 |

| | |
|---|---|
| 2570<br>Wendi Kunin<br>Minnetonka MN 55305 | 3767<br>Wendie Packer<br>FORT LAUDERDALE FL 33316 |
| 3897<br>Wendy Grabel<br>New York NY 10011-8136 | 5066<br>William D. Zabel, as trustee<br>New York NY 10021 |
| 5067<br>William D. Zabel, as trustee<br>New York NY 10021 | 8274<br>William Pressman, Inc.<br>Tamarac FL 33319 |
| 8275<br>William Pressman, Inc.<br>Ft. Lauderdale FL 33306 | 1674<br>David B. Bernfeld and Jeffrey L. Bernfeld<br>Bernfeld, Dematteo & Bernfeld, LLP<br>600 Third Avenue<br>New York, NY 10016 |
| 1671<br>David B. Bernfeld and Jeffrey L. Bernfeld<br>Bernfeld, Dematteo & Bernfeld, LLP<br>600 Third Avenue<br>New York, NY 10016 | 1672<br>Winters Management Trust<br>BELLAIRE TX 77401 |
| 1673<br>Winters Management Trust<br>BELLAIRE TX 77401 | 1675<br>Winters Management Trust<br>BELLAIRE TX 77401 |
| 1676<br>Winters Management Trust<br>BELLAIRE TX 77401 | 7650<br>Zin Investments Limited<br>NEW YORK NY 10036 |
| 5471<br>Anthony Pugliese<br>British Virgin Islands | 8122<br>Associados Investimento Ltd.<br>Luxembourg<br>Luxembourg |
| 5472<br>Christina Pugliese<br>BRITISH VIRGIN ISLANDS | 3986<br>Diane Wilson<br>London  SW3 2EF<br>England |
| 3443<br>Enfasis Invest S.A.<br>6900 Lugano<br>Switzerland | 3444<br>Enfasis Invest S.A.<br>Panama City<br>Panama |
| 2391<br>Farber Investments, Inc.<br>St. Laurent Quebec H4M 1R4<br>Canada | 3442<br>GMR S.A.<br>Brussels (Bruxelles)<br>Belgium |
| 4166<br>Hunter Douglas International, N.V.<br>6006 LUZERN<br>Switzerland | 873<br>Impact Designs Limited<br>Kowloon Hong Kong<br>China |
| 670<br>Iron Reserves Limited<br>Road Town Tortola<br>British Virgin Islands | 2392<br>Issie Farber<br>St. Laurent Quebec H4M 1R4<br>Canada |
| 8293<br>James Nosworthy<br>Princeton BC VOX-1WO<br>Canada | 8294<br>James Nosworthy<br>Princeton BC  VOX-1WO<br>Canada |
| 5473<br>Jean Caroline<br>BRITISH VIRGIN ISLANDS | 1740<br>Jennifer Priestley<br>England |

**Exhibit Pages**

| | |
|---|---|
| 2625<br>John Chapman Stoller<br>UK | 2626<br>John Chapman Stoller Revocable Trust dtd 10/5/1988<br>UK |
| 3693<br>Leah Hazard<br>Glasgow   G14 9NW<br>Scotland | 8298<br>Lorraine Lock Nosworthy<br>Princeton BC VOX-1WO<br>Canada |
| 8299<br>Lorraine Lock Nosworthy<br>Princeton BC VOX-1WO<br>Canada | 5474<br>Mona Pugliese<br>British Virgin Islands |
| 4711<br>Montbarry Incorporated<br>Rio de Janeiro RJ<br>Brazil | 4712<br>Montbarry Incorporated<br>Petrópolis RJ<br>Brazil |
| 875<br>Onesco International Ltd Trident Chambers<br>Road Town Tortola<br>British Virgin Islands | 2685<br>P.B. Robco, Inc.<br>Saint-Faustin-Lac-Carre Quebec J0T 1J3<br>Canada |
| 8121<br>Perinvest Market Neutral Fund<br>Hamilton HM11<br>Bermuda | 5476<br>Pierre Caroline<br>British Virgin Islands |
| 954<br>Robert D. Salem<br>London  W1S 3HB<br>England | 4165<br>Robert S. Edmonds<br>Ordino<br>Andorra |
| 4169<br>Robert S. Edmonds<br>Ordino<br>Andorra | 876<br>Robin Geoffrey Swaffield<br>Kowloon Hong Kong<br>China |
| 2393<br>Sandra Farber<br>St. Laurent Quebec H4M 1R4<br>Canada | 2628<br>Sheila Patricia Stoller<br>UK |
| 4170<br>Southey International Limited<br>Ordino<br>Andorra | 4171<br>Southey International Limited<br>Road Town Tortola<br>British Virgin Islands |
| 4713<br>Suly Liberman<br>Rio de Janeiro RJ<br>Brazil | 4714<br>Suly Liberman<br>Petrópolis RJ<br>Brazil |
| 877<br>Telford Limited, c/o Ken Litvack<br>CENTRAL HONG KONG<br>China | |

**Records Printed: 411**