TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP
900 Third Avenue
New York, New York 10022
Telephone: 212-508-6700
Facsimile: 212-371-5207

*Attorneys for:*
*Neil E. Botwinoff*
*Robert E. Helpern*
*Joel S. Hirschtritt*
*Ralph A. Siciliano*
*Vincent J. Syracuse and*
*Michael G. Tannenbaum*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, L.L.C.,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**AFFIDAVIT OF SERVICE VIA U.S. MAIL**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Fred Henderson, being duly sworn, deposes and says:

I am not a party to this action, am over eighteen years of age, and reside in Newark, New Jersey.

On November 14, 2011, I served via U.S. mail the **OBJECTIONS TO DETERMINATION OF CLAIMS with EXHIBITS 1-4 dated 11/14/11;** by depositing the true copies thereof in a postpaid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to:

>Clerk of the United States Bankruptcy Court for
>the Southern District of New York
>One Bowling Green
>New York, New York 10004

>and

>Irving H. Picard, Trustee
>c/o Baker & Hostetler LLP
>Attn: Claims Department
>45 Rockefeller Plaza
>New York, New York 10111

_____
Fred Henderson

Sworn to before me this
15th day of November 2011.

_____
Notary Public

GAIL BURWA
Notary Public, State of New York
No. 01BU6002358
Qualified in New York County
Commission Expires February 2, 2014