# **<u>EXHIBIT A</u>**

# SECURITIES INVESTOR PROTECTION CORPORATION
## Irving Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC

Period Ended September 30, 2011  
Report No. 34

*CASH RECEIPTS:*

| General Cash Receipts | Net Change for Period | Prior Period Cumulative | Total Received | Customer Fund | Cumulative General Estate Detail | SIPC | Code |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $23,845,177.44 | | | | | | |
| Transfer from Debtor's Estate - Securities | 0.00 | 291,205,371.40 | 291,205,371.40 | 291,205,371.40 | | | 4010 |
| Transfers from Debtor's Estate - BNY account | 0.00 | 336,660,934.06 | 336,660,934.06 | 336,660,934.06 | | | 4014 |
| Transfers from Debtor's Estate - Chase account | 0.00 | 255,156,309.36 | 255,156,309.36 | 255,156,309.36 | | | 4016 |
| Transfers from Debtor's Estate - Other | 0.00 | 4,036,145.08 | 4,036,145.08 | 4,036,145.08 | | | 4018 |
| Interest and Dividends | 0.00 | 1,713,881.88 | 1,713,881.88 | 1,713,881.88 | | | 4040 |
| Sale of Securities | 0.00 | 0.00 | 0.00 | 0.00 | | | 4060 |
| Closeout Proceeds - Broker Dealers | 0.00 | 57,273,877.23 | 57,273,877.23 | 57,273,877.23 | | | 4030 |
| Closeout Proceeds - NSCC | 0.00 | 21,783,082.40 | 21,783,082.40 | 21,783,082.40 | | | 4031 |
| Closeout Proceeds - DTCC | 0.00 | 17,304,329.91 | 17,304,329.91 | 17,304,329.91 | | | 4032 |
| Sale of Debtor's Assets | 0.00 | 0.00 | 0.00 | 0.00 | | | 4070 |
| - Sports Tickets | 0.00 | 89,690.80 | 89,690.80 | 89,690.80 | | | 4071 |
| - Bank Debt Participations | 0.00 | 4,755,690.63 | 4,755,690.63 | 4,755,690.63 | | | 4072 |
| - DTCC Shares | 0.00 | 204,170.51 | 204,170.51 | 204,170.51 | | | 4073 |
| - Market Making Business | 0.00 | 1,389,423.16 | 1,389,423.16 | 1,389,423.16 | | | 4075 |
| - Abtech | 0.00 | 495,600.00 | 495,600.00 | 495,600.00 | | | 4076 |
| Administrative Sublease Rent Revenue | 4,342.39 | 513,048.40 | 517,390.79 | 517,390.79 | | | 4111 |
| *Adjusting Administrative Statement Rent Revenue* | -1,342.39 | (513,048.40) | (517,390.79) | (517,390.79) | | | 4111a |
| Refunds - General | 0.00 | 0.00 | 0.00 | 0.00 | | | 4090 |
| - BLM Air Charter | 0.00 | 752,963.00 | 752,963.00 | 752,963.00 | | | 4074 |
| Refunds - Deposits | 0.00 | 9,841.45 | 9,841.45 | 9,841.45 | | | 4091 |
| - Dues/Subscriptions | 0.00 | 177,247.15 | 177,247.15 | 177,247.15 | | | 4092 |
| - Car Registrations | 0.00 | 157.00 | 157.00 | 157.00 | | | 4093 |
| - Vendors | 0.00 | 61,567.20 | 61,567.20 | 61,567.20 | | | 4094 |
| - Transit Cards | 0.00 | 793.61 | 793.61 | 793.61 | | | 4095 |
| - Insurance/Workers Comp | 0.00 | 402,859.56 | 402,859.56 | 402,859.56 | | | 4096 |
| - Ref. - Political Contributions | 0.00 | 144,500.00 | 144,500.00 | 144,500.00 | | | 4097 |
| - Refunds Other | 0.00 | 50.84 | 50.84 | 50.84 | | | 4099 |
| Recoveries - General | 0.00 | 0.00 | 0.00 | 0.00 | | | 4100 |
| Recoveries - Litigation Related | 0.00 | 0.00 | 0.00 | 0.00 | | | 4101 |
| - Customer Avoidances | 1,055,000.00 | 138,154,034.46 | 139,209,034.46 | 139,209,034.46 | | | 4020 |
| - Pre-Litigation Settlements | 0.00 | 1,521,631,048.00 | 1,521,631,048.00 | 1,521,631,048.00 | | | 4021 |
| - Litigation Settlements | 983,333.33 | 39,625,963.99 | 40,609,297.32 | 40,609,297.32 | | | 4022 |
| - Donation Settlements | 0.00 | 500,000.00 | 500,000.00 | 500,000.00 | | | 4023 |
| - Vendor Preferences | 0.00 | 804,850.39 | 804,850.39 | 804,850.39 | | | 4024 |
| - Employees | 0.00 | 10,674.74 | 10,674.74 | 10,674.74 | | | 4102 |
| - Taxing Authorities | 0.00 | 12,777.56 | 12,777.56 | 12,777.56 | | | 4103 |
| - Class Actions | 4,471.95 | 376,017.04 | 380,488.99 | 380,488.99 | | | 4104 |
| - NASDAQ | 0.00 | 308,948.49 | 308,948.49 | 308,948.49 | | | 4105 |
| - NYSE | 0.00 | 183,683.79 | 183,683.79 | 183,683.79 | | | 4106 |
| - Transaction Fees | 0.00 | 96,816.23 | 96,816.23 | 96,816.23 | | | 4107 |
| - Other | 225,000.00 | 71,298.73 | 296,298.73 | 296,298.73 | | | 4109 |
| Miscellaneous | 0.00 | 0.36 | 0.36 | 0.36 | | | 4110 |
| Earnings on Trustee's Investments | 15,239,625.47 | 0.00 | 15,239,625.47 | 15,239,625.47 | | | 4120 |
| Interest on Trustee's Savings Accounts | 473,893.50 | 0.00 | 473,893.50 | 473,893.50 | | | 4140 |
| Sub-total General Cash Receipts | 17,681,324.25 | 2,655,692,000.01 | 2,673,373,324.26 | 2,673,373,324.26 | 0.00 | | |
| *Advances from SIPC* | | | | | | | |
| Administration - Advances | 17,452,021.28 | 416,535,047.98 | 433,987,069.26 | | | 433,987,069.26 | 2901 |
| Securities - Paid Bank Loans | 0.00 | 0.00 | 0.00 | | | 0.00 | 2921 |
| - Cash in Lieu | 0.00 | 785,329,580.90 | 785,329,580.90 | | | 785,329,580.90 | 2922 |
| Sub-total SIPC Advances | 17,452,021.28 | 1,201,864,628.88 | 1,219,316,650.16 | | | 1,219,316,650.16 | |
| Funds Transferred from Investors Accounts *See Notes (1) and (2) on page 3* | 311,600,000.00 | 0.00 | 311,600,000.00 | | | | 1901 |
| Total Cash Receipts | $346,733,345.53 | $3,857,556,628.89 | $4,204,289,974.42 | $2,673,373,324.26 | $0.00 | $1,219,316,650.16 | |

Period Ended September 30, 2011 Report No. 34

*CASH DISBURSEMENTS:*

***Administrative Disbursements***

| | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid | Code |
|---|---|---|---|---|
| **General Administrative Disbursements** | | | | |
| Computer - Rental | 0.00 | 11,121.59 | $11,121.59 | 5011 |
| - Software Support | 0.00 | 55,159.20 | $55,159.20 | 5012 |
| - Equipment Leases | 0.00 | 204,159.01 | $204,159.01 | 5013 |
| Employee related - Salaries-Net | 0.00 | 4,361,844.80 | $4,361,844.80 | 5020 |
| - FICA-Employer | 0.00 | 318,550.60 | $318,550.60 | 5021 |
| - Fed. & St. Unemploy. | 0.00 | 3,707.28 | $3,707.28 | 5023 |
| - Temporary Help | 0.00 | 29,612.50 | $29,612.50 | 5024 |
| - Employee Medical Plan | 0.00 | 830,103.99 | $830,103.99 | 5025 |
| - Employee LTD | 0.00 | 6,887.03 | $6,887.03 | 5026 |
| - Employee Expense Reimbursement | 0.00 | 1,125.87 | $1,125.87 | 5027 |
| - Employee Life/AD&D | 0.00 | 9,006.83 | $9,006.83 | 5028 |
| - Other | 0.00 | 1,622.90 | $1,622.90 | 5029 |
| Insurance - Trustee Bond | 0.00 | 1,200.00 | $1,200.00 | 5030 |
| Insurance - Surety & Fidelity Bonds | 0.00 | 37,400.00 | $37,400.00 | 5031 |
| Insurance Workers Comp | 0.00 | 12,578.00 | $12,578.00 | 5032 |
| - Other | 0.00 | 15,418.00 | $15,418.00 | 5039 |
| Fees - Payroll Processing | 0.00 | 8,195.96 | $8,195.96 | 5045 |
| Fees - Escrow | 0.00 | 467,795.71 | $467,795.71 | 5046 |
| - Other | 0.00 | 12,301.53 | $12,301.53 | 5047 |
| Expenses for Asset Sales | 19,205.73 | 0.00 | $19,205.73 | 5048 |
| Rent - Office | 59,238.32 | 3,917,739.12 | $3,976,977.44 | 5050 |
| - *Adjustment for Administrative Subtenant Rent Revenue* | (4,342.39) | (513,048.40) | ($517,390.79) | 5050a |
| - Equipment | 0.00 | 1,695.89 | $1,695.89 | 5051 |
| - Warehouse | 11,407.78 | 372,485.29 | $383,893.07 | 5052 |
| - Bulova | 0.00 | 310,130.75 | $310,130.75 | 5053 |
| - Other | 936.00 | 35,105.27 | $36,041.27 | 5059 |
| Telephone and Telegraph | 0.00 | 360,456.68 | $360,456.68 | 5060 |
| Communication Fees | 0.00 | 626,227.89 | $626,227.89 | 5061 |
| Utilities - Electricity | 571.05 | 9,168.11 | $9,739.16 | 5070 |
| Office Supplies & Expense - Maint. & Repairs | 479.15 | 77,901.41 | $78,380.56 | 5080 |
| - Moving&Storage | 2,589.66 | 169,789.06 | $172,378.72 | 5081 |
| - Postage/Handling/Prep | 93.31 | 40,649.09 | $40,742.40 | 5082 |
| - Reproduction | 1,213.11 | 180,169.98 | $181,383.09 | 5083 |
| - Locksmith | 0.00 | 2,770.83 | $2,770.83 | 5084 |
| - Security | 0.00 | 249,897.70 | $249,897.70 | 5085 |
| - Supplies | 0.00 | 3,342.03 | $3,342.03 | 5086 |
| - Temporary Help | 0.00 | 4,588,642.69 | $4,588,642.69 | 5087 |
| - Process Server - Complaints | 5,125.00 | 43,650.00 | $48,775.00 | 5088 |
| - Other | 0.00 | 33,798.47 | $33,798.47 | 5089 |
| Taxes | 5,558.34 | 527.48 | $6,085.82 | 5090 |
| NYC Commercial Rent Tax | 0.00 | 147,304.47 | $147,304.47 | 5091 |
| Claims Related Costs - Mailing Costs | 0.00 | 23,053.28 | $23,053.28 | 5101 |
| - Publication | 0.00 | 163,961.13 | $163,961.13 | 5102 |
| - Supplies | 0.00 | 16,244.58 | $16,244.58 | 5103 |
| - Printing | 0.00 | 2,207.42 | $2,207.42 | 5104 |
| Court Related Noticing - Postage/Handling/Preparation | 0.00 | 124,229.69 | $124,229.69 | 5106 |
| - Reproduction | 0.00 | 256,162.80 | $256,162.80 | 5107 |
| - Supplies | 0.00 | 24,679.21 | $24,679.21 | 5108 |
| Scanning - Investigation | 807.18 | 4,863,265.05 | $4,864,072.23 | 5110 |
| Foreign Research | 0.00 | 38,975.00 | $38,975.00 | 5112 |
| Hosting Expense | 9,500.00 | 6,969,971.55 | $6,979,471.55 | 5244 |
| Sub-total General Admin. Disbursements | 112,382.24 | 29,528,944.32 | $29,641,326.56 | |
| **Professional Fees and Expenses** | | | | |
| Trustee Fees | 134,326.35 | 4,243,335.75 | $4,377,662.10 | 5200 |
| Trustee Expenses | 0.00 | 2,549.25 | $2,549.25 | 5201 |
| Trustee Counsel Fees (Baker) | 10,598,441.36 | 187,578,395.59 | $198,176,836.95 | 5210 |
| Trustee Counsel Expenses (Baker) | 249,635.93 | 4,652,328.15 | $4,901,964.08 | 5211 |
| Trustee Counsel Fees (Windels) | 0.00 | 8,320,717.82 | $8,320,717.82 | 5212 |
| Trustee Counsel Expenses (Windels) | 0.00 | 160,371.10 | $160,371.10 | 5213 |
| Special Counsel Fees | 17,696.25 | 6,267,522.96 | $6,285,219.21 | 5220 |
| Special Counsel Expenses | 0.00 | 678,082.38 | $678,082.38 | 5221 |
| Consultant Fees | 6,156,560.95 | 166,424,121.00 | $172,580,681.95 | 5240 |
| Consultant Expenses | 165,608.08 | 5,431,969.45 | $5,597,577.53 | 5241 |
| Investment Banker Fees | 0.00 | 1,050,000.00 | $1,050,000.00 | 5242 |
| Sales Tax | 24,842.88 | 913,269.90 | $938,112.78 | 5243 |
| Mediator Fees | 33,352.75 | 582,922.25 | $616,275.00 | 5245 |
| Mediator Expenses | 878.90 | 3,640.52 | $4,519.42 | 5246 |
| Receiver Counsel Fees | 0.00 | 300,000.00 | $300,000.00 | 5260 |
| Receiver Counsel Expenses | 0.00 | 6,449.08 | $6,449.08 | 5261 |
| Receiver's Consultants Fees | 0.00 | 316,000.00 | $316,000.00 | 5262 |
| Receiver's Consultants Expenses | 0.00 | 15,000.00 | $15,000.00 | 5263 |
| Sub-total Professional Fees and Expenses | $17,381,343.45 | $386,946,675.20 | $404,328,018.65 | |
| Total Administrative Disbursements | $17,493,725.69 | $416,475,619.52 | $433,969,345.21 | |

Period Ended September 30, 2011

Report No. 34

## CASH DISBURSEMENTS:

| Claim Related Disbursements | Net Change for Period | Prior Period Cumulative | Total Paid | Customer Fund | Cumulative Totals General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| Customer - Paid Bank Loan | | | | | | | 6021 |
| - Securities - Cash in Lieu | 786,861.40 | 785,972,580.63 | 786,688,442.03 | | | 786,688,442.03 | 6022 |
| - Securities - Purchase | | | | | | | 6023 |
| - Indemnification | | | | | | | 6031 |
| - Cash Balance | | | | | | | 6041 |
| Customer - | | | | | | | 6050 |
| Customer - Trustee Journal Entry | | | | | | | 6060 |
| per Allocation | | | | | | | 6080 |
| Other - Contractual Commitments | | | | | | | 6111 |
| - Pd. Bank Loan | | | | | | | 6121 |
| - Indemnification | | | | | | | 6131 |
| Other - | | | | | | | 6140 |
| Other - | | | | | | | 6150 |
| Other - | | | | | | | 6160 |
| Other - Trustee Journal Entry | | | | | | | 6200 |
| per Allocation | | | | | | | 6280 |
| General Creditor | | | | | | | 6100 |
| **Sub-total Claim Disbursements** | **786,861.40** | **785,972,580.63** | **786,688,442.03** | **$0.00** | **$0.00** | **786,688,442.03** | |
| Other Disbursement (except investments) | | | | | | | |
| SIPC - Refunds - Recoupment | | | | | | | 6301 |
| - Indemnification | | | | | | | 6310 |
| - Contr. Commitments | | | | | | | 6311 |
| - Paid Bank Loan | | | | | | | 6321 |
| - Subrogation | | | | | | | 6322 |
| Other - | | | | | | | 6400 |
| Other - | | | | | | | 6401 |
| Other - | | | | | | | 6402 |
| Other - | | | | | | | 6403 |
| Other - | | | | | | | 6404 |
| **Sub-total Other Disbursements** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | | |
| Investments by Trustee - Purchases *See Notes (1) and (2) | $15,711,518.97 | $2,631,255,951.30 | $2,646,969,470.27 | | | | 1900 |
| Sub-total Administrative Disb. - page 2 | $17,493,725.69 | $416,175,619.52 | $433,669,345.21 | 0.00 | 0.00 | 433,969,345.21 | |
| **Total Disbursements** | **$33,916,106.06** | **$3,833,711,151.45** | **$3,867,627,257.51** | **$0.00** | **$0.00** | **$1,220,657,705.24** | |
| **Total Receipts less Disbursements** | **$12,817,229.47** | **$23,845,477.44** | **$336,662,716.91** | **$2,673,973,324.26** | **$0.00** | **($1,341,137,705)** | |
| Ending Cash Balance *See Note (3) | $336,662,716.91 | | $0.00 | | | | |

Page 3

* Note (1) On January 30, 2009, Depository Trust & Clearing Corp. transferred to the Trustee's brokerage account 1601 securities positions with a market value of $291,203,372.

Subsequently, additional funds and securities totaling $17,721,947 were transferred into this account.

On September 26, 2011 a total of $11,500,000 was transferred from this account into a Distribution Account established at Citibank.
The total net equity value of this account at September 30, 2011 is $295,676,931.

*(See Page 5 for more details)*

* Note (2) On August 27, 2009, a preferred custody account maintained by Citibank was established and $1,181,225,774 has been transferred into the account.
On September 22, 2011, a total of $300,100,000 was transferred from this account into a Distribution Account at Citibank.
In addition, on December 21, 2009, an insured money market account maintained by Citibank was established and $135,473,893 has been transferred into the account.
Then on December 22, 2010 a third Citibank account was established for settlements reached and $1,021,344,485 has been transferred into the account.
As of September 30, 2011 the total net equity value of these three accounts was $2,038,212,269.

*(See page 6 for more details)*

* Note (3) The ending cash balance includes a $23,062,716.91 balance in the Citibank Business Checking Account and $313,600,000 in the Citibank Distribution Account.

Period Ended September 30, 2011                                       Report No. 34

## SUMMARY INFORMATION ON STATUS OF LIQUIDATION

|  | Customer Claimants | Broker/Dealer Claimants | General Estate Claimants |
|---|---|---|---|
| Claims received | 16,518 | 49 | 94 |
| Claims satisfied by distribution of cash and/or securities: | | | |
| a. As part of the transfer in bulk | - | | |
| b. On an account by account basis-Fully Satisfied (1) | 923 | | |
| c. On an account by account basis-Partially Satisfied (1) | 1,380 | | |
| | 2,303 | 49 | 94 |
| Claims Determined - no claims | 12 | | |
| Claims Deemed Determined - pending litigation | 253 | | |
| Claims Determined - withdrawn | 153 | | |
| Claims Determined but not yet satisfied (1) | 116 | | |
| Claims under review | 2 | | |
| Claims Denied: | | | |
| a. No Claims | | | |
| c. Assets at Another Broker | | | |
| c. Other Denials for which no objections were filed (1) | 9,533 | | |
| d. Denials for which objections were filed: | | | |
|  - Hearing not yet set | 3,502 | | |
|  - Set for Hearing | 644 | | |
|  - Adjudicated | - | | |
| | 14,215 | 49 | 94 |

Accounts with cash and/or securities which were transferred in bulk
Filing Date Value
Customer name securities distributed
Customer fund securities distributed                    $

(1) To the extent satisfied, customer claims have been paid with up to
the maximum SIPC advance of $500,000.

_____     _____
(Trustee's Signature)         10/18/2011 (Date)

_____     _____
(Accountant's Signature)      10/17/2011 (Date)

Page 4

Period Ended September 30, 2011

Report No. 34

IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS LLC

Morgan Joseph Account

| | | Fixed Income | Equities | Accrued Interest | Sweep Account (Proceeds from sale of securities and other investment transactions) | Account Balance |
|---|---|---|---|---|---|---|
| Balance on August 31, 2011 | | 300,321,219 | 10,286 | 188,525 | 6,909,213 | 307,429,243 |
| Transfer of Funds to the Distribution Account | | | | | (11,500,000) | (11,500,000) |
| Sale of Securities | Fixed Income | (159,864,063) | | | 160,261,625 | 397,562 |
| | Equities | | | | 41,223 | 41,223 |
| Maturing of U.S. Treasury Bills | | (139,999,734) | | | 139,999,734 | - |
| Securities Purchased | | 293,816,331 | | | (293,816,331) | - |
| Unrealized Gain or (Loss) | | (552,436) | (396) | | | (552,832) |
| Interest and Dividends Earned | | | | (188,525) | 250,255 | 61,730 |
| Other changes in Account Balance | | | | | $ | $ |
| Balance on September 30, 2011 | | 293,721,317 | 9,890 | - | 2,145,724 | 295,876,931 |

Page 5

Period Ended September 30, 2011

Report No. 34

## IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS LLC
### Citibank Investment Accounts

| | Citibank Preferred Custody Accounts A/C 25007057878768 | | | | A/C 25007621576B | | Citibusiness IMMA Account | |
|---|---|---|---|---|---|---|---|---|
| | Cash Assets/Mutual | U.S. Treasury Bills | US Treasury Notes | Accrued Interest | Account Balance | Cash Assets/Mutual | Account Balance | Total Citibank |
| Balance August 31, 2011 | 10,345,637 | 1,070,853,043 | 100,176,000 | 190,724 | 1,181,565,404 | 1,021,344,485 | 135,443,833 | 2,338,353,722 |
| Transfer of Funds to the Disbursement Account | (300,100,000) | | | | (300,100,000) | | | (300,100,000) |
| Maturing of U.S. Treasury Bills | 345,125,549 | (345,125,549) | | | | | | - |
| Sales of Securities-U.S. Treasury Notes | 100,176,000 | | (99,984,375) | | 191,625 | | | 191,625 |
| Purchase of Securities | (145,346,259) | 145,346,259 | | | - | | | - |
| Unrealized Gain or (Loss) | | (61,892) | (191,625) | | (253,517) | | | (253,517) |
| Interest and Dividends Earned | | | | | | | | |
| Interest | 147,380 | | | (190,574) | (43,194) | | 30,061 | 120,354 |
| Dividends | 150 | | | (65) | 85 | | | 85 |
| Balance September 30, 2011 | 10,348,457 | 871,011,861 | - | 85 | 881,360,403 | 1,021,477,972 | 135,473,894 | 2,038,312,269 |

Page 6