08-01789-cgm    Doc 4532    Filed 11/16/11    Entered 11/16/11 13:33:39    Main Document

ROBERT J. KAPLAN
*Attorney for MUUS Independence Fund LP and Michael W. Sonnenfeldt,*
*Defendants in Adv. Pro. No. 10-04445*
15 Maiden Lane
Suite 703
New York, NY 10038
(212) 964-0600
*lawkap@aol.com*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                                    Adv. Pro. No. 08-01789 (BRL)

                Plaintiff-Applicant,            SIPA LIQUIDATION
                                                            (Substantively Consolidated)
                v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
------------------------------------------------------------------x
In re:

BERNARD L. MADOFF,                                                              Case No. 09-11893 (BRL)

                Debtor.
------------------------------------------------------------------x

## PROOF OF SERVICE

      Pursuant to 28 USC §1746, the undersigned, Robert J. Kaplan, declares as follows:

      I am over the age of 18 years. I am not a party to this case or proceeding. I reside in Brooklyn, New York.

      On November 16, 2011, at approximately 11:23 AM, I served the following papers (Docket Nos. 4530 and 4531) on Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., Marc Hirschfield Esq. and Jessica Schichnes, Esq., and Securities Investor Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, D.C. 20005, Attn: Kevin H. Bell, Esq., by transmitting to the e-mail addresses that

- 1 -

the Court's ECF system reflects for those attorneys copies of the Notices of Electronic Filing that the Court's ECF system generated for those papers.

Docket No. 4530

**NOTICE OF APPEARANCE**

Docket No. 4531

**OBJECTION TO MOTION BY THE TRUSTEE FOR ENTRY OF AN ORDER ESTABLISHING NOTICE PROCEDURES**

That e-mailing also included copies of the papers that are Docket Nos. 4530 and 4531.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on November 16, 2011.

*s/ Robert J. Kaplan*
_____
Robert J. Kaplan

- 2 -