UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, ) <br> ) <br> Defendant. ) | No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: ) <br> ) <br> BERNARD L. MADOFF, ) <br> ) <br> Debtor. ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

I, Laura Campbell declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 11th day of November, 2011, employees of DRC, under my supervision served a true and accurate copy of the "Motion to Further Amend, Solely as Relates to Windels Marx Lane & Mittendorf, LLP, the Order Pursuant to Section 78eee(b)(5) of SIPA, Sections 105, 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a), and Local Bankruptcy Rule 2016-1 Establishing Procedures Governing Interim Monthly Compensation", along with the Notice of Presentment and the Proposed Order (Docket No. 4512), via First Class U.S. Mail upon the parties as set forth in Exhibit 1, attached hereto.

MADOFF 0011A

4. Said document was securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 16th day of November, 2011 New York, New York.

By /s/ Laura Campbell
Laura Campbell

Sworn before me this
16th day of November, 2011

/s/ Notary Public

```
ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM. EXP. September 14, 2013
```

MADOFF 0011A

2

**EXHIBIT 1**

John H. Carney
John H. Carney & Associates
One Meadows Building, 5005 Greenville Avenue,
 Suite 200
Dallas, TX 75206

Kenneth R. Schachter
Sills Cummis & Gross PC
One Rockefeller Plaza, 25th Floor
New York, NY 10020

#11A  2067 MADC0386  10-04444

#11A  245 MADC0081  10-05442