UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, )<br>)<br>Defendant. ) | No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re: )<br>)<br>BERNARD L. MADOFF, )<br>)<br>Debtor. ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

I, Laura Campbell declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 11th day of November, 2011, employees of DRC, under my supervision served a true and accurate copy of the "Notice of Omnibus Avoidance Action Hearing Date" (Docket No. 4499), via First Class U.S. Mail upon the parties as set forth in Exhibit 1, attached hereto.

4. Said document was securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 16th day of November, 2011 New York, New York.

By *[signature]*
Laura Campbell

Sworn before me this
16th day of November, 2011

*[signature]*
Notary Public

ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM. EXP. September 11, 2013

08-01789-cgm    Doc 4535    Filed 11/17/11    Entered 11/17/11 11:33:56    Main Document
      Pg 3 of 4

# EXHIBIT 1

John H. Carney
John H. Carney & Associates
One Meadows Building, 5005 Greenville Avenue,
Suite 200
Dallas, TX 75206

Kenneth R. Schachter
Sills Cummis & Gross PC
One Rockefeller Plaza, 25th Floor
New York, NY 10020

#10A 2067 MADC0386 10-04444

# 10A 245 MADC0081 10-05442