STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Creditors,
Marjorie Most and Michael Most


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SECURITIES INVESTOR PROTECTION          Adv. Proc. No.
CORPORATION,                            08-01789 (BRL)

                Plaintiff-Applicant,    SIPA LIQUIDATION

        v.                              (Substantively
                                         Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
------------------------------------x
In Re:

BERNARD L. MADOFF,

                Debtor.
------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS BY STIM**
**& WARMUTH, P.C. ON BEHALF OF MARJORIE MOST AND MICHAEL MOST**

**PLEASE TAKE NOTICE** that Stim & Warmuth, P.C. hereby

appears as attorneys for Marjorie Most and Michael Most.

Pursuant to Rules 2002, 2007 and 9010(b) of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Rules"), Stim &

most-134

Warmuth, P.C. hereby requests that all pleadings of any kind, including, without limitation, notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, whether by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made, related in any way to the debtor, its property or estate, given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon Stim & Warmuth, P.C. at the office, address and telephone number set forth below, and that Stim & Warmuth, P.C.'s name be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

> STIM & WARMUTH, P.C.
> 2 Eighth Street
> Farmingville, NY 11738
> Telephone:  631-732-2000
> Facsimile:  631-732-2662
> Paula J. Warmuth
> pjw@stim-warmuth.com
> Glenn P. Warmuth
> gpw@stim-warmuth.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, whether

transmitted or conveyed by mail, delivery, telephone, facsimile transmission, electronic mail, telex or otherwise, which affects, or seeks to affect, or may potentially affect in any way, the referenced debtor or its estate or any property or proceeds in which the referenced debtor or its estate may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers ("Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute or be construed to be a waiver of Marjorie Most's or Michael Most's rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, (vi) to receive notice and service of hard copies or "paper" documents, as compared to electronic service, (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, to which Marjorie Most or Michael Most are or may be entitled, in law or in equity,

3

under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved by Marjorie Most and Michael Most.

Dated:    Farmingville, NY
          November 17, 2011

                              STIM & WARMUTH, P.C.

                              By:_____
                                  PAULA J. WARMUTH
                                  Attorneys for Creditors,
                                  Michael Most and Marjorie Most
                                  2 Eighth Street
                                  Farmingville, NY 11738
                                  Telephone:  631-732-2000
                                  Facsimile:  631-732-2662
                                  Paula J. Warmuth
                                  Email:  pjw@stim-warmuth.com
                                  Glenn P. Warmuth
                                  Email:  gpw@stim-warmuth.com

TO:

BAKER & HOSTETLER LLP
Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and
Bernard L. Madoff
45 Rockefeller Plaza
New York, NY 10111
212-589-4200

4

AFFIRMATION OF SERVICE BY MAIL:   Paula J. Warmuth

PAULA J. WARMUTH does hereby affirm under the penalties of perjury:

I am not a party to this action.  I am over the age of 21 years.  I reside at 2 Eighth Street, Farmingville, New York.  I am duly admitted to practice law in the State of New York and in the Southern District of New York.  November 17, 2011, I served the annexed notice of appearance on:

BAKER & HOSTETLER LLP
Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and
Bernard L. Madoff
45 Rockefeller Plaza
New York, NY 10111
212-589-4200

which address was designated by said attorney(s) or person(s), by depositing it enclosed in a postpaid properly addressed wrapper by first class mail [if excess of weight limit for first class mail, by priority mail] in the post office or official depository at Farmingville, New York State under the exclusive care and custody of the United States Postal Service.

Dated: November 17, 2011

_____
PAULA J. WARMUTH

AFFIRMATION OF SERVICE

most-134

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, |  |
| Defendant. |  |

------------------------------------x
In Re:

BERNARD L. MADOFF,

       Debtor.

## NOTICE OF APPEARANCE

### STIM & WARMUTH, P.C.
Attorneys for Creditors, Marjorie Most and
Michael Most
Office and Post Office Address
**2 Eighth Street**
**Farmingville, New York 11738**
Phone: (631) 732-2000    Fax: (631) 732-2662