UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Detria Legg,

_____

Plaintiff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

____ Civ. No 08-01789 (BRL) (SIPA)

- against -

NOTICE OF MOTION

Jeffrey D. Fears; Brooklyn and Corp. (Health Insurance Plan, HIP); Tom

Fears, Ernest Fears, and Family, Et. Al.,

Defendants.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Detria Legg,
*(name)*
affirmed on November 15, 20 11, and upon the exhibits attached thereto *(delete if no*
*(date)*
*exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no*

*Memorandum of Law)*, and the pleadings herein, plaintiff/defendant will move this Court, before
*(circle one)*
Honorable Judge _____, United States District/Magistrate Judge, for an order
*(Judge's name)* *(circle one)*
pursuant to Rule 1-11 of the Federal Rules of Civil Procedure granting *(state what you want the*
*Judge to order)*: The case is to answer Adv. Pro. No. 08-01789(BRL) SIPA, Liquidation(Substantively Consolidated)
via the enclosed file and attachments, if the Defendant noted the above matter are in USBC SDNY, I, Detria Legg
now the Respondent/Plaintiff, request all monies awarded in the mentioned file b fully awarded(75 Million - 300
Millions, and/up > 6 Quadrillion Dollars) and any debt owed be paid in full.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: New York, NY         Signature D̶J̶L̶
*(city)* *(state)*            Address 121-09 197th Street
November 15, 20 11           Springfield Gardens New York, 11413
*(month)* *(day)* *(year)*     Telephone Number 646- 715-5702
                             Fax Number *(if you have one)* _____

*Rev. 05/2007*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Detria Legg,

             Plaintiff

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

___ Civ. #08-01789 (BRL) (___)

- against -

**AFFIRMATION IN SUPPORT OF MOTION**

Jeffrey D. Fears; Brooklyn and Corp. (Health Insurance Plan, HIP); Tom

Fears, Ernest Fears, and Family, Et. Al.,

             Defendants.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Detria Legg _____, **affirm under penalty of perjury** that:
         *(name)*

1.  I, Detria Legg _____, am the plaintiff/defendant in the above entitled action,
         *(name)*                                    *(circle one)*
and respectfully move this Court to issue an order _____.
                                              *(state what you want the Judge to order)*

2.  The reason why I am entitled to the relief I seek is the following *(state all your reasons using additional paragraphs and sheets of paper as necessary)*: The above defendants have a file in the US Bankruptcy Court for the Souhern Districts of NY. I have received a notice, and now answer, and request the following by settled via the Defendants in my case 11-cv-3521 settle the matter and I also request any collected monies in USBC SDNY, be used to pay the money awarded in case 11-CV-3521.

**WHEREFORE**, I respectfully request that the Court grant this motion, as well as such other and further relief as may be just and proper.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: New York _____, NY _____       Signature _____
         *(city)*              *(state)*         Address 121-09 197th Street
November   15    2011                             Springfield Gardens New York, 11413
 *(month)*  *(day)*  *(year)*                     Telephone Number 646-715-5702
                                                  Fax Number *(if you have one)* _____

*Rev. 05/2007*