**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (BRL) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## SUPPLEMENTAL AFFIDAVIT OF MAILING

STATE OF TEXAS                    )
                                  )          ss:
COUNTY OF DALLAS                  )

JOHN S. FRANKS, being duly sworn, deposes and says:

1.    I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On November 18, 2011,  I caused to be served, via Federal Express, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A.    Notice of Presentment of the Trustee's Motion and Trustee's Motion to Further Amend, Solely as relates to Windels Marx Lane & Mittendorf, LLP, the Order Pursuant to Section 78eee(b)(5) of SIPA, Sections 105, 330,  and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a), and Local Bankruptcy Rule 2016-1 Establishing Procedures Governing Interim Monthly Compensation  (Docket No. 4512)

Executed on $\underline{\text{Nov. 18}}$, 2011

John S. Franks

Sworn to and subscribed before me this $\underline{18^{th}}$ day of $\underline{\text{Nov.}}$, 2011



MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____
(SEAL)

Notary Public

2

# Exhibit A

| Service Type | Confidential Notice Party | ZIP | Country |
|---|---|---|---|
| Federal Express | Confidential Notice Party #000001 | 25951 | |