**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, ) ) ) | |
| Plaintiff, ) ) | No. 08-01789 (BRL) |
| v. ) ) | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, ) ) ) | (Substantively Consolidated) |
| Defendant. ) ) | |

|  |  |
|---|---|
| In re: ) ) ) | |
| BERNARD L. MADOFF , ) ) | |
| Debtor. ) ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                       )    ss:
COUNTY OF NEW YORK  )

I, Laura Campbell declare:

1.  I am over the age of 18 years and not a party to the within action.

2.  I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3.  On the 16th day of November, 2011, employees of DRC, under my supervision served a true and accurate copy of the "Motion to Further Amend, Solely as Relates to Windels Marx Lane & Mittendorf, LLP, the Order Pursuant to Section 78eee(b)(5) of SIPA, Sections 105, 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a), and Local Bankruptcy Rule 2016-1 Establishing Procedures Governing Interim Monthly Compensation", along with the Notice of Presentment and the Proposed Order (Docket No. 4512), upon the party as set forth in Exhibit 1, via electronic mail.

4.    On the 16th day of November, 2011, employees of DRC, under my supervision served a true and accurate copy of the "Motion to Further Amend, Solely as Relates to Windels Marx Lane & Mittendorf, LLP, the Order Pursuant to Section 78eee(b)(5) of SIPA, Sections 105, 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a), and Local Bankruptcy Rule 2016-1 Establishing Procedures Governing Interim Monthly Compensation", along with the Notice of Presentment and the Proposed Order (Docket No. 4512), upon the party as set forth in Exhibit 2, via First Class U.S. Mail.

5.    Said document referenced in Paragraph 4 was securely enclosed in a postage prepaid envelope and delivered to an office of the United States Postal Service for delivery by First Class Mail.

6.    I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 18th day of November, 2011 New York, New York.

By  _Laura Campbell_
Laura Campbell

Sworn before me this
18th day of November, 2011

Notary Public

ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM. EXP. [illegible]

**EXHIBIT 1**

lfriedman@cgsh.com

**Records Printed: 1**

**EXHIBIT 2**

Date : 11/16/2011                            **Exhibit Pages**                            Page # : 1

1568
Michael McEvoy
Red Bank NJ  07701

**Records Printed: 1**