November 17, 2011

To Whom It May Concern:

I, Detria Legg, 121-09 197th Street, Springfield Gardens NY, 11413, I own the State of New York, since 1965, inherited it from Mr. & Mrs. George, Eunice Turnipseed.   Mr. Andrew Cuomo will assist me as agreed and needed; Reverend Floyd H. Flake may be called upon at times.  Please see the Daily News Article on , "State Dinners, for State Owners", 2008-2010.

Yours truly,

Detria Legg
121-09 197th Street
Springfield Gardens NY, 11413

Exhibit Q

# EXHIBIT Q

*Further Request;*

attorney from the Goldberg firm, Dennis Friedman, Mr. Taravanova (Queens Bar Association Assistant), a number of other family members were present and left the seen, including a MD. I've spent ~$50,000.00 in attorneys' fees for legal services in the past ~ten years. United States Constitution, Article III, Amendment 8, 9, 10, 11, 12, 17, 18, and 21.

Procedures: 1) Notify President George W. Bush

       2) Contact the Bureau of Vital Statics for Birth Records of the Legg; Washington; family trees for the location of all in the State of New York. All New York State Licenses removed: matrimonial; drivers; professional/technical. Locate the Social Security/Disability Office for all recipients since December 1963.

       3) Internal Revenue Service for all working (W 2) in New York State, since December 1963. Collect all deeds/liens in the State of New York for complete liquidation all money proceeds deposited into New York State Treasury. All property on the premises collected for auctions; including clothes. All stolen property confiscated and returned to the rightful owner(s); punishable by imprisonment. Approximately 2 weeks time. No property will be given or taken out of the state of New York. Seizure of all bank records; stock certificates; monetary assets are in order immediately. Look for all foreign monies/assets.

       4) Mode of Departure: United States Red Cross; All N.Y.S. Correction vehicles; planes; trains etc. Notify all law enforcement officers in all located area's (any related must be transferred; without assets). All prisoners retained. Maximum level of security for the New York State area requested. Notify United States Homeland Security.

       5) No hospital admissions in the State of New York.

Please contact each commissioner: Disarmament International Security; Economists and Financial; Social Humanitarian and Cultural Committee; Social Political and Decolonization committee; Administrative and Budgetary Committee; Legal New York State Bar Association. North Carolina, October 11, 2005, Kim O'Kane.

II. I, Detria, would like to make a formal request fir an order for a Summer 2009 and possible Winter 2009 game(s) {Ice Skating; Basketball; discus throwing; hammer throwing; gymnastics; swimming} to be held in Syracuse, New York, and/or Buffalo, New York. The Olympics will be held for a duration of 10-30 days, or longer. If the motion is granted, copies will be forwarded to the Mayor Bloomberg and H.E. Mr. Miquel d'Escoto Brockmann. The New York State ailing economic crisis of 73 Billion Dollars, as well as, the United States ailing 700 Billion Dollar crises has stirred me to request Olympic Games for funding and economic growth. Banded from New York approximately 45 years ago, these illegal New York State fugitives, have seriously drugged and assaulted my son, and other children. It's a very serious problem, with your help it can be resolved. I recently attended the (IH/M & RS) International Hotel/Motel and Restaurant Show, for the business directory. The city of Syracuse and the city of Buffalo, New York, will be fully renovated at a remarkably reduced cost, to prepare for the events. The time allowance of 3-4 months; maximum five months will be given for all renovation; of the city; parks; and environmental engineering (streets). Contractual agreements will be issued individually certified and signed by each business; copies will be forwarded to the Mayor. The Pope of Rome will be notified by the proper authority.

   The profits, if any, will be forwarded to the Mayor for distribution and New York State Debt payoffs, in this order: First;    12.9 billion medicaid bills paid in full.

       Second;   10.6 billion salary reductions; escalating prices' food; utilities;

*Pg. 2*

*Exhibit Q*

Financial Contracted Accounts:

1. Hotel/Motel Bathroom Renovations
   Original price $3,000.00 - $20,000.00
   Reduced to 35% - 60%
   Price/Cost=$1050.00 - $12,000.00/ per
   Number of Rooms/100/total cost=105,000.00-1,200,000.00

2. Hotel/Motel Bedding
   Original price $900.00
   Reduced to .3%-.5%
   Price/Cost=$27.00-$45.00/ per
   Number of Rooms/100/Total cost=2700.00-4500.00

3. Building Paint (Flat) 5 Gallons
   Original price $70.00
   Reduced to .30%
   Price/Cost=$21.00/ 5 gallon
   Number needed/500 Gallons/Total cost=2100.00/ Brushes free

STANDARD PRICING
Hotel Cost:

Double Bed Room/price/ $300.00-$3,000.00/100 room/Total cost = $30,000.00 -$3 million/day

Motel Cost (Continental Breakfast)

Double Bed Room/price/ $100.00 - $275.00/40 rooms/ Total cost = $4,000.00-$11,000.00/night

Transportation Cost:

Airline Ticket/ price/per person/coach = $1,000.00/30,000 = Total cost = $30,000,000.00

Event Food Cost:

Breakfast: $3.00-$50.00/ per 1000 person = Total meal cost = $3,000.00-$50,000.00 x days
Lunch:    $5.00-$150.00/per 1000 person = Total meal cost = $5,000.00-$150,000.00 x days
Dinner:   $5.00-$1,000.00/per 1000 person = Total meal cost = $5,000.00-$1,000,000.00 x days

Event Ticket: $200.00-$500.00/seat

One day/event/$1113.00-$6,110.00 includes transportation/meals/motel or hotel/ 50,000 seats/$55,650,000.00-$305,500,000.00/day.
CPA/LEGAL SERVICES WILL BE AVAILABLE.              Detria Legg

*Also Bath, New York area for renovation. DL*

_MIERI,

For Review ~

~~~~~~~~~~~~ren; Silvia

Subject: Fwd: Wages Guarenteed to open your EYES

Subject: Wages

Salary of retired US Presidents .............$180,000 FOR LIFE
Salary of House/Senate ........................$174,000 FOR LIFE
Salary of Speaker of the House .............$223,500 FOR LIFE
Salary of Majority/Minority Leaders ...... $193,400 FOR LIFE
Average Salary of Soldier DEPLOYED IN AFGHANISTAN $38,000

Average income for SOCIAL SECURITY seniors $12,000

I think we found where the cuts should be made! If you agree..Pass it on!

Exhibit Q

file://C:\Documents and Settings\Manudll\Local Settings\Temp\XPgrpwise\4E9E964DM...   10/19/2011

Detria Legg, MS, RD, CDN
121-09 197th Street
Springfield Gardens NY, 11413
646-715-5702

OBECTIVE
To secure a qualifying position as a Registered Dietitian.

WORK HISTORY
Dietitian II, Manhattan Psychiatric Center; 7/2005
Supervise in the service of food; assist with the instruction and training of students or dietetic interns in cookery, beverage, nutrition, and diet therapy. Supervise dietitian interns and technicians; and supervise food preparation areas. Professional consulting with team members on planning and supervising the preparation of menus; special diets; and special diet programs; maintaining sanitary conditions; and training or assisting individuals/families to plan proper home diets.

Clinical Dietitian, Bath VA Medical Center; 2/04 - 10/04
Clinical duties; supervisor foodservice staff; outpatient counseling.

Palm Gardens Nursing Home/Rehab & Palm Gardens Adult Day Care Program – 1999 - 2003
Supervise meal delivery; provide nutrition education class. Part-time position.

Nutrition Consultant, Dept. For The Aging; 1998 - 2003
Supervise meals on wheels program; sanitation and safety of meals; foodservice areas; senior centers throughout NYC; and the homebound elderly meal preparation areas; provide in home nutrition counseling to homebound elderly clients.

Dietitian II, Office of Mental Retardation and Developmental Disabilities; 1997 – 1998
Plan and develop all menu/recipes for four group homes. Monitor day to day nutrition and foodservice activity of each resident group home. Develop and implement all focd production service needs. Purchase all food service items; precost monthly/yearly budget for the operation of foodservice. Monthly inventory; and CQI studies. Train and supervise all foodservice staff. Complete all human resource needs. Comprehensive nutrition assessment.

Coordinating Nutrition Manager, Elmhurst Hospital; 1997 – 1998
Coordinate rehabilitation services as indicated so as to integrate these programs with other hospital programs. All of the above was incorporated into Adult, Maternal/Child health and Acquired Immune Deficiency Patients.

Nutrition Care Coordinator, Brookdale University Hospital; 1987 – 1997
Provide medical nutrition therapy for adult and pediatric ambulatory care patients and there families for three centers in the Brooklyn Community. Supervise all food production activities; patient meal delivery; revise menu's/ policy and procedure manuals/and recipes. Perform CQI Studies. Provide in house Food and Nutrition Services Seminars.

EDUCATION
Graduation Degree: NUTRITION EDUCATION: Queens College, 1991
Baccalaureate Degree: FOOD SCIENCE & NUTRITION: Queens College, 1987
Associated Degree: FOOD SERVICE MANAGEMENT/RESTAURANT
MANAGEMENT: LaGuardia Community College, 1985

CERTICATION
NYS Certified Dietitian – Nutritionist; 1995 – 2010; Registered Dietitian; 1992 – 2010
COMPUTER/OFFICE SKILLS: Knowledge of Microsoft, and related computer software; pertinent skills.

Exhibit Q

*CPLR 3107:1*

*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF NEW YORK*

*DETRIA LEGG*
    *PLAINTIFF*
        *V.*
*CHRISTOPHER V. TAFFE, ESQ*
*MICHAEL A. BATTLES, ESQ ET. AL*                    Notice Of Deposition
                                                    06-cv-6583
                                                    04-cv-6549
                                                    04-THIRD PARTY ACTION

PLEASE TAKE NOTICE that, pursuant to Article 31 of the Civil Practice Law and Rules, Federal Rules of Civil Procedure and Local Rules of civil Procedure the deposition upon oral examination of , *Detria Legg*, whose address is121-09 197th Street, *Springfield Gdns. NY, 11413* will be taken before a person authorized to administer oaths on, *November 6, 2007* at *10:00* a.m., at United States District Court Western District NY, 100 State Street, Rochester NY 14614.*Detria Legg* is invited to be examined upon all matter material and necessary in the [prosecution *or* defense] of this action and is required to produce, upon the deposition, the following items in his possession, custody or control: *[Describe books, papers and other things to be produced.]* **Articles/papers;photographs; complete file of indexed cases; notice of motions for non-party; Appearances (below); etc.**PLEASE TAKE FURTHER NOTICE that the above deposition will be recorded on cassette tape. The cassette tape system will be operated by (Detria Legg, 121-09 197th Street, Springfield Gardens NY 11413 of cassette tape equipment operator).*[Where the person to be deposed is not a party, and is not among the categories of persons set forth in U.S.* **N.Y. C.P.L.R. 3101(a)(1)**, *(2) or (3), C.P.L.R. 3113(d).state the circumstances or reasons the deposition is being sought, such as:]*

*Joan Schlanfi: Pension Protection Act of 2006; obligated, corrected, state law, federal law, annuity, lump-sum calculation, retirement plan, former employee for 9 $\chi$ years due to collect a 10 year pension 8/1997(plan years) and was the subject of layoff 2/1997; reinstatement of pension/stock earnings CREF/TIAA dated back to 2/1997 (~$120,000.00). 880 F. 2d. 1531;1989 U.S. App. Lexis 10977; 725 F. 2d. 843; 1984 U.S. App lexis 26589.*

*Eileen Consilvio; Vesting/Pension Protection Act of 2006/Vested; notice, increase in plan years (10 years); attached papers; restrictive; attempted hire in 8/1997;was declined and not until hired 7/2005, currently employed; guaranteed; current pension plan; nonforfeitable; requesting yearly merits/to bring salary current; corporate purposes, interests, requesting return of Circus Corporation to original owner (J. Turnipseed) due to menacing, see photographs. 937 F 2d.1450; 1991 U.S. App. Lexis 13666; 725 F. 2d. 843; 1984 U.S. App lexis 26589. 92 Ky.263; 17 S.W. 564; 1891 Ky. Lexis 149; 2007 PLR Lexis 876. 436 F.2d 1237;1971 U.S. App. Lexis 12337.*

*Timothy Legg (biological) & Robert White; Bath VA Medical Center employees; real estate properties, Lexis 155, 93 T.C.M. (CCH) 1351, 6/07; bumped, summary judgment, real estate taxes, entitled to deduct, plaintiff's personal property returned, fraud, liabilities, non cash, requesting all three properties located on Lake Saludia Drive, Bath NY returned by December 20, 2007, fully vacated, and all original property left in place. Damages requested? Liquidate all assets, pay sum of ~$138,000.00 x 3 properties for back rent; refused to move out during employment 2/2004; request criminal justice system if continue to refuse.    Witness*

Exhibit Q

*telephone number available.    130 Okla. 40; 265 P. 110; 1928 Okla. Lexis 442.*
*Re: Sandra Braswell; stolen/fraud, all gold stock accounts primarily named (plaintiff: 3 accounts); return interest earned since ~1984; reinstated to original owners heirs; were transferred by original owners since ~1984-1985 to their children.    Research: $ amounts need calculation for gold/future stocks since 1984 (based upon interest; accounts opened since earlier 1970's.);71 FR 72725; 72 FR 13592; 72 FR 22975; 62 FR 57003;59 FR 57003.*

Appearances Requested:    Joan Schlanfi, Brooklyn NY; Eileen Consilvio, New York; Timothy Legg, Bath NY; Robert White, Bath NY; Sandra Braswell, 580-590 Patio Gardens, Brooklyn NY 11222.

Disclosure is being sought from the named deponent because, upon information and belief, the named deponent possesses information material and necessary in the [(prosecution) *or* (defense) ] of this action that is not reasonably available from any of the parties.

Dated: November 6, 2007, New York*Detria Legg,* Pro SeAttorney for_____Address: 121-09 197th Street

Springfield Gardens NY 11413TO:    Christopher V. Taffe, ESQ and Brian McCarthy, ESQAttorney for Western District Court of NY and M. ConklinAddress: US Western District Attorneys Office

        100 State Street
        Room 620
        Rochester NY 14614

# FORM A: NOTICE OF MOTION

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DETRIA LEGG,
                    PLAINTIFF,

_____,

                    Plaintiff(s),

v.

_____,

_____,

HONORABLE JUDGE MICHAEL A. TELESCA,
CARRIBEAN ISLANDS,
                    DEFENDENT,

                    Defendant(s).

**NOTICE OF MOTION**

06-cv-6583 &
04-cv-6549

**PLEASE TAKE NOTICE**, that the undersigned will bring a motion *(state here, briefly, what you are asking the Court to do in your motion)* _____

On March 11, 2009, an announcement via media, possibly mentioned, "the United States President's request all Jamaican descendants with an illegal conviction," to vacate the US immediately and return to the native country. Sharon Ann Lemon, native Jamaican, of the West Indian Island, adopted by the late Mr. & Mrs. George Turnipseed, may have a conviction and is in need of immediate relief. Ms. Sharon A. Lemon, previously owned the entire West Indian Islands with the exception of Haiti; Hispaniola; and Port Au Prince (shared with Sharon A. Lemon), belongs to Detria Ann Legg, granted in a discrimination lawsuit during the early 1970's, where she was severely beaten on the Island. Since then it was stolen from her and Ms. Lemon, migrated to the United States ~1976. In view of deportation, I request, the return of the entire West Indian Islands (exception of Haiti; Hispaniola; and Port Au Prince return to Detria Legg $100,000.00-$300,000.00) to Ms. Sharon Ann Lemon, immediately with interest and 100%

All Buildings, Schools, Homes, Churches, Businesses, Farms, Water, Ships, Docks, Airports, Malls, etc. All debt owed by the plaintiffs and owners will be paid upon receipt of all profit.



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. <br> In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |

## NOTICE TO CUSTOMERS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC REGARDING ADJUDICATION OF "NET EQUITY" ISSUE

In accordance with an order (the "Order") issued by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on September 16, 2009 in the above-captioned liquidation proceeding, you are receiving this Notice because you filed a customer claim ("Customer Claim") for an account at Bernard L. Madoff Investment Securities LLC ("BLMIS") with Irving H. Picard, trustee ("Trustee") for the substantively consolidated Securities Investor Protection Act ("SIPA"), 15 U.S.C. § 78aaa *et seq.*,[1] liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff (collectively, "Debtors").[2]

The Trustee hereby notifies all parties of the following:

---

[1] Subsequent references to SIPA shall omit "15 U.S.C."

[2] In this case, the Filing Date is the date on which the Securities and Exchange Commission commenced its suit against BLMIS, December 11, 2008, which resulted in the appointment of a receiver for the firm. *See* Section 78*lll*(7)(B) of SIPA, 15 U.S.C. § 78 *lll*(7)(B).

Irving H. Picard, Esq., Trustee for Bernard L. Madoff
Investment Securities LLC
2100 McKinney Avenue, Suite 800
Dallas, Texas 75201

Detria Legg
121-09 197th Street
Springfield Gardens, NY 11413





**GLOBAL POLYGRAPH NETWORK**

Headquarters - 208 Eagle Valley Mall #288, East Stroudsburg, PA, 18301 USA
**800.545.1112 or 570.223.7372**

## REPORT OF INTERVIEW AND POLYGRAPH EXAMINATION

Subject:        DETRIA LEGG

Date:           OCTOBER 23, 2008

After being properly identified, the above-named Subject was interviewed and voluntarily took a polygraph examination on the date indicated. The examination utilized a Lafayette LX4000 computerized polygraph which indicated and recorded on a moving chart relative changes in blood pressure, rate and strength of pulse beat, galvanic skin response, respiratory patterns and countermeasures indicators. The Subject reported no disabilities which could adversely affect the results of this examination. If applicable, this examination was administered under the guidelines of the Employee Polygraph Protection Act of 1988.

### PURPOSE OF EXAMINATION

To determine Subject's truthfulness regarding ownership of 15 properties (real estate) and regarding ownership of Circus Corporation (a New York corporation). and Macy's Co. Of

### SUBJECT'S STATEMENTS AND ADMISSIONS

Subject stated that she is the current and legal owner of 14 properties listed in attached Exhibit "A." Subject stated that her son, Omar Legg-Washington, is the current and legal owner of 228-19 130th Avenue, Laurelton, NY. Subject stated that she is the current and legal owner of all outstanding stock (100%) in Circus Corporation. Subject stated that these properties were removed from her name without her consent or authorization and placed into the names of other individuals.

### QUESTIONS AND RESULTS

The below-indicated questions were among those asked of the Subject during the overall examination. The Subject responded to each of these relevant questions with a "YES" unless otherwise indicated.

Exhibit Q

## DETRIA LEGG 10/23/08 POLYGRAPH REPORT, PAGE TWO

After careful analysis of the Subject's polygraph charts, it is the opinion of this examiner that the Subject's individual responses to the below-listed questions resulted in the following determinations. Explanations of each response are contained in an addendum to this report.

FORMAT USED:   UTAH ZONE COMPARISON (MULTIPLE ISSUE) EXAMINATION

A. Are you the current and legal owner of the 14 real properties listed in Exhibit "A"?   **TRUTHFUL RESPONSE** **

B. Is Omar Legg-Washington the current and legal owner of 228-19 130$^{th}$ Avenue in Laurelton NY?   **TRUTHFUL RESPONSE** **

C. Are you the current and legal owner of 100% of the stock in Circus Corporation?   **TRUTHFUL RESPONSE** **

** computerized results (PolyScore®) agree with examiner's findings

### OVERALL CONCLUSION

(X) Examinee believes his/her responses to be true and correct
( ) Examinee statements can not be verified

Submitted by:

GLOBAL POLYGRAPH NETWORK

R. Michael Martin, President
Certified PDD Examiner
Certified Post-Conviction Sex Offender Examiner
Court-Certified Polygraph Expert

*14 PROPERTIES*    *EXHIBIT "A"*

## DEEDS AND ADDRESSES
## BATH, NEW YORK

1. BARBARA MUELLER, 6709 LAKE SALUBRIA DRIVE, BATH NY 14810.

2. BARBARA TOWNES/FAY FAUCETT, 6711 LAKE SALUBRIA DRIVE, BATH NY 14810.

3. KAREN ZEMAK/CAROLINE ZEMAK, 6720 LAKE SALUBRIA DRIVE, BATH NY 14810.

4. PIZZERIA/ITALIAN AND AMERICAN RESTAURANT AND BUILDING, BUELL AND LIBERTY STREET, BATH NY 14810.

5. TATTO SHOP, BUELL STREET, BATH NY 14810.    *WAS BARBER SHOP*

6. ROADWAY, RT 415 AND RT 352, ~12 - ~15 MILES, CORNING, NY 14830, STEUBEN COUNTY.

*owned since late 70's* (items 1-5)    *late 70's* (item 5)    *1965* (item 6)

## QUEENS, NEW YORK

1. MR. YEARWOOD/ JEANETTE BLOCK, 224-25 130TH AVENUE, LAURELTON NY 11413.    *1993*

2. MR. NELSON, 228-19 130TH AVENUE, LAURELTON NY 11413.    *OWNED BY - OMAR LEGG-WASHINGTON*

3. MS. MASSEY, 119-17 145TH STREET, JAMAICA NY 11434.    *2003*

## BROOKLYN, NEW YORK

1. MR. LARRY KOSA, 1250 EAST 54TH STREET, BKLYN NY 11234, 1252 EAST 54TH STREET, BKLYN NY 11234, 1246 EAST 54TH STREET, BKLYN NY 11234.    *1970's*

*JEANNE TURNIPSEED ← DEED TO → CHRISTOPHER STEVENSON 1) CONSULTANT*

## BALTIMORE, MARYLAND

1. FRANCIS WASHINGTON'S BROTHER ALBERT, BALTIMORE MARYLAND ONE HOME. + UNITED METHODIST CHURCH, BALTIMORE MARYLAND (BETHESDA)

2. CHERYL LUCK, TRANSFERRED DEED, BALTIMORE, MARYLAND.    *1970's*

*MICHIGAN: ONE HOME WILL BY WOODROW NORRIS*

## TEXAS, SAN ANTONIO

1. MRS. CHRISTINE WALKER; HOME FOR WILLED TO JO-ANN TURNIPSEED.    *2000*
REQUEST TRANSFER OF ALL DEEDS FOR RELIEF OR PAYMENT CASE 04-CV-6549 AND 06-CV-6583.

# INTERPRETATION OF POLYGRAPH RESULTS

### TRUTHFUL RESPONSE (NO DECEPTION INDICATED)

When a subject's response to a given question is found to be "truthful," the reactions produced are similar to those taken from actual case studies wherein test subjects were being truthful (as independently verified). In a single-issue exam format, the statistical probability of deception is less than 10 percent. Subject may reasonably be excluded as a suspect.

### DECEPTIVE RESPONSE (DECEPTION INDICATED)

When a subject's response to a given question is found to be "deceptive," the reactions produced are similar to those taken from actual case studies wherein test subjects were being deceptive (as independently verified). In a single-issue exam format, the statistical probability of deception is greater than 90 percent. A subject suspected of attempted counter-measures will result in a deceptive outcome. Subject can not be excluded as a suspect. Subject is likely to be withholding pertinent information regarding this topic. Note: In a multiple-issue exam, a deceptive response to one relevant question on the exam will tend to reduce the accuracy of results for other questions on the test.

### INCONCLUSIVE

When a subject's response to a given question is found to be inconclusive, a determination of truth or deception could not be made. Inconclusive results occur in less than 10% of all responses analyzed, but increase proportionately with the number of relevant questions asked in the overall examination. The most common causes of inconclusive results are:

INSUFFICIENT REACTIONS: Reactions of the subject are too weak (below threshold levels) to produce results which can be scored. This can be the result of fatigue, legal or illegal drugs, lack of sleep, exams which are given late in the day, or the use of too many relevant questions.

INCONSISTENT REACTIONS: Reactions of the subject are inconsistent throughout the examination. In some cases there is some reaction to the relevant questions, but in other cases there is none. For an exam to be scored conclusively there must be consistency. This situation is sometimes caused by an attempt by the subject to conceal knowledge of -- or involvement in -- a similar or related matter.

DISTORTIONS: Distortions caused by a subject's voluntary or involuntary actions may be severe enough to obscure the test results. Such actions are most often overt bodily movements, but may also be caused by medical disorders, coughing, sneezing, sniffling, hyperventilation and other breathing irregularities, muscle spasms or other nervous reactions.

On a case-by-case basis it is often impossible to determine the precise cause of an inconclusive result. Frequently, retesting the subject under different (more ideal) conditions will produce a more conclusive examination.