# EXHIBIT C

| ACCOUNT NAME |
|---|
| ASCOT FUND LTD |
| CITCO GLOBAL CUSTODY N V FBO FAIRFIELD SENTRY LTD |
| PHYLLIS GUENZBURGER & FABIAN GUENZBURGER J/T WROS |
| HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT LAGOON INVSMNT |
| MAYFAIR COPORATION |
| ORCONSULT |
| THE YESHAYA HOROWITZ ASSOC |
| BRIDGEWATER PENSION TSTEES & A MARSHAL AS TRUSTEES PATHFINDER PRIVATE PENSION |
| GINCO ASSURANCE CO LTD |
| CITCO GLOBAL CUSTODY N V FBO FAIRFIELD SENTRY LTD |
| SG HAMBROS BANK & TRUST BAHAMAS LIMITED |
| GAURO & MARIA PIA BONAVIA JT WROS ITF CLAUDIA & ARIANA AVDA |
| MARGARETHA DECLERK KATHELYNE RABAEY JT/WROS |
| JENNIFER PRIESTLEY |
| KINGATE GLOBAL FUND LTD |
| IMPACT DESIGNS LIMITED |
| P B ROBCO INC |
| ROBERT PINCHOU & FABIAN GUENZBURGER J/T WROS |
| FARBER INVESTMENTS INC |
| PERRY FINANCE INC |
| CLAUDIO ROBERTO ZAGO OR RAYMOND P MC CARTHY OR UVANA TODA |
| GEO CURRENCIES LTD S A |
| ALLEN GOULD HOLDINGS INC MILDRED GOULD HOLDINGS INC BEN GOULD HOLDINGS, INC T/I/C |
| REDEMPTORIST FATHERS OF SAN JUAN INC |
| ZIN INVESTMENTS LTD |
| KINGATE EURO FUND LTD |
| FINANCIERE AGACHE |
| OPTIMAL MULTIADVISORS LTD |
| HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT FOR PRIMEO FUND CLASS B |
| TELFORD LIMITED |
| HARLEY INTERNATIONAL FUND LTD |
| THE BANK OF BERMUDA LIMITED HAMILTON, SPECIAL CUSTODY ACCT FOR THE EXCLUSIVE BENEFIT OF CUST OF BERMUDA TST (DUBLIN) LTD, F/B/O THEMA |
| PASIFIN CO INC |
| PLAZA INVESTMENTS INT'L |
| THE MIZAR FUND |
| LEISURE ENTERPRISES INC |
| OPTIMAL MULTIADVISORS LTD |
| ASSOCIADOS INVESTIMENTO LTD |
| RYE SELECT BROAD MARKET INSURANCE PORTFOLIO LDC |
| HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT LAGOON INVSMNT |

| |
|---|
| JORGE BESSOUDO & KAREN BESSOUDO |
| PATRICIA BESSOUDO |
| TURRET CORPORATION |
| H C M WEBER |
| IRON RESERVES LIMITED |
| CORONADO S A |
| ROBERT S EDMONDS |
| SEAPORT INTERNATIONAL CORP |
| HUNTER DOUGLAS INTL NV FRITS W VAN DER GREFT |
| 151797 CANADA INC |
| BELL VENTURES LIMITED |
| WHITECHAPEL MANAGEMENT LTD |
| BNP PARIBAS SECURITIES SERVICE |
| DIANE WILSON |
| BNP PARIBAS SECURITIES SERVICE |
| ISADEX INC |
| EASTSIDE INVESTMENTS LIMITED |
| SIENNA PARTNERSHIP LP |
| TRIANGLE DIVERSIFIED INVESTMTS |
| HAROLD L WATERMAN, GREVILLE WATERMAN, JANIS PASKIN JT/WROS |
| TROTANOY INVESTMENT CO LTD |
| ANNA MARIA ASSUMPCAO |
| MASHANDA LIMITED |
| SQUARE ONE FUND LTD |
| G M R |
| HCM WEBER #2 |
| SOCIETE IMMOBILIERE HERBERT SA |
| SKYEWEST LIMITED |
| CHELA LTD #1 |
| CHELA LTD #2 |
| CATHARIJNE INVESTMENTS CV |
| GENESIS ENDOWMENT |
| OPTIMA LIMITED PARTNERSHIP |
| LEXUS WORLDWIDE LTD |
| LADY EVELYN F JACOBS |
| ENFASIS INVEST S A |
| THYBO ASSET MANAGEMENT LTD |
| ARIEL FUND LTD |
| LEGACY CAPITAL LIMITED |
| NONA INTERNATIONAL LIMITED |
| ZEST ASIA PACIFIC LIMITED |
| KESAGAMI LIMITED |
| CHONG HON CHAR |

| |
|---|
| BRIDGEWATER PENSION TSTEES LTD |
| BRIDGEWATER PENSION TSTEES LTD |
| EB TTEES LIMITED MADO 1/1/5/JP |
| RYE SELECT BROAD MARKET PORTFOLIO LIMITED |
| HALLEY INVEST |
| BANQUE JACOB SAFRA (GIBRALTAR) LIMITED AS CUSTODIAN FOR VISCAYA PARTNERS LIMITED |
| A B DAVIS LTD DISCRETIONARY PENSION MR & MRS ALFRED D CHAPLIN |
| MOUNT CAPITAL LIMITED |
| SAPPHIRE TRUSTEE LIMITED #2 |
| WHITE ORCHARD INVESTMENTS LTD |
| ARGAU INC |
| PALMA HOLDINGS LTD |
| SWAY TRUSTEES (2002) LTD |
| SARAN INTERNATIONAL LIMITED |
| HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT FOR THEMA WISE INVESTMENTS LTD |
| M-INVEST LIMITED |
| EB TRUSTEES LIMITED RE MADO 1/1/5 /TM |
| GROUPEMENT FINANCIER LTD |
| HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT FOR ALPHA PRIME FUND LIMITED |
| ALICIA HERNANDEZ DE BARRON |
| PERINVEST MARKET NEUTRAL FUND LIMITED |
| RADCLIFF INVESTMENTS LTD FIVE CONTINENTS FINANCIAL LTD |
| BEATRIZ EUGENIA HERNANDEZ DE ALMEIDA |
| BAZELON INVESTMENTS LTD |
| LINA INVESTMENT SA |
| GEORGINA M G HERNANDEZ GALLEGO |
| THYBO GLOBAL FUND LIMITED |
| GRANADILLA HOLDINGS LIMITED |
| UBS (LUXEMBOURG) SA FBO LUXALPHA SICAV |
| HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT FOR HERALD FUND SPC-HERALD USA |
| RESTAURANT EQUIPMENT DIST INC |
| ATA RANGI HOLDINGS LIMITED |
| WAIPARA HOLDINGS LIMITED |
| THYBO RETURN FUND |
| RHINELAND INTL LTD "A" |
| RHINELAND INTL LTD "B" |
| SOUTHEY INTERNATIONAL LTD |
| MEGA DEVELOPMENTS LTD |
| HEBRON LTD |
| CARDINAL MANAGEMENT INC |
| FIXBAR CORPORATION |
| ONESCO INTERNATIONAL LTD |

| |
|---|
| UBS (LUXEMBOURG) SA FBO LUXEMBOURG INVESTMENT FUND US EQUITY PLUS |
| EQUITY TRADING PORTFOLIO LTD |
| CITRUS INVESTMENT HOLDINGS LTD |
| BANQUE SYZ & CO SA |
| NANTUCKET VENTURES LIMITED |
| HSBC SECURITIES SERVICES LUXEMBOURG SA SPEC CUST ACCT FOR SENATOR FUND SPC |
| THYBO STABLE FUND LTD |
| PROVENCE MGNMNT II STICHTING |
| STONY BROOK INVESTMENTS LTD |
| DEFENDER LIMITED |
| HSBC INSTITUTIONAL TRUST SVCS(IRELAND) LTD FBO LANDMARK INVESTMENT FUND IRELAND SUBFUND OF GI (GLOBAL INVMTS) |
| NINE THIRTY MONT-BLANC INVESTMENTS LP |
| HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT FBO HERALD (LUX) US ABSOLUTE RETURN FUND (SICAV) |
| TECHNION ISRAEL INSTITUTE OF TECHNOLOGY |
| SAVEST LTD |
| CLIVEDEN CAPITAL LIMITED |
| BENOUVILLE FINANCES LTD |
| LORD ANTHONY JACOBS |
| AMAZONIA TODA TANG AND/OR UVANA TODA J/T WROS |
| MONTBARRY INC |