# **EXHIBIT A**

**Madoff Queens Warehouse Furniture**

| | |
|---|---|
| 2 | Lounge Chairs (sealed in a box) |
| 1 | Network Rack |
| 1 | System's Library (metal container with wheels to hold system equipment) |
| 28 | Posters and Prints of Framed Artwork |
| 1 | Framed 1990 NYC Subway Map |
| 5 | Beach Chairs |
| 2 | Coleman Lanterns |
| 15 | Black Mesh Rolling Office Chairs (Herman Miller) |
| 3 | Black Executive Leather Chairs |
| 1 | Large Vase/Urn |
| 1 | Large Leather Office Chair |
| 16 | Pieces of Framed Artwork |
| 25 | Black Rolling Office Chairs (Steelcase) |
| 1 | Black Conference Room Table with Silver Legs |
| 1 | Black Wooden Conference Room Table |
| 4 | Black Wooden Executive Desks |
| 1 | Small Black Wooden Desk |
| 1 | Small Black Computer Table with Bottom Shelf |
| 1 | Black Round Wooden Coffee Table |
| 16 | Black Leather Couch Cushions (Cassina) |
| 3 | Black Plastic Rolling Carts |
| 1 | Grey Plastic Rolling Cart |
| 46 | Black Leather Short-Back Chairs (Cassina) |
| 2 | Black Leather Tall-Back Swivel Chairs (Erik Jorgensen) |
| 3 | Black Rolling Non-Leather Office Chairs |
| 1 | Leather Rolling Office Chair |
| 1 | Brown Leather Bull (21" x 16") |
| 1 | Small Round Antique Wooden Table (broken) |
| 1 | Large Antique Wooden Table |
| 2 | Rectangular Wooden Tables Without Tops |
| 1 | Antique Wooden Chair-Back |
| 1 | Antique Wooden Tray |
| 1 | Antique Hinged Wooden Tray |
| 2 | Antique Wooden Trunks |
| 1 | Antique Wooden Small Chest |
| 1 | Antique Small Wooden Drawer Unit |
| 2 | Conference Table Bases |
| 1 | Black Panasonic Microwave |
| 1 | Black Sharp Microwave |
| 1 | Framed Picture of a Sailboat |
| 1 | Decorative Clock |