# **EXHIBIT B**

**Madoff Lipstick Building Furniture**

| | |
|---|---|
| 2 | Honeywell Air Purifier |
| 1 | Book Shelf Three Shelf (Black) |
| 8 | Cabinet seven drawers |
| 21 | Cabinet five drawers |
| 8 | Cabinet four door |
| 1 | Cabinet one drawer |
| 14 | Cabinet six drawers |
| 1 | Cabinet Table Top (Black) |
| 24 | Cabinet three drawers |
| 1 | Cabinet three shelves |
| 5 | Cabinet Top (Black) |
| 10 | Cabinet two door |
| 39 | Cabinet two drawer |
| 1 | Cart/Stand |
| 3 | Chair |
| 1 | Keurig Coffee Maker |
| 3 | Cork board |
| 5 | Desk |
| 10 | Desk Top (Black) |
| 5 | Desk with two drawer |
| 2 | Dry Erase Board |
| 1 | Dry Erase Board with Marker Ledge |
| 4 | Fan |
| 1 | Filing Cabinet (Black) |
| 1 | Floor Cabinet with Counter space |
| 1 | Kenmore Grab-n-go Pro 601TACX01827 |
| 1 | Honeywell Heater |
| 1 | Honeywell Humidifier Space Heater |
| 1 | Kitchen table cabinet |
| 15 | L shaped desk |
| 1 | L shaped table top |
| 1 | Lamp |
| 1 | Leather Adjustable Office Chair (Black) |
| 2 | Leather Couch (2 Seater) |
| 4 | Leather Director Chair (Black) |
| 1 | Media Tote Empty (Blue) |
| 1 | Media Tote with 100 or so keys (Grey) |
| 2 | GE Microwave |
| 3 | Sharp Mini Fridge |
| 1 | Monitor Stand |
| 49 | Office Chair |
| 1 | Rolling Cabinet |
| 1 | Round Table |
| 3 | Safe (Mosler, Sentry) |

| 7 | Server Rack |
|---|---|
| 1 | Shelving Unit |
| 1 | Static Director Chair; wooden with leather tautly strung across frame to make cushion; black |
| 5 | Step Stool |
| 1 | Stool |
| 1 | Table |
| 1 | Table Top |
| 1 | Table Top Cabinet |
| 1 | Honeywell Replacement True Helper Filter |
| 1 | TV Ceiling Mount |
| 2 | U shaped desk |
| 1 | Eureka Vacuum (Mightmite) |
| 2 | Vase |
| 1 | White board |