BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:     (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Oren J. Warshavsky, Esq.
Email: owarshavsky@bakerlaw.com
James W. Day, Esq.
Email: jday@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 30, 2011 AT 10:00 A.M.**

**CONTESTED MATTERS**

300188641

**SIPC v. BLMIS; Adv. Pro. No. 08-1789**

1. Trustee's Motion for Entry of an Order Establishing Notice Procedures filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 10/20/2011) [ECF No. 4469]

Related Documents:

   A. Affidavit of Service Trustee's Motion for Entry of an Order Establishing Notice Procedures filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 10/25/2011) [ECF No. 4479]

   B. Affidavit of Service Trustee's Motion for Entry of an Order Establishing Notice Procedures filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 11/08/2011) [ECF No. 4506]

   Objection Deadline:    November 16, 2011

   Objections Filed:

   C. Response to Motion by Trustee for Entry of an Order Establishing Notice Procedures and Objection in Part (related document 4469) filed by Richard A. Cirillo on behalf of The Pascucci Family, Korea Exchange Bank, Kookmin Bank, Lemania SICAV-SIF, NBK Banque Privee (Suisse) SA, National Bank of Kuwait, S.A.K. (Filed: 11/01/2011) [ECF No. 4490]

   D. Objection of Muus Independence Fund LP and Michael W. Sonnenfeldt to The Trustee's Motion For Entry of an Order Establishing Notice Procedures (related document 4469) filed by Robert J. Kaplan on behalf of Muus Independence Fund LP, Michael W. Sonnenfeldt. (Kaplan, Robert) (Filed: 11/16/2011) [ECF No. 4531]

   Reply Filed:

   E. Trustee's Reply to Objection and Limited Objection to Motion for Entry of an Order Establishing Notice Procedures and Submission of Amended Notice Procedures (related documents [4469], [4531], [4490]) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 11/28/2011) [Docket No. 4550]

300188641

Related Documents:

F.  Affidavit of Service of Trustee's Reply to Objection and Limited Objection to Motion for Entry of an Order Establishing Notice Procedures and Submission of Amended Notice Procedures (related document [4550]) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed: 10/28/2011) [ECF No. 4551]

Status:    This matter is going forward.

### Picard v. Kreitman Adv. Pro. No. 10-4626

2.  Trustee's Motion for an Order Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure Extending the Time the Trustee May Effect Service of Process filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed: 09/02/2011) [ECF No. 6]

Related Documents:

A.  Notice of Hearing on Trustee's Motion for an Order Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure Extending the Time the Trustee May Effect Service of Process (related document 6)  filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 09/14/2011) [ECF No. 9]

B.  Affidavit of Service of Trustee's Motion for an Order Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure Extending the Time the Trustee May Effect Service of Process (related document 6)  filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 09/26/2011) [ECF No. 11]

Objection Deadline:    September 13, 2011

Objections Filed:

C.  Objection to Motion by Trustee for an Order Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure Extending the Time the Trustee May Effect Service of Process. (related document 6) filed by Michael Z. Brownstein on behalf of Stanley Kreitman  (Filed: 09/09/2011) [ECF No. 8]

Reply Filed:

D.  Trustee's Reply to Objection to Trustee's Motion for an Order Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure Extending the Time the Trustee May Effect Service of Process (related document 6,8) filed by Marc E. Hirschfield on behalf of

      Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff  (Filed:  10/18/2011) [ECF No. 14]

      Related Documents:

    E.  Affidavit of Service of Trustee's Reply to Objection to Trustee's Motion for an Order Pursuant to Rule 4(M) of the Federal Rules of Civil Procedure Extending the Time the Trustee May Effect Service of Process (related document 14) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff  (Filed:  10/18/2011) [ECF No. 15]

      Additional Filings:

    F.  Notice of Adjournment of Hearing on Trustee's Motion for an Order Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure Extending the Time the Trustee May Effect Service of Process and on Defendant's Motion to Dismiss Adversary Proceeding /Complaint (related document 16) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff  (Filed:  10/25/2011) [ECF No. 16]

    G.  Affidavit of Service of Notice of Adjournment of Hearing on Trustee's Motion for an Order Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure Extending the Time the Trustee May Effect Service of Process and on Defendant's Motion to Dismiss Adversary Proceeding /Complaint (related documents 6,7) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff  (Filed:  10/25/2011) [ECF No. 17]

3.  Defendant's Motion to Dismiss Complaint [and Memorandum of Law in Support of Motion] (related document 1)  filed by Michael Z. Brownstein on behalf of Stanley Kreitman  (Filed:  09/09/2011) [ECF No. 7]

    Objection Deadline:   September 20, 2011

    Objections Filed:

    A.  The Trustee's Objection to Stanley Kreitman's Motion to Dismiss (related document 7) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff  (Filed:  10/18/2011) [ECF No. 13]

    Related Documents:

    B.  Affidavit of Service of Trustee's Objection to Stanley Kreitman's Motion to Dismiss (related document 13) filed by Marc E. Hirschfield on behalf of Irving H. Picard,

>   Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff  (Filed:  10/18/2011) [ECF No. 15]
>
> Additional Filings:
>
> C.  Notice of Adjournment of Hearing on Trustee's Motion for an Order Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure Extending the Time the Trustee May Effect Service of Process and on Defendant's Motion to Dismiss Adversary Proceeding /Complaint (related documents 6,7) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff  (Filed: 10/25/2011) [ECF No. 16]
>
> D.  Affidavit of Service of Notice of Adjournment of Hearing on Trustee's Motion for an Order Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure Extending the Time the Trustee May Effect Service of Process and on Defendant's Motion to Dismiss Adversary Proceeding /Complaint (related document 16) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff  (Filed:  10/25/2011) [ECF No. 17]
>
> Reply Filed:
>
> E.  Reply to Motion to Dismiss Adversary Proceeding (related documents 6, 7) filed by James V. Masella III on behalf of Stanley Kreitman  (Filed:  10/25/2011) [ECF No. 18]
>
> Status:  This matter is going forward.

**Picard v. Fred A. Daibes Madoff Securities Trust and Guardian Trust Company, FSB, et al.; Adv. Pro. No. 10-4355**

4.  Motion of Fred A. Daibes Madoff Securities Trust to Dismiss Complaint related document 1)  filed by Philip Bentley on behalf of Fred A. Daibes Madoff Securities Trust (Filed:  07/15/2011) [ECF No. 8]

Objection Deadline:    August 17, 2011

>   Objection Filed:
>
> A.  The Trustee's Objection to Fred A. Daibes Madoff Securities Trust's Motion to Dismiss (related document 8) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed:  11/14/2011) [ECF No. 10]

Related Documents:

B. Declaration of Peter B. Shapiro in Support of Trustee's Objection to The Motion to Dismiss Filed By Defendant Fred A. Daibes Madoff Securities Trust (related document 8) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed: 11/14/2011) [ECF No. 11]

C. Affidavit of Service of the Trustee's Objection to Fred A. Daibes Madoff Securities Trust's Motion to Dismiss and Declaration of Peter B. Shapiro in Support of Trustee's Objection to The Motion to Dismiss  (related documents 10,11) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed: 11/14/2011) [ECF No. 12]

Reply Filed:

D. Reply Brief of Fred A. Daibes Madoff Securities Trust (related document 8) filed by Philip Bentley on behalf of Fred A. Daibes Madoff Securities Trust  (Filed: 11/21/2011) [ECF No. 14]

Related Document:

E. Declaration of Michael McManus (related document 8) filed by Philip Bentley on behalf of Fred A. Daibes Madoff Securities Trust  (Filed: 11/21/2011) [ECF No. 15]

Additional Filings:

F. So Ordered Stipulation signed on 8/22/2011 Between Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Fred A. Daibes Madoff Securities Trust. Re: Adjourning the Objection Due Date and Hearing Date (related document 8). (Saenz De Viteri, Monica) (Entered: 08/22/2011) [ECF No. 9]

300188641

<u>Status:</u>  This matter is going forward.

Dated: New York, New York          Respectfully submitted,
       November 29, 2011

/s/ *Marc E. Hirschfield*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Oren J. Warshavsky, Esq.
Email: owarshavsky@bakerlaw.com
James W. Day, Esq.
Email: jday@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*