## **EXHIBIT B**

**Proposed Order**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Presentment Date: December 7, 2011<br>Time: 12:00 p.m. |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | Objections Due: December 7, 2011<br>Time 11:00 p.m.<br><br>Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

### ORDER GRANTING TRUSTEE'S MOTION TO RETAIN SOROKER – AGMON AS SPECIAL COUNSEL *NUNC PRO TUNC* AS OF SEPTEMBER 20, 2011

Upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the estate of Bernard L. Madoff, for authority to retain Soroker – Agmon ("Soroker Agmon") , as special counsel, *nunc pro tunc,* as of September 20, 2011, and due and proper notice having been given under the circumstances of this case, and the Securities Investor Protection Corporation having specified Soroker Agmon as special counsel, and after due deliberation,

　　　　IT IS HEREBY ORDERED THAT:

　　　　1.　　The Motion is GRANTED.

　　　　2.　　The Court finds that Soroker Agmon is hereby deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

3. The Trustee is authorized to retain Soroker Agmon as special counsel to the Trustee as provided in the Motion, *nunc pro tunc*, as of September 20, 2011.

Dated: New York, NY
　　　　_____, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE BURTON R. LIFLAND
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

2