UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

# AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                                       )   ss:
COUNTY OF DALLAS     )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On November 23, 2011, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000198)

Executed on \_\_Nov. 29\_\_, 2011

_____
John S. Franks

Sworn to and subscribed before me this \_\_29th\_\_ day of \_\_November\_\_, 2011

_____
(SEAL)                            Notary Public

2

# Exhibit A

SERVICE LIST A
TRANSFER NUMBER 4500198

11/23/2011

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Dolos IV LLC | c/o The Corporate Trust Company | Corporate Trust Center | 1209 Orange Street | Wilmington | DE | 19801 |