UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: BERNARD L. MADOFF,

Debtor

Case No.: 08-01789 (BLR)

Chapter 11

------------------------------------------------------------x

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,

Plaintiff

v.

ESTATE OF ELEANOR MYERS A/K/A/ ELEANOR MYERS
A/K/A ELEANOR BLOCK A/K/A/ LEE BLOCK, MARK E. BLOCK,
as personal representative and an individual, and
GERALD J. BLOCK                        Defendant

Adversary Proceeding No.: 10-05401 (BLR)

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jenny Lynn Fountain, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Gerald J. Block, a Defendant in the above-referenced ☐ case ☒ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 30, 2011
Cupertino, California

/s/ Jenny Lynn Fountain

*Mailing Address*:

Murray & Murray

19400 Stevens Creek Blvd., Suite 200

Cupertino, CA 95014

E-mail address: jlfountain@murraylaw.com

Telephone number: (408) 907-9200