**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br>            Debtor, | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br>            Debtor. | |

**AFFIDAVIT OF MAILING**

STATE OF TEXAS            )
                                    )   ss:
COUNTY OF DALLAS      )

      JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On November 22, 2011, I caused to be served, via email, Federal Express and/or United States Postal Service Express Mail, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A.    Trustee's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement By and Between the Trustee and the United States of America on Behalf of the Internal Revenue Service (Docket No. 4544)

    B.    Affidavit in Support of Trustee's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement By and Between the Trustee and the United States of America on Behalf of the Internal Revenue Service (Docket No. 4545)

Executed on Nov. 28, 2011

_____
John S. Franks

Sworn to and subscribed before me this 28th day of November, 2011

(SEAL)

_____
Notary Public

[Notary Seal: BOBBIE J. PHILLIPS, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 1-5-2014]

2

# Exhibit A

EXHIBIT A

NOVEMBER 22, 2011

| Service Type | Confidential Notice Party | ZIP | COUNTRY |
|---|---|---|---|
| Overnight Mail | Confidential Notice Party #000001 | 10022 | |
| Overnight Mail | Confidential Notice Party #000002 | | BRITISH WEST INDIES |
| Overnight Mail | Confidential Notice Party #000003 | | IRELAND |
| Overnight Mail | Confidential Notice Party #000004 | | SWITZERLAND |
| Overnight Mail | Confidential Notice Party #000005 | | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000006 | | CHANNEL ISLANDS |
| Overnight Mail | Confidential Notice Party #000007 | 10036 | |
| Overnight Mail | Confidential Notice Party #000008 | | ISRAEL |
| Overnight Mail | Confidential Notice Party #000009 | W1J5JB | UNITED KINGDOM |
| Overnight Mail | Confidential Notice Party #000010 | 07024 | |
| Overnight Mail | Confidential Notice Party #000011 | KY1-1102 | CAYMAN ISLANDS |
| Overnight Mail | Confidential Notice Party #000012 | VG 1110 | BRITISH VIRGIN ISLANDS |
| Overnight Mail | Confidential Notice Party #000013 | 1043 BW | NETHERLANDS |
| Overnight Mail | Confidential Notice Party #000014 | | NASSAU BAHAMAS |
| Overnight Mail | Confidential Notice Party #000015 | | SPAIN |
| Overnight Mail | Confidential Notice Party #000016 | | BELGIUM |
| Overnight Mail | Confidential Notice Party #000017 | | ENGLAND |
| Overnight Mail | Confidential Notice Party #000018 | HM11 | BERMUDA |
| Overnight Mail | Confidential Notice Party #000019 | | HONG KONG |
| Overnight Mail | Confidential Notice Party #000020 | | CANADA |
| Overnight Mail | Confidential Notice Party #000021 | | SWITZERLAND |
| Overnight Mail | Confidential Notice Party #000022 | | CANADA |
| Overnight Mail | Confidential Notice Party #000023 | | CHANNEL ISLANDS |
| Overnight Mail | Confidential Notice Party #000024 | 11209-0009 | |
| Overnight Mail | Confidential Notice Party #000025 | | PANAMA |
| Overnight Mail | Confidential Notice Party #000026 | L8P1J8 | CANADA |
| Overnight Mail | Confidential Notice Party #000027 | | PUERTO RICO |
| Overnight Mail | Confidential Notice Party #000028 | | BRITISH VIRGIN ISLND |
| Overnight Mail | Confidential Notice Party #000029 | | BERMUDA |
| Overnight Mail | Confidential Notice Party #000030 | | BERMUDA |
| e-Mail Service | Confidential Notice Party #000031 | 10010 | |
| e-Mail Service | Confidential Notice Party #000032 | 10006 | |
| Overnight Mail | Confidential Notice Party #000033 | | FRANCE |
| Overnight Mail | Confidential Notice Party #000034 | | BAHAMAS |
| Overnight Mail | Confidential Notice Party #000035 | | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000036 | | HONG KONG |
| Overnight Mail | Confidential Notice Party #000037 | | UNITED KINGDOM |
| Overnight Mail | Confidential Notice Party #000038 | 10006 | |
| Overnight Mail | Confidential Notice Party #000039 | | BRITISH VIRGIN ISLANDS |
| Overnight Mail | Confidential Notice Party #000040 | | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000041 | EC3V 0AT | United Kingdom |
| Overnight Mail | Confidential Notice Party #000042 | | BRITISH WEST INDIES |
| Overnight Mail | Confidential Notice Party #000043 | | SWITZERLAND |
| Overnight Mail | Confidential Notice Party #000044 | | PANAMA |
| Overnight Mail | Confidential Notice Party #000045 | | BAHAMAS |
| Overnight Mail | Confidential Notice Party #000046 | | CAYMAN ISLANDS |
| Overnight Mail | Confidential Notice Party #000047 | 10580 | |
| Overnight Mail | Confidential Notice Party #000048 | | LUXEMBOURG |
| e-Mail Service | Confidential Notice Party #000049 | 45210 | MEXICO |
| Overnight Mail | Confidential Notice Party #000050 | | MEXICO |
| Overnight Mail | Confidential Notice Party #000051 | | BRITISH VIRGIN ISLANDS |
| Overnight Mail | Confidential Notice Party #000052 | | HONG KONG |
| Overnight Mail | Confidential Notice Party #000053 | | BRITISH VIRGIN ISLANDS |
| Overnight Mail | Confidential Notice Party #000054 | 10023 | |
| Overnight Mail | Confidential Notice Party #000055 | | FRANCE |
| Overnight Mail | Confidential Notice Party #000056 | 10019 | |
| Overnight Mail | Confidential Notice Party #000057 | | SWITZERLAND |
| Overnight Mail | Confidential Notice Party #000058 | | CANADA |
| Overnight Mail | Confidential Notice Party #000059 | | BRITISH VIRGIN ISLND |
| Overnight Mail | Confidential Notice Party #000060 | | BERMUDA |
| Overnight Mail | Confidential Notice Party #000061 | | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000062 | | AFRICA |

**EXHIBIT A**

**NOVEMBER 22, 2011**

| Service Type | Confidential Notice Party | ZIP | COUNTRY |
|---|---|---|---|
| Overnight Mail | Confidential Notice Party #000063 | | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000064 | | BAHAMAS |
| Overnight Mail | Confidential Notice Party #000065 | | UNITED KINGDOM |
| Overnight Mail | Confidential Notice Party #000066 | | BWI |
| Overnight Mail | Confidential Notice Party #000067 | | CAYMAN ISLANDS |
| Overnight Mail | Confidential Notice Party #000068 | | UNITED KINGDOM |
| Overnight Mail | Confidential Notice Party #000069 | | UNITED KINGDOM |
| Overnight Mail | Confidential Notice Party #000070 | | BRAZIL |
| Overnight Mail | Confidential Notice Party #000071 | | CHANNEL ISLANDS |
| Overnight Mail | Confidential Notice Party #000072 | 10103-0899 | |
| e-Mail Service | Confidential Notice Party #000073 | 10038 | |
| Overnight Mail | Confidential Notice Party #000074 | | NETHERLANDS |
| e-Mail Service | Confidential Notice Party #000075 | | |
| e-Mail Service | Confidential Notice Party #000076 | | |
| e-Mail Service | Confidential Notice Party #000077 | | |
| Overnight Mail | Confidential Notice Party #000078 | | BELGIUM |
| Overnight Mail | Confidential Notice Party #000079 | | HONG KONG |
| Overnight Mail | Confidential Notice Party #000080 | | PANAMA |
| Overnight Mail | Confidential Notice Party #000081 | | BAHAMAS |
| Overnight Mail | Confidential Notice Party #000082 | | CHANNEL ISLANDS |
| Overnight Mail | Confidential Notice Party #000083 | | CHANNEL ISLANDS |
| Overnight Mail | Confidential Notice Party #000084 | | NETHERLANDS |
| Overnight Mail | Confidential Notice Party #000085 | | BRITISH VIRGIN ISLANDS |
| Overnight Mail | Confidential Notice Party #000086 | | CAYMAN ISLAND |
| Overnight Mail | Confidential Notice Party #000087 | | BRITISH VIRGIN ISLANDS |
| Overnight Mail | Confidential Notice Party #000088 | | UNITED KINGDOM |
| Overnight Mail | Confidential Notice Party #000089 | | REPUBLIC OF PANAMA |
| Overnight Mail | Confidential Notice Party #000090 | | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000091 | 10022 | |
| Overnight Mail | Confidential Notice Party #000092 | | BERMUDA |
| Overnight Mail | Confidential Notice Party #000093 | | HONG KONG |
| Overnight Mail | Confidential Notice Party #000094 | | HONG KONG |
| Overnight Mail | Confidential Notice Party #000095 | | HONG KONG |
| Overnight Mail | Confidential Notice Party #000096 | | UNITED ARAB EMIRATES |
| Overnight Mail | Confidential Notice Party #000097 | N18QB | UNITED KINGDOM |
| Overnight Mail | Confidential Notice Party #000098 | N18QB | UNITED KINGDOM |
| Overnight Mail | Confidential Notice Party #000099 | | UNITED KINGDOM |
| Overnight Mail | Confidential Notice Party #000100 | 10580 | |
| Overnight Mail | Confidential Notice Party #000101 | | BELGIUM |
| Overnight Mail | Confidential Notice Party #000102 | | GIBRALTAR |
| Overnight Mail | Confidential Notice Party #000103 | | UNITED KINGDOM |
| Overnight Mail | Confidential Notice Party #000104 | | BRITISH VIRGIN ISLANDS |
| Overnight Mail | Confidential Notice Party #000105 | | HONG KONG |
| Overnight Mail | Confidential Notice Party #000106 | | BRITISH VIRGIN ISLANDS |
| Overnight Mail | Confidential Notice Party #000107 | | BAHAMAS |
| Overnight Mail | Confidential Notice Party #000108 | | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000109 | | AUSTRALIA |
| Overnight Mail | Confidential Notice Party #000110 | | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000111 | L-2014 | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000112 | | BRITISH VIRGIN ISLES |
| Overnight Mail | Confidential Notice Party #000113 | | UNITED KINGDOM |
| Overnight Mail | Confidential Notice Party #000114 | | UNITED KINGDOM |
| Overnight Mail | Confidential Notice Party #000115 | | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000116 | | MEXICO |
| Overnight Mail | Confidential Notice Party #000117 | HM 08 | BERMUDA |
| Overnight Mail | Confidential Notice Party #000118 | | BWI |
| Overnight Mail | Confidential Notice Party #000119 | | MEXICO |
| Overnight Mail | Confidential Notice Party #000120 | | BRITISH VIRGIN ISLANDS |
| Overnight Mail | Confidential Notice Party #000121 | | PANAMA |
| Overnight Mail | Confidential Notice Party #000122 | | MEXICO |
| Overnight Mail | Confidential Notice Party #000123 | | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000124 | | UNITED KINGDOM |


**EXHIBIT A**

**NOVEMBER 22, 2011**

| Service Type | Confidential Notice Party | ZIP | COUNTRY |
|---|---|---|---|
| Overnight Mail | Confidential Notice Party #000125 | | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000126 | | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000127 | | BRITISH VIRGIN ISLANDS |
| Overnight Mail | Confidential Notice Party #000128 | | NEW ZEALAND |
| Overnight Mail | Confidential Notice Party #000129 | | NEW ZEALAND |
| Overnight Mail | Confidential Notice Party #000130 | | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000131 | | HONG KONG |
| Overnight Mail | Confidential Notice Party #000132 | | HONG KONG |
| Overnight Mail | Confidential Notice Party #000133 | | FRANCE |
| Overnight Mail | Confidential Notice Party #000134 | | BAHAMAS |
| Overnight Mail | Confidential Notice Party #000135 | | BRITISH VIRGIN ISLANDS |
| Overnight Mail | Confidential Notice Party #000136 | | BRITISH WEST INDIES |
| Overnight Mail | Confidential Notice Party #000137 | | BRITISH VIRGIN ISLANDS |
| Overnight Mail | Confidential Notice Party #000138 | | BRITISH VIRGIN ISLANDS |
| Overnight Mail | Confidential Notice Party #000139 | | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000140 | | BERMUDA |
| Overnight Mail | Confidential Notice Party #000141 | | BRITISH VIRGIN ISLANDS |
| Overnight Mail | Confidential Notice Party #000142 | | SWITZERLAND |
| Overnight Mail | Confidential Notice Party #000143 | | UNITED KINGDOM |
| Overnight Mail | Confidential Notice Party #000144 | | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000145 | | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000146 | | BERMUDA |
| Overnight Mail | Confidential Notice Party #000147 | | BAHAMAS |
| Overnight Mail | Confidential Notice Party #000148 | | BRITISH VIRGIN ISLANDS |
| e-Mail Service | Confidential Notice Party #000149 | 10006 | |
| Overnight Mail | Confidential Notice Party #000150 | 10019 | |
| Overnight Mail | Confidential Notice Party #000151 | L-2212 | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000152 | | ISRAEL |
| Overnight Mail | Confidential Notice Party #000153 | | BRITISH VIRGIN ISLANDS |
| Overnight Mail | Confidential Notice Party #000154 | | BRITISH VIRGIN ISLANDS |
| Overnight Mail | Confidential Notice Party #000155 | | LUXEMBOURG |
| Overnight Mail | Confidential Notice Party #000156 | UK  NW1 4QB | UNITED KINGDOM |
| Overnight Mail | Confidential Notice Party #000157 | 94707 | |
| Overnight Mail | Confidential Notice Party #000158 | 11228-2820 | |
| Overnight Mail | Confidential Notice Party #000159 | | UNITED KINGDOM |