UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        )  ss:
COUNTY OF NEW YORK  )

I, Laura Campbell declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 25th day of November, 2011, employees of DRC, under my supervision served a true and accurate copy of the "Motion for an Order Affirming Trustee's Determinations Denying Claims Over ERISA-Related Objections", along with the Notice and Signed Scheduling Order (Docket No. 4521), upon the parties as set forth in Exhibit 1, via First Class U.S. mail.

MADOFF 0012B

4. Said document was securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 25th day of November, 2011 New York, New York.

By _____
Laura Campbell

Sworn before me this
25th day of November, 2011

_____
Notary Public

ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM. EXP. September 11, 2013

MADOFF 0012B

2

**EXHIBIT 1**

| | |
|---|---|
| 4716<br>Jay L. Silverberg<br>Sills Cummis & Gross PC<br>One Rockefeller Plaza, 25th Floor<br>New York, NY 10020 | 4717<br>Lori K. Sapir<br>Sills Cummis & Gross PC<br>One Rockefeller Plaza, 25th Floor<br>New York, NY 10020 |
| 3410<br>Amy Lederman Verschleiser<br>New York NY 10021 | 3411<br>Dani Lederman Dollinger<br>New York NY 10017 |
| 3412<br>Ellen Lederman, individually and in her capacity as Executrix of the Estate of Muriel Lederman<br>New York NY 10021 | 3413<br>Franklin Lederman<br>New York NY 10065 |
| 4718<br>Irwin J. Gusman<br>New York NY 10011 | 4719<br>Jane S. Soudavar<br>New York NY 10021 |
| 3414<br>Judy Lederman Kloner<br>New York NY 10021 | 2545<br>Kathleen A. Jordan, individually and in her capacity as Trustee of the McGrath Family Trust Dated November 18, 2008<br>Worcester MA 01605-3838 |
| 3415<br>Mark Lederman<br>New York NY 10065 | 2546<br>McGrath Family Trust Dated November 18, 2008<br>Worcester MA 01605-3838 |
| 3418<br>Ricki Lederman Quadrino<br>New York NY 10016 | 4722<br>Robert A. Samsel<br>Randolph NJ 07869 |
| 2548<br>Robert E. McGrath, Jr.<br>North Oxford MA 01537-1132 | 3419<br>The Estate of Muriel Lederman<br>New York NY 10021 |

**Records Printed: 16**