**UNITED STATES BANKRTUPCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | Chapter 11<br><br>Case No. 08-01789 (BRL)<br><br>Jointly Administered |
| In re:<br><br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                  Plaintiff,<br><br>                  v.<br><br>ESTATE OF ELEANOR MYERS A/K/A ELEANOR MYERS, A/K/A/ELEANOR BLOCK A/K/A LEE BLOCK, MARK E. BLOCK, as personal representative and an individual, and GERALD J. BLOCK,<br><br>                  Defendants. | Adv. Pro. No. 10-05401 (BLR) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of Jenny Lynn Fountain, to be admitted, **pro hac vice**, to represent Gerald L. Block, (the "Client") a Defendant in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California, it is hereby

      **ORDERED,** that Jenny Lynn Fountain, Esq., is admitted to practice, **pro hac vice**, in the above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December 7, 2011
       New York, New York                             /s/Burton R. Lifland
                                                                    UNITED STATES BANKRUPTCY JUDGE