UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SECURITIES INVESTOR PROTECTION   : No. 08-01789 (BRL)
CORPORATION,                     :
                                 : SIPA Liquidation
                    Plaintiff,   :
                                 : (Substantively Consolidated)
            v.                   :
                                 :
BERNARD L. MADOFF INVESTMENT     :
SECURITIES LLC,                  :
                                 :
                    Defendant.   :
------------------------------------------------------------ x
In re:                           :
                                 :
BERNARD L. MADOFF,               :
                                 :
                    Debtor.      :
------------------------------------------------------------ x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that Storch Amini & Munves PC hereby appears in the above-captioned case as counsel of record for PJ ASSOCIATES GROUP, L.P., doing business as PJ ADMINISTRATOR, L.L.C., PJ ASSOCIATES GROUP GP, CORP., and PJ ADMINISTRATOR, L.L.C., formerly known as PJ ASSOCIATES GROUP, L.P. in the above-captioned action. Pursuant to Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and this Court's order dated December 5, 2011, Storch Amini &Munves PC requests that all notices given or required to be given in the above-captioned case, and all papers

served or required to be served in the above-captioned case, be given and served upon the following persons at the addresses and numbers set forth below:

> Storch Amini & Munves PC
> 2 Grand Central Tower
> 140 East 45th Street, 25th Floor
> New York, New York 10017
> Attn:   Steven G. Storch, Esq.
>         Rena Andoh, Esq.
>         Brittany Nilson, Esq.
> E-mail: sstorch@samlegal.com
>         randoh@samlegal.com
>         bnilson@samlegal.com
> Tel: (212) 490-4100
> Fax: (212) 490-4208

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the above-captioned case, including, without limitation, all reports filed with the Office of the U.S. Trustee, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Documents nor any subsequent appearance, pleading, claim or suit shall constitute a waiver of PJ's substantive or procedural rights.

Dated: New York, New York
December 7, 2011

                Respectfully submitted,

                STORCH AMINI & MUNVES PC

                By:   /s/ Steven G. Storch
                      Steven G. Storch (SS 5241)
                      Rena Andoh (RA 9376)
                      Brittany Nilson (BN 4949)
                Two Grand Central Tower, 25th Floor
                140 East 45th Street
                New York, New York 10017
                (212) 490-4100