KATSKY KORINS LLP
605 Third Avenue
New York, New York 10158-0038
Tel. (212) 953-6000
Fax. (212) 953-6899
Steven H. Newman, Esq.
snewman@katskykorins.com
Robert A. Abrams, Esq.
rabrams@katskykorins.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | SIPA LIQUIDATION |
| v. | No. 08-01789 (BRL) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant | |

------------------------------------------------------------------x

In re:

    BERNARD L. MADOFF,

        Debtor.

------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PROCESS

**PLEASE TAKE NOTICE**, that Katsky Korins LLP hereby appears in the above-captioned case for: (i) Richard Spring, The Spring Family Trust, and The Jeanne T. Spring Trust, (ii) Estate of Richard L. Cash, Richard L. Cash Declaration of Trust Dated September 19, 1994, James H. Cash, David Cash, Jonathan Cash, and Gladys Cash, (iii) Gladys Cash and Cynthia J. Gardstein, (iv) Freda Epstein Revocable Trust, Freda B. Epstein, and Jennifer Spring

401763-2-W

McPherson, and (v) S. H. & Helen R. Scheuer Family Foundation, Inc., and, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, demand that any and all notices given or required to be given in this case, be given to and served upon the undersigned law firm at the following address, emails, and telephone numbers:

> Katsky Korins LLP
> Attn: Steven H. Newman, Esq.
> 605 Third Avenue
> New York, New York 10158-0038
> Tel. (212) 953-6000
> Fax. (212) 953-6899
> snewman@katskykorins.com

> and

> Katsky Korins LLP
> Attn: Robert A. Abrams, Esq.
> 605 Third Avenue
> New York, New York 10158-0038
> Tel. (212) 953-6000
> Fax. (212) 953-6899
> rabrams@katskykorins.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telex or otherwise, which effect or seek to effect in any way the rights, claims or interests of the debtor with respect to the debtor or its estate.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the: (i) right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) right to trial by jury in any

proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which such parties are or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
       December 9, 2011

        KATSKY KORINS LLP

        By: /s/ Robert A. Abrams
        Steven H. Newman, Esq.
        snewman@katskykorins.com
        Robert A. Abrams, Esq.
        rabrams@katskykorins.com
        605 Third Avenue
        New York, New York 10158-0038
        Tel. (212) 953-6000
        Fax. (212) 953-6899