UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

SECURITIES INVESTOR PROTECTION          :    No. 08-01789 (BRL)
CORPORATION,                            :
                                        :    SIPA Liquidation
            Plaintiff,                  :
                                        :    (Substantively Consolidated)
       v.                               :
                                        :
BERNARD L. MADOFF INVESTMENT            :
SECURITIES LLC,                         :
                                        :
            Defendant.                  :
---------------------------------------------------------- x
In re:                                  :
                                        :
BERNARD L. MADOFF,                      :
                                        :
            Debtor.                     :
---------------------------------------------------------- x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that Storch Amini & Munves PC hereby appears in

the above-captioned case as counsel of record for the Trust Under Article Fourth U/W/O

Robert E. Klufer, Alyse Klufer, individually and in her capacity as trustee of the Trust

Under Article Fourth U/W/O Robert E. Klufer, and Elisabeth Klufer, in her capacity as

trustee of the Trust Under Article Fourth U/W/O Robert E. Klufer, Robert and Alyse

Klufer Family Trust "A", Alyse Joel Klufer as Trustee of the Robert and Alyse Klufer

Family Trust "A", Elisabeth Klufer, Nancy Greengrass, Jane Shrage, Natalie Greengrass,

Maxwell Greengrass, Damien Cave, Michael Shrage, R.H.$_1$ and R.H.$_2$ in the above-

captioned action.  Pursuant to Title 11 of the United States Code, 11 U.S.C. §§ 101 et

seq., Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and this

Court's order dated December 5, 2011, Storch Amini &Munves PC  requests that all

notices given or required to be given in the above-captioned case, and all papers served or

required to be served in the above-captioned case, be given and served upon the

following persons at the addresses and numbers set forth below:

> Storch Amini & Munves PC
> 2 Grand Central Tower
> 140 East 45th Street, 25th Floor
> New York, New York 10017
> Attn:   Steven G. Storch, Esq.
>            Rena Andoh, Esq.
>            Brittany Nilson, Esq.
> E-mail: sstorch@samlegal.com
>            randoh@samlegal.com
>            bnilson@samlegal.com
> Tel: (212) 490-4100
> Fax: (212) 490-4208

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes,

without limitation, any and all notices in respect of any application, motion, petition,

pleading, request, complaint, demand, order or any other paper filed in the above-

captioned case, including, without limitation, all reports filed with the Office of the U.S.

Trustee, whether such notice is formal or informal, written or oral, and whether

transmitted by hand delivery, United States mail, electronic mail, expedited delivery

service, telephone, telex, telecopy or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance

and Request for Service of Documents nor any subsequent appearance, pleading, claim or

suit shall constitute a waiver of PJ's substantive or procedural rights.

Dated: New York, New York
       December 9, 2011

                               Respectfully submitted,

                               STORCH AMINI & MUNVES PC


                               By:    /s/ Steven G. Storch
                                      Steven G. Storch (SS 5241)
                                      Rena Andoh (RA 9376)
                                      Brittany Nilson (BN 4949)
                               Two Grand Central Tower, 25th Floor
                               140 East 45th Street
                               New York, New York 10017
                               (212) 490-4100