Susan Power Johnston
Ronald A. Hewitt
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
phone:  (212) 841-1000
fax:  (212) 841-1010

- and -

Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
phone:  (202) 662-6000
fax:  (202) 662-6291

*Counsel to Pasifin Co. Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION      :
CORPORATION,                                              :         Adversary Proceeding
                                                                          :         No. 08-01789-BRL
    Plaintiff-Applicant,                              :
                                                                          :         SIPA Liquidation
v.                                                                       :         (Substantively Consolidated)
                                                                          :
BERNARD L. MADOFF INVESTMENT    :
SECURITIES LLC,                                         :
                                                                          :
    Defendant.                                            :
---------------------------------------------------------------x
In re:                                                                 :
                                                                          :
BERNARD L. MADOFF,                              :
                                                                          :
    Debtor.                                                  :
---------------------------------------------------------------x

**MOTION OF DENNIS B. AUERBACH**
**FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

       I, Dennis B. Auerbach, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Pasifin Co. Inc., a customer claimant in the above-captioned case.

NY: 731827-1

- 2 -

I certify that I am a member in good standing of the bar of the District of Columbia, the bar of the United States District Court for the District of Columbia, and the bar of the United States District Court for the District of Maryland.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  Washington, D.C.
       December 9, 2011          COVINGTON & BURLING LLP

                                      By:  */s/ Dennis B. Auerbach*
                                            Dennis B. Auerbach

                                      1201 Pennsylvania Avenue NW
                                      Washington, DC  20004-2401
                                      phone:  (202) 662-6000
                                      fax:  (202) 778-5226
                                      email:  dauerbach@cov.com

                                      *Counsel to Pasifin Co. Inc.*