# **<u>EXHIBIT A</u>**

NY: 731829-1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION :
CORPORATION, :           Adversary Proceeding
: No. 08-01789-BRL
   Plaintiff-Applicant, :
: SIPA Liquidation
v. : (Substantively Consolidated)
:
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
:
   Defendant. :
---------------------------------------------------------------x
In re: :
:
BERNARD L. MADOFF, :
:
   Debtor. :
---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Dennis B. Auerbach to be admitted, *pro hac vice*, to represent Pasifin Co. Inc., and upon the movant's certification that the movant is a member in good standing of the bar of the District of Columbia, the bar of the United States District Court for the District of Columbia, and the bar of the United States District Court for the District of Maryland, it is hereby

ORDERED, that Dennis B. Auerbach, Esq., is admitted to practice, *pro hac vice*, to represent Pasifin Co. Inc., in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: New York, New York
      December __, 2011

                                                                    _____
                                                                    The Honorable Burton R. Lifland
                                                                    United States Bankruptcy Judge