Susan Power Johnston
Ronald A. Hewitt
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
phone:  (212) 841-1000
fax:  (212) 841-1010

- and -

Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
phone:  (202) 662-6000
fax:  (202) 662-6291

*Counsel to Pasifin Co. Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION               :
CORPORATION,                                                    :         Adversary Proceeding
                                                                              :         No. 08-01789-BRL
         Plaintiff-Applicant,                                  :
                                                                              :         SIPA Liquidation
v.                                                                           :         (Substantively Consolidated)
                                                                              :
BERNARD L. MADOFF INVESTMENT       :
SECURITIES LLC,                                              :
                                                                              :
         Defendant.                                             :
----------------------------------------------------------------x
In re:                                                                    :
                                                                              :
BERNARD L. MADOFF,                                   :
                                                                              :
         Debtor.                                                    :
----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

       I, Ronald A. Hewitt, certify that:

       I am over 18 years of age, am not a party in the above-captioned case and am employed by the firm of Covington & Burling LLP, and reside in New York, New York.

On December 9, 2011, I caused to be served true and correct copies of the Motion of Dennis B. Auerbach for Admission to Practice, *Pro Hac Vice* [Docket No. 4575], electronically via the Court's ECF system on participants of such system, and on December 12, 2011, by United States First Class Mail on the parties listed below.

| | |
|---|---|
| BAKER & HOSTETLER LLP<br>*Attorneys for the Trustee*<br>45 Rockefeller Plaza<br>11th Floor<br>New York, New York  10111<br>Attn:  Marc E. Hirschfield, Esq. | SECURITIES INVESTOR<br>PROTECTION CORPORATION<br>805 Fifteenth Street, N.W.<br>Suite 800<br>Washington, D.C.  20005<br>Attn:  Josephine Wang, Esq. |

Dated: December 12, 2011
    New York, New York

By:   */s/ Ronald A. Hewitt*
      Ronald A. Hewitt