BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:      (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Marc D. Powers, Esq.
Email: mpowers@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 13, 2011 AT 10:00 A.M.**

**CONTESTED MATTERS**

**Picard v. Maxam Absolute Return Fund, L.P., et al.; Adv. Pro. No. 10-05342**

19.     Pre-Trial Conference

<u>Status</u>: This matter is going forward.


Dated: New York, New York
        December 12, 2011

                        **BAKER & HOSTETLER LLP**


                    By:    */s/Marc E. Hirschfield*
                           Baker & Hostetler LLP
                           45 Rockefeller Plaza
                           New York, NY  10111
                           Telephone: (212) 589-4200
                           Facsimile: (212) 589-4201
                           David J. Sheehan
                           Email: dsheehan@bakerlaw.com
                           Marc E. Hirschfield
                           Email: mhirschfield@bakerlaw.com
                           Marc D. Powers, Esq.
                           Email: mpowers@bakerlaw.com


                           *Attorneys for Irving H. Picard, Esq. Trustee
                           for the Substantively Consolidated SIPA
                           Liquidation of Bernard L. Madoff
                           Investment Securities LLC And Bernard L.
                           Madoff*

095879, 000061, 300190114.1