Daniel J. Kornstein (DJK-3264)
William B. Pollard, III (WBP-9252)
Amy C. Gross (ACG-8836)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017
Tel.:  212-418-8600
Fax:  212-826-3640
Attorneys for Certain
American Securities Defendants

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SECURITIES INVESTOR PROTECTION         :
CORPORATION,                           :  Adv. Pro. No. 08-01789 (BRL)
                                       :
        Plaintiff-Applicant,           :  SIPA LIQUIDATION
                                       :
        v.                             :  (Substantively Consolidated)
                                       :
BERNARD L. MADOFF INVESTMENT           :
SECURITIES, L.L.C.,                    :
                                       :
                Defendant.             :
------------------------------------X
In re:                                 :
                                       :
BERNARD L. MADOFF,                     :
                                       :
                Debtor.                :
------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that Kornstein Veisz Wexler & Pollard, LLP hereby appears in the above-captioned action as counsel of record for the parties listed on Exhibit A hereto ("Certain American Securities Defendants"). Pursuant to Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and this Court's Order dated December 5, 2011, Kornstein Veisz Wexler &

Pollard, LLP requests that all notices given or required to be given in the above-captioned action, and all papers served or required to be served in the above-captioned action, be given and served upon the following persons at the addresses and numbers set forth below:

> Kornstein Veisz Wexler & Pollard, LLP
> 757 Third Avenue, 18th Floor
> New York, New York 10017
> Attn: Daniel J. Kornstein, Esq.
>       William B. Pollard, III, Esq.
>       Amy C. Gross, Esq.
> Email: wpollard@kvwmail.com
>        dkornstein@kvwmail.com
>        agross@kvwmail.com
> Tel: (212) 418-8600
> Fax: (212) 826-3640

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in the above-captioned case, including, without limitation, all reports filed with the Office of the U.S. Trustee, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States mail, electronic mail, expedited delivery services, telephone, telex, telecopy or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Documents nor any subsequent appearance, pleading, claim, or suit shall constitute

a waiver of Certain American Securities Defendants' substantive or procedural rights.

Dated:    New York, New York
            December 12, 2011

KORNSTEIN VEISZ WEXLER
  & POLLARD, LLP

By: _____
   Daniel J. Kornstein (DJK-3264)
   William B. Pollard, III (WBP-9252)
   Amy C. Gross (ACG-8836)
757 Third Avenue
New York, New York 10017
(212) 418-8600

Attorneys for Certain
American Securities Defendants

## EXHIBIT A

American Securities Management, L.P., f/k/a American Securities, L.P.;
American Securities Opportunity Fund, L.P.;
American Securities Holdings Corp.;
American Securities Group, L.L.C.;
AS Hirota Holdings Corp.;
Elizabeth R. Varet, individually and as custodian for Joseph R. Varet, as custodian and/or Trustee of the Elizabeth R. Varet Money Purchase Pension Plan, as grantor of the 2004 V Trust, as trustee and beneficiary of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as settlor of Michael A. Varet Trust UAD 11/9/94, as settlor of the Trust 11/9/94 (A. Anagnos et. al., trustees), as trustee of the Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of the Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of the Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee of the Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of the Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as trustee of the Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as beneficiary and trustee of the Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of the Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet, as trustee and Beneficiary of the Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of the Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of the Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman, and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman;
Alexander G. Anagnos, as trustee of the 2004 V Trust and as trustee of Trust 11/9/94 (A. Anagnos et al, trustees);
Belinda Clarke, as trustee for the Concorde 1987 Trust DTD 12/9/87;
Stuart H. Coleman, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald and as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald;
Ellen V. Greenspan, as trustee of the Trust 11/9/94 (A. Anagnos et. al., trustees);
James R. Ledley, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman;
Peter Pearman, as trustee for the Concorde 1987 Trust DTD 12/9/87;
Alice Rosenwald a/k/a Alice Sigelman, individually, as custodian for Jonathan Sigelman, as custodian for Benjamin R. Sigelman, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD

9/28/51 FBO Jonathan R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald and as Executrix of the Estate of Jesse L. Sigelman;

Nina Rosenwald, individually, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee and beneficiary of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee and beneficiary of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald and as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald;

Benjamin R. Sigelman, individually, as beneficiary of the Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, and as beneficiary of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman;

Jonathan R. Sigelman, individually, and as beneficiary of the Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as beneficiary of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman;

The Estate of Jesse L. Sigelman;

Ronald J. Stein, as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman;

David R. Varet;

Joseph R. Varet, individually, and as beneficiary of the Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet;

Michael A. Varet, individually, as beneficial owner of one or more IRAs, as custodian for David R. Varet and Sarah R. Varet, and as trustee of the Michael A. Varet Trust UAD 11/9/94;

Sarah R. Varet, individually and as trustee and beneficiary of the Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet;

Elizabeth R. Varet IRA Rollover;

Michael A. Varet IRA Rollover;

Michael A. Varet IRA Rollover #2;

Elizabeth R. Varet Defined Benefit Plan & Trust;

Elizabeth R. Varet Money Purchase Pension Plan;

Decimal Investments, L.L.C.;

Hudson Charitable Fund;

P&I Partners;

The Abstraction Fund;

American Philanthropic Foundation;

Anchorage Charitable Fund;

JJG Foundation, Inc.;

Metropolitan Philanthropic Fund, Inc.

Alice Rosenwald Fund;

William Rosenwald Family Fund, Inc.