UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
: 
In re: : Adv. Pro. No. 08-1789 (BRL)
: 
SECURITIES INVESTOR PROTECTION : SIPA Liquidation
CORPORATION, :
: (Substantively Consolidated)
Plaintiff-Applicant, :
:
v. :
:
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
:
Defendant. :
:
------------------------------------ x

## ORDER

Upon the motion (the "Motion") of A & G Goldman Partnership, individually and on behalf of all other similarly situated (collectively, the "Picower Class Action Plaintiffs" or "Movants"), dated December 13, 2011,[1] by their counsel, Herrick, Feinstein LLP, Beasley Hauser Kramer Leonard & Galardi, P.A., and Blackner, Stone & Associates, seeking entry of an order determining that neither the injunction issued by this Court as part of its order, dated January 13, 2011, nor the automatic stay provisions (the "Automatic Stay") of section 362 of title 11 of the United States Code (the "Bankruptcy Code"), bar, prohibit, restrict or prevent Movants from commencing and prosecuting a securities law class action (the "Class Action") against certain non-debtor defendants (collectively, the "Picower Defendants") in the United States District Court for the Southern District of Florida (the "Florida District Court"); and upon consideration of the Motion; and proper and sufficient notice of the Motion and the relief

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

requested therein have been given, and no further notice being required; and due deliberation having been had and sufficient cause appearing therefore; it is

ORDERED, that the injunction issued by the Court as part of its order, dated January 13, 2011, does not bar, prohibit, restrict or prevent Movants from commencing and prosecuting the Class Action against the Picower Defendants in the Florida District Court; and it is further

ORDERED, that the Automatic Stay does not bar, prohibit, restrict or prevent Movants from commencing and prosecuting the Class Action against the Picower Defendants in the Florida District Court.

Dated:      New York, New York
            _____, 2011

_____
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE

2