Hearing Date: January 31, 2012 @ 10:00 a.m.

| | |
|---|---|
| **HERRICK, FEINSTEIN LLP**<br>Two Park Avenue<br>Joshua J. Angel<br>Frederick E. Schmidt, Jr.<br>New York, New York 10016<br>Telephone: (212) 592-1400<br>Facsimile: (212) 592-1500<br>jangel@herrick.com<br>eschmidt@herrick.com | **BEASLEY HAUSER KRAMER**<br>**LEONARD & GALARDI, P.A.**<br>505 South Flagler Drive, Suite 1500<br>West Palm Beach, Florida 33401<br>Telephone: (561) 835-0900<br>Facsimile: (561) 835-0939<br><br>**BLACKNER, STONE & ASSOCIATES**<br>123 Australian Avenue<br>Palm Beach, Florida 33480<br>Telephone: (561) 659-5754<br>Facsimile: (561) 659-3184 |

Attorneys for Pamela Goldman, individually and on behalf of a similarly situated class

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
In re:                                           :    Adv. Pro. No. 08-1789 (BRL)
                                                 :
SECURITIES INVESTOR PROTECTION   :    SIPA Liquidation
CORPORATION,                                     :
                                                 :    (Substantively Consolidated)
           Plaintiff-Applicant,                  :
                                                 :
           v.                                    :
                                                 :
BERNARD L. MADOFF INVESTMENT     :
SECURITIES LLC,                                  :
                                                 :
           Defendant.                            :
                                                 :
------------------------------------- x

**NOTICE OF HEARING ON MOTION OF PICOWER CLASS ACTION
PLAINTIFFS FOR A DETERMINATION THAT THE COMMENCEMENT OF
SECURITIES CLASS ACTION LAWSUITS AGAINST NON-DEBTOR PARTIES
IS NOT PROHIBITED BY A PERMANENT INJUNCTION ISSUED BY THIS
<u>COURT OR VIOLATIVE OF THE AUTOMATIC STAY</u>**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") to consider the motion dated December 13, 2011 (the "Motion") of Pamela Goldman,[1] individually and on behalf of all other similarly situated (collectively, the "Picower Class Action Plaintiffs" or "Movants"), seeking entry of an order determining that neither the injunction issued by this Court as part of its order, dated January 13, 2011, nor the automatic stay provisions (the "Automatic Stay") of section 362 of title 11 of the United States Code (the "Bankruptcy Code"), bar, prohibit, restrict or prevent Movants from commencing and prosecuting a securities law class action (the "Class Action") against certain non-debtor defendants (collectively, the "Picower Defendants") in the United States District Court for the Southern District of Florida (the "Florida District Court"), shall be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, Courtroom 623, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on January 31, 2012 at 10:00 a.m. (prevailing Eastern Time), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion, if any, must be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General order M-242 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard-copy delivered directly to Chambers), and shall be served in accordance with General Order M-242 upon (i) Herrick, Feinstein LLP, 2 Park Avenue, New York, New York

---

[1] Pamela Goldman, like all other class members, is a "net loser" having not received the return of her full principal investment with BLMIS.

10016 (Attn: Frederick E. Schmidt, Esq.); (ii) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111 (Attn: Elizabeth A. Smith, Esq. and Elyssa S. Kates, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004; and (iv) all parties having entered a notice of appearance in the above captioned case, so as to be received no later than **January 10, 2012 at 4:00 p.m**. (prevailing Eastern Time).

Dated: New York, New York
December 13 , 2011

/s/Joshua J. Angel

**HERRICK, FEINSTEIN LLP**
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Joshua J. Angel
Frederick E. Schmidt, Jr.

**BEASLEY HAUSER KRAMER & GALARDI, P.A.**
505 South Flagler Drive, Suite 1500
West Palm Beach, Florida 33401
Telephone: (561) 835-0900
Facsimile: (561) 835-0939

- and -

**BLACKNER, STONE & ASSOCIATES**
123 Australian Avenue
Palm Beach, Florida 33480
Telephone: (561) 659-5754
Facsimile: (561) 659-3184

Attorneys for Pamela Goldman, individually and on behalf of a similarly situated class