DECHERT LLP
WILLIAM K. DODDS
DAVID A. KOTLER
DAVID P. STAUBITZ
1095 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL.: (212) 698-3500
FAX: (212) 698-3599

*ATTORNEYS FOR OPPENHEIMER ACQUISITION CORP.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, PLAINTIFF, V. BERNARD L. MADOFF INVESTMENT SECURITIES LLC, DEFENDANT. | SIPA LIQUIDATION No. 08-01789 (BRL) (SUBSTANTIVELY CONSOLIDATED) |
| IN RE BERNARD L. MADOFF, DEBTOR. | |
| IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC, PLAINTIFF, V. TREMONT GROUP HOLDINGS, INC.; TREMONT PARTNERS, INC.; TREMONT (BERMUDA) LIMITED; RYE SELECT BROAD MARKET FUND, L.P.; RYE SELECT BROAD MARKET PRIME FUND, L.P.; RYE SELECT BROAD MARKET PORTFOLIO LIMITED; RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC; RYE SELECT BROAD MARKET INSURANCE FUND, L.P.; RYE SELECT BROAD MARKET XL FUND, L.P.; RYE | ADV. PRO. NO. 10-05310 (BRL) |

| |
|---|
| SELECT BROAD MARKET XL PORTFOLIO LIMITED; TREMONT ARBITRAGE FUND, L.P.; TREMONT ARBITRAGE FUND IRELAND; TREMONT EMERGING MARKETS FUND–IRELAND; TREMONT EQUITY FUND– IRELAND; TREMONT INTERNATIONAL INSURANCE FUND, L.P.; TREMONT LONG/SHORT EQUITY FUND, L.P.; TREMONT MARKET NEUTRAL FUND, L.P.; TREMONT MARKET NEUTRAL FUND II, L.P.; TREMONT MARKET NEUTRAL FUND LIMITED; TREMONT OPPORTUNITY FUND LIMITED; TREMONT OPPORTUNITY FUND II, L.P.; TREMONT OPPORTUNITY FUND III, L.P.; RYE SELECT EQUITIES FUND; TREMONT MULTI MANAGER FUND; LIFEINVEST OPPORTUNITY FUND LDC; OPPENHEIMER ACQUISITION CORP.; MASSMUTUAL HOLDING LLC; MASSACHUSETTS MUTUAL LIFE INSURANCE CO.; SANDRA L. MANZKE AND ROBERT I. SCHULMAN, DEFENDANTS. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David A. Kotler of Dechert LLP, with offices located at 1095 Avenue of the Americas, New York, NY 10036-6797, hereby appears on behalf of defendant Oppenheimer Acquisition Corp. in the above-captioned action.

I hereby certify that I am admitted to practice before this Court.

Dated: December 13, 2011
New York, NY

                      Respectfully Submitted,

                      DECHERT LLP

                      By: /s/ David A. Kotler
                      DAVID A. KOTLER
                      1095 Avenue of the Americas
                      New York, NY 10036-6797
                      Tel: (212) 698-3557
                      Fax: (212) 698-3599
                      E-mail: david.kotler@dechert.com

                      *Attorneys for Defendant*
                      *Oppenheimer Acquisition Corp.*

14281229