UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br> Plaintiff, <br> v. <br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br> Defendant. <br> In re <br> BERNARD L. MADOFF, <br> Debtor. | SIPA LIQUIDATION <br> No. 08-01789 (BRL) <br> (Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br> Plaintiff, <br> v. <br> TREMONT GROUP HOLDINGS, INC.; TREMONT PARTNERS, INC.; TREMONT (BERMUDA) LIMITED; RYE SELECT BROAD MARKET FUND, L.P.; RYE SELECT BROAD MARKET PRIME FUND, L.P.; RYE SELECT BROAD MARKET PORTFOLIO LIMITED; RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC; RYE SELECT BROAD MARKET INSURANCE FUND, L.P.; RYE SELECT BROAD MARKET XL FUND, L.P.; RYE SELECT BROAD MARKET XL PORTFOLIO LIMITED; TREMONT ARBITRAGE FUND, L.P.; TREMONT ARBITRAGE FUND IRELAND; TREMONT EMERGING MARKETS FUND–IRELAND; TREMONT EQUITY FUND–IRELAND; TREMONT INTERNATIONAL INSURANCE FUND, L.P.; TREMONT LONG/SHORT EQUITY FUND, L.P.; TREMONT MARKET NEUTRAL FUND, L.P.; | Adv. Pro. No. 10-05310 (BRL) <br><br> **CERTIFICATE OF SERVICE** |

| |
|---|
| TREMONT MARKET NEUTRAL FUND II, L.P.; TREMONT MARKET NEUTRAL FUND LIMITED; TREMONT OPPORTUNITY FUND LIMITED; TREMONT OPPORTUNITY FUND II, L.P.; TREMONT OPPORTUNITY FUND III, L.P.; RYE SELECT EQUITIES FUND; TREMONT MULTI MANAGER FUND; LIFEINVEST OPPORTUNITY FUND LDC; OPPENHEIMER ACQUISITION CORP.; MASSMUTUAL HOLDING LLC; MASSACHUSETTS MUTUAL LIFE INSURANCE CO.; SANDRA L. MANZKE AND ROBERT I. SCHULMAN, DEFENDANTS. |

I, David A. Kotler, an attorney duly admitted to practice in the courts of this State, hereby certify under the penalty of perjury that on this 13th day of December 2011, I caused to be served on all registered ECF participants, electronically through the court's ECF System, a copy of the annexed Notice of Appearance.

Dated: December 13, 2011
New York, NY

Respectfully Submitted,

DECHERT LLP

By:  s/ David A. Kotler
David A. Kotler
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3557
Fax: (212) 698-3599
E-mail: david.kotler@dechert.com

*Attorneys for Defendant*
*Oppenheimer Acquisition Corp.*

14281235