Parvin K. Aminolroaya
SEEGER WEISS LLP
77 Water Street
New York, New York 10005
Telephone: (212) 584-0700
Telecopier: (212) 584-0799
Email: paminolroaya@seegerweiss.com

*Attorneys for the M & B Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss, Melvyn I. Weiss, Barbara J. Weiss, Stephen A. Weiss, Leslie Weiss and Gary M. Weiss*

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>THE M & B WEISS FAMILY LIMITED PARTNERSHIP OF 1996 C/O MELVYN I. WEISS, *et al.*,<br><br>　　　　　Defendants. | Adv. Pro. No. 10-04241 (BRL)<br><br>District Court<br>11-CV-06244 (JSR) |

## NOTICE OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants The M & B Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss, Melvyn I. Weiss, Barbara J. Weiss, Stephen A. Weiss, Leslie Weiss and Gary M. Weiss, and requests that service of all notices and pleadings in this case be made upon the undersigned as follows:

> Parvin K. Aminolroaya, Esq.
> Seeger Weiss LLP
> 77 Water Street
> New York, New York 10005
> Telephone:  (212) 584-0700
> Telecopier:  (212) 584-0799
> Email:  paminolroaya@seegerweiss.com

Dated: December 14, 2011
       New York, New York

> SEEGER WEISS LLP
>
> /s/ *Parvin K. Aminolroaya*
> Parvin K. Aminolroaya