COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Phone: (212) 841-1000
Fax:    (212) 841-1010

*Counsel to Pasifin Co. Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

      Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

      Defendant.
---------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

      Debtor.
---------------------------------------------------------------x

Adversary Proceeding
No. 08-01789-BRL

SIPA Liquidation
(Substantively Consolidated)

## **CERTIFICATE OF SERVICE**

      I certify that on this 15th day of December, 2011, I caused the foregoing limited objection to be served by hand delivery, electronic mail, and first class mail, postage prepaid, to:

      Elizabeth A. Smith, Esq.
      Elyssa S. Kates, Esq.
      Baker & Hostetler LLP
      45 Rockefeller Center
      New York, New York 10111

      */s/ Martin Beeler*
      Martin Beeler