SNR DENTON US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020-1089
Tel.: (212) 768-6700
Fax: (212) 768-6800
E-mail: carole.neville@snrdenton.com

*Attorneys for SNR Customers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantially Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that SNR Denton US LLP hereby appears in the above-captioned cases for and on behalf of the customers listed on Schedule A ("SNR Customers") pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses, telephone and telecopy numbers and electronic mail addresses:

        Carole Neville, Esq.
        SNR DENTON US LLP
        1221 Avenue of the Americas
        New York, New York 10020
        Tel: (212) 768-6700
        Fax: (212) 768-6800
        Email: carole.neville@snrdenton.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of: (a) customers' rights to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (b) any other rights, claims, actions, setoffs, or recoupments to which customers are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the customers expressly reserves.

Dated: New York, New York  
       December 19, 2011

SNR DENTON US LLP

By:   /s/ Carole Neville
     Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Tel:   (212) 768-6700
Fax:   (212) 768-6800
E-mail: carole.neville@snrdenton.com

*Attorneys for SNR Customers*

## CERTIFICATE OF SERVICE

I, Carole Neville, certify that service of the **Notice of Appearance and Demand for Notices and Papers** was caused to be made on December 19, 2011, upon the parties identified in the Service List attached hereto in the manner indicated therein.

Dated: New York, New York
December 19, 2011

                                               */s/ Carole Neville*
                                               Carole Neville

## SERVICE BY U.S. MAIL

BAKER & HOSTETLER LLP
**David J. Sheehan**
**Marc E. Hirschfield**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
dsheehan@bakerlaw.com
mhirschfield@bakerlaw.com

WINDELS MARX LANE & MITTENDORF, LLP
**Howard L. Simon**
156 West 56th Street
New York, NY 10019
Telephone:  (212) 237-1000
Facsimile:  (212) 262-1215
hsimon@windelsmarx.com