## **SCHEDULE A**

| |
|---|
| HAROLD J. HEIN, |
| KELMAN PARTNERS LIMITED PARTNERSHIP, a Delaware limited partnership, C.D. KELMAN CORPORATION, a Delaware corporation, TRUST FOR LESLEY A. KELMAN KOEPPEL UNDER ARTICLE XII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, JENNIFER KELMAN, as trustee, LESLEY A. KELMAN KOEPPEL, as trustee and as an individual, TRUST FOR JENNIFER KELMAN UNDER ARTICLE XII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, LESLEY A. KELMAN KOEPPEL, as trustee, JENNIFER KELMAN, as trustee and as an individual |
| BARBARA J. BERDON |
| LAURA E. GUGGENHEIMER COLE |
| SIDNEY COLE |
| EPIC VENTURES, LLC, ERIC P. STEIN |
| IDA FISHMAN REVOCABLE TRUST, PAUL S. SHURMAN, in his capacity as co-trustee of the Ida Fishman Revocable Trust and WILLIAM SHURMAN, in his capacity as co-trustee of the Ida Fishman Revocable Trust, and WILLIAM SHURMAN, as Executor of the estate of Ida Fishman |
| THE FREDERICA RIPLEY FRENCH REVOCABLE TRUST, FREDERICA R. FRENCH, and SETH B. FRENCH |
| ALVIN GINDEL REVOCABLE TRUST, ALVIN GINDEL |
| ROSE GINDEL TRUST, ROSE GINDEL, individually and in her capacity as Trustee of the Rose Gindel Trust, MICHAEL GINDEL, individually and in his capacity as Trustee of the Rose Gindel Trust, BRENT GINDEL, in his capacity as Trustee of the Rose Gindel Trust, and ALVIN GINDEL, in his capacity as Trustee of the Rose Gindel Trust |
| S&L PARTNERSHIP, a New York partnership, CARLA GOLDWORM, TRUST FOR THE BENEFIT OF SAMUEL GOLDWORM, a New York trust, SAMUEL GOLDWORM, as trustee and as an individual, TRUST FOR THE BENEFIT OF LUKE GOLDWORM, a New York trust, and LUKE GOLDWORM, as trustee and as an individual |
| JOEL I. GORDON REVOCABLE TRUST U/A/D 5/11/94 JOEL I. GORDON |
| TOBY T. HOBISH, as an individual and as trustee, LI RAM L.P., a New York limited partnership, AMY A. HOBISH, MITCHELL K. HOBISH, as an individual and as trustee, RICHARD S. HOBISH, TOBY T. HOBISH LIVING TRUST, a New York trust, MARITAL TRUST UNDER ARTICLE XXII OF THE HERBERT W. HOBISH LIVING TRUST, a New York trust, and NON MARITAL TRUST UNDER ARTICLE XXII OF THE HERBERT W. HOBISH LIVING TRUST, a New York trust |
| HELENE CUMMINGS KARP ANNUITY, HELENE CUMMINGS KARP |
| LAPIN CHILDREN LLC |

| |
|---|
| BAM L.P., <br> MICHAEL MANN, <br> MERYL MANN, <br> BETSY MANN POLATSCH, and <br> ADAM MANN |
| DAVID R. MARKIN, individually and as trustee of the David Markin Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2, SOUTHPAC INTERNATIONAL TRUST LTD., as trustee of the David R. Markin 2003 Trust, DAVID R. MARKIN 2003 TRUST, DAVID MARKIN CHARITABLE REMAINDER UNITRUST #1, DAVID R. MARKIN CHARITABLE REMAINDER UNITRUST #2 |
| STANLEY T. MILLER |
| THE MURRAY FAMILY TRUST, <br> MURRAY B. FELTON REVOCABLE TRUST, <br> MURRAY B. FELTON, in his capacity as Trustee, of the Murray Family Trust, in his capacity as Grantor of the Doris Felton Family Trust, and in his capacity as Trustee and Grantor of the Murray B. Felton Revocable Trust, <br> HOWARD A. KALKA, in his capacity as Grantor of the Murray Family Trust, <br> MILES J. FELTON, in his capacity as Grantor of the Murray Family Trust, <br> THE DORIS FELTON FAMILY TRUST, <br> WILLIAM D. FELTON, in his capacity as Trustee of the Doris Felton Family Trust, <br> LESLIE ENGELSON, and <br> ALICIA P. FELTON |
| ESTATE OF MARJORIE K. OSTERMAN; <br> TRUST CREATED UNDER THE WILL OF HAROLD KORN FOR THE BENEFIT OF MARJORIE K. OSTERMAN; <br> L. THOMAS OSTERMAN, individually and in his capacity as Executor of the Estate of Marjorie K. Osterman; and <br> PATRICIA A. THACKRAY |
| NEIL REGER PROFIT SHARING KEOGH <br> NEIL REGER |
| EUGENE J. RIBAKOFF 2006 TRUST, <br> ESTATE OF EUGENE J. RIBAKOFF, <br> STEPHANIE RIBAKOFF, as Trustee of the Eugene J. Ribakoff 2006 Trust, as Personal Representative of the Estate of Eugene J. Ribakoff, and individually |
| SAGE ASSOCIATES; <br> LILLIAN M. SAGE, in her Capacity as Partner or Joint Venturer of Sage Associates and Individually as Beneficiary of Sage Associates; <br> MALCOLM H. SAGE, in his Capacity as Partner or Joint Venturer of Sage Associates and Individually as Beneficiary of Sage Associates; <br> MARTIN A. SAGE, in his Capacity as Partner or Joint Venturer of Sage Associates and Individually as Beneficiary of Sage Associates; and <br> ANN M. SAGE PASSER, in her Capacity as Partner or Joint Venturer of Sage Associates and Individually as Beneficiary of Sage Associates |
| SAGE REALTY; <br> LILLIAN M. SAGE, in her Capacity as Partner or Joint Venturer of Sage Realty and Individually as Beneficiary of Sage Realty; <br> MALCOLM H. SAGE, in his Capacity as Partner or Joint Venturer of Sage Realty and Individually as Beneficiary of Sage Realty; <br> MARTIN A. SAGE, in his Capacity as Partner or Joint Venturer of Sage Realty and |

| |
|---|
| Individually as Beneficiary of Sage Realty; and<br>ANN M. SAGE PASSER, in her Capacity as Partner or Joint Venturer of Sage Realty and Individually as Beneficiary of Sage Realty |
| THE NORMA SHAPIRO REVOCABLE DECLARATION OF TRUST UNDER AGREEMENT DATED 9/16/2008;<br>TRUST UNDER WILL OF PHILIP L SHAPIRO;<br>NORMA SHAPIRO, individually, and in her capacity as Trustee for the Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/2008 and the Trust Under Will of Philip L. Shapiro;<br>MARTIN ROSEN, in his capacity as Trustee of the Trust Under Will of Philip L. Shapiro |
| ESTATE OF JACK SHURMAN;<br>ESTATE OF HELEN SHURMAN;<br>PAUL S. SHURMAN, individually, in his capacity as Executor of the Estates of Jack Shurman and Helen Shurman and as beneficiary under the wills of Jack Shurman and Helen Shurman; and<br>WILLIAM A. SHURMAN, individually, in his capacity as Executor of the Estates of Jack Shurman and Helen Shurman, and as beneficiary under the wills of Jack Shurman and Helen Shurman |
| BARRY WEISFELD |
| SHERRY AND ANDREW FABRIKANT |
| SIDNEY HOROWITZ IRA |
| MAURICE SAGE FOUNDATION |
| MMRN |
| CFIF II |
| ROBERT T. SCHOEN MD AND CYNTHIA B. FRENCH J/T WROS |
| MARVIN MILLER |
| LESLEY K. KOEPPEL |
| DAVINA GREENSPAN IRA |
| DAVINA GREENSPAN AND LORI FRIEDMAN JT WROS |
| MARY SCHOTT |
| LEWIS SCHOTT FOUNDATION |
| LEWIS SCHOTT TRUST |
| THREE S PARTNERSHIP |
| LADY VICTORIA DE ROTHSCHILD |
| SHERI WARSHAW |
| ELLIOTT J. GOLDSTEIN MD PC |
| EMM REALTY |
| ROBERT LAPIN IRA |
| STANLEY ELIAS |
| SOLLAR FAMILY PARTNERSHIP |
| ROSENTHAL FOUNDATION |
| SMITH FAMILY PARTNERSHIP |
| ELAINE ROBERTS STEIN |
| MARVIN BRUCE IRA |
| CECIL RUDNICK |
| MILLICENT ZAHN RUDNICK |