**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

## ORDER

This matter came before the Court on the notice (the "Notice")[1] of Irving H. Picard, Esq. (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS" or "Debtor") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, *et seq.*, and as trustee for the substantively consolidated estate of Bernard L. Madoff ("Madoff") (ECF No. 4552), for entry of an order approving the Trustee's proposed abandonment of certain property belonging to BLMIS contained on the 3rd floor of the warehouse leased by Madoff in Long Island City, Queens, New York (the "Madoff Queens Warehouse Furniture") and certain property belonging to BLMIS contained on the 17th Floor of the Lipstick Building, New York, New York (the "Madoff Lipstick Building Furniture"), as specifically identified in the exhibits, Exhibits A and B, respectively, and attached to the Notice; and the Court having jurisdiction to consider the Notice in accordance with SIPA, 15 U.S.C. § 78eee(b)(4), the Protective Decree entered on December 15, 2008 by the United States District Court for the

Southern District of New York in Case No. 08-CV-10791 (LLS), and 28 U.S.C. §§ 157 and 1334, and in accordance with SIPC's application under SIPA, 15 U.S.C. § 78eee(a)(3); and because the Madoff Queens Warehouse Furniture and Madoff Lipstick Building Furniture is burdensome to the estate and of inconsequential value and benefit to the estate; and that no objections have been filed to the Notice; and due notice having been given, and it appearing that no other or further notice need be given; and after due deliberation, it is hereby:

**ORDERED**, that the Trustee shall abandon the Madoff Queens Warehouse Furniture and Madoff Lipstick Building Furniture; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York
December 19, 2011            /s/Burton R. Lifland
                             HONORABLE BURTON R. LIFLAND
                             UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Notice.