BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON DECEMBER 21, 2011 AT 10:00 A.M.**

**CONTESTED MATTER**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-1789**

1.   Trustee's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement By and Between the Trustee and the United States of America on Behalf of the Internal Revenue Service filed by Elyssa Suzanne Kates on behalf of Irving H. Picard (Filed:  11/22/2011) [ECF No. 4544]

Related Documents:

A. Affidavit in Support of Trustee's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement By and Between the Trustee and the United States of America on Behalf of the Internal Revenue Service (related document 4544) filed by Elyssa Suzanne Kates on behalf of Irving H. Picard (Filed:  11/22/2011) [ECF No. 4545]

B. Affidavit of Service of Trustee's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement By and Between the Trustee and the United States of America on Behalf of the Internal Revenue Service (the "Motion") and the Affidavit in Support of the Motion (related documents 4544, 4545) filed by Elyssa Suzanne Kates on behalf of Irving H. Picard (Filed:  11/22/2011) [ECF No. 4546]

C. Affidavit of Mailing of Trustee's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement By and Between the Trustee and the United States of America on Behalf of the Internal Revenue Service (Docket No. 4544), and Affidavit in Support of Trustee's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement By and Between the Trustee and the United States of America on Behalf of the Internal Revenue Service (Docket No. 4545)  (Filed:  12/1/2011) [ECF No. 4559]

Objections Due:                    December 15, 2011

Objections Filed:

D. Limited Objection of Pasifin Co. Inc. to Trustee's Proposed Settlement with the Internal Revenue Service (related document 4544) filed by Amanda Raboy on behalf of Pasifin Co. Inc. (Filed:  12/15/2011) [ECF No. 4587]

Reply Filed:

E. Reply in Further Support of Trustee's Motion for Entry of an Order Pursuant to Section 105(A) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement by and Between the Trustee and United States of America on Behalf of the Internal Revenue Service filed by Elyssa Suzanne Kates on behalf of Irving H. Picard (Filed:  12/19/2011) [ECF No. 4597]

Related Document:

F.  Affidavit of Service of Reply in Further Support of Trustee's Motion for Entry of an Order Pursuant to Section 105(A) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement by and Between the Trustee and United States of America on Behalf of the Internal Revenue Service filed by Elyssa Suzanne Kates on behalf of Irving H. Picard (Filed: 12/19/2011) [ECF No. 4598]

2.  Trustee's Motion For (I) A Report And Recommendation To The District Court For The Appointment Of Special Discovery Masters; (II) An Order Establishing Procedures For Electronic Data Rooms; And (III) An Order Modifying The June 6, 2011 Litigation Protective Order, pursuant to the Notice of Adjournment filed on 10/14/2011. (Adjourned from 10/19/2011.) (Filed 8/5/2011) [ECF No. 4290]

Related Documents:

A.  Affidavit of Edward J. Jacobs In Support Of Trustee's Motion For (I) Report And Recommendation To The District Court For The Appointment Of Special Discovery Masters; (II) An Order Establishing Procedures For Electronic Data Rooms; And (III) An Order Modifying The June 6, 2011 Litigation Protective Order (related document 4290) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 8/5/2011) [ECF No. 4291]

B.  Affidavit of Service of Trustee's Motion For (I) A Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order; and Affidavit of Edward J. Jacobs, Esq., in Support of Trustee's Motion (related document 4290, 4291) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 8/10/2011) [ECF No. 4298]

C.  Notice of Adjournment of Hearing on Trustee's Motion For (I) A Report And Recommendation To The District Court For The Appointment Of Special Discovery Masters; (II) An Order Establishing Procedures For Electronic Data Rooms; And (III) An Order Modifying The June 6, 2011 Litigation Protective Order to December 21, 2011 at 10:00 A.M. (related document(s)4290) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 10/14/2011) [ECF No. 4454]

D.  Affidavit of Service of Notice of Adjournment of Hearing on Trustee's Motion For (I) A Report And Recommendation To The District Court For The Appointment Of Special Discovery Masters; (II) An Order Establishing Procedures For Electronic Data Rooms; And (III) An Order Modifying The June 6, 2011 Litigation Protective Order to December 21, 2011 at 10:00 A.M. (related

095879, 000001, 300190104.1

    document(s)4454) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 10/14/2011) [ECF No. 4455]

E.     Affidavit of Service of Trustee's Motion For (I) A Report And Recommendation To The District Court For The Appointment Of Special Discovery Masters; (II) An Order Establishing Procedures For Electronic Data Rooms; And (III) An Order Modifying The June 6, 2011 Litigation Protective Order and Notice of Adjournment of Hearing (related document(s)4316, 4290, 4291, 4454) filed by Marc E. Hirschfield on behalf of Irving H. Picard Picard (Filed: 10/28/2011) [ECF No. 4485]

F.     Affidavit of Service of Trustee's Motion For (I) A Report And Recommendation To The District Court For The Appointment Of Special Discovery Masters; (II) An Order Establishing Procedures For Electronic Data Rooms; And (III) An Order Modifying The June 6, 2011 Litigation Protective Order and Notice of Adjournment of Hearing (related document 4316, 4290, 4291, 4454) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 10/28/2011) [ECF No. 4486]

G.     Affidavit of Service of Trustee's Motion For (I) A Report And Recommendation To The District Court For The Appointment Of Special Discovery Masters; (II) An Order Establishing Procedures For Electronic Data Rooms; And (III) An Order Modifying The June 6, 2011 Litigation Protective Order and Notice of Adjournment of Hearing (related document(s)4316, 4290, 4291, 4454) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 10/28/2011) [ECF No. 4505]

Objections Due:     August 31, 2011

Objections Filed:

H.     Response to Motion And Reservation Of Rights (related document 4290) filed by Michael E. Wiles on behalf of Hermes International Fund Limited, Lagoon Investment Limited, Thema Fund Limited, Thema International Fund PLC, Thema Wise Investments (Filed: 8/31/2011) [ECF No. 4321]

I.     Objection of PJ Administrator LLC to Trustee's Motion for (I) A Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; and (III) An Order Modifying the June 6, 2011 Litigation Protective Order (related document 4290) filed by Steven G. Storch on behalf of PJ Administrator LLC (Filed: 8/31/2011) [ECF No. 4322]

J.     Limited Objection to Trustee's Motion for (I) a Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) an Order Establishing Procedures for Electronic Data Rooms; and (III) an Order

095879, 000001, 300190104.1

|   |   |
|---|---|
|   | Modifying the June 6, 2011 Litigation Protective Order (related document(s)4290) filed by Joseph P. Moodhe on behalf of Notz, Stucki Management (Bermuda) Limited, Plaza Investments International Limited (Filed: 8/31/2011) [ECF No. 4323] [The Trustee has received written confirmation that this objection has been withdrawn.] |
| K. | Objection of MAXAM Defendants to the Trustee's Motion for (I) A Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) An Order Establishing Procedures for Electronic Data Rooms; And (III) An Order Modifying the June 6, 2011 Litigation Protective Order (related document 4290) filed by Jonathan D. Cogan on behalf of MAXAM Absolute Return Fund L.P., April Bukofser Manzke, Walker Manzke, Sandra L. Manzke Revocable Trust, Sandra L. Manzke, Suzanne Hammond, MAXAM Absolute Return Fund Limited, MAXAM Capital GP LLC, MAXAM Capital Management LLC (Filed: 8/31/2011) [ECF No. 4324] [The Trustee has received written confirmation that this objection has been withdrawn.] |
| L. | Objections of Muus Independence Fund LP and Michael W. Sonnenfeldt to the Trustees Proposed Recommendation regarding a Special Master and Proposed Orders regarding Data Rooms and Confidentiality (related document(s)4290) filed by Robert J. Kaplan on behalf of Michael W. Sonnenfeldt, Muus Independence Fund LP (Filed: 9/15/2011) [ECF No. 4356] |
| M. | Objection to Motion and Reservation of Rights (related document 4290) filed by Joseph Cioffi on behalf of Bloom Asset Holdings Fund, Natixis and Natixis Financial Products LLC (Filed: 9/15/2011) [ECF No. 4360] |
| N. | Objection to Motion (related document(s)4290) filed by Brian A. Schmidt on behalf of Claudine Magon De la Villehuchet, Access International Advisors LLC (Filed: 9/15/2011) [ECF No. 4365] |
| O. | Objection to Motion (related document 4290) filed by Anthony L. Paccione on behalf of Royal Bank of Canada (Filed: 9/21/2011) [ECF No. 4390] |
| P. | Objection of UniCredit to Trustee's Motion for an Order (i) Abrogating Existing Confidentiality Agreements; (ii) Establishing Procedures for an Electronic Data Room; and (iii) Appointing Two Special Masters (related document(s)4290) filed by Mark McDermott on behalf of UniCredit S.p.A. (Filed: 9/22/2011) [ECF No. 4396] [The Trustee has received written confirmation that this objection has been withdrawn.] |
| Q. | Objection - UBS AG's Objection to the Trustees Motion for (I) a Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (II) an Order Establishing Procedures for Electronic Data Rooms; and (III) an Order Modifying the June 6, 2011 Litigation Protective Order (related document 4290) filed by Marshall R. King on behalf of UBS AG (Filed: |

095879, 000001, 300190104.1

9/22/2011) [ECF No. 4398] [The Trustee has received written confirmation that this objection has been withdrawn.]

R.  Objection to Motion (related document 4290) filed by Jeffrey A. Rosenthal on behalf of Ivy Asset Management LLC, The Bank of New York Mellon Corporation (Filed: 9/22/2011) [ECF No. 4399] [The Trustee has received written confirmation that this objection has been withdrawn.]

S.  Objection to Motion Objection To Trustees Motion For (I) A Report And Recommendation To The District Court For The Appointment Of Special Discovery Masters; (Ii) An Order Establishing Procedures For Electronic Data Rooms; And (Iii) An Order Modifying The June 6, 2011 Litigation Protective Order (related document 4290) filed by Karen E. Wagner on behalf of Sterling Equities Associates (Filed: 9/22/2011) [ECF No. 4400] [The Trustee has received written confirmation that this objection has been withdrawn.]

T.  Objection /Joinder of UBS's, Unicredit S.p.A.'s, and The Bank of New York Mellon's Objections to the Trustee's Motion for An Order Establishing Procedures For Electronic Data Rooms and an Order Modifying the June 6, 2011 Litigation Protective Order, dated September 22, 2011 (related document(s)4290) filed by Thomas J. Moloney on behalf of HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank USA, N.A., HSBC Bank plc, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Limited, HSBC Private Bank (Suisse) S.A., HSBC Private Bank Holdings (Suisse) S.A., HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Limited, HSBC Securities Services (Luxembourg) S.A. (Filed: 9/22/2011) [ECF No. 4401] [The Trustee has received written confirmation that this objection has been withdrawn.]

U.  Objection to Motion (related document 4290) filed by John F. Savarese on behalf of JPMorgan Chase & Co. (Filed: 9/22/2011) [ECF No. 4402] [The Trustee has received written confirmation that this objection has been withdrawn.]

V.  Objection to Motion (related document 4290) filed by Carmine Boccuzzi on behalf of Thybo Stable Fund Ltd (Filed: 9/22/2011) [ECF No. 4403] [The Trustee has received written confirmation that this objection has been withdrawn.]

W.  Objection /Citi Defendants' Partial Joinder of Objections to Trustee's Motion, etc., dated September 22, 2011 (with Exhibits) (related document 4399, 4390, 4290, 4393, 4400, 4396) filed by Carmine Boccuzzi on behalf of Citi Hedge Fund Services Ltd., Citibank North America, Inc., Citibank, N.A., Citigroup Global Markets Limited (Filed: 9/22/2011) [ECF No. 4404] [The Trustee has received written confirmation that this objection has been withdrawn.]

X.  Supplemental Objection to Motion - Supplement To Objections Of Muus

095879, 000001, 300190104.1

    Independence Fund Lp And Michael W. Sonnenfeldt To The Trustees Proposed Orders Regarding Data Rooms And Confidentiality (related document 4290) filed by Robert J. Kaplan on behalf of Muus Independence Fund LP, Michael W. Sonnenfeldt (Filed: 10/12/2011) [ECF No. 4442]

Related Documents

Y.    Certificate of Service (related document 4324) filed by Jonathan D. Cogan on behalf of April Bukofser Manzke, Walker Manzke, Sandra L. Manzke Revocable Trust, Sandra L. Manzke, Suzanne Hammond, MAXAM Absolute Return Fund L.P., MAXAM Absolute Return Fund Limited, MAXAM Capital GP LLC, MAXAM Capital Management LLC (Filed 8/31/2011) [ECF No. 4325]

Replies Filed:

Z.    The Trustee's Response To Objections To Motion For (1) A Report And Recommendation To The District Court For The Appointment Of Special Discovery Masters; (II) An Order Establishing Procedures For Electronic Data Rooms; And (III) An Order Modifying The June 6, 2011 Litigation Protective Order (related documents 4323, 4399, 4394, 4390, 4398, 4365, 4290, 4321, 4322, 4393, 4360, 4324, 4402, 4400, 4403, 4396, 4356, 4404, 4401) filed by David J. Sheehan on behalf of Irving H. Picard (Filed 9/28/2011) [ECF No. 4426]

AA.    Trustees Response to The Bank Of New York Mellon Corporations and Ivy Asset Management LLCs Objection to Trustees Motion for (i) a Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (ii) an Order Establishing Procedures for Electronic Data Rooms; and (iii) an Order Modifying the June 6, 2011 Litigation Protective Order (related documents 4399, 4290) filed by Howard L. Simon on behalf of Irving H. Picard (Filed 9/28/2011) [ECF No. 4427]

BB.    The Trustee's Response to Supplemental Objection to Motion for (I) A Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (Ii) an Order Establishing Procedures for Electronic Data Rooms; and (Ill) and Order Modifying the June 6, 2011 Litigation Protective Order filed by David J. Sheehan on behalf of Irving H. Picard (Filed 12/16/2011) [ECF No. 4588]

Related Documents

CC.    Affidavit of Service of The Trustee's Response to Supplemental Objection to Motion for (I) A Report and Recommendation to the District Court for the Appointment of Special Discovery Masters; (Ii) an Order Establishing Procedures for Electronic Data Rooms; and (Ill) and Order Modifying the June 6, 2011 Litigation Protective Order filed by David J. Sheehan on behalf of Irving H. Picard (Filed 12/16/2011) [ECF No. 4589]

095879, 000001, 300190104.1

Dated: New York, New York
December 20, 2011

                      **BAKER & HOSTETLER LLP**

By:    *s/Marc E. Hirschfield*
        Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, NY 10111
        Telephone: (212) 589-4200
        Facsimile: (212) 589-4201
        David J. Sheehan
        Email: dsheehan@bakerlaw.com
        Marc E. Hirschfield
        Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

- 8 -

095879, 000001, 300190104.1