UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendant.
------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

    Debtor.
------------------------------------------------------------x

Adversary Proceeding
No. 08-01789-BRL

SIPA Liquidation
(Substantively Consolidated)

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Dennis B. Auerbach to be admitted, *pro hac vice*, to represent Pasifin Co. Inc., and upon the movant's certification that the movant is a member in good standing of the bar of the District of Columbia, the bar of the United States District Court for the District of Columbia, and the bar of the United States District Court for the District of Maryland, it is hereby

ORDERED, that Dennis B. Auerbach, Esq., is admitted to practice, *pro hac vice*, to represent Pasifin Co. Inc., in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: New York, New York
      December 21, 2011

                              /s/Burton R. Lifland_____
                              The Honorable Burton R. Lifland
                              United States Bankruptcy Judge