Max Folkenflik, Esq.
FOLKENFLIK & McGERITY
1500 Broadway
21st Floor
New York, New York 10036
(212) 757-0400
max@fmlaw.net
*Attorneys for Robert S. Bernstein*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>Vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT S. BERNSTEIN,<br><br>    Defendant. | Adv. Pro. No. 10-04883 (BRL) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Robert S. Bernstein, and others, parties-in-interest, hereby appear by their counsel, Folkenflik & McGerity, and demand, pursuant to Section 1109(c) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in the case and all papers served or required to be served in the case, be given to and served upon the undersigned attorneys on his behalf, at the address set forth below, attention:

Max Folkenflik
Folkenflik & McGerity
1500 Broadway, 21st Floor
New York, New York 10036
Tel: (212) 757-0400
Fax: (212) 757-2010
Email: max@fmlaw.net

The foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, electronically, or otherwise, which affect or seek to affect in any way any rights or interests of the debtor.

Neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive the above-named entity's right to have final orders in non-core matters entered only after *de novo* review by District Judge; or the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: New York, New York
January 4, 2012

                                            Respectfully submitted,

                                            **FOLKENFLIK & McGERITY**

                                            By:_____
                                                Max Folkenflik
                                            1500 Broadway, 21st Floor
                                            New York, New York 10036
                                            Tel: (212) 757-0400
                                            Fax" (212) 757-2010

                                            *Attorneys for Robert S. Bernstein*