**SEEGER WEISS LLP**
Stephen A. Weiss
sweiss@seegerweiss.com
77 Water Street, 26th Floor
New York, NY 10005
Tel: 212-584-0700
Fax: 212-584-0799

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff<br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant | SIPA LIQUIDATION<br><br>No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that pursuant to §1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears as counsel for International Union of Operating Engineers, Local 825 AFL-CIO, creditor and party-in-interest, and demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

                **SEEGER WEISS LLP**
                77 Water Street, 26th Floor
                New York, NY 10005
                Attn: Stephen A. Weiss
                Email: sweiss@seegerweiss.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, determinations of claims, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleadings, claim or suit is not intended nor shall be deemed to waive Creditor's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Creditor is or may be entitled under agreements, in law, or in equity, all of which rights claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
      January 10, 2012

                              **SEEGER WEISS LLP**

                          By: */s/ Stephen A. Weiss*
                                STEPHEN A. WEISS
                                77 Water Street, 26th Floor
                                New York, NY 10005
                                Tel: 212-584-0700
                                Fax: 212-584-0799

                              *Attorneys for Creditor*