UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:
    Bernard L. Madoff

                        Debtor

-----------------------------------------------------------x

Securities Investor Protection Corporation

                        Plaintiff

                    v.

Bernard L. Madoff Investment Securities LLC

                        Defendant

-----------------------------------------------------------x

Case No.: _____

Chapter ____

Adversary Proceeding No.: 08-01789

RECEIVED
JAN 1 0 2012
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jonathan M. Cerrito, Esq. , request admission, *pro hac vice*, before the

Honorable Burton R. Lifland , to represent see attached list , a

claimant in the above-referenced ☐ case ☑ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of

New York and, if applicable, the bar of the U.S. District Court for the Northern

District of New York .

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 9, 2012

Syracuse , New York

*Mailing Address*:

Franklin Center, Suite 300

443 North Franklin Street

Syracuse, New York 13204-5412

*E-mail address*: jmcerrito@bklawyers.com

*Telephone number*: (315) 422-7111

## LIST OF CLIENTS

Bricklayers and Allied Craftsmen Local 2 Annuity Fund;
Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund
Bricklayers and Allied Craftworkers Local 2, Albany, New York, Pension Fun
Building Trade Employers Insurance Fund
Central New York Laborers' Annuity Fund
Central New York Laborers' Health and Welfare Fund
Central New York Laborers' Pension Fund
Central New York Laborers' Training Fund
Engineers Joint Welfare Fund
Engineers Joint Training Fund
International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund
International Brotherhood of Electrical Workers  Local No. 43 and Electrical Contractors Welfare Fund
I.B.E.W. Local 139 Pension Fund
I.B.E.W. Local 241 Pension Fund
I.B.E.W. Local 241 Welfare Benefits Fund
I.B.E.W. Local 325 Annuity Fund
I.B.E.W. Local 325 Pension Fund
I.B.E.W. Local 910 Annuity Fund
I.B.E.W. Local 910 Pension Fund
I.B.E.W. Local 910 Welfare Fund
I.B.E.W. Local 1249 Pension Fund
Laborers' Local 103 Annuity Fund
Laborers' Local 103 Pension Fund
Laborers' Local 103 Welfare Fund
Local 73 Annuity Fund
Local 73 Retirement Fund
New York State Lineman's Safety Training Fund
Oswego Laborers' Local 214 Pension Fund
Plumbers, Pipefitters and Apprentices Local No. 112 Health Fund
Roofers' Local 195 Annuity Fund
Roofers' Local 195 Health & Accident Fund
Roofers' Local 195 Pension Fund
SEIU 1199Upstate Pension Fund
Service Employees Benefit Fund
Service Employees of Upstate New York Pension Fund
Syracuse Builders Exchange, Inc./CEA Pension Plan
Upstate Union Health & Welfare Fund