**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re:                                                                                             Case No.: 08-1789

    Bernard L. Madoff

                                      SIPA

                        Debtor

----------------------------------------------------------------x

    Securities Investor Protection Corporation                    Adversary Proceeding No.: 08-01789

                        Plaintiff

                        v.

    Bernard L. Madoff Investment Securities

----------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

       Upon the motion of Jonathan M. Cerrito, Esq., to be admitted, *pro hac vice,* to represent <u>see attached list</u>, (the "Client") a claimant in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York and, if applicable, the bar of the U.S. District Court for the Northern District of New York , it is hereby

       **ORDERED**, that Jonathan M. Cerrito, Esq., is admitted to practice, ***pro hac vice,*** in the above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  January 12, 2012                    */s/ Burton R. Lifland*
          New York, New York           UNITED STATES BANKRUPTCY JUDGE

LIST OF CLIENTS

Bricklayers and Allied Craftsmen Local 2 Annuity Fund;
Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund
Bricklayers and Allied Craftworkers Local 2, Albany, New York, Pension Fun
Building Trade Employers Insurance Fund
Central New York Laborers' Annuity Fund
Central New York Laborers' Health and Welfare Fund
Central New York Laborers' Pension Fund
Central New York Laborers' Training Fund
Engineers Joint Welfare Fund
Engineers Joint Training Fund
International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund
International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Fund
I.B.E.W. Local 139 Pension Fund
I.B.E.W. Local 241 Pension Fund
I.B.E.W. Local 241 Welfare Benefits Fund
I.B.E.W. Local 325 Annuity Fund
I.B.E.W. Local 325 Pension Fund
I.B.E.W. Local 910 Annuity Fund
I.B.E.W. Local 910 Pension Fund
I.B.E.W. Local 910 Welfare Fund
I.B.E.W. Local 1249 Pension Fund
Laborers' Local 103 Annuity Fund
Laborers' Local 103 Pension Fund
Laborers' Local 103 Welfare Fund
Local 73 Annuity Fund
Local 73 Retirement Fund
New York State Lineman's Safety Training Fund
Oswego Laborers' Local 214 Pension Fund
Plumbers, Pipefitters and Apprentices Local No. 112 Health Fund
Roofers' Local 195 Annuity Fund
Roofers' Local 195 Health & Accident Fund
Roofers' Local 195 Pension Fund
SEIU 1199Upstate Pension Fund
Service Employees Benefit Fund
Service Employees of Upstate New York Pension Fund
Syracuse Builders Exchange, Inc./CEA Pension Plan
Upstate Union Health & Welfare Fund