# EXHIBIT A

| Form **5500** | **Annual Return/Report of Employee Benefit Plan** | Official Use Only |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>▶ Complete all entries in accordance with the instructions to the Form 5500. | OMB Nos. 1210-0110<br>1210-0089<br>**2006**<br>This Form is Open to Public Inspection. |

**Part I   Annual Report Identification Information**

For the calendar plan year 2006 or fiscal plan year beginning  07/01/2006,  and ending  06/30/2007,

**A** This return/report is for:   (1) [X] a multiemployer plan;   (3) [ ] a multiple-employer plan; or
(2) [ ] a single-employer plan (other than a multiple-employer plan);   (4) [ ] a DFE (specify) _____

**B** This return/report is:   (1) [ ] the first return/report filed for the plan;   (3) [ ] the final return/report filed for the plan;
(2) [ ] an amended return/report;   (4) [ ] a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ........................................................ ▶ [X]

**D** If filing under an extension of time or the DFVC program, check box and attach required information. (see instructions) ........ ▶ [ ]

**Part II   Basic Plan Information** — enter all requested information.

**1a** Name of plan
UPSTATE NEW YORK BAKERY DRIVERS AND INDUSTRY PENSION FUND

**1b** Three-digit plan number (PN) ▶ 001

**1c** Effective date of plan (mo., day, yr.)
12/10/1957

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)
UPSTATE NEW YORK BAKERY DRIVERS AND
INDUSTRY PENSION FUND

STATE TOWER BLDG. SUITE 1103

SYRACUSE          NY     13202-0000

**2b** Employer Identification Number (EIN)
15-0612437

**2c** Sponsor's telephone number
315-422-3232

**2d** Business code (see instructions)
311800

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete.



SIGN HERE  Signature of plan administrator   Date   Type or print name of individual signing as plan administrator

SIGN HERE  Signature of employer/plan sponsor/DFE   Date   Type or print name of individual signing as employer, plan sponsor or DFE

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v9.0    Form **5500** (2006)



0 2 0 6 0 3 0 1 0 C

| Form **5500** | **Annual Return/Report of Employee Benefit Plan** | Official Use Only |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code. | OMB Nos. 1210-0110 1210-0089 |
| Department of Labor Employee Benefits Security Administration | ▶ Complete all entries in accordance with the instructions to the Form 5500. | **2007** |
| Pension Benefit Guaranty Corporation | ORIGINAL | This Form is Open to Public Inspection. |

### Annual Report Identification Information

For the calendar plan year 2007 or fiscal plan year beginning  07/01/200_  2008, or ___

**A** This return/report is for:  (1) [X] a multiemployer plan;
  (2) [ ] a single-employer plan (other than a multiple-employer plan);

**B** This return/report is:  (1) [ ] the first return/report filed for the plan;
  (2) [X] an amended return/report;
  (3) [ ] the final return/report filed for the plan;
  (4) [ ] a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ............................................................▶ [X]
**D** If filing under an extension of time or the DFVC program, check box and attach required information. (see instructions) ....▶ [ ]

### Basic Plan Information — enter all requested information.

**1a** Name of plan
UPSTATE NEW YORK BAKERY DRIVERS AND INDUSTRY PENSION FUND

**1b** Three-digit plan number (PN) ▶ 001

**1c** Effective date of plan (mo., day, yr.)
12/10/1957

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)
UPSTATE NEW YORK BAKERY DRIVERS AND INDUSTRY PENSION FUND

STATE TOWER BLDG. SUITE 1103

SYRACUSE     NY     13202

**2b** Employer Identification Number (EIN)
15-0612437

**2c** Sponsor's telephone number
315-422-3232

**2d** Business code (see instructions)
311800

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete.

COPY

| Signature of plan administrator | Date | Type or print name of individual signing as plan administrator |
| Signature of employer/plan sponsor/DFE | Date | Type or print name of individual signing as employer, plan sponsor or DFE |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v10.1    Form **5500** (2007)

0 2 0 7 3 2 0 1 0 F

**COPY**

| Form **5500** | **Annual Return/Report of Employee Benefit Plan** | Official Use Only |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>▶ Complete all entries in accordance with the instructions to the Form 5500. | OMB Nos. 1210-0110<br>1210-0089<br>**2008**<br>This Form is Open to Public Inspection. |

### Annual Report Identification Information

For the calendar plan year 2008 or fiscal plan year beginning **07/01/2008**, and ending **06/30/2009**,

**A** This return/report is for: (1) ☒ a multiemployer plan; (3) ☐ a multiple-employer plan; or
(2) ☐ a single-employer plan (other than a multiple-employer plan); (4) ☐ a DFE (specify) _____

**B** This return/report is: (1) ☐ the first return/report filed for the plan; (3) ☐ the final return/report filed for the plan;
(2) ☐ an amended return/report; (4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ........................................ ▶ ☒

**D** If filing under an extension of time or the DFVC program, check box and attach required information. (see instructions) ........................................ ▶ ☒

### Basic Plan Information — enter all requested information.

**1a** Name of plan
UPSTATE NEW YORK BAKERY DRIVERS AND INDUSTRY PENSION FUND

**1b** Three-digit plan number (PN) ▶ **001**

**1c** Effective date of plan (mo., day, yr.) **12/10/1957**

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)
UPSTATE NEW YORK BAKERY DRIVERS AND
INDUSTRY PENSION FUND

STATE TOWER BLDG. SUITE 1103

SYRACUSE          NY          13202

**2b** Employer Identification Number (EIN) **15-0612437**

**2c** Sponsor's telephone number **315-422-3232**

**2d** Business code (see instructions) **311800**

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete.

| /s/ Kathleen S Meck | 3/09/10 | KATHLEEN S MECK |
|---|---|---|
| Signature of plan administrator | Date | Type or print name of individual signing as plan administrator |
| | | |
| Signature of employer/plan sponsor/DFE | Date | Type or print name of individual signing as employer, plan sponsor or DFE |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.         v11.3         Form **5500** (2008)





| Form 5500<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), and 6058(a) of the Internal Revenue Code (the Code).<br>▶ Complete all entries in accordance with the Instructions to the Form 5500. | OMB Nos. 1210-0110<br>1210-0089<br><br>**2009**<br><br>This Form is Open to Public Inspection |
|---|---|---|

### Part I  Annual Report Identification Information

For calendar plan year 2009 or fiscal plan year beginning  07/01/2009  and ending  06/30/2010

**A** This return/report is for:  ☒ a multiemployer plan;  ☐ a multiple-employer plan; or  ☐ a single-employer plan;  ☐ a DFE (specify) ___

**B** This return/report is:  ☐ the first return/report;  ☐ the final return/report;  ☐ an amended return/report;  ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here........................▶ ☒

**D** Check box if filing under:  ☒ Form 5558;  ☐ automatic extension;  ☐ the DFVC program;  ☐ special extension (enter description)

### Part II  Basic Plan Information—enter all requested information

**1a** Name of plan: Upstate New York Bakery Drivers and Industry Pension Fund

**1b** Three-digit plan number (PN) ▶ 001

**1c** Effective date of plan: 12/10/1957

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)
Upstate New York Bakery Drivers and Industry Pension Fund
State Tower Bldg. Suite 1103
Syracuse                                    NY    13202

**2b** Employer Identification Number (EIN): 15-0612437

**2c** Sponsor's telephone number: (315) 422-3232

**2d** Business code (see instructions): 311800

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | [signature]                                    | 4/08/11 | Kathleen Sweeney Meck |
|---|---|---|---|
|  | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE |  |  |  |
|  | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE |  |  |  |
|  | Signature of DFE | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the Instructions for Form 5500.                Form 5500 (2009)
v.092307.1