Stuart M. Nierenberg, Plan Trustee
LTD. EDITIONS MEDIA INC. DEFINED
BENEFIT PENSION PLAN UA DTD 2/9/99
P.O. Box 5748
8550 E. Branding Iron Drive
Carefree, AZ 85377-5748
Telephone (480) 575-1636
Email: stuartn00@alumni.princeton.edu



RECEIVED JAN 13 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><br>In Re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated)<br><br>**OBJECTION TO MOTION (Ltd. Editions Media, Inc. Defined Benefit Pension Plan UA Dtd. 2/9/99, Claimant)** |

Ltd. Editions Media, Inc. Defined Benefit Pension Plan UA Dtd. 2/9/99 (the "Pension Plan"), a claimant against Bernard L. Madoff Investment Securities LLC ("BLMIS"), objects to the Motion for an Order Affirming Trustee's Determinations Denying Claims Over ERISA-Related Objections dated November 14, 2011 (the "Motion"), for the following reasons:

1. The Pension Plan was an investor in Fairfield Sentry, Limited ("Fairfield Sentry"), characterized by Plaintiff in this action as a "feeder fund" to BLMIS.

2. The Pension Plan timely filed a Customer Claim in this action, which Customer Claim was designated by the Trustee for the Plaintiff as Claim No. 005072.

3. The Pension Plan's Claim No. 005072 was denied by Notice of Trustee's Determination of Claim dated December 8, 2009 for the following reason: "Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. [Section] 78*lll* (2). Accordingly, your Claim for securities and/or a credit balance is DENIED [sic]."

4. The Pension Plan has received a determination of qualified status from the Internal Revenue Service (the "IRS") under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. Section 1001, *et seq.*, pursuant to the IRS's favorable determination letters dated February 28, 2000 and January 8, 2003. Copies of said IRS determination letters, the plan document and amendments as in effect during the time that the Pension Plan was invested in Fairfield Sentry to date and certain other supporting documents have been delivered to the Trustee on behalf of the Plaintiff prior to or contemporaneously with the filing of this Objection.

5. The Pension Plan does not have the financial capacity to retain counsel to respond to the Notice of Motion for an Order Affirming Trustee's Determinations Denying Claims Over ERISA-Related Objections dated November 14, 2011, nor to prepare and submit a brief or memorandum of law in support of the ERISA Objecting CWAA (as defined in the Motion), and the Pension Plan does not seek to be heard in person at the hearing. Nevertheless, the Pension Plan does desire to register its objection to the Motion, along with the other ERISA Objecting CWAA.

6. Consequently, the Pension Plan respectfully objects to the Motion on the basis that ERISA and related regulations confer on the ERISA Claimants Without An Account "customer" status as that term is defined by section 78*lll*(2) of the Securities Investor Protection Corporation Act ("SIPA"), 15 U.S.C. Section 78*aaa, et seq.*, in support of the other ERISA Objecting CWAA.

DATED this 9th day of January, 2012.

LTD. EDITIONS MEDIA, INC. DEFINED BENEFIT
PENSION PLAN UA DTD 2/9/99

By _____
Stuart M. Nierenberg, Plan Trustee

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the attached OBJECTION TO MOTION (Ltd. Editions Media, Inc. Defined Benefit Pension Plan UA Dtd 2/9/99) on the following by first class U.S. mail:

- HONORABLE BURTON R. LIFLAND, United States Bankruptcy Court, One Bowling Green, New York, New York 10004
- DAVID J. SHEEHAN, ESQ., Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111
- KEVIN H. BELL, Securities Investor Protection Corporation, 805 15th Street, N.W., Suite 800, Washington, D.C. 20005

Dated this 9th day of January, 2012.

LTD. EDITIONS MEDIA, INC. DEFINED BENEFIT
PENSION PLAN UA DTD 2/9/99

By /s/ Stuart Nierenberg
Stuart M. Nierenberg, Plan Trustee

Page 1 – CERTIFICATE OF SERVICE – Adv. Pro. No. 08-01789 (BRL) SIPA Liquidation