Bisceglie & DeMarco, LLC
365 Rifle Camp Road
Woodland Park, NJ 07424
Telephone: (973) 742-8900
Facsimile: (973) 742-7999
Angelo R. Bisceglie, Jr., Esq.
Email: abisceglie@bd-lawfirm.com
Mark I. Silberblatt, Esq.
Email: msilberblatt@bd-lawfirm.com

*Attorneys for Upstate New York Bakery*
*Drivers and Industry Pension Fund*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, : | |
| Plaintiff-Applicant, : | Adv. Pro. No. 08-01789 (BRL) |
| v. : | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, : | (Substantively Consolidated) |
| Defendant. | |

------------------------------------------------------------
In re:                                                                        :

BERNARD L. MADOFF,                                            :

              Debtor.                                                        :
------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

     I, Mark I. Silberblatt, Esq., hereby certify that on January 13, 2012, upon electronic filing of the Memorandum of Law on behalf of the Upstate New York Bakery Drivers and Industry Pension Fund [Docket No. 4628], electronic mail filing notifications of the Memorandum of Law were caused to be sent to all attorneys of record registered to receive electronic filing notices in this case via this Court's ECF filing system.

1

      Copies of the Memorandum of Law were also served via Federal Express on the following parties:

Clerk of the United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Chambers of the Honorable Burton R. Lifland
United States Bankruptcy Court
Southern District of New York
Courtroom 623
One Bowling Green
New York, NY 10004-1408

Baker & Hostetler LLP
Attn: David J. Sheehan
45 Rockefeller Plaza
New York, NY 10111

Securities Investor Protection Corporation
Attn: Kevin H. Bell
805 15th St., N.W. - Suite 800
Washington, DC 20005

Trustee Irving H. Picard
Claims Processing Center
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201

Dated: January 13, 2012

                                                 **BISCEGLIE & DEMARCO, LLC**

                                                 By: _____
                                                     Mark I. Silberblatt
                                              Attorneys for *Upstate New York Bakery Drivers and Industry Pension Fund*
                                              365 Rifle Camp Road
                                              Woodland Park, NJ 07424
                                              (973) 742-8900

                                              and

                                              711 Third Avenue, Suite 1803
                                              New York, NY 10017
                                              (212) 682-8089