# Exhibit B
# to Affidavit of
# Henry Backe



# ORTHOPAEDIC SPECIALTY GROUP, P.C.
*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600     Fax (203) 337-2666
www.osgpc.com

**Murray A. Morrison, MD, FACS**
*Joint Replacement*

**Herbert I. Hermele, MD, FACS**
*General Orthopaedics*

**Robert V. Dawe, MD, FACS**
*Spine Surgery*
*Pediatric Orthopaedics*

**Robert A. Stanton, MD, FACS**
*Sports Medicine*
*Arthroscopic Surgery*

**David F. Bindelglass, MD, FACS**
*Joint Replacement*

**Dante A. Brittis, MD**
*Sports Medicine*
*Shoulder & Knee Surgery*

**Henry A. Backe, Jr., MD**
*Joint Replacement*
*Hand Surgery*

**Rolf H. Langeland, MD**
*Sports Medicine/Shoulder Surgery*
*Trauma Reconstructive Surgery*

**William G. Cimino, MD**
*Foot & Ankle Surgery*
*Dance Medicine*

**Michael F. Saffir, MD**
*Physical Medicine*
*Pain Management*

**Patrick W. Kwok, MD**
*Sports Medicine*
*Shoulder & Elbow Surgery*

**Lawrence P. Kirschenbaum, MD**
*Director of Interventional*
*Pain Medicine*

**Joel W. Malin, MD**
*Joint Replacement*

**Perry A. Shear, MD**
*Neurological & Spine Surgery*

**John N. Awad, MD**
*Spine Surgery*

**Eric M. Garver, MD**
*Orthopaedic Surgery*

---

Kathy DeLucia, PA-C
Amy Haydon-Ryan, PA-C
Denise Ripley, PA-C
Fiore Soviero, PA-C
Melissa Pelton, PA-C
Michael Ciskowski, PA-C
Nicole Lay, PA-C
Linda Gale, PA-C

---

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

---

Two Enterprise Drive, Ste. 204
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

March 20, 2007

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Please deposit this check of $300,000 into the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee

ORTHOPAEDIC SPECIALTY GROUP PC
DEFINED CONTRIBUTION
PENSION PLAN
75 KINGS HWY. CUTOFF
FAIRFIELD, CT 06824-6537

404
51-7218/2211

Date 3/20/07

Pay to the Order of  Madoff Securities      $ 300,000 00

Three hundred thousand and 00/100  Dollars

people's bank
peoples.com

For_____

⑆221172186⑆   004 4099331⑈ 0404

| | | |
|---|---|---|
| [MADF] **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York ☐ London | | 885 Third Avenu<br>New York, NY 1002<br>212 230-242<br>P&S Dept. 212 230-243<br>800 334-134<br>Fax 212 838-406 |

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

3/23/07

CHECK                                                                300,000.00

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC                        1-00004-3
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD              CT 06430