# Exhibit C
# to Affidavit of
# Henry Backe

PORTFOLIO MANAGEMENT REPORT AS OF  3/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD           CT 06430
```

```
STARTING EQUITY FOR CURRENT YEAR                   25,274,354.06CR
CAPITAL ADDITIONS                                     300,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                         639,805.38CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS              11,151.50CR
CURRENT CASH BALANCE                                         .69CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS      26,225,310.25    NET LONG
TOTAL EQUITY                                       26,225,310.94CR

ANNUALIZED RETURN FOR CURRENT YEAR    10.43 %
```

---

PORTFOLIO MANAGEMENT REPORT AS OF  6/30/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3                       M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD           CT 06430
```

```
STARTING EQUITY FOR CURRENT YEAR                   25,274,354.06CR
CAPITAL ADDITIONS                                     300,000.00CR
CAPITAL WITHDRAWALS                                   250,000.00-
REALIZED P/L FOR CURRENT YEAR                       1,461,157.23CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS              13,776.75CR
CURRENT CASH BALANCE                                         .04CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS      26,799,288.00    NET LONG
TOTAL EQUITY                                       26,799,288.04CR

ANNUALIZED RETURN FOR CURRENT YEAR    11.72 %
```