# Exhibit D
# to Affidavit of
# Henry Backe

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD                CT  06430

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4365
YOUR ACCOUNT NUMBER: 1-D0004-3-0
PAGE: 1

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1,206,474.70 | |
| 11/05 | 2,475 | | 11060 | APPLE INC | 105.380 | 269,914.50 | |
| 11/05 | 4,400 | | 11295 | ABBOTT LABORATORIES | 55.090 | 242,572.00 | |
| 11/05 | 3,025 | | 11530 | AMGEN INC | 60.350 | 182,579.75 | |
| 11/05 | 2,200 | | 11765 | BOEING CO | 51.120 | 112,552.00 | |
| 11/05 | 14,300 | | 12000 | BANK OF AMERICA | 23.840 | 341,484.00 | |
| 11/05 | 1,650 | | 12235 | BAXTER INTERNATIONAL INC | 60.600 | 100,056.00 | |
| 11/05 | 3,300 | | 12470 | BANK OF NEW YORK MELLON CORP | 32.290 | 106,689.00 | |
| 11/05 | 5,500 | | 12705 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 113,575.00 | |
| 11/05 | 1,925 | | 12940 | ANHEUSER BUSCH COS INC | 62.430 | 120,254.75 | |
| 11/05 | 15,400 | | 13175 | EITI GROUP INC | 13.530 | 208,978.00 | |
| 11/05 | 8,250 | | 13410 | COMCAST CORP CL A | 15.790 | 130,597.50 | |
| 11/05 | 4,400 | | 13645 | CONOCOPHILIPS | 51.120 | 225,104.00 | |
| 11/05 | 16,775 | | 13880 | CISCO SYSTEMS INC | 17.520 | 294,569.00 | |
| 11/05 | 4,125 | | 14115 | CVS CAREMARK CORP | 30.510 | 126,018.75 | |
| 11/05 | 5,775 | | 14350 | CHEVRON CORP | 73.740 | 425,079.50 | |
| 11/05 | 5,500 | | 14585 | THE WALT DISNEY CO | 24.760 | 136,400.00 | |
| 11/05 | 29,425 | | 14820 | GENERAL ELECTRIC CO | 19.600 | 577,907.00 | |
| 11/05 | 550 | | 15055 | GOOGLE | 356.520 | 196,108.00 | |
| 11/05 | 1,100 | | 15290 | GOLDMAN SACHS GROUP INC | 91.870 | 101,101.00 | |
| 11/05 | 4,950 | | 15525 | HOME DEPOT INC | 23.300 | 115,533.00 | |
| 11/05 | 6,875 | | 15760 | HEWLETT PACKARD CO | 38.310 | 263,656.25 | |
| 11/05 | 3,850 | | 15995 | INTERNATIONAL BUSINESS MACHS | 92.800 | 357,434.00 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT    06430

PAGE 2
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******4365
YOUR ACCOUNT NUMBER 1-00004-3-0

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 15,675 | | 16230 | INTEL CORP | 16.070 | 252,524.25 | |
| 11/06 | 7,975 | | 15465 | JOHNSON & JOHNSON | 61.310 | 489,255.25 | |
| 11/06 | 10,450 | | 16700 | J.P. MORGAN CHASE & CO | 40.920 | 427,927.50 | |
| 11/06 | 4,400 | | 16935 | KRAFT FOOD INC | 29.110 | 128,260.00 | |
| 11/06 | 5,500 | | 17170 | COCA COLA CO | 44.490 | 244,915.00 | |
| 11/06 | 3,300 | | 17405 | MCDONALDS CORP | 57.900 | 191,202.00 | |
| 11/06 | 3,300 | | 17640 | MEDTRONIC INC | 40.310 | 133,155.00 | |
| 11/06 | 1,925 | | 17875 | 3M COMPANY | 63.590 | 122,487.75 | |
| 11/06 | 5,775 | | 18110 | ALTRIA GROUP INC | 19.160 | 110,880.00 | |
| 11/06 | 6,050 | | 18345 | MERCK & CO | 30.780 | 186,461.00 | |
| 11/06 | 22,275 | | 18580 | MICROSOFT CORP | 22.310 | 497,846.25 | |
| 11/06 | 11,275 | | 18815 | ORACLE CORPORATION | 18.110 | 204,641.75 | |
| 11/06 | 2,475 | | 19520 | OCCIDENTAL PETROLEUM CORP | 54.290 | 134,466.75 | |
| 11/06 | 4,400 | | 19755 | PEPSICO INC | 57 | 250,975.00 | |
| 11/06 | 18,975 | | 19990 | PFIZER INC | 17.890 | 336,426.75 | |
| 11/06 | 8,525 | | 20225 | PROCTER & GAMBLE CO | 64.570 | 550,800.25 | |
| 11/06 | 6,050 | | 20460 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 258,759.50 | |
| 11/06 | 4,675 | | 20695 | QUALCOMM INC | 37.810 | 176,760.75 | |
| 11/06 | 3,300 | | 20930 | SCHLUMBERGER LTD | 51.760 | 170,940.00 | |
| 11/06 | 16,500 | | 21165 | AT&T INC | 26.980 | 445,830.00 | |
| 11/06 | 10,175 | | 21400 | TIME WARNER INC | 10.060 | 102,767.50 | |
| 11/06 | 2,750 | | 21635 | UNITED PARCEL SVC INC CLASS B | 52.790 | 145,282.50 | |
| 11/06 | 4,950 | | 21870 | U S BANCORP | 29.550 | 146,470.50 | |
| 11/06 | 2,750 | | 22105 | UNITED TECHNOLOGIES CORP | 54.920 | 151,140.00 | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 3
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****4355
YOUR ACCOUNT NUMBER: 1-D0004-3-0

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT    06430

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------------------------|------------------------|------|-------------|-----------------|-------------------------------|--------------------------------|
| 11/05 | 7,975 |  | 22340 | VERIZON COMMUNICATIONS | 29.980 | 239,409.50 | |
| 11/05 | 9,350 |  | 22575 | WELLS FARGO & CO NEW | 33.650 | 315,095.00 | |
| 11/05 | 6,325 |  | 22810 | WAL-MART STORES INC | 56.560 | 357,995.00 | |
| 11/05 | 14,850 |  | 23045 | EXXON MOBIL CORP | 73.680 | 1,094,742.00 | |
| 11/05 |  |  |  | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/06/08 | DIV |  | 1.01 |
| 11/06 | 48,654 |  | 10825 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 48,654.00 | |
| 11/06 |  | 8,346 | 48342 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 |  | 8,346.00 |
| 11/06 |  | 800,000 | 48546 | U S TREASURY BILL DUE 12/11/2008 | 99.989 |  | 799,912.00 |
| 11/06 |  | 2,875,000 | 48769 | U S TREASURY BILL DUE 12/18/2008 | 99.932 |  | 2,873,045.00 |
| 11/06 |  | 3,350,000 | 48990 | U S TREASURY BILL DUE 01/08/2009 | 99.950 |  | 3,348,660.00 |
| 11/06 |  | 3,350,000 | 49192 | U S TREASURY BILL DUE 01/15/2009 | 99.945 |  | 3,348,191.00 |
| 11/06 |  | 3,350,000 | 49407 | U S TREASURY BILL DUE 01/22/2009 | 99.934 |  | 3,347,789.00 |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

CONFIDENTIAL

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD           CT    06430

PAGE: 4
PERIOD ENDING: 11/30/09
YOUR TAX PAYER IDENTIFICATION NUMBER: *****4365
YOUR ACCOUNT NUMBER: 1-D0004-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/05 | | 3,350,000 | 49622 | U S TREASURY BILL DUE 01/29/2009 1/29/2009 | 99.928 | | 3,347,583.00 |
| 11/05 | | 2,400,000 | 49833 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.902 | | 2,397,648.00 |
| 11/06 | 2,275,000 | | 50070 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.802 | 2,270,495.50 | |
| 11/06 | 2,275,000 | | 50299 | U S TREASURY BILL DUE 4/02/2009 4/02/2009 | 99.751 | 2,259,335.25 | |
| 11/06 | 2,275,000 | | 50528 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.726 | 2,268,766.50 | |
| 11/07 | 1,710 | | 23581 | APPLE INC | 108.800 | 186,116.00 | |
| 11/07 | 3,040 | | 23815 | ABBOTT LABORATORIES | 56.590 | 172,154.60 | |
| 11/07 | 2,090 | | 24051 | AMGEN INC | 62.070 | 129,809.30 | |
| 11/07 | 1,520 | | 24286 | BOEING CO | 53.640 | 81,592.80 | |
| 11/07 | 9,690 | | 24521 | BANK OF AMERICA | 23.720 | 230,233.80 | |
| 11/07 | 1,140 | | 24756 | BAXTER INTERNATIONAL INC | 61.740 | 70,428.60 | |
| 11/07 | 2,090 | | 24991 | BANK OF NEW YORK MELLON CORP | 34.210 | 71,581.90 | |
| 11/07 | 3,800 | | 25226 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 80,028.00 | |
| 11/07 | 1,330 | | 25461 | ANHEUSER BUSCH COS INC | 64.190 | 85,425.70 | |
| 11/07 | 10,260 | | 25696 | CITI GROUP INC | 14.410 | 148,255.50 | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT   06430

PAGE: 5
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4365
YOUR ACCOUNT NUMBER: 1-00004-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 5,510 | | 25931 | COMCAST CORP | 17.390 | 95,038.90 | |
| 11/07 | 2,850 | | 26166 | CL A | 53.060 | 151,335.00 | |
| 11/07 | 11,210 | | 26401 | CONOCOPHILIPS | 17.580 | 197,519.80 | |
| 11/07 | 2,660 | | 26636 | CISCO SYSTEMS INC | 31.720 | 84,981.20 | |
| 11/07 | 3,990 | | 26871 | CVS CAREMARK CORP | 75.450 | 301,204.50 | |
| 11/07 | 3,610 | | 27106 | CHEVRON CORP | 25.620 | 92,632.20 | |
| 11/07 | 19,950 | | 27341 | THE WALT DISNEY CO | 19.810 | 396,007.50 | |
| 11/07 | 380 | | 27576 | GENERAL ELECTRIC CO | 349.160 | 132,595.80 | |
| 11/07 | 760 | | 27811 | GOOGLE | 89.070 | 67,723.20 | |
| 11/07 | 3,230 | | 28046 | GOLDMAN SACHS GROUP INC | 22.480 | 72,739.40 | |
| 11/07 | 4,750 | | 28281 | HOME DEPOT INC | 38.820 | 184,585.00 | |
| 11/07 | 2,660 | | 28516 | HEWLETT PACKARD CO | 92.430 | 245,969.80 | |
| 11/07 | 10,640 | | 28751 | INTERNATIONAL BUSINESS MACHS | 16 | 170,655.00 | |
| 11/07 | 5,320 | | 28986 | INTEL CORP | 61.820 | 329,094.40 | |
| 11/07 | 7,220 | | 29221 | JOHNSON & JOHNSON | 40.960 | 296,019.20 | |
| 11/07 | 2,850 | | 29456 | J.P. MORGAN CHASE & CO | 29.710 | 84,787.50 | |
| 11/07 | 3,800 | | 29691 | KRAFT FOOD INC | 46.580 | 177,156.00 | |
| 11/07 | 2,090 | | 29926 | COCA COLA CO | 57.510 | 120,278.90 | |
| 11/07 | 2,090 | | 30161 | MCDONALDS CORP | 41.140 | 85,965.60 | |
| 11/07 | 1,330 | | 30396 | MEDTRONIC INC | 64.890 | 86,343.40 | |
| 11/07 | 3,990 | | 30631 | 3M COMPANY | 19.370 | 77,445.30 | |
| 11/07 | 4,180 | | 30866 | ALTRIA GROUP INC | 30.480 | 127,573.40 | |
| 11/07 | 15,200 | | 31101 | MERCK & CO | 22.940 | 349,295.00 | |
| 11/07 | 7,500 | | 31335 | MICROSOFT CORP | 18.470 | 140,676.00 | |
| | | | | ORACLE CORPORATION | | | |

CONTINUED ON PAGE 6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4365
PAGE: 6
YOUR ACCOUNT NUMBER: 1-20004-3-0

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT    06430

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 1,520 | | 32041 | OCCIDENTAL PETROLEUM CORP | 54.380 | 82,717.50 | |
| 11/07 | 3,040 | | 32276 | PEPSICO INC | 58.630 | 178,355.20 | |
| 11/07 | 12,920 | | 32511 | PFIZER INC | 18 | 233,076.00 | |
| 11/07 | 5,890 | | 32746 | PROCTER & GAMBLE CO | 65.180 | 384,145.20 | |
| 11/07 | 3,990 | | 32981 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 174,282.50 | |
| 11/07 | 3,230 | | 33216 | QUALCOMM INC | 37.690 | 121,857.70 | |
| 11/07 | 2,280 | | 33451 | SCHLUMBERGER LTD | 51.770 | 118,126.60 | |
| 11/07 | 11,020 | | 33686 | AT&T INC | 28.910 | 319,028.20 | |
| 11/07 | 6,840 | | 33921 | TIME WARNER INC | 10.110 | 69,425.40 | |
| 11/07 | 1,900 | | 34156 | UNITED PARCEL SVC INC CLASS B | 53.680 | 102,068.00 | |
| 11/07 | 3,420 | | 34391 | U S BANCORP | 30.790 | 105,437.80 | |
| 11/07 | 1,900 | | 34626 | UNITED TECHNOLOGIES CORP | 56 | 106,476.00 | |
| 11/07 | 5,320 | | 34861 | VERIZON COMMUNICATIONS | 31.810 | 169,441.20 | |
| 11/07 | 6,460 | | 35096 | WELLS FARGO & CO NEW | 34.080 | 220,414.80 | |
| 11/07 | 4,370 | | 35331 | WAL-MART STORES INC | 56.730 | 248,084.10 | |
| 11/07 | 10,070 | | 35556 | EXXON MOBIL CORP | 75.280 | 758,471.60 | |
| 11/07 | | | | FIDELITY SPARTAN DIV 11/07/08 | DIV | | .88 |
| 11/07 | | 48,654 | 11072 | FIDELITY SPARTAN | 1 | | 48,654.02 |
| 11/07 | | 2,200,000 | 11328 | U S TREASURY MONEY MARKET U S TREASURY BILL DUE 02/05/09    2/05/2009 | 99.923 | | 2,198,306.00 |

CONTINUED ON PAGE 7

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT    06430

YOUR ACCOUNT NUMBER: 1-J0004-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4365
PAGE: 7

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | | 2,075,000 | 11543 | U S TREASURY BILL DUE 02/19/2009 | 99.887 | | 2,072,655.25 |
| 11/07 | | 2,075,000 | 11759 | U S TREASURY BILL DUE 02/26/2009 | 99.889 | | 2,072,696.75 |
| 11/07 | | 2,200,000 | 11969 | U S TREASURY BILL DUE 03/05/09 | 99.866 | | 2,197,052.00 |
| 11/07 | 29,406 | | 12758 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 29,406.00 | |
| 11/10 | 2,115 | | 36041 | APPLE INC | 108.720 | 230,026.80 | |
| 11/10 | 3,760 | | 36276 | ABBOTT LABORATORIES | 55.910 | 210,371.60 | |
| 11/10 | 2,585 | | 36511 | AMGEN INC | 59.620 | 154,220.70 | |
| 11/10 | 1,880 | | 36746 | BOEING CO | 52.190 | 98,192.20 | |
| 11/10 | 12,220 | | 36981 | BANK OF AMERICA | 24.050 | 294,379.00 | |
| 11/10 | 1,645 | | 37216 | BAXTER INTERNATIONAL INC | 60.770 | 100,031.65 | |
| 11/10 | 2,820 | | 37451 | BANK OF NEW YORK MELLON CORP | 33.480 | 94,425.60 | |
| 11/10 | 4,935 | | 37686 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | 105,163.85 | |
| 11/10 | 1,645 | | 37921 | ANHEUSER BUSCH COS INC | 64.090 | 105,493.05 | |
| 11/10 | 13,395 | | 38156 | CITI GROUP INC | 14.270 | 191,681.65 | |
| 11/10 | 7,050 | | 38391 | COMCAST CORP CL A | 17.410 | 123,022.50 | |
| 11/10 | 3,760 | | 38625 | CONOCOPHILIPS | 54.130 | 203,678.80 | |
| 11/10 | 14,335 | | 38861 | CISCO SYSTEMS INC | 18.030 | 258,749.80 | |

CONTINUED ON PAGE 8

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT    06430

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****4355
YOUR ACCOUNT NUMBER: 1-00004-3-0
PAGE: 9

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 3,525 | | 39096 | CVS CAREMARK CORP | 31.300 | 110,473.50 | |
| 11/10 | 5,170 | | 39331 | CHEVRON CORP | 76.410 | 395,245.70 | |
| 11/10 | 4,465 | | 39566 | THE WALT DISNEY CO | 25.660 | 114,749.90 | |
| 11/10 | 25,615 | | 39801 | GENERAL ELECTRIC CO | 20.530 | 526,899.95 | |
| 11/10 | 470 | | 40036 | GOOGLE | 363.580 | 170,900.50 | |
| 11/10 | 1,175 | | 40271 | GOLDMAN SACHS GROUP INC | 92.680 | 108,946.00 | |
| 11/10 | 4,230 | | 40506 | HOME DEPOT INC | 23.090 | 97,585.90 | |
| 11/10 | 6,110 | | 40741 | HEWLETT PACKARD CO | 37.290 | 228,085.90 | |
| 11/10 | 3,290 | | 40976 | INTERNATIONAL BUSINESS MACHS | 92.660 | 304,982.40 | |
| 11/10 | 13,865 | | 41211 | INTEL CORP | 15.880 | 220,730.20 | |
| 11/10 | 6,815 | | 41446 | JOHNSON & JOHNSON | 61.320 | 418,167.80 | |
| 11/10 | 8,930 | | 41681 | J.P. MORGAN CHASE & CO | 41.730 | 373,005.90 | |
| 11/10 | 3,760 | | 41916 | KRAFT FOOD INC | 30.100 | 113,325.00 | |
| 11/10 | 4,935 | | 42151 | COCA COLA CO | 45.500 | 224,739.50 | |
| 11/10 | 2,820 | | 42386 | MCDONALDS CORP | 57.230 | 161,500.60 | |
| 11/10 | 2,820 | | 42621 | MEDTRONIC INC | 40.300 | 113,758.00 | |
| 11/10 | 1,645 | | 42856 | 3M COMPANY | 64.690 | 106,480.05 | |
| 11/10 | 4,935 | | 43091 | ALTRIA GROUP INC | 18.890 | 93,419.15 | |
| 11/10 | 5,170 | | 43326 | MERCK & CO | 30.510 | 157,942.70 | |
| 11/10 | 19,035 | | 43561 | MICROSOFT CORP | 23.200 | 442,373.00 | |
| 11/10 | 9,635 | | 43796 | ORACLE CORPORATION | 18.500 | 179,596.00 | |
| 11/10 | 2,115 | | 44501 | OCCIDENTAL PETROLEUM CORP | 56.010 | 118,545.15 | |
| 11/10 | 3,760 | | 44736 | PEPSICO INC | 57.550 | 216,538.00 | |
| 11/10 | 16,685 | | 44971 | PFIZER INC | 17.960 | 300,329.60 | |
| 11/10 | 7,285 | | 45206 | PROCTER & GAMBLE CO | 65.230 | 475,491.55 | |

CONTINUED ON PAGE 9

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD              CT    06430

PERIOD ENDING: 11/10/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ######6365
YOUR ACCOUNT NUMBER: 1-J0004-3-0
PAGE: 9

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 4,935 | | 45441 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 217,485.05 | |
| 11/10 | 3,995 | | 45676 | QUALCOMM INC | 37.310 | 149,212.45 | |
| 11/10 | 3,055 | | 45911 | SCHLUMBERGER LTD | 50.500 | 154,399.50 | |
| 11/10 | 14,570 | | 46146 | AT&T INC | 28.580 | 416,992.60 | |
| 11/10 | 8,460 | | 46381 | TIME WARNER INC | 11.010 | 93,482.60 | |
| 11/10 | 2,350 | | 46616 | UNITED PARCEL SVC INC CLASS B | 54.420 | 127,981.00 | |
| 11/10 | 4,230 | | 46851 | U S BANCORP | 31.510 | 133,456.30 | |
| 11/10 | 2,350 | | 47086 | UNITED TECHNOLOGIES CORP | 56.430 | 132,704.50 | |
| 11/10 | 7,050 | | 47321 | VERIZON COMMUNICATIONS | 32. | 225,882.00 | |
| 11/10 | 7,990 | | 47556 | WELLS FARGO & CO NEW | 34.600 | 275,773.00 | |
| 11/10 | 5,405 | | 47791 | WAL-MART STORES INC | 55.710 | 301,323.55 | |
| 11/10 | 12,690 | | 48026 | EXXON MOBIL CORP | 75.800 | 962,409.00 | |
| 11/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/10/08 | DIV | | 1.60 |
| 11/10 | 29,405 | | 12994 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 29,406.00 | |
| 11/10 | | 2,275,000 | 13160 | U S TREASURY BILL DUE 3/12/2009 | 99.875 | | 2,272,156.25 |
| 11/10 | | 2,175,000 | 13368 | U S TREASURY BILL DUE 03/19/2009 | 99.867 | | 2,172,107.25 |
| 11/10 | | 2,275,000 | 13572 | U S TREASURY BILL DUE 03/26/2009 | 99.834 | | 2,271,223.50 |

CONTINUED ON PAGE 10

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD              CT   06430

PERIOD ENDING: 11/30/09
YOUR TAX PAYER IDENTIFICATION NUMBER: ****4365
YOUR ACCOUNT NUMBER: 1-00004-3-0
PAGE: 10 M

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | | 2,275,000 | 13774 | U S TREASURY BILL DUE 4/02/2009 | 99.770 | | 2,269,757.50 |
| 11/10 | 2,275,000 | | 14004 | U S TREASURY BILL DUE 04/09/2009 | 99.742 | | 2,269,130.50 |
| 11/10 | 25,000 | | 14453 | U S TREASURY BILL DUE 4/16/2009 | 99.686 | 24,921.50 | |
| 11/10 | 18,346 | | 14682 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,346.00 | |
| 11/18 | | 4,900 | 49430 | ANHEUSER BUSCH COS INC | 70 | | 343,000.00 |
| 11/18 | 325,000 | | 49665 | U S TREASURY BILL DUE 4/16/2009 | 99.830 | 324,447.50 | |
| 11/18 | | 18,553 | 49803 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,553.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 3.23 |
| 11/19 | | 35,899 | 52607 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 35,899.00 |
| 11/19 | 3,125,000 | | 57157 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 3,122,687.50 | |

CONTINUED ON PAGE 11

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD           CT    06430

PERIOD ENDING: 11/30/09
YOUR TAX PAYER IDENTIFICATION NUMBER: *****4355
YOUR ACCOUNT NUMBER: 1-00004-3-0
PAGE 11

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | 19,514 | | 61645 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,514.00 | |
| 11/20 | | 3,125,000 | 53879 | U S TREASURY BILL DUE 03/26/2009 3/25/2009 | 99.962 | | 3,123,812.50 |
| 11/20 | 3,125,000 | | 54117 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.947 | 3,123,343.75 | |
| 11/20 | 469 | | 64356 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 469.00 | |
| 11/25 | 828 | | 64597 | APPLE INC | 85.070 | 70,470.96 | |
| 11/25 | 1,472 | | 64835 | ABBOTT LABORATORIES | 54.140 | 79,752.08 | |
| 11/25 | 1,012 | | 65073 | AMGEN INC | 53.630 | 54,313.56 | |
| 11/25 | 4,692 | | 65311 | BANK OF AMERICA | 12.980 | 61,089.16 | |
| 11/25 | 552 | | 65549 | BAXTER INTERNATIONAL INC | 52.570 | 29,040.64 | |
| 11/25 | 1,104 | | 65787 | BANK OF NEW YORK MELLON CORP | 24.690 | 27,301.76 | |
| 11/25 | 1,840 | | 66025 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 37,130.60 | |
| 11/25 | 5,336 | | 66263 | CITI GROUP INC | 6.100 | 32,762.60 | |
| 11/25 | 460 | | 66501 | COLGATE PALMOLIVE CO | 62.660 | 28,841.60 | |
| 11/25 | 2,668 | | 66739 | COMCAST CORP CL A | 13.970 | 37,377.96 | |
| 11/25 | 1,472 | | 66977 | CONOCOPHILIPS | 45.100 | 66,445.20 | |
| 11/25 | 5,520 | | 67215 | CISCO SYSTEMS INC | 14.970 | 82,854.40 | |
| 11/25 | 1,380 | | 67453 | CVS CAREMARK CORP | 27.040 | 37,370.20 | |
| 11/25 | 1,932 | | 67691 | CHEVRON CORP | 68.710 | 132,824.72 | |
| | | | 67929 | THE WALT | | | |
| | | | 68167 | EXELON E | | | |
| | | | 68405 | GENERAL | | | |
| | | | 68643 | GOOGLE | | | |
| | | | 68881 | HOME DEP | | | |
| | | | 69119 | HEWLETT | | | |
| | | | 69357 | INTERNA | | | |
| | | | 69595 | INTEL C | | | |
| | | | 69833 | JOHNSON | | | |
| | | | 70071 | J.P. MOR | | | |
| | | | 70309 | KRAFT F | | | |
| | | | 70547 | COCA CO | | | |
| | | | 70785 | MCDONAL | | | |
| | | | 71023 | MEDTRON | | | |
| | | | 71261 | 3M COMP | | | |
| | | | 71499 | ALTRIA | | | |
| | | | 71737 | MERCK E | | | |
| | | | 71975 | MICROSO | | | |
| | | | 72689 | ORACLE | | | |
| | | | 72927 | OCCIDEN | | | |
| | | | 73165 | PEPSICO | | | |
| | | | 73403 | PFIZER | | | |
| | | | 73641 | PROCTER | | | |
| | | | 73879 | PHILLIP | | | |
| | | | 74117 | QUALCO | | | |

CONTINUED ON PAGE 12

CONTIN...

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD         CT    06430

PERIOD ENDING: 11/30/06
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6355
YOUR ACCOUNT NUMBER: 1-00004-3-0
PAGE: 12

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 1,748 | | 57929 | THE WALT DISNEY CO | 19.760 | 34,609.48 | |
| 11/25 | 644 | | 58167 | EXELON CORP | 48.740 | 31,413.55 | |
| 11/25 | 10,120 | | 58405 | GENERAL ELECTRIC CO | 14.010 | 142,185.20 | |
| 11/25 | 184 | | 68643 | GODGLF | 275 | 50,607.00 | |
| 11/25 | 1,564 | | 68881 | HOME DEPOT INC | 19.530 | 30,606.92 | |
| 11/25 | 2,300 | | 69119 | HEWLETT PACKARD CO | 32.990 | 75,959.00 | |
| 11/25 | 1,280 | | 69357 | INTERNATIONAL BUSINESS MACHS | 75.080 | 96,754.04 | |
| 11/25 | 5,336 | | 69595 | INTEL CORP | 12.270 | 65,685.72 | |
| 11/25 | 2,668 | | 69833 | JOHNSON & JOHNSON | 57.650 | 153,916.20 | |
| 11/25 | 3,496 | | 70071 | J.P. MORGAN CHASE & CO | 27.760 | 97,187.96 | |
| 11/25 | 1,380 | | 70309 | KRAFT FOOD INC | 25.900 | 35,797.00 | |
| 11/25 | 1,840 | | 70547 | COCA COLA CO | 42.040 | 77,426.60 | |
| 11/25 | 1,012 | | 70785 | MCDONALDS CORP | 55 | 55,700.00 | |
| 11/25 | 1,104 | | 71023 | MEDTRONIC INC | 30.800 | 34,047.20 | |
| 11/25 | 644 | | 71261 | 3M COMPANY | 58.230 | 37,557.32 | |
| 11/25 | 1,932 | | 71499 | ALTRIA GROUP INC | 16.250 | 31,472.00 | |
| 11/25 | 2,024 | | 71737 | MERCK & CO | 25. | 50,680.00 | |
| 11/25 | 7,360 | | 71975 | MICROSOFT CORP | 18.100 | 133,510.00 | |
| 11/25 | 3,680 | | 72689 | ORACLE CORPORATION | 16.050 | 59,211.00 | |
| 11/25 | 828 | | 72927 | OCCIDENTAL PETROLEUM CORP | 44.570 | 36,936.96 | |
| 11/25 | 1,472 | | 73165 | PEPSICO INC | 51.800 | 76,307.50 | |
| 11/25 | 6,348 | | 73403 | PFIZER INC | 15.320 | 97,304.35 | |
| 11/25 | 2,760 | | 73641 | PROCTER & GAMBLE CO | 61.940 | 171,064.40 | |
| 11/25 | 1,932 | | 73879 | PHILLIP MORRIS INTERNATIONAL | 36.380 | 70,363.16 | |
| 11/25 | 1,566 | | 74117 | QUALCOMM INC | 29.850 | 46,747.40 | |

CONTINUED ON PAGE 13

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 11/30/09
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4365
YOUR ACCOUNT NUMBER: 1-00004-3-0
PAGE: 13

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT    06430

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 1,104 | | 74355 | SCHLUMBERGER LTD | 46.270 | 51,125.03 | |
| 11/25 | 5,520 | | 74593 | AT&T INC | 25 | 138,220.00 | |
| 11/25 | 3,404 | | 74831 | TIME WARNER INC | 8.010 | 27,402.04 | |
| 11/25 | 920 | | 75069 | UNITED PARCEL SVC INC CLASS B | 50.760 | 46,735.20 | |
| 11/25 | 1,656 | | 75307 | U S BANCORP | 23.400 | 38,815.40 | |
| 11/25 | 920 | | 75545 | UNITED TECHNOLOGIES CORP | 44.890 | 41,334.80 | |
| 11/25 | 2,668 | | 75783 | VERIZON COMMUNICATIONS | 26.570 | 70,994.76 | |
| 11/25 | 3,588 | | 76021 | WELLS FARGO & CO NEW | 23.820 | 85,509.16 | |
| 11/25 | 2,116 | | 76259 | WAL-MART STORES INC | 51.430 | 108,952.20 | |
| 11/25 | 1,288 | | 76497 | WYETH | 33 | 42,555.00 | |
| 11/25 | 4,968 | | 76735 | EXXON MOBIL CORP | 72 | 357,894.00 | |
| | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/25/08 | DIV | | 7.03 |
| 11/25 | | 19,983 | 77316 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 19,983.00 |
| 11/25 | | 3,475,000 | 77566 | U S TREASURY BILL DUE 4/16/2009 | 99.878 | | 3,470,780.50 |
| 11/25 | 29,687 | | 77855 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/16/2009 | 1 | 29,687.00 | |
| 11/25 | 47,610 | | | NEW BALANCE SECURITY POSITIONS AT&T INC | MKT PRICE 28.550 | 4,476,690.99 | |

CONTINUED ON PAGE 14

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD           CT    06430

PERIOD ENDING: 11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER: *****4355
YOUR ACCOUNT NUMBER: 1-D0004-3-0
PAGE: 14

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 12,672 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 16,632 | | | ALTRIA GROUP INC | 16.080 | | |
| | 8,712 | | | AMGEN INC | 55.540 | | |
| | 7,128 | | | APPLE INC | 92.670 | | |
| | 40,902 | | | BANK OF AMERICA | 16.250 | | |
| | 9,314 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 4,987 | | | BAXTER INTERNATIONAL INC | 52.900 | | |
| | 5,500 | | | BOEING CO | 42.530 | | |
| | 16,075 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 11,690 | | | CVS CAREMARK CORP | 28.930 | | |
| | 16,867 | | | CHEVRON CORP | 79.010 | | |
| | 47,840 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 44,391 | | | CITI GROUP INC | 8.290 | | |
| | 16,075 | | | COCA COLA CO | 46.870 | | |
| | 460 | | | COLGATE PALMOLIVE CO | 55.070 | | |
| | 23,478 | | | COMCAST CORP CL A | 17.340 | | |
| | 12,482 | | | CONOCOPHILIPS | 52.520 | | |
| | 15,323 | | | THE WALT DISNEY CO | 22.520 | | |
| | 644 | | | EXELON CORP | 56.210 | | |
| | 42,578 | | | EXXON MOBIL CORP | 80.150 | | |
| | 85,110 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 3,035 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 1,584 | | | GOOGLE | 292.960 | | |
| | 20,035 | | | HEWLETT PACKARD CO | 35.280 | | |

CONTINUED ON PAGE 15

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 888-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT     06430

PAGE: 13
PERIOD ENDING: 11/30/98
YOUR TAX PAYER IDENTIFICATION NUMBER: *****4365
YOUR ACCOUNT NUMBER: 1-D0004-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 13,974 |  |  | HOME DEPOT INC | 23.110 |  |  |
|  | 45,516 |  |  | INTEL CORP | 13.000 |  |  |
|  | 11,088 |  |  | INTERNATIONAL BUSINESS MACHS | 81.600 |  |  |
|  | 30,096 |  |  | J.P. MORGAN CHASE & CO | 31.560 |  |  |
|  | 22,778 |  |  | JOHNSON & JOHNSON | 58.580 |  |  |
|  | 12,390 |  |  | KRAFT FOOD INC | 27.210 |  |  |
|  | 9,222 |  |  | MCDONALDS CORP | 58.750 |  |  |
|  | 9,314 |  |  | MEDTRONIC INC | 30.520 |  |  |
|  | 17,424 |  |  | MERCK & CO | 26.720 |  |  |
|  | 63,870 |  |  | MICROSOFT CORP | 20.220 |  |  |
|  | 6,938 |  |  | OCCIDENTAL PETROLEUM CORP | 54.140 |  |  |
|  | 32,190 |  |  | ORACLE CORPORATION | 16.090 |  |  |
|  | 12,672 |  |  | PEPSICO INC | 56.700 |  |  |
|  | 54,928 |  |  | PFIZER INC | 15.430 |  |  |
|  | 16,907 |  |  | PHILLIP MORRIS INTERNATIONAL | 42.160 |  |  |
|  | 24,450 |  |  | PROCTER & GAMBLE CO | 64.350 |  |  |
|  | 13,464 |  |  | QUALCOMM INC | 33.570 |  |  |
|  | 9,739 |  |  | SCHLUMBERGER LTD | 50.740 |  |  |
|  | 29,587 |  |  | FIDELITY SPARTAN |  |  |  |
|  |  |  |  | U S TREASURY MONEY MARKET | 1 |  |  |
|  | 5,544 |  |  | 3M COMPANY | 66.930 |  |  |
|  | 28,879 |  |  | TIME WARNER INC | 9.050 |  |  |
|  | 14,256 |  |  | U S BANCORP | 25.980 |  |  |
|  | 7,920 |  |  | UNITED PARCEL SVC INC CLASS B | 57.600 |  |  |
|  |  |  |  | CONTINUED ON PAGE 15 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT   06430

YOUR ACCOUNT NUMBER: 1-00004-3-0
PERIOD ENDING: 11/30/0?
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4365
PAGE: 16

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 7,920 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 23,013 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 18,216 | | | WAL-MART STORES INC | 55.880 | | |
| | 27,388 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 1,288 | | | WYETH | 35.010 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG        SHORT | | | |
| | | | | 33,863,708.48 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT   06430

PAGE: 17
PERIOD ENDING: 12/30/03
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4365
YOUR ACCOUNT NUMBER: 1-00004-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 192,476.94 |
| | | | | GROSS PROCEEDS FROM SALES | | | 188,055,393.40 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT    06430

PAGE: 1
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4355
YOUR ACCOUNT NUMBER: 1-00004-4-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/05 | | | | BALANCE FORWARD | | | 1,206,475.00 |
| 11/05 | 275 | | 19050 | S & P 100 INDEX | 20.300 | | 557,975.00 |
| 11/05 | | 275 | 19285 | NOVEMBER 470 CALL | 20.500 | 564,025.00 | |
| 11/07 | | | 31571 | S & P 100 INDEX | 22 | | 417,810.00 |
| 11/07 | 190 | | 31806 | NOVEMBER 460 PUT | 13.800 | 262,390.00 | |
| 11/10 | | | 44031 | S & P 100 INDEX | 12.400 | | 291,165.00 |
| 11/10 | | 235 | 44266 | NOVEMBER 485 CALL | 16.800 | 395,035.00 | |
| 11/19 | | | 30245 | NOVEMBER 475 PUT | 26 | | 1,819,300.00 |
| 11/19 | 700 | | 30483 | S & P 100 INDEX | 30 | 2,100,700.00 | |
| 11/19 | | | 30721 | DECEMBER 420 PUT | 1.500 | 70,215.00 | |
| 11/19 | 465 | | 30959 | NOVEMBER 470 CALL | .900 | 21,385.00 | |
| 11/19 | | 235 | 31197 | S & P 100 INDEX | 45 | | 2,092,035.00 |
| 11/19 | | | 31435 | NOVEMBER 485 CALL | 59 | | 1,386,265.00 |
| 11/19 | | | | NOVEMBER 450 PUT | | | |
| 11/19 | | | | S & P 100 INDEX | | | |
| | | | | NOVEMBER 475 PUT | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD           CT   06430

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ****4365
YOUR ACCOUNT NUMBER: 1-00004-4-0
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| 11/25 |  | 92 | 72213 | S & P 100 INDEX DECEMBER 380 CALL | 34. |  | 312,708.00 |
| 11/25 | 92 |  | 72451 | S & P 100 INDEX DECEMBER 370 PUT | 21 | 193,292.00 |  |
|  |  |  |  | NEW BALANCE |  |  | 4,475,691.00 |
|  |  |  |  | SECURITY POSITIONS |  |  |  |
|  | 700 |  |  | S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 |  |  |
|  |  | 92 |  | S & P 100 INDEX DECEMBER 380 CALL | 61 |  |  |
|  | 700 |  |  | S & P 100 INDEX DECEMBER 420 PUT | 15.500 |  |  |
|  | 92 |  |  | S & P 100 INDEX DECEMBER 370 PUT | 5.100 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES LONG 1,201,920.00 SHORT 2,192,200.00— |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES