# Exhibit E
# to Affidavit of
# Henry Backe

# Redacted Version

Orthopaedic Specialty Group
Plan Participants Net Investment Schedule

| | SUB_TOTAL 92 - 08 | | Rollovers | MedPartners Rollover | Cash Surrenders | GRAND TOTAL ALL CAPITAL | Withdrawals |
|---|---|---|---|---|---|---|---|
| | EE | ER | | | | | |
| 1 Linda Alexander | | | | | | | |
| 2 Kai Armstrong | | | | | | | |
| 3 John Awad | | | | | | | |
| 4 Ivette Ayala | | | | | | | |
| 5 Henry Backe | | | | | | | |
| 6 Angela Franzese-Basta | | | | | | | |
| 7 Jeanne Belchak | | | | | | | |
| 8 Kim Belcher | | | | | | | |
| 9 Janet Bell | | | | | | | |
| 10 David Bindelglass | | | | | | | |
| 11 Joan Bjork | | | | | | | |
| 12 Cynthia Brenia | | | | | | | |
| 13 Dante Brittis | | | | | | | |
| 14 Linda Broadhurst | | | | | | | |
| 15 Barbara Butler | | | | | | | |
| 16 Wilhelmina Carney | | | | | | | |
| 17 Lori Cash | | | | | | | |
| 18 Joan Casimiro | | | | | | | |
| 19 Rosa Castro | | | | | | | |
| 20 Brian Christy | | | | | | | |
| 21 Chymeryc, Tracey | | | | | | | |
| 22 William Cimino | | | | | | | |
| 23 Michael Ciskowski | | | | | | | |
| 24 Carmen Collazo | | | | | | | |
| 25 Nancy Commaille | | | | | | | |
| 26 Janet Heske-Goldin-Constantino | | | | | | | |
| 27 Jessica Cortez | | | | | | | |
| 28 Brooke Patterson-Council | | | | | | | |
| 29 Lisa Crasilli | | | | | | | |
| 30 Robert Dawe | | | | | | | |
| 31 Aileen Delgado | | | | | | | |
| 32 Brigette Dmowski | | | | | | | |
| 33 Sue Edelman | | | | | | | |
| 34 Kathy Evers-Delucia | | | | | | | |
| 35 Lisa DeLucia | | | | | | | |
| 36 Barbara Falkowski | | | | | | | |
| 37 Donna Favazza | | | | | | | |
| 38 Cynthia Fournier | | | | | | | |
| 39 Sarah Thompson-Franzese | | | | | | | |
| 40 Gallant, Scott | | | | | | | |
| 41 Valorie Giarratano | | | | | | | |
| 42 Pamela Glover | | | | | | | |
| 43 Maria Gonzalez | | | | | | | |
| 44 Diana Gutierrez | | | | | | | |
| 45 June Hagerty | | | | | | | |
| 46 Stacy Primavera-Hash | | | | | | | |

Orthopaedic Specialty Group
Plan Participants Net Investment Schedule

| # | Name | | | | | |
|---|---|---|---|---|---|---|
| 47 | Amy Haydon-Ryan | | | | | |
| 48 | Carol Heibler | | | | | |
| 49 | Herbert Hermele | | | | | |
| 50 | Nancy Heske | | | | | |
| 51 | Ianotti, Erika | | | | | |
| 52 | Laura Janik | | | | | |
| 53 | Daniella Kalapir | | | | | |
| 54 | Christine Kettles | | | | | |
| 55 | Lawrence Kirschenbaum | | | | | |
| 56 | Rayna Kross | | | | | |
| 57 | Patrick Kwok | | | | | |
| 58 | Rolf Langeland | | | | | |
| 59 | Laviolette, Cuschine | | | | | |
| 60 | Nicole Norell-Lay | | | | | |
| 61 | Martha Lewkowicz | | | | | |
| 62 | George Libretti | | | | | |
| 63 | Stacy Lamb-Lilly | | | | | |
| 64 | Marissa Lomax | | | | | |
| 65 | Laura Lorenzo | | | | | |
| 66 | Karen Makar | | | | | |
| 67 | Joel Malin | | | | | |
| 68 | Donna Martino | | | | | |
| 69 | Mastroianni, Elizabeth | | | | | |
| 70 | Karen Maxwell | | | | | |
| 71 | McAleer, Sarah | | | | | |
| 72 | Kathleen Mikos | | | | | |
| 73 | Diane Carter-Moore | | | | | |
| 74 | Murray Morrison | | | | | |
| 75 | Kim Nagy | | | | | |
| 76 | Noreen Noll | | | | | |
| 77 | Patricia Nowlan | | | | | |
| 78 | Patricia Otero | | | | | |
| 79 | Taina Padilla | | | | | |
| 80 | Caroline Panapada | | | | | |
| 81 | Madelyn Parisi | | | | | |
| 82 | Melissa Pelton | | | | | |
| 83 | Edna Perez | | | | | |
| 84 | Petrowsky, Ryan | | | | | |
| 85 | Joyce Petrucelli | | | | | |
| 86 | Jennifer Piccolo | | | | | |
| 87 | Suzanne Pimpinella | | | | | |
| 88 | Candace Platt | | | | | |
| 89 | Barbara Raschke | | | | | |
| 90 | Denise Ripley | | | | | |
| 91 | Yesina Rivera | | | | | |
| 92 | Raquel Rodriguez-Ortiz | | | | | |
| 93 | Isabel Rosa | | | | | |
| 94 | David Rosado | | | | | |

Orthopaedic Specialty Group
Plan Participants Net Investment Schedule

| # | Name | | | | | | |
|---|---|---|---|---|---|---|---|
| 95 | Tita Rosiello | | | | | | |
| 96 | Michael Saffir | | | | | | |
| 97 | Claudia Sammartano | | | | | | |
| 98 | Ivelisse Santos | | | | | | |
| 99 | Linda Schaefer | | | | | | |
| 100 | Chris Schneider | | | | | | |
| 101 | Perry Shear | | | | | | |
| 102 | Lynn Simpson | | | | | | |
| 103 | Elizabeth Slattery | | | | | | |
| 104 | Fiore Soviero | | | | | | |
| 105 | Robert Stanton | | | | | | |
| 106 | Rebecca Stasolla | | | | | | |
| 107 | Carline St. Cloud | | | | | | |
| 108 | Tiffany Stevens | | | | | | |
| 109 | Nicole Stockmal | | | | | | |
| 110 | Ania Stopka | | | | | | |
| 111 | Susana Teixeira | | | | | | |
| 112 | Simone Towle | | | | | | |
| 113 | Monica Turner | | | | | | |
| 114 | Cynthia Uhlan | | | | | | |
| 115 | Candace Tymon-Meyer (VARGAS?) | | | | | | |
| 116 | Kathie Viola | | | | | | |
| 117 | Jane Wilmot | | | | | | |
| | | 4,302,361.33 | 5,017,125.34 | 913,804.46 | 17,661.65 | 636,705.94 | 10,887,658.72 | -7,178.99 |
| | | 9,319,486.67 | | | | | |