# Exhibit F
# to Affidavit of
# Henry Backe

## Redacted Version

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: Linda Alexander, as Participant in Orthopaedic Specialty Group, PC Defined Contribution Pension Plan

Mailing Address: c/o Marc J. Kurzman, Esq. Sandak Hennessey & Greco, LLP 707 Summer Street

City: Stamford,    State: CT    Zip: 06901-1026

Account No.: 1-O0004

Taxpayer I.D. Number (Social Security No.): Taxpayer I.D. Number:

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1. Claim for money balances as of **December 11, 2008**:

    a. The Broker owes me a Credit (Cr.) Balance of     See Schedule 1
       $ Column 4

    b. I owe the Broker a Debit (Dr.) Balance of     $_____

    c. If you wish to repay the Debit Balance,
       please insert the amount you wish to repay and
       attach a check payable to "Irving H. Picard, Esq.,
       Trustee for Bernard L. Madoff Investment Securities LLC."
       If you wish to make a payment, **it must be enclosed**
       with this claim form.     $_____

    d. If balance is zero, insert "None."     _____

502180406                                    1

2. Claim for securities as of December 11, 2008:

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |   |
| b. | I owe the Broker securities |   | X |

c. If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | See Schedule 1 and Attachment to Customer Claim submitted by Orthopaedic Specialty Group, PC Defined Contribution Pension Plan | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

502180406                                    2

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X (See Page 4) | |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Marc J. Kurzman, Esq.
Sandak Hennessey & Greco, LLP, 707 Summer Street
Stamford, CT 06901-1026

502180406

3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date 2-18-09    Signature Linda Alexander

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**Item 8: Discretionary Authority to Execute Securities Transactions:**
Bernard Madoff Securities, LLC
885 Third Avenue
New York, NY 10022
(212) 230-2424

2008

## ORTHOPAEDIC SPECIALTY GROUP 401K PENSION PLAN
### Indvidual Participant Data

2/11/2009

| Participant Name: | LINDA ALEXANDER | | |
|---|---|---|---|
| | CONTRIBUTIONS | | |
| | Employee | Employer | Total |
| Bal fwd '92 | | | [redacted] |
| 1993 | | | |
| 1994 | | | |
| 1995 | | | |
| 1996 | | | |
| 1997 | | | |
| 1998 | | | |
| 1999 | | | |
| 2000 | | | |
| 2001 | | | |
| 2002 | | | |
| 2003 | | | |
| 2004 | | | |
| 2005 | | | |
| 2006 | | | |
| 2007 | | | |
| 2008 | | | |
| Subtotal | | | |

| Rollover* | |
|---|---|
| MedPartners Rollover* | |

| Cash Surrender | [redacted] |
|---|---|

| GRAND TOTAL | |
|---|---|

\* Rollover - $$ from IRA and/or another qualified plan rolled into OSG plan

75 Kings Highway Cutoff
Fairfield, CT 06824
203 - 337-2600
Contact and Preparer : Nancy A. Heske, Director of Finance, Orthopaedic Specialty Group, PC

BMIS Account Position

# Orthopaedic Specialty Group, P.C. 401(k) Pension Plan

For the Period January 1, 2008 to November 30, 2008

Account for the benefit of:
**LINDA ALEXANDER**

Date of Birth: September 29, 1949
Date of Hire: December 15, 1983

|  | EMPLOYEE CONTRIB. | EMPLOYER CONTRIB. | 3% SH CONTRIB. | UNRELATE ROLLOVER | ROLLOVER CONTRIB. |
|---|---|---|---|---|---|
| Prior Balance: | | | | | |
| Contributions: | | | | | |
| Account Earnings: | | | | | |
| Current Balance: | | | | | |
| Vested Percent: | | | | | |
| Vested Balance: | | | | | |

**Total Current Balance:**          **Total Vested Balance:**

| Prior Balance | Deposits | Withdrawals | Earnings | Transfers | Ending Balance |
|---|---|---|---|---|---|

TRUST