Marc J. Kurzman (MK 2962)
SANDAK HENNESSEY & GRECO, LLP
707 Summer Street, 3rd Floor
Stamford, CT 06901
Tel: (203) 425-4200
Fax: (203) 325-8608
E-mail: mkurzman@shglaw.com

Peter N. Wang (PW 9216)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Phone: (212) 682-7474
Fax: (212) 687-2329
E-mail: pwang@foley.com

*Attorney for Orthopaedic Specialty Group, P.C. Defined Contribution Pension Plan Participants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff, | |
| v. | Adv. Pro. No. 08-01789 (BRL) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Marc J. Kurzman, hereby certify that on the 17th day of January 2012, I electronically

transmitted a true and correct copy of the following documents to the Clerk of the Court using the ECF System for filing and received a confirmation that transmittal of a Notice of Electronic Filing (NEF) would be made to all attorneys of record in this matter who are ECF registrants:

- Memorandum of Law in Opposition to Trustee's Motion for an Order Affirming Determinations Denying Claims Over ERISA-Related Objections (Docket No. 4631);

- Affidavit of Henry Backe in Support of the OSG Plan Participants' Customer Claims ("Backe Affidavit") (Docket No. 4632);

- Affidavit of David P. Gershoni ("Gershoni Affidavit") (Docket No. 4633).

I also certify that I separately transmitted on July 17, 2012, via electronic mail, copies of the foregoing documents and ERISA Documentation to:

> David J. Sheehan, Esq.
> Baker & Hostetler, LLP
> 45 Rockefeller Plaza
> New York, NY 10111
>
> - and -
>
> Kevin H. Bell, Esq.
> Securities Investor Protection Corporation
> 805 15th Street NW
> Suite 800
> Washington, D.C. 20005

2

I also certify that on January 17, 2012, I served via first class mail, postage prepaid a true and correct copy of the aforementioned document and ERISA Documentation on Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC, Processing Center, 2101 Cedar Springs, Record Suite 1100, Dallas, TX 75201.

                                                        /s/ *Marc J. Kurzman*
                                                           Marc J. Kurzman

Dated January 17, 2012