**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
HCHAITMAN@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone (212) 599-3322

*Attorneys for Wayne D. Green Rollover Account*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | | Adv. Pro. No. 08-01789 (BRL) |
| | Plaintiff, | |
| v. | | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | | (Substantively Consolidated) |
| | Defendant. | |
| In re: | | |
| BERNARD L. MADOFF, | | |
| | Debtor. | |

**DECLARATION IN OPPOSITION TO TRUSTEE'S MOTION
TO AFFIRM DENIAL OF CLAIM**

WAYNE D. GREEN, being duly sworn, declares the following:

1.      I am the beneficial owner and trustee of the Wayne D. Green Rollover account

(the "Segregated Account"). The Segregated Account is one of the several individual, distinct,

and segregated participant accounts of the WDG Associates Inc. Retirement Trust (the "Plan")[1],

an ERISA-qualified pension plan which was initially established for employees of the Embassy

Embroidery Corp.

---

[1] It should be noted that the Plan was formerly known as Embassy Embroidery Corp. Retirement Trust until on or about July 1, 2008. A copy of the letter dated September 13, 2008 from the Plan to Bernard L. Madoff Investment Securities LLC ("BLMIS") is annexed hereto as **Exhibit A**.

{N0007729}

2.      On or about December 14, 1992, the Plan opened account number with Bernard L. Madoff Investment Securities LLC ("BLMIS"), Account No. 1-ZA538-3 (the "Account") in the Plan's name for the benefit of the Plan's beneficiaries.

3.      The Plan maintained records detailing the allocable share of the Account owned by each beneficial owner. At any given point in time, a beneficiary's interest in the account was easily reducible to a specific monetary sum, based on the dollar amount of contributions made by or on behalf of each beneficiary, gains, losses, etc.

4.      I had entrusted the Plan with money for the purchase of securities, which I knew would be deposited with BLMIS. I had the ability to make my own contributions to the Account and the power to direct the investments in the Account. I also communicated with BLMIS employees, primarily Frank DiPascali, concerning the Account.

5.      Between April 2002 and October 2006, the Plan deposited into the Account funds totaling approximately $556,200.56 for the benefit of the Segregated Account. No withdrawals were made from the Account on behalf of the Segregated Account.

6.      As of November 30, 2008, my "net investment" with BLMIS was $556,200.56. Thus, based upon the Second Circuit's decision on "net equity," I believe I am entitled to SIPC insurance in the amount of $500,000.

7.      I timely submitted a customer claim to the Trustee on behalf of my Segregated Account. The Trustee denied my customer claim. On or about November 4, 2009, I submitted an objection to the Trustee's determination of claim.

I declare under penalty of perjury that the foregoing is true and correct.

January 14, 2012.

Wayne D. Green, as a beneficial owner of
the Wayne D. Green EE Rollover Account



# WDG ASSOCIATES, INC.
### ESTATE AND FINANCIAL CONSULTANTS

45 Woods Lane • Boynton Beach, Florida 33436 • Phone: 561-737-1936 • Fax: 201-642-1110

September 13, 2008

Bernard L. Madoff
885 Third Avenue
New York, NY  10022-4834

To Whom It May Concern:

Please change the name of the entity known as Embassy Embroidery Corp. Retirement Trust, account #1-ZA538-3-0 to WDG Associates, Inc. Retirement Trust.  The tax ID number remains the same as does all other information.  The two signatories are still Jacqueline Green and Wayne D. Green.

Also, please find amendment and certificate of corporate resolution.

Thank you.

Sincerely,

Securities offered through USA Advanced Planners, Inc. Member FINRA / SIPC. 50 Louis St. NW, Ste. 400, Grand Rapids, MI 49503
Advisory Services offered through USA Wealth Management, LLC.
WDG Associates, Inc. is not affiliated with USA Advanced Planners, Inc. or USA Wealth Management, LLC.