# EXHIBIT A



# WDG ASSOCIATES, INC.
### ESTATE AND FINANCIAL CONSULTANTS

45 Woods Lane • Boynton Beach, Florida 33436 • Phone: 561-737-1936 • Fax: 201-642-1110

September 13, 2008

Bernard L. Madoff
885 Third Avenue
New York, NY 10022-4834

To Whom It May Concern:

Please change the name of the entity known as Embassy Embroidery Corp. Retirement Trust, account #1-ZA538-3-0 to WDG Associates, Inc. Retirement Trust. The tax ID number remains the same as does all other information. The two signatories are still Jacqueline Green and Wayne D. Green.

Also, please find amendment and certificate of corporate resolution.

Thank you.

Sincerely,

Securities offered through USA Advanced Planners, Inc. Member FINRA / SIPC. 50 Louis St. NW, Ste. 400, Grand Rapids, MI 49503
Advisory Services offered through USA Wealth Management, LLC.
WDG Associates, Inc. is not affiliated with USA Advanced Planners, Inc. or USA Wealth Management, LLC.