# EXHIBIT A




J.X. REYNOLDS AND CO., INC.
PROFIT SHARING PLAN

SUMMARY PLAN DESCRIPTION

3. Plan Administrator Information

The name, address and business telephone number of your Plan's Administrator are:

J.X. Reynolds and Co., Inc.
333 East 51st Street
New York, New York 10022
(212) 826-1818

Your Plan's Administrator keeps the records for the Plan and is responsible for the administration of the Plan. The Administrator has discretionary authority to construe the terms of the Plan and make determinations on questions which may affect your eligibility for benefits. Your Plan's Administrator will also answer any questions you may have about your Plan.

4. Plan Trustee Information

The name of your Plan's Trustee is:

James Reynolds

The principal place of business of your Plan's Trustee is:

333 East 51st Street
New York, New York 10022

Your Plan's Trustee has been designated to hold and invest Plan assets for the benefit of you and other Plan participants. The trust fund established by the Plan's Trustee will be the funding medium used for the accumulation of assets from which benefits will be distributed.

5. Service of Legal Process

The name and address of your Plan's agent for service of legal process is:

J.X. Reynolds and Co., Inc.
333 East 51st Street
New York, New York 10022

Service of legal process may also be made upon the Trustee or Administrator.