# EXHIBIT B

```
.ie Petito Investment Group                Activity Status Report
:/o D. Petito                              01/01/07 thru 12/31/07
10458 S.E. Banyan Way
Tequesta, Florida 33469


J.X. Reynolds & Co. Inc.                   TID:
Deferred Profit Sharing Plan               22-1509276
333 E. 51st Street
Mew York, New York 10022
```

|  | CURRENT<br>Oct 1, 2007<br>thru<br>Dec 31, 2007 | Y-T-D<br>Jan 1, 2007<br>thru<br>Dec 31, 2007 |
|---|---:|---:|
| Starting Balance |  |  |
| Deposits | $3,192,277.00 | $2,951,545.00 |
| Withdrawals | $0.00 | $0.00 |
| Expenses | $0.00 | $0.00 |
| Miscellaneous Adjustments | $0.00 | $0.00 |
| Gain/Loss | $76,757.00 | $315,815.00 |
| Realized Ending Balance | $3,269,034.00 | $3,267,360.00 |
| Unrealized Gain/Loss | ($1,674.00) | $0.00 |
| Realized & Unrealized | $3,267,360.00 | $3,267,360.00 |
| Estimated Annual Return |  | 10.700% |