# EXHIBIT C

The Petito Investment Group
c/o David Petito
10458 S.E. Banyan Way
Tequesta, Florida 33469

Activity Status Report
11/30/2008

J.X. Reynolds & Co. Inc
Deferred Profit Sharing Plan
333 E. 51st Street
New York, New York 10022

TID:
22-1509276

|  | CURRENT | Y-T-D |
|---|---|---|
|  | October 1, 2008 thru November 30, 2008 | January 1, 2008 thru November 30, 2008 |
| Starting Balance | $3,516,785.07 | $3,267,360.00 |
| Deposits |  |  |
| Withdrawals |  |  |
| Expenses |  |  |
| Misc. Adjustments |  |  |
| Gain/Loss | $387,190.00 | $626,934.90 |
| Realized Ending Balance | $3,903,975.07 | $3,894,294.90 |
| Unrealized Gain/Loss | ($333,972.74) | ($324,292.57) |
| Realized & Unrealized | $3,570,002.33 | $3,570,002.33 |