# EXHIBIT D

| Schedule K-1 (Form 1065) | 2008 | | [X] Final K-1 [ ] Amended K-1 | 651108 OMB No. 1545-0099 |
|---|---|---|---|---|

Department of the Treasury — Internal Revenue Service
For calendar year 2008, or tax year beginning _____, 2008 ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

**Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

### Part I — Information About the Partnership

A. Partnership's employer identification number
65-0468993

B. Partnership's name, address, city, state, and ZIP code
The Petito Investment Group
10458 S.E. Banyan Way
Tequesta, FL 33469

C. IRS Center where partnership filed return
Ogden, UT

D. [ ] Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

E. Partner's identifying number      Partner Number 16
22-1509276

F. Partner's name, address, city, state, and ZIP code
J.X. Reynolds & Co. Inc.
Deferred Profit Sharing Plan
333 E. 51st Street
New York New, NY 10022

G. [X] General partner or LLC member-manager    [ ] Limited partner or other LLC member

H. [X] Domestic partner    [ ] Foreign partner

I. What type of entity is this partner? Trust

J. Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 11.41162 % | 13.96386 % |
| Loss | 11.41162 % | 13.96386 % |
| Capital | 11.83132 % | 13.96386 % |

K. Partner's share of liabilities at year end:
Nonrecourse ........................ $ _____
Qualified nonrecourse financing ...... $ _____
Recourse .......................... $ _____

L. Partner's capital account analysis:
Beginning capital account ............. $ 3,267,360.
Capital contributed during the year ..... $ 1.
Current year increase (decrease) ....... $ -3,267,361.
Withdrawals and distributions ......... $ _____
Ending capital account ............... $ 0.

[X] Tax basis  [ ] GAAP  [ ] Section 704(b) book
[ ] Other (explain)

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 Other income (loss) B | -3,103,993. | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| | | | X * STMT |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

FOR IRS USE ONLY