# EXHIBIT E



This check revealed a contribution
on behalf of the DPS plan

# REYNOLDS & COMPANY
## *The Managed Healthcare Consultants*

333 East 51st Street  
New York, NY 10022  
Phone: 212/826-1818  
Fax: 212/838-7516

2500 Virginia Ave., NW, Suite 1405-N  
Washington, D.C. 20037  
Phone: 202/337-9177  
Fax: 202/337-8615

353 Sacramento St., Suite 600  
San Francisco, CA 94111  
Phone: 415/773-2849

3/16/99

Mr. DiPascali:

I am enclosing a second check for the Petito Investment Group Account - ZA003 which I inadvertently did not include in our earlier hand delivered envelope.

Thanks for your help. Please call if you have any questions.

[signature]

---

**JX REYNOLDS & CO INC**  
**PROFIT SHARING PLAN**  
333 EAST 51ST STREET  
NEW YORK, NY 10022

1002  
1-482/210  
BRANCH 227

DATE 3/16/99

PAY TO THE ORDER OF: Bernard L. Madoff Investment Securities   $ 80,000.00

Eighty Thousand and 00/100 DOLLARS

REPUBLIC NATIONAL BANK OF NEW YORK  
452 FIFTH AVENUE  
NEW YORK, NY 10018-2706  
BRANCH 227

FOR Petito Investment Group TID: 22-1509276

[signature]

⑈021004823⑈  310296994⑈  1002

**J.X. REYNOLDS & CO., INC.**
333 EAST 51ST STREET
NEW YORK, NY 10022

HSBC
HSBC BANK USA
NEW YORK, NY 10018
1-108/210

8719

12/13/2000

PAY TO THE ORDER OF: Bernard L. Madoff Investments Securities

Fifty-Five Thousand and 00/100*********************************************  $ **55,000.00

Bernard L. Madoff Investments Securities                                      DOLLARS

Profit Sharing Plan
MEMO: Petito Investment Group DPS #22-1509276

"008719"  ⑈021001088⑈  610064711"

---

J.X. REYNOLDS & CO., INC.
Bernard L. Madoff Investments Securities

12/13/2000                    8719

55,000.00

HSBC

55,000.00

---

**JAMES REYNOLDS**
333 EAST 51ST STREET
NEW YORK, NY 10022

1995
1-108/210

DEC 15, 2000  DATE

PAY TO THE ORDER OF: BERNARD L. MADOFF INVESTMENT SEC.    $ 17,772.48

SEVENTEEN THOUSAND SEVEN HUNDRED SEVENTY TWO AND 48/100 ---- DOLLARS

HSBC
HSBC Bank USA, New York, NY 10018
PETITO INVESTMENT GROUP
FOR: DPS #22-1509276

⑈021001088⑈ 6101480144" 1995

# REYNOLDS & COMPANY
## Customizing Strategic and Financial Solutions

333 East 51st Street  
New York, NY 10022  
212/826-1818

1201 Pennsylvania Ave. NW., Suite 325  
Washington, DC 20004  
202/347-3440

484 Lake Park Blvd., Suite 106  
Oakland, CA 94610  
510/839-7001

December 12, 2001

Dr. Frank Petito  
520 E. 70th Street  
6th Floor, Ste. ST607  
New York, NY 10021

Dear Frank:

I would like to deposit the enclosed check for $800,000. payable to Bernard L. Madoff Investment Securities, to the following Petito Investment Group Account:

**J.X. Reynolds & Co. Deferred Profit Sharing Plan**  
TID: 22-1509276  
Total deposit of $800,000.00

Sincerely,

REYNOLDS & COMPANY

James Reynolds  
President

Enclosure  
Via messenger

---

J X REYNOLDS TTEE  
DEFINED BENEFIT S PEN PLAN  
333 E 51ST ST  
NEW YORK, NY 10022

1006  
80-568/1012

Dec. 12, 2001

Pay to the Order of  Bernard L. Madoff Investment Sec.    $ 800,000.00

Eight hundred thousand ———————————— Dollars

United Missouri Bank  
Warsaw, Missouri

Fidelity Investments  
Brokerage Services

For Petito Investment Group  
DPS # 22-1509276

⑈101205681⑈ 1006⑈ 771108489⑈

**JX REYNOLDS & CO INC**
**DEFINED BENEFITS PENSION PLAN**
333 EAST 51ST STREET
NEW YORK, NY 10022

5002
1-108/210

PAY TO THE ORDER OF Bernard L. Madoff Investment Securities    DATE December 19, 2002
One hundred thousand    $100,000.00

HSBC
HSBC Bank USA New York, NY 10018
FOR Petito Investment Group Acct. 22-15092-76

⑁005002⑁ ⑉021001088⑊ 6100647⑊

---

**JX REYNOLDS & CO INC**
**PROFIT SHARING PLAN**
333 EAST 51ST STREET
NEW YORK, NY 10022

5002
1-108/210

PAY TO THE ORDER OF Bernard L. Madoff Investment Securities    DATE December 19, 2002
Two hundred thousand    $200,000.00

HSBC
HSBC Bank USA New York, NY 10018
FOR Petito Investment Group Acct. 22-15092-76

⑁005002⑁ ⑉021001088⑊ 6100647⑊

# REYNOLDS & COMPANY
## The Managed Healthcare Consultants

333 East 51st Street  
New York, NY 10022  
Phone: 212/826-1818  
Fax:    212/838-7516

2500 Virginia Ave., NW, Suite 1405-N  
Washington, D.C. 20037  
Phone: 202/337-9177  
Fax: 202/337-8615

353 Sacramento St., Suite 600  
San Francisco, CA 94111  
Phone: 415/773-2849

3/16/99

Mr. Dipascali:

I am enclosing a second check for the Petito Investment group Account - ZA003 which I inadvertently did not include in our earlier hand delivered envelope.

Thanks for your help. Please call if you have any questions.

[signature]

---

**JX REYNOLDS & CO INC**  
**PROFIT SHARING PLAN**  
333 EAST 51ST STREET  
NEW YORK, NY 10022

1002  
1-462/210  
BRANCH 227

DATE 3/16/99

PAY TO THE ORDER OF  Bernard L. Madoff Investment Securities    $ 80,000.00

Eighty Thousand And 00/100    DOLLARS

REPUBLIC NATIONAL BANK OF NEW YORK  
452 FIFTH AVENUE  
NEW YORK, NY 10018-2706  
BRANCH 227

FOR Petito Investment group TID: 22-1509276

[signature]

⑆021004823⑆    3102969941⑆    1002