# EXHIBIT F

## History of Direct Customer Contributions to *Bernard L. Madoff Investment Securities*
### and
### Withdrawals from the *Petito Investment Group* as Custodian (BLMIS Account 1-ZA003-3-0)

| | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *J.X.Reynolds & Co Deferred Profit-Sharing Plan Acct. TID 22-1509276:* | | | | | | | | | | | | |
| Contribution * | $400,000 | $80,000 | $72,772 | $800,000 | $300,000 | | | | | | | $1,652,772 |
| Withdrawals * | | | | | | | ($300,000) | | | | | -$300,000 |

* These transactions are fully documented in the materials submitted with these claims.

6/25/2009