Helen Davis Chaitman
Becker & Poliakoff LLP
45 Broadway
New York, NY 10006
hchaitman@becker-poliakoff.com
*Attorneys for Waune Green Rollover*
*Account*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. |  |

## CERTIFICATE OF SERVICE

I, Lourdes Blanco, hereby certify that on January 17, 2012 I caused a true and correct copy of the following documents:

- **Claimants' Opposition to Trustee's Motion for Court Approval of His Denial of Claims of Investors under ERIA-Protected Plan; and**

- **Declaration of Wayne Green in Opposition to Trustee's Motion to Affirm Denial of Claims**

{N0007763}

to be filed electronically with the Court and served upon the parties in this action who

receive electronic service through CM/ECF, and served by electronic mail upon:

> David J. Sheehan, Esq. – dsheehan@bakerlaw.com
> Baker & Hostetler, LLP
> 45 Rockefeller Plaza, 11th Floor
> New York, NY 10111
>
> *Attorneys for Irving H. Picard, Trustee for the Substantively*
> *Consolidated SIPA Liquidation of Bernard L. Madoff*
> *Investment Securities LLC and Bernard L. Madoff*
>
>
> Kevin H. Bell, Esq. – kbell@sipc.org
> Securities Investor Protection Corporation
> 805 15th Street, N.W., Suite 800
> Washington, D.C. 20005
>
> *Attorneys for Securities Investor Protection Corporation*

January 17, 2012

/s/ *Lourdes Blanco*