Helen Davis Chaitman
Becker & Poliakoff LLP
45 Broadway
New York, NY 10006
hchaitman@becker-poliakoff.com
*Attorneys for J.X. Reynolds & Co.*
*Deferred Profit Sharing Plan*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |

**CERTIFICATE OF SERVICE**

　　　　I, Lourdes Blanco, hereby certify that on January 17, 2012 I caused a true and correct copy of the following documents:

- **Opposition of J.X. Reynolds & Co. Deferred Profit Sharing Plan to Trustee's Motion for Approval of the Trustee's Rejection of its Customer Claim; and**

- **Declaration of James Reynolds in Opposition to Trustee's Motion to Affirm Denial of Claims**

{N0007761}

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

>David J. Sheehan, Esq. – dsheehan@bakerlaw.com
>Baker & Hostetler, LLP
>45 Rockefeller Plaza, 11th Floor
>New York, NY  10111
>
>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*
>
>Kevin H. Bell, Esq. – kbell@sipc.org
>Securities Investor Protection Corporation
>805 15th Street, N.W., Suite 800
>Washington, D.C. 20005
>
>*Attorneys for Securities Investor Protection Corporation*

January 17, 2012

>/s/ *Lourdes Blanco*

{N0007761}                                    2