UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
        Plaintiff, :    Adversary Proceeding
 :
     — *versus* — :    No. 08-01789 (BRL)
 :
BERNARD L. MADOFF INVESTMENT :    SIPA Liquidation
SECURITIES, LLC, :    (Substantively Consolidated)
        Defendant :
---------------------------------------------------------------------x
In re BERNARD L. MADOFF, :
        Debtor :
---------------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Brian J. LaClair hereby appears for the parties listed below in the above-captioned matter and requests that copies of all papers in this action be served upon the undersigned electronically at the address stated below:

        Brian J. LaClair, Esq.
        BLITMAN & KING LLP
        Franklin Center, Suite 300
        443 North Franklin Street
        Syracuse, New York 13204-5412
        Telephone:  (315) 422-7111
        Facsimile:  (315) 471-2623
        Email:  bjlaclair@bklawyers.com

Dated: January 17, 2012

        Respectfully submitted,

        s/ Brian J. LaClair
        Brian J. LaClair (BL3158)

1

BLITMAN & KING LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
Email: bjlaclair@bklawyers.com

*Attorneys for Bricklayers and Allied Craftsmen Local 2 Annuity Fund; Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund; Bricklayers and Allied Craftworkers Local 2, Albany, New York, Pension Fund; Building Trade Employers Insurance Fund; Central New York Laborers' Annuity Fund; Central New York Laborers' Health and Welfare Fund; Central New York Laborers' Pension Fund; Central New York Laborers' Training Fund; Engineers Joint Welfare Fund; Engineers Joint Training Fund; International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund; International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Fund; I.B.E.W. Local 139 Pension Fund; I.B.E.W. Local 241 Pension Fund; I.B.E.W. Local 241 Welfare Benefits Fund; I.B.E.W. Local 325 Annuity Fund; I.B.E.W. Local 325 Pension Fund; I.B.E.W. Local 910 Annuity Fund; I.B.E.W. Local 910 Pension Fund; I.B.E.W. Local 910 Welfare Fund; I.B.E.W. Local 1249 Pension Fund; Laborers' Local 103 Annuity Fund; Laborers' Local 103 Welfare Fund; Laborers' Local 103 Pension Fund; New York State Lineman's Safety Training Fund; Oswego Laborers' Local No. 214 Pension Fund; Plumbers, Pipefitters and Apprentices Local No. 112 Health Fund; Roofers' Local 195 Annuity Fund; Roofers' Local 195 Health & Accident Fund; Roofers' Local 195 Pension Fund; Syracuse Builders Exchange, Inc./CEA Pension Plan; SEIU 1199Upstate Pension Fund; Service Employees Benefit Fund; Service Employees Pension Fund of Upstate New York; Local 73 Retirement Fund; Local 73 Annuity Fund; and Upstate Union Health & Welfare Fund*