PROSKAUER ROSE LLP
Myron D. Rumeld
Anthony S. Cacace
Richard J. Corbi
Eleven Times Square
New York, New York 10036
Telephone:    212.969.3021
Facsimile:    212.969.2900
mrumeld@proskauer.com
acacace@proskauer.com
rcorbi@proskauer.com
*Attorneys for Eric S. Saretsky &*
*The Plan Administrator of the Sterling*
*Equities Associates Employee Retirement Plan*

Hearing Date: May 23, 2012
Hearing Time: 10:00 AM (EST)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,

    v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

In re:

BERNARD L. MADOFF,

        Debtor.
-----------------------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

**CERTIFICATE OF SERVICE**

   I, Richard J. Corbi, Esq., an attorney with the firm of Proskauer Rose LLP and admitted to practice in the United States District Court for the Southern District of New York, do hereby certify and affirm that on January 17, 2012, I caused to be served, by ECF, this Memorandum of Law in Support of Objection to Trustee's Determinations Denying Claims over ERISA-Related

Objections of Eric S. Saretsky and the Plan Administrator of the Sterling Equities Associates Retirement Plan, on all parties of record in the above-referenced action. I also caused to be served, by UPS Overnight Delivery, this Memorandum of Law in Support of Objection to Trustee's Determinations Denying Claims over ERISA-Related Objections of Eric S. Saretsky and the Plan Administrator of the Sterling Equities Associates Retirement Plan upon:

>Clerk of the United States Bankruptcy Court
>Southern District of New York
>One Bowling Green
>New York, NY 10004
>
>Chambers of the Honorable Burton R. Lifland
>United States Bankruptcy Court
>Southern District of New York
>Courtroom 623
>One Bowling Green
>New York, NY 10004-1408
>
>Baker & Hostetler LLP
>Attn: David J. Sheehan
>45 Rockefeller Plaza
>New York, NY 10111
>
>Securities Investor Protection Corporation
>Attn: Kevin H. Bell
>805 15th St., N.W. - Suite 800
>Washington, DC 20005
>
>Trustee Irving H. Picard
>Claims Processing Center
>2101 Cedar Springs Road
>Suite 1100
>Dallas, TX 75201

    s/Richard J. Corbi
    Richard J. Corbi, Esq.