Paul J. & Deborah L. Fisch
5111 Coffee Tree Lane
North Syracuse, NY 13212
(315) 451-8147

DATE: January 14, 2012

TO: The Chambers of the Honorable Burton R. Lifland

FROM: Paul J. and Deborah L. Fisch

RE: Paul J. & Deborah L. Fisch/ (SIPC v BLMIS) Case #: 08-01789 Docket #: 4521 Type: Motion

Honorable Burton R. Lifland:

Please accept this letter as our brief opposing the Trustee's Motion For An Order To Affirm Trustee's Determination Denying Claims Of ERISA Claimants Without Accounts In Their Names. We oppose the motion because we believe that we should be considered a customer of BLMIS in that we invested and lost significant 401k assets ($178,000) with BLMIS. The 401k funds were in Deborah's name and were from a qualified retirement plan from her former employer, Agway Inc. Although we did not have an account in our names directly with BLMIS, the retirement assets that we lost were part of a qualified 401k retirement plan and essentially were held in an account within the plan in Deborah's name. We believe we should be able to submit a claim directly for her 401k losses, rather than having to rely on the retirement plan to submit a claim on her behalf.

In filing this opposition, I would like to adopt the legal arguments presented by other objectors and request that we be permitted to recover the losses we suffered in Deborah's 401k plan as a result of the fraud at BLMIS.

Thank you,

*Paul J. Fisch*    *Deborah L. Fisch*

Paul J. & Deborah L. Fisch


The Chambers of the Honorable Burton R. Lifland
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

cc: Baker & Hostetler LLP
Counsel for the Trustee
45 Rockefeller Plaza
New York, NY 10111
Attn: David J. Sheehan

cc: Securities Investor Protection Corp.
805 15th Street, N.W.
Suite 800
Washington, DC 20005
Attn: Kevin H. Bell



RECEIVED
JAN 17 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK