Mr. Steven H. Fisch
79 Princeton Road
Chestnut Hill, MA 02467
(617) 803-2208

DT:   January 14, 2012

TO:   The Chambers of the Honorable Burton R. Lifland

FM:   Steven H. Fisch

RE:   S. Fisch/ (SIPC v BLMIS) Case #: 08-01789 Docket #: 4521 Type: Motion

Honorable Burton R. Lifland:

Please accept this letter as my brief opposing the Trustee's Motion For An Order To Affirm Trustee's Determination Denying Claims Of ERISA Claimants Without Accounts In Their Names. I oppose the motion because I believe that I should be considered a customer of BLMIS in that I invested and lost significant 401k assets ($338,400) with BLMIS, I have provided the court with documentation of this in my previous filings (Madoff Account #1ZA081-3). Although I did not have an account in my name directly with BLMIS, the retirement assets that I lost were part of a qualified 401k retirement plan and essentially were held in an account within the plan in my name. I believe I should be able to submit a claim directly for my 401k losses, rather than having to rely on the retirement plan to submit a claim on my behalf.

In filing this opposition, I would like to adopt the legal arguments presented by other objectors and request that I be permitted to recover the losses I suffered in my 401k plan as a result of the fraud at BLMIS.

Thank you,

Steven Fisch

The Chambers of the Honorable Burton R. Lifland
United States Bankruptcy Court
One Bowling Green
New York, NY 10004
**Attn: Clerk for Madoff/Picard case**

cc: Baker & Hostetler LLP
Counsel for the Trustee
45 Rockefeller Plaza
New York, NY 10111
**Attn: David J. Sheehan**

cc: Securities Investor Protection Corp.
805 15th Street, N.W.
Suite 800
Washington, DC 20005
**Attn: Kevin H. Bell**



RECEIVED
JAN 17 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK