**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION : 
CORPORATION, :
: Adv. Pro. No. 08-01789 (BRL)
                   Plaintiff-Appellant, :
v. : SIPA LIQUIDATION
:
BERNARD L. MADOFF INVESTMENT : (Substantively Consolidated)
SECURITIES LLC, :
:
                   Defendant. :
---------------------------------------------------------------x
In re: :
:
BERNARD L. MADOFF, :
: Case No. 09-11893 (BRL)
                   Debtor. :
---------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation of :
Bernard L. Madoff Securities LLC, : Adv. Pro. No. 10-04480 (BRL)
:
                   Plaintiff, :
:
PATI H. GERBER 1997 TRUST; THE PATI H. :
GERBER MARITAL DEDUCTION TRUST :
UNDER THE LAST WILL AND TESTAMENT :
OF OSCAR L. GERBER; OSCAR L. GERBER :
RESIDUARY TRUST A; OSCAR L. GERBER :
RESIDUARY TRUST B; PATI H. GERBER :
LTD.; PATI H. GERBER; individually, and in her :
capacity as Trustee of the Pati H. Gerber 1997 :
Trust, the Pati H. Gerber Marital Deduction Trust :
Under the Last Will and Testament of Oscar L. :
Gerber, the Oscar L. Gerber Residuary Trust A, and :
the Oscar L. Gerber Residuary Trust B; and :
BRIAN H. GERBER, in his capacity as Trustee of :
the Pati H. Gerber Marital Deduction Trust Under :
the Last Will and Testament of Oscar L. Gerber, :
the Oscar L. Gerber Residuary Trust A, and the :
Oscar L. Gerber Residuary Trust B, :
:
                   Defendants. :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Schulte Roth & Zabel LLP, with offices located at 919 Third Avenue, New York, New York 10022, hereby appears on behalf of defendants Pati H. Gerber, Pati H. Gerber 1997 Trust, The Pati H. Gerber Marital Deduction Trust Under the Last Will and Testament of Oscar L. Gerber, Oscar L. Gerber Residuary Trust A, Oscar L. Gerber Residuary Trust B, and Pati H. Gerber Ltd. (together, the "Pati H. Gerber Defendants") in the above-captioned consolidated adversary proceeding and requests, pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address, telephone number and e-mail address indicated below.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that this notice and any subsequent appearance, pleading, claim or suit is not and shall not be construed as a waiver of any of the Pati H. Gerber Defendants' jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned proceedings, all of which are hereby expressly reserved.

I hereby certify that I am admitted to practice before this Court.

Dated: January 18, 2012          /s/ Marcy R. Harris
                                 SCHULTE ROTH & ZABEL LLP
                                 Marcy R. Harris, Esq.
                                 919 Third Avenue
                                 New York, New York 10022
                                 Telephone: (212) 756-2000
                                 Facsimile: (212) 593-5955
                                 E-mail: marcy.harris@srz.com
                                 *Counsel to the Pati H. Gerber Defendants*

# CERTIFICATE OF SERVICE

I, Marcy R. Harris, an attorney at Schulte Roth & Zabel LLP admitted to practice in the State of New York, hereby certify that:

On the 18th day of January 2012, I have caused service of the Notice of Appearance on behalf of the Pati H. Gerber Defendants dated January 18, 2012 to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

Dated:  January 18, 2012
       New York, NY

   /s/ Marcy R. Harris
   Marcy R. Harris