BLITMAN & KING LLP  
Jennifer A. Clark (JC5102)  
Jonathan M. Cerrito (*pro hac vice*)  
Brian J. LaClair (BL3158)  
Franklin Center, Suite 300  
443 North Franklin Street  
Syracuse, New York 13204-5412  
Telephone: (315) 422-7111  
Facsimile: (315) 471-2623  
Email: jaclark@bklawyers.com  
jmcerrito@bklawyers.com  
bjlaclair@bklawyers.com  

Hearing Date: May 23, 2012  
Hearing Time: 10:00 a.m. EST

*Attorneys for 37 ERISA Plan Claimants Listed Below*

**UNITED STATES BANKRUPTCY COURT**  
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x  
SECURITIES INVESTOR PROTECTION :  
CORPORATION, :  
       Plaintiff, :    Adversary Proceeding  
 :  
— *versus* — :    No. 08-01789 (BRL)  
 :  
BERNARD L. MADOFF INVESTMENT :    SIPA Liquidation  
SECURITIES, LLC, :    (Substantively Consolidated)  
       Defendant :  
-----------------------------------------------------------------x  
In re BERNARD L. MADOFF, :  
       Debtor :  
-----------------------------------------------------------------x  

**CERTIFICATE OF SERVICE**

I, Brian J. LaClair, Esq., hereby certify that on the 18th day of January 2012, I caused a compact disc containing corrected versions of Exhibits R, V, and W to the Affidavit of Jennifer A. Clark, Esq. in Opposition to the Trustee's Motion for an Order Affirming Trustee's Determinations Denying Claims Over ERISA-Related Objections (Dkt. No. 4635-1) on behalf of the entities referenced below, to be served on the following parties via United Parcel Service Next Day Air:

1

Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2101 Cedar Springs Road, Suite 1100
Dallas TX 75201

Dated: January 19, 2012

Respectfully submitted,

BLITMAN & KING LLP

  s/ Brian J. LaClair
Jennifer A. Clark (JC5102)
Jonathan M. Cerrito (*pro hac vice*)
Brian J. LaClair (BL3158)
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
Email:  jaclark@bklawyers.com
        jmcerrito@bklawyers.com
        bjlaclair@bklawyers.com

*Attorneys for Bricklayers and Allied Craftsmen Local 2 Annuity Fund; Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund; Bricklayers and Allied Craftworkers Local 2, Albany, New York, Pension Fund; Building Trade Employers Insurance Fund; Central New York Laborers' Annuity Fund; Central New York Laborers' Health and Welfare Fund; Central New York Laborers' Pension Fund; Central New York Laborers' Training Fund; Engineers Joint Welfare Fund; Engineers Joint Training Fund; International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund; International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Fund; I.B.E.W. Local 139 Pension Fund; I.B.E.W. Local 241 Pension Fund; I.B.E.W. Local 241 Welfare Benefits Fund; I.B.E.W. Local 325 Annuity*

*Fund; I.B.E.W. Local 325 Pension Fund; I.B.E.W. Local 910 Annuity Fund; I.B.E.W. Local 910 Pension Fund; I.B.E.W. Local 910 Welfare Fund; I.B.E.W. Local 1249 Pension Fund; Laborers' Local 103 Annuity Fund; Laborers' Local 103 Welfare Fund; Laborers' Local 103 Pension Fund; New York State Lineman's Safety Training Fund; Oswego Laborers' Local No. 214 Pension Fund; Plumbers, Pipefitters and Apprentices Local No. 112 Health Fund; Roofers' Local 195 Annuity Fund; Roofers' Local 195 Health & Accident Fund; Roofers' Local 195 Pension Fund; Syracuse Builders Exchange, Inc./CEA Pension Plan; SEIU 1199Upstate Pension Fund; Service Employees Benefit Fund; Service Employees Pension Fund of Upstate New York; Local 73 Retirement Fund; Local 73 Annuity Fund; and Upstate Union Health & Welfare Fund*