UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | SIPA LIQUIDATION<br><br>Case No. 08-01789 |
|---|---|

## AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                            )    ss:
COUNTY OF DALLAS            )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On February 6, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000213)

Executed on ~~Feb. 6~~, ~~2011~~ 2012

_____
John S. Franks

Sworn to and subscribed before me this 6th day of February, ~~2011~~ 2012



MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____

(SEAL)                    Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 4900213**

2/6/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | SPCP Group, LLC | Attention: Brian Jarmain | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 |