**HABIB LAW ASSOCIATES, LLC**
2390 Thyme Court
Jamison, PA 18929
Telephone: (215) 491-0410
Facsimile: (215) 491-9277
William A. Habib, Esquire
Email: wahabib@verizon.net

*Attorney for Anthony F. Russo, M.D.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff | Adv. Pro. No. 08-01789 (BRL) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor | |

---

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. §102(1) and all other applicable law, the undersigned, as counsel of record for Anthony F. Russo,



RECEIVED
FEB - 6 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

M.D., a creditor of the above-named Debtor and a party in interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

William A. Habib, Esquire
Habib Law Associates, LLC
2390 Thyme Court
Jamison, Pennsylvania 18929
(215) 491-0410
(215) 491-9277 - Fax
Email: wahabib@verizon.net

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interests of the Debtor.

HABIB LAW ASSOCIATES, LLC

by: __/s/ William A. Habib__

William A. Habib, Esquire
PA I.D. No. 48028
2390 Thyme Court
Jamison, PA 18929
(215) 491-0410
(215) 491-9277 - Fax
Email: wahabib@verizon.net

**HABIB LAW ASSOCIATES, LLC**
2390 Thyme Court
Jamison, PA 18929
Telephone: (215) 491-0410
Facsimile: (215) 491-9277
William A. Habib, Esquire
Email: wahabib@verizon.net

*Attorney for Anthony F. Russo, M.D.*

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff | Adv. Pro. No. 08-01789 (BRL) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices and Service of Papers was served on the following on _____,

2011, at the addresses listed below by First-Class U.S. Mail, postage-prepaid, as indicated:

BAKER & HOSTETLER, LLP
Attention: David A. Sheehan, Esq.
45 Rockefeller Plaza
New York, NY 10111

HABIB LAW ASSOCIATES, LLC

by: /s/ William A. Habib
William A. Habib, Esquire
PA I.D. No. 48028
2390 Thyme Court
Jamison, PA 18929
(215) 491-0410
(215) 491-9277 - Fax
Email: wahabib@verizon.net