BLITMAN & KING LLP
Jennifer A. Clark (JC5102)
Jonathan M. Cerrito (*pro hac vice*)
Brian J. LaClair (BL3158)
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
Email: jaclark@bklawyers.com
        jmcerrito@bklawyers.com
        bjlaclair@bklawyers.com

*Attorneys for 37 ERISA Plan Claimants Listed Below*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | |
| Plaintiff, | : | Adversary Proceeding |
| | : | |
| — *versus* — | : | No. 08-01789 (BRL) |
| | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | : | SIPA Liquidation |
| Defendant | : | (Substantively Consolidated) |

-----------------------------------------------------------------------x

| | |
|---|---|
| In re BERNARD L. MADOFF, | : |
| Debtor | : |

-----------------------------------------------------------------------x

**NOTICE OF MOTION**

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PLEASE TAKE NOTICE THAT Bricklayers and Allied Craftsmen Local 2 Annuity

Fund; Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund;

Bricklayers and Allied Craftworkers Local 2, Albany, New York, Pension Fund; Building Trade

Employers Insurance Fund; Central New York Laborers' Annuity Fund; Central New York

Laborers' Health and Welfare Fund; Central New York Laborers' Pension Fund; Central New York Laborers' Training Fund; Engineers Joint Welfare Fund; Engineers Joint Training Fund; International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund; International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Fund; I.B.E.W. Local 139 Pension Fund; I.B.E.W. Local 241 Pension Fund; I.B.E.W. Local 241 Welfare Benefits Fund; I.B.E.W. Local 325 Annuity Fund; I.B.E.W. Local 325 Pension Fund; I.B.E.W. Local 910 Annuity Fund; I.B.E.W. Local 910 Pension Fund; I.B.E.W. Local 910 Welfare Fund; I.B.E.W. Local 1249 Pension Fund; Laborers' Local 103 Annuity Fund; Laborers' Local 103 Welfare Fund; Laborers' Local 103 Pension Fund; New York State Lineman's Safety Training Fund; Oswego Laborers' Local No. 214 Pension Fund; Plumbers, Pipefitters and Apprentices Local No. 112 Health Fund; Roofers' Local 195 Annuity Fund; Roofers' Local 195 Health & Accident Fund; Roofers' Local 195 Pension Fund; Syracuse Builders Exchange, Inc./CEA Pension Plan; SEIU 1199Upstate Pension Fund; Service Employees Benefit Fund; Service Employees Pension Fund of Upstate New York; Local 73 Retirement Fund; Local 73 Annuity Fund; and Upstate Union Health & Welfare Fund (collectively "ERISA Plan Claimants"), respectfully move the United States District Court for the Southern District of New York for an order, pursuant to 28 U.S.C. § 157(d), Rule 5011 of Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5011-1, withdrawing the reference of the above-captioned adversary proceeding from the Bankruptcy Court for the reasons set forth in the accompanying Memorandum of Law in Support of ERISA Plan Claimants' Motion to Withdraw the Reference.

The ERISA Plan Claimants have made no prior request for the relief sought herein.

WHEREFORE, the ERISA Plan Claimants request that the District Court enter an order granting the relief requested herein, and such other and further relief as the District Court deems appropriate.

Dated: February 10, 2012

Respectfully submitted,

BLITMAN & KING LLP

  s/ Jennifer A. Clark
Jennifer A. Clark (JC5102)
Jonathan M. Cerrito (*pro hac vice*)
Brian J. LaClair (BL3158)
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
Email: jaclark@bklawyers.com
          jmcerrito@bklawyers.com
          bjlaclair@bklawyers.com

*Attorneys for Bricklayers and Allied Craftsmen Local 2 Annuity Fund; Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund; Bricklayers and Allied Craftworkers Local 2, Albany, New York, Pension Fund; Building Trade Employers Insurance Fund; Central New York Laborers' Annuity Fund; Central New York Laborers' Health and Welfare Fund; Central New York Laborers' Pension Fund; Central New York Laborers' Training Fund; Engineers Joint Welfare Fund; Engineers Joint Training Fund; International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund; International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Fund; I.B.E.W. Local 139 Pension Fund; I.B.E.W. Local 241 Pension Fund; I.B.E.W. Local 241 Welfare Benefits Fund; I.B.E.W. Local 325 Annuity Fund; I.B.E.W. Local 325 Pension Fund; I.B.E.W. Local 910 Annuity Fund; I.B.E.W. Local 910*

*Pension Fund; I.B.E.W. Local 910 Welfare Fund;
I.B.E.W. Local 1249 Pension Fund; Laborers'
Local 103 Annuity Fund; Laborers' Local 103
Welfare Fund; Laborers' Local 103 Pension Fund;
New York State Lineman's Safety Training Fund;
Oswego Laborers' Local No. 214 Pension Fund;
Plumbers, Pipefitters and Apprentices Local No.
112 Health Fund; Roofers' Local 195 Annuity
Fund; Roofers' Local 195 Health & Accident Fund;
Roofers' Local 195 Pension Fund; Syracuse
Builders Exchange, Inc./CEA Pension Plan; SEIU
1199Upstate Pension Fund; Service Employees
Benefit Fund; Service Employees Pension Fund of
Upstate New York; Local 73 Retirement Fund;
Local 73 Annuity Fund; and Upstate Union Health
& Welfare Fund*