**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                 Plaintiff<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                 Defendant | Adversary Proceeding<br><br>Case No.: 08-01789 (BRL) |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **NOTICE IS HEREBY GIVEN** that **Buchalter Nemer**, A Professional Corporation (the "Firm") has moved to:

        **55 Second Street, 17th Floor**
        **San Francisco, California 94105-3493**

    The Firm's phone and fax numbers, and its email addresses, remain unchanged.

                                                  BUCHALTER NEMER,
                                                    A Professional Corporation

Dated: February 13, 2012             By:  /s/ Shawn M. Christianson
                                                     Shawn M. Christianson, Esq.
                                                     55 2nd Street, 17th Floor
                                                     San Francisco, CA 94105
                                                     Telephone:  (415) 227-0900
                                                     Facsimile:   (415) 227-0770

                                                   Attorneys for Creditors, Oracle USA, Inc. and
                                                   Oracle Credit Corporation

BN 10998454v1