UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendants. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.); ABN AMRO INCORPORATED, RYE SELECT BROAD MARKET XL FUND, LP and RYE SELECT BROAD MARKET XL PORTFOLIO LIMITED,<br><br>Defendants. | Adv. Pro. No. 10-5354 (BRL)<br><br>11 Civ. 06848 (JSR)<br>11 Civ. 06878 (JSR) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ABN AMRO BANK (IRELAND) LTD. (F/K/A FORTIS PRIME FUND SOLUTIONS BANK (IRELAND) LIMITED), ABN AMRO CUSTODIAL SERVICES (IRELAND) LTD. (F/K/A FORTIS PRIME FUND SOLUTIONS CUSTODIAL SERVICES (IRELAND) LTD.), RYE SELECT BROAD MARKET XL FUND, LP and RYE | Adv. Pro. No. 10-05355<br><br>11 Civ. 06849 (JSR)<br>11 Civ. 06877 (JSR) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/12

| SELECT BROAD MARKET XL PORTFOLIO LIMITED, |
|---|
| Defendants. |

## AMENDED ORDER STAYING MOTIONS TO WITHDRAW THE REFERENCE AS TO MOVANT RYE SELECT BROAD MARKET XL PORTFOLIO LIMITED

JED S. RAKOFF, U.S.D.J.

The Order in these proceedings dated January 27, 2012 is hereby amended to read:

"On consent of (i) Rye Select Broad Market XL Portfolio Limited ("Rye Portfolio"), (ii) Irving H. Picard, as Trustee for the substantively consolidated liquidation proceedings of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, and (iii) the Securities Investor Protection Corporation, the Motions to Withdraw the Reference filed on behalf of Rye Portfolio in the above-captioned cases are hereby stayed for a period of fourteen (14) days through and including February 10, 2012, in accordance with the foregoing parties' representation, during a joint telephonic conference on January 27, 2012 between the parties and the Court, that Rye Portfolio and the Trustee have reached a settlement in principle resolving all claims against Rye Portfolio. Rye Portfolio and the Trustee hereby agree that they will reach a full and final settlement of all claims by February 10, 2012, or the case will resume as directed by the Court."

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Date:  New York, New York
       February 9, 2012