**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION | : |
| | : Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | : |
| | : SIPA Liquidation |
| v. | : |
| | : (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC | : |
| | : |
| Defendant. | : |

----------------------------------------------------------- X

In re:

BERNARD L. MADOFF,

Debtor.

----------------------------------------------------------- X

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that the parties listed on Exhibit A hereto (the "Loeb Parties") hereby appear in the above-captioned cases pursuant to 11 U.S.C. § 109(b) and request, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, and the Order Establishing Notice Procedures and Limiting Notice, dated December 5, 2011, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses:

Walter H. Curchack, Esq.
P. Gregory Schwed, Esq.
Daniel B. Besikof, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154
Telephone: 212-407-4000
Facsimile: 212-407-4990
wcurchack@loeb.com
gschwed@loeb.com
dbesikof@loeb.com

NY991837.1
217250-10001

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a consent or waiver by the Loeb Parties:  (1) to the personal jurisdiction of the Bankruptcy Court; (2) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (3) of the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (4) of the right to assert that any portion of 28 U.S.C. § 157(b) is unconstitutional; (5) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (6) of any other rights, claims, actions, setoffs, or recoupments to which the Loeb Parties are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Loeb Parties expressly reserve.

Dated:  February 9, 2012

**LOEB & LOEB LLP**

By: /s/ *Daniel B. Besikof*
 Walter H. Curchack
 P. Gregory Schwed
 Daniel B. Besikof
 345 Park Avenue
 New York, New York  10154
 Telephone:  (212) 407-4000
 Facsimile:  (212) 407-4990

*Attorneys for the Loeb Parties*

NY991837.1
217250-10001

**Exhibit A**

1. The Koff Living Trust
2. Howard M. Koff
3. Marcia Koff
4. Gorvis, LLC, a California Limited Liability Company
5. The Stacy L. Koff Investment Trust, a member of Gorvis, LLC
6. The David I Koff Investment Trust, a member of Gorvis, LLC
7. Alan S. Gordon, in his capacities as trustee of the Stacy L. Koff Investment Trust and trustee of the David I. Koff Investment Trust
8. C. Ray Johnson, in his capacities as trustee of the Stacy L. Koff Investment Trust and the David I. Koff Investment Trust
9. Stacy L. Koff
10. David I. Koff
11. MBE Preferred Limited Partnership
12. MBE General LLC, as the General Partner of MBE Preferred Limited Partnership
13. Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000 as a Limited Partner of MBE Preferred Limited Partnership
14. Kenneth L. Evenstad
15. Grace B. Evenstad
16. Mark B. Evenstad Revocable Trust u/a/d January 30, 2003 as a Limited Partner of MBE Preferred Limited Partnership
17. Mark B. Evenstad
18. Shannon Mahoney Evenstad
19. Alan L. Aufzien
20. Norma K. Aufzien
21. Jonathan M. Aufzien
22. Lisa S. Aufzien

23. Leslie Aufzien Levine

24. Meredith Aufzien Bauer

NY991837.1
217250-10001