UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    SIPA LIQUIDATION

BERNARD L. MADOFF INVESTMENTS              Case No. 08-01789
SECURITIES, LLC

## **AFFIDAVIT OF MAILING**

STATE OF TEXAS                )
                              )   ss:
COUNTY OF DALLAS              )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On February 10, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000211)

4. On February 10, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000215)

5. On February 10, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000216)

Executed on ___Feb 14___, 2012    _____
John S. Franks

Sworn to and subscribed before me this __14th__ day of __February__, 2012

_____                _____
(SEAL)                                         Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 000211**
2/10/2012

| TRANSFEROR | TRANSFEREE |  | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X |  | REDACTED FOR CONFIDENTIALITY REASONS |  |  |  |  |  |  |  |
|  | X |  | SPCP Group LLC | Brian Jarmain | Two Greenwich Plaza, 1st Floor |  | Greenwich | CT | 06830 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBER 000215**
2/10/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | Attestor Value Master Fund LP | | 67-68 Grosvenor Street | | London | | W1K 3JN | UNITED KINGDOM |

# Exhibit C

**SERVICE LIST C**
**TRANSFER NUMBER 000216**

2/10/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | SPCP Group LLC | Brian Jarmain | Two Greenwich Plaza, 1st Floor | | Greenwich | CT | 06830 |