EXHIBIT B
SUMMARY OF EIGHTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein, Eugene | 1965 | 460.00 | 113.70 | 52,302.00 |
| | Picard, Irving H. | 1966 | 850.00 | 674.70 | 573,495.00 |
| | Sheehan, David J. | 1968 | 850.00 | 877.90 | 746,215.00 |
| | Moorhead, John B | 1970 | 615.00 | 2.80 | 1,722.00 |
| | Colombo, Louis A | 1973 | 575.00 | 115.50 | 66,412.50 |
| | Matthias, Michael R | 1973 | 610.00 | 439.60 | 268,156.00 |
| | Moscow, John W | 1973 | 760.00 | 358.80 | 272,688.00 |
| | Bash, Brian A | 1975 | 660.00 | 227.70 | 150,282.00 |
| | Eyre, Paul P | 1975 | 710.00 | 12.10 | 8,591.00 |
| | Long, Thomas L | 1976 | 675.00 | 755.70 | 510,097.50 |
| | Markowitz, Laurence S | 1977 | 695.00 | 3.90 | 2,710.50 |
| | Gibson, Wendy J | 1979 | 475.00 | 140.10 | 66,547.50 |
| | Goldman, Matthew R | 1979 | 690.00 | 0.90 | 621.00 |
| | Mooradian, George T | 1979 | 660.00 | 0.30 | 198.00 |
| | Gallagher, Thomas S. | 1980 | 610.00 | 1.50 | 915.00 |
| | Johnson, Pamela Gale | 1980 | 580.00 | 4.90 | 2,842.00 |
| | McDonald, Tom | 1981 | 710.00 | 1.50 | 1,065.00 |
| | Powers, Marc D | 1981 | 750.00 | 275.60 | 206,700.00 |
| | Bassin, Stuart | 1982 | 650.00 | 1.80 | 1,170.00 |
| | Bittence, Mary M | 1982 | 470.00 | 162.70 | 76,469.00 |
| | Chockley III, Frederick W | 1982 | 690.00 | 232.20 | 160,218.00 |
| | Ponto, Geraldine E. | 1982 | 780.00 | 796.60 | 621,348.00 |
| | Drogen, Andrew M | 1983 | 580.00 | 1.90 | 1,102.00 |
| | Hannon, John P | 1983 | 660.00 | 1,025.50 | 676,830.00 |
| | McGowan Jr, John J | 1984 | 540.00 | 43.90 | 23,706.00 |
| | Nieto, Pamela D. | 1984 | 400.00 | 12.30 | 4,920.00 |
| | Robertson, Kevin G | 1984 | 590.00 | 1.30 | 767.00 |
| | Lazear, Sherri B | 1985 | 495.00 | 0.70 | 346.50 |
| | Quiat, Laurin D | 1985 | 530.00 | 55.40 | 29,362.00 |
| | Smith, Elizabeth A | 1985 | 760.00 | 234.60 | 178,296.00 |
| | Green, Elizabeth A. | 1986 | 450.00 | 0.80 | 360.00 |
| | Kane, William K. | 1986 | 625.00 | 30.00 | 18,750.00 |
| | McDonald, Heather J | 1986 | 535.00 | 632.00 | 338,120.00 |
| | Reich, Andrew W | 1987 | 540.00 | 681.80 | 368,172.00 |
| | Siegal, John | 1987 | 735.00 | 90.60 | 66,591.00 |
| | Tobin, Donna A. | 1987 | 635.00 | 355.50 | 225,742.50 |
| | Burke, John J | 1988 | 620.00 | 351.10 | 217,682.00 |
| | Erney, Jeffry J. | 1988 | 610.00 | 6.10 | 3,721.00 |
| | Ferguson, Gerald J | 1988 | 685.00 | 9.10 | 6,233.50 |
| | Galloway, Robert R | 1988 | 495.00 | 1.00 | 495.00 |
| | Carney, John J | 1990 | 850.00 | 0.50 | 425.00 |
| | DeLancey, Leah E | 1990 | 575.00 | 54.60 | 31,395.00 |
| | Douthett, Breaden M | 1991 | 360.00 | 51.50 | 18,540.00 |
| | Goldberg, Steven H | 1991 | 845.00 | 201.20 | 170,014.00 |
| | Hanselman, Suzanne K | 1991 | 490.00 | 0.60 | 294.00 |
| | Hunt, Dean D | 1991 | 560.00 | 410.00 | 229,600.00 |
| | Resnick, Lauren J | 1991 | 850.00 | 296.00 | 251,600.00 |
| | Hirschfield, Marc E. | 1992 | 800.00 | 610.80 | 488,640.00 |
| | Selby, Judy A. | 1992 | 725.00 | 720.90 | 522,652.50 |
| | Warren, Thomas D | 1992 | 625.00 | 506.60 | 316,625.00 |
| | Barr, Jonathan R. | 1993 | 725.00 | 38.00 | 27,550.00 |
| | Eschedor, Jennifer L | 1993 | 350.00 | 0.70 | 245.00 |
| | Gluck, Peter J. | 1993 | 500.00 | 10.70 | 5,350.00 |
| | Griffin, Regina L. | 1993 | 785.00 | 797.50 | 626,037.50 |
| | Kornfeld, Mark A. | 1993 | 775.00 | 923.90 | 716,022.50 |
| | Lehrer, Richard M. | 1993 | 645.00 | 24.60 | 15,867.00 |
| | Renner, Deborah H. | 1993 | 775.00 | 796.20 | 617,055.00 |
| | Slater, Lourdes M. | 1993 | 700.00 | 618.50 | 432,950.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Dolatly, George C. | 1994 | 705.00 | 13.60 | 9,588.00 |
| | Jacobs, Tonya A | 1994 | 495.00 | 491.90 | 243,490.50 |
| | Sarlson, Katherine G | 1994 | 225.00 | 201.40 | 45,315.00 |
| | Brennan, Terry M | 1995 | 430.00 | 151.40 | 65,102.00 |
| | Culbertson, William J | 1995 | 390.00 | 2.00 | 780.00 |
| | Fuller, Lars H. | 1995 | 360.00 | 227.20 | 81,792.00 |
| | Scaletta, Anthony J | 1995 | 410.00 | 86.80 | 35,588.00 |
| | Cole, Tracy L | 1996 | 660.00 | 568.50 | 375,210.00 |
| | Levin, Richard B. | 1996 | 400.00 | 23.90 | 9,560.00 |
| | Munn, Demetri E | 1996 | 420.00 | 94.00 | 39,480.00 |
| | Turner, Christa C. | 1996 | 410.00 | 245.50 | 100,655.00 |
| | Enockson, Paul S | 1997 | 430.00 | 196.70 | 84,581.00 |
| | Murphy, Keith R. | 1997 | 785.00 | 821.60 | 644,956.00 |
| | Papp, Edward Daniel | 1997 | 310.00 | 27.60 | 8,556.00 |
| | Scully, Elizabeth A | 1997 | 550.00 | 357.40 | 196,570.00 |
| | Fish, Eric R. | 1998 | 560.00 | 380.10 | 212,856.00 |
| | New, Jonathan B. | 1998 | 785.00 | 185.60 | 145,696.00 |
| | Perdion, Jason P | 1998 | 375.00 | 114.60 | 42,975.00 |
| | Rollinson, James H | 1998 | 380.00 | 511.80 | 194,484.00 |
| | Rose, Jorian L. | 1998 | 710.00 | 628.00 | 445,880.00 |
| | Wall, Brett A | 1998 | 410.00 | 324.50 | 133,045.00 |
| | Wang, Ona T | 1998 | 660.00 | 143.00 | 94,380.00 |
| | Warshavsky, Oren J. | 1998 | 725.00 | 852.70 | 618,207.50 |
| | Fischbach, Ryan D | 1999 | 430.00 | 83.80 | 36,034.00 |
| | Pergament, Benjamin D | 1999 | 560.00 | 344.90 | 193,144.00 |
| | Bohorquez Jr, Fernando A | 2000 | 615.00 | 862.70 | 530,560.50 |
| | Cremona, Nicholas J. | 2000 | 710.00 | 791.50 | 561,965.00 |
| | Pector, Michelle D | 2000 | 450.00 | 8.70 | 3,915.00 |
| | Schlegelmilch, Stephan J | 2000 | 360.00 | 63.70 | 22,932.00 |
| | Ware, Nathan F | 2000 | 375.00 | 1.30 | 487.50 |
| | Alaverdi, Loura L | 2001 | 450.00 | 265.60 | 119,520.00 |
| | Beckerlegge, Robertson D | 2001 | 515.00 | 279.90 | 144,148.50 |
| | Burgan, Kelly S | 2001 | 415.00 | 81.80 | 33,947.00 |
| | Fokas, Jimmy | 2001 | 675.00 | 318.70 | 215,122.50 |
| | Oppenheim, Adam B. | 2001 | 650.00 | 386.00 | 250,900.00 |
| | Pfeifer, Timothy S. | 2001 | 650.00 | 820.90 | 533,585.00 |
| | Skapof, Marc | 2001 | 650.00 | 711.10 | 462,215.00 |
| | Snarr, Michael S | 2001 | 495.00 | 10.20 | 5,049.00 |
| | Wall, Andrea C | 2001 | 355.00 | 5.80 | 2,059.00 |
| | Weiser, Scott R. | 2001 | 565.00 | 66.90 | 37,798.50 |
| | Zeballos, Gonzalo S. | 2001 | 700.00 | 527.30 | 369,110.00 |
| | Allan, Natanya H | 2002 | 495.00 | 16.80 | 8,316.00 |
| | Garg, Anjula | 2002 | 530.00 | 3.20 | 1,696.00 |
| | Reece, Lora M | 2002 | 325.00 | 103.10 | 33,507.50 |
| | Wearsch, Thomas M | 2002 | 495.00 | 475.20 | 235,224.00 |
| | DeMinico, Michael P | 2003 | 310.00 | 2.70 | 837.00 |
| | Hochmuth, Farrell A | 2003 | 415.00 | 394.80 | 163,842.00 |
| | Jacobs, Edward J. | 2003 | 530.00 | 818.20 | 433,646.00 |
| | Jenson, Karin Scholz | 2003 | 380.00 | 439.70 | 167,086.00 |
| | Oliver, Jason S. | 2003 | 500.00 | 101.80 | 50,900.00 |
| | Wilde, Michael C | 2003 | 310.00 | 223.60 | 69,316.00 |
| | Gall, Michael K. | 2004 | 295.00 | 1.80 | 531.00 |
| | Kitaev, Erica G. | 2004 | 325.00 | 308.80 | 100,360.00 |
| | Kitchen, David E | 2004 | 340.00 | 276.90 | 94,146.00 |
| | Lewis, Patrick T | 2004 | 295.00 | 0.60 | 177.00 |
| | Smith, Rachel M | 2004 | 375.00 | 159.90 | 59,962.50 |
| | Proano, David F | 2005 | 295.00 | 19.70 | 5,811.50 |
| | Weber, William J | 2005 | 515.00 | 4.60 | 2,369.00 |
| | Conley, Sylvia J | 2006 | 530.00 | 315.10 | 167,003.00 |
| Partners and of Counsel Total | | | 692.54 | 30,744.00 | 19,368,794.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Meisels, Naomi P. | 1984 | 525.00 | 2.00 | 1,050.00 |
| | Bieler, Philip | 1994 | 425.00 | 589.50 | 250,537.50 |
| | Kates, Elyssa S. | 2000 | 525.00 | 673.00 | 353,325.00 |
| | Bell, Stacey A. | 2001 | 575.00 | 756.40 | 434,930.00 |
| | Esser, Brian K | 2001 | 585.00 | 355.10 | 207,733.50 |
| | Shivnarain, Dwayne A. | 2001 | 500.00 | 629.40 | 314,700.00 |
| | North, Geoffrey A. | 2002 | 530.00 | 638.90 | 338,617.00 |
| | Cheema, Bik | 2003 | 485.00 | 655.80 | 318,063.00 |
| | Malek, Sammi | 2003 | 530.00 | 479.00 | 253,870.00 |
| | Shields, Nkosi D. | 2003 | 440.00 | 373.90 | 164,516.00 |
| | Wlodek, Heather | 2003 | 440.00 | 631.10 | 277,684.00 |
| | Cohen, Dennis O | 2004 | 500.00 | 222.50 | 111,250.00 |
| | Gabriel, Jessie M | 2004 | 325.00 | 731.20 | 237,640.00 |
| | Glasser, Michael P. | 2004 | 440.00 | 453.90 | 199,716.00 |
| | Karttunen, Timo | 2004 | 465.00 | 313.90 | 145,963.50 |
| | Kolm, Julie A. | 2004 | 440.00 | 148.20 | 65,208.00 |
| | Obhof, Larry J. | 2004 | 310.00 | 156.90 | 48,639.00 |
| | Powell, Michael L | 2004 | 425.00 | 362.70 | 154,147.50 |
| | Smith, Adam J | 2004 | 450.00 | 522.30 | 235,035.00 |
| | Allen, Brian F. | 2005 | 430.00 | 719.20 | 309,256.00 |
| | Benavides, Michelle | 2005 | 375.00 | 209.90 | 78,712.50 |
| | Benda, Jennifer E | 2005 | 350.00 | 1.50 | 525.00 |
| | Bodenheimer, Henry C. | 2005 | 445.00 | 472.70 | 210,351.50 |
| | Canerday, Michelle R | 2005 | 325.00 | 25.00 | 8,125.00 |
| | Carvalho, Melissa M. | 2005 | 450.00 | 50.00 | 22,500.00 |
| | Chow, Teresa C. | 2005 | 370.00 | 98.20 | 36,334.00 |
| | Hartman, Ruth E | 2005 | 295.00 | 380.00 | 112,100.00 |
| | Leeper, Kurt A | 2005 | 285.00 | 64.40 | 18,354.00 |
| | Madbak, Hanna F. | 2005 | 490.00 | 144.90 | 71,001.00 |
| | Raley, Matthew R | 2005 | 375.00 | 76.00 | 28,500.00 |
| | Rodriguez, Alberto | 2005 | 450.00 | 192.60 | 86,670.00 |
| | Stump, Jacob R. | 2005 | 290.00 | 119.40 | 34,626.00 |
| | Thorpe, Courtni E | 2005 | 285.00 | 97.80 | 27,873.00 |
| | White, Nicholas L | 2005 | 285.00 | 288.30 | 82,165.50 |
| | Carlisle, Marie L. | 2006 | 350.00 | 426.60 | 149,310.00 |
| | DeGaetano, Melissa A | 2006 | 275.00 | 30.70 | 8,442.50 |
| | Feil, Matthew D. | 2006 | 465.00 | 672.10 | 312,526.50 |
| | Hatcher, Mark | 2006 | 260.00 | 1.30 | 338.00 |
| | Heim, Kathryn M. | 2006 | 445.00 | 360.90 | 160,600.50 |
| | Kosack, Melissa L. | 2006 | 450.00 | 889.10 | 400,095.00 |
| | Lange, Gretchen L | 2006 | 275.00 | 122.00 | 33,550.00 |
| | Longstaff, Carrie | 2006 | 450.00 | 462.80 | 208,260.00 |
| | Nevin, Douglas M | 2006 | 445.00 | 105.40 | 46,903.00 |
| | Olson, Stephen T | 2006 | 375.00 | 2.80 | 1,050.00 |
| | Petrelli III, John W | 2006 | 350.00 | 46.10 | 16,135.00 |
| | Shoshany, Lindsey A. | 2006 | 415.00 | 742.30 | 308,054.50 |
| | Tobin, Sarah M | 2006 | 350.00 | 386.20 | 135,170.00 |
| | Vanderwal, Amy E. | 2006 | 490.00 | 117.40 | 57,526.00 |
| | Verciglio, Joseph F. | 2006 | 275.00 | 8.30 | 2,282.50 |
| | Yates, Shana M. | 2006 | 342.00 | 378.90 | 141,702.00 |
| | Barker Brown, Erin R | 2007 | 250.00 | 62.30 | 15,575.00 |
| | Biegelman, Daniel R. | 2007 | 415.00 | 45.50 | 18,882.50 |
| | Bobb, Matthew I. | 2007 | 415.00 | 595.10 | 246,966.50 |
| | Brown, Seanna R. | 2007 | 500.00 | 778.90 | 389,450.00 |
| | Calvani, Torello H. | 2007 | 500.00 | 819.20 | 409,600.00 |
| | Casey IV, James P. | 2007 | 325.00 | 34.40 | 11,180.00 |
| | Donnelly, Katayoun A. | 2007 | 275.00 | 18.10 | 4,977.50 |
| | Figura, James D. | 2007 | 315.00 | 24.60 | 7,749.00 |
| | Garvin, Naima J. | 2007 | 500.00 | 100.40 | 50,200.00 |
| | Howard, Emily A. | 2007 | 415.00 | 488.50 | 202,727.50 |
| | Jacobson, Michael B | 2007 | 400.00 | 156.40 | 62,560.00 |
| | Karp, Brian S. | 2007 | 445.00 | 215.50 | 95,897.50 |
| | Klidonas, George | 2007 | 355.00 | 603.40 | 214,207.00 |
| | Lawrence, Kelvin M | 2007 | 250.00 | 308.90 | 77,225.00 |
| | Lee, Joon | 2007 | 415.00 | 727.20 | 301,788.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Liburd, Essence | 2007 | 425.00 | 257.50 | 109,437.50 |
| | McGibbon, Joanna S. | 2007 | 415.00 | 646.90 | 268,463.50 |
| | Nelson, Maritza S | 2007 | 250.00 | 479.60 | 119,900.00 |
| | Ritz, Kenneth A. | 2007 | 415.00 | 751.90 | 312,038.50 |
| | Roesch, Matthew C | 2007 | 250.00 | 19.00 | 4,750.00 |
| | Serrano, Marco G. | 2007 | 490.00 | 0.70 | 343.00 |
| | Truong, Sarah J. | 2007 | 500.00 | 600.10 | 300,050.00 |
| | Walrath, Jennifer M | 2007 | 420.00 | 65.80 | 27,636.00 |
| | Amin, Tina U | 2008 | 275.00 | 315.60 | 86,790.00 |
| | Ashfaq, Ameena N. | 2008 | 305.00 | 0.20 | 61.00 |
| | Carbajal, Natacha | 2008 | 400.00 | 602.40 | 240,960.00 |
| | Day, James W. | 2008 | 400.00 | 649.60 | 259,840.00 |
| | Deweese, Chee Mei | 2008 | 240.00 | 180.10 | 43,224.00 |
| | Goldstein, Robyn R. | 2008 | 305.00 | 252.20 | 76,921.00 |
| | Kaplan, Deborah A | 2008 | 400.00 | 257.00 | 102,800.00 |
| | Kaplan, Michelle R. | 2008 | 400.00 | 612.30 | 244,920.00 |
| | Luke, Tarsha L | 2008 | 400.00 | 300.30 | 120,120.00 |
| | McCurrach, Elizabeth G. | 2008 | 415.00 | 635.60 | 263,774.00 |
| | Moody, Matthew J. | 2008 | 415.00 | 736.00 | 305,440.00 |
| | Murdock-Park, Erin K. | 2008 | 240.00 | 7.90 | 1,896.00 |
| | Nixon, Christy A. | 2008 | 375.00 | 376.50 | 141,187.50 |
| | O'Neal, Stephen T. | 2008 | 225.00 | 773.00 | 173,925.00 |
| | Osburn, Alexis C. | 2008 | 240.00 | 42.20 | 10,128.00 |
| | Ramos-Mrosovsky, Carlos | 2008 | 400.00 | 222.20 | 88,880.00 |
| | Rovine, Jacqlyn | 2008 | 400.00 | 711.50 | 284,600.00 |
| | Stanley, Trevor M. | 2008 | 380.00 | 246.10 | 93,518.00 |
| | Stark, Anthony M. | 2008 | 415.00 | 620.70 | 257,590.50 |
| | Thomas, Joshua C. | 2008 | 305.00 | 271.00 | 82,655.00 |
| | Walgenbach, Emilie J. | 2008 | 415.00 | 669.60 | 277,884.00 |
| | Whittlesey, Gillian L. | 2008 | 350.00 | 19.90 | 6,965.00 |
| | Woltering, Catherine E. | 2008 | 240.00 | 743.50 | 178,440.00 |
| | Zunno, Kathryn M. | 2008 | 500.00 | 485.20 | 242,600.00 |
| | Bogucki, Scott J. | 2009 | 400.00 | 894.30 | 357,720.00 |
| | Budd, Ashley J. | 2009 | 225.00 | 770.40 | 173,340.00 |
| | Campbell, Patrick T | 2009 | 397.43 | 197.80 | 78,500.00 |
| | Collins, Tarique N. | 2009 | 415.00 | 730.80 | 303,282.00 |
| | D'Andrea, Lindsey | 2009 | 230.00 | 655.70 | 150,811.00 |
| | Gentile, Dominic A. | 2009 | 400.00 | 597.30 | 238,920.00 |
| | Hangawatte, Udyogi A. | 2009 | 360.00 | 392.10 | 141,156.00 |
| | Harker, Francesca M. | 2009 | 375.00 | 27.40 | 10,275.00 |
| | Hilsheimer, Lauren M. | 2009 | 230.00 | 555.70 | 127,811.00 |
| | Howe, Mary E. | 2009 | 375.00 | 591.60 | 221,850.00 |
| | Kramer, Kathryn M. | 2009 | 225.00 | 735.00 | 165,375.00 |
| | Law, Karen | 2009 | 290.00 | 63.90 | 18,531.00 |
| | LeClair, Nicole D. | 2009 | 225.00 | 726.60 | 163,485.00 |
| | Marck, Michelle K | 2009 | 400.00 | 467.60 | 187,040.00 |
| | Markel, Tatiana | 2009 | 375.00 | 546.90 | 205,087.50 |
| | Maynard, Kim M. | 2009 | 355.00 | 342.20 | 121,481.00 |
| | McKnight, Katherine L. | 2009 | 380.00 | 71.70 | 27,246.00 |
| | Molina, Marco | 2009 | 400.00 | 839.00 | 335,600.00 |
| | Murray, Kelli A. | 2009 | 245.00 | 52.50 | 12,862.50 |
| | Nickodem, Robert G. | 2009 | 225.00 | 658.60 | 148,185.00 |
| | Oliker, Ashley L. | 2009 | 230.00 | 39.70 | 9,131.00 |
| | Ozturk, Ferve E. | 2009 | 400.00 | 875.80 | 350,320.00 |
| | Schweller, Jessie A. | 2009 | 400.00 | 657.00 | 262,800.00 |
| | Shapiro, Peter B. | 2009 | 400.00 | 597.40 | 238,960.00 |
| | Vessells, Jennifer A. | 2009 | 230.00 | 612.70 | 140,921.00 |
| | Winquist, Justin T. | 2009 | 260.00 | 285.30 | 74,178.00 |
| | Witt, Sara L. | 2009 | 230.00 | 14.70 | 3,381.00 |
| | Abraham, Asha | 2010 | 390.00 | 712.80 | 277,992.00 |
| | Barra, Jonathan P. | 2010 | 225.00 | 613.50 | 138,037.50 |
| | Blanton, Jack D. | 2010 | 220.00 | 12.70 | 2,794.00 |
| | Burgos, Jocelyn | 2010 | 400.00 | 471.40 | 188,560.00 |
| | Bushnell, Christina M. | 2010 | 225.00 | 615.30 | 138,442.50 |
| | Carney, Brian W. | 2010 | 225.00 | 730.00 | 164,250.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Castillon, Jesus J. | 2010 | 285.00 | 444.60 | 126,711.00 |
| | Chandler, Tara R. | 2010 | 225.00 | 753.80 | 169,605.00 |
| | Choi, David | 2010 | 400.00 | 789.00 | 315,600.00 |
| | Clegg, Sammantha E. | 2010 | 390.00 | 286.20 | 111,618.00 |
| | Cook, Nora K. | 2010 | 225.00 | 777.00 | 174,825.00 |
| | Crist, John W. | 2010 | 225.00 | 706.20 | 158,895.00 |
| | Estes, Yelena | 2010 | 390.00 | 672.60 | 262,314.00 |
| | Fein, Amanda E. | 2010 | 355.00 | 615.70 | 218,573.50 |
| | Flynn, Alison | 2010 | 400.00 | 107.10 | 42,840.00 |
| | Geronimo, Andrew C. | 2010 | 225.00 | 594.30 | 133,717.50 |
| | Hansford, Melissa L. | 2010 | 225.00 | 698.40 | 157,140.00 |
| | James, Christopher T. | 2010 | 285.00 | 411.20 | 117,192.00 |
| | Johnson, Andrew T. | 2010 | 220.00 | 5.40 | 1,188.00 |
| | Koch, Jacqueline R. | 2010 | 300.00 | 364.50 | 109,350.00 |
| | Lisy, Samantha A. | 2010 | 225.00 | 607.40 | 136,665.00 |
| | Maytal, Anat | 2010 | 390.00 | 744.10 | 290,199.00 |
| | McMillan, David M. | 2010 | 390.00 | 645.00 | 251,550.00 |
| | Mosier, A. Mackenna | 2010 | 400.00 | 576.50 | 230,600.00 |
| | Needham, Kelly C. | 2010 | 225.00 | 727.50 | 163,687.50 |
| | Portnoy, Lesley F. | 2010 | 355.00 | 319.00 | 113,245.00 |
| | Prabucki, Kenneth | 2010 | 220.00 | 3.50 | 770.00 |
| | Pratt, Rodney E. | 2010 | 225.00 | 729.00 | 164,025.00 |
| | Rog, Joshua B. | 2010 | 400.00 | 830.40 | 332,160.00 |
| | Rouach, Sophie | 2010 | 415.00 | 576.80 | 239,372.00 |
| | Salehpour, Morvareed Z. | 2010 | 275.00 | 9.00 | 2,475.00 |
| | Schichnes, Jessica | 2010 | 390.00 | 343.00 | 133,770.00 |
| | Schlueter, Andrew C. | 2010 | 225.00 | 691.80 | 155,655.00 |
| | Scott, Justin T. | 2010 | 285.00 | 315.10 | 89,803.50 |
| | Sobel, Sean H. | 2010 | 225.00 | 748.50 | 168,412.50 |
| | Taddeo, Luisa | 2010 | 225.00 | 781.10 | 175,747.50 |
| | Ubaid, Maryland H. | 2010 | 225.00 | 724.20 | 162,945.00 |
| | Vasel, Denise D. | 2010 | 355.00 | 707.10 | 251,020.50 |
| | Wasko, Lindsay J. | 2010 | 225.00 | 752.50 | 169,312.50 |
| | Young, Michelle L. | 2010 | 335.00 | 671.50 | 224,952.50 |
| | Abonamah, Ahmed | 2011 | 225.00 | 595.30 | 133,942.50 |
| | Ball, Stephen L. | 2011 | 335.00 | 291.40 | 97,619.00 |
| | Cabico, Jason D. | 2011 | 335.00 | 397.60 | 133,196.00 |
| | Ekechuku, Steven D. | 2011 | 390.00 | 202.00 | 78,780.00 |
| | Feldstein, Robyn M | 2011 | 390.00 | 765.00 | 298,350.00 |
| | Gottesman, Joel D. | 2011 | 225.00 | 667.20 | 150,120.00 |
| | Krishna, Ganesh | 2011 | 390.00 | 769.10 | 299,949.00 |
| | Liao, Nina C. | 2011 | 320.00 | 61.50 | 19,680.00 |
| | Nowakowski, Jonathan | 2011 | 390.00 | 704.50 | 274,755.00 |
| | Nutt, Jessica E. | 2011 | 390.00 | 712.80 | 277,992.00 |
| | Oliva, Frank M. | 2011 | 390.00 | 760.00 | 296,400.00 |
| | Ruginis, Alexis N. | 2011 | 390.00 | 171.00 | 66,690.00 |
| | Schechter, Jody E. | 2011 | 315.00 | 635.50 | 200,182.50 |
| | Wangsgard, Kendall E. | 2011 | 335.00 | 162.60 | 54,471.00 |
| | Wells, Carrie T. | 2011 | 225.00 | 761.10 | 171,247.50 |
| | Zuberi, Madiha M. | 2011 | 390.00 | 697.70 | 272,103.00 |
| | Babka, Sarah R. | #N/A | 390.00 | 589.00 | 229,710.00 |
| | Consolino, Serine R. | #N/A | 315.00 | 51.10 | 16,096.50 |
| | Crook, Darren A. | #N/A | 210.00 | 4.60 | 966.00 |
| | Curtin, Daniel P. | #N/A | 315.00 | 17.40 | 5,481.00 |
| | deVries, Alan C. | #N/A | 200.00 | 425.30 | 85,060.00 |
| | Economides, Constantine P. | #N/A | 390.00 | 612.00 | 238,680.00 |
| | Gallagher, Christopher B. | #N/A | 390.00 | 730.40 | 284,856.00 |
| | Khan, Juvaria S. | #N/A | 315.00 | 1.00 | 315.00 |
| | Procell, Karen W. | #N/A | 410.00 | 212.50 | 87,125.00 |
| | Rice, David W. | #N/A | 390.00 | 788.80 | 307,632.00 |
| | Rose, Nicholas M. | #N/A | 335.00 | 387.50 | 129,812.50 |
| | Sinclair, Jordan A. | #N/A | 275.00 | 35.60 | 9,790.00 |
| | Townsend, Wendy C. | #N/A | 325.00 | 1.00 | 325.00 |
| Associates Total | | #N/A | 373.49 | 81,013.90 | 29,013,975.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Acklin, Bryan V. | #N/A | 135.00 | 20.10 | 2,713.50 |
| | Alexander, Rebecca S. | #N/A | 165.00 | 155.60 | 25,674.00 |
| | Allemant-Salas, Gonzalo | #N/A | 300.00 | 447.10 | 134,130.00 |
| | Beer, Sharon L | #N/A | 210.00 | 0.80 | 168.00 |
| | Bekier, James M. | #N/A | 360.00 | 655.00 | 235,800.00 |
| | Bitman, Oleg | #N/A | 245.00 | 297.20 | 72,814.00 |
| | Blaber, Theresa A | #N/A | 275.00 | 87.00 | 23,925.00 |
| | Bliss, Stephanie L. | #N/A | 210.00 | 288.90 | 60,669.00 |
| | Cabrera, Ramon C | #N/A | 225.00 | 259.40 | 58,365.00 |
| | Chamberlain, David R | #N/A | 175.00 | 45.70 | 7,997.50 |
| | Charlotten, Magdalena | #N/A | 245.00 | 215.40 | 52,773.00 |
| | Chiofalo, Frank A. | #N/A | 225.00 | 394.10 | 88,672.50 |
| | Choate, Hannah C. | #N/A | 300.00 | 80.80 | 24,240.00 |
| | Clark, Nancy L | #N/A | 200.00 | 11.30 | 2,260.00 |
| | Cohen, Justin H. | #N/A | 300.00 | 44.30 | 13,290.00 |
| | Craig, Robert E | #N/A | 425.00 | 11.90 | 5,057.50 |
| | Creagan, Carol A | #N/A | 175.00 | 100.50 | 17,587.50 |
| | Darwall, Julian H. | #N/A | 300.00 | 66.80 | 20,040.00 |
| | Ferguson, Kaitlyn A. | #N/A | 300.00 | 28.10 | 8,430.00 |
| | Fetzer, Jeffrey L | #N/A | 200.00 | 261.70 | 52,340.00 |
| | Fishelman, Benjamin D. | #N/A | 350.00 | 632.20 | 221,270.00 |
| | Fredle, Vicki M | #N/A | 185.00 | 11.60 | 2,146.00 |
| | Gage, Carly R. | #N/A | 300.00 | 3.00 | 900.00 |
| | Gardner, Bronson R | #N/A | 200.00 | 122.60 | 24,520.00 |
| | Grigsby, Camilla B. | #N/A | 75.00 | 2.00 | 150.00 |
| | Halwes, Shannon L. | #N/A | 185.00 | 205.70 | 38,054.50 |
| | Heller, Julie M. | #N/A | 360.00 | 526.10 | 189,396.00 |
| | Iskhakova, Yuliya | #N/A | 260.00 | 792.60 | 206,076.00 |
| | Jones, Michael K. | #N/A | 135.00 | 98.00 | 13,230.00 |
| | Koblenz, Esther E. | #N/A | 200.00 | 2.30 | 460.00 |
| | Landrio, Nikki M. | #N/A | 310.00 | 701.20 | 217,372.00 |
| | Lee, Magali L. | #N/A | 255.00 | 620.30 | 158,176.50 |
| | Little, Lynn M. | #N/A | 285.00 | 140.70 | 40,099.50 |
| | Martin, Sasha L. | #N/A | 245.00 | 419.70 | 102,826.50 |
| | Maxwell, Sarah A | #N/A | 165.00 | 275.00 | 45,375.00 |
| | McCann, Donald S | #N/A | 175.00 | 1.50 | 262.50 |
| | McLaughlin, Christopher | #N/A | 160.00 | 377.20 | 60,352.00 |
| | Mearns, Erin F. | #N/A | 220.00 | 112.80 | 24,816.00 |
| | Medina, Rebecca J. | #N/A | 160.00 | 207.60 | 33,216.00 |
| | Monge, Tirsa | #N/A | 285.00 | 620.20 | 176,757.00 |
| | Montalvo, Jason M. | #N/A | 300.00 | 588.40 | 176,520.00 |
| | Montani, Christine A. | #N/A | 285.00 | 606.90 | 172,966.50 |
| | Music, Tricia L. | #N/A | 205.00 | 2.60 | 533.00 |
| | Nunes, Silas T | #N/A | 260.00 | 713.40 | 185,484.00 |
| | Oliver-Weeks, Marcella J. | #N/A | 275.00 | 622.80 | 171,270.00 |
| | Ostrander, John C. | #N/A | 200.00 | 492.00 | 98,400.00 |
| | Paremoud, Jana | #N/A | 225.00 | 138.40 | 31,140.00 |
| | Pate, Alan M. | #N/A | 300.00 | 21.30 | 6,390.00 |
| | Ravick, Jacob H. | #N/A | 160.00 | 1.00 | 160.00 |
| | Rawles, Michael M | #N/A | 195.00 | 1.40 | 273.00 |
| | Remus, Amanda | #N/A | 275.00 | 714.00 | 196,350.00 |
| | Reynolds, Julie L. | #N/A | 200.00 | 43.30 | 8,660.00 |
| | Rivera, Eileen G. | #N/A | 165.00 | 590.50 | 97,432.50 |
| | Rosenberg, Zachary | #N/A | 300.00 | 136.90 | 41,070.00 |
| | Russ, Mary C. | #N/A | 120.00 | 316.90 | 38,028.00 |
| | Samarasekera, Dilip | #N/A | 200.00 | 262.90 | 52,580.00 |
| | Schnarre, Nicole L. | #N/A | 360.00 | 627.80 | 226,008.00 |
| | Stamoulis, Elizabeth M. | #N/A | 300.00 | 54.90 | 16,470.00 |
| | Stone, Adrian | #N/A | 245.00 | 555.20 | 136,024.00 |
| | Sulhan, Barbara J | #N/A | 175.00 | 100.30 | 17,552.50 |
| | Sweet, Karen R | #N/A | 205.00 | 365.80 | 74,989.00 |
| | Tolbert, Amelia M. | #N/A | 135.00 | 5.00 | 675.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Villamayor, Fidentino L. | #N/A | 300.00 | 646.60 | 193,980.00 |
| | von Collande, Constance M. | #N/A | 260.00 | 663.60 | 172,536.00 |
| | Wakefield, Mark | #N/A | 135.00 | 6.30 | 850.50 |
| | Wallace, Dawn L. | #N/A | 275.00 | 433.80 | 119,295.00 |
| | Wasserman, Gabor M. | #N/A | 335.00 | 460.40 | 154,234.00 |
| | Weaver, Scott | #N/A | 250.00 | 66.70 | 16,675.00 |
| | Wilkins, Kerrick T. | #N/A | 175.00 | 242.50 | 42,437.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | | #N/A | 256.66 | 18,838.60 | 4,914,310.50 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | $      692.54 | $    30,744.00 | $    19,368,794.00 |
| Associates Total | 373.49 | 81,013.90 | 29,013,975.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 256.66 | 18,838.60 | 4,914,310.50 |
| Blended Attorney Rate | 432.92 | | |
| Total Fees Incurred | | 130,596.50 | 53,297,079.50 |

**Less 10% Public Interest Discount**          (5,329,707.95)

**Grand Total**                    $    47,967,371.55