EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR EIGHTH INTERIM
PERIOD OF JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 772.30 | $ 395,431.00 |
| 02 | Bankruptcy Court Litigation and Related Matters | 1,750.40 | 819,196.50 |
| 03 | Feeder Funds | 2,977.30 | 1,333,845.50 |
| 04 | Asset Search Recovery and Sale | 249.10 | 178,219.50 |
| 05 | Internal Office Meetings with Staff | 761.70 | 286,987.00 |
| 07 | Billing | 576.40 | 192,813.50 |
| 08 | Case Administration | 1,636.20 | 562,697.00 |
| 09 | Banks | 842.80 | 378,561.00 |
| 10 | Court Appearances | 9.80 | 8,285.00 |
| 11 | Press Inquires and Responses | 528.50 | 239,256.00 |
| 12 | Document Review | 10,752.10 | 3,203,613.50 |
| 13 | Discovery - Depositions and Document Productions | 7,939.00 | 3,084,677.50 |
| 14 | International | 2,301.50 | 1,079,170.50 |
| 15 | Charities | 1.70 | 1,157.50 |
| 17 | Access - Luxembourg | 5,267.50 | 1,279,031.00 |
| 19 | Non-Bankruptcy Litigation | 51.90 | 25,491.50 |
| 20 | Governmental Agencies | 27.50 | 23,106.00 |
| 21 | Allocation | 233.10 | 138,723.50 |
| 000003 | Stanley Chais | 547.30 | 234,865.00 |
| 000004 | J. Ezra Merkin | 5,105.50 | 1,954,165.00 |
| 000005 | Customer Claims (2009 - 2011) | 2,515.50 | 1,155,498.50 |
| 000006 | Vizcaya | 393.70 | 171,097.50 |
| 000007 | Madoff Family | 2,395.20 | 1,065,017.50 |
| 000008 | Norman Levy | 204.70 | 72,570.00 |
| 000009 | Fairfield Greenwich | 4,256.80 | 1,398,894.50 |
| 000010 | Harley | 98.90 | 48,164.00 |
| 000011 | Cohmad Securities Corporation | 3,863.90 | 1,582,242.50 |
| 000012 | Picower | 483.80 | 249,003.00 |
| 000013 | Kingate | 3,414.90 | 1,604,632.50 |
| 000018 | Thybo | 1,026.40 | 546,618.00 |
| 000019 | Ruth Madoff | 12.60 | 5,087.50 |
| 000020 | Carl Shapiro | 79.10 | 32,224.00 |
| 000021 | Avoidance Action Investigation/Litigation 2010-2012 | 23,821.10 | 9,374,491.00 |
| 000024 | Robert Luria | 36.30 | 19,362.50 |
| 000025 | Amy Luria | 63.20 | 34,876.00 |
| 000026 | Richard Stahl | 839.80 | 385,593.00 |
| 000027 | JPMorgan Chase | 6,247.00 | 2,843,434.50 |
| 000028 | Westport | 1,056.90 | 334,804.50 |
| 000029 | Rye/Tremont | 675.30 | 357,669.00 |
| 000030 | HSBC | 4,249.00 | 2,118,934.50 |
| 000031 | Katz/Wilpon | 12,065.80 | 5,500,321.50 |
| 000032 | LuxAlpha/UBS | 3,297.70 | 1,282,777.00 |
| 000033 | Nomura Bank International PLC | 199.90 | 85,169.50 |
| 000034 | Citibank | 702.80 | 304,313.00 |
| 000035 | Natixis | 858.10 | 368,669.50 |
| 000036 | Merrill Lynch | 103.00 | 51,306.50 |
| 000037 | ABN AMRO | 56.00 | 23,783.50 |
| 000038 | Banco Bilbao | 772.50 | 337,088.50 |
| 000039 | Fortis | 15.60 | 6,354.00 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 000040 | Medici Enterprise | 5,557.80 | 2,477,779.00 |
| 000041 | Whitechapel | 121.50 | 58,344.50 |
| 000042 | Equity Trading | 765.70 | 270,115.50 |
| 000043 | Defender | 164.30 | 85,474.50 |
| 000044 | Maccabee | 34.50 | 19,029.50 |
| 000045 | Levey | 69.00 | 37,943.50 |
| 000046 | Glantz | 693.70 | 356,809.00 |
| 000047 | Bonaventre | 24.90 | 8,055.00 |
| 000048 | Bongiorno | 45.60 | 20,349.50 |
| 000049 | Greenberger | 247.30 | 154,470.50 |
| 000050 | Pitz | 135.00 | 42,534.00 |
| 000051 | Crupi | 46.80 | 15,086.50 |
| 000052 | Donald Friedman | 773.50 | 337,287.50 |
| 000053 | Magnify | 457.80 | 196,974.50 |
| 000054 | Mendelow | 171.80 | 94,464.00 |
| 000055 | Kugel | 228.50 | 99,654.50 |
| 000056 | Lipkin | 79.70 | 27,920.50 |
| 000057 | Perez/O'Hara | 25.70 | 12,890.50 |
| 000058 | PJ Administrators | 1,174.40 | 554,450.50 |
| 000059 | Stanley Shapiro | 94.40 | 49,812.50 |
| 000060 | Avellino & Bienes | 1,415.10 | 644,365.00 |
| 000061 | Maxam | 1,714.00 | 786,644.00 |
| 000062 | Subsequent Transfer | 418.40 | 167,334.50 |
| Grand Total | | 130,596.50 | 53,297,079.50 |

**Less 10% Public Interest Discount**      (5,329,707.95)

**Grand Total**      $ 47,967,371.55

**Current Application**
Interim Compensation Requested      $ 47,967,371.55
Interim Compensation Paid      (43,170,634.40)
Interim Compensation Deferred      $ 4,796,737.15

**Prior Applications**
Interim Compensation Requested      $ 225,099,539.99
Interim Compensation Paid      (202,589,586.00)
Interim Compensation Deferred      $ 22,509,953.99