EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR EIGHTH
INTERIM PERIOD OF JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011

| | | |
|---|---|---:|
| E101 | Copying (E101) | 90,322.52 |
| E102 | Outside Printing (E102) | 16,273.73 |
| E104 | Facsimile (E104) | 297.35 |
| E105 | Telephone (E105) | 8,723.29 |
| E106 | Online Research (E106) | 213,640.02 |
| E107 | Delivery Services/ Messengers (E107) | 16,771.02 |
| E108 | Postage (E108) | 4,450.42 |
| E109 | Local Travel (E109) | 1,361.65 |
| E110 | Out-of-Town Travel (E110) | 197,105.73 |
| E111 | Business Meals, etc. (E111) | 267.13 |
| E112 | Court Fees (E112) | 23,244.33 |
| E113 | Subpoena Fees (E113) | 12,348.26 |
| E114 | Witness Fees (E114) | 60.00 |
| E115 | Deposition Transcripts (E115) | 1,575.64 |
| E116 | Trial Transcripts (E116) | 119,941.45 |
| E117 | Trial Exhibits (E117) | 37.56 |
| E119 | Experts (E119) | 6,725.53 |
| E123 | Other Professionals (E123) | 41,334.21 |
| E124 | Other (E124) | 21,919.13 |
| E125 | Translation Costs (E125) | 466,034.49 |
| E129 | Official Fees (E129) | 2,900.00 |
| Grand Total | | 1,245,333.46 |

**Prior Applications**

Reimbursement of Expenses Requested and Rewarded    $4,904,494.88