UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |

**SECOND STIPULATION SETTING SCHEDULING ON MOTION OF PICOWER CLASS ACTION PLAINTIFFS FOR A DETERMINATION THAT THE COMMENCEMENT OF SECURITIES CLASS ACTION LAWSUITS AGAINST NON-DEBTOR PARTIES IS NOT PROHIBITED BY A PERMANENT INJUNCTION ISSUED BY THIS COURT OR <u>VIOLATIVE OF THE AUTOMATIC STAY</u>**

      IT IS HEREBY STIPULATED AND AGREED, by Irving H. Picard, as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff ("Trustee"), and the Picower Class Action Plaintiffs (as defined in the Motion), through their undersigned attorneys, that the time to object or otherwise respond to the Motion of the Picower Class Action Plaintiffs ("Movants") for a Determination that the Commencement of Securities Class Action Lawsuits Against Non-Debtor Parties is Not Prohibited by a Permanent Injunction Issued by this Court or Violative of the Automatic Stay dated December 13, 2011 ("Motion") is extended until <u>30 days</u> after the entry of rulings by the

Honorable John G. Koeltl determining the appeals (the "Picower Appeals") in *Fox v. Picard, Marshall v. Picard*, Consolidated Appeal Nos. 10-CV-4652 (JGK), 10-CV-7101 (JGK), 10-CV-7219 (JGK); *Fox v. Picard*, Appeal No. 11-CV-1328 (JGK); and *Marshall v. Picard*, Appeal No. 11-CV-1298 (JGK).

IT IS FURTHER STIPULATED AND AGREED, that in the event that rulings determining the Picower Appeals are not issued by June 25, 2012, the Trustee and the Movants will revisit this scheduling stipulation at such time and will enter into a new stipulation.

The hearing on the Motion shall be adjourned to a date to be determined.

Nothing in this Stipulation is a waiver of the right to request from the Court further extensions of time to object or otherwise respond and to extend the hearing date, and is without prejudice to seek further extensions.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: February 15, 2012                BAKER & HOSTETLER LLP

                                        By: /s/ Keith R. Murphy
                                        45 Rockefeller Plaza
                                        New York, New York 10111
                                        Telephone: 212.589.4200
                                        Facsimile: 212.589.4201
                                        David J. Sheehan
                                        Email: dsheehan@bakerlaw.com
                                        Deborah H. Renner
                                        Email: drenner@bakerlaw.com

2

Keith R. Murphy
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

HERRICK, FEINSTEIN LLP

By:  */s/ Frederick E. Schmidt, Jr.*
**HERRICK, FEINSTEIN LLP**
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Joshua J. Angel
Frederick E. Schmidt, Jr.

**BEASLEY HAUSER KRAMER LEONARD & GALARDI, P.A.**
505 South Flagler Drive, Suite 1500
West Palm Beach, Florida 33401
Telephone: (561) 835-0900
Facsimile: (561) 835-0939

- and –

**BLACKNER, STONE & ASSOCIATES**
123 Australian Avenue
Palm Beach, Florida 33480
Telephone: (561) 659-5754
Facsimile: (561) 659-3184

*Attorneys for A&G Goldman Partnership, and Pamela Goldman, individually and on behalf of a similarly situated class*

SO ORDERED this 17th day of February, 2012

/s/Burton R. Lifland
United States Bankruptcy Judge