### Exhibit B
Summary of Seventh Interim Fee Application
of Windels Marx Lane & Mittendorf, LLP
for Services Rendered from
June 1, 2011 through and including September 30, 2011

| Name | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners and Special Counsel** | | | | |
| Alan Nisselson | 1977 | 575.00 | 10.00 | $ 5,750.00 |
| Craig P. Murphy | 1978 | 550.00 | 21.50 | 11,825.00 |
| Howard L. Simon | 1977 | 515.00 | 533.10 | 274,546.50 |
| Timothy O'Neill | 1981 | 495.00 | 141.10 | 69,844.50 |
| Clark Alpert | 1978 | 475.00 | 383.70 | 182,257.50 |
| Thomas A. Banahan | 1979 | 465.00 | 4.60 | 2,139.00 |
| Leslie S. Barr | 1985 | 450.00 | 4.40 | 1,980.00 |
| Denise L. Iocco | 1992 | 420.00 | 2.00 | 840.00 |
| Antonio J. Casas | 1992 | 390.00 | 278.30 | 108,537.00 |
| **Total Partners and Special Counsel** | | | **1,378.70** | **$ 657,719.50** |
| **Associates** | | | | |
| Kim M. Longo | 2002 | 380.00 | 791.30 | $ 300,694.00 |
| Karen M. Cullen | 1981 | 380.00 | 652.00 | 247,760.00 |
| Jorge R. Salva | 2002 | 360.00 | 13.90 | 5,004.00 |
| David N. Butler | 1985 | 360.00 | 295.30 | 106,308.00 |
| Carol LaFond | 2000 | 355.00 | 546.60 | 194,043.00 |
| Brian W. Kreutter | 2003 | 315.00 | 571.80 | 180,117.00 |
| Craig D. Gottilla | 2000 | 315.00 | 198.00 | 62,370.00 |
| Jeremy G. Weiss | 1993 | 315.00 | 405.40 | 127,701.00 |
| Elizabeth Fiechter | 2006 | 310.00 | 587.50 | 182,125.00 |
| John J. Tepedino | 2004 | 310.00 | 382.95 | 118,714.50 |
| Yani Indrajana Ho | 2005 | 300.00 | 564.10 | 169,230.00 |
| Gary J. Finiguerra | 2005 | 300.00 | 50.80 | 15,240.00 |
| Alan D. Lawn | 2008 | 290.00 | 561.60 | 162,864.00 |
| Matthew C. Capozzoli | 2006 | 250.00 | 407.50 | 101,875.00 |
| **Total Associates** | | | **6,028.75** | **$ 1,974,045.50** |

| Name | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| **Paraprofessionals** | | | |
| Anna Cote | 225.00 | 48.80 | $ 10,980.00 |
| Kevin Coleman | 225.00 | 14.00 | 3,150.00 |
| Joel L. Solomon | 215.00 | 6.30 | 1,354.50 |
| Anthony T. Navatto | 200.00 | 476.00 | 95,200.00 |
| Zac B. Howes | 200.00 | 382.20 | 76,440.00 |
| Christopher Reilly | 190.00 | 316.70 | 60,173.00 |
| Tracy Heston | 190.00 | 0.30 | 57.00 |
| Candi McBride | 190.00 | 1.00 | 190.00 |
| Lisa M. Winkler | 170.00 | 223.70 | 38,029.00 |
| Michael A. Simon | 145.00 | 201.80 | 29,261.00 |
| Cheryll V. Cabrera | 115.00 | 56.00 | 6,440.00 |
| **Total Paraprofessionals** | | **1,726.80** | **$ 321,274.50** |

| | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| **Partners and Special Counsel** | 477.06 | 1,378.70 | $ 657,719.50 |
| **Associates** | 327.44 | 6,028.75 | $ 1,974,045.50 |
| **Paraprofessionals** | 186.05 | 1,726.80 | $ 321,274.50 |
| **Blended Attorney Rate** | 355.29 | | |
| **Subtotal Hours and Fees Incurred** | | 9,134.25 | $ 2,953,039.50 |
| **Less: Miscellaneous Adjustment** | | | $ 1,230.00 |
| **Total Hours and Fees Incurred** | | 9,134.25 | $ 2,951,809.50 |