## Exhibit C

EXPENSE SUMMARY BY WINDELS MARX
LANE & MITTENDORF FOR SIXTH INTERIM
PERIOD OF JUNE 1, 2011 THROUGH
SEPTEMBER 30, 2011

| Code Description | Amount |
|---|---|
| Copying | $       3,275.10 |
| Facsimile | 1.50 |
| Telephone | 338.52 |
| Online Research | 22,312.13 |
| Delivery Services/Messenger | 1,809.59 |
| Postage | 71.92 |
| Court Fees | 5.00 |
| Deposition Transcript | 106.60 |
| Other | 3,217.50 |
|  |  |
| **TOTAL** | **$       31,137.86** |

10660002.2