## Exhibit D

COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED
BY WINDELS MARX LANE & MITTENDORF FOR SIXTH INTERIM
PERIOD OF JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011

| Task Code | Task Code Description | Hours | Amount | |
|---|---|---|---|---|
| 007 | Fee Application | 119.40 | $ | 45,515.50 |
| 010 | Litigation | 8,932.85 | | 2,878,280.50 |
| 020 | Internal Office Meetings | 67.00 | | 24,386.50 |
| L140 | Document/File Management | 15.00 | | 4,857.00 |
| | | | | |
| **Less: Miscellaneous Adjustment** | | | | 1,230.00 |
| | TOTAL | **9,134.25** | $ | **2,951,809.50** |