Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Irving H. Picard
Email: ipicard@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Jacqlyn R. Rovine
Email: jrovine@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
And Bernard L. Madoff*

Hearing Date: March 15, 2012
Hearing Time: 10:00 A.M. EST

Objection Deadline: March 8, 2012
Time: 4:00 P.M. EST

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

### NOTICE OF HEARING ON EIGHTH APPLICATIONS FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED BY APPLICANTS FROM JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011

**PLEASE TAKE NOTICE**, that on **March 15, 2012 at 10:00 a.m.**, a hearing (the "Hearing") will be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 623, New York, New York 10004, on the applications for interim compensation for services rendered and reimbursement of actual and necessary expenses incurred by applicants from June 1, 2011 through September 30, 2011 (the "Applications") of the following parties:

### FEES REQUESTED[1]

**Applicants**

| | | |
|---|---|---|
| Irving H. Picard, Esq., SIPA Trustee<br>Baker & Hostetler LLP, Counsel to the Trustee<br>(Period: June 1, 2011 through September 30, 2011) | Fees:<br>90%:<br>Expenses: | $47,967,371.55<br>$43,170,634.40<br>$1,245,333.46 |
| Eugene F. Collins<br>Special Counsel to the Trustee<br>(Period: June 1, 2011 through September 30, 2011) | Fees:<br>80%:<br>Expenses: | $1,550.86<br>$1,240.69<br>$217.99 |
| Schiltz & Schiltz<br>Special Counsel to the Trustee<br>(Period: June 1, 2011 through September 30, 2011) | Fees:<br>80%:<br>Expenses: | $8,378.96<br>$6,703.17<br>$544.63 |
| Higgs & Johnson<br>Special Counsel to the Trustee<br>(Period: June 1, 2011 through September 30, 2011) | Fees:<br>80%:<br>Expenses: | $82,541.25<br>$66,033.00<br>$6,607.19 |
| Kugler Kandestin, L.L.P.<br>Special Counsel to the Trustee<br>(Period: June 1, 2011 through September 30, 2011) | Fees:<br>80%:<br>Expenses: | $1,748.85<br>$1,399.08<br>$0 |
| Graf & Pitkowitz Rechtsanwälte GmbH<br>Special Counsel to the Trustee<br>(Period: June 1, 2011 through September 30, 2011) | Fees:<br>80%:<br>Expenses: | $600,076.69<br>$480,061.35<br>$44,587.04 |
| SCA Creque | Fees: | $70,919.59 |

---

[1] All Applicants have agreed to apply a 10% public interest discount to their normal billable rates. All Applicants have also agreed to a holdback (10% of fees for Trustee and Baker & Hostetler and 20% of fees for all other Applicants), which amount is to be deferred through the conclusion of the liquidation period or until further order of the Court.

| Firm | | Amount |
|---|---|---|
| Special Counsel to the Trustee<br>(Period: June 1, 2011 through September 30, 2011) | 80%:<br>Expenses: | $56,735.68<br>$1,084.80 |
| Young Conaway Stargatt & Taylor, LLP<br>Special Counsel to the Trustee<br>(Period: June 1, 2011 through September 30, 2011) | Fees:<br>80%:<br>Expenses: | $19,995.30<br>$15,996.24<br>$425.35 |
| Windels Marx Lane & Mittendorf<br>Special Counsel to the Trustee<br>(Period: June 1, 2011 through September 30, 2011) | Fees:<br>80%:<br>Expenses: | $2,951,809.50<br>$2,361,447.60<br>$31,137.86 |
| Williams Barristers & Attorneys<br>Special Counsel to the Trustee<br>(Period: June 1, 2011 through September 30, 2011) | Fees:<br>80%:<br>Expenses: | $72,659.58<br>$58,127.67<br>$950.00 |
| Taylor Wessing<br>Special Counsel to the Trustee<br>(Period: June 1, 2011 through September 30, 2011) | Fees:<br>80%:<br>Expenses: | $1,476,052.11<br>$1,180,841.69<br>$162,162.33 |
| UGGC & Associés<br>Special Counsel to the Trustee<br>(Period: June 1, 2011 through September 30, 2011) | Fees:<br>80%:<br>Expenses: | $18,297.83<br>$14,638.27<br>$206.75 |
| Attias & Levy<br>Special Counsel to the Trustee<br>(Period: February 1, 2011 through September 30, 2011) | Fees:<br>80%:<br>Expenses: | $281,455.26<br>$225,164.21<br>$23,263.85 |
| Werder Vigano<br>Special Counsel to the Trustee<br>(Period: June 1, 2011 through September 30, 2011) | Fees:<br>80%:<br>Expenses: | $20,860.41<br>$16,688.33<br>$53.57 |
| Greenfield Stein & Senior LLP<br>Special Counsel to the Trustee<br>(Period: April 20, 2011 through September 30, 2011) | Fees:<br>80%:<br>Expenses: | $8,248.05<br>$6,598.44<br>$0 |
| Mishcon de Reya<br>Special Counsel to the Trustee<br>(Period: June 1, 2010 through October 26, 2010) | Fees:<br>Holdback to be paid:<br>Expenses: | $1,743,752.47<br>$16,481.56<br>$139,765.97 |

**PLEASE TAKE FURTHER NOTICE**, that copies of the Applications will be on file with, and may be reviewed and downloaded from, the United States Bankruptcy Court website www.nysb.uscourts.gov by registered users of PACER. Copies may also be obtained by contacting counsel to the Trustee in writing at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq.

3

**PLEASE TAKE FURTHER NOTICE**, that objections or answering papers to the Applications, if any, shall be in writing, shall conform to the requirements of the Bankruptcy Code, Bankruptcy Rules, and the Local Rules of this Court, and shall be filed with the Clerk of the Bankruptcy Court with a courtesy copy delivered to the Chambers of the Honorable Burton R. Lifland, United States Bankruptcy Judge, and a copy served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan; and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq., no later than **4:00 p.m. on March 8, 2012**.

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the Hearing if you do not object to the relief requested in the Applications.

Dated: New York, New York
February 17, 2012

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Jacqlyn R. Rovine
Email: jrovine@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300187298

4