# REMY INVESTMENTS CORP
Correspondence address;
1- 5 Harley Street
London W1G 9QD
England, United Kingdom

January 10,2012

                                                                        Without Prejudice

**Mr Irving H Picard**
**Trustee**
Baker & Hostetler LLP
45 Rockefeller Plaza, New York, NY 10111, U.S.A.

**Clerk of the United States Bankruptcy Court**
for The Southern District of New York
One Bowling Green, New York, New York 10004

Dear Sirs

**Bernard L. Madoff Investment Securities LLC ("BLMIS")**
**Bankruptcy Case S.D.N.Y.,No: 08 – 1789 (BRL)**
**CLAIM No: 009170**

**AMEND CORRESPONDENCE ADDRESS**

Remy Investments Corp had a vested share stock with the Bernard L Madoff investments; Kingate Global Fund and the Fairfield Sentry Fund, totaling in value, in excess of USD15.6 million at the time.

**With immediate effect please forward all correspondences** for

**REMY INVESTMENTS CORP and Ms ANN KALLGREN** to;

> **REMY INVESTMENTS CORP**
> **1- 5 Harley Street**
> **London W1G 9QD**
> **England, United Kingdom**

Please confirm the above request has been effected, by letter to us.

Thank you for your kind assistance in this matter.

for Remy Investments Corp

*[signature]*

Ann Kallgren



RECEIVED
FEB 23 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK