| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| <td colspan="11" align="center">**Exhibit 1**</td> |
| No. | ECF NO. | Date Filed | Document Name | Filing Parties | No. of Claimants Opposition Filed on Behalf Of | BLMIS Account No. | Claim No. | Counsel (Lead Attorney)/Pro Se | Mailing Address | E-mail Address |
| 1 | 4625 | 1/13/2012 | Brief in Opposition to the Trustee's Motion to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names | Siegel IRA | 1 | 1B0118 | 006180 | Pro Se, Howard Siegel | 154 Porto Vecchio Way, Palm Beach Gardens, FL 33418 | |
| 2 | 4626 | 1/13/2012 | Affidavit of Kathleen Sweeney Meck (related 4628) | Upstate New York Bakery Drivers and Industry Pension Fund | 1 | 1I0004 | 005483 | Bisceglie & DeMarco, LLC; Angelo Bisceglie, Jr., Esq. Mark Silberblatt, Esq. | 365 Rifle Camp Road, Woodland Park, NJ 07424 | abisceglie@bd-lawfirm.com; msilberblatt@bd-lawfirm.com |
| 3 | 4627 | 1/13/2012 | Objection to Motion (Ltd. Editions Media, Inc. Defined Benefit Pension Pland UA Dtd. 2/9/99, Claimant) | Ltd. Editions Media, Inc. Defined Benefit Pension Plan UA Dtd. 2/9/99 | 1 | 1FN012 | 005072 | Pro Se, Stuart M. Nierenberg, Plan Trustee | PO Box 5748, 8550 E. Branding Iron Drive, Carefree, AZ 85377 | |
| 4 | 4628 | 1/13/2012 | Memo of Law Submitted by Upstate New York Bakery Drivers and Industry Pension Fund in Opposition to ERISA CWAA Motion (related 4626) | Upstate New York Bakery Drivers and Industry Pension Fund | 1 | 1I0004 | 005483 | Bisceglie & DeMarco, LLC; Angelo Bisceglie, Jr., Esq. Mark Silberblatt, Esq. | 365 Rifle Camp Road, Woodland Park, NJ 07424 | abisceglie@bd-lawfirm.com; msilberblatt@bd-lawfirm.com |
| 5 | 4631 | 1/17/2012 | Memo of Law In Opposition to Trustee's Motion for an Order Affirming Determinations Denying Claims Over ERISA Related Objections (related 4631, 4633) | Orthopaedic Specialty Group P.C. Plan Participants | 117 | 1O0004 | 117 Claims | Sandak Hennessey & Greco, LLP; Marc J. Kurzman and Foley & Lardner LLP; Peter N. Wang | 707 Summer Street, 3rd Floor, Stamford, CT 06901 and 90 Park Avenue, New York, NY 10016 | mkurzman@shglaw.com; pwang@foley.com |
| 6 | 4632 | 1/17/2012 | Affidavit of Henry Backe in Support of OSG Plan Participants' Customer Claims (related 4631, 4633) | Orthopaedic Specialty Group P.C. Plan Participants | 117 | 1O0004 | 117 Claims | Sandak Hennessey & Greco, LLP; Marc J. Kurzman and Foley & Lardner LLP; Peter N. Wang | 707 Summer Street, 3rd Floor, Stamford, CT 06901 and 90 Park Avenue, New York, NY 10016 | mkurzman@shglaw.com; pwang@foley.com |
| 7 | 4633 | 1/17/2012 | Affidavit of David Gershoni (related 4631, 4632) | Orthopaedic Specialty Group P.C. Plan Participants | 117 | 1O0004 | 117 Claims | Sandak Hennessey & Greco, LLP; Marc J. Kurzman and Foley & Lardner LLP; Peter N. Wang | 707 Summer Street, 3rd Floor, Stamford, CT 06901 and 90 Park Avenue, New York, NY 10016 | mkurzman@shglaw.com; pwang@foley.com |
| 8 | 4635 | 1/17/2012 | Memo of Law on behalf of Bricklayers and Allied Craftsmen Local 2 Annuity Fund, et al. | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | 37 | 1B0118 1A0061 1I0004 | 50 Claims | Blitman & King LLP; Jennifer A. Clark Brian J. LaClair Jonathan M. Cerrito | Franklin Center, Suite 300 443 North Franklin Street Syracuse, NY 13204-5412 | jaclark@bklawyers.com; bjlaclair@bklawyers.com; jmcerrito@bklawyers.com |
| 9 | 4637 | 1/17/2012 | Claimants' Opposition to Trustee's Motion for Court Approval of His Denial of Claims of Investors Under ERISA-Protected Plans (related 4638) | Jacqueline Green Rollover Account; Wayne Green Rollover Account | 1 | 1ZB012 | 2033 | Becker & Poliakoff LLP; Helen David Chaitman | 45 Broadway, New York, NY 10006 | hchatiman@becker-poliakoff.com |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Exhibit 1** | | | | | | |
| No. | ECF NO. | Date Filed | Document Name | Filing Parties | No. of Claimants Opposition Filed on Behalf Of | BLMIS Account No. | Claim No. | Counsel (Lead Attorney)/Pro Se | Mailing Address | E-mail Address |
| 10 | 4638 | 1/17/2012 | Declaration in Opposition to Trustee's Motion to Affirm Denial of Claim (related 4637) | Jacqueline Green Rollover Account | 1 | 1ZB012 | 2033 | Becker & Poliakoff LLP: Helen David Chaitman | 45 Broadway, New York, NY 10006 | hchatiman@becker-poliakoff.com |
| 11 | 4639 | 1/17/2012 | Claimants' Opposition to Trustee's Motion for Court Approval of His Denial of Claims of Investors Under ERISA-Protected Plans (related 4640) | Wayne D. Green Rollover Account | 1 | 1ZB012 | 2033 | Becker & Poliakoff LLP: Helen David Chaitman | 45 Broadway, New York, NY 10006 | hchatiman@becker-poliakoff.com |
| 12 | 4640 | 1/17/2012 | Declaration in Opposition to Trustee's Motion to Affirm Denial of Claim (related 4639) | Wayne D. Green Rollover Account | 1 | 1ZB012 | 2033 | Becker & Poliakoff LLP; Helen David Chaitman | 45 Broadway, New York, NY 10006 | hchatiman@becker-poliakoff.com |
| 13 | 4641 | 1/17/2012 | Opposition of J.X. Reynolds & Co. Deferred Profit Sharing Plan To Trustee's Motion For Approval of the Trustee's Rejection of its Customer Claim (related 4642) | J.X. Reynolds & Co. Deferred Profit Sharing Plan | 1 | 1ZA003 | 12783 | Becker & Poliakoff LLP; Helen David Chaitman | 45 Broadway, New York, NY 10006 | hchatiman@becker-poliakoff.com |
| 14 | 4642 | 1/17/2012 | Declaration in Opposition to Trustee's Motion to Affirm Denial of Claims (related 4641) | J.X. Reynolds & Co. Deferred Profit Sharing Plan | 1 | 1ZA003 | 12783 | Becker & Poliakoff LLP; Helen David Chaitman | 45 Broadway, New York, NY 10006 | hchatiman@becker-poliakoff.com |
| 15 | 4643 | 1/17/2012 | Memo of Law in Support of Objection to the Motion for an Order Affirming the Trustee's Determinations Denying Claims Over ERISA Related Objections | Eric S. Saretsky; The Plan Administrator of the Sterling Equities Associates Employee Retirement Plan | 159 | 1KW182 | 159 Claims | Proskauer Rose LLP; Myron D. Rumeld Anthony S. Cacace Richard J. Corbi | Eleven Times Square, New York, NY 10036 | mrumeld@proskauer.com; acacace@proskauer.com; rcorbi@proskauer.com |
| 16 | 4652 | 1/17/2012 | Letter brief in opposition to Trustee's Motion for an Order to Affirm Trustee's Determination Denying Claims of ERISA Claimants Without Accounts in Their Names | Paul J. Fisch Deborah L. Fisch | 2 | 1ZA081 | 8333 | Pro Se, Paul J. and Deborah L. Fisch | 5111 Coffee Tree Lane, North Syracuse, NY 13212 | |
| 17 | 4653 | 1/17/2012 | Letter brief in opposition to Trustee's Motion for an Order to Affirm Trustee's Determination Denying Claims of ERISA Claimants Without Accounts in Their Names | Michael E. Fisch | 1 | 1ZA082 | 8824 | Pro Se, Michael E. Fisch | 250 Gerry Rd., Chestnut Hill, MA 02467 | |
| 18 | 4654 | 1/17/2012 | Letter brief in opposition to Trustee's Motion for an Order to Affirm Trustee's Determination Denying Claims of ERISA Claimants Without Accounts in Their Names | Steven H. Fisch | 1 | 1ZA083 | 8847 | Pro Se, Steven H. Fisch | 79 Princeton Road, Chestnut Hill, MA 02467 | |