## Exhibit 2

| ECF No. - Opposition to Motion | Filing Parties | Claimants/Participants | Claim No. | ECF No. - Objection to Determination |
|---|---|---|---|---|
| 4625 | Siegel IRA | Howard Siegel IRA | 006180 | 1844 |
| 4626, 4628 | Upstate New York Bakery Drivers and Industry Pension Fund | Upstate New York Bakery Drivers and Industry Pension Fund | 005483 | 3795 |
| 4627 | Upstate New York Bakery Drivers and Industry Pension Fund | Ltd. Editions Media, Inc. Defined Benefit Pension Plan UA Dtd. 2/9/99 | 005072 | 1606 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Alexander, Linda | 006679 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Armstrong, Kai | 006680 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Awad, John | 006681 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Ayala, Ivette | 006682 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Backe, Henry | 006683 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Franzese-Basta, Angela | 006684 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Belchak, Jeanne | 006685 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Belcher, Kim | 006686 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Bell, Janet | 006687 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Bindelglass, David | 006688 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Bjork, Joan | 006689 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Brenia, Cynthia | 006690 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Brittis, Dante | 006691 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Broadhurst, Linda | 006692 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Butler, Barbara | 006693 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Carney, Wilhelmina | 006694 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Cash, Lori | 006695 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Casimiro, Joan | 006696 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Castro, Rosa | 006697 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Christy, Brian | 006698 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Chymeryc, Tracey | 006699 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Cimino, William | 006700 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Ciskowski, Michael | 006701 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Collazo, Carmen | 006702 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Commaille, Nancy | 006703 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Heske-Goldin-Constantino, Janet | 006704 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Cortez, Jessica | 006705 | 3195 |

| Exhibit 2 ||||| 
|---|---|---|---|---|
| **ECF No. - Opposition to Motion** | **Filing Parties** | **Claimants/Participants** | **Claim No.** | **ECF No. - Objection to Determination** |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Patterson-Council, Brooke | 006706 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Crasilli, Lisa | 006707 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Dawe, Robert | 006708 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Delgado, Aileen | 006709 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Dmowski, Bridette | 006712 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Edelman, Sue | 006713 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Evers-Delucia, Kathy | 006710 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | DeLucia, Lisa | 006711 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Falkowski, Barbara | 006714 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Favazza, Donna | 006715 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Fournier, Cynthia | 006716 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Thompson-Franzese, Sarah | 006717 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Gallant, Scott | 006718 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Giarratano, Valorie | 006719 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Glover, Pamela | 006720 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Gonzalez, Maria | 006721 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Gutierrez, Diana | 006722 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Hagerty, June | 006723 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Primavera-Hash, Stacy | 006724 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Haydon-Ryan, Amy | 006725 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Heibler, Carol | 006726 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Hermele, Herbert | 006727 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Heske, Nancy | 006728 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Ianotti, Erika | 006729 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Janik, Laura | 006730 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Kalapir, Daniella | 006731 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Kettles, Christine | 006732 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Kirschenbaum, Lawrence | 006733 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Kross, Rayna | 006734 | 3195 |

| | | **Exhibit 2** | | |
|---|---|---|---|---|
| **ECF No. - Opposition to Motion** | **Filing Parties** | **Claimants/Participants** | **Claim No.** | **ECF No. - Objection to Determination** |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Kwok, Patrick | 006735 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Langeland, Rolf | 006736 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Laviolette, Cushine | 006737 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Norell-Lay, Nicole | 006738 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Lewkowicz, Martha | 006739 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Libretti, George | 006740 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Lamb-Lilly, Stacy | 006741 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Lomax, Marissa | 006742 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Lorenzo, Laura | 006743 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Makar, Karen | 006744 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Malin, Joel | 006745 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Martino, Donna | 006746 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Mastroianni, Elizabeth | 006747 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Maxwell, Karen | 006748 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | McAleer, Sarah | 006749 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Mikos, Kathleen | 006750 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Carter-Moore, Diane | 006751 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Morrison, Murray | 006752 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Nagy, Kim | 006753 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Noll, Noreen | 006754 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Nowlan, Patricia | 006755 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Otero, Patricia | 006756 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Padilla, Taina | 006757 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Panapada, Caroline | 006758 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Parisi, Madelyn | 006759 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Pelton, Melissa | 006760 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Perez, Edna | 006761 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Petrowsky, Ryan | 006762 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Petrucelli, Joyce | 006763 | 3195 |

| **Exhibit 2** ||||||
|---|---|---|---|---|---|
| **ECF No. - Opposition to Motion** | **Filing Parties** | **Claimants/Participants** | | **Claim No.** | **ECF No. - Objection to Determination** |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Piccolo, Jennifer | | 006764 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Pimpinella, Suzanne | | 006765 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Platt, Candace | | 006766 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Raschke, Barbara | | 006767 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Ripley, Denise | | 006768 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Rivera, Yesina | | 006769 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Rodriguez-Ortiz, Raquel | | 006770 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Rosa, Isabel | | 006771 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Rosado, David | | 006772 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Rosiello, Tita | | 006773 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Saffir, Michael | | 006774 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Sammartano, Claudia | | 006775 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Santos, Ivelisse | | 006776 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Schaefer, Linda | | 006777 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Schneider, Chris | | 006778 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Shear, Perry | | 006779 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Simpson, Lynn | | 006780 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Slattery, Elizabeth | | 006781 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Soviero, Fiore | | 006782 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Stanton, Robert | | 006784 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Stasolla, Rebecca | | 006785 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | St. Cloud, Carline | | 006783 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Stevens, Tiffany | | 006786 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Stockmal, Nicole | | 006787 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Stopka, Ania | | 006788 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Teixeira, Susana | | 006789 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Towle, Simone | | 006790 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Turner, Monica | | 006791 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Uhlan, Cynthia | | 006792 | 3195 |

| | | **Exhibit 2** | | |
|---|---|---|---|---|
| **ECF No. - Opposition to Motion** | **Filing Parties** | **Claimants/Participants** | **Claim No.** | **ECF No. - Objection to Determination** |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Tymon-Meyer, Candace (Vargas) | 006793 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Viola, Kathie | 006794 | 3195 |
| 4631, 4632, 4633 | Orthopaedic Specialty Group P.C. Plan Participants | Wilmot, Jane | 006795 | 3195 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Bricklayers and Allied Craftsmen Local 2 Annuity Fund | 006062 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Bricklayers and Allied Craftworkers Local 2, Albany, New York Health Benefit Fund | 006061006003 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Building Trade Employers Insurance Fund | 005165 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Central New York Laborers' Annuity Fund | 005075 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Central New York Laborers' Health and Welfare Fund | 005163005160 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Central New York Laborers' Pension Fund | 005070 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Central New York Laborers' Training Fund | 005076 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Engineers Joint Welfare Fund (2 denials received) | 005572005559 | 4070, 1923, 1875 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Engineers Joint Training Fund | 005573 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | International Brotherhood of Electrical Workers Local Union, No. 43 and Electrical Contracotrs Pension Fund | 005837 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | International Brotherhood of Electrical Workers Local Union, No. 43 and Electrical Contracotrs Welfare Fund | 005836 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | I.B.E.W. Local 241 Welfare Benefits Fund | 005468 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | I.B.E.W. Local 910 Welfare Fund | 005415 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Laborers' Local 103 Annuity Fund | 005966 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Laborers' Local 103 Welfare Fund | 005975 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | New York State Lineman's Safety Training Fund | 005003 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Oswego Laborers' Local 214 Pension Fund | 006284 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Plumbers, Pipefitters and Apprentices Local No. 112, Health Fund | 005503 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Roofers' Local 195 Annuity Fund | 004333 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Roofers' Local 195 Health & Accident Fund | 004332 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Syracuse Builders Exchange, Inc./ CEA Pension Plan | 005164 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Service Employees Benefit Fund | 005574 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Service Employees Pension Fund of Upstate New York | 006161 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Local 73 Retirement Fund | 005463 | 4070, 1923 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Upstate Union Health & Welfare Fund | 005949 | 1923 |

## Exhibit 2

| ECF No. - Opposition to Motion | Filing Parties | Claimants/Participants | Claim No. | ECF No. - Objection to Determination |
|---|---|---|---|---|
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Bricklayers and Allied Craftsmen Local 2 Annuity Fund | 005984 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Bricklayers and Allied Craftworkers Local 2 Pension Fund | 005983 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Central New York Laborers' Annuity Fund | 004974 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Central New York Laborers' Pension Fund | 005077 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | International Brotherhood of Electrical Workers Local Union, No. 43 and Electrical Contractors Pension Fund | 005835 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | I.B.E.W. Local 139 Pension Fund | 005422 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | I.B.E.W. Local 241 Pension Fund | 005467 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | I.B.E.W. Local 325 Annuity Fund | 006585 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | I.B.E.W. Local 910 Annuity Fund | 005414 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | I.B.E.W. Local 910 Pension Fund | 004801 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | I.B.E.W. Local 1249 Pension Fund | 006901 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Laborers' Local 103 Annuity Fund | 005965 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Laborers' Local 103 Pension Fund | 005964 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Local 73 Annuity Fund | 005895 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Local 73 Retirement Fund | 005897 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Oswego Laborers' Local 214 Pension Fund | 005411 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Roofers' Local 195 Pension Fund | 004336 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Roofers' Local 195 Annuity Fund | 004334 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | SEIU 1199Upstate Pension Fund | 005810 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Service Employees of Upstate New York Pension Fund | 006160 | 4068 |
| 4635 | Bricklayers and Allied Craftmen Local 2 Annuity Fund, et al. | Syracuse Builders Exchange, Inc./ CEA Pension Plan | 005162 | 4068 |
| 4637, 4638 | Jacqueline Green | Jacqueline Green | 002046 | 3499 |
| 4639, 4640 | Wayne Green | Wayne Green | 002047 | 3499 |
| 4641, 4642 | J.X. Reynolds & Co. Deferred Profit Sharing Plan | J.X. Reynolds & Co. Deferred Profit Sharing Plan | 012783 | 3414 |
| 4643 | Sterling Equities Associates Employee Retirement Plan | Saretsky, Eric S. | 010089 | 3387 |
| 4652 | Paul L. Fisch and Deborah L. Fisch | Fisch, Paul J. | 008333 | 3234 |
| 4652 | Paul L. Fisch and Deborah L. Fisch | Fisch, Deborah L. | 008333 | 3234 |
| 4653 | Fisch, Michael E. | Fisch, Michael E. | 008824 | 3229 |
| 4654 | Fisch, Steven H. | Fisch, Steven H. | 008347 | 3228, 3230 |