**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff,

    v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.

-----------------------------------------------------------X

In re:

BERNARD L. MADOFF

                Debtor.

-----------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

## ADMINISTRATIVE ORDER ESTABLISHING DEADLINE FOR FILING MOTIONS TO WITHDRAW THE REFERENCE

      More than 1,050 adversary proceedings (the "Adversary Proceedings") have been commenced in this Court in connection with the above-captioned case. Motions to withdraw the reference have been filed in over 400 of these Adversary Proceedings. Most of these motions have been assigned to the Honorable Jed S. Rakoff of the United States District Court of the Southern District of New York (the "District Court").

      In the interests of administrative efficiency, the Court has been informed by Judge Rakoff, and hereby notifies all parties to the Adversary Proceedings that the District Court will automatically regard as untimely any motion to withdraw the reference on the basis of issues arising from the pleadings in the Adversary Proceedings if such motion is not filed on or before

1

April 2, 2012, unless otherwise ordered by the District Court upon an appropriate application. Trustee's counsel, Baker & Hostetler LLP, is hereby directed to serve this order on the affected parties on or before March 7, 2012.

**IT IS SO ORDERED.**

Dated: New York, New York  /s/ Burton R. Lifland
 March 5, 2012   UNITED STATES BANKRUPTCY JUDGE