**DOS BFS Family Partnership LP**
**100 Ring Road West, Suite 101**
**Garden City, NY 11530**

2/28/12

Clerk of the United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408



Re:  Bernard L. Madoff Investment Securities, LLC
     Case No. 08-01789
     Claim No. 012118

To Whom It May Concern:

Please accept this written objection to the transfer of our claim (Claim No. 012118) in the amount of $815,110.00 against Bernard L. Madoff Investment Securities, LLC to Liquidity Solution Inc.

We are objecting to such a transfer because Liquidity Solutions Inc has informed us that they no longer wish to purchase our claim.

Thank you in advance for your prompt attention in this matter.

Sincerely,

William R. Stein
Trustee

Cc   Liquidity Solutions Inc
     Irving H. Picard, Esq. Trustee of Bernard L. Madoff Investment Securities LLC

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

DECEMBER 11, 2008[1]

NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

October 7, 2010

DOS BFS Family Partnership LP
100 Ring Road West, Suite 101
Garden City, NY 11530

Dear DOS BFS Family Partnership LP:

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1CM428 designated as Claim Number 12118:

Your claim for a credit balance of $11,525,002.38 and for securities is **DENIED**. No securities were ever purchased for your account.

Your claim is **ALLOWED** for $815,110.00, which was the balance in your BLMIS Account on the Filing Date based on the amount of money you deposited with BLMIS for the purchase of securities, less subsequent withdrawals, as outlined in Table 1, plus the preferential $40,000.00 as discussed below

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

RECEIVED OCT 1 ͜ REC'D