# **EXHIBIT A**

## IN RE: BLMIS. CASE NO: 08-01789 (BRL)

## FIRST OMNIBUS MOTION: EXHIBIT A – NON CLAIMANT OBJECTIONS

OBJECTIONS TO BE EXPUNGED

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|---|---|---|---|
| Arent, Mildred | No Claim Filed | 2860 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Arent, Mildred | No Claim Filed | 3401 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| ASTLEY, KATHERINE F. | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084[1] |
| AYMES, BARBARA | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| Becker, Cathryn | No Claim Filed | 2718 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Berkwitz, Shari & David | No Claim Filed | 2475 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BOGAERT, PAMELA S. & JOHN F. #1 | No Claim Filed | 1680 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| BOGAERT, PAMELA S. & JOHN F. #2 | No Claim Filed | 1680 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| BOGAERT, PAMELA S. & JOHN F. #3 | No Claim Filed | 1680 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| BOND, ROGER G. & TERRY A. | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| BONHAGE, LAUREL & WILLIAM | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| BRAUN, MARTIN L. & GLORIA | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| BROWN , RUTH J. REVOC. TRUST | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |

---

[1] Based on informal information received, counsel for the Trustee has been advised that Phillips Nizer LLP is no longer handling the Objections To Be Expunged identified herein, although no formal substitutions of counsel have been filed with the Court.

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|---|---|---|---|
| Brown, Steven | No Claim Filed | 2714 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Brown, Steven | No Claim Filed | 2715 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Brown, Steven | No Claim Filed | 2775 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Brown, Steven | No Claim Filed | 2777 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BULGER, DOROTHY K. | No Claim Filed | 1680 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| Bush, Linda | No Claim Filed | 2722 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Canavan, Lissa | No Claim Filed | 2119 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| CAPLINGER, JAMES | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| CAPLINGER, JAMES | No Claim Filed | 1682 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| CENTRO DE CAPACITACAO DE JUVENTUDE | No Claim Filed | 1680 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| COMBS, JOHN & LOIS | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| COOKSEY, MELANIE D. | No Claim Filed | 1682 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| COSTA, ROBIN L. | No Claim Filed | 1680 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| CRAM, DENISE A. | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| DENBLEYKER, DIANE M. | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| DeRive, Adam Jacob Singer | No Claim Filed | 2722 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| DISBURY, LAUREN | No Claim Filed | 1680 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| DUNHAM, LEO L. & MARY V., CO-TRUSTEES, LEO L. & MARY V. | No Claim | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth |

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|---|---|---|---|
| DUNHAM REVOCABLE TRUST DT | Filed | | Avenue, New York, NY 10103-0084 |
| ELDRIDGE FAMILY LIMITED PARTNERSHIP | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| ESTEBAN, FERNANDO M. | No Claim Filed | 1682 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| ESTEBAN, MARGARET E.K. | No Claim Filed | 1682 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| FELLMAN, MORTON, TRUSTEE REVOCABLE TRUST DATED 5/20/97 | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| Fetkowitz, F & E | No Claim Filed | 3186 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Fetkowitz, F & E | No Claim Filed | 3801 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| FOX, RALPH C., TRUSTEE | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| Friedman , Ronnie Special Needs Trust Account | No Claim Filed | 2475 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Friedman , Ronnie Special Needs Trust Account | No Claim Filed | 3533 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Friedman, Deborah | No Claim Filed | 2475 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Friedman, Deborah | No Claim Filed | 3533 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| GIANNA, ERSICA P.  LIVING TRUST DTD 9/25/2002 ERSICA GIANNA TRUSTEE | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| GOSS, JESSE A. & LOIS A, TRUSTEES U/A DATED 11/1/1990 | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| HASLAM, MARY S. | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| HENLEY, ROBERT H. & DOROTHY D. | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| Herzog, Patricia  & Janis, Norman | No Claim Filed | 2475 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Herzog, Patricia  & Janis, Norman | No Claim Filed | 3533 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|---|---|---|---|
| HG - MOMBASA | No Claim Filed | 1680 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| HG- COMPASSION FUND | No Claim Filed | 1680 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| HIDALGO, ANTONIO C/O EDUARDO HIDALGO | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| HINERMAN, GARY | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| Hirschberg, Ruth and Erich | No Claim Filed | 2715 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Hirschberg, Ruth and Erich | No Claim Filed | 2775 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Hirschberg, Ruth and Erich | No Claim Filed | 2777 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Holloch, Naomi | No Claim Filed | 2715 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Holloch, Naomi | No Claim Filed | 2775 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Holloch, Naomi | No Claim Filed | 2777 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HOLLOWAY, KRISTINA ANNE | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| HOLY GHOST FATHERS PASTORAL JUVENIL | No Claim Filed | 1680 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| HORWITZ LIVING TRUST DTD 1/27/97, HOWARD H. & JOYCE C. HORWITZ TRUSTEES | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| JORDAN, CHARLES L. | No Claim Filed | 1680 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| Kaplan, Laura | No Claim Filed | 2722 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Kaplan, Nancy | No Claim Filed | 2722 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| KELLY TRUST | No Claim Filed | 1680 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| KELLY, REVEREND MONSIGNOR VINCENT T. | No Claim | 1680 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth |

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|---|---|---|---|
| | Filed | | Avenue, New York, NY 10103-0084 |
| Komarc, Marilyn | No Claim Filed | 2714 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Labdon, Laurie | No Claim Filed | 2714 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| LEWIS, BEVERLY B. | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| LEWIS, BEVERLY B. | No Claim Filed | 1682 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| MCGAREY, CATHERINE B. | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| Myer, Brenda and Jonathan | No Claim Filed | 2715 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Myer, Brenda and Jonathan | No Claim Filed | 2775 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Myer, Brenda and Jonathan | No Claim Filed | 2777 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Nissl, Gabrielle | No Claim Filed | 2475 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Nissl, Gabrielle | No Claim Filed | 3533 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Oelschlaeger, Thomas | No Claim Filed | 2475 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Oelschlaeger, Thomas | No Claim Filed | 3533 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Osipow, Cathy | No Claim Filed | 2860 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Osipow, Cathy | No Claim Filed | 3401 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| PAOLOZZI, PAUL & TINA | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| Passman, Eric | No Claim Filed | 2475 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Passman, Eric | No Claim Filed | 3533 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|---|---|---|---|
| PAYNE, BEVERLY J. | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| PERKINS, FRANK & PATRICIA JR. | No Claim Filed | 1680 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| Perrucci, Barbara Ann | No Claim Filed | 2475 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Perrucci, Barbara Ann | No Claim Filed | 3533 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| POSSER, JEFFREY W. | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| ROSEN, LYNN | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| ROSEN, SAUL | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| ROUGHTON, PHIL & MICA | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| ROWLETTE, LUCILLE | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |