**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) |
| Plaintiff, | ) )     No. 08-01789 (BRL) |
| v. | )     SIPA Liquidation ) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) )     (Substantively Consolidated) |
| Defendant. | ) ) |
| In re: | ) ) |
| BERNARD L. MADOFF , | ) ) |
| Debtor. | ) ) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )    ss:
COUNTY OF NEW YORK   )

I, Laura Campbell declare:

1.    I am over the age of 18 years and not a party to the within action.

2.    I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3.    Employees of DRC, under my supervision served a true and accurate copy of the "Administrative Order Establishing Deadline for Filing Motions to Withdraw the Reference" (Docket No. 4707), via electronic mail on March 6, 2012, upon the parties as set forth in Exhibit 1, attached hereto, and on March 7, 2012, upon the parties as set forth in Exhibit 2, attached hereto.

4.    Employees of DRC, under my supervision served a true and accurate copy of the "Administrative Order Establishing Deadline for Filing Motions to Withdraw the

Reference, (Docket No. 4707), via First Class US Mail on March 6, 2012, upon the parties as set forth in Exhibit 3, attached hereto, and on March 7, 2012, upon the parties as set forth in Exhibit 4, attached hereto.

5.      Said document referenced in Paragraph 4 was securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

6.      I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 7th day of March, 2012 at New York, New York.

By _____

Laura Campbell

Sworn before me this
7th day of March, 2012

Notary Public

> SUNG JAE KIM
> NOTARY PUBLIC STATE OF NEW YORK
> QUEENS COUNTY
> LIC. #01KI6211176
> COMM. EXP. September 14, 2013

MADOFF 00014

# EXHIBIT 1

**Exhibit Pages - Email**

| | |
|---|---|
| aaron@brickmanlaw.com | aaustin@fclaw.com |
| abraham@butzel.com | aehrlich@paulweiss.com |
| aeidsness@hensonefron.com | afrisch@andrewfrisch.com |
| agoodman@gsblaw.com | agrant@kasowitz.com |
| ahalperin@halperinlaw.net | ahammond@whitecase.com |
| ajakoby@herrick.com | ajf@fair-law.com |
| akushner@lowenstein.com | albaneser@gtlaw.com |
| albutzel@albutzel.info | Alexander.Feldman@CliffordChance.com |
| alfredo.perez@weil.com | allen.saeks@leonard.com |
| amarder@msek.com | amartin@mjm.bm |
| amartinez@wsh-law.com | AMingione@BlankRome.com |
| amitzner@pavialaw.com | amy.swedberg@maslon.com |
| andrew.behrman@hoganlovells.com | andrew.levander@dechert.com |
| XYZ 5 CORP. | angela.lipscomb@akerman.com |
| anthony.paccione@kattenlaw.com | aostrow@beckerglynn.com |
| apavlis@fdh.com | arella@mofo.com |
| ashah@garfunkelwild.com | ashapiro@machtshapiro.com |
| asherman@sillscummis.com | asteinberg@kslaw.com |
| auerbach@mjaesq.com | avinegrad@cov.com |
| azwerling@garfunkelwild.com | barbara.parlin@hklaw.com |
| bargerd@gtlaw.com | barry.vasios@hklaw.com |
| barrysher@paulhastings.com | bathaeey@sullcrom.com |
| bbaird@cov.com | bbressler@schnader.com |
| Bcleary01@aol.com | bctnotices@foleyhoag.com;kleonetti@foleyhoag.com |
| bdaley@shglaw.com | bdeutsch@schnader.com |
| bdk@schlamstone.com | bdmanning@rkmc.com |
| ben8854@aol.com | berarduccip@sullcrom.com |
| bergers@dicksteinshapiro.com | bflom@fulbright.com |
| bgarbutt@morganlewis.com | bginsberg@dglaw.com |
| bharvey@goodwinprocter.com | bhbecker@beckermeisel.com |
| bieber@thsh.com | blake.shepard@leonard.com |
| blanger@mclaughlinstern.com | blax@laxneville.com |
| bneville@laxneville.com | boakes@oakesfosher.com |
| bob@mcclay-alton.com;law@mcclay-alton.com;jane@mcclay-alton.com | bpeace@cgsh.com |
| bpolovoy@shearman.com | brian.cousin@snrdenton.com |
| brian.schmidt@kattenlaw.com | brianweisberg@siegelbrill.com |
| brodine@qslwm.com | brohde@mintz.com |

**Exhibit Pages - Email**

| | |
|---|---|
| Bruce.Schaeffer@gmail.com | bschwartz@pss-law.com |
| bscott@klestadt.com | bsmoore@pbnlaw.com |
| bstrickland@wtplaw.com | bulmanRF@aol.com; CKBulman@gmail.com |
| bwhiteley@hblaw.com | Bwille@kflaw.com |
| bwolfe@sheppardmullin.com | bzimmet@zblaw.com |
| cameron.smith@lw.com | carole.neville@snrdenton.com |
| carrie.tendler@kobrekim.com | carter.hunter@arentfox.com |
| cas@CharlesASinger.com | cbarnett@stearnsweaver.com |
| cbattaglia@halperinlaw.net | cboccuzzi@cgsh.com |
| ccanino@stearnsweaver.com | cdesiderio@nixonpeabody |
| cgallinari@bellowspc.com | cglick@certilmanbalin.com |
| cguhin@stroock.com | charles.platt@wilmerhale.com |
| Charles.Scibetta@chaffetzlindsey.com | cheisenberg@hinckley.org |
| chris.donoho@hoganlovells.com | chris.walker@adams-remers.co.uk |
| christopher.harris@lw.com | claffey@reedsmith.com |
| ClearyPJ@aol.com | cloewenson@mofo.com |
| clynch@goulstonstorrs.com | cmarcotte@hblaw.com |
| cmartinez@wolffsamson.com | cmason@nixonpeabody.com |
| cnewcomb@goodwinprocter.com | colson.earl@arentfox.com |
| cromania@wsmesq.com | csalomon@beckerglynn.com |
| cseemann@proskauer.com | cshahmoon@chitwoodlaw.com |
| CSpada@lswlaw.com | cthau@velaw.com |
| cutroneo@gmail.com | cvandekieft@seegerweiss.com |
| cwmadel@rkmc.com | dan@gabormarottalaw.com |
| dana.seshens@davispolk.com | danhill@psybc.com |
| Danielle.Rose@kobrekim.com | dapfel@goodwinprocter.com |
| dariehl@rkmc.com | david.bamberger@brickmanlaw.com |
| david.flugman@kirkland.com | david.gotlieb@btlaw.com |
| david.hoffner@dechert.com | david.kotler@dechert.com |
| david.onorato@freshfields.com | david@dboltonpc.com |
| davidbernfeld@bernfeld-dematteo.com; dbblaw@hotmail.com | dbarrack@fulbright.com |
| dbesikof@loeb.com | dbotter@akingump.com |
| dbrodsky@cgsh.com | dbrown@mofo.com |
| dcg@ggb-law.com | dcoffino@cov.com |
| deiseman@golenbock.com | delbaum@bruneandrichard.com |
| dellajo@duanemorris.com | dennis.tracey@hoganlovells.com |
| dferrone@sercarzandriopelle.com | dfetterman@kasowitz.com |
| dfixler@rubinrudman.com | dfurth@golenbock.com |

**Exhibit Pages - Email**

| | |
|---|---|
| dgarelik@sgwkt.com | dgerber2@earthlink.net |
| dglosband@goodwinprocter.com | dgreenwald@cravath.com |
| dhykal@willkie.com | dickie@millercanfield.com |
| dkaplan@chitwoodlaw.com | dkatsky@katskykorins.com |
| dleffell@paulweiss.com | dleibman@loebblock.com |
| dlivshiz@cgsh.com | dmark@kasowitz.com |
| donald.david@akerman.com | donking@ofplaw.com |
| dparker@kkwc.com | dpitofsky@goodwinprocter.com |
| dprichard@dowlohnes.com | dratch@njcounsel.com |
| drose@pryorcashman.com | drosenzweig@fulbright.com |
| dsass@mclaughlinstern.com | dschimmel@kelleydrye.com |
| dschwartz@fulbright.com | dwalsman@stroock.com |
| dzakarin@pryorcashman.com | easmith@Venable.com |
| eaustin@pullcom.com | EBadway@foxrothschild.com |
| ecowitt@kudmanlaw.com | edavis@cgsh.com |
| Edward.Minson@SteinRisoMantel.com | efrejka@kramerlevin.com |
| ekokot@katskykorins.com | ekwalwasser@proskauer.com |
| elauer@curtis.com | elicker@loeb.com |
| elissa.fudim@akerman.com | Emiliojr6969@gmail.com |
| eoconnor@fzwz.com | eolney@machtshapiro.com |
| erbreslin@duanemorris.com | eric.heining@bingham.com |
| erothstein@mdmc-law.com | erykfolmer@schlegelltd.com |
| eschmidt@herrick.com | espiro@maglaw.com |
| estearns@stearnsweaver.com | everett.johnson@lw.com |
| evf@sovrlaw.com | fhoffinger@hsrlaw.com |
| fhperkins@morrisoncohen.com | fishere@dicksteinshapiro.com |
| fkessler@wmd-law.com | fowkes.joshua@arentfox.com |
| frankel@clm.com | fritschj@sullcrom.com |
| gary.mennitt@dechert.com | gerald.novack@klgates.com |
| Gerard.Riso@steinrisomantel.com | gfox@fklaw.com |
| ggoett@lewismckenna.com | gherrmann@gibsondunn.com |
| ghirsch@sillscummis.com | gkachroo@kachroolegal.com |
| gkeller@chitwoodlaw.com | glee@mofo.com |
| glusband@clm.com | gmehler@mehlerlaw.com |
| gpretto@laxneville.com | gpw@stim-warmuth.com |
| gredish@winnebanta.com | greers@dicksteinshapiro.com |
| gregory.hauser@wg-law.com | griffinger@gibbonslaw.com |
| grossmansm@gtlaw.com | gshelley@fclaw.com |

Date : 3/6/2012 **Exhibit Pages - Email**

| | |
|---|---|
| gtabakin@feinsuch.com | gwoodfield@haileshaw.com |
| haftel@haftel.com | harrisonm@optonline.net |
| hchaitman@becker-poliakoff.com | heather.kafele@shearman.com |
| hef111@yahoo.com | helisofon@herrick.com |
| hellerc@gtlaw.com | hharris@daypitney.com |
| hherman@mosessinger.com | hhuynh@herrick.com |
| hinkle@clayro.com | hjones@jonesschwartz.com |
| hkafele@shearman.com | hkleinhendler@wmllp.com |
| hkrauss@mclaughlinstern.com | hmarx@hinshawlaw.com |
| hmllaw@worldnet.att.net | hmoorefield@stearnsweaver.com |
| hrosenblat@kslaw.com | hselzer@loebblock.com |
| hsholl@paulweiss.com | hulme.james@arentfox.com |
| hyland@sewkis.com | igoldman@goodwin.com;bankruptcy@goodwin.com;bankruptyparalegal |
| ik@briefjustice.com | isiddiqui@cpmlegal.com |
| j.delaire@yahoo.com | j.jpclaw@comcast.net |
| jaimevivre@me.com | jalevin@bryancave.com |
| JAndrophy@olshanlaw.com | jangel@herrick.com |
| jattie@burlaw.com | jay.lefkowitz@kirkland.com |
| jbaio@willkie.com | jbehrendt@gibsondunn.com |
| jberman@kelleydrye.com | jbg@rattetlaw.com |
| jbienstock@coleschotz.com | jbuzzetta@cgsh.com |
| jcarberry@cl-law.com | jcarney@johnhcarney.com |
| jcioffi@dglaw.com | jclasen@rc.com |
| jcohen@stroock.com | Jcooperman@KelleyDrye.com |
| jcorsiglia@cgsh.com | jdeluca@ohdlaw.com |
| jdoyle_estbader@yahoo.com | jdsternklar@duanemorris.com |
| jdwarner@warnerandscheuerman.com | Jeff.Butler@CliffordChance.com |
| jeffkom@aol.com | jeffreybernfeld@bernfeld-dematteo.com |
| jeffreybernfeld@bernfeld-dematteo.com | jennifer@fleischerfleischer.com |
| jeremy.berman@skadden.com | jeremy.scott@withersworldwide.com |
| jessica.garrett@kattenlaw.com | jessica.simonoff@freshfields.com |
| jessicaann122@aol.com | jetra@broadandcassel.com |
| JEWalker@Venable.com | jfilan@jamesfilan.com |
| jflaxer@golenbock.com | jfountain@murraylaw.com |
| jfrasco@cgsh.com | jfsavarese@wlrk.com |
| jgorchkova@becker-poliakoff.com | jhaims@mofo.com |
| jhanson@hitchcockcummings.com | jhellman@zeislaw.com |
| jhoffinger@hsrlaw.com | jhorwitt@zeislaw.com |

Date : 3/6/2012

**Exhibit Pages - Email**

| | |
|---|---|
| jhradil@gibbonslaw.com | jinjue.pak@mclane.com |
| jjureller@klestadt.com | XYZ 4 CORP., XYZ 7 CORP. |
| jkaye@kramerlevin.com | jkeenan@mccanliss.com |
| jkeller@milberg.com | jkoch@gkwwlaw.com |
| jkrieger@greenbergglusker.com | jlanders@milberg.com |
| jlasala@mdmc-law.com | jlavin@tessercohen.com |
| JLaw672@aol.com | jlawlor@wmd-law.com |
| JLiss@gibbonslaw.com | jlsaffer@jlsaffer.com |
| JMasella@BlankRome.com | jmccarroll@reedsmith.com |
| jmiller@westermanllp.com | jmitchell@gibbonslaw.com |
| jn@dfcompanies.com | jnesset@hinshawlaw.com |
| jnichols@hblaw.com | jodikleinick@paulhastings.com |
| joe.foster@mclane.com | joe.kociubes@bingham.com |
| john.rapisardi@cwt.com | joliveira@kramerlevin.com |
| jonathan.cogan@kobrekim.com | jonathan.goldberg@snrdenton.com |
| jonathan.perry@dechert.com | jonathan.polkes@weil.com |
| Jonathan.Vine@csklegal.com | jordan.estes@hoganlovells.com |
| joseph.aronds@hrplaw.com | joseph.serino@kirkland.com |
| jpierce@hinshawlaw.com | jpintarelli@mofo.com |
| jplotkin@daypitney.com | jpmoodhe@debevoise.com |
| jpokorny@proskauer.com | jps6659@optonline.net |
| jrappaport@kramerlevin.com | JReisman@reismanpeirez.com |
| jrfbnk@gmail.com | jrosenthal@cgsh.com |
| jrosenthallaw@gmail.com | jrubin@lswlaw.com |
| jscalzo@reedsmith.com | jselva@pavialaw.com |
| jshally@shearman.com | jshally@shearman.com |
| jsherman@wcsm445.com | jsilverberg@sillscummis.com |
| jsp@rattetlaw.com | jteitelbaum@tblawllp.com |
| justin.perl@maslon.com | jvair@stearnsweaver.com |
| jvinik@milberg.com | jwalker@mmlpc.com |
| jwalker@mmlpc.com | jwallack@goulstonstorrs.com |
| jwaxenberg@proskauer.com | jweiner@fhwnlaw.com |
| jwesterman@westermanllp.com | jwolfe@skoloffwolfe.com |
| jyoung@milberg.com | jzulack@fzwz.com |
| kanfer@thsh.com | karen.wagner@davispolk.com |
| katherine.stroker@dechert.com | kathlyn.schwartz@akerman.com |
| kchotiros@cgsh.com | Kent.Yalowitz@aporter.com |
| kesha.tanabe@maslon.com | kfletcher@mofo.com |

Date : 3/6/2012                        **Exhibit Pages - Email**                        Page # : 6

| | |
|---|---|
| khicks@wcsm445.com | khroblak@wtplaw.com |
| kim.robinson@bfkn.com | kkolbig@mosessinger.com |
| klibrera@dl.com | klipman@sldsmlaw.com |
| klkommit@gmail.com | kmalaska@goodwinprocter.com |
| kMcMurdy@foxrothschild.com | koestreicher@wtplaw.com |
| Kpauley@willkie.com | kschachter@sillscummis.com |
| ktoole@meltzerlippe.com | lacyr@sullcrom.com |
| lanier.saperstein@allenovery.com | Lawgordon@aol.com |
| lawkap@aol.com | layton@bluewin.ch |
| ldalessandro@milbermakris.com | ldearcy@mofo.com |
| leftonr@gtlaw.com | letofel@tofellaw.com |
| lfornarotto@cravath.com | lfriedman@cgsh.com |
| lgotthoffer@reedsmith.com | lgottlieb@cooley.com |
| lhannon@beckermeisel.com | linder@clayro.com |
| ljw@msk.com | lkh@dmlegal.com |
| lkrantz@krantzberman.com | llarue@qslwm.com |
| lliman@cgsh.com | llutz@alternativesforgirls.org |
| lmay@coleschotz.com | lmorton@goodwinprocter.com |
| lpaczkowski@bowditch.com | Lsapir@sillscummis.com |
| maggie.sklar@kobrekim.com | mangelini@bowditch.com |
| marc.gottridge@hoganlovells.com | marcbogatin@marcbogatin.com |
| marco.schnabl@skadden.com | marcy.harris@srz.com |
| maria.barton@lw.com | marilee.dahlman@kayescholer.com |
| mark.chudleigh@sedgwick-chudleigh.com | mark.elliott@bingham.com |
| mark.friedman@dlapiper.com | mark.mcdermott@skadden.com |
| mark.richardson@srz.com | Martha.RodriguezLopez@klgates.com |
| marwinick@mchsi.com | matt@sakkaslaw.com |
| maurabarry.grinalds@skadden.com | mblauner@shulaw.com |
| mblount@tessercohen.com | mbrosterman@stroock.com |
| MBrownstein@BlankRome.com | MBShulkin@duanemorris.com |
| mburke@wmd-law.com | mccormick@mintzandgold.com |
| mcingber@comcast.net | mcohen@cohengresser.com |
| mcohen@kudmanlaw.com | mcunha@stblaw.com |
| mdecker@cgsh.com | mdhoward@ravichmeyer.com |
| mdickler@sperling-law.com | Mellen.S@wssllp.com |
| mewiles@debevoise.com | mfeingold@osheapartners.com |
| mflumenbaum@paulweiss.com | mfolkenflik@fmlaw.net |
| MGerard@mofo.com | mgold@kkwc.com |

**Exhibit Pages - Email**

| | |
|---|---|
| mhamblin@fhwnlaw.com | mhennessy@westermanllp.com |
| mhirschfeld@milbank.com | michael.feldberg@allenovery.com |
| michael.goldberg@akerman.com | michael.kim@kobrekim.com |
| michael.riela@lw.com | mikhailevich.jessica@dorsey.com |
| mintz@mintzandgold.com | mjacobs@pryorcashman.com |
| mjacobsonlaw@aol.com | mkalinowski@morganlewis.com |
| mkasowitz@kasowitz.com | mking@gibsondunn.com |
| mkirsch@gibsondunn.com | mklotz@willkie.com |
| mkupillas@milberg.com | mlanza@milbermakris.com |
| mlivingston@rfs-law.com | mlturner@wlrk.com |
| mmcallister@ssbb.com | mmonroy@garfunkelwild.com |
| mmulholland@rmfpc.com | mnrosen@bryancave.com |
| moonj@sewkis.com | moreilly@gibbonslaw.com |
| morwetzler@paulhastings.com | mparry@mosessinger.com |
| mpeltz@rssmcpa.com | Mpgatordolfan@aol.com |
| mpgoodman@debevoise.com | mraymond@broadandcassel.com |
| mrice@arkin-law.com | mrosenberg@mclaughlinstern.com |
| msackin@reismanpeirez.com | mschwartz@shawgussis.com |
| msmith@svlaw.com | murphy@niggle.com |
| MVCiresi@rkmc.com | mw@dmlegal.com |
| mwarren@willkie.com | mweinstein@golenbock.com |
| n/a | NChristopher@gibbonslaw.com |
| ncohen@halperinlaw.net | ncolman@baritzcolman.com |
| neal@brickmanlaw.com | nechamagoldberg@hotmail.com |
| neil.steiner@dechert.com | nfk@stevenslee.com |
| ngueron@cgr-law.com | nhazan@mwe.com |
| nkourland@rosenpc.com | nvydashenko@velaw.com |
| NWise@weitzlux.com | obatsedis@zblaw.com |
| p.eldridge123@gmail.com | paloe@kudmanlaw.com |
| Pamela.Miller@aporter.com | paminolroaya@seegerweiss.com |
| paulhorowitz1@gmail.com | pbentley@kramerlevin.com |
| pbilowz@goulstonstorrs.com | PCarothers@thorpreed.com |
| pchavkin@mintz.com | pdefilippo@wmd-law.com |
| peter.friedman@cwt.com | peter.leckey@withersworldwide.com |
| pgordon137@gmail.com | pgreene@lowenstein.com |
| pgt108@aol.com | philip.anker@wilmerhale.com |
| philip.guess@klgates.com | phollander@ohdlaw.com |
| pjd90265@aol.com | pjw@stim-warmuth.com |

Date : 3/6/2012        **Exhibit Pages - Email**       

| | |
|---|---|
| pkaufman@kramerlevin.com | pkazanoff@stblaw.com |
| pkelley@kelleysemmel.com | pkurland@mclaughlinstern.com |
| plewis@lewismckenna.com | pmorgenstern@mfbnyc.com |
| pnussbaum@wtplaw.com | psibley@pryorcashman.com |
| psmith@becker-poliakoff.com | pstillman@stillmanassociates.com |
| psusswein@proskauer.com | ptabibi@meltzerlippe.com |
| qmurphy@stroock.com | rabrams@katskykorins.com |
| rachelsschmidt@gmail.com | rajohnson@akingump.com |
| randoh@samlegal.com | ravaunt@gmail.com |
| rbarkasy@schnader.com | rbaron@cravath.com |
| rbarton@bartonesq.com | rbraunstein@dowlohnes.com |
| rcarlin@carlinlawoffices.com | rchapman@eisnerlaw.com |
| rcorozzo1@gmail.com | RCronin@Blankrome.com |
| rdanylchuk@gibbonslaw.com | reichlaw@aol.com |
| rep@dmlegal.com | Retarshis@aol.com |
| rfeldman@rfs-law.com | rfleischer@pryorcashman.com |
| rfosher@oakesfosher.com | rfranklin@murraylaw.com |
| rgabriele@westermanllp.com | Rhaddad@OSHR.com |
| RHD@schlamstone.com | rhopp@odonoghuelaw.com |
| rhorwitz@conroysimberg.com | rhr@dmrslaw.com |
| richard.kirby@klgates.com | richard@kgalaw.com |
| richardasche@lagnyc.com | rifkenl@gtlaw.com |
| risrael@wolffsamson.com | rkatz@sglllp.com |
| rknuts@parkjensen.com | RKommit@gmail.com |
| rlawler@winston.com | rleff@cpc-law.com |
| rlevin@cravath.com | rlevy@pryorcashman.com |
| rmccord@certilmanbalin.com | rnsoskin@compassmail.com |
| rob.shapiro@bfkn.com | robert.gottlieb@kattenlaw.com |
| robert.honeywell@klgates.com | robert.rosenberg@lw.com |
| robertdakis@quinnemanuel.com | robertloigman@quinnemanuel.com |
| rosenberg@clayro.com | rosol@melia-osol.com |
| rpb@bermanslaw.com | rrich2@hunton.com |
| rriopelle@sercarzandriopelle.com | rrosensweig@goulstonstorrs.com |
| RRosensweig@GOULSTONSTORRS.com | rsignorelli@nycLITIGATOR.com;  rsignorelli@aol.com |
| rspinogatti@proskauer.com | ruth@usems.com;marc@ubcapital.com |
| rwolfe@ecclegal.com | saberg@sheppardmullin.com |
| samuelmayer@att.net | sarah.kenney@klgates.com |
| sarkin@arkin-law.com | sbreitstone@meltzerlippe.com |

| | |
|---|---|
| schifrin@orfg.com | schoenfeld.steven@dorsey.com |
| scottj@sullcrom.com | sdonahue@meltzerlippe.com |
| seidelb@dicksteinshapiro.com | sesser@clm.com |
| seth.schwartz@skadden.com | sfarber@dl.com |
| sfox@mcguirewoods.com | sfurnari@furnarischer.com |
| sgann@levingann.com | sgeller@bellowspc.com |
| sh@eliwhitney.org | shana.elberg@skadden.com |
| shaw.mcdermott@klgates.com | shirshon@proskauer.com |
| siciliano@thsh.com | sinopolea@sullcrom.com |
| sjfriedman@jonesday.com | sjschlegel@schlegelltd.com |
| skakeld@dicksteinshapiro.com | skapustin@chernowkap.com |
| skozolchyk@broadandcassel.com | slmeisel@beckermeisel.com |
| snewman@katskykorins.com | soneill@murraylaw.com |
| soshea@osheapartners.com | sparadise@velaw.com |
| srosenthal@sheppardmullin.com | srselden@debevoise.com |
| ssadighi@lowenstein.com | sschlesinger@jaspanllp.com |
| sscott@jaspanllp.com | sscott@jaspanllp.com |
| sshimshak@paulweiss.com | sstorch@samlegal.com |
| Starshis@optonline.com | stecher@thsh.com |
| stephen.hill@hos.com | stephen.hill@hos.com; leyla.hill@hos.com |
| stephen.rinehart@troutmansanders.com | steve@rosenfeldlaw.com |
| steven.engel@dechert.com | steven.wilamowsky@bingham.com |
| steven@graybowns.com | susan.balaschak@akerman.com |
| susan.saltzstein@skadden.com | susheelkirpalani@quinnemanuel.com |
| sweiss@seegerweiss.com | szebb1@yahoo.com |
| sziluck@halperinlaw.net | tab@rosenfeldlaw.com |
| TBHatch@rkmc.com | tcosenza@willkie.com |
| tdoherty@herrick.com | tduffy@andersonkill.com |
| telynch@jonesday.com | tfleming@olshanlaw.com |
| tgannon@sgllp.com | tgoldberg@daypitney.com |
| thall@chadbourne.com | timothy.harkness@freshfields.com |
| timothy@nycmetrolaw.com | tjschell@bryancave.com |
| tklestadt@klestadt.com | tmccormick@sillscummis.com |
| tmiodonka@fdh.com | tmoloney@cgsh.com |
| tplastaras@gwbplaw.com | tporetz@egsllp.com |
| trivigno@clm.com | tseigel@zeislaw.com |
| tshapiro@shulaw.com | ttelesca@rmfpc.com |
| tvalliere@svlaw.com | twallrich@hinshawlaw.com |

**Exhibit Pages - Email**

| | |
|---|---|
| Umohammad@kflaw.com | vdandrea@dtad.net |
| vdrohan@dlkny.com | Velvel@mslaw.edu |
| vmachcinski@krebsbach.com | vrosenfeld@schlamstone.com |
| waptman@american-securities.com | wcurchack@loeb.com |
| wearnhardt@cravath.com | weill@bwmlaw.com |
| wheuer@duanemorris.com | whp@plummerlaw.com |
| wiig@mintzandgold.com | william.baker@lw.com |
| william.barrett@bfkn.com | William.dodds@dechert.com |
| wmaher@wmd-law.com | wpollard@kvwmail.com |
| wprickett@seyfarth.com | wrtansey@ravichmeyer.com |
| wsushon@omm.com | wweintraub@fklaw.com |
| Yeskoo@yeskoolaw.com | yoskowitz@sewkis.com |
| zieroblaw@yahoo.com | zlandsman@beckerglynn.com |
| zrosenbaum@lowenstein.com | |

**Records Printed: 709**

**EXHIBIT 2**

**Exhibit Pages - Email**

jcarney@johnhcarney.com                                    kschachter@sillscummis.com

tgannon@sglllp.com

**Records Printed: 3**

# EXHIBIT 3

Date : 3/6/2012                                      **Exhibit Pages**                                      Page # : 1

| | |
|---|---|
| 8139<br>Allan Grauberd<br>Moses & Singer LLP<br>The Chrysler Building, 405 Lexington Ave.<br>New York, NY 10174-1299 | 5173<br>Willard M. Reisz<br>Willard M. Reisz<br>15910 Ventura Blvd Ste 1525<br>Encino, CA 91436 |
| 1812<br>Alan Winters<br>BELLAIRE TX 77401 | 1813<br>David B. Bernfeld and Jeffrey L. Bernfeld<br>Bernfeld, Dematteo & Bernfeld, LLP<br>600 Third Avenue<br>New York, NY 10016 |
| 1814<br>Alan Winters<br>BELLAIRE TX 77401 | 1815<br>David B. Bernfeld and Jeffrey L. Bernfeld<br>Bernfeld, Dematteo & Bernfeld, LLP<br>600 Third Avenue<br>New York, NY 10016 |
| 1816<br>David B. Bernfeld and Jeffrey L. Bernfeld<br>Bernfeld, Dematteo & Bernfeld, LLP<br>600 Third Avenue<br>New York, NY 10016 | 1817<br>Alan Winters and Janet Winters<br>Family Partnership LTD<br>BELLAIRE TX 77401 |
| 1818<br>Alan Winters and Janet Winters<br>Family Partnership LTD<br>BELLAIRE TX 77401 | 1819<br>Alan Winters and Janet Winters<br>Family Partnership LTD<br>BELLAIRE TX 77401 |
| 1820<br>Alan Winters and Janet Winters<br>Family Partnership LTD<br>BELLAIRE TX 77401 | 2179<br>*** Minor ***<br>MONTCLAIR NJ 07043 |
| 4251<br>Alice Goldberg<br>DELRAY BEACH FL 33446 | 4252<br>Alice Goldberg<br>Santa Ynez CA 93460 |
| 8763<br>Alice Jacobs<br>Cedarhurst NY 11516 | 8764<br>Alice Weiner<br>Tamarac FL 33321 |
| 6597<br>Allan Inger<br>Stamford CT 06902 | 6598<br>Allan Inger<br>Stamford CT 06902 |
| 1134<br>Alyse Kornblum<br>Port St. Lucie FL 34986 | 8800<br>Alyssa Goldberg<br>Santa Monica CA 90401 |
| 2180<br>*** Minor ***<br>Totowa NJ 07036 | 8801<br>Amanda Goldberg Snyderman<br>San Francisco CA 94115 |
| 4203<br>Andrew Dieringer<br>Hollywood FL 33026 | 3614<br>Ann Bader Geller<br>New Rochelle NY 10804 |
| 4476<br>ANN McNAMARA as trustee<br>Hamburg NY 14075 | 2183<br>*** Minor ***<br>MONTCLAIR NJ 07043 |
| 8996<br>ARDEN ASSET MANAGEMENT INC.<br>New York NY 10152 | 8997<br>ARDEN ASSET MANAGEMENT LLC<br>New York NY 10152 |
| 2272<br>ARNOLD SCHREIBER<br>GLEN HEAD NY 11545 | 8826<br>XYZ9 CORP.<br>New York NY 10021 |

Date : 3/6/2012                                              **Exhibit Pages**                                              Page # : 2

| | |
|---|---|
| 4253<br>Ava Goldberg<br>Santa Ynez CA 93460 | 2184<br>BARBARA ANN STEFANELLI<br>Totowa NJ 07036 |
| 6599<br>Barry Inger<br>Groveland MA 01834 | 744<br>BENJAMIN EHRMANN<br>Fulsom CA  95630 |
| 8153<br>Bennett & Gertrude Berman Foundation, Inc.<br>SANTA FE NM 87506 | 5142<br>Betty J. Rogers<br>Jacksonville Beach FL 32250 |
| 5153<br>BETTY RAFFIN ARNOLD, as personal representative,<br>as joint tenant, and as an individual<br>SARATOGA CA 95070 | 2761<br>Beverly C. Kunin<br>Oak Brook IL 60523 |
| 6758<br>Bradermak Equities Corp.<br>Roslyn NY 11576 | 6759<br>Bradermak Equities Corp.<br>GARDEN CITY PARK NY 11040 |
| 372<br>Bridgeview Abstract, Inc.<br>FORT LEE NJ 07024 | 1136<br>Carl B. Kornblum<br>Port St. Lucie FL 34986 |
| 1647<br>Carmen Dell'Orefice<br>New York NY 10021 | 5373<br>CAROLE KASBAR BULMAN<br>Wainscott NY 11975 |
| 4585<br>CHARM TRUST<br>West Palm Beach Florida 33401 | 6014<br>Cheryl M. Coleman<br>Ambler PA 19002 |
| 4254<br>Cheryl Schmidt<br>Santa Barbara CA  93105-4214 | 2185<br>*** Minor ***<br>Totowa NJ 07036 |
| 3534<br>Cindy Solomon<br>RESTON VA 20191 | 5902<br>CINDY SOLOMON<br>Reston VA 20191 |
| 2477<br>Colt Corporation Profit Sharing Plan & Trust<br>Palm Beach FL 33480 | 4207<br>Constance Kenny<br>Lynbrook NY 11563 |
| 8141<br>Copen Charitable Trusts LLC<br>Carlsbad CA 92009 | 2762<br>Cynthia L. Ginsberg<br>Oak Brook IL 60523 |
| 2763<br>Cynthia L. Ginsberg<br>Minneapolis MN 55404 | 4700<br>Cynthia Swaso<br>Brooklyn NY 11221 |
| 5168<br>Dahme Family Bypass Trust Dated 10/27/76<br>Montecito CA 93108 | 5023<br>*** Minor ***<br>Sinking Spring PA 19608 |
| 4209<br>Darryl Parente<br>Greenlawn NY 11740 | 2039<br>DAVID G. AVIV<br>Los Angeles CA 90035 |
| 2839<br>David Newberger<br>Chicago IL 60610 | 2840<br>David Newberger Under the Doris Newberger Trust<br>CHICAGO IL 60657 |
| 3535<br>David Solomon Family Partnership LP<br>RESTON VA 20191 | 4211<br>Denise Cetta<br>Massapequa NY 11758 |

Date : 3/6/2012                                    **Exhibit Pages**                                    Page # : 3

| | |
|---|---|
| 3027<br>Dennis Liss<br>Marina del Rey CA 90292 | 4794<br>Diane Koplik<br>New York NY 10065 |
| 5608<br>Donald I. Altman<br>West New York NJ 07093 | 910<br>DONALD J. WEISS<br>Oak Brook IL 60523 |
| 911<br>DONALD J. WEISS<br>East Hampton NY 11937 | 912<br>DONALD J. WEISS<br>New York NY 10021 |
| 1945<br>DONALD SALMANSON, in his capacity as trusteeof The Charles<br>Salmanson Trust 1981 andin his capacity as executor of theEstate of<br>Charles Salmanson<br>PROVIDENCE RI 02903 | 1946<br>DONALD SALMANSON, in his capacity as trusteeof The Charles<br>Salmanson Trust 1981 andin his capacity as executor of theEstate of<br>Charles Salmanson<br>Providence RI 02903 |
| 1792<br>Doris Shor<br>GREAT NECK NY 11024 | 1793<br>Doris Shor<br>GREAT NECK NY 11024 |
| 1794<br>Doris Shor<br>GREAT NECK NY 11024 | 351<br>Douglas J. Sturlingh<br>Clearwater FL 33755 |
| 3479<br>Edith Horowitz Family Partnership, LP<br>Miami Beach FL 33139 | 7920<br>Edward H Kohlschreiber<br>South Palm Beach FL 33480 |
| 7921<br>Edward H Kohlschreiber Sr Rev Mgt Trust<br>South Palm Beach FL 33488 | 4182<br>Edward J. Flanagan (Executor of the Estate of Dorothy Flanagan)<br>Washington NJ 07882-1110 |
| 2738<br>Edward L. Sleeper<br>Oak Brook IL 60523 | 2739<br>Edward L. Sleeper<br>Palm Beach FL 33480 |
| 4141<br>Elaine Berzner Trust Pursuant to The Irving Berzner Trust Revocable<br>Living Trust U/A/D 12/22/92<br>Fort Lauderdale FL 33316 | 4142<br>Elaine Berzner Trust Pursuant to The Irving Berzner Trust Revocable<br>Living Trust U/A/D 12/22/92<br>FT LAUDERDALE FL 33308 |
| 8802<br>Elena Elkin<br>New York NY  10021 | 745<br>ELIZABETH EHRMANN<br>Marina CA 93933 |
| 1353<br>Elizabeth Woessner<br>Denver Colorado 80218 | 7094<br>c/o Howard J. Rhine Esq., Coleman & Rhine<br>437 Madison Avenue<br>New York, NY 10022 |
| 2043<br>ERNEST WACHTEL<br>Hillside NJ 07205 | 8771<br>Estate of Bea Laub<br>Los Angeles CA 90067 |
| 1947<br>ESTATE OF CHARLES SALMANSON<br>PROVIDENCE RI 02903 | 4214<br>Estate of Daniel L. Gaba<br>PITTSBORO NC 27312 |
| 4183<br>Estate of Dorothy Flanagan<br>MORRISTOWN NJ 07960 | 4184<br>Estate of Dorothy Flanagan<br>Washington NJ 07882-1110 |
| 677<br>Estate of Irving Charno<br>BOCA RATON FL 33487 | 5154<br>ESTATE OF JAMES ARNOLD<br>SARATOGA CA 95070 |
| 5103<br>ESTATE OF JOSEPH S. POPKIN<br>Ellerslie GA 31807 | 6016<br>Estate of Suzanne R. May<br>Chalfont PA 18914 |

Date : 3/6/2012                          **Exhibit Pages**                          Page # : 4

| | |
|---|---|
| 6017<br>Estate of Suzanne R. May<br>Blue Bell PA 19422 | 6018<br>Estate of Suzanne R. May<br>Bethesda MD 20817 |
| 6019<br>Estate of Suzanne R. May<br>Ambler PA 19002 | 6020<br>Estate of Suzanne R. May<br>Allentown PA 18704 |
| 7097<br>Eurovaleur, Inc.<br>New York NY 10153 | 7312<br>Eurovaleur, Inc.<br>New York, NY 10022 |
| 6520<br>Evelyn Fisher<br>Highland Park IL 60035 | 8891<br>FLB Foundation, Ltd.<br>Forest Hills NY 11375 |
| 8892<br>Robert M. Finkin, Esq.<br>Finkin & Finkin<br>118-21 Queens Blvd., Suite 616<br>Forest Hills, NY 11375 | 8803<br>Frederick Goldberg<br>Boston MA 02163 |
| 4704<br>Gerald Heslin<br>Sherwood OR 97140 | 3562<br>Gerald I. Lustig<br>RYE BROOK NY 10573 |
| 5377<br>GLORIA ALBERT SANDLER<br>ALAMO CA 94507 | 5378<br>GLORIA ALBERT SANDLER<br>VAIL CO 81657 |
| 5379<br>GLORIA ALBERT SANDLER<br>Oak Brook IL 60523 | 4283<br>Grabel Family Trust DTD 3/29/99<br>New York NY 10011-8136 |
| 5807<br>H SCHAFFER FOUNDATION INC<br>West Rutland VT 05777 | 3620<br>Harold Horowitz<br>New York NY 10010 |
| 3480<br>Harold Horowitz<br>New York NY 10010 | 8773<br>Harriet Barbuto<br>Tamarac FL 33319 |
| 8649<br>Harry L. & Yvonne Powell<br>Jacksonville FL 32256 | 4256<br>Harvey Goldberg<br>DELRAY BEACH FL 33446 |
| 6082<br>Harvey Krauss<br>NEW YORK NY 10158-0125 | 6090<br>Harvey Krauss<br>NEW YORK NY 10158-0125 |
| 2457<br>HFH, A Partnership<br>Palm Beach FL 33480 | 3274<br>HJL Corporation<br>DETROIT MI 48226 |
| 3275<br>HJL Corporation<br>Bloomfield Hills MI 48301 | 3488<br>Howard Klee<br>Boca Raton FL 33434 |
| 2645<br>Indenture of Trust Dated July 19, 1982<br>Made By David L. Rubin<br>Weston MA 02493 | 2646<br>Indenture of Trust Dated July 19, 1982<br>Made By David L. Rubin<br>Boston MA 02110-3331 |
| 2647<br>Indenture of Trust Dated July 19, 1982 Made By David L. Rubin<br>Wellington FL 33414 | 7117<br>Infovaleur, Inc.<br>New York NY 10153 |
| 8454<br>Defendants XYZ 64<br>New York NY  10011 | 4143<br>IRVING BERZNER REVOCABLE LIVING TRUST<br>U/A/D 12/22/92<br>Fort Lauderdale FL 33316 |

**Exhibit Pages**

| | |
|---|---|
| 4144<br>IRVING BERZNER REVOCABLE LIVING TRUST<br>U/A/D 12/22/92<br>FT LAUDERDALE FL 33308 | 4145<br>IRVING BERZNER REVOCABLE LIVING TRUST<br>U/A/D 12/22/92<br>Fort Lauderdale FL 33304 |
| 2648<br>J. Robert Casey<br>Boston MA 02110-3331 | 4284<br>Jack Grabel<br>New York NY 10011-8136 |
| 746<br>JAMES KIRSTEN<br>Tucson AZ  85719 | 747<br>JAMES KIRSTEN<br>Tucson AZ  85705 |
| 430<br>Janet Meerbott<br>Lawrneceville NJ 08648 | 1821<br>Janet Winters<br>BELLAIRE TX 77401 |
| 1822<br>David B. Bernfeld and Jeffrey L. Bernfeld<br>Bernfeld, Dematteo & Bernfeld, LLP<br>600 Third Avenue<br>New York, NY 10016 | 1823<br>Janet Winters<br>BELLAIRE TX 77401 |
| 1824<br>David B. Bernfeld and Jeffrey L. Bernfeld<br>Bernfeld, Dematteo & Bernfeld, LLP<br>600 Third Avenue<br>New York, NY 10016 | 1807<br>Janet Winters<br>Bellaire TX 77401 |
| 6723<br>Janet Winters<br>Bellaire TX 77401 | 8776<br>Javier Ordazas personal representativeof the Estate of Bea Laub<br>Los Angeles CA 90067 |
| 3276<br>JDK Corporation<br>DETROIT MI 48226 | 6022<br>Jeffrey A. May<br>Bethesda MD 20817 |
| 5558<br>JEFFREY SISKIND<br>Great Neck NY 11024 | 2764<br>Jennifer B. Kunin<br>Oak Brook IL 60523 |
| 2765<br>Jennifer B. Kunin<br>Minneapolis MN 55410 | 8806<br>Jeremy Goldberg<br>San Francisco CA  94115 |
| 1948<br>JERROLD A. SALMANSON, in his capacityas trustee of The Charles<br>Salmanson Trust 1981,in his capacity as executor of the Estate<br>ofCharles Salmanson and individually<br>PROVIDENCE RI 02903 | 1949<br>JERROLD A. SALMANSON, in his capacityas trustee of The Charles<br>Salmanson Trust 1981,in his capacity as executor of the Estate<br>ofCharles Salmanson and individually<br>Providence RI 02903 |
| 6635<br>Jill Sudman<br>NORWOOD MA 02062 | 8807<br>Joan Elkin Madison<br>Stamford CT  06902 |
| 2594<br>John B. Beasley<br>NEW YORK NY 10020 | 3365<br>John Doe, Trustee<br>Chicago IL 60604 |
| 4224<br>John F. Kenny<br>Lynbrook NY 11563 | 5145<br>John J. Kone<br>Vero Beach FL 32960 |
| 4484<br>JOHN S. O'HARE as trustee<br>S. Clarence NY 14031 | 8631<br>John Winston<br>New York NY 10065 |
| 5155<br>Jonathan K. Arnold<br>Brisbane CA 94005 | 2050<br>JOSEPH KATZ<br>Oakland Gardens NY 11364 |

Date : 3/6/2012                                **Exhibit Pages**                                Page # : 6

| | |
|---|---|
| 8808<br>Joshua Elkin<br>Bronx NY  10471 | 2286<br>Joyce G. Kaimowitz<br>Effort PA 18330 |
| 2287<br>Joyce G. Kaimowitz,as  Personal Representative of the Estate of David<br>J. Kaimowitz<br>Effort PA 18330 | 2051<br>KALMAN HALPERN<br>Bronx NY 10462 |
| 902<br>Kathy Dibiase<br>in her capacity as a joint tenant of<br>a joint tenancy acting as a limited partner<br>of Weiner Investment, L.P.<br>Sewickley PA 15143 | 2595<br>Kenneth D. Weiser<br>NEW YORK NY 10020 |
| 2766<br>Kunin Family Limited Partnership<br>Oak Brook IL 60523 | 2996<br>Laura D Coleman<br>BOYNTON BEACH FL 33437 |
| 5146<br>Laura M. Germano<br>Jacksonville FL 32207 | 5147<br>Laura M. Germano<br>Jacksonville Beach FL 32250 |
| 4757<br>Lawrence Kaye as trustee<br>FOSTER CITY CA 94404 | 8832<br>Lawrence R. Velvel<br>Windham NH 03087 |
| 4057<br>Leah Hazard<br>GREAT NECK NY 11021 | 2055<br>LEON SHIFFMAN<br>Fresh Meadows NY 11365 |
| 5615<br>Lewis S. Sandler<br>Scottsdale AZ  85251 | 587<br>Lexus Worldwide Limited<br>Greenwich CT 06831 |
| 5034<br>*** Minor ***<br>Philadelphia PA 19147 | 4227<br>Lilyan Parente<br>Flushing NY 11740 |
| 4586<br>Lin Castre Gosman, as trustee and as an individual<br>West Palm Beach Florida 33401 | 2188<br>LISA M. STEFANELLI<br>Totowa NJ 07036 |
| 5565<br>Liselotte J. Leeds Lifetime Trust<br>Great Neck NY 11021 | 5566<br>Liselotte Leeds, Trustee<br>Great Neck NY 11021 |
| 3277<br>LOHO Enterprises Ltd.<br>DETROIT MI 48226 | 3278<br>LOHO Enterprises Ltd.<br>Bloomfield Hills MI 48301 |
| 3279<br>Lori L. Enterprises Limited<br>DETROIT MI 48226 | 3280<br>Lori L. Enterprises Limited<br>Bloomfield Hills MI 48301 |
| 4485<br>LOUIS P. CIMINELLI as trustee<br>Buffalo NY 14209 | 1262<br>LS Commercial Holdings LLC<br>New York NY 10022 |
| 1263<br>LS Commercial Holdings LLC<br>New York NY 10022 | 8359<br>Madoff Brokerage & Trading Technology LLC<br>New York NY 10110 |
| 8930<br>Madoff Family LLC<br>New York NY 10110 | 8360<br>Madoff Technologies LLC<br>New York NY 10110 |
| 2596<br>Marc I. Hertz<br>NEW YORK NY 10020 | 2597<br>Marc I. Hertz Irrevocable Trust Dated 3/15/92<br>New York NY 10020 |

Date : 3/6/2012                                    **Exhibit Pages**                                    Page # : 7

---

680
MARC JAY KATZENBERG
GREENWICH CT 06830

588
MARCIA A. MEYER
HIGHLAND BEACH FL 33487

---

5193
Margaret Ho Revocable Trust
San Francisco CA  94111

5192
Margaret Ho Revocable Trust
San Rafael CA 94901

---

5194
MARGARET HO, a.k.a., MARGARET MUI KI HO, MARGARET MUI KI
LEONG and MARGARET H. LEONG, as trustor, as trustee and as an
individual
San Rafael CA 94901

5195
MARGARET HO, a.k.a., MARGARET MUI KI HO, MARGARET MUI KI
LEONG and MARGARET H. LEONG, as trustor, as trustee and as an
individual
San Francisco CA  94111

---

3481
Marjorie Schultz
MIAMI BEACH FL 33139

3621
Marjorie Schultz
Miami Beach FL 33139

---

3119
Mark Olesky Simon
Agoura Hills CA 91301

2189
MARK STEFANELLI
Totowa NJ 07036

---

4228
Marlborough Associates
PITTSBORO NC 27312

2192
*** Minor ***
MONTCLAIR NJ 07043

---

5380
MAURICE SANDLER
VAIL CO 81657

5381
MAURICE SANDLER
Oak Brook IL 60523

---

5382
MAURICE SANDLER
Alamo CA 94507

2529
Melvin W. Knyper
Sunny Isle Beach FL  33160

---

8811
Meredith Goldberg
Wellesley MA  02482

5169
Michael Dahme
Grant FL 32949

---

5170
Michael Dahme
Grant FL 32949

5040
Michael N. Rosen as executor
New York NY 10021

---

1707
Michael S. Bienes, Trustee of Avellino Pension Plan & Trust
Ft. Lauderdale FL 33308

678
Miriam Charno
BOCA RATON FL 33487

---

4258
Miriam Goldberg
DELRAY BEACH FL 33446

4285
Miriam Grabel
New York NY 10011-8136

---

4259
Mitchell Goldberg
Santa Ynez CA 93460

7133
Moishe Hartstein
New York, NY  10169

---

7134
Moishe Hartstein
Monsey NY  10952

5171
Montecito Bank & Trust, as trustee of Dahme Family Bypass
Testamentary Trust Dated 10/27/76
and as trustee of Trust "C" Under the Revocable
Trust for Community Property and Separate Property of Robert L.
Dahme and Delores K. Dahme
Montecito CA 93108

---

4261
Myriam Goldberg I
Santa Ynez CA 93460

2068
N. ZWI LEITER
Scranton PA 18510

---

1049
Nancy Atlas
WAYLAND MA 01778

2289
Nancy J. Kaimowitz
Effort PA 18330

Date : 3/6/2012                                **Exhibit Pages**                                Page # : 8

| | |
|---|---|
| 9003<br>NATIONAL BANK OF KUWAIT<br>New York NY 10171 | 5474<br>Nell Heffner<br>East Hampton NY 11937 |
| 8828<br>XYZ8 CORP.<br>New York NY 10022 | 2193<br>*** Minor ***<br>Totowa NJ 07036 |
| 4082<br>Nicole Roitenberg<br>Palm Desert CA 92211 | 5008<br>Nine Thirty LL Investments, LLC<br>Willmington DE 19808 |
| 5007<br>Nine Thirty LL Investments, LLC<br>NEW YORK NY 10019 | 1723<br>*** Minor ***<br>Palm Beach FL 33480 |
| 373<br>North River Mews Associates LLC<br>Edgewater NJ 07020 | 8020<br>Oakwood Associates<br>New York NY 10153 |
| 8021<br>Oakwood Associates<br>Muttontown NY 11791 | 8022<br>Oakwood Associates<br>Uniondale NY 11556 |
| 8023<br>Oakwood Associates<br>Jericho NY 11753 | 8024<br>Oakwood Associates Management, LLC<br>New York NY 10153 |
| 8025<br>Oakwood Associates Management, LLC<br>Muttontown NY 11791 | 8026<br>Oakwood Associates Management, LLC<br>Uniondale NY 11556 |
| 8027<br>Oakwood Associates Management, LLC<br>Jericho NY 11753 | 977<br>Onesco International Ltd<br>Trident Chambers<br>Carbondale CO 81623 |
| 1724<br>Optus Software, Inc.<br>Trenton NJ 08608 | 8814<br>Pamela W. Goldberg<br>Wellesley MA  02482 |
| 749<br>PATRICIA EHRMANN<br>Sebastopol CA  95472 | 2194<br>PATRICIA MORETTA<br>Totowa NJ 07036 |
| 2768<br>Paul D. Kunin<br>Oak Brook IL 60523 | 2769<br>Paul D. Kunin Revocable Trust<br>Oak Brook IL 60523 |
| 8176<br>Paul Kunin<br>Oak Brook IL 60523 | 8177<br>Paul Kunin<br>MINNETONKA MN 55305 |
| 8178<br>Paul Kunin<br>Hopkins MN 55305 | 1469<br>Peter B. Madoff,<br>as Executor of the Estate of Gladys C. Luria<br>and as Trustee of the Trust U/A VIII<br>of the Will of Gladys C. Luria<br> f/b/o Carl T. Fisher<br>Old Westbury NY 11568 |
| 1458<br>Peter B. Madoff, in his Capacity as Trusteeof the Trust U/A VI of the<br>Willof Gladys C. Luria f/b/o Joan L. Fisher and Trustee of the Trust U/A<br>VII of the Will of Gladys C. Luria f/b/o Joan L. Fisher<br>Old Westbury NY 11568 | 8363<br>Primex Holdings, LLC<br>New York NY 10110 |
| 5559<br>PSCCSI, Inc.<br>WILTON CT 06897 | 8564<br>Defendants XYZ 147<br>Provincetown Ma  02657 |

Date : 3/6/2012 **Exhibit Pages**

| | |
|---|---|
| 5035<br>*** Minor ***<br>Sinking Spring PA 19608 | 4711<br>Renford Williams<br>Bronx NY 10466 |
| 4231<br>Rhoda Gaba<br>Pittsboro NC 27312 | 4232<br>Rhoda Gaba<br>PITTSBORO NC 27312 |
| 6025<br>Richard A. May<br>Allentown PA 18704 | 4286<br>Richard Grabel<br>New York NY 10011-8136 |
| 7150<br>Rina Hartstein<br>Monsey NY  10952 | 4233<br>Ripin Family Trust<br>Poughquag NY 12570 |
| 4234<br>Ripin Family Trust<br>Rhinebeck NY 12572 | 3028<br>Rita D. Graybow<br>Marina Del Rey CA 90292-6278 |
| 7151<br>Robert Alan Kohn<br>Monsey NY  10952 | 4146<br>Robert Berzner<br>Woodmere NY 11598 |
| 6027<br>Robert E. May<br>Blue Bell PA 19422 | 2195<br>*** Minor ***<br>Totowa NJ 07036 |
| 2093<br>ROSE WACHTEL<br>Hillside NJ 07205 | 8654<br>Rosemary Leo-Sullivan<br>Deerfield Beach FL 33442 |
| 4157<br>Roy D. Davis<br>JUPITER FL 33477 | 4264<br>Sara Goldberg<br>Santa Ynez CA 93460 |
| 2841<br>Scott Newberger<br>CHICAGO IL 60657 | 2835<br>Scott Newberger<br>CHICAGO IL 60657 |
| 5111<br>SHARON POPKIN<br>Cooper City FL 33330 | 8574<br>Defendants XYZ 153<br>Pinecrest FL 33156 |
| 6532<br>Stanley I. Lehrer, as administrator of the Stanley I. Lehrer and Stuart<br>M. Stein, J/T WROS<br>Delray Beach FL 33446 | 5550<br>STANLEY PLESENT<br>LARCHMONT NY 10538 |
| 2458<br>Stephen Fiverson<br>Palm Beach FL 33480 | 2478<br>Stephen Fiverson<br>Palm Beach FL 33480 |
| 1795<br>Stephen Shor<br>Great Neck NY 11024 | 1735<br>*** Minor ***<br>Palm Beach FL 33480 |
| 4147<br>Steven Berzner<br>FT LAUDERDALE FL 33308 | 4148<br>Steven Berzner<br>Fort Lauderdale FL 33304 |
| 5234<br>STEVEN MENDELOW as trustee<br>New York NY 10023 | 6604<br>Susan B. Alswager<br>Stamford CT 06902 |
| 681<br>SUSAN KATZENBERG<br>GREENWICH CT 06830 | 8815<br>Susan Siegal<br>Schenectady NY 12309 |

Date : 3/6/2012    **Exhibit Pages**    Page # : 10

| | |
|---|---|
| 4236<br>Sylvia M. Eversole<br>New York NY 10032 | 6495<br>TAMIAMI TOWER CORPORATION<br>MIAMI FL 33143 |
| 1267<br>The 1999 Belfer Partnership LP<br>New York NY 10022 | 1950<br>THE CHARLES SALMANSON TRUST 1981<br>PROVIDENCE RI 02903 |
| 1471<br>The Estate of Gladys C. Luria<br>Old Westbury NY 11568 | 5384<br>THE GLORIA ALBERT SANDLER<br>AND MAURICE SANDLER REVOCABLE LIVING TRUST,<br>ALAMO CA 94507 |
| 5385<br>THE GLORIA ALBERT SANDLER<br>AND MAURICE SANDLER REVOCABLE LIVING TRUST,<br>VAIL CO 81657 | 5386<br>THE GLORIA ALBERT SANDLER<br>AND MAURICE SANDLER REVOCABLE LIVING TRUST,<br>Oak Brook IL 60523 |
| 4265<br>The Goldberg Family Investment Club<br>DELRAY BEACH FL 33446 | 1796<br>The Leon Shor Revocable Trust<br>GREAT NECK NY 11024 |
| 1797<br>The Leon Shor Revocable Trust<br>GREAT NECK NY 11024 | 4761<br>The Restated Henry Kaye Trust<br>Foster City CA 94404 |
| 3029<br>The Rita D. Graybow and Dennis Liss Family Living Trust<br>Marina Del Rey CA 90292-6278 | 3536<br>The Solomon Organization Inc.<br>RESTON VA 20191 |
| 5156<br>Thomas D. Arnold<br>Brisbane CA 94005 | 4715<br>Thomas Heslin<br>Cabin John MD 20818 |
| 4085<br>Tiffany Roitenberg<br>Palm Springs CA 92264 | 4237<br>Tobias Goldberg<br>Boca Raton FL 33434 |
| 4288<br>Todd R. Shack<br>Miami FL 33137 | 5172<br>Trust C under the Revocable Trust for Community Property and<br>Separate Property of Robert L. Dahme and Delores K. Dahme<br>Montecito CA 93108 |
| 1050<br>Trust Fund B U/W Edward F. Seligman<br>F/B/O/ Nancy Atlas<br>WAYLAND MA 01778 | 6539<br>Trust u/t/a 8/20/90<br>Highland Park IL 60035 |
| 6540<br>Trust u/w/o David L. Fisher<br>Highland Park IL 60035 | 6029<br>Trust Under Deed of Suzanne R. May<br>Dated 11/23/1994<br>Chalfont PA 18914 |
| 6030<br>Trust Under Deed of Suzanne R. May<br>Dated 11/23/1994<br>Blue Bell PA 19422 | 6031<br>Trust Under Deed of Suzanne R. May<br>Dated 11/23/1994<br>Bethesda MD 20817 |
| 6032<br>Trust Under Deed of Suzanne R. May<br>Dated 11/23/1994<br>Chalfont PA 18914 | 6033<br>Trust Under Deed of Suzanne R. May<br>Dated 11/23/1994<br>Blue Bell PA 19422 |
| 6034<br>Trust Under Deed of Suzanne R. May<br>Dated 11/23/1994<br>Ambler PA 19002 | 6035<br>Trust Under Deed of Suzanne R. May Dated 11/23/1994<br>Allentown PA 18704 |
| 7168<br>UniCredit Bank Austria AG<br>New York NY 10017 | 4194<br>Vivien Svigals<br>New York NY  10021 |

Date : 3/6/2012 **Exhibit Pages**

| | |
|---|---|
| 2770<br>Wendi Kunin<br>Oak Brook IL 60523 | 2771<br>Wendi Kunin<br>Beverly Hills CA 90210 |
| 4149<br>Wendie Packer<br>FORT LAUDERDALE FL 33316 | 4287<br>Wendy Grabel<br>New York NY 10011-8136 |
| 5493<br>William D. Zabel, as trustee<br>New York NY 10021 | 5494<br>William D. Zabel, as trustee<br>New York NY 10021 |
| 8784<br>William Pressman, Inc.<br>Tamarac FL 33319 | 8785<br>William Pressman, Inc.<br>Ft. Lauderdale FL 33306 |
| 7176<br>c/o Bruce S. Coleman, Esq., Coleman & Rhine<br> 437 Madison Avenue,<br>New York, NY 10022 | 1825<br>David B. Bernfeld and Jeffrey L. Bernfeld<br>Bernfeld, Dematteo & Bernfeld, LLP<br>600 Third Avenue<br>New York, NY 10016 |
| 1826<br>Winters Management Trust<br>BELLAIRE TX 77401 | 1827<br>Winters Management Trust<br>BELLAIRE TX 77401 |
| 1828<br>David B. Bernfeld and Jeffrey L. Bernfeld<br>Bernfeld, Dematteo & Bernfeld, LLP<br>600 Third Avenue<br>New York, NY 10016 | 1829<br>Winters Management Trust<br>BELLAIRE TX 77401 |
| 1830<br>Winters Management Trust<br>BELLAIRE TX 77401 | 8138<br>Zin Investments Limited<br>NEW YORK NY 10036 |
| 7291<br>Wolf Theiss Rechtsanwalte GmbH<br>Schubertring 6<br>1010 Vienna<br>Austria | 9037<br>ABN AMRO BANK (SWITZERLAND) AG (f/k/a ABN AMRO BANK<br>(SCHWEIZ)<br>Switzerland |
| 7069<br>Absolute Portfolio Management Ltd.<br>Cayman Islands | 8058<br>Access Management Luxembourg SA<br>Luxembourg |
| 8060<br>Access Partners SA (Luxembourg)<br>Luxembourg | 8061<br>Alain Hondequin<br>Switzerland |
| 7071<br>Andreas Pirkner<br>Austria | 7072<br>Andreas Pirkner<br>Austria |
| 7073<br>Andreas Pirkner<br>Austria | 7074<br>Andreas Schindler<br>Austria |
| 5927<br>Anthony Pugliese<br>British Virgin Islands | 8998<br>ARDEN ENDOWMENT ADVISERS, LTD.<br>Cayman Islands |
| 8999<br>ARDEN PACIFIC PARTNERS LIMITED<br>Cayman Islands | 8617<br>Associados Investimento Ltd.<br>Luxembourg<br>Luxembourg |
| 7469<br>Aurora Resources Ltd.<br>Road Town Tortola<br>British Virgin Islands | 7470<br>Aurora Resources Ltd.<br>Road Town Tortola VG1110<br>British Virgin Islands |

**Exhibit Pages**

| | |
|---|---|
| 7300<br>BA Worldwide Fund Management Ltd.<br>British Virgin Islands | 7075<br>Bank Austria Cayman Islands Ltd.<br>Cayman Islands |
| 7076<br>Bank Austria Worldwide Fund Management Ltd.<br>British Virgin Islands | 7077<br>Bank Medici AG<br>Austria |
| 7078<br>Bank Medici AG<br>Austria | 7079<br>Bank Medici AG<br>Austria |
| 7080<br>Bank Medici AG<br>Austria | 7081<br>Bank Medici AG<br>Austria |
| 7082<br>Bank Medici AG (Gibraltar)<br>Gibraltar | 7083<br>Bank Medici AG (Gibraltar)<br>Gibraltar |
| 7084<br>Bank Medici AG (Gibraltar)<br>Gibraltar | 7085<br>Bank Medici AG (Gibraltar)<br>Spain |
| 8062<br>Bernd/Bernard Stiehl<br>France | 7088<br>Brera Servizi Aziendiale S.r.l.<br>Luxembourg |
| 7089<br>Brera Servizi Aziendiale S.r.l.<br>Luxembourg | 7090<br>Brera Servizi Aziendiale S.r.l.<br>Italy |
| 7091<br>Brera Servizi Aziendiale S.r.l.<br>Italy | 7086<br>Brera Servizi Aziendiale S.r.l.<br>Italy |
| 7087<br>Brera Servizi Aziendiale S.r.l.<br>Luxembourg | 7301<br>Cape Investment Advisors Limited<br>Bermuda |
| 5928<br>Christina Pugliese<br>BRITISH VIRGIN ISLANDS | 9041<br>CRÉDIT AGRICOLE (SUISSE) S.A.<br>Switzerland |
| 9042<br>CREDIT AGRICOLE S.A., a.k.a. BANQUE DU CREDIT AGRICOLE<br>France | 7092<br>Daniele Cosulich<br>England |
| 7093<br>Daniele Cosulich<br>England | 4376<br>Diane Wilson<br>London  SW3 2EF<br>England |
| 3767<br>Enfasis Invest S.A.<br>6900 Lugano<br>Switzerland | 3768<br>Enfasis Invest S.A.<br>Panama City<br>Panama |
| 7095<br>Erwin Kohn<br>Switzerland | 7096<br>Erwin Kohn<br>Israel |
| 7310<br>Erwin Kohn<br>Switzerland | 7311<br>Erwin Kohn<br>Israel |
| 8961<br>Ewald Weninger<br>Vienna<br>Austria | 8962<br>Ewald Weninger Rechtsanwalts GmbH<br>Vienna<br>Austria |

Date : 3/6/2012                                    **Exhibit Pages**

| | |
|---|---|
| 7220<br>Fairfield Greenwich<br>Road Town Tortola<br>BVI | 2576<br>Farber Investments, Inc.<br>St. Laurent Quebec H4M 1R4<br>Canada |
| 7098<br>Franco Mugnai<br>Italy | 9031<br>Fullerton Capital Pte Ltd.<br>238891<br>Singapore |
| 7100<br>Gerhard Randa<br>Austria | 7101<br>Gerhard Randa<br>Austria |
| 3766<br>GMR S.A.<br>Brussels (Bruxelles)<br>Belgium | 9005<br>GROSVENOR AGGRESSIVE GROWTH FUND LIMITED<br>Bermuda |
| 9006<br>GROSVENOR BALANCED GROWTH FUND LIMITED<br>Bermuda | 9007<br>GROSVENOR INVESTMENT MANAGEMENT LTD.<br>Bermuda |
| 9008<br>GROSVENOR INVESTMENT MANAGEMENT LTD.<br>Bermuda | 9009<br>GROSVENOR PRIVATE RESERVE FUND LIMITED<br>Bermuda |
| 7103<br>Harald Nograsek<br>Austria | 7104<br>Harald Nograsek<br>Austria |
| 7105<br>Harald Nograsek<br>Austria | 7106<br>Hassans International Law Firm<br>Gibraltar |
| 7478<br>HCH Investment Company Ltd<br>George Town Grand Cayman<br>Cayman Islands | 7107<br>Helmuth Frey<br>Austria |
| 7108<br>Helmuth Frey<br>Austria | 7109<br>Helmuth Frey<br>Austria |
| 7319<br>Herald Asset Management Limited<br>Cayman Islands | 7320<br>Herald Asset Management Limited<br>Torino<br>Italy |
| 7110<br>Herald Asset Management Ltd.<br>Cayman Islands | 7111<br>Herald Asset Management Ltd.<br>Luxembourg |
| 7112<br>Herald Asset Management Ltd.<br>Italy | 7113<br>Herald Asset Management Ltd.<br>Italy |
| 7114<br>Herald Asset Management Ltd.<br>Switzerland | 7115<br>Herald Consult Ltd.<br>British Virgin Islands |
| 7116<br>Herald Consult Ltd.<br>Switzerland | 8067<br>Hermann Kranz<br>Germany |
| 7368<br>HSBC Private Bank (Suisse) S.A.<br>Switzerland | 7369<br>HSBC Private Banking Holdings (Suisse) SA<br>Switzerland |

**Exhibit Pages**

| | |
|---|---|
| 4557<br>Hunter Douglas International, N.V.<br>6006 LUZERN<br>Switzerland | 976<br>Impact Designs Limited<br>Kowloon Hong Kong<br>China |
| 7385<br>Inter Asset Management Inc.<br>British Virgin Islands | 7479<br>Inversiones Coque S.A.<br>Panama<br>Panama |
| 7480<br>Inversiones Coque S.A.<br>Panama<br>Panama | 728<br>Iron Reserves Limited<br>Road Town Tortola<br>British Virgin Islands |
| 2577<br>Issie Farber<br>St. Laurent Quebec H4M 1R4<br>Canada | 8469<br>Defendants XYZ 79<br>Westmount Quebec H3Y 2R2<br>Canada |
| 8804<br>James Nosworthy<br>Princeton BC VOX-1WO<br>Canada | 8805<br>James Nosworthy<br>Princeton BC  VOX-1WO<br>Canada |
| 5929<br>Jean Caroline<br>BRITISH VIRGIN ISLANDS | 1895<br>Jennifer Priestley<br>England |
| 2831<br>John Chapman Stoller<br>UK | 2832<br>John Chapman Stoller Revocable Trust dtd 10/5/1988<br>UK |
| 7118<br>Josef Duregger<br>Austria | 7119<br>Josef Duregger<br>Austria |
| 7120<br>Josef Duregger<br>Austria | 7121<br>Josef Duregger<br>Austria |
| 9039<br>KBC ALTERNATIVE INVESTMENT MANAGEMENT LIMITED<br>United Kingdom | 9021<br>LANDIS INVERSIONES S.L.<br>Madrid  28046<br>Spain |
| 4058<br>Leah Hazard<br>Glasgow   G14 9NW<br>Scotland | 8980<br>LGT BANK IN LIECHTENSTEIN<br>FL-9490 Vaduz<br>Liechtenstein |
| 7122<br>Line Group Ltd.<br>Gibraltar | 7123<br>Line Holdings Ltd.<br>Gibraltar |
| 7124<br>Line Management Services Ltd.<br>Gibraltar | 8809<br>Lorraine Lock Nosworthy<br>Princeton BC VOX-1WO<br>Canada |
| 8810<br>Lorraine Lock Nosworthy<br>Princeton BC VOX-1WO<br>Canada | 7512<br>M&B Capital Advisers Gestion SGIC, S.A.<br>Spain |
| 7513<br>M&B Capital Advisers Holding, S.A.<br>Spain | 7514<br>M&B Capital Advisers Sociedad de Valores, S.A.<br>Spain |

Date : 3/6/2012

**Exhibit Pages**

| | |
|---|---|
| 7138<br>M-Tech Services GmbH<br>Austria | 7139<br>M-Tech Services GmbH<br>Austria |
| 7125<br>Manfred Kastner<br>Austria | 7126<br>Manfred Kastner<br>Austria |
| 9020<br>MAPLE KEY MARKET NEUTRAL CAYMAN ISLAND LP<br>Cayman Islands | 7127<br>Mariadelmar Raule<br>Italy |
| 7128<br>Mariadelmar Raule<br>Italy | 7129<br>Mariadelmar Raule<br>Italy |
| 7130<br>Medici Cayman Islands Ltd.<br>Grand Cayman | 7131<br>Medici S.r.l.<br>Italy |
| 7132<br>MediciFinanz Consulting GmbH<br>Munich<br>Germany | 9000<br>MERITZ FIRE & MARINE INSURANCE CO. LTD.<br>Republic of Korea |
| 5930<br>Mona Pugliese<br>British Virgin Islands | 5120<br>Montbarry Incorporated<br>Rio de Janeiro RJ<br>Brazil |
| 5121<br>Montbarry Incorporated<br>Petrópolis RJ<br>Brazil | 7135<br>Mordechai Landau<br>Jerusalem<br>Israel |
| 7136<br>Mordechai Landau<br>Jerusalem<br>Israel | 7137<br>Mordechai Landau<br>Jerusalem<br>Israel |
| 9004<br>NATIONAL BANK OF KUWAIT<br>State of Kuwait | 7140<br>Netty Blau<br>Austria |
| 9034<br>Nomura International PLC<br>London  EC4R3AB<br>United Kingdom | 7497<br>Olympus Assets LDC<br>George Town Grand Cayman<br>Cayman Islands |
| 7498<br>Olympus Assets LDC<br>George Town Grand Cayman<br>Cayman Islands | 978<br>Onesco International Ltd Trident Chambers<br>Road Town Tortola<br>British Virgin Islands |
| 7557<br>Oreades SICAV, represented by its Liquidator Inter Investissements<br>S.A.<br>Luxembourg | 2892<br>P.B. Robco, Inc.<br>Saint-Faustin-Lac-Carre Quebec J0T 1J3<br>Canada |
| 8553<br>Defendants XYZ 142<br>Cuidad Autónoma de Buenos Aires  C1140ABI<br>Argentina | 8990<br>PARSON FINANCE PANAMA<br>Panama City Republic of Panama<br>Panama |
| 7142<br>Paul de Sury<br>Italy | 7143<br>Paul de Sury<br>Italy |

Date : 3/6/2012

**Exhibit Pages**

Page # : 16

| | |
|---|---|
| 8616<br>Perinvest Market Neutral Fund<br>Hamilton HM11<br>Bermuda | 7144<br>Peter Scheithauer<br>Austria |
| 7145<br>Peter Scheithauer<br>Austria | 5932<br>Pierre Caroline<br>British Virgin Islands |
| 8073<br>Pierre Delandmeter<br>Luxembourg | 8074<br>Ralf Schroeter<br>Luxembourg |
| 7148<br>Redcrest Investments, Inc.<br>British Virgin Islands | 8075<br>Rene Egger<br>Switzerland |
| 7152<br>Robert Alan Kohn<br>Israel | 1063<br>Robert D. Salem<br>London  W1S 3HB<br>England |
| 7153<br>Robert Reuss<br>Austria | 4560<br>Robert S. Edmonds<br>Ordino<br>Andorra |
| 4556<br>Robert S. Edmonds<br>Ordino<br>Andorra | 8076<br>Roger Hartmann<br>Liechtenstein |
| 2578<br>Sandra Farber<br>St. Laurent Quebec H4M 1R4<br>Canada | 9040<br>SECURITIES & INVESTMENT COMPANY BSC<br>Manama<br>Bahrain |
| 2834<br>Sheila Patricia Stoller<br>UK | 7154<br>Shlomo (Momy) Amselem<br>Gibraltar |
| 7155<br>Shlomo (Momy) Amselem<br>Gibraltar | 7156<br>Sofipo Austria GmbH<br>Austria |
| 7157<br>Sonja Kohn<br>Switzerland | 7158<br>Sonja Kohn<br>Israel |
| 7408<br>Sonja Kohn<br>Switzerland | 7409<br>Sonja Kohn<br>Israel |
| 4561<br>Southey International Limited<br>Ordino<br>Andorra | 4562<br>Southey International Limited<br>Road Town Tortola<br>British Virgin Islands |
| 7159<br>Stefan Zapotocky<br>Austria | 7160<br>Stefan Zapotocky<br>Austria |
| 5122<br>Suly Liberman<br>Rio de Janeiro RJ<br>Brazil | 5123<br>Suly Liberman<br>Petrópolis RJ<br>Brazil |
| 7161<br>Tecno Development & Research Ltd.<br>Gibraltar | 7162<br>Tecno Development & Research Ltd.<br>Gibraltar |

Date : 3/6/2012                  **Exhibit Pages**            

| | |
|---|---|
| 7163<br>Tecno Development & Research S.r.l.<br>Italy | 7164<br>Tecno Development & Research S.r.l.<br>Italy |
| 7165<br>Tecno Development & Research S.r.l.<br>Italy | 7166<br>Tecno Development & Research S.r.l.<br>Gibraltar |
| 982<br>Telford Limited, c/o Ken Litvack<br>CENTRAL HONG KONG<br>China | 9047<br>THE PUBLIC INSTITUTION FOR SOCIAL SECURITY<br>Kuwait City<br>Kuwait |
| 8995<br>TRINCASTER CORPORATION<br>Zurich  8002<br>Switzerland | 8078<br>UBS (Luxembourg) SA<br>Luxembourg |
| 7167<br>UniCredit Bank Austria AG<br>Austria | 7422<br>UniCredit Bank Austria AG<br>Austria |
| 7428<br>Ursula Radel-Leszczynski<br>Austria | 7170<br>Ursula Radel-Leszczynski<br>Austria |
| 7171<br>Werner Kretschmer<br>Austria | 7172<br>Werner Kretschmer<br>Austria |
| 7173<br>Werner Tripolt<br>Austria | 7174<br>Wilhelm Hemetsberger<br>Austria |
| 7175<br>Wilhelm Hemetsberger<br>Austria | |

**Records Printed: 535**

# EXHIBIT 4

**Exhibit Pages**

233
Kenneth R. Schachter
Sills Cummis & Gross PC
One Rockefeller Plaza, 25th Floor
New York, NY 10020

2246
John H. Carney
John H. Carney & Associates
One Meadows Building, 5005 Greenville Avenue, Suite 200
Dallas, TX 75206

**Records Printed: 2**