**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel:  (212) 237-1000
Howard L. Simon
Kim M. Longo

*Special Counsel to Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                                        )  ss:
COUNTY OF NEW YORK   )

I, **Brian Kreutter**, being duly sworn, depose and say: I am more than eighteen years old

and not a party to this action.  My business address is Windels Marx Lane & Mittendorf, LLP,

156 West 56th Street, New York, NY 10019.

On March 7, 2012, I served the:

- **Administrative Order signed on 3/5/2012 Establishing Deadline for Filing Motions to Withdraw the Reference**

by emailing the interested parties true and correct copies via electronic transmission to the email

addresses designated for delivery and/or by placing true and correct copies thereof in sealed

packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule

A.

**TO:**    *See Attached Schedule A*


                              */s/ Brian Kreutter*
                              Brian Kreutter

Sworn to before me this
7th day of March 2012

*/s/ Maritza Segarra*
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2013

## Schedule A

### Defendants

Stanley Plesent
24 Maple Avenue
Larchmont, NY 10538

Evelyn Fisher, individually, and in her capacity as Trustee for Trust U/T/A 8/20/90 and Trust
U/W/O David L. Fisher
1660 First Street, Apt. 206
Highland Park, IL 60035

Stanley I. Lehrer, as Administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS
7333 Morocca Lake Drive
Delray Beach, FL 33446

Oakwood Associates
c/o Weil Gotshal & Manges LLP as Counsel for Mr. Howard Wohl
Attn: Lauren Hoelzer
767 Fifth Avenue
New York, NY 10153

Oakwood Associates
c/o Lawrence Simon
58 Tammys Lane
Muttontown, NY 11791

Oakwood Associates
c/o Ivy Asset Management LLC
144 Glenn Curtiss Blvd., 7th Floor
Uniondale, NY 11556

Oakwood Associates
c/o Ivy Asset Management LLC
One Jericho Plaza
Jericho, NY 11753

Oakwood Associates Management, LLC
c/o Weil Gotshal & Manges LLP as Counsel for Mr. Howard Wohl
Attn: Lauren Hoelzer
767 Fifth Avenue
New York, NY 10153

Oakwood Associates Management, LLC
c/o Lawrence Simon
58 Tammys Lane
Muttontown, NY 11791

Oakwood Associates Management, LLC
c/o Ivy Asset Management LLC
144 Glenn Curtiss Blvd, 7th Floor
Uniondale, NY 11556

Oakwood Associates Management, LLC
c/o Ivy Asset Management LLC
One Jericho Plaza
Jericho, NY 11753

Madoff Brokerage & Trading Technology LLC
Peter B. Madoff, Manager of Madoff Brokerage & Trading Technology, LLC
c/o Lankler Siffert & Wohl LLP
500 Fifth Avenue, 33rd Floor
New York, NY 10110

Madoff Technologies LLC
Peter B. Madoff, Manager of Madoff Technologies LLC
c/o Lankler Siffert & Wohl LLP
500 Fifth Avenue, 33rd Floor
New York, NY 10110

Primex Holdings, LLC
Peter B. Madoff, Manager of Primex Holdings, LLC
c/o Lankler Siffert & Wohl LLP
500 Fifth Avenue, 33rd Floor
New York, NY 10110

Madoff Family LLC
Peter B. Madoff, Manager of Madoff Family LLC
c/o Lankler Siffert & Wohl LLP
500 Fifth Avenue, 33rd Floor
New York, NY 10110

XYZ4 Corp. and XYZ9 Corp. *[Redacted – Under Seal]*
New York, NY

**Counsel**

Charles T. Spada, Esq.
Jeannie R. Rubin, Esq.
Lankler Siffert & Wohl LLP
Email: cspada@lswlaw.com
Email: jrubin@lswlaw.com
*Attorneys for Peter Madoff*

Peter Chavkin, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Email: pchavkin@mintz.com
*Attorney for Ruth Madoff*

Timothy A. Valliere, Esq.
Smith Valliere PLLC
Email: tvalliere@svlaw.com
*Attorney for Shana Madoff*

Richard J. McCord, Esq.
Carol A. Glick, Esq.
Certilman, Balin, Adler & Hyman LLP
Email: rmccord@certilmanbalin.com
Email: cglick@certilmanbalin.com
*Attorneys for Joyce Certilman, individually, and in her capacity as joint tenant in the Morton Certilman and Joyce Certilman J/T WROS; Morton Certilman, individually, and in his capacity as joint tenant in the Morton Certilman and Joyce Certilman J/T WROS; Bernard Certilman, individually, and in his capacity as General Partner of Shadow Associates LP, and Shadow Associates LP*

Douglas Furth, Esq.
Michael S. Weinstein, Esq.
Golenbock Eiseman Assor Bell & Peskoe, LLP
Email: dfurth@golenbock.com
Email: mweinstein@golenbock.com
*Attorneys for Elaine S. Stein and Elaine S. Stein Revocable Trust*

Michael I. Goldberg, Esq.
Donald N. David, Esq.
Akerman Senterfitt
Email: michael.goldberg@akerman.com
Email: donald.david@akerman.com
*Attorneys for Martin Gettinger, individually, and in his capacity as Trustee for Trebor
Management Corp. Retirement Plan #1, Trebor Management Corp. #3 Employee Profit Sharing
Plan, Miscork Corp. #1 and Miscork Corp. Retirement Plan; Clark Gettinger; Trebor
Management Corp. Retirement Plan #1; Trebor Management Corp. #3 Employee Profit Sharing
Plan; Gettinger Management LLC Profit Sharing Plan; Miscork Corp. Retirement Plan; Miscork
Corp. #1; Miscork Corp.; Alberto Casanova; The Alberto Casanova Revocable Living Trust;
and Hoboken Radiology LLC*

Michael I. Goldberg, Esq.
Elissa P. Fudim, Esq.
Akerman Senterfitt
Email: michael.goldberg@akerman.com
Email: elissa.fudim@akerman.com
*Attorneys for the Gettinger Foundation*

Seth L. Rosenberg, Esq.
Brian D. Linder, Esq.
Clayman & Rosenberg LLP
Email: rosenberg@clayro.com
Email: linder@clayro.com
*Attorneys for Edward Blumenfeld, individually, and as Trustee for Susan Blumenfeld GST Trust,
Trust f/b/o Susan Blumenfeld, Trust f/b/o David Blumenfeld, and Trust f/b/o Brad Blumenfeld;*

*Susan Blumenfeld, individually, and as Trustee for Trust f/b/o Susan Blumenfeld, Trust f/b/o
David Blumenfeld, Trust f/b/o Brad Blumenfeld, David Blumenfeld Farmingdale Trust, Brad
Blumenfeld Farmingdale Trust, Boxwood Realty Group, and Dogwood Realty Group;*

*David Blumenfeld, individually, and as Trustee for Susan Blumenfeld GST Trust, The David
Blumenfeld Family Trust, Trust f/b/o David Blumenfeld, Boxwood Realty Group, and Dogwood
Realty Group;*

*Brad Blumenfeld, individually, and as Trustee for Susan Blumenfeld GST Trust, The David
Blumenfeld Family Trust, Trust f/b/o Brad Blumenfeld, Boxwood Realty Group, and Dogwood
Realty Group;*

*Harvey Cohen, individually, and as Trustee for Edward Blumenfeld and Susan Blumenfeld
Charitable Lead Trust, Edward And Susan Blumenfeld 2007 Charitable Lead Trust, and Brad
Blumenfeld Charitable Lead Trust;*

*Blumenfeld Development Group, Ltd.; Edward and Susan Blumenfeld Charitable Lead Trust;
Edward Blumenfeld & Susan Blumenfeld 2007 Charitable Lead Trust; Trust f/b/o Susan
Blumenfeld; Susan Blumenfeld GST Trust; Trust f/b/o David Blumenfeld; Edward Blumenfeld &*

*Susan Blumenfeld, Guardians for David Blumenfeld NY UGMA; Brad Blumenfeld Charitable Lead Trust; Trust f/b/o Brad Blumenfeld; Edward Blumenfeld & Susan Blumenfeld, Guardians for Brad Blumenfeld NY UGMA; The Brad Blumenfeld Family Foundation; The Edward and Susan Blumenfeld Foundation; Bull Market Fund; Edward Blumenfeld et al; DWD Associates, LLC; BDG DWD Associates, LLC; EDB Capital, LLC; Double B Squared LLC; Edward Blumenfeld Gerald Y Mordfin et al; Dogwood Realty Group; Edward Blumenfeld et al; Laguardia Corporate Center Associates, L.P.; Laguardia Corporate Center Associates, LLC; Boxwood Realty Group; South Sea Holdings L.P.; BDG Piscataway, LLC; BDG Kingsbridge, LLC; BWI; Susan Blumenfeld Interiors, Ltd.; BDG Construction Corp.; David Blumenfeld Farmingdale Trust; The David Blumenfeld Family Trust; Brad Blumenfeld Farmingdale Trust; 45 South Service Road, LLC; BCC II, LLC; BDG Commack, LLC; BDG Deer Park Associates, LLC; BDG Lake Grove I, LLC; BDG Larkfield Associates, LLC; Charleston Enterprises, LLC; Daniel Land Co. LLC; BDG Daniel Street, LLC; Gotham Plaza Associates, LLC; BDG 125th Street, LLC; 10 Michael Drive Associates, L.P.; 500 Bi-County Associates, L.P.; Arc-BDG Setauket Enterprise; Blumco Setauket, LLC; Coblum Setauket, LLC; BDG 115 Broadhollow, L.P.; Maxrob, L.P.; B-4 Partnership; 125 Bethpage Associates; and BDG Yaphank, LLC*

Seth L. Rosenberg, Esq.
Brian D. Linder, Esq.
Ramsey C. Hinkle, Esq.
Clayman & Rosenberg LLP
Email: rosenberg@clayro.com
Email: linder@clayro.com
Email: hinkle@clayro.com
*Attorneys for Robert Nystrom*

John W. Hanson, Esq.
Hitchcock & Cummings, LLP
Email: jhanson@hitchcockcummings.com
Roy H. Carlin, Esq.
Roy H. Carlin, P.C.
Email: rcarlin@carlinlawoffices.com
*Attorneys for Orconsult S.A.*

Steven R. Schoenfeld, Esq.
Jessica D. Mikhailevich, Esq.
Dorsey & Whitney LLP
Email: schoenfeld.steven@dorsey.com
Email: mikhailevich.jessica@dorsey.com
*Attorneys for Miles and Shirley Fiterman Endowment Fund for Digestive Diseases; Shirley Fiterman, Valerie Herschman, Keith Lindor, M.D., Harry N. Hoffman, and David A. Ahlquist, M.D., in their capacities as Trustees for the Miles And Shirley Fiterman Endowment Fund for Digestive Diseases*

William P. Weintraub, Esq.
Gregory W. Fox, Esq.
Friedman Kaplan Seiler & Adelman LLP
Email: wweintraub@fklaw.com
Email: gfox@fklaw.com
*Attorneys for Edward Blumenfeld, individually, and as Trustee for Susan Blumenfeld GST Trust, Trust f/b/o Susan Blumenfeld, Trust f/b/o David Blumenfeld, and Trust f/b/o Brad Blumenfeld;*

*Susan Blumenfeld, individually, and as Trustee for Trust f/b/o Susan Blumenfeld, Trust f/b/o David Blumenfeld, Trust f/b/o Brad Blumenfeld, David Blumenfeld Farmingdale Trust, Brad Blumenfeld Farmingdale Trust, Boxwood Realty Group, and Dogwood Realty Group;*

*David Blumenfeld, individually, and as Trustee for Susan Blumenfeld GST Trust, The David Blumenfeld Family Trust, Trust f/b/o David Blumenfeld, Boxwood Realty Group, and Dogwood Realty Group;*

*Brad Blumenfeld, individually, and as Trustee for Susan Blumenfeld GST Trust, The David Blumenfeld Family Trust, Trust f/b/o Brad Blumenfeld, Boxwood Realty Group, and Dogwood Realty Group;*

*Harvey Cohen, individually, and as Trustee for Edward Blumenfeld and Susan Blumenfeld Charitable Lead Trust, Edward And Susan Blumenfeld 2007 Charitable Lead Trust, and Brad Blumenfeld Charitable Lead Trust;*

*Blumenfeld Development Group, Ltd.; Edward and Susan Blumenfeld Charitable Lead Trust; Edward Blumenfeld & Susan Blumenfeld 2007 Charitable Lead Trust; Trust f/b/o Susan Blumenfeld; Susan Blumenfeld GST Trust; Trust f/b/o David Blumenfeld; Edward Blumenfeld & Susan Blumenfeld, Guardians for David Blumenfeld NY UGMA; Brad Blumenfeld Charitable Lead Trust; Trust f/b/o Brad Blumenfeld; Edward Blumenfeld & Susan Blumenfeld, Guardians for Brad Blumenfeld NY UGMA; The Brad Blumenfeld Family Foundation; The Edward and Susan Blumenfeld Foundation; Bull Market Fund; Edward Blumenfeld et al; DWD Associates, LLC; BDG DWD Associates, LLC; EDB Capital, LLC; Double B Squared LLC; Edward Blumenfeld Gerald Y Mordfin et al; Dogwood Realty Group; Edward Blumenfeld et al; Laguardia Corporate Center Associates, L.P.; Laguardia Corporate Center Associates, LLC; Boxwood Realty Group; South Sea Holdings L.P.; BDG Piscataway, LLC; BDG Kingsbridge, LLC; BWI; Susan Blumenfeld Interiors, Ltd.; BDG Construction Corp.; David Blumenfeld Farmingdale Trust; The David Blumenfeld Family Trust; Brad Blumenfeld Farmingdale Trust; 45 South Service Road, LLC; BCC II, LLC; BDG Commack, LLC; BDG Deer Park Associates, LLC; BDG Lake Grove I, LLC; BDG Larkfield Associates, LLC; Charleston Enterprises, LLC; Daniel Land Co. LLC; BDG Daniel Street, LLC; Gotham Plaza Associates, LLC; BDG 125th Street, LLC; 10 Michael Drive Associates, L.P.; 500 Bi-County Associates, L.P.; Arc-BDG Setauket Enterprise; Blumco Setauket, LLC; Coblum Setauket, LLC; BDG 115 Broadhollow, L.P.; Maxrob, L.P.; B-4 Partnership; 125 Bethpage Associates; and BDG Yaphank, LLC*

Martin Flumenbaum, Esq.
Andrew J. Ehrlich, Esq.
Hannah S. Sholl, Esq.
Neil Lieberman, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: mflumenbaum@paulweiss.com
Email: aehrlich@paulweiss.com
Email: hsholl@paulweiss.com
Email: nlieberman@paulweiss.com
*Attorneys for Andrew Madoff, individually and in his capacity as Executor of the Estate of Mark
D. Madoff; Estate of Mark D. Madoff; Conglomerate Gas Resources LLC; Madoff Energy
Holdings LLC; Madoff Energy III LLC; Madoff Energy IV LLC; and Madoff Energy LLC*

Michael I. Frankel, Esq.
Gary D. Sesser, Esq.
Leonardo Trivigno, Esq.
Carter Ledyard & Millburn LLP
Email: frankel@clm.com
Email: sesser@clm.com
Email: trivigno@clm.com
*Attorneys for RDS Trust, PNS Trust, Ira L. Sorkin, in his capacity as trustee of RDS Trust and
PNS Trust, Roger D. Sorkin and Peter N. Sorkin*

Ted Poretz, Esq.
Ellenoff Grossman & Schole, LLP
Email: tporetz@egsllp.com
*Attorney for Douglas Ellenoff*

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
Daniel K. Wiig, Esq.
Mintz & Gold LLP
Email: mintz@mintzandgold.com
Email: mccormick@mintzandgold.com
Email: wiig@mintzandgold.com
*Attorneys for Linda Sohn and Neal Goldman*

Victor A. Machcinski, Jr., Esq.
Krebsbach & Snyder, P.C.
Email: vmachcinski@krebsbach.com
*Attorney for Neuberger Berman, LLC*

Carole Neville, Esq.
SNR Denton US LLP
Email: carole.neville@snrdenton.com
*Attorney for Elaine Stein Roberts*

Cooley LLP
*Attorneys for XYZ2 Corp. [Redacted – Under Seal]*

Paul, Weiss, Rifkind, Wharton & Garrison LLP
*Attorneys for XYZ3 Corp. [Redacted – Under Seal]*

*XYZ7 Corp. and XYZ8 Corp. [Redacted – Under Seal]*

*XYZ5 Corp. [Redacted – Under Seal]*

Skadden, Arps, Slate, Meagher & Flom LLP
*Attorneys for XYZ6 Corp. [Redacted – Under Seal]*

Arthur G. Jakoby, Esq.
Frederick E. Schmidt, Jr., Esq.
Herrick, Feinstein, LLP
Email: ajakoby@herrick.com
Email: eschmidt@herrick.com
*Attorneys for Andover Associates (QP) LLC, Andover Associates LLC I, Andover Associates LLC II, Andover Associates, L.P., Beacon Associates LLC, Beacon Associates LLC I, and Beacon Associates LLC II*

John M. Nichols, Esq.
Carolyn A. Marcotte, Esq.
Brian E. Whiteley, Esq.
Hiscock & Barclay, LLP
Email: jnichols@hblaw.com
Email: cmarcotte@hblaw.com
Email: bwhiteley@hblaw.com
*Attorneys for J.P. Jeanneret Associates, Inc., John P. Jeanneret and Paul Perry*

Lewis J. Liman, Esq.
Jeffrey A. Rosenthal, Esq.
Cleary Gottlieb Steen & Hamilton LLP
Email: lliman@cgsh.com
Email: jrosenthal@cgsh.com
*Attorneys for Birchwood Associates Management, LLC, Howard Wohl, Ivy Asset Management LLC, Ivy Birchwood Associates, L.P., Ivy Enhanced Income Fund, Ivy International, LLC, Ivy Regency Fund, L.P., Ivy Rosewood Associates, L.P., Ivy Rosewood Offshore Fund, Ltd., Lawrence Simon, Regency Asset Management, LLC, and Rosewood Associates Management, LLC*

Tab K. Rosenfeld, Esq.
Steven M. Kaplan, Esq.
Rosenfeld & Kaplan, LLP
Email: tab@rosenfeldlaw.com
Email: steve@rosenfeldlaw.com
*Attorneys for Andover Associates Management Corporation, Beacon Associates Management Corporation, Harris Markhoff, and Joel Danziger*

Deborah A. Skakel, Esq.
Shaya M. Berger, Esq.
Dickstein Shapiro LLP
Email: skakeld@dicksteinshapiro.com
Email: bergers@dicksteinshapiro.com
*Attorneys for PetcareRX, Inc.*

William J. Sushon, Esq.
Shiva Eftekhari, Esq.
O'Melveny & Myers LLP
Email: wsushon@omm.com
*Attorneys for Credit Suisse AG; Credit Suisse AG, Nassau Branch; Credit Suisse AG, Nassau Branch Wealth Management; Credit Suisse AG, Nassau Branch LATAM Investment Banking; Credit Suisse Wealth Management Limited; Credit Suisse (Luxembourg) SA; Credit Suisse International Limited; Credit Suisse Nominees (Guernsey) Limited; Credit Suisse London Nominees Limited; Credit Suisse (UK) Limited; and Credit Suisse Securities (USA) LLC; and Solon Capital, Ltd.*

Ted Donovan, Esq. (for informational purposes only)
Finkel, Goldstein, Rosenbloom, & Nash, LLP
E-mail: tdonovan@finkgold.com
Kevin Nash, Esq. (for informational purposes only)
Goldberg Weprin Finkel Goldstein LLP
E-mail: knash@gwfglaw.com
*Attorneys for Jeffrey Siskind*