UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## **AFFIDAVIT OF MAILING**

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On March 6, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit "A", a true and correct copy of the following:

    A. Notice of Hearing on Trustee's First Omnibus Motion Seeking to Expunge Objections by Parties that Did Not File Claims and Trustee's First Omnibus Motion Seeking to Expunge Objection to Parties that Did Not File Claims [Docket No. 4711]

4. On March 6, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit "B", a true and correct copy of the following:

    A. Notice of Hearing on Trustee's Second Omnibus Motion Seeking to Expunge Objections by Parties that Did Not File Claims and Trustee's Second Omnibus Motion Seeking to Expunge Objection to Parties that Did Not File Claims [Docket No. 4712]

Executed on __Mar. 7__, 2012

_____
John S. Franks

Sworn to and subscribed before me this __7th__ day of __March__, 2012



(SEAL)

_____
Notary Public

# Exhibit A

# EXHIBIT A
# FIRST OMNIBUS MOTION
# MARCH 6, 2012

| NAME | SERVICE ADDRESS |
| --- | --- |
| Arent, Mildred | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| ASTLEY, KATHERINE F. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| AYMES, BARBARA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Becker, Cathryn | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Berkwitz, Shari & David | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BOGAERT, PAMELA S. & JOHN F. #1 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BOGAERT, PAMELA S. & JOHN F. #2 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BOGAERT, PAMELA S. & JOHN F. #3 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BOND, ROGER G. & TERRY A. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BONHAGE, LAUREL & WILLIAM | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BRAUN, MARTIN L. & GLORIA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BROWN , RUTH J. REVOC. TRUST | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Brown, Steven | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BULGER, DOROTHY K. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Bush, Linda | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Canavan, Lissa | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| CAPLINGER, JAMES | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| CENTRO DE CAPACITACAO DE JUVENTUDE | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| COMBS, JOHN & LOIS | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| COOKSEY, MELANIE D. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| COSTA, ROBIN L. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| CRAM, DENISE A. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| DENBLEYKER, DIANE M. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| DeRive, Adam Jacob Singer | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| DISBURY, LAUREN | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| DUNHAM, LEO L. & MARY V., CO-TRUSTEES, LEO L. & MARY V. DUNHAM REVOCABLE TRUST DT | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |

**EXHIBIT A**
**FIRST OMNIBUS MOTION**
**MARCH 6, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
| ELDRIDGE FAMILY LIMITED PARTNERSHIP | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Erb, Joann IRA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| ESTEBAN, FERNANDO M. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| ESTEBAN, MARGARET E.K. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| FELLMAN, MORTON, TRUSTEE REVOCABLE TRUST DATED 5/20/97 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Fetkowitz, F & E | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| FOX, RALPH C., TRUSTEE | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Friedman , Ronnie Special Needs Trust Account | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Friedman, Deborah | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| GIANNA, ERSICA P. LIVING TRUST DTD 9/25/2002 ERSICA GIANNA TRUSTEE | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| GOSS, JESSE A. & LOIS A, TRUSTEES U/A DATED 11/1/1990 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HASLAM, MARY S. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HENLEY, ROBERT H. & DOROTHY D. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Herzog, Patricia & Janis, Norman | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HG - MOMBASA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HG- COMPASSION FUND | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HIDALGO, ANTONIO C/O EDUARDO HIDALGO | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HINERMAN, GARY | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Hirschberg, Ruth and Erich | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Holloch, Naomi | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HOLLOWAY, KRISTINA ANNE | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HOLY GHOST FATHERS PASTORAL JUVENIL | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HORWITZ LIVING TRUST DTD 1/27/97, HOWARD H. & JOYCE C. HORWITZ TRUSTEES | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| JORDAN, CHARLES L. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Kaplan, Laura | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |

**EXHIBIT A**
**FIRST OMNIBUS MOTION**
**MARCH 6, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
| Kaplan, Nancy | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| KELLY TRUST | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| KELLY, REVEREND MONSIGNOR VINCENT T. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Komarc, Marilyn | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Labdon, Laurie | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| LEWIS, BEVERLY B. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| MCGAREY, CATHERINE B. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Myer, Brenda and Jonathan | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Nissl, Gabrielle | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Oelschlaeger, Thomas | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Osipow, Cathy | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| PAOLOZZI, PAUL & TINA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Passman, Eric | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| PAYNE, BEVERLY J. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| PERKINS, FRANK & PATRICIA JR. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Perrucci, Barbara Ann | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| POSSER, JEFFREY W. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| ROSEN, LYNN | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| ROSEN, SAUL | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| ROUGHTON, PHIL & MICA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| ROWLETTE, LUCILLE | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |

# Exhibit B

**EXHIBIT B**
**SECOND OMNIBUS MOTION**
**MARCH 6, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
| Aarvee Ltd. | CROWELL & MORING, 590 MADISON AVENUE, 20TH FLOOR, NEW YORK, NY 10022-2524 |
| AUTREY, GARY | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| BROWNLIE, JOHN | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| Chambers, Travis | Pro Se Filing, 59 Hawxhurst Road, Monroe, NY 10950 |
| COLLINS, DON | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| DARYANI, PARASRAM, NEELAM P., VIKAS P, NIKESH P. | CROWELL & MORING, 590 MADISON AVENUE, 20TH FLOOR, NEW YORK, NY 10022-2524 |

**EXHIBIT B**
**SECOND OMNIBUS MOTION**
**MARCH 6, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
| DEAN, EDWARD | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| GREENBERG, NEAL | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| HITCHCOCK, PEGGY  & FAMILY | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| Johnson, David S. | Whatley Drake & Kallas LLC, 1540 Broadway, 37th Floor, New York, NY 10036 |
| KINGSBERRY, STUART | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809 |

**EXHIBIT B**
**SECOND OMNIBUS MOTION**
**MARCH 6, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
|  | Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| LONG, WILMA | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| MALDONADO, DAMIAN | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| METCALF, CONARD | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| NICOLAY, MARC | Pro Se Filing |

**EXHIBIT B**
**SECOND OMNIBUS MOTION**
**MARCH 6, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
| | c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| PRIVATSTIFTUNG, PORKAR  - B- C/O DR. WOLFGANG LEITNER | PRO SE FILING, KOHLMARKT 14, VIENNA,  A-1010  AUSTRIA |
| RINGDAHL, CHRISTINE | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| ROBERTSON, BETTSEE | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| ROEN, RICHARD | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502 |

**EXHIBIT B**
**SECOND OMNIBUS MOTION**
**MARCH 6, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
|  | c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| RUFF, MICHAEL AND JENNIFER | Pro Se Filing, 178 East 80th Street #19A, New York, NY 10075 |
| Shapiro, Dr. Daniel | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shapiro, Jeanette | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shapiro, Jeremy | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shapiro, Richard | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shaprio, Ethan | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| SHERDOR, TULKU | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| SICINSKI, RAFAL | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| SILECCHIA, ANGELA M. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |

**EXHIBIT B**
**SECOND OMNIBUS MOTION**
**MARCH 6, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
| SILECCHIA, KATHRYN AND/OR ANGELA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| SILVERSTEIN, SARA | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| Singer, Nina | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| SMITH, RICHARD | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| SPEIZIO, JOSEPH A. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Sternberg, David | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| SULLIVAN, MICHAEL D. & L. GAIL | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| TANCREDO, THOMAS | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809 |

**EXHIBIT B**
**SECOND OMNIBUS MOTION**
**MARCH 6, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
| | Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| Teicher, Alan | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Towler, Michael | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Vakoutis, John | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Van Gieson, Jonathan | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Waldman, Irlene | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WALKER, MIKE AND LYNN | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| WALLICK, GREGG | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WALSH , THE ROBERT G. FAMILY TRUST #2, JAMES R. WALSH TRUSTEE | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WALSH FAMILY TRUST #1 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WEINHOFER, PETER | Pro Se Filing, Hauptstra8e 53, A-2111,  Oberganserndorf, AUSTRIA |
| Weiss, Janet | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WEST, RICHARD F. & BETTE | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Westphal, Nina | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |

**EXHIBIT B**
**SECOND OMNIBUS MOTION**
**MARCH 6, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
| WHITSEL, TERRANCE | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| WIDINSKI, MAG. MARGIT | PRO SE FILING, KOHLMARKT 8-10, VIENNA,  A-1010  AUSTRIA |
| WILCOX, PATRICIA | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| WILLIS  W. WAITE & SUSAN M.JR. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WILLIS, EILEEN W. & RICHARD J, JR. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WILLIS, EVELYN L. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WILLS CLARK, JOHANNA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WIRICK, GEORGE & SYBIL | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |

**EXHIBIT B**
**SECOND OMNIBUS MOTION**
**MARCH 6, 2012**

| NAME | SERVICE ADDRESS |
| --- | --- |
| WIRICK, JACK B. & BARBARA B. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WIRICK, MARK D. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| YONGE, JAMES E. TRUST, U/A DTD 1/2/95, JAMES E. YONGE, TRUSTEE | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Zatz, Nathan | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |