BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                         Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                         Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                         Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON MARCH 15, 2012 AT 10:00 A.M.**

**UNCONTESTED MATTER**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-1789**

1.   Eighth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2011 through September 30, 2011 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 6/1/2011 to 9/30/2011, fee: $47,967,371.55, expenses: $1,245,333.46. filed by Baker & Hostetler, L.L.P. (Filed: 2/17/2012) [ECF No. 4676]

2.  Seventh Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2011 through September 30, 2011 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 6/1/2011 to 9/30/2011, fee: $2,951,809.50, expenses: $31,137.86. filed by Windels Marx Lane & Mittendorf, LLP (Filed: 2/17/2012) [ECF No. 4678]

3.  Application of Taylor Wessing as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2011 through September 30, 2011 for Taylor Wessing, Special Counsel, period: 6/1/2011 to 9/30/2011, fee: $1,476,052.11, expenses: $162,162.33. filed by Taylor Wessing (Filed: 2/17/2012) [ECF No. 4679]

4.  Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2011 through September 30, 2011 for UGGC & Associes, Special Counsel, period: 6/1/2011 to 9/30/2011, fee: $18,297.83, expenses: $206.75. filed by UGGC & Associes (Filed: 2/17/2012) [ECF No. 4680]

5.  Application of Graf & Pitkowitz Rechtsanwalte GmbH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2011 through September 30, 2011 for Graf & Pitkowitz Rechtsanwalte GmbH, Special Counsel, period: 6/1/2011 to 9/30/2011, fee: $600,076.69, expenses: $44,587.04. filed by Graf & Pitkowitz Rechtsanwalte GmbH (Filed: 2/17/2012) [ECF No. 4681]

6.  Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2011 through September 30, 2011 for SCA Creque, Special Counsel, period: 6/1/2011 to 9/30/2011, fee: $70,919.59, expenses: $1,084.80. filed by SCA Creque (Filed: 2/17/2012) [ECF No. 4682]

7.  Application of Attias & Levy as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2011 through September 30, 2011 for Attias & Levy, Special Counsel, period: 2/1/2011 to 9/30/2011, fee: $281,455.26, expenses: $23,263.85. filed by Attias & Levy (Filed: 2/17/2012) [ECF No. 4683]

8.  Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2011 through September 30, 2011 for Eugene F. Collins, Special Counsel, period: 6/1/2011 to 9/30/2011, fee: $1,550.86, expenses: $217.99. filed by Eugene F. Collins (Filed: 2/17/2012) [ECF No. 4684]

9. Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2011 through September 30, 2011 for Schiltz & Schiltz, Special Counsel, period: 6/1/2011 to 9/30/2011, fee: $8,378.96, expenses: $544.63. filed by Schiltz & Schiltz (Filed: 2/17/2012) [ECF No. 4685]

10. Application of Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2011 through September 30, 2011 for Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.), Special Counsel, period: 6/1/2011 to 9/30/2011, fee: $82,541.25, expenses: $6,607.19. filed by Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) (Filed: 2/17/2012) [ECF No. 4686]

11. Application of Kugler Kandestin, L.L.P. as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2011 through September 30, 2011 for Kugler Kandestin, L.L.P., Special Counsel, period: 6/1/2011 to 9/30/2011, fee: $1,748.85, expenses: $0. filed by Kugler Kandestin, L.L.P. (Filed: 2/17/2012) [ECF No. 4687]

12. Application of Young Conaway Stargatt & Taylor LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2011 through September 30, 2011 for Young Conaway Stargatt & Taylor, LLP, Special Counsel, period: 6/1/2011 to 9/30/2011, fee:$19995.30, expenses: $425.35. filed by Young Conaway Stargatt & Taylor, LLP (Filed: 2/17/2012) [ECF No. 4688]

13. Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2011 through September 30, 2011 for Williams, Barristers & Attorneys, Special Counsel, period: 6/1/2011 to 9/30/2011, fee: $72,659.58, expenses: $950.00. filed by Williams, Barristers & Attorneys (Filed: 2/17/2012) [ECF No. 4689]

14. Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2011 through September 30, 2011 for Werder Vigano, Special Counsel, period: 6/1/2011 to 9/30/2011, fee: $20,860.41, expenses: $53.57. filed by Werder Vigano (Filed: 2/17/2012) [ECF No. 4690]

15. Application of Mishcon de Reya as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2010 through October 26, 2010 as well as Reimbursement of Fees Previously Held by SIPC for Mishcon de Reya, Special Counsel, period: 6/1/2010 to 10/26/2010, fee: $1,743,752.47, expenses: $139,765.97. filed by Mishcon de Reya (Filed: 2/17/2012) [ECF No. 4691]

16.     Application of Greenfield Stein & Senior, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 20, 2011 through September 30, 2011 for Greenfield Stein & Senior, LLP, Special Counsel, period: 4/20/2011 to 9/30/2011, fee: $8,248.05, expenses: $0. filed by Greenfield Stein & Senior, LLP (Filed: 2/17/2012) [ECF No. 4692]

Related Documents:

    A.     Notice of Hearing on Eighth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from June 1, 2011 through September 30, 2011 (related documents 4686, 4679, 4683, 4680, 4687, 4682, 4685, 4690, 4676, 4688, 4691, 4681, 4689, 4684, 4692) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 2/17/2012) [ECF No. 4693]

    B.     Affidavit of Service of Notice of Hearing on Eighth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from June 1, 2011 through September 30, 2011 filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 2/17/2012) [ECF No. 4694]

    Objections Due:     March 8, 2012

    Objections Filed:     NONE

Related Documents:

    C.     Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Eighth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses (related document 4676) filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 3/12/2012) [ECF No. 4717]

    D.     Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim and Final Compensation and Reimbursement of Expenses (related documents 4686, 4679, 4683, 4680, 4687, 4682, 4685, 4690, 4691, 4681, 4689, 4684) filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 3/12/2012) [ECF No. 4719]

    E.     Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of First Application of Greenfield Stein & Senior LLP for Interim Compensation and Reimbursement of Expenses (related document 4692) filed by Josephine Wang on behalf of Securities Investor Protection Corporation

(Filed: 3/12/2012) [ECF No. 4721]

F. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Third Application of Young Conaway Stargatt & Taylor LLP for Interim Compensation and Reimbursement of Expenses (related document 4688) filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 3/12/2012) [ECF No. 4723]

G. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of the Seventh Application of Windels Marx Lane & Mittendorf LLP for Interim Compensation and Reimbursement of Expenses (related document 4678) filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 3/12/2012) [ECF No. 4725]

Dated: New York, New York
March 14, 2012

**BAKER & HOSTETLER LLP**

By: */s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and Bernard L.
Madoff*

300203629