# EXHIBIT A

**IN RE: BLMIS. CASE NO: 08-01789 (BRL)**

**THIRD OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS**

CLAIMS AND OBJECTIONS TO BE EXPUNGED

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|---|---|---|---|
| Ellis, Lamar[1] | 008118 | 1112, 2998 | Pro Se, 1372 Fern Lake Ave, Brea, CA  92821 |
| Ellis, Lamar | 070192 | 3249 | Pro Se, 1372 Fern Lake Ave, Brea, CA  92821 |
| Meyer, Diane[2] | 014606 | 1619 | Anthony Edward Lipinski, Butler & Hosch P.A. 3185 South Conway Rd, Ste. E, Orlando, FL  32812 |
| Meyer, Diane Estate Beneficiary of Edward J. Meyer | 014764 | 1619 | Anthony Edward Lipinski, Butler & Hosch P.A. 3185 South Conway Rd, Ste. E, Orlando, FL  32812 |
| Sanon, Nerlande | 014608 | 1836 | Pro Se, 2-D Bridle Path Cr., Randolph, MA  02368 |
| Sanon, Nerlande | 070175 | 3252 | Pro Se, 2-D Bridle Path Cr., Randolph, MA  02368 |
| Surabian, Steven | 001896 | 1209 | Pro Se, 1230 RT. 28, S. Yarmouth, MA  02664 |
| Surabian, Martin M., Alice V. Surabian, Richard Surabian, Steven Surabian | 001895 | 1209 | Pro Se, PO Box 397, 454 Craigville Beach Rd., W. Hyannisport, MA  02672 |
| Surabian, Martin M., Alice V. Surabian, Richard Surabian, Steven Surabian | 001897 | 1209 | Pro Se, PO Box 397, 454 Craigville Beach Rd., W. Hyannisport, MA  02672 |
| Surabian, Richard | 001949 | 1209 | Pro Se, PO Box 397, 454 Craigville Beach Rd., W. Hyannisport, MA  02672 |
| Surabian, Kirsten E., Richard Surabian | 002186 | 1209 | Pro Se, 526 White Plains Rd., Webster, NH  03303 |
| Surabian, Erik M., Richard Surabian | 002185 | 1209 | Pro Se, 526 White Plains Rd., Webster, NH  03303 |
| Surabian, Steven | 001802 | 1209 | Pro Se, 1230 RT. 28, S. Yarmouth, MA  02664 |
| Surabian, Martin M., Alice V. Surabian in Trust For Karen T. Surabian, Gregory Surabian, Eric M. Surabian, Kristen E. Surabian | 003367 | 1209 | Pro Se, PO Box 397, 454 Craigville Beach Rd., W. Hyannisport, MA  02672 |

[1]    Claimant filed an unsuccessful suit against several parties including BLMIS in Southern District of California (San Diego), (Case # 3:10-cv-01295-H-JMA) on June 17, 2010, alleging *inter alia*, that assets were traded without permission. Case was terminated by Judge Marilyn L. Huff on July 15, 2010 for failure to state claim and order denying Motion for Reconsideration was issued on August 2, 2010.

[2]    Both the BLMIS account of Edward J. Meyer IRA and the BLMIS account of Marcia A. Meyer IRA were closed prior to the filing of the substantively consolidated liquidation of BLMIS.