**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>             Debtor, | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |

**AFFIDAVIT OF MAILING**

STATE OF TEXAS          )
                                         )   ss:
COUNTY OF DALLAS   )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On March 16, 2012, I caused to be served via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Hearing on Trustee's Third Omnibus Motion to Expunge Claims and Objections of Claimants That Did Not Invest with BLMIS or in Entities that Invested in BLMIS and Third Omnibus Motion to Expunge Claims and Objections of Claimants That Did Not Invest with BLMIS or in Entities that Invested in BLMIS (Docket No. 4732)

Executed on Mar. 19, 2012

_____
John S. Franks

Sworn to and subscribed before me this 19th day of March, 2012

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

(SEAL)

_____
Notary Public

# Exhibit A

**EXHIBIT A**
**THIRD OMNIBUS MOTION**
**MARCH 16, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
| Ellis, Lamar | Pro Se, 1372 Fern Lake Ave, Brea, CA  92821 |
| Meyer, Diane | Anthony Edward Lipinski, Butler & Hosch P.A. 3185 South Conway Rd, Ste. E, Orlando, FL 32812 |
| Meyer, Diane Estate Beneficiary of Edward J. Meyer | Anthony Edward Lipinski, Butler & Hosch P.A. 3185 South Conway Rd, Ste. E, Orlando, FL 32812 |
| Sanon, Nerlande | Pro Se, 2-D Bridle Path Cr., Randolph, MA  02368 |
| Surabian, Steven | Pro Se, 1230 RT. 28, S. Yarmouth, MA  02664 |
| Surabian, Martin M., Alice V. Surabian, Richard Surabian, Steven Surabian | Pro Se, PO Box 397, 454 Craigville Beach Rd., W. Hyannisport, MA  02672 |
| Surabian, Richard | Pro Se, PO Box 397, 454 Craigville Beach Rd., W. Hyannisport, MA  02672 |
| Surabian, Kirsten E., Richard Surabian | Pro Se, 526 White Plains Rd., Webster, NH  03303 |
| Surabian, Erik M., Richard Surabian | Pro Se, 526 White Plains Rd., Webster, NH  03303 |
| Surabian, Martin M., Alice V. Surabian in Trust For Karen T. Surabian, Gregory Surabian, Eric M. Surabian, Kristen E. Surabian | Pro Se, PO Box 397, 454 Craigville Beach Rd., W. Hyannisport, MA  02672 |