# Baker Hostetler



March 22, 2012

**VIA E-MAIL**

Honorable Jed S. Rakoff
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Nicholas J. Cremona
direct dial: 212.589.4682
ncremona@bakerlaw.com

Re:   *Picard v. ABN AMRO Bank N.V. et al.*, 11-cv-06848-JSR; 11-cv-06878-JSR and
      *Picard v. ABN AMRO (Ireland) Ltd., et al.*, 11-cv-06849-JSR; 11-cv-06877-JSR

Dear Judge Rakoff:

We represent the Trustee, Irving Picard (the "Trustee") in the above-captioned actions and submit this letter pursuant to the Court's direction during a chambers conference on March 21, 2012, between Rye Select Broad Market XL Portfolio Limited ("Rye Portfolio"), a defendant in the above actions, the Securities Investor Protection Corporation and the Trustee. Specifically, this letter is written to advise Your Honor that in furtherance of the settlement agreement the Trustee and Rye Portfolio have entered, which remains subject only to the final approval of the Grand Court of the Cayman Islands (the "Grand Court"), the parties hereby request that this Court continue the stay of the Motions to Withdraw the Reference filed on behalf of Rye Portfolio as provided in the *Amended Order Staying Motions to Withdraw the Reference as to Movant Rye Select Broad Market XL Portfolio Limited*, for a period of four (4) weeks, through and including April 20, 2012, to allow the parties to obtain the Grand Court's approval.

The undersigned parties are available at the Court's convenience should Your Honor have any questions concerning the matters addressed in this letter.

Honorable Jed S. Rakoff
March 22, 2012
Page 2

Thank you in advance for your continued consideration of this matter.

Respectfully submitted,

Nicholas J. Cremona

cc: Kevin Bell, Esq.

**AGREED TO AND ACCEPTED BY
RYE PORTFOLIO**

_____
John A. Pintarelli
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
P (212) 468-8000
F (212) 468-7900

*Counsel to Rye Select Broad Market XL Portfolio Limited*

**SO ORDERED:**

_____
JED S. RAKOFF, U.S.D.J.

Date: New York, New York
      March ___, 2012

Honorable Jed S. Rakoff
March 21, 2012
Page 2

Thank you in advance for your continued consideration of this matter.

Respectfully submitted,

Nicholas J. Cremona

cc: Kevin Bell, Esq.

**AGREED TO AND ACCEPTED BY
RYE PORTFOLIO**

John A. Pintarelli
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
P (212) 468-8000
F (212) 468-7900

*Counsel to Rye Select Broad Market XL Portfolio Limited*

**SO ORDERED:**

JED S. RAKOFF, U.S.D.J.

Date: New York, New York
March 24, 2012