```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SECURITIES INVESTOR PROTECTION        :
CORPORATION,                          :
                                      :           SIPA LIQUIDATION
             Plaintiff-Appellant,     :
                                      :           No. 08-1789 (BRL)
        -v-                           :
                                      :           ORDER
BERNARD L. MADOFF INVESTMENT          :
SECURITIES LLC,                       :
                                      :
             Defendant.               :
------------------------------------- x
                                      :
In re:                                :
                                      :
BERNARD L. MADOFF INVESTMENT          :
SECURITIES LLC,                       :
                                      :
             Debtor.                  :
                                      :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

By order of the Honorable Burton R. Lifland dated March 5, 2012, parties wishing to move to withdraw the reference on the basis of any pleadings in any adversarial proceeding connected with this case must file their motion by no later than April 2, 2012 unless "otherwise ordered by the District Court upon an appropriate application." In a letter to the undersigned dated March 11, 2012, Richard E. Signorelli applied to extend the April 2, 2012 deadline with respect to four adversarial proceedings, Nos. 10-4417, 10-4554, 10-4569, & 10-5394. The Trustee submitted a letter on March 23, 2012. Having now fully considered the matter, the District Court hereby

denies the application, and apprises all parties that the April 2 deadline will be strictly enforced.

SO ORDERED.

                                                      JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 27, 2012