UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )  ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On March 26, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000235)

4. On March 26, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    B. Notice of Transfer of Allowed Claim (Transfer Number T000237)

5. On March 26, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

    C. Notice of Transfer of Allowed Claim (Transfer Number T000238)

6. On March 26, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit D, a true and correct copy of the following:

    D. Notice of Transfer of Allowed Claim (Transfer Number T000239)

7. On March 26, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit E, a true and correct copy of the following:

    E. Notice of Transfer of Allowed Claim (Transfer Number T000240)

8. On March 26, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit F, a true and correct copy of the following:

    F. Notice of Transfer of Allowed Claim (Transfer Number T000241)

Executed on March 27, 2012

_____
John S. Franks

Sworn to and subscribed before me this 27th day of March, 2012

_____
(SEAL)

_____
Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS: 000227**
3/26/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |

# Exhibit B

SERVICE LIST B
TRANSFER NUMBERS 1-235
3/26/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital IV, L.P. | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

# Exhibit C

SERVICE LIST C
TRANSFER NUMBERS 1000237
3/26/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital IV, L.P. | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

# Exhibit D

SERVICE LIST D
TRANSFER NUMBERS 100-238
3/26/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |

# Exhibit E

**SERVICE LIST E**
**TRANSFER NUMBERS 100-239**
**3/26/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |

# Exhibit F

**SERVICE LIST E**
**TRANSFER NUMBERS 1000240**
**3/26/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |

# Exhibit G

SERVICE LIST G
TRANSFER NUMBERS 100-241
3/26/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |