BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

### NOTICE OF AGENDA FOR MATTERS SCHEDULED
### FOR HEARING ON APRIL 3, 2012 AT 10:00 A.M.

### CONTESTED MATTERS

**Picard v. Madoff Family, et al.; Adv. Pro. No. 09-1503 (BRL)**

1.     Notice of Motion and Motion for Entry of Order Pursuant to Rules 15 and 20 of the Federal Rules of Civil Procedure as Incorporated by Rules 7015 and 7020 of the Federal Rules of Bankruptcy Procedure Granting Motion for Leave to File a Second Amended Complaint filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff.

1

300207800-1

(Filed 12/23/2011) [Docket No. 71]

Related Documents:

A. Memorandum of Law in Support of Trustee's Motion for Leave to File a Second Amended Complaint (related document 71) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Filed: 12/23/2011) [ECF No. 72]

B. Affidavit of Service of Notice of Motion and Motion for Entry of Order Pursuant to Rules 15 and 20 of the Federal Rules of Civil Procedure as Incorporated by Rules 7015 and 7020 of the Federal Rules of Bankruptcy Procedure Granting Motion for Leave to File a Second Amended Complaint and Memorandum of Law in Support of Trustee's Motion for Leave to File a Second Amended Complaint (related document(s)71, 72) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Filed 12/27/2012) [ECF No. 73]

C. Notice of Withdrawal Without Prejudice of Trustee's Motion for Entry of an Order Pursuant to Rules 15 and 20 of the Federal Rules of Civil Procedure as Incorporated by Rules 7015 and 7020 of the Federal Rules of Bankruptcy Procedure Granting Motion for Leave to File a Second Amended Complaint as Against Proposed Defendant Scott Skoller (related document(s)71) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Filed 02/21/2012) [ECF No. 87]

Objection Deadline:    January 4, 2012

Objections Filed:

D. Memorandum of Law in Opposition to Trustee's Motion for Leave to File a Second Amended Complaint (related document (71) filed by Thomas D. Goldberg on behalf of Susan Elkin. (Filed: 02/22/2012) [ECF No. 89]

E. Certificate of Service of Memorandum of Law in Opposition to Trustee's Motion for Leave to File a Second Amended Complaint (related document 89) filed by Thomas D. Goldberg on behalf of Susan Elkin. (Entered: 02/22/2012) [ECF No. 90]

F. Memorandum of Law In Opposition to Trustee's Motion for Leave to File Second Amended Complaint (related document 71) filed by Alan Levine on behalf of Stephanie S. Mack. (Filed: 02/22/2012) [ECF No. 91]

G.  Declaration of Laura Grossfield Birger in Opposition to Trustee's Motion for Leave to File A Second Amended Complaint (related document91) filed by Alan Levine on behalf of Stephanie S. Mack (Filed: 02/22/2012) [ECF No. 92]

H.  Certificate of Service of Memorandum of Law In Opposition to Trustee's Motion for Leave to File Second Amended Complaint (related document 71) filed by Alan Levine on behalf of Stephanie S. Mack and Declaration of Laura Grossfield Birger in Opposition to Trustee's Motion for Leave to File A Second Amended Complaint (related document(s)91, 92) filed by Brent Ian Weisenberg on behalf of Stephanie S. Mack. (Filed: 02/22/2012) [ECF No. 93]

I.  Memorandum of Law of Defendants Estate of Mark D. Madoff and Andrew H. Madoff in Opposition to the Trustee's Motion for Leave to File a Second Amended Complaint (related document 71) filed by Andrew J. Ehrlich on behalf of Estate of Mark D. Madoff and Andrew H. Madoff Individually and as Executor of the Estate of Mark D. Madoff. (Entered: 02/22/2012) [ECF No. 94]

J.  Declaration of Andrew J. Ehrlich in Support of the Opposition of Defendants Estate of Mark D. Madoff and Andrew H. Madoff to the Trustee's Motion for Leave to File a Second Amended Complaint (related document(s) 71, 94) filed by Andrew J. Ehrlich on behalf of Estate of Mark D. Madoff and Andrew H. Madoff Individually and as Executor of the Estate of Mark D. Madoff. (Filed: 02/22/2012) [ECF No. 95]

K.  Memorandum Of Law Of Deborah Madoff In Opposition To The Trustee's Motion For Leave To File A Second Amended Complaint) (related document71) filed by Harvey B. Silikovitz on behalf of Deborah Madoff. (Filed: 02/22/2012) [ECF No. 96]

L.  Certificate of Service of Memorandum of Law of Defendants Estate of Mark D. Madoff and Andrew H. Madoff in Opposition to the Trustee's Motion for Leave to File a Second Amended Complaint and Declaration of Andrew J. Ehrlich in Support of the Opposition of Defendants Estate of Mark D. Madoff and Andrew H. Madoff to the Trustee's Motion for Leave to File a Second Amended Complaint (related document(s)94, 95) filed by Andrew J. Ehrlich on behalf of Estate of Mark D. Madoff and Andrew H. Madoff Individually and as Executor of the Estate of Mark D. Madoff. (Filed: 02/23/2012) [ECF No. 97]

Replies Filed:

M.  Reply Memorandum of Law in Further Support of Trustee's Motion for Leave to File a Second Amended Complaint (related document71) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Filed: 03/16/2012) [ECF No. 98]

3

300207800-1

N.    Affidavit of Service of Reply Memorandum of Law in Further Support of Trustee's Motion for Leave to File a Second Amended Complaint (related document 98) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Filed: 03/19/2012) [ECF No. 99]

Related Filings

O.    So Ordered Stipulation signed on 1/5/2012 Between Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC; Defendants Andrew H. Madoff, individually and as Executor of the Estate of Mark D. Madoff, and the Estate of Mark D. Madoff, and Proposed Defendants Deborah Madoff and Stephanie S. Mack; Defendant Peter B. Madoff; Defendant Shana D. Madoff and Proposed Defendant Susan Elkin. (Filed: 01/05/2012) [ECF No. 75]

P.    Second So Ordered Stipulation signed on 1/12/2012 Between Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC; Defendants Andrew H. Madoff, individually and as Executor of the Estate of Mark D. Madoff, and the Estate of Mark D. Madoff, and Proposed Defendants Deborah Madoff; Defendant Peter B. Madoff; Defendant Shana D. Madoff Proposed Defendant Susan Elkin and Proposed Defendant Stephanie S. Mack (related document 75). (Filed: 01/12/2012) [ECF No. 77]

Status:  This matter is going forward.

## UNCONTESTED MATTERS

**Picard v. Becker, et al.; Adv. Pro. No. 10-04620 (BRL)**

2.    Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002(a)(3) and 9019(a) of the Federal Rules of Bankruptcy Procedure Approving a Settlement by and between The Trustee, The Estate Of Dorothy Becker, and William P. Becker, Daniel I. Becker, and David M. Becker, Individually and in their Capacities as Co-Executors of The Estate of Dorothy Becker (Filed: 2/27/2012) [ECF No. 13]

Related Filings

A.    Affidavit of Service of Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002(a)(3) and 9019(a) of the Federal Rules of Bankruptcy Procedure Approving a Settlement by and between The Trustee, The Estate Of Dorothy Becker, and William P. Becker, Daniel I. Becker, and David M. Becker, Individually and in their Capacities as Co-Executors of The Estate of Dorothy Becker (Filed: 2/27/2012) [ECF No. 14]

<u>Objection Deadline:</u>  March 27, 2012

<u>Objections Filed</u>:  None

<u>Status</u>:  This matter is going forward.

Dated: New York, New York
April 2, 2012

**BAKER & HOSTETLER LLP**

By: /s/*Marc E. Hirschfield*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*