Sheldon Eisenberger (SE2021)
The Law Office of Sheldon Eisenberger
30 Broad Street, 27th Floor
New York, New York 10004
Tel: (212) 422-3843
Fax: (212) 422-3844
Sheldon@eisenbergerlaw.com
and
Nathan D. Adler
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
(410) 332-8516
nda@nqgrg.com

*Attorneys for the Kohn Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Debtor.

-----------------------------------------------------------x

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Nathan D. Adler, a member in good standing of the bar of the State of Maryland respectfully requests admission, ***pro hac vice***, before the Honorable Burton R. Lifland to represent the Kohn Defendants[1] in the above referenced case, as well as the related adversary cases of[2]:

---

[1] The term the "Kohn Defendants" refers, collectively, to Sonja Kohn, Erwin Kohn, Netty Blau, Nicole Herzog, Michel Kohn, Robert Alain and Rachel Kohn, Moshe and Rina Hartstein, Mordechai and Yvonne Landau, Erko, Inc., Eurovaleur, Inc., Infovaleur, Inc., Windsor IBC, Inc., Herald Asset Management Ltd., Tecno Development & Research Ltd., Shlomo (Momy) Amselem, Bank Medici AG, MediciFinanz Consulting GmbH, Medici S.r.l., Medici Cayman Islands Ltd., Herald Consult Ltd., and 20:20 Medici AG.

[2] Mr. Adler is appearing in the above referenced case, as well as the related adversary cases,

{00022259.DOCX}
1

316767/4460.1

a. *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Sonja Kohn et al.*, Adv. Pro. No. 10-5411 (BRL); and

b. *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. HSBC Bank PLC, et al.*, Adv. Pro. No. 09-01364 (BRL).

My address is:   Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202

My e-mail address is: nda@nqgrg.com

My telephone number is: 410-332-8516

The filing fee of $200.00 has been submitted with this motion for *pro hac vice* admission.

Dated: Baltimore, Maryland
April 2, 2012

/s/ Nathan D. Adler
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, Maryland 21202
410-332-8516
410-332-8517 (fax)

Attorney for the Kohn Defendants

---

without waiving the Kohn Defendants' right to object to service of process, jurisdiction or venue in the above-captioned case. Indeed, by making this motion, the Kohn Defendants do not waive their respective rights or compromise any rights they may have to object to any purported service of process, to jurisdiction or to venue in the above-captioned case, as well as the related adversary cases.

{00022259.DOCX}

2

316765/4460.1