PROSKAUER ROSE LLP
Myron D. Rumeld
Anthony S. Cacace
Richard J. Corbi
Eleven Times Square
New York, New York 10036
Telephone:   212.969.3021
Facsimile:    212.969.2900
mrumeld@proskauer.com
acacace@proskauer.com
rcorbi@proskauer.com
*Attorneys for Eric S. Saretsky &*
*The Plan Administrator of the Sterling*
*Equities Associates Employee Retirement Plan*

Hearing Date:  May 23, 2012
Hearing Time:  10:00 AM (EST)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

                          Plaintiff,

           v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                          Defendant.

In re:

BERNARD L. MADOFF,

                          Debtor.
---------------------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

**<u>CERTIFICATE OF SERVICE</u>**

      I, Richard J. Corbi, Esq., an attorney with the firm of Proskauer Rose LLP and admitted to practice in the United States District Court for the Southern District of New York, do hereby certify and affirm that on April 2, 2012, I caused to be served, by ECF, this Reply Memorandum of Law in Support of Objection to Trustee's Determinations Denying Claims over ERISA-

Related Objections of Eric S. Saretsky and the Plan Administrator of the Sterling Equities Associates Retirement Plan, on all parties of record in the above-referenced action. I also caused to be served, by UPS Overnight Delivery, this Reply Memorandum of Law in Support of Objection to Trustee's Determinations Denying Claims over ERISA-Related Objections of Eric S. Saretsky and the Plan Administrator of the Sterling Equities Associates Retirement Plan upon:

    Clerk of the United States Bankruptcy Court
    Southern District of New York
    One Bowling Green
    New York, NY 10004

    Chambers of the Honorable Burton R. Lifland
    United States Bankruptcy Court
    Southern District of New York
    Courtroom 623
    One Bowling Green
    New York, NY 10004-1408

    Baker & Hostetler LLP
    Attn: David J. Sheehan
    45 Rockefeller Plaza
    New York, NY 10111

    Securities Investor Protection Corporation
    Attn: Kevin H. Bell
    805 15th St., N.W. - Suite 800
    Washington, DC 20005

    Trustee Irving H. Picard
    Claims Processing Center
    2101 Cedar Springs Road
    Suite 1100
    Dallas, TX 75201

                          s/Richard J. Corbi
                          Richard J. Corbi, Esq.

2