| | |
|---|---|
| BLITMAN & KING LLP | Hearing Date: May 23, 2012 |
| Jennifer A. Clark (JC5102) | Hearing Time: 10:00 a.m. EST |
| Jonathan M. Cerrito (*pro hac vice*) | |
| Brian J. LaClair (BL3158) | |
| Franklin Center, Suite 300 | |
| 443 North Franklin Street | |
| Syracuse, New York 13204-5412 | |
| Telephone: (315) 422-7111 | |
| Facsimile: (315) 471-2623 | |
| Email: jaclark@bklawyers.com | |
|       jmcerrito@bklawyers.com | |
|       bjlaclair@bklawyers.com | |

*Attorneys for 37 ERISA Plan Claimants Listed Below*

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION         :
CORPORATION,                                            :
                Plaintiff,                                :      Adversary Proceeding
                                                   :
           — *versus* —                           :      No. 08-01789 (BRL)
                                                 :
BERNARD L. MADOFF INVESTMENT              :      SIPA Liquidation
SECURITIES, LLC,                                      :      (Substantively Consolidated)
                Defendant                              :
---------------------------------------------------------------------x
In re BERNARD L. MADOFF,                          :
                Debtor                                       :
---------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Jennifer A. Clark, Esq., hereby certify that on this 2nd day of April 2012, I caused a true and correct copy of the foregoing Reply Memorandum of Law in Opposition to the Trustee's Motion for an Order Affirming Trustee's Determinations Denying Claims Over ERISA-Related Objections, on behalf of the entities referenced below, to be filed electronically with the Court and served upon the parties in this action who receive electronic service through

1

CM/ECF, and served by electronic mail the "Notice of Filing" generated by the CM/ECF system in connection therewith:

>Irving H. Picard, Trustee
>c/o Baker & Hostetler LLP
>Attn: David J. Sheehan, Esq.
>         Jorian Rose, Esq.
>45 Rockefeller Plaza
>New York, New York 10111
>dsheehan@bakerlaw.com
>jrose@bakerlaw.com
>
>Security Investor Protection Corporation
>Attn: Kevin H. Bell, Esq.
>805 Fifteenth Street, NW, Suite 800
>Washington D.C. 20005,
>kbell@sipc.org

Dated: April 2, 2012

>Respectfully submitted,
>
>BLITMAN & KING LLP
>
>  s/ Jennifer A. Clark
>Jennifer A. Clark (JC5102)
>Jonathan M. Cerrito (*pro hac vice*)
>Brian J. LaClair (BL3158)
>Franklin Center, Suite 300
>443 North Franklin Street
>Syracuse, New York 13204-5412
>Telephone: (315) 422-7111
>Facsimile: (315) 471-2623
>Email: jaclark@bklawyers.com
>         jmcerrito@bklawyers.com
>         bjlaclair@bklawyers.com
>
>*Attorneys for Bricklayers and Allied Craftsmen Local 2 Annuity Fund; Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund; Bricklayers and Allied Craftworkers Local 2, Albany, New York, Pension Fund; Building*

*Trade Employers Insurance Fund; Central New York Laborers' Annuity Fund; Central New York Laborers' Health and Welfare Fund; Central New York Laborers' Pension Fund; Central New York Laborers' Training Fund; Engineers Joint Welfare Fund; Engineers Joint Training Fund; International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund; International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Fund; I.B.E.W. Local 139 Pension Fund; I.B.E.W. Local 241 Pension Fund; I.B.E.W. Local 241 Welfare Benefits Fund; I.B.E.W. Local 325 Annuity Fund; I.B.E.W. Local 325 Pension Fund; I.B.E.W. Local 910 Annuity Fund; I.B.E.W. Local 910 Pension Fund; I.B.E.W. Local 910 Welfare Fund; I.B.E.W. Local 1249 Pension Fund; Laborers' Local 103 Annuity Fund; Laborers' Local 103 Welfare Fund; Laborers' Local 103 Pension Fund; New York State Lineman's Safety Training Fund; Oswego Laborers' Local No. 214 Pension Fund; Plumbers, Pipefitters and Apprentices Local No. 112 Health Fund; Roofers' Local 195 Annuity Fund; Roofers' Local 195 Health & Accident Fund; Roofers' Local 195 Pension Fund; Syracuse Builders Exchange, Inc./CEA Pension Plan; SEIU 1199Upstate Pension Fund; Service Employees Benefit Fund; Service Employees Pension Fund of Upstate New York; Local 73 Retirement Fund; Local 73 Annuity Fund; and Upstate Union Health & Welfare Fund*