Marc J. Kurzman (MK 2962)
SANDAK HENNESSEY & GRECO, LLP
707 Summer Street, 3rd Floor
Stamford, CT 06901
Tel: (203) 425-4200
Fax: (203) 325-8608
Email: mkurzman@shglaw.com

Peter N. Wang (PW 9216)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Phone: (212) 682-7474
Fax: (212) 687-2329
E-mail: pwang@foley.com

*Attorney for Orthopaedic Specialty Group, P.C. Defined Contribution Pension Plan Participants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff, | |
| v. | Adv. Pro. No. 08-01789 (BRL) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Peter N. Wang, hereby certify that on the 2nd day of April 2012, I electronically transmitted a true and correct copy of the following documents to the Clerk of the Court using

4844-7075-6623.5

the ECF System for filing and received a confirmation that transmittal of a Notice of Electronic Filing (NEF) would be made to all attorneys of record in this matter who are ECF registrants:

- Reply Memorandum of Law in Further Opposition to Trustee's Motion for an Order Affirming Determinations Denying Claims Over ERISA-Related Objections

I also certify that I separately transmitted on April 2, 2012, via electronic mail, copies of the foregoing document to:

David J. Sheehan, Esq. – dsheehan@bakerlaw.com
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

-and-

Kevin H. Bell, Esq. – kbell@sipc.org
Securities Investor Protection Corporation
805 15th Street NW
Suite 800
Washington, D.C. 20005

I also certify that on April 2, 2012, I served via overnight Federal Express a true and correct copy of the aforementioned document on Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC, Processing Center, 2101 Cedar Springs, Record Suite 1100, Dallas, TX 75201.

_____/s/ Peter N. Wang_____
Peter N. Wang

Dated: April 2, 2012

2

4844-7075-6623.5