UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>Vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT S. BERNSTEIN,<br><br>        Defendant. | Adv. Pro. No. 10-04883 (BRL) |

**NOTICE OF MOTION TO WITHDRAW THE REFERENCE OF THE ABOVE-CAPTIONED ADVERSARY PROCEEDING TO THE BANKRUPTCY COURT**

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

      PLEASE TAKE NOTICE that Defendant hereby moves the United States District Court for the Southern District of New York for entry of an order, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011, and Rule 5011-1 of the Local Rules of the Bankruptcy Court, withdrawing the reference to the United States Bankruptcy Court for the Southern District of New York of the above-captioned adversary proceeding upon the grounds set forth in the accompanying Memorandum of Law in support of this Motion and Declaration of Max Folkenflik, and exhibits thereto, which are hereby incorporated by reference.

      Defendant has made no prior request to this Court or to any other court for the relief requested by this Motion.

Dated: New York, New York
       April 2, 2012

                            Respectfully submitted,

                            **FOLKENFLIK & McGERITY**

                            By: _____
                                Max Folkenflik
                            1500 Broadway, 21st Floor
                            New York, New York 10036
                            Tel: (212) 757-0400
                            Fax" (212) 757-2010

                            *Attorneys for Defendants*