UNITED STATES BANKRUPTCY COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities Investor Protection Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Bernard L. Madoff Investment Securities, LLC, et al,<br><br>Defendants. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL) |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jonathan T. Koevary, Esq. ("Mr. Koevary") previously appeared as counsel for Lucerne Foundation, Collingwood Enterprises and Douglas Rimsky, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§101, *et. seq.* (the "Bankruptcy Code"), Mr. Koevary hereby withdraws his appearance in the case and requests that he be removed from all service and distribution lists.

1

1606539-1

Dated: New York, New York
March 29, 2012

**OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP**

By: /s/ Jonathan Koevary
Jonathan T. Koevary
Park Avenue Tower
65 East 55th Street
New York, NY 10022
212.451.2300

*Former Counsel to Lucerne Foundation, Collingwood Enterprises and Douglas Rimsky*

2

1606539-1