Helen Davis Chaitman
Becker & Poliakoff LLP
45 Broadway
New York, NY 10006
hchaitman@becker-poliakoff.com
*Attorneys for J.X. Reynolds & Co.*
*Deferred Profit Sharing Plan*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

## CERTIFICATE OF SERVICE

I, Lourdes Blanco, hereby certify that on March 2, 2012 I caused a true and correct copy of the following document:

- **J.X. Reynolds & Co. Deferred Profit Sharing Plan's Reply Brief in Further Opposition to Trustee's Motion for Court Approval of His Denial of Claims of Investors under ERIA-Protected Plan**

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and on March 3, 2012 to be served by electronic mail upon:

{N0012022 }

David J. Sheehan, Esq. – dsheehan@bakerlaw.com
Seanna Brown, Esq. – sbrown@bakerlaw.com
Baker & Hostetler, LLP
45 Rockefeller Plaza, 11th Floor
New York, NY  10111

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

Kevin H. Bell, Esq. – kbell@sipc.org
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, D.C. 20005

*Attorneys for Securities Investor Protection Corporation*

March 3, 2012

/s/ *Lourdes Blanco*

{N0012022 }                                    2