UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

------------------------------------------------------------x

## **ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

Upon the motion of Price O. Gielen, to be admitted, ***pro hac vice,*** to represent Sonja Kohn, Erwin Kohn, Netty Blau, Nicole Herzog, Michel Kohn, Robert Alain and Rachel Kohn, Moshe and Rina Hartstein, Mordechai and Yvonne Landau, Erko, Inc., Eurovaleur, Inc., Infovaleur, Inc., Windsor IBC, Inc., Herald Asset Management Ltd., Tecno Development & Research Ltd., Shlomo (Momy) Amselem, Bank Medici AG, MediciFinanz Consulting GmbH, Medici S.r.l., Medici Cayman Islands Ltd., Herald Consult Ltd. and 20:20 Medici AG in the above referenced case and the related adversary cases of:

    a.    *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Sonja Kohn et al.*, Adv. Pro. No. 10-5411 (BRL); and

    b.    *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. HSBC Bank PLC, et al.*, Adv. Pro. No. 09-01364 (BRL)

and upon the movant's certification that the movant is a member in good standing of the bar in the State of Maryland, it is hereby,

**ORDERED**, that Price O. Gielen is admitted to practice, ***pro hac vice***, in the above referenced cases and related adversary cases in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

{00022261.DOCX}
1

317182/4460.1

Dated: New York, New York
April 3, 2012

          */s/ Burton R. Lifland*
          United States Bankruptcy Judge