UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | SIPA LIQUIDATION<br>Case No. 08-01789 |
|---|---|

**AFFIDAVIT OF MAILING**

STATE OF TEXAS )
) ss:
COUNTY OF DALLAS )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On April 9, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000242)

4. On April 9, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

   B. Notice of Transfer of Allowed Claim (Transfer Number T000252)

5. On April 9, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

   C. Notice of Transfer of Allowed Claim (Transfer Number T000253)

Executed on Apr. 11, 2012

John S. Franks

Sworn to and subscribed before me this 11th day of April, 2012

BOBBIE J. PHILLIPS
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
1-5-2014

(SEAL)

Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000242**
**4/9/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Sisters Gift Trust U/T/A Dtd. 3/1/2012 | Debra Lapin, Trustee | 11 Baneberry | | Riverwoods | IL | 60015 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS T000252**
**4/9/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | BMIS Funding IDC, LLC | Attention: Michael G. Linn | c/o Farallon Capital Management LLC | One Matritime Plaza, Suite 2100 | San Francisco | CA | 94111 |

# Exhibit C

**SERVICE LIST C**
**TRANSFER NUMBERS T000253**
**4/9/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | SPCP Group, LLC | Attention: Brian Jarmain | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 |