UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SECURITIES INVESTOR PROTECTION
CORPORATION,

             Plaintiff,

             -v-

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

             Defendant.
------------------------------------- x

In re:

MADOFF SECURITIES

------------------------------------- x

**JUDGE RAKOFF**

**12 MISC 00115**
12 MC ___ (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    1. All matters relating to Bernard L. Madoff Investment Securities LLC ("Madoff Securities") previously assigned to the undersigned, or assigned to the undersigned in the future, shall henceforth bear the caption and docket number set forth above, and the parties shall make sure that all filings are filed under the docket number set forth above. In addition, any filings filed under this docket number shall bear either the subheading "PERTAINS TO ALL CASES," the subheading "PERTAINS TO CASE(S) ___ Civ. ___," or the subheading "PERTAINS TO CASE(S) LISTED IN APPENDIX ___." Any filing fees associated with opening the master case file docket are waived.

2. The Clerk is directed to make sure that this Order and all subsequent docket entries under this docket number are also docketed simultaneously in the bankruptcy court under No. 08-1789 (BRL).

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       April 13, 2012