BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Bik Cheema
Email: bcheema@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON APRIL 19, 2012 AT 10:00 A.M.**

**UNCONTESTED MATTER**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-1789**

1. Trustee's First Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/6/2012) [ECF No. 4711]

2. Trustee's Second Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/6/2012) [ECF No. 4712]

3. Trustee's Third Omnibus Motion to Expunge Claims and Objections of Claimants That Did Not Invest With BLMIS Or In Entities That Invested In BLMIS filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/16/2012) [ECF No. 4732]

Related Documents:

A. Affidavit of Service of Trustee's First Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims and Trustee's Second Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims (related documents 4711, 4712) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 3/6/2012) [ECF No. 4713]

B. Affidavit of Mailing for March 6, 2012 of Notice of Hearing on Trustees First Omnibus Motion Seeking to Expunge Objections by Parties that Did Not File Claims and Trustees First Omnibus Motion Seeking to Expunge Objection to Parties that Did Not File Claims [Docket No. 4711] and Notice of Hearing on Trustees Second Omnibus Motion Seeking to Expunge Objections by Parties that Did Not File Claims and Trustees Second Omnibus Motion Seeking to Expunge Objection to Parties that Did Not File Claims [Docket No. 4712] (related documents 4711, 4712) filed by John J Collins Jr. on behalf of AlixPartners LLP (Filed: 3/8/2012) [ECF No. 4716]

C. Affidavit of Service of Trustee's Third Omnibus Motion to Expunge Claims and Objections of Claimants That Did Not Invest With BLMIS Or In Entities That Invested In BLMIS (related document 4732) filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 3/16/2012) [ECF No. 4733]

D. Affidavit of Mailing for March 16, 2012 of Notice of Hearing on Trustees Third Omnibus Motion to Expunge Claims and Objections of Claimants That Did Not Invest with BLMIS or in Entities that Invested in BLMIS and Third Omnibus Motion to Expunge Claims and Objections of Claimants That Did Not Invest with BLMIS or in Entities that Invested in BLMIS (related documents 4732) filed by John J Collins Jr. on behalf of AlixPartners LLP (Filed: 3/19/2012) [ECF No. 4737]

E. Notice of Adjournment of Hearing on (i) Trustee's First Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims, (ii) Trustee's Second Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File

        Claims, and (iii) Trustee's Third Omnibus Motion to Expunge Claims and Objections of Claimants That Did Not Invest with BLMIS or in Entities that Invested in BLMIS (related documents 4711, 4712, 4732) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 4/17/2012) [ECF No. 4767]

F.    Affidavit of Service of Notice of Adjournment of Hearing on (i) Trustee's First Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims, (ii) Trustee's Second Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims, and (iii) Trustee's Third Omnibus Motion to Expunge Claims and Objections of Claimants That Did Not Invest with BLMIS or in Entities that Invested in BLMIS (related document 4767) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 4/17/2012) [ECF No. 4768]

G.    Amended Notice of Adjournment of Hearing on (i) Trustee's First Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims, (ii) Trustee's Second Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims, and (iii) Trustee's Third Omnibus Motion to Expunge Claims and Objections of Claimants That Did Not Invest with BLMIS or in Entities that Invested in BLMIS (related documents 4711, 4712, 4732) filed by David J. Sheehan on behalf of Irving H. Picard
(Filed: 4/18/2012) [ECF No. 4771]

H.    Affidavit of Service of Amended Notice of Adjournment of Hearing on (i) Trustee's First Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims, (ii) Trustee's Second Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims, and (iii) Trustee's Third Omnibus Motion to Expunge Claims and Objections of Claimants That Did Not Invest with BLMIS or in Entities that Invested in BLMIS (related document 4771) filed by David J. Sheehan on behalf of Irving H. Picard
(Filed: 4/18/2012) [ECF No. 4772]

<u>Objections Due</u>:        April 11, 2012

<u>Objections Filed</u>:        NONE

<u>Status</u>: This matter is going forward.

Dated: New York, New York
April 18, 2012

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Bik Cheema
Email: bcheema@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300241149