**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                  Debtor, | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                  Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                                      ) ss:
COUNTY OF DALLAS        )

        CHAD M. TOLLESON, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On April 17, 2012, I caused to be served via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibits "A", "B", and "C", a true and correct copy of the following:

      A. Notice of Adjournment of Hearing on (i) Trustee's First Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims, (ii) Trustee's Second Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims, and (iii) Trustee's Third Omnibus Motion to Expunge Claims and Objections of Claimants That Did Not Invest with BLMIS or in Entities that Invested in BLMIS (Docket No. 4767)

Executed on _Apr. 18th_, 2012

_____
Chad M. Tolleson

Sworn to and subscribed before me this __18th__ day of __April__, 2012

(SEAL)

_____
Notary Public

2

# Exhibit A

**IN RE: BLMIS. CASE NO: 08-01789 (BRL)**

**EXHIBIT A**
**APRIL 17, 2012**

| NAME | SERVICE ADDRESS |
| --- | --- |
| Arent, Mildred | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Arent, Mildred | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| ASTLEY, KATHERINE F. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| AYMES, BARBARA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Becker, Cathryn | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Berkwitz, Shari & David | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BOGAERT, PAMELA S. & JOHN F.  #1 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BOGAERT, PAMELA S. & JOHN F.  #2 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BOGAERT, PAMELA S. & JOHN F.  #3 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BOND, ROGER G. & TERRY A. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BONHAGE, LAUREL & WILLIAM | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BRAUN, MARTIN L. & GLORIA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BROWN , RUTH J. REVOC. TRUST | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Brown, Steven | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Brown, Steven | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Brown, Steven | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Brown, Steven | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| BULGER, DOROTHY K. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Bush, Linda | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Canavan, Lissa | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| CAPLINGER, JAMES | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| CAPLINGER, JAMES | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| CENTRO DE CAPACITACAO DE JUVENTUDE | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| COMBS, JOHN & LOIS | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| COOKSEY, MELANIE D. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| COSTA, ROBIN L. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| CRAM, DENISE A. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |

IN RE: BLMIS. CASE NO: 08-01789 (BRL)

# EXHIBIT A
## APRIL 17, 2012

| | |
|---|---|
| DENBLEYKER, DIANE M. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| DeRive, Adam Jacob Singer | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| DISBURY, LAUREN | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| DUNHAM, LEO L. & MARY V., CO-TRUSTEES, LEO L. & MARY V. DUNHAM REVOCABLE TRUST DT | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| ELDRIDGE FAMILY LIMITED PARTNERSHIP | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Erb, Joann IRA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Erb, Joann IRA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| ESTEBAN, FERNANDO M. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| ESTEBAN, MARGARET E.K. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| FELLMAN, MORTON, TRUSTEE REVOCABLE TRUST DATED 5/20/97 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Fetkowitz, F & E | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Fetkowitz, F & E | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| FOX, RALPH C., TRUSTEE | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Friedman , Ronnie Special Needs Trust Account | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Friedman , Ronnie Special Needs Trust Account | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Friedman, Deborah | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Friedman, Deborah | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| GIANNA, ERSICA P. LIVING TRUST DTD 9/25/2002 ERSICA GIANNA TRUSTEE | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| GOSS, JESSE A. & LOIS A, TRUSTEES U/A DATED 11/1/1990 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HASLAM, MARY S. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HENLEY, ROBERT H. & DOROTHY D. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Herzog, Patricia & Janis, Norman | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Herzog, Patricia & Janis, Norman | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HG – MOMBASA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HG- COMPASSION FUND | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |

IN RE: BLMIS. CASE NO: 08-01789 (BRL)

# EXHIBIT A
## APRIL 17, 2012

| | |
|---|---|
| HIDALGO, ANTONIO C/O EDUARDO HIDALGO | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HINERMAN, GARY | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Hirschberg, Ruth and Erich | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Hirschberg, Ruth and Erich | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Hirschberg, Ruth and Erich | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Holloch, Naomi | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Holloch, Naomi | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Holloch, Naomi | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HOLLOWAY, KRISTINA ANNE | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HOLY GHOST FATHERS PASTORAL JUVENIL | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| HORWITZ LIVING TRUST DTD 1/27/97, HOWARD H. & JOYCE C. HORWITZ TRUSTEES | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| JORDAN, CHARLES L. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Kaplan, Laura | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Kaplan, Nancy | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| KELLY TRUST | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| KELLY, REVEREND MONSIGNOR VINCENT T. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Komarc, Marilyn | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Labdon, Laurie | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| LEWIS, BEVERLY B. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| LEWIS, BEVERLY B. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| MCGAREY, CATHERINE B. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Myer, Brenda and Jonathan | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Myer, Brenda and Jonathan | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Myer, Brenda and Jonathan | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Nissl, Gabrielle | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Nissl, Gabrielle | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Oelschlaeger, Thomas | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |

**IN RE: BLMIS. CASE NO: 08-01789 (BRL)**

**EXHIBIT A**
**APRIL 17, 2012**

| | |
|---|---|
| Oelschlaeger, Thomas | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Osipow, Cathy | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Osipow, Cathy | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| PAOLOZZI, PAUL & TINA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Passman, Eric | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Passman, Eric | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| PAYNE, BEVERLY J. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| PERKINS, FRANK & PATRICIA JR. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Perrucci, Barbara Ann | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Perrucci, Barbara Ann | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| POSSER, JEFFREY W. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| ROSEN, LYNN | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| ROSEN, SAUL | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| ROUGHTON, PHIL & MICA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| ROWLETTE, LUCILLE | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |

# Exhibit B

IN RE: BLMIS. CASE NO: 08-01789 (BRL)

**EXHIBIT B**
**APRIL 17, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
| Aarvee Ltd. | CROWELL & MORING, 590 MADISON AVENUE, 20TH FLOOR, NEW YORK, NY 10022-2524 |
| AUTREY, GARY | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| BROWNLIE, JOHN | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| Chambers, Travis | Pro Se Filing, 59 Hawxhurst Road, Monroe, NY 10950 |
| COLLINS, DON | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |

IN RE: BLMIS. CASE NO: 08-01789 (BRL)

**EXHIBIT B**
**APRIL 17, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
| DARYANI, PARASRAM | CROWELL & MORING, 590 MADISON AVENUE, 20TH FLOOR, NEW YORK, NY 10022-2524 |
| DEAN, EDWARD | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| GREENBERG, NEAL | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| HITCHCOCK, PEGGY  & FAMILY | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| Johnson, David S. | Whatley Drake & Kallas LLC, 1540 Broadway, 37th Floor, New York, NY 10036 |

IN RE: BLMIS. CASE NO: 08-01789 (BRL)

## EXHIBIT B
## APRIL 17, 2012

| NAME | SERVICE ADDRESS |
|---|---|
| KINGSBERRY, STUART | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| LONG, WILMA | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| MALDONADO, DAMIAN | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| METCALF, CONARD | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman |

IN RE: BLMIS. CASE NO: 08-01789 (BRL)

**EXHIBIT B**
**APRIL 17, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
|  | Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| NICOLAY, MARC | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| PRIVATSTIFTUNG, PORKAR  - B- C/O DR. WOLFGANG LEITNER | PRO SE FILING, KOHLMARKT 14, VIENNA,  A-1010  AUSTRIA |
| RINGDAHL, CHRISTINE | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| ROBERTSON, BETTSEE | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| ROEN, RICHARD | Pro Se Filing |

IN RE: BLMIS. CASE NO: 08-01789 (BRL)

# EXHIBIT B
# APRIL 17, 2012

| NAME | SERVICE ADDRESS |
|---|---|
|  | c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| RUFF, MICHAEL AND JENNIFER | Pro Se Filing, 178 East 80th Street #19A, New York, NY 10075 |
| Shapiro, Dr. Daniel | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shapiro, Jeanette | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shapiro, Jeremy | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shapiro, Jeremy | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shapiro, Jeremy | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shapiro, Richard | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shapiro, Richard | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shapiro, Richard | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shaprio, Ethan | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| SHERDOR, TULKU | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| SICINSKI, RAFAL | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC |

IN RE: BLMIS. CASE NO: 08-01789 (BRL)

**EXHIBIT B**
**APRIL 17, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
|  | PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| SILECCHIA, ANGELA M. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006[1] |
| SILECCHIA, KATHRYN AND/OR ANGELA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| SILECCHIA, KATHRYN AND/OR DEBRA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| SILVERSTEIN, SARA | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| Singer, Nina | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| SMITH, RICHARD | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee |

---

[1] Based on informal information received, counsel for the Trustee has been advised that Phillips Nizer LLP is no longer handling the Objections To Be Expunged identified herein, although no formal substitutions of counsel have been filed with the Court.

**Page 6**

IN RE: BLMIS. CASE NO: 08-01789 (BRL)

# EXHIBIT B
# APRIL 17, 2012

| NAME | SERVICE ADDRESS |
| --- | --- |
| | 5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| SPEIZIO, JOSEPH A. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Sternberg, David | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Sternberg, David | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| SULLIVAN, MICHAEL D. & L. GAIL | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| TANCREDO, THOMAS | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| Teicher, Alan | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Teicher, Alan | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Teicher, Alan | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Teicher, Alan | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Towler, Michael | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Towler, Michael | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Vakoutis, John | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Van Gieson, Jonathan | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Waldman, Irlene | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Waldman, Irlene | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WALKER, MIKE AND LYNN | Pro Se Filing<br>c/o John Neal, Co-Manager |

IN RE: BLMIS. CASE NO: 08-01789 (BRL)

# EXHIBIT B
## APRIL 17, 2012

| NAME | SERVICE ADDRESS |
|---|---|
|  | Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| WALLICK, GREGG | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WALSH , THE ROBERT G. FAMILY TRUST #2, JAMES R. WALSH TRUSTEE | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WALSH FAMILY TRUST #1 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WEINHOFER, PETER | Pro Se Filing, Hauptstra8e 53, A-2111,  Oberganserndorf, AUSTRIA |
| Weiss, Janet | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Weiss, Janet | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WEST, RICHARD F. & BETTE | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Westphal, Nina | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Westphal, Nina | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WHITSEL, TERRANCE | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| WIDINSKI, MAG. MARGIT |  |

**Page 8**

# EXHIBIT B
## APRIL 17, 2012

| NAME | SERVICE ADDRESS |
|---|---|
| | PRO SE FILING, KOHLMARKT 8-10, VIENNA, A-1010 AUSTRIA |
| WILCOX, PATRICIA | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO 80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO 80227 |
| WILLIS W. WAITE & SUSAN M.JR. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WILLIS, EILEEN W. & RICHARD J, JR. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WILLIS, EVELYN L. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WILLS CLARK, JOHANNA | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WIRICK, GEORGE & SYBIL | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WIRICK, JACK B. & BARBARA B. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WIRICK, MARK D. | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| YONGE, JAMES E. TRUST, U/A DTD 1/2/95, JAMES E. YONGE, TRUSTEE | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Zatz, Nathan | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |

# Exhibit C

**IN RE: BLMIS. CASE NO: 08-01789 (BRL)**

**EXHIBIT C**
**APRIL 17, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
| Ellis, Lamar | Pro Se, 1372 Fern Lake Ave, Brea, CA  92821 |
| Meyer, Diane | Anthony Edward Lipinski, Butler & Hosch P.A. 3185 South Conway Rd, Ste. E, Orlando, FL 32812 |
| Meyer, Diane Estate Beneficiary of Edward J. Meyer | Anthony Edward Lipinski, Butler & Hosch P.A. 3185 South Conway Rd, Ste. E, Orlando, FL 32812 |
| Sanon, Nerlande | Pro Se, 2-D Bridle Path Cr., Randolph, MA  02368 |
| Surabian, Steven | Pro Se, 1230 RT. 28, S. Yarmouth, MA  02664 |
| Surabian, Martin M., Alice V. Surabian, Richard Surabian, Steven Surabian | Pro Se, PO Box 397, 454 Craigville Beach Rd., W. Hyannisport, MA  02672 |
| Surabian, Richard | Pro Se, PO Box 397, 454 Craigville Beach Rd., W. Hyannisport, MA  02672 |
| Surabian, Kirsten E., Richard Surabian | Pro Se, 526 White Plains Rd., Webster, NH  03303 |
| Surabian, Erik M., Richard Surabian | Pro Se, 526 White Plains Rd., Webster, NH  03303 |
| Surabian, Martin M., Alice V. Surabian in Trust For Karen T. Surabian, Gregory Surabian, Eric M. Surabian, Kristen E. Surabian | Pro Se, PO Box 397, 454 Craigville Beach Rd., W. Hyannisport, MA  02672 |