# EXHIBIT A

**IN RE: BLMIS. CASE NO: 08-01789 (BRL)**

**SECOND OMNIBUS MOTION: EXHIBIT A – NON CLAIMANT OBJECTIONS**

OBJECTIONS TO BE EXPUNGED

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|---|---|---|---|
| Aarvee Ltd. | No Claim Filed | 1486 | CROWELL & MORING, 590 MADISON AVENUE, 20TH FLOOR, NEW YORK, NY 10022-2524 |
| AUTREY, GARY | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| BROWNLIE, JOHN | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| Chambers, Travis | No Claim Filed | 3661 | Pro Se Filing, 59 Hawxhurst Road, Monroe, NY 10950 |
| COLLINS, DON | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman |

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|---|---|---|---|
| | | | Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| DARYANI, PARASRAM | No Claim Filed | 1486 | CROWELL & MORING, 590 MADISON AVENUE, 20TH FLOOR, NEW YORK, NY 10022-2524 |
| DEAN, EDWARD | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| GREENBERG, NEAL | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| HITCHCOCK, PEGGY  & FAMILY | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|---|---|---|---|
| KINGSBERRY, STUART | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| LONG, WILMA | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| MALDONADO, DAMIAN | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| METCALF, CONARD | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee |

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|---|---|---|---|
| | | | 5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| NICOLAY, MARC | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| PRIVATSTIFTUNG, PORKAR  - B- C/O DR. WOLFGANG LEITNER | No Claim Filed | 1292 | PRO SE FILING, KOHLMARKT 14, VIENNA,  A-1010  AUSTRIA |
| RINGDAHL, CHRISTINE | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| ROBERTSON, BETTSEE | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| ROEN, RICHARD | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809 |

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|---|---|---|---|
| | | | Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| RUFF, MICHAEL AND JENNIFER | No Claim Filed | 1616 | Pro Se Filing, 178 East 80th Street #19A, New York, NY 10075 |
| Shapiro, Dr. Daniel | No Claim Filed | 2714 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shapiro, Jeanette | No Claim Filed | 2714 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shapiro, Jeremy | No Claim Filed | 2715 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shapiro, Jeremy | No Claim Filed | 2775 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shapiro, Jeremy | No Claim Filed | 2777 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shapiro, Richard | No Claim Filed | 2715 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shapiro, Richard | No Claim Filed | 2775 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shapiro, Richard | No Claim Filed | 2777 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Shaprio, Ethan | No Claim Filed | 2714 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| SHERDOR, TULKU | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| SICINSKI, RAFAL | No Claim Filed | 1877 | Pro Se Filing |

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|---|---|---|---|
| | | | c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| SILECCHIA, ANGELA M. | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084[1] |
| SILECCHIA, KATHRYN AND/OR ANGELA | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| SILECCHIA, KATHRYN AND/OR DEBRA | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| SILVERSTEIN, SARA | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| Singer, Nina | No Claim Filed | 2722 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| SMITH, RICHARD | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502 |

---

[1]     Based on informal information received, counsel for the Trustee has been advised that Phillips Nizer LLP is no longer handling the Objections To Be Expunged identified herein, although no formal substitutions of counsel have been filed with the Court.

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|---|---|---|---|
|  |  |  | c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO 80227 |
| SPEIZIO, JOSEPH A. | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| Sternberg, David | No Claim Filed | 3186 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Sternberg, David | No Claim Filed | 3801 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| SULLIVAN, MICHAEL D. & L. GAIL | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| TANCREDO, THOMAS | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO 80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO 80227 |
| Teicher, Alan | No Claim Filed | 2714 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Teicher, Alan | No Claim Filed | 2715 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Teicher, Alan | No Claim Filed | 2775 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Teicher, Alan | No Claim Filed | 2777 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Towler, Michael | No Claim Filed | 2475 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|---|---|---|---|
| Towler, Michael | No Claim Filed | 3533 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Vakoutis, John | No Claim Filed | 2714 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Van Gieson, Jonathan | No Claim Filed | 2722 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Waldman, Irlene | No Claim Filed | 2475 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Waldman, Irlene | No Claim Filed | 3533 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WALKER, MIKE AND LYNN | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| WALLICK, GREGG | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| WALSH , THE ROBERT G. FAMILY TRUST #2, JAMES R. WALSH TRUSTEE | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| WALSH FAMILY TRUST #1 | No Claim Filed | 1680 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| WEINHOFER, PETER | No Claim Filed | 1400 | Pro Se Filing, Hauptstra8e 53, A-2111,  Oberganserndorf, AUSTRIA |
| Weiss, Janet | No Claim Filed | 3186 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Weiss, Janet | No Claim Filed | 3801 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WEST, RICHARD F. & BETTE | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|---|---|---|---|
| Westphal, Nina | No Claim Filed | 2860 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| Westphal, Nina | No Claim Filed | 3401 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |
| WHITSEL, TERRANCE | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| WIDINSKI, MAG. MARGIT | No Claim Filed | 1292 | PRO SE FILING, KOHLMARKT 8-10, VIENNA,  A-1010  AUSTRIA |
| WILCOX, PATRICIA | No Claim Filed | 1877 | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| WILLIS  W. WAITE & SUSAN M.JR. | No Claim Filed | 1680 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| WILLIS, EILEEN W. & RICHARD J, JR. | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| WILLIS, EVELYN L. | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| WILLS CLARK, JOHANNA | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |

| NAME | CLAIM NUMBER | DOCKET NUMBER | COUNSEL |
|------|--------------|---------------|---------|
| WIRICK, GEORGE & SYBIL | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| WIRICK, JACK B. & BARBARA B. | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| WIRICK, MARK D. | No Claim Filed | 1682 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| YONGE, JAMES E. TRUST, U/A DTD 1/2/95, JAMES E. YONGE, TRUSTEE | No Claim Filed | 1681 | Helen Davis Chaitman, Phillips Nizer LLP, 666 Fifth Avenue, New York, NY 10103-0084 |
| Zatz, Nathan | No Claim Filed | 2475 | Helen Davis Chaitman, Becker & Poliakoff, LLP, 45 Broadway, New York, NY 10006 |