# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>R.J. INVESTMENT; RUTH B. USEM, in her capacity as a General Partner of R.J. Investment; and JUNE L. COOK-LAPIDUS, in her capacity as a General Partner of R. J. Investment, and SHIRLEY BESIKOF,<br><br>    Defendants. | Adv. Pro. No. 10-04825 (BRL)<br><br><br>**MOTION FOR ADMISSION PRO HAC VICE** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>AMY PINTO LOME REVOCABLE TRUST, U/A/D 5/22/03; AMY PINTO LOME, individually | Adv. Pro. No. 10-04588 (BRL) |



RECEIVED MAR 27 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03; and LEONARD D. LOME, in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03,

    Defendants.

---

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

    Plaintiff,

v.

JAMES B. PINTO REVOCABLE TRUST U/A DTD 12/1/03; and JAMES B. PINTO, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust,

    Defendants.

Adv. Pro. No. 10-04538 (BRL)

---

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

    Plaintiff,

v.

ELI N. BUDD,

    Defendant

Adv. Pro. No. 10-04681 (BRL)

---

    Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, I Marvin C. Ingber, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as co-counsel for:

    (1) R.J. Investment and June L. Cook-Lapidus, in her capacity as a General Partner of R.J. Investment, and Shirley Besikof [Adv. Pro. No. 10-04825 (BRL)]

    (2) Amy Pinto Lome Revocable Trust, U/A/D 5/22/03; Amy Pinto Lome, individually and in her capacity as Grantor and Trustee for the Amy

Pinto Lome Revocable Trust u/a/d 5/22/03; and Leonard D. Lome, in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03 [Adv. Pro. No. 10-04588 (BRL)]

(3) James B. Pinto Revocable Trust U/A dted 12/1/03, James B. Pinto, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust [Adv. Pro. No. 10-04538 (BRL)]

and

(4) Eli N. Budd [Adv. Pro. No. 10-04681 (BRL)],

Defendants in the above-captioned separate actions.

I am in good standing of the bar of the State of Minnesota and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: MAR 23, 2012

Respectfully submitted,

Marvin C. Ingber #0048859
Attorney and Counselor at Law
6705 Apache Road
Edina, MN 55439-1001
Telephone: 612-327-8378
Email: mcingber@comcast.net