**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

| | |
|---|---|
| BERNARD L. MADOFF, | Adv. Pro. No. 10-04825 (BRL) |
| Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | |
| R.J. INVESTMENT; RUTH B. USEM, in her capacity as a General Partner of R.J. Investment; and JUNE L. COOK-LAPIDUS, in her capacity as a General Partner of R. J. Investment, and SHIRLEY BESIKOF, | |
| Defendants. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | |
| AMY PINTO LOME REVOCABLE TRUST, U/A/D 5/22/03; AMY PINTO LOME, individually | Adv. Pro. No. 10-04588 (BRL) |

and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03; and LEONARD D. LOME, in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03,

       Defendants.

_____

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

       Plaintiff,

v.

JAMES B. PINTO REVOCABLE TRUST U/A DTD 12/1/03; and JAMES B. PINTO, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust,

       Defendants.

Adv. Pro. No. 10-04538 (BRL)

_____

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

       Plaintiff,

v.

ELI N. BUDD,

       Defendant

Adv. Pro. No. 10-04681 (BRL)

_____

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Marvin C. Ingber, to be admitted, ***pro hac vice***, to represent R.J. Investment; June L. Cook-Lapidus, in her capacity as a General Partner of R.J. Investment; Shirley Besikof; Amy Pinto Lome Revocable Trust, U/A/D 5/22/03; Amy Pinto Lome, individually and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03; Leonard D. Lome, in his capacity as Trustee for

2

the Amy Pinto Lome Revocable Trust u/a/d 5/22/03; James B. Pinto Revocable Trust U/A dated 12/1/03; James B. Pinto, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust ; and Eli N. Budd (the "Clients"), defendants in the above referenced adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota, it is hereby

**ORDERED**, that Marvin C. Ingber, Esq., is admitted to practice, ***pro hac vice***, in the above referenced adversary proceedings to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: March 30, 2012                   /s/Burton R. Lifland_____
      New York, New York              Burton R. Lifland
                                               United States Bankruptcy Court Judge