UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor, | **MOTION FOR ADMISSION PRO HAC VICE** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMY PINTO LOME REVOCABLE TRUST, U/A/D 5/22/03; AMY PINTO LOME, individually and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03; and LEONARD D. LOME, in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03,<br><br>Defendants. | Adv. Pro. No. 10-04588 (BRL) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff, | |



RECEIVED
MAR 22 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

v.

JAMES B. PINTO REVOCABLE TRUST U/A　　　　　Adv. Pro. No. 10-04538 (BRL)
DTD 12/1/03; and JAMES B. PINTO, individually
and in his capacity as Grantor and Trustee for the
James B. Pinto Revocable Trust,

　　　　　Defendants.

---

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

　　　　　Plaintiff,

v.

ELI N. BUDD,　　　　　Adv. Pro. No. 10-04681 (BRL)

　　　　　Defendant

---

Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, I Robert M. McClay, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for :

(1) Amy Pinto Lome Revocable Trust, U/A/D 5/22/03; Amy Pinto Lome, individually and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03; and Leonard D. Lome, in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03 [Adv. Pro. No. 10-04588 (BRL)]

(2) James B. Pinto Revocable Trust U/A dted 12/1/03, James B. Pinto, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust [Adv. Pro. No. 10-04538 (BRL)]

and

(3) Eli N. Budd [Adv. Pro. No. 10-04681 (BRL)],

Defendants in the above-captioned separate actions.

I am in good standing of the bar of the State of Minnesota and there are no pending disciplinary proceedings against me in any state or federal court.

2

Dated: March 21, 2012

Respectfully submitted,

*[signature]*

Robert M. McClay #69620
McClay•Alton, P.L.L.P.
951 Grand Avenue
St. Paul, Minnesota 55105
Telephone: 651-290-0301
Fax: 651-290-2502
Email: law@mcclay-alton.com