**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION
CORPORATION,

      Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

      Defendant.
_____

In re:

BERNARD L. MADOFF,

      Debtor,
_____

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

      Plaintiff,

v.

AMY PINTO LOME REVOCABLE TRUST,
U/A/D 5/22/03; AMY PINTO LOME, individually
and in her capacity as Grantor and Trustee for the
Amy Pinto Lome Revocable Trust u/a/d 5/22/03;
and LEONARD D. LOME, in his capacity as
Trustee for the Amy Pinto Lome Revocable Trust
u/a/d 5/22/03,

      Defendants.
_____

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

      Plaintiff,

v.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

Adv. Pro. No. 10-04588 (BRL)

JAMES B. PINTO REVOCABLE TRUST U/A
DTD 12/1/03; and JAMES B. PINTO, individually
and in his capacity as Grantor and Trustee for the
James B. Pinto Revocable Trust,

       Defendants.

Adv. Pro. No. 10-04538 (BRL)

_____

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

       Plaintiff,

v.

ELI N. BUDD,

       Defendant

Adv. Pro. No. 10-04681 (BRL)

_____

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Robert M. McClay, to be admitted, ***pro hac vice***, to represent Amy Pinto Lome Revocable Trust, U/A/D 5/22/03; Amy Pinto Lome, individually and in her capacity as Grantor and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03; Leonard D. Lome, in his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03; James B. Pinto Revocable Trust U/A dted 12/1/03; James B. Pinto, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust ; and Eli N. Budd (the "Clients") defendants in the above referenced adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota, it is hereby

2

**ORDERED**, that Robert M. McClay, Esq., is admitted to practice, ***pro hac vice***,

in the above referenced adversary proceedings to represent the Clients, in the United

States Bankruptcy Court for the Southern District of New York, provided that the filing

fee has been paid.


Dated:  March 28, 2012                                /s/Burton R. Lifland_____
          New York, New York                          United States Bankruptcy Court Judge