CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Fax: (212) 504-6666

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,                    Adv. Pro. No. 08-01789-BRL

        v.

                                            SIPA Liquidation
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,                                  (Substantively Consolidated)

        Defendant.
_____

In re:

BERNARD L. MADOFF,

        Debtor.
_____

## NOTICE OF WITHDRAWAL OF APPEARANCE

      PLEASE TAKE NOTICE that Martin L. Seidel hereby requests the withdrawal of his appearance on behalf of Milton Fine Revocable Trust, Milton Fine 1997 Charitable Remainder Unitrust, US Trust Co UD Peter M. Lehrer, Peter M. Lehrer and Eileen Lehrer, JSBR Associates LP and The Apmont Group Inc. Pension Plan in the above-captioned Chapter 11 proceedings.

      PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

-2-

                              Respectfully submitted,

Dated: New York, New York      By: /s/ Martin L. Seidel
       April 20, 2012              Martin L. Seidel, Esq.
                                     CADWALADER, WICKERSHAM & TAFT LLP
                                     One World Financial Center
                                     New York, New York 10281
                                     Telephone: (212) 504-6000
                                     Facsimile: (212) 504-6666