Benjamin P. Deutsch (BD-5435)
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Fax: (212) 972-8798
bdeutsch@schnader.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
               Debtor.
-----------------------------------------------------------------X    SIPA LIQUIDATION

SECURITIES INVESTOR PROTECTION
CORPORATION,                                                           Case No. 08-01789 (BRL)
               Plaintiff,
                                                                       (Substantively Consolidated)
     v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
               Defendant.
-----------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF OBJECTION

Betsy R. Gordon Sheerr Successor Trust, as successor-in-interest to the Betsy R. Sheerr Trust Indenture (the "Claimant"), having filed an objection (the "Objection", Docket No. 1086) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (#014872 and #100300), hereby gives notice that it is withdrawing such Objection.

Dated: April 24, 2012

/s/ Benjamin P. Deutsch
Benjamin P. Deutsch, Esq.
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Tel: (212) 973-8000
Fax: (212) 972-8798

-and-

Barry E. Bressler, Esq.
Richard A. Barkasy, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Tel: (215) 751-2000
Fax: (215) 751-2205

On behalf of Betsy R. Gordon Sheerr Trust
Indenture, as successor-in-interest to the Betsy
R. Sheerr Trust Indenture