UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
| --- | --- |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

| STATE OF TEXAS | ) | |
| --- | --- | --- |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On April 20, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000236)

Executed on _____April 23_____, 2012

_____
John S. Franks

Sworn to and subscribed before me this _23rd_ day of _April_, 2012

(SEAL)

_____
Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS 4000236**
**4/20/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital IV, L.P. | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |