**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (BRL) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

# AFFIDAVIT OF MAILING

STATE OF TEXAS         )
                       )   ss:
COUNTY OF DALLAS       )

JOHN S. FRANKS, being duly sworn, deposes and says:

A. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

B. I am over the age of eighteen years and am not a party to the above-captioned action.

C. On April 20, 2012, I caused to be served via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibits "A" and "B", a true and correct copy of the following:

   A. Order Granting Trustee's Second Omnibus Motion Seeking To Expunge Objections of Parties That Did Not File Claims (Docket No. 4778)

   B. Order Granting Trustee's Third Omnibus Motion Seeking to Expunge Claims and Objections of Claimants that did not Invest With BLMIS or in Entities that Invested in BLMIS (Docket No. 4779)

Executed on __April 23__, 2012

_____
John S. Franks

Sworn to and subscribed before me this __23rd__ day of __April__, 2012

_____
(SEAL)

_____
Notary Public

2

# Exhibit A

IN RE: BLMIS. CASE NO: 08-01789 (BRL)

**EXHIBIT A**
**APRIL 20, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
| AUTREY, GARY | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| BROWNLIE, JOHN | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| Chambers, Travis | Pro Se Filing, 59 Hawxhurst Road, Monroe, NY 10950 |
| COLLINS, DON | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| DEAN, EDWARD | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502 |

IN RE: BLMIS. CASE NO: 08-01789 (BRL)

**EXHIBIT A**
**APRIL 20, 2012**

|  |  |
|---|---|
|  | c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| GREENBERG, NEAL | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| HITCHCOCK, PEGGY  & FAMILY | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| KINGSBERRY, STUART | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| LONG, WILMA | Pro Se Filing |

IN RE: BLMIS. CASE NO: 08-01789 (BRL)

**EXHIBIT A**
**APRIL 20, 2012**

| | |
|---|---|
| | c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| MALDONADO, DAMIAN | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| METCALF, CONARD | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| NICOLAY, MARC | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive |

| | |
|---|---|
| | Lakewood, CO  80227 |
| PRIVATSTIFTUNG, PORKAR  - B- C/O DR. WOLFGANG LEITNER | PRO SE FILING, KOHLMARKT 14, VIENNA,  A-1010  AUSTRIA |
| RINGDAHL, CHRISTINE | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| ROBERTSON, BETTSEE | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| ROEN, RICHARD | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| RUFF, MICHAEL AND JENNIFER | Pro Se Filing, 178 East 80th Street #19A, New York, NY 10075 |
| SHERDOR, TULKU | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC |

IN RE: BLMIS. CASE NO: 08-01789 (BRL)

EXHIBIT A
APRIL 20, 2012

| | |
|---|---|
| | PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| SICINSKI, RAFAL | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| SILVERSTEIN, SARA | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| SMITH, RICHARD | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |

**Page 5**

IN RE: BLMIS. CASE NO: 08-01789 (BRL)

**EXHIBIT A**
**APRIL 20, 2012**

| | |
|---|---|
| TANCREDO, THOMAS | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| WALKER, MIKE AND LYNN | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| WEINHOFER, PETER | Pro Se Filing, Hauptstra8e 53, A-2111,  Oberganserndorf, AUSTRIA |
| WHITSEL, TERRANCE | Pro Se Filing<br>c/o John Neal, Co-Manager<br>Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |
| WIDINSKI, MAG. MARGIT | PRO SE FILING, KOHLMARKT 8-10, VIENNA,  A-1010  AUSTRIA |
| WILCOX, PATRICIA | Pro Se Filing<br>c/o John Neal, Co-Manager |

**IN RE: BLMIS. CASE NO: 08-01789 (BRL)**

**EXHIBIT A**
**APRIL 20, 2012**

| |
|---|
| Agile Group, LLC<br>PO box 1809<br>Longmont, CO  80502<br><br>c/o Peter J. Leveton, Co-Chairman<br>Agile Funds Investor Committee<br>5653 W. Iliff Drive<br>Lakewood, CO  80227 |

# Exhibit B

**IN RE: BLMIS. CASE NO: 08-01789 (BRL)**

**EXHIBIT B**
**APRIL 20, 2012**

| NAME | SERVICE ADDRESS |
| --- | --- |
| Ellis, Lamar | Pro Se, 1372 Fern Lake Ave, Brea, CA  92821 |
| Sanon, Nerlande | Pro Se, 2-D Bridle Path Cr., Randolph, MA  02368 |
| Surabian, Steven | Pro Se, 1230 RT. 28, S. Yarmouth, MA  02664 |
| Surabian, Martin M., Alice V. Surabian, Richard Surabian, Steven Surabian | Pro Se, PO Box 397, 454 Craigville Beach Rd., W. Hyannisport, MA  02672 |
| Surabian, Richard | Pro Se, PO Box 397, 454 Craigville Beach Rd., W. Hyannisport, MA  02672 |
| Surabian, Kirsten E., Richard Surabian | Pro Se, 526 White Plains Rd., Webster, NH  03303 |
| Surabian, Erik M., Richard Surabian | Pro Se, 526 White Plains Rd., Webster, NH  03303 |
| Surabian, Martin M., Alice V. Surabian in Trust For Karen T. Surabian, Gregory Surabian, Eric M. Surabian, Kristen E. Surabian | Pro Se, PO Box 397, 454 Craigville Beach Rd., W. Hyannisport, MA  02672 |