# EXHIBIT A

# SECURITIES INVESTOR PROTECTION CORPORATION
## Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC

Report No. 40

**Period Ended March 31, 2012**

*CASH RECEIPTS:*

| General Cash Receipts | Net Change for Period | Prior Period Cumulative | Total Received | Customer Fund Cumulative Detail | General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $59,630,773.96 | | | | | | |
| Transfer from Debtor's Estate - Securities | 0.00 | 291,203,371.40 | 291,203,371.40 | 291,203,371.40 | | | 4011 |
| Transfers from Debtor's Estate - BNY Account | 0.00 | 356,660,934.06 | 356,660,934.06 | 356,660,934.06 | | | 4014 |
| Transfers from Debtor's Estate - Chase Account | 0.00 | 235,156,309.36 | 235,156,309.36 | 235,156,309.36 | | | 4016 |
| Transfers from Debtor's Estate - Other | 0.00 | 4,036,145.08 | 4,036,145.08 | 4,036,145.08 | | | 4018 |
| Interest and Dividends | 0.00 | 1,786,261.88 | 1,786,261.88 | 1,786,261.88 | | | 4040 |
| Closeout Proceeds - Broker Dealers | 0.00 | 37,273,877.23 | 37,273,877.23 | 37,273,877.23 | | | 4030 |
| Closeout Proceeds - NSCC | 0.00 | 21,783,082.40 | 21,783,082.40 | 21,783,082.40 | | | 4031 |
| Closeout Proceeds - DTCC | 0.00 | 17,304,329.91 | 17,304,329.91 | 17,304,329.91 | | | 4032 |
| Sale of Debtor's Assets | 0.00 | 0.00 | 0.00 | 0.00 | | | 4070 |
| - Sports Tickets | 0.00 | 89,690.80 | 89,690.80 | 89,690.80 | | | 4071 |
| - Bank Debt Participations | 0.00 | 4,755,690.63 | 4,755,690.63 | 4,755,690.63 | | | 4072 |
| - DTCC Shares | 0.00 | 204,170.51 | 204,170.51 | 204,170.51 | | | 4073 |
| - Market Making Business | 0.00 | 1,389,423.16 | 1,389,423.16 | 1,389,423.16 | | | 4075 |
| - Abtech | 0.00 | 495,000.00 | 495,000.00 | 495,000.00 | | | 4076 |
| - NSX Shares | 0.00 | 62,790.19 | 62,790.19 | 62,790.19 | | | 4077 |
| - BLM Air Charter | 0.00 | 752,963.00 | 752,963.00 | 752,963.00 | | | 4074 |
| Administrative Subtenant Rent Revenue | 321.80 | 530,756.69 | 531,078.49 | 531,078.49 | | | 4111 |
| *Adjusting Administrative Subtenant Rent Revenue* | (321.80) | (530,756.69) | (531,078.49) | (531,078.49) | | | 4111a |
| Refunds - Deposits | 0.00 | 9,841.45 | 9,841.45 | 9,841.45 | | | 4091 |
| - Dues/Subscriptions | 0.00 | 177,247.15 | 177,247.15 | 177,247.15 | | | 4092 |
| - Car Registrations | 0.00 | 157.00 | 157.00 | 157.00 | | | 4093 |
| - Vendors | 0.00 | 61,567.20 | 61,567.20 | 61,567.20 | | | 4094 |
| - Transit Cards | 0.00 | 833.61 | 833.61 | 833.61 | | | 4095 |
| - Insurance/Workers Comp | 0.00 | 402,859.56 | 402,859.56 | 402,859.56 | | | 4096 |
| - Ref. - Political Contributions | 0.00 | 144,500.00 | 144,500.00 | 144,500.00 | | | 4097 |
| - Refunds Other | 0.00 | 50.84 | 50.84 | 50.84 | | | 4099 |
| Recoveries - Litigation Related | 0.00 | 0.00 | 0.00 | 0.00 | | | 4101 |
| - Customer Avoidances | (1,156.57) | 114,649,816.98 | 114,648,660.41 | 114,648,660.41 | | | 4101 |
| - Pre-Litigation Settlements | (1,631,048.00) | 1,894,389,645.98 | 1,892,758,597.98 | 1,892,758,597.98 | | | 4020 |
| - Litigation Settlements | (17,106.53) | 98,305,147.93 | 98,288,041.40 | 98,288,041.40 | | | 4021 |
| - Donation Settlements | 0.00 | 500,000.00 | 500,000.00 | 500,000.00 | | | 4022 |
| - Vendor Preferences | 0.00 | 809,850.39 | 809,850.39 | 809,850.39 | | | 4023 |
| - Employes | 0.00 | 10,674.74 | 10,674.74 | 10,674.74 | | | 4024 |
| - Taxing Authorities | 0.00 | 12,777.56 | 12,777.56 | 12,777.56 | | | 4102 |
| - Class Actions | 0.00 | 450,779.06 | 450,779.06 | 450,779.06 | | | 4103 |
| - NASDAQ | 0.00 | 308,948.49 | 308,948.49 | 308,948.49 | | | 4104 |
| - NYSE | 0.00 | 183,683.79 | 183,683.79 | 183,683.79 | | | 4105 |
| - Transaction Fees | 0.00 | 96,816.23 | 96,816.23 | 96,816.23 | | | 4106 |
| - Other | 0.00 | 296,298.73 | 296,298.73 | 296,298.73 | | | 4107 |
| Miscellaneous | 0.00 | 0.36 | 0.36 | 0.36 | | | 4109 |
| Earnings on Trustee's Investments | 112,260.49 | 16,051,177.95 | 16,163,438.44 | 16,163,438.44 | | | 4110 |
| Interest on Trustee's Savings Accounts | 28,719.20 | 614,855.51 | 643,574.71 | 643,574.71 | | | 4120 |
| **Sub-total General Cash Receipts** | ($1,508,331.41) | $3,080,431,570.12 | $3,078,923,238.71 | $3,078,923,238.71 | $0.00 | | 4140 |
| Advances from SIPC | | | | | | | |
| Administration - Advances | 18,886,828.66 | 516,687,967.04 | 535,574,795.70 | | | 535,574,795.70 | 2901 |
| Securities - Paid Bank Loans | 0.00 | 0.00 | 0.00 | | | 0.00 | 2921 |
| - Cash in Lieu | 0.00 | 790,545,671.99 | 790,545,671.99 | | | 790,545,671.99 | 2922 |
| **Sub-total SIPC Advances** | $18,886,828.66 | $1,307,233,639.03 | $1,326,120,467.69 | | | $1,326,120,467.69 | |
| Funds Transferred from Investment Accounts *See Notes (1) and (2) on Page 3 | 0.00 | 324,611,025.64 | 324,611,025.64 | | | | 1901 |
| **Total Cash Receipts** | $17,378,497.25 | $4,712,276,234.79 | $4,729,654,732.04 | $3,078,923,238.71 | $0.00 | $1,326,120,467.69 | |

Page 1

**Period Ended March 31, 2012**  Report No. 40
**CASH DISBURSEMENTS:**
*Administrative Disbursements*

| General Administrative Disbursements | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid | Code |
|---|---:|---:|---:|---|
| Computer - Rental | 0.00 | 11,121.59 | 11,121.59 | 5011 |
| - Software Support | 0.00 | 55,159.20 | 55,159.20 | 5012 |
| - Equipment Leases | 0.00 | 204,159.01 | 204,159.01 | 5013 |
| Employee Related - Salaries-Net | 0.00 | 4,361,844.80 | 4,361,844.80 | 5020 |
| - FICA-Employer | 0.00 | 318,550.60 | 318,550.60 | 5021 |
| - Fed. & St. Unemploy. | 0.00 | 4,296.08 | 4,296.08 | 5023 |
| - Temporary Help | 0.00 | 29,612.50 | 29,612.50 | 5024 |
| - Employee Medical Plan | 0.00 | 830,103.99 | 830,103.99 | 5025 |
| - Employee LTD | 0.00 | 6,887.03 | 6,887.03 | 5026 |
| - Employee Expense Reimbursement | 0.00 | 1,125.87 | 1,125.87 | 5027 |
| - Employee Life/AD&D | 0.00 | 9,006.83 | 9,006.83 | 5028 |
| - Other | 0.00 | 1,622.90 | 1,622.90 | 5029 |
| Insurance - Trustee Bond | 0.00 | 1,800.00 | 1,800.00 | 5030 |
| Insurance - Surety & Fidelity Bonds | 0.00 | 37,400.00 | 37,400.00 | 5031 |
| Insurance Workers Comp | 0.00 | 12,578.00 | 12,578.00 | 5032 |
| - Other | 0.00 | 15,418.00 | 15,418.00 | 5039 |
| Fees - Payroll Processing | 0.00 | 8,195.96 | 8,195.96 | 5045 |
| Fees - Escrow | 0.00 | 842,958.55 | 842,958.55 | 5046 |
| - Other | 0.00 | 12,301.53 | 12,301.53 | 5047 |
| Expenses for Asset Sales | 0.00 | 19,205.73 | 19,205.73 | 5048 |
| Rent - Office | 0.00 | 3,999,345.58 | 3,999,345.58 | 5050 |
| - Adjustment for Administrative Subtenant Rent Revenue | (321.80) | (530,756.69) | (531,078.49) | 5050a |
| - Equipment | 0.00 | 1,695.89 | 1,695.89 | 5051 |
| - Warehouse | 11,407.78 | 441,429.96 | 452,837.74 | 5052 |
| - Bulova | 0.00 | 310,130.75 | 310,130.75 | 5053 |
| - Other | 936.00 | 40,721.27 | 41,657.27 | 5059 |
| Costs - Vacating 885 Third Avenue | 0.00 | 19,635.08 | 19,635.08 | 5111 |
| Telephone and Telegraph | 0.00 | 360,456.68 | 360,456.68 | 5060 |
| Communication Fees | 9,600.00 | 631,832.76 | 641,432.76 | 5061 |
| Utilities - Electricity | 394.72 | 12,089.24 | 12,483.96 | 5070 |
| Office Supplies & Expense - Maint. & Repairs | 0.00 | 79,338.86 | 79,338.86 | 5080 |
| - Moving & Storage | 1,664.73 | 197,572.38 | 199,237.11 | 5081 |
| - Postage/Handling/Preparation | 0.00 | 40,834.72 | 40,834.72 | 5082 |
| - Reproduction | 0.00 | 183,889.65 | 183,889.65 | 5083 |
| - Locksmith | 0.00 | 5,811.39 | 5,811.39 | 5084 |
| - Security | 0.00 | 249,897.70 | 249,897.70 | 5085 |
| - Supplies | 0.00 | 3,342.03 | 3,342.03 | 5086 |
| - Temporary Help | 0.00 | 4,588,642.69 | 4,588,642.69 | 5087 |
| - Process Server - Complaints | 6,491.08 | 63,400.00 | 69,891.08 | 5088 |
| - Other | 0.00 | 33,798.47 | 33,798.47 | 5089 |
| Taxes | 0.00 | 527.48 | 527.48 | 5090 |
| NYC Commercial Rent Tax | 1,096.81 | 153,172.66 | 154,269.47 | 5091 |
| Claims Related Costs - Mailing Costs | 0.00 | 23,053.28 | 23,053.28 | 5101 |
| - Publication | 0.00 | 163,961.13 | 163,961.13 | 5102 |
| - Supplies | 0.00 | 16,244.58 | 16,244.58 | 5103 |
| - Printing | 0.00 | 2,207.42 | 2,207.42 | 5104 |
| Court Related Noticing - Postage/Handling/Preparation *See Note Below | 0.00 | 0.00 | 0.00 | 5106 |
| - Reproduction | 0.00 | 0.00 | 0.00 | 5107 |
| - Supplies | 0.00 | 0.00 | 0.00 | 5108 |
| Scanning - Investigation | 461.43 | 5,053,194.07 | 5,053,655.50 | 5110 |
| Foreign Research | 0.00 | 38,975.00 | 38,975.00 | 5112 |
| Miscellaneous | 0.00 | 0.05 | 0.05 | 5115 |
| Hosting Expense | 390,596.34 | 8,344,534.77 | 8,735,131.11 | 5244 |
| Sub-total General Admin. Disbursements | $422,327.09 | $31,312,327.02 | $31,734,654.11 | |

| Professional Fees and Expenses | | | | |
|---|---:|---:|---:|---|
| Trustee Fees | 113,051.70 | 4,965,740.55 | 5,078,792.25 | 5200 |
| Trustee Expenses | 0.00 | 2,549.25 | 2,549.25 | 5201 |
| Trustee Counsel Fees (Baker) | 10,421,542.22 | 250,797,200.05 | 261,218,742.27 | 5210 |
| Trustee Counsel Expenses (Baker) | 186,882.29 | 6,334,094.16 | 6,520,976.45 | 5211 |
| Trustee Counsel Fees (Windels) | 0.00 | 12,538,772.46 | 12,538,772.46 | 5212 |
| Trustee Counsel Expenses (Windels) | 0.00 | 224,699.50 | 224,699.50 | 5213 |
| Special Counsel Fees | 3,890,461.85 | 8,785,542.92 | 12,676,004.77 | 5220 |
| Special Counsel Expenses | 379,869.47 | 985,226.77 | 1,365,096.24 | 5221 |
| Consultant Fees | 12,679,879.23 | 198,018,208.30 | 210,698,087.53 | 5240 |
| Consultant Expenses *See Note Below | 743,511.67 | 7,561,095.50 | 8,304,607.17 | 5241 |
| Investment Banker Fees | 0.00 | 1,050,000.00 | 1,050,000.00 | 5242 |
| Sales Tax | 4,624.88 | 982,491.36 | 987,116.24 | 5243 |
| Mediator Fees | 0.00 | 629,113.50 | 629,113.50 | 5245 |
| Mediator Expenses | 0.00 | 4,942.96 | 4,942.96 | 5246 |
| Receiver Counsel Fees | 0.00 | 300,000.00 | 300,000.00 | 5260 |
| Receiver Counsel Expenses | 0.00 | 6,449.08 | 6,449.08 | 5261 |
| Receiver's Consultants Fees | 0.00 | 316,000.00 | 316,000.00 | 5262 |
| Receiver's Consultants Expenses | 0.00 | 15,000.00 | 15,000.00 | 5263 |
| Sub-total Professional Fees and Expenses | $28,419,823.31 | $493,517,126.36 | $521,936,949.67 | |
| Total Administrative Disbursements | $28,842,150.40 | $524,829,453.38 | $553,671,603.78 | |

Page 2

* See Supporting Schedule on Page 6

Period Ended March 31, 2012

Report No. 40

### CASH DISBURSEMENTS:

| Claim Related Disbursements | Net Change for Period | Prior Period Cumulative | Total Paid | Customer Fund | Cumulative Totals General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| Customer - Paid Bank Loan | | | | | | | |
| - Securities - Cash in Lieu | | | | | | | 6921 |
| - Securities - Purchases | 1,806,364.52 | 1,113,904,915.49 | 1,115,711,280.01 | 325,008,604.44 | | 790,702,675.57 | 6022 |
| - Indemnification | | | | | | | 6023 |
| - Cash Balance | | | | | | | 6031 |
| Customer - | | | | | | | 6041 |
| Customer - | | | | | | | 6050 |
| Customer - Trustee Journal Entry per Allocation | | | | | | | 6060 |
| Other - Contractual Commitments | | | | | | | 6006 |
| - Pd. Bank Loan | | | | | | | 6111 |
| - Indemnification | | | | | | | 6121 |
| Other - | | | | | | | 6131 |
| Other - | | | | | | | 6140 |
| Other - | | | | | | | 6150 |
| Other - Trustee Journal Entry per Allocation | | | | | | | 6160 |
| | | | | | | | 6180 |
| General Creditor | | | | | | | 6280 |
| Sub-total Claim Disbursements | $1,806,364.52 | $1,113,904,915.49 | $1,115,711,280.01 | $325,008,604.44 | $0.00 | $790,702,675.57 | |
| Other Disbursements (except investments) | | | | | | | |
| SIPC - Refunds - Recoupment | | | | | | | 6301 |
| - Indemnification | | | | | | | 6310 |
| - Contr. Commitments | | | | | | | 6311 |
| - Paid Bank Loan | | | | | | | 6321 |
| - Subrogation *See Note (4) | | | | | | | 6322 |
| Other - | | | | | | | 6400 |
| Other - | | | | | | | 6401 |
| Other - | | | | | | | 6402 |
| Other - | | | | | | | 6403 |
| Other - | | | | | | | 6404 |
| Sub-total Other Disbursements | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Investments by Trustee - Purchases *See Notes (1) and (2) | $140,979.69 | $3,013,911,091.96 | $3,014,052,071.65 | | | | 1900 |
| Sub-total Administrative Disb. - page 2 | $28,842,150.40 | $524,829,453.38 | $553,671,603.78 | $0.00 | $0.00 | $553,671,603.78 | |
| Total Disbursements | $30,789,494.61 | $4,652,645,460.83 | $4,683,434,955.44 | $325,008,604.44 | $0.00 | $1,344,374,279.35 | |
| Total Receipts less Disbursements | ($13,410,997.36) | $59,630,773.96 | $46,219,776.60 | $2,753,914,634.27 | $0.00 | ($318,253,911.46) | |
| Ending Cash Balance *See Note (3) | $46,219,776.60 | | | | | | |

Page 3

* Note (1) On January 30, 2009, Depository Trust & Clearing Corp. transferred to the Trustee's brokerage account 1,601 securities positions with a market value of $291,203,372. Subsequently, additional funds and securities totalling $17,631,646 were transferred into this account.
On September 26, 2011 a total of $11,500,000 was transferred from this account into a distribution account established at Citibank.
In November 2011, $2,145,952 in cash and $293,816,331 in securities were transferred into the Citibank preferred custody account.
In December 2011 and January 2012, $11,025 in cash was transferred to the Citibank operating account prior to closing the account.
The total net equity value of this account at March 31, 2012 is $0.

* Note (2) On August 27, 2009, a preferred custody account maintained by Citibank was established and $1,843,468,493 has been transferred into the account.
On September 22, 2011, a total of $390,100,000 was transferred from this account into a distribution account at Citibank.
In addition, on December 21, 2009, an insured money market account maintained by Citibank was established and $135,643,575 has been transferred into the account.
Then on December 22, 2010 a third Citibank account was established for settlements reached and $1,022,067,270 has been transferred into the account.
On October 21, 2011, a total of $13,000,000 was transferred from this account into a distribution account at Citibank.
As of March 31, 2012 the total net equity value of these three accounts was $2,687,868,670.

*(See page 5 for more details)*

* Note (3) The ending cash balance includes a $37,128,381.04 balance in the Citibank Business Checking Account and $9,091,395.56 in the Citibank Distribution Account.

* Note (4) SIPC has deferred receiving a subrogation payment of $8,351,074.74 as of October 5, 2011 and the Trustee is holding these funds at the present time.

Period Ended March 31, 2012                                       Report No. 40

## SUMMARY INFORMATION ON STATUS OF LIQUIDATION

|  | Customer Claimants | Broker/Dealer Claimants | General Estate Claimants |
|---|---|---|---|
| Claims received | 16,519 | 49 | 94 |
| Claims satisfied by distribution of cash and/or securities: | | | |
| a. As part of the transfer in bulk | | | |
| b. On an account by account basis-Fully Satisfied (1) | 976 | | |
| c. On an account by account basis-Partially Satisfied (1) | 1,418 | | |
| | 2,394 | - | - |
| Claims Determined - no claims | 12 | | |
| Claims Deemed Determined - pending litigation | 243 | | |
| Claims Determined - withdrawn | 153 | | |
| Claims Determined but not yet satisfied (1) | 36 | | |
| Claims under review | 2 | 49 | 94 |
| Claims Denied: | | | |
| a. No Claims | | | |
| c. Assets at Another Broker | | | |
| c. Other Denials for which no objections were filed (1) | 9,533 | | |
| d. Denials for which objections were filed: | | | |
| - Hearing not yet set | 3,502 | | |
| - Set for Hearing | 644 | | |
| - Adjudicated | | | |
| | 14,125 | 49 | 94 |

Accounts with cash and/or securities which were transferred in bulk
            Filing Date Value
Customer name securities distributed
Customer fund securities distributed

$ _____

(1) To the extent satisfied, customer claims have been paid with up to
    the maximum SIPC advance of $500,000.


_____              4-18-12
(Trustee's Signature)                    (Date)

_____              4-17-12
(Accountant's Signature)                 (Date)

Page 4

Period Ended March 31, 2012

Report No. 40

# IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS LLC
## Citibank Investment Accounts

| | Citibank Preferred Custody Accounts A/C 25D0070578768 | | | | Citibusiness IMMA Account A/C 25D0076215768 | | |
|---|---|---|---|---|---|---|---|
| | Cash Assets/Mutual Funds | U.S. Treasury Bills | US Treasury Notes | Accrued Interest | Account Balance | Cash Assets/Mutual Funds | Account Balance | Total Citibank |
| Balance February 29, 2012 | 2,571,942 | 1,437,446,079 | 102,833,261 | 21,629 | 1,542,872,911 | 1,009,067,270 | 135,614,856 | 2,687,555,037 |
| Transferred from the Citibank Operating Account | | | | | | | | |
| Maturing of U.S. Treasury Bills | | | | | | | | |
| Sales of Securities-U.S. Treasury Notes | | | | | | | | |
| Purchase of Securities | | | | | | | | |
| Unrealized Gain or (Loss) | | 164,308 | (36,103) | | 128,205 | | | 128,205 |
| Interest and Dividends Earned | | | | | | | | |
| Interest | | | | 10,981 | 10,981 | 145,707 | 28,719 | 185,407 |
| Dividends | 20 | | | 1 | 21 | | | 21 |
| Balance March 31, 2012 | 2,571,962 | 1,437,610,387 | 102,797,158 | 32,611 | 1,543,012,118 | 1,009,212,977 | 135,643,575 | 2,687,868,670 |

Page 5

Period Ended March 31, 2012                                                                                      Report No. 40

### IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS LLC
### Consultant Expenses for Court Related Noticing

|  | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid |
|---|---|---|---|
| Postage / Handling / Preparation | 22,104.49 | 367,428.68 | 389,533.17 |
| Reproduction Costs |  | 516,872.10 | 516,872.10 |
| Supplies | 3,139.25 | 72,741.96 | 75,881.21 |
| Total *See Note Below | $25,243.74 | $957,042.74 | $982,286.48 |

Page 6

*Note: All of the expenses above were incurred by consultants in connection with court related noticing procedures, and are included in the Consultant Expenses line (Account #5241) on Page 2 of the SIPC Form 17.