**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>          Debtor, | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>          Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS           )
                                 )   ss:
COUNTY OF DALLAS       )

      JOHN S. FRANKS, being duly sworn, deposes and says:

A.    I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

B.    I am over the age of eighteen years and am not a party to the above-captioned action.

C.    On April 25, 2012, I caused to be served via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibits "A" and "B", a true and correct copy of the following:

    A.  Notice of Hearing on Trustee's Second Omnibus Motion to Expunge Claims and Objections of Claimants That Did Not Invest with BLMIS or in Entities that Invested in BLMIS and Third Omnibus Motion to Expunge Claims and Objections of Claimants That Did Not Invest with BLMIS or in Entities that Invested in BLMIS (Docket No. 4712)

    B.  Notice of Adjournment of Hearing on (i) Trustee's First Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims, (ii) Trustee's Second Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims, and (iii) Trustee's Third Omnibus Motion to Expunge Claims and Objections of Claimants That Did Not Invest with BLMIS or in Entities that Invested in BLMIS (Docket No. 4767)

    C.  Amended Notice of Adjournment of Hearing on (i) Trustee's First Omnibus Motion Seeking to Expunge Objections by Parties That Did Not

File Claims, (ii) Trustee's Second Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims, and (iii) Trustee's Third Omnibus Motion to Expunge Claims and Objections of Claimants That Did Not Invest with BLMIS or in Entities that Invested in BLMIS (Docket No. 4771)

D. Notice of Agenda for Matters Scheduled for Hearing on April 19, 2012 at 10:00 A.M. (Docket No. 4773)

E. Order Granting Trustee's Second Omnibus Motion Seeking To Expunge Objections of Parties That Did Not File Claims (Docket No. 4778)

Executed on Apr. 25, 2012

_____
John S. Franks

Sworn to and subscribed before me this 25TH day of April, 2012

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____
(SEAL)                    Notary Public

3

# Exhibit A

**IN RE: BLMIS. CASE NO: 08-01789 (BRL)**

**EXHIBIT A**
**APRIL 25, 2012**

| NAME | SERVICE ADDRESS |
|---|---|
| PRIVATSTIFTUNG, PORKAR  - B- C/O DR. WOLFGANG LEITNER | PRO SE FILING, KOHLMARKT 14, 1010 WIEN, AUSTRIA |
| WIDINSKI, MAG. MARGIT | PRO SE FILING, KOHLMARKT 8-10, Eingang Wallnerstraße 1, 1010 WIEN, AUSTRIA |
| IFP Independent Financial Partners AG | PRO SE FILING, Feldeggstrasse 55, 8034 Zürich |