UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 08-01789 (BRL)

- - - - - - - - - - - - - - - - - - - - - -x

SECURITIES INVESTOR PROTECTION CORPORATION

Plaintiff.

vs.

BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, et. all,

Defendant.

- - - - - - - - - - - - - - - - - - - - - -x

United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, New York 10004

April 19, 2012

10:01 AM

B E F O R E:

HON. BURTON R. LIFLAND

U.S. BANKRUPTCY JUDGE

Trustees First Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims

Trustees Third Omnibus Motion to Expunge Claims and Objections

Trustees Second Omnibus Motion Seeking to Expunge Objections by Parties That Did Not File Claims

Transcribed by: Nick Gereffi

A P P E A R A N C E S :

BAKER HOSTETLER

Counsel for the Trustee

45 Rockefeller Plaza

New York, NY 10011

BY: JORIAN L. ROSE, ESQ

SIPC v. BLMIS, LLC

P R O C E E D I N G S

THE CLERK: SIPC v. BLMIS.

MR. ROSE: Good morning, Your Honor.

THE COURT: Good morning, Mr. Rose.

MR. ROSE: Before you this morning are three omnibus objections. The first omnibus objection seeks to expunge certain objections filed by parties that the Trustee could not locate claims for, and the Trustee's filed an objection for the first and second omnibus, which is approximately 200 objections that have been filed on the docket.

With respect to one party on the second omnibus objection, Mr. Johnson, the Trustee's counsel was contacted by Mr. Johnson's counsel and due to a typographical error, we've removed him off of the list.

And with respect to the second and third omnibus objection, Your Honor, the Trustee seeks to expunge certain claims objections on books and records grounds that he could not locate any account or other relationship with BLMIS. No objections were filed to the omnibus motions, unless Your Honor --

THE COURT: Does anyone want to be heard?

The basis for the objections is set forth clearly in the motion, and assuming your affidavit of mailing is perfect, your application is granted.

MR. ROSE: Thank you, Your Honor.

THE COURT: Thank you.

I've approved the three orders.

MR. ROSE: Thank you, Your Honor.

(Whereupon these proceedings were concluded at 10:03 AM)

I N D E X

RULINGS


| | Page | Line |
|---|---|---|
| Trustees First Omnibus Objection- approved | 4 | 24 |
| Trustees Second Omnibus Objection- approved | 4 | 24 |
| Trustees Third Omnibus Objection- approved | 4 | 24 |

C E R T I F I C A T I O N

I, Nick Gereffi, certify that the foregoing transcript is a true and accurate record of the proceedings.

Nick Gereffi

Digitally signed by Nick Gereffi
DN: cn=Nick Gereffi, o=Veritext, ou, email=digital1@veritext.com, c=US
Date: 2012.04.23 14:30:51 -04'00'

______________________________________

NICK GEREFFI

Veritext
200 Old Country Road
Suite 580
Mineola, NY 11501

Date: April 20, 2012