UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS               )
                             )  ss:
COUNTY OF DALLAS             )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 1, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000258)

Executed on ___May 8___, 2012

_____
John S. Franks

Sworn to and subscribed before me this __8th__ day of __May__, 2012

(SEAL)                                    _____
                                           Notary Public

# Exhibit A

SERVICE LIST A
TRANSFER NUMBERS 4000258
5/1/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | BMIS Funding IDC, LLC | Attention: Michael G. Linn | c/o Farallon Capital Management LLC | One Maritime Plaza, Suite 2100 | San Francisco | CA | 94111 |