UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

### AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 4, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000262)

4. On May 4, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    B. Notice of Transfer of Allowed Claim (Transfer Number T000263)

Executed on _May 8_, 2012

_____
John S. Franks

Sworn to and subscribed before me this _8th_ day of _May_, 2012



_____
Shannon Outland

(SEAL)                                     Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS 0000262**
**5/4/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Dolos V LLC | Attention: David Sharpe | 1345 Avenue of the Americas | | New York | NY | 10105 |
| | X | | Archer & Greiner, PC | Attention: Tiffany W. Donio, Esq. | One Centennial Square | | Haddonfield | NJ | 08033 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS 0000263**
**5/4/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Dolos V LLC | Attention: David Sharpe | 1345 Avenue of the Americas | | New York | NY | 10105 |
| | X | | Archer & Greiner, PC | Attention: Tiffany W. Donio, Esq. | One Centennial Square | | Haddonfield | NJ | 08033 |