BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Deborah H. Renner, Esq.
Email: drenner@bakerlaw.com
Thomas L. Long, Esq.
Email: tlong@bakerlaw.com
Marc E. Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Samir Ranade, Esq.
Email: sranade@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                         Plaintiff,<br><br>                   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                         Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                         Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON MAY 15, 2012 AT 10:00 A.M.**

**CONTESTED MATTER**

300245381.1

**PICARD v. TROTANOY INVESTMENT COMPANY, LTD; Adv. Pro. No. 10-5208**

1. Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Agreement By and Between The Trustee and Trotanoy Investment Company, Ltd. filed by Deborah H. Renner on behalf of Irving H. Picard (Filed: 03/26/2012) [ECF No. 50]

   Related Documents:

   A. Affidavit of service (related document 50) filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed: 03/29/2012) [ECF No. 51]

      Objection Deadline:   April 26, 2012

Objections Filed:

   B. Opposition to Motion for Entry Approving a Settlement Agreement By and Between the Trustee and Trotanoy Investment Company, Ltd. (related document 50) filed by filed by Steven Surabian, Richard Surabian, Martin M. Surabian (Filed: 04/04/2012) [ECF No. 53]

Replies Filed:

   C. Trustee's Response to Objection of Steven Surabian, Richard Surabian and Martin M. Surabian to Approval of a Settlement Between the Trustee and Trotanoy Investment Company Ltd. (related documents 50, 53) filed by David J. Sheehan on behalf of Irving H. Picard, Esq.  (Filed: 4/30/2012) [ECF No. 55]

   Related Documents:

   D. Affidavit of Service of Trustee's Response to Objection of Steven Surabian, Richard Surabian and Martin M. Surabian to Approval of a Settlement Between the Trustee and Trotanoy Investment Company Ltd. (related document 55) filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed: 5/08/2012) [ECF No. 56]

Additional Filings:

   E. Notice of Adjournment of Hearing on the Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Agreement By and Between The Trustee and Trotanoy Investment Company, Ltd (related documents 50) filed by David J. Sheehan on behalf of Irving H. Picard.  (Filed: 05/08/2012) [ECF No. 57]

   F. Affidavit of Service of Notice of Adjournment of Hearing on the Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules

- 2 -

300245381.1

2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Agreement By and Between The Trustee and Trotanoy Investment Company, Ltd (related documents 57) filed by Marc E. Hirschfield on behalf of Irving H. Picard. (Filed: 05/14/2012) [ECF No. 58]

Status: This matter is going forward.

| | |
|---|---|
| Dated: New York, New York<br>May 14, 2012 | Respectfully submitted,<br><br>/s/ *Marc E. Hirschfield*<br>BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan, Esq.<br>Email: dsheehan@bakerlaw.com<br>Deborah H. Renner, Esq.<br>Email: drenner@bakerlaw.com<br>Thomas L. Long, Esq.<br>Email: tlong@bakerlaw.com<br>Marc E. Hirschfield, Esq.<br>Email: mhirschfield@bakerlaw.com<br>Samir Ranade, Esq.<br>Email: sranade@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff* |