ALLEN B. WEST
22ND DISTRICT, FLORIDA

1708 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-0922
202-225-3026
FAX 202-225-8398

6300 NE 1ST AVENUE, SUITE 100
FT. LAUDERDALE, FL 33334
954-202-6211
FAX 954-202-6212

3111 SOUTH DIXIE HIGHWAY, SUITE 308
WEST PALM BEACH, FL 33405
561-655-1943
FAX 561-655-8018

COMMITTEES:
ARMED SERVICES
SUBCOMMITTEES:
EMERGING THREATS AND CAPABILITIES
MILITARY PERSONNEL

SMALL BUSINESS
SUBCOMMITTEES:
INVESTIGATIONS, OVERSIGHT,
AND REGULATIONS
CONTRACTING AND WORKFORCE

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0922

May 7, 2012

Mr. David Gross
7248 Ballantrae Court
Boca Raton, FL 33496-1422

Dear Mr. Gross:

Thank you for your recent letter requesting my assistance. Congressional courtesy requires that each member be given the privilege of serving his or her own constituents.

Since your address falls in Congressional District 19, I am referring your letter to the Honorable Ted Deutch. His address is 2500 N. Military Trail, Boca Raton, FL 33431. The telephone number is 561-988-6302.

I am sure that office will be able to assist you.

Steadfast and Loyal,

Allen B. West
Member of Congress

AW/km



RECEIVED
MAY 15 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Pg 2 of 10

*[Handwritten at top:]* OBSERV ~~1986~~ SINCE 1986

IS MY TAXES I PAID PART OF MY INVESTMENT — PAID FROM OTHER ACCOUNT — LEGITIMATE INCOME

**TEAM USA**
David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

Media Contact:
Amanda Remus
212-847-2826
aremus@bakerlaw.com

**Statement from the office of Irving H. Picard, SIPA Trustee for the Liquidation of Bernard L. Madoff Investment Securities ("BLMIS")**

*[Handwritten:]* THIS ADD IT COULD INVESTMENT

Attributable to Amanda Remus, spokesperson for the SIPA Trustee:

On December 21, 2011, the SIPA Trustee filed a motion – with the United States Bankruptcy Court for the Southern District of New York – for approval of an approximately $326 million settlement with the United States of America, on behalf of the Internal Revenue Service. The settlement was approved by the Honorable Judge Burton R. Lifland of the United States Bankruptcy Court for the Southern District of New York on December 21, 2011. The funds will be added to the BLMIS Customer Fund.

The SIPA Trustee had determined that BLMIS falsely debited the accounts of 145 foreign accountholders for alleged income tax withholding and paid to the IRS such withheld amounts related to alleged dividends. However, because no securities were purchased on which the alleged dividends were paid, no taxes should have been withheld.

The SIPA Trustee will credit each foreign account holder's BLMIS account, where appropriate, for the debited amounts of the withholding payments made to the IRS. Credits to the accounts will not be made until the Trustee receives the settlement payment.

Upon entry of a final and unappealable order, which will include a channeling injunction, all claims against the IRS with respect to such withholdings will have to be pursued in the Bankruptcy Court.

*[Handwritten:]* I DAVID GROSS PAID FEDERAL TAXES AND NEW YORK STATE TAXES ON REPORTING FRAUDULENT INCOME SINCE THE YEAR 1986 — CAN I GET CREDIT FOR THIS — PLEASE ADVISE

*[Signature:]* David Gross

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

**RECEIVED MAY 15 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

## NIAP Update 3-20-12

**Network For Investor Action** <admin@investoraction.org>    Tue, Mar 20, 2012 at 11:18 AM
To: davidgross63@gmail.com



**Network for Investor Action and Protection**

Tuesday
March 20, 2012

**Special Alert:** New York Mets Settle with Madoff Trustee for $162 Million. We'll have more information in our next update.

### Headlines:

Congressman Scott Garrett and Members of the Subcommittee Call for Immediate SIPC Reform

Senator Vitter, SIPC CEO, Ron Stein and Panelists Offer Varying Opinions on SIPC's Role in Investor Protection

Ron Stein Urges Congress to Enact Crucial Investor Protection Legislation

Next Steps: Grassroots Campaign Underway!

We are soliciting victim stories to contribute to the

# Congress Holds Hearing on H.R. 757, Ron Stein Testifies on Behalf of Victims

Please forward this email, click here to:
Forward-to-a-Friend

**MESSAGE FROM THE NIAP PRESIDENT**



I recently testified on behalf of victims before the U.S. House Financial Services Subcommittee on Capital Markets and Government Sponsored Enterprises. This hearing marked an important milestone in our advocacy and policy efforts congruent to H.R. 757. Below you'll find a brief summary on the hearing and my testimony. For a full length summary, including comments of several of the Congressmen who understand our issue and continue to support innocent victims, please click here. While this hearing was a great stride in the right direction for sound investor protection, the crucial next step is to continue to capitalize on this momentum and surge our efforts. I ask you to join us in our grassroots letter-writing campaign urging Congress to pass H.R. 757. We've included all the information below the hearing summary that you need to fully engage in the campaign.



Dear Congressman,

I am writing to thank you for your support for H.R. 757, the "Equitable Treatment of Investors Act, introduced by Congressman Scott Garrett. It is a relief to know that you and other elected representatives understand how this bill will provide important relief to many victims of investor fraud but, more importantly, seeks to add critical protection for all US investors.

Although SIPA mandates up to $500,000 in SIPC insurance based on a customer's last statement, Congress has stood by and allowed SIPC to deprive Madoff and Stanford investors of the benefit of the law, upon which every investor had a right to rely. Only a few of you have acted to enforce the law to protect Americans who invest in the stock market.

Unless H.R. 757 is enacted, SIPA should be repealed because it perpetrates a fraud -- with Congress' blessing -- on every American who invests through an SEC-regulated broker dealer and is given the false assurance that his account is insured up to $500,000.

Your continued support to see this bill thru the legislative process is urgently needed.

Thank you again for your support

Sincerely,

561-483-4543

MARCH   2012

DAVID GROSS
7248 BALLNTRAE CT.
BOCA RATON, FL. 33496

5614834543                                           516 263 3642



Dear Congressman,

I am writing to request your support for H.R. 757, the Equitable Treatment of Investors Act introduced earlier this year by Congressman Scott Garrett. This bill provides important relief to many victims of investor fraud but, more importantly, seeks to add critical protection for all US investors.

I've seen how these types of frauds have ruined the lives of so many innocent investors. It is my understanding that the SIPC logo ensures that a broker-dealer is registered and regulated by the US government, however, recent publicized broker failures (Madoff and Stanford) seem to indicate otherwise, and victims of these financial crimes are being told that their statements mean absolutely nothing.

Please right this wrong. At a time when Wall Street seems to be running the show, it's time for our elected representatives to protect Main Street's investments. Please join with Congressman Garrett in sponsoring this bill. Thank you in advance for your time and consideration.

Thank you again for your support

*[signature]*

DAVID GROSS

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496



David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

I AM A RESIDENT OF THE STATE OF FLORIDA A VICTIM OF BERNARD L. MADOFF'S FRAUD AND A VICTIM OF CONGRESS UTTER FAILURE TO ASSURE THAT SIPC COMPLIES WITH THE LAW. ALTHOUGH SIPA MANDATES UP
TO $500,00 IN SIPC INSURANCE BASED ON A CUSTOMER'S LAST STATEMENT. CONGRESS HAS STOOD BY AND ALLOWED SIPC TO DEPRIVE MADOFF AND STANFORD INVESTERS OF THE BENEFIT OF THE LAW. UPON WHICH EVERY INVESTER HAD A RIGHT TO RELY. ONLY A FEW OF YOU HAVE ACTED TO ENFORCE THE LAW TO
PROTECT AMERICANS WHO INVEST IN THE STOCK MARKET. CONGRESSMAN GARRETT AND THE CO-SPONSORS
OF H.R. 757 ARE THE ONLY PEOPLE IN CONGRESS WHO HAVE SOUGHT TO ENFORCE THE LAW AND PROTECT AMERICAN INVESTERS. UNLESS H.R. 757 IS ENACTED, SIPA SHOULD BE REPEALED BECAUSE IT PERPETRATES A FRAUD -- WITH CONGRESS' BLESSING -- ON EVERY AMERICAN WHO INVESTS THROUGH AN SEC- -- REGULATEDE BROKER DEALER AND IS GIVEN THE FALSE ASSURANCE THAT HIS ACCOUNT IS INSURED UP TO $500,000.

THIS TRAVESTY HAS BEEN PERPETRATED BY SIPC SINCE 2009. ISN'T IT TIME THAT YOU STEPPED FORWARD TO PROTECT THE AVERAGE AMERICAN WHO REASONABLY ASSUMED THAT THE LAW IS THE LAW.

DAVID GROSS    7248 BALLANTRAE CT. BOCA RATON FLORIDA 33496

561 483 4543      CELL 516 263 3642

DAVID WANTS YOU TO HAVE A GOOD DAY



David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

The Nature Conservancy
Ms. Irma Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

To Whom it may concern:



David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

561-483-4543

## I URGE YOU TO SUPPORT HR 757

I am a middle class, tax paying, law abiding member of the community. I am not a financial wizard, and have never pretended to be. I believe our system is a great one, and I vote in every election as a reflection of that belief.

My taxes go towards hiring competent, bright people whose job may sometimes involve protecting and guiding me in my financial decisions.

When I invested my hard earned savings (retirement) dollars with BLMIS, it was with this very much in mind. The SEC found no problems with Bernard Madoff Securities when they investigated him, and that was critical in my decision making.

I was devastated when I read that his investment strategy was a scam. But then I learned that SIPC had insurance for some of my investment. I was not happy, but I was a little relieved. That didn't last very long.

I soon learned that not only was I not going to receive any insurance money, but that I was going to be treated like a criminal by the trustee who is supposed to represent me for clawback. How ironic that the same people I had confidence in to protect me (for my retirement years) were now going to extend my nightmare even deeper.

I never dreamed that this investment was not legitimate. And to have lost it is dreadful beyond words. And to subsequently be attacked for having lived on the income from that investment (and having paid taxes on that money) is unjust!!

Please support HR 757 to help right some of those wrongs!!!



David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

#1 OF 2

Mr. & Mrs. David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

DAVID GROSS   7248 BALLANTRAE CT BOCA RATON FLORIDA 33496

561 483 4543

IN 1986 I WAS SOLICITED BY RICHARD SPRING TO INVEST FUNDS WITH

COHMAD . I THEN WAS INTRODUCED TO A SONNY COHN AT HIS OFFICE

IN NEW YORK CITY LOCATED ON THIRD AVENUE. MR. COHN THEN PROCEEDED

TO GIVE ME A TOUR OF EMPLOYEES BEHIND MANNY COMPUTERS WHO

AT THIS TIME WAS SUGGESTED TO ME THAT THEY WERE TRADIING IN THE

STOCK MARKET . THIS WAS VERY IMPRESSIVE AND TO ASSURE ME THAT

I WAS DOING THE PROPER THING , I WAS TOLD THAT MANNY IMPRESSIVE

AND ASSTUTE PEOPLE WERE CLIENTS OF THEIRS BY NAME DROPPING.

IT WAS SO IMPRESSIVE , THAT I WAS SOLD ON THEIR INTRODUCTION .

EACH YEAR , FOLLOWING I WAS GIVEN A REPORT INDICATING THE

FINANCIAL STATUS OF MY INVESTMENTS AND WHAT I SHOULD REPORT ON

MY FEDERAL TAXES AND AT THE TIME CONTRIBUTED TO THE NEW YORK STATE

TAXES. I WAS IMPRESSED WITH THE RETURNS OF MY INVESTMENT S WITH

THE FIRM OF COHMAD WHICH MR. MADOFF WAS A PARTNER AND EVENTUALLY

INTRODUCED TO BERNARD MADOFF. I CONTINUED TO CONTRIBUTE ADDITIONAL

FUNDS EVERY YEAR . EACH AND EVERY YEAR I PAID TAXES ON THIS REPORTED INCOME.

THE TIME CAME IN 1994 , I WAS ADVISED BY THE FIRM REPRESENTATIVE THAT WERE

OVERSEERING MY ACCOUNT BY THE NAME OF RICHARD SPRING AND MAURICE COHN

THAT I SHOULD FEEL VERY COMFORTABLE WITH THE RESULTS OF RETURNS THAT

I RECIEVED AND I HAD SUFFICIENT FUND NOW TO HAVE MY OWN ACCOUNT WITH

BLMIS ( BERNARD MADOFF) AND I WOULD GET REPORTS FROM THIS FIRM.

SINCE COHN AND SPRING REPRESENTED MY INTEREST UP TO THIS TIME I

1

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496



David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

HAD NO REASON TO DOUBT THEM. I DAVID GROSS CONTINUED TO CONTRIBUTE ADDITIONAL FUNDS INCLUDING ADDING ANOTHER ACCOUNT FOR MY IRA RETIREMENT ACCOUNT. UNTIL I REACHED THE AGE OF HAVING TO WITHDRAW FUNDS REQUIRED BY LAW, I USED THESE FUNDS TO PAY INCOME TAXES FEDERAL AND STATE.

I BELIEVE THAT, COHN AND SPRING RECIEVED CONSIDERATION IN FUNDS REPRESENTING THE ACCOUNTS OF IRMA AND DAVID GROSS AND THE ACOUNT OF DAVID GROSS.

IT HAS BEEN DEVASTED, FOR ME AND MY FAMILY TO LEARN THAT ALL THESE YEARS I HAVE BEEN DECIEVED BY A FRAUD.

THE YEARS OF 1986, UNTIL THE COLLAPSE OF BLMIS I PAID TAXES IN EXCESS OF OVER A MILLION DOLLARS.

THE UNITED STATES GOVERMENT WAS THE REAL BENEFICIAL WINNER BY GETTING INCOME ON A FRAUD BASIS WHICH WAS NOT REAL, ALL THESE YEARES.

THE DISAPPOINTING, PART OF IT ALL IS THAT IN MY CASE BEING INNOCENT OF THE GOINGS ON WITH THE MISREPRESENTIIVES OF ALL THE GOVERMENT AGENCIES THAT ALLOWED BLMIS TO SAY OUR ACCOUNTS WAS REPRESENTED BY THE UNITED STATES AGENCIES THAT WERE SUPPOSINGLY LOOKING OUT FOR THE INDIVIDUAL INVESTER.

IN MY OPINION, I FEEL THERE HAS BEEN AN INJUSTICE TO MYSELF AND OTHER INVESTERS BY LOSING CONFIDENCE IN OUR FINANCIAL SYSTEM BY ALLOWING THE FRAUD TO CONTINUE WHEN OUR REPRESENTATIVES AT THE TIME IGNORED THE WARNINGS.

SINCERELY,

*[signature]*

P.S. IT WOULD GREATLY BE APPRECIATED, IF IT WERE POSSIBLE TO RIGHT A WRONG FOR THOSE OF US PAID TAXES AND WERE INNOCENT VICTIMS

2

Mr. & Mrs. David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

*FROM 1986 — COULD MAY BLMIS*

*INCOME TAX WAS PAID ON FRAUDULENT INCOME — TAXES WAS PAID FROM LEGITIMATE INCOME — GOALS CREATED ADDITIONAL INVESTMENT*

**TEAM USA**
David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

Media Contact:
Amanda Remus
212-847-2826
aremus@bakerlaw.com

Statement from the office of Irving H. Picard, SIPA Trustee for the Liquidation of Bernard L. Madoff Investment Securities ("BLMIS")

Attributable to Amanda Remus, spokesperson for the SIPA Trustee:

On December 21, 2011, the SIPA Trustee filed a motion – with the United States Bankruptcy Court for the Southern District of New York – for approval of an approximately $326 million settlement with the United States of America, on behalf of the Internal Revenue Service. The settlement was approved by the Honorable Judge Burton R. Lifland of the United States Bankruptcy Court for the Southern District of New York on December 21, 2011. The funds will be added to the BLMIS Customer Fund.

The SIPA Trustee had determined that BLMIS falsely debited the accounts of 145 foreign accountholders for alleged income tax withholding and paid to the IRS such withheld amounts related to alleged dividends. However, because no securities were purchased on which the alleged dividends were paid, no taxes should have been withheld.

The SIPA Trustee will credit each foreign account holder's BLMIS account, where appropriate, for the debited amounts of the withholding payments made to the IRS. Credits to the accounts will not be made until the Trustee receives the settlement payment.

Upon entry of a final and unappealable order, which will include a channeling injunction, all claims against the IRS with respect to such withholdings will have to be pursued in the Bankruptcy Court.

*I DAVID GROSS PAID FEDERAL TAXES AND NEW YORK STATE TAXES ON REPORTING FRAUDULENT INCOME SINCE THE YEAR 1986 — CAN I GET CREDIT FOR THIS — PLEASE ADVISE*

*David Gross [signature]*

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422