BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:   (212) 589-4200
Facsimile:   (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MAY 16, 2012 AT 10:00 A.M.**

**CONTESTED MATTER**

**PICARD v. DEFENDANTS IDENTIFIED IN EXHIBIT A**

1.    Application by Way of Order to Show Cause Seeking Entry of an Order Directing Defendants to Make Expedited Limited Initial Disclosures, Or to Provide Immediate Notice of Certain Adversary Proceedings filed by Marc E. Hirschfield on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff. (Filed:

    05/07/2012) [See Exhibit A for cases where document is filed]

Related Documents:

A.    Memorandum of Law in Support of Trustee's Application by Way of Order to Show Cause Seeking Entry of an Order Directing Defendants to Make Expedited Limited Initial Disclosures, Or to Provide Immediate Notice of Certain Adversary Proceedings (Filed: 05/07/2012) [See Exhibit A for cases where document is filed]

B.    Affidavit of Torello H. Calvani in Support of the Trustee's Application by Way of Order to Show Cause Seeking Entry of an Order Directing Defendants to Make Expedited Limited Initial Disclosures, Or to Provide Immediate Notice of Certain Adversary Proceedings (Filed: 05/07/2012) [See Exhibit A for cases where document is filed]

    Objection Deadline:   May 14, 2012

Objections Filed:

C.    Response to Motion Bank Hapoalim B.M.'s Memorandum of Law in Response to the Trustee's Application for Expedited Disclosure of Customer Information or, Alternatively, to Require Certain Notices, and the Court's May 8, 2012 Order to Show Cause (related document [5]) filed by Benjamin D. Bleiberg on behalf of Bank Hapoalim B.M (Filed 05/14/2012) [Adv. Pro. No. 12-01216] [See Exhibit A for cases where document is filed]

D.    Motion to Join Joinder by Meritz Marine & Fire Insurance Co. Ltd. in Opposition to the Trustee's Application for Expedited Initial Disclosures Or, Alternatively, to Require Certain Notices (related document [15]) filed by Seong H. Kim on behalf of Meritz Fire & Marine Insurance Co. LTD (Filed 05/14/2012) [Adv. Pro. No. 12-02539] [See Exhibit A for cases where document is filed]

E.    Opposition by Defendant Pictet et Cie to Trustee's Application by Way of Order to Show Cause Seeking Entry of Order Directing Defendants to Make Expedited Initial Disclosures or Provide Immediate Notice of Certain Adversary Proceedings (related document [21]) filed by Michael E. Wiles on behalf of Pictet Et Cie (Filed 05/14/2012) [Adv. Pro. No. 12-01724] [See Exhibit A for cases where document is filed]

F.    Joinder by Korea Exchange Bank and National Bank of Kuwait S.A.K. in Opposition to Trustee's Motion for Expedited Disclosure of or Notices to Customers and Former Customers (related document(s)[12]) filed by Richard A. Cirillo on behalf of Korea Exchange Bank, Individually and as Trustee for Korea Global all Asset Trust I-1, and for Tams Rainbow Trust III (Filed 05/14/2012) [Adv. Pro. No. 12-02572] [See Exhibit A for cases where document is filed]

G.   Joinder by Korea Exchange Bank and National Bank of Kuwait S.A.K. in Opposition to Trustee's Motion for Expedited Disclosure of or Notices to Customers and Former Customers (related document [12]) filed by Richard A. Cirillo on behalf of National Bank of Kuwait S.A.K. (Filed 05/14/2012) [Adv. Pro. No. 12-02554] [See Exhibit A for cases where document is filed]

H.   Joinder by Brown Brothers Harriman & Co. in Opposition to the Trustees Motion to Require Defendants to Make Expedited Disclosure of the Identity and Addresses of Customers and Former Customers or, Alternatively, to Provide Certain Notices to Those Customers and Former Customers (related document [5]) filed by Bruce Sabados on behalf of Brown Brothers Harriman & Co. (Filed 05/14/2012) [Adv. Pro. No. 12-01217] [See Exhibit A for cases where document is filed]

I.   Response to Motion and Order to Show Cause (related document(s)[10]) filed by Jonathan P. Guy on behalf of Koch Industries, Inc., as successor in interest to Koch Investment (UK) Company (Filed 05/14/2012) [Adv. Pro. No. 12-01047] [See Exhibit A for cases where document is filed]

J.   Objection to Motion Docket # 11 Order signed on 5/8/2012 To Show Cause Why Defendants Should Not be Required to Make Expedited Limited Initial Disclosures or to Provide Immediate Notice of Certain Adversary Proceedings filed by Kent A. Yalowitz on behalf of Merrill Lynch Bank (Suisse) SA. (Filed 05/14/2012) [Adv. Pro. No. 11-02910] [See Exhibit A for cases where document is filed]

K.   Objection to Application by Way of Order to Show Cause Seeking Entry of an Order Directing Defendants to Make Expedited Limited Initial Disclosures, or to Provide Immediate Notice of Certain Adversary Proceedings, dated May 14, 2012 (related documents [15], [17], [18], [16], [19]) filed by Evan A. Davis on behalf of Somers Dublin Limited, Somers Nominees (Far East) Limited (Filed 05/14/2012) [Adv. Pro. No. 12-02784] [See Exhibit A for cases where document is filed]

L.   Opposition of Banque Syz and Unifortune to the Trustee's Application for Expedited Disclosure of Customer Information or, Alternatively, to Require Certain Notices (related document(s)[20]) filed by Richard B. Levin on behalf of Banque SYZ & Co., SA. (Filed 05/14/2012) [Adv. Pro. No. 12-02149] [See Exhibit A for cases where document is filed]

M.   Objection to Motion Defendant Bank Julius Baer & Co. Ltd.'S Objection to Trustee's Application by Way of Order to Show Cause Why Defendants Should not be Required to Make Expedited Limited Initial Disclosures or to Provide Immediate Notice of Certain Adversary Proceedings (related document [10]) filed by Virginia I. Weber on behalf of Bank Julius Baer & Co. Ltd. (Filed 05/14/2012) [Adv. Pro. No. 12-02922] [See Exhibit A for cases where document is filed]

N.   Objection to Motion by the Trustee to Require Defendants to Make Expedited Disclosure of the Identity and Addresses of Customers and Former Customers or,

        Alternatively, to Provide Certain Notices to Those Customers and Former Customers (related document [14]) filed by Megan P. Davis on behalf of Banque Privee Espirito Santo S.A., f/k/a Compagnie Bancaire Espirito Santo S.A. (Filed 05/14/2012) [Adv. Pro. No. 12-02571] [See Exhibit A for cases where document is filed]

O.    Opposition of Citigroup Global Markets Limited to the Trustee's Application for Expedited Disclosure of Customer Information or, Alternatively, to Require Certain Notices, dated May 14, 2012 (related document(s)[38], [37], [39], [40], [41]) filed by Carmine Boccuzzi on behalf of Citigroup Global Markets Limited (Filed 05/14/2012) [Adv. Pro. No. 10-05345] [See Exhibit A for cases where document is filed]

P.    Opposition Of Banque Syz And Unifortune To The Trustee's Application For Expedited Disclosure Of Customer Information Or, Alternatively, To Require Certain Notices (related document(s)[13]) filed by Richard B. Levin on behalf of Unifortune Asset Management SGR SPA, Unifortune Conservative Fund (Filed 05/14/2012) [Adv. Pro. No. 11-02533] [See Exhibit A for cases where document is filed]

Q.    Objection To Application by Way of Order to Show Cause Seeking Entry of an Order Directing Defendants to Make Expedited Initial Disclosures, or to Provide Immediate Notice of Certain Adversary Proceedings (related document [17]) filed by Joanna Shally on behalf of Banco Itau Europa International, Banco Itau Europa Luxembourg S.A. (Filed 05/14/2012) [Adv. Pro. No. 12-01019] [See Exhibit A for cases where document is filed]

R.    Opposition (Joinder by Swiss Bank Defendants in Opposition to the Trustee's Application to Require Defendants to Make Expedited Disclosure of the Identity and Addresses of Customers and Former Customers or, Alternatively, to Provide Certain Notices to Those Customers and Former Customers.) (related document [10]) filed by Charles Collier Platt on behalf of BSI AG, individually and as successor in interest to Banco Del Gottardo (Filed 05/14/2012) [Adv. Pro. No. 12-01209] [See Exhibit A for cases where document is filed]

S.    Opposition (related document [16]) filed by Marc J. Gottridge on behalf of Barclays Bank (Suisse) S.A. (Filed 05/14/2012) [Adv. Pro. No. 11-02569] [See Exhibit A for cases where document is filed]

T.    Opposition (related document [16]) filed by Marc J. Gottridge on behalf of Barclays Bank S.A. (Filed 05/14/2012) [Adv. Pro. No. 11-02569] [See Exhibit A for cases where document is filed]

U.    Opposition (related document [16]) filed by Marc J. Gottridge on behalf of Barclays Private Bank & Trust Limited (Filed 05/14/2012) [Adv. Pro. No. 11-02569] [See Exhibit A for cases where document is filed]

V.   Joinder by Spanish Bank Defendants in Opposition to the Trustees Application to Require Defendants to Make Expedited Disclosure of the Identity and Addresses of Customers and Former Customers or, Alternatively, to Provide Certain Notices to Those Customers and Former Customers (related document [37]) filed by Joanna Shally on behalf of Banco Bilbao Vizcaya Argentaria, S.A. (Filed 05/14/2012) [Adv. Pro. No. 10-05351] [See Exhibit A for cases where document is filed]

W.   Joinder of SNS Bank N.V. and SNS Global Custody B.V. in Opposition to Entry of an Order Directing Defendants to Make Expedited Limited Initial Disclosures, or to Provide Immediate Notice of Certain Adversary Proceedings (related documents [13], [17]) filed by George W. Shuster Jr. on behalf of SNS Bank N.V., SNS Global Custody B.V. (Filed 05/14/2012) [Adv. Pro. No. 12-01046] [See Exhibit A for cases where document is filed]

X.   Opposition to Trustee's Application to Require Expedited Disclosure or Notice to Defendant's Customers and Former Customers (related document [3]) filed by Yasmine Lahlou on behalf of Six Sis AG. (Filed 05/14/2012) [Adv. Pro. No. 12-01195] [See Exhibit A for cases where document is filed]

Y.   Opposition by Swiss Bank Defendants to Trustee's Application for Expedited Disclosure or to Provide Notice to Customers and Former Customers (related document [3]) filed by Yasmine Lahlou on behalf of Six Sis AG (Filed 05/14/2012) [Adv. Pro. No. 12-01195] [See Exhibit A for cases where document is filed]

Z.   Response to Motion To Approve Order to Show Cause Why Defendants Should Not be Required to Make Expedited Limited Disclosures or To Provide Immediate Notice of Certain Adversary Proceedings (related document [4]) filed by Robinson B. Lacy on behalf of Standard Chartered Bank International (Americas) Ltd., Standard Chartered International (USA) Ltd. (Filed 05/14/2012) [Adv. Pro. No. 12-01565] [See Exhibit A for cases where document is filed]

AA.  Opposition Joinder in Opposition to the Trustee's Motion to Require Defendants to Make Expedited Disclosure of the Identity and Addresses of Customers or Former Customers or, Alternatively, to Provide Certain Notices to Those Customers and Former Customers (related document [12]) filed by Daniel Schimmel on behalf of Caceis Bank, Caceis Bank Luxembourg (Filed 05/14/2012) [Adv. Pro. No. 12-02758] [See Exhibit A for cases where document is filed]

BB.  Joinder in Opposition to the Trustee's Motion to Require Defendants to Make Expedited Disclosure of the Identity and Addresses of Customers and Former Customers or, Alternatively, to Provide Certain Notices (related document(s)[15], [14][16]) filed by William J. Sushon on behalf of Credit Suisse (Luxembourg) SA, Credit Suisse (UK) Limited, Credit Suisse AG, Credit Suisse AG, Nassau Branch, Credit Suisse AG, Nassau Branch LATAM Investment Banking, Credit Suisse AG, Nassau Branch Wealth Management, Credit Suisse International Limited, Credit

        Suisse London Nominees Limited, Credit Suisse Nominees (Guernsey) Limited, Credit Suisse Securities (USA) LLC, Credit Suisse Wealth Management Limited (Filed 05/14/2012) [Adv. Pro. No. 11-02925] [See Exhibit A for cases where document is filed]

CC.    Defendant Arden Asset Managment LLC's Response to the Trustee's Request for Expedited Discovery (related document [13]) filed by M. William Munno on behalf of Arden Asset Management LLC (Filed 05/14/2012) [Adv. Pro. No. 12-01023] [See Exhibit A for cases where document is filed]

DD.    Falcon Private Bank Ltd.'s (I) Response to the Application by way of Order to Show Cause Seeking Entry of an Order Directing Defendants to Make Expedited Limited Initial Disclosures, or to Provide Immediate Notice of Certain Adversary Proceedings, and (II) Joinder in Certain Briefs in Opposition to the Application filed by Karen Dine on behalf of Falcon Private Bank Ltd. (f/k/a AIG Privat Bank AG) (Filed 05/14/2012) [Adv. Pro. No. 11-02923] [See Exhibit A for cases where document is filed]

EE.    Joinder by Quilvest Finance Ltd. in Opposition to the Trustee's Application, by way of Order to Show Cause, Seeking Entry of an Order Directing Defendants to Make Expedited Limited Initial Disclosures or to Provide Immediate Notice of Certain Adversary Proceedings (related document [15]) filed by Thomas Edward Lynch on behalf of Quilvest Finance LTD. (Filed 05/14/2012) [Adv. Pro. No. 11-02538] [See Exhibit A for cases where document is filed]

FF.    Objection Joinder of Landis Inversiones S.L. to Objection byDefendants Banque Syz & Co, S.A., Unifortune Asset Management Sgr S.P.A. and Unifortune Conservative Fund to Trustee's Order to Show Cause Seeking an Order Directing Defendants to Make Expedited Limited Initial Disclosures, or to Provide Immediate Notice of Certain Adversary Proceedings filed by Ira A. Reid on behalf of Landis Inversiones S.L. (Filed 05/14/2012) [Adv. Pro. No. 11-02930] [See Exhibit A for cases where document is filed]

GG.    Opposition of Vontobel Asset Management Inc. to the Trustee's Motion to Require Defendants to Make Expedited Limited Initial Disclosures, or to Provide Immediate Notice of Certain Adversary Proceedings (related document [4]) filed by Samuel David Levy on behalf of Vontobel Asset Management Inc. (Filed 05/14/2012) [Adv. Pro. No. 12-01202] [See Exhibit A for cases where document is filed]

2.    Notice of Proposed Order /[Proposed] Order To Show Cause Why Defendants Should Not Be Required To Make Expedited Limited Initial Disclosures Or To Provide Immediate Notice Of Certain Adversary Proceedings (Filed: 05/08/2012) [See Exhibit A for cases where document is filed]

        Related Documents:

    A.     Affidavit of Service Order To Show Cause Why Defendants Should Not Be Required To Make Expedited Limited Initial Disclosures Or To Provide Immediate Notice Of Certain Adversary Proceedings entered by the Court on May 8, 2012 (Filed: 05/08/2012) [See Exhibit A for cases where document is filed]

3.     Limited Notice of Withdrawal of Trustees Application Seeking Entry of Order Directing Defendants to Make Expedited Limited Initial Disclosures or Provide Immediate Notice (Filed: 05/11/2012) [See Exhibit A for cases where document Is filed]

    Related Documents:

    A.     Affidavit of Service filed by Marc E. Hirschfield on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff. (Filed: 05/14/2012) [See Exhibit A for cases where document is filed]

4.     Limited Notice of Withdrawal of Trustees Application Seeking Entry of Order Directing Defendants to Make Expedited Limited Initial Disclosures or Provide Immediate Notice (Filed: 05/15/2012) [See Exhibit A for cases where document is filed]

5.     Application by Way of Order to Show Cause Seeking Entry of an Order Directing Defendants to Make Expedited Limited Initial Disclosures, or to Provide Immediate Notice of Certain Adversary Proceedings filed by Howard L. Simon on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Filed: 05/07/2012) [See Exhibit A for cases where document is filed]

    Related Documents:

    A.     Notice of Proposed Order To Show Cause Why Defendants Should Not Be Required To Make Expedited Limited Initial Disclosures Or To Provide Immediate Notice Of Certain Adversary Proceedings (related document(s)18) filed by Howard L. Simon on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Filed: 05/08/2012) [See Exhibit A for cases where document is filed]

    B.     Affidavit of Service of Order to Show Cause Why Defendants Should Not be Required to Make Expedited Limited Initial Disclosures or to Provide Immediate Notice of Certain Adversary Proceedings entered by the Court on May 8, 2012 (related document(s)20, 16, 19, 18, 17) filed by Howard L. Simon on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Filed: 05/09/2012) [See Exhibit A for cases where document is filed]

Objections Filed:

    C.    Joinder in Opposition to the Trustee's Motion to Require Defendants to Make Expedited Disclosure of the Identity and Addresses of Customers and Former Customers or, Alternatively, to Provide Certain Notices (related document(s)15, 14, 16) filed by William J. Sushon on behalf of Credit Suisse (Luxembourg) SA, Credit Suisse (UK) Limited, Credit Suisse AG, Credit Suisse AG, Nassau Branch, Credit Suisse AG, Nassau Branch LATAM Investment Banking, Credit Suisse AG, Nassau Branch Wealth Management, Credit Suisse International Limited, Credit Suisse London Nominees Limited, Credit Suisse Nominees (Guernsey) Limited, Credit Suisse Securities (USA) LLC, Credit Suisse Wealth Management Limited. (Filed: 05/14/2012) [See Exhibit A for cases where document is filed]

    D.    Certificate of Service (related document(s)18) filed by William J. Sushon on behalf of Credit Suisse (Luxembourg) SA, Credit Suisse (UK) Limited, Credit Suisse AG, Credit Suisse AG, Nassau Branch, Credit Suisse AG, Nassau Branch LATAM Investment Banking, Credit Suisse AG, Nassau Branch Wealth Management, Credit Suisse International Limited, Credit Suisse London Nominees Limited, Credit Suisse Nominees (Guernsey) Limited, Credit Suisse Securities (USA) LLC, Credit Suisse Wealth Management Limited. (Filed: 05/14/2012) [See Exhibit A for cases where document is filed]

<u>Status:</u> This matter is going forward.

Dated: New York, New York  
       May 15, 2012

Respectfully submitted,

/s/ *Marc E. Hirschfield*  
BAKER & HOSTETLER LLP  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone:   (212) 589-4200  
Facsimile:    (212) 589-4201  

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

300245531.1

**Exhibit A**

| Defendant | Adversary Proceeding Number |
|---|---|
| ABU DHABI INVESTMENT AUTHORITY | 11-02493 |
| ARDEN ASSET MANAGEMENT LLC | 12-01023 |
| ATLANTIC SECURITY BANK | 11-02730 |
| BANCA CARIGE S.P.A. | 11-02570 |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | 10-05351 |
| BANCO ITAU EUROPA INTERNATIONAL | 12-01019 |
| BANCO ITAU EUROPA LUXEMBOURG S.A. | 12-01019 |
| BANK HAMPOALIM B.M. | 12-01216 |
| BANK JULIUS BAER & CO. LTD. | 11-02922 |
| BANQUE PRIVEE ESPIRITO SANTA S.A. (F/K/A COMPAGNIE BANCAIRE ESPIRITO SANTO S.A.) | 11-02571 |
| BANQUE SYZ & CO., S.A. | 11-02149 |
| BARCLAYS BANK (SUISSE) S.A. | 11-02569 |
| BARCLAYS BANK S.A. | 11-02569 |
| BARCLAYS PRIVATE BANK & TRUST LIMITED | 11-02569 |
| SIX SIS AG | 12-01195 |
| BROWN BROTHERS HARRIMAN & CO. | 12-01217 |
| BSI AG, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO BANCO DEL GOTTARDO | 12-01209 |
| BUREAU OF LABOR INSURANCE | 11-02732 |
| CACEIS BANK | 11-02758 |
| CACEIS BANK LUXEMBOURG | 11-02758 |
| CATHAY LIFE INSURANCE CO. LTD. | 11-02568 |
| CITIBANK GLOBAL MARKETS LIMITED | 10-05345 |
| CONCORD MANAGEMENT LLC | 11-02543 |
| DELTA NATIONAL BANK AND TRUST COMPANY | 11-02551 |
| DEZ FINANCIAL MANAGEMENT LTD. | 11-02552 |
| FALCON PRIVATE BANK LTD. (f/k/a AIG PRIVAT BANK AG) | 11-02923 |
| FULLERTON CAPITAL PTE LTD. | 12-01004 |
| GROSVENOR BALANCED GROWTH FUND LIMITED | 12-01021 |
| GROSVENOR INVESTMENT MANAGEMENT LTD. | 12-01021 |
| GROSVENOR PRIVATE RESERVE FUND LIMITED | 12-01021 |
| GROSVENOR AGGRESSIVE GROWTH FUND LIMITED | 12-01021 |
| INTELIGO BANK LTD. PANAMA BRANCH, f/k/a BLUBANK LTD. PANAMA BRANCH | 11-02763 |
| KOCH INDUSTRIES INC., AS SUCCESSOR IN INTEREST TO KOCH INVESTMENT (UK) COMPANY | 12-01047 |
| KOREA EXCHANGE BANK INDIVIDUALLY, AND AS TRUSTEE FOR KOREA GLOBAL ALL ASSET TRUST I-1 AND TAMS RAINBOW TRUST III | 11-02572 |
| LANDIS INVERSIONES S.L. | 11-02930 |
| LIGHTHOUSE DIVERSIFIED FUND LIMITED | 11-02762 |
| LIGHTHOUSE PARTNERS LLC | 11-02762 |
| LIGHTHOUSE SUPERCASH FUND LIMITED | 11-02762 |
| LION GLOBAL INVESTORS LIMITED | 11-02540 |
| MERITZ FIRE & MARINE INSURANCE CO. LTD. | 11-02539 |
| MERRILL LYNCH BANK (SUISSE) S.A. | 11-02910 |

**Exhibit A**

| Defendant | Adversary Proceeding Number |
|---|---|
| MERRILL LYNCH INTERNATIONAL | 10-05346 |
| NAIDOT & CO. | 11-02733 |
| NATIONAL BANK OF KUWAIT S.A.K. | 11-02554 |
| NATIXIS | 10-05353 |
| NOMURA BANK INTERNATIONAL PLC | 10-05348 |
| ORBITA CAPITAL RETURN STRATEGY LIMITED | 11-02537 |
| PICTET ET CIE | 11-01724 |
| QUILVEST FINANCE LIMITED | 11-02538 |
| SAFRA NATIONAL BANK OF NEW YORK | 11-01885 |
| SNS BANK N.V. | 12-01046 |
| SNS GLOBAL CUSTODY B.V. | 12-01046 |
| SOMERS DUBLIN LIMITED | 11-02784 |
| SOMERS NOMINEES (FAR EAST) LIMITED | 11-02784 |
| STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD. f/k/a AMERICAN EXPRESS BANK INTERNATIONAL | 12-01565 |
| STANDARD CHARTERED INTERNATIONAL (USA) LTD. f/k/a AMERICAN EXPRESS BANK LTD. | 12-01565 |
| TENSYR LIMITED | 10-05353 |
| THE PUBLIC INSTITUTION FOR SOCIAL SECURITY | 12-01002 |
| THE SUMITOMO TRUST AND BANKING CO., LTD. | 11-02573 |
| TRINCASTER CORPORATION | 11-02731 |
| UNIFORTUNE ASSET MANAGEMENT SGR S.P.A. | 11-02553 |
| UNIFORTUNE CONSERVATIVE FUND | 11-02553 |
| VONTOBEL ASSET MANAGEMENT INC. | 12-01202 |
| ZCM ASSET HOLDING COMPANY (BERMUDA) LLC | 12-01512 |

Exhibit A

| Defendants | Adversary Proceeding Numbers |
|---|---|
| CREDIT SUISSE AG; CREDIT SUISSE AG; CREDIT SUISSE AG, NASSAU BRANCH; CREDIT SUISSE AG, NASSAU BRANCH WEALTH MANAGEMENT; CREDIT SUISSE AG, NASSAU BRANCH LATAM INVESTMENT BANKING; CREDIT SUISSE WEALTH MANAGEMENT LIMITED; CREDIT SUISSE (LUXEMBOURG) SA; CREDIT SUISSE INTERNATIONAL LIMITED; CREDIT SUISSE NOMINEES (GUERNSEY) LIMITED; CREDIT SUISSE LONDON NOMINEES LIMITED; CREDIT SUISSE (UK) LIMITED; and CREDIT SUISSE SECURITIES (USA) LLC | 11-02925 |
| TRINCASTER CORPORATION | 11-02731 |

{10753331:1}