BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

I, **Sasha L. Martin**, being duly sworn, depose and say:  I am more than eighteen years old

and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller

Plaza, New York, NY 10111.

On May 15, 2012, I served the:

- **Notice of Agenda for Matters Scheduled to be Heard on May 16, 2012, at 10:00 a.m.**

by emailing the interested parties true and correct copies via electronic transmission to the email

addresses designated for delivery and/or by placing true and correct copies thereof in sealed

packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:**   *See Attached Schedule A*


/s/ Sasha L. Martin
SASHA L. MARTIN

Sworn to before me this
16th day of May, 2012


/s/ Magali Lespinasse Lee
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2014

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA  19101-7346

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**
Carolina Fornos – carolina.fornos @usdoj.gov
Alicia Simmons – Alicia.simmons@usdoj.gov
Matthew Schwartz – matthew.schwartz@usdoj.gov

**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com

**BLMIS Customers**

Edward H. Kohlschreiber
35455 Ocean Blvd. Apt. 607
South Palm Beach, FL 33480

Sonya Kahn
1701 South Flagler Drive Apt. 1703
West Palm Beach, FL 33401-7343

Marvin D. Waxberg
5181 Prairie Dunes Village Circle
Lake Worth, FL 33463-8217

Richard G. Corey
1235 Edgewood Drive
Charleston, W.V. 25302

Ng Shok Mui Susanna
Ng Shok Len
12B Marigold Mansion
Taikoo Shing, Hong Kong

Cecilia M. Parker
11 South Shore Trail
Sparta, NJ 07871

Guy S. Parker
3 Madison Drive
Ogdensburg, NJ 07439

Panagiotis Moutzouris
8 Aiolou Street
Voula GR-16673
Greece

Harriet Rubin
9733 Ravine Avenue
Las Vegas, NV 89117

Ethel L. Chambers
S. James Chambers
4244 SE Centerboard LN
Stuart, FL 34997

Anna Lowit
5700 Queen Palm Ct Apt. A
Delray Beach, FL 33484

Barbara Moss Estate
c/o Irving Moss
665 Thwaite Pl Apt. 3J
Bronx, NY 10467-7905

George H. Hulnick
5257 Fountains Dr. So Apt. 501
Lake Worth, FL 33467

Martin M. Surabian
Alice V. Surabian in trust for Karan T. Surabian
Gregory Surabian

Erik M. Surabian
Stephanie La-Flash Surabian
Kristen E. Surabian
Richard Surabian
Steven Surabian
Stephanie La-Flash Surabian
P.O. Box 397
W. Hyannisport, MA 02672
and
1230 Rt. 28
South Yarmouth, MA 02664

Kenneth Springer
2267 Newbury Dr.
Wellington, FL 33414

Peerstate Equity Fund L.P.
c/o Lou Prochilo
43 West St.
Northport, NY 11768

Chris P. Tsukoa
A. Angelaki
1202 Parrilla de Avila
Tampa, FL 33613

Hilda Drucker
5 Schenck Ave, Apt. 3-I
Great Neck, NY 11021

 John H. Petito
3639 River Road
Lumberville, PA 18933

Bernard W. Braverman
420 East 54th Street #25B
New York, NY 10022
(Courtesy) Email: berniebraverman@gmail.com

Richard C. Brockway
705 Harbour Drive
Vero Beach, FL 32963

Kimberly S. Stoller
710 8th Avenue Apt. 6E
Belmar, NJ 07719

KR Erwin Hawle
Dorfstrasse 67
4865 Nussdorf
Austria

Shao-Po Wang
No. 69, Zhongshan Rd., Tucheng Dist.
New Taipei City 236, Taiwan

Chi-Hua Liao
No. 449 Sanmin Road
Jhubei City, Hsinchu County
Taiwan

Lee Garrity
2601 Willowwood Ave.
Valparaiso, IN 46383

Alder Family Foundation
6424 Brookside Rd
Chevy Chase, MD 20814
(Courtesy) Email: lovormon@aol.com

Maurice Sandler
Gloria Sandler
Email: mauricesandler@bcglobal.net

Lamar Ellis Trust
Lamar Ellis
Email: lamelli@verizon.net

Michael E. Fisch
Sudeshna M. Fisch
Email: fischwave@comcast.net

Lamar Ellis Trust
Lamar Ellis
Email: lamelli@verizon.net

Michael E. Fisch Sudeshna M. Fisch
Email: fischwave@comcast.net

Daniel L. Gaba
c/o Rhoda S. Gaba
Email: rhodan@embarqmail.com

Jean-Marie Jacques

Email: jacques123@wanadoo.es

Samuel Frederick Rohdie
Lam Shuk Foon Margaret
Email: srohdie@bellsouth.net

Gail B. Oren Revocable Trust dtd. 9/8/95
Gail B. Oren as Trustee
Email: oreng@bellsouth.net

Sharon Lee Tiner
Email: sltiner@yahoo.com

David B. Epstein (IRA Bene)
Email: david1943@comcast.net

Marshall W. Krause, Esq.
Email: mrkruze@comcast.net

Peerstate Equity Fund, L.P.
Email: rng67@comcast.net

Deborah L. Fisch
Email: dfisch1@twcny.rr.com

Paul J. Fisch
Email: pfisch@twcny.rr.com

Sunyei Ltd. Jaques Lamac
Email: jaqueslamac@gmail.com

Simcha Gutgold
Email: simcha.gutgold@gmail.com

Au Yuet Shan
Email: eau203@gmail.com

PFC Nominees Limited
Email: info@pfcintl.com

Lee Mei-Ying
Email: icbcmylee@yahoo.com.tw

Richard Jeffrey Clive Hartley
Email: rjch@netvigator.com

Robert Douglas Steer

Jeanette Margaret Scott Steer
Email: bobjen8@bigpond.com

Samore 1992 Family Trust, John Samore
Gayle Samore Co-Trustees
John Samore, Jr.
Ronald E. Samore, Sr.
James R. Samore
Email: johnsamore@hotmail.com

Partricia M. Hynes
Roy L. Reardon JTWROS
Email: rreardon@stblaw.com

Cheung Lo Lai Wah Nelly
Email: freedomlo@yahoo.com.hk

Timothy Robert Balbirnie
Email: tim.balbirnie@gmail.com

Kamal Kishore Muchhal
Aruna Muchhal
Email: muchhal@netvigator.net

MLSMK Investments Co
Email: stanleymkatz@mac.com

Charles Nicholas Doyle
Linda Doyle
Email: linchasd@netvigator.com

John Stirling Gale
Email: galejs@gmail.com

Li Fung Ming Krizia
Email: krizia_ligale@yahoo.com.hk

Lindel Coppell
Email: lindencoppell@gmail.com

Paul Maddocks
Email: maddockspaul@gmail.com

Frederick Cohen and Jan Cohen JT WROS
Email: fcohen@duanemorris.com

Carole Coyle

Email: bionicdoll@aol.com

Martha Alice Gilluly
Email: marny@corsair2.com

Phyrne and Ron LLC
Email: jpitkin@umich.edu

Howard Stern
Email: hstern@wzssa.com

Robins Family Limited Partnership
Email: charles.robin@weil.com

Dewey H. Lane
Email: dewlane@gmail.com

Fondo General De Inversion Centro America-No, S.A.
FJ Associates, S.A.
Krates, S.A.
Email: pabst@mantomgmt.com

Elaine and Sidney Goldstein
Email: grandpastuffit@bellsouth.net

Rhouda Macdonald
Email: rmacdon482@aol.com

Jeanne H. Rosenblum
Email: prosenblum@mindspring.com

Capital Bank
Email: Christoph.stocker@capitalbank.at
Email: Volker.enzi@bapitalbank.at

J.W. Nijkamp
Email: jwnijkamp@kpnmail.nl

Martin Wimick
Email: martinwimick@hotmail.com

Bullock Family Estate
Andrew Bullock
Courtney Bullock
Diana Bullock
Kerry Scarvie
Email: abullock5150@cox.net

Stuart Nierenberg, Trustee for Ltd Editions Media Inc. Defined Benefit Plan Trust dtd 2/9/99
Email: stuartn00@alumni.princeton.edu

Alice J. Rawlins
Email: ajrawlins@bellsouth.net

Linda Wolf
Rita Wolf
Email: wolfie2400@yahoo.com

Stephen Hill
Email: leyla.hill@hos.com

Waterland Investment Services
Email: admin@waterland-investment.ne

Joseph J. Nicholson
Email: jn-pro-se@pobox.com

Lo Kin Ming
Email: godwinlo@swireproperties.com

Ralph Schiller
Email: optics@earthlink.net

Patsy P. Jones
Email: 335pat@roadrunner.com

Donald P. Weber
Email: mdweb27@comcast.net

Harvey Barr
Lillian Barr
Email: hbarr@plegalteam.com

Yvonne Roodberg
Email: cissie2010@gmail.com

Wim C. Helsdingen
Email: wc.helsdingen@casema.nl

Donald Schupak
Email: dschupak@schupakgroup.com

Joanne Rosen
Amy Cappellazzo

Email: jr@beacon-ny.com

Nancy Dver Cohen
Email: ndver@comcast.net

J. Todd Figi Revocable Trust
Email: jakefigi2@aol.com
Email: terridirkse@san.rr.com

Baudrey Gerard
Email: baudryg@bluewin.cr

Matthew F. Carroll
Email: mcarroll16@msn.com

David Drucker
Email: daved628@aol.com

Phyllis Pressman
Email: peplady5@gmail.com

Crisbo S.A.
Email: info.luxembourg@atcgroup.com

Ilse Della-Rowere
Email: roman@della-rowere.at

Rausch Rudolf
Email: rudolf.rausch@gmail.com

Kwok Yiu Leung
Siu Yuen Veronica Nh
Email: yiuleung@yahoo.com.hk
Email: yiuleunghk@gmail.com


Fifty-Ninth Street Investors LLC
Email: truggiero@resnicknyc.com

KHI Overseas Ltd
Email: ew@khiholdings.com

Arlene R. Chinitz
Email: arlenerc54@hotmail.com

The Gottesman Fund
Email: dgottesman@firstmanhattan.com

Goore Partnership
Email: hyassky@aol.com

Nicholas Kardasis
Email: gdnite@earthlink.net

BF+M Life Insurance Company Limited
Email: jsousa@bfm.bm

Alan G. Cosner
Email: alan@cosnerlaw.com

Chien-Liang Shih
Email: gary.libra@gmail.com

Heng-Chang Liang
Email: ts.yang@msa.hinet.net

Andy Huang
Email: andy.huang@sofos.com.sg

John B. Malone
Email: doctor1000@earthlink.net

John P. Harris
Email: johnph@comcast.net

Jose Haidenblit
Email: chore55@yahoo.com

Richard Hoefer
Email: richard.hoefer@utanet.at

Jane Delaire
Email: j.delaire@yahoo.com

Birgit Peters
Email: birgit.peters@mavegante.com.sv

**Notices of Appearance**
Michael D. Sirota, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Email:   msirota@coleschotz.com
*Attorneys for KML Asset Management LLC*

Mark S. Mulholland

Thomas A. Telesca, Esq.

Ruskin Moscou Faltischek, P.C.
Email: mmulholland@rmfpc.com
Email: ttelesca@rmfpc.com
*Attorney for Irwin Kellner ("Kellner"), The 2001 Frederick DeMatteis Revocable Trust and the
DeMatteis FLP Assets*

Stuart I. Rich, Esq.
James M. Ringer, Esq.
Meister, Seelig & Fein LLP
Email: sir@msf-law.com
Email: jmr@msf-law.com
*Attorneys for Jasper Investors Group LLC ("Jasper")*

Matthew Gluck, Esq.
Brad N. Friedman, Esq.
Sanford P. Dumain, Esq.
Jonathan M. Landers
Milberg LLP
Email: mgluck@milberg.com
Email: bfriedman@milberg.com
Email: sdumain@milberg.com
Email: jlanders@milberg.com
*Attorney for Ruth E. Goldstein, June Pollack, Gerald Blumenthal, Blumenthal & Associates
Florida General Partnership, Judith Rock Goldman, the Horowitz Family Trust, and the
Unofficial Committee of Certain Claim Holders*

William B. Wachtel, Esq.
Howard Kleinhendler, Esq.
David Yeger, Esq.
Wachtel & Masyr, LLP
Email: Wachtel@wmllp.com
Email: hkleinhendler@wmllp.com
Email: dyeger@wmllp.com
*Attorneys to Rosenman Family LLC*

William M. O'Connor, Esq.
Crowell & Moring LLP
E-mail: woconnor@crowell.com
*Attorneys for Jitendra Bhatia, Gopal Bhatia, Kishanchand Bhatia, Jayshree Bhatia, Mandakini
Gajaria, Tradewaves Ltd., Parasram Daryani, Neelam P. Daryani, Vikas P. Daryani, Nikesh P.
Daryani, Ashokkumar Damodardas Raipancholia, Dilip Damodardas Raipancholia, Rajeshkumar
Damodardas Raipancholia, Kishu Nathurmal Uttamchandani, Prerna Vinod Uttamchandani,
Rajendrakumar Patel, Vandna Patel, Arjan Mohandas Bhatia, Kishin Mohandas Bhatia, Suresh
M. Bhatia, Bharat Mohandas, and Aarvee Ltd.*

Robert William Yalen
Assistant United States Attorney for the Southern District of New York
E-mail: robert.yalen@usdoj.gov
*Attorney for the United States of America*

Stephen A. Weiss
Parvin K. Aminolroaya, Esq.
Seeger Weiss LLP
Email: sweiss@seegerweiss.com
Email: paminolroaya@seegerweiss.com
*Attorney for Marilyn Cohn Gross, Bernard Seldon, Lewis Franck, and Barbara Schlossberg*
*Attorney for The M & B Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss, Melvyn*
*I. Weiss, Barbara J. Weiss, Stephen A. Weiss, Leslie Weiss and Gary M. Weiss*

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
Email:  ffm@bostonbusinesslaw.com
*Attorney for Iron Mountain Information Management, Inc.*

Barry R. Lax
Brian J. Neville
Brian Maddox
Lax & Neville, LLP
Email:  blax@laxneville.com
Email:  bneville@laxneville.com
E-mail: bmaddox@laxneville.com
*Attorneys for Rose Less, and PJFN Investors LP*

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
Email: schristianson@buchalter.com
*Attorney for Oracle USA, Inc. ("Oracle"), and Oracle Credit Corporation*

Dennis C. Quinn
Barger & Wolen, LLP
Email:  dquinn@bargerwolen.com
*Attorney for Jewish Community Foundation of the Jewish Federation – Council of Greater Los*
*Angeles*

Alan Nisselson, Esq.
Howard L. Simon, Esq.
Email: anisselson@windelsmarx.com
Email: hsimon@windelsmarx.com
*Attorneys for Alan Nisselson, Interim Chapter 7 Trustee of Bernard L. Madoff*

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLLC

Email: eric.lewis@baachrobinson.com
*Attorney for Stephen John Akers, Mark Richard Byers, and Andrew Laurence Hosking*

Joseph E. Shickich, Jr.
Erin Joyce Letey
Riddell Willams P.S.
Email:  jshickich@riddellwilliams.com
Email:  eletey@riddellwilliams.com
*Attorneys for Microsoft Corporation and Microsoft Licensing, GP (collectively, "Microsoft")*

Adam L. Rosen
Silverman Acampora LLP
Email:  ARosen@SilvermanAcampora.com
*Attorney for Talon Air, Inc.*

Angelina E. Lim, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, P.A.
Email: angelinal@jpfirm.com
*Attorney for Anchor Holdings, LLC*

Sanford P. Rosen, Esq.
Sanford P. Rosen & Associates, P.C.
Email:  srosen@rosenpc.com
*Attorneys for Judith S. Schustack, David A. Schustack, Robert J. Schustack, Shirley Schustack Conrad, and Amy Beth Smith*

Marsha Torn, Esq.
Calabrese and Torn, Attorneys at Law
Email: mcalabrese@earthlink.net
*Attorney for Lawrence Torn*

Judith L. Spanier, Esq.
Abbey Spanier Rodd & Abrams, LLP
jspanier@abbeyspanier.com
*Attorneys for ELEM/Youth in Distress Israel, Inc. ("ELEM")*

David J. Molton, Esq.
Martin S. Siegel, Esq.
Brown Rudnick LLP
E-mail: dmolton@brownrudnick.com
Email:  msiegel@brownrudnick.com
*Attorneys for Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry Limited*

Karen E. Wagner
Dana M. Seshens
Denis J. McInerney

Jonathan D. Martin
Davis Polk & Wardwell LLP
Email:  karen.wagner@davispolk.com
Email: dana.seshens@davispolk.com
Email: denis.mcinerney@davispolk.com
Email: jonathan.martin@davispolk.com
*Attorneys for Sterling Equities Associates and Certain Affiliates*

David B. Bernfeld
Jeffrey L. Bernfeld
Bernfeld, Dematteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com
Email: jeffreybernfeld@bernfeld-dematteo.com
*Attorneys for Dr. Michael Schur and Mrs. Edith A. Schur*

Joel L. Herz
Law Offices of Joel L. Herz
Email: joel@joelherz.com
*Attorney for Samdia Family, LP*

Stephen Fishbein
James L. Garrity Jr.
Richard F. Schwed
Shearman & Sterling LLP
Email:  sfishbein@shearman.com
Email:  jgarrity@shearman.com;
Email: rschwed@shearman.com
*Attorneys for Carl J. Shapiro and Associated Entities*

Seth C. Farber
Kelly A. Librera
Dewey & Leboeuf LLP
E-mail: sfarber@deweyleboeuf.com
Email: klibrera@deweyleboeuf.com
*Attorneys for Ellen G. Victor, holder of Bernard L. Madoff Investment Securities LLC Accounts
1ZA128-3 and 1ZA128-40, Diana P. Victor, Ariana Victor, Justin Victor Baadarani, Shoshanna
Remark Victor and Leila Victor Baadarani*

Daniel M. Glosband
David J. Apfel
Brenda R. Sharton
Larkin M. Morton
Goodwin Procter LLP
Email: dglosband@goodwinprocter.com
Email: dapfel@goodwinprocter.com
Email: bsharton@goodwinprocter.com
Email: lmorton@goodwinprocter.com

*Attorneys for Jeffrey A. Berman, Russell deLucia, Ellenjoy Fields, Michael C. Lesser,Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust and Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust*

Russell M. Yankwitt
Yankwitt & Associates LLC
Email:  russell@yankwitt.com
*Attorneys for Carol Rosen*

Barton Nachamie, Esq.
Todtman, Nachamie, Spizz & Johns, P.C.
E-mail: bnachamie@tnsj-law.com
*Attorneys for ABG Partners d/b/a ABG Investments, Bruce Graybow, as a Partner of ABG Partners, and Graybow Communications Group, Inc.*

Mark W. Smith, Esq.
Timothy A. Valliere, Esq.
Smith Valliere PLLC
Email: msmith@svlaw.com
Email: tvalliere@svlaw.com
*Attorneys to Shana D. Madoff*

Brett S. Moore
Porzio Bromberg & Newman P.C.
Email:  bsmoore@pbnlaw.com
*Attorneys for Paul Laplume and Alain Rukavina, Court Appointed Liquidators for LuxAlpha Sicav and Luxembourg Investment Fund*

Bernard V. Kleinman, Esq.
Alan Berlin, Esq.
Aitken Berlin LLP
Email:  bvkleinman@aitkenberlin.com
Email: adberlin@aitkenberlin.com
*Attorneys for Susan Saltz Charitable Lead Annuity Trust Susan Saltz Descendants Trust*

Jeffrey G. Tougas
Fred W. Reinke
Mayer Brown LLP
E-mail: jtougas@mayerbrown.com
Email:  freinke@mayerbrown.com
*Attorneys for Mutua Madrileña Automovilista Ramo de vida, AXA Private Management, and Fondauto Fondo de Pensiones, SA*

Richard A. Cirillo
Arthur J. Steinberg, Esq.
Heath D. Rosenblat, Esq.
King & Spalding LLP

Email: rcirillo@kslaw.com
Email: asteinberg@kslaw.com
Email: hrosenblat@kslaw.com
*Attorney for National Bank of Kuwait, S.A.K. ("NBK"), Lemania SICAV-SIF, and NBK Banque*
*Privee and counsel for the Pascucci Family*

Linda H. Martin, Esq.
Joshua A. Levine, Esq.
Simpson Thacher & Bartlett LLP
Email: lmartin@stblaw.com
Email: jlevine@stblaw.com
*Attorneys Spring Mountain Capital, LP*

Ernest Edward Badway , Esq.
Fox Rothschild LLP
Email: ebadway@foxrothschild.com
*Attorney to Iris Schaum*

Steven R. Schlesinger, Esq.
Shannon A. Scott, Esq.
Jaspan Schlesinger LLP
Email: sschlesinger@jaspanllp.com
Email: sscott@jaspanllp.com
*Attorneys for Peter Zutty, Janet Jaffin Dispositive Trust and Janet Jaffin and Milton Cooper as*
*Trustees, Amy Luria Partners LLC, Amy Joel, Robert Luria Partners, and Samuels Family LTD*
*Partnership, Patricia Samuels, Andrew Samuels, Estate of Richard A. Luria, David Richman, Jay*
*Rosen Executors*

Jeremy A. Mellitz
Withers Bergman, LLP
E-mail: Jeremy.Mellitz@withers.us.com
*Attorney for Von Rautenkranz Nachfolger Special Investments LLC*

Hunter T. Carter, Esq.
Shawanna L. Johnson, Esq.
Arent Fox LLP
Email: carter.hunter@arentfox.com
Email: johnson.shawanna@arentfox.com
*Attorneys for Sanford Guritzky, Brenda Guritzky, Dana Guritzky Mandelbaum, Ronald P.*
*Guritzky, Guritzky Family Partnership LP, and Brenda H. Guritzky as Trustee of Trust B U/W*
*George H. Hurwitz (collectively the "Guritzky Parties")*

George Brunelle, Esq.
Anna Hadjikow
Brunelle & Hadjikow, P.C.
Email: gbrunelle@brunellelaw.com
Email: ahadjikow@brunellelaw.com

*Attorneys for the James H. Cohen Special Trust, James H. Cohen, Morrie Abramson, Robyn Berniker, BK Interest, LLC, The Marian Cohen 2001 Residence Trust, Alan D. Garfield, Erin M. Hellberg, Barry E. Kaufman and Marion Tallering-Garfield*

Chester B. Salomon
Becker, Glynn, Melamed & Muffly LLP
Email:  csalomon@beckerglynn.com
*Attorney for SBM Investments, LLP, Weithorn/Casper Associated for Selected Holdings LLC*

Jonathan W. Wolfe
Barbara A. Schweiger
Skoloff & Wolfe, P.C.
Email:  jwolfe@skoloffwolfe.com
Email:  bschweiger@skoloffwolfe.com
*Attorneys for Albert & Carole Angel*

Richard J. McCord, Esq.
Carol A. Glick, Esq.
Certilman Balin Adler & Hyman, LLP
Email:  rmccord@certilmanbalin.com
Email:  cglick@certilmanbalin.com
*Attorneys to Clayre Hulsh Haft, Morton L. Certilman and Joyce Certilman, Bernard Certilman, Alyssa Beth Certilman,*

Demet Basar
Eric B. Levine
Wolf Haldenstein Adler Freeman & Herz LLP
Email:  basar@whafh.com
Email:  levine@whafh.com
*Attorneys to Nephrology Associates P.C. Pension Plan*

Imtiaz A. Siddiqui
Steven N. Williams
Cotchett, Pitre & McCarthy
Email:  isiddiqui@spmlegal.com
Email:  swilliams@cpmlegal.com
*Attorneys for Jay Wexler, Daniel Ryan, Theresa Ryan, Matthew Greenberg, Walter Greenberg, Doris Greenberg, The Estate of Leon Greenberg and Donna M. McBride*

Bernard J. Garbutt III, Esq.
Menachem O. Zelmanovitz, Esq.
Morgan, Lewis & Bockius LLP
Email:  bgarbutt@morganlewis.com
Email:  mzelmanovitz@morganlewis.com
*Attorneys for the Kostin Company*

Stephen Fishbein

James L. Garrity Jr.
Richard F. Schwed
Shearman & Sterling LLP
Email:  sfishbein@shearman.com
Email:  jgarrity@shearman.com
Email:  rschwed@shearman.com
*Attorneys for Harold S. Miller Trust Dated 12/4/64 FBO Elaine Miller,*
*Lilfam LLC, Lilyan Berkowitz Revocable Trust Dated 11/3/95, and Wellesley Capital*
*Management*

Richard C. Yeskoo
Yeskoo Hogan & Tamlyn, LLP
Email:  yeskoo@yeskoolaw.com
*Attorneys for Joan L. Fisher, Carl T. Fisher, and the Trust U/A VIII of the Will of Gladys C. Luria*
*F/B/O Carl T. Fisher*

Carmine D. Boccuzzi Jr., Esq.
David Y. Livshiz, Esq.
Cleary Gottlieb Steen & Hamilton LLP
Email:  maofiling@cgsh.com
*Attorneys for Citibank, N.A., Citibank North America, Inc., and Citigroup Global Markets*
*Limited*

Casey D. Laffey
Reed Smith LLP
Email:  claffey@reedsmith.com
*Attorneys for Bart M. Schwartz, as Receiver of Gabriel Capital, L.P. and Ariel Fund Limited*

Michael S. Pollok
Marvin and Marvin, PLLC
Email:  mpollok@marvinandmarvin.com
*Attorneys for Alan Hayes and Wendy Wolosoff-Hayes*

James H. Hulme
Joshua Fowkes
Arent Fox LLP
Email:  hulme.james@arentfox.com
Email:  fowkes.joshua@arentfox.com
*Attorney for Eleven Eighteen Limited Partnership; Bernard S. Gewirz; Carl S. Gewirz; Edward*
*H. Kaplan; Jerome A. Kaplan; Albert H. Small; 1776 K Street Associates Limited Partnership;*
*Estate of Robert H. Smith; Robert H. Smith Revocable Trust; Clarice R. Smith; Robert P. Kogod;*
*Marjet LLC; and Irene R. Kaplan*

David S. Stone, Esq.
Amy Walker Wagner, Esq.
Carolyn B. Rendell
Stone & Magnanini LLP

Email:  dstone@stonemagnalaw.com
Email:  awagner@stonemagnalaw.com
Email:  crendell@stonemagnalaw.com
*Attorneys for Defendants David P. Gerstman and Janet Gerstman*

Alan E. Marder, Esq.
Meyer, Suozzi, English & Klein, P.C.
Email:  amarder@msek.com
*Counsel for Judie B. Lifton and the Judie Lifton 1996*

Jeffrey D. Sternklar
Duane Morris LLP
Email:  jdsternklar@duanemorris.com
*Attorneys for Magnus A. Unflat, the Eleanore C. Unflat Living Trust, Eleanore C. Unflat, in her capacity as co- trustee of the Eleanore C. Unflat Living Trust, Magnus A. Unflat, in his capacity as co-trustee of the Eleanore C. Unflat Living Trust, and Eleanore C. Unflat*

Jeff E. Butler
Alexander M. Feldman
Clifford Chance US LLP
Email:  Jeff.Butler@CliffordChance.com
Email:  Alexander.Feldman@CliffordChance.com
*Attorneys for Cardinal Management, Inc. and Dakota Global Investments, Ltd.*

Bennette D. Kramer
Schlam Stone & Dolan LLP
Email:  bdk@schlamstone.com
*Attorneys for defendant Belfer Two Corporation*

Christopher L. Gallinari
Bellows & Bellows, P.C.
Email:  cgallinari@bellowspc.com
*Counsel for Brian H. Gerber*

Eric T. Schneiderman
New York State Education Department
Email: neal.mann@oag.state.ny.us

Eric D. Goldberg, Esq.
Stutman, Treister & Glatt
Email: egoldberg@stutman.com

Marc J. Kurzman, Esq.
Sandak Hennessey & Greco LLP
Email: mkurzman@shglaw.com
*Attorneys for Orthopaedic Specialty Group, P.C. Defined Contribution Pension Plan Participants*

Fred H. Perkins, Esq.
Michael R. Dal Lago, Esq.
Morrison Cohen LLP
Email: fhperkins@morrisoncohen.com
Email: bankruptcy@morrisoncohen.com
*Attorneys for Customer Claimant David Silver*

Andrew J. Ehrlich
Paul, Weiss, Rifkin, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com
*Attorneys for the Estate of Mark D. Madoff and Andrew H. Madoff, individually and as Executor
of the Estate of Mark D. Madoff*

Peter N. Wang
Foley & Lardener LLP
Email: pwang@foley.com
*Co-Counsel for Orthopaedic Specialty Group, P.C. Defined Contribution Pension Plan
Participants*

William F. Dahill
Fletcher W. Strong
Wollmuth Maher & Deutsch LLP
Email: wdahill@wmd-law.com
Email: fstrong@wmd-law.com

Helen Davis Chaitman
Peter W. Smith
Julie Gorchkova
Becker & Poliakoff LLP
Email: hchaitman@becker-poliakoff.com
Email: psmith@becker-poliakoff.com
Email: jgorchkova@becker-poliakoff.com
*Attorneys for Marshal Peshkin and defendants listed in Exhibit A*

Robert J. Kaplan
Law Office of Robert J. Kaplan
Email: lawkap@aol.com
*Attorney for MUUS Independence Fund LP and Michael W. Sonnenfeldt*

Paula J. Warmuth
Glenn P. Warmuth
Stim & Warmuth, P.C.
Email: pjw@stim-warmuth.com
Email: gpw@stim-warmuth.com
*Attorneys for Creditors, Michael Most and Marjorie Most*

Martin H. Bodian

Bodian & Bodian, LLP
Email: mhbodian@gmail.com
*Attorney for Linda Polatsch*

Steven G. Storch, Esq.
Rena Andoh, Esq.
Brittany Nilson, Esq.
Storch Amini & Munves PC
Email: sstorch@samlegal.com
Email: randoh@samlegal.com
Email: bnilson@samlegal.com
*Attorneys for PJ Administrator LLC, Trust Under Article Fourth U/W/O*
*Robert E. Klufer, Alyse Klufer, individually and in her capacity as trustee of the Trust*
*Under Article Fourth U/W/O Robert E. Klufer, and Elisabeth Klufer, in her capacity as*
*trustee of the Trust Under Article Fourth U/W/O Robert E. Klufer, Robert and Alyse*
*Klufer Family Trust "A", Alyse Joel Klufer as Trustee of the Robert and Alyse Klufer*
*Family Trust "A", Elisabeth Klufer, Nancy Greengrass, Jane Shrage, Natalie Greengrass,*
*Maxwell Greengrass, Damien Cave, Michael Shrage, R.H.1 and R.H.2*

Steven H. Newman, Esq.
Robert A. Abrams, Esq.
Katsky Korins LLP
Email: snewman@katskykorins.com
Email: rabrams@katskykorins.com
*Attorneys for Richard Spring, The Spring Family Trust, and The Jeanne T. Spring Trust, Estate of*
*Richard L. Cash, Richard L. Cash Declaration of Trust Dated September 19, 1994, James H.*
*Cash, David Cash, Jonathan Cash, and Gladys Cash, Gladys Cash and Cynthia J. Gardstein,*
*Freda Epstein Revocable Trust, Freda B. Epstein, and Jennifer Spring McPherson, and S. H. &*
*Helen R. Scheuer Family Foundation, Inc.*

Kenneth W. Lipman, Esq.
Siegel, Lipman, Dunay, Shepard & Miskel, LLP
Email: klipman@sldsmlaw.com
*Co-counsel of record with Katsky Korins LLP for defendants Richard Spring, The Spring Family*
*Trust, and The Jeanne T. Spring Trust*

Daniel J. Kornstein, Esq.
William B. Pollard, III, Esq.
Amy C. Gross, Esq.
Kornstein Veisz Wexler & Pollard, LLP
Email: dkornstein@kvwmail.com
Email: wpollard@kvwmail.com
Email: agross@kvwmail.com
*Attorneys for Certain American Securities Defendants*

David A. Kotler
Dechert LLP

Email: david.kotler@dechert.com
*Attorneys for Defendant Oppenheimer Acquisition Corp.*

Carole Neville
SNR Denton US LLP
Email: carole.neville@snrdenton.com
*Attorney for SNR Customers*

William A. Habib, Esq.
Habib Law Associates, LLC
Email: wahabib@verizon.net
*Attorney for Anthony F. Russo*

Sedgwick M. Jeanite, Esq.
White and Williams LLP
Email: jeanites@whiteandwilliams.com
*Attorney for Fabio Conti*

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
*Attorney for CRS Revocable Trust, Constance R. Sisler, individually, and in her capacity as Settlor and Trustee of the CRS Revocable Trust, Allan R. Tessler, in his capacity as Trustee of the CRS Revocable Trust, Edith G. Sisler, S. James Coppersmith Charitable Remainder Unitrust, Robert S. Bernstein, Robert Auerbach Revocable Trust, the Joyce C. Auerbach Revocable Trust, Robert Auerbach, individually, Joyce C. Auerbach, individually, as Trustee of the Robert Auerbach Revocable Trust, and as Trustee of the Joyce C. Auerbach Revocable Trust, and others*

Brian J. LaClair, Esq.
Blitman & King LLP
Email: bjlaclair@bklawyers.com
*Attorneys for Bricklayers and Allied Craftsmen Local 2 Annuity Fund; Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund; Bricklayers and Allied Craftworkers Local 2, Albany, New York, Pension Fund; Building Trade Employers Insurance Fund; Central New York Laborers' Annuity Fund; Central New York Laborers' Health and Welfare Fund; Central New York Laborers' Pension Fund; Central New York Laborers' Training Fund; Engineers Joint Welfare Fund; Engineers Joint Training Fund; International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund; International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Fund; I.B.E.W. Local 139 Pension Fund; I.B.E.W. Local 241 Pension Fund; I.B.E.W. Local 241 Welfare Benefits Fund; I.B.E.W. Local 325 Annuity Fund; I.B.E.W. Local 325 Pension Fund; I.B.E.W. Local 910 Annuity Fund; I.B.E.W. Local 910 Pension Fund; I.B.E.W. Local 910 Welfare Fund; I.B.E.W. Local 1249 Pension Fund; Laborers' Local 103 Annuity Fund; Laborers' Local 103 Welfare Fund; Laborers' Local 103 Pension Fund; New York State Lineman's Safety Training Fund; Oswego Laborers' Local No. 214 Pension Fund; Plumbers, Pipefitters and Apprentices Local No. 112 Health Fund; Roofers' Local 195 Annuity Fund; Roofers' Local 195 Health & Accident Fund; Roofers' Local 195 Pension Fund; Syracuse Builders Exchange,*

*Inc./CEA Pension Plan; SEIU 1199Upstate Pension Fund; Service Employees Benefit Fund;
Service Employees Pension Fund of Upstate New York; Local 73 Retirement Fund; Local 73
Annuity Fund; and Upstate Union Health & Welfare Fund*

Marcy R. Harris
Schulte Roth & Zabel LLP
Email: marcy.harris@srz.com
*Attorney for the Pati H. Gerber Defendants*

Mor Wetzler
Paul, Hastings, Janofsky & Walker LLP
Email: morwetzler@paulhastings.com
*Attorney for Federico Ceretti, Carlo Grosso, Kingate Management Limited, FIM Limited, and
FIM Advisors, LLP*

### Subsequent Transferee Cases:

| | | |
|---|---|---|
| ABU DHABI INVESTMENT AUTHORITY | 11-02493 | marcgreenwald@quinnemanuel.com<br>erickay@quinnemanuel.com |
| ARDEN ASSET MANAGEMENT LLC | 12-01023 | munno@sewkis.com<br>deroche@sewkis.com |
| ATLANTIC SECURITY BANK | 11-02730 | Andrew.Karron@aporter.com<br>Scott.Schreiber@aporter.com |
| BANCA CARIGE S.P.A. | 11-02570 | dmark@kasowitz.com |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | 10-05351 | heather.kafele@shearman.com<br>jshally@shearman.com |
| BANCO ITAU EUROPA INTERNATIONAL | 12-01019 | heather.kafele@shearman.com<br>jshally@shearman.com |
| BANCO ITAU EUROPA LUXEMBOURG S.A. | 12-01019 | heather.kafele@shearman.com<br>jshally@shearman.com |
| BANK HAMPOALIM B.M. | 12-01216 | sbalber@chadbourne.com<br>bbleiberg@chadbourne.com |
| BANK JULIUS BAER & CO. LTD. | 11-02922 | jcooney@mckoolsmith.com<br>ehalper@mckoolsmith.com<br>vweber@mckoolsmith.com |
| BANQUE PRIVEE ESPIRITO SANTA S.A. (F/K/A COMPAGNIE BANCAIRE ESPIRITO SANTO S.A.) | 11-02571 | eoconnor@fzwz.com |
| BANQUE SYZ & CO., S.A. | 11-02149 | rlevin@cravath.com |
| BARCLAYS BANK (SUISSE) S.A. | 11-02569 | andrew.behrman@hoganlovells.com<br>jordan.estes@hoganlovells.com<br>marc.gottridge@hoganlovells.com |
| BARCLAYS BANK S.A. | 11-02569 | andrew.behrman@hoganlovells.com<br>jordan.estes@hoganlovells.com<br>marc.gottridge@hoganlovells.com |
| BARCLAYS PRIVATE BANK & TRUST LIMITED | 11-02569 | andrew.behrman@hoganlovells.com<br>jordan.estes@hoganlovells.com<br>marc.gottridge@hoganlovells.com |
| SIX SIS AG | 12-01195 | Baslerstrasse 100<br>Switzerland<br>erin.valentine@chaffetzlindsey.com |

| | | |
|---|---|---|
| BROWN BROTHERS HARRIMAN & CO. | 12-01217 | anthony.paccione@kattenlaw.com |
| BSI AG, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO BANCO DEL GOTTARDO | 12-01209 | charles.platt@wilmerhale.com<br>jeremy.winer@wilmerhale.com |
| BUREAU OF LABOR INSURANCE | 11-02732 | mhimmel@lowenstein.com<br>akushner@lowenstein.com |
| CACEIS BANK | 11-02758 | tkinzler@kelleydrye.com<br>jmetzinger@kelleydrye.com<br>dschimmel@kelleydrye.com |
| CACEIS BANK LUXEMBOURG | 11-02758 | tkinzler@kelleydrye.com<br>jmetzinger@kelleydrye.com<br>dschimmel@kelleydrye.com |
| CATHAY LIFE INSURANCE CO. LTD. | 11-02568 | david.parham@bakermckenzie.com |
| CITIBANK GLOBAL MARKETS LIMITED | 10-05345 | cboccuzzi@cgsh.com<br>jbuzzetta@cgsh.com<br>dlivshiz@cgsh.com |
| CONCORD MANAGEMENT LLC | 11-02543 | rlevin@cravath.com |
| DELTA NATIONAL BANK AND TRUST COMPANY | 11-02551 | dellajo@duanemorris.com<br>wheuer@duanemorris.com |
| DEZ FINANCIAL MANAGEMENT LTD. | 11-02552 | dgreenwald@cravath.com<br>rlevin@cravath.com |
| FALCON PRIVATE BANK LTD. (f/k/a AIG PRIVAT BANK AG) | 11-02923 | eric.fishman@pillsburylaw.com<br>danielle.grinblat@pillsburylaw.com |
| FULLERTON CAPITAL PTE LTD. | 12-01004 | Pamela.Miller@aporter.com |
| GROSVENOR BALANCED GROWTH FUND LIMITED | 12-01021 | rspinogatti@proskauer.com |
| GROSVENOR INVESTMENT MANAGEMENT LTD. | 12-01021 | rspinogatti@proskauer.com |
| GROSVENOR PRIVATE RESERVE FUND LIMITED | 12-01021 | rspinogatti@proskauer.com |
| GROSVENOR AGGRESSIVE GROWTH FUND LIMITED | 12-01021 | rspinogatti@proskauer.com |
| INTELIGO BANK LTD. PANAMA BRANCH, f/k/a BLUBANK LTD. PANAMA BRANCH | 11-02763 | hkafele@shearman.com<br>jshally@shearman.com |
| KOCH INDUSTRIES INC., AS SUCCESSOR IN INTEREST TO KOCH INVESTMENT (UK) COMPANY | 12-01047 | jguy@orrick.com<br>jburke@orrick.com |
| KOREA EXCHANGE BANK INDIVIDUALLY, AND AS TRUSTEE FOR KOREA GLOBAL ALL ASSET TRUST I-1 AND TAMS RAINBOW TRUST III | 11-02572 | rcirillo@kslaw.com<br>jedgemon@kslaw.com |
| LANDIS INVERSIONES S.L. | 11-02930 | joseph.samet@bakermckenzie.com |
| LIGHTHOUSE DIVERSIFIED FUND LIMITED | 11-02762 | elicker@loeb.com |
| LIGHTHOUSE PARTNERS LLC | 11-02762 | elicker@loeb.com |

| | | |
|---|---|---|
| LIGHTHOUSE SUPERCASH FUND LIMITED | 11-02762 | elicker@loeb.com |
| LION GLOBAL INVESTORS LIMITED | 11-02540 | rspinogatti@proskauer.com |
| MERITZ FIRE & MARINE INSURANCE CO. LTD. | 11-02539 | kdarr@steptoe.com<br>skim@steptoe.com |
| MERRILL LYNCH BANK (SUISSE) S.A. | 11-02910 | Pamela.Miller@aporter.com<br>Kent.Yalowitz@aporter.com |
| MERRILL LYNCH INTERNATIONAL | 10-05346 | Pamela.Miller@aporter.com<br>Kent.Yalowitz@aporter.com |
| NAIDOT & CO. | 11-02733 | hkafele@shearman.com<br>jshally@shearman.com |
| NATIONAL BANK OF KUWAIT S.A.K. | 11-02554 | RCirillo@kslaw.com |
| NATIXIS | 10-05353 | jcioffi@dglaw.com<br>bginsberg@dglaw.com<br>jserritella@dglaw.com |
| NOMURA BANK INTERNATIONAL PLC | 10-05348 | bpolovoy@shearman.com |
| ORBITA CAPITAL RETURN STRATEGY LIMITED | 11-02537 | gary.mennitt@dechert.com<br>jonathan.perry@dechert.com |
| PICTET ET CIE | 11-01724 | mewiles@debevoise.com |
| QUILVEST FINANCE LIMITED | 11-02538 | sjfriedman@jonesday.com<br>telynch@jonesday.com |
| SAFRA NATIONAL BANK OF NEW YORK | 11-01885 | lacyr@sullcrom.com |
| SNS BANK N.V. | 12-01046 | george.schuster@wilmerhale.com |
| SNS GLOBAL CUSTODY B.V. | 12-01046 | george.schuster@wilmerhale.com |
| SOMERS DUBLIN LIMITED | 11-02784 | dbrodsky@cgsh.com<br>edavis@cgsh.com<br>tmoloney@cgsh.com |
| SOMERS NOMINEES (FAR EAST) LIMITED | 11-02784 | dbrodsky@cgsh.com<br>edavis@cgsh.com<br>tmoloney@cgsh.com |
| STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD. f/k/a AMERICAN EXPRESS BANK INTERNATIONAL | 12-01565 | Miami, Florida 33131 |
| STANDARD CHARTERED INTERNATIONAL (USA) LTD. f/k/a AMERICAN EXPRESS BANK LTD. | 12-01565 | New York, New York 10036 |
| TENSYR LIMITED | 10-05353 | david.onorato@freshfields.com<br>jessica.simonoff@freshfields.com |
| THE PUBLIC INSTITUTION FOR SOCIAL SECURITY | 12-01002 | dglosband@goodwinprocter.com<br>cnewcomb@goodwinprocter.com |
| THE SUMITOMO TRUST AND BANKING CO., LTD. | 11-02573 | zlandsman@beckerglynn.com |
| TRINCASTER CORPORATION | 11-02731 | rlevin@cravath.com<br>bsmith@cravath.com |
| UNIFORTUNE ASSET MANAGEMENT | 11-02553 | rbaron@cravath.com |

| | | |
|---|---|---|
| SGR S.P.A. | | dgreenwald@cravath.com |
| UNIFORTUNE CONSERVATIVE FUND | 11-02553 | rbaron@cravath.com |
| | | dgreenwald@cravath.com |
| VONTOBEL ASSET MANAGEMENT INC. | 12-01202 | New York, New York 10036 |
| ZCM ASSET HOLDING COMPANY (BERMUDA) LLC | 12-01512 | c/o Appleby Canon's Court Hamilton HM12 Bermuda |
| CREDIT SUISSE | 11-02925 | seftekhari@omm.com |
| | | wsushon@omm.com |

300245618