Daniel J. Kornstein (DJK-3264)
William B. Pollard, III (WBP-9252)
Amy C. Gross (ACG-8836)
Ina R. Bort (IB-4977)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017
Tel.: 212-418-8600
Fax: 212-826-3640
Attorneys for Certain
American Securities Defendants

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SECURITIES INVESTOR PROTECTION       :
CORPORATION,                         :  Adv. Pro. No. 08-01789 (BRL)
                                     :
           Plaintiff-Applicant,      :  SIPA LIQUIDATION
                                     :
       v.                            :  (Substantively Consolidated)
                                     :
BERNARD L. MADOFF INVESTMENT         :
SECURITIES, L.L.C.,                  :
                                     :
           Defendant.                :
------------------------------------X
In re:                               :
                                     :
BERNARD L. MADOFF,                   :
                                     :
           Debtor.                   :
------------------------------------X
IRVING H. PICARD, Trustee of the     :
Liquidation of Bernard L. Madoff     :
Investment Securities, L.L.C.,       :  Adv. Pro. No. 10-05415 (BRL)
                                     :
           Plaintiff,                :
                                     :
       v.                            :
                                     :
AMERICAN SECURITIES                  :
MANAGEMENT, L.P., formerly known     :
as AMERICAN SECURITIES, L.P.,        :
et al.,                              :
                                     :
           Defendants.               :
------------------------------------X

3418000NOTIRB.00001.wpd

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Ina R. Bort of Kornstein Veisz Wexler & Pollard, LLP hereby adds her appearance as counsel of record for the parties listed on Rider A hereto ("Certain American Securities Defendants") in the above-captioned actions, and any notices, pleadings, orders, correspondence and all other papers filed or served in this matter served on Kornstein Veisz Wexler & Pollard, LLP should also be served on the undersigned at the address set forth below.

> KORNSTEIN VEISZ WEXLER & POLLARD, LLP
> 757 Third Avenue, 18th Floor
> New York, New York 10017
> Attn: Ina R. Bort, Esq.
> Email: ibort@kvwmail.com
> Tel: (212) 418-8600
> Fax: (212) 826-3640

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in the above-captioned case, including, without limitation, all reports filed with the Office of the U.S. Trustee, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States mail, electronic mail, expedited delivery services, telephone, telex, telecopy or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of

Appearance nor any subsequent appearance, pleading, claim, or suit shall constitute a waiver of Certain American Securities Defendants' substantive or procedural rights.

Dated:    New York, New York
         May 10, 2012

                                     KORNSTEIN VEISZ WEXLER
                                             &amp; POLLARD, LLP

                                By: _____
                                    Ina R. Bort (IB-4977)
                                   757 Third Avenue
                                   New York, New York 10017
                                   (212) 418-8600

                                   Attorneys for Certain
                                   American Securities Defendants

## RIDER A

Elizabeth R. Varet, individually
Elizabeth R. Varet as custodian for Joseph R. Varet
Elizabeth R. Varet as custodian and/or trustee of the Elizabeth R. Varet Money Purchase Pension Plan
Elizabeth R. Varet as grantor of the 2004 V Trust
Elizabeth R. Varet as trustee and beneficiary of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69
Elizabeth R. Varet as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald
Elizabeth R. Varet as settlor of the Michael A. Varet Trust UAD 11/9/94
Elizabeth R. Varet as settlor of the Trust 11/9/94 (A. Anagnos et al. trustees)
Elizabeth R. Varet as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald
Elizabeth R. Varet as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald
Elizabeth R. Varet as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet
Elizabeth R. Varet as trustee of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald
Elizabeth R. Varet as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald
Elizabeth R. Varet as trustee of the Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman
Elizabeth R. Varet as trustee of the Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman
Elizabeth R. Varet as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet
Elizabeth R. Varet as beneficiary and trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet
Elizabeth R. Varet as trustee of Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet
Elizabeth R. Varet as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet
Elizabeth R. Varet as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald
Elizabeth R. Varet as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald
Elizabeth R. Varet as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman
Elizabeth R. Varet as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman

Stuart H. Coleman as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69
Stuart H. Coleman as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald
Stuart H. Coleman as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald
Stuart H. Coleman as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet
Stuart H. Coleman as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald
Stuart H. Coleman as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald
Stuart H. Coleman as trustee of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald
Stuart H. Coleman as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman
Stuart H. Coleman as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman
Stuart H. Coleman as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet
Stuart H. Coleman as trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet
Stuart H. Coleman as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet
Stuart H. Coleman as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald
Stuart H. Coleman as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald

Ellen V. Greenspan, as trustee of the Trust 11/9/94 (A. Anagnos et al., trustes)

James R. Ledley, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman
James R. Ledley as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman

Alice Rosenwald, a/k/a Alice R. Sigelman, individually
Alice Rosenwald, a/k/a Alice R. Sigelman, as custodian for Jonathan Sigelman
Alice Rosenwald, a/k/a Alice R. Sigelman, as custodian for Benjamon R. Sigelman
Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald
Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald
Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69
Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald
Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald
Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet
Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman
Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet
Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet
Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet
Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet
Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald
Alice Rosenwald, a/k/a Alice R. Sigelman, as Executrix of the Estate of Jesse L. Sigelman

Nina Rosenwald individually
Nina Rosenwald as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69
Nina Rosenwald as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald
Nina Rosenwald as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet
Nina Rosenwald as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman
Nina Rosenwald as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet
Nina Rosenwald as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald
Nina Rosenwald as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald
Nina Rosenwald as trustee and beneficiary of the Apollo Trust 2/10/69 FBO Nina Rosenwald

2

Nina Rosenwald as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald
Nina Rosenwald as trustee and beneficiary of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald
Nina Rosenwald as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald

Benjamin R. Sigelman individually
Benjamin R. Sigelman as beneficiary of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman
Benjamin R. Sigelman as beneficiary of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman

Jonathan R. Sigelman individually
Jonathan R. Sigelman as beneficiary of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman
Jonathan R. Sigelman as beneficiary of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman

Ronald J. Stein as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman
Ronald J. Stein as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman

David R. Varet

Joseph R. Varet individually
Joseph R. Varet as beneficiary and as trustee of the Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet

Michael A. Varet individually
Michael A. Varet as beneficial owner of one or more IRAs
Michael A. Varet as custodian for David R. Varet and Sara R. Varet
Michael A. Varet as trustee of the Michael A. Varet Trust UAD 11/9/94

Sarah R. Varet individually
Sarah R. Varet as trustee and as beneficiary of Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet

Elizabeth R. Varet IRA Rollover

Michael A. Varet IRA Rollover

Michael A. Varet IRA Rollover #2

Elizabeth R. Varet Defined Benefit Plan & Trust

Elizabeth R. Varet Money Purchase Pension Plan

Decimal Investments, L.L.C.

Hudson Charitable Fund

3

P&I Partners

JJG Foundation, Inc.

The Abstraction Fund

American Philanthropic Foundation

Anchorage Charitable Fund

Metropolitan Philanthropic Fund, Inc.

Alice Rosenwald Fund

William Rosenwald Family Fund, Inc.


American Securities Management, L.P., f/k/a American Securities, L.P.

American Securities Opportunity Fund, L.P.

American Securities Holdings Corp.

American Securities Group, L.L.C.


Alexander G. Anagnos, as trustee of the 2004 V Trust and as trustee of Trust 11/9/94 (A. Anagnos et al, trustees)

Belinda Clarke, as trustee for the Concorde 1987 Trust DTD 12/9/87

Peter Pearman, as trustee for the Concorde 1987 Trust DTD 12/9/87

The Estate of Jesse L. Sigelman