YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, New York 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>CRÉDIT AGRICOLE (SUISSE) S.A., and CRÉDIT AGRICOLE S.A., a/k/a BANQUE DU CRÉDIT AGRICOLE,<br><br>Defendants. | Adv. Pro. No. 12-01022 (BRL) |

01:12097069.1

## NOTICE OF AGENDA FOR MATTERS SCHEDULED
## FOR HEARING ON MAY 23, 2012 AT 10:00 A.M.

**Location of Hearing:** United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Burton R. Lifland, United States Bankruptcy Judge, Room 623, One Bowling Green, New York, New York 10004-1408

**CONTESTED MATTER:**

1. Application by Way of Order to Show Cause Seeking Entry of an Order Directing Defendant to Make Expedited Limited Initial Disclosures, or to Provide Immediate Notice of Certain Adversary Proceedings [Docket No. 14, 5/8/12]

    Objection/Response Deadline:           May 14, 2012 at 5:00 p.m. (ET)

    Related Pleadings:

    a) Memorandum of Law in Support of Trustees Application by Way of Order to Show Cause Seeking Entry of an Order Directing Defendants to Make Expedited Limited Initial Disclosures, Or to Provide Immediate Notice of Certain Adversary Proceedings [Docket No. 15, 5/7/12] (Adv. No. 11-02493)

    b) Affidavit of Torello H. Calvani in Support of the Trustees Application by Way of Order to Show Cause Seeking Entry of an Order Directing Defendants to Make Expedited Limited Initial Disclosures, Or to Provide Immediate Notice of Certain Adversary Proceedings [Docket No. 16, 5/7/12] (Adv. No. 11-02493)

    c) Order to Show Cause Why Defendant Should Not be Required to Make Expedited Limited Initial Disclosures or to Provide Immediate Notice of Certain Adversary Proceedings [Docket No. 15, 5/8/12]

    d) Notice of Continued Hearing [Docket No. 25, 5/17/12]

    e) Notice of Proposed Orders Relating to the Application by Way of Order to Show Cause Seeking Entry of an Order Directing Defendant to Make Expedited Limited Initial Disclosures, or to Provide Immediate Notice of Certain Adversary Proceedings [Docket No. 26, 5/18/12]

    Objections/Responses Received:

    f) Joinder of Crédit Agricole (Suisse) S.A. in Opposition to the Trustee's Motion to Require Defendants to Make Expedited Disclosure of the Identity and Addresses of Customers and Former Customers or, Alternatively, to Provide Certain Notices to Those Customers and Former Customers [Docket No. 19, 5/14/12]

    Status: This matter is going forward.

01:12097069.1

Dated: May 21, 2012
     New York, NY          */s/ Matthew B. Lunn*
                                   Matthew B. Lunn
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1270 Avenue of the Americas
Suite 2210
New York, New York 10020
Telephone:   (212) 332-8840
Facsimile:   (212) 332-8855

– and –

John T. Dorsey
Michael S. Neiburg
Justin P. Duda
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*