UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff,

     v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.

In re:

MADOFF SECURITIES

12 MC 0115 (JSR)

**ORDER**

**(Relates to consolidated proceedings
on Section 546(e) issues)**

PERTAINS TO CASES LISTED IN EXHIBIT A

JED S. RAKOFF, U.S.D.J.:

    WHEREAS:

    A.    Irving H. Picard (the "Trustee"), in his capacity as the trustee in the liquidation

proceedings under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), of

Bernard L. Madoff Investment Securities LLC ("Madoff Securities") and the substantively

consolidated estate of Bernard L. Madoff, commenced certain actions identified on Exhibit A

hereto (the "Adversary Proceedings") in the United States Bankruptcy Court for the Southern

District of New York (the "Bankruptcy Court") by filing complaints (the "Complaints") which

asserted claims under section 78fff-2(c)(3) of SIPA, sections 544(b), 547(b), 548(a)(1)(A) and

(B), 550(a) and 551 of title 11, United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy

Code"), the New York Debtor and Creditor Law, N.Y. Debt. & Cred. L. § 270 *et seq.*, and other

laws, which sought to avoid or recover certain transfers made by Madoff Securities in the 90 day, two year, six year and/or longer period(s) preceding December 11, 2008 (collectively, the "Transfers" and each a "Transfer").

B.    Exhibit A, prepared by the Trustee's counsel, identifies single cases or, in certain instances, the lead case of related adversary proceedings, where defendants are represented by common counsel, in which the defendants have filed motions to withdraw the reference (or joinders in such motions, as the case may be, which are deemed included in the scope of this Order unless expressly stated otherwise on Exhibit A) from the Bankruptcy Court to this Court to determine whether section 546(e) of the Bankruptcy Code limits the Trustee's ability to avoid or recover Transfers made by Madoff Securities to: (i) defendants who allegedly had customer accounts at Madoff Securities, or are otherwise alleged to be initial transferees of transfers made by Madoff Securities (the "Initial Transferee Defendants"), or (ii) defendants who are alleged to be immediate or mediate transferees of transfers made by Madoff Securities (the "Subsequent Transferee Defendants" together with the Initial Transferee Defendants, the "Section 546(e) Withdrawal Defendants").

C.    For the reasons stated in Picard v. Flinn Investments LLC, Picard v. Avellino, and Picard v. Primeo Fund, the Court, over the objections of the Trustee and the Securities Investor Protection Corporation ("SIPC"), previously withdrew the reference from the Bankruptcy Court for the limited purposes of determining the following issues: (i) whether SIPA and other securities laws alter the standard the Trustee must meet in order to show that a defendant did not receive transfers in "good faith" under 11 U.S.C. § 548(c); (ii) whether the Trustee may, consistent with non-bankruptcy law, avoid transfers that Madoff Securities purportedly made in order to satisfy antecedent debts; (iii) whether, in light of this Court's

2

decision in Picard v. Katz, 11 U.S.C. § 546(e) applies, limiting the Trustee's ability to avoid transfers; (iv) whether provisions of the Internal Revenue Code that tax undistributed portions of Individual Retirement Accounts ("IRAs") prevent the Trustee from avoiding IRA distributions that would otherwise be taxed; (v) whether, after the United States Supreme Court's recent decision in Stern v. Marshall, 131 S. Ct. 2594 (2011), final resolution of claims to avoid transfers as fraudulent requires an exercise of "judicial power," preventing the bankruptcy court from finally resolving such claims; (vi) whether, if the bankruptcy court cannot finally resolve the fraudulent transfer claims in this case, it has the authority to render findings of fact and conclusions of law before final resolution; (vii) whether SIPA applies extraterritorially, permitting the Trustee to avoid or recover transfers that occurred abroad; (viii) whether certain defendants were "financial participant[s]" in swap agreements and received transfers from Madoff Securities "in connection with" those agreements such that 11 U.S.C. § 546(g) limits the Trustee's ability to avoid transfers; and (ix) whether SIPA prevents the Trustee from disallowing customer claims under 11 U.S.C. § 502(d). See Picard v. Flinn Investments LLC, 463 B.R. 280 (S.D.N.Y. 2011); Picard v. Avellino, 2012 U.S. Dist. LEXIS 35260 (S.D.N.Y. Mar. 1, 2012); Picard v. Primeo Fund et al., 11 Civ. 6524 (JSR) (S.D.N.Y. May 15, 2012) (together, the "Prior Section 546(e) Withdrawal Rulings").

D.    The Court has decided to consolidate briefing on the merits of certain issues, including the 546(e) Issues (defined below), raised in a number of pending and previously-decided motions to withdraw the reference, and the resolution of these issues will govern all pending motions to withdraw the reference and those pending motions to dismiss that have not yet been fully briefed and argued. See SIPC v. Bernard L. Madoff Inv. Secs. LLC (In re Madoff Secs.), No. 12 MC 0115 (S.D.N.Y. Order dated Apr. 19, 2012) [ECF No. 22].

E.      During a telephonic conference on April 17, 2012 among counsel for the Trustee, SIPC and counsel for defendants in certain Adversary Proceedings (as identified on Exhibit B hereto) regarding proposed briefing schedules in connection with three pending motions to withdraw the reference, the Court directed the Trustee to: (i) propose a form of order, in consultation with the Section 546(e) Withdrawal Defendants and SIPC, consistent with the Order dated April 13, 2012, SIPC v. Bernard L. Madoff Inv. Secs. LLC (In re Madoff Secs.), No. 12 MC 0115 (S.D.N.Y. Order dated Apr. 13, 2012) [ECF No. 4] for the purpose of hearing and determining the 546(e) Issues (defined below) in a common proceeding, and (ii) advise all Section 546(e) Withdrawal Defendants that the Court would hear and determine the 546(e) Issues in a common proceeding.

F.      On April 18, 2012, a second telephonic conference (the "Second Telephone Conference") was convened at the request of certain counsel that were party to the original Telephone Conference to seek clarification of the Court's directives during the Telephone Conference.    The actions and relevant counsel that participated in the Second Telephone Conference are listed in Exhibit C hereto.  During the Second Telephone Conference, the Court clarified its prior directives and made the following ruling providing, *inter alia*, the Court was withdrawing the reference, in part, solely as set forth herein, in order to address, among other issues, the merits of the 546(e) Issues (defined below).

G.      On April 19, 2012, the Court issued an order directing common briefing on the following issues raised in pending motions to withdraw the reference: (1) whether 11 U.S.C. § 546(e) limits the Trustee's ability to avoid or recover transfers made by Madoff Securities; (2) whether provisions of the Internal Revenue Code that tax undistributed portions of IRAs prevent the Trustee from avoiding IRA distributions that would otherwise be taxed; (3) whether the

4

Trustee may, consistent with non-bankruptcy law, avoid transfers that Madoff Securities purportedly made in order to satisfy antecedent debts; (4) whether the Trustee has standing to pursue common law claims and, if so, whether the Securities Litigation Uniform Standards Act preempts the Trustee's common law claims. See In re: Madoff Securities, No. 12-MC-00115 (JSR) (S.D.N.Y. Order dated April 19, 2012) [ECF No. 22].

H.    On April 30, 2012, the Court issued an Order granting in part and denying in part motions to dismiss filed by the defendants in Picard v. Greiff, No. 11-CV-03775 (JSR), Picard v. Blumenthal, No. 11-CV-04293 (JSR), Picard v. Hein, No. 11-CV-04936 (JSR), and Picard v. Goldman, No. 11-CV-04959 (JSR), and dismissed all causes of action asserted by the Trustee against (i) the defendants, with the exception of claims predicated on the avoidance and recovery of Transfers pursuant to sections 548(a)(1)(A) and 550 of the Bankruptcy Code and (ii) alleged subsequent transferees, with the exception of claims predicated on the avoidance and recovery of Transfers pursuant to sections 548(a)(1)(A) and 550 of the Bankruptcy Code.  See SIPC v. Bernard L. Madoff Inv. Secs. LLC (In re Madoff Secs.), No. 12 MC 0115 (S.D.N.Y. Order Apr. 30, 2012) [ECF No. 57].  On May 1, 2012, the Court entered an Opinion and Order explaining the reasons for the April 30, 2012 Decision (collectively, the "Decision").

I.    On May 9, 2012, the parties submitted to the Court a proposed Consent Order Granting Certification Pursuant To Fed. R. Civ. P. 54(b) For Entry Of Final Judgment Dismissing Certain Claims And Actions (the "Rule 54(b) Order").  The Rule 54(b) Order applies the Decision to all actions in which a motion to withdraw the reference has been filed with respect to 546(e) Issues in which the Trustee asserted claims for avoidance and recovery of (1) preferences under Section 547 of the Bankruptcy Code; (2) constructive fraudulent transfers under Section 548(a)(1)(B) of the Bankruptcy Code; and/or (3) actual and constructive

fraudulent transfers or fraudulent conveyances under provisions of the New York Debtor & Creditor Law incorporated by Section 544(b) of the Bankruptcy Code, but in which the Trustee does not challenge the good faith of the initial or subsequent transferees (the "<u>Eligible Actions</u>"). However, the Rule 54(b) Order permits defendants in Eligible Actions the opportunity to opt-out of the Rule 54(b) Order in order to continue to litigate issues related to Section 546(e) (the "<u>Opt-Out Defendants</u>").

J.    During a telephonic conference on May 2, 2012 among counsel for the Trustee, SIPC and counsel for defendants in certain Adversary Proceedings (as identified on <u>Exhibit D</u> hereto) regarding the proposed consolidation order, counsel for certain Section 546(e) Withdrawal Defendants that are financial institutions, investment funds, asset or investment managers, or affiliates of any of the foregoing (collectively, the "<u>Financial Institution Defendants</u>"), each of whom is a Subsequent Transferee Defendant, requested permission to submit a separate brief on 546(e) Issues.  The Court granted this request during a telephonic conference on May 3, 2012.

BASED ON THE FOREGOING, IT IS HEREBY ORDERED AS FOLLOWS:

1.    The reference of the Adversary Proceedings is withdrawn from the Bankruptcy Court to this Court solely with respect to the Section 546(e) Withdrawal Defendants, in part, for the limited purpose of hearing and determining issues relating to the application of Section 546(e) in the Adversary Proceedings, including, without limitation,

    i.    whether Section 546(e) is applicable to the initial Transfers alleged by the Trustee;

    ii.    whether Section 546(e) is applicable to the subsequent Transfers alleged by the Trustee;

     iii.    whether application of Section 546(e) to an initial or mediate Transfer bars recovery by the Trustee of any subsequent Transfer pursuant to Section 550;

     iv.    whether a subsequent transferee may invoke Section 546(e) even if the initial or mediate transferee did not invoke it; and

     v.    whether the good faith of an initial transferee is a predicate to the application of Section 546(e) and, if so, what is the standard for good faith thereunder.

(collectively, the "546(e) Issues"). Except as otherwise provided herein or in other orders of this Court, the reference to the Bankruptcy Court is otherwise maintained for all other purposes.

2.    The Trustee and SIPC are deemed to have raised, in response to all pending motions for withdrawal of the reference based on the 546(e) Issues, all arguments previously raised by either or both of them in opposition to all such motions granted by the Prior Section 546(e) Withdrawal Rulings, and such objections or arguments are deemed to be overruled, solely with respect to the 546(e) Issues, for the reasons stated in the Prior Section 546(e) Withdrawal Rulings.

3.    All objections that could be raised by the Trustee and/or SIPC to the pending motions to withdraw the reference in the Adversary Proceedings, and the defenses and responses thereto that may be raised by the affected defendants, are deemed preserved on all matters.

4.    On or before July 27, 2012, (i) the Financial Institution Defendants and (ii) all remaining Section 546(e) Withdrawal Defendants, including all Opt-Out Defendants, shall each file (x) a consolidated motion pursuant to Fed. R. Civ. P. 12 (made applicable to the Adversary

7

Proceedings by Fed. R. Bankr. P. 7012) and (y) a consolidated supporting memorandum of law, not to exceed forty (40) pages each (the "Motion to Dismiss"). The Motion to Dismiss shall include a reference (by civil action number and docket number only) to one or more representative complaints filed by the Trustee against either (a) a Initial Transferee Defendant; and (b) a Financial Institution Defendant. Any further requirement that the Pleadings subject to the Motion to Dismiss be identified or filed is deemed waived and satisfied.

5.    The Trustee and SIPC may each file a memorandum of law in opposition to each Motion to Dismiss filed by the Financial Institution Defendants and the remaining Section 546(e) Withdrawal Defendants, with each opposition not to exceed forty (40) pages, on or before September 28, 2012.

6.    The Financial Institution Defendants and the remaining Section 546(e) Withdrawal Defendants may each file a consolidated reply brief, not to exceed twenty (20) pages each, on or before October 19, 2012 (the "Reply Brief"). In the event the Trustee files an amended complaint (the "Amended Complaint") in any of the Adversary Proceedings after the Motion to Dismiss is filed, the Reply Brief shall include a reference (by civil action number and docket number only) to a representative Amended Complaint filed by the Trustee against an Initial Transferee Defendant and a Financial Institution Defendant. Any further requirement that the Amended Complaints subject to the Motion to Dismiss be identified or filed is deemed waived and satisfied. In the event the Trustee files an Amended Complaint, he shall, at the time the Amended Complaint is filed, provide the Section 546(e) Withdrawal Defendants a blackline reflecting the changes made in the Amended Complaint from the then operative complaint.

7.    The Court will hold oral argument on the Motions to Dismiss on October 30, 2012 at 4:00 p.m. (the "Hearing Date").

8.     On or before October 19, 2012, the Financial Institution Defendants and the remaining Section 546(e) Withdrawal Defendants shall each designate one lead counsel to advocate their position at oral argument on the Hearing Date, but any other attorney who wishes to be heard may appear and so request.

9.     The caption displayed on this Order shall be used as the caption for all pleadings, notices and briefs to be filed pursuant to this Order.

10.     All communications and documents (including drafts) exchanged between and among any of the defendants in the Adversary Proceedings listed on Exhibit A, and/or of their respective attorneys, shall be deemed to be privileged communications and/or work product, as the case may be, subject to a joint interest privilege.

11.     This Order is without prejudice to any and all grounds for withdrawal of the reference (other than the 546(e) Issues) raised in the Adversary Proceedings by the Section 546(e) Withdrawal Defendants, including all issues this Court elects to exclude from consideration upon submission of this Order, all of which are preserved.

12.     Nothing in this Order shall: (a) waive or resolve any issue raised by any party, including all issues this Court elects to exclude from consideration upon submission of this Order, other than with respect to the 546(e) Issues, including, without limitation, all issues relating to Section 550(b), which are expressly preserved; (b) notwithstanding Fed. R. Civ. P. 12(g)(2) or Fed. R. Bankr. P. 7012, limit, restrict or impair any defense or argument that has been raised or could be raised by any Section 546(e) Withdrawal Defendant in a motion under Fed. R. Civ. P. 12 or Fed. R. Bankr. P. 7012, or any other defense or right of any nature available to any Section 546(e) Withdrawal Defendant (including, without limitation, all defenses based on lack of personal jurisdiction or insufficient service of process), or any argument or defense that

could be raised by the Trustee or SIPC in response thereto except with respect to the 546(e) Issues; and (c) be deemed or construed to prevent any Section 546(e) Withdrawal Defendant from making a motion under Fed. R. Civ. P. 12 or Fed. R. Bankr. P. 7012 subsequent to the Motion to Dismiss.

13.    Nothing in this Order shall constitute an agreement or consent by any Section 546(e) Withdrawal Defendant to pay the fees and expenses of any attorney other than such defendant's own retained attorney. This paragraph shall not affect or compromise any rights of the Trustee or SIPC.

14.    This Order is without prejudice to and preserves all objections of the Trustee and SIPC to timely-filed motions for withdrawal of the reference currently pending before this Court (other than the withdrawal of the reference solely with respect to the 546(e) Issues) with respect to the Adversary Proceedings, and the defenses and responses thereto that may be raised by the affected defendants, all of which are deemed preserved on all matters.

15.    The procedures established by this Order shall constitute the sole and exclusive procedures for determination of the 546(e) Issues in the Adversary Proceedings (except for any appellate practice resulting from such determination), and this Court shall be the forum for such determination. To the extent that briefing or argument schedules were previously established with respect to the 546(e) Issues in any of the Adversary Proceedings, this Order supersedes all such schedules solely with respect to the 546(e) Issues and such order is vacated. To the extent that briefing or argument schedules are prospectively established with respect to motions to withdraw the reference or motions to dismiss in any of the Adversary Proceedings, the 546(e) Issues shall be excluded from such briefing or argument. Except as stated in this paragraph, this

Order shall not be deemed or construed to modify, withdraw or reverse any prior Order of the

Court that granted withdrawal of the reference in any Adversary Proceeding for any reason.

SO ORDERED.

Dated: New York, New York
     May 15, 2012

                                        JED S. RAKOFF, U.S.D.J.

**EXHIBIT A**

| 1. | *Picard v. Frank Avellino, et al.* | 11-cv-03882-JSR | Haile, Shaw & Pfaffenberger P.A.<br>Gary A. Woodfield<br>(gwoodfield@haileshaw.com) |
|----|----|----|----|
| 2. | *Picard v. Robert Greenberger, et al.* | 11-cv-04928-JSR | Lax & Neville LLP<br>Barry R. Lax<br>(blax@laxneville.com)<br>Brian J. Neville<br>(bneville@laxneville.com)<br>Gabrielle Pretto<br>(gpretto@laxneville.com) |
| 3. | *Picard v. Maccabee, et al.* | 11-cv-04937-JSR | Bernfeld, DeMatteo & Bernfeld LLP<br>Jeffrey L. Bernfeld<br>(jeffreybernfeld@bernfeld-dematteo.com) |
| 4. | *Picard v. Stanley Shapiro, et al.* | 11-cv-05835-JSR | Lax & Neville LLP<br>Barry R. Lax<br>(blax@laxneville.com)<br>Brian J. Neville<br>(bneville@laxneville.com)<br>Gabrielle Pretto<br>(gpretto@laxneville.com) |
| 5. | *Picard v. Primeo* | 11-cv-06524-JSR | Morrison & Foerster LLP<br>Gary S. Lee<br>(glee@mofo.com)<br>Joel C. Haims<br>(jhaims@mofo.com)<br>LaShann M. DeArcy (ldearcy@mofo.com)<br>Kiersten A. Fletcher<br>(kfletcher@mofo.com) |
| 6. | *Picard v. Herald* | 11-cv-06541-JSR | Kirkland & Ellis LLP<br>Joseph Serino, Jr.<br>(joseph.serino@kirkland.com)<br>David S. Flugman<br>(david.flugman@kirkland.com) |

| 7. | *Picard v. Alpha Prime, et al* | 11-cv-06677-JSR | Anderson Kill & Olick, P.C.<br>Todd E. Duffy<br>(tduffy@andersonkill.com) |
|----|----|----|----|
| 8. | *Picard v. ABN AMRO Bank N.V. (presently known as the Royal Bank of Scotland, N.V.), et al.* (as filed by Rye Select Broad Market XL Portfolio Ltd.) | 11-cv-06848-JSR | Morrison & Foerster LLP<br>Gary S. Lee<br>(glee@mofo.com)<br>Joel C. Haims<br>(jhaims@mofo.com)<br>LaShann M. DeArcy<br>(ldearcy@mofo.com)<br>Kiersten A. Fletcher<br>(kfletcher@mofo.com) |
| 9. | *Picard v. ABN AMRO Bank N.V. (presently known as the Royal Bank of Scotland, N.V.), et al.* (as filed by ABN AMRO Incorporated, ABN AMRO Bank, N.V.) | 11-cv-06878-JSR | Allen & Overy LLP<br>Michael S. Feldberg<br>(michael.feldberg@allenovery.com)<br>Bethany Kriss<br>(bethany.kriss@allenovery.com) |
| 10. | *Picard v. ABN AMRO (Ireland) Ltd. (F/N/A Fortis Prime Fund Solutions Bank (Ireland) Ltd.,), et al.* (as filed by Rye Select Broad Market XL Portfolio Ltd.) | 11-cv-06849-JSR | Morrison & Foerster LLP<br>Gary S. Lee<br>(glee@mofo.com)<br>Joel C. Haims<br>(jhaims@mofo.com)<br>LaShann M. DeArcy<br>(ldearcy@mofo.com)<br>Kiersten A. Fletcher<br>(kfletcher@mofo.com) |
| 11. | *Picard v. ABN AMRO (Ireland) Ltd. (F/N/A Fortis Prime Fund Solutions Bank (Ireland) Ltd.,), et al.,* (as filed by ABN AMRO Custodial Services (Ireland) Ltd., ABN AMRO Bank (Ireland), Ltd.) | 11-cv-06877-JSR | Latham & Watkins<br>Christopher Harris<br>(christopher.harris@lw.com)<br>Cameron Smith<br>(cameron.smith@lw.com) |
| 12. | *Picard v. Banco Bilbao Vizcaya Argentaria, S.A.* | 11-cv-07100-JSR | Shearman & Sterling LLP<br>Heather Kafele |

| | | | (hkafele@shearman.com) Joanna Shally (jshally@shearman.com) |
|---|---|---|---|
| 13. | *Picard v. Trotanoy Inv. Company Ltd., et al.* | 11-cv-07112-JSR | Katten Muchin Rosenman LLP (for Access International Advisors Ltd.) Robert W. Gottlieb (robert.gottlieb@kattenlaw.com) Brian L. Muldrew (brian.muldrew@kattenlaw.com) |
| 14. | *Picard v. Federico Ceretti, et al.* (as filed by Federico Ceretti, Carlo Grosso, FIM Limited and FIM Advisers LLP) | 11-cv-07134-JSR | Paul Hastings LLP Jodi Kleinick (jodikleinick@paulhastings.com) Barry Sher (barrysher@paulhastings.com) Mor Wetzler (morwetzler@paulhastings.com) |
| 15. | *Picard v. Federico Ceretti, et al.* (as filed by Citi Hedge Fund Services, Ltd.) | 11-cv-07256-JSR | Cleary Gottlieb Steen & Hamilton LLP Carmine D. Boccuzzi, Jr. (cboccuzzi@cgsh.com) David Y. Livshiz (dlivshiz@cgsh.com) |
| 16. | *Picard v. Maxam Absolute Return Fund, et al.* | 11-cv-07428-JSR | Kobre & Kim LLP Carrie Tendler (carrie.tendler@kobrekim.com) Jonathan D. Cogan (jonathan.cogan@kobrekim.com) Maggie Sklar (maggie.sklar@kobrekim.com) Wollmuth Maher & Deutsch LLP James N. Lawlor (jlawlor@wmd-law.com) |
| 17. | *Picard v. Thybo Asset Mgmt Ltd. and Thybo Stable Fund Ltd.* | 11-cv-07576-JSR | Cleary Gottlieb Steen & Hamilton LLP Carmine D. Boccuzzi, Jr. (cboccuzzi@cgsh.com) Paul R. St. Lawrence, III |

| | | | |
|---|---|---|---|
| | | | (pstlawrence@cgsh.com) |
| 18. | *Picard v. Mendelow, et al.* | 11-cv-07680-JSR | Arkin Kaplan Rice LLP<br>Stanley S. Arkin<br>(sarkin@arkin-law.com)<br>Michelle A. Rice<br>(mrice@arkin-law.com) |
| 19. | *Picard v. Legacy Capital Ltd., et al.* (as filed by Legacy Capital, Ltd., Montpellier Resources Ltd., Khronos LLC, Khronos Capital Research LLC, Rafael Mayer, David Mayer, and Issac Jimmy Mayer) | 11-cv-07764-JSR | Stevens & Lee, P.C. (for Legacy Capital, Ltd.)<br>Nicholas F. Kajon<br>(nfk@stevenslee.com)<br><br>Butzel Long (Montpellier Resources Ltd.)<br>Peter D. Morgenstern<br>(morgenstern@butzel.com)<br>Regina M. Alter<br>(alter@butzel.com)<br>Joshua E. Abraham<br>(abraham@butzel.com)<br><br>Dickstein Shapiro LLP (for Rafael Mayer, David Mayer, Khronos LLC & Khronos Capital Research LLC)<br><br>Eric Fisher<br>(fishere@dicksteinshapiro.com)<br>Barry N. Seidel<br>(seidelb@dicksteinshapiro.com)<br>Stefanie Birbrower Greer<br>(greers@dicksteinshapiro.com)<br>Shaya M. Berger<br>(bergers@dicksteinshapiro.com)<br><br>Stearns Weaver Miller Weissler Alhadeff & Sitterson, PA (for Jimmy Mayer)<br>Eugene E. Stearns<br>(estearns@stearnsweaver.com) |

| | | | Harold D. Moorefield, Jr. (hmoorefield@stearnsweaver.com) Carlos J. Canino (ccanino@stearnsweaver.com) |
|---|---|---|---|
| 20. | *Picard v. Legacy Capital Ltd., et al.* (as filed by BNP Paribas Securities Corp.) | 11-cv-07765-JSR | Cleary Gottlieb Steen & Hamilton LLP Lawrence B. Friedman (lfriedman@cgsh.com) Breon S. Peace (bpeace@cgsh.com) |
| 21. | *Picard v. Oreades Sicav, et al.* (as filed by BNP Paribas Investment Partners Luxembourg S.A., BGL BNP Paribas S.A. and BNP Paribas Securities Services S.A.) | 11-cv-07763-JSR | Cleary Gottlieb Steen & Hamilton LLP Lawrence B. Friedman (lfriedman@cgsh.com) Breon S. Peace (bpeace@cgsh.com) |
| 22. | *Picard v. Equity Trading Portfolio Ltd., et al.* (as filed by BNP Paribas Arbitrage SNC) | 11-cv-07810-JSR | Cleary Gottlieb Steen & Hamilton LLP Lawrence B. Friedman (lfriedman@cgsh.com) Breon S. Peace (bpeace@cgsh.com) |
| 23. | *Picard v. Citibank, N.A., et al.* | 11-cv-07825-JSR | Cleary Gottlieb Steen & Hamilton LLP Carmine D. Boccuzzi, Jr. (cboccuzzi@cgsh.com) David Y. Livshiz (dlivshiz@cgsh.com) |
| 24. | *Picard v. Am. Sec. Mgmt., L.P., et al.* | 11-cv-08018-JSR | Kornstein, Veisz, Wexler & Pollard, LLP Daniel J. Kornstein (dkornstein@kvwmail.com) William B. Pollard, III (wpollard@kvwmail.com) Ina Bort (IBort@kvwmail.com) |
| 25. | *Picard v. Silna Family Inter Vivos Trust, et al* | 11-cv-09278-JSR | Wachtel Masyr & Missry LLP Howard Kleinhendler (hkleinhendler@wmllp.com) Sara Spiegelman (sspiegelman@wmllp.com) |

| 26. | *Picard v. Natixis* | 11-cv-09501-JSR | Davis & Gilbert LLP<br>Joseph Cioffi<br>(jcioffi@dglaw.com)<br>Bruce M. Ginsberg<br>(bginsberg@dglaw.com)<br>Howard J. Rubin<br>(hrubin@dglaw.com)<br>James R. Serritella<br>(jserritella@dglaw.com)<br><br>Freshfields Bruckhaus Deringer LLP<br>David Onorato<br>(david.onorato@freshfields.com)<br>Cheryl Howard<br>(cheryl.howard@freshfields.com)<br>Susan Higgins (susan.higgins@freshfields.com) |
| --- | --- | --- | --- |
| 27. | *Picard v. BNP Paribas Arbitrage SNC* | 12-cv-00641-JSR | Cleary Gottlieb Steen & Hamilton LLP<br>Lawrence B. Friedman<br>(lfriedman@cgsh.com)<br>Breon S. Peace<br>(bpeace@cgsh.com) |
| 28. | *Picard v. Barclays Bank (Suisse) S.A., et al* | 12-cv-01882-JSR | Hogan Lovells US LLP<br>Marc J. Gottridge<br>(marc.gottridge@hoganlovells.com)<br>Andrew M. Behrman<br>(andrew.behrman@hoganlovells.com) |
| 29. | *Picard v. ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.), et al* | 12-cv-01939-JSR | Allen & Overy LLP<br>Michael S. Feldberg<br>(michael.feldberg@allenovery.com)<br>Bethany Kriss<br>(bethany.kriss@allenovery.com) |
| 30. | *Picard v. Kohn, et al.* (as filed by UniCredit Bank Austria) | 12-cv-02161-JSR | Sullivan & Worcester LLP<br>Franklin B. Velie<br>(fvelie@sandw.com)<br>Jonathan Kortmansky<br>(jkortmansky@sandw.com) |

| | | | Mitchell C. Stein (mstein@sandw.com) |
|---|---|---|---|
| 31. | ***Picard v. HSBC Bank, plc, et al.*** (as filed by UniCredit Bank Austria) | 12-cv-02162-JSR | Sullivan & Worcester LLP Franklin B. Velie (fvelie@sandw.com) Jonathan Kortmansky (jkortmansky@sandw.com) Mitchell C. Stein (mstein@sandw.com) |
| 32. | ***Picard v. HSBC Bank, plc, et al.*** (as filed by UniCredit S.p.A. and Pioneer) | 12-cv-02239-JSR | Skadden, Arps, Slate, Meagher, & Flom LLP (susan.saltzstein@Skadden.com) Marco E. Schnabl (Marco.Schnabl@Skadden.com) Jeremy A. Berman (jeremy.berman@Skadden.com) Jason C. Putter (jason.putter@skadden.com) |
| 33. | ***Picard v. Beacon Associates LLC I, et al.*** | 12-cv-02310-JSR | Hiscock & Barclay, LLP; Rosenfeld & Kaplan, LLP Arthur G. Jakoby (ajakoby@herrick.com) Frederick E. Schmidt, Jr. (eschmidt@herrick.com)  Cleary Gottlieb Steen & Hamilton LLP Lewis J. Liman (lliman@cgsh.com) Jeffrey A. Rosenthal (jrosenthal@cgsh.com) |
| 34. | ***Picard v. Bank Julius Baer & Co., Ltd.*** | 12-cv-02311-JSR | McKool Smith P.C. John P. Cooney, Jr. (jcooney@mckoolsmith.com) Eric B. Halper (ehalper@mckoolsmith.com) Virginia I. Weber (vweber@mckoolsmith.com) |

| 35. | *Picard v. S. Donald Friedman, et al* | 12-cv-02343-JSR | Moses & Singer LLP<br>Mark N. Parry<br>(mparry@mosessinger.com) |
|---|---|---|---|
| 36. | *Picard v. Lion Global Investors Limited* | 12-cv-02349-JSR | Proskauer Rose LLP<br>Gregg M. Mashberg<br>(gmashberg@proskauer.com)<br>Richard L. Spinogatti<br>(rspinogatti@proskauer.com) |
| 37. | *Picard v. Grosvenor Investment Management Ltd., et al.* | 12-cv-02351-JSR | Proskauer Rose LLP<br>Richard L. Spinogatti<br>(rspinogatti@proskauer.com) |
| 38. | *Picard v. Inteligo Bank Ltd. Panama Branch f/k/a/ Blubank Ltd. Panama Branch* | 12-cv-02364-JSR | Shearman & Sterling LLP<br>Heather Kafele<br>(hkafele@shearman.com)<br>Joanna Shally<br>(jshally@shearman.com)<br>Jessica Bartlett<br>(jessica.bartlett@shearman.com) |
| 39. | *Picard v. Naidot & Co.* | 12-cv-02365-JSR | Shearman & Sterling LLP<br>Heather Kafele<br>(hkafele@shearman.com)<br>Joanna Shally<br>(jshally@shearman.com)<br>Jessica Bartlett<br>(jessica.bartlett@shearman.com) |
| 40. | *Picard v. Cohmad Securities Corporation, et al.* (Moving parties - Cohmad Securities Corporation, Maurice J. Cohn, Marcia B. Cohn, Marilyn Cohn, Milton S. Cohn, Rosalie Buccellato, Alvin Delaire, Carol Delaire, Estate of Stanley Merwin Berman, Joyce Berman, S& J Partnership, Jonathan Greenberg, Cyril Jalon, The Estate of Elena Jalon, Morton Kurzrok, Linda Schoenheimer McCurdy, Richard Spring, The Spring Family Trust, | 12-cv-02368; 12-cv-02676 | Katsky Korins LLP<br>Robert A. Abrams<br>(rabrams@katskykorins.com)<br><br>Siegel, Lipman, Dunay, Shepard & Miskel, LLP<br>Kenneth W. Lipman<br>klipman@sldsmlaw.com<br><br>Vinson & Elkins LLP<br>Steven Paradise<br>(sparadise@velaw.com) |

| | | |
|---|---|---|
| | The Jeanne T. Spring Trust, The Joint Tenancy of Phyllis Guenzberger and Fabian Guenzberger, The Joint Tenancy of Robert Pinchou and Fabian Guenzberger, Janet Jaffin, individually and in her capacity as Trustee of The Janet Jaffin Dispositive Trust, and Milton Cooper, in his capacity as Trustee of The Janet Jaffin Dispositive Trust; Jane Delaire) | Clifford Thau (cthau@velaw.com) Nikolay Vydashenko (nvydashenko@velaw.com)<br><br>Hoffinger Stern & Ross LLP Fran Hoffinger (fhoffinger@hsrlaw.com) Jack Hoffinger (jhoffinger@hsrlaw.com)<br><br>Drohan Lee LLP Vivian R. Drohan (vdrohan@dlkny.com)<br><br>Fox Rothschild Ernest E. Badway (ebadway@foxrothschild.com)<br><br>Tesser & Cohen Mark A. Blount (mblount@tessercohen.com) John J. Lavin (jlavin@tessercohen.com)<br><br>McLaughlin & Stern, LLP Bruce A. Langer (blanger@mclaughlinstern.com) David W. Sass (dsass@mclaughlinstern.com)<br><br>Jaspan Schlesinger LLP Steven R. Schlesinger (sschlesinger@jaspanllp.com) Shannon Anne Scott (sscott@jaspanllp.com)<br><br>Westerman Ball Ederer Miller & Sharfstein LLP Richard Gabriele |

| | | | (rgabriele@westermanllp.com)<br>Jeffrey A. Miller<br>(jmiller@westermanllp.com)<br><br>Jane Delaire<br>(j.delaire@yahoo.com) |
|---|---|---|---|
| 41. | *Picard v. Estate of Stanley Chais, et al.* | 12-cv-02371 | Sills Cummis & Gross, P.C.<br>Andrew H. Sherman<br>(asherman@sillscummis.com) |
| 42. | *Picard v. Edward Blumenfeld* | 12-cv-02405-JSR | Friedman Kaplan Seiler & Adelman LLP; Clayman & Rosenberg LLP<br><br>William P. Weintraub<br>(wweintraub@fklaw.com)<br>Gregory W. Fox<br>(gfox@fklaw.com)<br><br>Clayman & Rosenberg LLP<br>Seth L. Rosenberg<br>(rosenberg@clayro.com)<br>Brian D. Linder<br>(linder@clayro.com) |
| 43. | *Picard v. Banca Carige, S.P.A.* | 12-cv-02408-JSR | Kasowitz, Benson, Torres & Friedman LLP<br>David Mark<br>(DMark@kasowitz.com) |
| 44. | *Picard v. Somers Dublin Limited, et al.* | 12-cv-02430-JSR | Cleary Gottlieb Steen & Hamilton LLP<br>Evan A. Davis<br>(edavis@cgsh.com)<br>Thomas J. Moloney<br>(tmoloney @cgsh.com) |
| 45. | *Picard v. HSBC Bank, plc, et al.* (as filed by the HSBC Defendants) | 12-cv-02431-JSR | Cleary Gottlieb Steen & Hamilton LLP<br>Charles J. Keeley (cjkeeley@cgsh.com)<br>Tom Moloney<br>(tmoloney@cgsh.com) |

| | | | Evan Davis<br>(edavis@cgsh.com)<br>David Brodsky<br>(dbrodsky@cgsh.com) |
|---|---|---|---|
| 46. | *Picard v. Banco Itau Europa Luxembourg S.A., et al* | 12-cv-02432-JSR | Shearman & Sterling LLP<br>Heather Kafele<br>(hkafele@shearman.com)<br>Joanna Shally<br>(jshally@shearman.com) |
| 47. | *Caceis Bank Luxembourg, et al.* | 12-cv-02434-JSR | Kelley Drye & Warren LLP<br>Thomas B. Kinzler<br>(tkinzler@kelleydrye.com)<br>Daniel Schimmel<br>(dschimmel@kelleydrye.com)<br>Jaclyn M. Metzinger<br>(jmetzinger@kelleydrye.com) |
| 48. | *Picard v. Federico Ceretti, et al* (Kingate Global Fund Ltd; Kingate Euro Fund Ltd – Moving Parties) | 12-cv-02441-JSR | Quinn Emanuel Urquhart & Sullivan, LLP<br>(robertdakis@quinnemanuel.com)<br>(robertloigman@quinnemanuel.com)<br>Susheel Kirpalani<br>(susheelkirpalani@quinnemanuel.com)<br>Daniel Holzman<br>(danielholzman@quinnemanuel.com)<br>Xochitl Strohbehn<br>(xochitlstrohbehn@quinnemanuel.com) |
| 49. | *Picard v. Banque Privee Espirito Santo S.A.* | 12-cv-02442-JSR | Flemming Zulack Williamson Zauderer LLP<br>Elizabeth A. O'Connor<br>(eoconnor@fzwz.com)<br>John F. Zulack<br>(Jzulack@fzwz.com)<br>Megan Davis<br>(mdavis@fzwz.com) |
| 50. | *Picard v. Nomura International PLC* | 12-cv-02443-JSR | Shearman & Sterling LLP<br>Brian H. Polovoy<br>(bpolovoy@shearman.com) |

| | | | Christopher R. Fenton (Cfenton@shearman.com) Andrew Z. Lipson (alipson@shearman.com) |
|---|---|---|---|
| 51. | *Picard v. Nomura Bank International PLC* | 12-cv-02446-JSR | Shearman & Sterling LLP Brian H. Polovoy (bpolovoy@shearman.com) Christopher R. Fenton (Cfenton@shearman.com) Andrew Z. Lipson (alipson@shearman.com) |
| 52. | *Picard v. Credit Suisse AG, et al* | 12-cv-02454 | O'Melveny & Myers LLP William J. Sushon (wsushon@omm.com) Shiva Eftekhari (seftekhari@omm.com) |
| 53. | *Picard v. Solon Capital Ltd.* | 12-cv-02456 | O'Melveny & Myers LLP William J. Sushon (wsushon@omm.com) Shiva Eftekhari (seftekhari@omm.com) |
| 54. | *Picard v. The Sumitomo Trust and Banking Co., Ltd.* | 12-cv-02481 | Becker, Glynn, Melamed & Muffly LLP Zeb Landsman (zlandsman@beckerglynn.com) Jordan E. Stern (jstern@beckerglynn.com) Michelle Mufich (mmufich@beckerglynn.com) |
| 55. | *Picard v. Magnify Inc., et al.* | 12-cv-02482 | Kobre & Kim LLP Steven G. Kobre (steven.kobre@kobrekim.com) Danielle L. Rose (danielle.rose@kobrekim.com) David H. McGill (david.mcgill@kobrekim.com) |

| 56. | *Picard v. UBS AG, et al.* (M&B Capital Advisers Sociedad de Valores, S.A., M&B Capital Advisers Gestion SGIIC, S.A. - Moving Parties) **[Amended Motion to Withdraw]** | 12-cv-02483 | Cravath, Swaine & Moore LLP<br>David Greenwald<br>(dgreenwald@cravath.com)<br>Richard Levin<br>(rlevin@cravath.com) |
|---|---|---|---|
| 57. | *Picard v. Unifortune Asset Management SGR SPA, et al.* | 12-cv-02485-JSR | Cravath, Swaine & Moore LLP<br>David Greenwald<br>(dgreenwald@cravath.com)<br>Richard Levin<br>(rlevin@cravath.com) |
| 58. | *Picard v. Trincaster Corporation* | 12-cv-02486-JSR | Cravath, Swaine & Moore LLP<br>David Greenwald<br>(dgreenwald@cravath.com)<br>Richard Levin<br>(rlevin@cravath.com) |
| 59. | *Picard v. DEZ Financial Management LTD.* | 12-cv-02487-JSR | Cravath, Swaine & Moore LLP<br>David Greenwald<br>(dgreenwald@cravath.com)<br>Richard Levin<br>(rlevin@cravath.com) |
| 60. | *Picard v. Concord Management LLC* | 12-cv-02488-JSR | Cravath, Swaine & Moore LLP<br>David Greenwald<br>(dgreenwald@cravath.com)<br>Richard Levin<br>(rlevin@cravath.com) |
| 61. | *Picard v. Banque Syz & Co., SA* | 12-cv-02489-JSR | Cravath, Swaine & Moore LLP<br>David Greenwald<br>(dgreenwald@cravath.com)<br>Richard Levin<br>(rlevin@cravath.com) |
| 62. | *Picard v. Square One Fund Ltd., et al.* | 12-cv-02490-JSR | Tannenbaum Helpern Syracuse & Hirschtritt LLP<br>Tammy P. Bieber<br>(bieber@thsh.com)<br><br>Brune & Richard LLP<br>David Elbaum |

| | | | |
|---|---|---|---|
| | | | (delbaum@bruneandrichard.com)<br><br>Bernfeld, DeMatteo & Bernfeld, LLP<br>David Bernfeld<br>(davidbernfeld@bernfeld-dematteo.com) |
| 63. | *Picard v. Credit Agricole (Suisse) S.A., et al.* | 12-cv-02494-JSR | Cleary Gottlieb Steen & Hamilton LLP<br>Lawrence B. Friedman<br>(lfriedman@cgsh.com) |
| 64. | *Picard v. SNS Bank N.V., et al* | 12-cv-02509 | Wilmer Cutler Pickering Hale and Dorr LLP<br>Andrea J. Robinson<br>(andrea.robinson@wilmerhale.com)<br>Charles C. Platt<br>(charles.platt@wilmerhale.com)<br>George W. Shuster, Jr.<br>(george.shuster@wilmerhale.com) |
| 65. | *Picard v. Joel R. Levey* | 12-cv-02570 | Wachtel Masyr & Missry LLP<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
| 66. | *Picard v. Quilvest Finance Ltd.* | 12-cv-02580 | Jones Day<br>Thomas E. Lynch<br>(telynch@jonesday.com)<br>Scott J. Friedman<br>(sjfriedman@jonesday.com) |
| 67. | *Picard v. Arden Asset Management, Inc., et al.* | 12-cv-02581 | Seward & Kissel LLP<br>M. William Munno<br>(munno@sewkis.com)<br>Mandy DeRoche<br>(deroche@sewkis.com)<br>Michael B. Weitman<br>(weitman@sewkis.com) |
| 68. | *Picard v. Safra National Bank of New York* | 12-cv-02584 | Sullivan & Cromwell LLP<br>Robinson B. Lacy<br>(lacyr@sullcrom.com)<br>Joshua Fritsch<br>(fritschj@sullcrom.com) |

| | | | Angelica M. Sinopole (sinopolea@sullcrom.com) |
|---|---|---|---|
| 69. | *Picard v. Banque J. Safra (Suisse) SA* | 12-cv-02587 | Sullivan & Cromwell LLP<br>Robinson B. Lacy<br>(lacyr@sullcrom.com)<br>Joshua Fritsch<br>(fritschj@sullcrom.com)<br>Angelica M. Sinopole<br>(sinopolea@sullcrom.com) |
| 70. | *Picard v. Vizcaya Partners Limited, et al.* | 12-cv-02588 | Sullivan & Cromwell LLP (for Bank J. Safra (Gibraltar) Limited)<br>Robinson B. Lacy<br>(lacyr@sullcrom.com)<br>Joshua Fritsch<br>(fritschj@sullcrom.com)<br>Angelica M. Sinopole<br>(sinopolea@sullcrom.com)<br><br>Katten Muchin Rosenman LLP (for Zeus Partners Ltd)<br>Anthony L. Paccione<br>(anthony.paccione@kattenlaw.com) |
| 71. | *Picard v. Delta National Bank and Trust Company* | 12-cv-02615 | Duane Morris LLP<br>John Dellasportas<br>(dellajo@duanemorris.com)<br>William C. Heuer<br>(wheuer@duanemorris.com) |
| 72. | *Picard v. Abu Dhabi Investment Authority* | 12-cv-02616-WHP | Quinn Emanuel Urquhart & Sullivan, LLP<br>Peter E. Calamari<br>(petercalamari@quinnemanuel.com)<br>Marc L. Greenwald<br>(marcgreenwald@quinnemanuel.com)<br>Eric M. Kay<br>(erickay@quinnemanuel.com)<br>David S. Mader<br>(davidmader@quinnemanuel.com) |

| 73. | *Picard v. Fairfield Sentry Limited, et al.* (as filed by Chester Global Strategy Fund Limited, Chester Global Strategy Fund, LP, Irongate Global Strategy Fund Limited, Fairfield Greenwich Fund (Luxembourg), Fairfield Investment Fund Limited, Fairfield Investors (Euro) Ltd., and Stable Fund LP) | 12-cv-02619 | Simpson Thacher & Barlett LLP Mark G. Cunha (mcunha@stblaw.com) Peter E. Kazanoff (pkazanoff@stblaw.com) Wollmuth Maher & Deutsch LLP Frederick R. Kessler (fkessler@wmd-law.com) Paul R. DeFilippo (pdefilippo@wmd-law.com) Michael P. Burke (mburke@wmd-law.com) Debevoise & Plimpton LLP Mark P. Goodman (mpgoodman@debevoise.com) O'Shea Partners LLP Sean F. O'Shea (soshea@osheapartners.com) Michael E. Petrella (mpetrella@osheapartners.com) White & Case LLP Glenn M. Kurtz (gkurtz@whitecase.com) Andrew W. Hammond (ahammond@whitecase.com) Covington & Burling LLP Bruce A. Baird (bbaird@cov.com) Kasowitz, Benson, Torres & Friedman LLP Daniel J. Fetterman |

| | | | |
|---|---|---|---|
| | | | (dfetterman@kasowitz.com) |
| | | | Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.<br>Edward M. Spiro<br>(espiro@maglaw.com) |
| | | | Dechert LLP<br>Andrew J. Levander<br>(andrew.levander@dechert.com)<br>David S. Hoffner<br>(david.hoffner@dechert.com) |
| 74. | *Picard v. Merkin, et al.* (Bart M. Schwartz – Moving Party) | 12-cv-02623 | Reed Smith LLP<br>James C. McCarroll<br>(jmccarroll@reedsmith.com)<br>Jordan W. Siev<br>(jsiev@reedsmith.com)<br>John L. Scott<br>(jlscott@reedsmith.com) |
| 75. | *Picard v. Landis Inversiones S.L.* | 12-cv-02636 | Baker & McKenzie LLP<br>Joseph Samet<br>(joseph.samet@bakermckenzie.com)<br>Ira A. Reid<br>(ira.reid@bakermckenzie.com) |
| 76. | *Picard v. Fairfield Sentry Limited, et al.* (Joint Memorandum filed by various defendants) | 12-cv-02638 | Simpson Thacher & Bartlett LLP<br>Mark G. Cunha<br>(mcunha@stblaw.com)<br>Peter E. Kazanoff<br>(pkazanoff@stblaw.com)<br><br>Wollmuth Maher & Deutsch LLP<br>Frederick R. Kessler<br>(fkessler@wmd-law.com)<br>Paul R. DeFilippo<br>(pdefilippo@wmd-law.com)<br>Michael P. Burke<br>(mburke@wmd-law.com) |

| | | | |
|---|---|---|---|
| | | | Debevoise & Plimpton LLP<br>Mark P. Goodman<br>(mpgoodman@debevoise.com)<br><br>O'Shea Partners LLP<br>Sean F. O'Shea<br>(soshea@osheapartners.com)<br>Michael E. Petrella<br>(mpetrella@osheapartners.com)<br><br>White & Case LLP<br>Glenn M. Kurtz<br>(gkurtz@whitecase.com)<br>Andrew W. Hammond<br>(ahammond@whitecase.com)<br><br>Covington & Burling LLP<br>Bruce A. Baird<br>(bbaird@cov.com)<br><br>Kasowitz, Benson, Torres & Friedman LLP<br>Daniel J. Fetterman<br>(dfetterman@kasowitz.com)<br><br>Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.<br>Edward M. Spiro<br>(espiro@maglaw.com)<br><br>Dechert LLP<br>Andrew J. Levander<br>(andrew.levander@dechert.com)<br>David S. Hoffner<br>(david.hoffner@dechert.com) |
| 77. | *Picard v. Kohn, et al.*<br>(as filed by the Kohn Defendants) | 12-cv-02639 | The Law Office of Sheldon Eisenberger<br>Sheldon Eisenberger |

| | | | (sheldon@eisenbergerlaw.com) |
| | | | Neuberger, Quinn, Gielen, Rubin & Gibber, PA<br>Price O. Gielen<br>(pog@nqgrg.com)<br>Nathan D. Adler (nda@nqgrg.com) |
| 78. | *Picard v. HSBC Bank, plc, et al.* (as filed by the Kohn Defendants) | 12-cv-02640 | The Law Office of Sheldon Eisenberger<br>Sheldon Eisenberger<br>(sheldon@eisenbergerlaw.com)<br><br>Neuberger, Quinn, Gielen, Rubin & Gibber, PA<br>Price O. Gielen<br>(pog@nqgrg.com)<br>Nathan D. Adler (nda@nqgrg.com) |
| 79. | *Picard v. UBS AG, et al.* (Reliance International Research LLC – Moving Party) | 12-cv-02641 | Seward & Kissel LLP<br>Mark J. Hyland<br>(hyland@sewkis.com)<br>Mandy DeRoche<br>(deroche@sewkis.com |
| 80. | *Picard v. Falcon Private Bank Ltd (f/k/a AIG Private Bank AG)* | 12-cv-02645 | Pillsbury Winthrop Shaw Pittman LLP<br>Eric Fishman<br>(eric.fishman@pillsburylaw.com)<br>Karen Dine<br>(karen.dine@pillsburylaw.com)<br>Brandon Johnson<br>(brandon.johnson@pillsburylaw.com) |
| 81. | *Picard v. Plaza Investments International Limited, et al.* | 12-cv-02646 | Debevoise & Plimpton LLP<br>Joseph P. Moodhe<br>(Jpmoodhe@debevoise.com)<br>Shannon Rose Selden<br>(srselden@debevoise.com) |
| 82. | *Picard v. Kohn* (as filed by Franco Mugnai) | 12-cv-02660 | Kirkland & Ellis LLP<br>Jay P. Lefkowitz, P.C.<br>(jay.lefkowitz@kirkland.com)<br>Joseph Serino, Jr.<br>(joseph.serino@kirkland.com) |

| | | | David S. Flugman (david.flugman@kirkland.com) |
|---|---|---|---|
| 83. | *Picard v. Kohn* (as filed by Hassans International Law Firm) | 12-cv-02662 | Kirkland & Ellis LLP<br>Jay P. Lefkowitz, P.C.<br>(jay.lefkowitz@kirkland.com)<br>Joseph Serino, Jr.<br>(joseph.serino@kirkland.com)<br>David S. Flugman (david.flugman@kirkland.com) |
| 84. | *Picard v. Richard M. Glantz, et al.* | 12-cv-02778 | Law Office of Richard E. Signorelli<br>Richard E. Signorelli<br>(rsignorelli@nyclitigator.com)<br>Bryan Ha<br>(bhanyc@gmail.com) |
| 85. | *Picard v. The Public Institution for Social Security* | 12-cv-02787 | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com) |
| 86. | *Picard v. Defender Limited, et al* (Defender Limited, Reliance Management (BVI) Limited, Reliance Management (Gibraltar) Limited and Tim Brockmann – Moving Parties) | 12-cv-02800 | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>Brendan M. Scott<br>(bscott@klesadt.com) |
| 87. | *Picard v. UBS AG, et al.* (Reliance Management (BVI) Limited and Reliance Management (Gibraltar) Limited – Moving Parties) | 12-cv-02802 | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com) |
| 88. | *Picard v. Defender Limited, et al* (Reliance International Research LLC and Justin Lowe – Moving Parties) | 12-cv-02871 | Seward & Kissel LLP<br>Mark J. Hyland<br>(hyland@sewkis.com)<br>Mandy DeRoche<br>(deroche@sewkis.com) |
| 89. | *Picard v. KBC Investments Limited,* | 12-cv-02877 | Sidley Austin LLP<br>Alan M. Unger<br>(aunger@sidley.com) |

| | | | Bryan Krakauer (bkrakauer@sidley.com) |
|---|---|---|---|
| 90. | *Picard v. Meritz Fire & Marine Insurance Co. Ltd.* | 12-cv-02878 | Steptoe & Johnson LLP Kristin Darr (kdarr@steptoe.com) Seong H. Kim (skim@steptoe.com) |
| 91. | *Picard v. Korea Exchange Bank* | 12-cv-02880 | King & Spalding LLP Richard A. Cirillo (rcirillo@kslaw.com) Joshua Edgemon (jedgemon@kslaw.com) |
| 92. | *Picard v. National Bank of Kuwait S.A.K.* | 12-cv-02881 | King & Spalding LLP Richard A. Cirillo (rcirillo@kslaw.com) Joshua Edgemon (jedgemon@kslaw.com) |
| 93. | *Picard v. Leon Flax, et al.* | 12-cv-02928 | Katten Muchin Rosenman LLP Anthony L. Paccione anthony.paccione@kattenlaw.com Brian L. Muldrew brian.muldrew@kattenlaw.com |
| 94. | *Picard v. Orbita Capital Return Strategy Limited* | 12-cv-02934 | Dechert LLP Gary Mennitt (gary.mennitt@dechert.com) |
| 95. | *Picard v. Atlantic Security Bank* | 12-cv-02980 | Arnold & Porter LLP Scott B. Schreiber (Scott.Schreiber@aporter.com) Andrew T. Karron (Andrew.Karron@aporter.com) |
| 96. | *Picard v. Cardinal Management Inc., et al* | 12-cv-02981 | Clifford Chance US LLP Jeff E. Butler (jeff.butler@cliffordchance.com) |
| 97. | *Picard v. Koch Industries Inc.* | 12-cv-03033 | Orrick, Herrington & Sutcliffe LLP Jonathan Guy (jguy@orrick.com) |

| | | | |
|---|---|---|---|
| | | | James W. Burke<br>(jburke@orrick.com) |
| 98. | *Picard v. Kohn, et al.* (as filed by UniCredit S.p.A. and Pioneer) | | Skadden, Arps, Slate, Meagher, & Flom LLP<br>Susan L. Saltzstein<br>(susan.saltzstein@Skadden.com)<br>Marco E. Schnabl<br>(Marco.Schnabl@Skadden.com)<br>Jeremy A. Berman<br>(jeremy.berman@Skadden.com)<br>Jason C. Putter<br>(jason.putter@skadden.com) |
| 99. | *Picard v. Pictet et Cie* | | Debevoise & Plimpton LLP<br>Michael E. Wiles<br>(mewiles@debevoise.com) |
| 100. | *Picard v. Merrill Lynch International* | | Arnold & Porter LLP<br>Pamela A. Miller<br>(Pamela.Miller@aporter.com)<br>Kent A. Yalowitz<br>(Kent.Yalowitz@aporter.com) |
| 101. | *Picard v. Fullerton Capital PTE. Ltd.* | | Arnold & Porter LLP<br>Pamela A. Miller<br>(Pamela.Miller@aporter.com)<br>Kent A. Yalowitz<br>(Kent.Yalowitz@aporter.com) |
| 102. | *Picard v. Merrill Lynch Bank (Suisse) SA* | | Arnold & Porter LLP<br>Pamela A. Miller<br>(Pamela.Miller@aporter.com)<br>Kent A. Yalowitz<br>(Kent.Yalowitz@aporter.com) |
| 103. | *Picard v. Cathay United Bank, et al.* | | Baker & McKenzie LLP<br>David W. Parham<br>(david.Parham@bakermckenzie.com) |
| 104. | *Picard v. Zephyros Limited* | | O'Melveny & Myers LLP<br>William J. Sushon<br>(wsushon@omm.com)<br>Shiva Eftekhari |

| | | | (seftekhari@omm.com |
|---|---|---|---|
| 105. | *Picard v. Mistral (SPC)* | | O'Melveny & Myers LLP<br>William J. Sushon<br>(wsushon@omm.com)<br>Shiva Eftekhari<br>(seftekhari@omm.com |

**EXHIBIT B**

**Participants To April 17, 2012 Telephonic Conference**

**Irving H. Picard,** *Trustee for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment Securities LLC and*
*Bernard L. Madoff*

BAKER HOSTETLER, LLP
Oren J. Warshavsky
(owarshavsky@bakerlaw.com)
Nicholas Cremona
(ncremona@bakerlaw.com)

SECURITIES INVESTOR PROTECTION CORPORATION
Kevin Bell
(kbell@sipc.org)
Lauren Attard
(lattard@sipc.org)

***Picard v. Lake Drive LLC, et al,*** 11-cv-09371-JSR;
***Picard v. Bear Lake Partners, et al,*** 11-cv-09372-JSR

KATTEN MUCHIN ROSENMAN LLP
Anthony L. Paccione
(anthony.paccione@kattenlaw.com)

***Picard v. Mosaic Fund L.P. , et al ,*** 11-cv-09444-JSR

MACHT, SHAPIRO, AARATO & ISSERLES LLP
Eric S. Olney
(eolney@shapiroarato.com)

**EXHIBIT C**

**Participants To April 18, 2012 Telephonic Conference**

**Irving H. Picard,** *Trustee for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment Securities LLC and*
*Bernard L. Madoff*

BAKER HOSTETLER, LLP
Oren J. Warshavsky
(owarshavsky@bakerlaw.com)
Nicholas Cremona
(ncremona@bakerlaw.com)

SECURITIES INVESTOR PROTECTION CORPORATION
Kevin Bell
(kbell@sipc.org)
Lauren Attard
(lattard@sipc.org)

***Picard v. Lake Drive LLC, et al,*** 11-cv-09371-JSR;
***Picard v. Bear Lake Partners, et al,*** 11-cv-09372-JSR

KATTEN MUCHIN ROSENMAN LLP
Anthony L. Paccione
(anthony.paccione@kattenlaw.com)

***Picard v. Mosaic Fund L.P. , et al ,*** 11-cv-09444-JSR

MACHT, SHAPIRO, AARATO & ISSERLES LLP
Eric S. Olney
(eolney@shapiroarato.com)

***Picard v. Goldstein, et al,*** 11-cv-08491-JSR

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Elise Scherr Frejka
(efrejka@kramerlevin.com)

***Picard v. Elins Family Trust, et al.,*** 11-cv-04772-JSR

KLEINBERG, KAPLAN, WOLFF & COHEN P.C.
Matthew J. Gold
(mgold@kkwc.com)
David Parker
(dparker@kkwc.com)

300242822

## EXHIBIT D

### Participants To May 2, 2012 Telephonic Conference

**Irving H. Picard**, *Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

BAKER HOSTETLER, LLP
Oren J. Warshavsky
(owarshavsky@bakerlaw.com)
Nicholas Cremona
(ncremona@bakerlaw.com)

SECURITIES INVESTOR PROTECTION CORPORATION
Kevin Bell
(kbell@sipc.org)
Lauren Attard
(lattard@sipc.org)

***Picard v. Elins Family Trust, et al.*, 11-cv-04772-JSR**

KLEINBERG, KAPLAN, WOLFF & COHEN P.C.
Matthew J. Gold
(mgold@kkwc.com)

***Picard v. Harold J. Hein*, 11-cv-04936-JSR**
***Picard v. Dahme Family Bypass Testamentary Trust Dated 10/27/76, et al*, 12-cv-02781**

SNR DENTON US LLP
Carole Neville
(carole.neville@snrdenton.com)

***Picard v. Kara Fishbein Goldman*, 11-cv-04959-JSR**

PRYOR Cashman LLP
Richard Levy, Jr.
(rlevy@pryorcashman.com)

***Picard v. Federico Ceretti, et al.*, 11-cv-07256-JSR**
***Picard v. Citibank, N.A., et al.*, 11-cv-07825-JSR**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
David Y. Livshiz
(dlivshiz@cgsh.com)

***Picard v. David Abel*, 11-cv-07766-JSR**
***Picard v. Joan Roman*, 12-cv-02315-JSR**
***Picard v. S&P Associates*, 12-cv-02316**
***Picard v. P&S Associates*, 12-cv-02317-JSR**
***Picard v. Robert Roman*, 12-cv-02318-JSR**

BECKER & POLIAKOFF LLP
Helen Davis Chaitman
(Hchaitman@beckerny.com)

***Picard v. Goldstein, et al,*** 11-cv-08491-JSR
***Picard v. Estate of Muriel Lederman, et al.,*** 12-cv-02312-JSR

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Elise Scherr Frejka
(efrejka@kramerlevin.com)

***Picard v. Kohn, et al.,*** 12-cv-02161-JSR
***Picard v. HSBC Bank, plc, et al.,*** 12-cv-02162-JSR

SULLIVAN & WORCESTER LLP
Franklin B. Velie
(fvelie@sandw.com)
Jonathan Kortmansky
(jkortmansky@sandw.com)

***Picard v. HSBC Bank, plc, et al.,*** 12-cv-02239-JSR
***Picard v. Kohn, et al.***

SKADDEN, ARPS, SLATE, MEAGHER, & FLOM LLP
Susan L. Saltzstein
(susan.saltzstein@Skadden.com)
Jason C. Putter
(jason.putter@skadden.com)