```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SECURITIES INVESTOR PROTECTION           :
CORPORATION,                             :
                                         :
              Plaintiff,                 :
                                         :    12 Misc. 115 (JSR)
          -v-                            :
                                         :         ORDER
BERNARD L. MADOFF INVESTMENT             :
SECURITIES LLC,                          :
                                         :
              Defendant.                 :
----------------------------------------x
                                         :
In re:                                   :
                                         :
MADOFF SECURITIES                        :
                                         :
----------------------------------------x

PERTAINS TO CASES LISTED IN EXHIBITS
A, B, & C TO ITEM NUMBER 109 ON
DOCKET NUMBER 12 MISC. 115
```

JED S. RAKOFF, U.S.D.J.

The Court inadvertently omitted information from the Consent Order Granting Certification Pursuant to Fed. R. Civ. P. 54(b) for Entry of Final Judgment Dismissing Certain Claims and Actions ("Consent Order"), Document #109 on docket number 12 Misc. 115. On page two of the Consent Order, the Court had intended to note that it had issued a Supplemental Opinion and Order on May 15, 2012 and that the Supplemental Opinion and Order is Document #101 on docket number 12 Misc. 115. The Consent Order is therefore deemed amended accordingly.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York

May 22, 2012