```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
SECURITIES INVESTOR PROTECTION           :
CORPORATION,                             :
                                         :
              Plaintiff,                 :
                                         :   12 MC 115 (JSR)
              -v-                        :
                                         :   ORDER
BERNARD L. MADOFF INVESTMENT             :
SECURITIES LLC,                          :
                                         :
              Defendant.                 :
---------------------------------------- x
                                         :
In re:                                   :
                                         :
MADOFF SECURITIES                        :
                                         :
---------------------------------------- x

PERTAINS TO ALL CASES
```

JED S. RAKOFF, U.S.D.J.

On December 23, 2011, the Court stayed Thybo Asset Management Limited's motion to withdraw the reference to the Bankruptcy Court pending the Bankruptcy Court's resolution of Thybo Asset Management Limited's motion to dismiss based on lack of personal jurisdiction. Subsequently, the Court consolidated merits briefing on many issues -- some of which Thybo Asset Management Limited raised -- in an attempt to finally resolve those issues across all relevant cases and return those cases to the Bankruptcy Court. See, e.g., Order dated April 19, 2012. In light of the efficiency of resolving these issues quickly in all relevant cases, the Court lifts the stay of Thybo Asset Management Limited's motion to withdraw the reference and withdraws the reference

in its case to the extent necessary to allow Thybo Asset Management Limited to participate in the consolidated briefing. To the extent that other parties, by virtue of their motions before the Bankruptcy Court to dismiss based on lack of personal jurisdiction, are similarly situated to Thybo Asset Management Limited, the Court lifts any applicable stay and withdraws the reference in their cases to the extent necessary to permit their participation in the consolidated briefing.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
May 22, 2012