UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | 12 Misc. 115 (JSR) |
| In re: MADOFF SECURITIES | |
| PERTAINS TO THE FOLLOWING CASE: | |
| IRVING H. PICARD,<br><br>Plaintiff,<br><br>v.<br><br>PLAZA INVESTMENTS INTERNATIONAL LIMITED, and NOTZ, STUCKI MANAGEMENT (BERMUDA) LIMITED,<br><br>Defendants. | Adv. Pro. No. 10-04284 (BRL)<br><br>12 Civ. 2646 (JSR) |

## STIPULATION AND ORDER

JED S. RAKOFF, U.S.D.J.

For reasons that are no longer relevant, *Picard v. Plaza Investments International Limited, et al.*, No. 12 cv. 2646 (JSR) (the "Plaza Action"), was excluded from Exhibit A to the Order dated May 16, 2012, No. 12 Civ. 0115 (S.D.N.Y. May 15, 2012) (ECF No. 107) (the "Antecedent Debt Order"). The parties to this Stipulation and Order hereby agree that the Antecedent Debt Order as entered shall apply to the Plaza Action *nunc pro tunc* to May 16, 2012, and will be covered by the Antecedent Debt Order in all respects.

300245948

Dated: May 21, 2012

BAKER & HOSTETLER LLP

By: /s/ _____
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Nicholas Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*

SECURITIES INVESTOR
PROTECTION CORPORATION

By: /s/ _____
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Josephine Wang
E-mail: jwang@sipc.org
Kevin H. Bell
E-mail: kbell@sipc.org
Lauren T. Attard
E-mail: lattard@sipc.org

DEBEVOISE & PLIMPTON LLP

By: /s/ _____
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Joseph P. Moodhe
Email: Jpmoodhe@debevoise.com
Shannon Rose Selden
Email: srselden@debevoise.com

*Attorneys for Defendants Plaza Investments International Limited, and Notz, Stucki Management (Bermuda) Limited*

SO ORDERED.

Dated: New York, New York
       May 23, 2012

/s/ _____
JED S. RAKOFF, U.S.D.J.

300245948