**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

### ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD

This CAUSE came before the Court on Susan Capote, Esq. and Lewis Tein, P.L.'s motion to withdraw as counsel of record. Having reviewed the motion and the Court otherwise being duly advised in the premises, it is thereupon,

ORDERED AND ADJUDGED that the motion is GRANTED. Susan Capote, Esq. and Lewis Tein, P.L. are hereby granted leave to withdraw as counsel for Claimant Ermitage Finance Corporation, and as of the date of this Order, are relieved from any further responsibility in this case. Susan Capote, Esq. shall be removed from the CM/ECF service list as of the date of this Order.

DONE and ORDERED in Chambers, at Miami-Dade County, this ___ day of May, 2012.

_____
UNITED STATES BANKRUPTCY JUDGE