UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                              SIPA LIQUIDATION

BERNARD L. MADOFF INVESTMENTS                Case No. 08-01789
SECURITIES, LLC

# AFFIDAVIT OF MAILING

STATE OF TEXAS           )
                         )   ss:
COUNTY OF DALLAS         )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 23, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000271)

4. On May 23, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    B. Notice of Transfer of Allowed Claim (Transfer Number T000272)

5. On May 23, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

    C. Notice of Transfer of Allowed Claim (Transfer Number T000273)

6. On May 23, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit D, a true and correct copy of the following:

    D. Notice of Transfer of Allowed Claim (Transfer Number T000274)

7. On May 23, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit E, a true and correct copy of the following:

    E. Notice of Transfer of Allowed Claim (Transfer Number T000275)

8. On May 23, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit F, a true and correct copy of the following:

    F. Notice of Transfer of Allowed Claim (Transfer Number T000277)

Executed on ___May 25___, 2012

_____
John S. Franks

Sworn to and subscribed before me this 25th day of MAY, 2012



(SEAL)                                         Notary Public

# Exhibit A

SERVICE LIST A
TRANSFER NUMBERS: 400271
5/23/2012

| TRANSFEROR | TRANSFEREE |  | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X |  | REDACTED FOR CONFIDENTIALITY REASONS |  |  |  |  |  |  |  |
|  | X |  | BMIS Funding IDC, LLC | Attention: Michael G. Linn | c/o Farallon Capital Management LLC | One Maritime Plaza, Suite 2100 | San Francisco | CA | 94111 |

# Exhibit B

SERVICE LIST B
TRANSFER NUMBERS 1-400272
5/23/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | BMIS Funding IDC, LLC | Attention: Michael G. Linn | c/o Farallon Capital Management LLC | One Maritime Plaza, Suite 2100 | San Francisco | CA | 94111 |

# Exhibit C

**SERVICE LIST C**
**TRANSFER NUMBERS 1-00273**
**5/23/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |

# Exhibit D

**SERVICE LIST D**
**TRANSFER NUMBERS 1-9274**
5/23/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |

# Exhibit E

**SERVICE LIST E**
**TRANSFER NUMBERS 1040-1275**
5/23/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |

# Exhibit F

**SERVICE LIST E**
**TRANSFER NUMBERS 1-277**
5/23/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |