UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | 12 Misc. 115 (JSR) |
| In re: MADOFF SECURITIES | |
| PERTAINS TO THE FOLLOWING CASES: | |
| IRVING H. PICARD,<br><br>Plaintiff,<br><br>v.<br><br>ZEPHYROS LIMITED,<br><br>Defendant. | Adv. Pro. No. 12-01278 (BRL)<br><br>12 Civ. 3533 (JSR) |
| IRVING H. PICARD,<br><br>Plaintiff,<br><br>v.<br><br>MISTRAL (SPC),<br><br>Defendant. | Adv. Pro. No. 12-01273 (BRL)<br><br>12 Civ. 3532 (JSR) |

## STIPULATION AND ORDER

JED S. RAKOFF, U.S.D.J.

For reasons that are no longer relevant, *Picard v. Zephyros Limited,* No. 12 cv. 3533 (JSR) (the "Zephyros Action") and *Picard v. Mistral (SPC)*, No. 12 cv. 3532 (JSR) (the "Mistral Action") were excluded from Exhibit A to the Order dated April 13, 2012, No. 12 Civ. 0115

{10757758:2}

(S.D.N.Y. April 13, 2012) (ECF No. 4) (the "*Stern* Order"). The parties to this Stipulation and Order hereby agree that the *Stern* Order as entered shall apply to each of the Zephyros Action and the Mistral Action *nunc pro tunc* to April 13, 2012, and such actions will be covered by the *Stern* Order in all respects.

{10757758:2}

Dated: May 24, 2012

<div style="display: flex;">
<div>

WINDELS MARX LANE &
MITTENDORF, LLP

By: /s/ Howard L. Simon
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
Howard L. Simon
Email: hsimon@windelsmarx.com
Antonio J. Casas
Email: acasas@windelsmarx.com

*Special Counsel for Plaintiff Irving H.
Picard, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC*

SECURITIES INVESTOR
PROTECTION CORPORATION

By: /s/ Kevin H. Bell
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Josephine Wang
E-mail: jwang@sipc.org
Kevin H. Bell
E-mail: kbell@sipc.org
Lauren T. Attard
E-mail: lattard@sipc.org

</div>
<div>

O'MELVENY & MYERS LLP

By: /s/ Shiva Eftekhari
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
William Sushon
E-mail: wsushon@omm.com
Shiva Eftekhari
Email: seftekhari@omm.com

*Attorneys for Defendants Zephyros Limited
and Mistral (SPC)*

</div>
</div>

SO ORDERED.

Dated: New York, New York
        May 24, 2012

_____
JED S. RAKOFF, U.S.D.J.

{10757758:2}