# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendants. | 12 MISC. 00115 (JSR) |
| In re MADOFF SECURITIES | |
| PERTAINS TO THE FOLLOWING CASE: | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>STEFANELLI INVESTORS GROUP, ANTHONY E. STEFANELLI, JR., as general partner of Stefanelli Investors Group and individually, MINOR 1, MINOR 2, MINOR 3, MARY ANN STEFANELLI, as general partner of Stefanelli Investors Group and individually, JOAN L. APISA, DANIELLE L. D'ESPOSITO, MARK STEFANELLI, as general partner of Stefanelli Investors Group and individually, MINOR 4, as general partner of Stefanelli Investors Group and individually, MINOR 5, as general partner of Stefanelli Investors Group and individually, BARBARA ANN STEFANELLI, as general partner of Stefanelli Investors Group and individually, LISA M. STEFANELLI, as general partner of Stefanelli Investors Group and individually, PATRICIA MORETTA, as general partner of Stefanelli Investors Group and individually, MINOR 6, as general partner of | Adv. Pro. No. 10-05255 (BRL)<br><br>11 Civ. 9503 (JSR) |

300243920

| | |
|---|---|
| Stefanelli Investors Group and individually, and MINOR 7, as general partner of Stefanelli Investors Group and individually,<br><br>Defendants. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY E. STEFANELLI,<br><br>Defendant. | Adv. Pro. No. 10-04952 (BRL)<br><br>11 Civ. 9502 (JSR) |

**CONSENT ORDER DEFERRING BRIEFING ON REMAINING ISSUES IN PENDING MOTION TO WITHDRAW THE REFERENCE**

JED S. RAKOFF, U.S.D.J.

On consent of (i) Anthony E Stefanelli and Mary Ann Stefanelli (collectively, "Defendants"), (ii) Irving H. Picard, as Trustee (the "Trustee") for the substantively consolidated liquidation proceedings of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, and (iii) the Securities Investor Protection Corporation ("SIPC", together with the Defendants and the Trustee, the "Parties"), briefing with respect to (a) whether a defendant's right to a jury trial or (b) judicial economy provides a basis to withdraw the reference for cause pursuant to 28 U.S.C. § 157(d), the only remaining legal issues raised by the pending Motions to Withdraw the Reference filed in the above-captioned actions (the "Remaining Issues") which are not subsumed by the (i) *Order, In re: Madoff Securities*, No. 12-MC-00115 (JSR) (S.D.N.Y. April 13, 2012) (ECF No. 4) (the "Stern Order") and (ii) *Order, In re: Madoff Securities*, No. 12-MC-00115 (JSR) (S.D.N.Y. April 19, 2012) (ECF No. 22) (together with the Stern Order, the "Common Briefing Orders") shall be deferred until after all of the issues articulated in the Common Briefing Orders have been fully adjudicated by a final

300243920

order of this Court. The Parties shall advise this Court whether any further briefing with respect to the Remaining Issues is necessary to resolve the pending Motions to Withdraw the Reference in these actions as soon as practicable after all of such issues stated in the Common Briefing Orders have been fully adjudicated by a final order of this Court.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Date:   New York, New York
        April 30, 2012

300243920