BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff,<br><br>                  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON MAY 30, 2012 AT 10:00 A.M.**

**CONTESTED MATTER**

**PICARD v. DEFENDANTS IDENTIFIED IN EXHIBIT A**

1. Application by Way of Order to Show Cause Seeking Entry of an Order Directing Defendants to Make Expedited Limited Initial Disclosures, Or to Provide Immediate Notice of Certain Adversary Proceedings filed by Marc E. Hirschfield on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff. (Filed:

    05/07/2012) [See Exhibit A for cases where document is filed]

    Related Documents:

    A.    Memorandum of Law in Support of Trustee's Application by Way of Order to Show Cause Seeking Entry of an Order Directing Defendants to Make Expedited Limited Initial Disclosures, Or to Provide Immediate Notice of Certain Adversary Proceedings (Filed: 05/07/2012) [See Exhibit A for cases where document is filed]

    B.    Affidavit of Torello H. Calvani in Support of the Trustee's Application by Way of Order to Show Cause Seeking Entry of an Order Directing Defendants to Make Expedited Limited Initial Disclosures, Or to Provide Immediate Notice of Certain Adversary Proceedings (Filed: 05/07/2012) [See Exhibit A for cases where document is filed]

Objection Deadline:    May 14, 2012

Unresolved Objections:

    C.    Opposition (Joinder by Swiss Bank Defendants in Opposition to the Trustee's Application to Require Defendants to Make Expedited Disclosure of the Identity and Addresses of Customers and Former Customers or, Alternatively, to Provide Certain Notices to Those Customers and Former Customers.) (related document [10]) filed by Charles Collier Platt on behalf of BSI AG, individually and as successor in interest to Banco Del Gottardo (Filed 05/14/2012) [Adv. Pro. No. 12-01209]

    D.    Falcon Private Bank Ltd.'s (I) Response to the Application by way of Order to Show Cause Seeking Entry of an Order Directing Defendants to Make Expedited Limited Initial Disclosures, or to Provide Immediate Notice of Certain Adversary Proceedings, and (II) Joinder in Certain Briefs in Opposition to the Application filed by Karen Dine on behalf of Falcon Private Bank Ltd. (f/k/a AIG Privat Bank AG) (Filed 05/14/2012) [Adv. Pro. No. 11-02923]

2.    Notice of Proposed Order /[Proposed] Order To Show Cause Why Defendants Should Not Be Required To Make Expedited Limited Initial Disclosures Or To Provide Immediate Notice Of Certain Adversary Proceedings (Filed: 05/08/2012) [See Exhibit A for cases where document is filed]

    Related Documents:

    A.    Affidavit of Service Order To Show Cause Why Defendants Should Not Be Required To Make Expedited Limited Initial Disclosures Or To Provide Immediate Notice Of Certain Adversary Proceedings entered by the Court on May 8, 2012 (Filed: 05/08/2012) [See Exhibit A for cases where document is filed]

3. Limited Notice of Withdrawal of Trustees Application Seeking Entry of Order Directing Defendants to Make Expedited Limited Initial Disclosures or Provide Immediate Notice (Filed: 05/11/2012) [See Exhibit A for cases where document is filed]

   Related Documents:

   A. Affidavit of Service filed by Marc E. Hirschfield on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff. (Filed: 05/14/2012) [See Exhibit A for cases where document is filed]

4. Limited Notice of Withdrawal of Trustees Application Seeking Entry of Order Directing Defendants to Make Expedited Limited Initial Disclosures or Provide Immediate Notice (Filed: 05/15/2012) [See Exhibit A for cases where document is filed]

   Related Documents:

   A. Affidavit of Service of Limited Notice of Withdrawal of Trustees Application Seeking Entry of Order Directing Defendants to Make Expedited Limited Initial Disclosures or Provide Immediate Notice filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Filed: 05/15/2012) [See Exhibit A for cases where document is filed]

5. Reply Memorandum of Law in Support of Trustee's Application Seeking Entry of Order Directing Defendants to Make Expedited Limited Initial Disclosures or Provide Immediate Notice of Certain Adversary Proceedings (Filed: 05/24/2012) [See Exhibit A for cases where document is filed]

   Related Documents:

   A. Declaration of Thomas L. Long In Support of Trustee's Application Seeking Entry of Order Directing Defendants to Make Expedited Limited Initial Disclosures or Provide Immediate Notice of Certain Adversary Proceedings (Filed: 05/24/2012) [See Exhibit A for cases where document is filed]

   B. Second Affidavit of Torello H. Calvani in Support of the Trustee's Application By Way of Order to Show Cause Why Defendants Should Not Be Required to Make Expedited Limited Initial Disclosures or Provide Immediate Notice of Certain Adversary Proceedings (Filed: 05/24/2012) [See Exhibit A for cases where document is filed]

   C. Affidavit of Service filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 05/24/2012) [See Exhibit A for cases where document is filed]

D. Limited Notice of Withdrawal of Trustee's Application Seeking Entry of Order Directing Defendants to Make Expedited Limited Initial Disclosures or Provide Immediate Notice (Filed: 05/29/2012) [See Exhibit A for cases where document is filed]

Status: This matter is going forward.

**Picard v. Merkin; Adv. Pro. No. 09-01182**

6. Pre-Trial Conference.

Status: This matter is going forward.

Dated: New York, New York  
May 29, 2012

Respectfully submitted,

/s/ *Marc E. Hirschfield*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*