**EXHIBIT A**

| **Adversary Proceeding Case Name** | **Adversary Proceeding Number** |
|---|---|
| Picard v. Falcon Private Bank Ltd. (f/k/a AIG Private Bank AG) | 11-02923 |
| Picard v. BSI AG | 12-01209 |