UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS           )
                         )   ss:
COUNTY OF DALLAS         )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 29, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000269)

4. On May 29, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    B. Notice of Transfer of Allowed Claim (Transfer Number T000279)

Executed on \_\_May 30\_\_, 2012

_____
John S. Franks

Sworn to and subscribed before me this \_\_30th\_\_ day of \_\_May\_\_, 2012

_____
Notary Public

(SEAL)

# Exhibit A

SERVICE LIST A
TRANSFER NUMBERS 0000269
5/29/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | Attestor Value Master Fund, L.P. | | 67-68 Grosvenor Street | | London | | W1K 3JN | UNITED KINGDOM |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS 0000279**
**5/29/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Southpaw Credit Opportunity Master Fund LP | Attention: Jeff Cohen | 2 West Greenwich Office Park | First Floor | Greenwich | CT | 06831 |