UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendants. | 12 Misc. 115 (JSR) |
| In re: MADOFF SECURITIES | |
| PERTAINS TO THE FOLLOWING CASES: | |
| CONSOLIDATED PROCEEDINGS RELATING TO THE *STERN* WITHDRAWAL DEFENDANTS | |



## CONSENT ORDER AMENDING *STERN* COMMON BRIEFING ORDER

JED S. RAKOFF, U.S.D.J.

On consent of (i) the above-captioned defendants (collectively, "*Stern* Withdrawal Defendants"), (ii) Irving H. Picard, as Trustee (the "Trustee") for the substantively consolidated liquidation proceedings of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, and (iii) the Securities Investor Protection Corporation ("SIPC", together with the Stern Withdrawal Defendants and the Trustee, the "Parties"), the *Order, In re: Madoff Securities*, No. 12-MC-115 (JSR) (S.D.N.Y. April 13, 2012) (ECF No. 4) (the "*Stern* Order") shall hereby be modified to permit the following: (1) Young Conaway Stargatt & Taylor, LLP, conflicts counsel for the Trustee, may file a joinder, not to exceed two pages

300246788

(excluding exhibits identifying the relevant adversary proceedings), to the Trustee's opposition to the *Consolidated Brief on Behalf of Stern Withdrawal Defendants Responding to Issues Raised by Order of the Court Entered on April 13, 2012* ("*Stern* Withdrawal Defendants' Brief"), on behalf of the Trustee in certain of the adversary proceedings listed on Exhibit A to the *Stern* Order on or before May 25, 2012; and (2) Windels Marx Lane & Mittendorf, LLP, special counsel to the Trustee, may file a joinder, not to exceed two pages (excluding exhibits identifying the relevant adversary proceedings), to the Trustee's opposition to the *Stern* Withdrawal Defendants' Brief on behalf of the Trustee in certain of the adversary proceedings listed on Exhibit A to the *Stern* Order on or before May 25, 2012. In either case, the respective joinders may only specify what portions of the Trustee's opposition are joined and may not make or offer any additional substantive argument.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Date:   New York, New York
        May 24, 2012

300246788