UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 4, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000282)

4. On June 4, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000283 – T000288)

Executed on June 5, 2012

_____
John S. Franks

Sworn to and subscribed before me this 5th day of June, 2012



(SEAL)

_____
Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS 0000282**
**6/4/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Blue Creek Funding LLC | | 228 Park Ave S #8793 | | New York | NY | 10003-1502 |

# Exhibit B

**SERVICE LIST A**
**TRANSFER NUMBERS: T000283 - T000288**
6/4/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X (T000283) | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| X T000284) | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| X (T000285) | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| X (T000286) | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| X (T000287) | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| X (T000288) | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X (T000283 - T000288) | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |