UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                            )   ss:
COUNTY OF DALLAS            )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 5, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000268)

4. On June 5, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    B. Notice of Transfer of Allowed Claim (Transfer Number T000281)

5. On June 5, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

    C. Notice of Transfer of Allowed Claim (Transfer Number T000288)

Executed on _____, 2012

_____
John S. Franks

Sworn to and subscribed before me this \_\_\_\_\_ day of _____, 2012

_____                               _____

(SEAL)                                                                      Notary Public

# Exhibit A

SERVICE LIST A
TRANSFER NUMBERS 0000268
6/5/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Solus Recovery Fund LP, c/o Solus Alternative Asset Management LP | Attention: Solus Compliance Officer | 410 Park Avenue | 11th Floor | New York | NY | 10022 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS 0000281**
**6/5/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Dolos V LLC | DOLOS LLC, c/o The Corporate Trust Company | Corporate Trust Center | 1209 Orange Street | Wilmington | DE | 19801 |
| | X | | Kramer Levin Naftalis & Frankel LLP | Attn: Thomas T. Janover, Attn: Darius J. Goldman | 1177 Avenue of the Americas | | New York | NY | 10036 |

# Exhibit C

SERVICE LIST C
TRANSFER NUMBERS 0000289
6/5/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Southpaw Credit Opportunity Master Fund LP | Attention: Jeff Cohen | 2 West Greenwich Office Park, First Floor | | Greenwich | CT | 06831 |