UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )    ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 6, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A.  Notice of Transfer of Allowed Claim (Transfer Number T000276)

4. On June 6, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

   B.  Notice of Transfer of Allowed Claim (Transfer Number T000290)

5. On June 6, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

   C.  Notice of Transfer of Allowed Claim (Transfer Number T000291)

Executed on ____June 7____, 2012

John S. Franks

Sworn to and subscribed before me this ___7___ day of ___June___, 2012


KASANDRA B. COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2014

March 27, 2014

(SEAL)                                              Notary Public

# Exhibit A

SERVICE LIST
TRANSFER NOTICES 0000276
6/6/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | Venor Capital Master Fund Ltd. | Attention: David S. Zemel | 7 Times Square, Suite 3505 | P.O. Box N-3229 | New York | NY | 10036 | |

# Exhibit B

SERVICE LIST b
TRANSFER NUMBERS 0000290
6/6/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Blue Creek Funding LLC | | 228 Park Ave S #8793 | | New York | NY | 10003-1502 |

# Exhibit C

SERVICE LIST 6
TRANSFER NUMBERS: 0000291
6/6/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Blue Creek Funding LLC | | 228 Park Ave S #8793 | | New York | NY | 10003-1502 |