```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SECURITIES INVESTOR PROTECTION         :
CORPORATION,                           :
                                       :
              Plaintiff,               :
                                       :
         -v-                           :
                                       :
BERNARD L. MADOFF INVESTMENT           :
SECURITIES LLC,                        :
                                       :
              Defendant.               :    12 MC 115 (JSR)
------------------------------------- x
                                       :         ORDER
In re:                                 :
                                       :
MADOFF SECURITIES                      :
                                       :
------------------------------------- x
                                       :
PERTAINS TO:                           :
                                       :
Picard v. Goldstein, 11 Civ. 8491      :
(JSR)                                  :
                                       :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

Defendant Michael Goldstein has moved to withdraw the reference to the Bankruptcy Court of the adversarial proceeding brought against him by Irving H. Picard, the trustee appointed to liquidate the estate of Bernard L. Madoff Investment Securities, LLC pursuant to the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. The Court's previous orders have resolved every issue raised by Goldstein's motion. See Consent Order Regarding § 546(e) dated May 12, 2012; Order Regarding Antecedent Debt dated May 12, 2012; Order Regarding Internal Revenue Code Issues dated May 12, 2012.

Accordingly, the Court directs the parties to continue according to the procedures outlined in those orders. The Clerk of the Court is hereby ordered to close item number 1 on the docket of 11 Civ. 8491.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York

June 6, 2012