

## NIAP: Daily News 5-25-12

**Network For Investor Action** <admin@investoraction.org>    Fri, May 25, 2012 at 1:00 PM
To: davidgross63@gmail.com



Network for Investor
Action and Protection

Daily News Clips
May 25, 2012

### Bloomberg
High Court Shouldn't Hear Madoff Investor Appeal, SEC Say
Bernard Madoff's investors shouldn't be allowed to appeal a court ruling denying them payment for fake Ponzi profits on their account statements, the U.S. Securities and Exchange Commission said. The investors asked the U.S. Supreme Court to hear their case after a federal appeals court in New York said in August it would be "absurd" to treat fictitious paper profits as real, upholding a lower court ruling. The Supreme Court justices asked the SEC to file papers by today if they should take the appeal on whether the liquidator of the con man's brokerage is using the right formula to compensate investors.

\*\*\*\*\*



David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

**david gross** <davidgross63@gmail.com>    Sun, May 27, 2012 at 11:36 PM
To: Network For Investor Action <admin@investoraction.org>

i was originally an invester with cohmad in the year 1986 being a part of maurice cohn and bernard madoff during
these years all these funds were in the blmis account . in 1994 i was advised by
cohmad that i was no longer part of the cohmad account and that at this time i am qualified to
have my own account in BLMIS .for approximately i david gross paid ordinary income tax on
reportedly phony income.during these years i david gross paid millions on phony income
and know i am told , i donated monies over the years to the federal goverment on taxes
that really wasn't in reality deserving including my new york state income tax IF YOU DO NOT HONOR MY
CLAIMS OR MY BLMIS STATEMENT THAN I DESERVE TO HAVE MY TAXES RETURED . I RESPECT THE
COURTS DECISSIONS BUT THERE SHOULD BE A TWO
WAY STREET . I BELIEVED WHAT I WAS TOLD WAS TRUE AND AS REQUIRED I PAID TAX
ON ALL REPORTED TO ME . AM I TO BE JUDGED AS A CRIMINAL
[Quoted text hidden]


David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422



Ms. Irma Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

Dear Congressman,

I am writing to thank you for your support for H.R. 757, the "Equitable Treatment of Investors Act, introduced by Congressman Scott Garrett. It is a relief to know that you and other elected representatives understand how this bill will provide important relief to many victims of investor fraud but, more importantly, seeks to add critical protection for all US investors.

Although SIPA mandates up to $500,000 in SIPC insurance based on a customer's last statement, Congress has stood by and allowed SIPC to deprive Madoff and Stanford investors of the benefit of the law, upon which every investor had a right to rely. Only a few of you have acted to enforce the law to protect Americans who invest in the stock market.

Unless H.R. 757 is enacted, SIPA should be repealed because it perpetrates a fraud -- with Congress' blessing -- on every American who invests through an SEC-regulated broker dealer and is given the false assurance that his account is insured up to $500,000.

Your continued support to see this bill thru the legislative process is urgently needed.

Thank you again for your support

Sincerely,


David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

HAD NO REASON TO DOUBT THEM. I DAVID GROSS CONTINUED TO CONTRIBUTE

ADDITIONAL FUNDS INCLUDING ADDING ANOTHER ACCOUNT FOR MY IRA RETIREMENT

ACCOUNT. UNTIL I REACHED THE AGE OF HAVING TO WITHDRAW FUNDS REQUIRED

BY LAW , I USED THESE FUNDS TO PAY INCOME TAXES FEDERAL AND STATE.

I BELIEVE THAT , COHN AND SPRING RECIEVED CONSIDERATION IN FUNDS

REPRESENTING THE ACCOUNTS OF IRMA AND DAVID GROSS AND THE ACOUNT

OF DAVID GROSS.

IT HAS BEEN DEVASTED, FOR ME AND MY FAMILY TO LEARN THAT ALL THESE YEARS

I HAVE BEEN DECIEVED BY A FRAUD.

THE YEARS OF 1986, UNTIL THE COLLAPSE OF BLMIS I PAID TAXES IN EXCESS OF OVER A MILLION DOLLARS.

THE UNITED STATES GOVERMENT WAS THE REAL BENEFICIAL WINNER BY GETTING

INCOME ON A FRAUD BASIS WHICH WAS NOT REAL, ALL THESE YEARES.

THE DISAPPOINTING, PART OF IT ALL IS THAT IN MY CASE BEING INNOCENT OF

THE GOINGS ON WITH THE MISREPRESENTIIVES OF ALL THE GOVERMENT AGENCIES

THAT ALLOWED BLMIS TO SAY OUR ACCOUNTS WAS REPRESENTED BY THE

UNITED STATES AGENCIES THAT WERE SUPPOSINGLY LOOKING OUT FOR

THE INDIVIDUAL INVESTER.

IN MY OPINION , I FEEL THERE HAS BEEN AN INJUSTICE TO MYSELF AND OTHER

INVESTERS BY LOSING CONFIDENCE IN OUR FINANCIAL SYSTEM BY ALLOWING

THE FRAUD TO CONTINUE WHEN OUR REPRESENTATIVES AT THE TIME

IGNORED THE WARNINGS

SINCERELY,

P.S. IT WOULD GREATLY BE APPRECIATED , IF IT WERE POSSIBLE TO RIGHT A

WRONG FOR THOSE OF US PAID TAXES AND WERE INNOCENT VICTIMS

2


David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

DAVID GROSS   7248 BALLANTRAE CT   BOCA RATON FLORIDA   33496

561 483 4543

IN 1986 I WAS SOLICITED BY RICHARD SPRING TO INVEST FUNDS WITH

COHMAD . I THEN WAS INTRODUCED TO A SONNY COHN AT HIS OFFICE

IN NEW YORK CITY LOCATED ON THIRD AVENUE. MR. COHN THEN PROCEEDED

TO GIVE ME A TOUR OF EMPLOYEES BEHIND MANY COMPUTERS WHO

AT THIS TIME WAS SUGGESTED TO ME THAT THEY WERE TRADIING IN THE

STOCK MARKET . THIS WAS VERY IMPRESSIVE AND TO ASSURE ME THAT

I WAS DOING THE PROPER THING , I WAS TOLD THAT MANNY IMPRESSIVE

AND ASSTUTE PEOPLE WERE CLIENTS OF THEIRS BY NAME DROPPING.

IT WAS SO IMPRESSIVE , THAT I WAS SOLD ON THEIR INTRODUCTION .

EACH YEAR , FOLLOWING I WAS GIVEN A REPORT INDICATING THE

FINANCIAL STATUS OF MY INVESTMENTS AND WHAT I SHOULD REPORT ON

MY FEDERAL TAXES AND AT THE TIME CONTRIBUTED TO THE NEW YORK STATE

TAXES. I WAS IMPRESSED WITH THE RETURNS OF MY INVESTMENT S WITH

THE FIRM OF COHMAD WHICH MR. MADOFF WAS A PARTNER AND EVENTUALLY

INTRODUCED TO BERNARD MADOFF. I CONTINUED TO CONTRIBUTE ADDITIONAL

FUNDS EVERY YEAR . EACH AND EVERY YEAR I PAID TAXES ON THIS REPORTED INCOME.

**THE TIME CAME IN 1994 , I WAS ADVISED BY THE FIRM REPRESENTATIVE THAT WERE**

**OVERSEERING MY ACCOUNT BY THE NAME OF RICHARD SPRING AND MAURICE COHN**

**THAT I SHOULD FEEL VERY COMFORTABLE WITH THE RESULTS OF RETURNS THAT**

**I RECIEVED AND I HAD SUFFICIENT FUND NOW TO HAVE MY OWN ACCOUNT WITH**

**BLMIS ( BERNARD MADOFF) AND I WOULD GET REPORTS FROM THIS FIRM.**

**SINCE COHN AND SPRING REPRESENTED MY INTEREST UP TO THIS TIME I**

1