BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JUNE 14, 2012 AT 10:00 A.M.**

**CONTESTED MATTER**

**Picard v. Magnify, et al.; Adv. Pro. No. 10-05279**

1.      Motion to Dismiss Adversary Proceeding by Defendants Osnat Dodelson and Kurt Brunner filed by Michael Wexelbaum on behalf of Kurt Brunner, Osnat Dodelson (Attachments: A) Memorandum of Law B) Declaration by Osnat Dodelson and C) Declaration By Kurt Brunner) (Filed: 8/31/2011) [ECF No. 32]

Related Documents:

A.    Declaration by Michael Wexelbaum in Support of Motion to Dismiss (related document 32) filed by Michael Wexelbaum on behalf of Kurt Brunner, Osnat Dodelson (Filed: 8/31/2011) [ECF No. 33]

B.    Affidavit of Service (related documents 32, 33) filed by Michael Wexelbaum on behalf of Kurt Brunner, Osnat Dodelson (Filed: 8/31/2011) [ECF No. 34]

C.    Amended Complaint against Express Enterprises Inc., Kurt Brunner, Magnify Inc., Osnat Dodelson, Premero Investments Ltd., R.H. Book LLC, Robert H. Book, Special Situations Cayman Fund LP, Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green Filed by David J. Sheehan on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 9/21/2011) [ECF No. 39]

D.    So Ordered Stipulation signed on 10/18/2011 Between Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Defendants Magnify Inc., Strand International Investments Ltd., Premero Investments Ltd., Yair Green, Kurt Brunner, Osnat Dodelson, Express Enterprises Inc. and the Yeshaya Horowitz Association. RE: Establishing Briefing Schedule (Filed: 10/18/2011) [ECF No. 40]

E.    Supplemental Declaration *of Michael Wexelbaum in Support of Motion to Dismiss* (related document 32) filed by Michael Wexelbaum on behalf of Kurt Brunner and Osnat Dodelson (Filed: 11/3/2011) [ECF No. 46]

F.    Supplemental Declaration of Michael Wexelbaum in Support of Motion to Dismiss (related document 32) filed by Michael Wexelbaum on behalf of Kurt Brunner, Osnat Dodelson (Filed: 11/3/2011) [ECF No. 47]

G.    Supplemental Memorandum of Law in Support of Motion to Dismiss Complaint (related document 32) filed by Michael Wexelbaum on behalf of Kurt Brunner, Osnat Dodelson (Filed: 11/3/2011) [ECF No. 48]

H.    Affidavit of Service (related documents 47, 48) filed by Michael Wexelbaum on behalf of Kurt Brunner, Osnat Dodelson (Filed: 11/3/2011) [ECF No. 49]

Objections Due:                          October 3, 2011

Objections Filed:

I.    Memorandum of Law in Opposition to Kurt Brunner's and Osnat Dodelson's Motion to Dismiss (related document 32) filed by Timothy S. Pfeifer on behalf of

Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 12/2/2011) [ECF No. 53]

J.    Declaration of Tracy L. Cole in Support of the Trustee's Opposition to Kurt Brunner's and Osnat Dodelson's Motion to Dismiss (related document 53) filed by Timothy S. Pfeifer on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 12/2/2011) [ECF No. 54]

K.    Affidavit of Service of Memorandum of Law in Opposition to Kurt Brunner's and Osnat Dodelson's Motion to Dismiss and Declaration of Tracy L. Cole in Support of the Trustee's Opposition to Kurt Brunner's and Osnat Dodelson's Motion to Dismiss (related document 53, 54) filed by Timothy S. Pfeifer on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 11/18/2011) [ECF No. 55]

Replies Filed:

L.    Reply Memorandum of Law In Support of Motion to Dismiss Adversary Complaint (related document 32) filed by Michael Wexelbaum on behalf of Kurt Brunner, Osnat Dodelson (Filed: 12/23/2011) [ECF No. 57]

M.    Reply Declaration of Yair Green In Support of Motion to Dismiss Adversary Proceeding (related document 32) filed by Michael Wexelbaum on behalf of Kurt Brunner, Osnat Dodelson (Filed: 12/23/2011) [ECF No. 56]

N.    Affidavit of Service (related document 57) filed by Michael Wexelbaum on behalf of Kurt Brunner, Osnat Dodelson (Filed: 12/23/2011) [ECF No. 58]

Additional Documents:

O.    Notice of Correction of Amended Complaint filed by Timothy S. Pfeifer on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 11/18/2011) [ECF No. 50]

P.    Affidavit of Service (related document 50) filed by Timothy S. Pfeifer on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 11/18/2011) [ECF No. 51]

Q.    Notice of Adjournment of Hearing to February 7, 2012 and Pre-Trial Conference to February 23, 2012 filed by Timothy S. Pfeifer on behalf of Irving H. Picard,

Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 1/13/2012) [ECF No. 61]

R.     Affidavit of Service of Notice of Adjournment of Hearing to February 7, 2012 and Pre-Trial Conference to February 23, 2012 (related document 61) filed by Timothy S. Pfeifer on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 1/13/2012) [ECF No. 62]

S.     Notice of Adjournment of Hearing to February 23, 2012 at 10:00 a.m. filed by Timothy S. Pfeifer on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 2/1/2012) [ECF No. 67]

T.     Affidavit of Service of Notice of Adjournment of Hearing to February 23, 2012 at 10:00 a.m. (related document 67) filed by Timothy S. Pfeifer on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 2/1/2012) [ECF No. 68]

U.     Notice of Adjournment of Hearing on Defendants Kurt Brunners and Osnat Dodelsons Motion to Dismiss the Amended Complaint to March 13, 2012 at 10:00 A.M. filed by Timothy S. Pfeifer on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 2/21/2012) [ECF No. 70]

V.     Notice of Adjournment of Hearing on Defendants Kurt Brunner's and Osnat Dodelson's Motion to Dismiss the Amended Complaint to May 10, 2012 at 10:00 A.M. filed by Marc E. Hirschfield on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 3/8/2012) [ECF No. 71]

W.     Affidavit of Service of Notice of Adjournment of Hearing on Defendants Kurt Brunner's and Osnat Dodelson's Motion to Dismiss the Amended Complaint to May 10, 2012 at 10:00 A.M. (related document 71) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 3/9/2012) [ECF No. 72]

X.     Notice Rescheduling Hearing and Pre-Trial Conference to June 12, 2012 filed by Marc E. Hirschfield on behalf of Irving H. Picard, Esq., Trustee for the

- 4 -

Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff
(Filed: 5/15/2012) [ECF No. 90]

Y.    Affidavit of Service of Notice Rescheduling Hearing and Pre-Trial Conference to June 12, 2012 (related document 90) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff  (Filed: 5/15/2012) [ECF No. 91]

Z.    Notice of Law Firm Name Change filed by Michael Wexelbaum on behalf of Express Enterprises Inc., Kurt Brunner, Magnify Inc., Osnat Dodelson, Premero Investments Ltd., Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green (Filed: 5/24/2012) [ECF No. 92]

AA.    Notice of Voluntary Dismissal of Osnat Dodelson filed by David J. Sheehan on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 6/7/2012) [ECF No. 93]

AB.    Affidavit of Service of Notice of Voluntary Dismissal of Osnat Dodelson (related document 93) filed by David J. Sheehan on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 6/7/2012) [ECF No. 94]

AC.    Notice Rescheduling Hearing and Pre-Trial Conference to June 14, 2012 filed by Marc E. Hirschfield on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff
(Filed: 6/11/2012) [ECF No. 95]

AD.    Affidavit of Service of Notice Rescheduling Hearing and Pre-Trial Conference to June 14, 2012 (related document 95) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff  (Filed: 6/12/2012) [ECF No. 96]

Status: This matter is going forward.

2.      Pre-Trial Conference

Status: This matter is going forward.


Dated: New York, New York                    Respectfully submitted,
        June 13, 2012

                                            /s/ Marc E. Hirschfield
                                            Baker & Hostetler LLP
                                            45 Rockefeller Plaza
                                            New York, New York 10111
                                            Telephone: (212) 589-4200
                                            Facsimile: (212) 589-4201
                                            David J. Sheehan
                                            Email: dsheehan@bakerlaw.com
                                            Marc E. Hirschfield
                                            Email: mhirschfield@bakerlaw.com

                                            *Attorneys for Irving H. Picard, Trustee for the
                                            Substantively Consolidated SIPA Liquidation
                                            of Bernard L. Madoff Investment Securities
                                            LLC and Bernard L. Madoff*

300250250