BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:      (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON JUNE 19, 2012 AT 10:00 A.M.**

**CONTESTED MATTER**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-1789**

1.      Motion of Picower Class Action Plaintiffs for a Determination that the Commencement of Securities Class Action Lawsuits Against Non-Debtor Parties is not Prohibited by a Permanent Injunction Issued by this Court or Violate of the Automatic Stay filed by Frederick E. Schmidt on behalf of A & G Goldman Partnership  (Filed:  12/13/2011) [ECF No. 4580]

2.    Motion of Picower Class Action Plaintiffs for a Determination that the Commencement of Securities Class Action Lawsuits Against Non-Debtor Parties is not Prohibited by a Permanent Injunction Issued by this Court or Violate of the Automatic Stay filed by Frederick E. Schmidt on behalf of Pamela Goldman  (Filed:  12/13/2011) [ECF No. 4581]

Related Documents:

A.    So Ordered Stipulation signed on 1/12/2012 Setting Scheduling on Motion of Picower Class Action Plaintiffs for a Determination that the Commencement of Securities Class Action Lawsuits Against Non-Debtor Parties is not Prohibited by a Permanent Injunction Issued by This Court or Violative of The Automatic Stay (related document 4580) filed by Monica Saenz De Viteri  (Entered:  1/12/2012) [ECF No. 4621]

B.    Second So Ordered Stipulation signed on 2/17/2012 Setting Scheduling on Motion of Picower Class Action Plaintiffs for a Determination that the Commencement of Securities Class Action Lawsuits Against Non-Debtor Parties is not Prohibited by a Permanent Injunction Issued by This Court or Violative of the Automatic Stay (related document 4580)  filed by Monica Saenz De Viteri  (Entered:  2/17/2012) [ECF No. 4677]

C.    Order of U.S. District Court Judge John G. Koeltl signed on 3/26/2012 affirming the Bankruptcy Court's Automatic Stay Order, and its Order approving the settlement between the Trustee and the Picower defendants and permanently enjoining certain duplicative or derivative actions against the Picower Defendants (Savinon, Tiffany) (Entered: 03/27/2012) [ECF No. 4739]

Objections Filed:

D.    Trustee's Opposition to Motions of Class Action Plaintiffs to Proceed with their Proposed Class Actions filed by David J. Sheehan on behalf of Irving H. Picard (Filed 5/02/2012) [ECF No. 4797]

Related Documents:

E.    Affidavit of Matthew Cohen in Support of Trustee's Opposition to Motions of Class Action Plaintiffs to Proceed with their Proposed Class Action (related document 4797) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 5/02/2012) [ECF No. 4798]

Reply Filed:

F.    Reply in Support of Motion of Class Action Plaintiffs for a Determination that the Commencement of Securities Class Action Lawsuits Against Non-Debtor Parties is Not Prohibited by a Permanent Injunction Issued by This Court or Violative of

300250582

the Automatic Stay (related documents 4581, 4580) filed by Frederick E. Schmidt on behalf of A & G  (Filed 5/16/2012) [ECF No. 4813]

Additional Documents:

G.      Notice of Adjournment of Hearing on Motion of Picower Class Action Plaintiffs for a Determination that the Commencement of Securities Class Action Lawsuits Against Non-Debtor Parties is not Prohibited by a Permanent Injunction Issued by This Court or Violative of the Automatic Stay (related documents 4581, 4580) filed by Keith R. Murphy on behalf of Irving H. Picard  (Filed 5/25/2012) [ECF No. 4834]

H.      Affidavit of Service of Notice of Adjournment of Hearing (related document 4834) filed by Keith R. Murphy on behalf of Irving H. Picard  (Filed 5/25/2012) [ECF No. 4835]

Status:  This matter is going forward.

Dated: New York, New York                     Respectfully submitted,
       June 18, 2012

                                              /s/ Marc E. Hirschfield
                                              Baker & Hostetler LLP
                                              45 Rockefeller Plaza
                                              New York, New York 10111
                                              Telephone: (212) 589-4200
                                              Facsimile: (212) 589-4201
                                              David J. Sheehan
                                              Email: dsheehan@bakerlaw.com
                                              Keith R. Murphy
                                              Email: kmurphy@bakerlaw.com
                                              Marc E. Hirschfield
                                              Email: mhirschfield@bakerlaw.com
                                              Attorneys for Irving H. Picard, Esq.
                                              Trustee for the Substantively Consolidated
                                              SIPA Liquidation of Bernard L. Madoff
                                              Investment Securities LLC and Bernard L.
                                              Madoff

300250582