**Wolters Kluwer** | **CT Corporation**
Corporate Legal Services

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
866 414 2350 toll free
www.ctcorporation.com

June 14, 2012

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas,
New York, NY 10036

Re: Bernard L. Madoff Investments Securities, LLC, Debtor // To: Dolos V LLC and Dolos LLC

Case No. 0801789

Dear Sir/Madam:

We are returning the enclosed documents pertaining to the above entitled action. You have indicated several corporate entities represented by The Corporation Trust Company upon which you intend to make service.

Since you only forwarded one set of documents, we are unable to determine for which entity process is intended. Please note that it is not the responsibility of the registered agent to make copies of documents received in our office. We merely take and forward to the intended recipient, documents directed to the individual entities for which The Corporation Trust Company furnishes the registered agent.

We request that you either forward a complete set of documents for each entity, or indicate which entity you are serving. The documents should be addressed to the exact name of the entity you wish to serve, c/o The Corporation Trust Company at the address shown on this letter.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 520673061



RECEIVED
JUN 18 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

cc: Southern District of New York - U.S. Bankruptcy Court
Alexander Hamilton Custom House,
One Bowling Green,
New York, NY 10004-1408