UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 25, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000308)

4. On June 25, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

   B. Notice of Transfer of Allowed Claim (Transfer Number T000309)

5. On June 25, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

   C. Notice of Transfer of Allowed Claim (Transfer Number T000310)

6. On June 25, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit D, a true and correct copy of the following:

   D. Notice of Transfer of Allowed Claim (Transfer Number T000311)

7. On June 25, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit E, a true and correct copy of the following:

   E. Notice of Transfer of Allowed Claim (Transfer Number T000312)

8. On June 25, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit F, a true and correct copy of the following:

     F.  Notice of Transfer of Allowed Claim (Transfer Number T000313)

9.  On June 25, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit G, a true and correct copy of the following:

     G.  Notice of Transfer of Allowed Claim (Transfer Number T000314)

10. On June 25, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit H, a true and correct copy of the following:

     H. Notice of Transfer of Allowed Claim (Transfer Number T000315)

11. On June 25, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit I, a true and correct copy of the following:

     I.  Notice of Transfer of Allowed Claim (Transfer Number T000316)

12. On June 25, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit J, a true and correct copy of the following:

     J.  Notice of Transfer of Allowed Claim (Transfer Number T000317)

13. On June 25, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit K, a true and correct copy of the following:

     K.  Notice of Transfer of Allowed Claim (Transfer Number T000318)

Executed on ⎯⎯⎯⎯⎯⎯⎯, 2012

_____
John S. Franks

Sworn to and subscribed before me this ___ day of ___, 2012

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

Mary Suzette Betik

(SEAL)                                    Notary Public

3

Exhibit A

**SERVICE LIST**
**TRANSFER OF CLAIM 2009-0308**
**6/25/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Solus Recovery Fund LP | c/o  Solus Alternative Asset Management LP | 410 Park Avenue, 11th Floor | Attention: Solus Compliance Officer | New York | NY | 10022 |

Exhibit B

Pg 7 of 25

SERVICE LIST
TRANSFER NUMBER: 000309
6/25/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | DOLOS VI LLC | | 1345 Avenue of the Americas | 46th Floor | New York | NY | 10105 |

Exhibit C

SERVICE LIST 2
TRANSFER ORDERS - DER 2500310
6/25/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | DOLOS VI LLC | | 1345 Avenue of the Americas | 46th Floor | New York | NY | 10105 |

Exhibit D

SERVICE LIST B —
Pg 11 of 25
TRANSFER REMINDERS 2010311
6/25/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | DOLOS VI LLC | | 1345 Avenue of the Americas | 46th Floor | New York | NY | 10105 |

Exhibit E

**SERVICE LIST**
**TRANSFER ORDERS 2/29/2012**
6/25/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | BMIS Funding IDC, LLC | Attention: Michael G. Linn | c/o Farallon Capital Management LLC | One Maritime Plaza, Suite 2100 | San Francisco | CA | 94111 |

Exhibit F

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | BMIS Funding IDC, LLC | Attention: Michael G. Linn | c/o Farallon Capital Management LLC | One Maritime Plaza, Suite 2100 | San Francisco | CA | 94111 |

Exhibit G

**SERVICE LIST**
**TRANSFER OF CLAIMS 2/24/2014**
6/25/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | BMIS Funding IDC, LLC | Attention: Michael G. Linn | c/o Farallon Capital Management LLC | One Maritime Plaza, Suite 2100 | San Francisco | CA | 94111 |

Exhibit H

SERVICE LIST B
TRANSFER ORDERS 3/6/315
6/25/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | BMIS Funding IDC, LLC | Attention: Michael G. Linn | c/o Farallon Capital Management LLC | One Maritime Plaza, Suite 2100 | San Francisco | CA | 94111 |

Exhibit I

SERVICE LIST
TRANSFER CLAIMORS 22469316
6/25/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | BMIS Funding IDC, LLC | Attention: Michael G. Linn | c/o Farallon Capital Management LLC | One Maritime Plaza, Suite 2100 | San Francisco | CA | 94111 |

Exhibit J

SERVICE LIST
TRANSFER ORDERS 0317
6/25/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | BMIS Funding IDC, LLC | Attention: Michael G. Linn | c/o Farallon Capital Management LLC | One Maritime Plaza, Suite 2100 | San Francisco | CA | 94111 |

Exhibit K

SERVICE LIST by
TRANSFER ORDERS 6/20/2018
6/25/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Venor Capital Master Fund Ltd | Attention: David S. Zemel | 7 Times Square | Suite 3505 | New York | NY | 10036 |