UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 27, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

     A.  Notice of Transfer of Allowed Claim (Transfer Number T000319)

4. On June 27, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

     B. Notice of Transfer of Allowed Claim (Transfer Number T000320)

5. On June 27, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

     C. Notice of Transfer of Allowed Claim (Transfer Number T000321)

6. On June 27, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit D, a true and correct copy of the following:

     D.  Notice of Transfer of Allowed Claim (Transfer Number T000322)

Executed on __June 27__, 2012

_____
John S. Franks

Sworn to and subscribed before me this 27th day of June, 2012

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____

(SEAL)                                  Notary Public

Exhibit A

SERVICE LIST
Pg 4 of 11
TRANSFER OF CLAIMS 00319
6/27/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital IV LP | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit B

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital IV LP | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

SERVICE LIST B
TRANSFER NUMBER: 1100320
6/27/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital IV LP | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

Exhibit C

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM Capital IV LP | | 7600 Jericho Turnpike | Suite 302 | Woodbury | NY | 11797 |

# Exhibit D

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Southpaw Credit Opportunity Master Fund LP | Attention: Jeff Cohen | 2 West Greenwich Office Park | 1st Floor | Greenwich | CT | 06831 |