AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Security Investor Protection Corp. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   08-01789 (BRL) |
| Bernard L. Madoff Investment Securities LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See attached list.

Date:   6/18/12

/s/ David S. Golub
*Attorney's signature*

David S. Golub (DSG 8680)
*Printed name and bar number*

184 Atlantic Street
P.O. Box 389
Stamford, CT 06904

*Address*

dgolub@sgtlaw.com
*E-mail address*

(203) 325-4491
*Telephone number*

(203) 325-3769
*FAX number*

**W.R. Johnson Co. Pension and Profit-Sharing Plan,**
   **Ben R. Backus, Trustee,**
      28 Scofield Avenue, Stamford, CT 06906;

**Diane C. Backus,**
   44 Yale Court, Stamford, CT 06905;

**Bonnie A. Johnson, individually and as parent of D.C.J.,**
   27 Winesap Road, Stamford, CT 06903;

**David C. Johnson,**
   27 Winesap Road, Stamford, CT 06903;

**Jaime R. Johnson,**
   27 Winesap Road, Stamford, CT 06903;

**Cory D. Johnson,**
   27 Winesap Road, Stamford, CT 06903;

**Douglas H. Johnson,**
   21 Harvest Hill Lane, Stamford, CT 06905;

**Jacqueline A. Johnson,**
   21 Harvest Hill Lane, Stamford, CT 06905;

**Cindy J. Schacht,**
   3 Valley View Road #3, Norwalk, CT 06851;

**Patti E. Schacht,**
   326 Bishops Forest Drive, Waltham, MA 02452;

**Crescienzo J. Boccanfuso,**
   84 Harbor Road, Westport, CT 06880;

**Sophia B. Freitag,**
   4 Butternut Lane, Norwalk, CT 06851;

**Mary Zarra, as parent of A.Z. and A.Z.,**
   15 Oyster Road, Fairfield, CT 06824;

**Anna Kedersha, as parent of A.K.,**
   50 Oyster Road, Fairfield, CT 06824;

**Midlands Surgical Associates, P.A. Profit-Sharing Plan,**
    **Gerald A. Wilson and Dennis Wilson, Trustees,**
        1701 St. Julian Place, Suite 100, Columbia, SC 29204;

**Gerald A. Wilson,**
    215 Gregg Parkway, Columbia, SC 29204;

**Antona G. Wilson,**
    215 Gregg Parkway, Columbia, SC 29204;

**Everett L. Dargan,**
    2909 Knightbridge Road, Columbia, SC 29223;

**Carol P. Dargan,**
    2909 Knightbridge Road, Columbia, SC 29223;

**Diane T. Levin,**
    2134 Sunderland Avenue, Wellington, FL 33414;

**Robert Levin,**
    2134 Sunderland Avenue, Wellington, FL 33414;

**Murtha Enterprises, Inc. Profit-Sharing Plan,**
    **Harold Murtha, Trustee,**
        P.O. Box 51, Beacon Falls, CT 06403;

**Pacific Plumbing and Heating Supply Co. Profit-Sharing Plan,**
    **William Sklar, Trustee,**
        235 Westport Avenue, Norwalk, CT 06851;

**William Sklar,**
    88 Starin Drive, Stamford, CT 06902;

**Shirley B. Sklar,**
    88 Starin Drive, Stamford, CT 06902;

**Joanne Verses,**
    182 Dogwood Court, Stamford, CT 06903;

**Margaret J. Pace,**
    22 Weed Avenue, Norwalk, CT 06850;

**Madeline E. Corish, Estate**
(Alan E. Corish, Executor of the ESTATE of Madeline E. Corish),
15 Kreiner Lane, Norwalk, CT 06850;

**Betty Tarr,**
59 Elm Tree Place, Stamford, CT 06906;

**Margherita M. Basili, on behalf of the**
**Margherita M. Basili Retirement Plan and individually,**
37 Whitney Glen Drive, Westport, CT 06880;

**Dominick F. Boccanfuso,**
88 Harbor Road, Westport, CT 06880;

**Giuseppe A. Boccanfuso,**
88 Harbor Road, Westport, CT 06880;

**Jozef Kaczynski,**
95 Park Avenue, Shelton, CT 06487;

**Eugene G. Laychak, Jr.,**
205 Laurel Ridge Lane, North Kingstown, RI 02852;

**Linda Laychak,**
205 Laurel Ridge Lane, North Kingstown, RI 02852;

**Steven E. Sklar, as parent of J.K.S., K.H.S. and N.A.S.,**
5406 South Fulton Court, Greenwood Village, CO 80111;

**Cynthia Schrank Kane,**
9 Cassway Road, Woodbridge, CT 06525;

**Justin Kane,**
9 Cassway Road, Woodbridge, CT 06525;

**Thomas H. Nash,**
1178 Sport Hill Road, Easton, CT 06612;

**Michael T. Nash,**
1178 Sport Hill Road, Easton, CT 06612;

**Grace A. Nash,**
1178 Sport Hill Road, Easton, CT 06612;

**Giuseppe C. Basili,**
    19 Calvin Road, Weston, CT 06883;

**Sol Davis, individually and as Trustee of the Sol Davis Retirement Plan,**
    8977 Briar Forest Drive, Hourton, TX 77024;

**Gary S. Davis, individually and as parent of S.W.D. and J.F.D.,**
    148 Pamellia Drive, Bellaire, TX 77401;

**Jing W. Davis (now known as Amy Davis),**
    148 Pamellia Drive, Bellaire, TX 77401;

**David L. Davis, individually and as parent of D.L.D.,**
    1608 Heather Springs Lane, League City, TX 77573;

**Christina M. Davis,**
    1608 Heather Springs Lane, League City, TX 77573;

**Daniel L. Davis, individually and as parent of H.D.D.,**
    6149 Dunbar Court, League City, TX 77573;

**Traci D. Davis,**
    6149 Dunbar Court, League City, TX 77573;

**Samuel D. Davis,**
    5602 Armour Drive, Houston, TX 77020;

**Melissa Doron, as parent of A.S.D.,**
    5818 Ludington Drive, Houston, TX 77035;

**Frank S. Katz,**
    5210 N. Braeswood Blvd., Houston, TX 77096;

**Paula S. Katz,**
    5210 N. Braeswood Blvd., Houston, TX 77096;

**Rita S. Katz (now known as Rita Starr Katz Davey),**
    214 Sailor's Run, Lakeway, TX 78734;

**Thomas R. Fitzmaurice,**
    38 Royal James Drive, Hilton Head, SC 29926;

4

**Marcia B. Fitzmaurice,**
    38 Royal James Drive, Hilton Head, SC 29926;

**Abramowitz & Pomerantz, P.A. Retirement Plan,**
    **Richard Abramowitz and Howard L. Pomerantz, Trustees,**
        7800 W. Oakland Park Blvd., Suite 101, Sunrise, FL 33351;

**Howard L. Pomerantz,**
    2719 Oakmont, Weston, FL 33332;

**Robin S. Abramowitz,**
    3525 Windmill Ranch Road, Weston, FL 33331;

**Wendy Sager Pomerantz,**
    16100 Emerald Estates Drive #280, Weston, FL 33331;

**Theresa A. Wolfe,**
    3808 Kimberly Drive, Pearland, TX 77581;

**Arnold Kohn,**
    388 Harrier Drive, Monroe Township, NJ 08831;

**Peggy Kohn, Estate (Arnold Kohn, Executor of Estate of Peggy Kohn),**
    388 Harrier Drive, Monroe Township, NJ 08831;

**Mitchell J. Rausher,**
    17355 Ventana Drive, Boca Raton, FL 33487;

**Marsha H. Rausher,**
    17355 Ventana Drive, Boca Raton, FL 33487;

**Eric M. Rausher,**
    8010 Stirrup Cay Court, Boynton Beach, FL 33436;

**Jason M. Rausher,**
    350 Club Circle, Apt. 206, Boca Raton, FL 33487;

**Natasha Jane Rabinovich,**
    234 Adams Road, Easton, CT 06612;

**Alexander Rabinovich,**
    234 Adams Road, Easton, CT 06612;

**Vladimir Rabinovich,**
    234 Adams Road, Easton, CT 06612;

**Maria Rabinovich,**
    37 Overlook Terrace, Apt. 6E, New York, NY 10033-2214;

**Maria Shuster,**
    234 Adams Road, Easton, CT 06612;