UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

### AFFIDAVIT OF MAILING

| STATE OF TEXAS | ) | |
|---|---|---|
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 28, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000323)

4. On June 28, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

   B. Notice of Transfer of Allowed Claim (Transfer Number T000324)

5. On June 28, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

   C. Notice of Transfer of Allowed Claim (Transfer Number T000325)

6. On June 28, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit D, a true and correct copy of the following:

   D. Notice of Transfer of Allowed Claim (Transfer Number T000326)

7. On June 28, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit E, a true and correct copy of the following:

   E. Notice of Transfer of Allowed Claim (Transfer Number T000327)

8. On June 28, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit F, a true and correct copy of the following:

   F. Notice of Transfer of Allowed Claim (Transfer Number T000328)

9.  On June 28, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit G, a true and correct copy of the following:

G.  Notice of Transfer of Allowed Claim (Transfer Number T000329)

Executed on ___June 29___, 2012

_____
John S. Franks

Sworn to and subscribed before me this 29th day of June, 2012



(SEAL)

_____
Notary Public

3

Exhibit A

SERVICE LIST A
TRANSFER NUMBERS T000323
6/28/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | Solus Recovery Fund LP | c/o  Solus Alternative Asset Management LP | 410 Park Avenue, 11th Floor | Attention: Solus Compliance Officer | New York | NY | 10022 | |

Exhibit B

SERVICE LIST B
TRANSFER NUMBERS T000324
6/28/2012

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |
| | X | SOLA LTD. | c/o Solus Alternative Asset Management LP | 410 Park Avenue, 11th Floor | Attention: Solus Compliance Officer | New York | NY | 10022 | |

# Exhibit C

SERVICE LIST C
TRANSFER NUMBERS T000325
6/28/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | GS Raven Holdings LP | Attention: David S. Zemel | 7 Times Square | Suite 3505 | New York | NY | 10036 |

# Exhibit D

SERVICE LIST D
TRANSFER NUMBERS 1000326
6/28/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Southpaw Credit Opportunity Master Fund LP | Attention: Jeff Cohen | 2 West Greenwich Office Park | 1st Floor | Greenwich | CT | 06831 |

Exhibit E

SERVICE LIST E
TRANSFER NUMBERS 1000327
6/28/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Southpaw Koufax LLC | Attention: Jeff Cohen | 2 West Greenwich Office Park | 1st Floor | Greenwich | CT | 06831 |

# Exhibit F

SERVICE LIST E
TRANSFER NUMBERS 1000328
6/28/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Southpaw Credit Opportunity Master Fund LP | Attention: Jeff Cohen | 2 West Greenwich Office Park | 1st Floor | Greenwich | CT | 06831 |

Exhibit G

SERVICE LIST G
TRANSFER NUMBERS 1000329
6/28/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Southpaw Credit Opportunity Master Fund LP | Attention: Jeff Cohen | 2 West Greenwich Office Park | 1st Floor | Greenwich | CT | 06831 |