**HERRRICK, FEINSTEIN LLP**
Two Park Avenue
New York, New York 10022-4728
Joshua J. Angel
Frederick E. Schmidt, Jr.
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
jangel@herrick.com
eschmidt@herrick.com

Attorneys for A & G Goldman Partnership and
Pamela Goldman, Individually and on behalf of
similarly situated classes

**BEASLEY HAUSER KRAMER
& GALARDI, P.A.**
505 South Flagler Drive, Suite 1500
West Palm Beach, Florida 33401
Telephone:  (561) 835-0900
Facsimile:  (561) 835-0939

**BLACKNER, STONE & ASSOCIATES**
123 Australian Avenue
Palm Beach, Florida 33480
Telephone: (561) 659-5754
Facsimile: (561) 659-3184

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

## NOTICE OF APPEAL

    PLEASE TAKE NOTICE that A & G Goldman Partnership and Pamela Goldman, Individually and on behalf of similarly situated classes, by their undersigned attorneys, hereby appeal pursuant to 28 U.S.C. § 158(a) and Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure to the United States District Court for the Southern District of New York, from the *Bench Memorandum Decision and Order Denying Motion of Picower Class Action*

*Plaintiffs for a Determination That the Commencement of Securities Class Action Lawsuits Against Non-Debtor Parties Is Not Prohibited by a Permanent Injunction Issued By This Court or Violative of the Automatic Stay* [Docket No. 4900] (the "Order") of the Honorable Burton R. Lifland of the United States Bankruptcy Court for the Southern District of New York, entered on June 20, 2012.

The parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys as follows:

| PARTIES | ATTORNEYS |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff | Baker & Hostetler LLP<br>Attn: David J. Sheehan<br>Deborah H. Renner<br>Tracy L. Cole<br>Keith R. Murphy<br>Marc Skapof<br>Amy E. Vanderwal<br>Matthew J. Moody<br>George Klidonas<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Tel: (212) 589-4200<br>Fax: (212) 589-4201 |

HF 7491649v.1 #15628/0001

A & G Goldman Partnership
Individually and on behalf of a similarly situated class

Herrick, Feinstein LLP
Attn.: Joshua J. Angel
Frederick E. Schmidt, Jr.
2 Park Avenue
New York, NY 10016
Tel:  (212) 592-1400
Fax:  (212) 592-1500

-and-

Beasley Hauser Kramer & Galardi, P.A.
Attn:  James W. Beasley, Jr.
Joseph G. Galardi
505 South Flagler Drive, Suite 1500
West Palm Beach, FL 33401

-and-

Blackner, Stone & Associates
Attn:  Lesley Blackner
123 Australian Avenue
Palm Beach, FL 33480
Tel:  (561) 659-5754
Fax:  (561) 659-3184

Pamela Goldman
Individually and on behalf of a similarly situated class

Herrick, Feinstein LLP
Attn.: Joshua J. Angel
Frederick E. Schmidt, Jr.
2 Park Avenue
New York, NY 10016
Tel:  (212) 592-1400

-and-

Beasley Hauser Kramer & Galardi, P.A.
Attn:  James W. Beasley, Jr.
Joseph G. Galardi
505 South Flagler Drive, Suite 1500
West Palm Beach, FL 33401

-and-

- 3 -

Blackner, Stone & Associates
Attn:  Lesley Blackner
123 Australian Avenue
Palm Beach, FL 33480
Tel:  (561) 659-5754
Fax:  (561) 659-3184

Dated: New York, New York
July 3, 2012

HERRICK, FEINSTEIN LLP

Respectfully submitted,

By:    /s/  Joshua J. Angel
Joshua J. Angel
Frederick E. Schmidt, Jr.
Two Park Avenue
New York, NY 10016
(212) 592-1400
jangel@herrick.com
eschmidt@herrick.com

*Attorneys for A & G Goldman Partnership and Pamela Goldman*

- 4 -