UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On July 3, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000330)

Executed on __July 5__, 2012

_____
John S. Franks

Sworn to and subscribed before me this __5th__ day of __July__, 2012

_____
Shannon Nicole Hofner

(SEAL)                                Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS 4000330**
**7/3/2012**

| TRANSFEROR | TRANSFEREE |  | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X |  | REDACTED FOR CONFIDENTIALITY REASONS |  |  |  |  |  |  |  |
|  | X |  | SPCP Group LLC | Attention: Brian Jarmain | Two Greenwich Plaza, 1st Floor |  | Greenwich | CT | 06830 |