July 2, 2012

United States Southern District Bankruptcy Court
One Bowling Green
New York NY, 100____

Letter
Case# 08-01789(BRL)

RE: Transcripts.

Dear Honorable Judge:

How are you? Enclosed you will find my college transcript, one is an unofficial transcript, from LaGuardia Comm. College, (Upon receipt of an letter from your agency the college will release an official transcript) and the other transcripts are official from Queens College. There were some drug assault incidencies around my math and science grades, prior to the semester. I have also enclosed an elementary and junior high school reports, in which the grade point average in major subjects (90-99) can reflect, a change in performance due to a drug assault incidence at the age of 12, around August, prior to my 13th birthday, see file. I have enclose a copy of a certificate of achievement in science for the 5th grade. The A. A. S. degree obtained from LaGuardia is known to be an equivalent to a doctor of medicine degree(MD), since the early 1940's; as per the Academy of Nutrition and Dietetics, Chicago IL. Some of my original records were stolen from my home, by a painter(Lorenzo painting service) and taken to 121-25, in Dec. 2003? Honors were given by Queens College in Economics, Reading/Writing, and Textiles.

Yours truly,

Detria Legg, MS, RD, CDN, LD, MD