**REMY INVESTMENTS CORP**
Correspondence address;
1- 5 Harley Street
London W1G 9QD
England, United Kingdom

June 28, 2012

Without Prejudice

**Mr Irving H Picard**
**Trustee,** Baker & Hostetler LLP
14th Floor, 45 Rockefeller Plaza,
New York, NY 10111, U.S.A.

**Clerk of the United States Bankruptcy Court**
for The Southern District of New York
One Bowling Green, New York, New York 10004

Dear Sirs

**Bernard L. Madoff Investment Securities LLC ("BLMIS")**
**Bankruptcy Case S.D.N.Y., No: 08 – 1789 (BRL)**
**CLAIM No: 009170**

**CORRESPONDENCE ADDRESS**

We wrote to yourselves in January of this year but have not received any response from yourselves on this matter.

**Please with immediate effect forward all correspondences** for

REMY INVESTMENTS CORP and Ms. ANN KALLGREN

TO:
    **REMY INVESTMENTS CORP**
    **1- 5 Harley Street**
    **London W1G 9QD**
    **England, United Kingdom**

Please acknowledge this letter by writing to us.

Thank you for your kind assistance in this matter.

for Remy Investments Corp

*[signature]*

**Ann Kallgren**

RECEIVED
JUL - 5 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK