BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON JULY 18, 2012 AT 10:00 A.M.**

**CONTESTED MATTER**

**Picard v. Hall, et al.; Adv. Pro. No. 12-01001**

1.  Memorandum of Law in Support of Trustee's Application for Enforcement of Automatic Stay and Preliminary Injunction filed by Marc E. Hirschfield

(Filed: 1/4/2012) [Docket No. 3]

Related Documents:

- A. Complaint against Douglas Hall, Steven Heimoff, Bottlebrush Investments, L.P., Leghorn Investments Ltd., Kamala D. Harris, solely in her capacity as Attorney General for the State of California filed by Marc Hirschfield (Filed: 1/4/2012) [Docket No. 1]

- B. Notice of Application for Enforcement of Automatic Stay and Preliminary Injunction filed by Marc E. Hirschfield (Filed: 1/4/2012) [Docket No. 2]

- C. Declaration of Tracy L. Cole in Support of the Trustee's Application for Enforcement of Automatic Stay and Preliminary Injunction filed by Marc E. Hirschfield (Filed: 1/4/2012) [Docket No. 4]

- D. Affidavit of Matthew Cohen in Support of Trustee's Application for Enforcement of Automatic Stay and Preliminary Injunction filed by Marc E. Hirschfield (Filed: 1/4/2012) [Docket No. 5]

- E. Affidavit of Service (related documents 1, 2, 3, 4, 5, 6) filed by Marc E. Hirschfield (Filed: 1/10/2012) [Docket No. 7]

Objections Due:                February 29, 2012

Objections Filed:

- F. Opposition Memorandum of Law in Support of Cal Atty Gen Harris's Opposition to Trustee's Application for Enforcement of Automatic Stay and Preliminary Injunction filed by Alexandra Robert Gordon (Filed: 2/29/2012) [Docket No. 16]

- G. Declaration of Alexandra Robert Gordon in Support of Atty Gen Harris's Opposition to Trustee's Application for Enforcement of Automatic Stay and Preliminary Injunction filed by Alexandra Robert Gordon (Filed: 2/29/2012) [Docket No. 17]

- H. Opposition to Trustee's Application for Enforcement of Automatic Stay and Preliminary Injunction filed by Barry A. Weprin (Filed: 3/1/2012) [Docket No. 18]

- I. Declaration of Barry A. Weprin in Support of Opposition to Trustee's Application for Enforcement of Automatic Stay and Preliminary Injunction filed by Barry A. Weprin (Filed: 3/1/2012) [Docket No. 19]

J.      Supplemental Brief in Further Support of Opposition to Trustee's Application for Enforcement of Automatic Stay and Preliminary Injunction filed by Barry A. Weprin (Filed: 4/18/2012) [Docket No. 22]

Replies Filed:

K.      Reply Memorandum of Law in Support of Trustee's Application for Enforcement of Automatic Stay and Preliminary Injunction filed by David J. Sheehan (Filed: 5/1/2012) [Docket No. 23]

L.      Affidavit of Service of Reply Memorandum of Law in Support of Trustee's Application for Enforcement of Automatic Stay and Preliminary Injunction (related document 23) filed by David J. Sheehan (Filed: 5/2/2012) [Docket No. 24]

Additional Documents:

M.      Statement re intent not to file supplemental briefing filed by Alexandra Robert Gordon (Filed: 4/18/2012) [Docket No. 21]

N.      Notice of Adjournment of Hearing and Pre-Trial Conference (related document 3) filed by Marc E. Hirschfield (Filed: 5/16/2012) [Docket No. 25]

O.      Affidavit of Service of Notice of Adjournment of Hearing and Pre-Trial Conference (related document 25) filed by Marc E. Hirschfield (Filed: 5/16/2012) [Docket No. 26]

P.      So Ordered Stipulation Concerning Scheduling signed on 6/6/2012 (Filed: 6/6/2012) [Docket No. 27]

Supplemental Documents:

Q.      Supplemental Brief in Support of Trustee's Application for Enforcement of Automatic Stay and Preliminary Injunction (related document 3) filed by David J. Sheehan (Filed: 6/6/2012) [Docket No. 28]

R.      Affidavit of Service of Supplemental Brief in Support of Trustee's Application for Enforcement of Automatic Stay and Preliminary Injunction (related document 28) filed by David J. Sheehan (Filed: 6/6/2012) [Docket No. 29]

S.      Supplemental Memorandum in Support of California Attorney General Kamala D. Harris's Opposition to Trustee's Application for Enforcement of Automatic Stay and Preliminary Injunction filed by Alexandra Robert Gordon (Filed: 6/20/2012) [Docket No. 30]

T. Supplemental Brief in Further Support of Opposition to Trustee's Application For Enforcement of Automatic Stay and Preliminary Injunction filed by Barry A. Weprin (Filed: 6/20/2012) [Docket No. 31]

U. Supplemental Reply Brief in Support of Trustee's Application for Enforcement of Automatic Stay and Preliminary Injunction (related document 3) filed by David J. Sheehan (Filed: 6/20/2012) [Docket No. 32]

V. Affidavit of Service of Supplemental Reply Brief in Support of Trustee's Application for Enforcement of Automatic Stay and Preliminary Injunction (related document 32) filed by David J. Sheehan (Filed: 6/20/2012) [Docket No. 33]

Status: This matter is going forward.

2. Pre-Trial Conference

Status: This matter is going forward.

Dated: New York, New York
July 17, 2012

Respectfully submitted,

*/s/ Marc E. Hirschfield*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300254761