UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

### AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On July 13, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000334)
    B. Notice of Transfer of Allowed Claim (Transfer Number T000335)
    C. Notice of Transfer of Allowed Claim (Transfer Number T000344)
    D. Notice of Transfer of Allowed Claim (Transfer Number T000345)

4. On July 13, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000336)
    B. Notice of Transfer of Allowed Claim (Transfer Number T000337)
    C. Notice of Transfer of Allowed Claim (Transfer Number T000338)

5. On July 13, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000339)

6. On July 13, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit D, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000341)
    B. Notice of Transfer of Allowed Claim (Transfer Number T000342)

7. On July 13, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit E, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000343)

Executed on July 17, 2012

_____
John S. Franks

Sworn to and subscribed before me this 17th day of July, 2012



(SEAL)

_____
Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS: T000343, T000335, T000344, T000345**
**7/13/2012**

| TRANSFEROR | TRANSFEREE |  | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X |  | REDACTED FOR CONFIDENTIALITY REASONS |  |  |  |  |  |  |  |
| X |  | REDACTED FOR CONFIDENTIALITY REASONS |  |  |  |  |  |  |  |
| X |  | REDACTED FOR CONFIDENTIALITY REASONS |  |  |  |  |  |  |  |
| X |  | REDACTED FOR CONFIDENTIALITY REASONS |  |  |  |  |  |  |  |
|  | X |  | BMIS Funding IDC, LLC | Attention: Michael G. Linn | c/o Farallon Capital Management LLC | One Maritime Plaza, Suite 2100 | San Francisco | CA | 94111 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS T000336, T000337, T000338**
7/13/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Blue Creek Funding LLC | | 228 Park Avenue South | #8793 | New York | NY | 10003-1502 |

# Exhibit C

**SERVICE LIST C**
**TRANSFER NUMBERS: 1000339**
**7/13/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | VonWin Capital Management, L.P. | | 261 5th Avenue, 22nd Floor | | New York | NY | 10016 |

Exhibit D

**SERVICE LIST D**
**TRANSFER NUMBERS: T000340 - T000342**
**7/13/2012**

| TRANSFEROR | TRANSFEREE |  | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X |  | REDACTED FOR CONFIDENTIALITY REASONS |  |  |  |  |  |  |  |
| X |  | REDACTED FOR CONFIDENTIALITY REASONS |  |  |  |  |  |  |  |
|  | X |  | Southpaw Koufax LLC | Attention: Jeff Cohen | 2 West Greenwich Office Park | 1st Floor | Greenwich | CT | 06831 |

# Exhibit E

**SERVICE LIST E**
**TRANSFER NUMBERS 1000343**
*7/13/2012*

| TRANSFEROR | TRANSFEREE |  | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X |  | REDACTED FOR CONFIDENTIALITY REASONS |  |  |  |  |  |  |  |
|  | X |  | Southpaw Credit Opportunity Master Fund LP | Attention: Jeff Cohen | 2 West Greenwich Office Park | 1st Floor | Greenwich | CT | 06831 |