**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |

**STATUS REPORT FOR THE AVOIDANCE ACTION**
**OMNIBUS HEARING SCHEDULED FOR JULY 25, 2012**

On November 10, 2010, this Court entered the order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141].

Pursuant to the Order, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), is required to file a report at least one week prior to each Avoidance Action Omnibus Hearing (as defined in the Order) setting forth the status of each of the avoidance actions that are subject to the Order and the procedures therein, and are scheduled to be heard at such hearing. Order Ex. A, ¶ 6D.

As of the date of this Notice, no avoidance actions subject to the Order are scheduled to be heard at the Avoidance Action Omnibus Hearing scheduled for July 25, 2012 at 10:00 a.m.

The next Avoidance Action Omnibus Hearing is scheduled for August 22, 2012. The Trustee will file a report of the status of each of the avoidance actions scheduled to be heard at such hearing as required by the Order.

Dated: July 18, 2012
New York, New York

By:  */s/ Marc E. Hirschfield*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Marc E. Hirschfield
Email:  mhirschfield@bakerlaw.com

Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff

300256057