Fred H. Perkins
Robert K. Dakis
**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600

Attorneys for Customer Claimant David Silver

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adv. Pro. No. 08-01789 (BRL) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

### AMENDED NOTICE OF APPEARANCE AND DEMAND
### FOR SERVICE OF PAPERS BY REGULAR MAIL

**PLEASE TAKE NOTICE**, that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure ("Rules"), Morrison Cohen LLP, as counsel for David Silver ("Silver"), demands that all notices, papers, and pleadings including, without limitation, orders, applications, objections to proofs of claim, notices of cure amounts, petitions, demands, motions, or documents of any kind, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex, computer data

medium or any electronic means, filed or served in this case, or any adversary proceeding herein

(collectively, "Documents"), be served upon the following:

> Fred H. Perkins, Esq.
> Robert K. Dakis, Esq.
> **MORRISON COHEN LLP**
> 909 Third Avenue
> New York, New York 10022
> fhperkins@morrisoncohen.com
> rdakis@morrisoncohen.com
> bankruptcy@morrisoncohen.com

**MORRISON COHEN LLP DEMANDS THAT IN ADDITION TO ANY METHOD OF SERVICE REQUIRED BY COURT ORDER IN THIS CASE, ALL DOCUMENTS BE SERVED UPON IT BY REGULAR MAIL OR OTHER HARD COPY DELIVERY, SUCH AS FEDERAL EXPRESS OR OTHER OVERNIGHT COURIER.**

**THIS NOTICE OF APPEARANCE SHALL NOT BE INTERPRETED AS, OR DEEMED TO BE, A CONSENT TO ELECTRONIC SERVICE OR NOTICE BY ELECTRONIC TRANSMISSION IN THIS CASE AND, MORRISON COHEN EXPRESSLY DOES NOT CONSENT TO SUCH SERVICE UNLESS REQUIRED BY COURT ORDER.  IF, AT ANY TIME, MORRISON COHEN LLP DETERMINES TO RECEIVE ELECTRONIC SERVICE OF DOCUMENTS OR NOTICE BY ELECTRONIC TRANSMISSION IN THIS CASE, IT WILL MAKE THE APPROPRIATE REQUEST IN WRITING IN ACCORDANCE WITH RULE 9036 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE.**

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or

suit is intended or shall be deemed to waive Silver's: (i) right to have a final order in non-core

matters entered only after de novo review by a United States District Court Judge; (ii) right to

trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related

hereto; (iii) right to have the reference withdrawn by the United States District Court in any

matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions,

defenses, setoffs or recoupments to which Silver is or may be entitled under agreements, in law,

or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are

reserved.

#3980914 v1 \020758 \0001

Dated: New York, New York
      July 24, 2011

**MORRISON COHEN LLP**
Attorneys Customer Claimant David Silver

By:   */s/ Fred H. Perkins*
        Fred H. Perkins
        Robert K. Dakis
        909 Third Avenue
        New York, New York 10022
        (212) 735-8600

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

 **MARIOLA WIATRAK,** being duly sworn, deposes and says:

 I am employed by the firm of Morrison Cohen LLP, attorneys for Customer Claimant David Silver. I am not a party to this action, am over 18 years of age and reside in Forest Hills, New York.

 On July 24, 2011, I caused copies of the Amended Notice of Appearance and Demand for Service of Papers to be served via electronic mail in pdf format, upon the parties on the attached service list.

/s/ Mariola Wiatrak
MARIOLA WIATRAK

Sworn to before me this
24th day of July, 2012

/s/ Notary Public
NOTARY PUBLIC

<u>**SERVICE LIST**</u>

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
David J. Sheehan
dsheehan@bakerlaw.com
Marc E. Hirschfield Email:
mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

#3980914 v1 \020758 \0001