# EXHIBIT A

SECURITIES INVESTOR PROTECTION CORPORATION
Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC

Period Ended June 30, 2012                                                                                              Report No. 43
*CASH RECEIPTS:*

| General Cash Receipts | Net Change for Period | Prior Period Cumulative | Total Received | Customer Fund | Cumulative Detail General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $76,767,716.92 | | | | | | |
| Transfer from Debtor's Estate - Securities | 0.00 | 289,841,661.49 | 289,841,661.49 | 289,841,661.49 | | | 4011 |
| Transfers from Debtor's Estate - BNY Account | 0.00 | 336,660,934.06 | 336,660,934.06 | 336,660,934.06 | | | 4014 |
| Transfers from Debtor's Estate - Chase Account | 0.00 | 235,156,309.36 | 235,156,309.36 | 235,156,309.36 | | | 4016 |
| Transfers from Debtor's Estate - Other | 0.00 | 4,036,145.08 | 4,036,145.08 | 4,036,145.08 | | | 4018 |
| Interest and Dividends | 0.00 | 1,843,166.84 | 1,843,166.84 | 1,843,166.84 | | | 4040 |
| Closeout Proceeds - Broker Dealers | 0.00 | 37,273,877.23 | 37,273,877.23 | 37,273,877.23 | | | 4030 |
| Closeout Proceeds - NSCC | 0.00 | 21,783,082.40 | 21,783,082.40 | 21,783,082.40 | | | 4031 |
| Closeout Proceeds - DTCC | 0.00 | 17,304,329.91 | 17,304,329.91 | 17,304,329.91 | | | 4032 |
| Sale of Debtor's Assets | 0.00 | 0.00 | 0.00 | 0.00 | | | 4070 |
| - Sports Tickets | 0.00 | 89,690.80 | 89,690.80 | 89,690.80 | | | 4071 |
| - Bank Debt Participations | 0.00 | 7,755,690.63 | 7,755,690.63 | 7,755,690.63 | | | 4072 |
| - DTCC Shares | 0.00 | 204,170.51 | 204,170.51 | 204,170.51 | | | 4073 |
| - Market Making Business | 0.00 | 1,389,423.16 | 1,389,423.16 | 1,389,423.16 | | | 4075 |
| - Abtech | 0.00 | 495,000.00 | 495,000.00 | 495,000.00 | | | 4076 |
| - NSX Shares | 0.00 | 62,790.19 | 62,790.19 | 62,790.19 | | | 4077 |
| - BLM Air Charter | 0.00 | 6,494,631.95 | 6,494,631.95 | 6,494,631.95 | | | 4074 |
| Administrative Subtenant Rent Revenue | 0.00 | 531,078.49 | 531,078.49 | 531,078.49 | | | 4111 |
| Adjusting Administrative Subtenant Rent Revenue | 0.00 | (531,078.49) | (531,078.49) | (531,078.49) | | | 4111a |
| Refunds - Deposits | 0.00 | 9,841.45 | 9,841.45 | 9,841.45 | | | 4091 |
| - Dues/Subscriptions | 0.00 | 177,247.15 | 177,247.15 | 177,247.15 | | | 4092 |
| - Car Registrations | 0.00 | 157.00 | 157.00 | 157.00 | | | 4093 |
| - Vendors | 0.00 | 61,567.20 | 61,567.20 | 61,567.20 | | | 4094 |
| - Transit Cards | 0.00 | 833.61 | 833.61 | 833.61 | | | 4095 |
| - Insurance/Workers Comp | 0.00 | 402,859.56 | 402,859.56 | 402,859.56 | | | 4096 |
| - Ref. - Political Contributions | 0.00 | 144,500.00 | 144,500.00 | 144,500.00 | | | 4097 |
| - Refunds Other | 0.00 | 50.84 | 50.84 | 50.84 | | | 4099 |
| Recoveries - Litigation Related | 0.00 | 0.00 | 0.00 | 0.00 | | | 4101 |
| - Customer Avoidances | 18,118.74 | 114,642,775.63 | 114,660,894.37 | 114,660,894.37 | | | 4020 |
| - Pre-Litigation Settlements | 0.00 | 1,892,758,597.98 | 1,892,758,597.98 | 1,892,758,597.98 | | | 4021 |
| - Litigation Settlements | 1,028,414.13 | 129,581,070.11 | 130,609,484.24 | 130,609,484.24 | | | 4022 |
| - Donation Settlements | 0.00 | 500,000.00 | 500,000.00 | 500,000.00 | | | 4023 |
| - Vendor Preferences | 0.00 | 809,850.39 | 809,850.39 | 809,850.39 | | | 4024 |
| - Employees | 0.00 | 10,674.74 | 10,674.74 | 10,674.74 | | | 4102 |
| - Taxing Authorities | 0.00 | 12,777.56 | 12,777.56 | 12,777.56 | | | 4103 |
| - Class Actions | 79.32 | 515,698.60 | 515,777.92 | 515,777.92 | | | 4104 |
| - NASDAQ | 0.00 | 308,948.49 | 308,948.49 | 308,948.49 | | | 4105 |
| - NYSE | 0.00 | 183,683.79 | 183,683.79 | 183,683.79 | | | 4106 |
| - Transaction Fees | 0.00 | 96,816.23 | 96,816.23 | 96,816.23 | | | 4107 |
| - Other | 0.00 | 296,298.73 | 296,298.73 | 296,298.73 | | | 4109 |
| Miscellaneous | 0.00 | 0.36 | 0.36 | 0.36 | | | 4110 |
| Earnings on Trustee's Investments | 220,529.28 | 16,450,215.82 | 16,670,745.10 | 16,670,745.10 | | | 4120 |
| Interest on Trustee's Savings Accounts | 27,810.15 | 700,104.45 | 727,914.60 | 727,914.60 | | | 4140 |
| Sub-total General Cash Receipts | $1,294,951.62 | $3,118,055,473.30 | $3,119,350,424.92 | $3,119,350,424.92 | $0.00 | | |
| Advances from SIPC | | | | | | | |
| Administration - Advances | 17,483,296.35 | 568,775,091.40 | 586,258,387.75 | | | 586,258,387.75 | 2901 |
| Securities - Paid Bank Loans | 0.00 | 0.00 | 0.00 | | | 0.00 | 2921 |
| - Cash in Lieu | 0.00 | 793,084,389.54 | 793,084,389.54 | | | 793,084,389.54 | 2922 |
| Sub-total SIPC Advances | $17,483,296.35 | $1,361,859,480.94 | $1,379,342,777.29 | | | $1,379,342,777.29 | |
| Funds Transferred from Investment Accounts *See Notes (1) and (2) on Page 3 | 0.00 | 324,611,025.64 | 324,611,025.64 | | | | 1901 |
| Total Cash Receipts | $18,778,247.97 | $4,804,525,979.88 | $4,823,304,227.85 | $3,119,350,424.92 | $0.00 | $1,379,342,777.29 | |

Page 1

**Period Ended June 30, 2012**  
**CASH DISBURSEMENTS:**  
Report No. 43

### Administrative Disbursements

#### General Administrative Disbursements

| Account | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid | Code |
|---|---:|---:|---:|---|
| Computer - Rental | 0.00 | 11,121.59 | 11,121.59 | 5011 |
| - Software Support | 0.00 | 55,159.20 | 55,159.20 | 5012 |
| - Equipment Leases | 0.00 | 204,159.01 | 204,159.01 | 5013 |
| Employee Related - Salaries-Net | 0.00 | 4,361,844.80 | 4,361,844.80 | 5020 |
| - FICA-Employer | 0.00 | 318,550.60 | 318,550.60 | 5021 |
| - Fed. & St. Unemploy. | 0.00 | 4,296.08 | 4,296.08 | 5023 |
| - Temporary Help | 0.00 | 29,612.50 | 29,612.50 | 5024 |
| - Employee Medical Plan | 0.00 | 830,103.99 | 830,103.99 | 5025 |
| - Employee LTD | 0.00 | 6,887.03 | 6,887.03 | 5026 |
| - Employee Expense Reimbursement | 0.00 | 1,125.87 | 1,125.87 | 5027 |
| - Employee Life/AD&D | 0.00 | 9,006.83 | 9,006.83 | 5028 |
| - Other | 0.00 | 1,622.90 | 1,622.90 | 5029 |
| Insurance - Trustee Bond | 0.00 | 1,800.00 | 1,800.00 | 5030 |
| Insurance - Surety & Fidelity Bonds | 0.00 | 37,400.00 | 37,400.00 | 5031 |
| Insurance Workers Comp | 0.00 | 12,578.00 | 12,578.00 | 5032 |
| - Other | 0.00 | 15,418.00 | 15,418.00 | 5039 |
| Fees - Payroll Processing | 0.00 | 8,195.96 | 8,195.96 | 5045 |
| Fees - Escrow | 0.00 | 1,030,578.70 | 1,030,578.70 | 5046 |
| - Other | 0.00 | 12,301.53 | 12,301.53 | 5047 |
| Expenses for Asset Sales | 0.00 | 19,205.73 | 19,205.73 | 5048 |
| Rent - Office | 0.00 | 3,987,347.17 | 3,987,347.17 | 5050 |
| - Adjustment for Administrative Subtenant Rent Revenue | 0.00 | (531,078.49) | (531,078.49) | 5050a |
| - Equipment | 0.00 | 1,695.89 | 1,695.89 | 5051 |
| - Warehouse | 21,671.94 | 475,653.30 | 497,325.24 | 5052 |
| - Bulova | 0.00 | 310,130.75 | 310,130.75 | 5053 |
| - Other | 936.00 | 43,529.27 | 44,465.27 | 5059 |
| Costs - Vacating 885 Third Avenue | 0.00 | 20,179.46 | 20,179.46 | 5111 |
| Telephone and Telegraph | 0.00 | 360,456.68 | 360,456.68 | 5060 |
| Communication Fees | 0.00 | 641,432.76 | 641,432.76 | 5061 |
| Utilities - Electricity | 419.56 | 13,132.62 | 13,552.18 | 5070 |
| Office Supplies & Expense - Maint. & Repairs | 0.00 | 79,338.86 | 79,338.86 | 5080 |
| - Moving & Storage | 4,020.18 | 203,907.84 | 207,928.02 | 5081 |
| - Postage/Handling/Preparation | 84.40 | 40,834.72 | 40,919.12 | 5082 |
| - Reproduction | 0.00 | 183,889.65 | 183,889.65 | 5083 |
| - Locksmith | 0.00 | 5,811.39 | 5,811.39 | 5084 |
| - Security | 0.00 | 249,897.70 | 249,897.70 | 5085 |
| - Supplies | 0.00 | 3,342.03 | 3,342.03 | 5086 |
| - Temporary Help | 0.00 | 4,588,642.69 | 4,588,642.69 | 5087 |
| - Process Server - Complaints | 4,200.00 | 77,401.91 | 81,601.91 | 5088 |
| - Other | 0.00 | 33,798.47 | 33,798.47 | 5089 |
| Taxes | 0.00 | 527.48 | 527.48 | 5090 |
| NYC Commercial Rent Tax | 0.00 | 154,269.47 | 154,269.47 | 5091 |
| Claims Related Costs - Mailing Costs | 0.00 | 23,053.28 | 23,053.28 | 5101 |
| - Publication | 0.00 | 163,961.13 | 163,961.13 | 5102 |
| - Supplies | 0.00 | 16,244.58 | 16,244.58 | 5103 |
| - Printing | 0.00 | 2,207.42 | 2,207.42 | 5104 |
| Court Related Noticing - Postage/Handling/Preparation *See Note Below | 0.00 | 0.00 | 0.00 | 5106 |
| - Reproduction | 0.00 | 0.00 | 0.00 | 5107 |
| - Supplies | 0.00 | 0.00 | 0.00 | 5108 |
| Scanning - Investigation | 14,716.61 | 5,129,169.91 | 5,143,886.52 | 5110 |
| Foreign Research | 0.00 | 38,975.00 | 38,975.00 | 5112 |
| Miscellaneous | 0.00 | 0.05 | 0.05 | 5115 |
| Hosting Expense | 88,159.86 | 10,828,294.38 | 10,916,454.24 | 5244 |
| **Sub-total General Admin. Disbursements** | **$134,208.55** | **$34,117,015.69** | **$34,251,224.24** | |

#### Professional Fees and Expenses

| Account | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid | Code |
|---|---:|---:|---:|---|
| Trustee Fees | 0.00 | 4,377,662.10 | 4,377,662.10 | 5200 |
| Trustee Expenses | 0.00 | 2,549.25 | 2,549.25 | 5201 |
| Trustee Counsel Fees (Baker) | 10,276,763.80 | 284,415,966.25 | 294,692,730.05 | 5210 |
| Trustee Counsel Expenses (Baker) | 194,979.15 | 7,013,922.98 | 7,208,902.13 | 5211 |
| Trustee Counsel Fees (Windels) | 0.00 | 14,338,217.51 | 14,338,217.51 | 5212 |
| Trustee Counsel Expenses (Windels) | 0.00 | 239,895.10 | 239,895.10 | 5213 |
| Special Counsel Fees | 0.00 | 12,680,684.77 | 12,680,684.77 | 5220 |
| Special Counsel Expenses | 0.00 | 1,365,096.24 | 1,365,096.24 | 5221 |
| Consultant Fees | 3,710,299.38 | 220,202,140.33 | 223,912,439.71 | 5240 |
| Consultant Expenses *See Note Below | 46,885.14 | 9,084,358.42 | 9,131,243.56 | 5241 |
| Investment Banker Fees | 0.00 | 1,050,000.00 | 1,050,000.00 | 5242 |
| Sales Tax | 7,253.53 | 1,080,976.76 | 1,088,230.29 | 5243 |
| Mediator Fees | 139,256.90 | 660,399.04 | 799,655.94 | 5245 |
| Mediator Expenses | 741.90 | 5,302.10 | 6,044.00 | 5246 |
| Receiver Counsel Fees | 0.00 | 300,000.00 | 300,000.00 | 5260 |
| Receiver Counsel Expenses | 0.00 | 6,449.08 | 6,449.08 | 5261 |
| Receiver's Consultants Fees | 0.00 | 316,000.00 | 316,000.00 | 5262 |
| Receiver's Consultants Expenses | 0.00 | 15,000.00 | 15,000.00 | 5263 |
| **Sub-total Professional Fees and Expenses** | **$14,376,179.80** | **$557,154,619.93** | **$571,530,799.73** | |
| **Total Administrative Disbursements** | **$14,510,388.35** | **$591,271,635.62** | **$605,782,023.97** | |

Page 2

*See Supporting Schedule on Page 6

Period Ended June 30, 2012

Report No. 43

## CASH DISBURSEMENTS:

| Claim Related Disbursements | Net Change for Period | Prior Period Cumulative | Total Paid | Cumulative Totals - Customer Fund | Cumulative Totals - General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| Customer - Paid Bank Loan | | | | | | | |
| - Securities - Cash in Lieu | $ 1,528,486.28 | $ 1,123,452,958.48 | $ 1,124,981,444.76 | $ | $ | $ | 6021 |
| - Securities - Purchases | | | | | | 794,415,197.93 | 6022 |
| - Indemnification | | | | | | | 6023 |
| - Cash Balance | | | | | | | 6031 |
| Customer - | | | | | | | 6041 |
| Customer - | | | | | | | 6050 |
| Customer - Trustee Journal Entry per Allocation | | | | | | | 6060 |
| Other - Contractual Commitments | | | | | | | 6000 |
| - Pd. Bank Loan | | | | | | | 6111 |
| - Indemnification | | | | | | | 6121 |
| Other - | | | | | | | 6131 |
| Other - | | | | | | | 6140 |
| Other - | | | | | | | 6150 |
| Other - Trustee Journal Entry per Allocation | | | | | | | 6160 |
| General Creditor | | | | | | | 6100 |
| | | | | | | | 6200 |
| Sub-total Claim Disbursements | $1,528,486.28 | $1,123,452,958.48 | $1,124,981,444.76 | | | | |
| | | | | 330,566,246.83 | | | |
| | | | | $330,566,246.83 | $0.00 | $794,415,197.93 | |
| Other Disbursements (except investments) | | | | | | | |
| SIPC - Refunds - Recoupment | | | | | | | 6301 |
| - Indemnification | | | | | | | 6310 |
| - Contr. Commitments | | | | | | | 6311 |
| - Paid Bank Loan | | | | | | | 6321 |
| - Subrogation *See Note (4) | | | | | | | 6322 |
| Other - | | | | | | | 6400 |
| Other - | | | | | | | 6401 |
| Other - | | | | | | | 6402 |
| Other - | | | | | | | 6403 |
| Other - | | | | | | | 6404 |
| Sub-total Other Disbursements | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Investments by Trustee - Purchases *See Notes (1) and (2) | $248,339.43 | $3,013,033,668.86 | $3,013,282,008.29 | | | | 1900 |
| Sub-total Administrative Disb. - page 2 | $14,510,388.35 | $591,271,635.62 | $605,782,023.97 | $0.00 | $0.00 | $605,782,023.97 | |
| Total Disbursements | $16,287,214.06 | $4,727,758,262.96 | $4,744,045,477.02 | $330,566,246.83 | $0.00 | $1,400,197,221.90 | |
| Total Receipts less Disbursements | $2,491,033.91 | $76,767,716.92 | $79,258,750.83 | $2,788,784,178.09 | | ($20,854,444.61) | |
| Ending Cash Balance *See Note (3) | $79,258,750.83 | | | | | | |

Page 3

* Note (1) On January 30, 2009, Depository Trust & Clearing Corp. transferred to the Trustee's brokerage account 1,601 securities positions with a market value of $289,841,662. Subsequently, additional funds and securities totaling $17,631,646 were transferred into this account.
On September 26, 2011 a total of $11,500,000 was transferred from this account into a distribution account established at Citibank.
In November 2011, $2,145,952 in cash and $293,816,331 in securities were transferred into the Citibank preferred custody account.
In December 2011 and January 2012, $11,025 in cash was transferred to the Citibank operating account prior to closing the account.
The total net equity value of this account at June 30, 2012 is $0.

* Note (2) On August 27, 2009, a preferred custody account maintained by Citibank was established and $1,843,543,316 has been transferred into the account.
On September 22, 2011, a total of $300,100,000 was transferred from this account into a distribution account at Citibank.
In addition, on December 21, 2009, an insured money market account maintained by Citibank was established and $135,727,914 has been transferred into the account.
Then on December 22, 2010 a third Citibank account was established for settlements reached and $1,022,499,754 has been transferred into the account.
On October 21, 2011, a total of $13,000,000 was transferred from this account into a distribution account at Citibank.
As of June 30, 2012 the total net equity value of these three accounts was $2,689,090,015.
(See page 5 for more details)

* Note (3) The ending cash balance includes a $72,561,093.82 balance in the Citibank Business Checking Account and $6,697,657.01 in the Citibank Distribution Account.

* Note (4) SIPC has deferred receiving a subrogation payment of $8,351,074.74 as of October 5, 2011 and the Trustee is holding these funds at the present time.

**Period Ended June 30, 2012**                                                                                                      Report No. 43

SUMMARY INFORMATION ON STATUS OF LIQUIDATION

|  | Customer Claimants | Broker/Dealer Claimants | General Estate Claimants |
|---|---|---|---|
| Claims received | 16,519 | 49 | 94 |
| Claims satisfied by distribution of cash and/or securities: | | | |
| a. As part of the transfer in bulk | | | |
| b. On an account by account basis-Fully Satisfied (1) | 985 | | |
| c. On an account by account basis-Partially Satisfied (1) | 1,418 | | |
|  | 2,403 | - | - |
| Claims Determined - no claims | 12 | | |
| Claims Deemed Determined - pending litigation | 237 | | |
| Claims Determined - withdrawn | 153 | | |
| Claims Determined but not yet satisfied (1) | 33 | | |
| Claims under review | 2 | 49 | 94 |
| Claims Denied: | | | |
| a. No Claims | | | |
| c. Assets at Another Broker | | | |
| c. Other Denials for which no objections were filed (1) | 9,533 | | |
| d. Denials for which objections were filed: | | | |
| - Hearing not yet set | 3,502 | | |
| - Set for Hearing | 644 | | |
| - Adjudicated | | | |
|  | 14,116 | 49 | 94 |

Accounts with cash and/or securities which were transferred in bulk
                                Filing Date Value
Customer name securities distributed
Customer fund securities distributed
                                                                $

(1) To the extent satisfied, customer claims have been paid with up to
    the maximum SIPC advance of $500,000.

_____                                    7/16/2012
(Trustee's Signature)                                              (Date)

_____                                    7/13/2012
(Accountant's Signature)                                           (Date)

Page 4

Period Ended June 30, 2012

Report No. 43

**IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS LLC**
**Citibank Investment Accounts**

| | Citibank Preferred Custody Accounts | | | | | Citibusiness IMMA Account | |
|---|---|---|---|---|---|---|---|
| | A/C 25D070578768 | | | | A/C 25D076215768 | | |
| | Cash Assets/Mutual Funds | U.S. Treasury Bills | US Treasury Notes | Accrued Interest | Account Balance | Cash Assets/Mutual Funds | Account Balance | Total Citibank |
| Balance May 31, 2012 | 2,572,005 | 1,438,151,189 | 102,930,223 | 54,219 | 1,543,707,636 | 1,009,499,753 | 135,700,104 | 2,688,907,493 |
| Transferred from the Citibank Operating Account | | | | | | | | - |
| Maturing of U.S. Treasury Bills | 55,072,898 | (55,072,898) | | | - | | | - |
| Sales of Securities | 4 | | | | 4 | | | 4 |
| Purchase of Securities | (55,073,568) | 55,073,568 | | | - | | | - |
| Unrealized Gain or (Loss) | | 54,499 | (52,607) | | 1,892 | | | 1,892 |
| Interest and Dividends Earned | | | | | | | | |
| Interest | 1,101 | | | 10,625 | 11,726 | 141,068 | 27,811 | 180,605 |
| Dividends | 22 | | | (1) | 21 | | | 21 |
| Balance June 30, 2012 | 2,572,462 | 1,438,206,358 | 102,877,616 | 64,843 | 1,543,721,279 | 1,009,640,821 | 135,727,915 | 2,689,090,015 |

Page 5

Period Ended June 30, 2012                                                                                              Report No. 43

## IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS LLC
### Consultant Expenses for Court Related Noticing

|  | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid |
|---|---:|---:|---:|
| Postage / Handling / Preparation | 771.16 | 389,639.90 | 390,411.06 |
| Reproduction Costs | 0.00 | 558,440.10 | 558,440.10 |
| Supplies | 0.00 | 75,881.21 | 75,881.21 |
| **Total *See Note Below** | **$771.16** | **$1,023,961.21** | **$1,024,732.37** |

Page 6

*Note: All of the expenses above were incurred by consultants in connection with court related noticing procedures, and are included in the Consultant Expenses line (Account #5241) on Page 2 of the SIPC Form 17.