HERRICK, FEINSTEIN LLP
Joshua J. Angel
Frederick E. Schmidt, Jr.
2 Park Avenue
New York, NY 10016
(212) 592-1400
jangel@herrick.com
eschmidt@herrick.com
*Attorneys for A&G Goldman Partnership and
Pamela Goldman, Individually and on behalf
of a similarly situated classes*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss:
COUNTY OF NEW YORK　)

　　I, Larisa Poretsky, being duly sworn, say:

　　1.　　I am not a party to this proceeding, am over 18 years of age and reside in Ardsley, New York.

　　2.　　On July 17, 2012, I caused to be served the true and correct copy of the *Designation of Items to be Included in the Record and Statement of Issues on Appeal (Docket No. 4919)* via First Class Mail upon:

HF 7569679v.1 #15628/0001

- 2 -

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: David J. Sheehan,
    Deborah H. Renner,
    Tracy L. Cole,
    Keith R. Murphy,
    Marc Skapof
    Amy E. Vanderwal,
    Matthew J. Moody,
    George Klidonas

Dated: July 27, 2012
    New York, New York

*Larisa Poretsky*
Larisa Poretsky

Sworn to before me this
27th day of July, 2012

*Jonathan W. Skidmore*
Notary Public

JONATHAN W. SKIDMORE
Notary Public, State of New York
No. 4974040
Qualified in Nassau County
Commission Expires November 5, 2004