# BARGER & WOLEN LLP

JOHN C. HOLMES
(213) 614-7316
jholmes@bargerwolen.com

633 West Fifth Street
Forty-Seventh Floor
Los Angeles, California 90071-2043
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

PLEASE REFER TO FILE NUMBER:
10594.002

July 25, 2012



RECEIVED
JUL 30 2012
U.S. [illegible] COURT
[illegible]

Clerk of the Court
New York Southern Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green, Room 615-3
New York, NY 10004

Re:   *Securities InvestorProtection v. Bernard L. Madoff Investment Securities, LLC,*
      USBK Case No.: Adv. Pro. No. 08-01789 (BRL)

Dear Clerk:

Please remove John C. Holmes and Richard B. Hopkins, II from the electronic mailing list regarding above case as they are no longer involved in this particular case and wish to stop receiving notification.

Very truly yours,

RICHARD B. HOPKINS, II
For the Firm

JCH:njo

i:\office\10594\002\12letters\clerk_usbk_ny 2nd dst.doc

Los Angeles   San Francisco   Newport Beach   New York   Phoenix