EXHIBIT B
SUMMARY OF NINTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM OCTOBER 1, 2011 THROUGH JANUARY 31, 2012

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein, Eugene | 1965 | 466.25 | 98.70 | 46,372.00 |
| | Picard, Irving H. | 1966 | 860.00 | 623.90 | 536,583.00 |
| | Sheehan, David J. | 1968 | 859.93 | 835.80 | 719,202.00 |
| | Colombo, Louis A | 1973 | 579.00 | 107.80 | 62,905.00 |
| | Cymrot, Mark A | 1973 | 850.00 | 6.00 | 5,100.00 |
| | Matthias, Michael R | 1973 | 613.00 | 355.10 | 218,250.50 |
| | Moscow, John W | 1973 | 764.14 | 182.90 | 139,404.50 |
| | Bash, Brian A | 1975 | 662.11 | 138.60 | 92,078.00 |
| | Beckwith, Edward J | 1975 | 640.00 | 2.00 | 1,280.00 |
| | Long, Thomas L | 1976 | 690.54 | 711.30 | 489,527.50 |
| | Markowitz, Laurence S | 1977 | 695.00 | 1.20 | 834.00 |
| | Horowitz, Robert B.G. | 1978 | 530.00 | 0.80 | 424.00 |
| | Gibson, Wendy J | 1979 | 477.00 | 224.80 | 108,138.00 |
| | Goldman, Matthew R | 1979 | 690.00 | 1.00 | 690.00 |
| | Mooradian, George T | 1979 | 660.00 | 3.80 | 2,508.00 |
| | Powers, Marc D | 1981 | 759.09 | 321.40 | 244,186.00 |
| | Bittence, Mary M | 1982 | 470.00 | 6.20 | 2,914.00 |
| | Chockley III, Frederick W | 1982 | 700.50 | 208.20 | 145,009.00 |
| | Ponto, Geraldine E. | 1982 | 784.55 | 597.50 | 468,840.00 |
| | Drogen, Andrew M | 1983 | 580.00 | 13.20 | 7,656.00 |
| | Hannon, John P | 1983 | 660.00 | 320.50 | 211,530.00 |
| | McGowan Jr, John J | 1984 | 545.00 | 37.40 | 20,698.00 |
| | Quiat, Laurin D | 1985 | 532.14 | 36.70 | 19,556.00 |
| | Smith, Elizabeth A | 1985 | 764.55 | 346.00 | 265,038.00 |
| | McDonald, Heather J | 1986 | 551.25 | 463.00 | 256,343.50 |
| | Reich, Andrew W | 1987 | 544.55 | 396.10 | 216,444.00 |
| | Siegal, John | 1987 | 748.33 | 113.80 | 84,631.00 |
| | Tobin, Donna A. | 1987 | 645.29 | 404.50 | 261,981.50 |
| | Burke, John J | 1988 | 626.92 | 282.10 | 176,240.00 |
| | Ferguson, Gerald J | 1988 | 685.00 | 7.70 | 5,274.50 |
| | Susanin, Timothy S. | 1988 | 850.00 | 443.90 | 377,315.00 |
| | DeLancey, Leah E | 1990 | 583.00 | 68.40 | 39,498.00 |
| | Douthett, Breaden M | 1991 | 364.44 | 51.20 | 18,762.00 |
| | Goldberg, Steven H | 1991 | 854.99 | 248.10 | 212,338.50 |
| | Hunt, Dean D | 1991 | 567.78 | 433.30 | 246,963.50 |
| | Resnick, Lauren J | 1991 | 854.06 | 359.10 | 306,117.00 |
| | Hirschfield, Marc E. | 1992 | 800.00 | 573.40 | 458,720.00 |
| | Selby, Judy A. | 1992 | 739.74 | 683.90 | 504,637.50 |
| | Warren, Thomas D | 1992 | 638.16 | 290.50 | 182,402.50 |
| | Barr, Jonathan R. | 1993 | 725.00 | 7.90 | 5,727.50 |
| | Gluck, Peter J. | 1993 | 500.00 | 18.00 | 9,000.00 |
| | Griffin, Regina L. | 1993 | 789.00 | 920.60 | 733,119.00 |
| | Kornfeld, Mark A. | 1993 | 785.87 | 866.50 | 682,882.50 |
| | Renner, Deborah H. | 1993 | 785.10 | 677.60 | 535,105.00 |
| | Slater, Lourdes M. | 1993 | 700.00 | 99.90 | 69,930.00 |
| | Dolatly, George C. | 1994 | 705.00 | 4.50 | 3,172.50 |
| | Jacobs, Tonya A | 1994 | 496.67 | 441.70 | 219,861.00 |
| | Sarlson, Katherine G | 1994 | 225.00 | 221.10 | 49,747.50 |
| | Brennan, Terry M | 1995 | 434.55 | 151.20 | 65,812.00 |
| | Fuller, Lars H. | 1995 | 363.75 | 140.80 | 51,099.00 |
| | Scaletta, Anthony J | 1995 | 417.50 | 81.80 | 33,862.00 |
| | Cole, Tracy L | 1996 | 668.57 | 487.40 | 329,328.00 |
| | Levin, Richard B. | 1996 | 400.00 | 11.40 | 4,560.00 |
| | Munn, Demetri E | 1996 | 422.00 | 43.80 | 18,461.00 |
| | Turner, Christa C. | 1996 | 413.75 | 395.60 | 164,656.00 |
| | Enockson, Paul S | 1997 | 431.67 | 142.10 | 61,508.00 |
| | Hoang, Lan | 1997 | 710.00 | 480.70 | 341,297.00 |
| | Murphy, Keith R. | 1997 | 795.96 | 630.60 | 501,069.00 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |

| | Name | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| | Papp, Edward Daniel | 1997 | 310.00 | 9.10 | 2,821.00 |
| | Scully, Elizabeth A | 1997 | 563.33 | 197.00 | 111,555.00 |
| | Fish, Eric R. | 1998 | 579.86 | 365.90 | 209,408.50 |
| | New, Jonathan B. | 1998 | 793.00 | 101.40 | 80,399.00 |
| | Perdion, Jason P | 1998 | 380.71 | 74.90 | 28,535.50 |
| | Roegge, Jeannette O. | 1998 | 350.00 | 17.90 | 6,265.00 |
| | Rollinson, James H | 1998 | 384.17 | 309.70 | 118,486.00 |
| | Rose, Jorian L. | 1998 | 717.62 | 503.80 | 362,898.00 |
| | Wall, Brett A | 1998 | 414.17 | 227.10 | 94,001.00 |
| | Wang, Ona T | 1998 | 660.00 | 0.90 | 594.00 |
| | Warshavsky, Oren J. | 1998 | 744.40 | 769.50 | 578,367.50 |
| | Fischbach, Ryan D | 1999 | 438.57 | 54.40 | 23,814.00 |
| | Pergament, Benjamin D | 1999 | 570.00 | 355.20 | 203,004.00 |
| | Bohorquez Jr, Fernando A | 2000 | 623.57 | 1,301.00 | 821,157.00 |
| | Cremona, Nicholas J. | 2000 | 718.24 | 769.70 | 552,439.00 |
| | Schlegelmilch, Stephan J | 2000 | 365.00 | 87.40 | 31,991.50 |
| | Alaverdi, Loura L | 2001 | 466.67 | 403.90 | 196,395.00 |
| | Beckerlegge, Robertson D | 2001 | 522.14 | 232.80 | 121,299.50 |
| | Burgan, Kelly S | 2001 | 423.57 | 81.30 | 34,135.50 |
| | Fokas, Jimmy | 2001 | 680.56 | 247.00 | 167,587.50 |
| | Oppenheim, Adam B. | 2001 | 660.50 | 577.40 | 380,574.00 |
| | Pfeifer, Timothy S. | 2001 | 661.11 | 539.80 | 357,400.00 |
| | Skapof, Marc | 2001 | 659.66 | 566.00 | 373,181.50 |
| | Wall, Andrea C | 2001 | 355.00 | 1.00 | 355.00 |
| | Weiser, Scott R. | 2001 | 568.75 | 295.40 | 168,398.00 |
| | Zeballos, Gonzalo S. | 2001 | 712.04 | 500.50 | 357,995.00 |
| | Garg, Anjula | 2002 | 545.00 | 172.00 | 94,784.00 |
| | Wearsch, Thomas M | 2002 | 510.00 | 392.40 | 197,038.00 |
| | Hochmuth, Farrell A | 2003 | 421.15 | 338.70 | 142,874.50 |
| | Jacobs, Edward J. | 2003 | 550.63 | 685.60 | 372,332.00 |
| | Jenson, Karin Scholz | 2003 | 411.67 | 970.90 | 391,143.50 |
| | Oliver, Jason S. | 2003 | 515.00 | 51.10 | 26,045.00 |
| | Wilde, Michael C | 2003 | 313.75 | 169.50 | 53,343.00 |
| | Evans Jr, David L | 2004 | 300.00 | 2.30 | 690.00 |
| | Kitaev, Erica G. | 2004 | 331.25 | 282.30 | 93,905.00 |
| | Kitchen, David E | 2004 | 343.00 | 329.00 | 113,843.00 |
| | Smith, Rachel M | 2004 | 383.33 | 146.70 | 55,725.00 |
| | Proano, David F | 2005 | 295.00 | 6.00 | 1,770.00 |
| | Weber, William J | 2005 | 515.00 | 0.30 | 154.50 |
| | Conley, Sylvia J | 2006 | 536.00 | 367.90 | 197,279.00 |
| Partners and of Counsel Total | | | 641.09 | 28,327.70 | 18,160,572.50 |
| Associates | Meisels, Naomi P. | 1984 | 525.00 | 110.30 | 57,907.50 |
| | Bieler, Philip | 1994 | 425.00 | 710.70 | 302,047.50 |
| | Procell, Karen W. | 1995 | 410.00 | 215.30 | 88,273.00 |
| | Kates, Elyssa S. | 2000 | 533.33 | 262.40 | 138,700.00 |
| | Bell, Stacey A. | 2001 | 577.78 | 971.40 | 564,487.50 |
| | Esser, Brian K | 2001 | 596.09 | 617.90 | 366,055.50 |
| | Shivnarain, Dwayne A. | 2001 | 503.00 | 323.70 | 163,258.50 |
| | North, Geoffrey A. | 2002 | 539.00 | 754.00 | 410,078.00 |
| | Song, Brian W. | 2002 | 450.00 | 685.30 | 308,385.00 |
| | Cheema, Bik | 2003 | 496.43 | 446.50 | 222,608.50 |
| | Malek, Sammi | 2003 | 536.00 | 187.50 | 101,694.00 |
| | Shields, Nkosi D. | 2003 | 440.00 | 592.80 | 260,832.00 |
| | Wlodek, Heather | 2003 | 442.73 | 298.40 | 132,099.00 |
| | Cohen, Dennis O | 2004 | 500.00 | 106.70 | 53,350.00 |
| | Gabriel, Jessie M | 2004 | 424.32 | 266.00 | 113,175.00 |
| | Glasser, Michael P. | 2004 | 458.89 | 200.60 | 92,701.00 |
| | Karttunen, Timo | 2004 | 465.00 | 143.80 | 66,867.00 |
| | Kolm, Julie A. | 2004 | 440.00 | 41.80 | 18,392.00 |
| | Obhof, Larry J. | 2004 | 310.00 | 1.30 | 403.00 |
| | Powell, Michael L | 2004 | 442.50 | 302.10 | 131,784.00 |
| | Smith, Adam J | 2004 | 450.00 | 43.70 | 19,665.00 |
| | Allen, Brian F. | 2005 | 430.00 | 498.90 | 214,527.00 |
| | Benavides, Michelle | 2005 | 382.50 | 128.60 | 49,163.00 |
| | Bodenheimer, Henry C. | 2005 | 458.75 | 360.60 | 165,813.00 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| | Carvalho, Melissa M. | 2005 | 462.50 | 408.70 | 190,410.00 |
| | Chow, Teresa C. | 2005 | 376.25 | 188.40 | 72,405.50 |
| | Hartman, Ruth E | 2005 | 300.45 | 402.70 | 121,002.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Leeper, Kurt A | 2005 | 285.00 | 8.10 | 2,308.50 |
| | Madbak, Hanna F. | 2005 | 490.00 | 8.50 | 4,165.00 |
| | Raley, Matthew R | 2005 | 375.00 | 4.30 | 1,612.50 |
| | Rodriguez, Alberto | 2005 | 480.00 | 74.90 | 35,557.50 |
| | Stump, Jacob R. | 2005 | 295.00 | 306.00 | 90,700.00 |
| | Thorpe, Courtni E | 2005 | 285.00 | 19.20 | 5,472.00 |
| | White, Nicholas L | 2005 | 285.00 | 95.40 | 27,189.00 |
| | Carlisle, Marie L. | 2006 | 356.25 | 570.70 | 203,632.50 |
| | DeGaetano, Melissa A | 2006 | 275.00 | 6.60 | 1,815.00 |
| | Feil, Matthew D. | 2006 | 467.78 | 515.00 | 240,885.00 |
| | Heim, Kathryn M. | 2006 | 453.57 | 58.00 | 26,354.00 |
| | Kosack, Melissa L. | 2006 | 456.36 | 1,077.40 | 494,525.00 |
| | Lange, Gretchen L | 2006 | 280.71 | 81.80 | 22,723.00 |
| | Longstaff, Carrie | 2006 | 459.72 | 721.40 | 331,399.00 |
| | Nevin, Douglas M | 2006 | 451.11 | 193.20 | 86,265.50 |
| | Olson, Stephen T | 2006 | 375.00 | 10.70 | 4,012.50 |
| | Petrelli III, John W | 2006 | 356.67 | 66.80 | 24,103.00 |
| | Shoshany, Lindsey A. | 2006 | 417.00 | 649.90 | 270,976.50 |
| | Smith, Greer D | 2006 | 275.00 | 1.50 | 412.50 |
| | Tobin, Sarah M | 2006 | 354.29 | 249.00 | 88,743.00 |
| | Vanderwal, Amy E. | 2006 | 525.00 | 34.70 | 18,217.50 |
| | Yates, Shana M. | 2006 | 391.25 | 543.50 | 212,483.50 |
| | Barker Brown, Erin R | 2007 | 260.00 | 11.10 | 2,917.50 |
| | Biegelman, Daniel R. | 2007 | 419.44 | 99.10 | 41,440.50 |
| | Bobb, Matthew I. | 2007 | 415.00 | 537.30 | 222,979.50 |
| | Brown, Seanna R. | 2007 | 514.19 | 736.90 | 378,050.00 |
| | Calvani, Torello H. | 2007 | 503.85 | 771.70 | 392,347.50 |
| | Casey IV, James P. | 2007 | 337.50 | 3.70 | 1,260.00 |
| | Garvin, Naima J. | 2007 | 500.00 | 17.10 | 8,550.00 |
| | Goldmark, Jena B. | 2007 | 415.00 | 422.80 | 175,462.00 |
| | Howard, Emily A. | 2007 | 419.44 | 317.90 | 135,030.50 |
| | Jacobson, Michael B | 2007 | 404.55 | 209.20 | 83,910.00 |
| | Karp, Brian S. | 2007 | 458.75 | 235.20 | 108,541.50 |
| | Klidonas, George | 2007 | 371.58 | 385.20 | 146,077.00 |
| | Lawrence, Kelvin M | 2007 | 258.00 | 342.50 | 86,619.00 |
| | Lee, Joon | 2007 | 415.00 | 745.90 | 309,548.50 |
| | Liburd, Essence | 2007 | 431.45 | 225.60 | 96,892.50 |
| | McGibbon, Joanna S. | 2007 | 415.00 | 136.80 | 56,772.00 |
| | Nelson, Maritza S | 2007 | 257.14 | 339.10 | 86,550.00 |
| | Ranade, Samir K. | 2007 | 500.00 | 421.80 | 210,900.00 |
| | Ritz, Kenneth A. | 2007 | 415.00 | 742.20 | 308,013.00 |
| | Truong, Sarah J. | 2007 | 506.88 | 558.00 | 283,090.00 |
| | Walrath, Jennifer M | 2007 | 420.00 | 4.80 | 2,016.00 |
| | Amin, Tina U | 2008 | 277.50 | 316.80 | 88,117.50 |
| | Carbajal, Natacha | 2008 | 415.70 | 303.70 | 127,525.00 |
| | Chang, Willy | 2008 | 375.00 | 9.30 | 3,487.50 |
| | Day, James W. | 2008 | 406.25 | 625.70 | 254,000.00 |
| | Goldstein, Robyn R. | 2008 | 308.33 | 637.60 | 197,198.00 |
| | Kaplan, Deborah A | 2008 | 417.86 | 454.00 | 186,410.00 |
| | Kaplan, Michelle R. | 2008 | 404.62 | 706.60 | 286,324.00 |
| | Luke, Tarsha L | 2008 | 405.00 | 186.20 | 75,567.50 |
| | McCurrach, Elizabeth G. | 2008 | 420.00 | 264.10 | 110,563.50 |
| | Moody, Matthew J. | 2008 | 423.42 | 549.40 | 231,053.00 |
| | Murdock-Park, Erin K. | 2008 | 240.00 | 24.80 | 5,952.00 |
| | Nixon, Christy A. | 2008 | 381.82 | 228.20 | 86,255.00 |
| | O'Neal, Stephen T. | 2008 | 225.00 | 628.70 | 141,457.50 |
| | Osburn, Alexis C. | 2008 | 240.00 | 10.20 | 2,448.00 |
| | Ramos-Mrosovsky, Carlos | 2008 | 410.00 | 42.10 | 17,485.00 |
| | Rovine, Jacqlyn | 2008 | 400.00 | 720.50 | 288,200.00 |
| | Schutte, Elizabeth M. | 2008 | 400.00 | 224.10 | 89,640.00 |
| | Stanley, Trevor M. | 2008 | 389.64 | 89.00 | 34,967.50 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| | Stark, Anthony M. | 2008 | 418.20 | 386.90 | 160,791.50 |
| | Thomas, Joshua C. | 2008 | 309.29 | 144.20 | 44,414.50 |
| | Walgenbach, Emilie J. | 2008 | 415.00 | 397.70 | 165,045.50 |
| | Whittlesey, Gillian L. | 2008 | 350.00 | 27.10 | 9,485.00 |
| | Woltering, Catherine E. | 2008 | 243.67 | 748.20 | 182,634.00 |
| | Zunno, Kathryn M. | 2008 | 505.00 | 983.90 | 498,595.00 |
| | Bogucki, Scott J. | 2009 | 400.00 | 617.00 | 246,800.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Budd, Ashley J. | 2009 | 225.00 | 678.40 | 152,640.00 |
| | Campbell, Patrick T | 2009 | 406.25 | 348.20 | 140,960.00 |
| | Collins, Tarique N. | 2009 | 415.00 | 427.70 | 177,495.50 |
| | D'Andrea, Lindsey | 2009 | 233.75 | 348.50 | 82,471.00 |
| | Gentile, Dominic A. | 2009 | 400.00 | 693.10 | 277,240.00 |
| | Hangawatte, Udyogi A. | 2009 | 367.50 | 103.10 | 37,440.00 |
| | Harker, Francesca M. | 2009 | 381.25 | 92.80 | 35,112.50 |
| | Howe, Mary E. | 2009 | 382.95 | 612.10 | 234,097.50 |
| | Kamath, Pramila A. | 2009 | 226.94 | 435.90 | 98,943.50 |
| | Kessler, Dena S. | 2009 | 320.00 | 10.10 | 3,232.00 |
| | Kramer, Kathryn M. | 2009 | 225.00 | 794.00 | 178,650.00 |
| | Law, Karen | 2009 | 294.17 | 85.20 | 26,045.50 |
| | LeClair, Nicole D. | 2009 | 225.00 | 480.50 | 108,112.50 |
| | Marck, Michelle K | 2009 | 400.00 | 78.80 | 31,520.00 |
| | Markel, Tatiana | 2009 | 382.35 | 876.60 | 333,362.50 |
| | Maynard, Kim M. | 2009 | 360.00 | 622.60 | 225,303.00 |
| | McKnight, Katherine L. | 2009 | 380.00 | 11.70 | 4,446.00 |
| | Molina, Marco | 2009 | 404.29 | 746.30 | 302,500.00 |
| | Murray, Kelli A. | 2009 | 248.75 | 40.60 | 10,241.00 |
| | Nickodem, Robert G. | 2009 | 225.00 | 421.70 | 94,882.50 |
| | Ozturk, Ferve E. | 2009 | 405.91 | 769.50 | 311,674.00 |
| | Schweller, Jessie A. | 2009 | 403.75 | 590.90 | 238,858.00 |
| | Shapiro, Peter B. | 2009 | 404.71 | 422.30 | 172,532.00 |
| | Stuber, Kristen D. | 2009 | 230.00 | 141.00 | 32,430.00 |
| | Tremaglio, Analiese | 2009 | 350.00 | 425.80 | 149,030.00 |
| | Vessells, Jennifer A. | 2009 | 235.63 | 584.10 | 135,934.50 |
| | Winquist, Justin T. | 2009 | 263.75 | 321.20 | 84,212.50 |
| | Witt, Sara L. | 2009 | 230.00 | 2.20 | 506.00 |
| | Abraham, Asha | 2010 | 391.88 | 676.00 | 264,355.50 |
| | Barra, Jonathan P. | 2010 | 225.00 | 581.90 | 130,927.50 |
| | Burgos, Jocelyn | 2010 | 400.00 | 130.40 | 52,160.00 |
| | Bushnell, Christina M. | 2010 | 225.00 | 474.70 | 106,807.50 |
| | Carney, Brian W. | 2010 | 225.00 | 634.80 | 142,830.00 |
| | Castillon, Jesus J. | 2010 | 290.00 | 413.20 | 119,740.00 |
| | Chandler, Tara R. | 2010 | 225.00 | 709.20 | 159,570.00 |
| | Chohan, Raj | 2010 | 240.00 | 153.40 | 36,983.00 |
| | Choi, David | 2010 | 400.00 | 704.60 | 281,840.00 |
| | Clegg, Sammantha E. | 2010 | 397.50 | 431.70 | 171,570.00 |
| | Cominsky, Mark A. | 2010 | 226.92 | 502.80 | 114,229.00 |
| | Cook, Nora K. | 2010 | 225.00 | 701.20 | 157,770.00 |
| | Crist, John W. | 2010 | 225.00 | 607.10 | 136,597.50 |
| | Estes, Yelena | 2010 | 391.85 | 615.90 | 241,133.50 |
| | Fein, Amanda E. | 2010 | 364.00 | 995.80 | 365,992.00 |
| | Flynn, Alison | 2010 | 400.00 | 113.80 | 45,520.00 |
| | Geronimo, Andrew C. | 2010 | 225.00 | 594.30 | 133,717.50 |
| | Hansford, Melissa L. | 2010 | 225.00 | 570.90 | 128,452.50 |
| | Hoff, Michelle M. | 2010 | 230.00 | 114.10 | 26,243.00 |
| | James, Christopher T. | 2010 | 290.00 | 322.70 | 93,061.50 |
| | Khatib, Hadi | 2010 | 390.00 | 299.80 | 116,922.00 |
| | Koch, Jacqueline R. | 2010 | 322.50 | 228.80 | 70,413.00 |
| | Martin, David J. | 2010 | 227.08 | 496.80 | 112,841.50 |
| | Maytal, Anat | 2010 | 391.36 | 699.20 | 273,577.00 |
| | McMillan, David M. | 2010 | 391.18 | 585.10 | 229,016.50 |
| | Mosier, A. Mackenna | 2010 | 402.00 | 417.50 | 168,680.00 |
| | Needham, Kelly C. | 2010 | 225.00 | 707.10 | 159,097.50 |
| | Portnoy, Lesley F. | 2010 | 363.00 | 356.40 | 129,894.00 |
| | Pratt, Rodney E. | 2010 | 225.00 | 419.70 | 94,432.50 |
| | Rog, Joshua B. | 2010 | 400.00 | 730.60 | 292,240.00 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| | Rollins, Jennifer B. | 2010 | 226.43 | 569.20 | 128,973.00 |
| | Rouach, Sophie | 2010 | 415.00 | 153.80 | 63,827.00 |
| | Schichnes, Jessica | 2010 | 392.73 | 567.10 | 222,000.00 |
| | Schlueter, Andrew C. | 2010 | 225.00 | 670.80 | 150,930.00 |
| | Scott, Justin T. | 2010 | 290.00 | 504.30 | 145,593.50 |
| | Sobel, Sean H. | 2010 | 225.00 | 863.80 | 194,355.00 |
| | Taddeo, Luisa | 2010 | 225.00 | 582.20 | 130,995.00 |
| | Ubaid, Maryland H. | 2010 | 225.00 | 693.30 | 155,992.50 |
| | Vasel, Denise D. | 2010 | 363.89 | 365.00 | 131,635.00 |
| | Wasko, Lindsay J. | 2010 | 225.00 | 748.10 | 168,322.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Young, Michelle L. | 2010 | 338.00 | 270.40 | 92,301.50 |
| | Abonamah, Ahmed | 2011 | 225.00 | 374.50 | 84,262.50 |
| | Bacon, Natalie R. | 2011 | 230.00 | 114.90 | 26,427.00 |
| | Ball, Stephen L. | 2011 | 338.46 | 377.30 | 129,143.50 |
| | Barhorst, Damon C. | 2011 | 226.39 | 391.60 | 88,923.00 |
| | Beck, Christopher R. | 2011 | 230.00 | 111.80 | 25,714.00 |
| | Becker, Eric J. | 2011 | 230.00 | 105.00 | 24,150.00 |
| | Buskirk, Alex D. | 2011 | 230.00 | 117.20 | 26,956.00 |
| | Cabico, Jason D. | 2011 | 339.29 | 307.60 | 105,300.50 |
| | Cutler, Sima L. | 2011 | 226.56 | 510.70 | 116,127.00 |
| | deVries, Alan C. | 2011 | 207.50 | 538.60 | 113,825.00 |
| | Dorner, Drew T. | 2011 | 226.67 | 438.60 | 99,513.50 |
| | Durbin, Damon M. | 2011 | 230.00 | 112.30 | 25,829.00 |
| | Economides, Constantine P. | 2011 | 391.39 | 581.00 | 227,395.50 |
| | Ekechuku, Steven D. | 2011 | 390.83 | 680.70 | 266,152.00 |
| | Elam, Elise R. | 2011 | 227.31 | 458.00 | 104,051.00 |
| | Farnsworth, Joshua L. | 2011 | 226.50 | 372.00 | 84,573.50 |
| | Feldstein, Robyn M | 2011 | 391.77 | 736.50 | 288,251.50 |
| | Gottesman, Joel D. | 2011 | 225.00 | 512.00 | 115,200.00 |
| | Grant, Lindsey M. | 2011 | 230.00 | 116.30 | 26,749.00 |
| | Jagunic, Michael H. | 2011 | 230.00 | 115.00 | 26,450.00 |
| | Kahner, Tegan E. | 2011 | 226.58 | 513.60 | 116,609.00 |
| | Knappick, Justin L. | 2011 | 226.50 | 463.70 | 105,245.50 |
| | Krishna, Ganesh | 2011 | 391.82 | 710.90 | 278,155.50 |
| | Lundregan, Scott M. | 2011 | 227.00 | 438.20 | 99,506.50 |
| | Nowakowski, Jonathan | 2011 | 391.79 | 734.20 | 287,512.00 |
| | Nutt, Jessica E. | 2011 | 391.67 | 581.30 | 227,570.00 |
| | Oliva, Frank M. | 2011 | 391.25 | 707.90 | 276,752.00 |
| | Paul, Shuva J. | 2011 | 226.88 | 401.50 | 91,277.00 |
| | Polsinelli, Jaclyn R. | 2011 | 226.92 | 422.90 | 96,044.00 |
| | Powell, Robin D. | 2011 | 226.50 | 487.10 | 110,595.50 |
| | Ruginis, Alexis N. | 2011 | 391.25 | 587.30 | 229,992.50 |
| | Schechter, Jody E. | 2011 | 318.33 | 763.10 | 244,272.50 |
| | Sinclair, Jordan A. | 2011 | 276.11 | 383.90 | 106,094.50 |
| | Spears, Ericka H. | 2011 | 226.18 | 693.90 | 157,210.00 |
| | Stewart, Justin T. | 2011 | 226.92 | 515.40 | 116,952.50 |
| | Tasan, Sinem B. | 2011 | 230.00 | 109.50 | 25,185.00 |
| | Thompson, Eric D. | 2011 | 230.00 | 108.20 | 24,886.00 |
| | Towner, Amber N. | 2011 | 230.00 | 116.10 | 26,703.00 |
| | von Ansbach-Young, Michael R. | 2011 | 225.94 | 583.50 | 132,120.00 |
| | Wangsgard, Kendall E. | 2011 | 338.75 | 141.00 | 47,874.00 |
| | Wells, Carrie T. | 2011 | 225.00 | 719.90 | 161,977.50 |
| | White, Jason T. | 2011 | 350.00 | 435.30 | 152,355.00 |
| | White, Lauren A. | 2011 | 226.67 | 470.40 | 106,855.00 |
| | Wolf, Jacob H. | 2011 | 230.00 | 104.20 | 23,966.00 |
| | Zuberi, Madiha M. | 2011 | 390.56 | 750.50 | 293,605.50 |
| | Consolino, Serine R. | 2012 | 318.33 | 268.10 | 84,853.50 |
| | Gallagher, Christopher B. | 2012 | 391.47 | 756.90 | 296,409.50 |
| | Hough, Shawn P. | 2012 | 390.00 | 355.80 | 138,762.00 |
| | Khan, Juvaria S. | 2012 | 319.00 | 611.30 | 196,011.50 |
| | Kravitz, Bret D. | 2012 | 227.00 | 503.30 | 114,319.50 |
| | Babka, Sarah R. | #N/A | 391.33 | 572.40 | 223,600.00 |
| | Cunningham-Minnick, Jennifer A. | #N/A | 225.00 | 112.70 | 25,357.50 |
| | Curtin, Daniel P. | #N/A | 319.00 | 165.50 | 53,184.50 |
| | Houston, Christopher S. | #N/A | 225.00 | 32.20 | 7,245.00 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| | Plummer, Caitlin M. | #N/A | 315.00 | 0.90 | 283.50 |
| | Rice, David W. | #N/A | 391.00 | 859.30 | 336,332.50 |
| Associates Total | | | 348.15 | 86,552.50 | 30,133,099.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Allemant-Salas, Gonzalo | #N/A | 302.50 | 460.30 | 139,336.50 |
| | Bekier, James M. | #N/A | 366.90 | 619.90 | 226,072.00 |
| | Bitman, Oleg | #N/A | 248.33 | 393.30 | 97,484.50 |
| | Blaber, Theresa A | #N/A | 278.60 | 265.80 | 73,905.00 |
| | Bliss, Stephanie L. | #N/A | 211.00 | 133.10 | 28,087.00 |
| | Cabrera, Ramon C | #N/A | 228.33 | 182.80 | 41,524.00 |
| | Chan, Angeline | #N/A | 225.00 | 611.20 | 137,520.00 |

| | | | | |
|---|---|---|---|---|
| | Charlotten, Magdalena | #N/A | 249.38 | 280.70 | 69,699.50 |
| | Chiofalo, Frank A. | #N/A | 227.00 | 826.80 | 188,395.00 |
| | Cohen, Justin H. | #N/A | 300.00 | 23.30 | 6,990.00 |
| | Craig, Robert E | #N/A | 425.00 | 6.10 | 2,592.50 |
| | Creagan, Carol A | #N/A | 175.00 | 102.80 | 17,990.00 |
| | Dyer, Ricky J | #N/A | 185.00 | 36.70 | 6,719.00 |
| | Fetzer, Jeffrey L | #N/A | 202.50 | 202.00 | 40,714.00 |
| | Fishelman, Benjamin D. | #N/A | 355.26 | 791.40 | 280,370.00 |
| | Fredle, Vicki M | #N/A | 185.00 | 8.00 | 1,480.00 |
| | Gardner, Bronson R | #N/A | 200.00 | 128.50 | 25,700.00 |
| | Halwes, Shannon L. | #N/A | 187.50 | 201.20 | 38,127.00 |
| | Heller, Julie M. | #N/A | 364.35 | 267.70 | 96,614.00 |
| | Iskhakova, Yuliya | #N/A | 260.80 | 670.30 | 176,171.00 |
| | Jones, Michael K. | #N/A | 135.00 | 6.10 | 823.50 |
| | Kurtock, Julie A | #N/A | 205.00 | 6.10 | 1,250.50 |
| | Landrio, Nikki M. | #N/A | 314.42 | 740.60 | 232,506.50 |
| | Lee, Magali L. | #N/A | 259.47 | 723.20 | 187,716.00 |
| | Little, Lynn M. | #N/A | 288.41 | 187.10 | 53,991.00 |
| | Martin, Sasha L. | #N/A | 248.46 | 480.00 | 119,428.50 |
| | Maxwell, Sarah A | #N/A | 165.97 | 250.80 | 41,657.00 |
| | McLaughlin, Christopher | #N/A | 162.58 | 605.80 | 98,414.00 |
| | Mearns, Erin F. | #N/A | 223.08 | 154.60 | 34,295.00 |
| | Medina, Rebecca J. | #N/A | 160.00 | 181.50 | 29,040.00 |
| | Monge, Tirsa | #N/A | 290.00 | 633.80 | 182,994.00 |
| | Montalvo, Jason M. | #N/A | 302.50 | 573.30 | 173,832.00 |
| | Montani, Christine A. | #N/A | 287.94 | 467.00 | 134,001.00 |
| | Nikac, Mario | #N/A | 335.00 | 207.90 | 69,646.50 |
| | Nunes, Silas T | #N/A | 262.86 | 745.50 | 195,796.00 |
| | Oliver-Weeks, Marcella J. | #N/A | 279.57 | 520.00 | 144,896.00 |
| | Ostrander, John C. | #N/A | 202.11 | 418.10 | 84,538.00 |
| | Paremoud, Jana | #N/A | 227.41 | 285.40 | 65,005.00 |
| | Pulsipher, Eric K. | #N/A | 275.00 | 394.40 | 108,460.00 |
| | Rawles, Michael M | #N/A | 195.00 | 9.90 | 1,930.50 |
| | Remus, Amanda | #N/A | 279.00 | 629.70 | 175,371.00 |
| | Reynolds, Julie L. | #N/A | 200.00 | 28.40 | 5,680.00 |
| | Rivera, Eileen G. | #N/A | 167.62 | 625.60 | 104,551.00 |
| | Samarasekera, Dilip | #N/A | 200.00 | 186.10 | 37,220.00 |
| | Schnarre, Nicole L. | #N/A | 366.40 | 605.50 | 220,920.00 |
| | Stone, Adrian | #N/A | 249.00 | 583.00 | 144,968.00 |
| | Sulhan, Barbara J | #N/A | 176.25 | 60.90 | 10,705.00 |
| | Sweet, Karen R | #N/A | 208.00 | 181.50 | 37,555.50 |
| | Tushaj, Diana M. | #N/A | 235.00 | 261.70 | 61,499.50 |
| | Van Dyke, Dawn M | #N/A | 235.00 | 6.20 | 1,457.00 |
| | Villamayor, Fidentino L. | #N/A | 304.69 | 564.60 | 171,435.00 |
| | von Collande, Constance M. | #N/A | 262.09 | 705.30 | 186,058.50 |
| | Wallace, Dawn L. | #N/A | 279.04 | 465.70 | 129,809.00 |
| | Wasserman, Gabor M. | #N/A | 335.00 | 177.30 | 59,395.50 |
| | Weaver, Scott | #N/A | 250.00 | 534.10 | 133,525.00 |
| | Wilkins, Kerrick T. | #N/A | 176.25 | 132.20 | 23,648.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | | #N/A | 263.90 | 19,550.80 | 5,159,510.50 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | $ 641.09 | $ 28,327.70 | $ 18,160,572.50 |
| Associates Total | 348.15 | 86,552.50 | 30,133,099.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 263.90 | 19,550.80 | 5,159,510.50 |
| Blended Attorney Rate | 420.38 | | |
| Total Fees Incurred | | 134,431.00 | 53,453,182.00 |
| **Less 10% Public Interest Discount** | | | (5,345,318.20) |
| **Grand Total** | | | $ 48,107,863.80 |