EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR NINTH INTERIM
PERIOD OF OCTOBER 1, 2011 THROUGH JANUARY 31, 2012

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 722.60 | $ 426,701.00 |
| 02 | Bankruptcy Court Litigation and Related Matters | 1,006.60 | 503,533.50 |
| 03 | Feeder Funds | 795.60 | 471,700.50 |
| 04 | Asset Search Recovery and Sale | 506.80 | 328,744.00 |
| 05 | Internal Office Meetings with Staff | 464.00 | 141,404.00 |
| 07 | Billing | 683.00 | 233,143.00 |
| 08 | Case Administration | 2,236.10 | 743,179.50 |
| 09 | Banks | 635.30 | 346,885.00 |
| 10 | Court Appearances | 0.20 | 170.00 |
| 11 | Press Inquires and Responses | 379.50 | 181,422.50 |
| 12 | Document Review | 8,861.60 | 2,593,516.00 |
| 13 | Discovery - Depositions and Document Productions | 6,345.70 | 2,467,113.50 |
| 14 | International | 987.70 | 479,058.50 |
| 15 | Charities | 3.20 | 1,590.00 |
| 17 | Access - Luxembourg | 771.70 | 212,807.00 |
| 18 | Auditors | 3.10 | 2,679.00 |
| 19 | Non-Bankruptcy Litigation | 11.60 | 9,719.50 |
| 20 | Governmental Agencies | 280.10 | 166,922.50 |
| 21 | Allocation | 85.60 | 59,294.50 |
| 000003 | Stanley Chais | 811.10 | 394,927.50 |
| 000004 | J. Ezra Merkin | 8,821.30 | 2,903,322.00 |
| 000005 | Customer Claims (2009 - 2011) | 2,257.80 | 1,025,209.00 |
| 000006 | Vizcaya | 394.20 | 173,971.00 |
| 000007 | Madoff Family | 3,049.70 | 1,513,795.00 |
| 000008 | Norman Levy | 7.50 | 2,749.00 |
| 000009 | Fairfield Greenwich | 3,157.50 | 1,020,393.00 |
| 000010 | Harley | 33.30 | 18,679.00 |
| 000011 | Cohmad Securities Corporation | 4,183.10 | 1,594,114.50 |
| 000012 | Picower | 286.30 | 169,606.00 |
| 000013 | Kingate | 2,113.00 | 1,157,918.50 |
| 000018 | Thybo | 381.90 | 194,549.00 |
| 000019 | Ruth Madoff | 2.40 | 1,898.50 |
| 000020 | Carl Shapiro | 93.50 | 37,222.00 |
| 000021 | Avoidance Action Investigation/Litigation 2010-2012 | 22,138.70 | 8,730,021.00 |
| 000024 | Robert Luria | 3.50 | 1,629.50 |
| 000025 | Amy Luria | 0.50 | 294.00 |
| 000026 | Richard Stahl | 185.10 | 93,363.00 |
| 000027 | JPMorgan Chase | 1,541.30 | 618,032.00 |
| 000028 | Westport | 602.50 | 173,242.00 |
| 000029 | Rye/Tremont | 272.90 | 162,190.50 |
| 000030 | HSBC | 3,818.30 | 1,916,246.50 |
| 000031 | Katz/Wilpon | 38,103.70 | 15,129,969.00 |
| 000032 | LuxAlpha/UBS | 2,726.40 | 1,097,840.00 |
| 000033 | Nomura Bank International PLC | 17.80 | 7,767.00 |
| 000034 | Citibank | 245.20 | 113,332.00 |
| 000035 | Natixis | 735.20 | 325,562.00 |
| 000036 | Merrill Lynch | 162.80 | 39,053.50 |
| 000037 | ABN AMRO | 299.00 | 146,580.00 |
| 000038 | Banco Bilbao | 377.50 | 173,582.50 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 000039 | Fortis | 7.00 | 3,285.00 |
| 000040 | Medici Enterprise | 1,951.00 | 907,401.50 |
| 000041 | Whitechapel | 53.10 | 27,445.00 |
| 000042 | Equity Trading | 47.60 | 24,928.00 |
| 000043 | Defender | 30.70 | 16,194.00 |
| 000044 | Maccabee | 23.40 | 12,327.00 |
| 000045 | Levey | 68.30 | 36,911.50 |
| 000046 | Glantz | 470.30 | 240,090.00 |
| 000047 | Bonaventre | 25.50 | 12,519.00 |
| 000048 | Bongiorno | 63.30 | 30,640.00 |
| 000049 | Greenberger | 623.00 | 338,213.50 |
| 000050 | Pitz | 42.30 | 16,699.50 |
| 000051 | Crupi | 58.30 | 19,184.50 |
| 000052 | Donald Friedman | 3,853.60 | 1,058,978.00 |
| 000053 | Magnify | 842.50 | 382,045.50 |
| 000054 | Mendelow | 198.30 | 110,175.50 |
| 000055 | Kugel | 52.10 | 27,191.00 |
| 000056 | Lipkin | 72.80 | 25,728.50 |
| 000057 | Perez/O'Hara | 25.70 | 11,892.00 |
| 000058 | PJ Administrators | 203.40 | 90,398.00 |
| 000059 | Stanley Shapiro | 133.60 | 59,404.00 |
| 000060 | Avellino & Bienes | 180.30 | 91,279.50 |
| 000061 | Maxam | 2,245.50 | 976,331.00 |
| 000062 | Subsequent Transfer | 1,556.40 | 627,278.50 |
| Grand Total | | 134,431.00 | 53,453,182.00 |

**Less 10% Public Interest Discount** (5,345,318.20)

**Grand Total** $ 48,107,863.80

**Current Application**
Interim Compensation Requested $ 48,107,863.80
Interim Compensation Paid (43,297,077.43)
Interim Compensation Deferred $ 4,810,786.37

**Prior Applications**
Interim Compensation Requested $ 273,066,911.54
Interim Compensation Paid (245,760,220.40)
Interim Compensation Deferred $ 27,306,691.14