EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR NINTH
INTERIM PERIOD OF OCTOBER 1, 2011 THROUGH JANUARY 31, 2012

| Code | Description | Amount |
|---|---|---:|
| E101 | Copying (E101) | 87,289.98 |
| E102 | Outside Printing (E102) | 39,494.90 |
| E104 | Facsimile (E104) | 29.90 |
| E105 | Telephone (E105) | 13,032.96 |
| E106 | Online Research (E106) | 172,585.27 |
| E107 | Delivery Services/ Messengers (E107) | 14,257.87 |
| E108 | Postage (E108) | 2,190.37 |
| E109 | Local Travel (E109) | 5,427.58 |
| E110 | Out-of-Town Travel (E110) | 190,338.56 |
| E111 | Business Meals, etc. (E111) | 286.23 |
| E112 | Court Fees (E112) | 14,777.76 |
| E113 | Subpoena Fees (E113) | 1,825.29 |
| E114 | Witness Fees (E114) | 240.00 |
| E115 | Deposition Transcripts (E115) | 102,815.18 |
| E116 | Trial Transcripts (E116) | 1,737.94 |
| E119 | Experts (E119) | 4,885.12 |
| E123 | Other Professionals (E123) | 36,084.29 |
| E124 | Other (E124) | 13,324.66 |
| E125 | Translation Costs (E125) | 165,311.58 |
| E129 | Official Fees (E129) | 690.00 |
| Grand Total | | 866,625.44 |

**Prior Applications**

Reimbursement of Expenses Requested and Rewarded     $6,149,828.34