EXHIBIT E

INTERIM COMPENSATION DEFERRED SUMMARY FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR NINTH INTERIM
PERIOD OF OCTOBER 1, 2011 THROUGH JANUARY 31, 2012

|  | Counsel and Trustee |
|---|---|
| Interim Compensation Requested (All Periods) | $ 321,174,775.34 |
| Interim Compensation Deferred | $ 32,117,477.51 |
| Holdback Amount to be Released | 16,000,000.00 |
| Holdback After Release | $ 16,117,477.51 |