**Exhibit B**

Summary of Eighth Interim Fee Application of Windels Marx Lane & Mittendorf, LLP
for Services Rendered from October 1, 2011 through and including January 31, 2012

| Name | Year Admitted | Hourly Rate of 2011 | Total Hours Billed 2011 | Hourly Rate of 2012 | Total Hours Billed 2012 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|
| **Partners and Special Counsel** | | | | | | | |
| Alan Nisselson | 1977 | 575.00 | 6.40 | 595.00 | 0.20 | 6.60 | $ 3,799.00 |
| Howard L. Simon | 1977 | 515.00 | 345.10 | 535.00 | 69.60 | 414.70 | 214,962.50 |
| Clark Alpert | 1978 | 475.00 | 407.65 | 490.00 | 110.70 | 518.35 | 247,876.75 |
| Thomas A. Banahan | 1979 | 465.00 | 1.80 | 480.00 | 0.10 | 1.90 | 885.00 |
| Leslie S. Barr | 1985 | 450.00 | 10.20 | 470.00 | 0.10 | 10.30 | 4,637.00 |
| Antonio J. Casas | 1992 | 390.00 | 192.50 | 405.00 | 16.70 | 209.20 | 81,838.50 |
| **Total Partners and Special Counsel** | | | **963.65** | | **197.40** | **1,161.05** | **$ 553,998.75** |
| **Associates** | | | | | | | |
| Kim M. Longo | 2002 | 380.00 | 574.70 | 405.00 | 184.30 | 759.00 | 293,027.50 |
| Karen M. Cullen* | 1981 | 380.00 | 513.40 | 395.00 | 219.70 | 733.10 | 272,061.50 |
| Jorge R. Salva | 2002 | 360.00 | 3.60 | 380.00 | 0.50 | 4.10 | 1,486.00 |
| David N. Butler | 1985 | 360.00 | 408.20 | 380.00 | 149.50 | 557.70 | 203,762.00 |
| Carol LaFond* | 2000 | 355.00 | 427.90 | 370.00 | 169.90 | 597.80 | 214,382.50 |
| Brian W. Kreutter* | 2003 | 315.00 | 409.40 | 335.00 | 168.30 | 577.70 | 182,877.50 |
| Craig D. Gottilla | 2000 | 315.00 | 183.20 | 325.00 | 13.90 | 197.10 | 62,225.50 |
| Jeremy G. Weiss | 1993 | 315.00 | 383.40 | 330.00 | 25.90 | 409.30 | 129,318.00 |
| Elizabeth Fiechter | 2006 | 310.00 | 443.20 | 310.00 | 158.00 | 601.20 | 186,372.00 |
| John J. Tepedino* | 2004 | 310.00 | 284.40 | 335.00 | 41.30 | 325.70 | 101,833.50 |
| Yani Indrajana Ho* | 2005 | 300.00 | 421.00 | 315.00 | 192.60 | 613.60 | 184,419.00 |
| Gary J. Finiguerra | 2005 | 300.00 | 6.00 | 315.00 | | 6.00 | 1,800.00 |
| Dalila Best* | 2006 | 300.00 | 26.50 | 315.00 | | 26.50 | 6,570.00 |
| Alan D. Lawn* | 2008 | 290.00 | 485.30 | 305.00 | 179.80 | 665.10 | 194,226.00 |
| Matthew C. Capozzoli | 2006 | 250.00 | 411.60 | 265.00 | 43.80 | 455.40 | 114,507.00 |
| Taila L. Martin* | 2011 | 240.00 | 104.90 | 255.00 | 85.60 | 190.50 | 44,476.00 |
| Julianne E. Befeler* | 2011 | 240.00 | 42.50 | 255.00 | 6.10 | 48.60 | 10,547.50 |
| **Total Associates** | | | **5,129.20** | | **1,639.20** | **6,768.40** | **$ 2,203,891.50** |

| Name | | Hourly Rate of 2011 | Total Hours Billed 2011 | Hourly Rate of 2012 | Total Hours Billed 2012 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|
| **Paraprofessionals** | | | | | | | |
| Anna Cote* | | 225.00 | 41.30 | 245.00 | 1.80 | 43.10 | 9,553.50 |
| Kevin Coleman* | | 225.00 | 223.90 | 245.00 | 155.00 | 378.90 | 81,378.00 |
| Joel L. Solomon | | 215.00 | 6.00 | 220.00 | 2.30 | 8.30 | 1,796.00 |
| Anthony T. Navatto | | 200.00 | 392.20 | 210.00 | 207.90 | 600.10 | 122,099.00 |
| Tracy Heston | | 190.00 | 2.00 | 205.00 | 0.90 | 2.90 | 564.50 |
| Candi McBride | | 190.00 | 4.00 | 200.00 | | 4.00 | 760.00 |
| Jennifer Ryan | | 180.00 | 214.70 | 180.00 | 158.70 | 373.40 | 67,212.00 |
| Lisa M. Winkler | | 170.00 | 153.40 | 175.00 | 119.70 | 273.10 | 47,025.50 |
| Lucas Croslow | | 170.00 | 3.10 | 175.00 | 224.40 | 227.50 | 39,797.00 |
| Michael A. Simon | | 145.00 | 288.13 | 160.00 | 156.90 | 445.03 | 66,882.85 |
| Maritza Garcia | | 145.00 | 7.30 | 155.00 | 50.50 | 57.80 | 8,886.00 |
| **Total Paraprofessionals** | | | **1,336.03** | | **1,078.10** | **2,414.13** | **$ 445,954.35** |

| | Blended Rate | Total Hours Billed |
|---|---|---|
| **Partners and Special Counsel** | $ 553,998.75 | 1,161.05 |
| **Associates** | 2,203,891.50 | 6,768.40 |
| **Paraprofessionals** | 445,954.35 | 2,414.13 |
| **Blended Attorney Rate** | 347.80 | |
| **Total Hours and Fees Incurred** | $ 3,203,844.60 | 10,343.58 |

* Note that in connection with certain document review work performed by these persons under Matter Number 02, Task Code 041, Windels agreed, at SIPC's request, to bill certain time entries at a lower billable rate. As such, not all of these persons' hours were billed at the rate reflected next to their name above.