## **Exhibit C**

EXPENSE SUMMARY BY WINDELS MARX
LANE & MITTENDORF FOR EIGHTH INTERIM
PERIOD OF OCTOBER 1, 2011 THROUGH
JANUARY 31, 2012

| Code Description | Amount |
|---|---:|
| Copying | $ 723.76 |
| Outside Printing | 24.00 |
| Telephone | 391.93 |
| Online Research | 18,997.02 |
| Delivery Services/Messenger | 1,788.49 |
| Court Reporters | 61.20 |
| Postage | 228.02 |
| Other | 1,928.56 |
| **TOTAL** | **$ 24,142.98** |