**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF FOR EIGHTH INTERIM PERIOD OF OCTOBER 1, 2011 THROUGH JANUARY 31, 2012

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 501.39 | $ 167,029.05 |
| | | 007 | Fee Application | 126.90 | 47,932.00 |
| | | 020 | Internal Office Meetings | 18.00 | 6,194.50 |
| | | 041 | Discovery, Document Review, Document Production | 4,053.00 | 1,053,830.50 |
| | | 042 | Bankruptcy Court Litigation | 94.74 | 29,549.80 |
| | | L140 | Document/File Management | 7.30 | 1,850.00 |
| 3 | Hardship | 010 | Litigation | 139.30 | 44,249.50 |
| 4 | BLM Air - Chapter 11 | 010 | Litigation | 74.80 | 24,328.50 |
| 5 | BLM Air - Adversary Proceeding. | 010 | Litigation | 3.00 | 997.00 |
| 6 | BLM Air - Sale of Aircraft Interest | 010 | Litigation | 337.10 | 128,063.50 |
| 7 | Good Faith | 010 | Litigation | 715.20 | 223,553.00 |
| 8 | Madoff Family Entities | 010 | Litigation | 156.70 | 50,601.50 |
| 9 | Ivy/Beacon | 010 | Litigation | 2,190.05 | 818,401.75 |
| 10 | Blumenfeld | 010 | Litigation | 391.10 | 124,487.50 |
| 11 | Austin | 010 | Litigation | 177.40 | 66,769.50 |
| 12 | Credit Suisse | 039 | Trustee Investigations | 1,058.30 | 322,336.00 |
| | | 010 | Litigation | 40.40 | 12,822.50 |
| 13 | Solon Capital | 039 | Trustee Investigations | 150.00 | 45,131.50 |
| | | 010 | Litigation | 43.20 | 15,183.00 |
| 14 | Zephyros | 039 | Trustee Investigations | 40.20 | 12,241.50 |
| 15 | Mistral | 039 | Trustee Investigations | 25.50 | 8,292.50 |
| | | | | 10,343.58 | $ 3,203,844.60 |