Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Irving H. Picard
Email: ipicard@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

Hearing Date: August 29, 2012
Hearing Time: 10:00 A.M. EST

Objection Deadline: August 22, 2012
Time: 4:00 P.M. EST

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
And Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## NOTICE OF HEARING ON NINTH APPLICATIONS FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED BY APPLICANTS FROM OCTOBER 1, 2011 THROUGH JANUARY 31, 2012

**PLEASE TAKE NOTICE**, that on **August 29, 2012 at 10:00 a.m.**, a hearing (the

"Hearing") will be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at

the United States Bankruptcy Court, Southern District of New York, One Bowling Green,

Courtroom 623, New York, New York 10004, on the applications for interim compensation for

services rendered and reimbursement of actual and necessary expenses incurred by applicants from

October 1, 2011 through January 31, 2012 (the "Applications") of the following parties:

### FEES REQUESTED[1]

#### Applicants

| | | |
|---|---|---|
| Irving H. Picard, Esq., SIPA Trustee | Fees: | $48,107,863.80 |
| Baker & Hostetler LLP, Counsel to the Trustee | 90%: | $43,297,077.43 |
| (Period: October 1, 2011 through January 31, 2012) | Expenses: | $866,625.44 |
| | Holdback Release: | $16,000,000.00 |
| | | |
| Eugene F. Collins | Fees: | $4,724.98 |
| Special Counsel to the Trustee | 80%: | $3,779.99 |
| (Period: October 1, 2011 through January 31, 2012) | Expenses: | $44.99 |
| | | |
| Schiltz & Schiltz | Fees: | $31,324.35 |
| Special Counsel to the Trustee | 80%: | $25,059.48 |
| (Period: October 1, 2011 through January 31, 2012) | Expenses: | $2,821.49 |
| | | |
| Higgs & Johnson | Fees: | $74,979.00 |
| Special Counsel to the Trustee | 80%: | $59,983.20 |
| (Period: October 1, 2011 through January 31, 2012) | Expenses: | $2,423.24 |
| | | |
| Soroker - Agmon | Fees: | $216,160.74 |
| Special Counsel to the Trustee | 80%: | $200,597.17 |
| (Period: September 20, 2011 through January 31, 2012) | Expenses: | $3,377.18 |
| | | |
| Graf & Pitkowitz Rechtsanwälte GmbH | Fees: | $499,110.69 |
| Special Counsel to the Trustee | 80%: | $399,288.56 |
| (Period: October 1, 2011 through January 31, 2012) | Expenses: | $16,937.56 |

---

[1] All Applicants have agreed to apply a 10% public interest discount to their normal billable rates. All Applicants have also agreed to a holdback (10% of fees for Trustee and Baker & Hostetler and 20% of fees for all other Applicants), which amount is to be deferred through the conclusion of the liquidation period or until further order of the Court.

| SCA Creque<br>Special Counsel to the Trustee<br>(Period: October 1, 2011 through January 31, 2012) | Fees:<br>80%:<br>Expenses: | $259,062.59<br>$207,250.07<br>$1,900.00 |
|---|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>Special Counsel to the Trustee<br>(Period: October 1, 2011 through January 31, 2012) | Fees:<br>80%:<br>Expenses: | $24,589.80<br>$19,671.84<br>$967.27 |
| Windels Marx Lane & Mittendorf<br>Special Counsel to the Trustee<br>(Period: October 1, 2011 through January 31, 2012) | Fees:<br>80%:<br>Expenses: | $3,203,844.60<br>$2,563,075.68<br>$24,142.98 |
| Williams Barristers & Attorneys<br>Special Counsel to the Trustee<br>(Period: October 1, 2011 through January 31, 2012) | Fees:<br>80%:<br>Expenses: | $418,955.09<br>$335,164.08<br>$0 |
| Taylor Wessing<br>Special Counsel to the Trustee<br>(Period: October 1, 2011 through January 31, 2012) | Fees:<br>80%:<br>Expenses: | $1,071,518.18<br>$857,214.55<br>$529,103.58 |
| UGGC & Associés<br>Special Counsel to the Trustee<br>(Period: October 1, 2011 through January 31, 2012) | Fees:<br>80%:<br>Expenses: | $63,850.89<br>$51,080.72<br>$799.49 |
| Attias & Levy<br>Special Counsel to the Trustee<br>(Period: October 1, 2011 through January 31, 2012) | Fees:<br>80%:<br>Expenses: | $45,845.67<br>$36,676.54<br>$1,104.43 |
| Werder Vigano<br>Special Counsel to the Trustee<br>(Period: October 1, 2011 through January 31, 2012) | Fees:<br>80%:<br>Expenses: | $1,744.96<br>$1,395.97<br>$0.00 |
| Greenfield Stein & Senior LLP<br>Special Counsel to the Trustee<br>(Period: October 1, 2011 through January 31, 2012) | Fees:<br>Expenses: | $25,051.56<br>$20,041.25<br>$631.85 |
| Browne Jacobson, LLP<br>Special Counsel to the Trustee<br>(Period: October 27, 2011 through January 31, 2012) | Fees:<br>80%:<br>Expenses: | $15,780.46<br>$12,624.36<br>$2,703.59 |

**PLEASE TAKE FURTHER NOTICE**, that copies of the Applications will be on file with,

and may be reviewed and downloaded from, the United States Bankruptcy Court website

www.nysb.uscourts.gov by registered users of PACER.  Copies may also be obtained by contacting

counsel to the Trustee in writing at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq.

**PLEASE TAKE FURTHER NOTICE**, that objections or answering papers to the Applications, if any, shall be in writing, shall conform to the requirements of the Bankruptcy Code, Bankruptcy Rules, and the Local Rules of this Court, and shall be filed with the Clerk of the Bankruptcy Court with a courtesy copy delivered to the Chambers of the Honorable Burton R. Lifland, United States Bankruptcy Judge, and a copy served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan; and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq., no later than **4:00 p.m. on August 22, 2012**.

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the Hearing if you do not object to the relief requested in the Applications.

Dated: New York, New York
      August 1, 2012

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Jessie Schweller
Email: jschweller@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300203710