**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman HCHAITMAN@BECKERNY.COM
45 Broadway
New York, New York 10006
Telephone (212) 599-3322
*Attorneys for S&P Associates General Partnership,*
*P&S Associates General Partnership and Anne Del Casino*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

### <u>CUSTOMERS' MOTION TO WITHDRAW THE BANKRUPTCY REFERENCE</u>

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PLEASE TAKE NOTICE that, upon the accompanying Customers' Memorandum of Law in Support of Motion to Withdraw the Reference and the August 2, 2012 Declaration of Helen Davis Chaitman, and exhibits thereto, S&P Associates General Partnership, P&S Associates General Partnership, and Anne Del Casino (the "Customers"), respectfully move the United States District Court for the Southern District of New York for entry of an order, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011, and Rule 5011-1 of the Local Rules of the Bankruptcy Court, withdrawing the reference to the bankruptcy court with respect to the Trustee's motions (a) for an order setting a briefing schedule on the Trustee's motion affirm-

{N0017267 }

ing denial of any time-based damages adjustment to allowed customer claims and (b) for an order approving a second allocation of property to the fund of customer property.

  WHEREFORE, the Customers respectfully request that the Court enter an order granting the relief requested herein, and such other and further relief as the Court deems just and appropriate.

Dated: August 2, 2012  
New York, New York

                **BECKER & POLIAKOFF LLP**

                By: /s/ Helen Davis Chaitman
                   Helen Davis Chaitman
                   45 Broadway
                   New York, New York 10006
                   (212) 599-3322
                   HCHAITMAN@BECKERNY.COM
                   *Attorneys for S&P Associates General Partnership, P&S Associates General Partnership, and Anne Del Casino*