**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman HCHAITMAN@BECKERNY.COM
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
*Attorneys for S&P Associates General Partnership,*
*P&S Associates General Partnership, and Anne Del Casino*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                              Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                                                Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                                                  Debtor. | |

**DECLARATION OF HELEN DAVIS CHAITMAN**
**IN SUPPORT OF CUSTOMERS' MOTION**
**TO WITHDRAW THE BANKRUPTCY REFERENCE**

      I, Helen Davis Chaitman, declare pursuant to 28 U.S.C. § 1746 that the following is true:

      1.      I am a partner with Becker & Poliakoff LLP, counsel to S&P Associates General Partnership, P&S Associates General Partnership, and Anne Del Casino (the "Customers").

      2.      I submit this declaration in support of the Customers' motion to withdraw the bankruptcy reference to the bankruptcy court with respect to the Trustee's motions (a) for an order setting a briefing schedule on the Trustee's motion affirming denial of any time-based damages adjustment to allowed customer claims and (b) for an order approving a second allocation of property to the fund of customer property.

{N0017266 2 }

3. The Customers hold allowed customer claims under the Trustee's methodology for calculating net equity.

4. A true and accurate copy of the Trustee's motion papers in support of his motion for an order setting a briefing schedule on the Trustee's motion affirming denial of any time-based damages adjustment to allowed customer claims is annexed hereto as **Exhibit A**.

5. A true and accurate copy of the Trustee's motion papers in support of his motion for an order approving a second allocation of property to the fund of customer property is annexed hereto as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

August 2, 2012                                            /s/ Helen Davis Chaitman