UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On July 27, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000352)

4. On July 27, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000353)
   B. Notice of Transfer of Allowed Claim (Transfer Number T000354)
   C. Notice of Transfer of Allowed Claim (Transfer Number T000360)

5. On July 27, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000355)
   B. Notice of Transfer of Allowed Claim (Transfer Number T000362)

6. On July 27, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit D, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000356)

7. On July 27, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit E, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000357)
   B. Notice of Transfer of Allowed Claim (Transfer Number T000358)
   C. Notice of Transfer of Allowed Claim (Transfer Number T000359)

8.  On July 27, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit F, a true and correct copy of the following:

    A.  Notice of Transfer of Allowed Claim (Transfer Number T000361)

Executed on _____ , 2012

_____
John S. Franks

Sworn to and subscribed before me this ____ day of _____ , 2012

(SEAL)                                         Notary Public

Exhibit A

SERVICE LIST
TRANSFER OF CLAIMS #1400352
7/27/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |

Exhibit B

SERVICE LIST B
TRANSFER NUMBERS T000353, T000354, T000360
7/27/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Venor Capital Master Fund Ltd | Attention: David S. Zemel | 7 Times Square | Suite 3505 | New York | NY | 10036 |

Exhibit C

SERVICE LIST 1
TRANSFER OF CLAIM OTHER THAN FOR SECURITY, T000362
7/27/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | BMIS Funding IDC, LLC | Attention: Michael G. Linn | c/o Farallon Capital Management LLC | One Maritime Plaza, Suite 2100 | San Francisco | CA | 94111 |

Exhibit D

**SERVICE LIST 9**
**TRANSFER CLAIMORS 10356**
7/27/2012

| TRANSFEROR | TRANSFEREE | REDACTED FOR CONFIDENTIALITY REASONS | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |
| | X | | VonWin Capital Management, L.P. | | 261 5th Avenue, 22nd Floor | | New York | NY | 10016 |

Exhibit E

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | CRT Special Investments LLC | Attn: Joseph E. Sarachek | 262 Harbor Drive | | Stamford | CT | 06902 |

Exhibit F

SERVICE LIST 5
TRANSFER CLAIMS 140361
7/27/2012

Pg 15 of 15

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | MAP 139 Segregated Portfolio of LMA SPC | Venor Capital Master Fund Ltd, Attention: David S. Zemel | 7 Times Square | Suite 3505 | New York | NY | 10036 |