BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Thomas L. Long
Regina L. Griffin

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 8, 2012 AT 10:00 A.M.**

**CONTESTED MATTER**

**PICARD v. BUREAU OF LABOR INSURANCE; Adv. Pro. No. 11-02732 (BRL)**

1.　　Motion to Dismiss Adversary Proceeding filed by Gary Ettelman on behalf of Bureau of Labor Insurance with hearing to be held on 5/2/2012 at 10:00 a.m. at Courtroom 623 (BRL), (Filed: 02/03/2012) [Docket No. 8].

Related Documents:

A. Declaration in Support of Motion to Dismiss Adversary Proceeding (related document 8) filed by Gary Ettelman on behalf of Bureau of Labor Insurance, (Filed: 02/03/2012) [Docket No. 9].

B. Memorandum of Law in Support of Motion to Dismiss Adversary Proceeding (related documents 8, 9) filed by Gary Ettelman on behalf of Bureau of Labor Insurance, (Filed: 02/03/2012) [Docket No. 10].

C. Certificate of Service (related documents 8, 9, 10) filed by Gary Ettelman on behalf of Bureau of Labor Insurance, (Filed: 02/03/2012) [Docket No. 11].

Objections Filed:

D. Response to Motion / Irving H. Picard, Trustee For The Liquidation Of Bernard L. Madoff Investment Securities LLC's Memorandum In Response To Defendant Bureau of Labor Insurance's Motion To Dismiss (related document 8) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, (Filed: 04/19/2012) [Docket No. 16].

Related Documents:

E. Declaration Of Thomas L. Long In Support Of The Trustee's Memorandum Of Law In Opposition To The Motion To Dismiss Of The Bureau Of Labor Insurance (related document 16) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Attachments: Exhibits Nos. 1–7), (Filed: 04/19/2012) [Docket No. 17].

F. Affidavit of Service (related documents 16, 17) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, (Filed: 04/20/2012) [Docket No. 18].

Replies Filed:

G. Reply to Motion Reply Memorandum Of Law In Further Support Of Defendant Bureau Of Labor Insurance's Motion To Dismiss The Complaint (related documents 8, 9, 10) filed by Michael B. Himmel on behalf of Bureau of Labor Insurance, (Filed: 06/14/2012) [Docket No. 38].

Related Documents:

H.  Supplemental Declaration Supplemental Declaration Of Tsai, Chung-Chun (related documents 8, 9, 10) filed by Michael B. Himmel on behalf of Bureau of Labor Insurance, (Filed: 06/14/2012) [Docket No. 39].

I.  Letter Dated June 14, 2012 From Amiad Kushner, Esq., To Judge Lifland (related documents 38 39) filed by Michael B. Himmel on behalf of Bureau of Labor Insurance, (Filed: 06/14/2012) [Docket No. 40].

Sur Replies Filed:

J.  Memorandum of Law / Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC's Sur-Reply Memorandum in Response to Defendant Bureau of Labor Insurance's Motion to Dismiss (related document(s)8) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 07/16/2012) [Docket No. 45]

Related Documents:

K.  Declaration / Supplemental Declaration of Thomas L. Long in Support of the Trustee's Sur-Reply in Opposition to the Motion to Dismiss of the Bureau of Labor Insurance (related document 45) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Attachments: Exhibits Nos. 1–2), (Filed: 07/16/2012) [Docket No. 46].

L.  Affidavit of Service (related document(s)46, 45) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Filed: 07/20/2012) [Docket No. 47]

Other Documents:

M.  Stipulation Extending Briefing Schedule And Adjourning Hearing On Defendant Bureau Of Labor Insurances Motion To Dismiss filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, (Filed: 03/09/2012) (Modified on 3/12/2012 to Attach Correct PDF File) [Docket No. 12].

N.  Stipulation Extending Briefing Schedule And Adjourning Hearing On Defendant Bureau Of Labor Insurances Motion To Dismiss filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, (Filed: 05/18/2012) [Docket No. 34].

<u>Status:</u> This matter is going forward.

Dated: August 7, 2012　　　　　　　　　　Respectfully submitted,
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　*/s/ Thomas L. Long*
　　　　　　　　　　　　　　　　　　　　BAKER & HOSTETLER LLP
　　　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　　New York, New York 10111
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 589-4200
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 589-4201
　　　　　　　　　　　　　　　　　　　　David J. Sheehan
　　　　　　　　　　　　　　　　　　　　Email: dsheehan@bakerlaw.com
　　　　　　　　　　　　　　　　　　　　Marc E. Hirschfield
　　　　　　　　　　　　　　　　　　　　Email: mhirschfield@bakerlaw.com
　　　　　　　　　　　　　　　　　　　　Thomas L. Long
　　　　　　　　　　　　　　　　　　　　Email: tlong@bakerlaw.com
　　　　　　　　　　　　　　　　　　　　Regina L. Griffin
　　　　　　　　　　　　　　　　　　　　Email: rgriffin@bakerlaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Irving H. Picard, Trustee for the
　　　　　　　　　　　　　　　　　　　　Substantively Consolidated SIPA Liquidation of
　　　　　　　　　　　　　　　　　　　　Bernard L. Madoff Investment Securities LLC
　　　　　　　　　　　　　　　　　　　　and Bernard L. Madoff*