**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (BRL) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |

In re:

BERNARD L. MADOFF,

　　　　Debtor.

**ORDER GRANTING TRUSTEE'S MOTION TO RETAIN**
**LA TANZI, SPAULDING & LANDRETH, P.C. AS**
**SPECIAL COUNSEL *NUNC PRO TUNC* AS OF JUNE 7, 2012**

　　　Upon the motion (the "Motion") of Irving H. Picard, Esq. (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, for authority to retain La Tanzi, Spaulding & Landreth, P.C. ("LS&L"), as special counsel, *nunc pro tunc*, as of June 7, 2012, and due and proper notice having been given under the circumstances of this case, and the Securities Investor Protection Corporation having specified LS&L as special counsel, and after due deliberation,

　　　IT IS HEREBY ORDERED THAT:

　　　1.　　The Motion is GRANTED.

　　　2.　　The Court finds that LS&L is hereby deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

3. The Trustee is authorized to retain LS&L as special counsel to the Trustee as provided in the Motion, *nunc pro tunc*, as of June 7, 2012.

Dated: New York, NY
August 8, 2012

/s/ Burton R. Lifland
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE