BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF SUPPLEMENTAL OMNIBUS
AVOIDANCE ACTION HEARING DATES**

In accordance with the Court's Order dated November 10, 2010 (the "Order")

establishing omnibus case management procedures for avoidance actions subject to the Court's

Order, please take notice that Avoidance Action Omnibus Hearings (as defined in the Order)

shall be held August 22, 2012, September 20, 2012, October 31, 2012, November 28, 2012, and

December 19, 2012, January 30, 2013, February 26, 2013, March 20, 2013, April 24, 2013, May

29, 2013 and June 26, 2013 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Burton R. Lifland, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 1004.  Thereafter, Avoidance Action Omnibus Hearings shall be scheduled approximately every thirty (30) days at the convenience of the Court and once the hearings are scheduled, the Trustee will file and serve an updated Notice of Omnibus Hearing Dates in accordance with the Order.

Dated: New York, New York
       August 8, 2012

By: */s/ Marc E. Hirschfield*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Geraldine E. Ponto
Email: gponto@bakerlaw.com
Marc Skapof
Email: mskapof@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300258194