| | |
|---|---|
| LOEB & LOEB LLP<br>345 Park Avenue<br>New York, New York 10154<br>Tel: 212-407-4000<br>Fax: 212-407-4990<br>P. Gregory Schwed<br>Daniel B. Besikof | Hearing Date: August 22, 2012<br>Objection Deadline: August 8, 2012<br>Reply Deadline: August 15, 2012 |

*Attorneys for Alan L. Aufzien, Norma K. Aufzien, Jonathan M. Aufzien, Lisa S. Aufzien, Leslie Aufzien Levine and Meredith Aufzien Bauer*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ X
                                        :
**SECURITIES INVESTOR PROTECTION**      :
**CORPORATION,**                        :
                                        :   **SIPA Liquidation**
            Plaintiff,                  :   **(Substantively Consolidated)**
                                        :   Adv. Proc. No. 08-01789-BRL
        v.                              :
                                        :
**BERNARD L. MADOFF INVESTMENT**        :
**SECURITIES LLC**                      :
                                        :
            Defendant.                  :
_____ X
                                        :
In re:                                  :
                                        :
**BERNARD L. MADOFF,**                  :
                                        :
            Debtor.                     :
                                        :
_____ X

**JOINDER TO CUSTOMERS' LIMITED OBJECTION TO THE**
**TRUSTEE'S MOTION FOR AN ORDER APPROVING SECOND**
<u>**ALLOCATION OF PROPERTY TO THE FUND OF CUSTOMER PROPERTY**</u>

Alan L. Aufzien, Norma K. Aufzien, Jonathan M. Aufzien, Lisa S. Aufzien, Leslie

Aufzien Levine and Meredith Aufzien Bauer (collectively, the "Aufzien Customers"), customers

of, and claimants against the estate of, Bernard Madoff Investment Securities LLC, by and

NY1136593.1
214935-10001

through their undersigned counsel, hereby join in Customers' Limited Objection (the "Objection") to the Trustee's Motion for an Order Approving Second Allocation of Property to the Fund of Customer Property (the "Motion"). The Aufzien Customers adopt the arguments and authorities cited in the Objection[1] and reserve the right to be heard at the scheduled hearing on this matter. The Aufzien Customers further reserve the right to supplement this joinder as necessary.

## CONCLUSION

WHEREFORE, the Aufzien Customers respectfully request that the Court sustain the Objection and grant such other and further relief as the Court may deem just and proper.

Dated:  August 8, 2012         LOEB & LOEB LLP

By:    /s/ P. Daniel B. Besikof
P. Gregory Schwed
Daniel B. Besikof
345 Park Avenue
New York, New York  101054
Tel:  212-407-4000
Fax:  212-407-4990
E-mail:  gschwed@loeb.com
dbesikof@loeb.com

*Attorneys for Alan L. Aufzien, Norma K. Aufzien, Jonathan M. Aufzien, Lisa S. Aufzien, Leslie Aufzien Levine and Meredith Aufzien Bauer*

---

[1] To date, the Aufzien Customers have not filed a motion to withdraw the reference in respect of the issues raised in the Motion and the Objection. The Aufzien Customers reserve the right to do so at a later date as well as all of their other rights.