August 7, 2012

TO:   Clerk of the U.S. Bankruptcy Court
      One Bowling Green
      New Your, New Your 10004

CC:   Chambers of the Honorable Burton R. Lifland (No address provided);

      Baker & Hostetler LLP
      ATTN: David J. Sheehan
      45 Rockefeller Plaza
      New Your, New Your 10111

      Securities Investor Protection Corporation
      ATTN: Kevin H. Bell, Esq.
      805 Fifteenth Street, NW, Suite 800
      Washington, DC 20005

      Irving H. Picard, Esq.
      Trustee for Bernard L. Madoff Investment Securities LLC
      Claims Processing Center
      2101 Cedar Springs Road, Suite 1100
      Dallas Texas 75021

FROM: Christine Leja
      2813 Fairway Dr.
      Belleville, IL 62220

AUG 13 2012

I received in regular post office mail a copy of the Trustee's motion to approve the second allocation of property. There is insufficient time to have a response to the U.S. Bankruptcy Court by 4:00 PM, August 8, 2012. Yet, my assets are involved somewhere in the great chain of companies. I am told that the $103,103.11 asset value is "not liquid" and that I may not access or close the account. Yet, the investment firm is assessing annual maintenance fees and wants a closing fee to just give me a letter that says that the value of my account is zero. And now, I receive a copy of this motion that says there is a distribution of some funds to some companies and individuals. But, the companies I know are not listed here.

My objection is that I received my notification with no time to meet the deadline to object. Personally, I'd like to be sure that some funds are being distributed to the companies that are managing my account. I do not see their names listed on the enclosed sheets; they are:

   Sovereign International Asset Management (who has also filed for bankruptcy);

   Sunwest Trust (who says I must work through Sovereign who has filed for bankruptcy);

   Anchor Hedge Fund Limited (who has not responded to my email request);

   Private Wealth Management (No one has a contact for me to use.).

Any help you can provide to connect these companies to the list of companies you have designated to receive distributions would be greatly appreciated.

Having no legal knowledge, I am not sure how this process works, but if I can somehow close the "not liquid" account so that the government knows that I do not have this money and therefore as a retiree I no longer have to pay taxes on assets which are not there, it would be greatly appreciated.

Please add the above listed companies as part of the distribution allocation so that perhaps something will trickle down to my personal account that would at least cover the management fees the firms are requesting in an account that zero value and who say they cannot take off their books.

Attached are copies of emails showing that I am not able to close this account but must continue to pay taxes and maintenances fees on dollars that no longer exist. It is my sincere hope that there is a swift and clear way to close my account that has been designated as "not liquid".

Sincerely,

Christine Leja

8/7/12                                                                 Print

| | |
|---|---|
| Subject: | RE: Transfer out Request |
| From: | Jessenia Paturzo (jpaturzo@offshoreira.com) |
| To: | lejachristine@yahoo.com; |
| Cc: | mike.anderson@worldwideplanning.com; cmcvey@sovereignpensionservices.com; |
| Date: | Tuesday, May 22, 2012 1:50 PM |

AUG 13 2012

Hi Christine,

It is understanding from Sunwest that you wish to close your account at Sunwest, acct# SOV1359. Currently, all your funds are invested, no cash available.

If you wish to do a transfer in kind to another custodian, we need a transfer form.
As a reminder, you may want to ensure your new custodian will be able to hold these investments.

It is also my understanding that your investments are not liquid at this time. If you have any questions regarding your investments, please contact your financial advisor Greg Adams at 727-784-4841 or via e-mail at gjadams@worldwideplanning.com

| Asset Type | | Market Value |
|---|---|---|
| Anchor Hedge Fund Limited Class A | $ | 30,415.91 |
| Anchor Hedge Fund Limited Class B | $ | 22,201.21 |
| Private Wealth Management | $ | 50,485.99 |

Thank you.
--

**Jessenia Paturzo**
**1314 Alt. 19**
**Palm Harbor, FL 34683**
**727-286-6237**
**727-286-6238**
**877-733-6815**
**727-286-6239 Fax**
jpaturzo@offshoreira.com
http://www.offshoreira.com



*My office hours are: Monday, Tuesday and Thursday 8:00AM-4:30PM Eastern Time. If you need immediate assistance, please contact Coleen by e-mail: cmcvey@sovereignpensionservices.com or by phone 727-286-6237, ext. 301.*

8/5/12                                                                   Print

Subject:   Closing an Anchor Hedge Fund Class A (Madoff)
From:      Christine Leja (lejachristine@yahoo.com)
To:        dreamlink@bccg-global.com; khodge@trinitybvi.com; f.florio@bluewin.ch; andrewkeuls@hotmail.com;
Date:      Friday, June 8, 2012 11:06 AM


Mr. Nikolai Battoo, Senior Advisor
Mr. Kenneth Hodge, Director, Anchor Hedge Fund Limited
Mr. Francis Florio, Director, Anchor Hedge Fund Limited
Mr. Andrew Keuls, Director, Anchor Hedge Fund Management Limited

Gentlemen,

For the last few weeks, I have been talking with representatives from Sovereign Private Wealth, Inc. and Sunwest. Both firms representatives have indicated that my account is "not liquid". My understanding is that the Madoff trustees still believe that there are assets to be distributed. However, I as a small investor do not seem to be able to close the account so that I do not continue to pay annual maintenance fees and taxes on the account. I am retired and need to close the account event if there is only zero value. I cannot continue to pay maintenance fees on something that has no value. The government already is increasing my husband's medical costs because they say we have over $100K in this IRA account and have money to pay for doctors and medicine.

It is my understanding that I will have to pay taxes on the original IRA investment of over $100K that has no value today. In addition, there is over $1K of maintenance fees and closing costs with maintenance fees continuing to accrue on an account that I do not seem to be able to close.

Please assist me in closing this account as soon as possible. If there is in fact no value, I still need to close the account this calendar year. My tax accountant and investment advisor indicates that I also need a letter that states there is no value for distribution as the account is closed. This letter is necessary to help with paying for my husband's doctors and medicine.

Thank you in advance for your assistance in closing this account.

Christine Leja

8/5/12                                                                                   Print

Subject:   RE: Letter from Larry Grossman regarding your Investment

From:      Jessenia Paturzo (jpaturzo@offshoreira.com)

To:

Date:      Tuesday, July 10, 2012 9:13 AM


Note in behalf of Larry Grossman,

We received notification from a number of clients yesterday ndicating Sovereign International Asset Management has filed for bankruptcy. I sold SIAM to Mr. Adams in October of 2008 and wanted to assure you SIPS is in no way affected by these actions. Your IRA with your current custodian remains secure.

We have been notified by Greg Adams' office that the trustee will now be responsible for handling this case. If you need additional information, please contact their office.

Bankruptcy Trustee
Carolyn R. Chaney
P.O. Box 530248
St. Petersburg, FL  33747
Telephone: 727-864-9851

Regards,

Larry Grossman
--

**Jessenia Paturzo**
**1314 Alt. 19**
**Palm Harbor, FL  34683**
**727-286-6237**
**727-286-6238**
**877-733-6815**
**727-286-6239 Fax**
jpaturzo@offshoreira.com
http://www.offshoreira.com


Like us on Facebook

## SUNWEST TRUST INC - IRA STATEMENT
### April 01, 2012 Through June 30, 2012

**Account Number:** SOV1359
**Account Name:** Christine Leja - Roth

Chrstine Leja
2813 Fairway Drive
Belleville, IL 62220

## Asset Summary

| Asset Description | Market Value | Percent | |
|---|---|---|---|
| Miscellaneous Assets | 103,103.11 | 100.00 % | |
| | $ 103,103.11 | 100.00 % | |



100.00%

## Asset Details

| Asset Description | Market Value | Net Cost | Unrealized Gain (Loss) |
|---|---|---|---|
| Anchor Hedge Fund Limited Class A | 30,415.91 | 30,415.91 | 0.00 |
| Anchor Hedge Fund Limited Class B | 22,201.21 | 22,201.21 | 0.00 |
| Private Wealth Management | 50,485.99 | 50,485.99 | 0.00 |
| **Grand Total** | $ 103,103.11 | $ 103,103.11 | $ 0.00 |

## Notes

VISIT OUR WEBSITE AT WWW.SUNWESTTRUST.COM TO VIEW YOUR ACCOUNT ONLINE. PLEASE NOTE: SUNWEST TRUST, INC. DOES NOT PROVIDE LEGAL, INVESTMENT OR TAX ADVICE. ALWAYS CONSULT A FINANCIAL OR TAX PROFESSIONAL BEFORE MAKING ANY INVESTMENT DECISIONS.