**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Email: hsimon@windelsmarx.com
Kim M. Longo
Email: klongo@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re | |
| BERNARD L. MADOFF, | |
| Debtor. | |

{10779892:2}

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            ) SS.:
COUNTY OF NEW YORK   )

I, **Kim M. Longo**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019.

On August 14, 2012, I served the:

- **Notice of Settlement**

by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery as set forth on the attached Schedule A.

**TO:** *See Attached Schedule A*

> */s/* Kim M. Longo
> KIM M. LONGO

Sworn to before me this
14th day of August 2012

/s/ Maritza Segarra
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2013

## Schedule A

Jones Day
*Counsel for Settling Parties*