UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

**<u>AFFIDAVIT OF MAILING</u>**

STATE OF TEXAS        )
                      )   ss:
COUNTY OF DALLAS      )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On August 17, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000377)

4. On August 17, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000378)

Executed on Aug. 17, 2012

_____
John S. Franks

Sworn to and subscribed before me this 17th day of August, 2012

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

(SEAL)                                    Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS 0000377**
**8/17/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | MAP 139 Segregated Portfolio, a Segregated Portfolio of LMA SPC | c/o Venor Capital Management, LP | Times Square Tower | 7 Times Square, Suite 3505 | New York | NY | 10036 |

# Exhibit B

SERVICE LIST B
TRANSFER NUMBERS 0000378
8/17/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Venor Capital Master Fund Ltd. | Venor Capital Management, LP | Times Square Tower | 7 Times Square, Suite 3505 | New York | NY | 10036 |