BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 22, 2012 AT 10:00 A.M.**

**CONTESTED MATTER**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

1. Motion for an Order Approving Second Allocation of Property to the Fund of Customer Property and Authorizing Second Interim Distribution to Customers filed by David J.

    Sheehan (Filed: 7/26/2012) [Docket No. 4930]

Related Document:

    A.    Affidavit of Matthew Cohen in Support of the Trustees Motion for an Order Approving the Second Allocation of Property to the Fund of Customer Property and Authorizing Second Interim Distribution to Customers filed by David J. Sheehan (Filed: 7/26/2012) [Docket No. 4931]

    B.    Affidavit of Service of Motion for an Order Approving Second Allocation of Property to the Fund of Customer Property and Authorizing Second Interim Distribution to Customers and Affidavit of Matthew Cohen in Support of the Trustees Motion for an Order Approving the Second Allocation of Property to the Fund of Customer Property and Authorizing Second Interim Distribution to Customers filed by David J. Sheehan (Filed: 7/27/2012) [Docket No. 4934]

    C.    Affidavit of Mailing for July 30, 2012 of Notice of Motion and Motion for an Order Approving Second Allocation of Property to the Fund of Customer Property and Authorizing Second Interim Distribution to Customers, Affidavit of Matthew Cohen in Support of the Trustees Motion for an Order Approving Second Allocation of Property to the Fund of Customer Property and Authorizing Second Interim Distribution to Customer, ECF Filing Receipt for Motion for an Order Approving Second Allocation of Property to the Fund of Customer Property and Authorizing Second Interim Distribution to Customers, and ECF Filing Receipt for Affidavit of Matthew Cohen in Support of the Trustees Motion for an Order Approving Second Allocation of Property to the Fund of Customer Property and Authorizing Second Interim Distribution to Customers filed by John J Collins Jr. (Filed: 8/9/2012) [Docket No. 4972]

Objections Due:                August 8, 2012

Objections Filed:

    D.    Objection to Motion Authorizing Second Interim Distribution to Customers filed by Martin M. Surabian, Richard Surabian, Steven Surabian (Filed: 8/8/2012) [Docket No. 4965]

    E.    Objection to Motion Customers' Limited Objection to the Trustee's Motion for an Order Approving Second Allocation of Property to the Fund of Customer Property filed by Helen Chaitman (Filed: 8/8/2012) [Docket No. 4966]

    F.    Objection to Motion Joinder to Customers' Limited Objection to the Trustee's Motion for an Order Approving Second Allocation of Property to the Fund of Customer Property filed by Daniel B. Besikof (Filed: 8/8/2012) [Docket No. 4971]

G.  Response to Motion to Approve the Second Allocation of Property filed by Christine Leja (Filed: 8/13/2012) [Docket No. 4976]

Replies Filed:

H.  Memorandum of Law of the Securities Investor Protection Corporation in Support of Trustee's Motion for an Order Approving Second Allocation of Property to the Fund of Customer Property and Authorizing Second Interim Distribution to Customers filed by Josephine Wang (Filed: 8/15/2012) [Docket No. 4983]

I.  Trustee's Reply to Objections to Trustee's Motion for an Order Approving Second Allocation of Property to the Fund of Customer Property and Authorizing Second Interim Distribution to Customers filed by David J. Sheehan (Filed: 8/15/2012) [Docket No. 4984]

Status: This matter is going forward.

Dated:  New York, New York
        August 21, 2012

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300258950