UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
| --- | --- |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

| STATE OF TEXAS | ) | |
| --- | --- | --- |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On August 22, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000368)
   B. Notice of Transfer of Allowed Claim (Transfer Number T000369)

4. On August 22, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000370)

5. On August 22, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000379)
   B. Notice of Transfer of Allowed Claim (Transfer Number T000380)
   C. Notice of Transfer of Allowed Claim (Transfer Number T000381)

6. On August 22, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit D, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000382)

Executed on _____ Aug 23 ___, 2012

John S. Franks

Sworn to and subscribed before me this 23rd day of August, 2012

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

Mary Suzette Betit

(SEAL)                                        Notary Public

# Exhibit A

SERVICE LIST 1.1
TRANSFER OF CLAIM T000368 - T000369
8/22/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X - T000368 | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| X - T000369 | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | BMIS Funding IDC, LLC | Attention: Michael G. Linn | c/o Farallon Capital Management LLC | One Maritime Plaza, Suite 2100 | San Francisco | CA | 94111 |

Exhibit B

SERVICE LIST D
TRANSFER OMNIBUS 010 - T000371
8/22/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | SPCP Group LLC | Brian Jarmain | Two Greenwich Plaza, 1st Floor | | Greenwich | CT | 06830 |

Exhibit C

SERVICE LIST (A)
TRANSFER AGREEMENTS 0381 - T000381
8/22/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Solus Recovery Fund LP | c/o  Solus Alternative Asset Management LP | 410 Park Avenue, 11th Floor | Attention: Solus Compliance Officer | New York | NY | 10022 |

Exhibit D

SERVICE LIST 4
TRANSFERORS/TRANSFEREES 140382
8/22/2012

| TRANSFEROR | TRANSFEREE | REDACTED FOR CONFIDENTIALITY REASONS | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |
| | X | | Litespeed Master Fund. Ltd. | Attention: Charles Murphy, Adriane McVay, Whitney Slauson | 237 Park Avenue | Suite 900 | New York | NY | 10017 |