BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 29, 2012 AT 10:00 A.M.**

**UNCONTESTED MATTER**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

1. Ninth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary

        Expenses Incurred from October 1, 2011 through January 31, 2012 for Baker & Hostetler LLP, Trustee's Attorney, period: 10/1/2011 to 1/31/2012, fee: $48,107,863.80, expenses: $866,625.44. filed by Baker & Hostetler LLP (Filed: 8/1/2012) [Docket No. 4936]

2. Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through January 31, 2012 for Eugene F. Collins, Special Counsel, period: 10/1/2011 to 1/31/2012, fee: $4,724.98, expenses: $44.99. filed by Eugene F. Collins (Filed: 8/1/2012) [Docket No. 4937]

3. Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through January 31, 2012 for Schiltz & Schiltz, Special Counsel, period: 10/1/2011 to 1/31/2012, fee: $31,324.35, expenses: $2,821.49. filed by Schiltz & Schiltz (Filed: 8/1/2012) [Docket No. 4938]

4. Application of Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through January 31, 2012 for Higgs Johnson Truman Bodden & Co., Special Counsel, period: 10/1/2011 to 1/31/2012, fee: $74,979.00, expenses: $2,423.24. filed by Higgs Johnson Truman Bodden & Co. (Filed: 8/1/2012) [Docket No. 4939]

5. Application of Soroker - Agmon as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from September 20, 2011 through January 31, 2012 for Soroker - Agmon, Special Counsel, period: 9/20/2011 to 1/31/2012, fee:$21,6160.74, expenses: $3,377.18. filed by Soroker – Agmon (Filed: 8/1/2012) [Docket No. 4940]

6. Application of Graf & Pitkowitz Rechtsanwalte GmbH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through January 31, 2012 for Graf & Pitkowitz Rechtsanwalte GmbH, Special Counsel, period: 10/1/2011 to 1/31/2012, fee: $499,110.69, expenses: $1,6937.56. filed by Graf & Pitkowitz Rechtsanwalte GmbH (Filed: 8/1/2012) [Docket No. 4941]

7. Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through January 31, 2012 for SCA Creque, Special Counsel, period: 10/1/2011 to 1/31/2012, fee: $259,062.59, expenses: $1,900.00. filed by SCA Creque (Filed: 8/1/2012) [Docket No. 4942]

8. Application of Young Conaway Stargatt & Taylor LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through January 31, 2012

       for Young Conaway Stargatt & Taylor, LLP, Special Counsel, period: 10/1/2011 to 1/31/2012, fee: $24,589.80, expenses: $967.27. filed by Young Conaway Stargatt & Taylor, LLP (Filed: 8/1/2012) [Docket No. 4943]

9. Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through January 31, 2012 for Williams, Barristers & Attorneys, Special Counsel, period: 10/1/2011 to 1/31/2012, fee: $41,8955.09, expenses: $0.00. filed by Williams, Barristers & Attorneys (Filed: 8/1/2012) [Docket No. 4944]

10. Application of Taylor Wessing as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through January 31, 2012 for Taylor Wessing, Special Counsel, period: 10/1/2011 to 1/31/2012, fee: $1,071,518.18, expenses: $529,103.58. filed by Taylor Wessing (Filed: 8/1/2012) [Docket No. 4945]

11. Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through January 31, 2012 for UGGC & Associes, Special Counsel, period: 10/1/2011 to 1/31/2012, fee: $63,850.89, expenses: $799.49. filed by UGGC & Associes (Filed: 8/1/2012) [Docket No. 4946]

12. Application of Attias & Levy as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through January 31, 2012 for Attias & Levy, Special Counsel, period: 10/1/2011 to 1/31/2012, fee: $45,845.67, expenses: $1,104.43. filed by Attias & Levy (Filed: 8/1/2012) [Docket No. 4947]

13. Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through January 31, 2012 for Werder Vigano, Special Counsel, period: 10/1/2011 to 1/31/2012, fee: $1,744.96, expenses: $0.00. filed by Werder Vigano (Filed: 8/1/2012) [Docket No. 4948]

14. Application of Greenfield Stein & Senior, LLP as Special Counsel to the Trustee for llowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through January 31, 2012 for Greenfield Stein & Senior, LLP, Special Counsel, period: 10/1/2011 to 1/31/2012, fee: $25,051.56, expenses: $631.85. filed by Greenfield Stein & Senior, LLP (Filed: 8/1/2012) [Docket No. 4949]

15. Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 27, 2011 through January 31, 2012 for Browne Jacobson, LLP, Special Counsel, period: 10/1/2011 to 1/31/2012, fee:

   $15,780.46, expenses: $2,703.59. filed by Browne Jacobson, LLP
   (Filed: 8/1/2012) [Docket No. 4950]

16. Eighth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through January 31, 2012 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 10/1/2011 to 1/31/2012, fee: $3,203,844.60, expenses: $24,142.98. filed by Windels Marx Lane & Mittendorf, LLP (Filed: 8/1/2012) [Docket No. 4951]

Related Documents:

  A. Notice of Hearing on Ninth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from October 1, 2011 through January 31, 2012 (related documents 4938, 4945, 4944, 4943, 4947, 4946, 4951, 4948, 4937, 4950, 4940, 4942, 4939, 4949, 4936, 4941) filed by David J. Sheehan (Filed: 8/1/2012) [Docket No. 4953]

  B. Affidavit of Service of Notice of Hearing on Ninth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from October 1, 2011 through January 31, 2012 filed by David J. Sheehan (Filed: 8/1/2012) [Docket No. 4954]

Responses Filed:

  C. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of the Eighth Application of Windels Marx Lane & Mittendorf, LLP for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 8/17/2012) [Docket No. 4985]

  D. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Ninth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 8/17/2012) [Docket No. 4986]

  E. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Fourth Application of Young Conaway Stargatt & Taylor LLP for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 8/17/2012) [Docket No. 4987]

  F. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Second Application of Greenfield Stein & Senior LLP

    for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 8/17/2012) [Docket No. 4988]

G.    Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Application of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses (related documents 4938, 4945, 4944, 4943, 4947, 4946, 4948, 4937, 4950, 4940, 4942, 4939, 4941) filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 8/21/2012) [Docket No. 4993]

<u>Objections Due</u>:    August 22, 2012

<u>Objections Filed</u>:    NONE

<u>Status</u>: This matter is going forward.

Dated: New York, New York
August 28, 2012

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300259831