UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                                        )    ss:
COUNTY OF DALLAS    )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On August 24, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000374)

4. On August 24, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000383)

5. On August 24, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000384)
    B. Notice of Transfer of Allowed Claim (Transfer Number T000385)
    C. Notice of Transfer of Allowed Claim (Transfer Number T000386)

Executed on Aug. 28, 2012

_____
John S. Franks

Sworn to and subscribed before me this 28th day of August, 2012

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____
(SEAL)                                                    Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS 0000374**
**8/24/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | SPCP Group LLC | Brian Jarmain | Two Greenwich Plaza, 1st Floor | | Greenwich | CT | 06830 | |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS 0000383**
**8/24/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Dolos VII LLC | David Sharpe | 1345 Avenue of the Americas | 46th Floor | New York | NY | 10105 |

# Exhibit C

**SERVICE LIST C**
**TRANSFER NUMBERS: T000384 - T000386**
8/24/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Venor Capital Master Fund Ltd. | David S. Zemel | c/o Venor Capital Management LP | 7 Times Square, Suite 3505 | New York | NY | 10036 |