Hugo R. Pasqualis

RECEIVED
AUG 28 2012
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

De mi mayor Consideración:

Recibí documentación del Caso MADOFF que me sustrajo U$S 70.000 de mi propiedad.-

Ruego que me remita Vd. ó quien Corresponda aunque sea parte de ese importe para superar mi actual situación.-

También les pido que copia de esta nota, se le envíen a Hon. BURTON R. LIFLAND, pués yo no tengo dirección

Le ruego nuevamente que contemple mi situación de necesidad y me faciliten los trámites.—

Gracias, atentamente

Rosario 15/8/12

[signature]

Santa Fe 2470 - Telefax: (0341) 426-1760 / 424-3771 - Cel. 155 ~~091927~~ 720617 (2000) Rosario - Argentina


RR 63840193 7 AR
CORREO ARGENTINO
ENVIADO A:
CERTIFICADA INTERNACIONAL SALIENTE
TALON PARA EL REMITENTE
To clerk of the
U.S. BANKRUPTCY COURT,
ONE BOWLING GREEN,
NEW YORK, NEW YORK (10004)
ESTADOS UNIDOS
Hugo R. Pasquali
Santa Fe 2470 - 2000 Rosario - Argentina
RECEIVED
AUG 28 2012
RECEIVED
AUG 28 2012
CORREO ARGENTINO
$ 31,00
ICC
Argentina
16/08/2012
2518014554229012113345030012