BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 5, 2012 AT 10:00 A.M.**

**CONTESTED MATTER**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

1. Motion for Order Scheduling Hearing on Trustee's Motion Affirming Denial of Time-Based Damages Adjustment to Customer Claims filed by David J. Sheehan

(Filed: 7/17/2012) [Docket No. 4920]

Related Documents:

A. Affidavit of Service of Motion for Order Scheduling Hearing on Trustee's Motion Affirming Denial of Time-Based Damages Adjustment to Customer Claims filed by David J. Sheehan (Filed: 7/17/2012) [Docket No. 4921]

B. Affidavit of Service Affidavit of Mailing of Notice for July 17, 2012 of Motion for Order and Motion for Order Scheduling Hearing on Trustees Motion Affirming Denial of Time-Based Damages Adjustment to Customer Claims, and [Proposed] Scheduling Order filed by John J Collins Jr.
(Filed: 7/18/2012) [Docket No. 4925]

C. Notice of Adjournment of Scheduling Hearing on Trustee's Motion Affirming Denial of Time-Based Damages Adjustment to Customer Claims filed by David J. Sheehan (Filed: 8/6/2012) [Docket No. 4963]

D. Affidavit of Service of Notice of Adjournment of Scheduling Hearing on Trustee's Motion Affirming Denial of Time-Based Damages Adjustment to Customer Claims filed by David J. Sheehan (Filed: 8/22/2012) [Docket No. 4996]

Objections Due:                            August 2, 2012

Objections Filed:

E. Objection to Motion for Order Scheduling Hearing on Trustee's Motion Affirming Denial of Time-Based Damages Adjustment to Customer Claims filed by Martin M. Surabian, Richard Surabian, Steven Surabian
(Filed: 8/1/2012) [Docket No. 4952]

F. Response to Trustee's Motion For Order Setting Common Briefing Schedule To Address Time-Based Adjustment Issues filed by Marcy R. Harris
(Filed: 8/2/2012) [Docket No. 4957]

Additional Documents:

G. Letter from Sidney and Ethel Chambers regarding Time-Based filed by Jorian L. Rose on behalf of Sidney and Ethel Chambers
(Filed: 8/23/2012) [Docket No. 4999]

H. Affidavit of Service of Letter from Sidney and Ethel Chambers regarding Time-Based Damages filed by Marc E. Hirschfield on behalf of Sidney and Ethel Chambers (Filed: 8/23/2012) [Docket No. 5000]

    I.    Notice of Adjournment of Hearing on Motion for Order Scheduling Hearing on Trustee's Motion Affirming Denial of Time-Based Damages Adjustment to Customer Claims filed by David J. Sheehan (Filed: 8/28/2012) [Docket No. 5005]

    J.    Affidavit of Service of Notice of Adjournment of Hearing on Motion for Order Scheduling Hearing on Trustee's Motion Affirming Denial of Time-Based Damages Adjustment to Customer Claims and Notice of Agenda for Matters Scheduled for Hearing on August 29, 2012 at 10:00 A.M. filed by David J. Sheehan (Filed: 8/28/2012) [Docket No. 5007]

Replies Filed:

    K.    Trustee's Reply to Objections to Trustee's Motion for an Order to Schedule Hearing on Time-Based Damages Issue filed by Jorian L. Rose (Filed: 8/24/2012) [Docket No. 5001]

    L.    Affidavit of Service of Trustee's Reply to Objections to Trustee's Motion for an Order to Schedule Hearing on Time-Based Damages Issue filed by Marc E. Hirschfield (Filed: 8/24/2012) [Docket No. 5002]

Response Filed:

    M.    Response to Trustee's Reply to Objections to Trustee's Motion for an Order to Schedule Hearing on Time-Based Adjustment Issues filed by Marcy R. Harris (Filed: 8/27/2012) [Docket No. 5004]

Additional Replies Filed:

    N.    Trustee's Reply to Second HHI Objection to Trustee's Motion for an Order to Schedule Hearing on Time-Based Damages Issue filed by David J. Sheehan (Filed: 8/30/2012) [Docket No. 5009]

    O.    Affidavit of Service of Trustee's Reply to Second HHI Objection to Trustee's Motion for an Order to Schedule Hearing on Time-Based Damages Issue filed by David J. Sheehan (Filed: 8/30/2012) [Docket No. 5011]

*[Remainder of Page Intentionally Left Blank]*

Status: This matter is going forward.

| | |
|---|---|
| Dated: New York, New York<br>September 4, 2012 | Respectfully submitted,<br><br>*/s/ David J. Sheehan*<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Jorian L. Rose<br>Email: jrose@bakerlaw.com<br>Seanna R. Brown<br>Email: sbrown@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |

300260046