**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, )<br>    PLAINTIFF-APPLICANT, )<br>    )<br>V. )<br>    )<br>    )<br>BERNARD L. MADOFF INVESTMENT )<br>    )<br>SECURITIES LLC, )<br>    DEFENDANT )<br>    )<br>IN RE: )<br>    )<br>BERNARD L. MADOFF, )<br>    DEBTOR )<br>    ) | Adv. Pro. No. 08-01789(BRL)<br><br>SIPA Liquidation<br>(Substantively Consolidated) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion (the "Motion") of Jeffrey D. Sternklar, to be admitted, *pro hac vice*, to represent Magnus A. Unflat, the Eleanore C. Unflat Living Trust, Eleanore C. Unflat, in her capacity as co- trustee of the Eleanore C. Unflat Living Trust, Magnus A. Unflat, in his capacity as co-trustee of the Eleanore C. Unflat Living Trust, and Eleanore C. Unflat, individually (collectively, the "Defendants"), and upon the movant's certification that movant is a member in good standing of the bar in the Commonwealth of Massachusetts, and the bar of the United States District Court for the District of Massachusetts, it is hereby:

**ORDERED**, that Jeffrey D. Sternklar, esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent the Defendants, in the United States Bankruptcy Court, Southern District of New York.

Dated:  September 6, 2012.
       New York, New York

                                      /s/Burton R. Lifland
                                      UNITED STATES BANKRUPTCY JUDGE