UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS          )
                        )  ss:
COUNTY OF DALLAS        )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On August 3, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000363)

4. On August 3, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000364)

5. On August 3, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000365)

6. On August 3, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit D, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000366)

Executed on ___Sep. 10___, 2012

_____
John S. Franks

Sworn to and subscribed before me this __10th__ day of __Sept__, 2012



(SEAL)

_____
Notary Public

# Exhibit A

SERVICE LIST A
TRANSFER FURTHER TO 0363
8/3/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Southpaw Credit Opportunity Master Fund LP | Attention: Jeff Cohen | 2 West Greenwich Office Park | 1st Floor | Greenwich | CT | 06831 |

# Exhibit B

SERVICE LIST B
TRANSFER QUARTERLY 00364
8/3/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Southpaw Koufax LLC | Attention: Jeff Cohen | 2 West Greenwich Office Park | 1st Floor | Greenwich | CT | 06831 |

# Exhibit C

**SERVICE LIST C
TRANSFEROR/TRANSFEREE10365**
8/3/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | CRT Special Investments LLC | Attn: Joseph E. Sarachek | 262 Harbor Drive | | Stamford | CT | 06902 |

# Exhibit D

**SERVICE LIST D**
**TRANSFER NUMBER 1000366**
8/3/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | ASM BLMIS Claims LLC | Joseph Minias | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York | NY | 10019 |