UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                                            )    ss:
COUNTY OF DALLAS    )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On September 6, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000389)
    B. Notice of Transfer of Allowed Claim (Transfer Number T000390)

4. On September 6, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000391)

Executed on  Sep. 10 , 2012

_____
John S. Franks

Sworn to and subscribed before me this 10th day of Sept, 2012



(SEAL)

_____
Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS: T000389 - T000390**
9/6/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| **X - T000389** | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| **X - T000390** | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | **X** | | BMIS Funding IDC, LLC | Attention: Michael G. Linn | c/o Farallon Capital Management LLC | One Maritime Plaza, Suite 2100 | San Francisco | CA | 94111 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS 0000391**
**9/6/2012**

| TRANSFEROR | TRANSFEREE |  | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X |  | REDACTED FOR CONFIDENTIALITY REASONS |  |  |  |  |  |  |  |
| X |  | REDACTED FOR CONFIDENTIALITY REASONS |  |  |  |  |  |  |  |
|  | X |  | SPCP Group LLC | Brian Jarmain | Two Greenwich Plaza, 1st Floor |  | Greenwich | CT | 06830 |