UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On September 13, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000392)
    B. Notice of Transfer of Allowed Claim (Transfer Number T000393)

4. On September 13, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000394)

Executed on Sep. 14, 2012

_____
John S. Franks

Sworn to and subscribed before me this 14th day of Sept, 2012

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____
(SEAL)                                              Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS: T000392 - T000393**
9/13/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| **X - T000392** | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| **X - T000393** | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | **X** | | Solus Recovery Fund LP | Attention: Solus Compliance Officer | c/o Solus Alternative Asset Management LP | 410 Park Avenue, 11th Floor | New York | NY | 10022 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS 0000394**
9/13/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | CRT Special Investments LLC | Joseph E. Sarachek | 262 Harbor Drive | | Stamford | CT | 06902 |