UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | **NOTICE OF APPEAL** |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |



RECEIVED
SEP 19 2012
U.S. BANKRUPTCY COURT
SD DIST OF NEW YORK

---

NOW COMES customers of (BLMIS) Richard Surabian and Steven Surabian's Notice of Appeal of (Judge Lifland Tr. 21:6 August 22, 2012) Order Approving Second Interim Distribution to Customers filed by David J. Sheehan (Filed: 7/26/2012) [Docket No. 4930].

The Surabians never received the Order but was told the Order was Allowed in the Trustee's Objection To Motion To Remove Irving H. Picard As Trustee For The Substantively Consolidated SIPA Liquidation Of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff.

_____        _____        _____
Steven Surabian Pro se           Richard Surabian Pro se          Martin M. Surabian Pro se
1230 Rt. 28                      PO Box 397                       PO Box 397
S. Yarmouth, MA 02664            W. Hyannisport, MA 02672         W. Hyannisport, MA, 02672
508-688-4613                     508-579-9834

Date: September 17, 2012

## CERTIFICATE OF SERVICE

I certify that this 17th day of September, 2012 I served a true copy of Notice of Appeal on the Chambers of the Honorable Burton R. Lifand and (a) Baker & Hostetler LLP, Counsel for the Trustee, 45 Rockefeller Plaza, NY, NY 10111, Attn: David J. Sheehan, and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq. Postage prepaid US Mail 1st Class.

_____
Steven Surabian