# EXHIBIT B

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:    014682

## CUSTOMER CLAIM

RECEIVED
Date Received JUL 0 2 2009

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: Fairfield Greenwich (Bermuda) Limited
Mailing Address: 12 Church Street, Suite 606
City: Hamilton-Bermuda    State: _____    Zip: HM11
Account No.: T-G0092-3-0, T-G0092-4-0
Taxpayer I.D. Number (Social Security No.): 98-0401153

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1. Claim for money balances as of **December 11, 2008**:

    a. The Broker owes me a Credit (Cr.) Balance of    $ 3,863,791

    b. I owe the Broker a Debit (Dr.) Balance of    $ 0

    c. If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed** with this claim form.    $ N/A

    d. If balance is zero, insert "None."    _____

502180406    1

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

                                                                    YES        NO

a.    The Broker owes me securities    *See Addendum*

b.    I owe the Broker securities                                   X

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____

502180406                                3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Fairfield Greenwich (Bermuda) Limited
by: Jeffrey Tucker, Director

Date 7/1/2009         Signature _Jeffrey Tucker_ *

Date _____   Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

\* please see the enclosed, Officers and Directors Register indicating Jeffrey Tucker's position as Director of Fairfield Greenwich (Bermuda) Limited.

502180406                                    4

# Fairfield Greenwich (Bermuda) Ltd.

Register of Directors and Officers

| DATE OF APPOINTMENT | NAME AND ADDRESS | TITLE | DATE OF RESIGNATION |
|---|---|---|---|
| 19 June, 2003 | Andres Piedrahita<br>Fairfield Greenwich (UK) Ltd. Branch Office<br>c/ Serrano, 26 - 8º Izda.<br>28001 Madrid<br>Spain | Director | |
| 8 September, 2008 | Jeffrey Tucker<br>Fairfield Greenwich Group<br>55 East 52nd Street, 33rd Fl.<br>New York, NY 10055 | Director | |
| 8 September, 2008 | Walter Noel<br>Fairfield Greenwich Group<br>55 East 52nd Street, 33rd Fl.<br>New York, NY 10055 | Director | |
| 5 September, 2008<br>5 September, 2008 | Amit Vijayvergiya<br>Fairfield Greenwich (Bermuda) Ltd.<br>Suite 606<br>12 Church Street<br>Hamilton, Bermuda HM11 | **President**<br>**Resident Representative** | |
| 25 June, 2003 | Mark McKeefry<br>Fairfield Greenwich Group<br>55 East 52nd Street, 33rd Fl.<br>New York, NY 10055 | **Assistant Secretary** | |
| 25 June, 2003 | Dan Lipton<br>Fairfield Greenwich Group<br>55 East 52nd Street, 33rd Fl.<br>New York, NY 10055 | **Assistant Secretary** | |
| 12 December, 2008 | Paul A. Kelly<br>Washington Mall West<br>7 Reid Street<br>Hamilton HM11, Bermuda | **Secretary** | |

**CITCO**

*Citco Fund Services (Europe) B.V.*

## GREENWICH SENTRY, L.P.
### FOR THE CALENDAR MONTH OF OCTOBER 2008
### (EXPRESSED IN US DOLLARS & UNAUDITED)

Fairfield Greenwich
12 Church Street, Suite 606
Hamilton, HM 11
Bermuda
E-Mail: mlevinson@fggus.com

Capital Account Statement for : **Fairfield Greenwich Bermuda Ltd**

|  | October | Year-to-Date |
|---|---:|---:|
| Beginning Equity | $ 3,773,080 | $ 756,173 |
| Capital Additions | 17,078 | 17,078 |
| Capital Withdrawals | - | (259,092) |
| Profit/(Loss) * | 73,633 | 3,349,632 |
| Ending Equity | $ 3,863,791 | $ 3,863,791 |

\* Net results reflect the deduction of all operational expenses (including brokerage commissions), management fees and potential profit allocation to the General Partner.

Inquiries may be directed to the Sub-Administrator, Citco (Canada) Inc., by phone to 416-969-6700, by fax to 416-966-0925 or by email to irtor@citco.com.

Telestone 8 - Teleport
Naritaweg 165
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

amsterdam-fund@citco.com
www.citco.com

Phone: +31 (0)20 572 2850
Fax: +31 (0)20 572 2610
Chamber of Commerce: 33253773

**Fairfield Greenwich (Bermuda) Limited ("FGBL")**
**Addendum to Customer Claim Form**
**Bernard L. Madoff Investment Securities LLC ("BLMIS")**

FGBL submits this addendum in support of its Customer Claim Form.

FGBL is an exempted company organized under the laws of Bermuda. FGBL invested certain assets in Greenwich Sentry, LP. Enclosed with this Addendum is a statement showing FGBL's investment in Greenwich Sentry, LP as of October 31, 2008.

FGBL's mailing address is 12 Church Street, Suite 606, Hamilton, Bermuda, HM 11. The telephone number is (441) 292-5401.

