UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Burton Traub (the "Claimant"), having filed objections (the "Objections", Docket Nos. 336 and 337) to the Trustee's Notice of Determination respecting Claimant's customer claims (##3124 and 3125), hereby gives notice that he is withdrawing such Objections. The basis for withdrawal is that the Net Investment Method was upheld by this Court on March 8, 2010 and affirmed by the United States Court of Appeals for the Second Circuit on August 16, 2011. On June 25, 2012, the United States Supreme Court denied *certiorari*. Accordingly, I acknowledge that the decision affirming the Trustee's use of the Net Investment Method is now final.

Dated: Oct 15, 2012

_____
Burton Traub
ITF Paul, Gary and Kenneth Traub
~~18 Sleepy Hollow Lane~~ 31 OLD FARMS RD
~~Princeton Junction, NJ 08550~~ WOODCLIFF LAKE,
NJ 07677