08-01789-cgm    Doc 5046    Filed 10/22/12    Entered 10/22/12 12:38:51    Main Document
    Pg 1 of 4

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Tracy Cole
Email: tcole@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 23, 2012 AT 10:00 A.M.**

**CONTESTED MATTER**

**Picard v. The Estate of Doris Igoin, et al.; Adv. Pro. No. 10-04336**

1. Motion to Dismiss Adversary Proceeding
   (Filed: 4/2/2012) [Docket No. 19]

Related Documents:

    A.    Declaration of Jonathan K. Cooperman in Support of Motion to Dismiss (Filed: 4/2/2012) [Docket No. 20]

    B.    Declaration of Laurence Apfelbaum in Support of Motion to Dismiss (Filed: 4/2/2012) [Docket No. 21]

    C.    Declaration of Bruno Quint in Support of Motion to (Filed: 4/2/2012) [Docket No. 22]

    D.    Memorandum of Law in Support of Motion to (Filed: 4/2/2012) [Docket No. 23]

    E.    Certificate of Service of Motion to Dismiss (Filed: 4/2/2012) [Docket No. 24]

Objections Due:    August 3, 2012

Objections Filed:

    F.    Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens filed by David J. Sheehan (Filed: 8/3/2012) [Docket No. 30]

    G.    Declaration of Ona T. Wang in Support of the Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss filed by David J. Sheehan (Filed: 8/3/2012) [Docket No. 31]

Additional Documents:

    H.    Affidavit of Service of Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens and Declaration of Ona T. Wang in Support of the Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss filed by Marc E. Hirschfield (Filed: 8/3/2012) [Docket No. 32]

    I.    So Ordered Stipulation signed on 6/18/2012 Setting Briefing Schedule (Filed: 6/18/2012) [Docket No. 29]

    J.    Notice of Adjournment of Hearing and Pre-Trial Conference to October 23, 2012 filed by Marc E. Hirschfield (Filed: 9/19/2012) [Docket No. 41]

    K.    Affidavit of Service of Notice of Adjournment of Hearing and Pre-Trial Conference to October 23, 2012 filed by Marc E. Hirschfield (Filed: 9/19/2012) [Docket No. 42]

L.     Letter filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 9/11/2012) [Docket No. 38]

M.     Affidavit of Service of Letter (Filed: 9/13/2012) [Docket No. 39]

N.     Letter from Jonathan K. Cooperman to Honorable Judge Lifland in response to the Trustee's letter dated September 11, 2012 filed by Jonathan K. Cooperman (Filed: 9/13/2012) [Docket No. 40]

Replies Filed:

O.     Reply Memorandum of Law in Further Support of Motion to Dismiss filed by Jonathan K. Cooperman (Filed: 9/5/2012) [Docket No. 34]

P.     Reply Declaration of Laurence Apfelbaum in Further Support of Motion to Dismiss filed by Jonathan K. Cooperman (Filed: 9/5/2012) [Docket No. 35]

Q.     Reply Declaration of Bruno Quint in Further Support of Motion to Dismiss filed by Jonathan K. Cooperman (Filed: 9/5/2012) [Docket No. 36]

R.     Certificate of Service filed by Jonathan K. Cooperman (Filed: 9/5/2012) [Docket No. 37]

Response Filed:

S.     Trustee's Sur-Reply in Further Opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens filed by Ona T. Wang (Filed: 10/1/2012) [Docket No. 43]

T.     Affidavit of Service of Trustee's Sur-Reply in Further Opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens (Filed: 10/2/2012) [Docket No. 44]

Status: This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

2.  Pre-Trial Conference

    Status: This matter is going forward.

Dated: New York, New York  
October 22, 2012

Respectfully submitted,

*/s/ David J. Sheehan*  
Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Marc E. Hirschfield  
Email: mhirschfield@bakerlaw.com  
Tracy Cole  
Email: tcole@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300260815