Philip J. Dichter, Esq. (CA SBN 065636)
8, Quai d'Orleans
Paris 75004 France
Phone" +33-6-76-00-86-12
Email: pjd90265@aol.com

Attorney for Defendants, Dichter-Mad Family Partners, LLP,
Philip Dichter, and Claudia Gvirtzman Dichter

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION | ) Adv. Pro. No. 08-01789 (BRL) ) |
| | ) **SIPA LIQUIDATION** ) |
| Plaintiff-Applicant, | ) (Substantively Consolidated) ) |
| vs. | ) Hon. Stephen V. Wilson |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | ) ) ) |
| Defendant | ) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | ) Adv. Pro. No. 11-01271 (BRL) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Hon. Burton R. Lifland ) ) |
| DICHTER-MAD FAMILY PARTNERS, LLP, et. al. | ) ) ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF DEFENDANTS' NOTICE OF MOTION AND
MOTION FOR RELIEF FROM STAY**

**PLEASE TAKE NOTICE** that Defendants Dichter-Mad Family Partners, LLP, Philip Dichter, and Claudia Gvirtzman Dichter, hereby withdraw their Notice of Motion

Withdrawal of Motion for Relief from Stay                1

and Motion for Relief from Stay [ECF No. 34].

Dated:   24 October, 2012, at St-Martin-du-Vieux-Belleme, France

Respectfully submitted,

s/ Philip J. Dichter
Philip J. Dichter, Esq.
8, Quai d'Orleans
Paris 75004 France
Telephone: +33-6-76-00-86-12
Email: pjd90265@aol.com

*Attorney for Defendants, Dichter-Mad Family Partners, LLP, Philip Dichter, and Claudia Gvirtzman Dichter*

Certificate of Electronic Service of Process

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have this day served counsel for the Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff with a copy of the within and foregoing MOTION FOR RELIEF by email addressed to:

David J. Sheehan
Email: dsheehan@bakerlaw.com

Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com

Jacqlyn R. Rovine
Email: jrovine@bakerlaw.com

Dominic A. Gentile
Email: dgentile@bakerlaw.com