UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On October 23, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000404)

4. On October 23, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    B. Notice of Transfer of Allowed Claim (Transfer Number T000405)

5. On October 23, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

    C. Notice of Transfer of Allowed Claim (Transfer Number T000406)

6. On October 23, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit D, a true and correct copy of the following:

    D. Notice of Transfer of Allowed Claim (Transfer Number T000407)

Executed on Oct. 24, 2012

_____
John S. Franks

Sworn to and subscribed before me this 24th day of Oct, 2012

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____
(SEAL)

_____
Notary Public

2

# Exhibit A

SERVICE LIST A
TRANSFER NUMBERS 1000404
10/23/2012

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | North Shore - Long Island Jewish Health System Foundation | Attention: Laurence A. Kraemer, Vice President - Legal Affairs | North Shore - Long Island Jewish Health System, Inc. | 145 Community Drive | Great Neck | NY | 11021 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS: 000405**
**10/23/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Dolos VII LLC | David Sharpe | 1345 Avenue of the Americas | 46th Floor | New York | NY | 10105 |

# Exhibit C

**SERVICE LIST C**
**TRANSFER NUMBERS: 1000406**
**10/23/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Solus Recovery Fund LP | Attention: Solus Compliance Officer | c/o Solus Alternative Assett Management LP | 410 Park Avenue, 11th Floor | New York | NY | 10022 |

# Exhibit D

**SERVICE LIST D**
**TRANSFER NUMBERS 1000407**
**10/23/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Solus Recovery Fund LP | Attention: Solus Compliance Officer | c/o Solus Alternative Assett Management LP | 410 Park Avenue, 11th Floor | New York | NY | 10022 |