```
STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Glenn P. Warmuth
```

Attorneys for Claimant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
SECURITIES INVESTOR PROTECTION             Adv. Proc. No.
CORPORATION,                               08-01789 (BRL)

        Plaintiff,                        SIPA LIQUIDATION

    v.                                     (Substantively
                                                     Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
-----------------------------------x
In Re:

BERNARD L. MADOFF,

        Debtor.
-----------------------------------x

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on behalf of the claimant, Michael Most (IRA) customer claim no. 002158, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and demands that all notices given or required to be given and all papers served in

most-136

this case be delivered to and served upon the undersigned at the following address:

STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
pjw@stim-warmuth.com
Glenn P. Warmuth
gpw@stim-warmuth.com

Dated:  October 25, 2012

                        STIM & WARMUTH, P.C.

                        By:/s/_____
                        PAULA J. WARMUTH
                        Attorney for Claimant, Michael Most
                        2 Eighth Street
                        Farmingville, NY 11738
                        Telephone:  631-732-2000
                        Facsimile:  631-732-2662
                        Paula J. Warmuth
                        Email:  pjw@stim-warmuth.com
                        Glenn P. Warmuth
                        Email:  gpw@stim-warmuth.com