STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Claimant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SECURITIES INVESTOR PROTECTION      Adv. Proc. No.
CORPORATION,                        08-01789 (BRL)

        Plaintiff,            SIPA LIQUIDATION

    v.                              (Substantively
                                     Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
------------------------------------x
In Re:

BERNARD L. MADOFF,

        Debtor.
------------------------------------x

## CONSENT TO CHANGE ATTORNEY

**IT IS HEREBY CONSENTED** that STIM & WARMUTH, P.C. of 2 Eighth Street, Farmingville, NY 11738 be substituted as attorney for the claimant, Michael Most (IRA) customer claim no. 002158, in the place and stead of the undersigned attorney as of the date hereof.

Dated: October 18, 2012

_____
MICHAEL MOST

most-136

MICHAEL MOST

BECKER & POLIAKOFF, LLP

By: /s/ Helen Davis Chaitman
HELEN DAVIS CHAITMAN
Outgoing Attorney for Claimant
45 Broadway
8th Floor
New York, NY 10006
Telephone: 212-599-3322
Facsimile: 212-557-0295
Helen Davis Chairman
Email: hchaitman@becker-poliakoff.com
FORMERLY WITH PHILLIPS NIZER LLP

STIM & WARMUTH, P.C.

By: /s/ Paula J. Warmuth
PAULA J. WARMUTH
Incoming Attorney for Claimant
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Email: pjw@stim-warmuth.com
Glenn P. Warmuth
Email: gpw@stim-warmuth.com

ACKNOWLEDGMENT MADE OUTSIDE STATE OF NEW YORK

STATE OF FLORIDA    )
                    ) ss:
COUNTY OF PALM BEACH)

On the  18  day of October in the year 2012 before me, the undersigned, personally appeared MICHAEL MOST, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose names(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), *and* that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Signature and Office of
individual taking acknowledgment



ROBERTA LEPPERT
Commission # EE 178410
Expires April 18, 2016
Bonded Thru Troy Fain Insurance 800-385-7019

3