UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff-Applicant,

    v.

BERNARD L MADOFF INVESTMENTS
SECURITIES LLC,

    Defendant,

In re:

BERNARD L. MADOFF,

    Debtor>

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

**NOTICE OF HEARING DATE**

    **PLEASE TAKE NOTICE** that hearing on Richard Surabian and Steven Surabian's Motion to Remove Irving H. Picard as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff is scheduled for hearing **on November 14, 2012, at 10 a.m.**, United States Bankruptcy Court, Southern District Of New York, Courtroom 610, One Bowling Green, New York, NY 10004.

Steven Surabian Pro se
1230 Rt. 28
S. Yarmouth, MA 02664
(508) 688-4613

Richard Surabian Pro se
P.O. Box 397
W. Hyannisport, MA 02672
(508) 579-9834

Date: October 22, 2012

## CERTIFICATE OF SERVICE

I certify that this 22 day of October 2012, a true copy of Notice of Hearing was served by US Mail 1st class postage pre-paid on (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, NY, NY 10111, Attn: David J. Sheehan, and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 2005, Attn: Kevin H. Bell, Esq.

_____
Steven Surabian