UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br>    Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Irrevocable Trust for the Benefit of Joshua Merson ("Claimant"), having filed an objection to the Trustee's Notice of Determination respecting Claimant's customer claim #013010 (the "Objection", Docket No. 3223), hereby gives notice that it is withdrawing such Objection.

Dated: October 19, 2012

                                                Howard Merson, Trustee

                                                P.O. Box 810577
                                                Boca Raton, FL 33481
                                                Tel: 561-477-2872

