UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br>  Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>  Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Entrust Administrative Services, Custodian for Margaret L. Fullerton, IRA ("Claimant"), having filed an objection to the Trustee's Notice of Determination respecting Claimant's customer claim #009361 (the "Objection", Docket No. 3223), hereby gives notice that it is withdrawing such Objection.

Dated: October 19, 2012

Entrust Administrative Services, Inc.

By. *Margaret L. Fullerton*
Margaret L. Fullerton, beneficial owner on behalf of
Entrust Administrative Services, Inc.
706 Palm Cove Drive
Palm City, FL 34990
Tel: 772-288-2499

RECEIVED
OCT 25 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK