**DICKSTEIN SHAPIRO LLP**
1633 Broadway
New York, New York  10019-6708
Telephone 212-277-6500
Direct Line  212-277-6674
Facsimile  917-591-2647
By:  Don Abraham, Esq.  (Abrahamd@dicksteinshapiro.com)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | **Bankruptcy Case No. 08-1789 (BRL)**<br><br>**(Substantially Consolidated)** |

## WITHDRAWAL OF NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby withdraws the appearance previously entered on behalf of Creditor Claudia Faris.  Please remove the undersigned from all service lists, including this Court's electronic notification list, and the mailing list in this case.

Dated: New York, New York
          October 26, 2012

                                                    **DICKSTEIN SHAPIRO LLP**

                                                    By:_____*s/Don Abraham*_____
                                                        Don Abraham, Esq.

                                                        1633 Broadway
                                                        New York, New York  10019-6708
                                                       Telephone 212-277-6500
                                                       Direct Line  212-277-6674
                                                       Facsimile  917-591-2647
                                                       Email:  Abrahamd@dicksteinshapiro.com

{00285755.DOC;}