UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Case No. 08-01789 (BRL) |
| Debtor. | (Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br>       Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>       Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Entrust Administrative Services, Custodian for Jon O. Fullerton, IRA ("Claimant"), having filed an objection to the Trustee's Notice of Determination respecting Claimant's customer claim #009362 (the "Objection", Docket No. 3221), hereby gives notice that it is withdrawing such Objection.

Dated: October 19, 2012

                                        Entrust Administrative Services, Inc.

                                        By *Jon O. Fullerton*
                                        Jon O. Fullerton, beneficial owner on behalf of
                                        Entrust Administrative Services, Inc.
                                        706 Palm Cove Drive
                                        Palm City, FL 34990
                                        Tel: 772-288-2499



RECEIVED
OCT 25 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK