# **EXHIBIT A**

# SECURITIES INVESTOR PROTECTION CORPORATION
## Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC

**Period Ended September 30, 2012**

**Report No. 46**

**CASH RECEIPTS:**

| General Cash Receipts | Net Change for Period | Prior Period Cumulative | Total Received | Cumulative Detail | | | Code |
|---|---|---|---|---|---|---|---|
| | | | | Customer Fund | General Estate | SIPC | |
| Beginning Cash Balance | $72,555,030.89 | | | | | | |
| Transfer from Debtor's Estate – Securities | 0.00 | 289,841,661.49 | 289,841,661.49 | 289,841,661.49 | | | 4011 |
| Transfers from Debtor's Estate – BNY Account | 0.00 | 336,660,934.06 | 336,660,934.06 | 336,660,934.06 | | | 4014 |
| Transfers from Debtor's Estate – Chase Account | 0.00 | 235,156,309.36 | 235,156,309.36 | 235,156,309.36 | | | 4016 |
| Transfers from Debtor's Estate – Other | 0.00 | 4,036,145.08 | 4,036,145.08 | 4,036,145.08 | | | 4018 |
| Interest and Dividends | 0.00 | 1,843,166.84 | 1,843,166.84 | 1,843,166.84 | | | 4040 |
| Closeout Proceeds – Broker Dealers | 0.00 | 37,273,877.23 | 37,273,877.23 | 37,273,877.23 | | | 4030 |
| Closeout Proceeds – NSCC | 0.00 | 21,783,082.40 | 21,783,082.40 | 21,783,082.40 | | | 4031 |
| Closeout Proceeds – DTCC | 0.00 | 17,304,329.91 | 17,304,329.91 | 17,304,329.91 | | | 4032 |
| Sale of Debtor's Assets | 0.00 | 0.00 | 0.00 | 0.00 | | | 4070 |
| - Sports Tickets | 0.00 | 89,690.80 | 89,690.80 | 89,690.80 | | | 4071 |
| - Bank Debt Participations | 0.00 | 7,871,653.96 | 7,871,653.96 | 7,871,653.96 | | | 4072 |
| - DTCC Shares | 0.00 | 204,170.51 | 204,170.51 | 204,170.51 | | | 4073 |
| - Market Making Business | 0.00 | 1,389,423.16 | 1,389,423.16 | 1,389,423.16 | | | 4075 |
| - Abtech | 0.00 | 495,000.00 | 495,000.00 | 495,000.00 | | | 4076 |
| - NSX Shares | 0.00 | 62,790.19 | 62,790.19 | 62,790.19 | | | 4077 |
| - BLM Air Charter | 0.00 | 6,494,631.95 | 6,494,631.95 | 6,494,631.95 | | | 4074 |
| Administrative Settlement Rent Revenue | 0.00 | 531,078.49 | 531,078.49 | 531,078.49 | | | 4111 |
| *Adjusting Administrative Sublease Rent Revenue* | 0.00 | (531,078.49) | (531,078.49) | (531,078.49) | | | 4111a |
| Refunds – Deposits | 0.00 | 9,841.45 | 9,841.45 | 9,841.45 | | | 4091 |
| - Dues/Subscriptions | 0.00 | 177,247.15 | 177,247.15 | 177,247.15 | | | 4092 |
| - Vendors | 0.00 | 157.00 | 157.00 | 157.00 | | | 4093 |
| - Car Registrations | 0.00 | 61,567.20 | 61,567.20 | 61,567.20 | | | 4094 |
| - Transit Cards | 0.00 | 833.61 | 833.61 | 833.61 | | | 4095 |
| - Insurance/Workers Comp | 0.00 | 402,859.56 | 402,859.56 | 402,859.56 | | | 4096 |
| - Ref. – Political Contributions | 0.00 | 144,500.00 | 144,500.00 | 144,500.00 | | | 4097 |
| - Refunds Other | 0.00 | 50.84 | 50.84 | 50.84 | | | 4099 |
| Recoveries – Litigation Related | 0.00 | 0.00 | 0.00 | 0.00 | | | 4101 |
| - Customer Avoidances | 335,064.44 | 114,800,237.32 | 115,135,301.76 | 115,135,301.76 | | | 4020 |
| - Pre-Litigation Settlements | 1,360,000.00 | 1,903,258,597.98 | 1,904,618,597.98 | 1,904,618,597.98 | | | 4021 |
| - Litigation Settlements | 73,210,433.17 | 5,133,376,772.40 | 5,206,587,205.57 | 5,206,587,205.57 | | | 4022 |
| - Donation Settlements | 0.00 | 500,000.00 | 500,000.00 | 500,000.00 | | | 4023 |
| - Vendor Preferences | 0.00 | 809,850.39 | 809,850.39 | 809,850.39 | | | 4024 |
| - Taxing Authority | 0.00 | 10,674.74 | 10,674.74 | 10,674.74 | | | 4102 |
| - Class Action | 0.00 | 12,777.56 | 12,777.56 | 12,777.56 | | | 4103 |
| - NASDAQ | 0.00 | 549,854.09 | 549,854.09 | 549,854.09 | | | 4104 |
| - NYSE | 0.00 | 308,948.49 | 308,948.49 | 308,948.49 | | | 4105 |
| - Transaction Fees | 0.00 | 183,683.79 | 183,683.79 | 183,683.79 | | | 4106 |
| - Other | 0.00 | 96,816.23 | 96,816.23 | 96,816.23 | | | 4107 |
| Miscellaneous | 0.36 | 296,298.37 | 296,298.73 | 296,298.73 | | | 4109 |
| Earnings on Trustee's Investments | 447,073.18 | 17,205,784.64 | 17,652,857.82 | 17,652,857.82 | | | 4110 |
| Interest on Trustee's Savings Accounts | 27,827.63 | 785,406.98 | 813,234.61 | 813,234.61 | | | 4120 |
| **Sub-total General Cash Receipts** | $75,380,398.42 | $8,133,499,627.45 | $8,208,880,025.87 | $8,208,880,025.87 | $0.00 | | |
| **Advances from SIPC** | | | | | | | |
| Administration – Advances | 19,084,510.54 | 618,371,679.33 | 637,456,189.87 | | | 637,456,189.87 | 2901 |
| Securities – Paid Bank Loans | 0.00 | 0.00 | 0.00 | | | 0.00 | 2921 |
| - Cash in Lieu  *See Note (6) on Page 3 | 0.00 | 795,340,197.93 | 795,340,197.93 | | | 795,340,197.93 | 2922 |
| **Sub-total SIPC Advances** | $19,084,510.54 | $1,413,711,877.26 | $1,432,796,387.80 | | | $1,432,796,387.80 | |
| Funds Transferred from Investment Accounts  *See Notes (1) and (2) on Page 3 | 2,407,678,000.00 | 324,611,025.64 | 2,732,289,025.64 | | | | 1901 |
| **Total Cash Receipts** | $2,502,142,908.96 | $9,871,822,530.35 | $12,373,965,439.31 | $8,208,880,025.87 | $0.00 | $1,432,796,387.80 | |

**Period Ended September 30, 2012**                                                    Report No. 46

*CASH DISBURSEMENTS:*

*Administrative Disbursements*

| General Administrative Disbursements | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid | Code |
|---|---|---|---|---|
| Computer - Rental | 0.00 | 11,121.59 | 11,121.59 | 5011 |
| - Software Support | 0.00 | 55,159.20 | 55,159.20 | 5012 |
| - Equipment Leases | 0.00 | 204,159.01 | 204,159.01 | 5013 |
| Employee Related - Salaries-Net | 0.00 | 4,361,844.80 | 4,361,844.80 | 5020 |
| - FICA-Employer | 0.00 | 318,550.60 | 318,550.60 | 5021 |
| - Fed. & St. Unemploy. | 0.00 | 4,296.08 | 4,296.08 | 5023 |
| - Temporary Help | 0.00 | 29,612.50 | 29,612.50 | 5024 |
| - Employee Medical Plan | 0.00 | 830,103.99 | 830,103.99 | 5025 |
| - Employee LTD | 0.00 | 6,887.03 | 6,887.03 | 5026 |
| - Employee Expense Reimbursement | 0.00 | 1,125.87 | 1,125.87 | 5027 |
| - Employee Life/AD&D | 0.00 | 9,006.83 | 9,006.83 | 5028 |
| - Other | 0.00 | 1,622.90 | 1,622.90 | 5029 |
| Insurance - Trustee Bond | 0.00 | 1,800.00 | 1,800.00 | 5030 |
| Insurance - Surety & Fidelity Bonds | 0.00 | 37,400.00 | 37,400.00 | 5031 |
| Insurance Workers Comp | 0.00 | 12,578.00 | 12,578.00 | 5032 |
| - Other | 0.00 | 19,738.00 | 19,738.00 | 5039 |
| Fees - Payroll Processing | 0.00 | 8,195.96 | 8,195.96 | 5045 |
| Fees - Escrow | 0.00 | 1,218,198.85 | 1,218,198.85 | 5046 |
| - Other | 0.00 | 12,301.53 | 12,301.53 | 5047 |
| Expenses for Asset Sales | 0.00 | 19,205.73 | 19,205.73 | 5048 |
| Rent - Office | 0.00 | 3,987,347.17 | 3,987,347.17 | 5050 |
| - *Adjustment for Administrative Subtenant Rent Revenue* | 0.00 | (531,078.49) | (531,078.49) | 5050a |
| - Equipment | 0.00 | 1,695.89 | 1,695.89 | 5051 |
| - Warehouse | 11,978.17 | 521,408.26 | 533,386.43 | 5052 |
| - Bulova | 0.00 | 310,130.75 | 310,130.75 | 5053 |
| - Other | 936.00 | 46,337.27 | 47,273.27 | 5059 |
| Costs - Vacating 885 Third Avenue | 0.00 | 20,179.46 | 20,179.46 | 5111 |
| Telephone and Telegraph | 0.00 | 360,456.68 | 360,456.68 | 5060 |
| Communication Fees | 0.00 | 641,432.76 | 641,432.76 | 5061 |
| Utilities - Electricity | 285.25 | 14,606.31 | 14,891.56 | 5070 |
| Office Supplies & Expense - Maint. & Repairs | 0.00 | 79,338.86 | 79,338.86 | 5080 |
| - Moving & Storage | 9,308.60 | 210,193.40 | 219,502.00 | 5081 |
| - Postage/Handling/Preparation | 0.00 | 40,919.12 | 40,919.12 | 5082 |
| - Reproduction | 0.00 | 183,889.65 | 183,889.65 | 5083 |
| - Locksmith | 0.00 | 5,811.39 | 5,811.39 | 5084 |
| - Security | 0.00 | 249,897.70 | 249,897.70 | 5085 |
| - Supplies | 0.00 | 3,342.03 | 3,342.03 | 5086 |
| - Temporary Help | 0.00 | 4,588,642.69 | 4,588,642.69 | 5087 |
| - Process Server - Complaints | 17,510.00 | 80,150.02 | 97,660.02 | 5088 |
| - Other | 0.00 | 33,798.47 | 33,798.47 | 5089 |
| Taxes | 0.00 | 527.48 | 527.48 | 5090 |
| NYC Commercial Rent Tax | 0.00 | 154,269.47 | 154,269.47 | 5091 |
| Claims Related Costs - Mailing Costs | 0.00 | 23,053.28 | 23,053.28 | 5101 |
| - Publication | 0.00 | 163,961.13 | 163,961.13 | 5102 |
| - Supplies | 0.00 | 16,244.58 | 16,244.58 | 5103 |
| - Printing | 0.00 | 2,207.42 | 2,207.42 | 5104 |
| Court Related Noticing - Postage/Handling/Preparation  *See Note Below | 0.00 | 0.00 | 0.00 | 5106 |
| - Reproduction | 0.00 | 0.00 | 0.00 | 5107 |
| - Supplies | 0.00 | 0.00 | 0.00 | 5108 |
| Scanning - Investigation | 1,506.45 | 5,153,000.23 | 5,154,506.68 | 5110 |
| Foreign Research | 0.00 | 38,975.00 | 38,975.00 | 5112 |
| Miscellaneous | 0.05 | 0.05 | 0.05 | 5115 |
| Hosting Expense | 39,574.84 | 12,338,856.52 | 12,378,431.36 | 5244 |
| Sub-total General Admin. Disbursements | **$81,099.31** | **$35,902,503.02** | **$35,983,602.33** | |
| *Professional Fees and Expenses* | | | | |
| Trustee Fees | 0.00 | 4,377,662.10 | 4,377,662.10 | 5200 |
| Trustee Expenses | 0.00 | 2,549.25 | 2,549.25 | 5201 |
| Trustee Counsel Fees (Baker) | 19,212,172.39 | 328,951,344.45 | 348,163,516.84 | 5210 |
| Trustee Counsel Expenses (Baker) | 459,887.17 | 7,592,623.69 | 8,052,510.86 | 5211 |
| Trustee Counsel Fees (Windels) | 0.00 | 16,143,790.31 | 16,143,790.31 | 5212 |
| Trustee Counsel Expenses (Windels) | 0.00 | 258,928.67 | 258,928.67 | 5213 |
| Special Counsel Fees | 2,235,239.03 | 12,680,684.77 | 14,915,923.80 | 5220 |
| Special Counsel Expenses | 562,814.67 | 1,356,643.85 | 1,919,458.52 | 5221 |
| Consultant Fees | 4,136,459.40 | 234,132,288.28 | 238,268,747.68 | 5240 |
| Consultant Expenses  *See Note Below | 360,411.64 | 9,818,325.45 | 10,178,737.09 | 5241 |
| Investment Banker Fees | 0.00 | 1,050,000.00 | 1,050,000.00 | 5242 |
| Sales Tax | 2,585.55 | 1,104,018.74 | 1,106,604.29 | 5243 |
| Mediator Fees | 37,278.00 | 825,865.83 | 863,143.83 | 5245 |
| Mediator Expenses | 44.67 | 6,227.12 | 6,271.79 | 5246 |
| Receiver Counsel Fees | 0.00 | 300,000.00 | 300,000.00 | 5260 |
| Receiver Counsel Expenses | 0.00 | 6,449.08 | 6,449.08 | 5261 |
| Receiver's Consultants Fees | 0.00 | 316,000.00 | 316,000.00 | 5262 |
| Receiver's Consultants Expenses | 0.00 | 15,000.00 | 15,000.00 | 5263 |
| Sub-total Professional Fees and Expenses | **$27,006,892.52** | **$618,938,401.59** | **$645,945,294.11** | |
| Total Administrative Disbursements | **$27,087,991.83** | **$654,840,904.61** | **$681,928,896.44** | |

Page 2

*See Supporting Schedule on Page 6

Report No. 46

**Period Ended September 30, 2012**

| CASH DISBURSEMENTS: Claim Related Disbursements | Net Change for Period | Prior Period Cumulative | Total Paid | Customer Paid | General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| | | | | Cumulative Totals | | | |
| Customer - Paid Bank Loan | | | | | | | 6021 |
|   - Securities - Cash in Lieu *See Note (6) | 2,441,529,363.26 | 1,126,951,757.94 | 3,568,481,122.20 | 2,772,002,981.79 | | 796,478,145.41 | 6022 |
|   - Securities - Purchases | | | | | | | 6023 |
|   - Indemnification | | | | | | | 6031 |
|   - Cash Balance | | | | | | | 6041 |
| Customer - | | | | | | | 6029 |
| Customer - | | | | | | | 6060 |
| Customer - Trustee Journal Entry | | | | | | | 6000 |
|   per Allocation | | | | | | | 6111 |
| Other - Contractual Commitments | | | | | | | 6121 |
|   - P4 Bank Loan | | | | | | | 6131 |
|   - Indemnification | | | | | | | 6140 |
| Other - | | | | | | | 6150 |
| Other - | | | | | | | 6160 |
| Other - | | | | | | | |
| Other - Trustee Journal Entry | | | | | | | 6100 |
|   per Allocation | | | | | | | 6200 |
| General Creditor | | | | | | | |
| Sub-total Claim Disbursements | 2,441,529,363.26 | 1,126,951,757.94 | 3,568,481,122.20 | 2,772,002,981.79 | $0.00 | 796,478,145.41 | |
| | | | | | | | |
| Other Disbursements (except investments) | | | | | | | |
| SIPC - Refunds - Recoupment | | | | | | | 6301 |
|   - Indemnification | | | | | | | 6310 |
|   - Contr. Commitments | | | | | | | 6311 |
|   - Paid Bank Loan | | | | | | | 6321 |
|   - Subrogation *See Note (5) | | | | | | | 6322 |
| Other - | | | | | | | 6440 |
| Other - | | | | | | | 6441 |
| Other - | | | | | | | 6442 |
| Other - | | | | | | | 6443 |
| Other - | | | | | | | 6464 |
| Sub-total Other Disbursements | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Investments by Trustee - Purchases *See Note (1), (2) and (3) | $574,988.01 | $88,057,474,834.59 | $88,613,040,737.52 | | | | |
| Sub-total Administrative Disb. - page 2 | 322,897,991.83 | 358,568,904.65 | $681,528,894.48 | | | $681,528,896.48 | 71000 |
| Total Disbursements | 22,669,992,363.99 | 89,779,567,497.46 | $112,269,559,763.58 | $2,772,002,981.79 | $0.00 | $1,478,407,039.89 | |
| | | | | | | | |
| Total Receipts less Disbursements | 133,058,641.66 | $72,358,039.91 | $105,405,675.91 | $6,416,577,642.08 | $0.00 | ($45,630,032.90) | |
| Ending Cash Balance *See Note (6) | $105,405,675.91 | | | | | | |

Page 3

* Note (1) On January 30, 2009, Depository Trust & Clearing Corp. transferred to the Trustee's brokerage account 1,601 securities positions with a market value of $309,841,662. Subsequently, additional funds and securities totaling $17,631,646 were transferred into this account. On September 30, 2011 a total of $11,500,000 was transferred from this account into a distribution account established at Citibank. In November 2011, $2,145,952 in cash and $329,816,331 in securities were transferred into the Citibank preferred custody account. In December 2011 and January 2012, $11,025 in cash was transferred to the Citibank operating account prior to the closing the account. The total net equity value of this account at September 30, 2012 is $0.

* Note (2) On August 17, 2009, a preferred custody account maintained by Citibank was established and $1,843,970,385 has been transferred into the account. As of September 30, 2012, a total of $565,710,000 has been transferred from this account into a distribution account at Citibank. In addition, on December 21, 2009, an insured money market account maintained by Citibank was established and $135,813,336 has been transferred into the account. Then on December 22, 2010 a third Citibank account was established for settlements rounded and $1,025,923,421 has been transferred into the account. As of September 30, 2011, a total of $605,000,000 has been transferred from this account into a distribution account at Citibank. As of September 30, 2012 the total net equity value of these three accounts was $1,782,728,033. (See page 5 for more details)

* Note (3) In July of 2012, an investment account was established at JP Morgan Chase and $5,003,585,165 of U.S. Treasury Bills, which were previously held in an Escrow Account, were transferred into the account. In September 2012, an additional amount of $137,507 was reinvested into this account and $1,500,000,000 was transferred into a distribution account maintained at Citibank. The market value of this account at September 30, 2012 was $3,503,932,172. (See page 5 for more details)

* Note (4) The ending cash balance includes a $61,309,630.04 balance in the Citibank Business Checking Account and $44,396,047.91 in the Citibank Distribution Account.

* Note (5) SIPC has deferred receiving subrogation payments totaling $88,330,529.01 and the Trustee is holding these funds at the present time.

* Note (6) The difference between Customer Claim Payments of $796,478,145.41 and SIPC Advances of $795,340,197.53 is the result of timing differences between the date the claim was paid and the date the advance was requested.

Period Ended September 30, 2012                                    Report No. 46

## SUMMARY INFORMATION ON STATUS OF LIQUIDATION

|  | Customer Claimants | Broker/Dealer Claimants | General Estate Claimants |
|---|---|---|---|
| Claims received | 16,519 | 49 | 94 |
| Claims satisfied by distribution of cash and/or securities: | | | |
| a. As part of the transfer in bulk | | | |
| b. On an account by account basis-Fully Satisfied (1) | 1,198 | | |
| c. On an account by account basis-Partially Satisfied (1) | 1,265 | | |
|  | 2,463 | | |
| Claims Determined - no claims | 12 | | |
| Claims Deemed Determined - pending litigation | 179 | | |
| Claims Determined - withdrawn | 153 | | |
| Claims Determined but not yet satisfied (1) | 30 | | |
| Claims under review | 2 | 49 | 94 |
| Claims Denied: | | | |
| a. No Claims | | | |
| c. Assets at Another Broker | | | |
| c. Other Denials for which no objections were filed (1) | 9,534 | | |
| d. Denials for which objections were filed: | | | |
|   - Hearing not yet set | 3,502 | | |
|   - Set for Hearing | 644 | | |
|   - Adjudicated | | | |
|  | 14,056 | 49 | 94 |

| Accounts with cash and/or securities which were transferred in bulk Filing Date Value | |
|---|---|
| Customer name securities distributed | |
| Customer fund securities distributed | |
|  | $ |

(1) To the extent satisfied, customer claims have been paid with up to
    the maximum SIPC advance of $500,000.


_(Trustee's Signature)_                          10/16/2012
                                                 (Date)

_(Accountant 's Signature)_                       10/15/2012
                                                 (Date)

Page 4

Period Ended September 30, 2012

Report No. 46

IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS LLC
Investment Accounts

| | Citibank Preferred Custody Account-Original Account | | | | | | Citibank Preferred Custody Account-#2 | Citibusiness IMMA Account | |
| | Cash Assets/Mutual Funds | U.S. Treasury Bills | US Treasury Notes | Equities | Accrued Interest | Account Balance | Cash Assets/Mutual Funds | Account Balance | Total Citibank |
|---|---|---|---|---|---|---|---|---|---|
| Balance August 31, 2012 | 2,804,188 | 1,438,440,316 | 103,039,565 | 15,131 | 22,217 | 1,544,321,417 | 1,009,932,421 | 135,785,407 | 2,690,039,245 |
| Maturity of U.S. Treasury Bills | 265,594,063 | (265,594,063) | | | | - | | - | - |
| Sales of Securities | 15,024 | | | (15,024) | | - | | | - |
| Realized Gain or Loss on Sale of Securities | | | | (107) | | (107) | | | (107) |
| Unrealized Gain or (Loss) | | 143,194 | 3,094 | | | 146,288 | | | 146,288 |
| Interest and Dividends Earned | | | | | | | | | |
| Interest | 15,937 | | | | 10,569 | 26,506 | 108,231 | 27,828 | 162,565 |
| Dividends | 23 | | | | 19 | 42 | | | 42 |
| Transferred to Citibank Distribution Account | (265,610,000) | | | | | (265,610,000) | (642,000,000) | | (907,610,000) |
| Balance September 30, 2012 | 2,819,235 | 1,172,989,447 | 103,042,659 | - | 32,805 | 1,278,894,146 | 368,040,652 | 135,813,235 | 1,782,738,033 |

JP Morgan Chase

| | Cash | U.S. Treasury Bills | Account Balance |
|---|---|---|---|
| Balance August 31, 2012 | 68,902 | 5,003,596,031 | 5,003,664,933 |
| Maturity of U.S. Treasury Bills | 1,500,007,997 | (1,500,007,997) | - |
| Unrealized Gain or (Loss) | | 275,236 | 275,236 |
| Interest and Dividends Earned | | | |
| Interest | 60,003 | | 60,003 |
| Dividends | | | |
| Transferred to Citibank Distribution Account | (1,500,068,000) | | (1,500,000,000) |
| Balance September 30, 2012 | 68,902 | 3,503,863,270 | 3,503,932,172 |

Page 5

**Period Ended September 30, 2012**                                            **Report No. 46**

### IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS LLC
#### Consultant Expenses for Court Related Noticing

|  | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid |
|---|---|---|---|
| Postage / Handling / Preparation | 59,358.11 | 390,411.06 | 449,769.17 |
| Printing | 44,945.40 | 0.00 | 44,945.40 |
| Reproduction Costs | 0.00 | 558,440.10 | 558,440.10 |
| Supplies | 3,593.90 | 75,881.21 | 79,475.11 |
| **Total  *See Note Below** | **$107,897.41** | **$1,024,732.37** | **$1,132,629.78** |

Page 6

*Note: All of the expenses above were incurred by consultants in connection with court related noticing procedures, and are included in the Consultant Expenses line (Account #5241) on Page 2 of the SIPC Form 17.