BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Bik Cheema
Email: bcheema@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

### NOTICE OF ADJOURNMENT FOR TIME-BASED DAMAGES ISSUE

**PLEASE TAKE NOTICE** that due to the storms affecting the New York metropolitan area, the deadline for claimants who wish to participate in the briefing on this issue ("Objecting Claimants") to file a memorandum of law in opposition to the Trustee's Motion for an Order

300264405

Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages [Docket No. 5038] (the "Motion") has been adjourned from November 12, 2012 to on or before December 3, 2012.

**PLEASE TAKE FURTHER NOTICE** that the deadline for Interested Parties, defined as governmental entities, and specifically including the Securities & Exchange Commission and the Internal Revenue Service, to file briefs relating to the Motion has been adjourned from November 19, 2012 to on or before December 10, 2012.

**PLEASE TAKE FURTHER NOTICE** that the deadline for the Trustee and the Securities Investor Protection Corporation, to file reply papers in support of the Motion has been adjourned from December 18, 2012 to on or before January 17, 2013.

**PLEASE TAKE FURTHER NOTICE** the hearing on the Motion that had been scheduled for January 10, 2013, at 10:00 a.m., in the above-captioned proceeding, has been adjourned to **February 13, 2013, at 10:00 a.m.**

Dated:  New York, New York
        November 7, 2012

*s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Bik Cheema
Email: bcheema@bakerlaw.com
*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*