**DICKSTEIN SHAPIRO LLP**
1633 Broadway
New York, New York  10019-6708
Telephone 212-277-6500
Direct Line  212-277-6674
Facsimile  917-591-2647
By:  Don Abraham, Esq.  (Abrahamd@dicksteinshapiro.com)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br><div align="center">Debtor.</div> | **Bankruptcy Case No. 08-1789 (BRL)**<br><br>**(Substantially Consolidated)** |

<div align="center">

### WITHDRAWAL OF NOTICE OF APPEARANCE

</div>

**PLEASE  TAKE  NOTICE**, that the undersigned hereby withdraws the appearance previously entered on behalf of Creditor George Faris.  Please remove the undersigned from all service lists, including this Court's electronic notification list, and the mailing list in this case.

Dated: New York, New York
        November 8, 2012

<div align="center">

**DICKSTEIN SHAPIRO LLP**

</div>

By:_____*s/Don Abraham*_____
    Don Abraham, Esq.

    1633 Broadway
    New York, New York  10019-6708
    Telephone 212-277-6500
    Direct Line  212-277-6674
    Facsimile  917-591-2647
    Email:  Abrahamd@dicksteinshapiro.com