UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |

### ORDER GRANTING TRUSTEE'S MOTION
### TO RETAIN TRIAY STAGNETTO NEISH
### AS SPECIAL COUNSEL *NUNC PRO TUNC* AS OF SEPTEMBER 11, 2012

Upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, for authority to retain Triay Stagnetto Neish as special counsel, *nunc pro tunc* as of September 11, 2012, and due and proper notice having been given under the circumstances of this case, and the Securities Investor Protection Corporation having consented to the proposed retention of Triay Stagnetto Neish as special counsel, and after due deliberation,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Court finds that Triay Stagnetto Neish is hereby deemed disinterested under

    15 U.S.C. § 78eee(b)(6)(B).

3.    The Trustee is authorized to retain Triay Stagnetto Neish as special counsel to the Trustee as provided in the Motion, *nunc pro tunc* as of September 11, 2012.

Dated: New York, New York
       November 13, 2012

    /s/Burton R. Lifland
    HONORABLE BURTON R. LIFLAND
    UNITED STATES BANKRUPTCY JUDGE