**DICKSTEIN SHAPIRO LLP**
1633 Broadway
New York, New York  10019-6708
Telephone 212-277-6500
Direct Line  212-277-6674
Facsimile  917-591-2647
By:  Don Abraham, Esq.  (Abrahamd@dicksteinshapiro.com)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | **Bankruptcy Case No. 08-1789 (BRL)**<br><br>**(Substantially Consolidated)** |

## WITHDRAWAL OF NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby withdraws the appearance previously entered on behalf of Creditor Donald Rynne.  Please remove the undersigned from all service lists, including this Court's electronic notification list, and the mailing list in this case.

Dated: New York, New York
         November 14, 2012

**DICKSTEIN SHAPIRO LLP**

By:_____*s/Don Abraham*_____
   Don Abraham, Esq.

   1633 Broadway
   New York, New York  10019-6708
   Telephone 212-277-6500
   Direct Line  212-277-6674
   Facsimile  917-591-2647
   Email:  Abrahamd@dicksteinshapiro.com

{00285755.DOC;}