UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Debtor.

SECURITIES INVESTOR PROTECTION
CORPORATION
    Plaintiff,
v.
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
    Defendant.

SIPA LIQUIDATION

Case No. 08-01789 (BRL)

(Substantively Consolidated)

## NOTICE OF WITHDRAWAL OF OBJECTION

    Irrevocable Trust for the Benefit of Samantha Fronstin ("Claimant"), having filed an objection to the Trustee's Notice of Determination respecting Claimant's customer claim #012984 (the "Objection", Docket No. 3266), hereby gives notice that it is withdrawing such Objection.

Dated: October 19, 2012

Michelle Merson Fronstin, Trustee

*[signature]*

P.O. Box 810577
Boca Raton, FL 33481
Tel: 561-477-2872