UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br>    Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Entrust Administrative Services, Custodian for Robert M. Randquist, IRA ("Claimant"), having filed an objection to the Trustee's Notice of Determination respecting Claimant's customer claim #013004 (the "Objection", Docket No. 3227), hereby gives notice that it is withdrawing such Objection.

Dated: October 19, 2012

                                        Entrust Administrative Services, Inc.

By._____
Robert M. Randquist, beneficial owner on behalf of
Of Entrust Administrative Services, Inc.
    P.O. Box 810577
    Boca Raton, FL 33481
    Tel: 561-477-2872