UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br>       Plaintiff,<br>       v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>       Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

      Irrevocable Trust for the Benefit of Rebecca Merson ("Claimant"), having filed an objection to the Trustee's Notice of Determination respecting Claimant's customer claim #013005 (the "Objection", Docket No. 3224), hereby gives notice that it is withdrawing such Objection.

Dated: October 19, 2012

                                                     Howard Merson, Trustee

                                                       *[signature]*
                                                       P.O. Box 810577
                                                       Boca Raton, FL 33481
                                                       Tel: 561-477-2872