UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br>        Plaintiff,<br>        v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>        Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

      Robert M. Merson ("Claimant"), having filed an objection to the Trustee's Notice of Determination respecting Claimant's customer claim #013006 (the "Objection", Docket No. 3220), hereby gives notice that it is withdrawing such Objection.

Dated: October 19, 2012

                                                      Robert M. Merson

By: *[signature]*
By: Robert M. Merson
400 S.E. 5th Ave. #1103N
Boca Raton, FL 33432
Tel: 561-994-9380