**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani
Robert S. Loigman
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Telecopier: (212) 849-7100

*Attorneys for Kingate Global Ltd. and Kingate Euro Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,**  **PLAINTIFF-APPLICANT,** V. **BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**  **DEFENDANT.** | **NO. 08-01789 (BRL)** **SIPA LIQUIDATION** **(SUBSTANTIVELY CONSOLIDATED)** |
| **IN RE:** **BERNARD L. MADOFF,**  **DEBTOR.** | |

**NOTICE OF APPEARANCE**

03972.61603/5023438.1

**PLEASE TAKE NOTICE** that the undersigned, an attorney with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, hereby appears as counsel of record for Kingate Global Fund Ltd. and Kingate Euro Fund Ltd., and requests that copies of any and all notices and papers filed or entered in this case be given to and served upon the undersigned.

Dated: New York, NY
       November 20, 2012       QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   /s/ Xochitl S. Strohbehn
Xochitl S. Strohbehn
51 Madison Avenue, 22 Floor
New York, New York, 10010
Tel:   (212) 849-7465
Fax:   (212) 849-7100
Email: xochitlstrohbehn@quinnemanuel.com

*Attorney for Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*