**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (BRL) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**AFFIDAVIT OF MAILING**

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) ss: |
| COUNTY OF DALLAS | ) |

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On November 16, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Order Denying Motion to Remove Irving H. Picard as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff [Docket No. 5080]

Executed on Nov. 20, 2012

_____
John S. Franks

Sworn to and subscribed before me this 20th day of Nov, 2012



(SEAL)

_____
Mary Suzette Betik
Notary Public

2

# Exhibit A

SERVICE LIST A
11/16/2012

| USPS | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|
| X | STEVEN SURABIAN | | 1230 RT. 28 | | SOUH YARMOUTH | MA | 02664 |
| X | RICHARD SURABIAN<br>MARTIN M. SURABIAN | | P.O. BOX 397 | | WEST HYANNISPORT | MA | 02672 |