**Exhibit B**

SUMMARY OF NINTH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM FEBRUARY 1, 2012 THROUGH AND INCLUDING JUNE 30, 2012

| Name | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners and Special Counsel** | | | | |
| Alan Nisselson | 1977 | 595.00 | 10.60 | $ 6,307.00 |
| Howard L. Simon | 1977 | 535.00 | 608.80 | 325,708.00 |
| Clark Alpert | 1978 | 490.00 | 500.30 | 245,147.00 |
| Leslie S. Barr | 1985 | 470.00 | 3.40 | 1,598.00 |
| Antonio J. Casas | 1993 | 405.00 | 386.40 | 156,492.00 |
| Kim M. Longo | 2002 | 405.00 | 1,014.80 | 410,994.00 |
| **Total Partners and Special Counsel** | | | **2,524.30** | **$ 1,146,246.00** |

| Name | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Associates** | | | | |
| Thomas A. Banahan | 1979 | 480.00 | 1.00 | $ 480.00 |
| Karen M. Cullen | 1981 | 395.00 | 796.40 | 314,578.00 |
| David N. Butler | 1985 | 380.00 | 549.90 | 208,962.00 |
| Carol LaFond | 2000 | 370.00 | 783.87 | 290,031.90 |
| Brian W. Kreutter | 2003 | 335.00 | 705.10 | 236,208.50 |
| Craig D. Gottilla | 1999 | 325.00 | 10.80 | 3,510.00 |
| Jeremy G. Weiss | 1993 | 330.00 | 20.40 | 6,732.00 |
| John J. Tepedino | 2005 | 335.00 | 308.80 | 103,448.00 |
| Yani Indrajana Ho | 2005 | 315.00 | 704.30 | 221,854.50 |
| Alan D. Lawn | 2009 | 305.00 | 537.80 | 164,029.00 |
| Matthew C. Capozzoli | 2006 | 265.00 | 138.40 | 36,676.00 |
| **Total Associates** | | | **4,556.77** | **$ 1,586,509.90** |

| Name | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Paraprofessionals | | | |
| Anna Cote | 245.00 | 0.50 | $ 122.50 |
| Kevin D. Coleman | 245.00 | 113.40 | 27,783.00 |
| Joel Solomon | 220.00 | 5.20 | 1,144.00 |
| Anthony T. Navatto | 210.00 | 483.90 | 101,619.00 |
| Tracy Heston | 205.00 | 0.20 | 41.00 |
| Christopher Reilly | 190.00 | 144.00 | 27,360.00 |
| Jennifer Ryan | 180.00 | 252.10 | 45,378.00 |
| Lisa M. Winkler | 175.00 | 23.80 | 4,165.00 |
| Lucas Croslow | 175.00 | 5.90 | 1,032.50 |
| Michael A. Simon | 160.00 | 278.30 | 44,528.00 |
| Cheryll V. Cabrera | 120.00 | 2.50 | 300.00 |
| **Total Paraprofessionals** | | **1,309.80** | **$ 253,473.00** |

| | | Total Hours | Total Fees |
|---|---|---|---|
| **Partners and Special Counsel** | | 2,524.30 | $ 1,146,246.00 |
| **Associates** | | 4,556.77 | 1,586,509.90 |
| **Paraprofessionals** | | 1,309.80 | 253,473.00 |
| **Blended Attorney Rate** | 385.92 | | |
| **GRAND TOTAL** | | 8,390.87 | $ 2,986,228.90 |