### Exhibit C

EXPENSE SUMMARY BY WINDELS MARX LANE &
MITTENDORF FOR NINTH INTERIM PERIOD OF
FEBRUARY 1, 2012 THROUGH JUNE 30, 2012

| Code Description | Amount |
|---|---:|
| Copying | $ 856.60 |
| Telephone | 604.28 |
| Online Research | 11,021.64 |
| Delivery Services/Messenger | 1,993.87 |
| Postage | 67.46 |
| Search Fees | 2,379.54 |
| Other | 3,518.91 |
| **TOTAL** | **$ 20,442.30** |