**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF FOR NINTH INTERIM PERIOD OF FEBRUARY 1, 2012 THROUGH JUNE 30, 2012

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 590.20 | $ 190,405.00 |
| | | 007 | Fee Application | 126.80 | 50,995.00 |
| | | 041 | Discovery, Document Review, Document Production | 605.65 | 190,518.75 |
| | | 042 | Bankruptcy Court Litigation | 176.50 | 58,119.50 |
| | | L140 | Document/File Management | 13.15 | 4,894.75 |
| 3 | Hardship | 010 | Litigation | 53.30 | 17,694.50 |
| 4 | BLM Air - Chapter 11 | 010 | Litigation | 80.50 | 27,015.00 |
| 6 | BLM Air - Sale of Aircraft Interest | 010 | Litigation | 5.60 | 2,359.00 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 767.70 | 249,127.50 |
| 8 | Madoff Family Entities | 010 | Litigation | 275.60 | 97,470.00 |
| 9 | Ivy/Beacon | 010 | Litigation | 2,529.37 | 1,025,415.90 |
| 10 | Blumenfeld | 010 | Litigation | 370.10 | 133,301.50 |
| 11 | Austin | 010 | Litigation | 943.10 | 371,524.50 |
| 12 | Credit Suisse | 010 | Litigation | 183.20 | 67,265.50 |
| 13 | Solon Capital | 010 | Litigation | 57.90 | 19,185.50 |
| 14 | Zephyros | 039 | Trustee Investigations | 194.00 | 55,820.00 |
| | | 010 | Litigation | 16.30 | 5,263.00 |
| 15 | Mistral | 039 | Trustee Investigations | 88.30 | 26,768.50 |
| | | 010 | Litigation | 12.40 | 4,042.50 |
| 16 | Societe Generale | 039 | Trustee Investigations | 472.00 | 144,100.00 |
| | | 010 | Litigation | 67.60 | 17,189.00 |
| 17 | Royal Bank of Canada | 039 | Trustee Investigations | 432.40 | 129,288.50 |
| | | 010 | Litigation | 46.50 | 12,585.00 |
| 18 | Clariden Leu | 039 | Trustee Investigations | 179.10 | 53,243.00 |
| | | 010 | Litigation | 72.80 | 22,196.50 |
| 19 | Trincastar Corp. | 010 | Litigation | 30.80 | 10,441.00 |
| | | | **TOTALS:** | **8,390.87** | **$ 2,986,228.90** |