EXHIBIT B
SUMMARY OF TENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM FEBRUARY 1, 2012 THROUGH JUNE 30, 2012

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein, Eugene | 1965 | 485.00 | 92.00 | 44,620.00 |
| | Picard, Irving H. | 1966 | 890.00 | 742.40 | 660,736.00 |
| | Sheehan, David J. | 1968 | 890.00 | 1,028.20 | 915,098.00 |
| | Colombo, Louis A | 1973 | 595.00 | 216.30 | 128,698.50 |
| | Cymrot, Mark A | 1973 | 850.00 | 6.40 | 5,440.00 |
| | Matthias, Michael R | 1973 | 625.00 | 332.50 | 207,812.50 |
| | Moscow, John W | 1973 | 775.00 | 109.70 | 85,017.50 |
| | Bash, Brian A | 1975 | 680.00 | 140.20 | 95,336.00 |
| | Long, Thomas L | 1976 | 725.00 | 1,012.80 | 734,280.00 |
| | Gibson, Wendy J | 1979 | 495.00 | 572.90 | 283,585.50 |
| | Powers, Marc D | 1981 | 790.00 | 361.10 | 285,269.00 |
| | Chockley III, Frederick W | 1982 | 725.00 | 145.40 | 105,415.00 |
| | Ponto, Geraldine E. | 1982 | 800.00 | 870.60 | 696,480.00 |
| | Hannon, John P | 1983 | 670.00 | 80.70 | 54,069.00 |
| | McGowan Jr, John J | 1984 | 560.00 | 88.70 | 49,672.00 |
| | Quiat, Laurin D | 1985 | 545.00 | 29.00 | 15,805.00 |
| | Smith, Elizabeth A | 1985 | 780.00 | 249.00 | 194,220.00 |
| | McDonald, Heather J | 1986 | 600.00 | 632.20 | 379,320.00 |
| | Reich, Andrew W | 1987 | 565.00 | 460.80 | 260,352.00 |
| | Siegal, John | 1987 | 775.00 | 76.30 | 59,132.50 |
| | Tobin, Donna A. | 1987 | 670.00 | 478.00 | 320,260.00 |
| | Burke, John J | 1988 | 650.00 | 239.70 | 155,805.00 |
| | Ferguson, Gerald J | 1988 | 725.00 | 1.00 | 725.00 |
| | Susanin, Timothy S. | 1988 | 850.00 | 698.90 | 594,065.00 |
| | DeLancey, Leah E | 1990 | 595.00 | 16.40 | 9,758.00 |
| | Douthett, Breaden M | 1991 | 380.00 | 73.40 | 27,892.00 |
| | Goldberg, Steven H | 1991 | 875.00 | 495.80 | 433,825.00 |
| | Hunt, Dean D | 1991 | 595.00 | 469.50 | 279,352.50 |
| | Resnick, Lauren J | 1991 | 865.00 | 173.90 | 150,423.50 |
| | Hirschfield, Marc E. | 1992 | 800.00 | 587.50 | 470,000.00 |
| | Selby, Judy A. | 1992 | 775.00 | 765.30 | 593,107.50 |
| | Warren, Thomas D | 1992 | 675.00 | 288.80 | 194,940.00 |
| | Gluck, Peter J. | 1993 | 500.00 | 15.80 | 7,900.00 |
| | Griffin, Regina L. | 1993 | 825.00 | 772.50 | 637,312.50 |
| | Kornfeld, Mark A. | 1993 | 825.00 | 914.00 | 754,050.00 |
| | Renner, Deborah H. | 1993 | 825.00 | 795.80 | 656,535.00 |
| | Sessions, Gracelyn M. | 1993 | 470.00 | 1.00 | 470.00 |
| | Sarlson, Katherine G | 1994 | 225.00 | 76.50 | 17,212.50 |
| | Brennan, Terry M | 1995 | 450.00 | 134.30 | 60,435.00 |
| | Culbertson, William J | 1995 | 405.00 | 8.00 | 3,240.00 |
| | Fuller, Lars H. | 1995 | 375.00 | 6.60 | 2,475.00 |
| | Scaletta, Anthony J | 1995 | 425.00 | 93.60 | 39,780.00 |
| | Cole, Tracy L | 1996 | 700.00 | 575.30 | 402,710.00 |
| | Levin, Richard B. | 1996 | 415.00 | 4.00 | 1,660.00 |
| | Munn, Demetri E | 1996 | 430.00 | 45.30 | 19,479.00 |
| | Turner, Christa C. | 1996 | 425.00 | 313.40 | 133,195.00 |
| | Enockson, Paul S | 1997 | 440.00 | 120.20 | 52,888.00 |
| | Hoang, Lan | 1997 | 710.00 | 1,005.00 | 713,550.00 |
| | Murphy, Keith R. | 1997 | 825.00 | 770.20 | 635,415.00 |
| | Scully, Elizabeth A | 1997 | 600.00 | 11.50 | 6,900.00 |
| | Fish, Eric R. | 1998 | 625.00 | 392.80 | 245,500.00 |
| | New, Jonathan B. | 1998 | 825.00 | 57.20 | 47,190.00 |
| | Perdion, Jason P | 1998 | 395.00 | 80.20 | 31,679.00 |
| | Roegge, Jeannette O. | 1998 | 350.00 | 18.30 | 6,405.00 |
| | Rollinson, James H | 1998 | 405.00 | 311.60 | 126,198.00 |
| | Rose, Jorian L. | 1998 | 750.00 | 827.80 | 620,850.00 |
| | Wall, Brett A | 1998 | 435.00 | 205.80 | 89,523.00 |
| | Wang, Ona T | 1998 | 695.00 | 187.80 | 130,521.00 |
| | Warshavsky, Oren J. | 1998 | 825.00 | 1,086.80 | 896,610.00 |
| | Bracy, Deborah K. | 1999 | 395.00 | 23.30 | 9,203.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Fischbach, Ryan D | 1999 | 450.00 | 23.50 | 10,575.00 |
| | Pergament, Benjamin D | 1999 | 600.00 | 404.10 | 242,460.00 |
| | Bohorquez Jr, Fernando A | 2000 | 675.00 | 772.00 | 521,100.00 |
| | Cremona, Nicholas J. | 2000 | 740.00 | 944.30 | 698,782.00 |
| | Schlegelmilch, Stephan J | 2000 | 385.00 | 51.60 | 19,866.00 |
| | Alaverdi, Loura L | 2001 | 550.00 | 421.00 | 231,550.00 |
| | Beckerlegge, Robertson D | 2001 | 540.00 | 220.70 | 119,178.00 |
| | Burgan, Kelly S | 2001 | 435.00 | 84.50 | 36,757.50 |
| | Fokas, Jimmy | 2001 | 700.00 | 262.20 | 183,540.00 |
| | Oppenheim, Adam B. | 2001 | 685.00 | 758.70 | 519,709.50 |
| | Pfeifer, Timothy S. | 2001 | 700.00 | 841.60 | 589,120.00 |
| | Skapof, Marc | 2001 | 685.00 | 564.70 | 386,819.50 |
| | Snarr, Michael S | 2001 | 520.00 | 21.00 | 10,920.00 |
| | Weiser, Scott R. | 2001 | 595.00 | 18.00 | 10,710.00 |
| | Zeballos, Gonzalo S. | 2001 | 750.00 | 646.00 | 484,500.00 |
| | Wearsch, Thomas M | 2002 | 575.00 | 401.00 | 230,575.00 |
| | Hochmuth, Farrell A | 2003 | 435.00 | 468.00 | 203,580.00 |
| | Jacobs, Edward J. | 2003 | 575.00 | 919.80 | 528,885.00 |
| | Jenson, Karin Scholz | 2003 | 523.46 | 776.50 | 388,376.50 |
| | Oliver, Jason S. | 2003 | 575.00 | 6.60 | 3,795.00 |
| | Wilde, Michael C | 2003 | 325.00 | 97.60 | 31,720.00 |
| | Kitaev, Erica G. | 2004 | 350.00 | 84.30 | 29,505.00 |
| | Kitchen, David E | 2004 | 355.00 | 526.90 | 187,049.50 |
| | Smith, Rachel M | 2004 | 400.00 | 93.50 | 37,400.00 |
| | Proano, David F | 2005 | 315.00 | 11.30 | 3,559.50 |
| | Conley, Sylvia J | 2006 | 549.60 | 499.90 | 273,518.00 |
| Partners and of Counsel Total | | | 687.02 | 30,309.30 | 20,822,949.50 |
| Associates | Bieler, Philip | 1994 | 425.00 | 693.40 | 294,695.00 |
| | Kates, Elyssa S. | 2000 | 550.00 | 534.80 | 294,140.00 |
| | Bell, Stacey A. | 2001 | 600.00 | 889.80 | 533,880.00 |
| | Esser, Brian K | 2001 | 615.00 | 812.80 | 499,872.00 |
| | Shivnarain, Dwayne A. | 2001 | 515.00 | 72.40 | 37,286.00 |
| | North, Geoffrey A. | 2002 | 575.00 | 1,074.70 | 617,952.50 |
| | Song, Brian W. | 2002 | 450.00 | 675.80 | 304,110.00 |
| | Cheema, Bik | 2003 | 525.00 | 884.70 | 464,467.50 |
| | Malchow, Jessica P. | 2003 | 330.00 | 5.10 | 1,683.00 |
| | Malek, Sammi | 2003 | 560.00 | 758.50 | 424,760.00 |
| | Shields, Nkosi D. | 2003 | 439.64 | 857.30 | 375,034.00 |
| | Wlodek, Heather | 2003 | 450.00 | 441.40 | 198,630.00 |
| | Cohen, Dennis O | 2004 | 525.00 | 1.40 | 735.00 |
| | Gabriel, Jessie M | 2004 | 450.00 | 377.20 | 169,740.00 |
| | Glasser, Michael P. | 2004 | 525.00 | 14.80 | 7,770.00 |
| | Karttunen, Timo | 2004 | 465.00 | 165.70 | 77,050.50 |
| | Obhof, Larry J. | 2004 | 330.00 | 103.50 | 34,155.00 |
| | Allen, Brian F. | 2005 | 430.00 | 500.70 | 215,301.00 |
| | Benavides, Michelle | 2005 | 395.00 | 63.10 | 24,924.50 |
| | Biggs, Ambika J | 2005 | 440.00 | 56.90 | 25,036.00 |
| | Bodenheimer, Henry C. | 2005 | 500.00 | 772.70 | 386,350.00 |
| | Carvalho, Melissa M. | 2005 | 525.00 | 165.80 | 87,045.00 |
| | Chow, Teresa C. | 2005 | 395.00 | 149.00 | 58,855.00 |
| | Hartman, Ruth E | 2005 | 315.00 | 574.20 | 180,873.00 |
| | Rodriguez, Alberto | 2005 | 525.00 | 198.20 | 104,055.00 |
| | Stanganelli, Maryanne | 2005 | 525.00 | 285.10 | 149,677.50 |
| | Stump, Jacob R. | 2005 | 310.00 | 319.00 | 98,890.00 |
| | Thorpe, Courtni E | 2005 | 305.00 | 23.60 | 7,198.00 |
| | White, Nicholas L | 2005 | 305.00 | 24.20 | 7,381.00 |
| | Carlisle, Marie L. | 2006 | 375.00 | 801.00 | 300,375.00 |
| | DeGaetano, Melissa A | 2006 | 295.00 | 5.30 | 1,563.50 |
| | Feil, Matthew D. | 2006 | 475.00 | 839.90 | 398,952.50 |
| | Heim, Kathryn M. | 2006 | 465.00 | 438.10 | 203,716.50 |
| | Kosack, Melissa L. | 2006 | 485.00 | 914.30 | 443,435.50 |
| | Lange, Gretchen L | 2006 | 295.00 | 13.00 | 3,835.00 |
| | Longstaff, Carrie | 2006 | 485.00 | 866.60 | 420,301.00 |
| | Nevin, Douglas M | 2006 | 500.00 | 24.40 | 12,200.00 |
| | Olson, Stephen T | 2006 | 450.00 | 31.80 | 14,310.00 |
| | Petrelli III, John W | 2006 | 380.00 | 50.40 | 19,152.00 |
| | Shoshany, Lindsey A. | 2006 | 425.00 | 391.70 | 166,472.50 |
| | Tobin, Sarah M | 2006 | 380.00 | 228.50 | 86,830.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Vanderwal, Amy E. | 2006 | 525.00 | 560.50 | 294,262.50 |
| | Yates, Shana M. | 2006 | 425.00 | 54.10 | 22,992.50 |
| | Barker Brown, Erin R | 2007 | 275.00 | 10.60 | 2,915.00 |
| | Biegelman, Daniel R. | 2007 | 435.00 | 126.90 | 55,201.50 |
| | Bobb, Matthew I. | 2007 | 387.50 | 150.30 | 59,085.50 |
| | Brown, Seanna R. | 2007 | 575.00 | 878.50 | 505,137.50 |
| | Calvani, Torello H. | 2007 | 525.00 | 1,060.80 | 556,920.00 |
| | Casey IV, James P. | 2007 | 350.00 | 9.80 | 3,430.00 |
| | Donnelly, Katayoun A. | 2007 | 290.00 | 13.40 | 3,886.00 |
| | Garvin, Naima J. | 2007 | 525.00 | 6.60 | 3,465.00 |
| | Goldmark, Jena B. | 2007 | 415.00 | 853.10 | 354,036.50 |
| | Howard, Emily A. | 2007 | 435.00 | 444.70 | 193,444.50 |
| | Jacobson, Michael B | 2007 | 425.00 | 2.70 | 1,147.50 |
| | Jones, Bradley K. | 2007 | 135.00 | 10.40 | 1,404.00 |
| | Karp, Brian S. | 2007 | 500.00 | 145.80 | 72,900.00 |
| | Klidonas, George | 2007 | 425.00 | 829.20 | 352,410.00 |
| | Lawrence, Kelvin M | 2007 | 270.00 | 228.60 | 61,722.00 |
| | Lee, Joon | 2007 | 415.00 | 759.10 | 315,026.50 |
| | Liburd, Essence | 2007 | 450.00 | 151.60 | 68,220.00 |
| | Nelson, Maritza S | 2007 | 275.00 | 439.80 | 120,945.00 |
| | Ranade, Samir K. | 2007 | 500.00 | 976.70 | 488,350.00 |
| | Ritz, Kenneth A. | 2007 | 415.00 | 799.00 | 331,585.00 |
| | Truong, Sarah J. | 2007 | 525.00 | 583.30 | 306,232.50 |
| | Walrath, Jennifer M | 2007 | 460.00 | 2.40 | 1,104.00 |
| | Amin, Tina U | 2008 | 290.00 | 286.50 | 83,085.00 |
| | Carbajal, Natacha | 2008 | 475.00 | 438.90 | 208,477.50 |
| | Choi, David | 2008 | 400.00 | 926.10 | 370,440.00 |
| | Day, James W. | 2008 | 425.00 | 536.20 | 227,885.00 |
| | Goldstein, Robyn R. | 2008 | 320.00 | 507.80 | 162,496.00 |
| | Kaplan, Michelle R. | 2008 | 420.00 | 956.00 | 401,520.00 |
| | Luke, Tarsha L | 2008 | 425.00 | 272.20 | 115,685.00 |
| | McCurrach, Elizabeth G. | 2008 | 435.00 | 585.40 | 254,649.00 |
| | Moody, Matthew J. | 2008 | 435.00 | 785.90 | 341,866.50 |
| | Nixon, Christy A. | 2008 | 400.00 | 275.00 | 110,000.00 |
| | O'Neal, Stephen T. | 2008 | 225.00 | 897.30 | 201,892.50 |
| | Pair, Lisa M. | 2008 | 140.00 | 11.40 | 1,596.00 |
| | Ramos-Mrosovsky, Carlos | 2008 | 425.00 | 113.10 | 48,067.50 |
| | Rovine, Jacqlyn | 2008 | 400.00 | 380.00 | 152,000.00 |
| | Schutte, Elizabeth M. | 2008 | 400.00 | 849.70 | 339,880.00 |
| | Smith, Andrene | 2008 | 425.00 | 364.40 | 154,870.00 |
| | Stanley, Trevor M. | 2008 | 425.00 | 37.70 | 16,022.50 |
| | Thomas, Joshua C. | 2008 | 320.00 | 110.90 | 35,488.00 |
| | Woltering, Catherine E. | 2008 | 255.00 | 958.50 | 244,417.50 |
| | Zunno, Kathryn M. | 2008 | 525.00 | 647.50 | 339,937.50 |
| | Bogucki, Scott J. | 2009 | 400.00 | 717.90 | 287,160.00 |
| | Budd, Ashley J. | 2009 | 225.00 | 948.10 | 213,322.50 |
| | Campbell, Patrick T | 2009 | 425.00 | 371.40 | 157,845.00 |
| | D'Andrea, Lindsey | 2009 | 245.00 | 322.20 | 78,939.00 |
| | Dong, Dalei | 2009 | 395.00 | 9.00 | 3,555.00 |
| | Gentile, Dominic A. | 2009 | 400.00 | 716.20 | 286,480.00 |
| | Hangawatte, Udyogi A. | 2009 | 390.00 | 80.90 | 31,551.00 |
| | Harker, Francesca M. | 2009 | 400.00 | 59.40 | 23,760.00 |
| | Hinchcliffe, Analiese | 2009 | 230.00 | 882.80 | 203,044.00 |
| | Howe, Mary E. | 2009 | 400.00 | 653.60 | 261,440.00 |
| | Kamath, Pramila A. | 2009 | 230.00 | 636.10 | 146,303.00 |
| | Kessler, Dena S. | 2009 | 320.00 | 17.30 | 5,536.00 |
| | Kramer, Kathryn M. | 2009 | 225.00 | 294.70 | 66,307.50 |
| | Law, Karen | 2009 | 315.00 | 57.60 | 18,144.00 |
| | LeClair, Nicole D. | 2009 | 225.00 | 249.80 | 56,205.00 |
| | Marck, Michelle K | 2009 | 420.00 | 4.40 | 1,848.00 |
| | Markel, Tatiana | 2009 | 400.00 | 1,049.50 | 419,800.00 |
| | Maynard, Kim M. | 2009 | 375.00 | 638.30 | 239,362.50 |
| | McKnight, Katherine L. | 2009 | 425.00 | 139.50 | 59,287.50 |
| | Molina, Marco | 2009 | 420.00 | 799.40 | 335,748.00 |
| | Murray, Kelli A. | 2009 | 260.00 | 19.80 | 5,148.00 |
| | Nickodem, Robert G. | 2009 | 225.00 | 806.30 | 181,417.50 |
| | Ozturk, Ferve E. | 2009 | 420.00 | 988.80 | 415,296.00 |
| | Schweller, Jessie A. | 2009 | 420.00 | 823.70 | 345,954.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Shapiro, Peter B. | 2009 | 420.00 | 574.40 | 241,248.00 |
| | Stuber, Kristen D. | 2009 | 230.00 | 1,054.30 | 242,489.00 |
| | Vessells, Jennifer A. | 2009 | 245.00 | 190.50 | 46,672.50 |
| | Winquist, Justin T. | 2009 | 275.00 | 112.10 | 30,827.50 |
| | Abraham, Asha | 2010 | 395.00 | 872.10 | 344,479.50 |
| | Barnes, S. Ben | 2010 | 230.00 | 653.50 | 150,305.00 |
| | Barra, Jonathan P. | 2010 | 225.00 | 765.30 | 172,192.50 |
| | Blanton, Jack D. | 2010 | 235.00 | 1.70 | 399.50 |
| | Bushnell, Christina M. | 2010 | 225.00 | 769.30 | 173,092.50 |
| | Carney, Brian W. | 2010 | 225.00 | 880.20 | 198,045.00 |
| | Castillon, Jesus J. | 2010 | 305.00 | 98.10 | 29,920.50 |
| | Chandler, Tara R. | 2010 | 225.00 | 1,051.20 | 236,520.00 |
| | Chohan, Raj | 2010 | 260.00 | 7.90 | 2,054.00 |
| | Clegg, Sammantha E. | 2010 | 420.00 | 719.70 | 302,274.00 |
| | Cominsky, Mark A. | 2010 | 230.00 | 966.30 | 222,249.00 |
| | Cook, Nora K. | 2010 | 225.00 | 906.00 | 203,850.00 |
| | Crist, John W. | 2010 | 225.00 | 548.00 | 123,300.00 |
| | Dallas, Cassie J. | 2010 | 290.00 | 85.70 | 24,853.00 |
| | Estes, Yelena | 2010 | 395.00 | 680.80 | 268,916.00 |
| | Fein, Amanda E. | 2010 | 400.00 | 713.00 | 285,200.00 |
| | Geronimo, Andrew C. | 2010 | 225.00 | 794.40 | 178,740.00 |
| | Hansford, Melissa L. | 2010 | 225.00 | 334.20 | 75,195.00 |
| | Hoff, Michelle M. | 2010 | 230.00 | 1,205.70 | 277,311.00 |
| | James, Christopher T. | 2010 | 305.00 | 321.40 | 98,027.00 |
| | Khatib, Hadi | 2010 | 390.00 | 654.50 | 255,255.00 |
| | Koch, Jacqueline R. | 2010 | 390.00 | 61.80 | 24,102.00 |
| | Martin, David J. | 2010 | 230.00 | 942.60 | 216,798.00 |
| | Maytal, Anat | 2010 | 395.00 | 628.10 | 248,099.50 |
| | McMillan, David M. | 2010 | 395.00 | 835.20 | 329,904.00 |
| | Mosier, A. Mackenna | 2010 | 410.00 | 727.90 | 298,439.00 |
| | Needham, Kelly C. | 2010 | 225.00 | 928.30 | 208,867.50 |
| | Noethlich, Brian R. | 2010 | 230.00 | 601.30 | 138,299.00 |
| | Parente, Michael | 2010 | 230.00 | 648.20 | 149,086.00 |
| | Portnoy, Lesley F. | 2010 | 375.00 | 376.70 | 141,262.50 |
| | Prabucki, Kenneth | 2010 | 235.00 | 41.50 | 9,752.50 |
| | Rog, Joshua B. | 2010 | 400.00 | 799.50 | 319,800.00 |
| | Rollins, Jennifer B. | 2010 | 230.00 | 835.90 | 192,257.00 |
| | Ross, Patricia M. | 2010 | 230.00 | 584.10 | 134,343.00 |
| | Rouach, Sophie | 2010 | 415.00 | 305.20 | 126,658.00 |
| | Sanderson, Jessica L. | 2010 | 230.00 | 612.00 | 140,760.00 |
| | Schichnes, Jessica | 2010 | 400.00 | 173.00 | 69,200.00 |
| | Schlueter, Andrew C. | 2010 | 225.00 | 836.30 | 188,167.50 |
| | Scott, Justin T. | 2010 | 305.00 | 325.00 | 99,125.00 |
| | Sobel, Sean H. | 2010 | 225.00 | 1,074.40 | 241,740.00 |
| | Taddeo, Luisa | 2010 | 225.00 | 858.50 | 193,162.50 |
| | Ubaid, Maryland H. | 2010 | 225.00 | 862.60 | 194,085.00 |
| | Vasel, Denise D. | 2010 | 375.00 | 567.10 | 212,662.50 |
| | Wasko, Lindsay J. | 2010 | 225.00 | 1,039.40 | 233,865.00 |
| | Young, Michelle L. | 2010 | 350.00 | 488.20 | 170,870.00 |
| | Bacon, Natalie R. | 2011 | 230.00 | 1,018.70 | 234,301.00 |
| | Ball, Stanley C. | 2011 | 225.00 | 31.70 | 7,132.50 |
| | Ball, Stephen L. | 2011 | 350.00 | 786.90 | 275,415.00 |
| | Barhorst, Damon C. | 2011 | 230.00 | 745.30 | 171,419.00 |
| | Beck, Christopher R. | 2011 | 230.00 | 991.70 | 228,091.00 |
| | Becker, Eric J. | 2011 | 230.00 | 1,011.50 | 232,645.00 |
| | Bennett, Melonia A. | 2011 | 230.00 | 585.90 | 134,757.00 |
| | Buskirk, Alex D. | 2011 | 230.00 | 1,024.40 | 235,612.00 |
| | Cabico, Jason D. | 2011 | 350.00 | 595.80 | 208,530.00 |
| | Cutler, Sima L. | 2011 | 230.00 | 824.30 | 189,589.00 |
| | deVries, Alan C. | 2011 | 230.00 | 912.20 | 209,806.00 |
| | Donaho, Thomas A. | 2011 | 280.00 | 70.50 | 19,740.00 |
| | Dorner, Drew T. | 2011 | 230.00 | 665.80 | 153,134.00 |
| | Dortch, Justin M. | 2011 | 230.00 | 563.10 | 129,513.00 |
| | Durbin, Damon M. | 2011 | 230.00 | 995.00 | 228,850.00 |
| | Economides, Constantine P. | 2011 | 395.00 | 846.00 | 334,170.00 |
| | Ekechuku, Steven D. | 2011 | 395.00 | 815.80 | 322,241.00 |
| | Elam, Elise R. | 2011 | 230.00 | 922.60 | 212,198.00 |
| | Farnsworth, Joshua L. | 2011 | 230.00 | 745.80 | 171,534.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Feldstein, Robyn M | 2011 | 395.00 | 885.70 | 349,851.50 |
| | Gottesman, Joel D. | 2011 | 225.00 | 902.30 | 203,017.50 |
| | Grant, Lindsey M. | 2011 | 230.00 | 1,085.00 | 249,550.00 |
| | Halterman, Sinem T. | 2011 | 230.00 | 1,009.20 | 232,116.00 |
| | Heasley, R. Scott | 2011 | 230.00 | 721.80 | 166,014.00 |
| | Jagunic, Michael H. | 2011 | 230.00 | 1,007.20 | 231,656.00 |
| | Kahner, Tegan E. | 2011 | 230.00 | 944.60 | 217,258.00 |
| | Kerns, J. Wesley | 2011 | 230.00 | 662.50 | 152,375.00 |
| | Knappick, Justin L. | 2011 | 230.00 | 316.50 | 72,795.00 |
| | Krishna, Ganesh | 2011 | 395.00 | 843.20 | 332,471.50 |
| | Kurtz, Rebecca S. | 2011 | 230.00 | 579.50 | 133,285.00 |
| | Levine, Shneor Z. | 2011 | 230.00 | 551.60 | 126,868.00 |
| | Lundregan, Scott M. | 2011 | 230.00 | 967.00 | 222,410.00 |
| | Neal, Timothy J. | 2011 | 225.00 | 30.30 | 6,817.50 |
| | Norman, William B. | 2011 | 230.00 | 609.90 | 140,277.00 |
| | Nowakowski, Jonathan | 2011 | 395.00 | 785.60 | 310,312.00 |
| | Nutt, Jessica E. | 2011 | 395.00 | 642.30 | 253,708.50 |
| | Oliva, Frank M. | 2011 | 395.00 | 590.40 | 233,208.00 |
| | Paul, Shuva J. | 2011 | 230.00 | 475.30 | 109,319.00 |
| | Polsinelli, Jaclyn R. | 2011 | 230.00 | 767.40 | 176,502.00 |
| | Powell, Robin D. | 2011 | 230.00 | 661.70 | 152,191.00 |
| | Ruginis, Alexis N. | 2011 | 395.00 | 737.80 | 291,431.00 |
| | Schechter, Jody E. | 2011 | 335.00 | 562.10 | 188,303.50 |
| | Sinclair, Jordan A. | 2011 | 280.00 | 525.10 | 147,028.00 |
| | Skuza, Stacey M. | 2011 | 230.00 | 644.80 | 148,304.00 |
| | Smith, Adam C. | 2011 | 230.00 | 418.80 | 96,324.00 |
| | Spears, Ericka H. | 2011 | 230.00 | 995.60 | 228,988.00 |
| | Stewart, Justin T. | 2011 | 230.00 | 1,045.30 | 240,419.00 |
| | Tayeh, Ziad K. | 2011 | 230.00 | 612.80 | 140,944.00 |
| | Thompson, Eric D. | 2011 | 230.00 | 867.00 | 199,410.00 |
| | Towner, Amber N. | 2011 | 230.00 | 941.60 | 216,568.00 |
| | von Ansbach-Young, Michael R. | 2011 | 230.00 | 957.60 | 220,248.00 |
| | Vonderhaar, Douglas A. | 2011 | 230.00 | 694.50 | 159,735.00 |
| | Wangsgard, Kendall E. | 2011 | 350.00 | 200.10 | 70,035.00 |
| | Wells, Carrie T. | 2011 | 225.00 | 942.50 | 212,062.50 |
| | White, Jason T. | 2011 | 230.00 | 901.00 | 207,230.00 |
| | White, Lauren A. | 2011 | 230.00 | 686.40 | 157,872.00 |
| | Wolf, Jacob H. | 2011 | 230.00 | 822.80 | 189,244.00 |
| | Zuberi, Madiha M. | 2011 | 395.00 | 789.30 | 311,773.50 |
| | Consolino, Serine R. | 2012 | 335.00 | 349.70 | 117,149.50 |
| | Cornell, Aaron E. | 2012 | 230.00 | 675.30 | 155,319.00 |
| | Curtin, Daniel P. | 2012 | 335.00 | 225.90 | 75,676.50 |
| | Gallagher, Christopher B. | 2012 | 395.00 | 780.10 | 308,139.50 |
| | Hough, Shawn P. | 2012 | 390.00 | 870.30 | 339,417.00 |
| | Khan, Juvaria S. | 2012 | 335.00 | 373.70 | 125,189.50 |
| | Kravitz, Bret D. | 2012 | 230.00 | 885.60 | 203,688.00 |
| | Babka, Sarah R. | #N/A | 395.00 | 428.40 | 169,218.00 |
| | Procell, Karen W. | #N/A | 410.00 | 162.30 | 66,543.00 |
| | Rice, David W. | #N/A | 395.00 | 1,029.00 | 406,455.00 |
| Associates Total | | | 330.06 | 124,856.50 | 41,210,357.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Allemant-Salas, Gonzalo | #N/A | 315.00 | 511.40 | 161,091.00 |
| | Bekier, James M. | #N/A | 380.00 | 832.50 | 316,350.00 |
| | Belanger, Christina I. | #N/A | 300.00 | 5.70 | 1,710.00 |
| | Bitman, Oleg | #N/A | 255.00 | 695.50 | 177,352.50 |
| | Blaber, Theresa A | #N/A | 290.00 | 289.10 | 83,839.00 |
| | Bliss, Stephanie L. | #N/A | 215.00 | 124.40 | 26,746.00 |
| | Cabrera, Ramon C | #N/A | 235.00 | 436.40 | 102,554.00 |
| | Chan, Angeline | #N/A | 225.00 | 575.60 | 129,510.00 |
| | Charlotten, Magdalena | #N/A | 255.00 | 447.70 | 114,163.50 |
| | Chiofalo, Frank A. | #N/A | 235.00 | 505.40 | 118,769.00 |
| | Creagan, Carol A | #N/A | 175.00 | 113.10 | 19,792.50 |
| | Curbelo, Gracemary | #N/A | 290.00 | 75.40 | 21,866.00 |
| | Dyer, Ricky J | #N/A | 190.00 | 91.10 | 17,309.00 |
| | Fetzer, Jeffrey L | #N/A | 210.00 | 64.40 | 13,524.00 |
| | Fishelman, Benjamin D. | #N/A | 370.00 | 828.60 | 306,582.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Fredle, Vicki M | #N/A | 190.00 | 9.60 | 1,824.00 |
| | Gardner, Bronson R | #N/A | 200.00 | 139.50 | 27,900.00 |
| | Gibbons, Michael E. | #N/A | 330.00 | 374.70 | 123,651.00 |
| | Graham, Sonya M. | #N/A | 250.00 | 34.40 | 8,600.00 |
| | Greenbaum, Elie S. | #N/A | 300.00 | 53.30 | 15,990.00 |
| | Grigsby, Camilla B. | #N/A | 75.00 | 7.00 | 525.00 |
| | Halwes, Shannon L. | #N/A | 195.00 | 73.00 | 14,235.00 |
| | Heller, Julie M. | #N/A | 380.00 | 93.90 | 35,682.00 |
| | Holson, Alexandra R. | #N/A | 300.00 | 41.90 | 12,570.00 |
| | Iskhakova, Yuliya | #N/A | 275.00 | 770.40 | 211,860.00 |
| | Jesic, Mario | #N/A | 175.00 | 239.10 | 41,842.50 |
| | Landrio, Nikki M. | #N/A | 325.00 | 966.00 | 313,950.00 |
| | Lee, Elaine Y. | #N/A | 200.00 | 15.10 | 3,020.00 |
| | Lee, Magali L. | #N/A | 270.00 | 947.80 | 255,906.00 |
| | Little, Lynn M. | #N/A | 300.00 | 156.00 | 46,800.00 |
| | Martin, Sasha L. | #N/A | 260.00 | 643.70 | 167,362.00 |
| | Maxwell, Sarah A | #N/A | 170.00 | 264.10 | 44,897.00 |
| | McLaughlin, Christopher | #N/A | 170.00 | 680.60 | 115,702.00 |
| | Mearns, Erin F. | #N/A | 230.00 | 39.70 | 9,131.00 |
| | Medina, Rebecca J. | #N/A | 160.00 | 208.20 | 33,312.00 |
| | Monge, Tirsa | #N/A | 300.00 | 791.40 | 237,420.00 |
| | Montalvo, Jason M. | #N/A | 315.00 | 637.80 | 200,907.00 |
| | Montani, Christine A. | #N/A | 300.00 | 482.30 | 144,690.00 |
| | Munson, Sally L. | #N/A | 75.00 | 10.00 | 750.00 |
| | Nikac, Mario | #N/A | 335.00 | 677.30 | 226,895.50 |
| | Nunes, Silas T | #N/A | 270.00 | 773.70 | 208,899.00 |
| | Oliver-Weeks, Marcella J. | #N/A | 290.00 | 517.40 | 150,046.00 |
| | Ostrander, John C. | #N/A | 210.00 | 558.80 | 117,348.00 |
| | Paremoud, Jana | #N/A | 235.00 | 189.90 | 44,626.50 |
| | Pulsipher, Eric K. | #N/A | 275.00 | 540.60 | 148,665.00 |
| | Remus, Amanda | #N/A | 290.00 | 855.60 | 248,124.00 |
| | Reynolds, Julie L. | #N/A | 200.00 | 34.60 | 6,920.00 |
| | Rivera, Eileen G. | #N/A | 175.00 | 770.10 | 134,767.50 |
| | Samarasekera, Dilip | #N/A | 200.00 | 273.20 | 54,640.00 |
| | Schnarre, Nicole L. | #N/A | 380.00 | 727.60 | 276,488.00 |
| | Stone, Adrian | #N/A | 260.00 | 630.70 | 163,982.00 |
| | Sulhan, Barbara J | #N/A | 180.00 | 76.00 | 13,680.00 |
| | Sweet, Karen R | #N/A | 215.00 | 221.70 | 47,665.50 |
| | Tranbaugh, Mary H. | #N/A | 300.00 | 48.40 | 14,520.00 |
| | Tushaj, Diana M. | #N/A | 235.00 | 703.00 | 165,205.00 |
| | Van Dyke, Dawn M | #N/A | 235.00 | 12.90 | 3,031.50 |
| | Velez, Francisco J. | #N/A | 250.00 | 65.90 | 16,475.00 |
| | Villamayor, Fidentino L. | #N/A | 315.00 | 394.10 | 124,141.50 |
| | Vittor, Noah A. | #N/A | 100.00 | 131.10 | 13,110.00 |
| | von Collande, Constance M. | #N/A | 275.00 | 882.90 | 242,797.50 |
| | Wallace, Dawn L. | #N/A | 290.00 | 575.60 | 166,924.00 |
| | Weaver, Scott | #N/A | 250.00 | 722.70 | 180,675.00 |
| | Wilkins, Kerrick T. | #N/A | 180.00 | 229.60 | 41,328.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | | #N/A | 271.70 | 23,889.20 | 6,490,639.50 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 687.02 | 30,309.30 | $ 20,822,949.50 |
| Associates Total | 330.06 | 124,856.50 | 41,210,357.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 271.70 | 23,889.20 | 6,490,639.50 |
| Blended Attorney Rate | 399.79 | | |
| | | | |
| Total Fees Incurred | | 179,055.00 | 68,523,946.50 |

| | | |
|---|---|---|
| **Less 10% Public Interest Discount** | | (6,852,394.65) |
| **Grand Total** | | $ 61,671,551.85 |