EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR TENTH INTERIM
PERIOD OF FEBRUARY 1, 2012 THROUGH JUNE 30, 2012

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 343.90 | $ 172,685.50 |
| 02 | Bankruptcy Court Litigation and Related Matters | 1,648.70 | 865,336.00 |
| 03 | Feeder Funds | 371.90 | 210,232.50 |
| 04 | Asset Search Recovery and Sale | 348.20 | 238,064.00 |
| 05 | Internal Office Meetings with Staff | 494.00 | 173,804.50 |
| 07 | Billing | 1,002.80 | 344,215.50 |
| 08 | Case Administration | 4,350.40 | 1,358,040.00 |
| 09 | Banks | 213.90 | 155,897.50 |
| 10 | Court Appearances | 0.30 | 267.00 |
| 11 | Press Inquires and Responses | 588.20 | 266,497.50 |
| 12 | Document Review | 9,283.50 | 2,464,020.30 |
| 13 | Discovery - Depositions and Document Productions | 14,877.00 | 4,876,219.70 |
| 14 | International | 1,194.30 | 564,381.00 |
| 15 | Charities | 2.00 | 1,574.00 |
| 18 | Auditors | 3.60 | 3,204.00 |
| 19 | Non-Bankruptcy Litigation | 23.70 | 8,301.50 |
| 20 | Governmental Agencies | 327.00 | 219,541.50 |
| 21 | Allocation | 136.70 | 94,219.00 |
| 000003 | Stanley Chais | 1,249.70 | 615,782.00 |
| 000004 | J. Ezra Merkin | 26,112.90 | 7,729,506.50 |
| 000005 | Customer Claims | 3,594.10 | 1,871,315.50 |
| 000006 | Vizcaya | 1,440.40 | 548,117.50 |
| 000007 | Madoff Family | 15,509.20 | 5,496,625.50 |
| 000008 | Norman Levy | 129.80 | 60,649.00 |
| 000009 | Fairfield Greenwich | 2,917.80 | 1,190,413.00 |
| 000010 | Harley | 236.60 | 114,402.00 |
| 000011 | Cohmad Securities Corporation | 5,221.80 | 2,197,756.00 |
| 000012 | Picower | 730.10 | 402,300.50 |
| 000013 | Kingate | 1,342.70 | 773,305.50 |
| 000018 | Thybo | 41.50 | 24,425.00 |
| 000019 | Ruth Madoff | 4.40 | 2,014.50 |
| 000020 | Carl Shapiro | 123.40 | 46,347.00 |
| 000021 | Avoidance Action Investigation/Litigation | 16,993.70 | 7,384,966.00 |
| 000026 | Richard Stahl | 504.80 | 254,031.00 |
| 000027 | JPMorgan Chase | 673.50 | 320,449.00 |
| 000028 | Westport | 395.40 | 134,742.50 |
| 000029 | Rye/Tremont | 161.60 | 88,594.50 |
| 000030 | HSBC | 6,098.20 | 3,027,488.00 |
| 000031 | Katz/Wilpon | 14,390.10 | 6,868,585.00 |
| 000032 | LuxAlpha/UBS | 7,896.40 | 3,491,474.50 |
| 000033 | Nomura Bank International PLC | 59.00 | 31,735.50 |
| 000034 | Citibank | 675.40 | 321,747.00 |
| 000035 | Natixis | 57.00 | 21,497.50 |
| 000036 | Merrill Lynch | 229.70 | 63,028.00 |
| 000037 | ABN AMRO | 204.00 | 96,352.00 |
| 000038 | Banco Bilbao | 138.50 | 38,386.50 |
| 000039 | Fortis | 413.60 | 179,477.00 |
| 000040 | Medici Enterprise | 10,132.50 | 3,515,444.50 |
| 000041 | Whitechapel | 35.40 | 19,174.50 |
| 000042 | Equity Trading | 41.90 | 21,267.50 |
| 000043 | Defender | 383.10 | 186,046.50 |
| 000044 | Maccabee | 4.50 | 1,980.00 |
| 000045 | Levey | 220.90 | 95,727.50 |
| 000046 | Glantz | 575.10 | 321,140.50 |
| 000047 | Bonaventre | 6.40 | 2,034.00 |
| 000048 | Bongiorno | 9.20 | 3,591.00 |
| 000049 | Greenberger | 325.30 | 192,733.50 |
| 000050 | Pitz | 11.80 | 3,881.00 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 000051 | Crupi | 14.70 | 4,864.00 |
| 000052 | Donald Friedman | 2,362.30 | 828,075.50 |
| 000053 | Magnify | 1,295.20 | 588,764.00 |
| 000054 | Mendelow | 570.70 | 274,048.00 |
| 000055 | Kugel | 5.70 | 2,552.00 |
| 000056 | Lipkin | 147.10 | 64,334.50 |
| 000057 | Perez/O'Hara | 32.70 | 17,556.00 |
| 000058 | PJ Administrators | 212.80 | 90,473.50 |
| 000059 | Stanley Shapiro | 237.30 | 109,345.50 |
| 000060 | Avellino & Bienes | 603.70 | 311,853.00 |
| 000061 | Maxam | 10,150.50 | 3,168,053.50 |
| 000062 | Subsequent Transfer | 4,063.40 | 1,655,011.00 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 391.00 | 190,701.00 |
| 000065 | Legacy Capital Ltd | 145.70 | 73,322.50 |
| 000066 | Lieberbaum | 4,310.30 | 1,364,129.00 |
| 000067 | US Pt: Auction Market With Price Improvement Mechanism (USSN 11/649,432) | 0.80 | 592.00 |
| 000070 | US Pt: Opening Price Process For Trading System (USSN 11/243,951) | 0.60 | 300.00 |
| 000071 | Square One | 0.80 | 413.50 |
| 000072 | Plaza | 8.20 | 4,523.00 |
| Grand Total | | 179,055.00 | 68,523,946.50 |

**Less 10% Public Interest Discount**   (6,852,394.65)

**Grand Total**   $ 61,671,551.85

**Current Application**
Interim Compensation Requested   $ 61,671,551.85
Interim Compensation Paid   (55,504,396.69)
Interim Compensation Deferred   $ 6,167,155.16

**Prior Applications**
Interim Compensation Requested   $ 321,174,775.34
Interim Compensation Paid   (305,057,297.83)
Interim Compensation Deferred   $ 16,117,477.51