EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR TENTH
INTERIM PERIOD OF FEBRUARY 1, 2012 THROUGH JUNE 30, 2012

| E101 | Copying (E101) | 42,452.12 |
|---|---|---|
| E102 | Outside Printing (E102) | 57,880.39 |
| E104 | Facsimile (E104) | 12.90 |
| E105 | Telephone (E105) | 11,129.14 |
| E106 | Online Research (E106) | 186,351.21 |
| E107 | Delivery Services/ Messengers (E107) | 16,471.64 |
| E108 | Postage (E108) | 4,111.35 |
| E109 | Local Travel (E109) | 186.98 |
| E110 | Out-of-Town Travel (E110) | 358,709.41 |
| E111 | Business Meals, etc. (E111) | 2,335.64 |
| E112 | Court Fees (E112) | 14,876.14 |
| E113 | Subpoena Fees (E113) | 5,089.85 |
| E114 | Witness Fees (E114) | 148.60 |
| E115 | Deposition Transcripts (E115) | 23,379.16 |
| E116 | Trial Transcripts (E116) | 3,675.02 |
| E117 | Trial Exhibits (E117) | 217.75 |
| E119 | Experts (E119) | 7,053.92 |
| E120 | Private Investigators (E120) | 1,294.63 |
| E123 | Other Professionals (E123) | 36,234.12 |
| E124 | Other (E124) | 14,889.42 |
| E125 | Translation Costs (E125) | 247,502.32 |
| E126 | IP Drawings (E126) | 245.00 |
| E129 | Official Fees (E129) | 4,071.23 |
| Grand Total | | 1,038,317.94 |

**Prior Applications**

Reimbursement of Expenses Requested and Rewarded        $7,016,453.78