UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

### AFFIDAVIT OF MAILING

STATE OF TEXAS           )
                                        )   ss:
COUNTY OF DALLAS   )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On November 20, 2012, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000416)

Executed on \_\_Nov. 27\_\_, 2012

_____
John S. Franks

Sworn to and subscribed before me this \_27th\_ day of \_Nov.\_, 2012

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

(SEAL)                                    Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 4900416**
**11/20/2012**

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | BMIS Funding IDC LLC | Attention: Michael G. Linn | c/o Farallon Capital Management LLC | One Maritime Plaza, Suite 2100 | San Francisco | CA | 94111 |