**LOWENSTEIN SANDLER PC**
Bruce Buechler, Esq. (BB 0324)
Nicole Stefanelli, Esq. (NS 4100)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

    -and-

1251 Avenue of the Americas, 18th Floor
New York, NY 10020
Tel: (212) 262-6700
Fax: (212) 262-7402
*Attorneys for the Irrevocable Charitable Remainder Trust of*
*Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Unitrust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |

**CERTIFICATION OF SERVICE**

    I, *Diane C. Claussen*, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler PC, counsel to the Irrevocable Charitable Remainder Trust of Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Unitrust.

2. On Monday, December 3, 2012, I caused a copy of the following document to be served via First Class Mail upon the service list annexed hereto as ***Exhibit A:***

- Objection to Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages [Doc. No. 5118].

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief.

Dated:   December 3, 2012           */s/ Diane C. Claussen*
                                              Diane C. Claussen

# EXHIBIT A

David Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

*Counsel for the Trustee*

Kevin H. Bell, Esq.
Securities Investor Protection Corporation
805 Fifteenth Street, NW
Suite 800
Washington, DC 20005

*Counsel to SIPC*