```
STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Claimant
```

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SECURITIES INVESTOR PROTECTION            Adv. Proc. No.
CORPORATION,                              08-01789 (BRL)

        Plaintiff,                       SIPA LIQUIDATION

    v.                                    (Substantively
                                             Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
------------------------------------x
In Re:

BERNARD L. MADOFF,

        Debtor.
------------------------------------x

## CERTIFICATE OF SERVICE

PAULA J. WARMUTH does hereby affirm under the penalties of perjury:

I am not a party to this action. I am over the age of 21 years. I reside at 2 Eighth Street, Farmingville, New York. I am duly admitted to practice law in the State of New York and in the Southern District of New York.

most-136

On December 3, 2012, I served the memorandum of law in opposition to time-based damages motion by electronically filing said document on this Court's ECF filing system and by mailing a true copy to:

Baker & Hostetler LLP
Attn:  David J. Sheehan, Esq.
Attorneys for Trustee
45 Rockefeller Plaza
New York, NY 10111

Securities Investor Protection Corporation
Attn:  Kevin H. Bell, Esq.
805 15th Street, N.W.
Suite 800
Washington, DC 20005

which address was designated by said attorney(s) or person(s), by depositing it enclosed in a postpaid properly addressed wrapper by first class mail [if excess of weight limit for first class mail, by priority mail] in the post office or official depository at Farmingville, New York State under the exclusive care and custody of the United States Postal Service.

Dated:  Farmingville, NY
        December 3, 2012

                    STIM & WARMUTH, P.C.

                    By:/s/_____
                       PAULA J. WARMUTH
                       Attorney for Claimant, Michael Most
                       2 Eighth Street
                       Farmingville, NY 11738
                       Telephone:  631-732-2000
                       Facsimile:  631-732-2662
                       Paula J. Warmuth

2

```
                    Email:  pjw@stim-warmuth.com
                    Glenn P. Warmuth
                    Email:  gpw@stim-warmuth.com
```