UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Frank and Roberta Wolf (the "Claimant"), having filed objections (the "Objections," Docket Nos. 1792 and 2758) to the Trustee's Notice of Determination respecting Claimant's customer claims (##1329 and 1337), hereby give notice that they are withdrawing such Objections. The basis for withdrawal is that the Net Investment Method was upheld by this Court on March 8, 2010 and affirmed by the United States Court of Appeals for the Second Circuit on August 16, 2011. On June 25, 2012, the United States Supreme Court denied *certiorari*. Accordingly, we acknowledge that the decision affirming the Trustee's use of the Net Investment Method is now final.

08-01789-cgm    Doc 5123    Filed 12/03/12    Entered 12/03/12 16:46:59    Main Document
Pg 2 of 2

Dated: 11/30/, 2012

*(signatures)*
Frank and Roberta Wolf
650 Park Avenue, Apt. 8B
New York, NY 10065

- 2 -