ROBERT J. KAPLAN
*Attorney for MUUS Independence Fund LP*
*and Michael W. Sonnenfeldt*
15 Maiden Lane
Suite 703
New York, NY 10038
(212) 964-0600
*lawkap@aol.com*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

-----------------------------------------------------------------------x

In re:

BERNARD L. MADOFF,

                       Debtor.
-----------------------------------------------------------------------x

**<u>PROOF OF SERVICE</u>**

      Pursuant to 28 USC §1746, the undersigned, Robert J. Kaplan, declares as follows:

      I am over the age of 18 years.  I am not a party to this case or proceeding.  I reside in Brooklyn, New York.

      On December 3, 2012, I served the following papers (Docket No. 5122) on Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., and Securities Investor Protection Corporation, 805 15th Street, N.W., Suite 800, Washington, D.C. 20005, Attn: Kevin H. Bell, Esq., by transmitting to the e-mail addresses that the Court's ECF system reflects for those attorneys both a copy of those papers and a copy of the Notice of Electronic Filing that the Court's ECF system generated for those papers.

Docket No. 5122

**Response to Motion --
MEMORANDUM FOR MUUS INDEPENDENCE FUND LP AND
MICHAEL W. SONNENFELDT IN RESPONSE TO THE TRUSTEE'S
<u>TIME-BASED DAMAGES MOTION</u>**

I declare under penalty of perjury that the foregoing is true and correct.
Executed on December 3, 2012.

*s/ Robert J. Kaplan*
_____
Robert J. Kaplan