# EXHIBIT E

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1 8DT
Tel 020 7493 6222

THE KOSTIN CO

C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT   05820

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-K0060-3-0 | *****1870 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 146,155,014.47 | |
| 11/03 | | | | OCT MARGIN INTEREST | INT | 318,692.17 | |
| 11/03 | | | | FREEPORT MCMORAN COMMON | DIV | | 80,262.50 |
| 11/03 | | | | DIV 10/15/08 11/01/08 | | | |
| 11/03 | | | | DIV ADJ 10/15/08 11/01/08 FCX | JRNL | 80,262.50 | |
| 11/03 | | | | J C PENNEY CO INC | DIV | | 15,000.00 |
| 11/03 | | | | DIV 10/10/08 11/01/08 | | | |
| 11/03 | | | | DIV ADJ 10/10/08 11/01/08 JCP | JRNL | 16,000.00 | |
| 11/21 | 50,000 | | 78342 | BARRICK GOLD CORP | 20.890 | 1,044,500.00 | |
| 11/21 | | | | APACHE CORP | DIV | | 11,250.00 |
| 11/21 | | | | DIV 10/22/08 11/21/08 | | | |
| 11/21 | | | | DIV ADJ 10/22/08 11/21/08 APA | JRNL | 11,250.00 | |
| 11/25 | 50,000 | | 78352 | NATIONAL OILWELL INC | 18.120 | 905,000.00 | |
| 11/28 | | 179,000 | | ANHEUSER BUSCH COS INC | DELV | | 11,324,070.00 |
| | | | | TRANS FROM TO ACCT | | | |
| | | | | NEW BALANCE | | 137,100,136.64 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 115,000 | | | AMAZON COM INC | 42.700 | | |
| | 75,000 | | | APACHE CORP | 77.300 | | |
| | 50,000 | | | BARRICK GOLD CORP | 29.450 | | |
| | 70,000 | | | CONWAY INC | 27.970 | | |
| | 75,000 | | | DEVON ENERGY CORP NEW | 72.340 | | |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE KOSTIN CO

C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN CT 06820

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-K0060-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1870

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 160,525 | | | FREEPORT MCMORAN COMMON | 23.990 | | |
| | 95,000 | | | GENENTECH INC | 76.600 | | |
| | 50,000 | | | GOOGLE | 292.960 | | |
| | 50,000 | | | HESS CORP | 54.040 | | |
| | 120,000 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 1,196,052 | | | INTEL CORP | 13.800 | | |
| | 170,000 | | | MEDCO HEALTH SOLUTIONS INC | 42 | | |
| | 50,000 | | | NATIONAL OILWELL INC | 28.290 | | |
| | 80,000 | | | J C PENNEY CO INC | 18.990 | | |
| | 352,500 | | | RESEARCH IN MOTION LTD | 42.470 | | |
| | 187,500 | | | REYNOLDS AMERICAN INC | 41.080 | | |
| | 435,000 | | | SANDISK CORP | 8 | | |
| | 60,000 | | | TARGET CORP | 33.760 | | |
| | 150,000 | | | TOLL BROTHERS INC | 19.930 | | |
| | 413,000 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 250,000 | | | WYNN RESORTS LTD | 39.820 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG SHORT | | | |
| | | | | 131,910,057.35 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE
3

PERIOD ENDING
11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER
*****1870

YOUR ACCOUNT NUMBER
1-K0060-3-0

THE KOSTIN CO

C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN        CT  06820

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 1,792,222.76 |
| | | | | MARGIN INTEREST | | 3,892,367.31 | |
| | | | | GROSS PROCEEDS FROM SALES | | | 97,561,680.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

865 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
Fax (212) 838-4061

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

THE KOSTIN CO

C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                    CT  06820

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 11/30/08 | ******1870 | 1 |

YOUR ACCOUNT NUMBER: 1-K0060-7-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 227,859,677.17 |
| 11/03 | | | | FREEPORT MCMORAN COMMON | DIV | 80,262.50 | |
| | | | | DIV 10/15/08 11/01/08 | | | 80,262.50 |
| 11/03 | | | | DIV ADJ 10/15/08 11/01/08 FCX | JRNL | | |
| 11/03 | | | | J C PENNEY CO INC | DIV | 16,000.00 | |
| | | | | DIV 10/10/08 11/01/08 | | | 15,000.00 |
| 11/03 | | | | DIV ADJ 10/10/08 11/01/08 JCP | JRNL | | |
| 11/21 | | | | APACHE CORP | DIV | 11,250.00 | |
| | | | | DIV 10/22/08 11/21/08 | | | 11,250.00 |
| 11/21 | | | | DIV ADJ 10/22/08 11/21/08 APA | JRNL | | |
| 11/28 | 179,000 | | | ANHEUSER BUSCH COS INC | RECD | 11,324,070.00 | |
| | | | | TRANS TO 30 ACCT | | | |
| | | | | NEW BALANCE | | | 216,535,607.17 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 115,000 | | AMAZON COM INC | 42.700 | | |
| | | 75,000 | | APACHE CORP | 77.300 | | |
| | | 70,000 | | CONWAY INC | 27.970 | | |
| | | 75,000 | | DEVON ENERGY CORP NEW | 72.340 | | |
| | | 160,525 | | FREEPORT MCMORAN COMMON | 23.990 | | |
| | | 95,000 | | GENENTECH INC | 76.600 | | |
| | | 50,000 | | GOOGLE | 292.960 | | |
| | | 50,000 | | HESS CORP | 54.040 | | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



MADF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE KOSTIN CO

C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN CT 06820

PERIOD ENDING: 11/30/08
PAGE: 2 Q
YOUR ACCOUNT NUMBER: 1-K0060-7-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1870

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | 120,000 | | HEWLETT PACKARD CO | 35.280 | | |
| | | 1,196,052 | | INTEL CORP | 13.800 | | |
| | | 80,000 | | J C PENNEY CO INC | 18.990 | | |
| | | 352,500 | | RESEARCH IN MOTION LTD | 42.470 | | |
| | | 187,500 | | REYNOLDS AMERICAN INC | 41.080 | | |
| | | 435,000 | | SANDISK CORP | 8 | | |
| | | 60,000 | | TARGET CORP | 33.760 | | |
| | | 150,000 | | TOLL BROTHERS INC | 19.930 | | |
| | | 250,000 | | WYNN RESORTS LTD | 39.820 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG SHORT | | | |
| | | | | 109,950,987.35- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (20) 493 6222

THE KOSTIN CO

C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN                    CT   06820

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-K0060-7-0 | *****1870 | 3  Q |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 227,859,677.17 |
| | | | | GROSS PROCEEDS FROM SALES | | 599,903.69 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliate with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1 8DT
Tel 020 70 16222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

| | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION FOR NUMBER | PAGE |
|---|---|---|---|
| | 11/30/08 | ******1870 | 1 |

YOUR ACCOUNT NUMBER   1-K0060-8-0

THE KOSTIN CO

C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT   06820

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 77,981,071.36 |
| | | | | NEW BALANCE | | | 77,981,071.36 |
| | | 650,000 | | SECURITY POSITIONS SPDR TRUST SER 1 UNITS | MKT PRICE 89.950 | | |
| | | | | MARKET VALUE OF SECURITIES LONG          SHORT 58,467,500.00- | | | |



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York    London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

THE KOSTIN CO

C/O EDWARD B KOSTIN
4 NATURE'S WAY
DARIEN          CT   06820

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER: ******1870

YOUR ACCOUNT NUMBER: 1-K0060-8-0

PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | GROSS PROCEEDS FROM SALES | | | 77,988,420.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES