# EXHIBIT F



IN ACCOUNT WITH

BERNARD L. MADOFF
Investment Securities
885 Third Avenue New York, NY 10022

212 230-2424
P&S Dept. 212 230-2436
800 221-2242
Telex 235130
Fax 212 486-8178

THE KOSTIN CO

1077 30TH STREET NW UNIT 407
WASHINGTON    DC   20007

PERIOD ENDING 12/31/89
YOUR ACCOUNT NUMBER 1-01125-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER 06-0891870
PAGE 1
M

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 8,090,579.18 | |
| 12/27 | | | | PHELPS DODGE CORP DIV 11/17/89 12/08/89 | DIV | | 82,867.50 |
| 12/27 | | | | APPLE COMPUTER INC DIV 11/24/89 12/15/89 | DIV | | 16,005.00 |
| 12/27 | | | | DIV ADJ 11/24/89 12/15/89 AAPL | JRNL | 16,005.00 | |
| 12/31 | | | | DEC MARGIN INTEREST | INT | 73,746.06 | |
| | | | | NEW BALANCE | | 8,081,457.74 | |
| | | | | SECURITY POSITIONS | | | |
| | 145,500 | | | APPLE COMPUTER INC | | | |
| | 1,470 | | | CHUBB CORP | | | |
| | 3,150 | | | EASTMAN KODAK CO | | | |
| | 353 | | | FIDELITY CASH RESERVES SBI | | | |
| | 78,900 | | | INTEL CORP | | | |
| | 900 | | | MERRILL LYNCH & CO INC | | | |
| | 110,490 | | | PHELPS DODGE CORP | | | |
| | 6,397,000 | | | U S TREASURY BILL DUE 6/7/1990        6/07/1990 | | | |
| | | | | END OF POSITIONS | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.



IN ACCOUNT WITH

BERNARD L. MADOFF
Investment Securities
885 Third Avenue New York, NY 10022

212-230-2424
P&S Dept. 212-230-2436
800-221-2242
Telex 235130
Fax 212-486-8178

THE KOSTIN CO

1077 30TH STREET NW UNIT 407
WASHINGTON        DC   20007

PERIOD ENDING  12/31/89

YOUR ACCOUNT NUMBER  1-01125-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER  06-0891870

PAGE  2

M

| BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 1,548,403.10 |
| | | | MARGIN INTEREST | | 431,531.45 | |

DATE

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

12/31/89   THE KOSTIN CO
1077 30TH STREET NW UNIT 407
WASHINGTON                    DC 20007

1-01125-3-0                                               1

06-0891870

| T/DT | S/DT | LONG | SHORT | DEBIT | CREDIT |
|------|------|------|-------|-------|--------|
| | | | | BALANCE | |
| 12/27 | 12/27 | | | | 82,867.50 |
| | | | | PHELPS DODGE CORP DIV |
| | | | | DIV 11/17/89 12/08/89 |
| 12/27 | 12/27 | | | | 16,035.00 |
| | | | | APPLE COMPUTER INC DIV |
| 12/21 | 12/21 | | | 16,035.00 | |
| 12/31 | 12/31 | | | 73,746.06 | |
| | | | | DIV ADJ 11/ |
| | | | | DEC MARGIN INTEREST |
| | | | | NEW BALANCE |
| | | | | 8,081,457.74 |

SECURITY POSITIONS

| LONG | SHORT | DIFFERENCE |
|------|-------|------------|
| 1,085,000.00 | | 1,085,000.00 |
| 575,575.00 | | 57,575.00 |
| 92,575.00 | | 92,575.00 |
| 353.00 | | 353.00 |
| | 1,000,975.00 | 1,000,975.00 |
| 22,837.50 | | 22,837.50 |
| 1,900,680.00 | | 1,900,650.00 |
| 6,105,295.80 | | 6,105,296.80 |
| 8,081,457.30 | | 8,081,457.74 |

| SECURITY | QUANTITY |
|----------|----------|
| APPLE COMPUTER INC | 165500 |
| CHUBB CORP | 1470 |
| EASTMAN KODAK CO | 3150 |
| FIDELITY CASH RESERVES SHI | 353 |
| INTEL CORP | 78900 |
| MERRILL LYNCH & CO INC | 900 |
| PHELPS DODGE CORP | 110490 |
| U S TREASURY BILL | 6397000 |
| DUE 6/7/1990    6/07/1990 | |

END OR STATEMENT

MF00053280

CONFIDENTIAL