# EXHIBIT G



## Bernard L. Madoff
### INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-01125-3 | D | 17-011 | 5 | 2 | | 10/09/85 | 10/17/85 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | AM |

THE KOSTIN CO
33 GLOUCESTER WALK
LONDON W8 ENGLAND

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 22,750 | 037833100 | APPLE COMPUTER INC | 341250.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.000 | 341250.00 | | | | | |

### MEMBERS

NASD    NSCC    SIAC    DTC    SIPC

SOES    CAE    CQS    CSE    TARS



# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-01125-3 | D | 18-010 | 5 | 2 | | 10/10/85 | 10/18/85 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | AM | |

THE KOSTIN CO
33 GLOUCESTER WALK
LONDON W8 ENGLAND

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 50,000 | 037833100 | APPLE COMPUTER INC | 743750.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 14 7/8 | 743750.00 | | | | | |

### MEMBERS
NASD    NSCC    SIAC    DTC    SIPC
SOES    CAE    CQS    CSE    TARS



# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-01125-3 | D | 23-008 | 5 | 2 | | 4/16/85 | 4/23/85 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

THE KOSTIN CO ACCOUNT O
22 LEHIGH ROAD
WELLESLEY HILLS    MA 02181

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 980 | 171232101 | CHUBB CORP | 57575.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 58 3/4 | 57575.00 | | | | | |

## MEMBERS
NASD    NSCC    SIAC    DTC    SIPC
SOES    CAE    CQS    CSE    TARS



## Bernard L. Madoff
### INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-01117-1-4 | DEL | 19-077 | 5 | 2 | | 3/12/82 | 3/19/82 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

THE KOSTIN CO
22 LEHIGH ROAD
WELLESLEY HILLS MA
02181

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,400 | 277461109 | EASTMAN KODAK CO | 94675.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 67 5/8 | 94675.00 | | | | | |

MEMBERS
NASD   NSCC   SIAC   DTC   SIPC



## Bernard L. Madoff
### INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-01125-3 | D | 81-006 | 5 | 2 | | 7/24/84 | 7/31/84 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

THE KOSTIN CO ACCOUNT O
22 LEHIGH ROAD
WELLESLEY HILLS      MA 02181

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 17,600 | 458140100 | INTEL CORP | 466400.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 26 1/2 | 466400.00 | | | | | |

### MEMBERS
NASD   NSCC   SIAC   DTC   SIPC
SOES   CAE   CQS   CSE   TARS



## Bernard L. Madoff
### INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-01125-3 | O | 20-154 | 5 | 2 | | 12/13/84 | 12/20/84 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

THE KOSTIN CO ACCOUNT O
22 LEHIGH ROAD
WELLESLEY HILLS    MA 02181

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 21,000 | 458140100 | INTEL CORP | 540750.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 25 3/4 | 540750.00 | | | | | |

### MEMBERS
NASD    NSCC    SIAC    DTC    SIPC
SOES    CAE    CQS    CSE    TARS



# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-01125-3 | R | 01-032 | 5 | 2 | | 6/24/86 | 7/01/86 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | AM | |

THE KOSTIN CO
33 GLOUCESTER WALK
LONDON W8 ENGLAND

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 38,600 | 458140100 | INTEL CORP | 940875.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 24 3/8 | 940875.00 | | | | | |

MEMBERS

NASD   NSCC   SIAC   DTC   SIPC
SOES   CAE   CQS   CSE   TARS



## Bernard L. Madoff
### INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-01125-3 | D | 06-116 | 5 | 2 | | 7/30/86 | 8/06/86 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | AM | |

THE KOSTIN CO
33 GLOUCESTER WALK
LONDON W8 ENGLAND

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 40,000 | 458140100 | INTEL CORP | 760000.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.000 | 760000.00 | | | | | |

MEMBERS

NASD    NSCC    SIAC    DTC    SIPC
SOES    CAE    CQS    CSE    TARS



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-01125-3 | D | 06-117 | 5 | 2 | | 7/30/86 | 8/06/86 | 11 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | AM | |

THE KOSTIN CO
33 GLOUCESTER WALK
LONDON W8 ENGLAND

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 12,600 | 458140100 | INTEL CORP | 240975.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 19 1/8 | 240975.00 | | | | | |

### MEMBERS

NASD   NSCC   SIAC   DTC   SIPC
SOES   CAE   CQS   CSE   TARS



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | I-01125-3 | D | 10-089 | 5 | 2 | | 1/03/85 | 1/10/85 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | THE KOSTIN CO ACCOUNT O<br>22 LEHIGH ROAD<br>WELLESLEY HILLS      MA 02181 | | |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 900 | 590188108 | MERRILL LYNCH & CO INC | 22837.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 25 3/8 | 22837.50 | | | | | |

MEMBERS

NASD    NSCC    SIAC    DTC    SIPC
SOES    CAE    CQS    CSE    TARS



## Bernard L. Madoff
### INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-01125-3 | D | 10-012 | 5 | 2 | | 7/02/85 | 7/10/85 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | AM |

THE KOSTIN CO ACCOUNT O
33 GLOUCESTER WALK
LONDON W8 ENGLAND

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 24,900 | 717265102 | PHELPS DODGE CORP | 423300.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.000 | 423300.00 | | | | | |

### MEMBERS
NASD  NSCC  SIAC  DTC  SIPC
SOES  CAE  CQS  CSE  TARS



## Bernard L. Madoff
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-01125-3 | D | 11-013 | 5 | 2 | | 7/03/85 | 7/11/85 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | AM | |

THE KOSTIN CO ACCOUNT O
33 GLOUCESTER WALK
LONDON W8 ENGLAND

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 14,400 | 717265102 | PHELPS DODGE CORP | 248400.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 17 1/4 | 248400.00 | | | | | |

### MEMBERS

NASD    NSCC    SIAC    DTC    SIPC

SOES    CAE    CQS    CSE    TARS



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-01125-3 | D | 05-118 | 5 | 2 | | 7/29/86 | 8/05/86 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | AM | |

THE KOSTIN CO
33 GLOUCESTER WALK
LONDON W8 ENGLAND

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 50,000 | 717265102 | PHELPS DODGE CORP | 868750.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 17 3/8 | 868750.00 | | | | | |

MEMBERS
NASD   NSCC   SIAC   DTC   SIPC
SOES   CAE   CQS   CSE   TARS



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-01125-3 | D | 06-119 | 5 | 2 | | 7/30/86 | 8/06/86 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | AM | |

THE KOSTIN CO
33 GLOUCESTER WALK
LONDON W8 ENGLAND

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 21,190 | 717265102 | PHELPS DODGE CORP | 360230.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.000 | 360230.00 | | | | | |

MEMBERS

NASD    NSCC    SIAC    DTC    SIPC
SOES    CAE    CQS    CSE    TARS



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022

212 230-2424
P&S Dept. 212 230-2436
800 221-2242
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-01125-3 | D | 26-049 | 5 | 2 | | 10/25/89 | 10/26/89 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | M |

THE KOSTIN CO
1077 30TH STREET NW UNIT 407
WASHINGTON      DC 20007

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 6,397,000 | 912794UH5 | U S TREASURY BILL DUE 6/7/1990    6/07/1990 | 6105296.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 95.440 | 6105296.80 | | | | | |

MEMBERS

NASD    NSCC    SIAC    DTC    SIPC
SOES    CAE    ISCC    CSE    TARS

CONFIRMATION    17



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022

212 230-2424
P&S Dept. 212 230-2436
800 221-2242
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-01125-3 | D | 31-042 | 5 | 2 | | 10/31/89 | 10/31/89 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | M | |

THE KOSTIN CO
1077 30TH STREET NW UNIT 407
WASHINGTON         DC 20007

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 353 | 316067107 | FIDELITY CASH RESERVES SBI | 353.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 1.000 | 353.00 | | | | | |



CONFIRMATION

MEMBERS

NASD    NSCC    SIAC    DTC    SIPC
SOES    CAE    ISCC    CSE    TARS