# EXHIBIT H

**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

PERIOD ENDING: 10/31/85
YOUR TAX PAYER IDENTIFICATION NUMBER: 06-0891870
PAGE: 1 AM

IN ACCOUNT WITH

THE KOSTIN CO
33 GLOUCESTER WALK
LONDON W8 ENGLAND

YOUR ACCOUNT NUMBER: 1-01125-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1783,855.91 | |
| 1007 | | | | EASTMAN KODAK CO | | | |
| | | | | DIV 09/03 10/01/85 | DIV | | 1,155.00 |
| 1007 | | | | CHUBB CORP | | | |
| | | | | DIV 09/23 10/07/85 | DIV | | 573.80 |
| 1017 | 22750 | | 11 | APPLE COMPUTER INC | 15 | 341,250.00 | |
| 1018 | 50000 | | 10 | APPLE COMPUTER INC | 14 7/8 | 743,750.00 | |
| 1028 | 490 | | | CHUBB CORP | RECD | | |
| | | | | 3 FOR 2 STOCK SPLIT | | | |
| 1031 | | | | OCT MARGIN INTEREST | INT | 19,141.74 | |
| | | | | NEW BALANCE | | 2885,270.35 | |
| | | | | SECURITY POSITIONS | | | |
| | 72750 | | | APPLE COMPUTER INC | | | |
| | 1470 | | | CHUBB CORP | | | |
| | 2100 | | | EASTMAN KODAK CO | | | |
| | 38600 | | | INTEL CORP | | | |
| | 8600 | | | INTERNATIONAL BUSINESS MACHS | | | |
| | 900 | | | MERRILL LYNCH & CO INC | | | |
| | 38000 | | | NATIONAL SEMICONDUCTOR CORP | | | |
| | 39300 | | | PHELPS DODGE CORP | | | |
| | | | | END OF POSITIONS | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022

212 230-2424
P&S Dept. 212 230-2436
800 221-2242
Telex 235130
Fax 212 486-8178

IN ACCOUNT WITH

THE KOSTIN CO
33 GLOUCESTER WALK
LONDON W8 ENGLAND

PERIOD ENDING: 6/30/87
PAGE: 1 AM
YOUR ACCOUNT NUMBER: 1-01125-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 06-0891870

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  | 2,805,611.16 |  |
| 6/15 | 72,750 |  |  | APPLE COMPUTER INC  2 FOR 1 STOCK SPLIT 06/15/87 | RECD |  |  |
| 6/30 |  |  |  | JUN MARGIN INTEREST | INT | 20,753.83 |  |
|  |  |  |  | NEW BALANCE |  | 2,826,364.99 |  |
|  |  |  |  | SECURITY POSITIONS |  |  |  |
|  | 145,500 |  |  | APPLE COMPUTER INC |  |  |  |
|  | 1,470 |  |  | CHUBB CORP |  |  |  |
|  | 2,100 |  |  | EASTMAN KODAK CO |  |  |  |
|  | 52,600 |  |  | INTEL CORP |  |  |  |
|  | 900 |  |  | MERRILL LYNCH & CO INC |  |  |  |
|  | 110,490 |  |  | PHELPS DODGE CORP |  |  |  |
|  |  |  |  | END OF POSITIONS |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

PAGE: 1
PERIOD ENDING: 4/30/85
YOUR TAX PAYER IDENTIFICATION NUMBER: 06-0891870
YOUR ACCOUNT NUMBER: 1-01125-3-0

IN ACCOUNT WITH
THE KOSTIN CO ACCOUNT J
22 LEHIGH ROAD
WELLESLEY HILLS    MA    02181

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/23 | 980 | | 8 | BALANCE FORWARD | | 1448.15556 | |
| 4/30 | | | | CHUBB CORP | 58 3/4 | 57,575.00 | |
| | | | | APR MARGIN INTEREST | INT | 12,429.79 | |
| | | | | NEW BALANCE | | 1518,156.35 | |
| | | | | SECURITY POSITIONS | | | |
| | 980 | | | CHUBB CORP | | | |
| | 1400 | | | EASTMAN KODAK CO | | | |
| | 38600 | | | INTEL CORP | | | |
| | 8600 | | | INTERNATIONAL BUSINESS MACHS | | | |
| | 74000 | | | MCI COMMUNICATIONS CORP | | | |
| | 900 | | | MERRILL LYNCH & CO INC | | | |
| | | | | END OF POSITIONS | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.



# Bernard L. Madoff
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

PERIOD ENDING: 3/31/92
PAGE: 1

YOUR ACCOUNT NUMBER: 1-01122-1-7
YOUR TAX PAYER IDENTIFICATION NUMBER:

THE KOSTIN CO ACCOUNT 0
22 LEHIGH ROAD
WELLESLEY HILLS MA
02181

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 306,074.68 |
| 3/5 | | | | TRANS FROM REG | JRNL | | 616,436.43 |
| 3/9 | 2200 | | 11 | AVNET INC | 40 1/2 | 89,100.00 | |
| 3/9 | 5000 | | 12 | DATAPOINT CORP | 20 | 100,000.00 | |
| | | | | COM PAR $0.25 | | | |
| 3/9 | 1400 | | 13 | EASTMAN KODAK CO | 67 5/8 | 94,675.00 | |
| 3/9 | 2600 | | 14 | FEDERAL EXPRESS CORP | 45 7/8 | 119,275.00 | |
| 3/9 | 1600 | | 15 | NORTHWEST INDS INC | 56 3/8 | 90,200.00 | |
| 3/9 | 1600 | | 16 | SYNTEX CORP | 62 3/4 | 100,400.00 | |
| 3/9 | 3200 | | 17 | TANDY CORP | 27 3/8 | 87,600.00 | |
| 3/9 | 3700 | | 18 | UNION OIL CO CALIF | 28 1/2 | 105,450.00 | |
| | | | | NEW BALANCE | | | 135,811.11 |
| | | | | SECURITY POSITIONS | | | |
| | | | | AVNET INC | | | |
| | | 22 | | MAY 45 CALLS OPEN | | | |
| | | | | AVNET INC | | | |
| | 2200 | | | DATAPOINT CORP | | | |
| | 5000 | | | COM PAR $0.25 | | | |
| | | 14 | | EASTMAN KODAK | | | |
| | | | | APRIL 70 CALLS OPEN | | | |
| | 1400 | | | EASTMAN KODAK CO | | | |
| | 2600 | | | FEDERAL EXPRESS CORP | | | |
| | | 16 | | FEDERAL EXPRESS CORP | | | |
| | 1600 | | | NORTHWEST INDS INC | | | |
| | | 16 | | SYNTEX CORP | | | |
| | | | | JUNE 60 CALLS OPEN | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

IN ACCOUNT WITH

THE KOSTIN CO ACCOUNT D
33 GLOUCESTER WALK
LONDON W8 ENGLAND

PERIOD ENDING: 5/31/85
PAGE: 1 AM
YOUR TAX PAYER IDENTIFICATION NUMBER: 06-0891870
YOUR ACCOUNT NUMBER: 1-01125-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  | 1518,156 35 |  |
| 5 15 | 18750 |  | 18 | UAL INC |  |  |  |
| 5 24 | 700 |  |  | EASTMAN KODAK CO | 46 | 862,500 00 |  |
|  |  |  |  | STK DIV 04/24  05/17/85 | RECD |  |  |
| 5 28 |  |  |  | MERRILL LYNCH & CO INC | DIV |  | 180 00 |
|  |  |  |  | DIV 05/03  05/22 |  |  |  |
| 5 31 |  |  |  | MAY MARGIN INTEREST | INT | 17,024 49 |  |
|  |  |  |  | NEW BALANCE |  | 2397,500 84 |  |
|  |  |  |  | SECURITY POSITIONS |  |  |  |
|  | 980 |  |  | CHUBB CORP |  |  |  |
|  | 2100 |  |  | EASTMAN KODAK CO |  |  |  |
|  | 38600 |  |  | INTEL CORP |  |  |  |
|  | 8600 |  |  | INTERNATIONAL BUSINESS MACHS |  |  |  |
|  | 74000 |  |  | MCI COMMUNICATIONS CORP |  |  |  |
|  | 900 |  |  | MERRILL LYNCH & CO INC |  |  |  |
|  | 18750 |  |  | UAL INC |  |  |  |
|  |  |  |  | END OF POSITIONS |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022

212 230-2424
P&S Dept. 212 230-2436
800 221-2242
Telex 235130
Fax 212 486-8178

IN ACCOUNT WITH

THE KOSTIN CO
33 GLOUCESTER WALK
LONDON W8 ENGLAND

PERIOD ENDING: 10/31/87
YOUR ACCOUNT NUMBER: 1-01125-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 06-0891870
PAGE: 1 AM

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 2,888,746.25 | |
| 10/21 | 1,050 | | | EASTMAN KODAK CO | RECD | | |
| | | | | 3 FOR 2 STOCK SPLIT 10/19/87 | | | |
| 10/21 | 26,300 | | | INTEL CORP | RECD | | |
| | | | | 3 FOR 2 STOCK SPLIT 10/28/87 | | | |
| 10/21 | | | | EASTMAN KODAK CO | DIV | | 1,323.00 |
| | | | | DIV 09/01 10/01/87 | | | |
| 10/21 | | | | CHUBB CORP | DIV | | 690.90 |
| | | | | DIV 09/25 10/06/87 | | | |
| 10/30 | | | | APPLE COMPUTER INC | DIV | | 8,730.00 |
| | | | | DIV 05/15 06/15/87 | | | |
| 10/30 | | | | APPLE COMPUTER INC | DIV | | 8,730.00 |
| | | | | DIV 08/14 09/15/87 | | | |
| 10/31 | | | | OCT MARGIN INTEREST | INT | 23,047.78 | |
| | | | | NEW BALANCE | | 2,892,320.13 | |
| | | | | SECURITY POSITIONS | | | |
| | 145,500 | | | APPLE COMPUTER INC | | | |
| | 1,470 | | | CHUBB CORP | | | |
| | 3,150 | | | EASTMAN KODAK CO | | | |
| | 78,900 | | | INTEL CORP | | | |
| | 900 | | | MERRILL LYNCH & CO INC | | | |
| | 110,490 | | | PHELPS DODGE CORP | | | |
| | | | | END OF POSITIONS | | | |

(SPECIAL NOTICE ON REVERSE SIDE)    PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

PERIOD ENDING: 7/31/84
YOUR TAX PAYER IDENTIFICATION NUMBER: 06-0891870
PAGE: 1

IN ACCOUNT WITH

THE KOSTIN CO ACCOUNT O

22 LEHIGH ROAD
WELLESLEY HILLS    MA    02181

YOUR ACCOUNT NUMBER: 1-01125-3-0

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 1014,750.19 |
| 702 | | | | EASTMAN KODAK CO DIV 05/01 06/20 | DIV | | 1,050.00 |
| 730 | 50000 | | 5 | MCI COMMUNICATIONS CORP | 6 1/4 | 312,500.00 | |
| 730 | 24000 | | 4 | MCI COMMUNICATIONS CORP | 6 1/4 | 150,000.00 | |
| 731 | 17600 | | 6 | INTEL CORP | 26 1/2 | 466,400.00 | |
| | | | | NEW BALANCE | | | 86,900.19 |
| | | | | SECURITY POSITIONS | | | |
| | 1400 | | | EASTMAN KODAK CO | | | |
| | 17600 | | | INTEL CORP | | | |
| | 74000 | | | MCI COMMUNICATIONS CORP | | | |
| | | | | END OF POSITIONS | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

IN ACCOUNT WITH

THE KOSTIN CO ACCOUNT C
22 LEHIGH ROAD
WELLESLEY HILLS    MA    02181

PERIOD ENDING: 12/31/84
YOUR TAX PAYER IDENTIFICATION NUMBER: 06-0891870
YOUR ACCOUNT NUMBER: 1-01125-3-0
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/10 | | | | BALANCE FORWARD | | 859,920.91 | |
| | | | | INTERNATIONAL BUSINESS MACHS  DIV 11/07 12/10 | DIV | | 9,450.00 |
| 12/20 | 21000 | | 154 | INTEL CORP | 25 3/4 | 540,750.00 | |
| 12/31 | | | | DEC MARGIN INTEREST | INT | 10,152.25 | |
| | | | | NEW BALANCE | | 1,401,363.16 | |
| | | | | SECURITY POSITIONS | | | |
| | 1400 | | | EASTMAN KODAK CO | | | |
| | 38500 | | | INTEL CORP | | | |
| | 8600 | | | INTERNATIONAL BUSINESS MACHS | | | |
| | 74000 | | | MCI COMMUNICATIONS CORP | | | |
| | | | | END OF POSITIONS | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELEX 235130
WATS (800) 221-2242

IN ACCOUNT WITH

THE KOSTIN CO
33 GLOUCESTER WALK
LONDON W8 ENGLAND

PAGE: 1
PERIOD ENDING: 7/31/86
YOUR TAX PAYER IDENTIFICATION NUMBER: 06-0891870
YOUR ACCOUNT NUMBER: 1-01125-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 2,622,189.38 | |
| 7/01 | | 38,600 | 32 | INTEL CORP | 24 3/8 | | 940,875. |
| 7/10 | | 8,600 | 45 | INTERNATIONAL BUSINESS MACHS | 149 7/8 | | 1,288,925. |
| 7/28 | | | | EASTMAN KODAK CO DIVIDEND 6/02-7/01 | DIV | | 1,323. |
| 7/28 | | | | CHUBB CORP DIVIDEND 6/19-7/08 | DIV | | 573. |
| 7/31 | | | | JUL MARGIN INTEREST | INT | 5,597.49 | |
| | | | | NEW BALANCE | | 396,090.57 | |
| | | | | SECURITY POSITIONS | | | |
| | 72,750 | | | APPLE COMPUTER INC | | | |
| | 1,470 | | | CHUBB CORP | | | |
| | 2,100 | | | EASTMAN KODAK CO | | | |
| | 900 | | | MERRILL LYNCH & CO INC | | | |
| | 39,300 | | | PHELPS DODGE CORP | | | |
| | | | | END OF POSITIONS | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELEX 235130
WATS (800) 221-2242

IN ACCOUNT WITH

THE KOSTIN CO
33 GLOUCESTER WALK
LONDON W8 ENGLAND

PERIOD ENDING: 8/31/86
PAGE: 1  A.M
YOUR TAX PAYER IDENTIFICATION NUMBER: 06-0891870
YOUR ACCOUNT NUMBER: 1-C1125-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 396,090.57 | |
| 8/05 | 50,000 | | 118 | PHELPS DODGE CORP | 17 3/8 | 868,750.00 | |
| 8/06 | 40,000 | | 116 | INTEL CORP | 19 | 760,000.00 | |
| 8/06 | 12,600 | | 117 | INTEL CORP | 19 1/8 | 240,975.00 | |
| 8/06 | 21,190 | | 119 | PHELPS DODGE CORP | 17 | 360,230.00 | |
| 8/25 | | | | MERRILL LYNCH & CO INC DIV 08/08/86 08/27/86 | DIV | | 180.00 |
| 8/31 | | | | AUG MARGIN INTEREST | INT | 16,076.22 | |
| | | | | NEW BALANCE | | 2,641,941.79 | |
| | | | | SECURITY POSITIONS | | | |
| | 72,750 | | | APPLE COMPUTER INC | | | |
| | 1,470 | | | CHUBB CORP | | | |
| | 2,100 | | | EASTMAN KODAK CO | | | |
| | 52,600 | | | INTEL CORP | | | |
| | 900 | | | MERRILL LYNCH & CO INC | | | |
| | 110,490 | | | PHELPS DODGE CORP | | | |
| | | | | END OF POSITIONS | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# Bernard L. Madoff
### INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

IN ACCOUNT WITH

THE KOSTIN CO ACCOUNT 3
22 LEHIGH ROAD
WELLESLEY HILLS    MA    02181

PERIOD ENDING: 1/31/85
YOUR ACCOUNT NUMBER: 1-01125-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 06-0891970
PAGE: 1

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1401.35315 | |
| 1/07 | | | | EASTMAN KODAK CO DIV 12/03 01/02/85 | DIV | | 770 00 |
| 1/07 | | | | EASTMAN KODAK CO DIV 12/03 01/02/85 | DIV | | 1,120 00 |
| 1/10 | 900 | | 89 | MERRILL LYNCH & CO INC | 25 3/8 | 22,837 50 | |
| 1/31 | | | | JAN MARGIN INTEREST | INT | 12,327 35 | |
| | | | | NEW BALANCE | | 1434.63802 | |
| | | | | SECURITY POSITIONS | | | |
| | 1400 | | | EASTMAN KODAK CO | | | |
| | 38500 | | | INTEL CORP | | | |
| | 8600 | | | INTERNATIONAL BUSINESS MACHS | | | |
| | 74000 | | | MCI COMMUNICATIONS CORP | | | |
| | 900 | | | MERRILL LYNCH & CO INC | | | |
| | | | | END OF POSITIONS | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

IN ACCOUNT WITH

THE KOSTIN CO ACCOUNT O

33 GLOUCESTER WALK
LONDON W8 ENGLAND

PERIOD ENDING: 7/31/85
YOUR TAX PAYER IDENTIFICATION NUMBER: 06-0891870
PAGE: 1 AM
YOUR ACCOUNT NUMBER: 1-01125-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 626,387.94 | |
| 7/01 | | | | EASTMAN KODAK CO DIV 06/04 07/01/85 | DIV | | 1,155.00 |
| 7/08 | 38000 | | 14 | NATIONAL SEMICONDUCTOR CORP | 12 | 456,000.00 | |
| 7/10 | 24900 | | 12 | PHELPS DODGE CORP | 17 | 423,300.00 | |
| 7/11 | 14400 | | 13 | PHELPS DODGE CORP | 17 1/4 | 248,400.00 | |
| 7/16 | | | | CHUBB CORP DIV 06/20 07/09/85 | DIV | | 539.00 |
| 7/31 | | | | JUL MARGIN INTEREST | INT | 12,004.14 | |
| | | | | NEW BALANCE | | 1764,397.08 | |
| | | | | SECURITY POSITIONS | | | |
| | 980 | | | CHUBB CORP | | | |
| | 2100 | | | EASTMAN KODAK CO | | | |
| | 38600 | | | INTEL CORP | | | |
| | 8600 | | | INTERNATIONAL BUSINESS MACHS | | | |
| | 900 | | | MERRILL LYNCH & CO INC | | | |
| | 38000 | | | NATIONAL SEMICONDUCTOR CORP | | | |
| | 39300 | | | PHELPS DODGE CORP | | | |
| | | | | END OF POSITIONS | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

IN ACCOUNT WITH

THE KOSTIN CO
1077 30TH STREET NW UNIT 407
WASHINGTON    DC   20007

PERIOD ENDING: 10/31/89
YOUR ACCOUNT NUMBER: 1-01125-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 06-0891870
PAGE: 1  M

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 2,989,889.47 | |
| 10/18 | | | | PHELPS DODGE CORP DIV 9/20/89 10/10/89 | DIV | | 1,104,900.00 |
| 10/18 | | | | CHUBB CORP DIV 9/22/89 10/10/89 | DIV | | 852.60 |
| 10/18 | | | | EASTMAN KODAK CO DIV 9/01/89 10/02/89 | DIV | | 1,575.00 |
| 10/26 | 6,397,000 | | 49 | U S TREASURY BILL DUE 6/7/1990 6/07/1990 | 95.440 | 6,105,296.80 | |
| 10/31 | | | | OCT MARGIN INTEREST | INT | 33,365.27 | |
| 10/31 | 353 | | 42 | FIDELITY CASH RESERVES SBI | 1 | 353.00 | |
| 10/31 | | 354 | 44 | FIDELITY CASH RESERVES SBI | 1 | | 354.00 |
| 10/31 | 354 | | 44 | FIDELITY CASH RESERVES SBI | 1 | 354.00 | |
| | | | | NEW BALANCE | | 9,021,576.94 | |
| | | | | SECURITY POSITIONS | | | |
| | 145,500 | | | APPLE COMPUTER INC | | | |
| | 1,470 | | | CHUBB CORP | | | |
| | 3,150 | | | EASTMAN KODAK CO | | | |
| | 353 | | | FIDELITY CASH RESERVES SBI | | | |
| | 78,900 | | | INTEL CORP | | | |
| | 900 | | | MERRILL LYNCH & CO INC | | | |
| | 110,490 | | | PHELPS DODGE CORP | | | |
| | 6,397,000 | | | U S TREASURY BILL DUE 6/7/1990 6/07/1990 | | | |
| | | | | END OF POSITIONS | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES. (SPECIAL NOTICE ON REVERSE SIDE)