# EXHIBIT N

**PENAP, WDREF**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Adversary Proceeding #: 10-04950-brl

*Assigned to:* Judge Burton R. Lifland  
*Lead BK Case:* 08-99000  
*Lead BK Title:* Administrative Case Re: 08-01789 (Securities Invest  
*Lead BK Chapter:* 11  
*Demand:* $3750000  

*Date Filed:* 12/02/10

*Nature[s] of Suit:* 13 Recovery of money/property - 548 fraudulent transfer  
14 Recovery of money/property - other

*Plaintiff*  
-----------------------  
**Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff**

represented by **Marc E. Hirschfield**  
Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, NY 10111  
(212) 589-4200  
Fax : (212) 589-4201  
Email: bhaa@bakerlaw.com  
*LEAD ATTORNEY*

**Marc E. Hirschfield**  
Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, NY 10111  
(212) 589-4200  
Fax : (212) 589-4201  
Email: bhaa@bakerlaw.com

V.

*Defendant*  
-----------------------  
**Kostin Company**

represented by **Bernard J. Garbutt, III**  
Morgan Lewis & Bockius, LLP  
101 Park Avenue  
New York, NY 10178  
(212) 309-6084  
Fax : (212) 309- 6001  
Email: bgarbutt@morganlewis.com

               **Matthew Kalinowski**
               Morgan, Lewis & Bockius, LLP
               101 Park Avenue
               New York, NY 10178
               212.309.6785
               Fax : 212.309.6001
               Email: mkalinowski@morganlewis.com

*Defendant*
-----------------------
**Susan Kostin, in her capacity as General Partner of Kostin Company**     represented by **Bernard J. Garbutt, III**
(See above for address)

               **Matthew Kalinowski**
               (See above for address)

*Defendant*
-----------------------
**Deborah Weinstein, in her capacity as Limited Partner of Kostin Company**     represented by **Bernard J. Garbutt, III**
(See above for address)

               **Matthew Kalinowski**
               (See above for address)

*Defendant*
-----------------------
**David Kostin, in his capacity as Limited Partner of Kostin Company**     represented by **Bernard J. Garbutt, III**
(See above for address)

               **Matthew Kalinowski**
               (See above for address)

*Defendant*
-----------------------
**Andrew Kostin, in his capacity as Limited Partner of Kostin Company**     represented by **Bernard J. Garbutt, III**
(See above for address)

               **Matthew Kalinowski**
               (See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
|  |  | Complaint against Kostin Company, Susan Kostin, in her capacity as General Partner of Kostin Company, Deborah |

| | | |
|---|---|---|
| 12/02/2010 | 1 | Weinstein, in her capacity as Limited Partner of Kostin Company, David Kostin, in his capacity as Limited Partner of Kostin Company, Andrew Kostin, in his capacity as Limited Partner of Kostin Company . Nature(s) of Suit: (13 (Recovery of money/property - 548 fraudulent transfer)), (14 (Recovery of money/property - other)) Filed by Marc E. Hirschfield, Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Hirschfield, Marc) (Entered: 12/02/2010) |
| 12/02/2010 | 2 | Letter \Notice of Applicability of The Order Approving Litigation Case Management Procedures for Avoidance Actions filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Hirschfield, Marc) (Entered: 12/02/2010) |
| 12/02/2010 | | Receipt of Complaint(10-04950) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 635. Fee amount 250.00. (Slinger) (Entered: 12/02/2010) |
| 12/03/2010 | | Judge Burton R. Lifland added to the case. (Cales, Humberto). (Entered: 12/03/2010) |
| 02/24/2011 | 3 | Summons and Notice of Pre-Trial Conference against Kostin Company Answer Due: 4/25/2011; Susan Kostin, in her capacity as General Partner of Kostin Company Answer Due: 4/25/2011; Andrew Kostin, in his capacity as Limited Partner of Kostin Company Answer Due: 4/25/2011; David Kostin, in his capacity as Limited Partner of Kostin Company Answer Due: 4/25/2011; Deborah Weinstein, in her capacity as Limited Partner of Kostin Company Answer Due: 4/25/2011. Pre-Trial date to be determined by Court Order. (Cales, Humberto) (Entered: 02/24/2011) |
| 02/24/2011 | 4 | Affidavit of Service (related document(s)3, 2, 1) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Hirschfield, Marc) (Entered: 02/24/2011) |
| 03/07/2011 | 5 | Affidavit of Service (related document(s)3, 2, 1) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Hirschfield, Marc) (Entered: 03/07/2011) |
| | | Request for a Second Summons filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Hirschfield, |

| | | |
|---|---|---|
| 03/14/2011 | | Marc) (Entered: 03/14/2011) |
| 03/16/2011 | 6 | Notice of Appearance filed by Matthew Kalinowski on behalf of Kostin Company, Susan Kostin, in her capacity as General Partner of Kostin Company, Andrew Kostin, in his capacity as Limited Partner of Kostin Company, David Kostin, in his capacity as Limited Partner of Kostin Company, Deborah Weinstein, in her capacity as Limited Partner of Kostin Company. (Kalinowski, Matthew) (Entered: 03/16/2011) |
| 03/16/2011 | 7 | Notice of Appearance in Adversary Proceeding *of Bernard J. Garbutt III* filed by Matthew Kalinowski on behalf of Kostin Company, Susan Kostin, in her capacity as General Partner of Kostin Company, Andrew Kostin, in his capacity as Limited Partner of Kostin Company, David Kostin, in his capacity as Limited Partner of Kostin Company, Deborah Weinstein, in her capacity as Limited Partner of Kostin Company. (Kalinowski, Matthew) (Entered: 03/16/2011) |
| 03/22/2011 | 8 | SECOND Summons and Notice of Pre-Trial Conference against Kostin Company Answer Due: 5/23/2011; Susan Kostin, in her capacity as General Partner of Kostin Company Answer Due: 5/23/2011; Andrew Kostin, in his capacity as Limited Partner of Kostin Company Answer Due: 5/23/2011; David Kostin, in his capacity as Limited Partner of Kostin Company Answer Due: 5/23/2011; Deborah Weinstein, in her capacity as Limited Partner of Kostin Company Answer Due: 5/23/2011. Pre-Trial date to be determined by Court Order. (Campbell, Tiffany) (Entered: 03/22/2011) |
| 03/22/2011 | 9 | Notice of Appearance (related document(s)7) filed by Bernard J. Garbutt III on behalf of Kostin Company, Susan Kostin, in her capacity as General Partner of Kostin Company, Andrew Kostin, in his capacity as Limited Partner of Kostin Company, David Kostin, in his capacity as Limited Partner of Kostin Company, Deborah Weinstein, in her capacity as Limited Partner of Kostin Company. (Garbutt, Bernard) (Entered: 03/22/2011) |
| 03/25/2011 | 10 | Affidavit of Service (related document(s)8, 2, 1) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Hirschfield, Marc) (Entered: 03/25/2011) |
| 04/27/2011 | 11 | Statement *Notice of Extended Response Due Date* filed by Heather J. McDonald on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (McDonald, Heather) (Entered: 04/27/2011) |

| Date | Doc # | Description |
|---|---|---|
| 05/03/2011 | 12 | Affidavit of Service *of Notice of Extended Response Due Date* (related document(s)11) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Hirschfield, Marc) (Entered: 05/03/2011) |
| 05/31/2011 | 13 | Statement */ Notice of Extended Response Due Date* filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Hirschfield, Marc) (Entered: 05/31/2011) |
| 06/01/2011 | 14 | Statement *Second Notice of Extended Response Due Date* filed by Heather J. McDonald on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (McDonald, Heather) (Entered: 06/01/2011) |
| 06/23/2011 | 15 | Affidavit of Service *of Second Notice of Extended Response Due Date* (related document(s)14) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Hirschfield, Marc) (Entered: 06/23/2011) |
| 06/29/2011 | 16 | Stipulation *Extending Time to Respond* filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Hirschfield, Marc) (Entered: 06/29/2011) |
| 09/01/2011 | 17 | Statement */Notice of Mediation Referral* filed by Heather J. McDonald on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (McDonald, Heather) (Entered: 09/01/2011) |
| 09/09/2011 | 18 | Affidavit of Service (related document(s)17) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Hirschfield, Marc) (Entered: 09/09/2011) |
| 09/14/2011 | 19 | Statement */Notice of Mediator Selection* filed by Heather J. McDonald on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (McDonald, Heather) (Entered: 09/14/2011) |
| 09/14/2011 | 20 | **(THIS ENTRY IS A DUPLICATE OF DOCUMENT 19)** Statement */ Notice of Mediator Selection* filed by Heather J. McDonald on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (McDonald, Heather) Modified on 9/14/2011 (Richards, Beverly). (Entered: 09/14/2011) |

| | | |
|---|---|---|
| 09/21/2011 | 21 | Affidavit of Service (related document(s)19) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Hirschfield, Marc) (Entered: 09/21/2011) |
| 01/12/2012 | 22 | Stipulation *Extending Time to Conclude Mediation* filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Hirschfield, Marc) (Entered: 01/12/2012) |
| 03/15/2012 | 23 | Stipulation *Extending Time to Conclude Mediation* filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Sheehan, David) (Entered: 03/15/2012) |
| 03/29/2012 | 24 | Statement *Rule 7.1 Statement* filed by Bernard J. Garbutt III on behalf of Kostin Company, Susan Kostin, in her capacity as General Partner of Kostin Company, Andrew Kostin, in his capacity as Limited Partner of Kostin Company, David Kostin, in his capacity as Limited Partner of Kostin Company, Deborah Weinstein, in her capacity as Limited Partner of Kostin Company. (Garbutt, Bernard) (Entered: 03/29/2012) |
| 03/29/2012 | 25 | Motion to Withdraw the Reference filed by Bernard J. Garbutt III on behalf of Kostin Company, Susan Kostin, in her capacity as General Partner of Kostin Company, Andrew Kostin, in his capacity as Limited Partner of Kostin Company, David Kostin, in his capacity as Limited Partner of Kostin Company, Deborah Weinstein, in her capacity as Limited Partner of Kostin Company. (Attachments: # 1 Declaration of Bernard J. Garbutt III in Support of Defendants' Motion to Withdraw the Reference# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J# 12 Exhibit K# 13 Exhibit L# 14 Exhibit M# 15 Exhibit N# 16 Exhibit O# 17 Exhibit P# 18 Exhibit Q# 19 Certificate of Service) (Garbutt, Bernard) (Entered: 03/29/2012) |
| 03/29/2012 | | Receipt of Motion to Withdraw the Reference (fee)(10-04950-brl) [motion,205] ( 176.00) Filing Fee. Receipt number 8415138. Fee amount 176.00. (U.S. Treasury) (Entered: 03/29/2012) |
| | | Memorandum of Law *in Support of the Defendants' Motion to Withdraw the Reference* (related document(s)25) filed by Bernard J. Garbutt III on behalf of Kostin Company, Susan |

| | | |
|---|---|---|
| 03/29/2012 | [26](#) | Kostin, in her capacity as General Partner of Kostin Company, Andrew Kostin, in his capacity as Limited Partner of Kostin Company, David Kostin, in his capacity as Limited Partner of Kostin Company, Deborah Weinstein, in her capacity as Limited Partner of Kostin Company. (Garbutt, Bernard) (Entered: 03/29/2012) |
| 05/01/2012 | [27](#) | Stipulation */Second Stipulation Extending Time to Conclude Mediation* filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Hirschfield, Marc) (Entered: 05/01/2012) |
| 06/27/2012 | [28](#) | Stipulation *Extending Time to Conclude Mediation* filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Hirschfield, Marc) (Entered: 06/27/2012) |
| 09/21/2012 | [29](#) | Civil Cover Sheet from U.S. District Court, Case Number: 1202409 (related document(s)[25](#)) filed by Clerk's Office of the U.S. Bankruptcy Court, S.D.N.Y.. (Rouzeau, Anatin) (Entered: 09/21/2012) |