**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
hchaitman@beckerny.com
45 Broadway
New York, New York 10006
Telephone (212) 599-3322
*Attorneys for the Customers*
*listed on Exhibit A to the December 3, 2012*
*declaration of Helen Davis Chaitman*

Hearing Date: February 13, 2013 at 10 a.m.
Objection Deadline: December 3, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>Debtor. | |

### DECLARATION OF HELEN DAVIS CHAITMAN IN SUPPORT OF CUSTOMERS' OBJECTION TO TRUSTEE'S MOTION FOR AN ORDER DENYING TIME-BASED DAMAGES

I, Helen Davis Chaitman, declare pursuant to 28 U.S.C. § 1746 that the following is true:

1. I am a partner with Becker & Poliakoff LLP, counsel to the customers (the "Customers") of Bernard L. Madoff Investment Securities LLC listed in **Exhibit A** hereto.

2. I submit this declaration in support of the Customers' objection to the Trustee's motion for an order denying time-based damages.

{N0022015 }

3. Exhibit A contains the names of the Customers, the docket number for each of their objections to the Trustee's determination, and indicates whether the Trustee determined them to be "net winners" or "net losers."

4. Annexed as **Exhibit B** is a document produced by the Trustee in discovery.

5. I declare under penalty of perjury that the foregoing is true and correct.

December 3, 2012

/s/ Helen Davis Chaitman

{N0022015}    2