# EXHIBIT B

08-01789-cgm Doc 5130-2 Filed 12/03/12 Entered 12/03/12 21:00:09 Exhibit B to the Declaration of Helen Davis Chaitman Pg 2 of 3

Case 1:12-cv-04095-DLC Document 25-1 Filed 06/14/12 Page 1 of 2

# EXHIBIT A

08-01789-cgm Doc 5130-2 Filed 12/03/12 Entered 12/03/12 21:00:09 Exhibit B to
the Declaration of Helen Davis Chaitman Pg 3 of 3
Case 1:12-cv-04095-DLC Document 25-1 Filed 08/14/12 Page 2 of 2

```
1                                                      P233 Govt    BXT
Enter <1><GO> to send screen via <MESSAGE> System.
10/ 7/2003 12:38        TRADE TICKET         AS OF:   10/ 7/03
                                             ISIN   US912795ME88
TRADER   ERIC LIPKIN                              912795ME8
    At   BERNARD L. MADOFF INVEST. SEC. LLC.   DATED     9/26/02
BUY      1000         M  OF  B 03/27/03
MIN PIECE:  1000          *  TREASURY BILL   *
DSCNT        1.1300000 OR YIELD  1.147459 (to MMaturity 3/27/03  100   )

PRICE    99.8461944 (ROUND [Y/N]? N )  SETTLEMENT  ON   2/ 6/03

NOTES:  [redacted]

                                          {912795ME Govt DES<GO>}
VIEW AMOUNTS IN      USD@   1.00000 (US/US) INVERT?       Highlights off? N

         TOTAL COST       $            998,461.94
```

Australia 61 2 9777 8600    Brazil 5511 3048 4500    Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2003 Bloomberg L.P.
G377-636-1 07-Oct-03 12:38:26

AMF00016041

MWPTAP00881243