MORGAN, LEWIS & BOCKIUS LLP
Bernard J. Garbutt III
101 Park Avenue
New York, New York 10178
Ph.: 212-309-6000

*Attorneys for Customer-Claimant The Kostin Co.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br>                      Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this date, a copy of the Memorandum Of Law Of Customer-Claimant The Kostin Co. In Opposition To The Trustee's Motion For An Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages (Docket Entry 5127), and the Declaration Bernard J. Garbutt III In Support Of The Kostin Co.'s Memorandum of Law (Docket Entry 5128), was or will be duly served electronically through ECF on the following parties:

                      *SECURITIES INVESTOR PROTECTION CORPORATION*
                      Christopher H. LaRosa – clarosa@sipc.org
                      Josephine Wang – jwang@sipc.org
                      Kevin H. Bell – kbell@sipc.org
                      Securities Investor Protection Corp.
                      805 15th Street, N.W.
                      Suite 800
                      Washington, DC 20005

*IRVING H. PICARD, TRUSTEE FOR THE SUBSTANTIVELY*
*CONSOLIDATED SIPA LIQUIDATION OF BERNARD L. MADOFF*
*INVESTMENT SECURITIES LLC AND BERNARD L. MADOFF*
David J. Sheehan – dsheehan@bakerlaw.com
Jorian Rose – jrose@bakerlaw.com
Seanna R. Brown – sbrown@bakerlaw.com
Bik Cheema – bcheema@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111


Dated:   December 3, 2012                    /s/  Bernard J. Garbutt III_____
         New York, New York                  BERNARD J. GARBUTT III
                                             MORGAN LEWIS & BOCKIUS LLP

                                             Attorney for Customer-Claimant
                                             The Kostin Co.