UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff-Applicant,

    v.

BERNARD L MADOFF INVESTMENTS
SECURITIES LLC,

    Defendant,

---

In re:

BERNARD L. MADOFF,

    Debtor.

---

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

**NOTICE OF APPEAL**
**JURY DEMAND**

---

**NOW COMES** Richard Surabian and Steven Surabian and Martin M. Surabian's Notice of Appeal of Order Denying Richard Surabian and Steven Surabian's Motion to Remove Irving H. Picard as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, dated November 14, 2012 Doc. 5080 Burton R. Lifland United States Brankruptcy Judge.

| | | |
|---|---|---|
| Steven Surabian Pro se | Richard Surabian Pro se | Martin M. Surabian Pro se |
| 1230 Rt. 28 | P.O. Box 397 | P.O. Box 397 |
| S. Yarmouth, MA 02664 | W. Hyannisport, MA 02672 | W. Hyannisport, MA 02672 |
| (508) 688-4613 | (508) 579-9834 | |

Date: November 28, 2012

## CERTIFICATE OF SERVICE

I certify that this 28th day of November 2012, a true copy of Notice of Appeal was served by US Mail 1st class postage pre-paid on (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, NY, NY 10111, Attn: David J. Sheehan, and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 2005, Attn: Kevin H. Bell, Esq.

_/s/ Steven Surabian_
Steven Surabian