**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Debtor, | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**AFFIDAVIT OF MAILING**

STATE OF TEXAS )
) ss:
COUNTY OF DALLAS )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On December 3, 2012, I commenced service, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, of a true and correct copy of the following:

   1. Memorandum of Law of the Securities Investor Protection Corporation in Support of Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages [Docket No. 5036]

   2. Notice of Trustee's Motion and Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages (Attachments: # 1 Exhibit A to Notice of Trustee's Motion, # 2 Trustee’s Motion for an Order Affirming Trustees Calculations of Net Equity and Denying Time-Based Damages) [Docket No. 5038]

   3. Memorandum of Law in Support of Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages [Docket No. 5039]

4. Declaration of Bik Cheema in Support of The Trustee's Motion for an Order Affirming The Trustee's Calculation of Net Equity and Denying Time-Based Damages (Attachments: # 1 Exhibit A,# 2 Exhibit B) [Docket No. 5040]

5. Declaration of Robert J. Rock in Connection with The Trustee's Motion for an Order Affirming The Trustee's Calculation of Net Equity and Denying Time-Based Damages [Docket No. 5041]

6. Notice of Adjournment of Time-Based Damages Issue [Docket No. 5069]

Executed on Dec. 6, 2012

John S. Franks

Sworn to and subscribed before me this 6th day of Dec., 2012




(SEAL)

Notary Public

# Exhibit A

**SERVICE LIST A**

**12/3/2012**

| USPS | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|
| X | [redacted] | | | | Mount Pleasant | SC | 29466 |