**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
hchaitman@beckerny.com
45 Broadway
New York, New York 10006
Telephone (212) 599-3322
*Attorneys for the Customers*
*listed on Exhibit A to the December 3, 2012*
*declaration of Helen Davis Chaitman*

Hearing Date: February 13, 2013 at 10 a.m.
Objection Deadline: December 3, 2012

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION
CORPORATION,
Plaintiff,
v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
Defendant.

In re:

BERNARD L. MADOFF,
Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

### AMENDED DECLARATION OF HELEN DAVIS CHAITMAN IN SUPPORT OF CUSTOMERS' OBJECTION TO TRUSTEE'S MOTION FOR AN ORDER DENYING TIME-BASED DAMAGES

I, Helen Davis Chaitman, declare pursuant to 28 U.S.C. § 1746 that the following is true:

1. I am a partner with Becker & Poliakoff LLP, counsel to the customers (the "Customers") of Bernard L. Madoff Investment Securities LLC listed in **Amended Exhibit A** hereto.

2. I submit this amended declaration in support of the Customers' objection to the Trustee's motion for an order denying time-based damages in order to amend Exhibit A submitted of my declaration dated December 3, 2012.

{N0022158 2 }

3. Amended Exhibit A contains the names of the Customers, the docket number for each of their objections to the Trustee's determination, and indicates whether the Trustee determined them to be "net winners" or "net losers" and is amended by adding claimants we represent, removing claimants we do not represent, removing duplicate entries, and correcting typographical errors in various account numbers.

4. Annexed as **Exhibit B** is a document produced by the Trustee in discovery.

5. I declare under penalty of perjury that the foregoing is true and correct.

December 7, 2012

/s/ Helen Davis Chaitman

## CERTIFICATE OF SERVICE

I, Lourdes Blanco, hereby certify that I caused a true and correct copy of the foregoing documents to be served upon the parties in this action who received electronic service through CM/ECF.  I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 7, 2012

/s/ Lourdes Blanco