# EXHIBIT B

```
1                                                              P233 Govt   BXT
Enter <1><GO> to send screen via <MESSAGE> System.
10/ 7/2003 12:38           TRADE TICKET           AS OF: 10/ 7/03
                                                  ISIN  US912795ME88
 TRADER  ERIC LIPKIN                                912795ME8
     At  BERNARD L. MADOFF INVEST. SEC. LLC.      DATED    9/26/02
 BUY     1000         M  OF  B 03/27/03
 MIN PIECE: 1000              *  TREASURY BILL  *
 DSCNT       1.1300000 DR  YIELD  1.147459 (to MMaturity 3/27/03  100   )

 PRICE    99.8461944(ROUND [Y/N]? N)  SETTLEMENT  ON  2/ 6/03


 NOTES:



                                          {912795ME Govt DES<GO>}
 VIEW AMOUNTS IN       USD@   1.00000(US/US)INVERT?      Highlights off? N


    TOTAL COST        $                       998,461.94

```

Australia 61 2 9777 8600   Brazil 5511 3048 4500   Europe 44 20 7330 7500   Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2003 Bloomberg L.P.
G377-636-1 07-Oct-03 12:38:26

AMF00016041

MWPTAP00881243