UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

              Plaintiff,

     v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

              Defendant.

---

In re:

BERNARD L. MADOFF,

              Debtor.

Adv. Pro. No. 08-1789 (BRL)
SIPA Liquidation
(Substantively Consolidated)

**CERTIFICATE OF SERVICE**

---

     I, Patricia Schrage, hereby certify that on December 10, 2012, I electronically filed the

Memorandum of Law of the Securities and Exchange Commission Supporting a Constant Dollar Approach to Valuing Customers' Net Equity Claims for Fictitious Securities Positions

with the Clerk of Court using the CM/ECF system, which will send notification of such filing electronically to registered counsel.

Dated: New York, NY  
December 10, 2012

/s/ Patricia Schrage  
Patricia Schrage, Esq.  
Securities and Exchange Commission  
New York Regional Office  
3 World Financial Center, Suite 400  
New York, NY 10281-1022  
(212) 336-0163 (telephone)  
(212) 336-1319 (facsimile)  
schragep@sec.gov