**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : |
|  | : |
|  | : |
| Plaintiff, | : Adv. Pro. No. 08-1789 (BRL) |
|  | : SIPA Liquidation |
| v. | : (Substantively Consolidated) |
|  | : |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : |
|  | : |
|  | : |
| Defendant. | : **CERTIFICATE OF SERVICE** |

_____

|  |  |
|---|---|
| In re: | : |
|  | : |
| BERNARD L. MADOFF, | : |
|  | : |
| Debtor. | : |

_____

I, Patricia Schrage, hereby certify that on December 10, 2012, I caused a copy of the

Memorandum of Law of the Securities and Exchange Commission Supporting a Constant Dollar Approach to Valuing Customers' Net Equity Claims for Fictitious Securities Positions

to be served via UPS Express Mail, postage prepaid, upon the following:

David J. Sheehan, Esq.                    Kevin H. Bell, Esq.
Baker & Hostetler LLP                     Securities Investor Protection Corporation
45 Rockefeller Plaza                       805 Fifteenth Street, NW, Suite 800
New York, NY 10111                       Washington, DC 20005


Dated: New York, NY                      /s/ Patricia Schrage
December 11, 2012                         Patricia Schrage, Esq.
                                          Securities and Exchange Commission
                                          New York Regional Office
                                          3 World Financial Center, Suite 400
                                          New York, NY 10281-1022
                                          (212) 336-0163 (telephone)
                                          (212) 336-1319 (facsimile)
                                          schragep@sec.gov