**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

## SECOND DECLARATION OF DAVID J. SHEEHAN

David J. Sheehan hereby declares as follows:

1. I am an attorney admitted to the bar of this Court and a partner of the firm of Baker & Hostetler LLP ("B&H").

2. On November 28, 2012, the tenth application of Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS") and Bernard L. Madoff ("Madoff"), and B&H, as counsel to the Trustee, for allowance of interim compensation for services performed and reimbursement of actual and necessary expenses incurred during the period commencing February 1, 2012 through and including June 30, 2012 (the "Application") was filed.

3. As lead partner at B&H staffed on this matter, I am familiar with the Application, and with these proceedings.

4. I submit this declaration to correct two minor typographical errors in paragraph 265 of the Application.

5. Paragraph 265 of the Application stated that:

> Pursuant to the Second Amended Compensation Order, on May 21, 2012, the Trustee and B&H provided SIPC with their statements of fees and expenses incurred in connection with this case regarding the period from April 1, 2012 through April 30, 2012 (the "April Fee Statement"). The April Fee Statement reflected fees of $13,504,906.50 and expenses of $153,825.71. SIPC's staff made certain adjustments and suggestions, which were adopted by the Trustee and B&H. After such adjustments, the April Fee Statement reflected fees of $12,655,028.25. After subtracting the Court-ordered 10% holdback, SIPC advanced $11,389,525.43 for services rendered and $153,825.71 for expenses incurred by the Trustee and B&H.

6. The correct amount of fees in the April Fee Statement after adjustments was $12,154,415.85. Paragraph 265 of the Application incorrectly stated "[a]fter such adjustments, the April Fee Statement reflected fees of $12,655,028.25." Additionally, after subtracting the Court-ordered 10% holdback, the Securities Investor Protection Corporation ("SIPC") advanced $10,938,974.27 for services rendered and $153,825.71 for expenses incurred by the Trustee and B&H. Paragraph 265 of the Application incorrectly stated "[a]fter subtracting the Court-ordered 10% holdback, SIPC advanced $11,389,525.43 for services rendered and $153,825.71 for expenses incurred by the Trustee and B&H."

7. Thus, after the corrections listed in this declaration, paragraph 265 of the Application should state:

> Pursuant to the Second Amended Compensation Order, on May 21, 2012, the Trustee and B&H provided SIPC with their statements of fees and expenses incurred in connection with this case regarding the period from April 1, 2012 through April 30, 2012 (the "April Fee Statement"). The April Fee Statement reflected fees of $13,504,906.50 and expenses of $153,825.71.

2

> SIPC's staff made certain adjustments and suggestions, which were adopted by the Trustee and B&H. After such adjustments, the April Fee Statement reflected fees of $12,154,415.85. After subtracting the Court-ordered 10% holdback, SIPC advanced $10,938,974.27 for services rendered and $153,825.71 for expenses incurred by the Trustee and B&H.

8. The two minor typographical errors identified in this declaration do not change the $61,671,551.85 sought in the Application as an interim payment for professional services rendered by the Trustee and B&H for the period commencing February 1, 2012 through and including June 30, 2012, or the $1,038,317.94 sought in the Application as reimbursement of the actual and necessary costs and expenses incurred by the Trustee and B&H in connection with the rendition of such services

9. Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 13, 2012
      New York, New York

By: /s/*David J. Sheehan*_____
     David J. Sheehan