BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 19, 2012 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**1. SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

A. Tenth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2012 through June 30, 2012 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 2/1/2012 to 6/30/2012, fee: $61,671,551.85, expenses: $1,038,317.94. Filed by Baker & Hostetler, LLP (Filed: 11/28/2012) [Docket No. 5097]

B. Ninth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of

Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2012 through June 30, 2012 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 2/1/2012 to 6/30/2012, fee: $2,986,228.90, expenses: $20,442.30. Filed by Windels Marx Lane & Mittendorf, LLP (Filed: 11/28/2012) [Docket No. 5096]

C. Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2012 through June 30, 2012 for Eugene F. Collins, Special Counsel, period: 2/1/2012 to 6/30/2012, fee: $1,741.50, expenses: $213.05. Filed by Eugene F. Collins (Filed: 11/28/2012) [Docket No. 5098]

D. Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2012 through June 30, 2012 for Schiltz & Schiltz, Special Counsel, period: 2/1/2012 to 6/30/2012, fee: $45,509.76, expenses: $2,958.15. Filed by Schiltz & Schiltz (Filed: 11/28/2012) [Docket No. 5099]

E. Application of Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2012 through June 30, 2012, and October 1, 2011 through October 31, 2011 for Higgs Johnson Truman Bodden & Co., Special Counsel, period: 2/1/2012 to 6/30/2012, fee: $109,995.75, expenses: $13,189.15. Filed by Higgs Johnson Truman Bodden & Co. (Filed: 11/28/2012) [Docket No. 5100]

F. Application of Soroker - Agmon as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2012 through June 30, 2012 for Soroker - Agmon, Special Counsel, period: 2/1/2012 to 6/30/2012, fee: $363,326.31, expenses: $3,445.07. Filed by Soroker - Agmon (Filed: 11/28/2012) [Docket No. 5101]

G. Application of Graf & Pitkowitz Rechtsanwalte GmbH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2012 through June 30, 2012 for Graf & Pitkowitz Rechtsanwalte GmbH, Special Counsel, period: 2/1/2012 to 6/30/2012, fee: $656,636.18, expenses: $30,701.66. Filed by Graf & Pitkowitz Rechtsanwalte GmbH (Filed: 11/28/2012) [Docket No. 5102]

H. Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2012 through June 30, 2012 for SCA Creque, Special Counsel, period: 2/1/2012 to 6/30/2012, fee: $114,284.97, expenses: $1,993.00. Filed by SCA Creque (Filed: 11/28/2012) [Docket No. 5103]

I. Application of Young Conaway Stargatt & Taylor LLP as Special Counsel to the

Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2012 through June 30, 2012 for Young Conaway Stargatt & Taylor, LLP, Special Counsel, period: 2/1/2012 to 6/30/2012, fee: $119,857.50, expenses: $11,497.84. Filed by Young Conaway Stargatt & Taylor, LLP (Filed: 11/28/2012) [Docket No. 5104]

J. Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2012 through June 30, 2012 for Williams, Barristers & Attorneys, Special Counsel, period: 2/1/2012 to 6/30/2012, fee: $328,668.12, expenses: $0. Filed by Williams, Barristers & Attorneys (Filed: 11/28/2012) [Docket No. 5105]

K. Application of Taylor Wessing as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from January 1, 2012 through June 30, 2012 for Taylor Wessing, Special Counsel, period: 1/1/2012 to 6/30/2012, fee: $2,625,051.76, expenses: $1,211,136.84. Filed by Taylor Wessing (Filed: 11/28/2012) [Docket No. 5106]

L. Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from February 1, 2012 through June 30, 2012 for UGGC & Associes, Special Counsel, period: 2/1/2012 to 6/30/2012, fee: $84,834.98, expenses: $0. Filed by UGGC & Associes (Filed: 11/28/2012) [Docket No. 5107]

M. Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2012 through June 30, 2012 for Werder Vigano, Special Counsel, period: 2/1/2012 to 6/30/2012, fee: $30,585.15, expenses: $0. Filed by Werder Vigano (Filed: 11/28/2012) [Docket No. 5108]

N. Application of Greenfield Stein & Senior, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2012 through June 30, 2012 for Greenfield, Stein and Senior, LLP, Special Counsel, period: 2/1/2012 to 6/30/2012, fee: $5,799.60, expenses: $53.88. Filed by Greenfield, Stein and Senior, LLP (Filed: 11/28/2012) [Docket No. 5109]

O. Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2012 through June 30, 2012 for Browne Jacobson, LLP, Special Counsel, period: 2/1/2012 to 6/30/2012, fee: $73,480.81, expenses: $12.65. Filed by Browne Jacobson, LLP (Filed: 11/28/2012) [Docket No. 5110]

P. Application of Osborne & Osborne, P.A. as Special Counsel to the Trustee for

Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2012 through June 30, 2012 for Osborne & Osborne, P.A., Special Counsel, period: 2/1/2012 to 6/30/2012, fee: $1,375.20, expenses: $0. Filed by Osborne & Osborne, P.A (Filed: 11/28/2012) [Docket No. 5111]

Q. Application of Attias & Levy as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2012 through April 30, 2012 for Attias & Levy, Special Counsel, period: 2/1/2012 to 4/30/2012, fee: $12,832.49, expenses: $1,279.73 (related document 5112) Filed by Attias & Levy (Filed: 11/29/2012) [Docket No. 5113]

Related Documents:

1. Notice of Hearing on Tenth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from February 1, 2012 through June 30, 2012 (related documents 5096, 5097, 5098, 5099, 5100, 5101, 5102, 5103, 5104, 5105, 5106, 5107, 5108, 5109, 5110, 5111) filed by David J. Sheehan (Filed: 11/28/2012) [Docket No. 5112]

2. Affidavit of Service of Notice of Hearing on Tenth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from February 1, 2012 through June 30, 2012 (related document 5112) filed by David J. Sheehan (Filed: 11/29/2012) [Docket No. 5114]

3. Second Declaration of David J. Sheehan in Support of the Tenth Fee Application (Filed: 12/13/2012) [Docket No. 5147]

Responses Filed:

4. Recommendation of the Securities Investor Protection Corporation in Support of Second Application of Osborne & Osborne, P.A., for Interim Compensation and Reimbursement of Expenses (related document 5111) filed by Josephine Wang (Filed: 12/14/2012) [Docket No. 5148]

5. Recommendation of the Securities Investor Protection Corporation in Support of Third Application of Greenfield Stein & Senior LLP for Interim Compensation and Reimbursement of Expenses (related document 5109) filed by Josephine Wang (Filed: 12/14/2012) [Docket No. 5149]

6. Recommendation of the Securities Investor Protection Corporation in Support of Fifth Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses (related

document 5104) filed by Josephine Wang (Filed: 12/14/2012) [Docket No. 5150]

7. Recommendation of the Securities Investor Protection Corporation in Support of the Ninth Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses (related document 5096) filed by Josephine Wang (Filed: 12/14/2012) [Docket No. 5151]

8. Recommendation of the Securities Investor Protection Corporation in Support of Tenth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses (related document 5097) filed by Josephine Wang (Filed: 12/14/2012) [Docket No. 5152]

9. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim or Final Compensation and Reimbursement of Expenses (related documents 5098, 5099, 5107, 5108, 5113, 5106, 5105, 5102, 5100, 5110, 5101, 5103) filed by Josephine Wang (Filed: 12/14/2012) [Docket No. 5153]

Objections Due: December 12, 2012

Objections Filed: NONE

Status: This matter is going forward.

**CONTESTED MATTERS**

**2. Picard v. UBS AG, et al., Adv. Pro. No. 10-05311 (the "LIF Action")**

A. Notice of Motion of Luxembourg Investment Fund and Luxembourg Investment Fund US Equity Plus, as Represented by Their Liquidators Maitre Alain Rukavina and Mr. Paul Laplume, and Maitre Alain Rukavina and Mr. Paul Laplume in Their Capacities as Liquidators and Representatives of Luxembourg Investment Fund and Luxembourg Investment Fund US Equity Plus to Dismiss the Complaint for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) and *Forum Non Conveniens*. Filed by Porzio Bromberg & Newman P.C. (Filed: 4/27/12) [Docket No. 106]

Related Documents

1. Memorandum of Law in Support of Motion of Luxembourg Investment Fund and Luxembourg Investment Fund US Equity Plus, as Represented by Their Liquidators Maitre Alain Rukavina and Mr. Paul Laplume, and Maitre Alain Rukavina and Mr. Paul Laplume in Their Capacities as Liquidators and Representatives of Luxembourg Investment Fund and

Luxembourg Investment Fund US Equity Plus to Dismiss the Complaint for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) and *Forum Non Conveniens*. Filed by Porzio Bromberg & Newman P.C. (Filed: 4/27/12) [Docket No. 107]

2. Declaration of Alain Rukavina in Support of Motion to Dismiss. Filed by Porzio Bromberg & Newman P.C. (Filed: 4/27/12) [Docket No. 108]

B. Notice of Motion of Moving UBS Defendants to Dismiss the Complaint. Filed by Gibson, Dunn & Crutcher LLP. (Filed 4/27/12) [Docket No. 110]

Related Documents

1. Moving UBS Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Complaint. Filed by Gibson, Dunn & Crutcher LLP. (Filed 4/27/12) [Docket No. 111]

2. Declaration of Martin Baumert. Filed by Gibson, Dunn & Crutcher LLP. (Filed 4/27/12) [Docket No. 112]

3. Declaration of Aloyse Hemmen. Filed by Gibson, Dunn & Crutcher LLP. (Filed 4/27/12) [Docket No. 113]

4. Declaration of Pierre-Antoine Boulat. Filed by Gibson, Dunn & Crutcher LLP. (Filed 4/27/12) [Docket No. 114]

C. The M&B Defendants' Motion to Dismiss the Complaint. Filed by Cravath, Swaine & Moore LLP. (Filed 4/27/12) [Docket No. 104]

Related Documents

1. Memorandum of Law in Support of the M&B Defendants' Motion to Dismiss the Complaint. Filed by Cravath, Swaine & Moore LLP. (Filed 4/27/12) [Docket No. 105]

2. Declaration of Mr. Luis Antonio García-Izquierdo Ruiz. Filed by Cravath, Swaine & Moore LLP. (Filed 4/27/12) [Docket No. 104-1]

D. Notice of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(2) and Fed. R. Bank. P. 7012(B). Filed by Klestadt & Winters, LLP. (Filed 4/30/12) [Docket No. 115]

Related Documents

1. Memorandum of Law in Support of Movants' Motion to Dismiss Based Upon a Lack of Personal Jurisdiction. Filed by Klestadt & Winters, LLP. (Filed 4/30/12) [Docket No. 116]

2. Declaration of Tim Brockmann in Support of Motion of Reliance Management (BVI) Limited and Reliance Management (Gibraltar) Limited, to Dismiss Plaintiffs' Adversary Complaint for Lack of Personal Jurisdiction. Filed by Klestadt & Winters, LLP. (Filed 4/30/12) [Docket No. 117]

3. Declaration of Tracy L. Klestadt. Filed by Klestadt & Winters, LLP. (Filed 4/30/12) [Docket No. 118]

Objections Due: August 17, 2012

Objections Filed:

E. Trustee's Consolidated Memorandum of Law in Opposition to Moving Defendants' Motions to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and *Forum Non Conveniens*. Filed by Baker & Hostetler LLP. (Filed 8/17/12) [Docket No. 132]

Related Documents

1. Declaration of Geoffrey A. North in Support of the Trustee's Consolidated Memorandum of Law in Opposition to Moving Defendants' Motions to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and *Forum Non Conveniens*. Filed by Baker & Hostetler LLP. (Filed 8/17/12) [Docket No. 133]

2. Declaration of Franz Schiltz in Support of Trustee's Opposition to Moving Defendants' Motions to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and Forum Non Conveniens. Filed by Baker & Hostetler LLP. (Filed 8/17/12) [Docket No. 134]

Replies Due: October 26, 2012

Replies Filed:

F. Reply Memorandum of Law in Support of Motion of Luxembourg Investment Fund and Luxembourg Investment Fund US Equity Plus, as Represented by Their Liquidators Maitre Alain Rukavina and Mr. Paul Laplume, and Maitre Alain Rukavina and Mr. Paul Laplume in Their Capacities as Liquidators and Representatives of Luxembourg Investment Fund and Luxembourg Investment Fund US Equity Plus to Dismiss the Complaint for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) and *Forum Non Conveniens*. Filed by Porzio Bromberg & Newman P.C. (Filed: 10/26/12) [Docket No. 143]

Related Documents

1. Declaration of Brett S. Moore. Filed by Porzio Bromberg & Newman P.C. (Filed: 10/26/12) [Docket No. 144]

2. Supplemental Declaration of Alain Rukavina in Support of Motion to Dismiss. Filed by Porzio Bromberg & Newman P.C. (Filed: 10/26/12) [Docket No. 145]

G. Moving UBS Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss the Amended Complaint. Filed by Gibson, Dunn & Crutcher LLP. (Filed 10/26/12) [Docket No. 148]

<u>Related Documents</u>

1. Declaration of Gabriel Herrmann in Support of Moving UBS Defendants' Motion to Dismiss the Complaint. Filed by Gibson, Dunn & Crutcher LLP. (Filed 10/26/12) [Docket No. 147]

H. Reply Brief of the M&B Defendants in Support of Their Motion to Dismiss the Complaint. Filed by Cravath, Swaine & Moore LLP. (Filed 10/26/12) [Docket No. 141]

I. Reply Memorandum of Law in Further Support of Motion of Reliance Management (BVI) Limited and Reliance Management (Gibraltar) Limited to Dismiss the Trustee's Complaint Based Upon a Lack of Personal Jurisdiction. Filed by Klestadt & Winters, LLP. (Filed 10/26/12) [Docket No. 139]

<u>Related Documents</u>

1. Reply Affidavit of Tim Brockmann in Further Support of Motion of Reliance Management (BVI) Limited and Reliance Management (Gibraltar) Limited to Dismiss the Trustee's Complaint Based upon Lack of Personal Jurisdiction. Filed by Klestadt & Winters, LLP. (Filed 10/26/12) [Docket No. 140]

<u>Status</u>: This matter is going forward.

**3. <u>Picard v. Defender Limited, et al., Adv. Pro. No. 10-05229 (the "Defender Action")</u>**

A. Notice of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(2) and Fed. R. Bank. P. 7012(B). Filed by Klestadt & Winters, LLP. (Filed 4/27/12) [Docket No. 36]

<u>Related Documents</u>

1. Memorandum of Law in Support of Motion of Reliance Management (BVI) Limited, Reliance Management (Gibraltar) Limited and Tim

Brockmann to Dismiss the Trustee's Complaint Based Upon a Lack of Personal Jurisdiction. Filed by Klestadt & Winters, LLP. (Filed 4/27/12) [Docket No. 37]

2. Affidavit of Tim Brockmann in Support of Motion of Reliance Management (BVI) Limited, Reliance Management (Gibraltar) Limited, and Tim Brockmann to Dismiss Plaintiffs' Adversary Complaint for Lack of Personal Jurisdiction. Filed by Klestadt & Winters, LLP. (Filed 4/27/12) [Docket No. 38]

3. Declaration of Tracy L. Klestadt. Filed by Klestadt & Winters, LLP. (Filed 4/27/12) [Docket No. 39]

Objections Due: August 17, 2012

Objections Filed:

B. Trustee's Memorandum of Law in Opposition to Motion of Reliance Management (BVI) Limited, Reliance Management (Gibraltar) Limited, and Tim Brockmann to Dismiss the Trustee's Complaint Based on a Lack of Personal Jurisdiction. Filed by Baker & Hostetler LLP. (Filed 8/17/12) [Docket No. 49]

Related Documents

1. Declaration of Oren J. Warshavsky in Support of the Trustee's Memorandum of Law in Opposition to Motion of Reliance Management (BVI) Limited, Reliance Management (Gibraltar) Limited, and Tim Brockmann to Dismiss the Trustee's Complaint Based on a Lack of Personal Jurisdiction. Filed by Baker & Hostetler LLP. (Filed 8/17/12) [Docket No. 50]

Replies Due: October 26, 2012

Replies Filed:

C. Reply Memorandum of Law in Further Support of Motion of Reliance Management (BVI) Limited, Reliance Management (Gibraltar) Limited and Tim Brockmann to Dismiss the Trustee's Complaint Based Upon a Lack of Personal Jurisdiction. Filed by Klestadt & Winters, LLP. (Filed 10/26/12) [Docket No. 55]

Related Documents

1. Reply Affidavit of Tim Brockmann in Further Support of Motion of Reliance Management (BVI) Limited, Reliance Management (Gibraltar) Limited and Tim Brockmann to Dismiss the Trustee's Complaint Based Upon a Lack of Personal Jurisdiction. Filed by Klestadt & Winters, LLP.

(Filed 10/26/12) [Docket No. 56]

Status: This matter is going forward.

**4. Picard v. UBS AG, et al., Adv. Pro. No. 10-04285 (the "Luxalpha Action")**

A. Notice of Motion of Luxalpha Sicav, as Represented By Its Liquidators Maitre Alain Rukavina and Paul Laplume, and Maitre Alain Rukavina and Paul Laplume, in Their Capacities as Liquidators and Representatives of Luxalpha SICAV, to Dismiss the Amended Complaint for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) and *Forum Non Conveniens*. Filed by Porzio Bromberg & Newman P.C. (Filed: 4/27/2012) [Docket No. 101]

Related Documents

1. Memorandum of Law in Support of Motion of Luxalpha SICAV as Represented by Its Liquidators Maitre Alain Rukavina and Paul Laplume, Maitre Alain Rukavina and Paul Laplume in Their Capacities as Liquidators and Representatives of Luxalpha SICAV to Dismiss the Amended Complaint for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) and *Forum Non Conveniens*. Filed by Porzio Bromberg & Newman P.C. (Filed: 4/27/12) [Docket No. 102]

2. Declaration of Alain Rukavina in Support of Motion to Dismiss. Filed by Porzio Bromberg & Newman P.C. (Filed: 4/27/12) [Docket No. 103]

B. Notice of Motion of Moving UBS Defendants and Moving Luxalpha Director Defendants to Dismiss the Amended Complaint. Filed by Gibson, Dunn & Crutcher LLP. (Filed 4/27/12) [Docket No. 107]

Related Documents

1. Moving UBS Defendants' and Moving Luxalpha Director Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Amended Complaint. Filed by Gibson, Dunn & Crutcher LLP. (Filed 4/27/12) [Docket No. 108]

2. Declaration of Rene Egger. Filed by Gibson, Dunn & Crutcher LLP. (Filed 4/27/12) [Docket No. 109]

3. Declaration of Ralf Schroeter. Filed by Gibson, Dunn & Crutcher LLP. (Filed 4/27/12) [Docket No. 110]

4. Declaration of Pierre-Antoine Boulat. Filed by Gibson, Dunn & Crutcher LLP. (Filed 4/27/12) [Docket No. 111]

5. Declaration of Martin Baumert. Filed by Gibson, Dunn & Crutcher LLP. (Filed 4/27/12) [Docket No. 112]

6. Declaration of Hermann Kranz. Filed by Gibson, Dunn & Crutcher LLP. (Filed 4/27/12) [Docket No. 113]

7. Declaration of Aloyse Hemmen. Filed by Gibson, Dunn & Crutcher LLP. (Filed 4/27/12) [Docket No. 114]

8. Declaration of Alain Hondequin. Filed by Gibson, Dunn & Crutcher LLP. (Filed 4/27/12) [Docket No. 115]

C. Notice of Motion to Dismiss for Lack of Personal Jurisdiction Over Defendants Access International Advisors Europe Limited, Access International Advisors Ltd., Access Partners (Suisse) SA, Access Management Luxembourg SA, and Access Partners SA. Filed by Katten Muchin Rosenman LLP. (Filed 4/27/12) [Docket No. 104]

Related Documents

1. Memorandum of Law in Support of Motion to Dismiss for Lack of Personal Jurisdiction Over Defendants Access International Advisors Europe Limited, Access International Advisors Ltd., Access Partners (Suisse) SA, Access Management Luxembourg SA, and Access Partners SA. Filed by Katten Muchin Rosenman LLP. (Filed 4/27/12) [Docket No. 105]

D. Notice of Defendant Pierre Delandmeter's Motion to Dismiss for Lack of Personal Jurisdiction. Filed by Friedman Kaplan Seiler & Adelman LLP. (Filed 4/27/12) [Docket No. 98]

Related Documents

1. Memorandum of Law in Support of Defendant Pierre Delandmeter's Motion to Dismiss for Lack of Personal Jurisdiction. Filed by Friedman Kaplan Seiler & Adelman LLP. (Filed 4/27/12) [Docket No. 99]

2. Declaration of Christopher L. McCall. Filed by Friedman Kaplan Seiler & Adelman LLP. (Filed 4/27/12) [Docket No. 100]

Objections Due: August 17, 2012

Objections Filed:

E. Trustee's Memorandum of Law in Opposition to Moving Defendants' Motions to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and *Forum Non Conveniens*. Filed by Baker & Hostetler LLP. (Filed 8/17/12) [Docket No. 127]

Related Documents

1. Declaration of Benjamin D. Pergament in Support of the Trustee's Memorandum of Law in Opposition to Moving Defendants' Motions to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and *Forum Non Conveniens*. Filed by Baker & Hostetler LLP. (Filed 8/17/12) [Docket No. 128]

2. Declaration of Franz Schiltz in Support of Trustee's Opposition to Moving Defendants' Motions to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and *Forum Non Conveniens*. Filed by Baker & Hostetler LLP. (Filed 8/17/12) [Docket No. 129]

Replies Due: October 26, 2012

Replies Filed:

F. Reply Memorandum of Law in Support of Motion by Luxalpha SICAV as Represented by Its Liquidators Maitre Alain Rukavina and Paul Laplume, Maitre Alain Rukavina and Paul Laplume in Their Capacities as Liquidators and Representatives of Luxalpha SICAV to Dismiss the Amended Complaint for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) and *Forum Non Conveniens*. Filed by Porzio Bromberg & Newman P.C. (Filed: 10/26/12) [Docket No. 135]

Related Documents

1. Declaration of Brett S. Moore. Filed by Porzio Bromberg & Newman P.C. (Filed: 10/26/12) [Docket No. 136]

2. Supplemental Declaration of Alain Rukavina in Support of Motion to Dismiss. Filed by Porzio Bromberg & Newman P.C. (Filed: 10/26/12) [Docket No. 137]

G. Moving UBS Defendants' and Moving Luxalpha Director Defendants' Reply Memorandum of Law in Further Support of Their Motion of to Dismiss the Amended Complaint. Filed by Gibson, Dunn & Crutcher LLP. (Filed 10/26/12) [Docket No. 142]

Related Documents

1. Declaration of Gabriel Herrmann in Support of Moving UBS Defendants'

and Moving Luxalpha Director Defendants' Motion to Dismiss the Amended Complaint. Filed by Gibson, Dunn & Crutcher LLP. (Filed 10/26/12) [Docket No. 146]

H. Reply Memorandum of Law in Further Support of Motion to Dismiss For Lack of Personal Jurisdiction Over Defemdants Access International Advisors Europe Limited, Access International Advisors Ltd., AP (Suisse) SA, AML SA, and AP (Lux) SA. Katten Muchin Rosenman LLP. (Filed 10/26/12) [Docket No. 145]

Related Documents

1. Declaration of Jean Pierre Delamaire. Filed by Katten Muchin Rosenman LLP. (Filed 10/26/12) [Docket No. 144]

2. Declaration of Patrick Littaye. Filed by Katten Muchin Rosenman LLP. (Filed 10/26/12) [Docket No. 143]

I. Reply Memorandum of Law in Further Support of Defendant Pierre Delandmeter's Motion to Dismiss for Lack of Personal Jurisdiction. Filed by Kaplan Seiler & Adelman LLP. (Filed 10/26/12) [Docket No. 138]

Related Documents

1. Declaration of Pierre Delandmeter. Filed by Kaplan Seiler & Adelman LLP. (Filed 10/26/12) [Docket No. 139]

**5. Picard v. Access Management Luxembourg S.A., et al., Adv. Pro. No. 12-01563 (the "Injunction Application")**

A. Notice of Application for Enforcement of the Automatic Stay and Issuance of Injunction. Filed by Baker & Hostetler LLP. (Filed 4/19/12) [Docket No. 2][1]

Related Documents

1. Memorandum of Law in Support of Trustee's Application for Enforcement of Automatic Stay and Injunction Against Patrick Littaye, Pierre Delandmeter and Access Management Luxembourg S.A. Filed by Baker & Hostetler LLP. (Filed 4/19/12) [Docket No. 3]

2. Declaration of Gonzalo S. Zeballos in Support of Trustee's Application for Enforcement of Automatic Stay and Injunction Against Patrick Littaye, Pierre Delandmeter and Access Management Luxembourg S.A. Filed by Baker & Hostetler LLP. (Filed 4/19/12) [Docket No. 4]

[1] Argument on this motion is limited to the issue of personal jurisdiction. *See* Order, *Picard v. Access Management Luxembourg, S.A., et al.*, 12 MC 115 (JSR) (S.D.N.Y. Sept. 28, 2012) (ECF No. 359).

Objections Due: August 24, 2012

Objections Filed:

B. Notice of Motion to Dismiss. Filed by Kent, Beatty & Gordon, LLP. (Filed 11/16/12) [Docket No. 33]

Related Documents

1. Defendants' Memorandum of Law in Opposition to the Trustee's Application for an Injunction and in Support of Their Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim. Filed by Kent, Beatty & Gordon, LLP. (Filed 11/16/12) [Docket No. 34]

2. Declaration of Patrick Littaye in Opposition to Trustee's Application for an Injunction and in Support of Their Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim. Filed by Kent, Beatty & Gordon, LLP. (Filed 11/16/12) [Docket No. 35]

3. Declaration of Pierre Delandmeter in Opposition to Trustee's Application for an Injunction and in Support of Their Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim. Filed by Kent, Beatty & Gordon, LLP. (Filed 11/16/12) [Docket No. 36]

4. Declaration of Laurence Payot in Opposition to Trustee's Application for an Injunction and in Support of Their Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim. Filed by Kent, Beatty & Gordon, LLP. (Filed 11/16/12) [Docket No. 37]

Replies Due: September 24, 2012

Replies Filed:

C. Memorandum of Law in Further Support of Trustee's Application for Enforcement of Automatic Stay and Injunction and in Opposition to Motion to Dismiss. Filed by Baker & Hostetler LLP. (Filed 9/24/12) [Docket No. 22]

Related Documents

1. Supplemental Declaration of Gonzalo S. Zeballos in Support of Trustee's Application and in Opposition to the Third Party Plaintiffs' Motion to Dismiss. Filed by Baker & Hostetler LLP. (Filed 9/24/12) [Docket No. 23]

2. Declaration of Franz Schiltz in Support of Reply in Further Support of Trustee's Application for Enforcement of Automatic Stay and Injunction

and Opposition to Defendants' Motion to Dismiss. Filed by Baker & Hostetler LLP. (Filed 9/24/12) [Docket No. 24]

Response Filed:

D. Reply to Memorandum in Further Support of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction. Filed by Kent, Beatty & Gordon, LLP. (Filed 11/16/12) [Docket No. 38]

Related Documents

1. Reply Declaration of Patrick Littaye. Filed by Kent, Beatty & Gordon, LLP. (Filed 11/16/12) [Docket No. 39]

2. Reply Declaration of Laurence Payot. Filed by Kent, Beatty & Gordon, LLP. (Filed 11/16/12) [Docket No. 40]

Status: This matter is going forward.

Dated: New York, New York
December 18, 2012

Respectfully submitted,

*/s/ David J. Sheehan*

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Frederick W. Chockley III
E-mail: fchockley@bakerlaw.com
Karin Scholz Jenson
Email: kjenson@bakerlaw.com
Geoffrey A. North
Email: gnorth@bakerlaw.com
Samir K. Ranade
Email: sranade@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*