UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Joel and Ellen Ross (the "Claimant"), having filed an objection (the "Objection", Docket No. 431) to the Trustee's Notice of Determination respecting Claimant's customer claim (#1122), hereby gives notice that they have withdrawn such Objection. The basis for withdrawal is that the Net Investment Method was upheld by this Court on March 8, 2010 and affirmed by the United States Court of Appeals for the Second Circuit on August 16, 2011. On June 25, 2012, the United States Supreme Court denied certiorari. Accordingly, I acknowledge that the decision affirming the Trustee's use of the Net Investment Method is now final.

Dated: dec. 5, 2012

Joel and Ellen Ross
24 Plymouth Drive
Scarsdale
NY 10583