**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adv. Pro. No. 08-01789 (BRL) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**ORDER APPROVING APPLICATIONS FOR ALLOWANCE OF COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

This matter came before the Court on December 19, 2012 on the application (the "Application")[1] of Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), and Bernard L. Madoff ("Madoff" and together with BLMIS, each a "Debtor" and collectively, the "Debtors"), and Baker & Hostetler LLP ("B&H"), counsel to the Trustee (together with the Trustee, the "Applicants"), with the support and approval of the Securities Investor Protection Corporation ("SIPC"), for entry of an order for interim allowance, pursuant to section 78eee(b)(5) of the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"),[2] sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

[2] For convenience, future reference to SIPA will not include "15 U.S.C."

of the Local Rules for the Bankruptcy Court for the Southern District of New York (the "Local

Rules"), for compensation for professional services rendered and for reimbursement of actual

and necessary expenses incurred during the period February 1, 2012 through and including June

30, 2012 (the "Compensation Period") in the amounts listed on <u>Exhibit A</u> attached hereto

pursuant to the Order Pursuant to Section 78eee(b)(5) of SIPA, Sections 105, 330 and 331 of the

Bankruptcy Code, Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2106-1 Establishing

Procedures Governing Interim Monthly Compensation of Trustee and Baker & Hostetler LLP,

dated February 25, 2009 (ECF No. 126), as amended on December 17, 2009 and June 1, 2011

(ECF Nos. 1078 and 4125) (collectively, the "Second Amended Compensation Order"), as more

fully set forth in the Application; and the applications of special counsel to the Trustee ("Special

Counsel Applications"), as listed on Exhibit A attached hereto; and the Court having jurisdiction

to consider the Application, the Special Counsel Applications, and the relief requested therein in

accordance with section 78eee(b)(4) of SIPA, the Protective Decree entered on December 15,

2008 by the United States District Court for the Southern District of New York in Case No. 08

Civ. 10791, and 28 U.S.C. §§ 157 and 1334; and it appearing that sufficient notice of the

Application and Special Counsel Applications having been given by November 28, 2012 (ECF

No. 5112), and no other notice being necessary; and SIPC having filed its recommendation in

support of the Application and Special Counsel Applications on December 14, 2012 (ECF Nos.

5148-5153) pursuant to section 78eee(b)(5)(C) of SIPA; and no objections having been filed; and

a hearing (the "Hearing") having been held on December 19, 2012 to consider the Application

and Special Counsel Applications; and the Court having determined that the legal and factual

bases set forth in the Application and Special Counsel Applications establish just cause for the

relief granted therein; and after due deliberation and sufficient cause appearing therefore; and for

the reasons stated on the record at the Hearing, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that:

1.      The Application is granted.

2.      The Special Counsel Applications are granted.

Dated: New York, New York
       December 19, 2012

                                    /s/Burton R. Lifland_____
                                    HONORABLE BURTON R. LIFLAND
                                    UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

Adv. Pro. No. 08-01789 (BRL)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: February 1, 2012 – June 30, 2012 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | 11/28/2012 ECF No. 5097 | 02/1/2012 – 06/30/2012 | $61,671,551.85 | $61,671,551.85 | $55,504,396.69 | $1,038,317.94 | $1,038,317.94 |
| Eugene F. Collins, Special Counsel to the Trustee | 11/28/2012 ECF No.5098 | 02/1/2012 – 6/30/2012 | $1,741.50 | $1,741.50 | $1,393.20 | $213.05 | $213.05 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 11/28/2012 ECF No. 5099 | 02/1/2012 – 6/30/2012 | $45,509.76 | $45,509.76 | $36,407.81 | $2,958.15 | $2,958.15 |
| Higgs & Johnson, Special Counsel to the Trustee | 11/28/2012 ECF No. 5100 | 02/1/2012 – 6/30/2012; 10/1/2011 – 10/31/2011 | $109,995.75 | $109,995.75 | $87,996.60 | $13,189.15 | $13,189.15 |
| Browne Jacobson, L.L.P., Special Counsel to the Trustee | 11/28/2012 ECF No. 5110 | 02/1/2012 – 6/30/2012 | $73,480.81 | $73,480.81 | $58,784.65 | $12.65 | $12.65 |
| Graf & Pitkowitz Rechtsanwälte GmbH Special Counsel to the Trustee | 11/28/2012 ECF No. 5102 | 02/1/2012 – 6/30/2012 | $656,636.18 | $656,636.18 | $525,308.95 | $30,701.66 | $30,701.66 |

A-1

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| SCA Creque, Special Counsel to the Trustee | 11/28/2012 ECF No.5103 | 02/1/2012 – 6/30/2012 | $114,284.97 | $114,284.97 | $91,427.98 | $1,993.00 | $1,993.00 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 11/28/2012 ECF No. 5104 | 02/1/2012 – 6/30/2012 | $119,857.50 | $119,857.50 | $95,886.00 | $11,497.84 | $11,497.84 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 11/28/2012 ECF No. 5096 | 02/1/2012 – 6/30/2012 | $2,986,228.90 | $2,986,228.90 | $2,388,983.12 | $20,442.30 | $20,442.30 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | 11/28/2012 ECF No. 5105 | 02/1/2012 – 6/30/2012 | $328,668.12 | $328,668.12 | $262,934.50 | $0.00 | $0.00 |
| Taylor Wessing, Special Counsel to the Trustee | 11/28/2012 ECF No. 5106 | 01/1/2012 – 6/30/2012 | $2,916,190.54 | $2,916,190.54 | $2,332,952.43 | $1,211,136.84 | $1,211,136.84 |
| UGGC & Associés Special Counsel to the Trustee | 11/28/2012 ECF No.5107 | 02/1/2012 – 6/30/2012 | $84,834.98 | $84,834.98 | $67,867.99 | $0.00 | $0.00 |
| Osborne & Osborne, P.A. Special Counsel to the Trustee | 11/28/2012 ECF No.5111 | 02/1/2012 – 6/30/2012 | $1,375.20 | $1,375.20 | $1,100.16 | $0.00 | $0.00 |

A-2

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested* | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Werder Vigano<br>Special Counsel to the Trustee | 11/28/2012<br>ECF No. 5108 | 02/1/2012 – 6/30/2012 | $30,585.15 | $30,585.15 | $24,468.12 | $0.00 | $0.00 |
| Greenfield Stein & Senior LLP<br>Special Counsel to the Trustee | 11/28/2012<br>ECF No. 5109 | 02/1/2012 – 6/30/2012 | $5,799.60 | $5,799.60 | $4,639.68 | $53.88 | $53.88 |
| Soroker - Agmon<br>Special Counsel to the Trustee | 11/28/2012<br>ECF No.5101 | 02/1/2012 – 6/30/2012 | $425,091.79 | $425,091.79 | $340,073.44 | $3,445.07 | $3,445.07 |

Schedule A(1)                      DATE: 12/19/2012          INITIALS: /s/BRL USBJ

* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

Adv. Pro. No. 08-1789 (BRL)
Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC
In re Bernard L. Madoff

## Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $382,846,327.19[3] | $ 382,846,327.19[4] | $360,561,694.52 | $8,054,771.72 | $8,054,771.72 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.59 | $180,941.59 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | 17,410.00 | N/A | N/A |
| Mischon de Reya, Special Counsel to the Trustee | $1,842,641.82 | $1,842,641.82 | $1,842,641.82 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Eugene F. Collins, Special Counsel to the Trustee | $231,824.86 | $231,824.86 | $185,459.91 | $44,362.10 | $44,362.10 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $540,702.69 | $540,702.69 | $432,562.17 | $41,265.58 | $41,265.58 |
| Higgs & Johnson, Special Counsel to the Trustee | $731,718.45 | $731,718.45 | $585,374.76 | $102,205.26 | $102,205.26 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $33,943.88 | $33,943.88 | $27,155.10 | $1,214.89 | $1,214.89 |
| Graf & Pitkowitz Rechtsanwälte GmbH Special Counsel to the Trustee | $2,726,199.86 | $2,726,199.86 | $2,180,959.90 | $124,365.89 | $124,365.89 |
| SCA Creque, Special Counsel to the Trustee | $959,719.64 | $959,719.64 | $767,775.73 | $6,151.80 | $6,151.80 |

[3] The summary of the total interim compensation requested by B&H in the ninth fee order included $16 million released during that fee period from amounts withheld from prior applications. The amount released was already factored into the total interim compensation requested by B&H and has therefore been deducted, as reflected in the amount of the total interim compensation requested by B&H in this summary. Additionally, the summary of the total interim compensation requested by B&H in the ninth fee order was lower by $20.00 due to a typographical error, which has been corrected in this summary.

[4] The summary of the total interim compensation awarded to B&H in the ninth fee order included $16 million released during that fee period from amounts withheld from prior applications. The amount released was already factored into the total interim compensation awarded and has therefore been deducted, as reflected in the amount of the total interim compensation awarded to B&H in this summary. Additionally, the summary of the total interim compensation awarded to B&H in the ninth fee order was lower by $20.00 due to a typographical error, which has been corrected in this summary.

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $227,905.66 | $227,905.66 | $182,324.52 | $14,643.52 | $14,643.52 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $22,093,073.70 | $22,093,073.70 | $17,864,458.96 | $272,954.54 | $272,954.54 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $2,067,793.47 | $2,067,793.47 | $1,654,234.78 | $96,767.25 | $96,767.25 |
| Taylor Wessing, Special Counsel to the Trustee | $8,414,329.13 | $8,414,329.13 | $6,731,463.31 | $2,404,583.38 | $2,404,583.38 |
| UGGC & Associés Special Counsel to the Trustee | $237,587.15 | $237,587.15 | $190,069.74 | $9,268.38 | $9,268.38 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,141.64 | $35.21 | $35.21 |
| Werder Vigano Special Counsel to the Trustee | $53,190.52 | $53,190.52 | $42,552.42 | $53.57 | $53.57 |
| Greenfield Stein & Senior LLP Special Counsel to the Trustee | $39,099.21 | $39,099.21 | $31,279.37 | $685.73 | $685.73 |
| Soroker Agmon Special Counsel to the Trustee | $675,838.25 | $675,838.25 | $540,670.61 | $6,822.25 | $6,822.25 |
| Browne Jacobson, LLP Special Counsel to the Trustee | $89,261.27 | $89,261.27 | $71,409.01 | $2,716.24 | $2,716.24 |

Schedule A(1)                    DATE: 12/19/2012          INITIALS: /s/BRL USBJ

A-5