**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

In re:

BERNARD L, MADOFF,

        Debtor.

---

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)



JAN -2 2013

**CUSTOMERS MARTIN M. SURABIAN, RICHARD SURABIAN AND STEVEN SURABIAN'S MOTION TO FILE LATE OPPOSITION TO TRUSTEE'S THIRD OMNIBUS MOTION TO EXPUNGE CLAIME AND OBJECTIONS OF CLAIMANTS THAT DID NOT INVEST WITH BLMIS OR IN ENTITIES THAT INVESTED IN BLMIS and MOTION TO FILE LATE NOTICE OF APPEAL OF ORDER GRANTING APPROVAL.**

    **NOW COMES** Customers Martin M. Surabian, Richard Surabian and Steven Surabian's Motion to File Late Opposition and Late Appeal of Order Granting Motion. In support are the following:

1. The Customers Martin M. Surabian, Richard Surabian and Steven Surabian are all Pro se.

2. The Surabians only on or around December 22, 2012 received the Trustee's Motion with attached Exhibit A, naming the Surabian's Claim Numbers 001895, 001896, 001897, 001802, 001897, 001949, 002185, 002186 and 03367.

3. The Surabians never received from the Court the Order Granting the Motion and only

receive Order together with the motion on or around December 22, 2012 with attached Exhibit A naming the Surabians with nine claim Numbers..

4. The Surabians have always filed oppositions when they felt the need but only after receiving notice.

Signed under the pains and penalties of perjury this 27th day of December, in the year of our Lord and Savior Jesus Christ, 2012.

_____  _____  _____
Martin M. Surabian Pro se   Richard Surabian Pro se   Steven Surabian Pro se
P.O. Box 397                P.O. Box 397              1230 Rt. 28
W. Hyannisport, MA 02672    W. Hyannisport, 02672     S. Yarmouth, MA 02664
                            (508) 579-9834            (508) 688-4613

Date: December 27, 2012