## CERTIFICATE OF SERVICE

I certify that on this 28th day of December 2012, a true copy of the above Motion to File Later Opposition and Motion to file Late Appeal and Objection To Trustee's Third Omnibus Motion to Expunge claims and Objections of Claimants That Did Not Invest With BLMIS Or In Entities That Invested In BLMIS and Motion to Subpoena Bernard L. Madoff, by 1st class US Mail postage prepaid on (ii) David J. Sheehan and Jorian L. Rose Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111; and (ii) Kevin H. Bell Securities Investor Protection Corporation, 805 15th Street, N.W., Suite 800, Washington, D.C. 20005.

_____
Steven Surabian

JAN - 2 2013