LOWENSTEIN SANDLER LLP
Norman N. Kinel, Esq.
Terence D. Watson, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

*Attorneys for John V. O'Neill, Justin J. O'Neill and Megan E. O'Neill*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES,<br><br>　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

### NOTICE OF FIRM NAME CHANGE

**PLEASE TAKE NOTICE** that the law practice of Lowenstein Sandler PC is now being conducted by Lowenstein Sandler LLP in all of its offices effective as of January 1, 2013. The firm's office addresses, telephone and fax numbers and email addresses remain unchanged.

Dated: January 4, 2013

Respectfully Submitted,

LOWENSTEIN SANDLER LLP

By: */s/ Norman N. Kinel*
Norman N. Kinel, Esq.
Terence D. Watson, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

*Attorneys for John V. O'Neill,*
*Justin J. O'Neill and Megan E. O'Neill*