

**Mr. David Gross**
7248 Ballantrae Ct
Boca Raton FL 33496

December 25, 2012

BECKER & pOliakoff
helen davis chaitman
45 broardway
new york, new york 10006     212 599 3322

SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGION OFFICE
3 WORLD TRADE CENTER
NEW YORK, NY 10281     212 336 1100

IRVING H PICARD ESQ
TRUSTEE FOR BERNARD L. MADOFF INVESTMRNT SECURITIES  LLC
CLAIMS PROCESSING CENTER
2101 CEDAR SPRINGS ROAD     SUITE 1100
DALLAS   TEXAS 75201

                REF:   ADV. PRO NO. 08-01789 (BRL
SIPA LIQUDATIOn

I DAVID GROSS 7248 BALLANTRAE CT. BOCA RATON FLORIDA 33496
561 483 4543   - CELL 516 263 3642 ENLOSING COPIES OF
REFERRING TO THE REFERENCED DOCUMENTS
1. 3  CONSIST OF 3 PAGES IDENIFYING  ITEM 131 1CM404  PAGE6
      ITEM 707 1CM404  --  PAGE 25 CLAIMING  BOTH AS
NET WINNERS NOTICE BOTH ARE SAME ACCOUNT NUMBERS.
2. TWO COPIES OF TRADE CERTIFICATES  ACCOUNT NUMBER
1CN404 FOR A TRADE ON BEHALF OF  DAVID ANN IRMA GROSS.
    ACCOUNT  NUMBER 1CM302  IS FOR AN IRA IN THE
NAME OF DAVID GROSS
3.  ITEM NUMBER 3 INDICATING I HAD CONTRIBUTED MONIES
AND HAD AN ACCOUNT BEFORE  1994   SHOWING A  DATE
1992 MY BROKER DEALER WAS COHMAN-- MURICE
COHAN AND RICHARD SPRING
4.ENLOSE TWO DOCUMENTS INDICATING THAT MONIES FROM
MY IRA  CHECKS WERE NEVER MADE TO DAVID GROSS DIRECT.
IN FACT I MANY TIMES REQUESTED THAT RETIREMENT
ACCOUNTS SEND THE MONIES TO THE INTERNAL REVNUE
TOWARD MY ESTIMATED INCOME TAX.

At this time i am in hope my record
could be corrected. please respond.
david gross          thank you,

I DAVID GROSS MAKE A CLAIN THAT I AM A
LOSER AND THERE IS NO WAY OF MY GOING BACK
TO COHMAD FOR DISCLOSURE AND ALL THE
YEARS I PAID TAXES ON PHONY INCOME.

1

# ✽ 1 ✓

**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
hchaitman@beckerny.com
45 Broadway
New York, New York 10006
Telephone (212) 599-3322
*Attorneys for the Customers
listed on Exhibit A to the December 3, 2012
declaration of Helen Davis Chaitman*

Hearing Date: February 13, 2013 at 10 a.m.
Objection Deadline: December 3, 2012



Mr. David Gross
7248 Ballantrae Ct
Boca Raton FL 33496

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES INVESTOR PROTECTION
CORPORATION,
   Plaintiff,
v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
   Defendant.

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

---

In re:

BERNARD L. MADOFF,
   Debtor.

---

### DECLARATION OF HELEN DAVIS CHAITMAN IN SUPPORT OF CUSTOMERS' OBJECTION TO TRUSTEE'S MOTION FOR AN ORDER DENYING TIME-BASED DAMAGES

I, Helen Davis Chaitman, declare pursuant to 28 U.S.C. § 1746 that the following is true:

1.   I am a partner with Becker & Poliakoff LLP, counsel to the customers (the "Customers") of Bernard L. Madoff Investment Securities LLC listed in **Exhibit A** hereto.

2.   I submit this declaration in support of the Customers' objection to the Trustee's motion for an order denying time-based damages.



REFERENCES  # 131 — 1 CM 404 — PAGE 6
          # 707 — 1 CM 404 — PAGE 25

{N0022015 }

#131
#707



| 128. | Estate of William A. Forrest & Kathleen Forrest TIC | 1F0136 | 002310 | 1084 | Net Winner |
|---|---|---|---|---|---|
| 129. | THE LAZARUS INVESTMENT GROUP | 1ZB375 | 010409 | 1085 | Net Loser |
| 130. | DAVINA GREENSPAN LORI FRIEDMAN JT WROS | 1ZA194 | 001974 | 864 | Net Loser |
| 131. | DAVID GROSS AND IRMA GROSS J/T WROS | 1CM404 | 000058 | 1133 | Net Winner |
| 132. | GROSS ASSOCIATES C/O HERB GROSS | 1ZA170 | 002972 | 942 | Net Winner |
| 133. | R R ROSENTHAL ASSOCIATES | 1ZA238 | 000206 | 724 | Net Winner |
| 134. | TERESA COHEN | 1ZR307 | 003375 | 1171 | Net Winner |
| 135. | HEIDI HILES | Z99998 | 000995 | 1172 | ZeroBalance |
| 136. | RONALD M. LAZARUS (IRA) | 1ZR001 | 009754 | 1173 | Net Winner |
| 137. | RONALD LAZARUS & LINDA LAZARUS JT/WROS | 1ZB519 | 008590 | 1174 | Net Loser |
| 138. | GAETANO MACALUSO | Z99998 | 001081 | 1175 | ZeroBalance |
| 139. | ROSALINDA MACALUSO | Z99998 | 000997 | 1176 | ZeroBalance |
| 140. | David Moskowitz | 1ZA178 | 000695 | 1177 | Net Winner |
| 141. | LEONA REDSTONE (IRA) | 1ZR306 | 003269 | 1178 | Net Winner |
| 142. | NEVA AND NICHOLAS S. ROSAMILIA | 1ZB262 | 004095 | 1179 | Net Loser |
| 143. | HENRY SIEGMAN SUSAN EINSENSTAT J/T WROS | 1S0425 | 008249 | 1181 | Net Loser |
| 144. | FESTUS & HELEN STACY FOUNDATION INC | 1ZA874 | 005407 | 1201 | Net Loser |
| 145. | SEAN STEPELTON IRA/SEP | 1ZA874 | 005107 | 1204 | Net Loser |
| 146. | GARY BIZZELL | 1ZA874 | 005102 | 1204 | Net Loser |
| 147. | PATRICK AND PATRICIA COONEY | 1ZA874 | 005106 | 1204 | Net Loser |
| 148. | STEPELTON ADVISORS | 1ZA874 | 005412 | 1204 | Net Loser |
| 149. | SHARON FALLS IRA/SEP | 1ZA874 | 005104 | 1204 | Net Loser |
| 150. | BRETT STEPELTON IRA/SEP ACCOUNT | 1ZA874 | 005108 | 1204 | Net Loser |
| 151. | DOUGLAS STEPELTON TRUST | 1ZA874 | 004958 | 1204 | Net Loser |
| 152. | SHARON FALLS (A/K/A SHARON FALLS BIZZELL | 1ZA874 | 005110 | 1204 | Net Loser |
| 153. | JENNIFER STEPELTON (F/K/A JENNIFER COONEY) (JENNIFER STEPELTON IRA/SEP ACCOUNT) | 1ZA874 | 005101 | 1204 | Net Loser |
| 154. | DOUGLAS STEPELTON & VIRLEE STEPELTON | 1ZA874 | 005105 | 1204 | Net Loser |

| 704. | Lawrence Roth | 1R0192 | 004866 | 3040 | Net Winner |
|---|---|---|---|---|---|
| 705. | Jonathan Schwartz | 1ZR040 | 005186 | 3041 | Net Loser |
| 706. | The Allen Family Trust | 1CM406 | 000105 | 3051 | Net Winner |
| 707. | DAVID GROSS AND IRMA GROSS J/T WROS | 1CM404 | 000058 | 3070 | Net Winner |
| 708. | The Lawrence J. Ryan By-Pass Trust under Determination of Trust Dated Nov. 20, 1991, Theresa R. Ryan, Trustee | 1R0171 | 000856 | 3084 | Net Winner |
| 709. | The Donald Rechler & Judith Rechler Grandchildren Annual Exclusion Trust | 1R0176 | 008938 | 3091 | Net Loser |
| 710. | The Lawrence J. Ryan By-Pass Trust under Determination of Trust Dated Nov. 20, 1991, Theresa R. Ryan, Trustee | 1R0171 | 000856 | 3093 | Net Winner |
| 711. | Carol A. Kozloff | 1CM563 | 011228 | 3094 | Net Loser |
| 712. | STEVEN P. NORTON | 1H0123 | 009834 | 3123 | Net Winner |
| 713. | MARTIN R. HARNICK | 1H0123 | 009772 | 3123 | Net Winner |
| 714. | Megan Burich | 1EM144 | 012982 | 3139 | Net Winner |
| 715. | Heidi Holmers | 1EM144 | 012928 | 3139 | Net Winner |
| 716. | Brett Palmer | 1EM144 | 012945 | 3139 | Net Winner |
| 717. | Blake Palmer | 1EM144 | 014215 | 3139 | Net Winner |
| 718. | Callie Murray | 1EM144 | 012927 | 3139 | Net Winner |
| 719. | Ryan Murray | 1EM144 | 012917 | 3139 | Net Winner |
| 720. | Oscar Palmer | 1EM144 | 013011 | 3139 | Net Winner |
| 721. | Sophia Palmer | 1EM144 | 013027 | 3139 | Net Winner |
| 722. | Dana LeFavor | 1EM144 | 012931 | 3139 | Net Winner |
| 723. | Boyer F. Palmer | 1EM144 | 012944 | 3139 | Net Winner |
| 724. | Kelly Burich | 1EM144 | 012926 | 3139 | Net Winner |
| 725. | Alice G. Miller Exemption Trust | 1ZA260 | 009171 | 3140 | Net Loser |
| 726. | Alice G. Miller Marital Trust | 1ZA260 | 009172 | 3140 | Net Loser |
| 727. | Martin Miller Living Trust | 1ZA260 | 009173 | 3140 | Net Loser |
| 728. | Ellen Bernfeld | 1EM013 | 014649 | 3168 | Net Winner |
| 729. | Marilyn Bernfeld | 1EM013 | 014648 | 3168 | Net Winner |
| 730. | Herbert Bernfeld | 1EM013 | 014646 | 3168 | Net Winner |
| 731. | Tom Bernfeld | 1EM013 | 014650 | 3168 | Net Winner |
| 732. | Phillip Jaffe | 1EM091 | 012823 | 3170 | Net Winner |
| 733. | Colette Jaffe | 1EM091 | 012832 | 3170 | Net Winner |

| BERNARD L. MADOFF | | | | | | | | | 885 1 Avenue |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| MADF INVESTMENT SECURITIES LLC | | | | | MEMBER: | | | | New Yo. .NY 10022 |
| New York ☐ London | | | | | FINRA  NSX  SIPC  NSCC  DTC | | | | 212 230-2424 |
| | | | | | | | | | 800 334-1343 |
| | | | | | | | | | Fax 212 838-4061 |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-CM302-3 | R | 64724 | 5 | 1 | | 9/12/08 | 9/17/08 |
| IDENTIFICATION NO. | | CONTRA PARTY | | C.H. NUMBER | | | | SPECIAL DELIVERY INSTRUCTIONS | |
| | | ← | | ACCT OF/ NTC & CO. | | | | **** DUPLICATE **** | 17 |

DAVID GROSS
7248 BALLANTRAE COURT
BOCA RATON    FL  33496

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

| WE | QUANTITY | CUSIP NUMBER | | | SECURITY DESCRIPTION | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BOT | 425 | 459200101 | | | INTERNATIONAL BUSINESS MACHS | | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 118.800 | 50490.00 | 17.00 | | | | | 50473.00 |

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496-1422

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

Two
accounts

CM IN ACCOUNT NUMBER INDICATES
IT IS A COMMACT
ACCOUNT



Account Number: IDENTIFIES
CM 404 AS COMMAT 7
Account

**COHMAD SECURITIES CORPORATION**

685 THIRD AVENUE, NEW YORK, NY 10022 (212) 230-2480
TELEX: 205180     FAX: (212) 486-8178    800-334-1345

July 17, 1992


Mr. David Gross
7248 Ballantrae Ct
Boca Raton FL 33496

ATTENTION: ▮▮▮▮▮▮▮▮▮

Your portfolio management report as of June 30, 1992 is enclosed. The results, in my opinion, are satisfactory, with our average account up approximately 17%, from January 1, to June 30. For those of you who like comparisons, during this same period the Standard & Poor's 100 Index was down about 2.1% and the Dow Jones Industrials were up 2.9%.

Our "mission" is to protect your investment (and mine!). To accomplish this, we maintain our discipline and stick with the same strategy, by buying a portfolio of "blue chip" equities, selling call (index) options on your portfolio, and buying put (index) options to protect your portfolio against violent bear markets. Once again, we are not economists or security analysts. We are risk managers and our associates are very good at what they know best -- namely, trading.

<u>Reminder</u>:   In order to better monitor and service your accounts, please remember:

We are not a bank or a depository for short-term funds. We only accept new or additional funds in our C & M trading accounts on a quarterly basis, on the first business day of January, April, July and October. The minimum amount we will accept as an addition to an existing account is $25,000.

- If you wish to withdraw any funds, prior notification is required and withdrawals may only occur on the same days specified above. Just bear in mind that an early withdrawal may affect performance if it disturbs an option.

<u>Introducing Belle Jones</u>:    Prior to June 1, 1992, Belle Jones was the "brains" behind the scene, responsible for keeping your account information properly computerized and generating your quarterly (or monthly) portfolio management reports. In addition to these responsibilities, she is now also available to answer any questions that you may have relative to your C & M account, and can be reached in this office on Tuesdays, Wednesdays and Fridays, at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. All communications and inquiries should be directed to Belle, or to the undersigned.

All best wishes for a happy and healthy summer.

Sincerely,

Maurice J. Cohn
President

Mr. David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

| | |
|---|---|
| **BERNARD L. MADOFF**<br>**Investment Securities**<br>Established 1960<br>New York    London | 212 230-2424<br>800 221-2242<br>Telex 235130<br>Fax 212 486-8178 |

A14

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/03/00          45,000.00

CW   CHECK

CLIENT'S ACCOUNT NUMBER

RETIREMENT ACCTS INC CUST IRA          1-CM302-3
FBO DAVID GROSS (40091)
ROLLOVER
P O BOX 173785
DENVER                      CO 80217

MEMO

(ITEM 4)

7-13-00  10743.28





# RETIREMENT ACCOUNTS, INC.

Date      4-4-00

TO:       Bernard Madoff

ATTN:     Frank

FAX#      212-838-4061

FROM:     Retirement Accounts, Inc.
          Phone: 800-325-4352
          Fax:   303-294-5899

*ITEM 4* (handwritten annotation)

Retirement Accounts, Inc. requests that funds to meet the following client(s) distribution needs. Please liquidate from the referenced account(s) and forward a check(s) to our address checked below:

| X Mailing Address: | ___ Overnight Delivery: |
|---|---|
| Retirement Accounts, Inc. | Retirement Accounts, Inc. |
| FBO: (client name & a/c #) | FBO: (client name & a/c#) |
| PO Box 173785 | 717 17th Street, Ste 1700 |
| Denver CO 80217-3785 | Denver CO 80202-3323 |

| Client name | RAI Account # | Your Account # | Amount |
|---|---|---|---|
| [redacted] | | | |

COHMAD SECURITIES CORPORATION

685 THIRD AVENUE, NEW YORK, NY 10022  (212) 838-3480
FAX: (414) 858-0178    800 334-1343



David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

**COHMAD SECURITIES** was founded in 1985 by two professionals with more than fifty years of experience in stock brokerage, market-making and personal service to wealthy individuals and small institutions.

**Maurice J. Cohn** received his "basic training" at Salomon Brothers. In 1967 he founded the New York Stock Exchange member firm of Cohn, Delaire and Kaufman, a small but highly-respected specialist firm. In 1982, Cohn, Delaire and Kaufman was acquired by Akroyd and Smithers, PLC, one of the largest members of the London Stock Exchange. Mr. Cohn served as Chairman and **Chief Executive Officer from 1982 to 1986**, when Akroyd and Smithers was merged into S.G. Warburg.

**Bernard L. Madoff** founded the firm Bernard L. Madoff Investment Securities in 1960. He has been the guiding force in the growth and development of one of the most prestigious broker-dealers on Wall Street. He is an industry leader, past Governor of the National Association of Securities Dealers, Chairman of the NASD International Committee, and presently serves as a director of other industry associations.

**Cohmad Securities**, a small brokerage firm, offers its clients something special -- old-fashioned service! As a correspondent of Bear, Stearns & Company, Inc., Cohmad combines the advantages of a large firm -- financial soundness, S.I.P.C. insurance, discounted commissions and direct phone lines to the floors of major exchanges -- with those of a small firm -- personal service, access to the firm's experts and unique investment ideas. As a result of the firm's association with Bernard L. Madoff Investment Securities and the expertise of Cohmad's professional staff, we are able to offer our clients -- wealthy individuals and small institutions -- the type of service that they deserve.



David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496