# UNITED STATES BANKRUPTCY COURT

Southern District of New York
One Bowling Green
New York, N.Y. 10004-1408

Vito Genna
Clerk Of Court
Clerks' Office
Phone: (212) 668-2870

January 8, 2013

Attn: Steven Surabian
1230 Rt. 28
S. Yarmouth, MA 02664

Attn: Richard Surabian
PO Box 397
W. Hyannisport, MA 02672

Attn: Martin M. Surabian
PO Box 397
W. Hyannisport, MA 02672

**Re: Payment for Notice of Appeal in the Amount of $596.00 for two Appeals filed (Doc. #5031 and #5136 in case No. 08-1789).**

To Whom It May Concern:

This letter is to inform you that on September 19, 2012 and November 30, 2012, you filed a Notice of Appeal (documents # 5031 and #5136) in case **Re: Securities Investor Protection v. Bernard L. Madoff Investment Securities, LLC.**

All three names listed above are associated with the Notice of Appeals filed. Therefore, all parties responsible for this Appeal are being notified of the payment that is due. The court is awaiting payment in the amount of $596.00, which is the combined fee for both of these filings. Please make the necessary arrangements to have this fee paid as soon as possible. Payment may be made in person by exact cash or by money order at One Bowling Green, New York, NY 10004.

Thank you in advance for your attention towards this matter.

Sincerely,

/s/Kathy Slinger
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In Re :

Securities Investor Protection
Corporation,

Plaintiff

v.

Bernard L. Madoff Investment
Securities LLC

Defendant

-----------------------------------------------------------------x

SIPA LIQUIDATION

Case No.08-1789 (BRL)

## CERTIFICATE OF SERVICE

I, Kathy Slinger, hereby certify that I am an employee of the United States Bankruptcy Court, Southern District of New York and a disinterested party to this matter.

I further certify that on **January 8, 2013**, true and correct copies of the letter notifying Steven Surabian, Richard Surabian and Martin M. Surabian of the filing fee due to the court for the filing of two Notice of Appeals were served upon:

Steven Surabian
1230 Rt. 28
S. Yarmouth, MA 02664

Richard Surabian
PO Box 397
W. Hyannisport, MA 02672

Martin M. Surabian
PO Box 397
W. Hyannisport, MA 02672

at the above-listed addresses designated for that purpose by enclosing true copies of same in first-class post-paid properly addressed envelopes and depositing same into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: January 8, 2013
New York, New York

/s/Kathy Slinger
Deputy Clerk