# Katten
**Katten Muchin Rosenman LLP**

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.8776 fax

**ROBERT W. GOTTLIEB**
robert.gottlieb@kattenlaw.com
(212) 940-7090 direct
(212) 940-6505 fax

January 15, 2013

**Via Hand Delivery**

The Honorable Burton R. Lifland
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities; In re Bernard L. Madoff, Adv. Pro. No. 08-01789 (BRL)

Picard v. UBS AG, et. al., Adv. Pro. No. 10-04285 (BRL)

Picard v. UBS AG, et al., Adv. Pro. No. 10-05311 (BRL)

Dear Judge Lifland:

I have appeared before this Court in the above referenced actions. I will no longer be appearing in this matter, and request that my name be removed from the docket and the ECF system as an attorney to be noticed in this matter.

Thank you for your attention to this matter.

Respectfully submitted,

*[signature]*

Robert W. Gottlieb