# Exhibit A

## Appellants

| Customer | Account No. | Customer Claim No. | Adversary Proceeding |
|---|---|---|---|
| United Congregations Mesora | 1U0013 | N/A | 10-05110 |
| Chesed Congregations of America | 1C1221 | N/A | 10-05054 |
| South Ferry Building Company, A New York Limited Partnership; Emanuel Gettinger Abraham Wolfson Zev Wolfson, In His Capacity As Trustee U/i/t F/b/o Aaron Wolfson And Alisa Wolfson Zev Wolfson, Individually A. Trust Aa. Trust A.o.n. Trust Aaron Trust Abraham Adeff Abraham Trust Abraham N. Trust Al. Trust Alisa Trust A.n. Trust Goldie Applegrad, Individually Goldie Applegrad, In Her Capacity As A Joint Tenant Of Simcha & Goldie Applegrad, As J/t/w/r/o/s Simcha Applegrad, Individually Simcha Applegrad, In His Capacity As A Joint Tenant Of Simcha & Goldie Applegrad, As J/t/w/r/o/s David G. Aviv Miriam Beren B.F.&W. Realty Company, A New York Limited Partnership Helen Elbaum, In Her Capacity As Custodian For Zelda Elbaum And Ruth Elbaum Zelda Elbaum Razel Faskowitz Roslyn Gettinger Morris Goldstein Samuel Goldstein Israel Grossman Kalman Halpern Zevi Harris Joseph Katz, Bessie Kaufman, Individually Bessie Kaufman, In Her Capacity As Joint Tenant Of David & Bessie Kaufman, As J/t/w/r/o/s David Kaufman, Individually David Kaufman, In His Capacity As Joint Tenant Of David & Bessie Kaufman, As J/t/w/r/o/s Sara Klein, Individually | 1S0451 | N/A | 10-04488 |

| | | | |
|---|---|---|---|
| Sara Klein, In Her Capacity As Joint Tenant Of Sol & Sara Klein, As J/t/w/r/o/s | | | |
| Sol Klein, Individually | | | |
| Sol Klein, In His Capacity As Joint Tenant Of Sol & Sara Klein, As J/t/w/r/o/s | | | |
| Albert Kleinman | | | |
| Moses Leiter, Individually | | | |
| Moses Leiter, In His Capacity As Joint Tenant Of Moses & N. Zwi Leiter, J/t/w/r/o/s | | | |
| N. Zwi Leiter, Individually | | | |
| N. Zwi Leiter, In Her Capacity As Joint Tenant Of Moses & N. Zwi Leiter, J/t/w/r/o/s | | | |
| Gerda Levinsohn | | | |
| Hyman Mandelbaum | | | |
| Max Mandis, Individually | | | |
| Max Mandis, In His Capacity As Joint Tenant Of Max Mandis & Freda Rosenberg, As J/t/w/r/o/s | | | |
| Anthony Margadonna, Individually | | | |
| Anthony Margadonna, In His Capacity As Joint Tenant Of Anthony & Julia Margadonna, As J/t/w/r/o/s | | | |
| Julia Margadonna, Individually | | | |
| Julia Margadonna, In Her Capacity As Joint Tenant Of Anthony & Julia Margadonna, As J/t/w/r/o/s | | | |
| Clara Meth | | | |
| Morris Milewski | | | |
| Morris Nussbaum | | | |
| Mary Peters | | | |
| R. Trust | | | |
| R.a. Trust | | | |
| Rebecca Trust | | | |
| Irving Rosen | | | |
| Freda Rosenberg, Individually | | | |
| Freda Rosenberg, In Her Capacity As Joint Tenant Of Max Mandis & Freda Rosenberg, As J/t/w/r/o/s | | | |
| Leo Schechter | | | |
| Benjamin Schenker, Individually | | | |
| Benjamin Schenker, In His Capacity As Joint Tenant Of Benjamin & Minnie Schenker, As J/t/w/r/o/s | | | |
| Minnie Schenker, Individually | | | |
| Minnie Schenker, In Her Capacity As Joint Tenant Of Benjamin & Minnie Schenker, As J/t/w/r/o/s | | | |
| Mildred Shapiro, Individually | | | |
| Mildred Shapiro, In Her Capacity As Joint Tenant Of Rabbi Solomon B. & Mildred Shapiro, As J/t/w/r/o/s | | | |
| Rabbi Solomon B. Shapiro, Individually | | | |
| Rabbi Solomon B. Shapiro, In His Capacity As Joint Tenant Of Rabbi Solomon B. & Mildred Shapiro, As J/t/w/r/o/s | | | |
| Leon Shiffman | | | |
| Lee Siegmund | | | |
| Nachema Singer | | | |
| Sarah Spindell | | | |
| Chaim Twersky, Individually | | | |
| Chaim Twersky, In His Capacity As A Joint Tenant Of Chaim & Rachel Twersky, As J/t/w/r/o/s | | | |
| Rachel Twersky, Individually | | | |

# 08-01789-cgm    Doc 5202-1    Filed 01/18/13    Entered 01/18/13 12:38:23    Exhibit A
Pg 3 of 4

| Name | | | |
|---|---|---|---|
| Rachel Twersky, In Her Capacity As A Joint Tenant Of Chaim & Rachel Twersky, As J/t/w/r/o/s Ernest Wachtel, Individually<br>Ernest Wachtel, In His Capacity As Joint Tenant Of Ernest & Rose Wachtel, As J/t/w/r/o/s<br>Rose Wachtel, Individually<br>Rose Wachtel, In Her Capacity As Joint Tenant Of Ernest & Rose Wachtel, As J/t/w/r/o/s<br>Max Well<br>Chana Wolfson<br>Helen Younger<br>Aaron Zeitlin, Individually<br>Aaron Zeitlin, In His Capacity As Trustee For Abraham Trust<br>Aaron Zeitlin, In His Capacity As Trustee For Rebecca Trust<br>Aaron Zeitlin, In His Capacity As Trustee For Alisa Trust<br>Aaron Zeitlin, In His Capacity As Trustee For Aaron Trust<br>Aaron Zeitlin, In His Capacity As Trustee For Abraham N. Trust<br>Aaron Zeitlin, In His Capacity As Trustee For R.a. Trust<br>Aaron Zeitlin, In His Capacity As Trustee For Ai. Trust<br>Aaron Zeitlin, In His Capacity As Trustee For Aa. Trust<br>Aaron Zeitlin, In His Capacity As Trustee For A.n. Trust<br>Aaron Zeitlin, In His Capacity As Trustee For R. Trust<br>Aaron Zeitlin, In His Capacity As Trustee For A. Trust<br>Aaron Zeitlin, In His Capacity As Trustee For A.o.n. Trust<br>Rachel Zeitlin | | | |
| Lanx BM Investments, LLC<br>The Lanx Fund II, LP<br>Wolfson Cousins, LP<br>Edara Partnership | 1L0228 | N/A | 10-04384 |
| Wolfson Equities<br>Aaron Wolfson, Individually<br>The Aaron Wolfson 1983 Trust<br>The Abraham Wolfson 1983 Trust<br>The Alisa Wolfson Safier 1983 Trust<br>The Daniel Wolfson 1983 Trust<br>The Elishiva Wolfson 1983 Trust<br>The Nadine R. Wolfson 1991 Trust<br>The Rebecca Wolfson Wolmark 1983 Trust<br>The Wolfson Trust | 1W0108 | N/A | 10-05220 |
| Ezriel Munk, In His Capacity As Trustee Of The Wolfson Descendants 1983 Trust<br>Ezriel Munk, In His Capacity As Trustee The ZW 1999 Trust<br>Wolfson Descendants 1983 Trust<br>Zev Wolfson<br>ZW 1999 Trust<br>ZWD Investments, LLC | 1Z0027 | N/A | 10-04374 |
| Aaron Wolfson<br>Abraham Wolfson<br>Emanuel Gettinger<br>South Ferry #2 LP<br>South Ferry Building Company<br>Zev Wolfson | 1S0447 | N/A | 10-04350 |
| James Lowrey, Individually | 1CM585 | N/A | 10-04387 |

NY1154074.1
217250-10001

3

| | | | |
|---|---|---|---|
| James Lowrey, In His Capacity As General Partner Of Turtle Cay Partners | 1CM832 | | |
| James Lowrey, In His Capacity As Personal Representative Of The Estate Of Marianne Lowrey | 1CM880 | | |
| James Lowrey, In His Capacity As Trustee For The Marianne B. Lowrey Trust | | | |
| James Lowrey In His Capacity As Successor Partner Of Coldbrook Associates Partnership | | | |
| The Estate Of Marianne Lowrey | | | |
| Turtle Cay Partners | | | |
| Coldbrook Associates Partnership, Individually | | | |
| Coldbrook Associates Partnership, In Its Capacity As General Partner Of Turtle Cay Partners | | | |
| Trust Created For The Benefit Of Jessica Lee Lowrey Under Article Second Of A Certain Trust Agreement Dated August 29, 1984 | | | |
| Trust Created For The Benefit Of Tracy Mcdonald Lowrey Under Article Second Of A Certain Trust Agreement Dated August 29, 1984 | | | |
| Trust Created For The Benefit Of Whitney Hanlon Lowrey Under Article Second Of A Certain Trust Agreement Dated August 29, 1984 | | | |
| Jessica Lee Lowrey, Individually | | | |
| Jessica Lee Lowrey, In Her Capacity As Personal Representative Of The Estate Of Marianne Lowrey | | | |
| Jessica Lee Lowrey, In Her Capacity As Trustee For The Marianne B. Lowrey Trust | | | |
| Jessica Lee Lowrey, In Her Capacity As Successor Partner Of Coldbrook Associates Partnership | | | |
| Tracy Mcdonald Lowrey Lenehan, Individually | | | |
| Tracy Mcdonald Lowrey Lenehan, In Her Capacity As Personal Representative Of The Estate Of Marianne Lowrey | | | |
| Tracy Mcdonald Lowrey Lenehan, in Her Capacity As Trustee For The Marianne B. Lowrey Trust | | | |
| Tracy Mcdonald Lowrey Lenehan, In Her Capacity As Successor Partner Of Coldbrook Associates Partnership | | | |
| Whitney Hanlon Lowrey Gaeta, Individually | | | |
| Whitney Hanlon Lowrey Gaeta, In Her Capacity As Personal Representative Of The Estate Of Marianne Lowrey | | | |
| Whitney Hanlon Lowrey Gaeta, In Her Capacity As Trustee For The Marianne B. Lowrey Trust | | | |
| Whitney Hanlon Lowrey Gaeta, In Her Capacity As Successor Partner Of Coldbrook Associates Partnership | | | |
| Larry B. Alexander, In His Capacity As Personal Representative Of The Estate Of Marianne Lowrey | | | |
| Larry B. Alexander, In His Capacity As Trustee For The Marianne B. Lowrey Trust | | | |
| Larry B. Alexander, In His Capacity As Successor Partner Of Coldbrook Associates Partnership | | | |
| The Marianne B. Lowrey Trust | | | |