UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

In re:

BERNARD L. MADOFF,

        Debtor

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## NOTICE OF MOTION TO VACATE ORDER AND JUDGEMENT OF TRUSTEE'S ALLOWED MOTION TO EXPUNGE SURABIANS CLAIMS AND OBJECTIONS

We, Steven Surabian, Richard Surabian and Martin M. Surabian having never received the Trustee's Third Omnibus Motion To Expunge the Surabians Claims and Objections and as direct depositors with Bernard L. Madoff himself as claimants and customers having interest, Motion this Court To Vacate the Order and Judgment Allowing the Trustee's Motion to Expunge the Surabians Claims and Objections before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004. Hearing date if required to be determined by the Court.

**PLEASE TAKE FURTHER NOTICE** that written objections to the motion must be filed with the Clerk of the United States Bankruptcy Court, One Bowing Green, New York, New York

10004 by no later than **4:00 p.m. on January 31, 2013** (with a courtesy copy delivered to the chambers of the Honorable Burton R. Lifland) and must be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rochefeller Plaza, New York, New York 10111, attn: David J. Sheehan, and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, attn: Kevin H. Bell, Esq. (c) Steven Surabian, 1230 Rt. 28, S. Yarmouth, MA 02664, (d) Richard Surabian, P.O. Box 397, W. Hyannisport, MA 02672 and (e) Martin M. Surabian, P.O. Box 397, W. Hyannisport, MA 02672. Any objections must specifically state the interest that the objecting party has in these proceedings and the specific bases of any objection to the Motion.

**PLEASE TAKE FURTHER** that replies to objections, if any, must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York, New York 10004 by no later than **4:00 p.m. on February 11, 2013** (with a courtesy copy delivered to the chambers of the Honorable Burton R. Lifland).

Dated: January 17, 2013

Steven Surabian Pro se
1230 Rt. 28
S. Yarmouth, MA 02664
508-688-4613

Richard Surabian Pro se
P.O. Box 397
W. Hyannisport, MA 02672
508-579-9834

Martin M. Surabian Pro se
P.O. Box 397
W. Hyannisport, MA 02672