UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Defendant.

---

In re: BERNARD L. MADOFF,

Debtor.

---

JAN - 7 2013

Adv. Pro. No. 08-1789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## NOTICE OF APPEAL

**NOW COMES** claimants Martin M. Surabian, Richard Surabian and Steven Surabian's Notice of Appeal of Order Granting Trustee's Third Omnibus Motion Seeking To Expunge Claims and Objections Of Claimants That Did Not Invest With BLMIS Or In Entities That Invested In BLMIS, dated April 19, 2012 Burton R. Lifland United States Bankruptcy Judge.

_____
Martin M. Surabian Pro se
P.O. Box 397
W. Hyannisport, MA 02672

_____
Richard Surabian Pro se
P.O. Box 397
W. Hyannisport, MA 02672
(508) 579-9834

_____
Steven Surabian Pro se
1230 Rt. 28
S. Yarmouth, MA 02664
(508) 688-4613

Date: December 28, 2012

## CERTIFICATE OF SERVICE

I certify that this 31st day of December 2012, a true copy of customers and claimants Motion to File Late Appeal from August 22, 2012 Order (Docket No. 4997) Approving the Trustee's Motion For an Order Authorizing Second Interim Distribution to Customers and Notice of Appeal of Order Granting Trustee's Third Omnibus Motion Seeking to Expunge Claims and Objections of Claimants That Did Not Invest With BLMIS or Entities That Invested In BLMIS, by 1st class US mail postage prepaid on (i) David J. Sheehan, Jorian L. Rose, Seanna R. Brown and Bik Cheema, Baker & Hostetler LLP, 45 Rochefeller Plaza, New York, NY 10111; and (ii) Kevin H. Bell and Nathanael S. Kelley Securities Investor Protection Corporation, 805 15th Street, N.W. Suite 800 Washington, D.C. 20005.

Steven Surabian