UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

JAN - 7 2013

SECURITIES INVESTOR PROTECTION
CORPORATION,

Plaintiff-Applicant

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Defendant.

In re:

BERNARD L. MADOFF,

Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## <u>MOTION TO FILE LATE APPEAL</u>

**NOW COMES** claimants Martin M. Surabian, Richard Surabian and Steven Surabian's

Motion to File Late Appeal from the August 22, 2012 Order (Docket No. 4997) of the United

States Bankruptcy Court for the Southern District of New York Approving the Trustee's Motion

For an Order Approving Second Allocation of Property to the Fund of Customer Property and

Authorizing Second Interim Distribution to Customers (the "Distribution Motion") (Docket No.

4930). In support is the following:

1.  The Claimants Martin M. Surabian, Richard Surabian and Steven Surabian (Surabians) are

     all Pro se.

2.  On July 26, 2012, the Trustee filed the Distribution Motion, seeking to distribute, consistent

     with SIPA, between $1.493 billion and $2.427 billion of customer property to customers on

a *pro rata* basis. (Docket No. 4930.)

3.  The Surabians filed an objection to the Distribution Motion on August 8, 201. (Docket

    No. 4965.)

4.  In his August 15, 2012 response to the Surabians' objection, the Trustee claimed the

    Surabians' lacked standing to bring an objection. (Docket No. 4984.)

5.  The Surabians never received the Trustee's Motion to Expunge the Surabians claims and the

    Surabians have since filed a Motion to File Late Opposition and Late Appeal to the

    Distribution Motion and Order.

6.  On August 22, 2012, the Bankruptcy Court entered the Order granting the Distribution

    Motion over objections filed by the Surabians and others. (Docket No. 4997.)

7.  As Pro se the Surabians file a Notice of Appeal to the Court Order Granting the Trustee's

    Distribution Motion some time in September 2012, which the Court excepted. (Docket No.

    5031.)

8.  It has now come to the Surabians knowledge that the Trustee is now trying to claim the

    Surabians Appeal was filed up to two weeks Late.

    **WHEREFORE,** the Surabians pray the Bankruptcy Court Allow the Surabians' Motion to

File Late Appeal which Appeal the Court has already filed.

Signed under the pains and penalties of perjury.


Martin M. Surabian Pro Se          Richard Surabian Pro Se          Steven Surabian pro se
P.O. Box 397                       P.O. Box 397                     1230 Rt. 28
W. Hyannisport, MA 02672           W. Hyannisport, MA 02672         S. Yarmouth, MA 02664
                                   (508) 579-9834                   (508) 688-4613

Date: December 28, 2012