| | |
|---|---|
| **BECKER & POLIAKOFF LLP**<br>Helen Davis Chaitman<br>HCHAITMAN@BECKER-POLIAKOFF.COM<br>45 Broadway<br>New York, New York 10006<br>Telephone (212) 599-3322 | **Presentment Date:**<br>February 21, 2013 at 12:00 noon<br>**Objection Date:** February 14, 2013 |

*Attorneys for Claimants Fetus & Helen Stacy Foundation, Inc., Virlee Stepelton, Douglas Stepelton, individually and on behalf of Sean Stepelton, SEP, Stepelton Advisors, Brett Stepelton, Jennifer Stepelton, Sharon Bizzell, Gary Bizzell, and Sharon Falls*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                           Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                           Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                           Debtor. | |

### NOTICE OF PRESENTMENT OF AN ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL AND OPPORTUNITY FOR HEARING

**PLEASE TAKE NOTICE** that, upon the accompanying January 29, 2013 Declaration of Helen Davis Chaitman, Esq., Becker & Poliakoff, LLP ("B&P") will present the attached proposed Order to the Honorable Burton R. Lifland, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York at One Bowling Green, New York, NY 10004, for signature on February 21, 2013 at noon.

{N0023735 }

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Order, with proof of service, is filed with the Clerk of the Court and copies of such objection are served so as to be delivered to the undersigned, along with counsel to the Trustee, and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least seven days before the date of presentment, there will not be a hearing and the Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the presenting party's obligation to notify all other parties entitled to receive notice. The presenting and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

| | |
|---|---|
| Dated: January 29, 2013<br>New York, New York | **BECKER & POLIAKOFF LLP**<br><br>By: /s/ Helen Davis Chaitman<br>Helen Davis Chaitman<br>45 Broadway<br>New York, New York 10006<br>(212) 599-3322<br>HCHAITMAN@BECKERNY.COM<br>*Attorneys for Claimants Fetus & Helen Stacy Foundation, Inc., Virlee Stepelton, Douglas Stepelton, individually and on behalf of Sean Stepelton, SEP, Stepelton Advisors, Brett Stepelton, Jennifer Stepelton, Sharon Bizzell, Gary Bizzell, and Sharon Falls* |

{N0023735 }                                2