| | |
|---|---|
| **BECKER & POLIAKOFF LLP**<br>Helen Davis Chaitman<br>HCHAITMAN@BECKER-POLIAKOFF.COM<br>45 Broadway<br>New York, New York 10006<br>Telephone (212) 599-3322 | **Presentment Date:**<br>February 21, 2013 at 12:00 noon<br>**Objection Date:** February 14, 2013 |

*Attorneys for Claimants Fetus & Helen Stacy Foundation, Inc., Virlee Stepelton, Douglas Stepelton, individually and on behalf of Sean Stepelton, SEP, Stepelton Advisors, Brett Stepelton, Jennifer Stepelton, Sharon Bizzell, Gary Bizzell, and Sharon Falls*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　　　　　Defendant.<br>In re:<br>BERNARD L. MADOFF,<br>　　　　　　　　　　　　Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**DECLARATION OF HELEN DAVIS CHAITMAN, ESQ.**
**IN SUPPORT OF AN APPLICATION**
**FOR AN ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL**

　　　　I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

　　　　1.　　I am a partner with Becker & Poliakoff LLP ("B&P"), counsel to claimants Fetus & Helen Stacy Foundation, Inc., Virlee Stepelton, Douglas Stepelton, individually and on behalf of Sean Stepelton, SEP, Stepelton Advisors, Brett Stepelton, Jennifer Stepelton, Sharon Bizzell, Gary Bizzell, and Sharon Falls (together, the "Claimants").

{N0023733 }

2. The Claimants retained this firm to represent them with respect to a claim against the Securities Investor Protection Corporation ("SIPC") that each claimant is entitled to up to $500,000 in SIPC insurance under the Securities Investor Protection Act.

3. As a result of a conflict of interest brought to my attention by the Claimants' counsel, Frank C. Walker, of Stuart & Walker, P.A., it is necessary that this firm withdraws as counsel for Claimants.

4. There will be no disruption or delay as a result of this firm's withdrawal as counsel.

5. Accordingly, cause exists to grant B&P leave to withdraw as counsel for the Claimants.

Dated: January 29, 2012         /s/ Helen Davis Chaitman
New York, New York