| | |
|---|---|
| **BECKER & POLIAKOFF LLP** <br> Helen Davis Chaitman <br> HCHAITMAN@BECKER-POLIAKOFF.COM <br> 45 Broadway <br> New York, New York 10006 <br> Telephone (212) 599-3322 | **Presentment Date:** <br> February 21, 2013 at 12:00 noon <br> **Objection Date:** February 14, 2013 |

*Attorneys for Claimants Fetus & Helen Stacy Foundation, Inc., Virlee Stepelton, Douglas Stepelton, individually and on behalf of Sean Stepelton, SEP, Stepelton Advisors, Brett Stepelton, Jennifer Stepelton, Sharon Bizzell, Gary Bizzell, and Sharon Falls*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br>                                 Plaintiff, <br> v. <br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br>                                 Defendant. <br> In re: <br> BERNARD L. MADOFF, <br>                                 Debtor. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |

## CERTIFICATE OF SERVICE

I, Lourdes Blanco, hereby certify that on January 29, 2013 I caused a true and correct copy of the following documents:

- Notice of Presentment of an Order Granting Leave to Withdraw as Counsel and Opportunity for Hearing,

- Declaration of Helen Davis Chaitman, Esq. in Support of an Application for an Order Granting Leave to Withdraw as Counsel, and

- Proposed Order Granting Leave to Withdraw as Counsel,

{N0023742 }

to be filed electronically with the Court, served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

>David J. Sheehan, Esq.
>Baker & Hostetler, LLP
>45 Rockefeller Plaza, 11th Floor
>New York, NY  10111
>dsheehan@bakerlaw.com
>
>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*
>
>Frank C. Walker, Esq.
>Stuart & walker, P.A.
>1301 East Broward Boulevard, Suite 220
>Fort Lauderdale, Florida 33301
>few@bellsouth.net
>
>*Attorneys for Claimants Fetus & Helen Stacy Foundation, Inc., Virlee Stepelton, Douglas Stepelton, individually and on behalf of Sean Stepelton, SEP, Stepelton Advisors, Brett Stepelton, Jennifer Stepelton, Sharon Bizzell, Gary Bizzell, and Sharon Falls*

I certify under penalty of perjury that the foregoing is true and correct.

January 29, 2013

/s/ *Lourdes Blanco*