Richard A. Kirby
Laura K. Clinton
Martha Rodriguez Lopez
K&L GATES LLP
1601 K Street
Washington, DC  20006
(202) 778-9000 (Telephone)
(202) 778-9100 (Facsimile)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |

**APPELLANTS' STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL AND
DESIGNATION OF RECORD ON APPEAL**

**APPELLANTS' STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL AND
DESIGNATION OF RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the Appellants

submit their statement of issues presented and designation of record with respect to their appeal

from the order of Bankruptcy Judge Honorable Burton L. Lifland Denying Non-Claimants

Request to Intervene, entered in the above-captioned proceedings on January 3, 2013 (the

"Order"). The Trustee has commenced adversary proceedings against Appellants, in which he

asserts avoidance claims and employs a "Net Equity" claim calculation methodology to

determine the amount of the avoidance claim.  Appellants did not file SIPA claims in the

underlying main proceeding.   In the underlying proceeding, Appellants sought to be heard on

the Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying

Time Based Damages ("the Motion"), which seeks to reject an inflation or constant dollar

adjustment to the calculation of "Net Equity" in the SIPA claim context.

**Statement of Issues Presented on Appeal**

1.      Whether the Bankruptcy Court improperly denied Appellants' right to be heard on the

Motion where the Trustee's position (not yet decided) is that the Appellants' liability in the

adversary proceedings may be determined in part by the "Net Equity" claim calculation

methodology approved for SIPA claims?

2.      Where prior orders of the District Court in the Trustee's pending avoidance proceedings

against related defendants left for Bankruptcy Court determination the issue of whether there

should be a constant dollar adjustment to the Net Equity computation, did such orders confer on

the Appellants a right to be heard on the Trustee Motion before the Bankruptcy Court?

3.      In denying the motion to intervene, did the Bankruptcy Court exceed its authority insofar as it purported to adjudicate the rights of Appellants in the pending adversary proceedings, in contravention of Article III of the United States Constitution?

4.      In denying the motion to intervene, did the Bankruptcy Court violate the Appellants' rights under the Due Process clause of the Fifth Amendment of the United States Constitution to be heard at a meaningful time on a defense material to their respective adversary proceedings?

## Designation Of Items To Be Included In The Record On Appeal[1]

The Appellants submit the items below for inclusion in the record on appeal.

### A.    Motion Papers, Order, and Notice of Appeal [in Case No. 08-1789 (BRL))]

| Item # | Filing Date | Docket # | Docket Text |
|---|---|---|---|
| 1. | 12/07/2012 | 5141 | Letter to Judge Lifland filed by Richard A. Kirby on behalf of Estate of Doris M. Pearlman, et al. |
| 2. | 01/03/2012 | 5184 | Letter /Trustee's Letter Response to Non-Claimants' Request To File Motion to Intervene In Trustee's Time-Based Damages Motion filed by David J. Sheehan on behalf of Irving H. Picard. |
| 3. | 01/03/2012 | 5185 | Memorandum Endorsement Order signed on 1/3/2013 |
| 4. | 01/17/2013 | 5202 | Notice of Appeal |

### B.    Related documents Filed in Case No. 08-1789 (BRL)

| Item # | Filing Date | Docket # | Docket Text |
|---|---|---|---|
| 1. | 12/11/2009 | 1052 | Memorandum of Law of the Securities and Exchange Commission Supporting Trustee's Determination that Net Equity Should Not be Based on Securities Positions Listed on Last Statements, and Supporting in Part Trustee's Determination that Net Equity Should be Based Upon Amounts Deposited Less Amounts Withdrawn |
| 2. | 07/17/2012 | 4920 | Notice of Motion to Set Hearing / Motion for Order Scheduling Hearing on Trustee's Motion Affirming Denial of Time-Based Damages Adjustment to Customer Claims |
| 3. | 09/05/2012 | 5022 | Scheduling Order |

---

[1] Each of the documents identified includes all exhibits, attachments, appendices and other documents attached thereto.

| Item # | Filing Date | Docket # | Docket Text |
|--------|-------------|----------|-------------|
| 4. | 10/12/2012 | 5036 | Memorandum of Law of the Securities Investor Protection Corporation in Support of Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages filed by Josephine Wang on behalf of Securities Investor Protection Corporation. |
| 5. | 10/12/2012 | 5038 | Motion to Approve / Notice of Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages |
| 6. | 10/12/2012 | 5039 | Memorandum of Law / Memorandum of Law in Support of Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages |
| 7. | 10/12/2012 | 5040 | Declaration / Declaration of Bik Cheema in Support of The Trustee's Motion for an Order Affirming The Trustee's Calculation of Net Equity and Denying Time-Based Damages |
| 8. | 10/12/2012 | 5041 | Declaration / Declaration of Robert J. Rock in Connection with The Trustee's Motion for an Order Affirming The Trustee's Calculation of Net Equity and Denying Time-Based Damages |
| 9. | 10/12/2012 | 5042 | Affidavit of Service of Notice of Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages; Memorandum of Law in Support of Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages; Declaration of Bik Cheema in Support of The Trustee's Motion for an Order Affirming The Trustee's Calculation of Net Equity and Denying Time-Based Damages; and Declaration of Robert J. Rock in Connection with The Trustee's Motion for an Order Affirming The Trustee's Calculation of Net Equity and Denying Time-Based Damages |

| Item # | Filing Date | Docket # | Docket Text |
|--------|-------------|----------|-------------|
| 10. | 12/03/2012 | 5133 | Opposition Brief Customers' Brief Opposing Trustee's Motion for an Order Rejecting an Inflation Adjustment to the Calculation of "Net Equity" |
| 11. | 12/03/2012 | 5134 | Affidavit Declaration of P. Gregory Schwed in Support of Customers' Brief Opposing Trustee's Motion for an Order Rejecting an Inflation Adjustment to the Calculation of "Net Equity" |
| 12. | 12/07/2012 | 5140 | Amended Declaration of Helen Davis Chaitman in Support of Customers' Objection to Trustee's Motion for an Order Denying Time-Based Damages |

### C.   Transcripts in Case No. 08-1789 (BRL)

| Item # | Filing Date | Docket # | Docket Text |
|--------|-------------|----------|-------------|
| 1. | 09/05/2012 | 5024 | Transcript regarding Hearing Held on 09/05/2012 10:04AM RE: Motion for Order Scheduling Hearing on Trustee's Motion Affirming Denial of Time-Based Damages Adjustment to Customer Claims. |

### D.   Documents Filed in *Picard v. Pearlman*, SDNY Bankruptcy Case No. 10-4504 (BRL)

| Item # | Filing Date | Docket # | Docket Text |
|--------|-------------|----------|-------------|
| 1. | 09/05/2012 | 1 | Complaint against NTC & Co. LLP, as former custodian of an Individual Retirement Account for the benefit of Doris M. Pearlman, Doris M. Pearlman |

E. **Documents filed in District Court consolidated proceedings, Civil Action No. 12-mc-0115 (JSR)**

| Item # | Filing Date | Docket # | Docket Text |
|--------|-------------|----------|-------------|
| 1. | 07/25/2012 | 252 | Trustee Memorandum in Opposition to Consolidated Motion on Antecedent Debt |

F. **Related Documents Filed in *Picard v. Katz*, SDNY Case No. 11-3605 (JSR)**

| Item # | Filing Date | Docket # | Docket Text |
|--------|-------------|----------|-------------|
| 1. | 12/06/2011 | 75 | Reply Memorandum of Law re: 72 Order, 73 Memorandum of Law - Trustees Reply to Amicus Brief on Reset to Zero Methodology. |

Dated: January 31, 2013
Washington, D.C.

Respectfully submitted,

K&L GATES LLP

By:  _/s/ Richard A. Kirby_____
Richard A. Kirby
Laura K. Clinton
Martha Rodriguez Lopez
K&L GATES LLP
1601 K Street
Washington, DC  20006
(202) 778-9000 (Telephone)
(202) 778-9100 (Facsimile)
richard.kirby@ klgates.com
laura.clinton@klgates.com
martha.rodriguezlopez@klgates.com