UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**ORDER GRANTING TRUSTEE'S MOTION TO RETAIN
RITTER & RITTER ADVOKATUR AG AS SPECIAL
COUNSEL *NUNC PRO TUNC* AS OF JANUARY 15, 2013**

Upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the estate of Bernard L. Madoff, for authority to retain Ritter & Ritter Advokatur AG ("Ritter & Ritter"), as special counsel, *nunc pro tunc,* as of January 15, 2013, and due and proper notice having been given under the circumstances of this case, and the Securities Investor Protection Corporation having specified Ritter & Ritter as special counsel, and after due deliberation,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Court finds that Ritter & Ritter is hereby deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

2

3. The Trustee is authorized to retain Ritter & Ritter as special counsel to the Trustee as provided in the Motion, *nunc pro tunc*, as of January 15, 2013.

Dated: New York, New York
      January 31, 2013

/s/Burton R. Lifland
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE