**SIEGEL, LIPMAN & SHEPARD, LLP**
Kenneth W. Lipman, Esq.
5355 Town Center Road, Suite 801
Boca Raton, Florida 33486
Tel.: (561) 368-7700
Fax: (561) 368-9274
klipman@slsbocalaw.com
*Attorneys for Richard Spring, The Spring Family Trust,
and The Jeanne T. Spring Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (BRL) |
| Plaintiff-Applicant | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 09-01305 (BRL) |
| v. | |
| COHMAD SECURITIES CORPORATION, *et al.*, | |
| Defendants. | |

**NOTICE OF FIRM NAME CHANGE**

1

**PLEASE TAKE NOTICE** that the law firm of Siegel, Lipman, Dunay, Shepard & Miskel, LLP, is now conducting business under the new firm name of Siegel, Lipman & Shepard, LLP, effective January 1, 2013. The firm's office address, telephone and fax numbers remain unchanged. The firm's new email address is klipman@slsbocalaw.com.

Dated:    February 7, 2013.

**SIEGEL, LIPMAN & SHEPARD, LLP**

By: _____/s/ Kenneth W. Lipman_____
Kenneth W. Lipman
5355 Town Center Road, Suite 801
Boca Raton, FL  33486
Tel.: (561) 368-7700
Fax.: (561) 368-9274
klipman@slsbocalaw.com
*Attorneys for Richard Spring, The Spring Family Trust, and The Jeanne T. Spring Trust*