**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to section 78eee(d) of the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa *et seq.*, the undersigned hereby enters an appearance for and on behalf of the Securities Investor Protection Corporation and requests that all notices, pleadings, motions, applications and other documents filed and/or served in this case be sent to the following:

>Nathanael S. Kelley
>Staff Attorney
>Securities Investor Protection Corporation
>805 15th Street, Suite 800
>Washington, D.C. 20005
>Telephone: (202) 371-8300
>Facsimile: (202) 371-6728
>Email: nkelley@sipc.org

Dated: Washington, DC
February 8, 2013

  /s/Nathanael S. Kelley
NATHANAEL S. KELLEY
Staff Attorney
SECURITIES INVESTOR
 PROTECTION CORPORATION
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005
Telephone: (202) 371-8300
Facsimile: (202) 371-6728
Email: nkelley@sipc.org