# **EXHIBIT A**

SECURITIES INVESTOR PROTECTION CORPORATION
Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC

ALIXPARTNERS
EXECUTED COPY

**Period Ended December 31, 2012**
**CASH RECEIPTS:**

Report No. 49

| General Cash Receipts | Net Change for Period $30,108,805.55 | Prior Period Cumulative | Total Received | Cumulative Detail - Customer Fund | Cumulative Detail - General Estate | Cumulative Detail - SIPC | Code |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | | | | | | | |
| Transfer from Debtor's Estate - Securities | 0.00 | 289,841,661.49 | 289,841,661.49 | 289,841,661.49 | | | 4011 |
| Transfers from Debtor's Estate - BNY Account | 0.00 | 336,660,934.06 | 336,660,934.06 | 336,660,934.06 | | | 4014 |
| Transfers from Debtor's Estate - Chase Account | 0.00 | 235,156,309.36 | 235,156,309.36 | 235,156,309.36 | | | 4016 |
| Transfers from Debtor's Estate - Other | 0.00 | 4,036,145.08 | 4,036,145.08 | 4,036,145.08 | | | 4018 |
| Interest and Dividends | 0.00 | 1,843,166.84 | 1,843,166.84 | 1,843,166.84 | | | 4040 |
| Closeout Proceeds - Broker Dealers | 0.00 | 37,273,877.23 | 37,273,877.23 | 37,273,877.23 | | | 4030 |
| Closeout Proceeds - NSCC | 0.00 | 21,783,082.40 | 21,783,082.40 | 21,783,082.40 | | | 4031 |
| Closeout Proceeds - DTCC | 0.00 | 17,304,329.91 | 17,304,329.91 | 17,304,329.91 | | | 4032 |
| Sale of Debtor's Assets | 0.00 | 0.00 | 0.00 | 0.00 | | | 4070 |
| - Sports Tickets | 0.00 | 89,690.80 | 89,690.80 | 89,690.80 | | | 4071 |
| - Bank Debt Participations | 0.00 | 7,871,653.96 | 7,871,653.96 | 7,871,653.96 | | | 4072 |
| - DTCC Shares | 0.00 | 204,170.51 | 204,170.51 | 204,170.51 | | | 4073 |
| - Market Making Business | 26,856.36 | 1,389,423.16 | 1,416,279.52 | 1,416,279.52 | | | 4075 |
| - Abtech | 0.00 | 495,000.00 | 495,000.00 | 495,000.00 | | | 4076 |
| - NSX Shares | 0.00 | 76,006.97 | 76,006.97 | 76,006.97 | | | 4077 |
| - BLM Air Charter | 0.00 | 6,494,631.95 | 6,494,631.95 | 6,494,631.95 | | | 4074 |
| Administrative Subtenant Rent Revenue | 0.00 | 531,078.49 | 531,078.49 | 531,078.49 | | | 4111 |
| *Adjusting Administrative Subtenant Rent Revenue* | 0.00 | (531,078.49) | (531,078.49) | (531,078.49) | | | 4111a |
| Refunds - Deposits | 0.00 | 9,841.45 | 9,841.45 | 9,841.45 | | | 4091 |
| - Dues/Subscriptions | 0.00 | 177,247.15 | 177,247.15 | 177,247.15 | | | 4092 |
| - Car Registrations | 0.00 | 157.00 | 157.00 | 157.00 | | | 4093 |
| - Vendors | 0.00 | 61,567.20 | 61,567.20 | 61,567.20 | | | 4094 |
| - Transit Cards | 0.00 | 833.61 | 833.61 | 833.61 | | | 4095 |
| - Insurance/Workers Comp | 0.00 | 402,859.56 | 402,859.56 | 402,859.56 | | | 4096 |
| - Ref. - Political Contributions | 0.00 | 144,500.00 | 144,500.00 | 144,500.00 | | | 4097 |
| - Refunds Other | 0.00 | 50.84 | 50.84 | 50.84 | | | 4099 |
| Recoveries - Litigation Related | 0.00 | 0.00 | 0.00 | 0.00 | | | 4101 |
| - Customer Avoidances | 2,133,280.92 | 115,165,301.76 | 117,298,582.68 | 117,298,582.68 | | | 4020 |
| - Pre-Litigation Settlements | 0.00 | 1,904,618,597.98 | 1,904,618,597.98 | 1,904,618,597.98 | | | 4021 |
| - Litigation Settlements | 29,657,571.92 | 5,257,251,018.09 | 5,286,908,590.01 | 5,286,908,590.01 | | | 4022 |
| - Donation Settlements | 0.00 | 500,000.00 | 500,000.00 | 500,000.00 | | | 4023 |
| - Vendor Preferences | 0.00 | 809,850.39 | 809,850.39 | 809,850.39 | | | 4024 |
| - Employees | 0.00 | 10,674.74 | 10,674.74 | 10,674.74 | | | 4102 |
| - Taxing Authorities | 0.00 | 12,777.56 | 12,777.56 | 12,777.56 | | | 4103 |
| - Class Actions | 2,440.97 | 551,982.23 | 554,423.20 | 554,423.20 | | | 4104 |
| - NASDAQ | 0.00 | 308,948.49 | 308,948.49 | 308,948.49 | | | 4105 |
| - NYSE | 0.00 | 183,683.79 | 183,683.79 | 183,683.79 | | | 4106 |
| - Transaction Fees | 0.00 | 96,816.23 | 96,816.23 | 96,816.23 | | | 4107 |
| - Other | 0.00 | 296,298.73 | 296,298.73 | 296,298.73 | | | 4109 |
| Miscellaneous | 0.00 | 0.36 | 0.36 | 0.36 | | | 4110 |
| Earnings on Trustee's Investments | 299,120.86 | 18,276,525.80 | 18,575,646.66 | 18,575,646.66 | | | 4120 |
| Interest on Trustee's Savings Accounts | 28,773.20 | 869,835.05 | 898,608.25 | 898,608.25 | | | 4140 |
| Sub-total General Cash Receipts | $32,148,044.23 | $8,260,269,451.73 | $8,292,417,495.96 | $8,292,417,495.96 | $0.00 | | |
| **Advances from SIPC** | | | | | | | |
| Administration - Advances | 44,086,136.95 | 661,096,038.38 | 705,182,175.33 | | | 705,182,175.33 | 2901 |
| Securities - Paid Bank Loans | 0.00 | 0.00 | 0.00 | | | 0.00 | 2921 |
| - Cash in Lieu *See Note (7) on Page 3 | 3,363,599.09 | 797,171,703.07 | 800,535,302.16 | | | 800,535,302.16 | 2922 |
| Sub-total SIPC Advances | $47,449,736.04 | $1,458,267,741.45 | $1,505,717,477.49 | | | $1,505,717,477.49 | |
| Funds Transferred from Investment Accounts *See Notes (1) and (2) on Page 3 | 61,306,379.60 | 3,922,611,987.04 | 3,983,918,366.64 | | | | 1901 |
| **Total Cash Receipts** | $140,904,159.87 | $13,641,149,180.22 | $13,782,053,340.09 | $8,292,417,495.96 | $0.00 | $1,505,717,477.49 | |

Page 1

**Period Ended December 31, 2012**  
*CASH DISBURSEMENTS:*  
*Administrative Disbursements*

Report No. 49

| General Administrative Disbursements | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid | Code |
|---|---:|---:|---:|---|
| Computer - Rental | 0.00 | 11,121.59 | 11,121.59 | 5011 |
| - Software Support | 0.00 | 55,159.20 | 55,159.20 | 5012 |
| - Equipment Leases | 0.00 | 204,159.01 | 204,159.01 | 5013 |
| Employee Related - Salaries-Net | 0.00 | 4,361,844.80 | 4,361,844.80 | 5020 |
| - FICA-Employer | 0.00 | 318,550.60 | 318,550.60 | 5021 |
| - Fed. & St. Unemploy. | 0.00 | 4,296.08 | 4,296.08 | 5023 |
| - Temporary Help | 0.00 | 29,612.50 | 29,612.50 | 5024 |
| - Employee Medical Plan | 0.00 | 830,103.99 | 830,103.99 | 5025 |
| - Employee LTD | 0.00 | 6,887.03 | 6,887.03 | 5026 |
| - Employee Expense Reimbursement | 0.00 | 1,125.87 | 1,125.87 | 5027 |
| - Employee Life/AD&D | 0.00 | 9,006.83 | 9,006.83 | 5028 |
| - Other | 0.00 | 1,622.90 | 1,622.90 | 5029 |
| Insurance - Trustee Bond | 600.00 | 1,800.00 | 2,400.00 | 5030 |
| Insurance - Surety & Fidelity Bonds | 0.00 | 37,400.00 | 37,400.00 | 5031 |
| Insurance Workers Comp | 0.00 | 12,578.00 | 12,578.00 | 5032 |
| - Other | 0.00 | 19,738.00 | 19,738.00 | 5039 |
| Fees - Payroll Processing | 0.00 | 8,195.96 | 8,195.96 | 5045 |
| Fees - Escrow | 0.00 | 1,218,198.85 | 1,218,198.85 | 5046 |
| - Other | 0.00 | 12,301.53 | 12,301.53 | 5047 |
| Expenses for Asset Sales | 0.00 | 19,205.73 | 19,205.73 | 5048 |
| Rent - Office | 0.00 | 3,987,347.17 | 3,987,347.17 | 5050 |
| - *Adjustment for Administrative Subtenant Rent Revenue* | 0.00 | (531,078.49) | (531,078.49) | 5050a |
| - Equipment | 0.00 | 1,695.89 | 1,695.89 | 5051 |
| - Warehouse | 0.00 | 557,342.77 | 557,342.77 | 5052 |
| - Bulova | 0.00 | 310,130.75 | 310,130.75 | 5053 |
| - Other | 936.00 | 49,145.27 | 50,081.27 | 5059 |
| Costs - Vacating 885 Third Avenue | 0.00 | 20,179.46 | 20,179.46 | 5111 |
| Telephone and Telegraph | 0.00 | 360,456.68 | 360,456.68 | 5060 |
| Communication Fees | 0.00 | 642,832.76 | 642,832.76 | 5061 |
| Utilities - Electricity | 882.01 | 15,173.52 | 16,055.53 | 5070 |
| Office Supplies & Expense - Maint. & Repairs | 0.00 | 79,338.86 | 79,338.86 | 5080 |
| - Moving & Storage | 6,826.37 | 221,541.58 | 228,367.95 | 5081 |
| - Postage/Handling/Preparation | 42.00 | 40,919.12 | 40,961.12 | 5082 |
| - Reproduction | 0.00 | 183,889.65 | 183,889.65 | 5083 |
| - Locksmith | 0.00 | 5,811.39 | 5,811.39 | 5084 |
| - Security | 0.00 | 249,897.70 | 249,897.70 | 5085 |
| - Supplies | 0.00 | 3,342.03 | 3,342.03 | 5086 |
| - Temporary Help | 0.00 | 4,588,642.69 | 4,588,642.69 | 5087 |
| - Process Server - Complaint | 13,475.00 | 109,226.52 | 122,701.52 | 5088 |
| - Other | 0.00 | 33,798.47 | 33,798.47 | 5089 |
| Taxes | 0.00 | 527.48 | 527.48 | 5090 |
| NYC Commercial Rent Tax | 0.00 | 154,269.47 | 154,269.47 | 5091 |
| Claims Related Costs - Mailing Costs | 0.00 | 23,053.28 | 23,053.28 | 5101 |
| - Publication | 0.00 | 163,961.13 | 163,961.13 | 5102 |
| - Supplies | 0.00 | 16,244.58 | 16,244.58 | 5103 |
| - Printing | 0.00 | 2,207.42 | 2,207.42 | 5104 |
| Court Related Noticing - Postage/Handling/Preparation *See Note Below | 0.00 | 0.00 | 0.00 | 5106 |
| - Reproduction | 0.00 | 0.00 | 0.00 | 5107 |
| - Supplies | 0.00 | 0.00 | 0.00 | 5108 |
| Scanning - Investigation | 213.70 | 5,154,784.23 | 5,154,997.93 | 5110 |
| Foreign Research | 0.00 | 38,975.00 | 38,975.00 | 5112 |
| Miscellaneous | 0.00 | 0.05 | 0.05 | 5115 |
| Hosting Expense | 600,440.95 | 12,825,817.20 | 13,426,258.15 | 5244 |
| Sub-total General Admin. Disbursements | $623,416.03 | $36,472,382.10 | $37,095,798.13 | |

| Professional Fees and Expenses | | | | |
|---|---:|---:|---:|---|
| Trustee Fees | 0.00 | 4,377,662.10 | 4,377,662.10 | 5200 |
| Trustee Expenses | 0.00 | 2,549.25 | 2,549.25 | 5201 |
| Trustee Counsel Fees (Baker) | 15,714,807.73 | 363,831,001.67 | 379,545,809.40 | 5210 |
| Trustee Counsel Expenses (Baker) | 563,335.57 | 8,358,850.34 | 8,922,185.91 | 5211 |
| Trustee Counsel Fees (Windels) | 1,050,793.00 | 17,634,258.51 | 18,685,051.51 | 5212 |
| Trustee Counsel Expenses (Windels) | 18,318.63 | 271,253.16 | 289,571.79 | 5213 |
| Special Counsel Fees | 3,931,741.51 | 14,915,923.80 | 18,847,665.31 | 5220 |
| Special Counsel Expenses | 1,275,201.29 | 1,916,954.94 | 3,192,156.23 | 5221 |
| Consultant Fees | 4,401,938.73 | 247,755,297.59 | 252,157,236.32 | 5240 |
| Consultant Expenses *See Note Below | 454,922.61 | 10,893,162.09 | 11,348,084.70 | 5241 |
| Investment Banker Fees | 0.00 | 1,050,000.00 | 1,050,000.00 | 5242 |
| Sales Tax | 0.00 | 1,126,440.05 | 1,126,440.05 | 5243 |
| Mediator Fees | 0.00 | 865,889.80 | 865,889.80 | 5245 |
| Mediator Expenses | 0.00 | 6,271.79 | 6,271.79 | 5246 |
| Receiver Counsel Fees | 0.00 | 300,000.00 | 300,000.00 | 5260 |
| Receiver Counsel Expenses | 0.00 | 6,449.08 | 6,449.08 | 5261 |
| Receiver's Consultants Fees | 0.00 | 316,000.00 | 316,000.00 | 5262 |
| Receiver's Consultants Expenses | 0.00 | 15,000.00 | 15,000.00 | 5263 |
| Sub-total Professional Fees and Expenses | $27,411,059.07 | $673,642,964.17 | $701,054,023.24 | |
| Total Administrative Disbursements | $28,034,475.10 | $710,115,346.27 | $738,149,821.37 | |

Page 2

*See Supporting Schedule on Page 6

Period Ended December 31, 2012                                                                                                                                 Report No. 49

| CASH DISBURSEMENTS: | Net Change for Period | Prior Period Cumulative | Total Paid | Cumulative Totals | | | Code |
|---|---|---|---|---|---|---|---|
| Claim Related Disbursements | | | | Customer Fund | General Estate | SIPC | |
| Customer - Paid Bank Loan | | | | | | | 6021 |
| - Securities - Cash in Lieu *See Note (7) | 72,451,590.33 | 3,671,664,737.88 | 3,744,116,328.21 | 2,943,691,683.10 | | 800,424,645.11 | 6022 |
| - Securities - Purchases | | | | | | | 6023 |
| - Indemnification | | | | | | | 6031 |
| - Cash Balance | | | | | | | 6041 |
| Customer - | | | | | | | 6050 |
| Customer - | | | | | | | 6060 |
| Customer - Trustee Journal Entry | | | | | | | 6000 |
| per Allocation | | | | | | | 6111 |
| Other - Contractual Commitments | | | | | | | 6121 |
| - Pd. Bank Loan | | | | | | | 6131 |
| - Indemnification | | | | | | | 6140 |
| Other - | | | | | | | 6150 |
| Other - | | | | | | | 6160 |
| Other - | | | | | | | |
| Other - Trustee Journal Entry | | | | | | | 6100 |
| per Allocation | | | | | | | 6200 |
| General Creditor | | | | | | | |
| Sub-total Claim Disbursements | $72,451,590.33 | $3,671,664,737.88 | $3,744,116,328.21 | $2,943,691,683.10 | $0.00 | $800,424,645.11 | |
| Other Disbursements (except investments) | | | | | | | 6301 |
| SIPC - Refunds - Recoupment | | | | | | | 6310 |
| - Indemnification | | | | | | | 6311 |
| - Contr. Commitments | | | | | | | 6321 |
| - Paid Bank Loan | | | | | | | 6322 |
| - Subrogation *See Note (6) | | | | | | | 6400 |
| Other - | | | | | | | 6401 |
| Other - | | | | | | | 6402 |
| Other - | | | | | | | 6403 |
| Other - | | | | | | | 6404 |
| Other - | | | | | | | |
| Sub-total Other Disbursements | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Investments by Trustee - Purchases *See Notes (1), (2), (3) and (4) | $332,699,796.04 | $9,229,260,290.52 | $9,261,960,086.56 | | | | 1900 |
| Sub-total Administrative Disb. - page 2 | $28,034,475.10 | $710,115,346.27 | $738,149,821.37 | $0.00 | $0.00 | $738,149,821.37 | |
| Total Disbursements | $133,185,861.47 | $13,611,040,374.67 | $13,744,226,236.14 | $2,943,691,683.10 | $0.00 | $1,538,574,466.48 | |
| Total Receipts less Disbursements | $7,718,298.40 | $30,108,805.55 | $37,827,103.95 | $5,348,725,812.86 | $0.00 | ($32,856,988.99) | |
| Ending Cash Balance *See Note (5) | $37,827,103.95 | | | | | | |

Page 3

* Note (1) On January 30, 2009, Depository Trust & Clearing Corp. transferred to the Trustee's brokerage account 1,601 securities positions with a market value of $289,841,662. Subsequently, additional funds and securities totaling $17,631,646 were transferred into this account. On September 26, 2011 a total of $11,500,000 was transferred from this account into a distribution account established at Citibank. In November 2011, $2,145,952 in cash and $293,816,331 in securities were transferred into the Citibank preferred custody account. In December 2011 and January 2012, $11,025 in cash was transferred to the Citibank operating account prior to closing the account. The total net equity value of this account at December 31, 2012 is $0.

* Note (2) On August 27, 2009, a preferred custody account maintained by Citibank was established and $1,814,513,081 has been transferred into the account. As of December 31, 2012, a total of $1,089,531,765 has been transferred from this account into a distribution account at Citibank. In addition, on December 21, 2009, an insured money market account maintained by Citibank was established and $135,898,608 has been transferred into the account. Then on December 22, 2010 a third Citibank account was established for settlements reached and $1,120,517,536 has been transferred into the account. As of December 31, 2012, a total of $782,806,380 has been transferred from this account into a distribution account at Citibank. As of December 31, 2012 the total net equity value of these three accounts was $1,199,023,790.
(See page 5 for more details)

* Note (3) In July of 2012, an investment account was established at JP Morgan Chase and $5,003,585,100.00 of U.S. Treasury Bills and $65.29 of cash, which was previously held in an Escrow Account, has been transferred into the account. Subsequently, an additional amount of $304,386 was reinvested into this account and $2,100,069,196 was transferred into a distribution account maintained at Citibank. The market value of this account at December 31, 2012 was $2,905,201,064.
(See page 5 for more details)

* Note (4) In November of 2012, pursuant to a court-approved settlement agreement, an escrow fund was established at US Bank. The BLMIS Trustee made deposits totaling $1,175,630,284.38 and several Tremont funds also made deposits totaling $1,025,000,000. As of December 31, 2012, the market value of the Trustee's deposits was $1,175,814,925.80 and the market value of the Tremont funds deposits was $1,025,163,603.37. The escrow is expected to terminate on or about February 5, 2013. Upon termination $1,025,000,000 plus interest will be transferred to the BLMIS Trustee and $1,175,630,284.38 plus interest will be transferred to the Tremont funds.

* Note (5) The ending cash balance includes a $34,439,813.19 balance in the Citibank Business Checking Account and $3,387,290.76 in the Citibank Distribution Account.

* Note (6) SIPC has deferred receiving subrogation payments totaling $88,330,529.01 and the Trustee is holding these funds at the present time.

* Note (7) The difference between Customer Claim Payments of $800,424,645.11 and SIPC Advances of $800,535,302.16 is the result of timing differences between the date the claim was paid and the date the advance was requested.

Period Ended December 31, 2012                                                                                    Report No. 49

## SUMMARY INFORMATION ON STATUS OF LIQUIDATION

|  | Customer Claimants | Broker/Dealer Claimants | General Estate Claimants |
|---|---:|---:|---:|
| Claims received | 16,519 | 49 | 94 |
| Claims satisfied by distribution of cash and/or securities: |  |  |  |
| a. As part of the transfer in bulk |  |  |  |
| b. On an account by account basis-Fully Satisfied (1) | 1,209 |  |  |
| c. On an account by account basis-Partially Satisfied (1) | 1,269 |  |  |
|  | 2,478 | - | - |
| Claims Determined - no claims | 12 |  |  |
| Claims Deemed Determined - pending litigation | 177 |  |  |
| Claims Determined - withdrawn | 153 |  |  |
| Claims Determined but not yet satisfied (1) | 17 |  |  |
| Claims under review | 2 | 49 | 94 |
| Claims Denied: |  |  |  |
| a. No Claims |  |  |  |
| c. Assets at Another Broker |  |  |  |
| c. Other Denials for which no objections were filed (1) | 9,534 |  |  |
| d. Denials for which objections were filed: |  |  |  |
| - Hearing not yet set | 3,502 |  |  |
| - Set for Hearing | 644 |  |  |
| - Adjudicated |  |  |  |
|  | 14,041 | 49 | 94 |

Accounts with cash and/or securities which were transferred in bulk
            Filing Date Value

Customer name securities distributed
Customer fund securities distributed

                                                                $

(1) To the extent satisfied, customer claims have been paid with up to
    the maximum SIPC advance of $500,000.


_____                         1/15/2013
       (Trustee's Signature)                             (Date)

_____                         1/14/2013
       (Accountant's Signature)                          (Date)


Page 4

Period Ended December 31, 2012                                                                                                                    Report No. 49

**IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS LLC**
**Investment Accounts**

| | Citibank Preferred Custody Account-Original Account | | | | | Citibank Preferred Custody Account-#2 | Citibusiness IMMA Account | |
|---|---|---|---|---|---|---|---|---|
| | Cash Assets/Mutual Funds | U.S. Treasury Bills | US Treasury Notes | Accrued Interest | Account Balance | Cash Assets/Mutual Funds | Account Balance | Total Citibank |
| Balance November 30, 2012 | 2,819,325 | 649,342,084 | 103,059,163 | 54,300 | 755,274,872 | 336,645,634 | 135,869,835 | 1,227,790,341 |
| Maturity of U.S. Treasury Bills | 255,250,139 | (255,250,139) | | | - | | | - |
| Purchase of Securities | (225,257,579) | 225,257,579 | | | - | | | - |
| Unrealized Gain or (Loss) | | 46,391 | 28,883 | | 75,274 | | | 75,274 |
| Interest and Dividends Earned | | | | | | | | |
| Interest | 72,330 | | | (53,545) | 18,785 | 45,006 | 28,773 | 92,564 |
| Dividends | 46 | | | 43 | 89 | | | 89 |
| Interaccount Transfer | (30,000,000) | | | | (30,000,000) | 30,000,000 | | - |
| Transferred in from Operating Account | | | | | | 32,371,902 | | 32,371,902 |
| Transferred to the Distribution Account | | | | | | (61,306,380) | | (61,306,380) |
| Balance December 31, 2012 | 2,884,261 | 619,395,915 | 103,088,046 | 798 | 725,369,020 | 337,756,162 | 135,898,608 | 1,199,023,790 |

| | JP Morgan Chase | | |
|---|---|---|---|
| | Cash | U.S. Treasury Bills | Account Balance |
| Balance November 30, 2012 | 313 | 2,904,699,122 | 2,904,699,435 |
| Sale of U.S. Treasury Bills | | | - |
| Purchase of U.S. Treasury Bills | | | - |
| Unrealized Gain or (Loss) | | 501,629 | 501,629 |
| Interest and Dividends Earned | | | |
| Interest | | | - |
| Dividends | | | - |
| Balance December 31, 2012 | 313 | 2,905,200,751 | 2,905,201,064 |

Page 5

Period Ended December 31, 2012                                                                                                    Report No. 49

**IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS LLC**
**Consultant Expenses for Court Related Noticing**

|  | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid |
|---|---:|---:|---:|
| Postage / Handling / Preparation | 0.00 | 453,747.11 | 453,747.11 |
| Printing | 0.00 | 44,945.40 | 44,945.40 |
| Reproduction Costs | 0.00 | 641,576.10 | 641,576.10 |
| Supplies | 0.00 | 82,614.36 | 82,614.36 |
| **Total  *See Note Below** | **$0.00** | **$1,222,882.97** | **$1,222,882.97** |

Page 6

*Note: All of the expenses above were incurred by consultants in connection with court related noticing procedures, and are included in the Consultant Expenses line (Account #5241) on Page 2 of the SIPC Form 17.