JOSEPHINE WANG
General Counsel
KEVIN H. BELL
Senior Associate General Counsel
  For Dispute Resolution
CHRISTOPHER H. LAROSA
Senior Associate General Counsel - Litigation
SECURITIES INVESTOR
  PROTECTION CORPORATION
805 Fifteenth Street, N.W., Suite 800
Washington, D.C.  20005
Telephone:  (202) 371-8300
E-Mail: jwang@sipc.org
kbell@sipc.org
clarosa@sipc.org

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff | Case No. 08-01789 (BRL) |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**COUNTERSTATEMENT OF THE ISSUES AND COUNTERDESIGNATION**
**OF THE RECORD OF APPELLEE OF**
**SECURITIES INVESTOR PROTECTION CORPORATION**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellee, the Securities Investor Protection Corporation ("SIPC"), hereby adopts and incorporates by reference the counter-designation of the record made by Irving H. Picard ("Trustee"), as trustee for the above-captioned liquidation.

SIPC counter-states the issue presented on appeal as follows:

Whether the United States Bankruptcy Court for the Southern District of New York correctly denied for lack of standing the motion of certain persons ("Non-Claimants") who did not file claims under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa et seq., in the above-captioned liquidation, and who are now statutorily time-barred from so doing, to intervene in proceedings ("Time-Based Damages Proceedings") regarding a time-based damages adjustment to such claims filed with the Trustee by persons other than the Non-Claimants?

DATED: February 14, 2013

Respectfully submitted,

JOSEPHINE WANG
General Counsel

KEVIN H. BELL
Senior Associate General Counsel
 For Dispute Resolution

/s/ Christopher H. LaRosa
CHRISTOPHER H. LAROSA
Senior Associate General Counsel-Litigation

SECURITIES INVESTOR
PROTECTION CORPORATION
805 Fifteenth Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Facsimile: (202) 371-6728