**LOEB & LOEB LLP**
P. Gregory Schwed
Daniel B. Besikof
345 Park Avenue
New York, New York  10154
Telephone: 212-407-4000
Facsimile:  212-407-4990

**SCHULTE ROTH & ZABEL LLP**
Marcy Ressler Harris
Mark Richardson
919 Third Avenue
New York, New York  10022
Telephone: 212.756.2000
Facsimile:  212.593.5955

**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**
Philip Bentley
Elise S. Frejka
Jason Rappaport
1177 Avenue of the Americas
New York, New York 10036
Telephone:  212-715-9100
Facsimile: 212-715-8000

**WEIL, GOTSHAL & MANGES LLP**
Alfredo R. Perez
700 Louisiana, Suite 1600
Houston, TX  77002
Telephone:  713-546-5000
Facsimile:  716-224-9511

and

Jonathan D. Polkes
767 Fifth Avenue
New York, New York  10153
Telephone:  212-310-8000
Facsimile:  212-310-8007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>                    Plaintiff, <br><br>        v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>            Debtor. | |

**<u>NOTICE OF APPEAL</u>**

Appellants, the Clawback-Intervenors,[1] hereby appeal to the United States District Court for the Southern District of New York from the Stipulated Order by the Honorable Burton L. Lifland, U.S.B.J., Denying Various Avoidance Defendants' Intervention Requests Relating to the Trustee's Time-Based Damages Motion entered in the above-captioned proceedings on February 5, 2013 [ECF. 5224] (the "Order"), which decided issues related to intervention in a contested matter with respect to the Trustee's Motion for an Order Rejecting an Inflation Adjustment to the Trustee's Calculations of "Net Equity" ("Trustee Motion") in *Securities Inv. Protection Corp. v. Bernard L. Madoff Inv. Securities LLC, (In re Bernard L. Madoff),* No. 08-1789.  A copy of the Order is annexed hereto as Exhibit B.

The Order is final and appealable pursuant to 28 U.S.C. § 158(a)(1).  *Liquidators of Lehman Bros. Austl. v. Lehman Bros. Special Fin. Inc.* (*In re Lehman Bros. Holdings Inc.*), 697 F.3d 74, 76-77 (2d Cir. 2012) (holding that a bankruptcy court's denial of a motion to intervene is final and appealable).  In the alternative, if the District Court determines that the bankruptcy judge could not have entered the Order as to Clawback-Intervenors consistent with Article III of the United States Constitution, Appellants request that the Court treat the Order as proposed findings of fact and conclusions of law under FRBP 9033 and LR 9033-1.  *See* Amended Standing Order of Reference, No. 12 Misc. 32 (S.D.N.Y. Jan. 31, 2012).  Appellants object to the Order on the grounds that the bankruptcy court erroneously determined a question of law, rejecting the right to be heard in a timely manner of persons whose interests are potentially materially affected by the relief sought by the Trustee in a motion pending before the bankruptcy court.

---

[1] A list of the Clawback-Intervenors is annexed hereto as Exhibit A.

The parties to this appeal and their respective counsel are:

<u>Appellants and Counsel</u>

<u>Clawback-Intervenors</u>

*Appellants, as listed in Exhibit A-1*
Loeb & Loeb LLP
P. Gregory Schwed
Daniel B. Besikof
345 Park Avenue
New York, New York  10154
Telephone: 212-407-4000

*Appellants, as listed on Exhibit A-2*
Kramer Levin Naftalis & Frankel LLP
Philip Bentley
Elise S. Frejka
Jason Rappaport
1177 Avenue of the Americas
New York, New York 10036
Telephone:  212-715-9100

*Thomas H. Lee*
Schulte Roth & Zabel LLP
Marcy Ressler Harris
Mark Richardson
919 Third Avenue
New York, New York  10022
Telephone: 212.756.2000

*Blue Star Investors, LLC*
Weil, Gotshal & Manges LLP
Alfredo R. Perez
700 Louisiana, Suite 1600
Houston, TX  77002
Telephone:  713-546-5000

and

Jonathan D. Polkes
767 Fifth Avenue
New York, New York  10153
Telephone:  212-310-8000

Appellee and Counsel

Irving H. Picard, Trustee
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200

David J. Sheehan
Counsel to the Trustee
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4216

Interested Party

Josephine Wang, General Counsel
Kevin H. Bell, Senior Associate General Counsel
Lauren T. Attard. Assistant General Counsel
Securities Investor Protection Corporation
805 Fifteenth Street, N.W., Suite 800
Washington, D.C. 20005
Telephone:  (202) 371-8300

  Because this matter is related to a motion pending before the bankruptcy court,

Appellants intend to request expedited review and to offer the Court a stipulated briefing

schedule for its consideration.

Dated: February 15, 2013       Respectfully submitted,
New York, New York

            **LOEB & LOEB LLP**


        By: */s/ P. Gregory Schwed*　　　　
          P. Gregory Schwed
          Daniel B. Besikof
          345 Park Avenue
          New York, New York  10154
          Telephone: 212-407-4000
          Facsimile:  212-407-4990
          E-mail:  gschwed@loeb.com
              dbesikof@loeb.com

        *Attorneys for Defendants set forth on Exhibit A-1*

**SCHULTE ROTH & ZABEL LLP**

By: */s/ Marcy Ressler Harris*
    Marcy Ressler Harris
    Mark Richardson
    919 Third Avenue
    New York, New York  10022
    Telephone: 212.756.2000
    Facsimile:  212.593.5955
    E-mail:    marcy.harris@srz.com
            mark.richardson@srz.com

*Attorneys for Defendant Thomas H. Lee*

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Alfredo R. Perez*
    Alfredo R. Perez
    700 Louisiana, Suite 1600
    Houston, TX  77002
    Telephone:  713-546-5000
    Facsimile:  716-224-9511
    E-mail:  alfredo.perez@weil.com

and

    Jonathan D. Polkes
    767 Fifth Avenue
    New York, New York  10153
    Telephone:  212-310-8000
    Facsimile:  212-310-8007
    E-mail:  jonathan.polkes@weil.com

*Attorneys for Defendant Blue Star Investors, LLC*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: */s/ Elise S. Frejka*
     Philip Bentley
     Elise S. Frejka
     Jason Rappaport
     1177 Avenue of the Americas
     New York, New York 10036
     Telephone:  212-715-9100
     Facsimile: 212-715-8000
     E-mail:    pbentley@kramerlevin.com
               efrejka@kramerlevin.com
               jrappaport@kramerlevin.com

*Attorneys for Defendants set forth on Exhibit A-2*

**<u>EXHIBIT A</u>**

Parties listed on Exhibit A-1

Parties listed on Exhibit A-2

Thomas H. Lee

Blue Star Investors, LLC

**EXHIBIT A-1**

**Defendants Represented by Loeb & Loeb LLP**

| |
|---|
| Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000 |
| Kenneth L. Evenstad *in his capacity as Grantor and Trustee for the Kenneth L. Evenstad Revocable Trust* |
| Grace B. Evenstad *in her capacity as Trustee for the Kenneth L. Evenstad Revocable Trust* |
| Kenneth L. Evenstad, *individually* |
| Grace B. Evenstad, *individually* |
| Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000 |
| Kenneth L. Evenstad, *as Grantor and Trustee of the Kenneth L. Evenstad Revocable Trust and individually* |
| Grace B. Evenstad, *as Trustee of the Kenneth L. Evenstad Revocable Trust and individually* |
| MBE Preferred Limited Partnership |
| MBE General LLC, as the General Partner of MBE Preferred Limited Partnership |
| Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000 *as a Limited Partner of MBE Preferred Limited Partnership* |
| Kenneth L. Evanstad *in his capacity as Grantor and Trustee for the Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000* |
| Grace B. Evenstad *in her capacity as Trustee for the Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000* |
| Kenneth L. Evenstad, *individually* |
| Grace B. Evenstad, *individually* |
| Mark B. Evenstad Revocable Trust u/a/d January 30, 2003 *as a Limited Partner of MBE Preferred Limited Partnership* |
| Mark B. Evenstad *in his capacity as Grantor and Trustee for the Mark B. Evenstad Revocable Trust u/a/d January 30, 2003* |
| Shannnon Mahoney Evenstad *in her capacity as Trustee for the Mark B. Evenstad Revocable Trust u/a/d January 30, 2003* |
| Mark B. Evenstad, *individually* |
| Shannnon Mahoney Evenstad, *individually* |
| Mark B. Evenstad Revocable Trust u/a dated January 30, 2003 |
| Mark B. Evenstad, *in his capacity as Grantor and Trustee for the Mark B. Evenstad Revocable Trust* |
| Shannon Mahoney Evenstad, *in her capacity as Trustee for the Mark B. Evenstad Revocable Trust* |
| Mark B. Evenstad, *individually* |
| Shannon Mahoney Evenstad, *individually* |
| Sew Preferred Limited Partnership |
| Sew General, LLC |
| Grace B. Evenstad Revocable Trust |
| Grace B. Evenstad, *as co-trustee of the Grace B. Evenstad Revocable Trust* |
| Kenneth L. Evenstad, *as co-trustee of the Grace B. Evenstad Revocable Trust* |
| Serene Warren Revocable Trust |

| |
|---|
| Serene Warren, *as co-trustee of the Serene Warren Revocable Trust* |
| Christopher Warren, *as co-trustee of the Serene Warren Revocable Trust* |
| Serene Warren Revocable Trust u/a/d September 15, 2005 |
| Serene Warren and Christopher Warren, *as trustees of the Serene Warren Revocable Trust* |
| Serene Warren, *individually* |
| Gorvis LLC, *a California Limited Liability Company* |
| The Stacy L. Koff Investment Trust, *a member of Gorvis, LLC,* |
| The David I. Koff Investment Trust, *a member of Gorvis, LLC* |
| Alan S. Gordon, *in his capacities as trustee of the Stacy L. Koff Investment Trust and trustee of the David I. Koff Investment Trust* |
| C. Ray Johnson, *in his capacities as trustee of the Stacy L. Koff Investment Trust and trustee of the David I. Koff Investment Trust* |
| Stacy L. Koff, *individually as settlor and beneficiary of the Stacy L. Koff Investment Trust* |
| David I. Koff, *individually as settlor and beneficiary of the David I. Koff Investment Trust* |
| The Koff Living Trust |
| Howard M. Koff, *individually and in his capacity as Trustee of the Koff Living Trust* |
| Marcia Koff |

## EXHIBIT A-2

## Defendants Represented by Kramer Levin Naftalis & Frankel LLP

| Adv. Proc. No. | Defendant(s) Represented by Kramer Levin Naftalis & Frankel LLP |
|---|---|
| 10-04340 | Ambassador Shoe Corporation |
| 10-04365 | Arthur M. Siskind |
| 10-04366 | Lillian Berman Goldfarb |
| 10-04372 | Estate of Helene Abraham, Estate of Alexander Abraham, Nancy Abraham, James Abraham, Trust Under Clause Third (B) F/B/O Myron Wilk, Antonia Abraham, Karen Abraham, Lauren Abraham Mahoney, Trust U/A Dated 4/2/1996 F/B/O Karen Abraham, Trust U/A Dated 4/2/1996 F/B/O Antonia Abraham, Trust U/A Dated 4/2/1996 F/B/O Lauren Abraham |
| 10-04373 | Richard A. Broms Revocable Trust, Richard A. Broms |
| 10-04377 | Carol Nelson, Stanley Nelson |
| 10-04382 | Lyle Berman, Lyle A. Berman Revocable Trust U/A DTD 6/18/04 |
| 10-04388 | Estate of Robert Rimsky , Rimsky Family Limited Partnership , L. Rimsky Inc. , Article Third Trust U/W Jeanne Rimsky , Article Fourth Trust Section One , Article Fourth Trust Section Three , Article Fifth Trust Section One , Douglas Jay Rimsky , Rena Rimsky Wing , Lee Cooper Rimsky , Don Harris Rimsky , Renee Rimsky , Margaret Rimsky , Sarah Rimsky Levitin , Kenneth Wing , Gabrielle Jaffe , Adam Beer , Jonathan Wing , Juliette Beer , Barry Meyers , Harriet L. Meyers , Eric Rimsky , Liza Rimsky , Kate Rimsky , K.A.L. , A.R.L. , J.L.W. , T. Randolph Harris, Sheldon Silverberg |
| 10-04409 | Robert A. Meister |
| 10-04416 | Theresa Berman Revocable Trust, Theresa Berman, Lyle Berman, Sharon Berman Snyder |
| 10-04427 | The Olesky Survivors Trust dated 2/27/84, Cynthia Olesky Giammarrusco |
| 10-04430 | Malcolm Sherman |
| 10-04431 | Agas Company L.P., Fred Schwartz, Allyne Schwartz, Ann J. Schwartz Kluger, Steven Schwartz, Amy Madlyn Schwartz, Gary Paul Schwartz |
| 10-04439 | AHT Partners, LP, AHT Associates, LLC, Andrew H. Tananbaum |
| 10-04452 | BWA Ambassador, Inc., Robert Siff, Shirley Siff |
| 10-04479 | Bernard Greenman Marital Deduction Trust, Greenman Family Foundation, Inc., Phyllis Greenman, Lester Greenman, Judith Katz, Stewart Katz |
| 10-04482 | Michael Goldstein |
| 10-04484 | Indian Wells Partnership, LTD., , Linda H. Kamm, Harvey R. Heller |
| 10-04521 | Rubin Family Investments Partnership, Harold Rubin Living Trust U/A dated August 24, 1990, Harold R. Rubin, Elaine Rubin Living Trust U/A dated August 24, 1990, Elaine S. Rubin, Stuart A. Rubin, Benjamin H. Rubin, Carol J. Rubin, Lisa P. Rubin, Linda S. Benenson, Dona L. Rodich, Paul A. Benenson, Michael E. Rodich |
| 10-04556 | Geoffrey S. Rehnert |
| 10-04567 | Neil S. Goldman |
| 10-04587 | Karen Siff Exkorn |
| 10-04640 | Collingwood Group, Richard Forman, Joan Forman |
| 10-04641 | Shirley S. Siff Trust 1989 DTD 12/20/89, Robert M. Siff , Shirley S. Siff |
| 10-04646 | Marc B. Wolpow 1995 Family Trust, Barry S. Volpert , R. Bradford Malt, Marc B. Wolpow, Nina Wolpow |

| Adv. Proc. No. | Defendant(s) Represented by Kramer Levin Naftalis & Frankel LLP |
|---|---|
| 10-04651 | Audax Group LP, Audax Management Co. LLC, 101 Huntington Holdings LLC, Marc B. Wolpow, Geoffrey S. Rehnert, Richard T. Joseph |
| 10-04658 | Carol Nelson |
| 10-04684 | Gordon Associates, Bruce Gordon |
| 10-04705 | Robert M. Siff |
| 10-04736 | Robert Rosenfield |
| 10-04745 | Lawrence A. Siff |
| 10-04767 | Kay Morrissey |
| 10-04811 | Ludmilla Goldberg |
| 10-04863 | Ninth Street Partners, Ltd. f/k/a Heller Bros. Partnership, LTD., SHL, Inc. |
| 10-04874 | James Morrissey |
| 10-04949 | Branch Family Development, LLC, Adam Steiner, Charles Steiner, Bryan Steiner |
| 10-04985 | Mathew and Evelyn Broms Investment Partnership, Mathew Broms Revocable Trust, Evelyn Broms, Richard Broms, Irrevocable Trust for the Benefit of Alison Sarah Broms dtd 11/7/1984, John Doe |
| 10-04990 | Carol Lederman |
| 10-05055 | Lucerne Foundation, Douglas J. Rimsky |
| 10-05061 | Estate of James Heller, Barbara H. Freitag, Steven P. Heller, Harry H. Falk, Eve Freitag, Elizabeth Freitag Dranoff, Trust F/B/O An.D. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller, a New York trust, Trust F/B/O A1.D. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller, a New York trust, Trust F/B/O S.H. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller, a New York trust, Trust F/B/O Katherine Heller under Articles Sixth and Eighth of the Last Will and Testament of James Heller, Katherine Heller, Eleanor Leacock |
| 10-05066 | Love & Quiches LTD. 401(k) Savings Plan and Its Related Trust, Susan Axelrod, Irwin Axelrod |
| 10-05068 | D. Stone Industries, Inc. Profit Sharing Plan, Daniel Stone, Michael Stone, Susan Stone |
| 10-05071 | The Lyle Berman Family Partnership, Neil I. Sell, Stanley Taube, Amy Berman Irrevocable Trust U/TA 8/9/89, Julie Berman Irrevocable Trust U/TA 8/9/89, Bradley Berman Irrevocable Trust U/TA 8/9/89, Jessie Lynn Berman Irrevocable Trust U/TA 8/9/89, Julie Berman, Bradley Berman, Jessie Lynn Berman, Amy Berman |
| 10-05080 | Bertram Bromberg Trust UAD 5/26/06, Gloria Bromberg Trust UAD 5/26/06, Bertram Bromberg, Gloria Bromberg |
| 10-05084 | Daniel Stone, Susan Jane Stone |
| 10-05090 | Eugenia G. Vogel, Howard Vogel, Howard Vogel Retirement Plan |
| 10-05096 | Harry Schick |
| 10-05100 | Robert M. Siff |
| 10-05129 | Lichter Family Partnership, Seymour Lichter, Betty G. Lichter |
| 10-05138 | The Robert M. Siff Trust - 1990, Robert M. Siff, Shirley S. Siff |
| 10-05140 | Joyce G. Moscoe, Donald S. Moscoe, Thomas Moscoe, Joyce G. Moscoe Revocable Trust Agreement |

| Adv. Proc. No. | Defendant(s) Represented by Kramer Levin Naftalis & Frankel LLP |
| --- | --- |
| 10-05167 | Estate of Elaine Cooper, Steven Mnuchin, Alan Mnuchin, Generation Skipping Transfer Trust FBO Alan Mnuchin, Generation Skipping Transfer Trust FBO Steven Mnuchin, Trust FBO Alan Mnuchin, Trust FBO Steven Mnuchin, Trust FBO E.M. Under Article 5C, Trust FBO D.M. Under Article 5C, Trust FBO J.M. Under Article 5C |
| 10-05247 | Jeffrey H. Fisher Separate Property Revocable Trust, DTD 6/7/2007, Jeffrey Fisher, as grantor and as a trustee of the Jeffrey H. Fisher Separate Property Revocable Trust, DTD 6/7/2007, Louis Cohen, as a trustee of the Jeffrey H. Fisher Separate Property Revocable Trust, DTD 6/7/2007 |
| 10-05259 | Stuart M. Stein, Arthur Siskind, Arthur J. Feibus, Jamat Company, LLC, Mestro Company |
| 10-05289 | RIP Investments, LP, Village Hook, LLC, Sidney Kimmel Revocable Trust Dated May 17, 2001, Sidney Kimmel |
| 10-05327 | Estate of David A. Wingate, Shoshanna L. Wingate |
| 10-05336 | Falcon Associates, L.P., Marc B. Fisher |
| 10-05382 | The Trust U/W/O H. Thomas Langbert F/B/O Evelyn Langbert, Evelyn Langbert, Fred Dechowitz (deceased) |
| 10-05419 | James Heller Family, LLC, Estate of James Heller, Barbara H. Freitag, Steven P. Heller, Harry H. Falk, Steven P. Heller Revocable Trust , Robert P. Saltsman, Eve Freitag, Elizabeth Freitag Dranoff, Trust FBO AN.D. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller , Trust FBO AL.D. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller , Trust FBO S.H. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller, Trust FBO Katherine Heller under Articles Sixth and Eighth of the Last Will and Testament of James Heller, Katherine Heller, Eleanor Leacock |
| 10-05432 | Mark & Carol Enterprises, Inc., Estate of Mark T. Lederman, Carol Lederman |
| 10-05440 | CAJ Associates, L.P., Carol Lederman |
| 11-02773 | Jewish Association for Services for the Aged |

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

................................................................. x
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                            :
                                        :
                         Plaintiff,     :      Adv. Pro. No. 08-1789 (BRL)
                                        :
              v.                        :      SIPA LIQUIDATION
                                        :
BERNARD L. MADOFF INVESTMENT            :      (substantively consolidated)
SECURITIES LLC,                         :
                                        :
                         Defendant.     :
................................................................. x
In re:                                  :
                                        :
BERNARD L. MADOFF,                      :
                                        :
                         Debtor.        :
................................................................. x

## STIPULATED ORDER DENYING VARIOUS AVOIDANCE DEFENDANTS' INTERVENTION REQUEST RELATING TO THE TRUSTEE'S TIME-BASED DAMAGES MOTION

This Stipulated Order, being submitted in the above-captioned proceeding (the

"Proceeding") for approval, is entered into between and among the Trustee (the "Trustee") for

Bernard L. Madoff Investment Securities LLC ("BLMIS") on the one hand, and the parties

named in the signature blocks below or on Exhibits A and B annexed hereto, who are defendants

in adversary proceedings commenced in connection with the Proceeding[1] by the Trustee

("Defendants" and, together with the Trustee, the "Parties"), on the other hand.

---

[1] The Defendants have each filed motions to withdraw the reference to the District Court for the Southern District of New York for certain issues arising in the adversary proceedings in which they are Defendants. The Defendants' motions to withdraw the reference were granted.

# RECITALS

WHEREAS, the Trustee filed a motion (the "Time-Based Damages Motion") [ECF No. 5038] seeking to affirm his determination of claims which excludes an interest factor or constant dollar adjustment; and

WHEREAS, certain Defendants who did not file claims in this Proceeding together with Defendants that did file claims have joined in a consolidated opposition filed to the Time-Based Damages Motion, claiming that, among other things, the calculation of "net equity" should be adjusted for time value of money or inflation; and

WHEREAS, the Court determined in connection with the Scheduling Order [ECF No. 5022] on the Time-Based Damages Motion that certain parties who did not file claims in this Proceeding did not have standing to appear in the Time-Based Damages Motion; and

WHEREAS, a group of defendants who had not filed claims, represented by KL Gates (the "K&L Gates Parties"), which defendants are members of a joint defense/common interest group of which Defendants are also members, sought to intervene in and be heard on the Time-Based Damages Motion [ECF No. 5141]; and

WHEREAS, such request for intervention was opposed by the Trustee [ECF No. 5184] and denied by the Court pursuant to a Memorandum Endorsement dated January 3, 2013 (the "Denial Order") [ECF No. 5185]; and

WHEREAS, in the absence of this Stipulated Order, Defendants have informed the Trustee that they would have moved to intervene on substantially the same grounds relied upon by the K&L Gates Parties, but recognize that any such motion would likely be denied for the same reasons set forth in the Denial Order; and

WHEREAS, the Defendants, not wishing to burden the Court and Parties with unnecessary motion practice, have approached the Trustee, seeking entry of an order comparable

to the Denial Order with respect to Defendants, without subjecting the Parties and the Court to

the unnecessary time and expense of the further motion practice; and

WHEREAS, the Trustee, who would have opposed the Defendants' intervention request

in the Proceeding, has agreed to this Stipulated Order which denies intervention in the Time-

Based Damages Motion with respect to the Defendants, if "so ordered" by the Court.

NOW, THEREFORE, it is stipulated and agreed by and between the Parties, as follows:

**ORDERED**, by entry of this Stipulated Order, the Parties shall not be deemed to agree

that intervention is warranted or unwarranted; and it is further

**ORDERED**, that the Parties reserve all rights, claims and defenses that they would have

had had they not entered into this Stipulated Order or otherwise; and it is further

**ORDERED**, that Defendants are denied intervention in the Time-Based Damages

Motion for the same reasons set forth in the Denial Order.

February 1, 2013
New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ David J. Sheehan*
    David J. Sheehan
    Jorian Rose
    Seanna Brown
    Bik Cheema
    45 Rockefeller Plaza
    New York, New York 10111
    Email: dsheehan@bakerhostetler.com
       jrose@bakerhostetler.com
       sbrown@bakerhostetler.com
       bcheema@bakerhostetler.com

*Attorneys for Irving H. Picard, as Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*Bernard L. Madoff*

**LOEB & LOEB LLP**

By: /s/ P. Gregory Schwed
    P. Gregory Schwed
    Daniel B. Besikof
    345 Park Avenue
    New York, New York  10154
    Telephone: 212-407-4000
    Facsimile:  212-407-4990
    E-mail:  gschwed@loeb.com
          dbesikof@loeb.com

*Attorneys for Defendants set forth on Exhibit A*

**SCHULTE ROTH & ZABEL, LLP**

By:  /s/ Marcy Ressler Harris
    Marcy Ressler Harris
    919 Third Avenue
    New York, New York  10022
    Telephone: 212.756.2000
    Facsimile:  212.593.5955
    E-mail:  marcy.harris@srz.com

*Attorneys for Defendant Thomas H. Lee*

**WEIL, GOTSHAL & MANGES LLP**

By: /s/ Alfredo R. Perez
    Alfredo R. Perez
    700 Louisiana, Suite 1600
    Houston, TX  77002
    Telephone:  713-546-5000
    Facsimile:  716-224-9511
    E-mail:  alfredo.perez@weil.com

and

    Jonathan D. Polkes
    767 Fifth Avenue
    New York, New York  10153
    Telephone:  212-310-8000
    Facsimile:  212-310-8007

4

E-mail:  jonathan.polkes@weil.com

*Attorneys for Defendant Blue Star Investors, LLC*

**KRAMER LEVIN NAFTALIS & FRANKEL
LLP**

By: */s/ Philip Bentley*
     Philip Bentley
     Elise S. Frejka
     Jason Rappaport
     1177 Avenue of the Americas
     New York, New York 10036
     Telephone:  212-715-9100
     Facsimile: 212-715-8000
     E-mail:  pbentley@kramerlevin.com
           efrejka@kramerlevin.com
           jrappaport@kramerlevin.com

*Attorneys for Defendants set forth on Exhibit B*

SO ORDERED:

DATED:  February 5, 2013
     New York, New York     /s/Burton R. Lifland_____
                          UNITED STATES BANKRUPTCY JUDGE,

## EXHIBIT A

### Defendants Represented by Loeb & Loeb LLP

| |
|---|
| Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000 |
| Kenneth L. Evenstad *in his capacity as Grantor and Trustee for the Kenneth L. Evenstad Revocable Trust* |
| Grace B. Evenstad *in her capacity as Trustee for the Kenneth L. Evenstad Revocable Trust* |
| Kenneth L. Evenstad, *individually* |
| Grace B. Evenstad, *individually* |
| Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000 |
| Kenneth L. Evenstad, *as Grantor and Trustee of the Kenneth L. Evenstad Revocable Trust and individually* |
| Grace B. Evenstad, *as Trustee of the Kenneth L. Evenstad Revocable Trust and individually* |
| MBE Preferred Limited Partnership |
| MBE General LLC, as the General Partner of MBE Preferred Limited Partnership |
| Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000 *as a Limited Partner of MBE Preferred Limited Partnership* |
| Kenneth L. Evanstad *in his capacity as Grantor and Trustee for the Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000* |
| Grace B. Evenstad *in her capacity as Trustee for the Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000* |
| Kenneth L. Evenstad, *individually* |
| Grace B. Evenstad, *individually* |
| Mark B. Evenstad Revocable Trust u/a/d January 30, 2003 *as a Limited Partner of MBE Preferred Limited Partnership* |
| Mark B. Evenstad *in his capacity as Grantor and Trustee for the Mark B. Evenstad Revocable Trust u/a/d January 30, 2003* |

| |
|---|
| Shannnon Mahoney Evenstad *in her capacity as Trustee for the Mark B. Evenstad Revocable Trust u/a/d January 30, 2003* |
| Mark B. Evenstad, *individually* |
| Shannnon Mahoney Evenstad, *individually* |
| Mark B. Evenstad Revocable Trust u/a dated January 30, 2003 |
| Mark B. Evenstad, *in his capacity as Grantor and Trustee for the Mark B. Evenstad Revocable Trust* |
| Shannon Mahoney Evenstad, *in her capacity as Trustee for the Mark B. Evenstad Revocable Trust* |
| Mark B. Evenstad, *individually* |
| Shannon Mahoney Evenstad, *individually* |
| Sew Preferred Limited Partnership |
| Sew General, LLC |
| Grace B. Evenstad Revocable Trust |
| Grace B. Evenstad, *as co-trustee of the Grace B. Evenstad Revocable Trust* |
| Kenneth L. Evenstad, *as co-trustee of the Grace B. Evenstad Revocable Trust* |
| Serene Warren Revocable Trust |
| Serene Warren, *as co-trustee of the Serene Warren Revocable Trust* |
| Christopher Warren, *as co-trustee of the Serene Warren Revocable Trust* |
| Serene Warren Revocable Trust u/a/d September 15, 2005 |
| Serene Warren and Christopher Warren, *as trustees of the Serene Warren Revocable Trust* |
| Serene Warren, *individually* |
| Gorvis LLC, *a California Limited Liability Company* |
| The Stacy L. Koff Investment Trust, *a member of Gorvis, LLC,* |
| The David I. Koff Investment Trust, *a member of Gorvis, LLC* |

| |
|---|
| Alan S. Gordon, *in his capacities as trustee of the Stacy L. Koff Investment Trust and trustee of the David I. Koff Investment Trust* |
| C. Ray Johnson, *in his capacities as trustee of the Stacy L. Koff Investment Trust and trustee of the David I. Koff Investment Trust* |
| Stacy L. Koff, *individually as settlor and beneficiary of the Stacy L. Koff Investment Trust* |
| David I. Koff, *individually as settlor and beneficiary of the David I. Koff Investment Trust* |
| The Koff Living Trust |
| Howard M. Koff, *individually and in his capacity as Trustee of the Koff Living Trust* |
| Marcia Koff |

## EXHIBIT B

### Defendants Represented by Kramer Levin Nafalis & Frankel LLP

| |
|---|
| Ambassador Shoe Corporation |
| Arthur M. Siskind |
| Lillian Berman Goldfarb |
| Estate of Helene Abraham, Estate of Alexander Abraham, Nancy Abraham, James Abraham, Trust Under Clause Third (B) F/B/O Myron Wilk, Antonia Abraham, Karen Abraham, Lauren Abraham Mahoney, Trust U/A Dated 4/2/1996 F/B/O Karen Abraham, Trust U/A Dated 4/2/1996 F/B/O Antonia Abraham, Trust U/A Dated 4/2/1996 F/B/O Lauren Abraham |
| Richard A. Broms Revocable Trust, Richard A. Broms |
| Carol Nelson, Stanley Nelson |
| Lyle Berman, Lyle A. Berman Revocable Trust U/A DTD 6/18/04 |
| Estate of Robert Rimsky , Rimsky Family Limited Partnership , L. Rimsky Inc. , Article Third Trust U/W Jeanne Rimsky , Article Fourth Trust Section One , Article Fourth Trust Section Three , Article Fifth Trust Section One, Douglas Jay Rimsky , Rena Rimsky Wing , Lee Cooper Rimsky , Don Harris Rimsky, Renee Rimsky , Margaret Rimsky , Sarah Rimsky Levitin , Kenneth Wing , Gabrielle Jaffe , Adam Beer, Jonathan Wing, Juliette Beer, Barry Meyers, Harriet L. Meyers, Eric Rimsky, Liza Rimsky, Kate Rimsky, K.A.L., A.R.L., J.L.W., T. Randolph Harris, Sheldon Silverberg |
| Robert A. Meister |
| Theresa Berman Revocable Trust, Theresa Berman, Lyle Berman, Sharon Berman Snyder |
| The Olesky Survivors Trust dated 2/27/84, Cynthia Olesky Giammarrusco |
| Malcolm Sherman |
| Agas Company L.P., Fred Schwartz, Allyne Schwartz, Ann J. Schwartz Kluger, Steven Schwartz, Amy Madlyn Schwartz, Gary Paul Schwartz |
| AHT Partners, LP, AHT Associates, LLC, Andrew H. Tananbaum |
| BWA Ambassador, Inc., Robert Siff, Shirley Siff |

| |
|---|
| Bernard Greenman Marital Deduction Trust, Greenman Family Foundation, Inc., Phyllis Greenman, Lester Greenman, Judith Katz, Stewart Katz |
| Michael Goldstein |
| Indian Wells Partnership, LTD., , Linda H. Kamm, Harvey R. Heller |
| Rubin Family Investments Partnership, Harold Rubin Living Trust U/A dated August 24, 1990, Harold R. Rubin, Elaine Rubin Living Trust U/A dated August 24, 1990, Elaine S. Rubin, Stuart A. Rubin, Benjamin H. Rubin, Carol J. Rubin, Lisa P. Rubin, Linda S. Benenson, Dona L. Rodich, Paul A. Benenson, Michael E. Rodich |
| Geoffrey S. Rehnert |
| Neil S. Goldman |
| Karen Siff Exkorn |
| Collingwood Group, Richard Forman, Joan Forman |
| Shirley S. Siff Trust 1989 DTD 12/20/89, Robert M. Siff , Shirley S. Siff |
| Marc B. Wolpow 1995 Family Trust, Barry S. Volpert , R. Bradford Malt, Marc B. Wolpow, Nina Wolpow |
| Audax Group LP, Audax Management Co. LLC, 101 Huntington Holdings LLC, Marc B. Wolpow, Geoffrey S. Rehnert, Richard T. Joseph |
| Carol Nelson |
| Gordon Associates, Bruce Gordon |
| Robert M. Siff |
| Robert Rosenfield |
| Lawrence A. Siff |
| Kay Morrissey |
| Ludmilla Goldberg |
| Ninth Street Partners, Ltd. f/k/a Heller Bros. Partnership, LTD., SHL, Inc. |
| James Morrissey |
| Branch Family Development, LLC, Adam Steiner, Charles Steiner, Bryan Steiner |

| |
|---|
| Mathew and Evelyn Broms Investment Partnership, Mathew Broms Revocable Trust, Evelyn Broms, Richard Broms, Irrevocable Trust for the Benefit of Alison Sarah Broms dtd 11/7/1984, John Doe |
| Carol Lederman |
| Lucerne Foundation, Douglas J. Rimsky |
| Estate of James Heller, Barbara H. Freitag, Steven P. Heller, Harry H. Falk, Eve Freitag, Elizabeth Freitag Dranoff, Trust F/B/O An.D. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller, a New York trust, Trust F/B/O A1.D. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller, a New York trust, Trust F/B/O S.H. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller, a New York trust, Trust F/B/O Katherine Heller under Articles Sixth and Eighth of the Last Will and Testament of James Heller, Katherine Heller, Eleanor Leacock |
| Love & Quiches LTD. 401(k) Savings Plan and Its Related Trust, Susan Axelrod, Irwin Axelrod |
| D. Stone Industries, Inc. Profit Sharing Plan, Daniel Stone, Michael Stone, Susan Stone |
| The Lyle Berman Family Partnership, Neil I. Sell, Stanley Taube, Amy Berman Irrevocable Trust U/TA 8/9/89, Julie Berman Irrevocable Trust U/TA 8/9/89, Bradley Berman Irrevocable Trust U/TA 8/9/89, Jessie Lynn Berman Irrevocable Trust U/TA 8/9/89, Julie Berman, Bradley Berman, Jessie Lynn Berman, Amy Berman |
| Bertram Bromberg Trust UAD 5/26/06, Gloria Bromberg Trust UAD 5/26/06, Bertram Bromberg, Gloria Bromberg |
| Daniel Stone, Susan Jane Stone |
| Eugenia G. Vogel, Howard Vogel, Howard Vogel Retirement Plan |
| Harry Schick |
| Robert M. Siff |
| Lichter Family Partnership, Seymour Lichter, Betty G. Lichter |
| The Robert M. Siff Trust - 1990, Robert M. Siff, Shirley S. Siff |
| Joyce G. Moscoe, Donald S. Moscoe, Thomas Moscoe, Joyce G. Moscoe Revocable Trust Agreement |

| |
|---|
| Estate of Elaine Cooper, Steven Mnuchin, Alan Mnuchin, Generation Skipping Transfer Trust FBO Alan Mnuchin, Generation Skipping Transfer Trust FBO Steven Mnuchin, Trust FBO Alan Mnuchin, Trust FBO Steven Mnuchin, Trust FBO E.M. Under Article 5C, Trust FBO D.M. Under Article 5C, Trust FBO J.M. Under Article 5C |
| Jeffrey H. Fisher Separate Property Revocable Trust, DTD 6/7/2007, Jeffrey Fisher, as grantor and as a trustee of the Jeffrey H. Fisher Separate Property Revocable Trust, DTD 6/7/2007, Louis Cohen, as a trustee of the Jeffrey H. Fisher Separate Property Revocable Trust, DTD 6/7/2007 |
| Stuart M. Stein, Arthur Siskind, Arthur J. Feibus, Jamat Company, LLC, Mestro Company |
| RIP Investments, LP, Village Hook, LLC, Sidney Kimmel Revocable Trust Dated May 17, 2001, Sidney Kimmel |
| Estate of David A. Wingate, Shoshanna L. Wingate |
| Falcon Associates, L.P., Marc B. Fisher |
| The Trust U/W/O H. Thomas Langbert F/B/O Evelyn Langbert, Evelyn Langbert, Fred Dechowitz (deceased) |
| James Heller Family, LLC, Estate of James Heller, Barbara H. Freitag, Steven P. Heller, Harry H. Falk, Steven P. Heller Revocable Trust , Robert P. Saltsman, Eve Freitag, Elizabeth Freitag Dranoff, Trust FBO AN.D. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller , Trust FBO AL.D. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller , Trust FBO S.H. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller, Trust FBO Katherine Heller under Articles Sixth and Eighth of the Last Will and Testament of James Heller, Katherine Heller, Eleanor Leacock |
| Mark & Carol Enterprises, Inc., Estate of Mark T. Lederman, Carol Lederman |
| CAJ Associates, L.P., Carol Lederman |
| Jewish Association for Services for the Aged |