**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>                              Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                              Debtor. | |

**ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL**

Upon consideration of the application of Becker & Poliakoff, LLP ("B&P") (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for claimants Fetus & Helen Stacy Foundation, Inc., Virlee Stepelton, Douglas Stepelton, individually and on behalf of Sean Stepelton, SEP, Stepelton Advisors, Brett Stepelton, Jennifer Stepelton, Sharon Bizzell, Gary Bizzell, and Sharon Falls (the "Claimants"); and due and sufficient notice of the Application having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the Application; and based upon the record of the case; and the Court having determined that the relief requested in the Application is in the best interests of the Claimants; and good and sufficient appearing therefor; it is hereby

**ORDERED** that the Application is granted; and it is further

**ORDERED** that B&P is granted leave to withdraw as counsel for the Claimants and is hereby deemed removed as counsel for the Claimants in this proceeding.

Dated: New York, New York  /s/Burton R. Lifland
       February 21, 2013  UNITED STATES BANKRUPTCY JUDGE