# **EXHIBIT B**

**Proposed Order**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Presentment Date: March 8, 2013<br>Time: 12:00 p.m. |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Objections Due: March 8, 2013<br>Time: 11:00 a.m.<br><br>Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |

**ORDER GRANTING TRUSTEE'S MOTION TO RETAIN
NCTM STUDIO LEGALE ASSOCIATO AS SPECIAL
<u>COUNSEL AS OF FEBRUARY 28, 2013</u>**

Upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the estate of Bernard L. Madoff, for authority to retain NCTM Studio Legale Associato ("NCTM"), as special counsel, as of February 28, 2013, and due and proper notice having been given under the circumstances of this case, and the Securities Investor Protection Corporation having specified NCTM as special counsel, and after due deliberation,

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    The Court finds that NCTM is hereby deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

2

3.  The Trustee is authorized to retain NCTM as special counsel to the Trustee, *nunc pro tunc* to February 28, 2013, as provided in the Motion.

Dated: New York, NY
　　　　March __, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE  BURTON R. LIFLAND
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

2