## **EXHIBIT A**

Parties listed on Exhibit A-1

Parties listed on Exhibit A-2

Thomas H. Lee

Blue Star Investors, LLC

# EXHIBIT A-1

## Defendants Represented by Loeb & Loeb LLP

| |
|---|
| Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000 |
| Kenneth L. Evenstad *in his capacity as Grantor and Trustee for the Kenneth L. Evenstad Revocable Trust* |
| Grace B. Evenstad *in her capacity as Trustee for the Kenneth L. Evenstad Revocable Trust* |
| Kenneth L. Evenstad, *individually* |
| Grace B. Evenstad, *individually* |
| Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000 |
| Kenneth L. Evenstad, *as Grantor and Trustee of the Kenneth L. Evenstad Revocable Trust and individually* |
| Grace B. Evenstad, *as Trustee of the Kenneth L. Evenstad Revocable Trust and individually* |
| MBE Preferred Limited Partnership |
| MBE General LLC, as the General Partner of MBE Preferred Limited Partnership |
| Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000 *as a Limited Partner of MBE Preferred Limited Partnership* |
| Kenneth L. Evanstad *in his capacity as Grantor and Trustee for the Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000* |
| Grace B. Evenstad *in her capacity as Trustee for the Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000* |
| Kenneth L. Evenstad, *individually* |
| Grace B. Evenstad, *individually* |
| Mark B. Evenstad Revocable Trust u/a/d January 30, 2003 *as a Limited Partner of MBE Preferred Limited Partnership* |
| Mark B. Evenstad *in his capacity as Grantor and Trustee for the Mark B. Evenstad Revocable Trust u/a/d January 30, 2003* |
| Shannnon Mahoney Evenstad *in her capacity as Trustee for the Mark B. Evenstad Revocable Trust u/a/d January 30, 2003* |
| Mark B. Evenstad, *individually* |
| Shannnon Mahoney Evenstad, *individually* |
| Mark B. Evenstad Revocable Trust u/a dated January 30, 2003 |
| Mark B. Evenstad, *in his capacity as Grantor and Trustee for the Mark B. Evenstad Revocable Trust* |
| Shannon Mahoney Evenstad, *in her capacity as Trustee for the Mark B. Evenstad Revocable Trust* |
| Mark B. Evenstad, *individually* |
| Shannon Mahoney Evenstad, *individually* |
| Sew Preferred Limited Partnership |
| Sew General, LLC |
| Grace B. Evenstad Revocable Trust |
| Grace B. Evenstad, *as co-trustee of the Grace B. Evenstad Revocable Trust* |
| Kenneth L. Evenstad, *as co-trustee of the Grace B. Evenstad Revocable Trust* |
| Serene Warren Revocable Trust |

1

2

| |
|---|
| Serene Warren, *as co-trustee of the Serene Warren Revocable Trust* |
| Christopher Warren, *as co-trustee of the Serene Warren Revocable Trust* |
| Serene Warren Revocable Trust u/a/d September 15, 2005 |
| Serene Warren and Christopher Warren, *as trustees of the Serene Warren Revocable Trust* |
| Serene Warren, *individually* |
| Gorvis LLC, *a California Limited Liability Company* |
| The Stacy L. Koff Investment Trust, *a member of Gorvis, LLC,* |
| The David I. Koff Investment Trust, *a member of Gorvis, LLC* |
| Alan S. Gordon, *in his capacities as trustee of the Stacy L. Koff Investment Trust and trustee of the David I. Koff Investment Trust* |
| C. Ray Johnson, *in his capacities as trustee of the Stacy L. Koff Investment Trust and trustee of the David I. Koff Investment Trust* |
| Stacy L. Koff, *individually as settlor and beneficiary of the Stacy L. Koff Investment Trust* |
| David I. Koff, *individually as settlor and beneficiary of the David I. Koff Investment Trust* |
| The Koff Living Trust |
| Howard M. Koff, *individually and in his capacity as Trustee of the Koff Living Trust* |
| Marcia Koff |

# EXHIBIT A-2

## Defendants Represented by Kramer Levin Naftalis & Frankel LLP

| Adv. Proc. No. | Defendant(s) Represented by Kramer Levin Naftalis & Frankel LLP |
|---|---|
| 10-04340 | Ambassador Shoe Corporation |
| 10-04365 | Arthur M. Siskind |
| 10-04366 | Lillian Berman Goldfarb |
| 10-04372 | Estate of Helene Abraham, Estate of Alexander Abraham, Nancy Abraham, James Abraham, Trust Under Clause Third (B) F/B/O Myron Wilk, Antonia Abraham, Karen Abraham, Lauren Abraham Mahoney, Trust U/A Dated 4/2/1996 F/B/O Karen Abraham, Trust U/A Dated 4/2/1996 F/B/O Antonia Abraham, Trust U/A Dated 4/2/1996 F/B/O Lauren Abraham |
| 10-04373 | Richard A. Broms Revocable Trust, Richard A. Broms |
| 10-04377 | Carol Nelson, Stanley Nelson |
| 10-04382 | Lyle Berman, Lyle A. Berman Revocable Trust U/A DTD 6/18/04 |
| 10-04388 | Estate of Robert Rimsky , Rimsky Family Limited Partnership , L. Rimsky Inc. , Article Third Trust U/W Jeanne Rimsky , Article Fourth Trust Section One , Article Fourth Trust Section Three , Article Fifth Trust Section One , Douglas Jay Rimsky , Rena Rimsky Wing , Lee Cooper Rimsky , Don Harris Rimsky , Renee Rimsky , Margaret Rimsky , Sarah Rimsky Levitin , Kenneth Wing , Gabrielle Jaffe , Adam Beer , Jonathan Wing , Juliette Beer , Barry Meyers , Harriet L. Meyers , Eric Rimsky , Liza Rimsky , Kate Rimsky , K.A.L. , A.R.L. , J.L.W. , T. Randolph Harris, Sheldon Silverberg |
| 10-04409 | Robert A. Meister |
| 10-04416 | Theresa Berman Revocable Trust, Theresa Berman, Lyle Berman, Sharon Berman Snyder |
| 10-04427 | The Olesky Survivors Trust dated 2/27/84, Cynthia Olesky Giammarrusco |
| 10-04430 | Malcolm Sherman |
| 10-04431 | Agas Company L.P., Fred Schwartz, Allyne Schwartz, Ann J. Schwartz Kluger, Steven Schwartz, Amy Madlyn Schwartz, Gary Paul Schwartz |
| 10-04439 | AHT Partners, LP, AHT Associates, LLC, Andrew H. Tananbaum |
| 10-04452 | BWA Ambassador, Inc., Robert Siff, Shirley Siff |
| 10-04479 | Bernard Greenman Marital Deduction Trust, Greenman Family Foundation, Inc., Phyllis Greenman, Lester Greenman, Judith Katz, Stewart Katz |
| 10-04482 | Michael Goldstein |
| 10-04484 | Indian Wells Partnership, LTD., , Linda H. Kamm, Harvey R. Heller |
| 10-04521 | Rubin Family Investments Partnership, Harold Rubin Living Trust U/A dated August 24, 1990, Harold R. Rubin, Elaine Rubin Living Trust U/A dated August 24, 1990, Elaine S. Rubin, Stuart A. Rubin, Benjamin H. Rubin, Carol J. Rubin, Lisa P. Rubin, Linda S. Benenson, Dona L. Rodich, Paul A. Benenson, Michael E. Rodich |
| 10-04556 | Geoffrey S. Rehnert |
| 10-04567 | Neil S. Goldman |
| 10-04587 | Karen Siff Exkorn |
| 10-04640 | Collingwood Group, Richard Forman, Joan Forman |
| 10-04641 | Shirley S. Siff Trust 1989 DTD 12/20/89, Robert M. Siff , Shirley S. Siff |
| 10-04646 | Marc B. Wolpow 1995 Family Trust, Barry S. Volpert , R. Bradford Malt, Marc B. Wolpow, Nina Wolpow |

| Adv. Proc. No. | Defendant(s) Represented by Kramer Levin Naftalis & Frankel LLP |
|---|---|
| 10-04651 | Audax Group LP, Audax Management Co. LLC, 101 Huntington Holdings LLC, Marc B. Wolpow, Geoffrey S. Rehnert, Richard T. Joseph |
| 10-04658 | Carol Nelson |
| 10-04684 | Gordon Associates, Bruce Gordon |
| 10-04705 | Robert M. Siff |
| 10-04736 | Robert Rosenfield |
| 10-04745 | Lawrence A. Siff |
| 10-04767 | Kay Morrissey |
| 10-04811 | Ludmilla Goldberg |
| 10-04863 | Ninth Street Partners, Ltd. f/k/a Heller Bros. Partnership, LTD., SHL, Inc. |
| 10-04874 | James Morrissey |
| 10-04949 | Branch Family Development, LLC, Adam Steiner, Charles Steiner, Bryan Steiner |
| 10-04985 | Mathew and Evelyn Broms Investment Partnership, Mathew Broms Revocable Trust, Evelyn Broms, Richard Broms, Irrevocable Trust for the Benefit of Alison Sarah Broms dtd 11/7/1984, John Doe |
| 10-04990 | Carol Lederman |
| 10-05055 | Lucerne Foundation, Douglas J. Rimsky |
| 10-05061 | Estate of James Heller, Barbara H. Freitag, Steven P. Heller, Harry H. Falk, Eve Freitag, Elizabeth Freitag Dranoff, Trust F/B/O An.D. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller, a New York trust, Trust F/B/O A1.D. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller, a New York trust, Trust F/B/O S.H. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller, a New York trust, Trust F/B/O Katherine Heller under Articles Sixth and Eighth of the Last Will and Testament of James Heller, Katherine Heller, Eleanor Leacock |
| 10-05066 | Love & Quiches LTD. 401(k) Savings Plan and Its Related Trust, Susan Axelrod, Irwin Axelrod |
| 10-05068 | D. Stone Industries, Inc. Profit Sharing Plan, Daniel Stone, Michael Stone, Susan Stone |
| 10-05071 | The Lyle Berman Family Partnership, Neil I. Sell, Stanley Taube, Amy Berman Irrevocable Trust U/TA 8/9/89, Julie Berman Irrevocable Trust U/TA 8/9/89, Bradley Berman Irrevocable Trust U/TA 8/9/89, Jessie Lynn Berman Irrevocable Trust U/TA 8/9/89, Julie Berman, Bradley Berman, Jessie Lynn Berman, Amy Berman |
| 10-05080 | Bertram Bromberg Trust UAD 5/26/06, Gloria Bromberg Trust UAD 5/26/06, Bertram Bromberg, Gloria Bromberg |
| 10-05084 | Daniel Stone, Susan Jane Stone |
| 10-05090 | Eugenia G. Vogel, Howard Vogel, Howard Vogel Retirement Plan |
| 10-05096 | Harry Schick |
| 10-05100 | Robert M. Siff |
| 10-05129 | Lichter Family Partnership, Seymour Lichter, Betty G. Lichter |
| 10-05138 | The Robert M. Siff Trust - 1990, Robert M. Siff, Shirley S. Siff |
| 10-05140 | Joyce G. Moscoe, Donald S. Moscoe, Thomas Moscoe, Joyce G. Moscoe Revocable Trust Agreement |

| Adv. Proc. No. | Defendant(s) Represented by Kramer Levin Naftalis & Frankel LLP |
|---|---|
| 10-05167 | Estate of Elaine Cooper, Steven Mnuchin, Alan Mnuchin, Generation Skipping Transfer Trust FBO Alan Mnuchin, Generation Skipping Transfer Trust FBO Steven Mnuchin, Trust FBO Alan Mnuchin, Trust FBO Steven Mnuchin, Trust FBO E.M. Under Article 5C, Trust FBO D.M. Under Article 5C, Trust FBO J.M. Under Article 5C |
| 10-05247 | Jeffrey H. Fisher Separate Property Revocable Trust, DTD 6/7/2007, Jeffrey Fisher, as grantor and as a trustee of the Jeffrey H. Fisher Separate Property Revocable Trust, DTD 6/7/2007, Louis Cohen, as a trustee of the Jeffrey H. Fisher Separate Property Revocable Trust, DTD 6/7/2007 |
| 10-05259 | Stuart M. Stein, Arthur Siskind, Arthur J. Feibus, Jamat Company, LLC, Mestro Company |
| 10-05289 | RIP Investments, LP, Village Hook, LLC, Sidney Kimmel Revocable Trust Dated May 17, 2001, Sidney Kimmel |
| 10-05327 | Estate of David A. Wingate, Shoshanna L. Wingate |
| 10-05336 | Falcon Associates, L.P., Marc B. Fisher |
| 10-05382 | The Trust U/W/O H. Thomas Langbert F/B/O Evelyn Langbert, Evelyn Langbert, Fred Dechowitz (deceased) |
| 10-05419 | James Heller Family, LLC, Estate of James Heller, Barbara H. Freitag, Steven P. Heller, Harry H. Falk, Steven P. Heller Revocable Trust , Robert P. Saltsman, Eve Freitag, Elizabeth Freitag Dranoff, Trust FBO AN.D. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller , Trust FBO AL.D. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller , Trust FBO S.H. [a minor] under Articles Sixth and Eighth of the Last Will and Testament of James Heller, Trust FBO Katherine Heller under Articles Sixth and Eighth of the Last Will and Testament of James Heller, Katherine Heller, Eleanor Leacock |
| 10-05432 | Mark & Carol Enterprises, Inc., Estate of Mark T. Lederman, Carol Lederman |
| 10-05440 | CAJ Associates, L.P., Carol Lederman |
| 11-02773 | Jewish Association for Services for the Aged |

3