LOEB & LOEB LLP
345 Park Avenue
New York, New York  10154
Tel:  212-407-4000
P. Gregory Schwed
Daniel B. Besikof

*Attorneys for Evenstad family defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— **X**
                                                                  :
**SECURITIES INVESTOR PROTECTION**                                :
**CORPORATION,**                                                  :
                                                                  :    **SIPA Liquidation**
             **Plaintiff,**                                       :    **(Substantively Consolidated)**
                                                                  :    **Adv. Proc. No. 08-01789-BRL**
             **v.**                                               :
                                                                  :
**BERNARD L. MADOFF INVESTMENT**                                  :
**SECURITIES LLC**                                                :
                                                                  :
             **Defendant.**                                       :
———————————————————————— **X**
                                                                  :
**In re:**                                                        :
                                                                  :
**BERNARD L. MADOFF,**                                            :
                                                                  :
             **Debtor.**                                          :
                                                                  :
———————————————————————— **X**

<u>**CERTIFICATE OF SERVICE**</u>

I, Timothy B. Cummins, certify under penalty of perjury that on February 28, 2013, I

caused true and correct copies of the Appellants' Statement of Issues to be Presented on Appeal

and Designation of Record on Appeal (Docket Entry 5246) to be served upon the parties listed

below by Federal Express:

Irving H. Picard, Trustee
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

David J. Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York  10111

Josephine Wang, General Counsel
Kevin H. Bell, Senior Associate General Counsel
Lauren T. Attard, Assistant General Counsel
Securities Investor Protection Corporation
805 Fifteenth Street, N.W., Suite 800
Washington, D.C. 20005


Dated:  February 28, 2013                    By:/s/ Timothy B. Cummins
                                                 Timothy B. Cummins