# EXHIBIT A

## (Part 1)

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York
Claim Number:    **001802**

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**RECEIVED**

**DECEMBER 11, 2008**

FEB 0 9 2009

PLACE MAILING LABEL HERE

*Stephanie LaFlash-Surabian*
*Steven Surabian*
*1230 Rt 28*
*S. Yarmouth Ma.*
*02664*

Provide your office and home telephone no.

OFFICE: *508-3944099*

HOME: *508-688 4613*

Taxpayer I.D. Number (Social Security No.)
*031 58 1957*

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************************

1.    Claim for money balances as of **December 11, 2008**:
    a.    The Broker owes me a Credit (Cr.) Balance of        $_____
    b.    I owe the Broker a Debit (Dr.) Balance of        $_____

502180406

c.    If you wish to repay the Debit Balance,
      please insert the amount you wish to repay and
      attach a check payable to "Irving H. Picard, Esq.,
      Trustee for Bernard L. Madoff Investment Securities LLC."
      If you wish to make a payment, **it must be enclosed**
      with this claim form.                            $_____

d.    If balance is zero, insert "None."              *NONE*

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | *YES* |  |
| b. | I owe the Broker securities |  | *NO* |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | *SEE Attached 2 pg. Sheet* | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | *No* |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | *No* |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | *No* |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | *No* |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | *No* |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | *No* |

9.  Have you or any member of your family
    ever filed a claim under the Securities
    Investor Protection Act of 1970?  if
    so, give name of that broker. _____  *No*

    Please list the full name and address of anyone assisting you in the
    preparation of this claim form:_____
    _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**  *DIED  OCt 13th 2008*

Date *2-5-09*    Signature *STEPHANIE LaFlash-SuRABIAN*

Date *2-5-09*    Signature *Thomas Surabian*

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201


502180406

Stephanie LaFlash-Surabian
Steven Surabian
Taxpayer I.D. Number
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

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The broker Owes Me (Long) | I Owe the Broker (Short) |
| 10/93 | Apple Inc | 300 | |
| 06/93 | Amgen Inc | 350 | |
| 10/92 | Agco Corp | 600 | |
| 03/92 | Apache Corp | 250 | |
| 06/92 | Best Buy | 1,000 | |
| 04/92 | BJ Services Corp | 1,000 | |
| 08/92 | Brown & Brown | 1,500 | |
| 10/93 | Dell | 4,000 | |
| 05/92 | EMC Corp | 4,000 | |
| 03/92 | Hess Corp | 100 | |
| 08/92 | Honda Motor Co Ltd | 250 | |
| 09/93 | International Business Machine | 300 | |
| 08/93 | Johnson & Johnson | 250 | |
| 09/92 | K B Homes | 250 | |
| 08/93 | Lowes Co Inc | 200 | |
| 10/92 | Mo Hawk Industries | 250 | |
| 08/92 | Men's Wearhouse  Inc | 250 | |
| 12/93 | Nike Inc | 250 | |
| 02/93 | Pfizer Inc | 400 | |
| 01/94 | Star Bucks | 1,500 | |

Stephanie LaFlash-Surabian
Steven Surabian
Taxpayer I.D. Number
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

Number of Shares or
Face Amount of Bonds

| Date of Transaction (trade date) | Name of Security | The broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| 04/93 | Sunoco Inc | 100 | |
| 10/92 | Symantec Corp | 2,000 | |
| 01/94 | Molson Coors Brewing | 200 | |
| 06/92 | Walgreen Co | 400 | |
| 04/92 | Exxon | 100 | |

In the Summer of 1991 four accounts were open with Madoff Securities, with each account to mirror each other. The accounts were in the names of:

1.  Richard Surabian
2.  Steven Surabian
3.  Martin M. Surabian, Alice V. Surabian, Richard Surabian and Steven Surabian
4.  Alice V. Surabian, Martin M. Surabian, Richard Surabian and Steven Surabian


Nothing was ever sold or any money ever taking out.
Our four statements reflected our deposits and purchases of securities and showed great return.
So in 1992 we opened three more accounts:
One in the name of Stephanie LaFlash and Steven Surabian. Stephanie was Steve Surabian's daughter who did later change her name to Stephanie LaFlash-Surabian. The other two accounts will be half of value of Stephanie's. These accounts were in the names of Erik M. Surabian and Richard Surabian and the last account was in the name of Kristen E. Surabian and Richard Surabian.
Again no money was never taking out nor were any securities sold.
Everything matched the statements.
In the Spring of 2006 we informed Madoff we wanted to start to cash out everything. After which the statements stopped, we then realized we have been taking.
We had long since discarded or lost track of the original paperwork plus we have had several burglaries at our business and home and we now believe these papers may have been taken during these burglaries.
We knew if we just waited things will come back on Madoff as they always do to people who brings harm to us or our families which now Madoff and his culprits have been exposed.

SunaBirl
1230 RT 28
So. YARMOUTH
MA. 02664

CERTIFIED MAIL



7007 2680 0002 8173 8032



U.S. POSTAGE
PAID
SOUTH YARMOUTH, MA
02664
FEB 06, 09
AMOUNT
$5.90

0000    75201    00023711-04

RETURN RECEIPT
REQUESTED

IRVING H. PICARD, ESQ.,
TRUSTEE FOR BERNARD L. MADOFF
INVESTMENTS SECURITIES LLC
CLAIMS PROCESSING CENTER
2100 MCKINNEY AVE., SUITE 800
DALLAS, TX 75201

FIRST CLASS MAIL

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York
Claim Number:    **001895**

## CUSTOMER CLAIM

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation                **RECEIVED**

**DECEMBER 11, 2008**    FEB 0 9 2009

PLACE MAILING LABEL HERE

*Martin M. Surabian*
*Alice V. Surabian*
*Richard Surabian*
*Steven Surabian*
*P.O. Box 397*
*454 Craigville Beach Rd.*
*W. Hyannisport MA. 02672*

Provide your office and home telephone no.

OFFICE: *508-688 4613*

HOME: *508-771 5011*

Taxpayer I.D. Number (Social Security No.)
*021 12 7252*

(If incorrect, please change)

**NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008** :
       a.    The Broker owes me a Credit (Cr.) Balance of    $_____
       b.    I owe the Broker a Debit (Dr.) Balance of    $_____

502180406                                1

c.   If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                   $_____

d.   If balance is zero, insert "None."        *NoNE*

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | *YES* | |
| b. | I owe the Broker securities | | *No* |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | *SEE Attached 3pg. Sheets* | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your
claim and shorten the time required to deliver your securities and cash to you.
Please enclose, if possible, copies of your last account statement and purchase or
sale confirmations and checks which relate to the securities or cash you claim, and
any other documentation, such as correspondence, which you believe will be of
assistance in processing your claim. In particular, you should provide all
documentation (such as cancelled checks, receipts from the Debtor, proof of wire
transfers, etc.) of your deposits of cash or securities with the Debtor from as far
back as you have documentation.  You should also provide all documentation or**

502180406                                    2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.    IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | No |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | No |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | No |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | No |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | No |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | No |

9.    Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  if                                   *No*
     so, give name of that broker.                          _____    _____

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form: *STEVEN SURABIAN*
     *1230 Rt 28  S. YARMOUTH  MA. 02664*                                          .

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**    *Martin M. Surabian*
       *2-4-09*
Date  *2-4-09*          Signature *ALICE WIFE DIed*
Date  *2-4-09*          Signature *Richard Surabian*
       *2-4-09*                    *Steven Surabian*

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

*SEE Attached Sheet foR OwNERS Address
AND Phone NumbeRs*

Martin M. Surabian
Alice V. Surabian
Richard Surabian
Steven Surabian
Taxpayer I.D. Number
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

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The broker Owes Me (Long) | I Owe the Broker (Short) |
| 10/91 | Applied Materials | 3,000 | |
| 06/93 | Amgen Inc | 350 | |
| 10/91 | Analog Devices Inc | 1,000 | |
| 10/92 | Agco Corp | 600 | |
| 03/92 | Apache Corp | 250 | |
| 12/91 | Best Buy | 2,500 | |
| 06/92 | Best Buy | 1,000 | |
| 04/92 | BJ Services Corp | 1,000 | |
| 12/91 | Bank of New York Mellon Corp | 500 | |
| 08/92 | Brown & Brown | 1,500 | |
| 12/91 | Caterpillar Inc | 250 | |
| 07/91 | Colgate-Palmolive Co | 150 | |
| 11/91 | Clorox Co | 150 | |
| 10/91 | Cisco Systems | 4,000 | |
| 10/93 | Dell | 4,000 | |
| 05/92 | EMC Corp | 4,000 | |
| 09/91 | General Dynamics | 250 | |
| 08/91 | Home Depot Inc | 250 | |
| 12/91 | Harley-Davidson Inc | 1,000 | |

Martin M. Surabian
Alice V. Surabian
Richard Surabian
Steven Surabian
Taxpayer I.D. Number
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

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The broker Owes Me (Long) | I Owe the Broker (Short) |
| 03/92 | Hess Corp | 100 | |
| 08/92 | Honda Motor Co Ltd | 250 | |
| 11/91 | Hovnanian Enterprises Inc | 400 | |
| 11/91 | Hewlett Packard | 200 | |
| 11/91 | Intel Corp | 1,500 | |
| 09/93 | International Business Machine | 100 | |
| 08/93 | Johnson & Johnson | 150 | |
| 09/92 | K B Homes | 250 | |
| 08/93 | Lowes Co Inc | 200 | |
| 10/91 | Mc Graw Hill Publishing | 250 | |
| 10/92 | Mo Hawk Industries | 250 | |
| 08/92 | Men's Wearhouse  Inc | 500 | |
| 07/91 | Nike Inc | 300 | |
| 08/91 | Oracle Corp | 5,000 | |
| 02/92 | Pfizer Inc | 400 | |
| 11/91 | Procter & Gamble | 150 | |
| 01/94 | Star Bucks | 1,500 | |
| 04/93 | Sunoco Inc | 100 | |
| 10/92 | Symantec Corp | 2,000 | |

Martin M. Surabian
Alice V. Surabian
Richard Surabian
Steven Surabian
Taxpayer I.D. Number
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

Number of Shares or
Face Amount of Bonds

| Date of Transaction (trade date) | Name of Security | The broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| 01/94 | Molson Coors Brewing | 200 | |
| 12/91 | Target  Corp | 400 | |
| 11/91 | Toll Brothers | 1,000 | |
| 12/91 | Texas Instruments | 750 | |
| 06/92 | Walgreen Co | 400 | |
| 04/92 | Exxon | 100 | |

In the Summer of 1991 four accounts were open with Madoff Securities, with each account to mirror each other. The accounts were in the names of:

1.  Richard Surabian
2.  Steven Surabian
3.  Martin M. Surabian, Alice V. Surabian, Richard Surabian and Steven Surabian
4.  Alice V. Surabian, Martin M. Surabian, Richard Surabian and Steven Surabian


Nothing was ever sold or any money ever taking out.

Our four statements reflected our deposits and purchases of securities and showed great return.

So in 1992 we opened three more accounts:

One in the name of Stephanie LaFlash and Steven Surabian. Stephanie was Steve Surabian's daughter who did later change her name to Stephanie LaFlash-Surabian. The other two accounts will be half of value of Stephanie's. These accounts were in the names of Erik M. Surabian and Richard Surabian and the last account was in the name of Kristen E. Surabian and Richard Surabian.

Again no money was never taking out nor were any securities sold.

Everything matched the statements.

In the Spring of 2006 we informed Madoff we wanted to start to cash out everything. After which the statements stopped, we then realized we have been taking.

We had long since discarded or lost track of the original paperwork plus we have had several burglaries at our business and home and we now believe these papers may have been taken during these burglaries.

We knew if we just waited things will come back on Madoff as they always do to people who brings harm to us or our families which now Madoff and his culprits have been exposed.

MARTIN M. SURABIAN            25 % OWNERSHIP
P.O. BOX 397                  508-771 5011
W. HYANNISPORT MA.
            02672

ALICE V. SURABIAN            25 % OWNERSHIP
    DIED

RICHARD SURABIAN             25 % OWNERSHIP
P.O. BOX 397                 508-771 5011
W. HYANNISPORT MA.
            02672

STEVEN SURABIAN              25 % OWNERSHIP
1230 Rt. 28                  508-688-4613
S. YARMOUTH MA.
            02664

Martin M. Surabian
Richard Surabian
Steven Surabian

Martin M. Saryabini
P.O. Box 397
W. Hyannisport MA
02672



**CERTIFIED MAIL**

7007 2680 0002 8173 8018



U.S. POSTAGE
PAID
SOUTH YARMOUTH, MA
02664
FEB 04, 09
AMOUNT
$5.90
0000    75201    00068960-07

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff
Investments Securities LLC
Claims Processing Center
2100 McKinney Ave, Suite 800
Dallas TX 75201

RETURN RECEIPT
REQUESTED

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York
Claim Number:            **001896**

Date Received_____

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

RECEIVED

In Liquidation

FEB 0 9 2009

## DECEMBER 11, 2008

PLACE MAILING LABEL HERE

*Steven Surabian*
*1230 Rt. 28*
*S. Yarmouth MA.*
*02664*

Provide your office and home telephone no.

OFFICE: *508-394 4099*

HOME: *508-688 4613*

Taxpayer I.D. Number (Social Security No.)
*015 38 0623*

(If incorrect, please change)

**NOTE:**    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************************

1.      Claim for money balances as of **December 11, 2008** :
        a.      The Broker owes me a Credit (Cr.) Balance of        $_____
        b.      I owe the Broker a Debit (Dr.) Balance of        $_____

502180406                                    1

c.  If you wish to repay the Debit Balance,
    please insert the amount you wish to repay and
    attach a check payable to "Irving H. Picard, Esq.,
    Trustee for Bernard L. Madoff Investment Securities LLC."
    If you wish to make a payment, **it must be enclosed**
    with this claim form.                          $_____

d.  If balance is zero, insert "None."                 _____NONE_____

2.  Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | YES | |
| b. | I owe the Broker securities | | No |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | *SEE Attached 3 pg. List* | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                          2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | *No* |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | *No* |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | *No* |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | *No* |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | *No* |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | *No* |

502180406                                    3

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970? if                                          *No*
      so, give name of that broker.          _____    _____

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:_____
      _____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date *02/04/09*_____    Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Steven Surabian
Taxpayer I.D. Number
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

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The broker Owes Me (Long) | I Owe the Broker (Short) |
| 10/91 | Applied Materials | 3,000 | |
| 06/93 | Amgen Inc | 350 | |
| 10/91 | Analog Devices Inc | 1,000 | |
| 10/92 | Agco Corp | 600 | |
| 03/92 | Apache Corp | 250 | |
| 12/91 | Best Buy | 2,500 | |
| 06/92 | Best Buy | 1,000 | |
| 04/92 | BJ Services Corp | 1,000 | |
| 12/91 | Bank of New York Mellon Corp | 500 | |
| 08/92 | Brown & Brown | 1,500 | |
| 12/91 | Caterpillar Inc | 250 | |
| 07/91 | Colgate-Palmolive Co | 150 | |
| 11/91 | Clorox Co | 150 | |
| 10/91 | Cisco Systems | 4,000 | |
| 10/93 | Dell | 4,000 | |
| 05/92 | EMC Corp | 4,000 | |
| 09/91 | General Dynamics | 250 | |
| 08/91 | Home Depot Inc | 250 | |
| 12/91 | Harley-Davidson Inc | 1,000 | |

Steven Surabian
Taxpayer I.D. Number
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

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The broker Owes Me (Long) | I Owe the Broker (Short) |
| 03/92 | Hess Corp | 100 | |
| 08/92 | Honda Motor Co Ltd | 250 | |
| 11/91 | Hovnanian Enterprises Inc | 400 | |
| 11/91 | Hewlett Packard | 200 | |
| 11/91 | Intel Corp | 1,500 | |
| 09/93 | International Business Machine | 100 | |
| 08/93 | Johnson & Johnson | 150 | |
| 09/92 | K B Homes | 250 | |
| 08/93 | Lowes Co Inc | 200 | |
| 10/91 | Mc Graw Hill Publishing | 250 | |
| 10/92 | Mo Hawk Industries | 250 | |
| 08/92 | Men's Wearhouse  Inc | 500 | |
| 07/91 | Nike Inc | 300 | |
| 08/91 | Oracle Corp | 5,000 | |
| 02/92 | Pfizer Inc | 400 | |
| 11/91 | Procter & Gamble | 150 | |
| 01/94 | Star Bucks | 1,500 | |
| 04/93 | Sunoco Inc | 100 | |
| 10/92 | Symantec Corp | 2,000 | |

Steven Surabian
Taxpayer I.D. Number
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

|  |  | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The broker Owes Me (Long) | I Owe the Broker (Short) |
| 01/94 | Molson Coors Brewing | 200 | |
| 12/91 | Target  Corp | 400 | |
| 11/91 | Toll Brothers | 1,000 | |
| 12/91 | Texas Instruments | 750 | |
| 06/92 | Walgreen Co | 400 | |
| 04/92 | Exxon | 100 | |

In the Summer of 1991 four accounts were open with Madoff Securities, with each account to mirror each other. The accounts were in the names of:

1.  Richard Surabian
2.  Steven Surabian
3.  Martin M. Surabian, Alice V. Surabian, Richard Surabian and Steven Surabian
4.  Alice V. Surabian, Martin M. Surabian, Richard Surabian and Steven Surabian

Nothing was ever sold or any money ever taking out.
Our four statements reflected our deposits and purchases of securities and showed great return.
So in 1992 we opened three more accounts:
One in the name of Stephanie LaFlash and Steven Surabian. Stephanie was Steve Surabian's daughter who did later change her name to Stephanie LaFlash-Surabian. The other two accounts will be half of value of Stephanie's. These accounts were in the names of Erik M. Surabian and Richard Surabian and the last account was in the name of Kristen E. Surabian and Richard Surabian.
Again no money was never taking out nor were any securities sold.
Everything mached the statements.
In the Spring of 2006 we informed Madoff we wanted to start to cash out everything. After which the statements stopped, we then realized we have been taking.
We had long since discarded or lost track of the original paperwork plus we have had several burglaries at our business and home and we now believe these papers may have been taken during these burglaries.
We knew if we just waited things will come back on Madoff as they always do to people who brings harm to us or our families which now Madoff and his culprits have been exposed.

Steven Suradiah
1230 RT 28
South Yarmouth MA
02664



CERTIFIED MAIL™

7007 2680 0002 8173 8001



U.S. POSTAGE
PAID
SOUTH YARMOUTH,MA
02664
FEB 04 '09
AMOUNT
$5.90
00068960-07

Iving H. Picard, ESQ.
Trustee for Bernard L. Madoff
Securities Investments LLC.
Claims Processing Center
2100 McKinney Ave Suite 800
Dallas, TX 75201

RETURN RECEIPT
REQUESTED

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York
Claim Number:    **001897**

Date Received_____

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

RECEIVED
FEB 09 2009

In Liquidation

## DECEMBER 11, 2008

PLACE MAILING LABEL HERE

*ALICE V. SURABIAN*
*P.O. Box 397*
*454 Craigville Beach Rd.*
*W. Hyannisport MA. 02672*
*Martin M. Surabian*
*Richard Surabian*
*Steven Surabian*

Provide your office and home telephone no.

OFFICE: *508-688 4613*

HOME: *508-771 5011*

Taxpayer I.D. Number (Social Security No.)
*019 16 9970*

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of        $_____
      b.    I owe the Broker a Debit (Dr.) Balance of        $_____

    c.    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.    $_____

    d.    If balance is zero, insert "None."    _*NoNe*___

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | *YES* | |
| b. | I owe the Broker securities | | *No* |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | *SEE Attached 3 Pg. Sheet* | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation.  You should also provide all documentation or**

502180406

2

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | *No* |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | *No* |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | *No* |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | *No* |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | *No* |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | *No* |

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.                          _____    *No*

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form: *Steven Surabian*
        *1230 Rt 28 S. Yarmouth Ma. 02664*

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**
                                          *DIED*

Date *2-4-09*          Signature *Martin M. Surabian*
Date *2-4-09*          Signature *Richard Surabian*
     *2-4-09*                    *Ann Surabian*
(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Alice V. Surabian
Martin M. Surabian
Richard Surabian
Steven Surabian
Taxpayer I.D. Number
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

Number of Shares or
Face Amount of Bonds

| Date of Transaction (trade date) | Name of Security | The broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| 10/91 | Applied Materials | 3,000 | |
| 06/93 | Amgen Inc | 350 | |
| 10/91 | Analog Devices Inc | 1,000 | |
| 10/92 | Agco Corp | 600 | |
| 03/92 | Apache Corp | 250 | |
| 12/91 | Best Buy | 2,500 | |
| 06/92 | Best Buy | 1,000 | |
| 04/92 | BJ Services Corp | 1,000 | |
| 12/91 | Bank of New York Mellon Corp | 500 | |
| 08/92 | Brown & Brown | 1,500 | |
| 12/91 | Caterpillar Inc | 250 | |
| 07/91 | Colgate-Palmolive Co | 150 | |
| 11/91 | Clorox Co | 150 | |
| 10/91 | Cisco Systems | 4,000 | |
| 10/93 | Dell | 4,000 | |
| 05/92 | EMC Corp | 4,000 | |
| 09/91 | General Dynamics | 250 | |
| 08/91 | Home Depot Inc | 250 | |
| 12/91 | Harley-Davidson Inc | 1,000 | |

Alice V. Surabian
Martin M. Surabian
Richard Surabian
Steven Surabian
Taxpayer I.D. Number
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

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The broker Owes Me (Long) | I Owe the Broker (Short) |
| 03/92 | Hess Corp | 100 | |
| 08/92 | Honda Motor Co Ltd | 250 | |
| 11/91 | Hovnanian Enterprises Inc | 400 | |
| 11/91 | Hewlett Packard | 200 | |
| 11/91 | Intel Corp | 1,500 | |
| 09/93 | International Business Machine | 100 | |
| 08/93 | Johnson & Johnson | 150 | |
| 09/92 | K B Homes | 250 | |
| 08/93 | Lowes Co Inc | 200 | |
| 10/91 | Mc Graw Hill Publishing | 250 | |
| 10/92 | Mo Hawk Industries | 250 | |
| 08/92 | Men's Wearhouse  Inc | 500 | |
| 07/91 | Nike Inc | 300 | |
| 08/91 | Oracle Corp | 5,000 | |
| 02/92 | Pfizer Inc | 400 | |
| 11/91 | Procter & Gamble | 150 | |
| 01/94 | Star Bucks | 1,500 | |
| 04/93 | Sunoco Inc | 100 | |
| 10/92 | Symantec Corp | 2,000 | |

Alice V. Surabian
Martin M. Surabian
Richard Surabian
Steven Surabian
Taxpayer I.D. Number
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

| Date of Transaction (trade date) | Name of Security | The broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| 01/94 | Molson Coors Brewing | 200 | |
| 12/91 | Target  Corp | 400 | |
| 11/91 | Toll Brothers | 1,000 | |
| 12/91 | Texas Instruments | 750 | |
| 06/92 | Walgreen Co | 400 | |
| 04/92 | Exxon | 100 | |

In the Summer of 1991 four accounts were open with Madoff Securities, with each account to mirror each other.
The accounts were in the names of:

1. Richard Surabian
2. Steven Surabian
3. Martin M. Surabian, Alice V. Surabian, Richard Surabian and Steven Surabian
4. Alice V. Surabian, Martin M. Surabian, Richard Surabian and Steven Surabian


Nothing was ever sold or any money ever taking out.
Our four statements reflected our deposits and purchases of securities and showed great return.
So in 1992 we opened three more accounts:
One in the name of Stephanie LaFlash and Steven Surabian. Stephanie was Steve Surabian's daughter who did
later change her name to Stephanie LaFlash-Surabian. The other two accounts will be half of value of
Stephanie's. These accounts were in the names of Erik M. Surabian and Richard Surabian and the last account
was in the name of Kristen E. Surabian and Richard Surabian.
Again no money was never taking out nor were any securities sold.
Everything matched the statements.
In the Spring of 2006 we informed Madoff we wanted to start to cash out everything. After which the statements
stopped, we then realized we have been taking.
We had long since discarded or lost track of the original paperwork plus we have had several burglaries at our
business and home and we now believe these papers may have been taken during these burglaries.
We knew if we just waited things will come back on Madoff as they always do to people who brings harm to us
or our families which now Madoff and his culprits have been exposed.

ALICE V. SURABIAN          25% Ownership
Died

MARTIN M. SURABIAN         25% Ownership
P.O. Box 397               508-771 5011
W. Hyannisport MA.
        02672

Richard SURABIAN          25% ownership
P.O. Box 397              508-771.5011
W. Hyannisport MA.
        02672

STEVEN SURABIAN            25% ownership
1230 Rt 28                 508-688 4613
S. Yarmouth MA.
        02664

Martin M. Surabian
Richard Surabian
Steven Surabian

Sunabian
P.O. Box 397
W. Hyannisport
MA 02672





Irving H. Picard, ESQ.,
Trustee for Bernard L Madoff
Investments Securities LLC
Claims Processing Center
2100 McKinney Ave Suite 800
Dallas, TX 75201

RETURN RECEIPT
REQUESTED