# EXHIBIT A

# (Part 2)

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York
Claim Number:    **001949**

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

RECEIVED

FEB 09 2009

PLACE MAILING LABEL HERE

*Richard Surabian*
*P.o. Box 397*
*454 Craigville Beach Rd.*
*W. Hyannisport Ma.*
*02672*

Provide your office and home telephone no.

OFFICE: *508-688 4613*

HOME: *508-771 5011*

Taxpayer I.D. Number (Social Security No.)
*015 38 0624*

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
       a.    The Broker owes me a Credit (Cr.) Balance of          $_____
       b.    I owe the Broker a Debit (Dr.) Balance of             $_____

502180406                                    1

c.   If you wish to repay the Debit Balance,
     please insert the amount you wish to repay and
     attach a check payable to "Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC."
     If you wish to make a payment, **it must be enclosed**
     with this claim form.                                    $_____

d.   If balance is zero, insert "None."                        _*NONE*_

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|-----|-----|
| a. | The Broker owes me securities | *YES* | |
| b. | I owe the Broker securities | | *No* |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | *SEE Attached 3pg. List* | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation.  You should also provide all documentation or**

502180406                                    2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | *No* |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | *No* |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | *No* |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | *No* |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | *No* |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | *No* |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if                                    *No*
      so, give name of that broker.              _____      _____

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form: *STEVEN SURABIAN* _____
      *1230 Rt28 S. YARMOUTH  MA. 02664* _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date *2-4-09* _____    Signature *Richard Surabian* _____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



Richard Surabian
Taxpayer I.D. Number
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

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The broker Owes Me (Long) | I Owe the Broker (Short) |
| 10/91 | Applied Materials | 3,000 | |
| 06/93 | Amgen Inc | 350 | |
| 10/91 | Analog Devices Inc | 1,000 | |
| 10/92 | Agco Corp | 600 | |
| 03/92 | Apache Corp | 250 | |
| 12/91 | Best Buy | 2,500 | |
| 06/92 | Best Buy | 1,000 | |
| 04/92 | BJ Services Corp | 1,000 | |
| 12/91 | Bank of New York Mellon Corp | 500 | |
| 08/92 | Brown & Brown | 1,500 | |
| 12/91 | Caterpillar Inc | 250 | |
| 07/91 | Colgate-Palmolive Co | 150 | |
| 11/91 | Clorox Co | 150 | |
| 10/91 | Cisco Systems | 4,000 | |
| 10/93 | Dell | 4,000 | |
| 05/92 | EMC Corp | 4,000 | |
| 09/91 | General Dynamics | 250 | |
| 08/91 | Home Depot Inc | 250 | |
| 12/91 | Harley-Davidson Inc | 1,000 | |

Richard Surabian
Taxpayer I.D. Number
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

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The broker Owes Me (Long) | I Owe the Broker (Short) |
| 03/92 | Hess Corp | 100 | |
| 08/92 | Honda Motor Co Ltd | 250 | |
| 11/91 | Hovnanian Enterprises Inc | 400 | |
| 11/91 | Hewlett Packard | 200 | |
| 11/91 | Intel Corp | 1,500 | |
| 09/93 | International Business Machine | 100 | |
| 08/93 | Johnson & Johnson | 150 | |
| 09/92 | K B Homes | 250 | |
| 08/93 | Lowes Co Inc | 200 | |
| 10/91 | Mc Graw Hill Publishing | 250 | |
| 10/92 | Mo Hawk Industries | 250 | |
| 08/92 | Men's Wearhouse  Inc | 500 | |
| 07/91 | Nike Inc | 300 | |
| 08/91 | Oracle Corp | 5,000 | |
| 02/92 | Pfizer Inc | 400 | |
| 11/91 | Procter & Gamble | 150 | |
| 01/94 | Star Bucks | 1,500 | |
| 04/93 | Sunoco Inc | 100 | |
| 10/92 | Symantec Corp | 2,000 | |

Richard Surabian
Taxpayer I.D. Number
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

|  | | Number of Shares or<br>Face Amount of Bonds | |
|---|---|---|---|
| Date of<br>Transaction<br>(trade date) | Name of Security | The broker<br>Owes Me<br>(Long) | I Owe<br>the Broker<br>(Short) |
| 01/94 | Molson Coors Brewing | 200 | |
| 12/91 | Target  Corp | 400 | |
| 11/91 | Toll Brothers | 1,000 | |
| 12/91 | Texas Instruments | 750 | |
| 06/92 | Walgreen Co | 400 | |
| 04/92 | Exxon | 100 | |

In the Summer of 1991 four accounts were open with Madoff Securities, with each account to mirror each other.
The accounts were in the names of:
1.  Richard Surabian
2.  Steven Surabian
3.  Martin M. Surabian, Alice V. Surabian, Richard Surabian and Steven Surabian
4.  Alice V. Surabian, Martin M. Surabian, Richard Surabian and Steven Surabian


Nothing was ever sold or any money ever taking out.
Our four statements reflected our deposits and purchases of securities and showed great return.
So in 1992 we opened three more accounts:
One in the name of Stephanie LaFlash and Steven Surabian. Stephanie was Steve Surabian's daughter who did
later change her name to Stephanie LaFlash-Surabian. The other two accounts will be half of value of
Stephanie's. These accounts were in the names of Erik M. Surabian and Richard Surabian and the last account
was in the name of Kristen E. Surabian and Richard Surabian.
Again no money was never taking out nor were any securities sold.
Everything mached the statements.
In the Spring of 2006 we informed Madoff we wanted to start to cash out everything. After which the statements
stopped, we then realized we have been taking.
We had long since discarded or lost track of the original paperwork plus we have had several burglaries at our
business and home and we now believe these papers may have been taken during these burglaries.
We knew if we just waited things will come back on Madoff as they always do to people who brings harm to us
or our families which now Madoff and his culprits have been exposed.

Richard Surabian
P.O. Box 397
W. Hyannisport MA
02672



CERTIFIED MAIL™

7007 2680 0002 8173 7998



U.S. POSTAGE
PAID
SOUTH YARMOUTH.MA
02664
FEB 24 '09
AMOUNT
$5.90
0000    75201    00068960-07

Irving H. Picard, ESQ.;
Trustee For Bernard L. Madoff
Investments & Securities LLC
Claims Processing Center
2100 McKinney Ave  Suite 800
Dallas, TX, 75201

RETURN RECEIPT
REQUESTED

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York
Claim Number:                    **002185**

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

**RECEIVED**

FEB 1 3 2009

PLACE MAILING LABEL HERE

*ERIK M. SURABIAN*
*RICHARD SURABIAN*
*526 White PLAINS Rd*
*WEBSTER NH. 03303*

Provide your office and home telephone no.

OFFICE: *508-579 9834*

HOME: *508- 771 5011*

Taxpayer I.D. Number (Social Security No.)
*016 68 2116*

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008** :
       a.    The Broker owes me a Credit (Cr.) Balance of            $_____
       b.    I owe the Broker a Debit (Dr.) Balance of                $_____

502180406                                        1

    c.    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.    $_____

    d.    If balance is zero, insert "None."    *NONE*

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | *YES* | |
| b. | I owe the Broker securities | | *NO* |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | *SEE ATTACHED 2 Pg. Sheets* | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:**    **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. |  | *No* |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | *No* |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | *No* |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) |  | *No* |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | *No* |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. |  | *No* |

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if               _____        *No*
        so, give name of that broker.

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form: *Steven Surabian*
        *1230 Rt 28 S. Yarmouth Ma. 02664*

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

X Date *Feb 2, 09*          Signature _____

  Date *Feb 2, 09*          Signature *Richard Surabian*

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

OWNERSHIP

ERIK M. SURABIAN
526 White PLAINS Rd
Webster N.H. 03303

$50\%$

OWNERShip

Richard SURABIAN
P.O. Box 397
454 CRAIGVILLE BEACH Rd.
W. Hyannisport MA. 02672

$50\%$

Richard Aurabian

Erik M. Surabian
Richard Surabian
Taxpayer I.D. Number
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

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The broker Owes Me (Long) | I Owe the Broker (Short) |
| 10/93 | Apple Inc | 150 | |
| 06/93 | Amgen Inc | 175 | |
| 10/92 | Agco Corp | 300 | |
| 03/92 | Apache Corp | 125 | |
| 06/92 | Best Buy | 500 | |
| 04/92 | BJ Services Corp | 500 | |
| 08/92 | Brown & Brown | 750 | |
| 10/93 | Dell | 2,000 | |
| 05/92 | EMC Corp | 2,000 | |
| 03/92 | Hess Corp | 50 | |
| 08/92 | Honda Motor Co Ltd | 125 | |
| 09/93 | International Business Machine | 150 | |
| 08/93 | Johnson & Johnson | 125 | |
| 09/92 | K B Homes | 125 | |
| 08/93 | Lowes Co Inc | 100 | |
| 10/92 | Mo Hawk Industries | 125 | |
| 08/92 | Men's Wearhouse  Inc | 125 | |
| 12/93 | Nike Inc | 125 | |
| 02/93 | Pfizer Inc | 200 | |

Erik M. Surabian
Richard Surabian
Taxpayer I.D. Number
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

| Date of Transaction (trade date) | Name of Security | The broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| 01/94 | Star Bucks | 750 | |
| 04/93 | Sunoco Inc | 50 | |
| 10/92 | Symantec Corp | 1,000 | |
| 01/94 | Molson Coors Brewing | 100 | |
| 06/92 | Walgreen Co | 200 | |
| 04/92 | Exxon | 50 | |

Number of Shares or Face Amount of Bonds

In the Summer of 1991 four accounts were open with Madoff Securities, with each account to mirror each other. The accounts were in the names of:

1.  Richard Surabian
2.  Steven Surabian
3.  Martin M. Surabian, Alice V. Surabian, Richard Surabian and Steven Surabian
4.  Alice V. Surabian, Martin M. Surabian, Richard Surabian and Steven Surabian

Nothing was ever sold or any money ever taking out.
Our four statements reflected our deposits and purchases of securities and showed great return.
So in 1992 we opened three more accounts:
One in the name of Stephanie LaFlash and Steven Surabian. Stephanie was Steve Surabian's daughter who did later change her name to Stephanie LaFlash-Surabian. The other two accounts will be half of value of Stephanie's. These accounts were in the names of Erik M. Surabian and Richard Surabian and the last account was in the name of Kristen E. Surabian and Richard Surabian.
Again no money was never taking out nor were any securities sold.
Everything matched the statements.
In the Spring of 2006 we informed Madoff we wanted to start to cash out everything. After which the statements stopped, we then realized we have been taking.
We had long since discarded or lost track of the original paperwork plus we have had several burglaries at our business and home and we now believe these papers may have been taken during these burglaries.
We knew if we just waited things will come back on Madoff as they always do to people who brings harm to us or our families which now Madoff and his culprits have been exposed.

SUBABIAN
P.O. Box 397
W. HYANNISPORT
MA 02672



CERTIFIED MAIL™

7007 2680 0002 8173 8049



U.S. POSTAGE
PAID
WEST HYANNISPOR. M.
02672
FEB 10 '09
AMOUNT
$5.90
0000    75201    00050121-04

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff
Investments Securities LLC
Claims Processing Center
2100 McKinney Ave Suite 800
Dallas, TX 75201

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York
Claim Number:

**002186**

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**RECEIVED**

**DECEMBER 11, 2008**

FEB 1 3 2009

PLACE MAILING LABEL HERE

*Kristen E. Surabian*
*Richard Surabian*
*526 White Plains Rd*
*Webster NH, 03303*

Provide your office and home telephone no.

OFFICE: *508-579 9834*

HOME: *508-771 5011*

Taxpayer I.D. Number (Social Security No.)
*016 72 7112*

(If incorrect, please change)

**NOTE:**    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
   a.    The Broker owes me a Credit (Cr.) Balance of          $_____
   b.    I owe the Broker a Debit (Dr.) Balance of            $_____

502180406                                    1

c.   If you wish to repay the Debit Balance,

     please insert the amount you wish to repay and

     attach a check payable to "Irving H. Picard, Esq.,

     Trustee for Bernard L. Madoff Investment Securities LLC."

     If you wish to make a payment, **it must be enclosed**

     with this claim form.                                    $_____

d.   If balance is zero, insert "None."                        *NONE*

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | *YES* | |
| b. | I owe the Broker securities | | *No* |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| _____ | *SEE Attached 2 pg. Sheets* | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.    IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | No |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | No |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | No |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? if so, give name(s) | | No |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | No |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | No |

502180406

3

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  if                         _____   *NO*
     so, give name of that broker.

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form: *Steven Surabian*
     *1230 Rt 28 S. Yarmouth MA. 02664*

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

XDate *Feb 2, 09*       Signature *Steven Surabian*

Date *Feb 2, 09*        Signature *Richard Surabian*

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

KRISTEN E. SURABIAN          OWNERShip
526 WhitePLAINS Rd.          50%
Webster N.H. 03303

RichARd SuRABIAN            OWNERShip
P.O. Box 397               50%
454 CRAigville Beach Rd.
W. HyANNisport MA. 02672

Richard Aurabian

Kristen E. Surabian
Richard Surabian
Taxpayer I.D. Number
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

|                                              |                                | Number of Shares or Face Amount of Bonds | |
| -------------------------------------------- | ------------------------------ | ---------------------------------------- | ----------------------------- |
| Date of Transaction (trade date)             | Name of Security               | The broker Owes Me (Long)                | I Owe the Broker (Short)      |
| 10/93                                        | Apple Inc                      | 150                                      |                               |
| 06/93                                        | Amgen Inc                      | 175                                      |                               |
| 10/92                                        | Agco Corp                      | 300                                      |                               |
| 03/92                                        | Apache Corp                    | 125                                      |                               |
| 06/92                                        | Best Buy                       | 500                                      |                               |
| 04/92                                        | BJ Services Corp               | 500                                      |                               |
| 08/92                                        | Brown & Brown                  | 750                                      |                               |
| 10/93                                        | Dell                           | 2,000                                    |                               |
| 05/92                                        | EMC Corp                       | 2,000                                    |                               |
| 03/92                                        | Hess Corp                      | 50                                       |                               |
| 08/92                                        | Honda Motor Co Ltd             | 125                                      |                               |
| 09/93                                        | International Business Machine | 150                                      |                               |
| 08/93                                        | Johnson & Johnson              | 125                                      |                               |
| 09/92                                        | K B Homes                      | 125                                      |                               |
| 08/93                                        | Lowes Co Inc                   | 100                                      |                               |
| 10/92                                        | Mo Hawk Industries             | 125                                      |                               |
| 08/92                                        | Men's Wearhouse  Inc           | 125                                      |                               |
| 12/93                                        | Nike Inc                       | 125                                      |                               |
| 02/93                                        | Pfizer Inc                     | 200                                      |                               |

Kristen E. Surabian
Richard Surabian
Taxpayer I.D. Number
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

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The broker Owes Me (Long) | I Owe the Broker (Short) |
| 01/94 | Star Bucks | 750 | |
| 04/93 | Sunoco Inc | 50 | |
| 10/92 | Symantec Corp | 1,000 | |
| 01/94 | Molson Coors Brewing | 100 | |
| 06/92 | Walgreen Co | 200 | |
| 04/92 | Exxon | 50 | |

In the Summer of 1991 four accounts were open with Madoff Securities, with each account to mirror each other. The accounts were in the names of:

1. Richard Surabian
2. Steven Surabian
3. Martin M. Surabian, Alice V. Surabian, Richard Surabian and Steven Surabian
4. Alice V. Surabian, Martin M. Surabian, Richard Surabian and Steven Surabian

Nothing was ever sold or any money ever taking out.

Our four statements reflected our deposits and purchases of securities and showed great return.

So in 1992 we opened three more accounts:

One in the name of Stephanie LaFlash and Steven Surabian. Stephanie was Steve Surabian's daughter who did later change her name to Stephanie LaFlash-Surabian. The other two accounts will be half of value of Stephanie's. These accounts were in the names of Erik M. Surabian and Richard Surabian and the last account was in the name of Kristen E. Surabian and Richard Surabian.

Again no money was never taking out nor were any securities sold.

Everything matched the statements.

In the Spring of 2006 we informed Madoff we wanted to start to cash out everything. After which the statements stopped, we then realized we have been taking.

We had long since discarded or lost track of the original paperwork plus we have had several burglaries at our business and home and we now believe these papers may have been taken during these burglaries.

We knew if we just waited things will come back on Madoff as they always do to people who brings harm to us or our families which now Madoff and his culprits have been exposed.

SunAbin
P.O. Box 397
W Hyannisport
MA 02672



CERTIFIED MAIL

7007 2680 0002 8173 8056



U.S. POSTAGE
PAID
WEST HYANNISPOR.MA
02672
FEB 10 09
AMOUNT
$5.90
UNITED STATES
POSTAL SERVICE
0000    75201    00050121-04

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff
Investments Securities LLC
Claims Processing Center
2100 McKinney Ave Suite 800
Dallas, TX 75201

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:          **003367**

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

RECEIVED

FEB 23 2009

In Liquidation

### DECEMBER 11, 2008

PLACE MAILING LABEL HERE

*MARTIN M. SURABIAN*
*ALICE V. SURABIAN*
*IN TRUST FOR*
*KARAN TALIN SURABIAN*
*GREGORY SURABIAN*
*ERIK M. SURABIAN*
*KRISTEN E. SURABIAN*
*STEPHANIE LAFLASH-SURABIAN*
*P.O. BOX 397*
*WEST HYANNISPORT MA. 02672*

(If incorrect, please change)

Provide your office and home telephone no.

OFFICE: *508-688 4613*

HOME: *508-771 5011*

Taxpayer I.D. Number (Social Security No.)
*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*

**NOTE:**   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.      Claim for money balances as of **December 11, 2008** :
        a.      The Broker owes me a Credit (Cr.) Balance of          $_____
        b.      I owe the Broker a Debit (Dr.) Balance of              $_____

502180406

c.    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                                                              $_____

d.    If balance is zero, insert "None."                               *NONE*

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.    The Broker owes me securities | *YES* | |
| b.    I owe the Broker securities | | *NO* |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | *SEE Attached 2 pg. Sheet* | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation.  You should also provide all documentation or**

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | *No* |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | *No* |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | *No* |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | *No* |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | *No* |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | *No* |

9.  Have you or any member of your family
    ever filed a claim under the Securities
    Investor Protection Act of 1970? if                          *No*
    so, give name of that broker.                    _____

    Please list the full name and address of anyone assisting you in the
    preparation of this claim form: *Steven Surabian*
    *1230 Rt 28 South Yarmouth MA. 02664*                              .

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _*Feb. 19-2009*_    Signature *Martin M. Surabian*

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Martin M. Surabian
Alice V. Surabian
In Trust For
Karan Talin Surabian
Gregory Surabian
Eric M. Surabian
Kristen E. Surabian
Stephanie LaFlash-Surabian
Taxpayer I.D. Number
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

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The broker Owes Me (Long) | I Owe the Broker (Short) |
| 10/93 | Apple Inc | 1,000 | |
| 06/93 | Amgen Inc | 1,000 | |
| 10/92 | Agco Corp | 1,800 | |
| 03/92 | Apache Corp | 750 | |
| 06/92 | Best Buy | 2,500 | |
| 04/92 | BJ Services Corp | 2,500 | |
| 08/92 | Brown & Brown | 5,000 | |
| 10/93 | Dell | 10,000 | |
| 05/92 | EMC Corp | 8,000 | |
| 03/92 | Hess Corp | 500 | |
| 08/92 | Honda Motor Co Ltd | 500 | |
| 09/93 | International Business Machine | 500 | |
| 08/93 | Johnson & Johnson | 1,000 | |
| 09/92 | K B Homes | 500 | |
| 08/93 | Lowes Co Inc | 500 | |
| 10/92 | Mo Hawk Industries | 600 | |

Martin M. Surabian
Alice V. Surabian
In Trust For
Karan Talin Surabian
Gregory Surabian
Eric M. Surabian
Kristen E. Surabian
Stephanie LaFlash-Surabian
Taxpayer I.D. Number
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

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The broker Owes Me (Long) | I Owe the Broker (Short) |
| 08/92 | Men's Wearhouse  Inc | 750 | |
| 12/93 | Nike Inc | 750 | |
| 02/93 | Pfizer Inc | 1,000 | |
| 01/94 | Star Bucks | 3,000 | |
| 04/93 | Sunoco Inc | 500 | |
| 10/92 | Symantec Corp | 5,000 | |
| 01/94 | Molson Coors Brewing | 750 | |
| 06/92 | Walgreen Co | 1,000 | |
| 04/92 | Exxon | 250 | |

Martin M. Surabian
Alice V. Surabian
In Trust For
Karan Talin Surabian
Gregory Surabian
Eric M. Surabian
Kristen E. Surabian
Stephanie LaFlash-Surabian
Taxpayer I.D. Number
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

This account was opened in the spring of 1992 after opening several family accounts a year earlier. My grandchildren whom this account is in trust for don't know they have this account. Now I am afraid to tell them as they'll think I was a fool for putting all their inheritance in this one account. They'll be so disappointed in me if I can't recover the value.

Martin M. Surabian

*Martin M. Surabian*

Thursday, February 19, 2009

Martin M. Surabian
Alice V. Surabian
In Trust For
Karan Talin Surabian
Gregory Surabian
Eric M. Surabian
Kristen E. Surabian
Stephanie LaFlash-Surabian
Taxpayer I.D. Number
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

|  | % of interest |
|---|---|
| Martin M. Surabian<br>P.O. Box 397<br>West Hyannisport MA, 02672<br>Phone: 508-771-5011<br>Taxpayer I.D. Number<br>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 | 2% |
| Alice V. Surabian<br>Died July 2003 | 2% |
| Karan Talin Surabian<br>11604 Everglade CT.<br>North Potomac, MD 20878 | 16% |
| Gregory Surabian<br>11604 Everglade CT.<br>North Potomac, MD 20878 | 16% |
| Eric M. Surabian<br>526 White Plains Rd<br>Webster, NH 03303 | 16% |
| Kristen E. Surabian<br>526 White Plains Rd<br>Webster, NH 03303 | 16% |
| Stephanie LaFlash-Surabian<br>Died October 13, 2008 | 32% |

*Martin M. Surabian*

