# EXHIBIT E

## Powers, Tassie

**From:** Elliott, Chris
**Sent:** Wednesday, April 18, 2012 1:31 PM
**To:** Tolleson, Chad
**Subject:** FW: Steven Surabian

---

**From:** Bitman, Oleg
**Sent:** Tuesday, April 17, 2012 6:16 PM
**To:** Rose, Jorian L.
**Subject:** FW: Steven Surabian

Hi Jorian,

The transcription of my telephone call to Steven Surabian at 6:10 PM on April 17th, 2012:

"Good afternoon Mr. Surabian,

My name is Oleg Bitman, I am a paralegal calling from Baker & Hostetler LLP. I am calling to advise you that as per the Court's request, the Hearing on the Omnibus Claims Objections has been adjourned from tomorrow, Wednesday April 18th at 10:00 to Thursday, April 19th at 10:00 before the Honorable Burton R. Lifland."

Mr. Surabian thanked me for the notice and noted that he will most likely not be able to attend the hearing.

Jorian, please let me know if I could be of any further assistance.

Thank you,
Oleg

---

**From:** Rose, Jorian L.
**Sent:** Tuesday, April 17, 2012 6:00 PM
**To:** Bitman, Oleg
**Subject:**

Steven Surabian

508 688 4613



| My Bio | Web site | V-card |
|---|---|---|
| T 212.589.4681<br>F 212.589.4201<br>www.bakerlaw.com | **Jorian Rose**<br>jrose@bakerlaw.com<br><br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111 | |

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.