

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

FEBRUARY 26, 2013

NOTICE OF MOTION FOR OBJECTION TO THIRD ALLOCATION OF
  PROPERTY TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING
    THIRD INTERIM DISTRIBUTION TO CUSTOMERS


I DAVID GROSS AND IRMA GROSS ACCOUNT NUMBER 1-CM404-3-0

   OBJECTION TO UNITED STATES BANKRUPTCY COURT
  PERTAINING TO ADV.PRO. NO 08-01789 (BRL)
   SIPA LIQUIDATION    -- ( SUBSTANTIVELY CONSOLIDATE)

 IN REFERENCE OF 08-01789-BRL  DOC 5230-2 FILED 02/13/13
    ENTERED 02/13/13  16:03:29 NOTICE OF MOTION PG 1 OF THREE

ENCLOSED ARE COPIES OF DOCUMENTS PERTAINING TO DAVID GROSS AND IRMA GROSS
SUBMITTED TO ME FROM THE TRUSTEE IRVING H. PICARD. WHICH I
HAVE TOTAL OBJECTION TO. THE PEOPLE INVOLVED WITH THIS ACCOUNT
WAS OR IS STILL A PARTNER OF BERNARD MADOFF. MAURICE COHN REPRESENT
COHMAD WHO OVERSEERED MY INVESTMENTS ORIGINALLY FROM DAY ONE
AS A COHMAD ACCOUNT.

ESPECIALLY, REFERENCED TO AN ACCOUNT NUMBER THAT I AM NOT FAMILIAR
WITH AND HAVE NO RECORD OF.1CM05130
MAURICE COHN
UNFORTUNATELY THE TRUSTEE IS AWARE OF COHMAD AND IT"S REPRESENTATIVES
LOOKING TOWARD RECAPTURE OF IMPROPER RECORDS AND FUNDS. AT NO TIME HAS
THE TRUSTEE FULLY RESEARCHED THE ORIGINAL HISTORY OF  (CM ) COHMAD ACCOUNT
HOLDERS. THERE IS NO WAY, I DAVID GROSS HAVE BEEN GIVEN THE
OPPORTUNITY TO HAVE THE RECORDS OF COHMAD AND BLMIS MADE AVAILABLE
TO DAVID GROSS AND IRMA GROSS. THE ONLY OPPORTUNITY WOULD BE
A CRIMINAL  JUSTICE ACTION INDICATING THAT COHMAD PRINCIPLES AND
PARTNERS WERE AS RESPONSIBLE AS MR. MADOFF. FOR YEARS COHMAD ADVISE
ME WHAT TO REPORT TO THE INTERNAL REVENUE FOR INCOME

(NOT BLMIS REFERENCE TO MY REMARKS THE ONLY PEOPLE WHO MAY GIVE
 LIGHT FOR AN ACCOUNTING OF MY INVESTMENTS WITH COHMAD.
MAY BE ABLE TO ANSWER THE QUESTION TO THE HANDLING OF MY
INVESTMENTS IS RICHARD SPRING. MAURICE COHN AND LAWRENCE BELL CPA

I AM FORWARDING A COPY OF MY OBJECTIONS AS INDICATED
   COHMAD   PRINCIPLE  IS MAURICE COHN AND THE PARTNER OF
       COHMAD WAS BERNARD L MADOFF WHO TOGETHER RAN THE BUSINESS.

DAVID GROSS 7248 BALLANTRAE CT. BOCA RATON FL. 33496
    561 483 4543    --- 516 263 3642



David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

FEBRUARY 24 2013

EXHIBIT #1 NOTICE OF TRUSTEE's DETERMINATION OF CLAIM
    WHEN I RECIEVED THIS NOTICE I OBJECTED TO TO THESE NUMBERS

EXHIBIT #2 WAS THE RESPONSE SENT TO ME
    NOTICE OF TRUSTEE'S REVISED DETERMINATION OF CLAIM

EXHIBIT #3 IS A COPY A MONTHLY STATEMENT OF WHICH I RECIEVED A COPY
    OF THAT WAS SENT DIRECTLY TO SOSNICK AND BELL CPA FOR
    ANYLIZING THE TRANSACTIONS FOR THIS ACCOUNT.
    DAVID GROSS AND IRMA GROSS ACCOUNT NUMBER 1-CM404-3-0

EXHIBIT #4  IS A COPY OF SOSNICK & BELL ANALYSIS OF THE YEARLY
    REVIEW SHOWING WHAT MY YEARLY GAIN WAS TO REPORT ON
    MY INCOME TAX   FOR YOUR REVIEW

   THE TRUSTEE CLAIMS MY STATEMENTS WERE NOT TRUE, THEN HOW CAN I RELY
   ON THE TRUSTEES NUMBERS TO BE TRUE. THERE IS A REFERENCE TO AN
   1CM05130 OF WHICH I NEVER SAW A STATEMENT PERTAINING TO DAVID GROSS
   AND IRMA GROSS WITH THE NUMBERS 1CM05130. (LOOK AT EXHIBIT #2 )

   WHEN MY ACCOUNTANT LAWRENCE BELL OF SOSNICK AND BELL WHO WAS REFERRED
   TO ME BY BERNARD L. MADOFF INVESTMENT SECURITIES LLC ADVISED ME
   ABOUT THE TAXES I HAD TO PAY . AT THIS TIME WE DID ESTIMATED TAXES
   AND AT TIMES IT WAS SENT DIRECT TO THE  INTERNAL REVENUE.ACCORDING TO
   THE YEARLY REPORTS I SENT EACH YEAR HUNDREDS OF THOUSANDS OF DOLLARS
   FOR FEDERAL TAXES AND NEW YORK STAT TAXES.
   THE NUMBERS ON THE TRUSTEES IDENTIFYING MONIES I BENEFITED BY DOES NOT
   MATCH UP OR SHOW ON THE MONTHLY STATEMENTS WITH DRAWN.

#5   UPON REVIEWING THE ABOVE INFORMATION SUPPLIED BY THE TRUSTEE I FEEL
     THEY HAVE NO RIGHT TO DENY ME MY CLAIM BECAUSE THEY ARE NOT
     REVEALING THE COMPLETE HISTORY.
      I DAVID GROSS AND IRMA GROSS ACCOUNT WAS STARTED MANY YEARS BEFORE 1994
     AS INDICATED BY THE TRUSTEE. THE ORIGINAL INVESTMENTS WAS MADE WITH
     COHMAD ( MAURICE COHN  AND RICHARD SPRING ) AT THE TIME  COHMAD
     ADVISED ME AS TO WHAT TO REPORT TO THE INTERNAL REVENUE. IT WAS UNTIL
     YEARS LATER THAT MR. SPRING ADVISED ME THAT THEY WILL BE SETTING UP
     I DIRECT ACCOUNT WITH BERNARD L. MADOFF SECURITIES AND IT WILL BE
     AS PREVIOUS BECAUSE THE ACCOUNT NUMBER INDICATED 1-CM404-3-0
     A COHMAD ACCOUNT AND IN THIS MANNER RICHARD SPRING WAS COMPENSATED
     FOR MY BEING HIS ACCOUNT REPRESENTATIVE

     AT ALL TIME , ALL MY DEALINGS WITH MY INVESTMENTS WAS WITH COHMAD
     WHO SUPPOSINGLY DID A DUE DILIGENCE JOB BY LOOKING OUT FOR THEIR
     COHMAD CLIENTS. THE TRUSTEE REPRESENTS THE INVESTER AND ANY RECOVERY
     MADE FROM COHMAD SHOULD BE DISTRIBUED WITH A COHMAD ACCOUNT,

    I DAVID GROSS OBJECT TO ANY DISTRIBUTIONS, UNLESS DAVID GROSS AND
    IRMA GROSS ACCOUNT 1-CM404-3-0  IS INCLUDED AND SHOULD BE ENTITLED
    TOO.