

PAGE 2

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

REFERENCE  DAVID GROSS     ACCOUNT 1-CM302-3-0 -- RETIREMENT ACCOUNT

BERNARD L. MADOFF SECUITIES   LLC  FOR ACCOUNT NTC & CO.

I WAS INFORMED BY THE COHMAD REPRESENTATIVE THAT I WOULD DO MUCH
BETTER ON INVESTMENTS IF I SET UP MY RETIREMENT ACCOUNT
THROUGH THEM.
AT THIS TIME I OPENED AN ACCOUNT WITH RETIREMENT ACCOUNTS & CO
ENCLOSED IS A COPY INDICATING AN ACCOUNT.
RETIREMENT ACCOUNT SHOW THEY HAD IN NAME KAUFMANN FUND AND AMOUNT OF SHARES.

I COPY OF RETIREMENT ACCOUNT INC IRA DISTRIBUTION.
A COPY OF A CHECK TO RETIREMENT ACCTS FROM MADOFF


I DAVID GROSS HAD SECURITIES IN DIFFERENT ACCOUNTS AND REQUESTED THEH TO BE
TRANSFERRED TO RETIREMENT ACCOUNT.  WHEN SECURITIES WERE DELIVERED TO
RETIREMENT ACCOUNTS I ASSUMED MADOFF TRADED THEM. I AM NOT
SURE HOW IT WAS TURNED INTO CASH . I DAVID GROSS DID NOT SELL
THEM BUT GAVE PERMISSION TO RETIREMENT ACCOUNTS

RETIREMENT ACCOUNT NUMBER 019400910001

I AM ENCLOSING COPIES OF DOCUMENT PERTAINING TO MY RETIREMENT ACCOUNT
I SEE NO RECORD OF THE TRUSTEE INDICATING THAT I TOOK OUT ANY MONIES.
FROM MY RETIREMENT ACCOUNT.

 RETIREMENT ACCOUNT IS THE ACTUARY THE ONLY ONE WHO CAN IDENTIFY WHAT THEY TOLD
ME TO TAKE OUT FROM MY RETIREMENT ACCOUNT.
RETIREMENT ACCOUNTS OR THERE SUCCESSER HAD THE STATEMENTS FROM MADOFF ON ACOUNT
1-CM302-3-0 -THEY  HAVE THE NUMBERS I WAS TOLD TO PAY ONCE I REACHED THE
REQIURED AGE
THE ACTUARY SHOULD GIVE THE VALUE OF THIS ACCOUNT AND HOW THEY ARRIVED ON
ANY WITH DRAWALS.

ONCE AGAIN, THEIR IS NO REAL BASIS AS TO THE THE TRUSTEE OF BLMIS TO
DENY ME A DISTRIBUTION. I DAVID GROSS PERSONAALY AND FINANCIALLY
DID NOT BENEFIT PERSONNALY OTHER THAN IT GAVE ME THE ABILITY TO
PAY MY TAXES.



RECEIVED
MAR - 1 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK