**BERNARD L. MADOFF**
☐ MADF **INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.
DAVID GROSS
7248 BALLANTRAE COURT
BOCA RATON    FL   33496

YOUR ACCOUNT NUMBER: 1-CM302-4-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | |
| 10/12 | | 31 | 41784 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | |
| 10/12 | | 31 | 46110 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 55,211.00 |
| 10/19 | | 31 | 32215 | S & P 100 INDEX DECEMBER 430 CALL | 26 | |
| 10/19 | | 31 | 36540 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 93,031.00 |
| 10/19 | | 31 | 40865 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | |
| 10/19 | | 31 | 45190 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | 9,331.00 |
| | | | | NEW BALANCE | | |
| | | | | SECURITY POSITIONS | | |
| | 31 | | | S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | |
| | | 31 | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | |
| | | | | MARKET VALUE OF SECURITIES LONG 51,150.00 SHORT 72,230.00- | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NYC & CO.
DAVID GROSS
7248 BALLANTRAE COURT
BOCA RATON    FL    33496

YOUR ACCOUNT NUMBER: 1-CM302-3-0
PERIOD ENDING: 11/30/02
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 91,709.47 |
| 11/01/12 | 806 | | 2349 | WAL-MART STORES INC | 55.830 | 45,030.98 |
| 11/01/12 | 527 | | 2851 | INTERNATIONAL BUSINESS MACHS | 87.270 | 46,012.29 |
| 11/01/12 | 1,953 | | 6675 | EXXON MOBIL CORP | 72.880 | 142,412.64 |
| 11/01/12 | 2,139 | | 7177 | INTEL CORP | 14.510 | 31,121.89 |
| 11/01/12 | 1,023 | | 11503 | JOHNSON & JOHNSON | 59.580 | 60,990.34 |
| 11/01/12 | 1,395 | | 15829 | J.P. MORGAN CHASE & CO | 38.530 | 53,904.35 |
| 11/01/12 | 744 | | 20154 | COCA COLA CO | 44.660 | 33,256.04 |
| 11/01/12 | 434 | | 24480 | MCDONALDS CORP | 55.370 | 24,047.58 |
| 11/01/12 | 806 | | 28806 | MERCK & CO | 28.550 | 23,043.30 |
| 11/01/12 | 2,945 | | 33132 | MICROSOFT CORP | 21.810 | 64,347.45 |
| 11/01/12 | 1,488 | | 37458 | ORACLE CORPORATION | 17.300 | 25,801.40 |
| 11/01/12 | 589 | | 50436 | PEPSICO INC | 56.410 | 33,248.49 |
| 11/01/12 | 341 | | 50938 | APPLE INC | 100.780 | 34,378.98 |
| 11/01/12 | 2,511 | | 54762 | PFIZER INC | 16.940 | 42,636.34 |
| 11/01/12 | 589 | | 55264 | ABBOTT LABORATORIES | 54.610 | 32,188.29 |
| 11/01/12 | 1,116 | | 59088 | PROCTER & GAMBLE CO | 64.080 | 71,557.28 |
| 11/01/12 | 403 | | 59590 | AMGEN INC | 59.150 | 23,857.48 |
| 11/01/12 | 775 | | 63414 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 33,821.00 |
| 11/01/12 | 1,360 | | 63916 | BANK OF AMERICA | 21.590 | 40,231.40 |
| 11/01/12 | 620 | | 67740 | QUALCOMM INC | 33.770 | 20,961.40 |
| 11/01/12 | 2,015 | | 68242 | CITI GROUP INC | 12.510 | 25,287.65 |
| 11/01/12 | 465 | | 72066 | SCHLUMBERGER LTD | 49.480 | 23,025.20 |
| 11/01/12 | 1,116 | | 72568 | COMCAST CORP CL A | 16.510 | 18,469.15 |

CONTINUED ON PAGE 2

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.

DAVID GROSS
7248 BALLANTRAE COURT
BOCA RATON    FL  33496

YOUR ACCOUNT NUMBER: 1-CM302-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/12 | 2,201 | | 76392 | AT&T INC | 27 | 59,515.00 |
| 11/12 | 558 | | 76894 | CONOCOPHILLIPS | 52.510 | 29,322.58 |
| 11/12 | 372 | | 80718 | UNITED PARCEL SVC INC CLASS B | 52.040 | 19,372.88 |
| 11/12 | 2,263 | | 81220 | CISCO SYSTEMS INC | 16.730 | 37,949.99 |
| 11/12 | 651 | | 85044 | U S BANCORP | 29.530 | 19,250.03 |
| 11/12 | 775 | | 85546 | CHEVRON CORP | 73.430 | 56,939.25 |
| 11/12 | 372 | | 89370 | UNITED TECHNOLOGIES CORP | 53.160 | 19,789.52 |
| 11/12 | 3,937 | | 89872 | GENERAL ELECTRIC CO | 19.630 | 77,440.31 |
| 11/12 | 1,054 | | 93696 | VERIZON COMMUNICATIONS | 30.410 | 32,094.14 |
| 11/12 | 1,772 | | 94198 | GOOGLE | 337.400 | 32,381.20 |
| 11/12 | 93 | | 98022 | WELLS FARGO & CO NEW | 29.800 | 38,851.60 |
| 11/12 | 1,302 | | 98524 | HEWLETT PACKARD CO | 34.900 | 32,494.00 |
| 11/12 | 930 | | 20635 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | |
| 11/12 | | 1,400,000 | | 2/12/2009 | | |
| 11/12 | | | 15733 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | 1 | DIV |
| 11/12 | | 23,636 | 25102 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/19 | 12,568 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | 12,568.00 |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.

7248 BALLANTRAE COURT
BOCA RATON    FL    33496

YOUR ACCOUNT NUMBER: 1-CM302-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/19 | | 12,558 | 50358 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/19 | 100,000 | | 54994 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 99,926.00 |
| 11/19 | 5,520 | | 59398 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,520.00 |
| | | | | NEW BALANCE | | 178,323.69 |
| | | | | SECURITY POSITIONS | MKT PRICE | |
| | 2,201 | | | AT&T INC | 28.550 | |
| | 589 | | | ABBOTT LABORATORIES | 52.390 | |
| | 403 | | | AMGEN INC | 55.540 | |
| | 341 | | | APPLE INC | 92.670 | |
| | 1,860 | | | BANK OF AMERICA | 16.250 | |
| | 775 | | | CHEVRON CORP | 79.010 | |
| | 2,263 | | | CISCO SYSTEMS INC | 16.540 | |
| | 2,015 | | | CITI GROUP INC | 8.290 | |
| | 744 | | | COCA COLA CO | 46.870 | |
| | 1,116 | | | COMCAST CORP CL A | 17.340 | |
| | 558 | | | CONOCOPHILIPS | 52.520 | |
| | 1,953 | | | EXXON MOBIL CORP | 80.150 | |
| | 3,937 | | | GENERAL ELECTRIC CO | 17.170 | |

CONTINUED ON PAGE 4



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London
885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.
DAVID GROSS
7248 BALLANTRAE COURT   FL  33496
BOCA RATON

YOUR ACCOUNT NUMBER: 1-CM302-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NU: *******6253

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 93 | | | GOOGLE | 292.960 | |
| | 930 | | | HEWLETT PACKARD CO | 35.280 | |
| | 2,139 | | | INTEL CORP | 13.800 | |
| | 527 | | | INTERNATIONAL BUSINESS MACHS | 81.500 | |
| | 1,395 | | | J.P. MORGAN CHASE & CO | 31.660 | |
| | 1,023 | | | JOHNSON & JOHNSON | 58.580 | |
| | 434 | | | MCDONALDS CORP | 58.750 | |
| | 806 | | | MERCK & CO | 26.720 | |
| | 2,945 | | | MICROSOFT CORP | 20.220 | |
| | 1,488 | | | ORACLE CORPORATION | 16.090 | |
| | 589 | | | PEPSICO INC | 56.700 | |
| | 2,511 | | | PFIZER INC | 16.430 | |
| | 775 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | |
| | 1,116 | | | PROCTER & GAMBLE CO | 64.350 | |
| | 620 | | | QUALCOMM INC | 33.570 | |
| | 465 | | | SCHLUMBERGER LTD | 50.740 | |
| | 5,520 | | | FIDELITY SPARTAN | 1 | |
| | | | | U S TREASURY MONEY MARKET | | |
| | 551 | | | U S BANCORP | 26.980 | |
| | 372 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | |
| | 100,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | |
| | 372 | | | UNITED TECHNOLOGIES CORP | 48.530 | |

CONTINUED ON PAGE 5

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

685 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.

7243 BALLANTRAE COURT
DAVID GROSS
BOCA RATON    FL    33496

YOUR ACCOUNT NUMBER: 1-CM302-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
|  | 1,054 |  |  | VERIZON COMMUNICATIONS | 32.650 |  |
|  | 806 |  |  | WAL-MART STORES INC | 55.880 |  |
|  | 1,302 |  |  | WELLS FARGO & CO NEW | 28.890 |  |
|  |  |  |  | MARKET VALUE OF SECURITIES |  |  |
|  |  |  |  | LONG  1,471,297.99 |  |  |
|  |  |  |  | SHORT |  |  |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.
DAVID GROSS
7249 BALLANTRAE COURT
BOCA RATON  FL  33496

YEAR-TO-DATE SUMMARY
DIVIDENDS
GROSS PROCEEDS FROM SALES

YOUR ACCOUNT NUMBER: 1-CM302-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |