**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |

# ERRATA ORDER

**WHEREAS**, the Court has issued various orders (collectively, the "Interim Fee Orders") approving the applications of Irving H. Picard, trustee (the "Trustee") for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, Baker & Hostetler LLP ("B&H"), counsel to the Trustee, and various special counsel retained by the Trustee for allowance of compensation for services rendered and reimbursement of expenses; and

**WHEREAS**, the Court has been informed of errors in certain of the Interim Fee Orders; and

**WHEREAS**, the Court believes that it is beneficial to correct all of these errors in the Interim Fee Orders in one order so that the record herein is clear; and

**WHEREAS**, the corrections to the Interim Fee Orders set forth below do not affect the amount of compensation payable to the Trustee, B&H, or any of the Trustee's special counsel other than, with respect to SCA Creque, an additional $0.60 will be due and owing to that firm; it is hereby

**ORDERED** that:

1. The Order Approving Applications for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses, dated August 6, 2009 (the "First Interim Fee Order") (ECF No. 363), covering the period commencing December 15, 2008 through and including April 30, 2009, be changed as set forth in the attached Revised Exhibit A to First Interim Fee Order and as follows:

(a) Exhibit A, Attias & Levy, Special Counsel to the Trustee: change the *Interim Compensation Requested* and the *Interim Compensation Awarded* from "$14,475.32" to "$18,094.15"; and

(b) Exhibit A, Eugene F. Collins, Special Counsel to the Trustee: change the *Interim Compensation Requested* and the *Interim Compensation Awarded* from "$81,871.76" to "$102,339.69"; and

(c) Exhibit A, Lovells LLP, Special Counsel to the Trustee: change the *Interim Compensation Requested* and the *Interim Compensation Awarded* from "$749,540.65" to "$936,925.81"; and

(d) Exhibit A, Schiltz & Schiltz, Special Counsel to the Trustee: change the *Interim Compensation Requested* and the *Interim Compensation Awarded* from "$50,700.49" to "$63,375.60"; and

(e) Exhibit A, Higgs Johnson Truman Bodden & Co., Special Counsel to the Trustee: change the *Interim Compensation Requested* and the *Interim Compensation Awarded* from "$10,760.40" to "$13,450.50."

2. The Order Approving Applications for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses, dated December 14, 2010 (the "Fifth Interim Fee Order") (ECF No. 3474), covering the period commencing June 1, 2010 through and including September 30, 2010, be changed as set forth in the attached <u>Revised Exhibit A to Fifth Interim Fee Order</u> and as follows:

(a) Page A-2, SCA Creque, Special Counsel to the Trustee: change the *Interim Compensation to be Paid* from "$59,665.02" to "$59,665.62"; and

(b) Page A-4: add "Werder Vigano, Special Counsel to the Trustee," with the *Total Interim Compensation Requested* and the *Total Interim Compensation Awarded* listed as "$33,878.90"; the *Total Paid* listed as "$27,103.12"; and the *Total Expenses Requested* and the *Total Expenses Awarded* listed as "$1,041.09."

3. The Order Approving Applications (I) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses and (II) to Amend the Order Pursuant to Section 78eee(b)(5) of SIPA, Sections 105, 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a), and Local Bankruptcy Rule 2016-1 Establishing Procedures Governing Interim Monthly Compensation of Trustee and Baker & Hostetler LLP, dated June 1, 2011 (the "Sixth Interim Fee Order") (ECF No. 4125), covering the period commencing October 1, 2010 through and including January 31, 2011, be changed as set forth in the attached <u>Revised Exhibit A to Sixth Interim Fee Order</u> and as follows:

(a) Page A-4, Schiltz & Schiltz, Special Counsel to the Trustee: change the *Total Interim Compensation Requested* and the *Total Interim Compensation Awarded* from "$395,269.35" to "$483,855.60"; change the *Total Paid* from "$316,215.49" to "$387,084.49"; and change the *Total Expenses Requested* and the *Total Expenses Awarded* from "$25,692.52" to "$44,075.42"; and

2

(b) Page A-4: add "Werder Vigano, Special Counsel to the Trustee," with the *Total Interim Compensation Requested* and the *Total Interim Compensation Awarded* listed as "$52,111.40"; the *Total Paid* listed as "$41,689.12"; and the *Total Expenses Requested* and the *Total Expenses Awarded* listed as "$1,108.80."

4. The Order Approving Applications (I) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses and (II) to Amend the Order Pursuant to Section 78eee(b)(5) of SIPA, Sections 105, 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a), and Local Bankruptcy Rule 2016-1 Establishing Procedures Governing Interim Monthly Compensation of Trustee and Baker & Hostetler LLP, dated October 19, 2011 (the "Seventh Interim Fee Order") (ECF No. 4471), covering the period commencing February 1, 2011 through and including May 31, 2011, be changed as set forth in the attached Revised Exhibit A to Seventh Interim Fee Order and as follows:

(a) Page A-4, Schiltz & Schiltz, Special Counsel to the Trustee: change the *Total Interim Compensation Requested* and the *Total Interim Compensation Awarded* from "$455,489.62" to "$544,075.87"; change the *Total Paid* from "$364,391.71" to "$435,260.71"; and change the *Total Expenses Requested* and the *Total Expenses Awarded* from "$34,941.31" to "$53,324.21"; and

(b) Page A-5: add "Werder Vigano, Special Counsel to the Trustee," with the *Total Interim Compensation Requested* and the *Total Interim Compensation Awarded* listed as "$52,111.40"; the *Total Paid* listed as "$41,689.12"; and the *Total Expenses Requested* and the *Total Expenses Awarded* listed as "$1,108.80."

5. The Amended Order Approving Applications for Allowance of Compensation for Services Rendered and Reimbursement of Expenses, dated January 2, 2013 (the "Amended Eighth Interim Fee Order") (ECF No. 5181), covering the period commencing June 1, 2011 through and including September 30, 2011, be changed as set forth in the attached Revised Exhibit A to Amended Eighth Interim Fee Order and as follows:

(a) Page A-3, Mishcon de Reya, Special Counsel to the Trustee: change the *Total Interim Compensation Requested* and the *Total Interim Compensation Awarded* from "$1,760,234.03" to "$1,743,752.47"; and

(b) Page A-4, Mishcon de Reya, Special Counsel to the Trustee: change the *Total Interim Compensation Requested,* the *Total Interim Compensation Awarded,* and the *Total Paid* from "$1,842,641.82" to "$1,826,160.26"; and

(c) Page A-4, Schiltz & Schiltz, Special Counsel to the Trustee: change the *Total Interim Compensation Requested* and the *Total Interim Compensation Awarded* from "$463,868.58" to "$552,454.83"; change the *Total Paid* from "$371,094.88" to "$441,963.88"; and change the *Total Expenses Requested* and the *Total Expenses Awarded* from "$35,485.94" to "$53,868.84"; and

(d) Page A-4: change footnote 1 from "[t]he total compensation paid to B&H as listed in this Summary reflects a reconciliation of $13.74 from the holdback, correcting a typographical error in the Second Fee Order" to "[t]he total compensation paid to B&H as listed

3

in this Summary reflects a reconciliation of $13.74 from the holdback, correcting typographical errors in the Second Interim Fee Order and the Sixth Interim Fee Order"; and

(e) Page A-5, Werder Vigano, Special Counsel to the Trustee: change the *Total Interim Compensation Requested* and the *Total Interim Compensation Awarded* from "$20,860.41" to "$72,971.81"; change the *Total Paid* from "$16,688.33" to "$58,377.45"; and change the *Total Expenses Requested* and the *Total Expenses Awarded* from "$53.57" to "$1,162.37."

6. The Order Approving Applications for Allowance of Compensation for Services Rendered and Reimbursement of Expenses, dated August 29, 2012 (the "Ninth Interim Fee Order") (ECF No. 5012), covering the period commencing October 1, 2011 through and including January 31, 2012, be changed as set forth in the attached Revised Exhibit A to Ninth Interim Fee Order as follows:

(a) Page A-4, Mishcon de Reya, Special Counsel to the Trustee: change the *Total Interim Compensation Requested*, the *Total Interim Compensation Awarded*, and the *Total Paid* from "$1,842,641.82" to "$1,826,160.26;" and

(b) Page A-4, Schiltz & Schiltz, Special Counsel to the Trustee: change the *Total Interim Compensation Requested* and the *Total Interim Compensation Awarded* from "$495,192.93" to "$583,779.18"; change the *Total Paid* from "$396,154.36" to "$467,023.36"; and change the *Total Expenses Requested* and the *Total Expenses Awarded* from "$38,307.43" to "$56,690.33"; and

(c) Page A-5, Taylor Wessing, Special Counsel to the Trustee: change the *Total Expenses Requested* and the *Total Expenses Awarded* from "$1,193,446.54" to "$1,125,826.85"; and

(d) Page A-5, Werder Vigano, Special Counsel to the Trustee: change the *Total Interim Compensation Requested* and the *Total Interim Compensation Awarded* from "$22,605.37" to "$74,716.77"; change the Total Paid from "$18,084.30" to "$59,773.42"; and change the *Total Expenses Requested* and the *Total Expenses Awarded* from "$53.57" to "$1,162.37."

7. The Order Approving Applications for Allowance of Compensation for Services Rendered and Reimbursement of Expenses, dated December 19, 2012 (the "Tenth Interim Fee Order") (ECF No. 5161), covering the period commencing February 1, 2012 through and including June 30, 2012, be changed as set forth in the attached Revised Exhibit A to Tenth Interim Fee Order as follows:

(a) Page A-4, Mishcon de Reya, Special Counsel to the Trustee: change the *Total Interim Compensation Requested* and the *Total Interim Compensation Awarded*, and the *Total Paid* from "$1,842,641.82" to "$1,826,160.26"; and

(b) Page A-4, Schiltz & Schiltz, Special Counsel to the Trustee: change the *Total Interim Compensation Requested* and the *Total Interim Compensation Awarded* from "$540,702.69" to "$629,288.94"; change the *Total Paid* from "$432,562.17" to "$503,431.17";

and change the *Total Expenses Requested* and the *Total Expenses Awarded* from "$41,265.58" to "$59,648.48"; and

      (c)    Page A-5, Taylor Wessing, Special Counsel to the Trustee: change the *Total Expenses Requested* and the *Total Expenses Awarded* from "$2,404,583.38" to "$2,336,963.69"; and

      (d)    Page A-5, Werder Vigano, Special Counsel to the Trustee: change the *Total Interim Compensation Requested* and the *Total Interim Compensation Awarded* from "$53,190.52" to "$105,301.92"; change the *Total Paid* from "$42,552.42" to "$84,241.54"; and change the *Total Expenses Requested* and the *Total Expenses Awarded* from "$53.57" to "$1,162.37."

Dated: New York, New York
       February 21, 2013

                          /s/Burton R. Lifland
                          HONORABLE BURTON R. LIFLAND
                          UNITED STATES BANKRUPTCY JUDGE