# REVISED EXHIBIT A TO FIRST INTERIM FEE ORDER

Adv. Pro. No. 08-1789 (BRL)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: December 15, 2008 – April 30, 2009 (or as otherwise indicated)**

| Applicant | Date and Docket No. of Application | Application Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation to be Paid[1] | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee | 7/10/09 Docket No. 320 | 12/16/08 – 4/30/09 | $759,228.75* | $759,228.75 | $607,383.00 | $45.00 | $45.00 |
| Baker & Hostetler LLP, Counsel to the Trustee | 7/10/09 Docket No. 321 | 12/15/08 – 4/30/09 | $14,662,319.83* | $14,662,319.83 | $11,729,855.86 | $274,203.03 | $274,203.03 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to Chapter 7 Trustee | 7/10/09 Docket No. 323 | 4/21/09 – 6/8/09 | $199,500.00**** | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Attias & Levy, Special Counsel to the Trustee | 7/17/09 Docket No. 328 | 3/13/09 – 4/30/09 | $18,094.15** | $18,094.15 | $11,580.25 | $339.67 | $339.67 |
| Eugene F. Collins, Special Counsel to the Trustee | 7/17/09 Docket No. 329 | 2/9/09 – 4/30/09 | $102,339.69* | $102,339.69 | $65,497.41 | $26,192.27 | $26,192.27 |
| Lovells LLP, Special Counsel to the Trustee | 7/17/09 Docket No. 330 | 1/15/09 – 4/30/09 | $936,925.81* | $936,925.81 | $599,632.52 | $27,016.47 | $27,016.47 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | 7/17/09 Docket No. 331 | 1/15/09 – 4/30/09 | $132,990.60*** | $132,990.60 | $106,392.48 | $19,593.75 | $19,593.75 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 7/17/09 Docket No. 332 | 3/3/09 – 4/30/09 | $63,375.60* | $63,375.60 | $40,560.39 | $4,119.41 | $4,119.41 |
| Higgs Johnson Truman Bodden & Co., Special Counsel to the Trustee | 7/17/09 Docket No. 333 | 4/1/09 – 4/30/09 | $13,450.50* | $13,450.50 | $8,608.32 | $223.18 | $223.18 |

\* Applicants have agreed to a 10% reduction of their fees. Applicants have also agreed to a 20% holdback of their fees to be requested at a later date.
\*\* Applicant has agreed to a 17% reduction of its fees. Applicant has also agreed to a 20% holdback of their fees to be requested at a later date.
\*\*\* Applicant has agreed to a 12.5% reduction of its fees. Applicant has also given a 20% one time further discount of its total fees during the Compensation Period of approximately $37,066.75. Applicant has also agreed to a 20% holdback of their fees to be requested at a later date.
\*\*\*\* Applicant has agreed to a 10% reduction of its fees. Applicant has also agreed to a further reduction of its fees to a sum totaling $199,500.00 for this Compensation Period. Applicant is not subject to any holdback of fees as this is Applicant's final fee application as counsel to the chapter 7 trustee.

Schedule A(1)    DATE: 2/21/2013    INITIALS: /s/BRL USBJ

---

[1] This column reflects the actual amount of fees to be paid to the Applicants, including the 20% holdback, which may be requested at a later date, as described above.

300271584