**REVISED EXHIBIT A TO FIFTH INTERIM FEE ORDER**

Adv. Pro. No. 08-1789 (BRL)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: June 1, 2010 – September 30, 2010 (or as otherwise indicated)**

| Applicant | Date and Dkt. No. of Application | Compensation Period | Interim Compensation Requested * | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee | 11/19/10  Dkt. No. 3207 | 6/1/10 – 9/30/10 | $684,659.25 | $684,659.25 | $681,960.34[1] | $954.41 | $954.41 |
| Baker & Hostetler LLP, Counsel to the Trustee | 11/19/10  Dkt. No. 3207 | 6/1/10 – 9/30/10 | $38,522,476.35 | $38,522,476.35 | $36,144,104.91[2] | $851,332.34 | $851,332.34 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 11/19/10  Dkt. No. 3211 | 6/1/10 – 9/30/10 | $3,023,642.50 | $3,023,642.50 | $2,418,914.00 | $33,127.92 | $33,127.92 |
| Attias & Levy, Special Counsel to the Trustee | 11/19/10  Dkt. No. 3208 | 6/1/10 – 9/30/10 | $264,850.04 | $264,850.04 | $211,880.03 | $10,827.27 | $10,827.27 |
| Eugene F. Collins, Special Counsel to the Trustee | 11/19/10  Dkt. No. 3209 | 6/1/10 – 9/30/10 | $23,767.09 | $23,767.09 | $19,013.68 | $745.54 | $745.54 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | 11/19/10  Dkt. No. 3212 | 6/1/10 – 9/30/10 | $133,244.23 | $133,244.23 | $106,595.38 | $16,365.00 | $16,365.00 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 11/19/10  Dkt. No. 3213 | 6/1/10 – 9/30/10 | $92,046.75 | $92,046.75 | $73,637.40 | $5,983.05 | $5,983.05 |

---

[1] This amount includes $581,960.34 of interim compensation, plus a release of $100,000 of the Trustee's holdback from prior applications.
[2] This amount includes $32,744,104.91 of interim compensation, plus a release of $3,400,000 of B&H's holdback from prior applications.

A-1

| Applicant | Date and Dkt. No. of Application | Compensation Period | Interim Compensation Requested * | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Higgs & Johnson, Special Counsel to the Trustee | 11/19/10 Dkt. No. 3214 | 6/1/10 – 9/30/10 | $67,709.25 | $67,709.25 | $54,167.40 | $4,735.06 | $4,735.06 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | 11/19/10 Dkt. No. 3215 | 6/1/10 – 9/30/10 | $4,985.32 | $4,985.32 | $3,988.25 | $117.63 | $117.63 |
| Werder Vigano, Special Counsel to the Trustee | 11/19/10 Dkt. No. 3216 | 3/11/10 – 9/30/10 | $33,878.90 | $33,878.90 | $27,103.12 | $1,041.09 | $1,041.09 |
| SCA Creque, Special Counsel to the Trustee | 11/19/10 Dkt. No. 3217 | 6/1/10 – 9/30/10 | $74,582.02 | $74,582.02 | $59,665.62 | 0 | 0 |

**Current Compensation Period: June 1, 2010 – July 20, 2010**

| Applicant | Date and Dkt. No. of Application | Compensation Period | Final Compensation Requested * | Final Compensation Awarded | Final Compensation to be Paid | Expenses Requested | Expenses Awarded | Holdback Release |
|---|---|---|---|---|---|---|---|---|
| Hogan Lovells International LLP, Special Counsel to the Trustee | 11/19/10 Dkt. No. 3210 | 6/1/10 – 7/20/10 | $88,455.60 | $88,455.60 | $88,455.60 | $29,312.01 | $29,312.01 | $447,264.80 |

\* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

Schedule A(1)          DATE: 2/21/2013          INITIALS: /s/BRL  USBJ

Adv. Pro. No. 08-1789 (BRL)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

## Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee | $3,552,286.50 | $3,552,286.50 | $3,119,443.51[3] | $2,037.98 | $2,037.98 |
| Baker & Hostetler LLP, Counsel to the Trustee | $132,329,517.73 | $132,329,517.73 | $115,880,093.52[4] | $2,527,793.07 | $2,527,793.07 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $6,903,665.90 | $6,903,665.90 | $5,712,932.72 | $89,257.30 | $89,257.30 |
| Attias & Levy, Special Counsel to the Trustee | $792,251.32 | $792,251.32 | $633,801.05 | $43,716.15 | $43,716.15 |
| Eugene F. Collins, Special Counsel to the Trustee | $205,971.76 | $205,971.76 | $164,777.43 | $43,364.81 | $43,364.81 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.59 | $180,941.59 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $695,257.33 | $695,257.33 | $556,205.86 | $88,561.75 | $88,561.75 |
| Schiltz & Schiltz, Special Counsel to the | $395,269.35 | $395,269.35 | $316,215.49 | $25,692.52 | $25,692.52 |

---

[3] This amount includes a release of $100,000 from the holdback.
[4] This amount includes a release of $3,400,000 from the holdback.

A-3

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Trustee | | | | | |
| Higgs Johnson Truman Bodden & Co., Special Counsel to the Trustee | $267,021.45 | $267,021.45 | $213,617.16 | $25,176.24 | $25,176.24 |
| SCA Creque, Special Counsel to the Trustee | $191,497.02 | $191,497.02 | $153,197.62 | N/A | N/A |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $13,928.00 | N/A | N/A |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $23,154.70 | $23,154.70 | $18,523.76 | $489.33 | $489.33 |
| Mishcon de Reya, Special Counsel to the Trustee | $82,407.79 | $82,407.79 | $65,926.23 | N/A | N/A |
| Werder Vigano Special Counsel to the Trustee | $33,878.90 | $33,878.90 | $27,103.12 | $1,041.09 | $1,041.09 |

Schedule A(1)        DATE: 2/21/2013        INITIALS: /s/BRL  USBJ

A-4