# REVISED EXHIBIT A TO SIXTH INTERIM FEE ORDER

Adv. Pro. No. 08-1789 (BRL)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: October 1, 2010 – January 31, 2011 (or as otherwise indicated)**

| Applicant | Date and Dkt. No. of Application | Compensation Period | Interim Compensation Requested * | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee | 4/18/11 Dkt. No. 4035 | 10/1/10 – 1/31/11 | $713,799.00 | $713,799.00 | $720,033.45[1] | $31.50 | $31.50 |
| Baker & Hostetler LLP, Counsel to the Trustee | 4/18/11 Dkt. No. 4035 | 10/1/10 – 1/31/11 | $43,177,049.10 | $43,177,049.10 | $42,075,830.36[2] | $1,103,196.25 | $1,103,196.25 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 5/4/2011 Dkt. No. 4054 | 10/1/10 – 1/31/11 | $3,060,102.00 | $3,060,102.00 | $2,448,081.60 | $68,343.34 | $68,343.34 |
| Attias & Levy, Special Counsel to the Trustee | 4/18/11 Dkt. No. 4035 | 10/1/10 – 1/31/11 | $180,546.08 | $180,546.08 | $144,436.86 | $7,271.46 | $7,271.46 |
| Eugene F. Collins, Special Counsel to the Trustee | 4/18/11 Dkt. No. 4035 | 10/1/10 – 1/31/11 | $8,219.39 | $8,219.39 | $6,575.51 | $345.14 | $345.14 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | 5/4/2011 Dkt. No. 4054 | 10/1/10 – 1/31/11 | $270,163.46 | $270,163.46 | $216,130.76 | $4,582.00 | $4,582.00 |
| Schiltz & Schiltz, Special | 4/18/11 | 10/1/10 – | $88,586.25 | $88,586.25 | $70,869.00 | $18,382.90 | $18,382.90 |

---

[1] This amount includes $606,729.13 of interim compensation, plus a Holdback reduction payment constituting 5%, or $113,304.32, of the total fees requested, approved to date, and withheld from prior applications.

[2] This amount includes $36,700,491.74 of interim compensation, plus a Holdback reduction payment constituting 5%, or $5,375,338.62, of the total fees requested, approved to date, and withheld from prior applications.

| Applicant | Date and Dkt. No. of Application | Compensation Period | Interim Compensation Requested * | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Counsel to the Trustee | Dkt. No. 4035 | 1/31/11 | | | | | |
| Higgs & Johnson, Special Counsel to the Trustee | 4/18/11<br><br>Dkt. No. 4035 | 10/1/10 – 1/31/11 | $155,459.25 | $155,459.25 | $124,367.40 | $52,015.01 | $52,015.01 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | 4/18/11<br><br>Dkt. No. 4035 | 10/1/10 – 1/31/11 | $2,577.80 | $2,577.80 | $2,062.24 | $1.31 | $1.31 |
| Werder Vigano, Special Counsel to the Trustee | 4/18/11<br><br>Dkt. No. 4035 | 10/1/10 – 1/31/11 | $18,232.50 | $18,232.50 | $14,586.00 | $67.71 | $67.71 |
| SCA Creque, Special Counsel to the Trustee | 4/18/11<br><br>Dkt. No. 4035 | 10/1/10 – 1/31/11 | $164,923.96 | $164,923.96 | $131,939.17 | 0 | 0 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 4/18/11<br><br>Dkt. No. 4035 | 11/29/10 – 1/31/11 | $13,978.35 | $13,978.35 | $11,182.68 | $912.44 | $912.44 |
| Taylor Wessing, Special Counsel to the Trustee | 5/4/11<br><br>Dkt. No. 4054 | 11/4/10 – 2/8/11 | $1,516,291.40 | $1,516,291.40 | $1,213,033.12 | $185,485.24 | $185,485.24 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | 4/18/11<br><br>Dkt. No. 4035 | 5/28/09 – 1/31/11 | 0 | 0 | $3,482.00[3] | 0 | 0 |

* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

Schedule A(1)                    DATE: 2/21/2013           INITIALS: /s/BRL  USBJ

---

[3] This amount constitutes a release from Schifferli's holdback from prior applications.

A-2

Adv. Pro. No. 08-1789 (BRL)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

## Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee | $4,266,085.50 | $4,266,085.50 | $3,839,476.96[4] | $2,069.48 | $2,069.48 |
| Baker & Hostetler LLP, Counsel to the Trustee | $175,506,566.83 | $175,506,566.83 | $157,955,923.88[5] | $3,630,989.32 | $3,630,989.32 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $9,963,767.90 | $9,963,767.90 | $8,161,014.32 | $157,600.64 | $157,600.64 |
| Attias & Levy, Special Counsel to the Trustee | $972,797.40 | $972,797.40 | $778,237.91 | $50,987.61 | $50,987.61 |
| Eugene F. Collins, Special Counsel to the Trustee | $214,191.15 | $214,191.15 | $171,352.94 | $43,709.95 | $43,709.95 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.59 | $180,941.59 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $965,420.79 | $965,420.79 | $772,336.62 | $93,143.75 | $93,143.75 |

---

[4] This amount includes a Holdback reduction payment of $113,304.32.
[5] This amount includes a Holdback reduction payment of $5,375,338.62.

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Schiltz & Schiltz, Special Counsel to the Trustee | $483,855.60 | $483,855.60 | $387,084.49 | $44,075.42 | $44,075.42 |
| Higgs Johnson Truman Bodden & Co., Special Counsel to the Trustee | $422,480.70 | $422,480.70 | $337,984.56 | $77,191.25 | $77,191.25 |
| SCA Creque, Special Counsel to the Trustee | $356,420.98 | $356,420.98 | $285,136.79 | N/A | N/A |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | 17,410.00 | N/A | N/A |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $25,732.50 | $25,732.50 | $20,586.00 | $490.64 | $490.64 |
| Mishcon de Reya, Special Counsel to the Trustee | $82,407.79 | $82,407.79 | $65,926.23 | N/A | N/A |
| Taylor Wessing, Special Counsel to the Trustee | $1,516,291.40 | $1,516,291.40 | $1,213,033.12 | $185,485.24 | $185,485.24 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $13,978.35 | $13,978.35 | $11,182.68 | $912.44 | $912.44 |
| Werder Vigano Special Counsel to the Trustee | $52,111.40 | $52,111.40 | $41,689.12 | $1,108.80 | $1,108.80 |

Schedule A(1)                DATE: 2/21/2013                INITIALS: /s/BRL USBJ