## REVISED EXHIBIT A TO SEVENTH INTERIM FEE ORDER

Adv. Pro. No. 08-1789 (BRL)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: February 1, 2011 – May 31, 2011 (or as otherwise indicated)**

| Applicant | Date and Dkt. No. of Application | Compensation Period | Interim Compensation Requested * | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee | 9/21/2011 ECF No. 4376 | 2/1/2011 – 5/31/2011 | $599,301.00 | $599,301.00 | $539,370.90 | $479.80 | $479.80 |
| Baker & Hostetler LLP, Counsel to the Trustee | 9/21/2011 ECF No. 4376 | 2/1/2011 – 5/31/2011 | $44,727,586.65 | $44,727,586.65 | $40,254,828.00 | $1,270,956.31 | $1,270,956.31 |
| Eugene F. Collins, Special Counsel to the Trustee | 9/21/2011 ECF No. 4379 | 2/1/2011 – 5/31/2011 | $9,616.37 | $9,616.37 | $7,693.09 | $176.12 | $176.12 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 9/21/2011 ECF No. 4389 | 2/1/2011 – 5/31/2011 | $60,220.27 | $60,220.27 | $48,176.22 | $9,248.79 | $9,248.79 |
| Higgs & Johnson, Special Counsel to the Trustee | 9/21/2011 ECF No. 4380 | 2/1/2011 – 5/31/2011 | $41,721.75 | $41,721.75 | $33,377.40 | $2,794.43 | $2,794.43 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | 9/21/2011 ECF No. 4383 | 2/1/2011 – 5/31/2011 | $6,462.53 | $6,462.53 | $5,170.02 | $724.25 | $724.25 |

| Applicant | Date and Dkt. No. of Application | Compensation Period | Interim Compensation Requested * | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Graf & Pitkowitz Rechtsanwlälte GmbH Special Counsel to the Trustee | 9/21/2011 ECF No. 4388 | 2/1/2011 – 5/31/2011 | $970,376.30 | $970,376.30 | $776,301.04 | $32,139.63 | $32,139.63 |
| SCA Creque, Special Counsel to the Trustee | 9/21/2011 ECF No. 4386 | 2/1/2011 – 5/31/2011 | $159,031.51 | $159,031.51 | $127,225.21 | $1,174.00 | $1,174.00 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 9/21/2011 ECF No. 4384 | 2/1/2011 – 5/31/2011 | $49,484.70 | $49,484.70 | $39,587.76 | $840.62 | $840.62 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 9/21/2011 ECF No. 4391 | 2/1/2011 – 5/31/2011 | $2,987,422.80 | $2,987,422.80 | $2,389,938.24 | $39,630.76 | $39,630.76 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | 9/21/2011 ECF No. 4387 | 2/1/2011 – 5/31/2011 | $282,089.89 | $282,089.89 | $225,671.91 | $2,673.50 | $2,673.50 |
| Taylor Wessing, Special Counsel to the Trustee | 9/21/2011 ECF No. 4381 | 2/9/2011 – 5/31/2011 | $1,434,276.90 | $1,434,276.90 | $1,147,421.52 | $249,075.70 | $249,075.70 |
| UGGC & Associés Special Counsel to the Trustee | 9/21/2011 ECF No. 4382 | 2/14/2011 – 5/31/2011 | $70,603.45 | $70,603.45 | $56,482.76 | $8,262.14 | $8,262.14 |

A-2

| Applicant | Date | Period | Requested Fees | Approved Fees | 80% Fees | Expenses | Approved Expenses |
|---|---|---|---|---|---|---|---|
| Osborne & Osborne, P.A., Special Counsel to the Trustee | 9/21/2011  ECF No. 4385 | 3/8/2011 – 5/31/2011 | $1,301.85 | $1,301.85 | $1,041.48 | $35.21 | $35.21 |

Schedule A(1)              DATE: 2/21/2013              INITIALS: /s/BRL USBJ

\* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

Adv. Pro. No. 08-1789 (BRL)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

## Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee | $4,865,386.50 | $4,865,386.50 | $4,378,847.86 | $2,549.28 | $2,549.28 |
| Baker & Hostetler LLP, Counsel to the Trustee | $220,234,153.48 | $220,234,153.48 | $198,210,751.88 | $4,901,945.63 | $4,901,945.63 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Attias & Levy, Special Counsel to the Trustee | $972,797.40 | $972,797.40 | $778,237.91 | $50,987.61 | $50,987.61 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.59 | $180,941.59 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | 17,410.00 | N/A | N/A |
| Mishcon de Reya, Special Counsel to the Trustee | $82,407.79 | $82,407.79 | $65,926.23 | N/A | N/A |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Eugene F. Collins, Special Counsel to the Trustee | $223,807.52 | $223,807.52 | $179,046.03 | $43,886.07 | $43,886.07 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $544,075.87 | $544,075.87 | $435,260.71 | $53,324.21 | $53,324.21 |
| Higgs & Johnson, Special Counsel to the Trustee | $464,202.45 | $464,202.45 | $371,361.96 | $79,985.68 | $79,985.68 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $32,195.03 | $32,195.03 | $25,756.02 | $1,214.89 | $1,214.89 |
| Graf & Pitkowitz Rechtsanwälte GmbH Special Counsel to the Trustee | $970,376.30 | $970,376.30 | $776,301.04 | $32,139.63 | $32,139.63 |
| SCA Creque, Special Counsel to the Trustee | $515,452.49 | $515,452.49 | $412,362.00 | $1,174.00 | $1,174.00 |

A-4

| | | | | | |
|---|---|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $63,463.05 | $63,463.05 | $50,770.44 | $1,753.06 | $1,753.06 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $12,951,190.70 | $12,951,190.70 | $10,550,952.56 | $197,231.40 | $197,231.40 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $1,247,510.68 | $1,247,510.68 | $998,008.53 | $95,817.25 | $95,817.25 |
| Taylor Wessing, Special Counsel to the Trustee | $2,950,568.30 | $2,950,568.30 | $2,360,454.64 | $434,560.94 | $434,560.94 |
| UGGC & Associés Special Counsel to the Trustee | $70,603.45 | $70,603.45 | $56,482.76 | $8,262.14 | $8,262.14 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $1,301.85 | $1,301.85 | $1,041.48 | $35.21 | $35.21 |
| Werder Vigano, Special Counsel to the Trustee | $52,111.40 | $52,111.40 | $41,689.12 | $1,108.80 | $1,108.80 |

Schedule A(1)        DATE: 2/21/2013        INITIALS: /s/BRL USBJ