## **REVISED EXHIBIT A TO AMENDED EIGHTH INTERIM FEE ORDER**

Adv. Pro. No. 08-01789 (BRL)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: June 1, 2011 – September 30, 2011 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | 2/15/2012 ECF No. 4676 | 6/1/2011 – 9/30/2011 | $47,967,371.55 | $47,967,371.55 | $43,170,634.40 | $1,245,333.46 | $1,245,333.46 |
| Eugene F. Collins, Special Counsel to the Trustee | 2/15/2012 ECF No. 4684 | 6/1/2011 – 9/30/2011 | $1,550.86 | $1,550.86 | $1,240.69 | $217.99 | $217.99 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 2/15/2012 ECF No. 4685 | 6/1/2011 – 9/30/2011 | $8,378.96 | $8,378.96 | $6,703.17 | $544.63 | $544.63 |
| Higgs & Johnson, Special Counsel to the Trustee | 2/15/2012 ECF No. 4686 | 6/1/2011 – 9/30/2011 | $82,541.25 | $82,541.25 | $66,033.00 | $6,607.19 | $6,607.19 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | 2/15/2012 ECF No. 4687 | 6/1/2011 – 9/30/2011 | $1,748.85 | $1,748.85 | $1,399.08 | $0.00 | $0.00 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested* | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Graf & Pitkowitz Rechtsanwälte GmbH Special Counsel to the Trustee | 2/15/2012 ECF No. 4681 | 6/1/2011 – 9/30/2011 | $600,076.69 | $600,076.69 | $480,061.35 | $44,587.04 | $44,587.04 |
| SCA Creque, Special Counsel to the Trustee | 2/15/2012 ECF No. 4682 | 6/1/2011 – 9/30/2011 | $70,919.59 | $70,919.59 | $56,735.68 | $1,084.80 | $1,084.80 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 2/15/2012 ECF No. 4688 | 6/1/2011 – 9/30/2011 | $19,995.30 | $19,995.30 | $15,996.24 | $425.35 | $425.35 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 2/15/2012 ECF No. 4678 | 6/1/2011 – 9/30/2011 | $2,951,809.50 | $2,951,809.50 | $2,361,447.60 | $31,137.86 | $31,137.86 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | 2/15/2012 ECF No. 4689 | 6/1/2011 – 9/30/2011 | $72,659.58 | $72,659.58 | $58,127.67 | $950.00 | $950.00 |
| Taylor Wessing, Special Counsel to the Trustee | 2/15/2012 ECF No. 4679 | 6/1/2011 – 9/30/2011 | $1,476,052.11 | $1,476,052.11 | $1,180,841.69 | $162,162.33 | $162,162.33 |
| UGGC & Associés Special Counsel to the Trustee | 2/15/2012 ECF No. 4680 | 6/1/2011 – 9/30/2011 | $18,297.83 | $18,297.83 | $14,638.27 | $206.75 | $206.75 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested* | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Attias & Levy Special Counsel to the Trustee | 2/15/2012 ECF No. 4683 | 2/1/2011 – 9/30/2011 | $281,455.26 | $281,455.26 | $225,164.21 | $23,263.85 | $23,263.85 |
| Werder Vigano Special Counsel to the Trustee | 2/15/2012 ECF No. 4690 | 6/1/2011- 9/30/2011 | $20,860.41 | $20,860.41 | $16,688.33 | $53.57 | $53.57 |
| Greenfield Stein & Senior LLP Special Counsel to the Trustee | 2/15/2012 ECF No. 4692 | 4/20/2011 – 9/30/2011 | $8,248.05 | $8,248.05 | $6,598.44 | $0.00 | $0.00 |
| Mishcon de Reya Special Counsel to the Trustee | 2/15/2012 ECF No. 4691 | 6/1/2010 – 10/26/2010 | $1,743,752.47 | $1,743,752.47 | $1,760,234.03 | $139,765.97 | $139,765.97 |

Schedule A(1)                    DATE: 2/21/2013              INITIALS: /s/BRL  USBJ

* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

A-3

Adv. Pro. No. 08-1789 (BRL)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

## Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $273,066,911.54 | $273,066,911.54 | $245,760,220.40[1] | $6,149,828.34 | $6,149,828.34[2] |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Attias & Levy, Special Counsel to the Trustee | $1,254,252.66 | $1,254,252.66 | $1,003,402.12 | $74,251.46 | $74,251.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.59 | $180,941.59 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | N/A | N/A |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Eugene F. Collins, Special Counsel to the Trustee | $225,358.38 | $225,358.38 | $180,286.72 | $44,104.06 | $44,104.06 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $552,454.83 | $552,454.83 | $441,963.88 | $53,868.84 | $53,868.84 |
| Higgs & Johnson, Special Counsel to the Trustee | $546,743.70 | $546,743.70 | $437,394.96 | $86,592.87 | $86,592.87 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $33,943.88 | $33,943.88 | $27,155.10 | $1,214.89 | $1,214.89 |
| Graf & Pitkowitz Rechtsanwälte GmbH Special Counsel to the Trustee | $1,570,452.99 | $1,570,452.99 | $1,256,362.39 | $76,726.67 | $76,726.67 |

---

[1] The total compensation paid to B&H as listed in this Summary reflects a reconciliation of $13.74 from the holdback, correcting typographical errors in the Second Interim Fee Order and the Sixth Interim Fee Order.

[2] The total expenses awarded to B&H as listed in this Summary reflects a reconciliation of $0.03, correcting a typographical error in the Third Fee Order.

A-4

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| SCA Creque, Special Counsel to the Trustee | $586,372.08 | $586,372.08 | $469,097.68 | $2,258.80 | $2,258.80 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $83,458.35 | $83,458.35 | $66,766.68 | $2,178.41 | $2,178.41 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $15,903,000.20 | $15,903,000.20 | $12,912,400.16 | $228,369.26 | $228,369.26 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $1,320,170.26 | $1,320,170.26 | $1,056,136.20 | $96,767.25 | $96,767.25 |
| Taylor Wessing, Special Counsel to the Trustee | $4,426,620.41 | $4,426,620.41 | $3,541,296.33 | $596,723.27 | $596,723.27 |
| UGGC & Associés Special Counsel to the Trustee | $88,901.28 | $88,901.28 | $71,121.03 | $8,468.89 | $8,468.89 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $1,301.85 | $1,301.85 | $1,041.48 | $35.21 | $35.21 |
| Werder Vigano Special Counsel to the Trustee | $72,971.81 | $72,971.81 | $58,377.45 | $1,162.37 | $1,162.37 |
| Greenfield Stein & Senior LLP Special Counsel to the Trustee | $8,248.05 | $8,248.05 | $6,598.44 | N/A | N/A |

Schedule A(1)　　　　　　　　　　DATE: 2/21/2013　　　　　　INITIALS: /s/BRL USBJ