# REVISED EXHIBIT A TO NINTH INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (BRL)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: October 1, 2011 – January 31, 2012 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | 8/1/2012 ECF No. 4936 | 10/1/2011 – 1/31/2012 | $64,107,863.80[1] | $64,107,863.80[2] | $59,297,077.43[3] | $866,625.44 | $866,625.44 |
| Eugene F. Collins, Special Counsel to the Trustee | 8/1/2012 ECF No.4937 | 10/1/2011 – 1/31/2012 | $4,724.98 | $4,724.98 | $3,779.99 | $44.99 | $44.99 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 8/1/2012 ECF No. 4938 | 10/1/2011 – 1/31/2012 | $31,324.35 | $31,324.35 | $25,059.48 | $2,821.49 | $2,821.49 |
| Higgs & Johnson, Special Counsel to the Trustee | 8/1/2012 ECF No. 4939 | 10/1/2011 – 1/31/2012 | $74,979.00 | $74,979.00 | $59,983.20 | $2,423.24 | $2,423.24 |
| Browne Jacobson, L.L.P., Special Counsel to the Trustee | 8/1/2012 ECF No. 4950 | 10/27/2011 – 1/31/2012 | $15,780.46 | $15,780.46 | $12,624.36 | $2,703.59 | $2,703.59 |

---

[1] During the current Compensation Period the Trustee and Baker & Hostetler LLP have requested $48,107,863.80 in interim compensation. The Trustee and Baker & Hostetler LLP have also requested a release of $16 million of the Holdback, approved to date, and withheld from prior applications. Together the sum total of interim compensation requested for the current Compensation Period is $64,107,863.80.

[2] During the current Compensation Period the Trustee and Baker & Hostetler LLP have been awarded $48,107,863.80 in interim compensation. The Trustee and Baker & Hostetler LLP have also been awarded a release of $16 million of the Holdback, approved to date, and withheld from prior applications. Together the sum total of interim compensation awarded for the current Compensation Period is $64,107,863.80.

[3] During the current Compensation Period the Trustee and Baker & Hostetler LLP are to be paid $43,297,077.43 in interim compensation. The Trustee and Baker & Hostetler LLP are also to be paid a $16 million Holdback release payment of the total fees requested, approved to date, and withheld from prior applications. Together the sum total of interim compensation to be paid for the current Compensation Period is $59,297,077.43.

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested* | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Graf & Pitkowitz Rechtsanwlälte GmbH<br>Special Counsel to the Trustee | 8/1/2012<br>ECF No. 4941 | 10/1/2011 –<br>1/31/2012 | $499,110.69 | $499,110.69 | $399,288.56 | $16,937.56 | $16,937.56 |
| SCA Creque,<br>Special Counsel to the Trustee | 8/1/2012<br>ECF No.4942 | 10/1/2011 –<br>1/31/2012 | $259,062.59 | $259,062.59 | $207,250.07 | $1,900.00 | $1,900.00 |
| Young Conaway Stargatt & Taylor, LLP,<br>Special Counsel to the Trustee | 8/1/2012<br>ECF No. 4943 | 10/1/2011 –<br>1/31/2012 | $24,589.80 | $24,589.80 | $19,671.84 | $967.27 | $967.27 |
| Windels Marx Lane & Mittendorf, LLP,<br>Special Counsel to the Trustee | 8/1/2012<br>ECF No. 4951 | 10/1/2011 –<br>1/31/2012 | $3,203,844.60 | $3,203,844.60 | $2,563,075.68 | $24,142.98 | $24,142.98 |
| Williams, Barristers & Attorneys,<br>Special Counsel to the Trustee | 8/1/2012<br>ECF No. 4944 | 10/1/2011 –<br>1/31/2012 | $418,955.09 | $418,955.09 | $335,164.08 | $0.00 | $0.00 |
| Taylor Wessing,<br>Special Counsel to the Trustee | 8/1/2012<br>ECF No. 4945 | 10/1/2011 –<br>1/31/2012 | $1,071,518.18 | $1,071,518.18 | $857,214.55 | $529,103.58 | $529,103.58 |
| UGGC & Associés<br>Special Counsel to the Trustee | 8/1/2012<br>ECF No.4946 | 10/1/2011 –<br>1/31/2012 | $63,850.89 | $63,850.89 | $51,080.72 | $799.49 | $799.49 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested* | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Attias & Levy Special Counsel to the Trustee | 8/1/2012 ECF No. 4947 | 10/1/2011 – 1/31/2012 | $45,845.67 | $45,845.67 | $36,676.54 | $1,104.43 | $1,104.43 |
| Werder Vigano Special Counsel to the Trustee | 8/1/2012 ECF No. 4948 | 10/1/2011 – 1/31/2012 | $1,744.96 | $1,744.96 | $1,395.97 | $0.00 | $0.00 |
| Greenfield Stein & Senior LLP Special Counsel to the Trustee | 8/1/2012 ECF No. 4949 | 10/1/2011 – 1/31/2012 | $25,051.56 | $25,051.56 | $20,041.25 | $631.85 | $631.85 |
| Soroker - Agmon Special Counsel to the Trustee | 8/1/2012 ECF No.4940 | 9/20/2011 – 1/31/2012 | $250,746.46 | $250,746.46 | $200,597.17 | $3,377.18 | $3,377.18 |

Schedule A(1)         DATE: 2/21/2013         INITIALS: /s/BRL USBJ

* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

A-3

Adv. Pro. No. 08-1789 (BRL)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

## Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $337,174,755.34[4] | **$337,174,755.34**[5] | $305,057,297.83[6] | **$7,016,453.78** | $7,016,453.78 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Attias & Levy, Special Counsel to the Trustee | $1,300,098.33 | $1,300,098.33 | $1,040,078.66 | $75,355.89 | $75,355.89 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.59 | $180,941.59 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | N/A | N/A |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Eugene F. Collins, Special Counsel to the Trustee | $230,083.36 | $230,083.36 | $184,066.71 | $44,149.05 | $44,149.05 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $583,779.18 | $583,779.18 | $467,023.36 | $56,690.33 | $56,690.33 |

---

[4] The total interim compensation requested, to date, by Trustee and Baker & Hostetler LLP is $321,174,755.34. During the current Compensation Period the Trustee and Baker & Hostetler LLP have requested a release of $16 million of the Holdback, approved to date, and withheld from prior applications. Together the total amount of interim compensation requested to date is $337,174,755.34.

[5] The total interim compensation awarded to date, to the Trustee and Baker & Hostetler LLP is $321,174,755.34. During the current Compensation Period the Trustee and Baker & Hostetler LLP have been awarded a release of $16 million of the Holdback, approved to date, and withheld from prior applications. Together the total amount of interim compensation awarded to date is $377,174,755.34.

[6] The total compensation paid, to date, to the Trustee and Baker & Hostetler LLP is $289,057,297.83. During the current Compensation Period the Trustee and Baker & Hostetler LLP have been paid a release of $16 million of the Holdback, approved to date, and withheld from prior applications. Together the total amount of interim compensation paid to date is $305,057,297.83.

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Higgs & Johnson, Special Counsel to the Trustee | $621,722.70 | $621,722.70 | $497,378.16 | $89,016.11 | $89,016.11 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $33,943.88 | $33,943.88 | $27,155.10 | $1,214.89 | $1,214.89 |
| Graf & Pitkowitz Rechtsanwälte GmbH Special Counsel to the Trustee | $2,069,563.68 | $2,069,563.68 | $1,655,650.95 | $93,664.23 | $93,664.23 |
| SCA Creque, Special Counsel to the Trustee | $845,434.67 | $845,434.67 | $676,347.75 | $4,158.80 | $4,158.80 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $108,048.16 | $108,048.16 | $86,438.52 | $3,145.68 | $3,145.68 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $19,106,844.80 | $19,106,844.80 | $15,475,475.84 | $252,512.24 | $252,512.24 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $1,739,125.35 | $1,739,125.35 | $1,391,300.28 | $96,767.25 | $96,767.25 |
| Taylor Wessing, Special Counsel to the Trustee | $5,498,138.59 | $5,498,138.59 | $4,398,510.88 | $1,125,826.85 | $1,125,826.85 |
| UGGC & Associés Special Counsel to the Trustee | $152,752.17 | $152,752.17 | $122,201.75 | $9,268.38 | $9,268.38 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $1,301.85 | $1,301.85 | $1,041.48 | $35.21 | $35.21 |
| Werder Vigano Special Counsel to the Trustee | $74,716.77 | $74,716.77 | $59,773.42 | $1,162.37 | $1,162.37 |
| Greenfield Stein & Senior LLP Special Counsel to the Trustee | $33,299.61 | $33,299.61 | $26,639.69 | $631.85 | $631.85 |
| Soroker Agmon Special Counsel to the Trustee | $250,746.46 | $250,746.46 | $200,597.17 | $3,377.18 | $3,377.18 |
| Browne Jacobson, LLP Special Counsel to the Trustee | $15,780.46 | $15,780.46 | $12,624.36 | $2,703.59 | $2,703.59 |

Schedule A(1)    DATE: 2/21/2013    INITIALS: /s/BRL USBJ