**REVISED EXHIBIT A TO TENTH INTERIM FEE ORDER**

Adv. Pro. No. 08-01789 (BRL)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: February 1, 2012 – June 30, 2012 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | 11/28/2012 ECF No. 5097 | 02/1/2012 – 06/30/2012 | $61,671,551.85 | $61,671,551.85 | $55,504,396.69 | $1,038,317.94 | $1,038,317.94 |
| Eugene F. Collins, Special Counsel to the Trustee | 11/28/2012 ECF No.5098 | 02/1/2012 – 6/30/2012 | $1,741.50 | $1,741.50 | $1,393.20 | $213.05 | $213.05 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 11/28/2012 ECF No. 5099 | 02/1/2012 – 6/30/2012 | $45,509.76 | $45,509.76 | $36,407.81 | $2,958.15 | $2,958.15 |
| Higgs & Johnson, Special Counsel to the Trustee | 11/28/2012 ECF No. 5100 | 02/1/2012 – 6/30/2012; 10/1/2011 – 10/31/2011 | $109,995.75 | $109,995.75 | $87,996.60 | $13,189.15 | $13,189.15 |
| Browne Jacobson, L.L.P., Special Counsel to the Trustee | 11/28/2012 ECF No. 5110 | 02/1/2012 – 6/30/2012 | $73,480.81 | $73,480.81 | $58,784.65 | $12.65 | $12.65 |
| Graf & Pitkowitz Rechtsanwlälte GmbH Special Counsel to the Trustee | 11/28/2012 ECF No. 5102 | 02/1/2012 – 6/30/2012 | $656,636.18 | $656,636.18 | $525,308.95 | $30,701.66 | $30,701.66 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| SCA Creque, Special Counsel to the Trustee | 11/28/2012 ECF No.5103 | 02/1/2012 – 6/30/2012 | $114,284.97 | $114,284.97 | $91,427.98 | $1,993.00 | $1,993.00 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 11/28/2012 ECF No. 5104 | 02/1/2012 – 6/30/2012 | $119,857.50 | $119,857.50 | $95,886.00 | $11,497.84 | $11,497.84 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 11/28/2012 ECF No. 5096 | 02/1/2012 – 6/30/2012 | $2,986,228.90 | $2,986,228.90 | $2,388,983.12 | $20,442.30 | $20,442.30 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | 11/28/2012 ECF No. 5105 | 02/1/2012 – 6/30/2012 | $328,668.12 | $328,668.12 | $262,934.50 | $0.00 | $0.00 |
| Taylor Wessing, Special Counsel to the Trustee | 11/28/2012 ECF No. 5106 | 01/1/2012 – 6/30/2012 | $2,916,190.54 | $2,916,190.54 | $2,332,952.43 | $1,211,136.84 | $1,211,136.84 |
| UGGC & Associés Special Counsel to the Trustee | 11/28/2012 ECF No.5107 | 02/1/2012 – 6/30/2012 | $84,834.98 | $84,834.98 | $67,867.99 | $0.00 | $0.00 |
| Osborne & Osborne, P.A. Special Counsel to the Trustee | 11/28/2012 ECF No.5111 | 02/1/2012 – 6/30/2012 | $1,375.20 | $1,375.20 | $1,100.16 | $0.00 | $0.00 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested* | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Werder Vigano Special Counsel to the Trustee | 11/28/2012 ECF No. 5108 | 02/1/2012 – 6/30/2012 | $30,585.15 | $30,585.15 | $24,468.12 | $0.00 | $0.00 |
| Greenfield Stein & Senior LLP Special Counsel to the Trustee | 11/28/2012 ECF No. 5109 | 02/1/2012 – 6/30/2012 | $5,799.60 | $5,799.60 | $4,639.68 | $53.88 | $53.88 |
| Soroker - Agmon Special Counsel to the Trustee | 11/28/2012 ECF No.5101 | 02/1/2012 – 6/30/2012 | $425,091.79 | $425,091.79 | $340,073.44 | $3,445.07 | $3,445.07 |

Schedule A(1)              DATE: 2/21/2013         INITIALS: /s/BRL  USBJ

* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

A-3

Adv. Pro. No. 08-1789 (BRL)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

## Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $382,846,327.19[1] | $ 382,846,327.19[2] | $360,561,694.52 | $8,054,771.72 | $8,054,771.72 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.59 | $180,941.59 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | 17,410.00 | N/A | N/A |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Eugene F. Collins, Special Counsel to the Trustee | $231,824.86 | $231,824.86 | $185,459.91 | $44,362.10 | $44,362.10 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $629,288.94 | $629,288.94 | $503,431.17 | $59,648.48 | $59,648.48 |
| Higgs & Johnson, Special Counsel to the Trustee | $731,718.45 | $731,718.45 | $585,374.76 | $102,205.26 | $102,205.26 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $33,943.88 | $33,943.88 | $27,155.10 | $1,214.89 | $1,214.89 |
| Graf & Pitkowitz Rechtsanwälte GmbH Special Counsel to the Trustee | $2,726,199.86 | $2,726,199.86 | $2,180,959.90 | $124,365.89 | $124,365.89 |
| SCA Creque, Special Counsel to the Trustee | $959,719.64 | $959,719.64 | $767,775.73 | $6,151.80 | $6,151.80 |

---

[1] The summary of the total interim compensation requested by B&H in the ninth fee order included $16 million released during that fee period from amounts withheld from prior applications. The amount released was already factored into the total interim compensation requested and has therefore been deducted, as reflected in the amount of the total interim compensation requested by B&H in this summary. Additionally, the summary of the total interim compensation requested by B&H in the ninth fee order was lower by $20.00 due to a typographical error, which has been corrected in this summary.

[2] The summary of the total interim compensation awarded to B&H in the ninth fee order included $16 million released during that fee period from amounts withheld from prior applications. The amount released was already factored into the total interim compensation awarded and has therefore been deducted, as reflected in the amount of the total interim compensation awarded to B&H in this summary. Additionally, the summary of the total interim compensation awarded to B&H in the ninth fee order was lower by $20.00 due to a typographical error, which has been corrected in this summary.

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $227,905.66 | $227,905.66 | $182,324.52 | $14,643.52 | $14,643.52 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $22,093,073.70 | $22,093,073.70 | $17,864,458.96 | $272,954.54 | $272,954.54 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $2,067,793.47 | $2,067,793.47 | $1,654,234.78 | $96,767.25 | $96,767.25 |
| Taylor Wessing, Special Counsel to the Trustee | $8,414,329.13 | $8,414,329.13 | $6,731,463.31 | $2,336,963.69 | $2,336,963.69 |
| UGGC & Associés Special Counsel to the Trustee | $237,587.15 | $237,587.15 | $190,069.74 | $9,268.38 | $9,268.38 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,141.64 | $35.21 | $35.21 |
| Werder Vigano Special Counsel to the Trustee | $105,301.92 | $105,301.92 | $84,241.54 | $1,162.37 | $1,162.37 |
| Greenfield Stein & Senior LLP Special Counsel to the Trustee | $39,099.21 | $39,099.21 | $31,279.37 | $685.73 | $685.73 |
| Soroker Agmon Special Counsel to the Trustee | $675,838.25 | $675,838.25 | $540,670.61 | $6,822.25 | $6,822.25 |
| Browne Jacobson, LLP Special Counsel to the Trustee | $89,261.27 | $89,261.27 | $71,409.01 | $2,716.24 | $2,716.24 |

Schedule A(1)    DATE: 2/21/2013    INITIALS: /s/BRL USBJ