**DAVID GROSS**

*Important Tax Information*
*Bernard L. Madoff Investment Securities*
*Trading Accounts #1-CM404-3-0 & 1-CM404-4-0*
*For the Period 01/01/98 thru 12/31/98*

|  | Proceeds | Cost | Total Gain/(Loss) | | Reconciliation of Total Gain/(Loss): Short-Term Gain/(Loss) | Long-Term Gain/(Loss) |
|---|---|---|---|---|---|---|
| *Capital gains/(losses):* | | | | | | |
| Stocks | 9,086,145.55 | 8,773,488.11 | 312,657.44 | | 312,657.44 | - |
| Treasury Bill activity | 10,253,308.00 | 10,253,308.00 | - | | - | - |
| **Totals per Form 1099** | **19,339,453.55** | **19,026,796.11** | **312,657.44** | | **312,657.44** | **-** |
| \*\*\*\* Options | 426,773.00 | 544,234.00 | (117,461.00) | | (46,984.40) | (70,476.60) |
| Fidelity Cash Reserves activity | 194,468.00 | 194,468.00 | - | | - | - |
| **Total** | **19,960,694.55** | **19,765,498.11** | **195,196.44** | | **265,673.04** | **(70,476.60)** |

*Dividend income:*
Stocks                                                                     7,768.47
Fidelity Spartan U.S. Treasury Money Market                                  481.92
                                                                          8,250.39

*Interest income:*
U.S. Treasury bills:                                                      28,755.00

\*\*\*\**Report on IRS Form 6781, "Gains and Losses from Section 1256 Contracts and Straddles"*

**DAVID GROSS**

Trading Accounts #1-CM404-3-0 & 1-CM404-4-0
U.S. Treasury Bills
For the Period 01/01/98 thru 12/31/98

| | DATE BOUGHT | COST | DATE SOLD | SELLING PRICE | INTEREST INCOME |
|---|---|---|---|---|---|
| U.S. TREASURY BILL DUE 04/23/98 | 31-Dec-97 | 1,219,912.00 | 20-Jan-98 | 1,224,004.00 | 4,092.00 |
| U.S. TREASURY BILL DUE 04/30/98 | 30-Jan-98 | 49,370.00 | 10-Feb-98 | 49,440.00 | 70.00 |
| U.S. TREASURY BILL DUE 05/07/98 | 25-Feb-98 | 1,187,880.00 | 17-Mar-98 | 1,191,360.00 | 3,480.00 |
| U.S. TREASURY BILL DUE 07/23/98 | 22-Apr-98 | 1,234,250.00 | 11-May-98 | 1,237,500.00 | 3,250.00 |
| U.S. TREASURY BILL DUE 10/22/98 | 22-Jul-98 | 1,283,620.00 | 19-Aug-98 | 1,288,690.00 | 5,070.00 |
| U.S. TREASURY BILL DUE 12/03/98 | 03-Sep-98 | 1,284,530.00 | 17-Sep-98 | 1,287,910.00 | 3,380.00 |
| U.S. TREASURY BILL DUE 11/27/98 | 24-Sep-98 | 1,299,782.00 | 15-Oct-98 | 1,304,105.00 | 4,323.00 |
| U.S. TREASURY BILL DUE 02/11/99 | 21-Oct-98 | 1,313,641.00 | 23-Nov-98 | 1,317,099.00 | 3,458.00 |
| U.S. TREASURY BILL DUE 02/11/99 | 22-Dec-98 | 1,351,568.00 | 31-Dec-98 | 1,353,200.00 | 1,632.00 |
| | | 10,224,553.00 | | 10,253,308.00 | 28,755.00 |

OPEN POSITION AT 12/31/98:
U.S. TREASURY BILL DUE 04/29/99    31-Dec-98    1,350,272.00

DAVID GROSS

Trading Accounts #1-CM404-3-0 & 1-CM404-4-0
Gain/(Loss) on Sale of Securities
For the Period 01/01/98 thru 12/31/98

Page 1 of 8

| STOCKS | DATE BOUGHT | # OF SHARES | COST | DATE SOLD | # OF SHARES | SELLING PRICE | NET GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS COMPANY | 22-Jan-98 | 208 | 17,108.00 | 25-Feb-98 | 208 | 18,278.00 | 1,170.00 |
| SCHLUMBERGER LTD | 22-Jan-98 | 234 | 18,237.38 | 25-Feb-98 | 234 | 17,433.00 | (804.38) |
| BOEING CO | 22-Jan-98 | 468 | 20,328.75 | 25-Feb-98 | 468 | 23,517.00 | 3,188.25 |
| A T & T CORP | 22-Jan-98 | 728 | 47,320.00 | 25-Feb-98 | 728 | 45,090.50 | (2,229.50) |
| BANKAMERICA CORP | 22-Jan-98 | 312 | 21,372.00 | 25-Feb-98 | 312 | 22,912.50 | 1,540.50 |
| WAL-MART STORES INC | 22-Jan-98 | 1,040 | 41,730.00 | 25-Feb-98 | 1,040 | 47,190.00 | 5,460.00 |
| BELL ATLANTIC CORP | 22-Jan-98 | 364 | 32,532.50 | 25-Feb-98 | 364 | 32,396.00 | (136.50) |
| EXXON CORP | 22-Jan-98 | 1,118 | 67,918.50 | 25-Feb-98 | 1,118 | 71,901.38 | 3,982.88 |
| BRISTOL MYERS SQUIBB COMPANY | 22-Jan-98 | 468 | 43,465.50 | 25-Feb-98 | 468 | 46,098.00 | 2,632.50 |
| CHRYSLER CORP | 22-Jan-98 | 312 | 10,881.00 | 25-Feb-98 | 312 | 12,187.50 | 1,306.50 |
| CITICORP | 22-Jan-98 | 208 | 24,934.00 | 25-Feb-98 | 208 | 26,598.00 | 1,664.00 |
| CISCO SYSTEMS INC | 22-Jan-98 | 468 | 27,085.50 | 25-Feb-98 | 463 | 30,800.25 | 3,714.75 |
| DU PONT E I DE NEMOURS & CO | 22-Jan-98 | 520 | 28,697.50 | 25-Feb-98 | 520 | 31,070.00 | 2,372.50 |
| THE WALT DISNEY CO | 22-Jan-98 | 312 | 29,913.00 | 25-Feb-98 | 312 | 35,665.50 | 5,752.50 |
| FORD MOTOR COMPANY | 22-Jan-98 | 546 | 26,754.00 | 25-Feb-98 | 546 | 30,166.50 | 3,412.50 |
| GENERAL ELECTRIC COMPANY | 22-Jan-98 | 1,508 | 110,649.50 | 25-Feb-98 | 1,508 | 118,001.00 | 7,351.50 |
| GENERAL MOTORS CORP | 22-Jan-98 | 338 | 19,477.25 | 25-Feb-98 | 338 | 22,350.25 | 2,873.00 |
| HEWLETT PACKARD CO | 22-Jan-98 | 468 | 29,893.50 | 25-Feb-98 | 468 | 30,390.75 | 497.25 |
| INTERNATIONAL BUSINESS MACHS | 22-Jan-98 | 442 | 46,410.00 | 25-Feb-98 | 442 | 45,360.25 | (1,049.75) |
| INTEL CORP | 22-Jan-98 | 754 | 56,408.63 | 25-Feb-98 | 754 | 69,226.63 | 12,818.00 |
| JOHNSON & JOHNSON | 22-Jan-98 | 624 | 42,276.00 | 25-Feb-98 | 624 | 43,719.00 | 1,443.00 |
| COCA COLA CO | 22-Jan-98 | 1,144 | 74,360.00 | 25-Feb-98 | 1,144 | 79,579.50 | 5,219.50 |
| MCDONALDS CORP | 22-Jan-98 | 312 | 14,800.50 | 25-Feb-98 | 312 | 16,516.50 | 1,716.00 |
| MERRILL LYNCH & CO INC | 22-Jan-98 | 156 | 10,374.00 | 25-Feb-98 | 156 | 10,939.50 | 565.50 |
| MINNESOTA MNG & MFG CO | 22-Jan-98 | 182 | 15,151.50 | 25-Feb-98 | 182 | 16,004.63 | 853.13 |
| MOBIL CORP | 22-Jan-98 | 364 | 25,389.00 | 25-Feb-98 | 364 | 26,162.50 | 773.50 |
| MERCK & CO | 22-Jan-98 | 572 | 62,777.00 | 25-Feb-98 | 572 | 71,285.50 | 8,508.50 |
| MICROSOFT CORP | 22-Jan-98 | 546 | 73,300.50 | 25-Feb-98 | 546 | 84,971.25 | 11,670.75 |
| NATIONS BANK CORP | 22-Jan-98 | 442 | 26,906.75 | 25-Feb-98 | 442 | 28,730.00 | 1,823.25 |
| NORTHERN TELECOM LIMITED | 22-Jan-98 | 260 | 11,212.50 | 25-Feb-98 | 260 | 12,610.00 | 1,397.50 |
| AMERICAN INT'L GROUP INC | 22-Jan-98 | 312 | 31,668.00 | 25-Feb-98 | 312 | 36,874.50 | 5,206.50 |
| AMOCO CORP | 22-Jan-98 | 234 | 19,509.75 | 25-Feb-98 | 234 | 19,787.63 | 277.88 |
| ATLANTIC RICHFIELD CO | 22-Jan-98 | 156 | 12,246.00 | 25-Feb-98 | 156 | 11,768.25 | (477.75) |
| PEPSICO INC | 22-Jan-98 | 702 | 25,754.63 | 25-Feb-98 | 702 | 24,877.13 | (877.50) |

DAVID GROSS

Trading Accounts #1-CM404-3-0 & 1-CM404-4-0
Gain/(Loss) on Sale of Securities
For the Period 01/01/98 thru 12/31/98

Page 2 of 8

| STOCKS | DATE BOUGHT | # OF SHARES | COST | DATE SOLD | # OF SHARES | SELLING PRICE | NET GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS COMPANY | 11-Feb-98 | 8 | 694.50 | 25-Feb-98 | 8 | 703.00 | 8.50 |
| SCHLUMBERGER LTD | 11-Feb-98 | 9 | 688.50 | 25-Feb-98 | 9 | 670.50 | (18.00) |
| BOEING CO | 11-Feb-98 | 18 | 835.88 | 25-Feb-98 | 18 | 904.50 | 68.62 |
| A T & T CORP | 11-Feb-98 | 29 | 1,850.56 | 25-Feb-98 | 29 | 1,796.19 | (54.37) |
| BANKAMERICA CORP | 11-Feb-98 | 13 | 936.00 | 25-Feb-98 | 13 | 954.69 | 18.69 |
| WAL-MART STORES INC | 11-Feb-98 | 40 | 1,712.50 | 25-Feb-98 | 40 | 1,815.00 | 102.50 |
| BELL ATLANTIC CORP | 11-Feb-98 | 14 | 1,277.50 | 25-Feb-98 | 14 | 1,246.00 | (31.50) |
| EXXON CORP | 11-Feb-98 | 44 | 2,717.00 | 25-Feb-98 | 44 | 2,829.75 | 112.75 |
| BRISTOL MYERS SQUIBB COMPANY | 11-Feb-98 | 18 | 1,762.88 | 25-Feb-98 | 18 | 1,773.00 | 10.12 |
| CHRYSLER CORP | 11-Feb-98 | 12 | 426.75 | 25-Feb-98 | 12 | 468.75 | 42.00 |
| CITICORP | 11-Feb-98 | 8 | 1,004.00 | 25-Feb-98 | 8 | 1,023.00 | 19.00 |
| CISCO SYSTEMS INC | 11-Feb-98 | 18 | 1,147.50 | 25-Feb-98 | 18 | 1,184.63 | 37.13 |
| DU PONT E I DE NEMOURS & CO | 11-Feb-98 | 20 | 1,200.00 | 25-Feb-98 | 20 | 1,195.00 | (5.00) |
| THE WALT DISNEY CO | 11-Feb-98 | 12 | 1,306.50 | 25-Feb-98 | 12 | 1,371.75 | 65.25 |
| FORD MOTOR COMPANY | 11-Feb-98 | 23 | 1,158.63 | 25-Feb-98 | 23 | 1,270.75 | 112.12 |
| GENERAL ELECTRIC COMPANY | 11-Feb-98 | 59 | 4,543.00 | 25-Feb-98 | 59 | 4,616.75 | 73.75 |
| GENERAL MOTORS CORP | 11-Feb-98 | 13 | 785.69 | 25-Feb-98 | 13 | 859.63 | 73.94 |
| HEWLETT PACKARD CO | 11-Feb-98 | 19 | 1,167.31 | 25-Feb-98 | 19 | 1,233.81 | 66.50 |
| INTERNATIONAL BUSINESS MACHS | 11-Feb-98 | 17 | 1,666.00 | 25-Feb-98 | 17 | 1,744.63 | 78.63 |
| INTEL CORP | 11-Feb-98 | 29 | 2,490.38 | 25-Feb-98 | 29 | 2,662.56 | 172.18 |
| JOHNSON & JOHNSON | 11-Feb-98 | 24 | 1,662.00 | 25-Feb-98 | 24 | 1,681.50 | 19.50 |
| COCA COLA CO | 11-Feb-98 | 44 | 2,964.50 | 25-Feb-98 | 44 | 3,060.75 | 96.25 |
| MCDONALDS CORP | 11-Feb-98 | 12 | 581.25 | 25-Feb-98 | 12 | 635.25 | 54.00 |
| MINNESOTA MNG & MFG CO | 11-Feb-98 | 7 | 611.63 | 25-Feb-98 | 7 | 615.56 | 3.93 |
| MOBIL CORP | 11-Feb-98 | 14 | 990.50 | 25-Feb-98 | 14 | 1,006.25 | 15.75 |
| MERCK & CO | 11-Feb-98 | 22 | 2,497.00 | 25-Feb-98 | 22 | 2,741.75 | 244.75 |
| MICROSOFT CORP | 11-Feb-98 | 22 | 3,421.00 | 25-Feb-98 | 22 | 3,423.75 | 2.75 |
| NATIONS BANK CORP | 11-Feb-98 | 17 | 1,086.94 | 25-Feb-98 | 17 | 1,105.00 | 18.06 |
| NORTHERN TELECOM LIMITED | 11-Feb-98 | 9 | 416.25 | 25-Feb-98 | 9 | 436.50 | 20.25 |
| AMERICAN INTL GROUP INC | 11-Feb-98 | 13 | 1,472.25 | 25-Feb-98 | 13 | 1,536.44 | 64.19 |
| AMOCO CORP | 11-Feb-98 | 9 | 765.00 | 25-Feb-98 | 9 | 761.06 | (3.94) |
| PEPSICO INC | 11-Feb-98 | 27 | 955.13 | 25-Feb-98 | 27 | 956.81 | 1.68 |
| AMERITECH CORP | 11-Feb-98 | 20 | 816.25 | 25-Feb-98 | 20 | 837.50 | 21.25 |
| ORACLE CORPORATION | 11-Feb-98 | 20 | 490.00 | 25-Feb-98 | 20 | 507.50 | 17.50 |

DAVID GROSS

Trading Accounts #1-CM404-3-0 & 1-CM404-4-0
Gain/(Loss) on Sale of Securities
For the Period 01/01/98 thru 12/31/98

Page 3 of 8

| STOCKS | DATE BOUGHT | # OF SHARES | COST | DATE SOLD | # OF SHARES | SELLING PRICE | NET GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|
| NATIONS BANK CORP | 18-Mar-98 | 408 | 28,254.00 | 22-Apr-98 | 408 | 32,181.00 | 3,927.00 |
| NORTHERN TELECOM LIMITED | 18-Mar-98 | 240 | 13,800.00 | 22-Apr-98 | 240 | 15,615.00 | 1,815.00 |
| AMERICAN INT'L GROUP INC | 18-Mar-98 | 312 | 38,220.00 | 22-Apr-98 | 312 | 43,465.50 | 5,245.50 |
| AMERITECH CORP | 18-Mar-98 | 504 | 22,144.50 | 22-Apr-98 | 504 | 23,562.00 | 1,417.50 |
| AMOCO CORP | 18-Mar-98 | 216 | 18,130.50 | 22-Apr-98 | 216 | 18,765.00 | 634.50 |
| ORACLE CORPORATION | 18-Mar-98 | 408 | 11,934.00 | 22-Apr-98 | 408 | 11,169.00 | (765.00) |
| AMERICAN EXPRESS COMPANY | 18-Mar-98 | 216 | 20,007.00 | 22-Apr-98 | 216 | 23,112.00 | 3,105.00 |
| PEPSICO INC | 18-Mar-98 | 648 | 27,783.00 | 22-Apr-98 | 648 | 27,135.00 | (648.00) |
| BOEING CO | 18-Mar-98 | 432 | 22,329.00 | 22-Apr-98 | 432 | 23,220.00 | 891.00 |
| A T & T CORP | 18-Mar-98 | 720 | 45,990.00 | 22-Apr-98 | 720 | 48,420.00 | 2,430.00 |
| BANKAMERICA CORP | 18-Mar-98 | 312 | 25,623.00 | 22-Apr-98 | 312 | 27,456.00 | 1,833.00 |
| WAL-MART STORES INC | 18-Mar-98 | 984 | 50,184.00 | 22-Apr-98 | 984 | 52,275.00 | 2,091.00 |
| BELL ATLANTIC CORP | 18-Mar-98 | 336 | 32,046.00 | 22-Apr-98 | 336 | 32,256.00 | 210.00 |
| EXXON CORP | 18-Mar-98 | 1,056 | 67,452.00 | 22-Apr-98 | 1,056 | 76,032.00 | 8,580.00 |
| BRISTOL MYERS SQUIBB COMPANY | 18-Mar-98 | 432 | 46,008.00 | 22-Apr-98 | 432 | 45,360.00 | (648.00) |
| CHRYSLER CORP | 18-Mar-98 | 288 | 12,096.00 | 22-Apr-98 | 288 | 12,636.00 | 540.00 |
| CITICORP | 18-Mar-98 | 192 | 25,992.00 | 22-Apr-98 | 192 | 30,720.00 | 4,728.00 |
| CISCO SYSTEMS INC | 18-Mar-98 | 432 | 27,810.00 | 22-Apr-98 | 432 | 30,429.00 | 2,619.00 |
| DU PONT E I DE NEMOURS & CO | 18-Mar-98 | 504 | 31,752.00 | 22-Apr-98 | 504 | 38,808.00 | 7,056.00 |
| THE WALT DISNEY CO | 18-Mar-98 | 288 | 30,456.00 | 22-Apr-98 | 288 | 32,616.00 | 2,160.00 |
| FORD MOTOR COMPANY | 18-Mar-98 | 528 | 31,086.00 | 26-Mar-98 | 528 | 33,198.00 | 2,112.00 |
| GENERAL ELECTRIC CO | 18-Mar-98 | 1,440 | 112,140.00 | 22-Apr-98 | 1,440 | 125,640.00 | 13,500.00 |
| GENERAL MOTORS CORP | 18-Mar-98 | 312 | 22,464.00 | 22-Apr-98 | 312 | 21,528.00 | (936.00) |
| HEWLETT PACKARD CO | 18-Mar-98 | 456 | 28,101.00 | 22-Apr-98 | 456 | 28,956.00 | 855.00 |
| INTERNATIONAL BUSINESS MACHS | 18-Mar-98 | 432 | 42,984.00 | 22-Apr-98 | 432 | 46,548.00 | 3,564.00 |
| INTEL CORP | 18-Mar-98 | 696 | 53,461.50 | 22-Apr-98 | 696 | 52,330.50 | (1,131.00) |
| JOHNSON & JOHNSON | 18-Mar-98 | 576 | 43,272.00 | 22-Apr-98 | 576 | 41,796.00 | (1,476.00) |
| COCA COLA CO | 18-Mar-98 | 1,080 | 76,140.00 | 22-Apr-98 | 1,080 | 83,025.00 | 6,885.00 |
| MCDONALDS CORP | 18-Mar-98 | 288 | 15,804.00 | 22-Apr-98 | 288 | 17,784.00 | 1,980.00 |
| MERRILL LYNCH & CO INC | 18-Mar-98 | 144 | 10,692.00 | 22-Apr-98 | 144 | 13,680.00 | 2,988.00 |
| MINNESOTA MNG & MFG CO | 18-Mar-98 | 168 | 15,099.00 | 22-Apr-98 | 168 | 16,359.00 | 1,260.00 |
| MOBIL CORP | 18-Mar-98 | 336 | 24,213.00 | 22-Apr-98 | 336 | 26,208.00 | 1,995.00 |
| MERCK & CO | 18-Mar-98 | 528 | 67,518.00 | 22-Apr-98 | 528 | 63,624.00 | (3,894.00) |
| MICROSOFT CORP | 18-Mar-98 | 1,032 | 84,366.00 | 22-Apr-98 | 1,032 | 95,073.00 | 10,707.00 |

**DAVID GROSS**

Trading Accounts #1-CM404-3-0 & 1-CM404-4-0
Gain/(Loss) on Sale of Securities
For the Period 01/01/98 thru 12/31/98

Page 4 of 6

| STOCKS | DATE BOUGHT | # OF SHARES | COST | DATE SOLD | # OF SHARES | SELLING PRICE | NET GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|
| AMOCO CORP | 13-May-98 | 391 | 17,130.69 | 22-Jul-98 | 391 | 15,908.81 | (1,221.88) |
| SCHLUMBERGER LTD | 13-May-98 | 207 | 16,870.50 | 22-Jul-98 | 207 | 13,907.81 | (2,962.69) |
| AMERICAN EXPRESS COMPANY | 13-May-98 | 207 | 20,700.00 | 22-Jul-98 | 207 | 23,973.19 | 3,273.19 |
| A T & T CORP | 13-May-98 | 667 | 38,727.69 | 22-Jul-98 | 667 | 39,436.38 | 708.69 |
| BOEING CO | 13-May-98 | 414 | 20,596.50 | 22-Jul-98 | 414 | 20,700.00 | 103.50 |
| WAL-MART STORES INC | 13-May-98 | 920 | 46,575.00 | 22-Jul-98 | 920 | 63,480.00 | 16,905.00 |
| BANKAMERICA CORP | 13-May-98 | 276 | 22,476.75 | 22-Jul-98 | 276 | 26,582.25 | 4,105.50 |
| EXXON CORP | 13-May-98 | 1,012 | 74,065.75 | 22-Jul-98 | 1,012 | 73,243.50 | (822.25) |
| BELL ATLANTIC CORP | 13-May-98 | 644 | 30,569.88 | 22-Jul-98 | 644 | 28,980.00 | (1,589.88) |
| BRISTOL MYERS SQUIBB COMPANY | 13-May-98 | 414 | 43,780.50 | 22-Jul-98 | 414 | 51,077.25 | 7,296.75 |
| CHRYSLER CORP | 13-May-98 | 276 | 14,869.50 | 22-Jul-98 | 276 | 15,490.50 | 621.00 |
| CITICORP | 13-May-98 | 184 | 26,956.00 | 22-Jul-98 | 184 | 32,890.00 | 5,934.00 |
| CISCO SYSTEMS INC | 13-May-98 | 414 | 31,024.13 | 22-Jul-98 | 414 | 41,270.63 | 10,246.50 |
| DU PONT E I DE NEMOURS & CO | 13-May-98 | 483 | 35,530.69 | 22-Jul-98 | 483 | 32,904.38 | (2,626.31) |
| THE WALT DISNEY CO | 13-May-98 | 828 | 32,913.00 | 22-Jul-98 | 828 | 32,602.50 | (310.50) |
| FORD MOTOR COMPANY | 13-May-98 | 506 | 23,023.00 | 22-Jul-98 | 506 | 29,854.00 | 6,831.00 |
| GENERAL ELECTRIC CO | 13-May-98 | 1,357 | 111,952.50 | 22-Jul-98 | 1,357 | 131,204.94 | 19,252.44 |
| GENERAL MOTORS CORP | 13-May-98 | 299 | 20,107.75 | 22-Jul-98 | 299 | 20,892.63 | 784.88 |
| HEWLETT PACKARD CO | 13-May-98 | 437 | 33,403.19 | 22-Jul-98 | 437 | 26,220.00 | (7,183.19) |
| INTERNATIONAL BUSINESS MACHS | 13-May-98 | 414 | 48,438.00 | 22-Jul-98 | 414 | 49,731.75 | 1,293.75 |
| INTEL CORP | 13-May-98 | 690 | 55,631.25 | 22-Jul-98 | 690 | 57,528.75 | 1,897.50 |
| JOHNSON & JOHNSON | 13-May-98 | 552 | 38,536.50 | 22-Jul-98 | 552 | 42,814.50 | 4,278.00 |
| COCA COLA CO | 13-May-98 | 1,035 | 78,530.63 | 22-Jul-98 | 1,035 | 89,139.38 | 10,608.75 |
| MCDONALDS CORP | 13-May-98 | 276 | 16,939.50 | 22-Jul-98 | 276 | 20,148.00 | 3,208.50 |
| MERRILL LYNCH & CO INC | 13-May-98 | 138 | 11,790.38 | 22-Jul-98 | 138 | 14,498.63 | 2,708.25 |
| MINNESOTA MNG & MFG CO | 13-May-98 | 161 | 14,892.50 | 22-Jul-98 | 161 | 13,413.31 | (1,479.19) |
| MOBIL CORP | 13-May-98 | 322 | 25,116.00 | 22-Jul-98 | 322 | 24,150.00 | (966.00) |
| MERCK & CO | 13-May-98 | 506 | 58,569.50 | 22-Jul-98 | 506 | 69,828.00 | 11,258.50 |
| MICROSOFT CORP | 13-May-98 | 1,035 | 84,870.00 | 22-Jul-98 | 1,035 | 122,130.00 | 37,260.00 |
| NATIONS BANK CORP | 13-May-98 | 391 | 28,689.63 | 22-Jul-98 | 391 | 33,479.38 | 4,789.75 |
| NORTHERN TELECOM LIMITED | 13-May-98 | 207 | 12,523.50 | 22-Jul-98 | 207 | 11,462.63 | (1,060.87) |
| AMERICAN INTL GROUP INC | 13-May-98 | 299 | 37,636.63 | 22-Jul-98 | 299 | 45,373.25 | 7,736.62 |
| AMERITECH CORP | 13-May-98 | 460 | 20,067.50 | 22-Jul-98 | 460 | 23,172.50 | 3,105.00 |
| PEPSICO INC | 13-May-98 | 621 | 23,675.63 | 22-Jul-98 | 621 | 24,529.50 | 853.87 |

DAVID GROSS

Trading Accounts #1-CM404-3-0 & 1-CM404-4-0
Gain/(Loss) on Sale of Securities
For the Period 01/01/98 thru 12/31/98

Page 5 of 8

| STOCKS | DATE BOUGHT | # OF SHARES | COST | DATE SOLD | # OF SHARES | SELLING PRICE | NET GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|
| BRISTOL MYERS SQUIBB COMPANY | 21-Aug-98 | 408 | 43,962.00 | 03-Sep-98 | 408 | 40,086.00 | (3,876.00) |
| CHRYSLER CORP | 21-Aug-98 | 264 | 15,213.00 | 03-Sep-98 | 264 | 11,880.00 | (3,333.00) |
| CITICORP | 21-Aug-98 | 192 | 27,624.00 | 03-Sep-98 | 192 | 20,880.00 | (6,744.00) |
| CISCO SYSTEMS INC | 21-Aug-98 | 432 | 42,660.00 | 03-Sep-98 | 432 | 35,370.00 | (7,290.00) |
| DU PONT E I DE NEMOURS & CO | 21-Aug-98 | 456 | 25,536.00 | 03-Sep-98 | 456 | 26,448.00 | 912.00 |
| THE WALT DISNEY CO | 21-Aug-98 | 864 | 28,242.00 | 03-Sep-98 | 864 | 23,922.00 | (4,320.00) |
| FORD MOTOR COMPANY | 21-Aug-98 | 528 | 25,377.00 | 03-Sep-98 | 528 | 23,628.00 | (1,749.00) |
| GENERAL ELECTRIC CO | 21-Aug-98 | 1,368 | 122,436.00 | 03-Sep-98 | 1,368 | 110,038.50 | (12,397.50) |
| GENERAL MOTORS CORP | 21-Aug-98 | 288 | 19,584.00 | 03-Sep-98 | 288 | 16,740.00 | (2,844.00) |
| HEWLETT PACKARD CO | 21-Aug-98 | 432 | 24,192.00 | 03-Sep-98 | 432 | 21,033.00 | (3,159.00) |
| INTERNATIONAL BUSINESS MACHS | 21-Aug-98 | 384 | 48,864.00 | 03-Sep-98 | 384 | 43,392.00 | (5,472.00) |
| INTEL CORP | 21-Aug-98 | 720 | 64,440.00 | 03-Sep-98 | 720 | 51,525.00 | (12,915.00) |
| JOHNSON & JOHNSON | 21-Aug-98 | 552 | 42,228.00 | 03-Sep-98 | 552 | 38,226.00 | (4,002.00) |
| COCA COLA CO | 21-Aug-98 | 1,032 | 81,528.00 | 03-Sep-98 | 1,032 | 67,596.00 | (13,932.00) |
| MCDONALDS CORP | 21-Aug-98 | 288 | 18,720.00 | 03-Sep-98 | 288 | 16,182.00 | (2,538.00) |
| MERRILL LYNCH & CO INC | 21-Aug-98 | 144 | 12,726.00 | 03-Sep-98 | 144 | 9,504.00 | (3,222.00) |
| MOBIL CORP | 21-Aug-98 | 336 | 23,856.00 | 03-Sep-98 | 336 | 23,268.00 | (588.00) |
| MERCK & CO | 21-Aug-98 | 504 | 65,520.00 | 03-Sep-98 | 504 | 58,590.00 | (6,930.00) |
| MICROSOFT CORP | 21-Aug-98 | 1,056 | 114,048.00 | 03-Sep-98 | 1,056 | 101,376.00 | (12,672.00) |
| NATIONS BANK CORP | 21-Aug-98 | 408 | 29,937.00 | 03-Sep-98 | 408 | 23,409.00 | (6,528.00) |
| NORTHERN TELECOM LIMITED | 21-Aug-98 | 216 | 11,596.50 | 03-Sep-98 | 216 | 10,314.00 | (1,282.50) |
| AMERICAN INTL GROUP INC | 21-Aug-98 | 456 | 41,952.00 | 03-Sep-98 | 456 | 35,397.00 | (6,555.00) |
| AMERITECH CORP | 21-Aug-98 | 456 | 22,230.00 | 03-Sep-98 | 456 | 21,489.00 | (741.00) |
| PEPSICO INC | 21-Aug-98 | 624 | 21,450.00 | 03-Sep-98 | 624 | 17,433.00 | (4,017.00) |
| AMOCO CORP | 21-Aug-98 | 408 | 20,961.00 | 03-Sep-98 | 408 | 18,615.00 | (2,346.00) |
| PROCTER & GAMBLE CO | 21-Aug-98 | 552 | 44,436.00 | 03-Sep-98 | 552 | 44,160.00 | (276.00) |
| AMERICAN EXPRESS COMPANY | 21-Aug-98 | 192 | 18,600.00 | 03-Sep-98 | 192 | 15,000.00 | (3,600.00) |
| A T & T CORP | 21-Aug-98 | 768 | 43,008.00 | 03-Sep-98 | 768 | 39,936.00 | (3,072.00) |
| BOEING CO | 21-Aug-98 | 432 | 16,092.00 | 03-Sep-98 | 432 | 13,392.00 | (2,700.00) |
| WAL-MART STORES INC | 21-Aug-98 | 936 | 58,968.00 | 03-Sep-98 | 936 | 55,224.00 | (3,744.00) |
| BANKAMERICA CORP | 21-Aug-98 | 288 | 23,724.00 | 03-Sep-98 | 288 | 18,612.00 | (5,112.00) |
| EXXON CORP | 21-Aug-98 | 1,032 | 71,208.00 | 03-Sep-98 | 1,032 | 67,725.00 | (3,483.00) |
| BELL ATLANTIC CORP | 21-Aug-98 | 648 | 27,540.00 | 03-Sep-98 | 648 | 28,512.00 | 972.00 |

DAVID GROSS

Trading Accounts #1-CM404-3-0 & 1-CM404-4-0
Gain/(Loss) on Sale of Securities
For the Period 01/01/98 thru 12/31/98

Page 6 of 8

| STOCKS | DATE BOUGHT | # OF SHARES | COST | DATE SOLD | # OF SHARES | SELLING PRICE | NET GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|
| CISCO SYSTEMS INC | 21-Sep-98 | 675 | 43,115.63 | 23-Sep-98 | 675 | 41,217.19 | (1,898.44) |
| DU PONT E I DE NEMOURS & CO | 21-Sep-98 | 500 | 29,750.00 | 23-Sep-98 | 500 | 28,968.75 | (781.25) |
| THE WALT DISNEY CO | 21-Sep-98 | 900 | 22,837.50 | 23-Sep-98 | 900 | 23,006.25 | 168.75 |
| EASTMAN KODAK CO | 21-Sep-98 | 150 | 12,412.50 | 23-Sep-98 | 150 | 12,750.00 | 337.50 |
| FORD MOTOR COMPANY | 21-Sep-98 | 525 | 24,609.38 | 23-Sep-98 | 525 | 23,592.19 | (1,017.19) |
| GENERAL ELECTRIC CO | 21-Sep-98 | 1,425 | 112,396.88 | 23-Sep-98 | 1,425 | 110,971.88 | (1,425.00) |
| GENERAL MOTORS CORP | 21-Sep-98 | 300 | 17,437.50 | 23-Sep-98 | 300 | 17,118.75 | (318.75) |
| HEWLETT PACKARD CO | 21-Sep-98 | 450 | 22,893.75 | 23-Sep-98 | 450 | 22,978.13 | 84.38 |
| INTERNATIONAL BUSINESS MACHS | 21-Sep-98 | 400 | 51,450.00 | 23-Sep-98 | 400 | 49,875.00 | (1,575.00) |
| INTEL CORP | 21-Sep-98 | 725 | 61,171.88 | 23-Sep-98 | 725 | 60,175.00 | (996.88) |
| JOHNSON & JOHNSON | 21-Sep-98 | 575 | 43,700.00 | 23-Sep-98 | 575 | 44,131.25 | 431.25 |
| COCA COLA CO | 21-Sep-98 | 1,075 | 65,440.63 | 23-Sep-98 | 1,075 | 65,978.13 | 537.50 |
| MCDONALDS CORP | 21-Sep-98 | 300 | 17,475.00 | 23-Sep-98 | 300 | 17,025.00 | (450.00) |
| MOBIL CORP | 21-Sep-98 | 350 | 26,775.00 | 23-Sep-98 | 350 | 27,343.75 | 568.75 |
| MERCK & CO | 21-Sep-98 | 525 | 70,350.00 | 23-Sep-98 | 525 | 70,579.69 | 229.69 |
| MICROSOFT CORP | 21-Sep-98 | 1,075 | 115,562.50 | 23-Sep-98 | 1,075 | 113,278.13 | (2,284.37) |
| NATIONS BANK CORP | 21-Sep-98 | 425 | 24,437.50 | 23-Sep-98 | 425 | 22,631.25 | (1,806.25) |
| AMERICAN INTL GROUP INC | 21-Sep-98 | 450 | 36,450.00 | 23-Sep-98 | 450 | 35,634.38 | (815.62) |
| AMERITECH CORP | 21-Sep-98 | 475 | 22,028.13 | 23-Sep-98 | 475 | 23,423.44 | 1,395.31 |
| ORACLE CORP | 21-Sep-98 | 425 | 11,528.13 | 23-Sep-98 | 425 | 11,554.69 | 26.56 |
| AMOCO CORP | 21-Sep-98 | 400 | 20,750.00 | 23-Sep-98 | 400 | 21,050.00 | 300.00 |
| PEPSICO INC | 21-Sep-98 | 650 | 19,662.50 | 23-Sep-98 | 650 | 19,825.00 | 162.50 |
| AMERICAN EXPRESS COMPANY | 21-Sep-98 | 200 | 17,250.00 | 23-Sep-98 | 200 | 16,900.00 | (350.00) |
| PROCTER & GAMBLE CO | 21-Sep-98 | 575 | 39,675.00 | 23-Sep-98 | 575 | 39,639.06 | (35.94) |
| BOEING CO | 21-Sep-98 | 425 | 14,556.25 | 23-Sep-98 | 425 | 14,635.94 | 79.69 |
| A T & T CORP | 21-Sep-98 | 800 | 45,600.00 | 23-Sep-98 | 800 | 47,200.00 | 1,600.00 |
| BANKAMERICA CORP | 21-Sep-98 | 300 | 19,725.00 | 23-Sep-98 | 300 | 17,887.50 | (1,837.50) |
| WAL-MART STORES INC | 21-Sep-98 | 975 | 60,450.00 | 23-Sep-98 | 975 | 59,048.44 | (1,401.56) |
| BELL ATLANTIC CORP | 21-Sep-98 | 675 | 29,615.63 | 23-Sep-98 | 675 | 30,543.75 | 928.12 |
| EXXON CORP | 21-Sep-98 | 1,075 | 74,040.63 | 23-Sep-98 | 1,075 | 73,234.38 | (806.25) |
| BRISTOL MYERS SQUIBB COMPANY | 21-Sep-98 | 425 | 44,093.75 | 23-Sep-98 | 425 | 43,217.19 | (876.56) |
| CHRYSLER CORP | 21-Sep-98 | 275 | 14,300.00 | 23-Sep-98 | 275 | 14,162.50 | (137.50) |
| CITICORP | 21-Sep-98 | 200 | 20,550.00 | 23-Sep-98 | 200 | 19,350.00 | (1,200.00) |

DAVID GROSS

Trading Accounts #1-CM404-3-0 & 1-CM404-4-0
Gain/(Loss) on Sale of Securities
For the Period 01/01/98 thru 12/31/98

Page 1 of 2

| STOCKS | DATE BOUGHT | # OF SHARES | COST | DATE SOLD | # OF SHARES | SELLING PRICE | NET GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|
| HEWLETT PACKARD CO | 16-Oct-98 | 468 | 24,131.25 | 21-Oct-98 | 468 | 25,213.50 | 1,082.25 |
| INTERNATIONAL BUSINESS MACHS | 16-Oct-98 | 416 | 53,144.00 | 21-Oct-98 | 416 | 56,498.00 | 3,354.00 |
| INTEL CORP | 16-Oct-98 | 728 | 60,333.00 | 21-Oct-98 | 728 | 61,152.00 | 819.00 |
| JOHNSON & JOHNSON | 16-Oct-98 | 598 | 46,046.00 | 21-Oct-98 | 598 | 49,559.25 | 3,513.25 |
| COCA COLA CO | 16-Oct-98 | 1,092 | 69,342.30 | 21-Oct-98 | 1,092 | 75,416.25 | 6,074.25 |
| MCDONALDS CORP | 16-Oct-98 | 312 | 19,597.50 | 21-Oct-98 | 312 | 21,216.00 | 1,618.50 |
| MOBIL CORP | 16-Oct-98 | 338 | 26,680.88 | 21-Oct-98 | 338 | 26,786.50 | 105.62 |
| MERCK & CO | 16-Oct-98 | 520 | 68,250.00 | 21-Oct-98 | 520 | 70,330.00 | 2,080.00 |
| MICROSOFT CORP | 16-Oct-98 | 1,040 | 100,490.00 | 21-Oct-98 | 1,040 | 109,200.00 | 8,710.00 |
| BANC ONE CORP | 16-Oct-98 | 520 | 21,807.50 | 21-Oct-98 | 520 | 24,797.50 | 2,990.00 |
| AMERICAN INTL GROUP INC | 16-Oct-98 | 468 | 34,515.00 | 21-Oct-98 | 468 | 40,950.00 | 6,435.00 |
| ORACLE CORPORATION | 16-Oct-98 | 442 | 10,829.00 | 21-Oct-98 | 442 | 11,878.75 | 1,049.75 |
| AMERITECH CORP | 16-Oct-98 | 494 | 23,959.00 | 21-Oct-98 | 494 | 24,947.00 | 988.00 |
| PEPSICO INC | 16-Oct-98 | 650 | 20,150.00 | 21-Oct-98 | 650 | 21,775.00 | 1,625.00 |
| AMOCO CORP | 16-Oct-98 | 416 | 22,568.00 | 21-Oct-98 | 416 | 22,880.00 | 312.00 |
| PROCTER & GAMBLE CO | 16-Oct-98 | 598 | 46,569.25 | 21-Oct-98 | 598 | 49,820.88 | 3,251.63 |
| AMERICAN EXPRESS COMPANY | 16-Oct-98 | 208 | 16,250.00 | 21-Oct-98 | 208 | 18,434.00 | 2,184.00 |
| SCHLUMBERGER LTD | 16-Oct-98 | 234 | 10,296.00 | 21-Oct-98 | 234 | 12,168.00 | 1,872.00 |
| BOEING CO | 16-Oct-98 | 442 | 14,696.50 | 21-Oct-98 | 442 | 14,365.00 | (331.50) |
| A T & T CORP | 16-Oct-98 | 806 | 46,949.50 | 21-Oct-98 | 806 | 48,863.75 | 1,914.25 |
| BANKAMERICA CORP NEW | 16-Oct-98 | 702 | 37,118.25 | 21-Oct-98 | 702 | 35,100.00 | (2,018.25) |
| WAL-MART STORES INC | 16-Oct-98 | 988 | 59,280.00 | 21-Oct-98 | 988 | 65,702.00 | 6,422.00 |
| BELL ATLANTIC CORP | 16-Oct-98 | 702 | 34,222.50 | 21-Oct-98 | 702 | 35,100.00 | 877.50 |
| EXXON CORP | 16-Oct-98 | 1,092 | 79,238.25 | 21-Oct-98 | 1,092 | 82,992.00 | 3,753.75 |
| BRISTOL MYERS SQUIBB COMPANY | 16-Oct-98 | 442 | 43,039.75 | 21-Oct-98 | 442 | 46,161.38 | 3,121.63 |
| CITI GROUP INC | 16-Oct-98 | 1,014 | 35,109.75 | 21-Oct-98 | 1,014 | 42,207.75 | 7,098.00 |
| CISCO SYSTEMS INC | 16-Oct-98 | 702 | 35,451.00 | 21-Oct-98 | 702 | 38,961.00 | 3,510.00 |
| DU PONT E I DE NEMOURS & CO | 16-Oct-98 | 494 | 29,053.38 | 21-Oct-98 | 494 | 31,646.88 | 2,593.50 |
| THE WALT DISNEY CO | 16-Oct-98 | 936 | 22,932.00 | 21-Oct-98 | 936 | 23,985.00 | 1,053.00 |
| EASTMAN KODAK CO | 16-Oct-98 | 130 | 9,295.00 | 21-Oct-98 | 130 | 9,676.88 | 381.88 |
| FORD MOTOR COMPANY | 16-Oct-98 | 546 | 24,024.00 | 21-Oct-98 | 546 | 27,743.63 | 3,719.63 |
| GENERAL ELECTRIC CO | 16-Oct-98 | 1,482 | 109,668.00 | 21-Oct-98 | 1,482 | 124,024.88 | 14,356.88 |
| GENERAL MOTORS CORP | 16-Oct-98 | 286 | 14,586.00 | 21-Oct-98 | 286 | 16,802.50 | 2,216.50 |

**DAVID GROSS**

Trading Accounts #1-CM404-3-0 & 1-CM404-4-0
Gain/(Loss) on Sale of Securities
For the Period 01/01/98 thru 12/31/98

Page 8 of 8

| STOCKS | DATE BOUGHT | # OF SHARES | COST | DATE SOLD | # OF SHARES | SELLING PRICE | NET GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|
| BANC ONE CORP | 24-Nov-98 | 460 | 24,092.50 | 22-Dec-98 | 460 | 24,380.00 | 287.50 |
| ORACLE CORPORATION | 24-Nov-98 | 391 | 12,951.88 | 22-Dec-98 | 391 | 15,249.00 | 2,297.12 |
| PEPSICO INC | 24-Nov-98 | 575 | 21,490.63 | 22-Dec-98 | 575 | 21,921.88 | 431.25 |
| AMERICAN INTL GROUP INC | 24-Nov-98 | 414 | 37,674.00 | 22-Dec-98 | 414 | 39,847.50 | 2,173.50 |
| PROCTER & GAMBLE CO | 24-Nov-98 | 529 | 47,477.75 | 22-Dec-98 | 529 | 46,089.13 | (1,388.62) |
| AMERITECH CORP | 24-Nov-98 | 437 | 24,253.50 | 22-Dec-98 | 437 | 25,182.13 | 928.63 |
| A T & T CORP | 24-Nov-98 | 713 | 44,696.19 | 22-Dec-98 | 713 | 50,712.13 | 6,015.94 |
| AMERICAN EXPRESS COMPANY | 24-Nov-98 | 184 | 18,676.00 | 22-Dec-98 | 184 | 17,986.00 | (690.00) |
| WAL-MART STORES INC | 24-Nov-98 | 874 | 63,747.38 | 22-Dec-98 | 874 | 66,096.25 | 2,348.87 |
| BOEING CO | 24-Nov-98 | 391 | 16,813.00 | 22-Dec-98 | 391 | 12,487.56 | (4,325.44) |
| EXXON CORP | 24-Nov-98 | 966 | 67,861.50 | 22-Dec-98 | 966 | 71,725.50 | 3,864.00 |
| BANKAMERICA CORP | 24-Nov-98 | 690 | 42,176.25 | 22-Dec-98 | 690 | 41,227.50 | (948.75) |
| BELL ATLANTIC CORP | 24-Nov-98 | 621 | 34,310.25 | 22-Dec-98 | 621 | 34,387.88 | 77.63 |
| BRISTOL MYERS SQUIBB COMPANY | 24-Nov-98 | 391 | 46,235.75 | 22-Dec-98 | 391 | 48,190.75 | 1,955.00 |
| CITI GROUP INC | 24-Nov-98 | 920 | 40,825.00 | 22-Dec-98 | 920 | 45,655.00 | 4,830.00 |
| CISCO SYSTEMS INC | 24-Nov-98 | 621 | 45,333.00 | 22-Dec-98 | 621 | 52,319.25 | 6,986.25 |
| DU PONT E I DE NEMOURS & CO | 24-Nov-98 | 460 | 27,715.00 | 22-Dec-98 | 460 | 24,840.00 | (2,875.00) |
| THE WALT DISNEY CO | 24-Nov-98 | 805 | 22,841.88 | 22-Dec-98 | 805 | 24,955.00 | 2,113.12 |
| FORD MOTOR COMPANY | 24-Nov-98 | 483 | 26,172.56 | 22-Dec-98 | 483 | 27,380.06 | 1,207.50 |
| GENERAL ELECTRIC CO | 24-Nov-98 | 1,288 | 118,013.00 | 22-Dec-98 | 1,288 | 119,945.00 | 1,932.00 |
| GENERAL MOTORS CORP | 24-Nov-98 | 253 | 18,263.44 | 22-Dec-98 | 253 | 18,089.50 | (173.94) |
| HEWLETT PACKARD CO | 24-Nov-98 | 414 | 24,426.00 | 22-Dec-98 | 414 | 26,910.00 | 2,484.00 |
| INTERNATIONAL BUSINESS MACHS | 24-Nov-98 | 368 | 58,374.00 | 22-Dec-98 | 368 | 61,088.00 | 2,714.00 |
| INTEL CORP | 24-Nov-98 | 667 | 74,037.00 | 22-Dec-98 | 667 | 77,372.00 | 3,335.00 |
| JOHNSON & JOHNSON | 24-Nov-98 | 529 | 45,956.88 | 22-Dec-98 | 529 | 42,386.13 | (3,570.75) |
| COCA COLA CO | 24-Nov-98 | 989 | 70,466.25 | 22-Dec-98 | 989 | 64,037.75 | (6,428.50) |
| MCDONALDS CORP | 24-Nov-98 | 276 | 19,458.00 | 22-Dec-98 | 276 | 19,665.00 | 207.00 |
| MOBIL CORP | 24-Nov-98 | 322 | 23,506.00 | 22-Dec-98 | 322 | 28,617.75 | 5,111.75 |
| MERCK & CO | 24-Nov-98 | 460 | 68,712.50 | 22-Dec-98 | 460 | 67,850.00 | (862.50) |
| MICROSOFT CORP | 24-Nov-98 | 989 | 109,284.50 | 22-Dec-98 | 989 | 132,278.75 | 22,994.25 |
| | | | 8,773,488.11 | | | 9,086,145.55 | 312,657.44 |

**DAVID GROSS**

Trading Accounts #1-CM404-3-0 & 1-CM404-4-0
Fidelity Cash Reserve Activity
For the Period 01/01/98 thru 12/31/98

| | DATE BOUGHT | # OF SHARES | COST | DATE SOLD | # OF SHARES | SELLING PRICE |
|---|---|---|---|---|---|---|
| FIDELITY SPARTAN US TREAS MM | 31-Dec-97 | 1,787 | 1,787.00 | 20-Jan-98 | 1,787 | 1,787.00 |
| FIDELITY SPARTAN US TREAS MM | 30-Jan-98 | 1,528 | 1,528.00 | 24-Feb-98 | 1,528 | 1,528.00 |
| FIDELITY SPARTAN US TREAS MM | 27-Feb-98 | 40,700 | 40,700.00 | 17-Mar-98 | 40,700 | 40,700.00 |
| FIDELITY SPARTAN US TREAS MM | 31-Mar-98 | 18,355 | 18,355.00 | 22-Apr-98 | 18,355 | 18,355.00 |
| FIDELITY SPARTAN US TREAS MM | 30-Apr-98 | 6,242 | 6,242.00 | 18-May-98 | 6,242 | 6,242.00 |
| FIDELITY SPARTAN US TREAS MM | 29-May-98 | 27,372 | 27,372.00 | 11-Jun-98 | 27,372 | 27,372.00 |
| FIDELITY SPARTAN US TREAS MM | 30-Jun-98 | 44,066 | 44,066.00 | 22-Jul-98 | 44,066 | 44,066.00 |
| FIDELITY SPARTAN US TREAS MM | 31-Jul-98 | 3,445 | 3,445.00 | 05-Aug-98 | 3,445 | 3,445.00 |
| FIDELITY SPARTAN US TREAS MM | 31-Aug-98 | 3,547 | 3,547.00 | 03-Sep-98 | 3,547 | 3,547.00 |
| FIDELITY SPARTAN US TREAS MM | 30-Sep-98 | 7,806 | 7,806.00 | 15-Oct-98 | 7,806 | 7,806.00 |
| FIDELITY SPARTAN US TREAS MM | 30-Oct-98 | 5,746 | 5,746.00 | 23-Nov-98 | 5,746 | 5,746.00 |
| FIDELITY SPARTAN US TREAS MM | 30-Nov-98 | 33,874 | 33,874.00 | 22-Dec-98 | 33,874 | 33,874.00 |
| | | | **194,468.00** | | | **194,468.00** |

*OPEN POSITION AT 12/31/98:*
FIDELITY SPARTAN US TREAS MM    31-Dec-98    3,629    3,629.00

DAVID GROSS

Trading Accounts #1-CM404-3-0 & 1-CM404-4-0
Gain/(Loss) on Sale of Securities
For the Period 01/01/98 thru 12/31/98

| SECTION 1256 CONTRACTS | DATE BOUGHT | # OF SHARES | COST | DATE SOLD | # OF SHARES | SELLING PRICE | NET GAIN OR (LOSS) | SHORT TERM GAIN OR (LOSS) | LONG TERM GAIN OR (LOSS) |
|---|---|---|---|---|---|---|---|---|---|
| S & P 100 INDEX FEB 450 PUT | 20-Jan-98 | 26 | 22,126.00 | 20-Feb-98 | 26 | - | (22,126.00) | (8,850.40) | (13,275.60) |
| S & P 100 INDEX FEB 460 CALL | 26-Jan-98 | 26 | 19,526.00 | 21-Jan-98 | 26 | 31,174.00 | 11,648.00 | 4,659.20 | 6,988.80 |
| S & P 100 INDEX FEB 460 CALL | 20-Feb-98 | 26 | 84,058.00 | 28-Jan-98 | 26 | 26,949.00 | (57,109.00) | (22,843.60) | (34,265.40) |
| S & P 100 INDEX FEB 490 CALL | 23-Feb-98 | 1 | 470.00 | 09-Feb-98 | 1 | 374.00 | (96.00) | (38.40) | (57.60) |
| S & P 100 INDEX FEB 490 CALL | 23-Feb-98 | 1 | 513.50 | 20-Feb-98 | 1 | - | (513.50) | (205.40) | (308.10) |
| S & P 100 INDEX FEB 480 PUT | 09-Feb-98 | 26 | 3,276.00 | 23-Feb-98 | 26 | 3,412.50 | 136.50 | 54.60 | 81.90 |
| S & P 100 INDEX FEB 490 PUT | 20-Feb-98 | 26 | 4,524.00 | 20-Mar-98 | 24 | - | (4,524.00) | (1,809.60) | (2,714.40) |
| S & P 100 INDEX MAR 505 PUT | 16-Mar-98 | 24 | 24,528.00 | 17-Mar-98 | 24 | 6,276.00 | (18,252.00) | (7,300.80) | (10,951.20) |
| S & P 100 INDEX MAR 515 CALL | 23-Mar-98 | 24 | 18,324.00 | 23-Apr-98 | 24 | - | (18,324.00) | (7,329.60) | (10,994.40) |
| S & P 100 INDEX APR 520 PUT | 23-Mar-98 | 24 | 30,888.00 | 24-Mar-98 | 24 | 17,376.00 | (13,512.00) | (5,404.80) | (8,107.20) |
| S & P 100 INDEX APR 530 CALL | 20-Apr-98 | 23 | 4,623.00 | 11-May-98 | 23 | 8,889.50 | 4,266.50 | 1,706.60 | 2,559.90 |
| S & P 100 INDEX MAY 540 CALL | 18-May-98 | 23 | 7,785.50 | 20-May-98 | 23 | - | (7,785.50) | (3,114.20) | (4,671.30) |
| S & P 100 INDEX MAY 530 PUT | 11-May-98 | 23 |  | 18-May-98 | 23 | 27,577.00 | 27,577.00 | 11,030.80 | 16,546.20 |
| S & P 100 INDEX JUN 545 CALL | 22-Jun-98 | 23 | 24,173.00 | 22-Jun-98 | 23 | 10,396.00 | (13,777.00) | (5,510.80) | (8,266.20) |
| S & P 100 INDEX JUN 540 PUT | 18-May-98 | 23 | 95,082.00 | 22-Jun-98 | 23 | 25,277.00 | (69,805.00) | (27,922.00) | (41,883.00) |
| S & P 100 INDEX JUL 540 CALL | 20-Jul-98 | 23 | 20,723.00 | 20-Jul-98 | 23 | - | (20,723.00) | (8,289.20) | (12,433.80) |
| S & P 100 INDEX JUL 535 PUT | 22-Jun-98 | 24 |  | 19-Aug-98 | 24 | 14,076.00 | 14,076.00 | 5,630.40 | 8,445.60 |
| S & P 100 INDEX AUG 540 CALL | 24-Aug-98 | 24 | 5,274.00 | 24-Aug-98 | 24 | - | (5,274.00) | (2,109.60) | (3,164.40) |
| S & P 100 INDEX AUG 530 PUT | 19-Aug-98 | 24 | 34,224.00 | 01-Sep-98 | 24 | 141,144.00 | 106,920.00 | 42,768.00 | 64,152.00 |
| S & P 100 INDEX SEPT 530 PUT | 24-Aug-98 | 24 | 3,024.00 | 25-Aug-98 | 24 | 34,476.00 | 31,452.00 | 12,580.80 | 18,871.20 |
| S & P 100 INDEX SEPT 540 CALL | 01-Sep-98 | 25 |  | 17-Sep-98 | 25 | 9,975.00 | 9,975.00 | 3,990.00 | 5,985.00 |
| S & P 100 INDEX SEPT 510 CALL | 21-Sep-98 | 50 | 17,550.00 | 21-Sep-98 | 50 | 23,750.00 | 6,200.00 | 2,480.00 | 3,720.00 |
| S & P 100 INDEX SEPT 500 PUT | 17-Sep-98 | 25 |  | 21-Sep-98 | 25 | 10,600.00 | 10,600.00 | 4,240.00 | 6,360.00 |
| S & P 100 INDEX SEPT 495 PUT | 21-Sep-98 | 26 | 54,470.00 | 14-Oct-98 | 26 | 5,174.00 | (49,296.00) | (19,718.40) | (29,577.60) |
| S & P 100 INDEX SEPT 500 CALL | 19-Oct-98 | 26 | - | 19-Oct-98 | 26 |  | (14,976.00) | (5,990.40) | (8,985.60) |
| S & P 100 INDEX OCT 490 PUT | 14-Oct-98 | 26 | 14,976.00 | 19-Oct-98 | 26 |  | (14,976.00) | (5,990.40) | (8,985.60) |
| S & P 100 INDEX DEC 560 PUT | 20-Nov-98 | 23 | 23,023.00 | 21-Dec-98 | 23 | - | (23,023.00) | (9,209.20) | (13,813.80) |
| S & P 100 INDEX DEC 570 CALL | 18-Dec-98 | 23 | 31,073.00 | 23-Nov-98 | 23 | 29,877.00 | (1,196.00) | (478.40) | (717.60) |
|  |  |  | 544,234.00 |  |  | 426,773.00 | (117,461.00) | (46,984.40) | (70,476.60) |

# LAWRENCE BELL, CPA

## IS PLEASED TO ANNOUNCE THE OPENING OF HIS NEW OFFICE LOCATIONS

*Dude Nancy*
*Brother Allen*

**NEW JERSEY**
456 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
Phone: (201) 503 0041
Fax: (201) 503 0103

**FLORIDA**
Boca Corporate Center, Suite 107
2101 Corporate Boulevard
Boca Raton, Florida 33431
Phone: (561) 997 0585
Fax: (561) 997 0759

LARRY@LARRYBELLCPA.COM | Mobile: (201) 618 1513