BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MARCH 13, 2013 AT 10:00 A.M.**

**CONTESTED MATTER**

**SIPC v. BLMIS; Adv. No. 08-01789**

1. Motion for an Order Approving Third Allocation of Property to the Fund of Customer Property and Authorizing Third Interim Distribution to Customers filed by David J. Sheehan (Filed: 02/13/2013) (ECF No. 5230)

Related Document:

- A. Affidavit of Matthew Cohen in Support of the Trustee's Motion for an Order Approving the Third Allocation of Property to the Fund of Customer Property and Authorizing Third Interim Distribution to Customers filed by David J. Sheehan (Filed: 2/13/2013) (ECF No. 5231)

Objections Due:            March 6, 2013

Objections Filed:

- B. Objection to Third Allocation of Property filed by David Gross (Filed: 3/1/2013) (ECF No. 5255)

- C. Objection to Third Allocation of Property to the Fund of Customer Property and Authorizing Third Interim Distribution to Customers filed by David and Irma Gross (Filed: 3/4/2013) (ECF No. 5259)

Replies Filed:

- D. Trustee's Reply to Objection to Trustee's Motion for an Order Approving Third Allocation of Property to the Fund of Customer Property and Authorizing Third Interim Distribution to Customers filed by David J. Sheehan (Filed: 3/8/2013) (ECF No. 5261)

- E. Memorandum of Law of the Securities Investor Protection Corporation in Support of Trustee's Motion for an Order Approving Third Allocation of Property to the Fund of Customer Property and Authorizing Third Interim Distribution to Customers filed by Kevin H. Bell (Filed: 03/11/2013) (ECF No. 5265)

Status: This matter is going forward.

| | |
|---|---|
| Dated: New York, New York<br>March 11, 2013 | Respectfully submitted,<br><br>*/s/ David J. Sheehan*<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Seanna R. Brown<br>Email: sbrown@bakerlaw.com<br>Heather R. Wlodek<br>Email : hwlodek@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |

300274838