

Thursday, March 07, 2013

I IRMA GROSS 7248 BALLANTRAE CT BOCA RATON FL. 33496 561 483 4543

OBJECTION TO ANY DISTRIBUTIONS, UNLESS IRMA GROSS AND DAVID GROSS ACCOUNT 1-CM404-3-0 OF WHICH I AM ENCLOSING A COPY OF ONE OF THE MONTHLY STATEMENTS. THE TRUSTEE FOR BLMIS CLAIMS IS A FRAUD.

IRMA GROSS, SHOULD BE ENTITLED TO BE INCLUDED IN THE DISTRIBUTION OF CLAIMS AND NOT DENIED FOR THE FOLLOWING REASONS.

A COPY OF THE FOLLOWING: NOTICE OF TRUSTEES DETERMINATION OF CLAIM

1. BERNARD INVESTMENT SECURITIES STATEMENT IS NOT TO BE HONORED

2. NOVEMBER 30, 2009 -- SHOWING AN AMOUNT OF 325,000.00 DENIED CLAIM 5,139,994.36

3. NOVEMBER 30, 2009 -- INDICATING THE SAME AS ITEM # 2 WITH A NONE MATCHING LIST.

4. MARCH 11, 2010 -- SHOWING 1CM5130 ACCOUNT NUMBERS AND 1CM051 THAT HAS NOTHING TO WITH IRMA GROSS OR DAVID GROSS

5. OCTOBER 8, 2010 IS ANOTHER COPY OF REVISED DETERMINATION OF CLAIM

ALL OF THE ABOVE ITEMS AND FIGURES IRMA GROSS AND DAVID GROSS DISAGREE WITH.

THE NUMBERS ARE BOOK ENTRIES AND MANNY ARE ARTIFICAL FOR THE ACCOUNTING OF COHMAD AND THE ASSOCIATION WITH BLMIS.
THE TRUSTEE IS WELL AWARE THAT COHMAD RECORDS WERE NOT MADE AVAILABLE TO IRMA GROSS FOR ACCOUNT 1-CM404-3-0 .

THE ONLY TRUE FIGURES FOR THE IRA SHOULD COME FROM THE ACTURARY AS FOR CONTRIBUTIONS AND DISTRIBUTION. IN FACT RETIREMENT ACCOUNTS COULD IDENTIFY A ROLLOVER OF SECURITIES. WHO TRADED THEM TO CASH. THE ACTUARY HAS THE TRUE FIGURES

THE TRUE NUMBERS IS THAT THERE ARE NO CHECKS IDENTIFYING ALL THE FUNDS GIVEN DIRECTLY TO IRMA GROSS OR DAVID GROSS.

A COPY OF MY HISTORY WITH COHMAD SONNY COHN AND RICHARD SPRING AND THEIR ASSOCIATION WITH BLMIS SHOULD NOT DENY IRMA GROSS OR DAVID GROSS TO PARTAKE IN A DISTRIBUTION.

ESPECIALLY. FEDERAL AND STATE TAKES FOR MORE THAN A DOZEN OF YEARS.

THANK YOU .

IRMA GROSS        *Irma Gross* (signature)