Friday, March 08, 2013

ENCLOSED IS A COPY OF LETTER DATED JANUARY 18. 2013

FROM BAKER HOSTETLER

january 18, 2013

RECEIVED MAR 1 2 2013

reference with an account with COHMAD IN THE SECOND PARAGRAPH

UNFORTUNATELY ALL MAIL IS RETURNEDS TO DAVID GROSS UNDELIVERED AND TELEPHONE NUMBERS ARE DISCONTINUED.

YOU CLAIM I OPENED AN ACCOUNT WITH BLMIS IN 1996 WHICH IS UNTRUE. YOU CAN NOT SHOW A DEPOSIT FROM DAVID GROSS TO OPEN AN ACCOUNT AND NOT EVEN AN APPLICATION THAT I OPENED AN ACCOUNT WITH BLMIS,

YOU ALSO SHOW I HAD A RETIREMENT ACCOUNT PRIOR TO 1996

SHOW ME PROOF OF THE ACTUAL CHECK AND APPLICATION DATED 1996.

ALL MY INVESTMENTS WAS HANDLED BY RICHARD SPRING AND MAURICE COHAN WHO OVER SEARED MY INVESTMENTS AND FINANCE . THEY WERE COMPENSATED FOR THIS BY BLMIS.

MY ACCOUNT WAS DIRECTED BY THEM.

IN FACT , I UNDERSTAND NO SECURITIES WERE TRADED BY BLMIS. I DAVID GROSS ROLLED OVER SECURITIES SUCH AS MUTUAL FUNDS . WHO TRADED THIS SECURITIES.

I ALSO SENT TRUE COPIES TO YOUR FIRM ON MY IRA ACCOUNT THAT YOU MAY PRESENT THEM TO THE COURT ON OUR BEHALF,

P.S. ANY HELP OR RECOMMENDATIONS HOW TO GET
    INFORMATION TO ENHANCE MY POSITION WITH THE
    COHMAD SITUATION AND THE TRUSTEE OF BLMIS.

SINCERELY
    DAVID GROSS 7248 BALLANTRAE CT BOCA RATON FL. 33496
        561 483 4543

BakerHostetler

*[Handwritten: MORE TO FOLLOW]*

*[Handwritten: I WILL BE SENDING YOU MORE INFORMATION]*

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

January 18, 2013

Mr. David Gross    *[Handwritten: 561-483-4543]*
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

Mr. Bik Cheema
direct dial: 212.589.4613
bcheema@bakerlaw.com

Re:    Bernard L. Madoff Investment Securities LLC ("BLMIS") Bankr. S.D.N.Y., No. 08-1789 (BRL)

Dear Mr. Gross:

The Trustee has referred to me your most recent letter dated January 11, 2013.

We have revisited the books and records of BLMIS which indicate that your account, 1CM404, was opened on June 24, 1996. If you are in possession of information evidencing a BLMIS account prior to this date, please send it to us at your convenience.

We have no information pertaining to an account you may have had with Cohmad. Irving Picard, is the Trustee only for the substantively consolidated liquidation of BLMIS and the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor") under the Securities Investor Protection Act ("SIPA") and not for Cohmad. If you have questions about an account with Cohmad, you should take them up directly with representatives of that entity.

Sincerely,

Bik Cheema

cc:    NIAP
       Becker & Poliakoff LLP