# BERNARD L. MADOFF
## MADOFF INVESTMENT SECURITIES LLC
New York □ London

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

DAVID GROSS
AND IRMA GROSS J/T WROS
7248 BALLANTRAE COURT
BOCA RATON       FL    33496

YOUR ACCOUNT NUMBER: 1-CM404-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *********1207
PERIOD ENDING: 11/30/03

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 308,825.44 |
| 11/12 | 2,834 | | 2414 | WAL-MART STORES INC | 55.830 | 158,335.22 |
| 11/12 | 1,853 | | 2916 | INTERNATIONAL BUSINESS MACHS | 87.270 | 161,785.31 |
| 11/12 | 6,867 | | 6740 | EXXON MOBIL CORP | 72.880 | 500,740.96 |
| 11/12 | 7,521 | | 7242 | INTEL CORP | 14.510 | 109,429.71 |
| 11/12 | 3,597 | | 11568 | JOHNSON & JOHNSON | 59.580 | 214,452.26 |
| 11/12 | 4,905 | | 15894 | J.P. MORGAN CHASE & CO | 38.530 | 189,185.65 |
| 11/12 | 2,616 | | 20219 | COCA COLA CO | 44.660 | 116,934.56 |
| 11/12 | 1,526 | | 24545 | MCDONALDS CORP | 55.370 | 84,555.62 |
| 11/12 | 2,834 | | 28871 | MERCK & CO | 28.550 | 81,023.70 |
| 11/12 | 10,355 | | 33197 | MICROSOFT CORP | 21.810 | 226,256.55 |
| 11/12 | 5,232 | | 37523 | ORACLE CORPORATION | 17.300 | 90,722.60 |
| 11/12 | 2,071 | | 50501 | PEPSICO INC | 56.410 | 116,907.11 |
| 11/12 | 1,199 | | 51003 | APPLE INC | 100.780 | 120,882.22 |
| 11/12 | 8,829 | | 54827 | PFIZER INC | 16.940 | 149,916.26 |
| 11/12 | 2,071 | | 55329 | ABBOTT LABORATORIES | 54.610 | 113,179.31 |
| 11/12 | 3,924 | | 59153 | PROCTER & GAMBLE CO | 64.080 | 251,605.92 |
| 11/12 | 1,417 | | 59655 | AMGEN INC | 59.160 | 83,885.72 |
| 11/12 | 2,725 | | 63479 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 118,919.00 |
| 11/12 | 6,540 | | 63981 | BANK OF AMERICA | 21.590 | 141,459.60 |
| 11/12 | 2,180 | | 67805 | QUALCOMM INC | 33.770 | 73,705.60 |
| 11/12 | 7,085 | | 68307 | CITI GROUP INC | 12.510 | 88,633.35 |
| 11/12 | 1,635 | | 72131 | SCHLUMBERGER LTD | 49.480 | 80,964.80 |
| 11/12 | 3,924 | | 72633 | COMCAST CORP CL A | 16.510 | 64,791.24 |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◊ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

DAVID GROSS
AND IRMA GROSS J/T WROS
7248 BALLANTRAE COURT
BOCA RATON    FL    33496

YOUR ACCOUNT NUMBER: 1-CM404-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: **********1207

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/12 | 7,739 | | 76457 | AT&T INC | 27.510 | 209,262.00 |
| 11/12 | 1,962 | | 76959 | CONOCOPHILIPS | 52.510 | 103,102.62 |
| 11/12 | 1,308 | | 80783 | UNITED PARCEL SVC INC CLASS B | 52.040 | 68,120.32 |
| 11/12 | 7,957 | | 81285 | CISCO SYSTEMS INC | 16.730 | 133,438.61 |
| 11/12 | 2,289 | | 85109 | U S BANCORP | 29.530 | 67,685.17 |
| 11/12 | 2,725 | | 85611 | CHEVRON CORP | 73.430 | 200,205.75 |
| 11/12 | 1,308 | | 89435 | UNITED TECHNOLOGIES CORP | 53.160 | 69,585.28 |
| 11/12 | 13,843 | | 89937 | GENERAL ELECTRIC CO | 19.630 | 272,291.09 |
| 11/12 | 3,706 | | 93761 | VERIZON COMMUNICATIONS | 30.410 | 112,847.46 |
| 11/12 | 327 | | 94263 | GOOGLE | 337.400 | 110,342.80 |
| 11/12 | 4,578 | | 98087 | WELLS FARGO & CO NEW | 29.800 | 136,607.40 |
| 11/12 | 3,270 | | 98589 | HEWLETT PACKARD CO | 34.900 | 114,253.00 |
| 11/12 | | 4,950,000 | 20700 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | |
| 11/12 | | | | 2/12/2009 | | |
| 11/12 | | | 15798 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | 1 DIV | |
| 11/12 | | 22,548 | 25167 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | 1 | |
| 11/19 | 10,929 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | 10,929.00 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
Fax (212) 838-4061

DAVID GROSS
AND IRMA GROSS J/T WROS
7248 BALLANTRAE COURT
BOCA RATON    FL    33496

YOUR ACCOUNT NUMBER: 1-CM404-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1207

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/19 | 325,000 | | 50427 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/19 | | 10,929 | 55061 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 324,759.50 |
| 11/19 | 12,735 | | 59466 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 12,735.00 |
| | | | | NEW BALANCE | | 613,371.96 |
| | | | | SECURITY POSITIONS | MKT PRICE | |
| | 7,739 | | | AT&T INC | 28.560 | |
| | 2,071 | | | ABBOTT LABORATORIES | 52.390 | |
| | 1,417 | | | AMGEN INC | 55.540 | |
| | 1,199 | | | APPLE INC | 92.670 | |
| | 6,540 | | | BANK OF AMERICA | 16.250 | |
| | 2,725 | | | CHEVRON CORP | 79.010 | |
| | 7,957 | | | CISCO SYSTEMS INC | 16.540 | |
| | 7,085 | | | CITI GROUP INC | 8.290 | |
| | 2,616 | | | COCA COLA CO | 46.870 | |
| | 3,924 | | | COMCAST CORP | 17.340 | |
| | | | | CL A | | |
| | 1,962 | | | CONOCOPHILIPS | 52.520 | |
| | 6,867 | | | EXXON MOBIL CORP | 80.150 | |
| | 13,843 | | | GENERAL ELECTRIC CO | 17.170 | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ◊ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

DAVID GROSS
AND IRMA GROSS J/T WROS
7248 BALLANTRAE COURT
BOCA RATON    FL    33496

YOUR ACCOUNT NUMBER: 1-CM404-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********1207

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 327 | | | GOOGLE | 292.960 | |
| 3,270 | | | HEWLETT PACKARD CO | 35.230 | |
| 7,521 | | | INTEL CORP | 13.800 | |
| 1,853 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | |
| 4,905 | | | J.P. MORGAN CHASE & CO | 31.660 | |
| 3,597 | | | JOHNSON & JOHNSON | 58.580 | |
| 1,526 | | | MCDONALDS CORP | 58.750 | |
| 2,834 | | | MERCK & CO | 26.720 | |
| 10,355 | | | MICROSOFT CORP | 20.220 | |
| 5,232 | | | ORACLE CORPORATION | 16.090 | |
| 2,071 | | | PEPSICO INC | 56.700 | |
| 8,829 | | | PFIZER INC | 16.430 | |
| 2,725 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | |
| 3,924 | | | PROCTER & GAMBLE CO | 64.350 | |
| 2,180 | | | QUALCOMM INC | 33.570 | |
| 1,635 | | | SCHLUMBERGER LTD | 50.740 | |
| 12,735 | | | FIDELITY SPARTAN | 1 | |
| | | | U S TREASURY MONEY MARKET | | |
| | 325,000 | | U S BANCORP | 26.980 | |
| | | | DUE 03/26/2009 | | |
| 2,289 | | | U S BANCORP | 26.980 | |
| 1,308 | | | UNITED PARCEL SVC INC | 57.600 | |
| | | | CLASS B | | |
| | | | U S TREASURY BILL | | |
| | | | DUE 03/26/2009 | | |
| | | | 3/26/2009 | | |
| 1,308 | | | UNITED TECHNOLOGIES CORP | 48.530 | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◊ London

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

DAVID GROSS
AND IRMA GROSS J/T WROS
7248 BALLANTRAE COURT
BOCA RATON    FL    33496

YOUR ACCOUNT NUMBER: 1-CM404-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******1207
PAGE: 5

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 3,706 | | | VERIZON COMMUNICATIONS | 32.650 | |
| 2,834 | | | WAL-MART STORES INC | 55.880 | |
| 4,578 | | | WELLS FARGO & CO NEW | 28.890 | |
| | | | MARKET VALUE OF SECURITIES | | |
| | | | LONG    5,139,994.36 | | |
| | | | SHORT | | |

SG

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◊ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

DAVID GROSS
AND IRMA GROSS J/T WROS
7248 BALLANTRAE COURT
BOCA RATON    FL    33496

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY DIVIDENDS GROSS PROCEEDS FROM SALES | | |

YOUR ACCOUNT NUMBER  1-CM404-3-0
PERIOD ENDING  11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER  *******1207
PAGE  6

39

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

New York ◊ London

DAVID GROSS
AND IRMA GROSS J/T WROS
7248 BALLANTRAE COURT
BOCA RATON    FL    33496

YOUR ACCOUNT NUMBER: 1-CM404-4-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: **********1207
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | |
| 11/12 | 109 | | 41849 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | |
| 11/12 | | 109 | 46175 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 194,129.00 |
| 11/19 | 109 | | 32280 | S & P 100 INDEX DECEMBER 430 CALL | 26 | |
| 11/19 | 109 | | 36605 | S & P 100 INDEX DECEMBER 420 PUT | 30 | |
| 11/19 | | 109 | 40930 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 327,109.00 |
| 11/19 | | 109 | 45255 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | 32,809.00 |

NEW BALANCE

SECURITY POSITIONS
S & P 100 INDEX DECEMBER 430 CALL    MKT PRICE 23.300
S & P 100 INDEX DECEMBER 420 PUT     16.500

MARKET VALUE OF SECURITIES
LONG 179,850.00    SHORT 253,970.00-

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES