**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Bik Cheema
Email: bcheema@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that Martin M. Surabian, Richard Surabian and Steven Surabian (the "Surabians") submitted the following pleadings to the Court:

- Motion to File Late Opposition to Trustee's Third Omnibus Motion to Expunge Claims

and Objections of Claimants that Did Not Invest with BLMIS or in Entities that Invested in BLMIS, on January 2, 2013 (ECF No. 5186) ("Motion to File Late Objection to Expungement Motion").

- Motion to File Late Appeal of Order Granting Approval [of Trustee's Third Omnibus Motion], on January 2, 2013 (ECF No. 5186) ("Motion to File Late Appeal of Expungement Order").[1]

- Objection to Trustee's Third Omnibus Motion to Expunge Claims and Objections of Claimants that Did Not Invest with BLMIS or in Entities that Invested in BLMIS, on January 2, 2013 (ECF No. 5187) ("Objection to Expungement Motion").[2]

- Motion to Subpoena Bernard L. Madoff on January 2, 2013 (ECF No. 5188) ("Motion to Subpoena Madoff").

- Motion to Vacate Order and Judgment of Trustee's Third Omnibus Motion to Expunge Claims and Objections of Claimants that Did Not Invest with BLMIS or in Entities that Invested in BLMIS Regarding the Surabians Claims, on January 22, 2013 (ECF No. 5206) ("Motion to Vacate Expungement Order").

- Motion to File Late Appeal of the Order Approving the Trustee's Motion for an Order Granting the Second Interim Distribution to Customers of BLMIS on January 7, 2013 (ECF No. 5209) ("Motion to File Late Appeal of Second Interim Distribution Order").

**PLEASE TAKE FURTHER NOTICE** that the hearings on the Motion to File Late Objection to Expungement Motion, the Motion to Vacate Expungement Order and the Motion to

---

[1] The Motion to File Late Appeal of Expungement Order was included in the same document as the Motion for Late Filed Objection (ECF No. 5186).

[2] The Trustee and SIPC have no objection to the Court treating the Objection to Expungement Motion as an exhibit to the Motion to File Late Objection to Expungement Motion, the Motion to Vacate Expungement Order and the Motion to Subpoena Madoff.

2

Subpoena Madoff, previously scheduled to take place on March 20, 2013, at 10:00 a.m., have been adjourned to **April 11, 2013, at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that determination of the briefing schedules and hearings on the Motion to File Late Appeal of Expungement Order, the Motion to File Late Appeal of Second Interim Distribution Order, and the Objection to Expungement Motion previously set for status conference on March 20, 2013, shall be further adjourned and set for status conference on **April 11, 2013, at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the hearings and conferences described above will be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Courtroom 623.

Dated: New York, New York
March 15, 2013

*s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Bik Cheema
Email: bcheema@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*