**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                                 SIPA LIQUIDATION

                  Plaintiff,                                                  No. 08-01789 (BRL)

                  v.                                                              (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
                  Defendant.
-----------------------------------------------------------X
In re:

BERNARD L. MADOFF,

                  Debtor.
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I, Monica Saenz de Viteri, hereby certify that I am an employee of the United States Bankruptcy Court, Southern District of New York and a disinterested party to this matter.

     I further certify that on March 20, 2013, true and correct copy of the Order signed on 3/20/2013 Denying Surabians' Request to Strike Trustee's Objections and SIPC's Opposition Memorandum was served upon:

                            Steven and Richard Surabian
                                 P.O. Box 397
                           W. Hyannisport, MA 02672

     at the above-listed addresses designated for that purpose by enclosing true copies of same in a first-class post-paid properly addressed envelope and depositing same into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.


Dated: March 20, 2013                    /s/Monica Saenz de Viteri
         New York, New York          Courtroom Deputy Clerk