UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,
        Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
        Defendant.

In re:

Bernard L. Madoff,
        Debtor        /

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## NOTICE TO AMEND SURABIANS' MOTION TO SUBPOENA BERNARD L. MADOFF to MOTION THE COURT for a WRIT of HABEAS CORPUS AD TESTIFICANDUM

The Trustee and SPIC have already refereed to the Motion to Subpoena Madoff as a Writ of Habeas Corpus ad Testificandum.

| | | |
|---|---|---|
| /s/ Steven Surabian Prose | /s/ Richard Surabian Pro se | /s/ Martin M. Surabian Pro se |
| 1230 Rt. 28 | P.O. Box 397 | Deceased signed by his son |
| S. Yarmouth, MA 02664 | W. Hyannisport, MA 02672 | Steven Surabian |
| (508) 688-4613 | (508) 579-9834 | |

### CERTIFICATE OF SERVICE

I certify that this 12th day of March, 2013 a true copy of this Notice was served by 1st class US Mail postage prepaid on Kevin H. Bell Securities Investor Protection Corporation 805 Fifteenth St., N.W., Suite 800 Washington, D.C. 20005 and David J. Sheehan, Baker & Hostetler LLP 45 Rockefeller Plaza New Your NY 10111.

/s/ Steven Surabian