UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                            )   ss:
COUNTY OF DALLAS            )

    JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On April 3, 2013, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000454)

Executed on Apr. 8, 2013

_____
John S. Franks

Sworn to and subscribed before me this 8th day of April, 2013

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____
(SEAL)                                 Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS 4000454**
4/3/2013

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| **X** | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | **X** | | Halcyon Loan Trading Fund LLC | c/o Halcyon Asset Management LP | 477 Madison Avenue, 8th Floor | Attention: Matt Seltzer | New York | NY | 10022 |