Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for
the SIPA Liquidation of Bernard L.
Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation |

**DECLARATION OF KEITH R. MURPHY IN SUPPORT OF
TRUSTEE'S OBJECTION TO MOTION OF ADE O. OGUNJOBI FOR
ALLOWANCE OF CLAIMS OR INTERESTS AND REIMBURSEMENTS**

Keith R. Murphy, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner at the law firm of Baker & Hostetler LLP, counsel to Irving H. Picard, Esq., trustee ("Trustee") for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and Bernard L. Madoff ("Madoff").

2. As an attorney of record, I am fully familiar with this case and the facts set forth herein. I have personal knowledge of the matters stated in this Declaration.

3. I respectfully submit this Declaration to provide the Court with true and correct copies of the documents listed below that are referenced in the Trustee's Objection to Motion of Ade O. Ogunjobi for Allowance of Claims or Interests and Reimbursements.

4. Annexed hereto as **Exhibit A** is a true and correct copy of the Transcript of the Hearing on the Motion to Intervene, June 2, 2009, *Sec. Inv. Prot. Corp. v. Bernard L. Madoff Inv. Secs. LLC*, No. 08-01789 (BRL) (Bankr. S.D.N.Y. 2009) (ECF No. 258).

5. Annexed hereto as **Exhibit B** is a true and correct copy of the Southern District of New York Order Dismissing the Appeal, October 30, 2009, *In re Sec. Inv. Prot. Corp.*, No. 1:09-cv-05877 (DC) (S.D.N.Y. Oct. 30, 2009) (ECF No. 12).

6. Annexed hereto as **Exhibit C** is a true and correct copy of the Mandate of the United States Court of Appeals for the Second Circuit, September 2, 2010, *In re Sec. Inv. Prot. Corp.*, No. 1:09-cv-05877 (DC) (S.D.N.Y. Sept. 2, 2010) (ECF No. 17).

7. Annexed hereto as **Exhibit D** is a true and correct copy of the Denial of the Writ of Mandamus with the United States Supreme Court, November 1, 2010, *In re Ade O. Ogujobi*, No. 10-322 (U.S. Nov. 1, 2010).

8. I declare under penalty of perjury that the foregoing is accurate and true.

Dated: New York, New York
April 9, 2013

*/s/ Keith R. Murphy*
Keith R. Murphy