# Exhibit A

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------x

      In the Matter

         of                Index No.

                            1-08-01789

      SIPC V. MADOFF,

                Debtor.

--------------------------------x

                  June 2, 2009

                  United States Custom House

                  One Bowling Green

                  New York, New York 10004

        Motion to Intervene in buyout of the company.

B E F O R E :

                  HON. BURTON R. LIFLAND,

                            U.S. Bankruptcy Judge

2

1

APPEARANCES:

2

3          BAKER HOSTETLER, LLP
           Attorneys for Irving H. Picard, SIPA Trustee

4               45 Rockefeller Plaza
                New York, New York 10017

5

           BY:    KEITH R. MURPHY, ESQ.

6

7

           SECURITIES INVESTOR PROTECTION CORPORATION

8               805 15th Street, Suite 800
                Washington,  D.C.  20005

9

           BY:    KEVIN H. BELL, ESQ.

10

11

12         ADE OGUNJOBI, Movant

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1              Proceedings

2              THE COURT: SIPC versus Madoff.

3              MR. MURPHY:    Good morning, Your Honor.

4    Keith Murphy, from the law firm of Baker Hostetler, on

5    behalf of the Trustee.

6              MR. BELL:    Kevin Bell, from the Securities

7    Investor Protector Corporation.

8              MR. OGUNJOBI:  Good morning, Your Honor,.

9              THE COURT:  Good morning.

10             MR. OGUNJOBI:  My name is Ade Ogunjobi.

11             THE COURT:  It is your motion.

12             MR. OGUNJOBI:  Yes.

13             THE COURT: Go ahead.

14             MR. OGUNJOBI:  I was going to file a motion

15   regarding the proposed offer to buy out the company,

16   Madoff's company, in return for all of the assets that are

17   available and held and by the Trustee to pursue in the

18   registration statements and the aspects of what I proposed.

19   But the problem was that the Trustee, the return, he filed

20   a motion, he filed an opposition but I didn't receive the

21   opposition until the 27th of May.   But when I realized I

22   sent a letter and a reporter notified me about this.  So I

23   called the opposition because I didn't get the opposition

24   in the mail until the 27th.   So after I wrote the letter I

25   didn't know there was any opposition to be mailed to me

4

1    until the 27th.

2            I want to point out some discrepancies

3    regarding the Trustee.   The Trustee attached the

4    administrative hearing regarding my securities, the

5    securities that I filed with the registration statements

6    with the SEC, but what the Trustee did not tell you is that

7    the administrative hearing was abandoned 25 years ago by

8    the SEC.   That is the stop order of the registration order

9    that would become effective.

10           THE COURT:  But nevertheless you went into

11    detail with respect to a proceeding where there is an

12    injunction then issued, and that has not been abandoned.

13    That is still outstanding.

14           MR. OGUNJOBI:   I am talking about the stop

15    order, the one with the administrative.   The stop order

16    was abandoned 25 years ago, and that is according to the

17    securities' attorney on record that it was abandoned by the

18    SEC.   That was in 2001.   So if you make a calculation

19    that is almost 30 years ago.

20           So that was the stop order that was

21    designed to embarrass and the registration statements, but

22    what the Trustee did not put in, and this is the notes that

23    establish that I was already on record to be in possession

24    of the 20 shares that were registered.   So in other words,

25    I don't have to sell it to anyone, period.   That means the

5

1   adversary hearing is invalid because it was filed before

2   the adversary hearing for a stop order.

3           THE COURT:  I don't see the relevancy for

4   your motion.

5           MR. OGUNJOBI:    I am just trying to

6   establish that I have the authority to be in possession of

7   the shares because they are attached to the administrative

8   hearing.

9           THE COURT:  That is a different proceeding.

10  You are starting another proceeding here to raise a motion

11  to intervene.   Let me hear that.

12          MR. OGUNJOBI:   The motion to intervene is

13  for me to buy out Madoff's company which in effect would

14  allow us to transfer all the assets that would allow me to

15  start out of what I have been working on, which is a

16  company that I would establish on the west side and the

17  registration statement and orders effected.   So that is

18  what I am here for.

19          So as I already said it allows the law

20  firms to would take over the assets in order for us to

21  start the process.   So in my motion I outlined how I will

22  get the money from the bank which is for what will be

23  formed, so that will be through the request in order to

24  take over what the company is doing right now.

25          So what we are going to be doing, we will

6

1    take over some of the assets that the banks are holding,

2    which are called toxic assets.  We will be the one who owns

3    the assets in order for them to have fresh cash in their

4    hands.   I will establish the 50 percent that will be sold

5    to central banks all over the world because they are going

6    through their own so-called financial crisis which is what

7    is happening in the United States.   So that would give

8    them the opportunity to hold stakes in it.  So in order for

9    me to file I have to have the registration statements to

10   establish those 500 shares.   I know that is crazy, but

11   that is life.

12              But what you see what has been lost in our

13   society, 53 trillion dollars of worth, we are not even

14   counting those who are foreclosed, people who are talking

15   about investments.

16              THE COURT:   Talk a little slower, I don't

17   know if the reporter can get everything you said.

18              MR. OGUNJOBI:   I am sorry, this is my

19   first time to get to explain myself to the Judge, I never

20   had the opportunity before.

21              So if you bear with me if I am getting a

22   little excited it might be because I wasn't prepared for

23   this type of opportunity, but I am ready to deal with it.

24              So to go back to what I am saying, it

25   sounds crazy, like okay, you are out 53 trillion dollars

7

1    worth of securities, but we are talking about a global

2    situation here, Your Honor.  Because a long time ago --

3                    THE COURT:  So you want the Madoff seed

4    money for your proposal?

5                    MR. OGUNJOBI:  What I don't have is the

6    capital to act, being able to hire a lot of people because

7    we won't create jobs overnight.

8                    THE COURT:  You will have to use other

9    people's money.

10                   MR. OGUNJOBI:  No, I won't.

11                   THE COURT:  But right now it is going to be

12   other people's money.

13                   MR. OGUNJOBI:  It is not so much about

14   that money.

15                   THE COURT:  It is what is in the estate

16   right now.  You didn't do anything to get this money in.

17                   MR. OGUNJOBI:  What I am trying to say  --

18                   THE COURT:  But you want to take it over.

19                   MR. OGUNJOBI:  But I am offering shares of

20   stock that will be registered which will be over $75

21   million.

22                   THE COURT:  Then you have the same problem

23   for registration as you had in your affidavit.

24                   MR. OGUNJOBI:  Let me read the paragraph,

25   actually I put together, I actually developed the paragraph

8

1    and that is what I am trying to get to, that is the civil

2    complaint the Trustee attached which is page 13, paragraph,

3    I believe it is 2, the civil complaint.  The SEC had

4    attached to the --

5                    THE COURT:   Go ahead.

6                    MR. OGUNJOBI:   It says:

7                    Preliminary and permanent restraining and

8    to enjoin defendant from participating in the sale of every

9    security unless a registration statement is in effect for

10   an order to sell or buy any security unless a registration

11   has been filed.

12                   So in other words, they are still telling

13   me, hey, whatever you are going to do, you have to file a

14   registration statement.   This is what I did from the

15   beginning, from the word "Go."   They are telling me the

16   law doesn't apply to me.   That is what I did, from the

17   beginning, I followed the law to the best of my ability.

18   So now, the paragraph telling me that --

19                   THE COURT:   Let's get back to the motion to

20   intervene.

21                   MR. OGUNJOBI:   The motion to intervene,

22   like I said, is to offer to victims almost 75 -- there are

23   going to be a lot of securities that are going to be

24   registered.   So we are forming the largest bank in the

25   world, an investment of the world and they will have the

9

1    assets to exchange and stock down the line because if you

2    look at some of the securities --

3                    THE COURT:  That is the scheme you are

4    proposing.  Now, give me your entitlement to intervene in

5    the Madoff proceeding.

6                    MR. OGUNJOBI:  Because I am going to be

7    reimbursing them.  I am going to be reimbursing them for

8    money they lost.  This is an opportunity to say, okay,

9    give and take.  This is what I have been trying to do, put

10   together initial capital to continue this because I know

11   all they are studying the securities law that says I can

12   pursue this if I do file more registration statements and

13   get attorneys to work with me on this one.

14                    So that is what I am endeavoring to say,

15   okay, there is money in there, it is not enough to cover

16   all the losses, which is almost 65 billion dollars just in

17   Madoff.

18                    Your Honor, as we know or as I know, I

19   don't know the laws.  So for me to offer them that

20   opportunity that now gives me the opportunity to be just in

21   control, and it is not going to be me in control, it will

22   be also the attorneys and the accountants.  It is going to

23   be transparent.  So this is not something that we are

24   going to be do in a clandestine situation where no one

25   knows what is happening.  That is what I am proposing,

10

1   this money in here if I can get the initial capital to set

2   it up.   They have some in there.   So it is not enough to

3   go around, 1 billion dollars wouldn't cover everything.

4   Let's be honest and say that they lost 65 billion dollars.

5   So 1 billion dollars won't cover anything.   So what I am

6   saying is that you folks have money in here that will

7   enough for me.   What I am proposing, my platform, we are

8   working so hard for them.

9               So we can overcome mistakes that even if I

10  did make some mistake in the past that doesn't mean I can't

11  still pursue this.   If someone says, one example, say an

12  investor comes in there, and says we are willing to give

13  you one billion dollars, we will call your bluff, I will do

14  the same thing I am trying to do.

15              THE COURT: I think the reporter is having

16  trouble following because you are speaking too quickly.

17              MR. OGUNJOBI:   I am going to kind of relax

18  a little bit.   I am just saying if an investor comes up

19  and says this is 1 billion dollars for you, because you say

20  you are looking for some of initial capital, and so here

21  this is 1 billion dollars, go and get this started, then I

22  will be able to do it.   I will be able to hire the

23  attorneys, I will be able to hire people and do a lot of

24  things that I don't have the money to do right now.

25              What I am saying is the Madoff folks have

11

1    assets and they have some, and they do have shares in the

2    company because there is nothing that says that I can't

3    file registration statements, nothing that says I can't do

4    that.   That is what is going to be in my favor.   And

5    whatever the violations are, we can take care of that and

6    see who is wrong and who is right because we only hear one

7    side, and we aren't hearing the other side, my side, when I

8    went with the SEC.

9              So I won't be filing the registration

10   statements or putting my name into the titles and I

11   wouldn't be telling the SEC my phone number, they already

12   know everything about it.

13             So it is not really coming to the Madoff

14   case, I want to take the other people's money.   That is

15   not an issue because if you are look at Chrysler they take

16   taxpayers' money and they are still in bankruptcy and GM

17   the same way.   And the irony about the GM bankruptcy, the

18   shareholders, any shareholder today if I make a proposal,

19   they will accept the shares, because the government says if

20   they can fail, then any company can fail.

21             So this gentleman is showing up with a

22   deal, our company will be saved.   If GM was acquired by me

23   just now, not just me, as a company I formed, GM won't be

24   in bankruptcy today because they will be a subsidiary, and

25   management will be have the opportunity for restructuring

12

1    within that company.  So we have in New York City now that

2    any company can file for bankruptcy.

3                    So the point I am making, I want other

4    people's money, it is good to have money, that is why we

5    have investors and entrepreneurs.   So what I am trying to

6    proceed with here, okay, you guys have the assets, let's

7    use some of these assets, which is the liquid assets, use

8    some of them to take this platform that I already

9    established.   So the vision on top of that platform, which

10    is --

11                    THE COURT:  I have read all your papers.

12    What you are saying is everything that is in your papers.

13                    MR. OGUNJOBI:  -- so we can have the banks

14    and everything.   So there are a lot of people who are with

15    me.  This is not something I will do on my own, I wouldn't

16    be the attorney or the banker, I won't be everything.   It

17    is not about that.  It is like the architect doesn't

18    building the house all by himself, he will just design it

19    and find someone else to do the building and find someone

20    else to do this and that.

21                    That is exactly my situation and my role in

22    this situation.  The Madoff folks have enough money in

23    here, you will have attorneys that we can bring in here

24    from the law firm of Phillips Nizer, LLP, if they are

25    interested and this motion is granted, they will take over.

13

1    Everything is transparent.    I am not taking any money that

2    is going into my pocket.

3                    So far everything I have done, I'm doing my

4    best financing, it's been whatever I could finance on my

5    own.  It is transparent.   There is not going to be any

6    money lost.   So I don't think the banks will turn down the

7    opportunity to provide half a billion dollars to a bank

8    which they know they will be sitting on, because each

9    central bank will have a representative who will be sitting

10   on the board.

11                   So I don't see why they will turn it over,

12   because it will give them an opportunity for some wages

13   instead of issuing shares but to raise the capital is

14   necessary because they will pass on the toxic assets and

15   they will have a way to furnish those assets so that is

16   something they could use as low income mortgage.

17                   So my intervening is all about saying I

18   have enough money, I have something here that I am trying

19   to get money for here.   So give me a chance to take some

20   of those assets or the so-called assets, whatever they

21   have, I don't know what Madoff has.  So we don't have to

22   come to Court to file to motion, we share, so we will have

23   all that assets all by ourself to take away and in your

24   courtroom will be the money because of what is happening

25   through the attorneys and through the SEC with all these

14

1    so-called registration statements we will be filing.

2                    So this is my intervening to use some of

3    the liquid assets to springboard what I am trying to do and

4    say:  Okay, thank you for allowing this.  Now this is what

5    you are going to do...

6                    THE COURT:  Your intervening is to take

7    over the assets of this estate in order to finance a larger

8    scheme almost to the same extent as a central world bank,

9    as the world bank or the international monetary fund.  And

10    you would be serving as the U.S. Trustee, wouldn't you, you

11    would taking over the toxic assets off of everything?

12                    MR. OGUNJOBI:    The world bank is

13    different.

14                    THE COURT:  I am not suggesting you want to

15    be the same as the world bank, but I am just looking to

16    find out just what you intend to do by intervening here,

17    and although it is in a larger scheme it doesn't

18    necessarily do very much with respect to the this estate.

19                    Let me hear from the other side.

20                    MR. MURPHY: Good morning, Your Honor.

21                    THE COURT:  Good morning.

22                    MR. MURPHY:  Keith Murphy, from the law

23    firm of Baker Hostetler.

24                    Your Honor, the movants have not met the

25    standard for intervention here either as permissive or as a

15

```
1    right to intervene under either the Federal Rules of Civil

2    Procedure 24 (a) and (b).  They have not set forth any

3    further federal statute that had the conditional or

4    unconditional right to intervene.  They have not shown a

5    significant amount for protectability or direct interest in

6    an asset here that the Trustee has or, frankly, of any type

7    of transaction that the Trustee was involved in here.  In

8    fact, in the absence of any transaction by the Trustee.

9    The movants have no investors in this case and they have no

10   creditors.  And they have not really demonstrated any claim

11   or defense with the common question of law and fact with

12   anything that is going on in this case at all.

13                The second point, Your Honor, is really

14   there are some significant numbers in the movant's papers

15   which they have not shown any support for, that they would

16   be able to take the billion dollars collected by the

17   Trustee and convert that into the billions and trillions of

18   dollars as they set forth in the papers and there is no

19   support for the ability of the movant to take the money

20   that the Trustee has collected so far.

21                Lastly, Your Honor, there have been some

22   prior proceedings with the proposals that are similar to

23   the ones here that Mr. Ogunjobi has presented, and the SEC

24   and the District Court of the District of Columbia has

25   found them to be misleading and improper and the entry of
```

16

1    the injunction order we feel, perhaps, that is in violation

2    of that as well.

3            And while we think Mr. Ogunjobi's goal is

4    commendable to take the toxic assets off the books of the

5    bank and even in the papers, he also mentioned something

6    about how we would be fighting global poverty; we don't

7    think his intervention here is appropriate and we ask that

8    motion be denied.

9            Thank you.

10           THE COURT: Thank you.

11           MR. OGUNJOBI:   May I respond?

12           THE COURT: One moment.

13           MR. BELL:   SIPC supports the Trustee's

14   opposition and would ask that the motion be denied.  And it

15   was coincidental my son was watching a movie this weekend,

16   Jerry Maguire, and I couldn't help thinking during that

17   presentation, the famous line is, show me the money.

18   Because, Your Honor, we have victims in this case whose

19   numbers of losses may be up to 64.8 billion dollars.

20           The Trustee has garnered a billion dollars,

21   and I think the fact that this has made the media is

22   highly likely to upset those victims that we talk to daily,

23   and this is a very serious matter.

24           Mr. Ogunjobi has failed to meet the

25   standard of Rule 24(a) or (b).   Mr. Ogunjobi has a past

17

1    history of similar ventures.

2                The District Court of the District of

3    Columbia, 2004, clearly enjoined Mr. Ogunjobi from a

4    similar venture, and we hope that the Court denies this

5    motion.

6                MR. OGUNJOBI:   May I respond to that, Your

7    Honor?

8                THE COURT:   Sure.

9                MR. OGUNJOBI:   You have jurisdiction, like

10   I said, in this courtroom regarding that this motion be

11   granted because only, and what I feel I disagree with, is

12   the order of the federal court in Washington and the

13   Securities and Exchange Commission.   I have my side of the

14   story.

15               What the Trustee is presenting to you is

16   the side of story of the SEC.   What they are trying to do

17   is shift their responsibility to you, but that is not your

18   responsibility, Your Honor.   So what I am trying to say

19   here is the responsibility falls to you.

20               THE COURT:   I am aware of that.   I know

21   that it is a mandatory or discretionary right with respect

22   to the motions.   Frankly, I don't think you have done

23   anything to show that there is a mandatory or discretionary

24   right here.

25               So now you are asking about my discretion;

18

1    is that correct?

2                    MR. OGUNJOBI:    I am not.

3                    THE COURT:    You don't want me to exercise

4    your discretion?

5                    MR. OGUNJOBI:    I want you to exercise my

6    discretion.    That is why I filed the motion.    Excuse me,

7    if I misunderstood you.    I don't mean it in that sense.

8                    What I am trying to establish here is

9    whatever the Trustee is against regarding whatever problems

10   I have with the District Court or the Federal Court, there

11   will be another Federal Court or the lower court that will

12   handle the a disagreements between the two parties.

13   People in the district --

14                   THE COURT: Why don't I rule on the merits

15   of your motion.

16                   MR. OGUNJOBI:    If you are ruling on the

17   merits that intervention can be granted, well, we have

18   attorneys who will continue these proceedings and the Court

19   can monitor what is happening.    So if it is granted then

20   we will have the opportunity to figure out what is

21   happening here.    I can't put everything in one motion,

22   Your Honor.    I can't hire myself to do everything.    I

23   still have to hire people.    I still have to put in people.

24                   THE COURT:    With all due respect, you have

25   put a lot into your motion.

19

1          MR. OGUNJOBI:   It is just a preview what

2     we are going to do down the line.   So, in other words, we

3     have hearings, we have to put in the recovery plan

4     regarding the financial crisis.   I still disagree with the

5     Trustee as to whatever the assets are to reimburse the

6     victims.   I know it is a serious situation.   That is why

7     I spent money.   That is why I traveled and that is why I

8     had to come here.   If I thought there is nothing here, I

9     wouldn't have filed it in the first place.

10          It takes a lot of time to craft the motion.

11     It takes a lot of research to craft the motion.   Even if

12     an attorney is representing me, I would still have to tell

13     the attorney what to say and what not to say.   So it is a

14     lot of work that I put into this.   This is serious.

15          But I am not here to make a fool of the

16     Court or a fool of you and I am not here to make a fool of

17     me.

18          THE COURT:   Thank you, and I appreciate

19     that, sir.

20          This is essentially just a motion

21     intervening a very, very, I won't say controversial case

22     but a case that is replete with victims in an extraordinary

23     amount.   The Trustee has brought into the estate so far

24     about a billion and a quarter dollars.   The moving party

25     seeks essentially to utilize the fruits of what is in the

20

1    estate, this billion and a quarter dollars which is

2    essentially other people's money and which is money to

3    which the moving party has absolutely no financial interest

4    in other than to utilize as a source to implement a much

5    larger scheme than is intended to deal with the world

6    economy in almost a sovereign kind of manner in that it

7    will be the nexus for the ability to stabilize the world

8    economy.

9              In other words, he is seeking to use 1

10   billion dollars or a billion and a quarter dollars of other

11   people's money to spin that and nurture that into a 100

12   trillion dollar enterprise.   That is salutary, that is

13   perhaps very visionary, but when you boil it all down there

14   is absolutely no basis at all for either a mandatory

15   intervention or a permissive intervention under Rule 24.

16             The request is by a party that has no

17   interest in that money other than to use it for another

18   kind of purpose, salutary or not.   He is not a party in

19   interest in any other way.

20             I find no basis for intervention and I do

21   find that the moving party despite all of the names that it

22   has, and whatnot assets, has apparently over the years no

23   assets.   There is no refuting that essentially there were

24   no revenues.   It has shown this Court no reasonable basis

25   to believe that it could complete the tender offers that it

21

1  is seeking with respect to registration and notwithstanding

2  the prior history with respect to this particular Debtor,

3  nothing different has been shown to this Court that this

4  party has any possibility at all of raising sufficient

5  funds.

6          I understand, sir, that you indicated that

7  you don't even have enough money to hire a lawyer.   The

8  hiring of competent help would only be after you have

9  gotten the ability to control the billion and a quarter

10  dollars that is already in the hands of the estate.

11          Under the circumstances, I see no basis at

12  all for granting your motion to intervene.

13          Your motion is denied, sir.

14          MR. OGUNJOBI:   No problem.   Thank you.

15          MR. MURPHY:   Thank you, Your Honor.

16          *   *   *

17

18

19

20

21

22

23

24

25

22

```
 1    C E R T I F I C A T E

 2

 3    STATE OF NEW YORK        }
                               }    ss.:
 4    COUNTY OF NEW YORK       }

 5                  I, MINDY CORCORAN, a Shorthand Reporter

 6    and Notary Public within and for the State of New York, do

 7    hereby certify:

 8                  That I reported the proceedings in the

 9    within entitled matter, and that the within transcript is a

10    true record of such proceedings.

11                  I further certify that I am not related, by

12    blood or marriage, to any of the parties in this matter and

13    that I am in no way interested in the outcome of this

14    matter.

15                  IN WITNESS WHEREOF, I have hereunto set my

16    hand this 2nd day of June, 2009.

17                  Mindy Rothman-    Digitally signed by Mindy Rothman-
                                      Corcoran
                    Corcoran          DN: cn=Mindy Rothman-Corcoran,
18                                    c=US
                                      Reason: I am the author of this
                                      document
                                      Date: 2009.06.11 14:48:14 -04'00'

                    MINDY CORCORAN
19

20

21

22

23

24

25
```