# Exhibit B

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                 :
In re BERNARD L. MADOFF
INVESTMENT SECURITIES LLC       :     **ORDER**

- - - - - - - - - - - - - - - - - - -:     09 Civ. 5877 (DC)

ADE O. OGUNJOBI, TOKS, INC., and  :
HOLLY OWNED SUBSIDIARIES
                                 :
- - - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        On September 15, 2009, intervenor-appellant Ade O. Ogunjobi filed a Notice for Change of Address that provided only an email address. On September 23, 2009, I advised Ogunjobi that if he did not provide his updated telephone number and physical address to the Court within 10 days, his appeal would be dismissed. In response, Ogunjobi wrote to the Court on October 26, 2009, indicating that he continues to decline to give his personal information and is aware that this choice will result in the dismissal of his appeal.

        Accordingly, it is hereby ordered that the above-captioned action is dismissed. The Clerk of the Court is directed to close this action.

        SO ORDERED.

Dated:    New York, New York
         October 30, 2009

                                         DENNY CHIN
                                         United States District Judge