# Exhibit C

# MANDATE

S.D.N.Y. - N.Y.C.
09-cv-5877
Chin, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of June, two thousand ten,

Present:

Joseph M. McLaughlin,
Guido Calabresi,
*Circuit Judges.* *

In re Securities Investor Protection Corporation

Ade O. Ogunjobi, Toks, Inc.,

*Appellants,*

v.

09-4784-bk

Irving H. Picard,

*Appellee.*

Appellee, through counsel, moves to dismiss as frivolous the *pro se* Appellants' appeal. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Pillay* v. *INS*, 45 F.3d 14, 17 (2d Cir. 1995).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **09/02/2010**

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

*Catherine O'Hagan Wolfe*

* Judge Debra Ann Livingston has recused herself from consideration of this motion. Pursuant to Second Circuit Internal Operating Procedures E(b), the matter is being decided by the two remaining members of the panel.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

MANDATE ISSUED ON 09/01/2010