# Exhibit D

1

**Guy W. PARKER, dba Parker International, petitioner, v. Michael B. DONLEY, Secretary of the Air Force.**

No. 10–321.

Nov. 1, 2010.

Case below, 379 Fed.Appx. 980.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.



2

**In re Ade O. OGUNJOBI, petitioner.**

No. 10–322.

Nov. 1, 2010.

Petition for writ of mandamus denied.



3

**In re Curtis J. NEELEY, Jr., petitioner.**

No. 10–6240.

Nov. 1, 2010.

Petition for writ of mandamus denied.



4

**Patricia T. PATTERSON, petitioner, v. Daniel SHEAROUS.**

No. 10–6241.

Nov. 1, 2010.

Case below, 382 Fed.Appx. 290.

Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.



5

**Edward J. ROBINSON, petitioner, v. CALIFORNIA.**

No. 10–6245.

Nov. 1, 2010.

Case below, 2009 WL 3166658.

Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.



6

**Tony GOODRUM, petitioner, v. Edmund G. BROWN, Jr., Attorney General of California, et al.**

No. 10–6251.

Nov. 1, 2010.

Case below, 528 Fed.Appx 750.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.



7

**Mindy ZIED, petitioner, v. Michael J. ASTRUE, Commissioner of Social Security, et al.**

No. 10–6282.

Nov. 1, 2010.

Case below, 347 Fed.Appx. 862.