4/03/2013

Hugo R. Pasqualis
Email: hpasqualis@steel.com.ar
Telephone: 005493415720617
Hilarion de la Quintana 147
Rosario (2000) - Santa Fe - Argentina.

     Me dirijo a usted, a fin de solicitar su colaboración ya que mi situación económica no me permite contratar abogado. Con imperiosa necesidad necesito recuperar el dinero que me "robó" Madoff, que por cierto fueron todos los ahorros de mi vida; se trata de u$s 70.000 (setenta mil dólares mas intereses y gastos) en bonos adquiridos a través del Banco Paribas (sucursal en Miami), el que, por cierto, no ha querido reconocer mis derechos a recuperar los fondos mencionados por su intermedio, a pesar de que la decisión de comprar dichos títulos fue del propio Banco Paribas.
     Según la información que he recibido del Sr. Irving H. Picard existen fondos disponibles para pagar otra cuota de la deuda, por ello le pido por favor que haga lo posible por incluirme en esta tercera liquidación debido a que ya se han realizado dos pagos en los cuales no figuré.
     Agradezco su preocupación y atención y pido disculpas por las molestias ocasionadas.
     Saludos cordiales,
     Atentamente
     Hugo R. Pasqualis.-



RECEIVED
APR 15 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK