UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Barbara Feldman (the "Claimant"), having filed an objection (the "Objection," Docket No. 969) to the Trustee's Notice of Determination respecting Claimant's customer claim (#13303), hereby gives notice that she has withdrawn such Objection. The basis for withdrawal is that the Net Investment Method was upheld by this Court on March 8, 2010 and affirmed by the United States Court of Appeals for the Second Circuit on August 16, 2011. On June 25, 2012, the United States Supreme Court denied *certiorari*. Accordingly, I acknowledge based on my understanding that the decision affirming the Trustee's use of the Net Investment Method is now final.

Dated: 4/9, 2013

*Barbara E. Feldman*
Barbara E. Feldman
164 Flower Hill Road
Huntington, NY 11743