# **<u>EXHIBIT A</u>**

**SPANISH TRANSLATION**

# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

19 de abril 2013

Natacha Carbajal
direct dial: 212.589.4232
ncarbajal@bakerlaw.com

Hugo Romeo Pasqualis
H. de la Quintana 147
Rosario, Santa Fe 2000
Argentina

Re:   Bernard L. Madoff Investment Securities LLC ("BLMIS") Bankr. S.D.N.Y., No.
      08-01789 (BRL)

Señor Pasqualis:

Hemos recibido una copia de su carta al Juez Lifland del 3 de abril de 2013. Como sabe, Baker Hostetler representa a Irving H. Picard, el fideicomisario ("Trustee") para BLMIS. Entendemos de su carta que busca la vuelta de $70,000.00 que Usted dice fueron robados por Madoff.

En su prueba de reclamación ante el Trustee el 23 de marzo de 2009 (N° 8041), Usted declaró que invirtió en Fairfield Sentry Ltd. por medio de BNP Paribas, quien mantuvo su cuenta. Usted no tuvo una cuenta con BLMIS, y el Trustee le envió una "Notificación de Determinación" el 8 de diciembre de 2009 negando su reclamo por esa razón. Como le hemos explicado anteriormente, bajo estas circunstancias, Usted no fue un cliente con derecho a la protección del cliente en estos procedimientos. Tres cortes, incluyendo más recientemente la corte de Apelaciones de Estados Unidos del Segundo Circuito, han afirmado que las personas que no eran clientes directos de BLMIS no tienen derecho a recibir las distribuciones de los procedimientos de BLMIS. Ver *Kruse v. Sec. Investor Prot. Corp., Irving H. Picard*, 708 F.3d 422 (2d Cir. 2013). Como Usted no tuvo una cuenta con BLMIS a su nombre, no tiene derecho de recibir ninguna distribución del Trustee.

Le hemos escrito a Usted en varias ocasiones explicando este tema en respuesta a sus cartas anteriores al Trustee y a la Corte.

Como inversionista en Fairfield Sentry, tiene que buscar por medio de esa entidad cualquier recuperación que desea. Por lo tanto, como anteriormente le hemos aconsejado, debe presentar su reclamo al liquidador de Fairfield Sentry. A continuación encontrará la información de contacto para el liquidador de Fairfield Sentry, Sr. Kenneth Krys:

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa*
*Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Hugo Romeo Pasqualis
19 de abril 2013
Page 2

       Mr. Kenneth Krys
       KRyS Global
       Commerce House Building
       2nd Floor, 181 Main Street
       P.O. Box 930
       Tortola
       VG1110
       British Virgin Islands

       Phone: 1-284-494-1768
       Fax: 1-284-494-7169
       E-mail: FairfieldSentry@KRyS-Global.com

Atentamente,

*Natacha Carbajal/ff* (signature)

Natacha Carbajal


cc:    Hon. Burton R. Lifland, U.S. Bankruptcy Judge, S.D.N.Y.