UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION CORPORATION,

       Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

       Defendant,

Adv. Pro No. 08-01789

(BRL)

SIPA Liquidation

**MOTION FOR CLAIM**

---

Before: Burton R. Lifland
       United States Bankruptcy Judge

TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE THAT, Ade O. Ogunjobi, hereby file this motion (the "Motion For Claim"), under 11 USC Section 502 ( c)(2) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for allowance of claims and interests for $750,000 payable to Ade O. Ogunjobi/Toks, Inc.

    Applicant's Motion is based on this Notice of Motion and Motion; all pleadings and other documents filed with this case; and any and all arguments of Applicant.

DATED: March 26, 2013

By: _____

1

Ade O. Ogunjobi
5075 S. 6th Avenue # 207
Tucson, Arizona 85706-1368
310-924-5787
tspnotes@tspnotes.com
shanka42@yahoo.com