## **PROOF OF SERVICE**

I, Ade O. Ogunjobi, declare that I am over the eighteen years and I am not a party to this action. My business address is 5075 S. 6th Avenue # 207 Tucson, Arizona 85706.

On March 26, 2013, I served the following:

Applicant's Notice of Motion For Claim, Motion, Proof of Service of Applicant's Notice of Motion For Claim, Motion on the interested parties in this action placing true and correct copies thereof, enclosed in sealed envelope addressed as follows:

See attached Service List

[X] BY MAIL: I am readily familiar with the business practice for collection and processing correspondence of mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Services on the same day this declaration was executed in the ordinary course of business and that the envelopes were sealed, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in Arizona.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that this declaration is executed on March 26, 2013 in Tucson, Arizona.

_____
Ade O. Ogunjobi

## SERVICE LIST

Josephine Wang (JW 0674)---General Counsel
Kevin Bell (KB 2260)---Senior Associate General Counsel
Securities Investor Protection Corporation
805 15th Street, N.W.
Suite 800
Washington, DC 20005

Irving H. Picard---Partner, Baker & Hostetler LLP
Trustee
Bernard L. Madoff Investment Securities LLC Bankruptcy
45 Rockefeller Plaza
11th Floor
New York, NY 10111