UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On April 19, 2013, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000457)

Executed on Apr. 22, 2013

_____
John S. Franks

Sworn to and subscribed before me this 22nd day of April, 2013



(SEAL)

_____
Notary Public

2

# Exhibit A

SERVICE LIST A
TRANSFER NUMBER 4900457
4/19/2013

| TRANSFEROR | TRANSFEREE |  | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X |  | REDACTED FOR CONFIDENTIALITY REASONS |  |  |  |  |  |  |  |  |
| X |  | REDACTED FOR CONFIDENTIALITY REASONS |  |  |  |  |  |  |  |  |
|  | X |  | BMIS Funding IDC, LLC | c/o Farallon Capital Management, LLC | One Maritime Plaza, Suite 2100 | Attention: Michael G. Linn | San Francisco | CA | 94111 |  |