BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON APRIL 25, 2013 AT 10:00 A.M.**

**CONTESTED MATTER**

**SIPC v. BLMIS; Adv. No. 08-01789**

1. Motion to File Late Opposition to Trustee's Third Omnibus Motion to Expunge Claims and Objections of Claimants that Did Not Invest with BLMIS or in Entities that Invested in BLMIS and Motion to File Late Notice of Appeal of Order Granting Approval filed by Martin M. Surabian, Richard Surabian, Steven Surabian. (Filed: 01/03/2013) (ECF No. 5186)

2. Objection to Trustee's Third Omnibus Motion to Expunge Claims and Objections of Claimants that Did Not Invest with BLMIS or in Entities that Invested in BLMIS (related document(s)4732) filed by Martin M. Surabian, Richard Surabian, Steven Surabian. (Filed: 01/03/2013) (ECF No. 5187)

3. Motion to Vacate Order and Judgment of Trustee's Third Omnibus Motion to Expunge Claims and Objections of Claimants that Did Not Invest with BLMIS or in Entities that Invested in BLMIS Regarding the Surabians' Claims Mentioned in Trustee's Exhibit A (related document(s)4779, 4732) filed by Martin M. Surabian, Richard Surabian, Steven Surabian. (Filed: 01/23/2013) (ECF No. 5206)

4. Motion to Extend Time to Appeal filed by Martin M. Surabian, Richard Surabian, Steven Surabian. (Filed: 01/23/2013) (ECF No. 5209)

5. Motion to Subpoena Bernard L. Madoff filed by Martin M. Surabian, Richard Surabian, Steven Surabian. (Filed: 01/03/2013) (ECF No. 5188)

6. Motion to Subpoena the Books and Records of BLMIS and Bernard L. Madoff and Motion to Subpoena the Records of SIPC and the Trustee Concerning the Customers and Payments to Customers and How They were Determined to be Customers of BLMIS filed by Martin M. Surabian, Richard Surabian, Steven Surabian. (Filed: 03/25/2013) (ECF No. 5290)

Objections Due:    February 28, 2013 (ECF Nos. 5186, 5187, 5188, 5206)

April 4, 2013 (ECF No. 5290)

Objections Filed:

A. Memorandum of Law of the Securities Investor Protection Corporation in Opposition to the Surabians' Motion to File Late Objection to Expungement Motion, Motion to Vacate Expungement Order, and Motion to Subpoena Madoff (related document(s)5188, 5206, 5186) filed by Kevin H. Bell on behalf of Securities Investor Protection Corporation. (Filed: 02/28/2013) (ECF No. 5244)

B. Trustee's Objection to Motions to Reconsider Order Expunging Claims and Objections of Claimants That Did Not Invest With BLMIS or Entities That Invested in BLMIS (related document(s)5206) filed by David J. Sheehan on behalf of Irving H. Picard.  (Filed: 02/28/2013) (ECF No. 5250)

C. Trustee's Objection to Motion of Steven, Richard and Martin Surabian to Subpoena Bernard L. Madoff (related document(s)5188) filed by David J. Sheehan on behalf of Irving H. Picard.  (Filed: 02/28/2013) (ECF No. 5251)

D. Declaration of Amy Vanderwal in Support of (1) Trustee's Objection to Motions to Reconsider Order Expunging Claims and Objections of Claimants That Did Not Invest With BLMIS or Entities That Invested in BLMIS and (2) Trustee's Objection to Motion to Subpoena Bernard L. Madoff (related document(s)5250, 5251) filed by David J. Sheehan on behalf of Irving H. Picard. (Filed: 02/28/2013) (ECF No. 5252)

E. Trustee's Objection to Steven, Richard and Martin Surabian's Motion to Subpoena the Books and Records of BLMIS and Bernard L. Madoff and Motion to Subpoena the Records of SIPC and the Trustee Concerning the Customers and Payments to Customers and How They Were Determined to Be Customers of BLMIS (related document(s)5290) filed by David J. Sheehan on behalf of Irving H. Picard.  (Filed: 04/03/2013) (ECF No. 5295)

F. Memorandum of Law of the Securities Investor Protection Corporation in Opposition to the Surabians' Motion to Subpoena the Books and Records of BLMIS and Bernard L. Madoff and Motion to Subpoena the Records of SIPC and the Trustee Concerning the Customers and Payments to Customers and How They Were Determined to Be Customers of BLMIS (related document(s)5290) filed by Kevin H. Bell on behalf of Securities Investor Protection Corporation.  (Filed: 04/04/2013) (ECF No. 5296)

Replies Filed:

G. Reply to Trustee's Untimely Response to Motion to Subpoena Bernard L. Madoff and to Reconsider Order Expunging Claims and Objections of Claimants that Did Not Invest with BLMIS or in Entities that Invested in BLMIS and Memorandum of Law of the SIPC Expungement Motion, Motion to Vacate Expungement Order and Motion to Subpoena Madoff (related document(s)5251) filed by Martin M. Surabian, Richard Surabian, Steven Surabian.  (Filed: 03/21/2013) (ECF No. 5287)

H. Reply to Trustee's Objection to Steven, Richard and Martin Surabian's Motion to Subpoena the Books and Records of BLMIS and Bernard L. Madoff and Motion to Subpoena the Records of SIPC and the Trustee Concerning the Customers and Payments to Customers and How They Were Determined to Be Customers of

2

BLMIS (related document(s)5295) filed by Martin M. Surabian, Richard Surabian, Steven Surabian.  (Filed: 04/15/2013) (ECF No. 5308)

Related Documents:

I. Certificate of Service (related document(s)5188, 5187, 5186) filed by Steven Surabian.  (Filed: 01/03/2013) (ECF No. 5189)

J. Notice of Motion to Vacate Order and Judgment of Trustee's Allowed Motion to Expunge Surabians Claims and Objections (related document(s)5206) filed by Martin M. Surabian, Richard Surabian, Steven Surabian.  (Filed: 01/23/2013) (ECF No. 5207)

K. Notice of Motion to File Late Opposition and Motion to File Late Appeal and Motion to Subpoena Bernard L. Madoff and Motion to File Late Appeal from August 22, 2012 Order Approving the Trustee's Motion for an Order Authorizing Second Interim Distribution to Customers (related document(s)4997, 5188, 5186) filed by Martin M. Surabian, Richard Surabian, Steven Surabian.  (Filed: 01/23/2013) (ECF No. 5210)

L. Notice to Amend Motion to Subpoena Bernard L. Madoff to Motion the Court for a Writ of Habeas Corpus Ad Testificandum (related document(s)5188) filed by Martin M. Surabian, Richard Surabian, Steven Surabian.  (Filed: 03/21/2013) (ECF No. 5288)

M. Affidavit of Service of Memorandum of Law of the Securities Investor Protection Corporation in Opposition to the Surabians' Motion to File Late Objection to Expungement Motion, Motion to Vacate Expungement Order, and Motion to Subpoena Madoff, Trustee's Objection to Motions to Reconsider Order Expunging Claims and Objections of Claimants That Did Not Invest With BLMIS or Entities That Invested in BLMIS, Trustee's Objection to Motion of Steven, Richard and Martin Surabian to Subpoena Bernard L. Madoff, and Declaration of Amy Vanderwal in Support of (1) Trustee's Objection to Motions to Reconsider Order Expunging Claims and Objections of Claimants That Did Not Invest With BLMIS or Entities That Invested in BLMIS and (2) Trustee's Objection to Motion to Subpoena Bernard L. Madoff (related document(s)5252, 5250, 5251, 5244) filed by David J. Sheehan on behalf of Irving H. Picard.  (Filed: 03/01/2013) (ECF No. 5253)

N. Letter to Judge re: Trustee's Objection to Motions filed by Martin M. Surabian, Richard Surabian, Steven Surabian.  (Filed: 03/11/2013) (ECF No. 5267)

O. March 14, 2013 Letter to Judge Lifland in Response to the Surabians' Request to Strike (related document(s)5267) filed by David J. Sheehan on behalf of Irving H. Picard.  (Filed: 03/14/2013) (ECF No. 5277)

P.     March 15, 2013 Letter to Judge Lifland in Response to Surabians' Request to Strike (related document(s)5267) filed by Nathanael Kelley on behalf of Securities Investor Protection Corporation. (Filed: 03/15/2013) (ECF No. 5279)

Q.     Order signed on 3/20/2013 Denying Surabians' Request to Strike Trustee's Objections and SIPC's Opposition Memorandum (related document(s)5267, 5277, 5279). (Filed: 03/20/2013) (ECF No. 5284)

R.     Notice of Adjournment of Hearings (related document(s)5187) (related document(s)5188, 5206, 5209, 5186) filed by David J. Sheehan on behalf of Irving H. Picard with hearing to be held on 4/11/2013 at 10:00 AM at Courtroom 623 (BRL)  (Filed: 03/15/2013) (ECF No. 5281)

S.     Affidavit of Service of Notice of Adjournment of Hearings and March 15, 2013 Letter to Judge Lifland in Response to Surabians' Request to Strike (related document(s)5281, 5279) filed by David J. Sheehan on behalf of Irving H. Picard. (Filed: 03/18/2013) (ECF No. 5282)

T.     Notice of Adjournment of Hearing (related document(s)5187) (related document(s)5188, 5206, 5209, 5186, 5290) filed by David J. Sheehan on behalf of Irving H. Picard with hearing to be held on 4/25/2013 at 10:00 AM at Courtroom 623 (BRL). (Filed: 03/27/2013) (ECF No. 5291)

U.     Affidavit of Service of Notice of Adjournment of Hearing (related document(s)5291) filed by David J. Sheehan on behalf of Irving H. Picard. (Filed: 03/27/2013) (ECF No. 5292)

V.     Certificate of Service (related document(s)5296) filed by Nathanael Kelley on behalf of Securities Investor Protection Corporation. (Filed: 04/04/2013) (ECF No. 5297)

W.     Affidavit of Service of Trustee's Objection to Steven, Richard and Martin Surabian's Motion to Subpoena the Books and Records of BLMIS and Bernard L. Madoff and Motion to Subpoena the Records of SIPC and the Trustee Concerning the Customers and Payments to Customers and How They Were Determined to Be Customers of BLMIS (related document(s)5295) filed by David J. Sheehan on behalf of Irving H. Picard. (Filed: 04/04/2013) (ECF No. 5298)

X.     Response to Trustee's Request for Documents. (Received by Trustee's Counsel 4/23/2013) (Not Filed)

4

<u>Status</u>: This matter is going forward.

Dated: New York, New York
      April 23, 2013

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300279342

5