**Richard Surabian**
P.O. Box 397
W. Hyannisport, MA 02672
(508) 579-9834
**Steven Surabian**
1230 Rt. 28
S. Yarmouth, MA 02664
(508) 688-4613

Pro se Attorneys for the Surabians
customers of Bernard L. Madoff
Investment Securities LLc

**Hearing date: April 25, 2013**
**Hearing Time: 10:00 a.m.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

                        Plaintiff,

v.

BERNARD L. MADOFF INVESTMENTS
SECURITIES LLC,

                        Defendant.

---

In re:

BERNARD L. MADOFF,

                        Debtor.

---

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

---

### RESPONSE TO TRUSTEE'S REQUEST FOR DOCUMENTS

---

On Saturday April 13, 2013 after having Reply to Trustee's Objection to the Surabians,

Motion To Subpoena the Books and Records of BLMIS and Bernard L. Madoff and the Records

of SIPC and the Trustee returned Steven Surabian called and left a message on David L.

Sheehan's voice mail informing him of such and asked for him to return my call. After not

RECEIVED
APR ... 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

receiving a call back Steven Surabian called again on Tuesday and was given Jorian L. Rose.

Jorian L. Rose stated the did get the Reply from the Court and then asked Steven Surabian if he

had any documents he intended on submitting to the Court and if so to serve them before the

hearing. Steven Surabian indicated he did not think so but after hanging up Steven Surabian feels

the Court needs the return envelope showing he did mail as agreed and that even though he

mailed even Express that it was not delivered and this will show that even if the Trustee mailed

the Surabians his Motion to Expunge the Surabians that was no proof that the Surabians received

the Motion and we are including affidavits of the Surabians showing each supports the others

claims.

Signed under the pains and penalties of perjury.

Richard Surabian Pro se
P.O. Box 397
W. Hyannisport, MA 02672
(508) 579-9834

Steven Surabian Pro se
1230 Rt. 28
S. Yarmouth, MA 02664
(508) 688-4613

Date: April 17, 2013

## CERTIFICATE OF SERVICE

I certify that this 17th day of April a true copy of the above was served on the Chambers of Judge Burton R. Lifland US Bankruptcy Court One Bowling Green, 6th Floor, New York, NY 10004-1408, David J. Sheehan, Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111 and Kervin H. Bell 805 15th Street, N.W. Suite 800 Washington, D.C. 20005 by 1st class US Mail postage prepaid.

Steven Surabian

# EXPRESS MAIL
**UNITED STATES POSTAL SERVICE**

## Flat Rate Mailing Envelope
*For Domestic and International Use*

**Visit us at usps.com**

When used internationally affix customs declaration (PS Form 2976, or 2976A)

**Mailing Label**
Label 11-B, March 2004

## EXPRESS MAIL
**UNITED STATES POSTAL SERVICE®**

**Post Office To Addressee**

EI 707904177 US

### ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 02672
Date Accepted: 4 11 13
Time Accepted: 1150
Postage: $19.95
Total Postage & Fees: $19.95

FROM: (PLEASE PRINT)
Steven Swingbien
P.O. Box 397
W. Hyannisport
MA 02672

TO: (PLEASE PRINT)
David J Sheehan
45 Rockefeller Pl
New York N.Y.
10111

### FOR PICKUP OR TRACKING
Visit **www.usps.com**
Call 1-800-222-1811

INSUFFICIENT ADDRESS
ATTEMPTED NOT KNOWN
NO SUCH NUMBER/STREET
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Please recycle.

## AFFIDAVIT OF MARTIN M. SURABIAN

I Martin M. Surabian sign under the pains and penalties of perjury that the following is true and accurate to the best of my knowledge this January 9, 2013:

1.    I along with my wife Alice V. Surabian who is now deceased and my sons Richard and Steven Surabian opened eight separate accounts with Bernard L. Madoff himself sometime in 1992, to purchase stocks.

2.    Over the course of the next year we gave and sent to Bernard L. Madoff Investments Securities LLC. checks from my wife and myself to purchase stocks in the amounts which were indicated in what we filed to the Trustee.

3.    We did not touch the accounts after and let it grow, as in addition to myself my wife not only went through the 1930's as I did and seeing her step-father lose several shoe stores one which she ran but she also remembered her youth before coming to the U.S.A. in 1920 and not having any food and surviving the genocide, wanted to leave well enough alone as she felt her assets were safe with Madoff.

4.    After my wife died I was willing to let my sons start to invest themselves and we then asked Bernard L. Madoff to sell everything in 2006. We were talked into keeping everything like it was and foolishly we did.

5.    Sometime after we had several brake in's at our houses and business but we never determined any valuables missing.

6.    It was not till a year later that I discovered that not only were we not receiving any more statements but all the past statements were missing and then I informed my sons.

7.    At this time I was 88 years old and prior I kept the statements as I did all records.

8.    It was at this time that I and my sons concluded Madoff was in the Jewish Mob and they stared to fair for their lives and the families lives.

9.    We knew we had three years to file Complaints in the US District Court but were not sure if it was to be in Massachusetts or New York, we thought better if in Massachusetts as Madoff was not considered as much of a god in Massachusetts and we were hearing others suspicions.

10.    Then everything hight the fan and we figured we would finally get our money. But then the Trustee claimed we were not in Madoff's Records as if the Records not altered, we objected to his denial of our claims as a continuance of the fraud committed by Madoff.

11.    We have objected to several motions filed by the Trustee mostly because the Trustee was vague in his motions, and as such we filed a motion the Remove the Trustee.

12.    Not till after we filed an Appeal of the Denial of my sons Motion to Remove the Trustee, did the Trustee finally serve a copy of the Motion to Expunge the Surabians. The Surabians never received this motion prior and when Steven Surabian were called by someone saying the Expungement hearing was re-scheduled no mention was ever made that the Expungement hearing concerned the Surabians, at least that is what my son said. There was no need to attend as we did not believed the Motion concerned the Surabians as we opened directly with madoff.

Martin M. Surabian                    witness Steven Surabian                    witness Richard Surabian

## AFFIDAVIT OF RICHARD SURABIAN

I Richard Surabian sign under the pains and penalties of perjury that the following is true and accurate to the best of my knowledge this January 9, 2013:

1.    I along with my brother Steven Surabian and my mother Alice V. Surabian who is now deceased and my father Martin M. Surabian opened eight separate accounts with Bernard L. Madoff himself sometime in 1992, to purchase stocks.

2.    Over the course of the next year we gave and sent to Bernard L. Madoff Investments Securities LLC. checks from my father and mother to purchase stocks in the amounts which were indicated in what we filed to the trustee.

3.    We did not touch the accounts after and let it grow, as our mother not only going through the 1930's and seeing her step-father lose several shoe stores one which she ran but also remembered her youth before coming to the U.S.A. in 1920 and not having any food and surviving the genocide, wanted to leave well enough alone as she felt her assets were safe with Madoff.

4.    After our mother died our father was willing to let my brother and I start to invest ourselves and we then asked Bernard L. Madoff to sell everything in 2006. We were talked into keeping everything like it was.

5.    Sometime after we had several brake in's at our houses and business but we never determined any valuables missing.

6.    It was not till a year later that we discovered that not only were we not receiving any more statements but all the past statements were missing.

7.    At this time and prior it was our 88 year old father who kept the statements.

8.    It was at this time that I and my brother concluded Madoff was in the Jewish Mob and we stared to fair for our lives.

9.    We knew we had three years to file Complaints in the US District Court but were not sure if it was to be in Massachusetts or New York, we thought better if in Massachusetts as Madoff was not considered as much of a god in Massachusetts.

10.    Then everything hight the fan and we figured we would finally get our money. But then the Trustee claimed we were not in Madoff's Records as if the Records were the BOOK of LIFE and DEATH in Revelations and we objected to his denial of our claims as a continuance of the fraud committed by Madoff.

11.    We have objected to several motions filed by the Trustee mostly because the Trustee was vague in his motions, and as such we filed a motion the Remove the Trustee.

12.    Not till after we filed an Appeal of the Denial of our motion to Remove the Trustee, did the trustee finally serve a copy of the Motion to Expunge the Surabians. The Surabians never received this motion prior and when Steven Surabian were called by someone saying the Expungement hearing was re-scheduled no mention was ever made that the Expungement hearing concerned the Surabians, at least that is what my brother said.

_____          witness _____          witness _____
Richard Surabian                              Steven Surabian                      Martin M. Surabian

## AFFIDAVIT OF STEVEN SURABIAN

I Steven Surabian sign under the pains and penalties of perjury that the following is true and accurate to the best of my knowledge this January 9, 2013:

1.  I along with my brother Richard Surabian and my mother Alice V. Surabian who is now deceased and my father Martin M. Suravian open eight separate accounts with Bernard L. Madoff himself sometime in 1992, to purchase stocks.

2.  Over the course of the next year we gave and sent to Bernard L. Madoff Investments Securities LLC. checks from my father and mother to purchase stocks in the amounts which were indicated in what we filed to the trustee.

3.  We did not touch the accounts after and let it grow, as our mother not only going through the 1930's and seeing her step-father lose several shoe stores one which she ran but also remembered her youth before coming to the U.S.A. in 1920 and not having any food and surviving the genocide, wanted to leave well enough alone as she felt her assets were safe with Madoff.

4.  After our mother died our father was willing to let my brother and I start to invest ourselves and we then asked Bernard L. Madoff to sell everything in 2006. We were talked into keeping everything like it was.

5.  Sometime after we had several brake in's at our houses and business but we never determined any valuables missing.

6.  It was not till a year later that we discovered that not only were we not receiving any more statements but all the past statements were missing.

7.  At this time and prior it was our 88 year old father who kept the statements.

8.  It was at this time that I and my brother concluded Madoff was in the Jewish Mob and we stared to fair for our lives.

9.  We knew we had three years to file Complaints in the US District Court but were not sure if it was to be in Massachusetts or New York, we thought better if in Massachusetts as Madoff was not considered as much of a god in Massachusetts.

10.  Then everything hight the fan and we figured we would finally get our money. But then the Trustee claimed we were not in Madoff's Records as if the Records were the Holly Grail and we objected to his denial of our claims as a continuance of the fraud committed by Madoff.

11.  We have objected to several motions filed by the Trustee mostly because the Trustee was vague in his motions, and as such we filed a motion the Remove the Trustee.

12.  Not till after we filed an Appeal of the Denial of our motion to Remove the Trustee, did the trustee finally serve a copy of the Motion to Expunge the Surabians. The Surabians never received this motion prior and when Steven Surabian were called by someone saying the Expungement hearing was re-scheduled no mention was ever made that the Expungement hearing concerned the Surabians.

Steven Surabian                witness Richard Surabian        witness Martin M. Surabian