UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

# Minutes of Proceedings

_____

Date:   April 25, 2013

------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION CORPORATION,

                Plaintiff-Applicant        Adv. Pro. No. 08-01789 (BRL)

                                                          SIPA LIQUIDATION

  v.                                                    (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

                Debtor.

------------------------------------------------------------X

In re:

BERNARD L. MADOFF

                Debtor.

------------------------------------------------------------X

| Present: | Hon. Burton R. Lifland | Monica Saenz de Viteri | ECRO |
|---|---|---|---|
| | Bankruptcy Judge | Courtroom Deputy | Court Reporter |

Proceedings:

    ☒ Surabians' motions to: (1) file late appeal of the order approving the trustee's motion for an order granting the second interim distribution to customers of BLMIS ("Motion For Late Appeal Of Distribution Order") *see* Dkt. No. 5209; and (2) file late notice of appeal of order granting approval of the expungement motion ("Motion For Late Appeal Of Expungement Order"), *see* Dkt. No. 5186.

Orders:    ¤ Relief sought in the Motion:

      ¤ Denied  ¤ Granted  ¤ Dismissed    ¤ Awarded by Default

    ¤ Matter taken under advisement

    ¤ Formal order or Judgment to enter

☐ **Confirmation/modification of plan**   ☐ **granted**   ☐ **denied**

☒ As per the record of the hearing held on April 25, 2013, the Motion For Late Appeal Of Distribution Order is hereby DENIED, and the Court refrains from ruling on the Motion For Late Appeal Of Expungement Order. Attached hereto as Exhibit A, is the Bench Ruling that was read into the record.

It is So Ordered.

---

| BY THE COURT | | FOR THE COURT: Vito Genna, Clerk |
|---|---|---|
| /s/ Burton R. Lifland_____ | April 25, 2013 | By: /s/ Monica Saenz de Viteri |
| United States Bankruptcy Judge | Date | Courtroom Deputy |