**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff,

                v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
                Defendant.
-----------------------------------------------------------X
In re:

BERNARD L. MADOFF,

                Debtor.
-----------------------------------------------------------X

SIPA LIQUIDATION

No. 08-01789 (BRL)

(Substantively Consolidated)

## CERTIFICATE OF SERVICE

     I, Monica Saenz de Viteri, hereby certify that I am an employee of the United States Bankruptcy Court, Southern District of New York and a disinterested party to this matter.

     I further certify that on April 26, 2013, true and correct copy of the Memorandum Decision and Order signed on 4/25/2013 Denying Surabians' (I) Vacate Motion, (II) Late Opposition Motion, (III) Madoff Subpoena Motion, and (IV) Records Subpoena Motion:

                Steven and Richard Surabian
                P.O. Box 397
                W. Hyannisport, MA 02672

     at the above-listed addresses designated for that purpose by enclosing true copies of same in a first-class post-paid properly addressed envelope and depositing same into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: April 26, 2013                /s/Monica Saenz de Viteri
      New York, New York           Courtroom Deputy Clerk