EXHIBIT B
SUMMARY OF ELEVENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM JULY 1, 2012 THROUGH NOVEMBER 30, 2012

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein, Eugene | 1965 | 485.00 | 15.40 | 7,469.00 |
| | Picard, Irving H. | 1966 | 890.00 | 728.40 | 648,276.00 |
| | Sheehan, David J. | 1968 | 890.00 | 950.10 | 845,589.00 |
| | Colombo, Louis A | 1973 | 595.00 | 220.50 | 131,197.50 |
| | Cymrot, Mark A | 1973 | 850.00 | 22.60 | 19,210.00 |
| | Matthias, Michael R | 1973 | 625.00 | 296.30 | 185,187.50 |
| | Moscow, John W | 1973 | 775.00 | 64.30 | 49,832.50 |
| | Bash, Brian A | 1975 | 680.00 | 135.30 | 92,004.00 |
| | Long, Thomas L | 1976 | 725.00 | 881.40 | 639,015.00 |
| | Markowitz, Laurence S | 1977 | 730.00 | 3.40 | 2,482.00 |
| | Gibson, Wendy J | 1979 | 495.00 | 369.00 | 182,655.00 |
| | Powers, Marc D | 1981 | 790.00 | 262.80 | 207,612.00 |
| | Chockley III, Frederick W | 1982 | 725.00 | 268.10 | 194,372.50 |
| | Ponto, Geraldine E. | 1982 | 800.00 | 866.20 | 692,960.00 |
| | Drogen, Andrew M | 1983 | 610.00 | 6.10 | 3,721.00 |
| | Hannon, John P | 1983 | 670.00 | 19.20 | 12,864.00 |
| | McGowan Jr, John J | 1984 | 560.00 | 8.00 | 4,480.00 |
| | Quiat, Laurin D | 1985 | 545.00 | 5.50 | 2,997.50 |
| | Smith, Elizabeth A | 1985 | 780.00 | 43.80 | 34,164.00 |
| | McDonald, Heather J | 1986 | 600.00 | 361.80 | 217,080.00 |
| | Reich, Andrew W | 1987 | 565.00 | 554.00 | 313,010.00 |
| | Tobin, Donna A. | 1987 | 670.00 | 631.00 | 422,770.00 |
| | Burke, John J | 1988 | 650.00 | 246.50 | 160,225.00 |
| | Ferguson, Gerald J | 1988 | 725.00 | 7.70 | 5,582.50 |
| | Susanin, Timothy S. | 1988 | 850.00 | 637.60 | 541,960.00 |
| | Douthett, Breaden M | 1991 | 380.00 | 48.90 | 18,582.00 |
| | Goldberg, Steven H | 1991 | 875.00 | 129.40 | 113,225.00 |
| | Hunt, Dean D | 1991 | 595.00 | 307.80 | 183,141.00 |
| | Resnick, Lauren J | 1991 | 865.00 | 125.60 | 108,644.00 |
| | Hirschfield, Marc E. | 1992 | 800.00 | 388.40 | 310,720.00 |
| | Selby, Judy A. | 1992 | 775.00 | 302.20 | 234,205.00 |
| | Warren, Thomas D | 1992 | 675.00 | 291.20 | 196,560.00 |
| | Gluck, Peter J. | 1993 | 500.00 | 9.50 | 4,750.00 |
| | Griffin, Regina L. | 1993 | 825.00 | 774.70 | 639,127.50 |
| | Kornfeld, Mark A. | 1993 | 825.00 | 854.40 | 704,880.00 |
| | Renner, Deborah H. | 1993 | 825.00 | 553.70 | 456,802.50 |
| | Kobus III, Theodore J. | 1994 | 580.00 | 1.80 | 1,044.00 |
| | Sarlson, Katherine G | 1994 | 225.00 | 13.30 | 2,992.50 |
| | Brennan, Terry M | 1995 | 450.00 | 127.50 | 57,375.00 |
| | Scaletta, Anthony J | 1995 | 425.00 | 132.40 | 56,270.00 |
| | Cole, Tracy L | 1996 | 700.00 | 384.60 | 269,220.00 |
| | Munn, Demetri E | 1996 | 430.00 | 14.70 | 6,321.00 |
| | Turner, Christa C. | 1996 | 425.00 | 147.70 | 62,772.50 |
| | Enockson, Paul S | 1997 | 440.00 | 61.90 | 27,236.00 |
| | Hoang, Lan | 1997 | 710.00 | 1,035.90 | 735,489.00 |
| | Murphy, Keith R. | 1997 | 825.00 | 848.60 | 700,095.00 |
| | Scully, Elizabeth A | 1997 | 600.00 | 44.90 | 26,940.00 |
| | Fish, Eric R. | 1998 | 625.00 | 560.00 | 350,000.00 |
| | New, Jonathan B. | 1998 | 825.00 | 16.80 | 13,860.00 |
| | Perdion, Jason P | 1998 | 395.00 | 20.10 | 7,939.50 |
| | Rollinson, James H | 1998 | 405.00 | 231.80 | 93,879.00 |
| | Rose, Jorian L. | 1998 | 750.00 | 729.10 | 546,825.00 |
| | Wall, Brett A | 1998 | 435.00 | 150.50 | 65,467.50 |
| | Wang, Ona T | 1998 | 695.00 | 245.20 | 170,414.00 |
| | Warshavsky, Oren J. | 1998 | 825.00 | 921.20 | 759,990.00 |
| | Pergament, Benjamin D | 1999 | 600.00 | 171.30 | 102,780.00 |
| | Bohorquez Jr, Fernando A | 2000 | 675.00 | 564.10 | 380,767.50 |
| | Cremona, Nicholas J. | 2000 | 740.00 | 680.90 | 503,866.00 |
| | Alaverdi, Loura L | 2001 | 550.00 | 124.10 | 68,255.00 |
| | Beckerlegge, Robertson D | 2001 | 540.00 | 137.00 | 73,980.00 |

EXHIBIT B
SUMMARY OF ELEVENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM JULY 1, 2012 THROUGH NOVEMBER 30, 2012

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Fokas, Jimmy | 2001 | 700.00 | 172.80 | 120,960.00 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| | Oppenheim, Adam B. | 2001 | 685.00 | 763.40 | 522,929.00 |
| | Pfeifer, Timothy S. | 2001 | 700.00 | 711.20 | 497,840.00 |
| | Skapof, Marc | 2001 | 685.00 | 361.20 | 247,422.00 |
| | Zeballos, Gonzalo S. | 2001 | 750.00 | 615.10 | 461,325.00 |
| | North, Geoffrey A. | 2002 | 575.00 | 944.00 | 542,800.00 |
| | Wearsch, Thomas M | 2002 | 575.00 | 662.20 | 380,765.00 |
| | Hochmuth, Farrell A | 2003 | 435.00 | 287.30 | 124,975.50 |
| | Jacobs, Edward J. | 2003 | 575.00 | 951.80 | 547,285.00 |
| | Jenson, Karin Scholz | 2003 | 540.00 | 752.40 | 406,296.00 |
| | Malek, Sammi | 2003 | 560.00 | 533.90 | 298,984.00 |
| | Oliver, Jason S. | 2003 | 575.00 | 282.90 | 162,667.50 |
| | Wilde, Michael C | 2003 | 325.00 | 55.70 | 18,102.50 |
| | Kitaev, Erica G. | 2004 | 350.00 | 68.30 | 23,905.00 |
| | Kitchen, David E | 2004 | 355.00 | 639.60 | 227,058.00 |
| | Obhof, Larry J. | 2004 | 330.00 | 176.60 | 58,278.00 |
| | Smith, Rachel M | 2004 | 400.00 | 195.00 | 78,000.00 |
| | Hartman, Ruth E | 2005 | 315.00 | 482.10 | 151,861.50 |
| | Proano, David F | 2005 | 315.00 | 11.20 | 3,528.00 |
| | Conley, Sylvia J | 2006 | 560.00 | 442.10 | 247,576.00 |
| Partners and of Counsel Total | | | 674.46 | 27,865.00 | 18,793,689.50 |
| Associates | Meisels, Naomi P. | 1984 | 525.00 | 25.30 | 13,282.50 |
| | Bieler, Philip | 1994 | 425.00 | 649.00 | 275,825.00 |
| | Procell, Karen W. | 1995 | 410.00 | 130.30 | 53,423.00 |
| | Kates, Elyssa S. | 2000 | 550.00 | 787.40 | 433,070.00 |
| | Bell, Stacey A. | 2001 | 600.00 | 829.70 | 497,820.00 |
| | Esser, Brian K | 2001 | 615.00 | 611.50 | 376,072.50 |
| | Song, Brian W. | 2002 | 450.00 | 807.70 | 363,465.00 |
| | Cheema, Bik | 2003 | 525.00 | 666.60 | 349,965.00 |
| | Shields, Nkosi D. | 2003 | 440.00 | 780.20 | 343,288.00 |
| | Wlodek, Heather | 2003 | 450.00 | 290.60 | 130,770.00 |
| | Gabriel, Jessie M | 2004 | 450.00 | 571.10 | 256,995.00 |
| | Karttunen, Timo | 2004 | 465.00 | 32.90 | 15,298.50 |
| | Allen, Brian F. | 2005 | 430.00 | 531.30 | 228,459.00 |
| | Benavides, Michelle | 2005 | 395.00 | 152.40 | 60,198.00 |
| | Biggs, Ambika J | 2005 | 440.00 | 48.20 | 21,208.00 |
| | Bodenheimer, Henry C. | 2005 | 500.00 | 458.00 | 229,000.00 |
| | Carvalho, Melissa M. | 2005 | 525.00 | 13.50 | 7,087.50 |
| | Chow, Teresa C. | 2005 | 395.00 | 133.50 | 52,732.50 |
| | Rodriguez, Alberto | 2005 | 525.00 | 205.80 | 108,045.00 |
| | Stanganelli, Maryanne | 2005 | 525.00 | 425.30 | 223,282.50 |
| | Stump, Jacob R. | 2005 | 310.00 | 33.40 | 10,354.00 |
| | Thorpe, Courtni E | 2005 | 305.00 | 37.00 | 11,285.00 |
| | White, Nicholas L | 2005 | 305.00 | 6.70 | 2,043.50 |
| | Carlisle, Marie L. | 2006 | 375.00 | 587.00 | 220,125.00 |
| | Feil, Matthew D. | 2006 | 475.00 | 810.10 | 384,797.50 |
| | Heim, Kathryn M. | 2006 | 465.00 | 130.30 | 60,589.50 |
| | Kosack, Melissa L. | 2006 | 485.00 | 919.10 | 445,763.50 |
| | Lange, Gretchen L | 2006 | 295.00 | 12.60 | 3,717.00 |
| | Longstaff, Carrie | 2006 | 485.00 | 774.60 | 375,681.00 |
| | Petrelli III, John W | 2006 | 380.00 | 35.60 | 13,528.00 |
| | Shoshany, Lindsey A. | 2006 | 425.00 | 586.90 | 249,432.50 |
| | Tobin, Sarah M | 2006 | 380.00 | 179.90 | 68,362.00 |
| | Vanderwal, Amy E. | 2006 | 525.00 | 441.20 | 231,630.00 |
| | Biegelman, Daniel R. | 2007 | 435.00 | 16.30 | 7,090.50 |
| | Bobb, Matthew I. | 2007 | 305.00 | 111.90 | 34,129.50 |
| | Brown, Seanna R. | 2007 | 575.00 | 847.40 | 487,255.00 |
| | Calvani, Torello H. | 2007 | 525.00 | 598.60 | 314,265.00 |
| | Garvin, Naima J. | 2007 | 525.00 | 6.10 | 3,202.50 |
| | Goldmark, Jena B. | 2007 | 415.00 | 685.20 | 284,358.00 |

EXHIBIT B
SUMMARY OF ELEVENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM JULY 1, 2012 THROUGH NOVEMBER 30, 2012

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Howard, Emily A. | 2007 | 435.00 | 188.60 | 82,041.00 |
| | Karp, Brian S. | 2007 | 500.00 | 136.50 | 68,250.00 |
| | Klidonas, George | 2007 | 425.00 | 553.40 | 235,195.00 |
| | Lee, Joon | 2007 | 415.00 | 352.10 | 146,121.50 |
| | Liburd, Essence | 2007 | 450.00 | 225.80 | 101,610.00 |
| | Nelson, Maritza S | 2007 | 275.00 | 377.90 | 103,922.50 |
| | Ranade, Samir K. | 2007 | 500.00 | 724.00 | 362,000.00 |
| | Ritz, Kenneth A. | 2007 | 415.00 | 651.20 | 270,248.00 |
| | Truong, Sarah J. | 2007 | 525.00 | 759.70 | 398,842.50 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| | Walrath, Jennifer M | 2007 | 460.00 | 56.70 | 26,082.00 |
| | Amin, Tina U | 2008 | 290.00 | 243.60 | 70,644.00 |
| | Carbajal, Natacha | 2008 | 475.00 | 749.50 | 356,012.50 |
| | Chang, Willy | 2008 | 400.00 | 69.50 | 27,800.00 |
| | Cottrell, Edward M. | 2008 | 320.00 | 125.30 | 40,096.00 |
| | Day, James W. | 2008 | 425.00 | 676.70 | 287,597.50 |
| | Goldstein, Robyn R. | 2008 | 320.00 | 412.30 | 131,936.00 |
| | Luke, Tarsha L | 2008 | 425.00 | 29.30 | 12,452.50 |
| | McCurrach, Elizabeth G. | 2008 | 435.00 | 803.50 | 349,522.50 |
| | Moody, Matthew J. | 2008 | 435.00 | 571.60 | 248,646.00 |
| | Nixon, Christy A. | 2008 | 400.00 | 317.80 | 127,120.00 |
| | O'Neal, Stephen T. | 2008 | 225.00 | 588.90 | 132,502.50 |
| | Rovine, Jacqlyn | 2008 | 400.00 | 219.90 | 87,960.00 |
| | Schutte, Elizabeth M. | 2008 | 400.00 | 837.90 | 335,160.00 |
| | Smith, Andrene | 2008 | 425.00 | 226.20 | 96,135.00 |
| | Stanley, Trevor M. | 2008 | 425.00 | 219.30 | 93,202.50 |
| | Thomas, Joshua C. | 2008 | 320.00 | 33.60 | 10,752.00 |
| | Usitalo, Michelle R. | 2008 | 420.00 | 842.50 | 353,850.00 |
| | Woltering, Catherine E. | 2008 | 255.00 | 902.90 | 230,239.50 |
| | Zunno, Kathryn M. | 2008 | 525.00 | 411.10 | 215,827.50 |
| | Bogucki, Scott J. | 2009 | 400.00 | 358.30 | 143,320.00 |
| | Budd, Ashley J. | 2009 | 225.00 | 735.40 | 165,465.00 |
| | Campbell, Patrick T | 2009 | 425.00 | 147.90 | 62,857.50 |
| | D'Andrea, Lindsey | 2009 | 245.00 | 179.10 | 43,879.50 |
| | Gentile, Dominic A. | 2009 | 400.00 | 834.60 | 333,840.00 |
| | Hangawatte, Udyogi A. | 2009 | 390.00 | 47.60 | 18,564.00 |
| | Hinchcliffe, Analiese | 2009 | 230.00 | 526.00 | 120,980.00 |
| | Howe, Mary E. | 2009 | 400.00 | 574.60 | 229,840.00 |
| | Kessler, Dena S. | 2009 | 320.00 | 34.10 | 10,912.00 |
| | Kuhn, Jessie A. | 2009 | 420.00 | 597.00 | 250,740.00 |
| | Law, Karen | 2009 | 315.00 | 30.60 | 9,639.00 |
| | Marck, Michelle K | 2009 | 420.00 | 1.60 | 672.00 |
| | Markel, Tatiana | 2009 | 400.00 | 883.20 | 353,280.00 |
| | Maynard, Kim M. | 2009 | 375.00 | 612.40 | 229,650.00 |
| | McKnight, Katherine L. | 2009 | 425.00 | 309.00 | 131,325.00 |
| | Molina, Marco | 2009 | 420.00 | 476.50 | 200,130.00 |
| | Nickodem, Robert G. | 2009 | 225.00 | 439.00 | 98,775.00 |
| | Ozturk, Ferve E. | 2009 | 420.00 | 747.50 | 313,950.00 |
| | Shapiro, Peter B. | 2009 | 420.00 | 410.70 | 172,494.00 |
| | Stuber, Kristen D. | 2009 | 230.00 | 457.90 | 105,317.00 |
| | Winquist, Justin T. | 2009 | 275.00 | 50.30 | 13,832.50 |
| | Abraham, Asha | 2010 | 395.00 | 283.10 | 111,824.50 |
| | Barnes, S. Ben | 2010 | 230.00 | 504.70 | 116,081.00 |
| | Barra, Jonathan P. | 2010 | 225.00 | 498.10 | 112,072.50 |
| | Burch, Alexander D. | 2010 | 250.00 | 173.30 | 43,325.00 |
| | Bushnell, Christina M. | 2010 | 225.00 | 446.20 | 100,395.00 |
| | Carney, Brian W. | 2010 | 225.00 | 507.50 | 114,187.50 |
| | Castillon, Jesus J. | 2010 | 305.00 | 232.20 | 70,821.00 |
| | Chandler, Tara R. | 2010 | 225.00 | 667.20 | 150,120.00 |
| | Choi, David | 2010 | 400.00 | 823.20 | 329,280.00 |
| | Clegg, Sammantha E. | 2010 | 420.00 | 565.70 | 237,594.00 |

EXHIBIT B
SUMMARY OF ELEVENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM JULY 1, 2012 THROUGH NOVEMBER 30, 2012

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Cominsky, Mark A. | 2010 | 230.00 | 524.00 | 120,520.00 |
| | Cook, Nora K. | 2010 | 225.00 | 645.80 | 145,305.00 |
| | Dallas, Cassie J. | 2010 | 290.00 | 277.90 | 80,591.00 |
| | Estes, Yelena | 2010 | 395.00 | 306.60 | 121,107.00 |
| | Fein, Amanda E. | 2010 | 400.00 | 800.80 | 320,320.00 |
| | Geronimo, Andrew C. | 2010 | 225.00 | 328.30 | 73,867.50 |
| | Hansford, Melissa L. | 2010 | 225.00 | 78.90 | 17,752.50 |
| | Hoff, Michelle M. | 2010 | 230.00 | 518.60 | 119,278.00 |
| | James, Christopher T. | 2010 | 305.00 | 400.70 | 122,213.50 |
| | Khatib, Hadi | 2010 | 390.00 | 233.00 | 90,870.00 |
| | Martin, David J. | 2010 | 230.00 | 515.60 | 118,588.00 |
| | Maytal, Anat | 2010 | 395.00 | 506.60 | 200,107.00 |
| | McMillan, David M. | 2010 | 395.00 | 752.80 | 297,356.00 |
| | Mosier, A. Mackenna | 2010 | 410.00 | 809.20 | 331,772.00 |
| | Needham, Kelly C. | 2010 | 225.00 | 659.20 | 148,320.00 |
| | Noethlich, Brian R. | 2010 | 230.00 | 499.00 | 114,770.00 |
| | Parente, Michael | 2010 | 230.00 | 604.90 | 139,127.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Portnoy, Lesley F. | 2010 | 375.00 | 524.40 | 196,650.00 |
| | Rog, Joshua B. | 2010 | 400.00 | 805.60 | 322,240.00 |
| | Rollins, Jennifer B. | 2010 | 230.00 | 447.90 | 103,017.00 |
| | Ross, Patricia M. | 2010 | 230.00 | 92.00 | 21,160.00 |
| | Rouach, Sophie | 2010 | 415.00 | 456.10 | 189,281.50 |
| | Sanderson, Jessica L. | 2010 | 230.00 | 245.80 | 56,534.00 |
| | Schichnes, Jessica | 2010 | 400.00 | 87.10 | 34,840.00 |
| | Schlueter, Andrew C. | 2010 | 225.00 | 620.60 | 139,635.00 |
| | Scott, Justin T. | 2010 | 305.00 | 410.10 | 125,080.50 |
| | Sobel, Sean H. | 2010 | 225.00 | 805.10 | 181,147.50 |
| | Taddeo, Luisa | 2010 | 225.00 | 697.10 | 156,847.50 |
| | Ubaid, Maryland H. | 2010 | 225.00 | 587.60 | 132,210.00 |
| | Vasel, Denise D. | 2010 | 375.00 | 451.60 | 169,350.00 |
| | Wasko, Lindsay J. | 2010 | 225.00 | 619.20 | 139,320.00 |
| | Young, Michelle L. | 2010 | 350.00 | 603.60 | 211,260.00 |
| | Bacon, Natalie R. | 2011 | 230.00 | 535.40 | 123,142.00 |
| | Ball, Stephen L. | 2011 | 350.00 | 686.60 | 240,310.00 |
| | Barhorst, Damon C. | 2011 | 230.00 | 543.00 | 124,890.00 |
| | Beck, Christopher R. | 2011 | 230.00 | 469.60 | 108,008.00 |
| | Becker, Eric J. | 2011 | 230.00 | 591.60 | 136,068.00 |
| | Bennett, Melonia A. | 2011 | 230.00 | 547.80 | 125,994.00 |
| | Buskirk, Alex D. | 2011 | 230.00 | 451.00 | 103,730.00 |
| | Cabico, Jason D. | 2011 | 350.00 | 432.20 | 151,270.00 |
| | Cutler, Sima L. | 2011 | 230.00 | 237.40 | 54,602.00 |
| | deVries, Alan C. | 2011 | 230.00 | 859.90 | 197,777.00 |
| | Donaho, Thomas A. | 2011 | 280.00 | 198.80 | 55,664.00 |
| | Dortch, Justin M. | 2011 | 230.00 | 425.60 | 97,888.00 |
| | Durbin, Damon M. | 2011 | 230.00 | 437.60 | 100,648.00 |
| | Economides, Constantine P. | 2011 | 395.00 | 493.40 | 194,893.00 |
| | Ekechuku, Steven D. | 2011 | 395.00 | 421.70 | 166,571.50 |
| | Elam, Elise R. | 2011 | 230.00 | 545.50 | 125,465.00 |
| | Farnsworth, Joshua L. | 2011 | 230.00 | 355.70 | 81,811.00 |
| | Feldstein, Robyn M | 2011 | 395.00 | 765.00 | 302,175.00 |
| | Gottesman, Joel D. | 2011 | 225.00 | 678.40 | 152,640.00 |
| | Grant, Lindsey M. | 2011 | 230.00 | 555.30 | 127,719.00 |
| | Halterman, Sinem T. | 2011 | 230.00 | 346.70 | 79,741.00 |
| | Heasley, R. Scott | 2011 | 230.00 | 512.80 | 117,944.00 |
| | Jagunic, Michael H. | 2011 | 230.00 | 401.70 | 92,391.00 |
| | Kahner, Tegan E. | 2011 | 230.00 | 624.40 | 143,612.00 |
| | Kerns, J. Wesley | 2011 | 230.00 | 284.40 | 65,412.00 |
| | Krishna, Ganesh | 2011 | 395.00 | 1,036.10 | 409,259.50 |
| | Kurtz, Rebecca S. | 2011 | 230.00 | 205.30 | 47,219.00 |
| | Levine, Shneor Z. | 2011 | 230.00 | 474.80 | 109,204.00 |

EXHIBIT B
SUMMARY OF ELEVENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM JULY 1, 2012 THROUGH NOVEMBER 30, 2012

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Lundregan, Scott M. | 2011 | 230.00 | 581.90 | 133,837.00 |
| | McCutcheon, Marcus | 2011 | 300.00 | 27.00 | 8,100.00 |
| | Norman, William B. | 2011 | 230.00 | 296.50 | 68,195.00 |
| | Nowakowski, Jonathan | 2011 | 395.00 | 691.90 | 273,300.50 |
| | Nutt, Jessica E. | 2011 | 395.00 | 338.90 | 133,865.50 |
| | Oliva, Frank M. | 2011 | 395.00 | 653.50 | 258,132.50 |
| | Polsinelli, Jaclyn R. | 2011 | 230.00 | 518.30 | 119,209.00 |
| | Powell, Robin D. | 2011 | 230.00 | 227.10 | 52,233.00 |
| | Ruginis, Alexis N. | 2011 | 395.00 | 813.10 | 321,174.50 |
| | Sakowitz, Brittany A. | 2011 | 280.00 | 241.30 | 67,564.00 |
| | Schechter, Jody E. | 2011 | 335.00 | 768.80 | 257,548.00 |
| | Sinclair, Jordan A. | 2011 | 280.00 | 677.80 | 189,784.00 |
| | Skuza, Stacey M. | 2011 | 230.00 | 505.90 | 116,357.00 |
| | Spears, Ericka H. | 2011 | 230.00 | 589.00 | 135,470.00 |
| | Stewart, Justin T. | 2011 | 230.00 | 367.80 | 84,594.00 |
| | Tayeh, Ziad K. | 2011 | 230.00 | 288.80 | 66,424.00 |
| | Thompson, Eric D. | 2011 | 230.00 | 432.00 | 99,360.00 |
| | Towner, Amber N. | 2011 | 230.00 | 452.10 | 103,983.00 |
| | von Ansbach-Young, Michael R. | 2011 | 230.00 | 451.90 | 103,937.00 |
| | Vonderhaar, Douglas A. | 2011 | 230.00 | 508.30 | 116,909.00 |
| | Wangsgard, Kendall E. | 2011 | 350.00 | 161.20 | 56,420.00 |
| | Wells, Carrie T. | 2011 | 225.00 | 629.40 | 141,615.00 |
| | White, Jason T. | 2011 | 230.00 | 614.50 | 141,335.00 |
| | White, Lauren A. | 2011 | 230.00 | 167.40 | 38,502.00 |
| | Wolf, Jacob H. | 2011 | 230.00 | 270.60 | 62,238.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Zuberi, Madiha M. | 2011 | 395.00 | 790.20 | 312,129.00 |
| | Consolino, Serine R. | 2012 | 335.00 | 144.60 | 48,441.00 |
| | Cornell, Aaron E. | 2012 | 230.00 | 445.80 | 102,534.00 |
| | Curtin, Daniel P. | 2012 | 335.00 | 440.70 | 147,634.50 |
| | Donahue, Darren M. | 2012 | 230.00 | 18.40 | 4,232.00 |
| | Gallagher, Christopher B. | 2012 | 395.00 | 849.40 | 335,513.00 |
| | Hough, Shawn P. | 2012 | 390.00 | 714.30 | 278,577.00 |
| | Khan, Juvaria S. | 2012 | 335.00 | 13.50 | 4,522.50 |
| | Kravitz, Bret D. | 2012 | 230.00 | 131.10 | 30,153.00 |
| | Muranovic, Sanja | 2012 | 164.65 | 366.80 | 61,002.00 |
| | Rice, David W. | 2012 | 395.00 | 656.40 | 259,278.00 |
| | Rosenberg, C. Zachary | 2012 | 335.00 | 73.10 | 24,488.50 |
| | Babka, Sarah R. | 2013 | 395.00 | 599.10 | 236,644.50 |
| | Choate, Hannah C. | 2013 | 335.00 | 274.00 | 91,790.00 |
| | Ferguson, Kaitlyn A. | 2013 | 335.00 | 85.80 | 28,743.00 |
| | Pate, Alan M. | 2013 | 335.00 | 131.50 | 44,052.50 |
| | Darwall, Julian H. | #N/A | 335.00 | 135.40 | 45,359.00 |
| | Stamoulis, Elizabeth M. | #N/A | 335.00 | 259.60 | 86,966.00 |
| Associates Total | | | 347.25 | 87,870.10 | 30,512,459.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Ackerman, Stephanie | #N/A | 290.00 | 97.90 | 28,391.00 |
| | Allemant-Salas, Gonzalo | #N/A | 315.00 | 140.10 | 44,131.50 |
| | Annor, Sasha L. | #N/A | 260.00 | 576.90 | 149,994.00 |
| | Bekier, James M. | #N/A | 380.00 | 629.00 | 239,020.00 |
| | Belanger, Christina I. | #N/A | 300.00 | 36.00 | 10,800.00 |
| | Bitman, Oleg | #N/A | 255.00 | 873.20 | 222,666.00 |
| | Blaber, Theresa A | #N/A | 290.00 | 193.70 | 56,173.00 |
| | Bliss, Stephanie L. | #N/A | 215.00 | 117.70 | 25,305.50 |
| | Cabrera, Ramon C | #N/A | 235.00 | 315.20 | 74,072.00 |
| | Chan, Angeline | #N/A | 225.00 | 514.40 | 115,740.00 |
| | Charlotten, Magdalena | #N/A | 255.00 | 424.90 | 108,349.50 |
| | Chiofalo, Frank A. | #N/A | 235.00 | 7.00 | 1,645.00 |
| | Curbelo, Gracemary | #N/A | 290.00 | 35.50 | 10,295.00 |

EXHIBIT B
SUMMARY OF ELEVENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM JULY 1, 2012 THROUGH NOVEMBER 30, 2012

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Donahue, Kerin E | #N/A | 175.00 | 28.00 | 4,900.00 |
| | Dyer, Ricky J | #N/A | 190.00 | 17.40 | 3,306.00 |
| | Fetzer, Jeffrey L | #N/A | 210.00 | 22.60 | 4,746.00 |
| | Fishelman, Benjamin D. | #N/A | 370.00 | 784.60 | 290,302.00 |
| | Fredle, Vicki M | #N/A | 190.00 | 15.50 | 2,945.00 |
| | Gardner, Bronson R | #N/A | 200.00 | 59.20 | 11,840.00 |
| | Gibbons, Michael E. | #N/A | 330.00 | 296.10 | 97,713.00 |
| | Glanzman, Adam J | #N/A | 290.00 | 244.80 | 70,992.00 |
| | Graham, Sonya M. | #N/A | 250.00 | 81.30 | 20,325.00 |
| | Greenbaum, Elie S. | #N/A | 300.00 | 31.70 | 9,510.00 |
| | Grigsby, Camilla B. | #N/A | 75.00 | 30.80 | 2,310.00 |
| | Halwes, Shannon L. | #N/A | 195.00 | 31.20 | 6,084.00 |
| | Iskhakova, Yuliya | #N/A | 275.00 | 920.90 | 253,247.50 |
| | Jesic, Mario | #N/A | 175.00 | 298.40 | 52,220.00 |
| | Kinne, Tanya M | #N/A | 290.00 | 188.70 | 54,723.00 |
| | Landrio, Nikki M. | #N/A | 325.00 | 854.50 | 277,712.50 |
| | Lee, Elaine Y. | #N/A | 200.00 | 3.80 | 760.00 |
| | Lee, Magali L. | #N/A | 270.00 | 361.20 | 97,524.00 |
| | Maxwell, Sarah A | #N/A | 170.00 | 278.10 | 47,277.00 |
| | McDonald, Michael H. | #N/A | 175.00 | 3.20 | 560.00 |
| | McLaughlin, Christopher | #N/A | 170.00 | 627.10 | 106,607.00 |
| | Medina, Rebecca J. | #N/A | 160.00 | 157.40 | 25,184.00 |
| | Monge, Tirsa | #N/A | 300.00 | 716.70 | 215,010.00 |
| | Montalvo, Jason M. | #N/A | 315.00 | 498.20 | 156,933.00 |
| | Montani, Christine A. | #N/A | 300.00 | 327.30 | 98,190.00 |
| | Munson, Sally L. | #N/A | 75.00 | 84.60 | 6,345.00 |
| | Nikac, Mario | #N/A | 335.00 | 486.40 | 162,944.00 |
| | Nunes, Silas T | #N/A | 270.00 | 748.60 | 202,122.00 |
| | Oliver-Weeks, Marcella J. | #N/A | 290.00 | 462.70 | 134,183.00 |
| | Paremoud, Jana | #N/A | 235.00 | 236.80 | 55,648.00 |
| | Pulsipher, Eric K. | #N/A | 275.00 | 601.20 | 165,330.00 |
| | Remus, Amanda | #N/A | 290.00 | 673.80 | 195,402.00 |
| | Rivera, Eileen G. | #N/A | 175.00 | 576.50 | 100,887.50 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| | Samarasekera, Dilip | #N/A | 200.00 | 71.20 | 14,240.00 |
| | Schnarre, Nicole L. | #N/A | 380.00 | 605.80 | 230,204.00 |
| | Stone, Adrian | #N/A | 260.00 | 617.30 | 160,498.00 |
| | Sulhan, Barbara J | #N/A | 180.00 | 39.80 | 7,164.00 |
| | Sweet, Karen R | #N/A | 215.00 | 173.80 | 37,367.00 |
| | Tolbert, Amelia M. | #N/A | 190.00 | 6.00 | 1,140.00 |
| | Tushaj, Diana M. | #N/A | 235.00 | 486.70 | 114,374.50 |
| | Velez, Francisco J. | #N/A | 250.00 | 70.80 | 17,700.00 |
| | Villamayor, Fidentino L. | #N/A | 315.00 | 486.20 | 153,153.00 |
| | Vittor, Noah A. | #N/A | 100.00 | 76.00 | 7,600.00 |
| | von Collande, Constance M. | #N/A | 275.00 | 722.70 | 198,742.50 |
| | Wallace, Dawn L. | #N/A | 290.00 | 432.00 | 125,280.00 |
| | Weaver, Scott | #N/A | 250.00 | 758.90 | 189,725.00 |
| | Wilkins, Kerrick T. | #N/A | 180.00 | 10.20 | 1,836.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | | | 273.99 | 19,268.20 | 5,279,389.00 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 674.46 | 27,865.00 | $ 18,793,689.50 |
| Associates Total | 347.25 | 87,870.10 | 30,512,459.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 273.99 | 19268.20 | 5,279,389.00 |
| Blended Attorney Rate | 426.03 | | |

EXHIBIT B
SUMMARY OF ELEVENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM JULY 1, 2012 THROUGH NOVEMBER 30, 2012

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Total Fees Incurred | | | | 135,003.30 | 54,585,538.00 |

| | |
|---|---|
| **Less 10% Public Interest Discount** | (5,458,553.80) |
| **Grand Total** | $ 49,126,984.20 |