EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR ELEVENTH INTERIM
PERIOD OF JULY 1, 2012 THROUGH NOVEMBER 30, 2012

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 7,870.00 | $ 3,260,277.00 |
| 02 | Bankruptcy Court Litigation and Related Matters | 2,825.20 | 1,532,412.00 |
| 03 | Feeder Funds | 8,319.10 | 4,429,400.00 |
| 04 | Asset Search Recovery and Sale | 299.30 | 187,301.50 |
| 05 | Internal Office Meetings with Staff | 790.50 | 317,102.00 |
| 07 | Billing | 1,143.00 | 379,313.50 |
| 08 | Case Administration | 3,547.00 | 1,068,688.00 |
| 09 | Banks | 122.30 | 89,454.50 |
| 11 | Press Inquires and Responses | 468.60 | 221,510.50 |
| 12 | Document Review | 3,463.30 | 1,039,879.00 |
| 13 | Discovery - Depositions and Document Productions | 8,973.50 | 3,540,104.50 |
| 14 | International | 685.30 | 378,596.50 |
| 18 | Auditors | 1.20 | 1,010.50 |
| 19 | Non-Bankruptcy Litigation | 25.90 | 13,486.50 |
| 20 | Governmental Agencies | 164.40 | 109,766.50 |
| 21 | Allocation | 732.70 | 433,828.50 |
| 000003 | Stanley Chais | 661.00 | 347,477.50 |
| 000004 | J. Ezra Merkin | 16,412.00 | 6,376,314.50 |
| 000005 | Customer Claims | 3,988.70 | 1,643,604.50 |
| 000006 | Vizcaya | 375.70 | 191,644.00 |
| 000007 | Madoff Family | 9,963.30 | 4,185,845.00 |
| 000008 | Norman Levy | 142.90 | 63,598.00 |
| 000009 | Fairfield Greenwich | 1,846.60 | 868,049.00 |
| 000010 | Harley | 24.40 | 13,782.00 |
| 000011 | Cohmad Securities Corporation | 3,635.80 | 1,522,677.50 |
| 000012 | Picower | 1,044.10 | 578,086.50 |
| 000013 | Kingate | 1,936.20 | 1,191,016.50 |
| 000018 | Thybo | 127.20 | 57,966.50 |
| 000019 | Ruth Madoff | 18.30 | 12,855.00 |
| 000026 | Richard Stahl | 233.40 | 113,280.00 |
| 000027 | JPMorgan Chase | 752.70 | 288,297.00 |
| 000028 | Westport | 306.50 | 140,809.00 |
| 000029 | Rye/Tremont | 215.80 | 156,662.50 |
| 000030 | HSBC | 2,739.30 | 1,338,365.50 |
| 000031 | Katz/Wilpon | 1,084.30 | 485,599.50 |
| 000032 | LuxAlpha/UBS | 5,049.80 | 2,177,393.00 |
| 000033 | Nomura Bank International PLC | 14.40 | 7,710.50 |
| 000034 | Citibank | 784.00 | 350,067.00 |
| 000035 | Natixis | 19.80 | 6,947.00 |
| 000036 | Merrill Lynch | 75.40 | 17,903.50 |
| 000037 | ABN AMRO | 396.00 | 161,769.00 |
| 000038 | Banco Bilbao | 18.30 | 9,006.50 |
| 000039 | Fortis | 748.30 | 380,878.00 |
| 000040 | Medici Enterprise | 4,575.60 | 2,048,899.50 |
| 000041 | Whitechapel | 17.30 | 9,342.50 |
| 000042 | Equity Trading | 475.30 | 195,269.50 |
| 000043 | Defender | 1,196.40 | 474,663.00 |
| 000044 | Maccabee | 115.00 | 52,091.50 |
| 000045 | Levey | 177.30 | 78,654.00 |
| 000046 | Glantz | 702.20 | 390,167.00 |
| 000047 | Bonaventre | 17.20 | 7,969.00 |
| 000048 | Bongiorno | 23.80 | 8,717.00 |
| 000049 | Greenberger | 48.00 | 23,341.00 |
| 000050 | Pitz | 30.30 | 11,856.00 |
| 000051 | Crupi | 14.00 | 5,005.50 |
| 000052 | Donald Friedman | 1,287.60 | 585,585.00 |
| 000053 | Magnify | 1,984.30 | 881,292.50 |
| 000054 | Mendelow | 153.30 | 73,398.50 |

EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR ELEVENTH INTERIM
PERIOD OF JULY 1, 2012 THROUGH NOVEMBER 30, 2012

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 000055 | Kugel | 1.20 | 307.00 |
| 000056 | Lipkin | 139.80 | 60,075.50 |
| 000057 | Perez/O'Hara | 72.10 | 27,047.50 |
| 000058 | PJ Administrators | 86.40 | 38,493.00 |
| 000059 | Stanley Shapiro | 189.90 | 92,642.50 |
| 000060 | Avellino & Bienes | 207.30 | 106,027.50 |
| 000061 | Maxam | 23,100.00 | 6,259,702.00 |
| 000062 | Subsequent Transfer | 3,986.40 | 1,574,426.00 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 12.50 | 5,734.00 |
| 000065 | Legacy Capital Ltd | 790.50 | 317,671.50 |
| 000066 | Lieberbaum | 3,460.20 | 1,524,256.00 |
| 000071 | Square One | 1.90 | 598.50 |
| 000072 | Plaza | 92.00 | 42,570.00 |
| Grand Total | | 135,003.30 | 54,585,538.00 |

**Less 10% Public Interest Discount**                                         (5,458,553.80)

**Grand Total**                                                               $ 49,126,984.20

**Current Application**
Interim Compensation Requested                                                $ 49,126,984.20
Interim Compensation Paid                                                     (44,214,285.79)
Interim Compensation Deferred                                                 $  4,912,698.41

**Prior Applications**
Interim Compensation Requested                                                $ 382,846,327.19
Interim Compensation Paid                                                     (360,561,694.52)
Interim Compensation Deferred                                                 $  22,284,632.67