EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR ELEVENTH INTERIM PERIOD OF JULY 1, 2012 THROUGH NOVEMBER 30, 2012

| Code | Description | Amount |
|---|---|---|
| E101 | Copying (E101) | $ 67,055.00 |
| E102 | Outside Printing (E102) | 11,995.48 |
| E104 | Facsimile (E104) | 12.60 |
| E105 | Telephone (E105) | 8,331.45 |
| E106 | Online Research (E106) | 161,659.71 |
| E107 | Delivery Services/ Messengers (E107) | 12,891.92 |
| E108 | Postage (E108) | 4,873.82 |
| E109 | Local Travel (E109) | 452.78 |
| E110 | Out-of-Town Travel (E110) | 399,488.64 |
| E111 | Business Meals, etc. (E111) | 1,206.36 |
| E112 | Court Fees (E112) | 47,642.71 |
| E113 | Subpoena Fees (E113) | 1,486.11 |
| E114 | Witness Fees (E114) | 84.11 |
| E115 | Deposition Transcripts (E115) | 36,970.17 |
| E116 | Trial Transcripts (E116) | 2,325.52 |
| E123 | Other Professionals (E123) | 63,174.03 |
| E124 | Other (E124) | 4,782.77 |
| E125 | Translation Costs (E125) | 334,450.08 |
| Grand Total | | $ 1,158,883.26 |

**Prior Applications**

Reimbursement of Expenses Requested and Rewarded    $ 8,054,771.72