**Exhibit B**

SUMMARY OF TENTH INTERIM FEE APPLICATION OF WINDELS MARX
LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM
JULY 1, 2012 THROUGH AND INCLUDING NOVEMBER 30, 2012

| Name | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Howard L. Simon | 1977 | 535.00 | 403.70 | $ 215,979.50 |
| Clark Alpert | 1978 | 490.00 | 68.60 | 33,614.00 |
| Antonio J. Casas | 1993 | 405.00 | 280.60 | 113,643.00 |
| Kim M. Longo | 2002 | 405.00 | 859.65 | 348,158.25 |
| **Total Partners** | | | **1,612.55** | **$ 711,394.75** |

| Name | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Associates** | | | | |
| Karen M. Cullen | 1981 | 395.00 | 521.15 | $ 205,854.25 |
| Jorge Salva | 2002 | 380.00 | 2.90 | 1,102.00 |
| Carol LaFond | 2000 | 370.00 | 107.10 | 39,627.00 |
| Brian W. Kreutter | 2003 | 335.00 | 541.30 | 181,335.50 |
| John J. Tepedino | 2005 | 335.00 | 264.00 | 88,440.00 |
| Yani Indrajana Ho | 2005 | 315.00 | 677.80 | 213,507.00 |
| Alan D. Lawn | 2009 | 305.00 | 437.00 | 133,285.00 |
| Matthew C. Capozzoli | 2006 | 265.00 | 18.50 | 4,902.50 |
| **Total Associates** | | | **2,569.75** | **$ 868,053.25** |

| Name | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| **Paraprofessionals** | | | |
| Kevin D. Coleman | 245.00 | 14.60 | $ 3,577.00 |
| Joel Solomon | 220.00 | 2.60 | 572.00 |
| Matthew Corwin | 210.00 | 414.30 | 87,003.00 |
| Christopher Reilly | 190.00 | 76.40 | 14,516.00 |
| Jennifer Ryan | 180.00 | 85.10 | 15,318.00 |
| Lucas Croslow | 175.00 | 21.00 | 3,675.00 |
| Michael A. Simon | 160.00 | 124.30 | 19,888.00 |
| **Total Paraprofessionals** | | **738.30** | **$ 144,549.00** |

| | Total Hours | Total Fees |
|---|---|---|
| **Partners and Special Counsel** | 1,612.55 | $ 711,394.75 |
| **Associates** | 2,569.75 | 868,053.25 |
| **Paraprofessionals** | 738.30 | 144,549.00 |
| | | |
| **Blended Attorney Rate** 377.65 | | |
| | | |
| **GRAND TOTAL** | **4,920.60** | **$ 1,723,997.00** |