### Exhibit C

SUMMARY OF TENTH INTERIM FEE APPLICATION
OF WINDELS MARX LANE & MITTENDORF, LLP FOR
EXPENSES RENDERED FROM
JULY 1, 2012 THROUGH AND INCLUDING
NOVEMBER 30, 2012

| Code Description | Amount |
|---|---:|
| Copying | $ 481.49 |
| Telephone | 240.72 |
| Online Research | 4,996.19 |
| Delivery Services/Messenger | 2,592.47 |
| Postage | 120.90 |
| Corporate Kits/Stationary | 74.04 |
| Professional Services | 13,760.24 |
| Service of Process / Subpoena | 2,250.00 |
| Staff Overtime | 1,230.00 |
| Miscellaneous | 58.00 |
| **TOTAL** | **$ 25,804.05** |