**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY
WINDELS MARX LANE & MITTENDORF FOR TENTH INTERIM PERIOD OF
JULY 1, 2012 THROUGH NOVEMBER 30, 2012

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 447.40 | $ 137,764.50 |
| | | 007 | Fee Application | 165.55 | 64,860.75 |
| | | | Internal Office Meeting | 29.20 | 9,683.50 |
| | | 041 | Discovery, Document Review, Document Production | 691.85 | 236,858.75 |
| | | 042 | Bankruptcy Court Litigation | 192.60 | 61,867.50 |
| | | L140 | Document/File Management | 12.00 | 2,543.00 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 563.60 | 171,432.00 |
| 8 | Madoff Family Entities | 010 | Litigation | 230.90 | 82,192.50 |
| 9 | Ivy/Beacon | 010 | Litigation | 997.40 | 412,186.00 |
| 10 | Blumenfeld | 010 | Litigation | 541.90 | 195,411.50 |
| 11 | Austin | 010 | Litigation | 203.70 | 80,976.00 |
| 12 | Credit Suisse | 010 | Litigation | 253.30 | 80,846.50 |
| 13 | Solon Capital | 010 | Litigation | 13.50 | 4,176.00 |
| 14 | Zephyros | 010 | Litigation | 44.00 | 15,504.00 |
| 15 | Mistral | 010 | Litigation | 8.90 | 2,733.50 |
| 16 | Societe Generale | 010 | Litigation | 285.90 | 90,150.50 |
| 17 | Royal Bank of Canada | 010 | Litigation | 159.40 | 51,459.50 |
| 18 | Clariden Leu | 010 | Litigation | 56.10 | 17,554.00 |
| 19 | Trincastar Corp. | 010 | Litigation | 23.40 | 5,797.00 |
| | | | **TOTALS:** | **4,920.60** | **$ 1,723,997.00** |