**<u>EXHIBIT A</u>**

**Period Ended March 31, 2013**

*CASH RECEIPTS:*

**Report No. 52**

| General Cash Receipts | Net Change for Period | Prior Period Cumulative | Total Received | Customer Fund | General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $32,631,819.47 | | | | | | |
| Transfer from Debtor's Estate - Securities | 0.00 | 289,841,661.49 | 289,841,661.49 | 289,841,661.49 | | | 4011 |
| Transfers from Debtor's Estate - BNY Account | 0.00 | 336,660,934.06 | 336,660,934.06 | 336,660,934.06 | | | 4014 |
| Transfers from Debtor's Estate - Chase Account | 0.00 | 235,156,309.36 | 235,156,309.36 | 235,156,309.36 | | | 4016 |
| Transfers from Debtor's Estate - Other | 0.00 | 4,036,145.08 | 4,036,145.08 | 4,036,145.08 | | | 4018 |
| Interest and Dividends | 0.00 | 1,843,166.84 | 1,843,166.84 | 1,843,166.84 | | | 4040 |
| Closeout Proceeds - Broker Dealers | 0.00 | 37,273,877.23 | 37,273,877.23 | 37,273,877.23 | | | 4030 |
| Closeout Proceeds - NSCC | 0.00 | 21,783,082.40 | 21,783,082.40 | 21,783,082.40 | | | 4031 |
| Closeout Proceeds - DTCC | 0.00 | 17,304,329.91 | 17,304,329.91 | 17,304,329.91 | | | 4032 |
| Sale of Debtor's Assets | 0.00 | 0.00 | 0.00 | 0.00 | | | 4070 |
| - Sports Tickets | 0.00 | 89,690.80 | 89,690.80 | 89,690.80 | | | 4071 |
| - Bank Debt Participations | 0.00 | 7,871,653.96 | 7,871,653.96 | 7,871,653.96 | | | 4072 |
| - DTCC Shares | 0.00 | 204,170.51 | 204,170.51 | 204,170.51 | | | 4073 |
| - Market Making Business | 0.00 | 1,416,279.52 | 1,416,279.52 | 1,416,279.52 | | | 4075 |
| - Abtech | 0.00 | 495,000.00 | 495,000.00 | 495,000.00 | | | 4076 |
| - NSX Shares | 0.00 | 76,006.97 | 76,006.97 | 76,006.97 | | | 4077 |
| - BLM Air Charter | 0.00 | 6,494,631.95 | 6,494,631.95 | 6,494,631.95 | | | 4074 |
| Administrative Subtenant Rent Revenue | 0.00 | 531,078.49 | 531,078.49 | 531,078.49 | | | 4111 |
| *Adjusting Administrative Subtenant Rent Revenue* | 0.00 | (531,078.49) | (531,078.49) | (531,078.49) | | | 4111a |
| Refunds - Deposits | 0.00 | 9,841.45 | 9,841.45 | 9,841.45 | | | 4091 |
| - Dues/Subscriptions | 0.00 | 177,247.15 | 177,247.15 | 177,247.15 | | | 4092 |
| - Car Registrations | 0.00 | 157.00 | 157.00 | 157.00 | | | 4093 |
| - Vendors | 0.00 | 61,567.20 | 61,567.20 | 61,567.20 | | | 4094 |
| - Transit Cards | 0.00 | 833.61 | 833.61 | 833.61 | | | 4095 |
| - Insurance/Workers Comp | 0.00 | 402,859.56 | 402,859.56 | 402,859.56 | | | 4096 |
| - Ref. - Political Contributions | 0.00 | 144,500.00 | 144,500.00 | 144,500.00 | | | 4097 |
| - Refunds Other | 0.00 | 50.84 | 50.84 | 50.84 | | | 4099 |
| Recoveries - Litigation Related | 0.00 | 0.00 | 0.00 | 0.00 | | | 4101 |
| - Customer Avoidances | 0.00 | 117,298,582.68 | 117,298,582.68 | 117,298,582.68 | | | 4020 |
| - Pre-Litigation Settlements | 0.00 | 1,904,618,597.98 | 1,904,618,597.98 | 1,904,618,597.98 | | | 4021 |
| - Litigation Settlements | 13,983,190.01 | 6,313,216,924.01 | 6,327,200,114.02 | 6,327,200,114.02 | | | 4022 |
| - Donation Settlements | 0.00 | 500,000.00 | 500,000.00 | 500,000.00 | | | 4023 |
| - Vendor Preferences | 0.00 | 809,850.39 | 809,850.39 | 809,850.39 | | | 4024 |
| - Employees | 0.00 | 10,674.74 | 10,674.74 | 10,674.74 | | | 4102 |
| - Taxing Authorities | 0.00 | 12,777.56 | 12,777.56 | 12,777.56 | | | 4103 |
| - Class Actions | 0.00 | 621,347.45 | 621,347.45 | 621,347.45 | | | 4104 |
| - NASDAQ | 0.00 | 308,948.49 | 308,948.49 | 308,948.49 | | | 4105 |
| - NYSE | 0.00 | 183,683.79 | 183,683.79 | 183,683.79 | | | 4106 |
| - Transaction Fees | 0.00 | 96,816.23 | 96,816.23 | 96,816.23 | | | 4107 |
| - Other | 0.00 | 296,298.73 | 296,298.73 | 296,298.73 | | | 4109 |
| Miscellaneous | 0.00 | 0.36 | 0.36 | 0.36 | | | 4110 |
| Earnings on Trustee's Investments | 56,776.18 | 19,580,341.25 | 19,637,117.43 | 19,637,117.43 | | | 4120 |
| Interest on Trustee's Savings Accounts | 18,256.86 | 949,993.79 | 968,250.65 | 968,250.65 | | | 4140 |
| **Sub-total General Cash Receipts** | **$14,058,223.05** | **$9,319,848,834.34** | **$9,333,907,057.39** | **$9,333,907,057.39** | | | |
| **Advances from SIPC** | | | | | | | |
| Administration - Advances | 22,681,935.56 | 718,687,281.72 | 741,369,217.28 | | | 741,369,217.28 | 2901 |
| Securities - Paid Bank Loans | 0.00 | 0.00 | 0.00 | | | 0.00 | 2921 |
| - Cash in Lieu *See Note (5) on Page 3 | 1,889,342.95 | 800,535,302.16 | 802,424,645.11 | | | 802,424,645.11 | 2922 |
| **Sub-total SIPC Advances** | **$24,571,278.51** | **$1,519,222,583.88** | **$1,543,793,862.39** | | | **$1,543,793,862.39** | |
| Funds Transferred from Investment Accounts *See Notes (1) through (3) on Page 3 | 600,217,840.51 | 5,159,548,651.02 | 5,759,766,491.53 | | | | 1901 |
| **Total Cash Receipts** | **$638,847,342.07** | **$15,998,620,069.24** | **$16,637,467,411.31** | **$9,333,907,057.39** | **$0.00** | **$1,543,793,862.39** | |

**Period Ended March 31, 2013**                                      Report No. 52
*CASH DISBURSEMENTS:*

| *Administrative Disbursements*<br>General Administrative Disbursements | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid | Code |
|---|---|---|---|---|
| Computer - Rental | 0.00 | 11,121.59 | 11,121.59 | 5011 |
| - Software Support | 0.00 | 55,159.20 | 55,159.20 | 5012 |
| - Equipment Leases | 0.00 | 204,159.01 | 204,159.01 | 5013 |
| Employee Related - Salaries-Net | 0.00 | 4,361,844.80 | 4,361,844.80 | 5020 |
| - FICA-Employer | 0.00 | 318,550.60 | 318,550.60 | 5021 |
| - Fed. & St. Unemploy. | 0.00 | 4,296.08 | 4,296.08 | 5023 |
| - Temporary Help | 0.00 | 29,612.50 | 29,612.50 | 5024 |
| - Employee Medical Plan | 0.00 | 830,103.99 | 830,103.99 | 5025 |
| - Employee LTD | 0.00 | 6,887.03 | 6,887.03 | 5026 |
| - Employee Expense Reimbursement | 0.00 | 1,125.87 | 1,125.87 | 5027 |
| - Employee Life/AD&D | 0.00 | 9,006.83 | 9,006.83 | 5028 |
| - Other | 0.00 | 1,622.90 | 1,622.90 | 5029 |
| Insurance - Trustee Bond | 0.00 | 2,400.00 | 2,400.00 | 5030 |
| Insurance - Surety & Fidelity Bonds | 0.00 | 37,400.00 | 37,400.00 | 5031 |
| Insurance Workers Comp | 0.00 | 12,578.00 | 12,578.00 | 5032 |
| - Other | 0.00 | 19,738.00 | 19,738.00 | 5039 |
| Fees - Payroll Processing | 0.00 | 8,195.96 | 8,195.96 | 5045 |
| Fees - Escrow | 0.00 | 1,218,198.85 | 1,218,198.85 | 5046 |
| - Other | 0.00 | 12,301.53 | 12,301.53 | 5047 |
| Expenses for Asset Sales | 0.00 | 19,205.73 | 19,205.73 | 5048 |
| Rent - Office | 0.00 | 3,987,347.17 | 3,987,347.17 | 5050 |
| - *Adjustment for Administrative Subtenant Rent Revenue* | 0.00 | (531,078.49) | (531,078.49) | 5050a |
| - Equipment | 0.00 | 1,695.89 | 1,695.89 | 5051 |
| - Warehouse | 11,978.17 | 593,419.42 | 605,397.59 | 5052 |
| - Bulova | 0.00 | 310,130.75 | 310,130.75 | 5053 |
| - Other | 936.00 | 51,953.27 | 52,889.27 | 5059 |
| Costs - Vacating 885 Third Avenue | 0.00 | 20,179.46 | 20,179.46 | 5111 |
| Telephone and Telegraph | 0.00 | 360,456.68 | 360,456.68 | 5060 |
| Communication Fees | 0.00 | 644,177.76 | 644,177.76 | 5061 |
| Utilities - Electricity | 756.58 | 16,434.57 | 17,191.15 | 5070 |
| Office Supplies & Expense - Maint. & Repairs | 0.00 | 79,338.86 | 79,338.86 | 5080 |
| - Moving & Storage | 2,603.33 | 237,454.21 | 240,057.54 | 5081 |
| - Postage/Handling/Preparation | 0.00 | 40,961.12 | 40,961.12 | 5082 |
| - Reproduction | 0.00 | 183,889.65 | 183,889.65 | 5083 |
| - Locksmith | 0.00 | 5,811.39 | 5,811.39 | 5084 |
| - Security | 0.00 | 249,897.70 | 249,897.70 | 5085 |
| - Supplies | 0.00 | 3,342.03 | 3,342.03 | 5086 |
| - Temporary Help | 0.00 | 4,588,642.69 | 4,588,642.69 | 5087 |
| - Process Server - Complaint | 118,450.00 | 123,001.52 | 241,451.52 | 5088 |
| - Other | 0.00 | 33,798.47 | 33,798.47 | 5089 |
| Taxes | 0.00 | 555.51 | 555.51 | 5090 |
| NYC Commercial Rent Tax | 0.00 | 154,269.47 | 154,269.47 | 5091 |
| Claims Related Costs - Mailing Costs | 0.00 | 23,053.28 | 23,053.28 | 5101 |
| - Publication | 0.00 | 163,961.13 | 163,961.13 | 5102 |
| - Supplies | 0.00 | 16,244.58 | 16,244.58 | 5103 |
| - Printing | 0.00 | 2,207.42 | 2,207.42 | 5104 |
| Court Related Noticing - Postage/Handling/Preparation ^See Note Below | 0.00 | 0.00 | 0.00 | 5106 |
| - Reproduction | 0.00 | 0.00 | 0.00 | 5107 |
| - Supplies | 0.00 | 0.00 | 0.00 | 5108 |
| Scanning - Investigation | 3,409.63 | 5,155,215.68 | 5,158,625.31 | 5110 |
| Foreign Research | 0.00 | 38,975.00 | 38,975.00 | 5112 |
| Miscellaneous | 0.00 | 0.05 | 0.05 | 5115 |
| Hosting Expense | 36,213.46 | 13,806,591.37 | 13,842,804.83 | 5244 |
| Sub-total General Admin. Disbursements | $174,347.17 | $37,525,436.08 | $37,699,783.25 | |
| **Professional Fees and Expenses** | | | | |
| Trustee Fees | 0.00 | 4,377,662.10 | 4,377,662.10 | 5200 |
| Trustee Expenses | 0.00 | 2,549.25 | 2,549.25 | 5201 |
| Trustee Counsel Fees (Baker) | 13,861,891.52 | 396,024,044.94 | 409,885,936.46 | 5210 |
| Trustee Counsel Expenses (Baker) | 548,999.10 | 9,211,362.14 | 9,760,361.24 | 5211 |
| Trustee Counsel Fees (Windels) | 0.00 | 18,685,051.51 | 18,685,051.51 | 5212 |
| Trustee Counsel Expenses (Windels) | 0.00 | 289,571.79 | 289,571.79 | 5213 |
| Special Counsel Fees | 272,852.15 | 18,847,665.31 | 19,120,517.46 | 5220 |
| Special Counsel Expenses | (3,796.14) | 3,192,156.23 | 3,188,360.09 | 5221 |
| Consultant Fees | 1,634,187.88 | 254,944,082.91 | 256,578,270.79 | 5240 |
| Consultant Expenses ^See Note Below | 62,750.86 | 11,419,461.20 | 11,482,212.06 | 5241 |
| Investment Banker Fees | 0.00 | 1,050,000.00 | 1,050,000.00 | 5242 |
| Sales Tax | 905.78 | 1,131,987.09 | 1,132,892.87 | 5243 |
| Mediator Fees | 0.00 | 876,829.30 | 876,829.30 | 5245 |
| Mediator Expenses | 0.00 | 6,335.34 | 6,335.34 | 5246 |
| Receiver Counsel Fees | 0.00 | 300,000.00 | 300,000.00 | 5260 |
| Receiver Counsel Expenses | 0.00 | 6,449.08 | 6,449.08 | 5261 |
| Receiver's Consultants Fees | 0.00 | 316,000.00 | 316,000.00 | 5262 |
| Receiver's Consultants Expenses | 0.00 | 15,000.00 | 15,000.00 | 5263 |
| Sub-total Professional Fees and Expenses | $16,377,791.15 | $720,696,208.19 | $737,073,999.34 | |
| **Total Administrative Disbursements** | $16,552,138.32 | $758,221,644.27 | $774,773,782.59 | |

^See Supporting Schedule on Page 6

**Period Ended March 31, 2013**

Report No. 52

| CASH DISBURSEMENTS: Claim Related Disbursements | Net Change for Period | Prior Period Cumulative | Total Paid | Cumulative Totals Customer Fund | General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| Customer - Paid Bank Loan | $ | $ | $ | $ | $ | $ | 6021 |
| - Securities - Cash in Lieu *See Note (5) | 517,047,532.76 | 4,919,748,279.32 | 5,436,795,812.08 | 4,633,871,166.97 | | 802,924,645.11 | 6022 |
| - Securities - Purchases | | | | | | | 6023 |
| - Indemnification | | | | | | | 6031 |
| - Cash Balance | | | | | | | 6041 |
| Customer - | | | | | | | 6050 |
| Customer - | | | | | | | 6060 |
| Customer - Trustee Journal Entry | | | | | | | |
| per Allocation | | | | | | | 6000 |
| Other - Contractual Commitments | | | | | | | 6111 |
| - Pd. Bank Loan | | | | | | | 6121 |
| - Indemnification | | | | | | | 6131 |
| Other - | | | | | | | 6140 |
| Other - | | | | | | | 6150 |
| Other - | | | | | | | 6160 |
| Other - Trustee Journal Entry | | | | | | | |
| per Allocation | | | | | | | 6100 |
| General Creditor | | | | | | | 6200 |
| **Sub-total Claim Disbursements** | **$517,047,532.76** | **$4,919,748,279.32** | **$5,436,795,812.08** | **$4,633,871,166.97** | **$0.00** | **$802,924,645.11** | |
| | | | | | | | |
| **Other Disbursements (except Investments)** | | | | | | | |
| SIPC - Refunds - Recoupment | | | | | | | 6301 |
| - Indemnification | | | | | | | 6310 |
| - Contr. Commitments | | | | | | | 6311 |
| - Paid Bank Loan | | | | | | | 6321 |
| - Subrogation | 102,805,012.23 | 0.00 | 102,805,012.23 | 102,805,012.23 | | | 6322 |
| Other - | | | | | | | 6400 |
| Other - | | | | | | | 6401 |
| Other - | | | | | | | 6402 |
| Other - | | | | | | | 6403 |
| Other - | | | | | | | 6404 |
| **Sub-total Other Disbursements** | **$102,805,012.23** | **$0.00** | **$102,805,012.23** | **$102,805,012.23** | **$0.00** | **$0.00** | |
| Investments by Trustee - Purchases *See Notes (1), (2) and (3) | $265,873.55 | $10,288,018,326.18 | $10,288,284,199.73 | | | | 1900 |
| Sub-total Administrative Disb. - page 2 | $16,552,138.32 | $758,221,644.27 | $774,773,782.59 | $0.00 | $0.00 | $774,773,782.59 | |
| **Total Disbursements** | **$636,670,556.86** | **$15,965,988,249.77** | **$16,602,658,806.63** | **$4,736,676,179.20** | **$0.00** | **$1,577,698,427.70** | |
| Total Receipts less Disbursements | $2,176,785.21 | $32,631,819.47 | $34,808,604.68 | $4,597,230,878.19 | $0.00 | ($33,504,565.31) | |
| Ending Cash Balance *See Note (4) | $34,808,604.68 | | | | | | |

Page 3

* Note (1) On January 30, 2009, Depository Trust & Clearing Corp. transferred to the Trustee's brokerage account 1,601 securities positions with a market value of $289,841,662. Subsequently, additional funds and securities totaling $17,631,646 were transferred into this account. On September 26, 2011 a total of $11,500,000 was transferred from this account into a distribution account established at Citibank. In November 2011, $2,145,952 in cash and $293,816,331 in securities were transferred into the Citibank preferred custody account. In December 2011 and January 2012, $11,025 in cash was transferred to the Citibank operating account prior to closing the account. The total net equity value of this account at March 31, 2013 is $0.

* Note (2) On August 27, 2009, a preferred custody account maintained by Citibank was established and $2,444,858,267 has been transferred into the account. As of March 31, 2013, a total of $1,689,558,765 has been transferred from this account into a distribution account at Citibank. In addition, on December 21, 2009, an insured money market account maintained by Citibank was established and $135,968,251 has been transferred into the account. Then on December 22, 2010 a third Citibank account was established for settlements reached and $1,545,874,147 has been transferred into the account. As of March 31, 2013, a total of $782,806,380 has been transferred from this account into a distribution account at Citibank. As of March 31 2013 the total net equity value of these three accounts was $1,624,673,025. (See page 5 for more details)

* Note (3) In July of 2012, an investment account was established at JP Morgan Chase and $5,003,585,100.00 of U.S. Treasury Bills and $65.29 of cash, which was previously held in an Escrow Account, has been transferred into the account. Subsequently, an additional amount of $666,218 was reinvested into this account and $2,100,069,196 was transferred into a distribution account maintained at Citibank. The market value of this account at March 31, 2013 was $2,906,052,310.

* Note (4) The ending cash balance includes a $31,294,802.63 balance in the Citibank Business Checking Account and $3,513,802.05 in the Citibank Distribution Account.

* Note (5) The difference between Customer Claim Payments of $802,924,645.11 and SIPC Advances of $800,424,645.11 is the result of timing differences between the date the claim was paid and the date the advance was requested.

Period Ended March 31, 2013                                      Report No. 52

## SUMMARY INFORMATION ON STATUS OF LIQUIDATION

|  | Customer Claimants | Broker/Dealer Claimants | General Estate Claimants |
|---|---|---|---|
| Claims received | 16,519 | 49 | 94 |
| Claims satisfied by distribution of cash and/or securities: |  |  |  |
| a. As part of the transfer in bulk |  |  |  |
| b. On an account by account basis-Fully Satisfied | 1,244 |  |  |
| c. On an account by account basis-Partially Satisfied | 1,240 |  |  |
|  | 2,484 | - | - |
| Claims Determined - no claims | 12 |  |  |
| Claims Deemed Determined - pending litigation | 171 |  |  |
| Claims Determined - withdrawn | 153 |  |  |
| Claims Determined but not yet satisfied | 17 |  |  |
| Claims under review | - | 49 | 94 |
| Claims Denied: |  |  |  |
| a. No Claims |  |  |  |
| c. Assets at Another Broker |  |  |  |
| c. Other Denials for which no objections were filed | 9,536 |  |  |
| d. Denials for which objections were filed: |  |  |  |
| - Hearing not yet set | 3,502 |  |  |
| - Set for Hearing | 644 |  |  |
| - Adjudicated |  |  |  |
|  | 14,035 | 49 | 94 |

Accounts with cash and/or securities which were transferred in bulk
                     Filing Date Value

Customer name securities distributed
Customer fund securities distributed

$

_____
(Trustee's Signature)                          4/15/2013
                                               (Date)

_____
(Accountant 's Signature)                      4/12/2013
                                               (Date)

Page 4

Period Ended March 31, 2013                                                                         Report No. 52

**IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS LLC**
**Investment Accounts**

| | Citibank Preferred Custody Account-Original Account | | | | | Citibank Preferred Custody Account-#2 | Citibusiness IMMA Account | |
|---|---|---|---|---|---|---|---|---|
| | Cash Assets/Mutual Funds | U.S. Treasury Bills | US Treasury Notes | Accrued Interest | Account Balance | Cash Assets/Mutual Funds | Account Balance | Total Citibank |
| Balance February 28, 2013 | 2,885,126 | 1,219,388,438 | 103,111,771 | 22,858 | 1,325,408,193 | 763,067,767 | 135,945,157 | 2,224,421,117 |
| Maturity of U.S. Treasury Bills | 825,271,093 | (825,271,093) | | | - | | | - |
| Purchase of Securities | (225,276,847) | 225,276,847 | | | - | | | - |
| Unrealized Gain or (Loss) | | 89,930 | 23,725 | | 113,655 | | | 113,655 |
| Interest and Dividends Earned | | | | | - | | | |
| Interest | 33,907 | | | 10,981 | 44,888 | 97,222 | 23,094 | 165,204 |
| Dividends | 1,250 | | | (1,201) | 49 | | | 49 |
| Transferred in from Operating Account | (600,027,000) | | | | (600,027,000) | | | (600,027,000) |
| Balance March 31, 2013 | 2,887,529 | 619,484,122 | 103,135,496 | 32,638 | 725,539,785 | 763,164,989 | 135,968,251 | 1,624,673,025 |

| | JP Morgan Chase | | | |
|---|---|---|---|---|
| | Cash | U.S. Treasury Bills | | Account Balance |
| Balance February 28, 2013 | 64 | 2,905,521,449 | | 2,905,521,513 |
| Sale of U.S. Treasury Bills | | | | - |
| Purchase of U.S. Treasury Bills | | | | - |
| Unrealized Gain or (Loss) | | 530,797 | | 530,797 |
| Interest and Dividends Earned | | | | |
| Interest | | | | - |
| Dividends | | | | - |
| Balance March 31, 2013 | 64 | 2,906,052,246 | | 2,906,052,310 |

Report No. 52

**IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS LLC**
**Consultant Expenses for Court Related Noticing**

| | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid |
|---|---|---|---|
| Postage / Handling / Preparation | 0.00 | 453,747.11 | 453,747.11 |
| Printing | 0.00 | 44,945.40 | 44,945.40 |
| Reproduction Costs | 0.00 | 641,576.10 | 641,576.10 |
| Supplies | 0.00 | 82,614.36 | 82,614.36 |
| Total  *See Note Below | $0.00 | $1,222,882.97 | $1,222,882.97 |

Page 6

*Note: All of the expenses above were incurred by consultants in connection with court related noticing procedures, and
are included in the Consultant Expenses line (Account #5241) on Page 2 of the SIPC Form 17.