UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )    ss:
COUNTY OF DALLAS          )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 2, 2013, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000458)

4. On May 2, 2013, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000459)
    B. Notice of Transfer of Allowed Claim (Transfer Number T000460)

Executed on ___May 3___, 2013

_____
John S. Franks

Sworn to and subscribed before me this _3rd_ day of __MAY__, 2013



_____
(SEAL)

Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 000458**
5/2/2013

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | VonWin Capital Management | Attention: Roger von Spiegel | 261 5th Avenue | 22nd Floor | New York | NY | 10016 | |

# Exhibit B

SERVICE LIST A
TRANSFER NUMBERS: T000459 - T000460
5/2/2013

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X (Transfer Number T000459) | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| X (Transfer Number T000459) | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| X (Transfer Number T000460) | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X (Transfer Numbers T000459 and T000460) | | BMIS Funding IDC, LLC | c/o Farallon Capital Management, LLC | One Maritime Plaza, Suite 2100 | Attention: Michael G. Linn | San Francisco | CA | 94111 | |