UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION
CORPORATION,
        Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
        Defendant.

SIPA LIQUIDATION

No. 08-01789 (BRL)

(Substantively Consolidated)

---

In re:

BERNARD L. MADOFF,
        Debtor.

---

## NOTICE OF APPEAL JURY DEMAND

NOW, come the Surabians, Martin M. Surabian, Richard Surabian and Steven Surabian's Notice of Appeal of Bench Ruling Denying Motion For Late Appeal Of Distribution Order and Refraining From Ruling On The Motion For Late Appeal Of Expungement Order and Memorandum Decision And Order Denying Surabians' (I) Vacate Motion, (II) Late Opposition Motion, (III) Madoff Subpoena Motion, And (IV) Records Subpoena Motion, dated April 25, 2013, Burton R. Lifland, United States Bankruptcy Judge, Jury Demand.

_____  _____  _____
Steven Surabian Pro se  Richard Surabian Pro se  Martin M. Surabian Pro se
1230 Rt. 28             P.O. Box 397             P.O. Box 397
S. Yarmouth, MA 02664   W. Hyannisport, MA 02672 W. Hyannisport, MA 02672
(508) 688-4613          (508) 579-9834           (Deceased)

Date: May 6, 2013



RECEIVED MAY -9 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## CERTIFICATE OF SERVICE

I certify that this 7th day of May 2013 a true copy of this Notice of Appeal Jury Demand was served by 1st class US mail postage prepaid on David J. Sheehan, Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

/Steven Surabian