UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN SURABIAN, RICHARD
SURABIAN AND MARTIN M. SURABIAN

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

IRVING H. PICARD, TRUSTEE
FOR BLMIS BERNARD L. MADOFF
INVESTMENT SECURITIES, LLC.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

___ Civ. _____ ( ) ( )

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*
**ON APPEAL**

I, STEVEN SURABIAN _____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* on appeal and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

The issues I desire to present on appeal are the following: I AM A CUSTOMER OF BLMIS AND I DID NOT RECEIVE EXPANGEMENT MOTION TILL NINE MONTHS AFTER ORDER. I NEED THE TESTEMONY OF MADOFF AND HIS RECORDS TO SHOW I SUPPLIED AS MUCH INFORMATION AS OTHERS THAT THE TRUSTEE ALLOWED & PAID. TRUSTEE DID NOT SHOW I EVEN RECEIVED HIS MOTION TIMELY.

1.  If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    PAST FIVE YEARS I HAVE BEEN PRO-SE IN
    MULTIPLE CIVIL COURT CASES.

2.  If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    I STILL WORK LESS THAN ONE DAY A MONTH AND
    EARN LESS THAN THREE HUNDRED DOLLARS A MONTH

RECEIVED
MAY - 9 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

*Rev. 07/2007*

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

_____

a) Are you receiving any public benefits?     ☑ No.     ☐ Yes, $_____.

b) Do you receive any income from any other source?     ☑ No.     ☐ Yes, $_____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☐ No.     ☑ Yes, $ 1,000⁻

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☐ No.     ☑ Yes,   $ *NO VALUE YET BLMIS ACCOUNT.*
$3,000⁻ MOTORCYCLE

6. Do you pay for rent or for a mortgage? If so, how much each month?

☑ No.     ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

_____

_____

8. State any special financial circumstances which the Court should consider.

*I live with my Brother and Father till he died in February my Father up till his Death had Retierment Benifits about Seven Thousand per month we lived on, The Business has not been profitable in over Five years.*

Rev. 07/2007

I understand that a false statement or answer to any question in this declaration shall subject me to the penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___7___ day of ___MAY___ , ___2013___ .
             *date*              *month*             *year*

                                                    _____
                                                              *Signature*


**Let the applicant proceed on appeal without prepayment of cost or fees or the necessity of giving security therefor.**


                                    _____
                                         United States District Judge

DATED: _____  ____, 20__

        _____, New York


*Rev. 07/2007*