UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS           )
                         )   ss:
COUNTY OF DALLAS         )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 20, 2013, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000463)

4. On May 20, 2013, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    B. Notice of Transfer of Allowed Claim (Transfer Number T000464)

Executed on __May 21__, 2013

_____
John S. Franks

Sworn to and subscribed before me this __21__ day of __May__, 2013

KASANDRA B. COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2014

_____
March 27, 2014

(SEAL)                                    Notary Public

2

# Exhibit A

SERVICE LIST A
TRANSFER NUMBER 000463
5/20/2013

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | X | | The Summit Fund of Washington | c/o Stephen M. LaRose | Nixon Peabody LLP | 100 Summer Street | Boston | MA | 02110-2131 | |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBER 000464**
5/20/2013

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| **X** | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | **X** | | The Zarrella Family Foundation, Inc. | c/o Stephen M. LaRose | Nixon Peabody LLP | 100 Summer Street | Boston | MA | 02110-2131 | |