BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MAY 29, 2013 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**1. SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

A. Eleventh Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary

  Expenses Incurred from July 1, 2012 through November 30, 2012 for Baker & Hostetler, LLP, Trustee's Attorney, period: 7/1/2012 to 11/30/2012, fee: $49,126,984.20, expenses: $1,158,883.26, filed by Baker & Hostetler LLP (Filed: 4/29/2013) [Docket No. 5333]

B. Tenth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2012 through November 30, 2012 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 7/1/2012 to 11/30/2012, fee: $1,723,997.00, expenses: $25,804.05, filed by Windels Marx Lane & Mittendorf, LLP (Filed: 4/29/2013) [Docket No. 5334]

C. Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2012 through November 30, 2012 for Browne Jacobson, LLP, Special Counsel, period: 7/1/2012 to 11/30/2012, fee: $105,139.36, expenses: $26,141.07, filed by Browne Jacobson, LLP (Filed: 4/29/2013) [Docket No. 5335]

D. Application of Graf & Pitkowitz Rechtsanwalte GmbH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2012 through November 30, 2012 for Graf & Pitkowitz Rechtsanwalte GmbH, Special Counsel, period: 7/1/2012 to 11/30/2012, fee: $568,557.29, expenses: $17,031.80, filed by Graf & Pitkowitz Rechtsanwalte GmbH (Filed: 4/29/2013) [Docket No. 5336]

E. Application of Greenfield Stein & Senior, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2012 through November 30, 2012 for Greenfield Stein & Senior, LLP, Special Counsel, period: 7/1/2012 to 11/30/2012, fee: $369.00, expenses: $0, filed by Greenfield Stein & Senior, LLP (Filed: 4/29/2013) [Docket No. 5337]

F. Application of Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2012 through November 30, 2012 for Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.), Special Counsel, period: 7/1/2012 to 11/30/2012, fee: $56,936.25, expenses: $1,578.21, filed by Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) (Filed: 4/29/2013) [Docket No. 5338]

G. Application of La Tanzi, Spaulding & Landreth, P.C. as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 7, 2012 through November 30, 2012 for La Tanzi, Spaulding & Landreth, P.C., Special Counsel, period: 6/7/2012 to 11/30/2012, fee: $7,128.00, expenses: $349.40, filed by La Tanzi, Spaulding & Landreth, P.C. (Filed: 4/29/2013) [Docket No. 5339]

300282157

H.   Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2012 through November 30, 2012 for SCA Creque, Special Counsel, period: 7/1/2012 to 11/30/2012, fee: $6,977.56, expenses: $150.00, filed by SCA Creque (Filed: 4/29/2013) [Docket No. 5340]

I.   Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2012 through November 30, 2012 for Schiltz & Schiltz, Special Counsel, period: 7/1/2012 to 11/30/2012, fee: $34,700.82, expenses: $2,255.55, filed by Schiltz & Schiltz (Filed: 4/29/2013) [Docket No. 5341]

J.   Application of Soroker - Agmon as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2012 through November 30, 2012 for Sorokor - Agmon, Special Counsel, period: 7/1/2012 to 11/30/2012, fee: $449,693.55, expenses: $5,530.58, filed by Sorokor - Agmon (Filed: 4/29/2013) [Docket No. 5342]

K.   Application of Taylor Wessing as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2012 through November 30, 2012 for Taylor Wessing, Special Counsel, period: 7/1/2012 to 11/30/2012, fee: $3,573,113.31, expenses: $2,056,150.34, filed by Taylor Wessing (Filed: 4/29/2013) [Docket No. 5343]

L.   Application of Triay Stagnetto Neish as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from September 11, 2012 through November 30, 2012 for Triay Stagnetto Neish, Special Counsel, period: 9/11/2012 to 11/30/2012, fee: $60,964.10, expenses: $383.80, filed by Triay Stagnetto Neish (Filed: 4/29/2013) [Docket No. 5344]

M.   Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2012 through November 30, 2012 for UGGC & Associes, Special Counsel, period: 7/1/2012 to 11/30/2012, fee: $91,231.12, expenses: $647.19, filed by UGGC & Associes (Filed: 4/29/2013) [Docket No. 5345]

N.   Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2012 through November 30, 2012 for Werder Vigano, Special Counsel, period: 7/1/2012 to 11/30/2012, fee: $14,848.36, expenses: $0, filed by Werder Vigano (Filed: 4/29/2013) [Docket No. 5346]

O.   Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of

   Actual and Necessary Expenses Incurred from July 1, 2012 through November 30, 2012 for Williams, Barristers & Attorneys, Special Counsel, period: 7/1/2012 to 11/30/2012, fee: $252,813.56, expenses: $0, filed by Williams, Barristers & Attorneys (Filed: 4/29/2013) [Docket No. 5347]

P. Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2012 through November 30, 2012 for Young Conaway Stargatt & Taylor, LLP, Special Counsel, period: 7/1/2012 to 11/30/2012, fee: $42,709.50, expenses: $7,374.19, filed by Young Conaway Stargatt & Taylor, LLP (Filed: 4/29/2013) [Docket No. 5348]

Related Documents:

  1. Notice of Hearing on Eleventh Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from July 1, 2012 through November 30, 2012 (related document 5333, 5334, 5335, 5336, 5337, 5338, 5339, 5340, 5341, 5342, 5343, 5344, 5345, 5346, 5347, 5348) filed by David J. Sheehan (Filed: 4/29/2013) [Docket No. 5349]

  2. Affidavit of Service of Notice of Hearing on Eleventh Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from July 1, 2012 through November 30, 2012 filed by David J. Sheehan  (Filed: 4/30/2013) [Docket No. 5350]

Responses Filed:

  3. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of the Tenth Application of Windels Marx Lane & Mittendorf, LLP for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 5/23/2013) [Docket No. 5367]

  4. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of First Application of La Tanzi Spaulding & Landreth for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 5/23/2013) [Docket No. 5368]

  5. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Fourth Application of Greenfield Stein & Senior LLP for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 5/23/2013) [Docket No. 5369]

- 4 -

6. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Sixth Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 5/23/2013) [Docket No. 5370]

7. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses (related documents 5335, 5336, 5338, 5340, 5341, 5342, 5343, 5344, 5345, 5346, 5347) filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 5/23/2013) [Docket No. 5371]

8. Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Eleventh Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 5/23/2013) [Docket No. 5373]

Objections Due:        May 22, 2013

Objections Filed:      NONE

Status: This matter is going forward.

## 2. Picard v. RD Trust, et al.; Adv. Pro. No. 12-01701

A. Notice Of Motion And Motion For Entry Of Order Pursuant To Rule 15 Of The Federal Rules Of Civil Procedure As Incorporated By Rule 7015 Of The Federal Rules Of Bankruptcy Procedure Granting Motion For Leave To File A First Amended Complaint Adding PF Trustees Limited In Its Capacity As Trustee Of RD Trust As A Defendant filed by David J. Sheehan (Filed: 5/10/2013) [Docket No. 8]

Related Documents:

1. Memorandum In Support Of Motion For Leave To File A First Amended Complaint Adding PF Trustees Limited In Its Capacity As Trustee Of RD Trust As A Defendant filed by David J. Sheehan (Filed: 5/10/2013) [Docket No. 9]

2. Affidavit of Service (related document 8, 9) filed by Marc E. Hirschfield (Filed: 5/17/2013) [Docket No. 10]

3. Affidavit of Service (related document 8, 9) filed by Marc E. Hirschfield (Filed: 5/28/2013) [Docket No. 11]

Objections Due:        May 22, 2013

- 5 -

       Objections Filed:       NONE

Status: This matter is going forward.

| | |
|---|---|
| Dated: New York, New York<br>May 28, 2013 | Respectfully submitted,<br><br>*/s/ David J. Sheehan*<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Seanna R. Brown<br>Email: sbrown@bakerlaw.com<br>Heather R. Wlodek<br>Email: hwlodek@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |