UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor.<br><br>SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |

**STIPULATION AND ORDER**

**WHEREAS**, Irving H. Picard, Trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff ("Madoff"), denied the Stipulating Claimants'[1] customer claims on December 8, 2009 as set forth in Appendix A ("Claims");

---

[1] The Stipulating Claimants include the following entities: Bricklayers and Allied Craftsmen Local 2 Annuity Fund; Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund; Bricklayers and Allied Craftworkers Local 2, Albany, New York, Pension Fund; Building Trade Employers Insurance Fund; Central New York Laborers' Annuity Fund; Central New York Laborers' Health and Welfare Fund; Central New York Laborers' Pension Fund; Central New York Laborers' Training Fund; Engineers Joint Welfare Fund; Engineers Joint Training Fund; International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund; International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Fund; I.B.E.W. Local 139 Pension Fund; I.B.E.W. Local 241 Pension Fund; I.B.E.W. Local 241 Welfare Benefits Fund; I.B.E.W. Local 325 Annuity Fund; I.B.E.W. Local 325 Pension Fund; I.B.E.W. Local 910 Annuity Fund; I.B.E.W. Local 910 Pension Fund; I.B.E.W. Local 910 Welfare Fund; I.B.E.W. Local 1249 Pension Fund; Laborers' Local 103 Annuity Fund; Laborers' Local 103 Welfare Fund; Laborers' Local 103 Pension Fund; New York State Lineman's Safety Training Fund; Oswego Laborers' Local No. 214 Pension Fund; Plumbers, Pipefitters and Apprentices Local No. 112 Health Fund; Roofers' Local 195 Annuity Fund; Roofers' Local 195 Health & Accident Fund; Roofers' Local

**WHEREAS**, the Stipulating Claimants filed objections to the Trustee's denials on May 16, 2011 as set forth in Appendix A ("Objections");

**WHEREAS**, this Court granted the Trustee's Motion to Affirm Trustee's Determinations Denying Claims of Claimants Without BLMIS Accounts in Their Names, Namely, Investors in Feeder Funds (the "Trustee's Feeder Fund Motion"), by Memorandum Decision and Order dated June 28, 2011 (Dkt. No. 4193) ("Bankruptcy Court Feeder Fund Decision");

**WHEREAS**, the Opinion & Order issued by United States District Judge Denise L. Cote on January 4, 2012, in <u>Aozora Bank Ltd. v. Sec. Investor Prot. Corp (In re Bernard L. Madoff Inv. Sec., LLC)</u>, 11 Civ. 5683 et al., 2012 WL 28468 (S.D.N.Y.) ("District Court Feeder Fund Decision"), affirmed the Bankruptcy Court Feeder Fund Decision;

**WHEREAS**, the Opinion & Order issued by United States District Judge Denise L. Cote on July 25, 2012, in <u>Sec. Investor Prot. Corp. v. I.B.E.W. Local 241 Pension Fund, et al.</u>, 12 Civ. 1139 et al., 2012 U.S. Dist. LEXIS 104024 (S.D.N.Y.) ("District Court ERISA Decision"), affirmed the Trustee's determination that those Stipulating Claimants that were regulated by ERISA and invested in BLMIS through feeder funds were not customers of BLMIS under the Securities Investor Protection Act of 1970, 15 U.S.C. § 78aaa et seq.;

**WHEREAS**, the Stipulating Claimants withdrew their appeal of the District Court Feeder Fund Decision in the United States Court of Appeals for the Second Circuit (Case No. 12-410) by stipulated agreement on January 11, 2013; and

---

195 Pension Fund; Syracuse Builders Exchange, Inc./CEA Pension Plan; SEIU 1199Upstate Pension Fund; Service Employees Benefit Fund; Service Employees Pension Fund of Upstate New York; Local 73 Retirement Fund; Local 73 Annuity Fund; and Upstate Union Health & Welfare Fund. Upstate Union Health & Welfare Fund; Bricklayers & Allied Craftworkers, Local No. 2, AFL-CIO; Construction Employers Association of CNY, Inc.; Construction And General Laborers' Local No. 633, AFL-CIO; S.E.I.U. Local 200 United, AFL-CIO; Syrabex, Inc.; Syracuse Builders Exchange, Inc.; and U.A. Local 73, Plumbers & Fitters, AFL-CIO.

2

**WHEREAS,** the Stipulating Claimants and the Trustee have determined to enter into the present stipulation based on the prior proceedings in the above-captioned case and related appeals.

**NOW, THEREFORE,** it is stipulated and agreed by and between the Stipulating Claimants and the Trustee, and upon review by the Court it is **ORDERED**, as follows:

1. The Stipulating Claimants hereby withdraw their Claims (as defined above) and agree that the Claims are disallowed and expunged in their entirety, except that Stipulating Claimants do not withdraw any other claims not specifically referenced in Appendix A.

2. The Stipulating Claimants hereby withdraw their Objections (as defined above) with prejudice, except that Stipulating Claimants do not withdraw any other objections not specifically referenced in Appendix A.

Dated: New York, New York
       May 20, 2013

**BAKER & HOSTETLER LLP**

s/ *David J. Sheehan*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Bik Cheema
Email: bcheema@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**BLITMAN & KING LLP**

s/ *Jennifer A. Clark*
Jennifer A. Clark (JC5102)
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5412
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
Email: jaclark@bklawyers.com

*Attorneys for Bricklayers and Allied Craftsmen Local 2 Annuity Fund; Bricklayers and Allied Craftworkers Local 2, Albany, New York, Health Benefit Fund; Bricklayers and Allied Craftworkers Local 2, Albany, New York, Pension Fund; Building Trade Employers Insurance Fund; Central New York Laborers' Annuity Fund; Central New York Laborers' Health and Welfare Fund; Central New York Laborers' Pension Fund; Central New York*

3

*Laborers' Training Fund; Engineers Joint Welfare Fund; Engineers Joint Training Fund; International Brotherhood of Electrical Workers Local Union No. 43 and Electrical Contractors Pension Fund; International Brotherhood of Electrical Workers Local No. 43 and Electrical Contractors Welfare Fund; I.B.E.W. Local 139 Pension Fund; I.B.E.W. Local 241 Pension Fund; I.B.E.W. Local 241 Welfare Benefits Fund; I.B.E.W. Local 325 Annuity Fund; I.B.E.W. Local 325 Pension Fund; I.B.E.W. Local 910 Annuity Fund; I.B.E.W. Local 910 Pension Fund; I.B.E.W. Local 910 Welfare Fund; I.B.E.W. Local 1249 Pension Fund; Laborers' Local 103 Annuity Fund; Laborers' Local 103 Welfare Fund; Laborers' Local 103 Pension Fund; New York State Lineman's Safety Training Fund; Oswego Laborers' Local No. 214 Pension Fund; Plumbers, Pipefitters and Apprentices Local No. 112 Health Fund; Roofers' Local 195 Annuity Fund; Roofers' Local 195 Health & Accident Fund; Roofers' Local 195 Pension Fund; Syracuse Builders Exchange, Inc./CEA Pension Plan; SEIU 1199Upstate Pension Fund; Service Employees Benefit Fund; Service Employees Pension Fund of Upstate New York; Local 73 Retirement Fund; Local 73 Annuity Fund; Upstate Union Health & Welfare Fund; Bricklayers & Allied Craftworkers, Local No. 2, AFL-CIO; Construction Employers Association of CNY, Inc.; Construction And General Laborers' Local No. 633, AFL-CIO; S.E.I.U. Local 200 United, AFL-CIO; Syrabex, Inc.; Syracuse Builders Exchange, Inc.; and U.A. Local 73, Plumbers & Fitters, AFL-CIO*

Dated: New York, New York
      May 28, 2013

    SO ORDERED:

    /s/Burton R. Lifland
    Honorable Burton R. Lifland
    United States Bankruptcy Judge

4

## Appendix A

| Claimants | Claim No. | Objection Docket No. |
|---|---|---|
| Bricklayers and Allied Craftsmen Local 2 Annuity Fund | 006062 | 1923 4070 |
| Bricklayers and Allied Craftworkers Local 2, Albany, New York Health Benefit Fund | 006061 006003 | 1923 4070 |
| Building Trade Employers Insurance Fund | 005165 | 1923 4070 |
| Central New York Laborers' Annuity Fund | 005075 | 1923 4070 |
| Central New York Laborers' Health and Welfare Fund | 005163 005160 | 1923 4070 |
| Central New York Laborers' Pension Fund | 005070 | 1923 4070 |
| Central New York Laborers' Training Fund | 005076 | 1923 4070 |
| Engineers Joint Welfare Fund | 005572 | 1923 4070 |
| Engineers Joint Training Fund | 005573 | 1923 4070 |
| International Brotherhood of Electrical Workers Local Union, No. 43 and Electrical Contractors Pension Fund | 005837 | 1923 4070 |
| International Brotherhood of Electrical Workers Local Union, No. 43 and Electrical Contractors Welfare Fund | 005836 | 1923 4070 |
| I.B.E.W. Local 241 Welfare Benefits Fund | 005468 | 1923 4070 |
| I.B.E.W. Local 910 Welfare Fund | 005415 | 1923 4070 |
| Laborers' Local 103 Annuity Fund | 005966 | 1923 4070 |
| Laborers' Local 103 Welfare Fund | 005975 | 1923 4070 |
| New York State Lineman's Safety Training Fund | 005003 | 1923 4070 |
| Oswego Laborers' Local 214 Pension Fund | 006284 | 1923 |

5

|  |  |  |
|---|---|---|
|  |  | 4070 |
| Plumbers, Pipefitters and Apprentices Local No. 112, Health Fund | 005503 | 1923 4070 |
| Roofers' Local 195 Annuity Fund | 004333 | 1923 4070 |
| Roofers' Local 195 Health & Accident Fund | 004332 | 1923 4070 |
| Syracuse Builders Exchange, Inc./CEA Pension Plan | 005164 | 1923 4070 |
| Service Employees Benefit Fund | 005574 | 1923 4070 |
| Service Employees Pension Fund of Upstate New York | 006161 | 1923 4070 |
| Local 73 Retirement Fund | 005463 | 1923 4070 |
| Upstate Union Health & Welfare Fund | 005949 | 1923 |
| Bricklayers and Allied Craftsmen Local 2 Annuity Fund | 005984 | 4068 |
| Bricklayers and Allied Craftworkers Local 2 Pension Fund | 005983 | 4068 |
| Central New York Laborers' Annuity Fund | 004974 | 4068 |
| Central New York Laborers' Pension Fund | 005077 | 4068 |
| International Brotherhood of Electrical Workers Local Union, No. 43 and Electrical Contractors Pension Fund | 005835 | 4068 |
| I.B.E.W. Local 139 Pension Fund | 005422 | 4068 |
| I.B.E.W. Local 241 Pension Fund | 005467 | 4068 |
| I.B.E.W. Local 325 Annuity Fund | 006585 | 4068 |
| I.B.E.W. Local 325 Pension Fund | 006572 | 4068 |
| I.B.E.W. Local 910 Annuity Fund | 005414 | 4068 |
| I.B.E.W. Local 910 Pension Fund | 004801 | 4068 |
| I.B.E.W. Local 1249 Pension Fund | 006901 | 4068 |
| Laborers' Local 103 Annuity Fund | 005965 | 4068 |
| Laborers' Local 103 Pension Fund | 005964 | 4068 |

6

| | | |
|---|---|---|
| Local 73 Annuity Fund | 005895 | 4068 |
| Local 73 Retirement Fund | 005897 | 4068 |
| Oswego Laborers' Local 214 Pension Fund | 005411 | 4068 |
| Roofers' Local 195 Pension Fund | 004336 | 4068 |
| Roofers' Local 195 Annuity Fund | 004334 | 4068 |
| SEIU 1199Upstate Pension Fund | 005810 | 4068 |
| Service Employees of Upstate New York Pension Fund | 006160 | 4068 |
| Syracuse Builders Exchange, Inc./CEA Pension Plan | 005162 | 4068 |
| BRICKLAYERS & ALLIED CRAFTWORKERS, LOCAL NO. 2, AFL-CIO | 003822 | 1923 |
| CONSTRUCTION EMPLOYERS ASSOCIATION OF CNY, INC. | 003824 | 1923 |
| CONSTRUCTION AND GENERAL LABORERS' LOCAL NO. 633, AFL-CIO | 003943 | 1923 |
| S.E.I.U. LOCAL 200 UNITED, AFL-CIO | 003832 | 1923 |
| SYRABEX, INC. | 003833 | 1923 |
| SYRACUSE BUILDERS EXCHANGE, INC. | 003834 | 1923 |
| U.A. LOCAL 73, PLUMBERS & FITTERS, AFL-CIO | 003835 | 1923 |

7