To: Clerk of the Court
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408



RECEIVED
MAY 28 2013
U.S. BANKRUPTCY COURT, SDNY

Re: My new address

Ernst H. Kohlschreiber

PLEASE CONFIRM

KOHL545  334801480-1812     04/10/13
NOTIFY SENDER OF NEW ADDRESS
KOHLSCHREIBER E. H.
3546 S OCEAN BLVD APT 226
PALM BEACH FL 33480-6424