UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

| STATE OF TEXAS | ) | |
|---|---|---|
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 13, 2013, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000465)

4. On June 13, 2013, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000466)

Executed on _June 13_ , 2013

_____
John S. Franks

Sworn to and subscribed before me this _13th_ day of _June_ , 2013



_____

(SEAL)

Mary Suzette Betik
Notary Public

2

# Exhibit A

SERVICE LIST A
TRANSFER NUMBERS 0000465
6/13/2013

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Halcyon Loan Trading Fund LLC | c/o Halcyon Asset Management LP | 477 Madison Avenue, 8th Floor | Attention: Matt Seltzer | New York | NY | 10022 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS 000466**
6/13/2013

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | |
| | X | | Halcyon Loan Trading Fund LLC | c/o Halcyon Asset Management LP | 477 Madison Avenue, 8th Floor | Attention: Matt Seltzer | New York | NY | 10022 |