**EXHIBIT A**

# Property from BLMIS at Cirker Hayes

1   JOSEF ALBERS
    Homage to the Square - I-SCL
    Color silkscreen, 1969, signed, dated, titled
    and numbered 46/125
    13 x 13 inches

2   JOHN BALDESSARI
    Two Sets (One with Bench)
    Phtograveur with color aquatint and screenprint,
    1989-1990, signed and annotated *PP3/5*, aside from
    the edition of 45
    45 x 27 1/2 inches

3   JENNIFER BARTLETT
    Rhapsody: House, Trees, Beach, Birds
    Four sugarlift aquatints with drypoint over photo-
    etchings in color, 1985, from the edition of 100
    Each: 12 x 12 inchs

4   ROSA BONHEUR
    Taureau Beuglant
    Inscribed with signature and stamped with the
    foundry mark *Peyrol*
    Bronze, brown patina
    Height 6 inches; length 8 inches

5   CHRISTO
    Wrapped Building: Project for # 1 Times Square,
    Allied Chemical Tower, New York City
    Color lithograph with collage, 1991, signed and
    numbered 119/125
    40 x 25 inches

6   ROBERT COTTINGHAM
    Fleishman 1981
    Oil on canvas
    48 x 72 inches

7   RICHARD DIEBENKORN
    Two Way II
    Color aquatint, drypoint and ink transfer, 1982,
    signed and numbered AP 10 (aside from the edition
    of 40)
    23 1/2 x 14 3/4 inches

8   RAOUL DUFY
    Au Port
    Color lithograph, 1940, signed and numbered 158/200
    18 1/2 x 25 1/2 inches

# Property from BLMIS at Cirker Hayes

9   DAVID HOCKNEY
    Hotel Acatlan: First Day
    Color lithograph on two sheets, 1985, signed, dated
    and numbered 29/70
    Each sheet 28 x 36 1/2 inches

10  JASPER JOHNS
    1st Etchings
    The set of six etchings and six photo-engravings,
    1967, each print signed, dated and numbered 13/26
    Each sheet: 25 3/4 x 20 inches

11  JASPER JOHNS
    Ale Can
    Intaglio on tan paper, mounted on a larger sheet,
    numbered 23/26, signed, inscribed and dated on the
    mount, title page for 1st Etchings, 1967-68
    5 x 8 3/8 inches

12  JASPER JOHNS
    0 Through 9
    Color lithograph, 1978, signed, dated, and
    numbered 52/60
    5 3/4 x 4 3/4 inches

13  ELLSWORTH KELLY
    Color Paper Image XIV (Yellow Curve)
    Colored and pressed paper pulp, 1976, signed and
    numbered 4/24
    32 1/2 x 31 inches

14  ELLSWORTH KELLY
    Untitled
    Screenprint, 1973, from Works by Artists in the
    Collection for Stockholm, signed with initials and
    numbered 183/300
    12 x 9 inches

15  SOL LEWITT
    Wall Piece (Sixteen Modules High)
    Black painted wood, from an edition of 9
    76 1/2 x 5 1/4 x 5 1/4 inches

16  ROY LICHTENSTEIN
    Bull Profile Series: I - VI
    The complete set of six color linocuts with lithography
    and silkscreen, 1973, each signed, dated and
    numbered 31/100
    Each 27 x 34 3/4 inches

# Property from BLMIS at Cirker Hayes

17 ROY LICHTENSTEIN
   On
   Etching, 1962, signed, dated and numbered 38/60
   5 3/4 x 4 1/4 inches

18 RENE MAGRITTE
   Les Travaux d'Alexandre
   Etching, 1962, signed, dated and numbered XV/XXV
   4 3/8 x 5 1/2 inches

19 BRICE MARDEN
   Untitled
   Etching, 1973, from Adriatics series, signed, dated
   and annotated *AP4* (aside from the edition of 35)
   23 1/2 x 27 1/2 inches

20 HENRI MATISSE
   Tete de Femme   1952
   Signed with initials
   Crayon on paper
   11 1/2 x 9 inches

21 ROBERT MOTHERWELL
   London Series I: Red
   Color silkscreen, 1971, from London I series,
   signed and numbered 36/150
   40 1/4 x 28 inches

22 LOUISE NEVELSON
   Dawn's Presence
   Cast paper relief, 1976, signed, dated and
   numbered 49/75
   32 x 21 1/4 inches

23 CLAES OLDENBURG
   Soft Screw
   Cast elastometric urethane multiple, 1976,
   signed, titled, dated and numbered 15/24
   Overall height 47 inches, width 14 inches

24 PABLO PICASSO
   Le Taureau Noir
   Lithograph, 1947, signed and numbered 18/50
   19 1/4 x 25 5/8 inches

25 ROBERT RAUSCHENBERG
   Untitled (for Anthology Film Archives)
   Color screenprint, 1982, signed, dated and
   annotated *AP 11/13* (aside from edition of 75)
   28 1/2 x 21 1/2 inches

# Property from BLMIS at Cirker Hayes

26  ROBERT RAUSCHENBERG
    For Channel 13
    Color offset lithograph and screenprint, 1990,
    signed, dated and numbered 86/100
    45 1/2 x 60 inches

27  LARRY RIVERS
    On the Phone (Large)
    Color silkscreen, 1982, signed, dated and
    numbered 50/52
    32 x 48 inches

28  JAMES ROSENQUIST
    Woman in the Sun
    Color lithograph, 1991, signed, dated and
    numbered 30/60
    31 1/4 x 42 inches

29  JOEL SHAPIRO
    Untitled - Blue on Black
    Color silkscreen, 1996, signed, dated and
    numbered 81/108
    39 x 29 inches

30  FRANK STELLA
    Furg (Stage II)
    Color offset lithograph and silkscreen, 1975, signed,
    dated and numbered AP 23 (aside from the
    edition of 100)
    17 x 22 inches

31  DONALD SULTAN
    Apples and Oranges
    Color screenprint, 1987, signed, dated and
    numbered 65/100
    12 x 12 inches

32  CY TWOMBLY
    Natural History Part I: Mushrooms Plate X
    Mixed media lithograph in color with hand additions,
    1974, signed and numbered 87/98
    29 1/2 x 21 3/4 inches

33  CY TWOMBLY
    Untitled
    Color offset lithograph, 1971 signed and dated verso,
    from a total edition of 125
    27 x 34 inches

# Property from BLMIS at Cirker Hayes

34  ANDY WARHOL
    S & H Greenstamps
    Color offset lithograph, 1965, signed verso and
    numbered from the edition of approximately 300
    23 x 22 1/2 inches

35  ANDY WARHOL
    Chicken and Dumplings
    Color silkscreen, 1969, signed verso, from an
    edition of 250
    35 x 23 inches

36  ORIENTAL CARPET
    In 18th floor elevator lobby
    98 x 155 inches

37  ORIENTAL CARPET
    In 19th floor elevator lobby
    96 x 153 inches

38  AMERICAN SCHOOL, 20th Century
    Lipstick Cafe
    Gelatin silver print
    6 7/8 x 11 inches

39  HALLIE COHEN
    Untitled
    Color monoprint, 1982, signed and dated
    23 x 17 inches

40  FRENCH SCHOOL, 20th Century
    Study for a Poster
    Color lithograph
    8 3/4 x 11 5/8 inches

41  CHUCK FRENCH (?)
    Banking on New York
    Color silkscreen, signed and numbered 52/75
    22 x 10 inches

42  HANS HOFMANN
    Untitled
    Color silkscreen with hand-coloring, 1969, signed,
    dated and numbered 11/50
    12 3/4 x 12 inches

43  NANCY G. IDDINGS
    Beaver  1986
    Color photograph
    18 x 33 1/4 inches

# Property from BLMIS at Cirker Hayes

44  DAVID KAPP
   Untitled (Cityscape) 1983
   Oil stick on paper
   33 3/4 x 41 5/8 inches

45  ROGER KELLY
   Ship 1966
   Oil on two panels of canvas
   Each panel: 10 1/4 x 90 3/8 inches

46  TONY KING
   Aesop 5
   Color silkscreen, 1978, signed, dated and numbered 16/64
   21 3/4 x 20 3/4 inches

47  PEGGY MACH
   Point of View
   Inscribed with signature and dated 1970, from an edition of 12
   Bronze
   26 x 14 x 16 inches

48  JULIE MERIDIAN
   Wine Doll
   Signed and dated 1991
   Toned gelatin silver print
   5 1/2 x 7 3/4 inches

49  S. MILLER
   Seize Whatever is Seizable...
   Signed and titled
   Watercolor
   25 x 40 1/2 inches

50  MODERN SCHOOL
   Untitled
   Polished marble sculpture
   Height 30 inches

51  MODERN SCHOOL
   Figures
   Color silkscreen
   16 x 23 inches

52  JOHN OKULICK
   Deceiver
   Signed, titled and dated 2001 verso
   Mixed media construction
   17 x 17 1/2 x 3 inches

# Property from BLMIS at Cirker Hayes

53  ANTONIO PETICOV
    <u>Light Fall</u>
    Color silkscreen, 1974, signed, dated and
    numbered 117/150
    24 3/8 x 16 inches

54  *AFTER* PABLO PICASSO
    <u>The Bull</u>
    Lithograph montage
    23 1/2 x 35 3/4 inches

55  PETER REDEKER
    <u>Landschats Variatonen 78 III</u>
    Color etching with aquatint, 1978, signed, dated
    and numbered 45/100
    25 1/2 x 31 1/2 inches

56  EVELYN ELLER ROSENBAUM
    <u>Untitled</u>
    Signed and dated '77
    Collage and watercolor
    18 x 24 inches

57  BRUCE STILLMAN
    <u>Untitled</u>  1980
    Stamped with signature and date
    Brushed steel kinetic sculpture
    33 x 13 x 9 5/8 inches

58  MOLDED GRAY POTTERY TOMB CORNER BRICK
    Han Dynasty
    Height 45 inches

59  NARWHAL TUSK
    Height 79 inches

60  GROUP OF ITEMS INCLUDING:
    Model airplane, 2 balance toys, framed sports
    Don Larsen signed photograph

61  GROUP OF FOUR FRAMED FINE ARTS POSTERS
    POSTERS
    By Diebenkorn, Dine, Hockney and Johns
    Various large sizes, framed