Presentment Date June 11, 2018 at 12:00 p.m. (Prevailing Eastern Time)
Objection Deadline: June 11, 2018 at 11:00 a.m. (Prevailing Eastern Time)

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Patrick Marecki

*Co-counsel to Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                           :
In re:                                                     :   Chapter 11
                                                           :
SUNEDISON, INC., *et al.*,                                 :   Case No. 16-10992 (SMB)
                                                           :
          Reorganized Debtors.[1]                          :   (Jointly Administered)
                                                           :
---------------------------------------------------------- x

### NOTICE OF PRESENTMENT OF
### STIPULATION AND AGREED ORDER REGARDING
### CLAIM NOS. 2414, 2416 AND 2498 FILED BY CHADBOURNE & PARKE LLP

**PLEASE TAKE NOTICE** that SunEdison, Inc. ("SUNE") and certain of its affiliates, the above-captioned Reorganized Debtors (as defined in the confirmed *Second Amended Joint Plan of Reorganization of SunEdison, Inc. and its Debtor Affiliates* [Dkt. No. 3735]) (collectively, the "Debtors"), will present the proposed *Stipulation and Agreed*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); Terraform Private Holdings, LLC (5993); SunEdison Products, LLC (3557); Hudson Energy Solar Corporation (1344); SunE REIT-D PR, LLC (2171); First Wind Energy, LLC (5519); First Wind Holdings, LLC (4445); Vaughn Wind, LLC (9605); Maine Wind Holdings, LLC (4825); SunEdison International Construction, LLC (6257); and EchoFirst Finance Co., LLC (1607) (collectively, the "Debtors" and, as reorganized, the "Reorganized Debtors"). The address of the Debtors' corporate headquarters is Two City Place Drive, 2nd floor, St. Louis, MO 63141.

*Order Regarding Claim Nos. 2414, 2416 and 2498 Filed by Chadbourne & Parke LLP* (the "Stipulated Order") to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature on **June 11, 2018 at 12:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Stipulated Order, with a proof of service, is filed with the Clerk of the Court, and a courtesy copy is delivered to the undersigned counsel, counsel to Chadbourne &Parke LLP, Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, New York, 10019, Attn: Christy L. Rivera, Esq., and to the chambers of the Honorable Stuart M. Bernstein so as to be received by **June 11, 2018 at 11:00 a.m. (Prevailing Eastern Time)**, there will not be a hearing on the Stipulated Order and the Stipulated Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, a hearing will be held to consider the Stipulated Order on a date and time to be set by the Court.

Dated: New York, New York
      May 23, 2018

                    SUNEDISON, INC. et al,
                    *Reorganized Debtors*
                    By their Co-Counsel:
                    TOGUT, SEGAL & SEGAL LLP
                    By:

                    */s/ Frank A. Oswald*
                    FRANK A. OSWALD
                    A Member of the Firm
                    One Penn Plaza, Suite 3335
                    New York, New York 10119
                    Telephone: (212) 594-5000
                    Fax: (212) 967-4258

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
:
In re:                                                            :     Chapter 11
                                                                  :
SUNEDISON, INC., *et al.*,[1]                                     :
                                                                  :     Case No. 16-10992 (SMB)
        Reorganized Debtors.                             :
                                                                  :     (Jointly Administered)
------------------------------------------------------------------X

**STIPULATION AND AGREED ORDER REGARDING**
**CLAIM NOS. 2414, 2416 AND 2498 FILED BY CHADBOURNE & PARKE LLP**

This stipulation and agreed order (this "Stipulated Order") is entered into by and between: (i) the above-captioned Reorganized Debtors (as defined in the confirmed *Second Amended Joint Plan of Reorganization of SunEdison, Inc. and its Debtor Affiliates* [Dkt. No. 3735]) (collectively, the "Debtors"); and (ii) Norton Rose Fulbright US LLP (as assignee of the claims filed in this matter by Chadbourne & Parke LLP) ("Chadbourne" and, together with the Debtors, the "Parties").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); TerraForm Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

## RECITALS

1. **The Chapter 11 Cases.**

    A.   Beginning on April 21, 2016 (the "Petition Date"), SunEdison, Inc. ("SUNE") and certain of its affiliates commenced voluntary cases (collectively, the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors' Chapter 11 Cases have been consolidated for procedural purposes only and are being jointly administered.

    B.   On April 29, 2016, the United States Trustee formed an Official Committee of Unsecured Creditors in the Debtors' Chapter 11 Cases (the "Committee").

    C.   No trustee or examiner has been appointed in the Debtors' cases.

    D.   On March 28, 2017, the Debtors filed their *Joint Plan of Reorganization of SunEdison, Inc. and its Debtor Affiliates* [Dkt. No. 2671] (as amended, the "Plan") and corresponding disclosure statement [Dkt. No. 2672], each of which has been amended. The Plan, as amended, was confirmed by Order of this Court dated July 28, 2017 [Dkt. No. 3735] (the "Confirmation Order"). The Plan's Effective Date (as defined in the Plan) occurred on December 29, 2017 (the "Plan Effective Date"). *See* Docket No. 4495.

    E.   The Plan provides for, *inter alia*, the establishment of a trust (the "GUC/Litigation Trust") that, as of the Plan Effective Date is, among other things, responsible for continuing and completing the claim reconciliation and objection process as to general unsecured claims.

2. **Chadbourne's Claims Against the Debtors.**

    F.   Chadbourne and SunEdison LLC are parties to an engagement letter, dated February 12, 2013 (the "Agreement"), pursuant to which Chadbourne

2

agreed to provide legal services in connection with the proposed financing for SunEdison Chile's 100MW Project CAP and its 50MW merchant project (collectively, the "Projects"). Under the terms of the Agreement, SunEdison LLC agreed to "promptly pay all fees and expenses charged by [Chadbourne.]"

G. In connection with legal fees invoiced in connection with the Projects, Chadbourne filed the following claims in the Chapter 11 Cases (collectively, the "Chadbourne Claims"):

- Claim No. 2414 against SunEdison LLC in the amount of $65,235.39;
- Claim No. 2416 against SunEdison, Inc. in the amount of $62,705.39; and
- Claim No. 2498 against NVT, LLC in the amount of $65,235.39.

H. The Chadbourne Claims each assert that Chadbourne is entitled to priority status under section 507 of the Bankruptcy Code.

I. The Debtors disputed that the Chadbourne Claims are entitled to priority status and requested Chadbourne to provide additional support, which it has done.

**3. The Settlement.**

J. Following discussions and an exchange of information by and between the Parties, they have agreed to the terms set forth in this Stipulated Order, subject to Bankruptcy Court approval:

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. This Stipulated Order shall be deemed effective upon the Bankruptcy Court's entry of a final, non-appealable Order approving this Stipulated Order (the "Effective Date").

3

2. Upon the Effective Date, Claim Nos. 2416 and 2498 shall be deemed disallowed and expunged in their entirety.

3. Upon the Effective Date, Claim No. 2414 shall be deemed allowed as a general unsecured claim in the amount of $65,235.39 (the "Allowed Claim").

4. For the avoidance of doubt, Chadbourne waives and releases any right to assert that the Allowed Claim is an administrative expense under Bankruptcy Code section 503 or entitled to priority under Bankruptcy Code section 507.

5. By their signature hereto, each of the undersigned (a) represents that it has been duly authorized to enter into this Stipulated Order, in the case of the Debtors, subject to the Bankruptcy Court's approval hereof, and (b) requests that the Bankruptcy Court approve and so order this Stipulated Order.

6. The terms of this Stipulated Order shall be binding on the Parties and their respective successors and assigns, including any trustee, plan administrator, or similar party that may be appointed in the Debtors' bankruptcy proceedings.

7. This Stipulated Order may be signed in counterpart originals as if signed in one original document.

8. The Debtors' court-appointed claims and noticing agent is directed to modify the claims register in these Chapter 11 Cases in accordance with this Stipulated Order.

9. This Stipulated Order shall be immediately effective upon its approval and entry by the Bankruptcy Court in accordance with the terms set forth herein. The fourteen-day stay imposed by Bankruptcy Rule 6004(h), to the extent applicable, is hereby waived.

10. The Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Stipulated Order.

Dated: May 23, 2018

| | |
|---|---|
| SUNEDISON, INC., ET AL.<br>Reorganized Debtors<br>By their Co-Counsel<br>TOGUT, SEGAL & SEGAL LLP | NORTON ROSE FULBRIGHT US LLP (as assignee of the claims filed in this matter by Chadbourne & Parke LLP) |
| By: | By: |
| */s/Frank A. Oswald*<br>FRANK A. OSWALD<br>A Member of the Firm<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000 | */s/Christy L. Rivera*<br>CHRISTY L. RIVERA<br>A Partner of the Firm<br>1301 Avenue of the Americas<br>New York, NY 10019<br>(212) 318-3000 |

**SO ORDERED** this ___ day of June 2018
in New York, New York

---
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

5