# EXHIBIT 1

**EXHIBIT 1**

List of Feeder Funds that Invested in Bernard L. Madoff Investment Securities, LLC ("BLMIS")

| Feeder Fund Name | Feeder Fund Account Name[1] | Feeder Fund Account Number[2] | Claim Filed by Feeder Fund Party | Total Objections to Determination Received from Objecting Claimants | Total Claims of Objecting Claimants[3] |
|---|---|---|---|---|---|
| Alpha Prime Fund Limited Limited | HSBC Securities Services (Luxembourg) SA Spec. Cust. Acct. For Alpha Prime Fund Limited | 1FR097 | Yes (001503) | 4 | 6 |
| Defender Limited | Defender Limited | 1FR132 | Yes (005117) | 1 | 1 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | Harley International Fund LTD | 1FN094 | No | 25 | 19 |
| Herald (Lux) | HSBC Securities Services (Luxembourg) SA Spec. Cust. Acct. FBO Herald (Lux) US Absolute Return Fund (SICAV) | 1FR135 | Yes (007377) | 1 | 1 |
| Hermes International Fund Limited | HSBC Securities Services (Luxembourg) SA Spec Cust. Acct. Lagoon Invsmnt. | 1FR016 | Yes (007423, 100311 and 100313) | 2 | 2 |
| Luxembourg Investment Fund | UBS (Luxembourg) SA FBO UBS Luxembourg Investment Fund | 1FR123 | Yes (004417, 004536 and 006182) | 1 | 1 |
| Optimal Multiadvisors, Ltd. | Optimal Multiadvisors LTD. Optimal SUS | 1FR008 | Yes (010568) | 3 | 3 |
| Palmer PCC Limited | Trotanoy Investment Co. Ltd. | 1FR045 | Yes (010955 and 070224) | 6 | 6 |

---

[1] As per the books and records of BLMIS.

[2] As per the books and records of BLMIS.

[3] The Trustee brought a prior motion (the "Original Feeder Fund Motion," ECF 2411-2413, 2416, 2995, 2996) seeking court approval of his denial of those claims where claimants did not have BLMIS accounts in their names, but rather invested in one or more of 16 specified feeder funds (the "Original Feeder Funds") that did have such accounts. Some of these 73 claims involve claimants who invested directly or indirectly in the Original Feeder Funds as well as investing in the Feeder Funds here. For the portion of the claims and objections that relate to the Original Feeder Funds, the Trustee relies upon his Original Feeder Fund Motion and the decisions affirming the Trustee's claim determinations. Three of the 73 claims also involve--in part-- indirect investment in BLMIS through a non-feeder fund account holder. Specifically, claims 012730, 013496, and 012088 (filed by Objecting Claimants The Repashee Trust, Kurt Niederhaus, and Suzanne Ciani) indicate that they made investments associated with the Alpha Prime Fund or Defender Fund Feeder Fund Accounts as well as investments associated with the BLMIS account held by the Rothschild Family Partnership. The Trustee defers consideration of that portion of those claims and objections that is related to the Rothschild Family Partnership account.

1

300288179.6

| Feeder Fund Name | Feeder Fund Account Name[1] | Feeder Fund Account Number[2] | Claim Filed by Feeder Fund Party | Total Objections to Determination Received from Objecting Claimants | Total Claims of Objecting Claimants[3] |
|---|---|---|---|---|---|
| Senator Fund SPC | HSBC Securities Services Luxembourg SA Spec. Cust. Acct. For Senator Fund SPC | 1FR128 | Yes (001504) | 4 | 4 |
| Thema International Fund plc | The Bank Of Bermuda Limited Hamilton, Special Custody Acct For the Exclusive Benefit of Cust. of Bermuda Tst (Dublin) Ltd., f/b/o Thema | 1FN095 | Yes (014687 and 015236) | 4 | 4 |
| Thybo Stable Fund Ltd. | Thybo Stable Fund LTD. | 1FR129 | Yes (013761, 013961 and 070099) | 1 | 25 |
| Plaza Investments International Limited | Plaza Investments Int'l | 1FR002 | Yes (006187) | 1 | 1 |

2

300288179.6