# EXHIBIT 2

**EXHIBIT 2**

List of Objecting Claimants That Invested in the Feeder Funds Identified in Exhibit 1

| Objecting Claimants[4] | Claim Number | Objection Docket No. | Counsel | Feeder Fund Invested In | Feeder Fund Account Number |
|---|---|---|---|---|---|
| Access Advantage Master Fund | 015419 | 1687 | Pro Se Filing | Alpha Prime Fund Limited | 1FR097 |
| Access Advantage Master Fund | 015351 | 1687 | Pro Se Filing | Alpha Prime Fund Limited | 1FR097 |
| Access Advantage Master Fund | 015409 | 1687 | Pro Se Filing | Alpha Prime Fund Limited | 1FR097 |
| Kurt Niederhaus | 011425 | 1693 | Pro Se Filing | Alpha Prime Fund Limited | 1FR097 |
| Kurt Niederhaus | 011419 | 1693 | Pro Se Filing | Alpha Prime Fund Limited | 1FR097 |
| Phoenix Lake Partners, Lp, Series A, G, And E | 011425 | 1688 | Pro Se Filing | Alpha Prime Fund Limited | 1FR097 |
| Phoenix Lake Partners, Lp, Series A, G, And E | 011419 | 1688 | Pro Se Filing | Alpha Prime Fund Limited | 1FR097 |
| Suzanne Ciani | 012088 | 2433 | Pro Se Filing | Alpha Prime Fund Limited | 1FR097 |
| Altai Capital Growth Fund Pcc Limited | 014964 | 1808 | Sidley Austin LLP | Defender Limited | 1FR132 |
| Cape Verde Group Ltd. | 014118 | 1977 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Crescent Advisors Ltd | 012206 | 1189 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Dafna & Michael Farlev | 014107 | 1276 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| David Williams | 008418 | 1113 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| David Williams | 008420 | 1113 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley | 1FN094 |

---

[4] According to claim filed with the Trustee or objection filed with the Court. In some instances multiple persons—not just the original claimant—filed objections to a single claim determination.

1

300288179.6

| Objecting Claimants[4] | Claim Number | Objection Docket No. | Counsel | Feeder Fund Invested In | Feeder Fund Account Number |
|---|---|---|---|---|---|
| | | | | International Limited | |
| David Williams | 008421 | 1113 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| David Williams | 008422 | 1113 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Esther Ziv Av | 014109 | 1272 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Jeannette Goldstein & Ariella Shkedi | 014115 | 1319 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Jeannette Goldstein & Ruth Kerem | 014114 | 1239 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Joseph And Ruth Shapira | 014117 | 1279 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| M.T.B.N. | 014116 | 1237 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Rachel Aviv | 014106 | 1329 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Rachel & Dana Aviv | 014106 | 1325 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Rachel & Dana Aviv | 014106 | 1332 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Rachel & Dana Aviv | 014106 | 1333 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Rachel & Doron Aviv | 014106 | 1314 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |

| Objecting Claimants[4] | Claim Number | Objection Docket No. | Counsel | Feeder Fund Invested In | Feeder Fund Account Number |
|---|---|---|---|---|---|
| Rachel & Doron Aviv | 014106 | 1330 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Rachel Aviv | 014106 | 1328 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Rachel Aviv & Dafna Harlev | 014106 | 1321 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Rachel Aviv & Dalit Kremer | 014106 | 1323 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Rachel Aviv & Dalit Kremer | 014106 | 1334 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Shlomo & Miriam Abrahamer | 014113 | 1280 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Stirs International Investments Ltd. | 014119 | 1986 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Tradex Global Master Fund Spc Ltd | 070024 | 1259 | Drohan Lee LLP | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Yoseph & Rena Yechieli | 014110 | 1270 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Yossi & Yael Zylberberg | 014111 | 1357 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Zafrir & Mira Kochanovsky | 014112 | 1349 | Pro Se Filing | Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 |
| Johann Weichberger | 010514 | 1461 | Pro Se Filing | Herald (Lux) | 1FR135 |
| Cheng Hye Cheah & Hau Yin To | 014267 | 2254 | Moses & Singer LLP | Hermes International Fund Limited | 1FR016 |
| Liliana Victoria Parra | 015237 | 1933 | Alfaro Abogados | Hermes International Fund Limited | 1FR016 |

3

| Objecting Claimants[4] | Claim Number | Objection Docket No. | Counsel | Feeder Fund Invested In | Feeder Fund Account Number |
|---|---|---|---|---|---|
| Mutua Madrilena Automovilista Ramo De Vida | 015030 | 1205 | Mayer Brown LLP | Luxembourg Investment Fund | 1FR123 |
| Fondauto Fondo De Pensiones Sa | 015029 | 1206 | Mayer Brown LLP | Optimal Multiadvisors, Ltd. | 1FR008 |
| Fondauto Fondo De Pensiones Sa | 015028 | 1207 | Mayer Brown LLP | Optimal Multiadvisors, Ltd. | 1FR008 |
| Maria Ines Agresti; Vicente Antonio Agresti; Ana Josefina Castagno De Agresti | 009586 | 1864 | Pro Se Filing | Optimal Multiadvisors, Ltd. | 1FR008 |
| Kurt Niederhaus | 015577 | 1693 | Pro Se Filing | Senator Fund SPC | 1FR128 |
| Kurt Niederhaus | 013496 | 1693 | Pro Se Filing | Senator Fund SPC | 1FR128 |
| Phoenix Lake Partners, Lp, Series A, G, And E | 015577 | 1688 | Pro Se Filing | Senator Fund SPC | 1FR128 |
| Sarah Fisk | 004065 | 1121 | Pro Se Filing | Senator Fund SPC | 1FR128 |
| The Repashee Trust | 012730 | 1702 | Pro Se Filing | Senator Fund SPC | 1FR128 |
| Bogenreigen Stiftung | 010624 | 1779 | Pro Se Filing | Thema International Fund plc | 1FN095 |
| Evelina Marietta Gold Cioffi | 070213 | 3611 | Pro Se Filing | Thema International Fund plc | 1FN095 |
| Felix Rosenberg Guttman | 003729 | 1662 | Pro Se Filing | Thema International Fund plc | 1FN095 |
| Melanie Greisinger | 010625 | 1780 | Pro Se Filing | Thema International Fund plc | 1FN095 |
| Archand S.A.R.L. | 013126 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Beheermaatschappij Dondervogels B.V. | 013127 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Dahlia Ltd. | 013128 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Eschadan B.V. | 013122 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| F.A. Vaessen Beheer B.V. | 013109 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| J.E.D. Odekerken Holding B.V. | 013121 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |

4

| Objecting Claimants[4] | Claim Number | Objection Docket No. | Counsel | Feeder Fund Invested In | Feeder Fund Account Number |
|---|---|---|---|---|---|
| Mevrouw M.N. Mignot | 013120 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Mr. B.C.M. Douqué | 013130 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Mr. C. Dijkgraaf &/Or Mrs. G.M. Goudriaan-Dijkgraaf &/Ormrs. J.C. Van Velzen-Dij | 013129 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Mr. E. Bongers | 013131 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Mr. L.J.H. Otte And/Or Mrs. C.H. Otte - Nijland | 013123 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Mr. M. Rutgers Van Der Loeff | 013124 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Mr. T.J.G. Collot D'Escury | 013125 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Mrs. A.A. Mertens Zur Borg | 013115 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Mrs. A.H. Schutte - Lems | 013114 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Mrs. C.E. Van De Pas – Rutgers Van Der Loeff | 013119 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Mrs. C.F.J. De Ruiter – De Groot | 013113 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Mrs. R. Wouters – Rutgers Van Der Loeff | 013118 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Nieuw Nijhof Beheer B.V. | 013117 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Parentes N.V. | 013112 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Stichting Doets Beheer | 013116 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Stichting Michelle | 013111 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Stichting Sluyterman Van Loo | 013110 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Van Hof Holding Apeldoorn | 013108 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |
| Variemon Ii B.V. | 013107 | 1487 | Ropes & Gray | Thybo Stable Fund Ltd. | 1FR129 |

300288179.6

| Objecting Claimants[4] | Claim Number | Objection Docket No. | Counsel | Feeder Fund Invested In | Feeder Fund Account Number |
|---|---|---|---|---|---|
| Dolores Barbosa | 013650 | 1931 | Alfaro Abogados | Palmer PCC Limited | 1FR045 |
| Dr. Dushan Kosovich | 070223 | 3946 | Frederic Walker | Palmer PCC Limited | 1FR045 |
| Koala/Penguin Investments | 100472 | 3768 | Pro Se Filing | Palmer PCC Limited | 1FR045 |
| Oceanic Family Protective Settlement | 100473 | 3765 | Pro Se Filing | Palmer PCC Limited | 1FR045 |
| Omer L. Rains | 100471 | 3767 | Pro Se Filing | Palmer PCC Limited | 1FR045 |
| Panda Investments, Llc | 100474 | 3766 | Pro Se Filing | Palmer PCC Limited | 1FR045 |
| Eduardo Bello | 011354 | 1938 | Alfaro Abogados | Plaza Investments International Limited | 1FR002 |

6