# EXHIBIT 3

**EXHIBIT 3**

Details of Objections from Objecting Claimants That Invested in the Feeder Funds Identified in Exhibit 1

| Feeder Fund | Feeder Fund Account Number | Objecting Claimant | Claim Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| Alpha Prime Fund Limited | 1FR097 | Access Advantage Master Fund | 015351 | Claim for securities and/or credit balance denied (12/8/2009). | 01/11/10 |
| Alpha Prime Fund Limited | 1FR097 | Access Advantage Master Fund | 015409 | Claim for securities and/or credit balance denied (12/8/2009). | 01/11/10 |
| Alpha Prime Fund Limited | 1FR097 | Access Advantage Master Fund | 015419 | Claim for securities and/or credit balance denied (12/8/2009). | 01/11/10 |
| Alpha Prime Fund Limited | 1FR097 | Kurt Niederhaus | 011419 | Claim for securities and/or credit balance denied (12/8/2009). | 01/11/10 |
| Alpha Prime Fund Limited | 1FR097 | Kurt Niederhaus | 011425 | Claim for securities and/or credit balance denied (12/8/2009). | 01/11/10 |
| Alpha Prime Fund Limited | 1FR097 | Phoenix Lake Partners, Lp, Series A, G, And E | 011419 | Claim for securities and/or credit balance denied (12/8/2009). | 01/11/10 |
| Alpha Prime Fund Limited | 1FR097 | Phoenix Lake Partners, Lp, Series A, G, And E | 011425 | Claim for securities and/or credit balance denied (12/8/2009). | 01/11/10 |
| Alpha Prime Fund Limited | 1FR097 | Suzanne Ciani | 012088 | Claim for securities and/or credit balance denied (12/8/2009). | 06/14/10 |
| Defender Limited | 1FR132 | Altai Capital Growth Fund Pcc Limited | 014964 | Claim for securities and/or credit balance denied (12/8/2009). | 01/21/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Cape Verde Group Ltd. | 014118 | Claim for securities and/or credit balance denied (12/8/2009). | 01/05/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Crescent Advisors Ltd | 012206 | Claim for securities and/or credit balance denied (12/8/2009). | 01/05/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Dafna & Michael Farlev | 014107 | Claim for securities and/or credit balance denied | 01/06/10 |

| Feeder Fund | Feeder Fund Account Number | Objecting Claimant | Claim Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| | | | | (12/8/2009). | |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | David Williams | 008418 | Claim for securities and/or credit balance denied (12/8/2009). | 12/22/09 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | David Williams | 008420 | Claim for securities and/or credit balance denied (12/8/2009). | 12/22/09 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | David Williams | 008421 | Claim for securities and/or credit balance denied (12/8/2009). | 12/22/09 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | David Williams | 008422 | Claim for securities and/or credit balance denied (12/8/2009). | 12/22/09 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Esther Ziv Av | 014109 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Jeannette Goldstein & Ariella Shkedi | 014115 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Jeannette Goldstein & Ruth Kerem | 014114 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Joseph And Ruth Shapira | 014117 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | M.T.B.N. | 014116 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Rachel Aviv | 014106 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Rachel & Dana Aviv | 014106 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Rachel & Dana Aviv | 014106 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |

300288179.6

| Feeder Fund | Feeder Fund Account Number | Objecting Claimant | Claim Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Rachel & Dana Aviv | 014106 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Rachel & Doron Aviv | 014106 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Rachel & Doron Aviv | 014106 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Rachel Aviv | 014106 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Rachel Aviv & Dafna Harlev | 014106 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Rachel Aviv & Dalit Kremer | 014106 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Rachel Aviv & Dalit Kremer | 014106 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Shlomo & Miriam Abrahamer | 014113 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Stirs International Investments Ltd. | 014119 | Claim for securities and/or credit balance denied (12/8/2009). | 01/05/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Tradex Global Master Fund Spc Ltd | 070024 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Yoseph & Rena Yechieli | 014110 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Yossi & Yael Zylberberg | 014111 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |
| Harley International (Cayman) Limited f/k/a Harley International Limited | 1FN094 | Zafrir & Mira Kochanovsky | 014112 | Claim for securities and/or credit balance denied (12/8/2009). | 01/06/10 |

| Feeder Fund | Feeder Fund Account Number | Objecting Claimant | Claim Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| Herald (Lux) | 1FR135 | Johann Weichberger | 010514 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Hermes International Fund Limited | 1FR016 | Cheng Hye Cheah & Hau Yin To | 014267 | Claim for securities and/or credit balance denied (12/8/2009). | 05/07/10 |
| Hermes International Fund Limited | 1FR016 | Liliana Victoria Parra | 015237 | Claim for securities and/or credit balance denied (12/8/2009). | 02/08/10 |
| Luxembourg Investment Fund | 1FR123 | Mutua Madrilena Automovilista Ramo De Vida | 015030 | Claim for securities and/or credit balance denied (12/8/2009). | 01/05/10 |
| Optimal Multiadvisors, Ltd. | 1FR008 | Fondauto Fondo De Pensiones Sa | 015028 | Claim for securities and/or credit balance denied (12/8/2009). | 01/05/10 |
| Optimal Multiadvisors, Ltd. | 1FR008 | Fondauto Fondo De Pensiones Sa | 015029 | Claim for securities and/or credit balance denied (12/8/2009). | 01/05/10 |
| Optimal Multiadvisors, Ltd. | 1FR008 | Maria Ines Agresti; Vicente Antonio Agresti; Ana Josefina Castagno De Agresti | 009586 | Claim for securities and/or credit balance denied (12/8/2009). | 02/03/10 |
| Senator Fund SPC | 1FR128 | Kurt Niederhaus | 013496 | Claim for securities and/or credit balance denied (12/8/2009). | 01/11/10 |
| Senator Fund SPC | 1FR128 | Kurt Niederhaus | 015577 | Claim for securities and/or credit balance denied (12/8/2009). | 01/11/10 |
| Senator Fund SPC | 1FR128 | Phoenix Lake Partners, Lp, Series A, G, And E | 015577 | Claim for securities and/or credit balance denied (12/8/2009). | 01/11/10 |
| Senator Fund SPC | 1FR128 | Sarah Fisk | 004065 | Claim for securities and/or credit balance denied (12/8/2009). | 12/23/09 |
| Senator Fund SPC | 1FR128 | The Repashee Trust | 012730 | Claim for securities and/or credit balance denied (12/8/2009). | 01/11/10 |
| Thema International Fund plc | 1FN095 | Bogenreigen Stiftung | 010624 | Claim for securities and/or credit balance denied (12/8/2009). | 01/19/10 |

4

300288179.6

| Feeder Fund | Feeder Fund Account Number | Objecting Claimant | Claim Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| Thema International Fund plc | 1FN095 | Evelina Marietta Gold Cioffi | 070213 | Claim for securities and/or credit balance denied (12/3/2010). | 12/28/10 |
| Thema International Fund plc | 1FN095 | Felix Rosenberg Guttman | 003729 | Claim for securities and/or credit balance denied (12/8/2009). | 01/08/10 |
| Thema International Fund plc | 1FN095 | Melanie Greisinger | 010625 | Claim for securities and/or credit balance denied (12/8/2009). | 01/19/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Archand S.A.R.L. | 013126 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Beheermaatschappij Dondervogels B.V. | 013127 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Dahlia Ltd. | 013128 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Eschadan B.V. | 013122 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | F.A. Vaessen Beheer B.V. | 013109 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | J.E.D. Odekerken Holding B.V. | 013121 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Mevrouw M.N. Mignot | 013120 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Mr. B.C.M. Douqué | 013130 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Mr. C. Dijkgraaf &/Or Mrs. G.M. Goudriaan-Dijkgraaf &/Ormrs. J.C. Van Velzen-Dij | 013129 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Mr. E. Bongers | 013131 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |

300288179.6

| Feeder Fund | Feeder Fund Account Number | Objecting Claimant | Claim Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| Thybo Stable Fund Ltd. | 1FR129 | Mr. L.J.H. Otte And/Or Mrs. C.H. Otte - Nijland | 013123 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Mr. M. Rutgers Van Der Loeff | 013124 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Mr. T.J.G. Collot D'Escury | 013125 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Mrs. A.A. Mertens Zur Borg | 013115 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Mrs. A.H. Schutte - Lems | 013114 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Mrs. C.E. Van De Pas – Rutgers Van Der Loeff | 013119 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Mrs. C.F.J. De Ruiter – De Groot | 013113 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Mrs. R. Wouters – Rutgers Van Der Loeff | 013118 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Nieuw Nijhof Beheer B.V. | 013117 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Parentes N.V. | 013112 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Stichting Doets Beheer | 013116 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Stichting Michelle | 013111 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Stichting Sluyterman Van Loo | 013110 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |

300288179.6

| Feeder Fund | Feeder Fund Account Number | Objecting Claimant | Claim Number | Determination Status | Date of Objection |
|---|---|---|---|---|---|
| Thybo Stable Fund Ltd. | 1FR129 | Van Hof Holding Apeldoorn | 013108 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Thybo Stable Fund Ltd. | 1FR129 | Variemon Ii B.V. | 013107 | Claim for securities and/or credit balance denied (12/8/2009). | 01/07/10 |
| Palmer PCC Limited | 1FR045 | Dolores Barbosa | 013650 | Claim for securities and/or credit balance denied (12/8/2009). | 02/08/10 |
| Palmer PCC Limited | 1FR045 | Dr. Dushan Kosovich | 070223 | Claim for securities and/or credit balance denied (01/27/2011). | 02/23/11 |
| Palmer PCC Limited | 1FR045 | Koala/Penguin Investments | 100472 | Claim for securities and/or credit balance denied (12/22/2010). | 01/18/11 |
| Palmer PCC Limited | 1FR045 | Oceanic Family Protective Settlement | 100473 | Claim for securities and/or credit balance denied (12/22/2010). | 01/18/11 |
| Palmer PCC Limited | 1FR045 | Omer L. Rains | 100471 | Claim for securities and/or credit balance denied (12/22/2010). | 01/18/11 |
| Palmer PCC Limited | 1FR045 | Panda Investments, Llc | 100474 | Claim for securities and/or credit balance denied (12/22/2010). | 01/18/11 |
| Plaza Investments International Limited | 1FR002 | Eduardo Bello | 011354 | Claim for securities and/or credit balance denied (12/8/2009). | 02/09/10 |

7

300288179.6