# EXHIBIT 4

**Securities Investor Protection Corporation,**

**v.**

**Bernard L. Madoff Investment Securities LLC.**

**In re: Bernard L. Madoff Investment Securities LLC and
Bernard L. Madoff, Debtors**

Case No. 08-1789 (BRL)
SIPA Liquidation
(Substantively Consolidated)

**Exhibits 4–59 to the Declaration of David J. Sheehan are available for review upon
written or telephonic request to:**

**Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: Bik Cheema
Tel: (212) 589-4613
Email: bcheema@bakerlaw.com**