**BAKER & HOSTETLER LLP**

| | |
|---|---|
| 45 Rockefeller Plaza | Hearing Date: September 10, 2013 |
| New York, New York 10111 | Time: 10:00 A.M. EST |
| Telephone: (212) 589-4200 | |
| Facsimile: (212) 589-4201 | |

David J. Sheehan
dsheehan@bakerlaw.com
Jorian Rose
jrose@bakerlaw.com
Seanna R. Brown
sbrown@bakerlaw.com
Bik Cheema
bcheema@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF HEARING ON TRUSTEE'S MOTION FOR AN
ORDER AFFIRMING TRUSTEE'S CALCULATIONS OF NET
EQUITY AND DENYING TIME-BASED DAMAGES**

**PLEASE TAKE NOTICE**, that on October 12, 2012, Irving H. Picard, trustee

("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment

Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* ("SIPA"), and for Bernard L. Madoff ("Madoff") (collectively, "Debtor"), by and through his undersigned counsel, moved ("Motion") for entry of an order affirming the Trustee's calculations of net equity and denying time-based damages, and a ruling that net equity, as that term is defined under SIPA, does not include interest, time value of money, or inflation adjustments such as constant dollar (collectively, "Time-Based Damages").[1]

**PLEASE TAKE NOTICE**, that on **September 10, 2013 at 10:00 a.m.**, a hearing ("Hearing") will be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 623, New York, New York 10004, on the Trustee's Motion.

*[Remainder of Page Intentionally Left Blank]*

---

[1] There are numerous theories of law that claimants have raised, all of which seek some increase in their customer claims based upon the amount of time they invested with BLMIS. Most commonly, they seek an increase in their claims based on the time they were invested with BLMIS using the New York prejudgment interest rate of 9% per annum, lost opportunity cost damages, or the consumer price index to take inflation into account. The Trustee is using "Time-Based Damages" as an umbrella term.

2

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to attend in person or by counsel may result in relief being granted upon default.

Dated: New York, New York
July 1, 2013

By: */s/David J. Sheehan*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Bik Cheema
Email: bcheema@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300289989