**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**ORDER PURSUANT TO SECTION 78fff(a) OF THE SECURITIES INVESTOR PROTECTION ACT SECTIONS 363 AND 105(a) OF THE BANKRUPTCY CODE AUTHORIZING THE SALE OF ESTATE PROPERTY**

This matter came before the Court on July 2, 2013 on the motion (the "Motion")[1] [ECF No. 5391] of Irving H. Picard, as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and Bernard L. Madoff, for entry of an order pursuant to section 78fff(a) of Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA") and sections 363 and 105(a) of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), authorizing Trustee to retain auctioneers to sell certain artwork previously displayed at the BLMIS offices, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with section

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

78eee(b)(4) of SIPA, and the Protective Decree, entered on December 15, 2008 by the United

States District Court for the Southern District of New York in Case No. 08 CV 10791, and 28

U.S.C. §§ 157 and 1334; and it appearing that the relief requested by the Motion is necessary and

in the best interests of the estate, its customers, and all parties in interest; and due notice of the

Motion having been given, and it appearing that no other or further notice need be given; and the

Court having determined that the Trustee articulated good, sufficient and sound business

justifications for the retention of Sotheby's and Stair and the sale of the Artwork; and the Court

having determined that the legal and factual bases set forth in the Motion establish just cause for

the relief granted therein; and upon the proceedings before the Court and after due deliberation, it

is hereby

**ORDERED**, that the relief requested in the Motion is granted in its entirety; and it is

further

**ORDERED**, that the Trustee is authorized to: (i) retain Sotheby's and Stair to store the

Artwork and sell it at auction (ii) coordinate the later sale of pieces not sold at the fall sales

without seeking further leave of the Court, and (iii) to execute any necessary documents to

implement the foregoing; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to

the interpretation or implementation of this Order.

Dated: New York, New York
         July 2, 2013

                              /s/ Burton R. Lifland_____
                              HONORABLE BURTON R. LIFLAND
                              UNITED STATES BANKRUPTCY JUDGE