**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Debtor, | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

# AFFIDAVIT OF MAILING

STATE OF TEXAS )
) ss:
COUNTY OF DALLAS )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 27, 2013, I caused to be served, via email and/or first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Trustee's Second Motion to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in Certain Feeder Funds and Did Not Have BLMIS Accounts in Their Names (Attachments: # 1 Notice of Motion # 2 Proposed Order) [Docket Number 5396]
    2. Memorandum of Law in Support of Trustee's Second Motion to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in Certain Feeder Funds and Did Not Have BLMIS Accounts in Their Names [Docket Number 5397]
    3. Declaration of David J. Sheehan in Support of the Trustee's Second Motion to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in Certain Feeder Funds and Did Not Have BLMIS Accounts in Their Names (Attachments: # 1 - Exhibit 1, # 2 - Exhibit 2, # 3 - Exhibit 3, # 4 - Exhibit 4) [Docket Number 5398]

4. Declaration of Matthew B. Greenblatt in Support of the Trustee's Second Motion to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in Certain Feeder Funds and Did Not Have BLMIS Accounts in Their Names [Docket Number 5399]

5. Response to Motion Memorandum of the Securities Investor Protection Corporation in Support of Trustee's Motion to Affirm Determinations of Claims of Claimants Without BLMIS Accounts [Docket Number 5400]

Executed on June 28, 2012

John S. Franks

Sworn to and subscribed before me this 28th day of June, 2013

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

(SEAL)

Notary Public

# Exhibit A

**Exhibit A**
**June 27, 2013**

| First Class Mail | Email | Claimant or Representative Agent | ZipCode | COUNTRY | Email |
|---|---|---|---|---|---|
| X | | Confidential Notice Party #000001 | 94925 | | |
| X | X | Confidential Notice Party #000002 | 10155 | USA | REDACTED FOR CONFIDENTIALITY REASONS |
| X | | Confidential Notice Party #000003 | | BERMUDA | |
| X | | Confidential Notice Party #000004 | FL9490 | LIECHTENSTEIN | |
| X | | Confidential Notice Party #000005 | 66184 | ISRAEL | |
| X | | Confidential Notice Party #000006 | 10019-7475 | | |
| X | | Confidential Notice Party #000007 | 1211 | SWITZERLAND | |
| X | | Confidential Notice Party #000008 | 98208 | | |
| X | | Confidential Notice Party #000009 | 98208 | | |
| X | | Confidential Notice Party #000010 | 98208 | | |
| X | | Confidential Notice Party #000011 | 98208 | | |
| X | | Confidential Notice Party #000012 | | BRITISH VIRGIN ISLANDS | |
| X | | Confidential Notice Party #000013 | 10017 | | |
| X | | Confidential Notice Party #000014 | | GIBRALTAR | |
| X | | Confidential Notice Party #000015 | 10017 | USA | |
| X | | Confidential Notice Party #000016 | 10065 | | |
| X | | Confidential Notice Party #000017 | 69101 | ISRAEL | |
| X | | Confidential Notice Party #000018 | 01453-030 | BRAZIL | |
| X | | Confidential Notice Party #000019 | | PERU | |

**Exhibit A**
**June 27, 2013**

| First Class Mail | Email | Claimant or Representative Agent | ZipCode | COUNTRY | Email |
|---|---|---|---|---|---|
| x | | Confidential Notice Party #000020 | | GREECE | |
| x | | Confidential Notice Party #000021 | 10065 | USA | |
| x | | Confidential Notice Party #000022 | | UNITED KINGDOM | |
| x | | Confidential Notice Party #000023 | L-2212 | LUXEMBOURG | |
| x | | Confidential Notice Party #000024 | | IRELAND | |
| x | | Confidential Notice Party #000025 | | IRELAND | |
| x | | Confidential Notice Party #000026 | | LUXEMBOURG | |
| x | | Confidential Notice Party #000027 | | LUXEMBOURG | |
| x | | Confidential Notice Party #000028 | | LUXEMBOURG | |
| x | | Confidential Notice Party #000029 | KY1-1108 | CAYMAN ISLANDS | |
| x | | Confidential Notice Party #000030 | 96670 | ISRAEL | |
| x | | Confidential Notice Party #000031 | 96670 | ISRAEL | |
| x | | Confidential Notice Party #000032 | 3250 | AUSTRIA | |
| x | | Confidential Notice Party #000033 | 60200 | ISRAEL | |
| x | | Confidential Notice Party #000034 | 34980 | ISRAEL | |
| x | | Confidential Notice Party #000035 | 95959 | | |
| x | | Confidential Notice Party #000036 | 90805 | ISRAEL | |
| x | | Confidential Notice Party #000037 | | SWITZERLAND | |

**Exhibit A**
**June 27, 2013**

| First Class Mail | Email | Claimant or Representative Agent | ZipCode | COUNTRY | Email |
|---|---|---|---|---|---|
| X | | Confidential Notice Party #000038 | 33180 | | |
| X | X | Confidential Notice Party #000039 | 10019 | USA | REDACTED FOR CONFIDENTIALITY REASONS |
| X | | Confidential Notice Party #000040 | CH-7307 | SWITZERLAND | |
| X | | Confidential Notice Party #000041 | | ISRAEL | |
| X | | Confidential Notice Party #000042 | | ISRAEL | |
| X | | Confidential Notice Party #000043 | 69362 | ISRAEL | |
| X | X | Confidential Notice Party #000044 | 10174 | USA | REDACTED FOR CONFIDENTIALITY REASONS |
| X | X | Confidential Notice Party #000045 | 10174 | USA | |
| X | | Confidential Notice Party #000046 | L-2014 | LUXEMBOURG | |
| X | | Confidential Notice Party #000047 | 28046 | SPAIN | |
| X | | Confidential Notice Party #000048 | | BAHAMAS | |
| X | | Confidential Notice Party #000049 | 10022 | | |
| X | | Confidential Notice Party #000050 | 10150 | | |
| X | | Confidential Notice Party #000051 | 30068 | | |

**Exhibit A**
**June 27, 2013**

| First Class Mail | Email | Claimant or Representative Agent | ZipCode | COUNTRY | Email |
|---|---|---|---|---|---|
| X | | Confidential Notice Party #000052 | 94925 | | |
| X | | Confidential Notice Party #000053 | 94925 | | |
| X | | Confidential Notice Party #000054 | 94925 | | |
| X | | Confidential Notice Party #000055 | | LUXEMBOURG | |
| X | | Confidential Notice Party #000056 | | ISRAEL | |
| X | | Confidential Notice Party #000057 | 10017 | | |
| X | | Confidential Notice Party #000058 | 02110-2624 | USA | |
| X | | Confidential Notice Party #000059 | 94705 | | |
| X | | Confidential Notice Party #000060 | 10019 | USA | |
| X | | Confidential Notice Party #000061 | | The Bahamas | |
| X | | Confidential Notice Party #000062 | 66184 | ISRAEL | |
| X | | Confidential Notice Party #000063 | 94941 | | |
| X | | Confidential Notice Party #000064 | 95959 | | |
| X | | Confidential Notice Party #000065 | 98000 | MONACO | |
| X | | Confidential Notice Party #000066 | | LUXEMBOURG | |

**Exhibit A**
**June 27, 2013**

| First Class Mail | Email | Claimant or Representative Agent | ZipCode | COUNTRY | Email |
|---|---|---|---|---|---|
| X | | Confidential Notice Party #000067 | | CHANNEL ISLANDS | |
| X | | Confidential Notice Party #000068 | | Channel Islands of Guernsey | |
| X | | Confidential Notice Party #000069 | | CHANNEL ISLANDS OF GUERNSEY | |
| X | | Confidential Notice Party #000070 | L-2010 | LUXEMBOURG | |
| X | | Confidential Notice Party #000071 | | LUXEMBOURG | |
| X | | Confidential Notice Party #000072 | 99780 | ISRAEL | |
| X | | Confidential Notice Party #000073 | 2275 tn | THE NETHERLANDS | |
| | X | Confidential Notice Party #000074 | | | REDACTED FOR CONFIDENTIALITY REASONS |