# EXHIBIT A

## List of Furniture Located at the Madoff Warehouse in Queens, NY

2 Lounge Chairs

1 Network Rack

1 Systems Library (metal container with wheels to hold system equipment)

28 Pieces of Framed Artwork

1 Framed 1990 NYC Subway Map

5 Beach Chairs

2 Coleman Lanterns

15 Black Mesh Rolling Office Chairs (Herman Miller)

3 Black Executive Leather Chairs

1 Large Vase/Urn

1 Large Leather Office Chair (Bernie's office chair)

16 Pieces of Framed Artwork

25 Black Rolling Office Chairs (Steelcase)

1 Black Conference Room Table with Silver Legs

1 Black Wooden Conference Room Table

4 Black Wooden Executive Desks

1 Small Black Wooden Desk

1 Small Black Computer Table with Bottom Shelf

1 Black Round Wooden Coffee Table

16 Black Leather Couch Cushions (Cassina)

3 Black Plastic Rolling Carts

1 Grey Plastic Rolling Cart

46 Black Leather Short-Back Chairs (Cassina)

2 Black Leather Tall-Back Swivel Chairs (Erik Jorgensen)

3 Black Rolling Non-Leather Office Chairs

1 Leather Rolling Office Chair

1 Brown Leather Bull (21"x16")

1 Small Round Antique Wooden Table (broken)

1 Large Antique Wooden Table

2 Rectangular Wooden Tables Without Tops

1 Antique Wooden Chair-Back

1 Antique Wooden Tray

1 Antique Hinged Wooden Tray

2 Antique Wooden Trunks

1 Antique Wooden Small Chest

1 Antique Small Wooden Drawer Unit

2 Conference Table Bases

1 Black Panasonic Microwave

1 Black Sharp Microwave

1 Framed Picture of a Sailboat

1 Plaque to BLMIS from "Toys for Tots"

1 Decorative Clock

China

Glassware

Flatware