UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>   Debtor. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST TO BE REMOVED FROM MASTER SERVICE LIST**

PLEASE TAKE NOTICE that, in light of the Stipulation and Order entered on May 28, 2013 (Dkt. No. 5377), the undersigned hereby withdraws his appearance as counsel in the above-captioned matter and requests that he be removed from the Master Service List pursuant to the Court's Order Establishing Notice Procedures and Limiting Notice dated December 5, 2011.

Dated: July 12, 2013
   Syracuse, New York

                   **BLITMAN & KING LLP**

                   s/Brian J. LaClair
                   Brian J. LaClair (BL3158)
                   Franklin Center, Suite 300
                   443 North Franklin Street
                   Syracuse, New York 13204-5412
                   Telephone:  (315) 422-7111
                   Facsimile:  (315) 471-2623
                   Email:  bjlaclair@bklawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2013, the foregoing Notice of Withdrawal of Appearance and Request to be Removed From the Master Service List was electronically filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York using the CM/ECF system, which sent notification of such filing to counsel of record who are CM/ECF participants in this case.

s/ Brian J. LaClair
Brian J. LaClair (BL3158)
