UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS           )
                         )   ss:
COUNTY OF DALLAS         )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On July 15, 2013, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000469)

Executed on __July 16__, 2013

_____
John S. Franks

Sworn to and subscribed before me this __16TH__ day of __July__, 2013

MARY SUZETTE BETIK
MY COMMISSION EXPIRES
March 12, 2014

_____
Notary Public

(SEAL)

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER 4900469**
7/15/2013

| TRANSFEROR | TRANSFEREE | | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| **X** | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| **X** | | REDACTED FOR CONFIDENTIALITY REASONS | | | | | | | | |
| | **X** | | BMIS Funding IDC, LLC | c/o Farallon Capital Management, LLC | One Maritime Plaza, Suite 2100 | Attention: Michael G. Linn | San Francisco | CA | 94111 | |