| | |
|---|---|
| **BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>dsheehan@bakerlaw.com<br>Karin Scholz Jenson<br>kjenson@bakerlaw.com<br>Edward J. Jacobs<br>ejacobs@bakerlaw.com<br>Sarah Jane T.C. Truong<br>struong@bakerlaw.com | Hearing Date:       September 17, 2013<br>Hearing Time:       10:00 a.m.<br>Objection Deadline: August 14, 2013<br>Reply Deadline:      August 28, 2013 |

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively*
*Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities*
*LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |

**NOTICE OF TRUSTEE'S AMENDED MOTION FOR AN ORDER:**
**(I) ESTABLISHING PROCEDURES FOR THIRD-PARTY DATA ROOMS; AND**
**(II) MODIFYING THE JUNE 6, 2011 LITIGATION PROTECTIVE ORDER**

**PLEASE TAKE NOTICE** that pursuant to section 105(a) of the United States Bankruptcy Code and 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 7016, 7026 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and upon the accompanying amended motion (the "Amended Motion"), Irving H. Picard, Trustee, through his undersigned counsel, will move this Court at the United States Bankruptcy Courthouse at One Bowling Green, New York, New York, on **September 17, 2013 at 10:00 a.m.**, for entry of: (I) an Order Establishing Procedures for Third-Party Data Rooms; and (II) an Order Modifying, in limited fashion, the Litigation Protective Order, dated June 6, 2011 [ECF No. 4137].

**PLEASE TAKE FURTHER NOTICE** that written objections to the Amended Motion must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **4:00 p.m. on August 14, 2013** (with a courtesy copy delivered to the Chambers of the Honorable Burton R. Lifland) and must be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., Karin Scholz Jenson, Esq., Edward J. Jacobs, Esq., and Sarah Jane T.C. Truong, Esq.; and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq. Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the Amended Motion.

**PLEASE TAKE FURTHER NOTICE** that to the extent any written objections to the Amended Motion are filed, any reply briefs submitted by the Trustee must be filed by no later than **4:00 p.m. on August 28, 2013**, without further mailed notice to parties-in-interest. All parties-in-interest may refer to the Court docket and/or contact Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan,

Esq., Karin Scholz Jenson, Esq., Edward J. Jacobs, Esq., and Sarah Jane T.C. Truong, Esq., or by e-mail at MadoffDataRooms@bakerlaw.com.

**PLEASE TAKE FURTHER NOTICE** that to the extent the hearing to consider the Amended Motion and any related objections is adjourned, Notice(s) of Adjournment shall be filed without further mailed notice to parties-in-interest.

Dated: New York, New York
July 24, 2013

BAKER & HOSTETLER LLP

By: */s/ David J. Sheehan*
David J. Sheehan
dsheehan@bakerlaw.com
Karin Scholz Jenson
kjenson@bakerlaw.com
Edward J. Jacobs
ejacobs@bakerlaw.com
Sarah Jane T.C. Truong
struong@bakerlaw.com

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300293895

2