**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
Yani Indrajana Ho

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

I, Yani Indrajana Ho, being duly sworn, depose and say: I am not a party to the action, am over 18 years of age and am employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019, and that on July 24, 2013 I caused to be served the

- **Trustee's Amended Motion for an Order: (I) Establishing Procedures for Third-Party Data Rooms; and (II) Modifying the June 6, 2011 Litigation Protective Order**

by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth in Schedule A, attached hereto, and by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery in Schedule B, attached hereto.

*/s/* Yani Indrajana Ho
YANI INDRAJANA HO

Sworn to before me this
25th day of July 2013

/s/ Maritza Segarra
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2013

## **SCHEDULE A**

| | |
|---|---|
| BENTLEY P. STANSBURY III, ESQ.<br>KEESAL YOUNG & LOGAN<br>LONG BEACH, CA 90801-1730 | OAKWOOD ASSOCIATES<br>c/o LAWRENCE SIMON<br>MUTTONTOWN, NY 11791 |
| CHARLES T. SPADA<br>LANKLER SIFFERT & WOHL LLP<br>NEW YORK, NY 10010 | OAKWOOD ASSOCIATES MANAGEMENT LLC<br>c/o IVY ASSET MANAGEMENT, LLC<br>UNIONDALE, NY 11556 |
| DANIEL JACOBS<br>BOCA RATON, FL 33496 | OAKWOOD ASSOCIATES MANAGEMENT LLC<br>c/o IVY ASSET MANAGEMENT, LLC<br>JERICHO, NY 11753 |
| EMILY S. STARR<br>BOYLSTON, MA 01505 | OAKWOOD ASSOCIATES MANAGEMENT LLC<br>c/o LAWRENCE SIMON<br>MUTTONTOWN, NY 11791 |
| FRANCES BLUM<br>BRONX, NY 10463 | PETER G. HILBERT, ESQ.<br>JONES DAY<br>CLEVELAND, OH 44114-1190 |
| HARVEY KRAUSS<br>NEW YORK, NY 10022 | RICHARD J. BEDELL, JR., ESQ.<br>JONES DAY<br>CLEVELAND, OH 44114-1190 |
| HARVEY KRAUSS<br>NEW YORK, NY 10158-0125 | STEPHEN CHAPLIN<br>STAMFORD, CT 06902-1100 |
| HELEN STARR TRUST<br>c/o EMILY S. STARR<br>BOYLSTON, MA 01505 | XYZ CORP. - [REDACTED – UNDER SEAL] |
| JEANNIE R. RUBIN, ESQ.<br>LANKLER SIFFERT & WOHL LLP<br>NEW YORK, NY 10010 | PROSKAUER ROSE LLP<br>COUNSEL FOR XYZ1 CORP. – [REDACTED – UNDER SEAL] |
| JODI S. COHEN, ESQ.<br>KEESAL YOUNG & LOGAN<br>LONG BEACH, CA 90801-1730 | COOLEY LLP<br>COUNSEL FOR XYZ2 CORP. – [REDACTED – UNDER SEAL] |
| JOHN SAUDER<br>AUSTIN, TX 78703 | PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>COUNSEL FOR XYZ3 CORP. – [REDACTED – UNDER SEAL] |
| KENNETH I. SCHACTER, ESQ.<br>BINGHAM MCCUTCHEN LLP<br>NEW YORK, NY 10022-4689 | XYZ4 CORP. - [REDACTED – UNDER SEAL] |
| LAURA J. STARR<br>WEST LAFAYETTE, IN 47906 | XYZ9 CORP. - [REDACTED – UNDER SEAL] |

| | |
|---|---|
| OAKWOOD ASSOCIATES<br>c/o IVY ASSET MANAGEMENT, LLC<br>UNIONDALE, NY 11556 | XYZ5 CORP. - [REDACTED – UNDER SEAL] |
| OAKWOOD ASSOCIATES<br>c/o IVY ASSET MANAGEMENT, LLC<br>JERICHO, NY 11753 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>COUNSEL FOR XYZ6 CORP. – [REDACTED – UNDER SEAL] |

## **SCHEDULE B**

AJAKOBY@HERRICK.COM

BWHITELEY@HBLAW.COM

CMARCOTTE@HBLAW.COM

CSPADA@LSWLAW.COM

DONFRIEDKIN@MINDSPRING.COM

DOUGLAS.EDWARDS@WELLSFARGO.COM

ESCHMIDT@HERRICK.COM

FRANKEL@CLM.COM

JNICHOLS@HBLAW.COM

JROSENTHAL@CGSH.COM

JRUBIN@LSWLAW.COM

LAUREN.HOELZER@WEIL.COM

LLIMAN@CGSH.COM

MLORENZO@KELLEYDRYE.COM

MOSS@MOSSKALISH.COM

MWEXELBAUM@SBKLAW.COM

REBECCA.BRAZZANO@THOMPSONHINE.COM

SESSER@CLM.COM

STEVE@ROSENFELDLAW.COM

TAB@ROSENFELDLAW.COM

TRIVIGNO@CLM.COM

WGERARD@CHADBOURNE.COM

XYZ7 CORP. - [REDACTED – UNDER SEAL]

XYZ8 CORP. - [REDACTED – UNDER SEAL]