**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**ORDER GRANTING LEAVE
TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 2090-1(e) and upon consideration of the Motion for Leave to Withdraw as Counsel of Record (the "Motion") filed by Milberg LLP and Seeger Weiss LLP, and due and sufficient notice of the Motion having been given; and the Court having reviewed the Motion and the papers submitted therewith; and based upon the record of the case; and the Court having determined that the relief requested in the Motion is appropriate; and good and sufficient cause appearing therefore; it is hereby:

   ORDERED that the Motion is granted; and it is further

2

ORDERED that Milberg LLP and Seeger Weiss LLP are no longer counsel of record for the Diana Melton Trust, Dated 12/05/05 (Account Number 1ZA699), the Melton Family LLC (Account number 1ZA894), and Ernest Melton (Account Number 1ZR043).

Dated: New York, New York
      July 30, 2013          /s/Burton R. Lifland_____
                                      UNITED STATES BANKRUPTCY JUDGE