UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Melissa L. Romano, being duly affirmed according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, special counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff in the above-captioned cases, and that on the 24th day of July, 2013, she caused copies of the following pleading(s) to be served, in the manner indicated, to those parties on the attached service list:

- **Trustee's Amended Motion for Orders: (I) Establishing Procedures for Third-Party Data Rooms; and (II) Modifying the June 6, 2011 Litigation Protective Order [Docket No. 5419]**

_____
Melissa L. Romano

AFFIRMED TO AND SUBSCRIBED before me this _31_ day July, 2013.

_____
Notary Public

01:13962070.1

DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 29, 2016

## SERVICE LIST

Lawrence B. Friedman, Esq.
Lisa Vicens, Esq.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email:  *lfriedman@cgsh.com*
        *evicens@cgsh.com*

*(Crédit Agricole (Suisse) S.A. and Crédit Agricole S.A. - Adv. 12-01022) & (Crédit Agricole Corp. & Investment Bank d/b/a Crédit Agricole Private Banking Miami - Adv. 12-01670)*

***Electronic Mail & First Class Mail***

Thomas B. Kinzler, Esq.
Daniel Schimmel, Esq.
Jaclyn Metzinger, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
*tkinzler@kelleydrye.com*
*dschimmel@kelleydrye.com*
*jmetzinger@kelleydrye.com*

*(Caceis Bank Luxembourg and Caceis Bank - Adv. 11-02758)*

***Electronic Mail & First Class Mail***

Alan D. Halperin, Esq.
Scott A. Ziluck, Esq.
Halperin Battaglia Raicht, LLP
555 Madison Avenue - 9th Floor
New York, NY 10022
Telephone: (212) 765-9100
Facsimile:  (212) 765-0964
Email:  *ahalperin@halperinlaw.net*
        *sziluck@halperinlaw.net*

*(Gail Nessel - Adv. 10-04351)*

***Electronic Mail & First Class Mail***

Elliot Moskowitz, Esq
Andrew Ditchfield, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:  *elliot.moskowitz@davispolk.com*
        *andrew.ditchfield@davispolk.com*

*(Intesa/Eurizon Defendants - Adv. 12-01680)*

***Electronic Mail & First Class Mail***

David A. Rosenzweig, Esq.
David L. Barrack, Esq.
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 318-3400
Facsimile: (212) 318-3400
Email: *drosenzweig@fulbright.com*
*dbarrack@fulbright.com*

*(Northern Trust, N.A. as Sucessor to the Melvin B. Nessel 2006 Trust -Adv. 10-04351) & (Northern Trust, N.A., f/k/a Northern Trust Bank of Florida, N.A., a National Association, in Its Capacity as Personal Representative of The Estate of Sylvia W. Lock, in Its Capacity as Trustee of the Sylvia W. Lock Declaration of Trust, Dated April 13, 1982, and In Its Capacity as Trustee of The Melvin N. Lock Trust – Adv. 10-05410)*

***Electrontic Mail & First Class Mail***

Bruce M. Sabados, Esq
Anthony Paccione, Esq.
Mark Ciani, Esq.
Allison Wuertz, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
*Bruce.sabados@kattenlaw.com*
*Anthony.paccione@kattenlaw.com*
*Allison.wuertz@kattenlaw.com*

*(Barfield Nominees Limited and Northern Trust Corp. - Adv. No. 12-01669)*

***Electrontic Mail & First Class Mail***

Jonathon D. Warner, Esq.
Warner & Scheuerman
6 West 18th Street, 10th Floor
New York, NY 10011
Telephone: (212) 924-7111
Facsimile: (212) 924-6111
Email: *jdwarner@warnerandscheuerman.com*

(*Lorraine Lock Nosworthy, Amanda Goldberg Snyderman s/h/a Synderman, Jeremy Goldberg, Elena Elkin, Joshua Elkin, Frederick Goldberg, Alyssa Goldberg, Meredith Goldberg, Joan Elkin Madison, Susan Siegal, Pamela W. Goldberg and James Nosworthy – Adv. 10-05410) & (Paul Rampell, as Former Trustee for the Melvin B. Nelson Revocable Trust and as former co-Trustee of the Melvin B. Nessel 2006 Trust; John Nessel; and Gregory Antoniazzi – Adv. 10-4351)*

**Electrontic Mail & First Class Mail**