BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

      I, **Bochy Lora**, being duly sworn, depose and say:  I am more than eighteen years old and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On July 24, 2013, I served the:

- **Trustee's Notice and Amended Motion for an Order (I) Establishing Procedures for Third-Party Data Rooms; and (II) Modifying the June 6, 2011 Litigation Protective Order, [ECF No. 5419]**

by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Exhibit 1.

On July 30, 2013, I also served the:

- **Trustee's Notice and Amended Motion for an Order (I) Establishing Procedures for Third-Party Data Rooms; and (II) Modifying the June 6, 2011 Litigation Protective Order, [ECF No. 5419]**

by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Exhibit 2.

**TO:** *See Attached Exhibit 1 and Exhibit 2*

_____
BOCHY LORA

Sworn to before me this
1st day of August, 2013

_____
Notary Public

RAMON C. CABRERA, JR.
Notary Public, State of New York
No. 01CA6155386, Qualified in Bronx County
Certificate Filed in New York County
Commission Expires 11/13/2014

300294956.1