# EXHIBIT 1

| | |
|---|---|
| Abraham B. Goldner<br>New York, NY 10016 | Adam M. Johnson, Legal Department<br>Department of Justice, Federal Bureau of Prisons<br>New York, NY 10007 |
| Alexander Denerstein<br>Denver, CO 80206 | Angela Mattia<br>Schwartz & Company LLP<br>Bellmore, NY 11710 |
| Anthony Fernandez<br>Quantum<br>Coral Gables, FL 33146 | Barbara A. Ward, Esq.<br>United States Attorneys Office<br>New York, NY 10007 |
| Barbara Bergson<br>Monroe Township, NJ 08831 | Barry A. Schwartz<br>100 Merrick Road<br>Rockville Centre, NY 11570 |
| Bradley Reifler<br>Forefront Capital<br>New York, NY 10022 | Carole Anne Foehl, Esq.<br>The Commonwealth of Massachusetts, Securities Division<br>Boston, MA 02108 |

| | |
|---|---|
| Carolyn J. Kasky<br>Yardley, PA 19067 | Carolyn S. Golub<br>Neuberger Berman<br>New York, NY 10158 |
| CME Clearing House<br>Legal Department<br>Chicago, IL 60606 | Darrell Hack Lorentzen<br>Greenwich, CT 06830 |
| David C. Lowles<br>Hendersonville, NC 28791 | David Goldstein<br>Hymson Goldstein & Pantiliat, PLLC<br>Scottsdale, AZ 85254 |
| David Van Benschoten, Esq.<br>Francello & Van Benschoten<br>Saugerties, NY 12477 | Donna Koontz<br>M & T Bank<br>Buffalo, NY 14240 |
| Edward S. Seradzky, Esq.<br>Bloomfield, NJ 07003 | Elizabeth K. Smart<br>Colchis Capital Management LLC<br>San Francisco, CA 94111 |

Frank Vitiello, Jr.
Cape May Court House, NJ 08210

Fred F. Nazem
Hedgeworth Capital
New York, NY 10022

Genevieve Trombley
Charles Schwab & Co., Inc.
San Francisco, CA 94105

Gina Vitiello
Bridgeport, Ct 06606

Grace M. Lippincott
Chubb & Son
Warren, NJ 07059

Howard Bernstein - Chief Compliance Officer
Merriman Curhan Ford
San Francisco, CA 94108

Howard Kleinhandler
Wachtel Masyr & Missry
New York, NY 10017

James P. Pagano
New York, NY 10007

John Ippolito and Jodie Ippolito J/T WROS
Staten Island, NY 10306

John L. Conover
CohnReznick
Roseland, NJ 07068

| | |
|---|---|
| Joseph Avellino<br>Long Valley, NJ 07853 | Joseph Campanella<br>Fort Lauderdale, FL 33301 |
| Julie Flakstad<br>Blow Styling Salon LLC<br>New York, NY 10014 | Laura N. Jasinsky<br>Jasinsky Immigration Law<br>Stamford, CT 06905 |
| Law Department<br>Transamerica Life Insurance Company<br>Los Angeles, CA 90015 | Law Department<br>Wells Fargo<br>Charlotte, NC 28202 |
| Law Enforcement Relations Group<br>T-Mobile USA<br>Parsippany, NJ 07054 | Lawrence E. Tofel<br>Tofel & Partners<br>New York, NY 10022 |
| Legal Department<br>Apple Bank for Savings<br>New York, NY 10168 | Legal Department<br>Astoria Federal Savings<br>Lake Success, NY 11042 |

Legal Department
AT&T Mobility
Dallas, TX 75202

Legal Department
Bank Atlantic
Winston Salem, NC 27101

Legal Department
Branch Banking & Trust Co.
Winston Salem, NC 27101

Legal Department
Bridgehampton National Bank
Bridgehamtpon, NY 11932

Legal Department
Capital One, N.A.
Richmond, VA 23238

Legal Department
Coecles Harbor Marina & Boatyard Inc.
Shelter Island, NY 11964

Legal Department
Union First Market Bank
Richmond, VA 23219

Legal Department
Globeop Financial Services LLP
New York, NY 10019

Legal Department
The Goldman Sachs Group, Inc.
New York, NY 10282

Legal Department
BMO Harris Bank N.A.
Chicago, IL 60603

Legal Department
Interactive Brokers Group, Inc.
Chicgao, IL 60604

Legal Department
Janco Partners, Inc.
Greenwood Village, CO 80111

Legal Department
Jefferies & Company Inc.
New York, NY 10022

Legal Department
Linkbrokers Derivatives LLC
New York, NY 10013

Legal Department
Nantucket Savings
Nantucket, MA 02554

Legal Department
New York Community Bank
Westbury, NY 11590

Legal Department
The Northern Trust Company
Chicago, IL 60603

Legal Department
The Northern Trust International Banking Corp.
Chicago, IL 60603

Legal Department
Republic Bank
Louisville, KY 40202

Legal Department
SD&M Investments
New Windsor, NY 12553

Legal Department
Singer & Lusardi
Worcester, MA 01608

Legal Department
Sprint Nextel
Overland Park, KS 66251

Legal Department
Valley National Bank
Wayne, NJ 07470

Legal Department
SunTrust Bank
Orlando, FL 32801

Legal Department
TransUnion
Chicago, IL 60661

Legal Department
US Bank
Minneapolis, MN 55402

Legal Department
USAA Federal Savings Bank
San Antonio, TX 78288

Legal Department
Eastern Bank
Lynn, MA 01901

Legal Department
Webster Bank
Yonkers, NY 10710

Legal Department - Renee McManus
FirstTrust Bank
Conshohocken, PA 19428

| | |
|---|---|
| Legal Department -Alice Quinn<br>Automatic Data Processing, Inc., Corporate Headquarters<br>Roseland, NJ 07068 | Legal Department/Chief Compliance Officer<br>Wall Street Access<br>New York, NY 10004 |
| Lisa Coitino<br>First National Bank of Long Island<br>Glen Head, NY 11545 | Marc Brunengraber<br>Law Offices Feldherr & Feldherr<br>Westbury, NY 11590 |
| Marina Velardi<br>Experian<br>Costa Mesa, CA 92626 | Marjorie Schultz<br>Miami Beach, FL 33139 |
| Mark Solomon<br>Investment Technology Group<br>New York, NY 10017 | Martin H. Bodian<br>Melville, NY 11747 |
| Mayra A. Espinola<br>City National Bank<br>Miami, FL 33130 | Michael Carbonaro<br>Provident Bank<br>New York, NY 10018 |

| | |
|---|---|
| Michael Pochna<br>Diligence<br>New York, NY 10036 | Mr. A. Michael Lipper<br>Summit, NJ 07902 |
| Nancy Morton<br>Bank of Tokyo-Mitsubishi UFJ Trust Company<br>New York, NY 10020 | Office of Consumer Affairs<br>Equifax Information Services LLC<br>Atlanta, GA 30348 |
| Philip E. Miller<br>Law Offices of Philip Miller<br>Old Bridge, NJ 08857 | Recovery/Compliance Department<br>Bloomingdale's<br>Mason, OH 45040 |
| Regions Financial Corporation - Legal Department<br>Regions Bank<br>Birmingham, AL 35203 | Research and Subpoena Services - M/C 7546<br>Comerica Bank<br>Detroit, MI 48275 |
| Richard H. Bergman<br>Bergman & Jacobs<br>Hollywood, FL 33020 | Richard R. George<br>The Allied Group<br>Brockport, NY 14420 |

Robert Denerstein
Englewood, CO 80113

Robert Vitiello
Cape May Court House, NJ 08210

Rosemarie Lombard
Acorn Advisory Capital, L.P.
New York, NY 10022

Securities & Exchange Commission
Legal Department
New York, NY 10281

Shannon Tahoe - Office of Counsel
New York State Education Department
AlbaNew York, NY 12234

Sheryl Weinstein
Eastport, NY 11941

Shirley Solomon
New Port Richey, FL 34652

Steven M. Feder, Esq.
Feder Law Firm
Denver, CO 80202

Steven Y. Quintero
Cambridge Associates LLC
Boston, MA 02110

Sunshine J. Smith
First Republic Bank
San Francisco, CA 94111

| | |
|---|---|
| Thomas A. Floyd<br>Alsip, IL 60803 | Verner So<br>Neustar<br>Sterling, VA 20166 |
| William P. Ward<br>William P. Ward, P.C.<br>Lynbrook, NY 11563 | Legal Department<br>National Bank of Canada<br>Laval, Quebec H7N 1A2 |
| Mag. Michael Radasztics<br>The Public Prosecutor Office- Vienna<br>Vienna, 1080 | Ms. Brigitte Kaiser and Dr. Christine Brucker<br>Office of the Public Prosecutor<br>9490 Vaduz, |
| Mr. Wolfgang Hedel<br>Wirtschaftsprufungsgesellschaft GmbH<br>Munich, | Ally Bank<br>Attn: Law Department<br>Midvale, UT 84047 |
| Laura Rowland<br>Bank of America<br>Utica, NY 13502 | Community Bank of Colorado<br>Greenwood Village, CO 80111 |

David Muschel
Englewood, NJ 07631

Debra Brown
Mt. Pleasant, SC 29466

Elaine Solomon
Miami, FL 33131

Elizabeth Davis
Advent Software, Inc.
San Francisco, CA 94103

Fatima del Valle
First Bank of Florida - Legal
Miami, FL 33126

Gerald Schwartz
Hewlett, NY 11557

Harrichand Persaud
Mahwah, NJ 07430

James T. Walsh
McCanliss & Early LLP
New York, NY 10005

Ja'mese Sconiers
Suntrust Bank
Orlando, FL 32809

Jessica Crewe
Oakland, CA 94609

Joseph Reese
Pittsford, NY 14534

Joyce Calabro
Port Chester, NY 10573

Karen S. Billings
New York, NY 10012

Kathleen Carlson
Northern Trust Company
Chicago, IL 60603

Marguerite Mangin
Bridgehampton, NY 11932

Mohandai Surajballi
Kew Gardens, NY 11415

Paula M. Moran, Director, Retirement Plan Services
EBS-RMSCO, Inc.
Fairport, NY 14450

William J. Anastasiades
Pension Consultants
Farmington, CT 0.06032

Pershing - Legal Dept
Lake Mary, FL 32746

Robert Rosenthal
First Long Island Investors, LLC
Jericho, NY 11753

Sherry McKenzie
Encinitas, CA 92024

Stefan Zellmer
New York, NY 10128

Stephan A. Feinberg
c/o Cerberus Capital Management LP
New York, NY 10022

SunTrust Bank
Subpoena Department-FL ORL 7136
Orlando, FL 32809

US Bank
US Bank Corporate Law Department
Minneapolis, MN 55402

Ally Bank
Attn: Law Department
Midvale, UT 84047

Laura Rowland
Bank of America
Utica, NY 13502

Community Bank of Colorado
Greenwood Village, CO 80111

David Muschel
Englewood, NJ 07631

Debra Brown
Mt. Pleasant, SC 29466

Elaine Solomon
Miami, FL 33131

Elizabeth Davis
Advent Software, Inc.
San Francisco, CA 94103

Fatima del Valle
First Bank of Florida - Legal
Miami, FL 33126

Gerald Schwartz
Hewlett, NY 11557

Harrichand Persaud
Mahwah, NJ 07430

James T. Walsh
McCanliss & Early LLP
New York, NY 10005

Ja'mese Sconiers
Suntrust Bank
Orlando, FL 32809

Jessica Crewe
Oakland, CA 94609

Joseph Reese
Pittsford, NY 14534

Joyce Calabro
Port Chester, NY 10573

Karen S. Billings
New York, NY 10012

Kathleen Carlson
Northern Trust Company
Chicago, IL 60603

Marguerite Mangin
Bridgehampton, NY 11932

Mohandai Surajballi
Kew Gardens, NY 11415

Paula M. Moran, Director, Retirement Plan Services
EBS-RMSCO, Inc.
Fairport, NY 14450

William J. Anastasiades
Pension Consultants
Farmington, CT 06032

Pershing - Legal Dept
Lake Mary, FL 32746

Robert Rosenthal
First Long Island Investors, LLC
Jericho, NY 11753

Sherry McKenzie
Encinitas, CA 92024

Stefan Zellmer
New York, NY 10128

| | |
|---|---|
| Stephan A. Feinberg<br>c/o Cerberus Capital Management LP<br>New York, NY 10022 | SunTrust Bank<br>Subpoena Department-FL ORL 7136<br>Orlando, FL 32809 |
| US Bank<br>US Bank Corporate Law Department<br>Minneapolis, MN 55402 | |