# EXHIBIT 2

| | |
|---|---|
| Legal Department | Ira H. Goldman |
| City National Bank | Shipman & Goodwin LLP |
| Los Angeles, CA 90071 | Hartford, CT 06103 |
| | |
| James M. Davin | Morris J. Amitay |
| Davin Capital Corporation | Washington, DC 20001 |
| New York, NY 10128 | |
| | |
| Rachel T. Copenhaver | Norman Kaplan |
| Vedder Price | Law Office of Norman Kaplan |
| New York, NY 10019 | Great Neck, NY 11021 |