**Schedule 2**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

**NOTICE OF WITHDRAWAL OF OBJECTIONS**

Richard M Friedman, as Executor of the Estate of Shirley Friedman (the "Claimant"), having filed the objections (the "Objections", Docket Nos. 2376 and 2435) to the Trustee's Notices of Determination of Claims respecting Claimant's customer claims (Nos. 011769 and 002620), hereby gives notice that he has withdrawn such Objections.

Dated: June 24, 2013

Helen Davis Chaitman, Esq.
(On behalf of Richard Friedman as Executor of the Estate of Shirley Friedman)
Becker & Poliakoff, LLP
45 Broadway, 11th Floor
New York, New York10006