**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | No. 08-01789 (BRL) |
| v. | ) ) | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) ) ) ) | (Substantively Consolidated) |
| Defendant. | ) ) | |
| In re: | ) ) | |
| BERNARD L. MADOFF , | ) ) | |
| Debtor. | ) ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

I, Laura Campbell declare:

1.    I am over the age of 18 years and not a party to the within action.

2.    I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3.    Employees of DRC, under my supervision served a true and accurate copy of the:

(i)    "Notice of Trustee's Amended Motion for an Order: (I) Establishing Procedures for Third-Party Data Rooms; and (II) Modifying the June 6, 2011 Litigation Protective Order", and the "Trustee's Amended Motion for an Order: (I) Establishing Procedures for Third-Party Data Rooms; and (II) Modifying the June 6, 2011 Litigation Protective Order" (Docket No. 5419); and the

(ii)    "ECF Filing Receipt, as set forth in Exhibit 1, attached hereto,

MADOFF00016A

upon the parties as set forth in <u>Exhibit 2</u>, attached hereto, via electronic mail.

4.      Said service was completed on August 1, 2013.

5.      I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 1st day of August, 2013 New York, New York

By _____
                          Laura Campbell

Sworn before me this
1st day of August, 2013

_____
Notary Public

SUYO JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
NO. 01KI6211378
COMM. EXP. September 14, 2013

MADOFF 00016A

**EXHIBIT 1**

**File a Motion:**

08-01789-brl Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC. et a

**U.S. Bankruptcy Court**

**Southern District of New York**

Notice of Electronic Filing

The following transaction was received from David J. Sheehan entered on 7/24/2013 at 10:34 AM and filed on 7/24/2013
**Case Name:**        Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC. et a
**Case Number:**    08-01789-brl
**Document Number:** 5419

**Docket Text:**
Motion to Approve / *Trustee's Amended Motion for an Order: (I) Establishing Procedures for Third-Party Data Rooms; and (II) Modifying the June 6, 2011 Litigation Protective Order* (related document(s)[4137], [4624]) filed by David J. Sheehan on behalf of Irving H. Picard. with hearing to be held on 9/17/2013 at 10:00 AM at Courtroom 623 (BRL) (Attachments: # (1) Notice of Motion # (2) Exhibit A to Motion # (3) Exhibit B to Motion) (Sheehan, David)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Users\Obitman\Desktop\Filings\Filing of 7_24_13\Trustee's Amended Motion for Third-Party Data Rooms and Modifying LPO (SIPC v BLMIS).pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=7/24/2013] [FileNumber=12795697-0]
[82a02c0a11e723dec66d896c1f18f4f48e5ca6aafcb7eff16d8c56b010e5f3dbf740
b99f760ae063a2d5f207733240b3b80fa209f0bcfe38b0a3374ffa0a90f6]]
**Document description:**Notice of Motion
**Original filename:**C:\Users\Obitman\Desktop\Filings\Filing of 7_24_13\Notice of Trustee's Amended Motion for Third-Party Data Rooms and Modifying LPO (SIPC v BLMIS).pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=7/24/2013] [FileNumber=12795697-1]
[a693809560808b033bff02c53c8c4f84adb27bfe189ffd3648d53c9a054d1f1a5577
635abe96174e2402abe58957e0c03bddea56b6aa12df627f79c2b0257526]]
**Document description:**Exhibit A to Motion
**Original filename:**C:\Users\Obitman\Desktop\Filings\Filing of 7_24_13\Exhibit A - Proposed Order Establishing Procedures for Third-Party Data Rooms.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=7/24/2013] [FileNumber=12795697-2]
[8443756dc8b4c1f882ec29fe266edb12756c1d3ba67bf6a4e4fe5e39538e8763184e
11a62541e732f4deaed41de72b25307adb193e4b5fbbc8c4cf54c0dd71c4]]
**Document description:**Exhibit B to Motion
**Original filename:**C:\Users\Obitman\Desktop\Filings\Filing of 7_24_13\Exhibit B - Proposed Order Modifying the Litigation Protective Order.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=7/24/2013] [FileNumber=12795697-3]
[6ee4d8265476e4cf124cc665819ce71756953e57921ecbfd82fbab145f7b28988844
7e8e7731e1bfb3ffaac33d17fe4b761a93e7d868ad360ba0c0ff90ad577e]]


**08-01789-brl Notice will be electronically mailed to:**

Robert Alan Abrams on behalf of Defendant Jeanne T. Spring Trust
rabrams@katskykorins.com

Nathan D. Adler on behalf of Defendant 20:20 Medici AG
nda@ngrg.com

Anna Conlon Aguilar on behalf of Unknown Karen Davis
aaguilar@conlonaguilar.com

Kathleen M. Aiello on behalf of Attorney Fox Rothschild LLP
kaiello@foxrothschild.com

Emily Alexander on behalf of Unknown FutureSelect Prime Advisor II, LLC, Merriwell Fund, LP, Telesis II, LLC, RCW Group, Inc. Ronald Ward and Dianne Ward
emilyalexander@tafattorneys.com

Paul H. Aloe on behalf of Defendant Ringler Partners LP
paloe@kudmanlaw.com, lwhite@kudmanlaw.com

Parvin K. Aminolroaya on behalf of Defendant Joseph S. Popkin Revocable Trust Dated February 9, 2006, a Florida Trust
paminolroaya@seegerweiss.com, dmora@seegerweiss.com;lholbrook@seegerweiss.com

Joshua S. Androphy on behalf of Defendant Marvin L. Olshan
jandrophy@olshanlaw.com, docketclerk@olshanlaw.com

Stanley S. Arkin on behalf of Defendant Steven B. Mendelow
sarkin@arkin-law.com, ppope@arkin-law.com;hkaplan@arkin-law.com

Jan Douglas Atlas on behalf of Unknown Family Partners, LLP

atlas@kolawyers.com, cardoso@kolawyers.com;way@kolawyers.com

Martin J. Auerbach on behalf of Defendant Sumner Feldberg LP II
auerbach@mjaesq.com

Elizabeth Austin on behalf of Defendant Retirement Program for Employees of the Town of Fairfield
ea@pullcom.com, jgrossarth@pullcom.com

Robert H. Avaunt on behalf of Unknown Bonnie S Mattozzi
ravaunt@gmail.com

Ernest E. Badway on behalf of Creditor Iris Schaum
ebadway@foxrothschild.com

Susan F. Balaschak on behalf of Creditor David and Irma Gross
susan.balaschak@akerman.com

David M. Banker on behalf of Creditor Cornerstone Capital, Inc.
dbanker@lowenstein.com, echafetz@lowenstein.com;lbonito@lowenstein.com

Christopher L. Barnett on behalf of Defendant Isaac Jimmy Mayer
cbarnett@stearnsweaver.com, cgraver@stearnsweaver.com

Jonathan R. Barr on behalf of Trustee Irving H. Picard
jbarr@bakerlaw.com

David L. Barrack on behalf of Unknown Stuart Perlen
dbarrack@fulbright.com

William J. Barrett on behalf of Defendant Financiere Agache
william.barrett@bfkn.com

Thomas P. Battistoni on behalf of Creditor Barclaytrust Channel Islands Limited, Lady Honor Svejdar Will Trust, Fourth Earl of Iveagh's Family Trust, Rory Guinness Family Settlement, The PFNP Settlement
tbattistoni@schiffhardin.com

Kevin H. Bell on behalf of Plaintiff Securities Investor Protection Corporation
kbell@sipc.org, rcotchan@sipc.org

Shaya M. Berger on behalf of Unknown Dickstein Shapiro LLP
bergers@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Jessica G. Berman on behalf of Defendant Richard J. Geronemus, individually, in his capacity as Persnl Reprtve for the Estate of Saul A. Geronemus, and in his capacity as Successor Trustee of the Saul A. Geronemus Revocable Trust dtd 6/26/92
jberman@msek.com

James L. Bernard on behalf of Unknown Benmar Family L.P.
jbernard@stroock.com, insolvency@stroock.com

Richard Bernard on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.cgm

Richard J. Bernard on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com

Richard J. Bernard on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com

Richard J. Bernard on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com

Richard J. Bernard on behalf of Unknown David J. Sheehan
rbernard@foley.com

Jeffrey L. Bernfeld on behalf of Creditor John Maccabee & Sherry Morse Maccabee Living Trust Dated 1/24/97
jeffreybernfeld@bernfeld-dematteo.com

Daniel B. Besikof on behalf of Counter-Claimant The Appleby Productions Ltd. Defined Contribution Plan
dbesikof@loeb.com

Tammy P. Bieber on behalf of Defendant Luc D. Estenne
bieber@thsh.com, litpara@thsh.com

Peter D. Bilowz on behalf of Defendant Fine K-S Trust
pbilowz@goulstonstorrs.com

Javier Bleichmar on behalf of Defendant Matias Erausquin, Enrique Erausquin, Liliana Controne and Yolanda Frischknecht on behalf of themselves and those they purport to represent
jbleichmar@labaton.com

Mark A. Blount on behalf of Unknown Alvin Delaire

mblount@tessercohen.com

Carmine Boccuzzi on behalf of Defendant Citibank North America, Inc.
maofiling@cgsh.com, cboccuzzi@cgsh.com

Marc Bogatin on behalf of Counter-Claimant FGLS Equity LLC
marcbogatin@yahoo.com

Fernando A Bohorquez on behalf of Plaintiff Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and the Estate of Bernard L. Madoff
bhaa@bakerlaw.com

Ina Bort on behalf of Interested Party Certain American Securities Defendants
ibort@kvwmail.com

Lucille B. Brennan on behalf of Creditor The Harold R. Rudnick Trust
lbbankruptcy@ftwlaw.com

Kirk L. Brett on behalf of Creditor ASM Capital, L.P.
kbrett@dsllp.com

Thomas E. Brett on behalf of Unknown Jennie Brett
westburybretts@aol.com

Seanna Brown on behalf of Counter-Claimant Irving H. Picard
sbrown@bakerlaw.com, bhlitdocket@bakerlaw.com

Michael Z. Brownstein on behalf of Defendant Stanley Kreitman
mbrownstein@blankrome.com

George Brunelle on behalf of Creditor BK Interest, LLC
gbrunelle@brunellelaw.com, ahadjikow@brunellelaw.com

Jacob Buchdahl on behalf of Unknown Elirion Associates, Inc. Empl. Pension Plan and Trust
jbuchdahl@susmangodfrey.com, mchristie@susmangodfrey.com

John J. Burke on behalf of Trustee Irving H. Picard
jburke@bakerlaw.com

Michael P. Burke on behalf of Defendant Chester Global Strategy Fund
mburke@wmd-law.com

Jeff E. Butler on behalf of Defendant Cardinal Management, Inc.
jeff.butler@cliffordchance.com, alexander.feldman@cliffordchance.com;MCO@cliffordchance.com

Carlos J. Canino on behalf of Defendant Isaac Jimmy Mayer
ccanino@stearnsweaver.com, cgraver@stearnsweaver.com;valfonso@stearnsweaver.com

Helen V. Cantwell on behalf of Unknown Ameeta Vijayvergiya
hvcantwe@debevoise.com, mao-bk-ecf@debevoise.com

Susan Capote on behalf of Unknown Ermitage Finance Corporation
scapote@lewistein.com

John F. Carberry on behalf of Defendant Stanley R. Rawn Jr 5/04 Grat
jcarberry@cl-law.com

Roy H. Carlin on behalf of Defendant Orconsult SA
rcarlin@carlinlawoffices.com

John Hatchett Carney on behalf of Defendant Richard M. Balzarini
jcarney@johncarney.com, dhaas@johncarney.com;kpike@johncarney.com;mahern@johncarney.com

Hunter T. Carter on behalf of Unknown Sanford Guritzky, Brenda Guritzky, Dana Guritzky Mandelbaum, Ronald P. Guritzky, Guritzky Family Partnership LP,
and Brenda H. Guritzky as Trustee of Trust B U/W George H. Hurwitz
carter.hunter@arentfox.com, johnson.shawanna@arentfox.com

Gerard Sylvester Catalanello on behalf of Creditor Brian Ross c/o Duane Morris LLP
gcatalanello@duanemorris.com, gcatalanello@duanemorris.com

Joseph P Cerato on behalf of Defendant Guy Anthony Cerato
j.jpclaw@comcast.net

Jonathan M. Cerrito on behalf of Unknown Bricklayers and Allied Craftmen Local 2 Aunnuity Fund ;
jmcerrito@bklawyers.com

Helen Chaitman on behalf of Creditor L & C Harwood, Trustees, CRT FBO Craig Harwood
HChaitman@becker-poliakoff.com, LBlanco@becker-poliakoff.com;JGorchkova@becker-poliakoff.com;vsirota@becker-poliakoff.com;cdavis@becker-
poliakoff.com

William L. Chapman on behalf of Unknown C.Thomas & Margaret H. Brown

wchapman@orr-reno.com

Bik Cheema on behalf of Trustee Irving H. Picard
bcheema@bakerlaw.com, bhlitdocket@bakerlaw.com

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Joseph Cioffi on behalf of Defendant Bloom Asset Holdings Fund
jcioffi@dglaw.com, jheatherton@dglaw.com

Michael V. Ciresi on behalf of Defendant Fiterman GST Exempt Marital Trust
mvciresi@rkmc.com

Richard A. Cirillo on behalf of Unknown Kookmin Bank
rcirillo@kslaw.com, jcmccullough@kslaw.com;kjacques@kslaw.com

Jennifer A. Clark on behalf of Unknown Bricklayers and Allied Craftmen Local 2 Aunnuity Fund ;
jaclark@bklawyers.com, lldemacy@bklawyers.com;jlratkowski@bklawyers.com

Sammantha Clegg on behalf of Plaintiff Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L. Madoff
sclegg@bakerlaw.com, bhlitdocket@bakerlaw.com

Jonathan D. Cogan on behalf of Defendant Sandra L. Manzke
jonathan.cogan@kobrekim.com

Joshua W. Cohen on behalf of Defendant Robin Gottlieb
jwcohen@daypitney.com, arametta@daypitney.com

Matthew H. Cohen on behalf of Defendant Ringler Partners LP
mcohen@dialglobal.com

Neal W. Cohen on behalf of Defendant Gail Nessel
ncohen@halperinlaw.net

John J Collins, Jr. on behalf of Unknown AlixPartners LLC
jcollins@alixpartners.com

Jonathan K. Cooperman on behalf of Defendant The Estate (Succession) of Doris Igoin
jcooperman@kelleydrye.com, docketing@kelleydrye.com,ksheridan@kelleydrye.com

Mark G Cunha on behalf of Defendant Chester Management Cayman Limited
mcunha@stblaw.com

Walter H. Curchack on behalf of Defendant Appleby Productions Ltd.
wcurchack@loeb.com, vrubinstein@loeb.com

Mark A. Cymrot on behalf of Plaintiff Irving H. Picard
mcymrot@bakerlaw.com, bhlitdocket@bakerlaw.com

Leonardo D'Alessandro on behalf of Defendant Estate of Syril Seiden
ldalessandro@milbermakris.com

Michael R. Dal Lago, on behalf of Creditor Maitland Trustees Limited-Task EBT, Maitland Trustees Ltd.-Tigine Trust, Brenthurst Absolute Return Fund
mdallago@hahnlaw.com, cmbeitel@hahnlaw.com;hlpcr@hahnlaw.com

Donald N. David on behalf of Defendant A & G Goldman Partnership, a New York Partnership
donald.david@akerman.com,
elissa.fudim@akerman.com;charlene.cerda@akerman.com;angela.lipscomb@akerman.com;kimberly.shinder@akerman.com;michael.goldberg@akerman.com

Scott I. Davidson on behalf of Interested Party BANK OF AMERICA
sdavidson@kslaw.com

Megan P. Davis on behalf of Defendant Panagiotis Sakellariou Settlement, an irrevocable trust u/a/d 12/17/92
mdavis@fzwz.com

LaShann M. DeArcy on behalf of Defendant Brierpatch Investment LLC, as successor in interest to Brierpatch Investment Limited Partnership
ldearcy@mofo.com, docketny@mofo.com

Paul R. DeFilippo on behalf of Defendant Chester Global Strategy Fund
pdefilippo@wmd-law.com, gparascondola@wmd-law.com;jgiampolo@wmd-law.com

James J. DeLuca on behalf of Defendant Joseph S. Eastern 2004 Irrevocable Trust, a New Jersey Trust
jdeluca@ohdlaw.com

Mandy DeRoche on behalf of Defendant Reliance International Research LLC
deroche@sewkis.com

Christopher M. Desiderio on behalf of Defendant Elaine Rosenberg
cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Benjamin P. Deutsch on behalf of Unknown The Betsy R. Gordon Sheerr Successor Trust
bdeutsch@schnader.com

Maria J. DiConza on behalf of Defendant Hurwitz Grandchildren Trust #2-B for Micheal B. Hurwitz
diconzam@gtlaw.com, petermann@gtlaw.com;cusumanod@gtlaw.com;lowena@gtlaw.com

Philip J Dichter on behalf of Defendant Dichter-Mad Family Partners, LLP
pjd90265@aol.com

Michael G Dickler on behalf of Defendant Levy Family Partners LLC
mdickler@sperling-law.com

Drew M. Dillworth on behalf of Unknown ISAAC JIMMY MAYER
ddillworth@stearnsweaver.com, bank@stearnsweaver.com

Vivian R. Drohan on behalf of Defendant Estate of Stanley Merwin Berman a/k/a Stanley M. Berman and Joyce C. Berman
vdrohan@dlkny.com

John H. Drucker on behalf of Defendant Adele Fox, individually and to the extent she purports to represent a class of those similarly situated
jdrucker@coleschotz.com;jdrucker@aol.com

Todd E. Duffy on behalf of Defendant Alpha Prime Asset Management Ltd.
tduffy@duffyamedeo.com

Sanford P. Dumain on behalf of Creditor June Pollack
sdumain@milberg.com

Brian Dunefsky on behalf of Unknown Angels Park Management SA
brian.dunefsky@withers.us.com

Andrew J. Ehrlich on behalf of Defendant Estate of Mark D. Madoff and Andrew H. Madoff Individually and as Executor of the Estate of Mark D. Madoff
aehrlich@paulweiss.com

David J. Eiseman on behalf of Defendant Peter Joseph
deiseman@golenbock.com, dreinhart@golenbock.com;eneuman@golenbock.com

Gary F. Eisenberg, on behalf of Interested Party Magnify, Inc.
geisenberg@perkinscoie.com, rborowitz@perkinscoie.com;AllanCollins@perkinscoie.com;docketnyc@perkinscoie.com

Brian K. Esser on behalf of Trustee Irving H. Picard
besser@bakerlaw.com

Steven D. Feinstein on behalf of Defendant Estate of Raanan Smelin
sfeinstein@gfnlaw.com

Michael S. Feldberg on behalf of Defendant ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.)
michael.feldberg@newyork.allenovery.com, kurt.vellek@allenovery.com;bethany.kriss@allenovery.com

Jeffrey D. Felder on behalf of Unknown The Richard and Deborah Felder Foundation
jfelder@bhfs.com

Richard B. Feldman on behalf of Defendant Linda Rituno
rfeldman@rfs-law.com, jmcdaniel@rfs-law.com

Christopher R. Fenton on behalf of Defendant Citrus Investment Holdings Ltd.
christopher.fenton@shearman.com, andrew.rodgers@shearman.com

Christopher Ferguson on behalf of Defendant Nancy Portnoy
cferguson@kflaw.com

Daniel J. Fetterman on behalf of Defendant JRAG, LLC
dfetterman@kasowitz.com, courtnotices@kasowitz.com

Andrea Fischer, on behalf of Creditor United States Fire Insurance Company
afischer@sflawgroup.com, jsantiago@sflawgroup.com

Stephen Fishbein on behalf of Interested Party Andrew N. Jaffe Trust U/D/T DTD 5/12/75 As Amended
sfishbein@shearman.com

Eric Fisher on behalf of Defendant David Mayer
fishere@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Jonathan L. Flaxer on behalf of Defendant Robert Korn Revocable Trust
jflaxer@golenbock.com, eneuman@golenbock.com;mweinstein@golenbock.com

Kiersten A. Fletcher on behalf of Defendant Brierpatch Investment LLC, as successor in interest to Brierpatch Investment Limited Partnership
kfletcher@mofo.com

Max Folkenflik on behalf of Unknown Allan R. Tessler, in his capacity as Trustee of CRS Revocable Trust
mfolkenflik@fmlaw.net

Jenny Lynn Fountain on behalf of Defendant Gerald J. Block
jlfountain@murraylaw.com

Gregory W. Fox on behalf of Defendant 10 Michael Drive Associates, L.P.
gfox@stutman.com

Elise Scherr Frejka on behalf of Creditor Adam Fisher Trust
efrejka@kramerlevin.com

Brad N. Friedman on behalf of Creditor June Pollack
bfriedman@milberg.com

Lawrence B. Friedman on behalf of Defendant BNP Paribas Securities Corp.
lfriedman@cgsh.com, maofiling@cgsh.com

Douglas L Furth on behalf of Defendant Elaine S. Stein
dfurth@golenbock.com, eneuman@golenbock.com;mweinstein@golenbock.com

Richard M. Gabor on behalf of Defendant Stuart Leventhal 2001 Irrevocable Trust
rgabor@gaborassociates.com

Jessie Morgan Gabriel on behalf of Trustee Irving H. Picard
jgabriel@bakerlaw.com

Christopher L. Gallinari on behalf of Defendant Brian H. Gerber
cgallinari@bellowspc.com, sgeller@bellowslaw.com;bhanahan@bellowslaw.com

Alan E. Gamza on behalf of Creditor Cheng Hye Cheah and Hau Yin To
Agamza@mosessinger.com, dkick@mosessinger.com;cgresh@mosessinger.com;kkolbig@mosessinger.com

Karl Geercken on behalf of Creditor Aozora Bank Ltd.
kgeercken@alston.com, kgeercken@alston.com

Andrew E. Gelfand on behalf of Defendant Banque Jacob Safra (Gibraltar) Ltd. a/k/a Bank J Safra Limited
gelfanda@sullcrom.com, s&cmanagingclerk@sullcrom.com

Michael Gerard on behalf of Defendant Brierpatch Investment LLC, as successor in interest to Brierpatch Investment Limited Partnership
mgerard@mofo.com, docketny@mofo.com

Karen L. Gilman on behalf of Defendant Levy Family Partners LLC, a Delaware limited liability company
kgilman@wolffsamson.com, ecf@wolffsamson.com

Larry Ivan Glick on behalf of Creditor Franklin Sands
lglick@shutts.com

Daniel M. Glosband on behalf of Creditor Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust
dglosband@goodwinprocter.com

Daniel M. Glosband on behalf of Defendant Cathy G. Bernstein
dglosband@goodwinprocter.com

Matthew Gluck on behalf of Creditor June Pollack
mgluck@milberg.com, cslidders@milberg.com;mpenrhyn@milberg.com

James B. Glucksman on behalf of Defendant Jane M. Delaire a/k/a Jane Delaire Hackett
jglucksman@ddw-law.com, ch11esq@yahoo.com

Matthew J. Gold on behalf of Creditor Malibu Trading and Investing, L.P.
mgold@kkwc.com

Brian Edward Goldberg on behalf of Debtor Bernard L. Madoff
goldbergb@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Thomas D. Goldberg on behalf of Defendant Edmond A. Gorek
tdgoldberg@dbh.com

Ginny L. Goldman on behalf of Creditor Arnold Goldman
attorneygg@aol.com

David S. Golub on behalf of Unknown Madeline E Corish Estate
dgolub@sgtlaw.com

Robert S. Goodman on behalf of Unknown Esteban Herrera
rgoodman@moundcotton.com

Julie Gorchkova on behalf of Defendant J.Z. Personal Trust
JGorchkova@becker-poliakoff.com

Philip J. Gordon on behalf of Unknown Naomi Gordon
pgordon@gordonllp.com

Robert W. Gottlieb on behalf of Defendant Access International Advisors Europe Limited
robert.gottlieb@kattenlaw.com

Adam K. Grant on behalf of Defendant JRAG, LLC
agrant@kasowitz.com, courtnotices@kasowitz.com

Michelle L. Greenberg on behalf of Unknown Heirs of RJ
mgreenberg@frierlevitt.com, agranado@frierlevitt.com

Christopher Gresh on behalf of Creditor Optima Limited Partnership
cgresh@mosessinger.com

Regina Griffin on behalf of Attorney Windels Marx Lane & Mittendorf, LLP
rgriffin@bakerlaw.com, bhlitdocket@bakerlaw.com

Michael R. Griffinger on behalf of Defendant BERSHAD INVESTMENT GROUP LP
griffinger@gibbonslaw.com

Amy C. Gross on behalf of Unknown Certain Rosenwald Family and Entity Defendants
agross@kvwmail.com, dkornstein@kvwmail.com;wpollard@kvwmail.com

Edward P. Grosz on behalf of Creditor Carol Silverstein
egrosz@reitlerlaw.com

Janice Beth Grubin on behalf of Creditor ABG Partners
jgrubin@nscslaw.com, snobles@nscslaw.com

Philip M. Guess on behalf of Defendant Coldbrook Associates Partnership
philg@klgates.com, rhonda.hinman@klgates.com;laura.clinton@klgates.com;angela.oconnor@klgates.com

Joel C Haims on behalf of Defendant Brierpatch Investment LLC, as successor in interest to Brierpatch Investment Limited Partnership
JHaims@mofo.com, docketny@mofo.com

Thomas J. Hall on behalf of Defendant Landmark Investment Fund Ireland
thall@chadbourne.com, nymcocalendaring@chadbourne.com

Alan D. Halperin on behalf of Defendant Gail Nessel
ahalperin@halperinlaw.net, lgu@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

Dara Gilwit Hammerman on behalf of Unknown Angels Park Management SA
dara.hammerman@withers.us.com

John W. Hanson on behalf of Defendant Orconsult SA
jbiondo@hitchcockcummings.com

Kevin M. Harr on behalf of Interested Party 2005 Tomchin Family Charitable Trust
kharr@rozcolaw.com

Lee Harrington on behalf of Creditor Livsforsikringsselskapet Nordea Liv Norge AS
lharrington@nixonpeabody.com

Thomas B. Hatch on behalf of Defendant Fiterman GST Exempt Marital Trust
tbhatch@rkmc.com, lcwolf@rkmc.com

Nava Hazan on behalf of Defendant F & P Lynch Family Partnership, L.P., a Colorado limited partnership
nhazan@mwe.com, mmartel@mwe.com;atgiuliano@giulianomiller.com;gkopacz@mwe.com

Patricia H. Heer on behalf of Creditor The Kessler Nominee Partnership
phheer@duanemorris.com, odmclean@duanemorris.com

Mickee M. Hennessy on behalf of Defendant DOS BFS Family Partnership II, L.P.
mhennessy@westermanllp.com

Joanne M. Hepburn on behalf of Defendant Doris M. Pearlman
joanne.hepburn@klgates.com, lisa.werner@klgates.com

Joel L. Herz on behalf of Unknown Samdia Family, LP
joel@joelherz.com

William Heuer on behalf of Unknown Delta National Bank and Trust Company
wheuer@duanemorris.com

Ronald A. Hewitt on behalf of Unknown Mel Enterprises Ltd.
rhewitt@cov.com

George R. Hirsch on behalf of Creditor Jay Gaines & Co. Profit Sharing
ghirsch@sillscummis.com

Marc Hirschfield on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com

Marc Hirschfield on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff
bhaa@bakerlaw.com

Marc E. Hirschfield on behalf of Counter-Claimant Irving H. Picard
mhirschfield@bakerlaw.com, nlandrio@bakerlaw.com;bhaa@bakerlaw.com;bhlitdocket@bakerlaw.com

Marc E. Hirschfield on behalf of Defendant Joan Wachtler
bhaa@bakerlaw.com

Marc E. Hirschfield on behalf of Plaintiff Irving H. Picard trustee for the liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com

Marc E. Hirschfield on behalf of Plaintiff Irving H. Picard trustee for the liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com

Christopher B. Hitchcock on behalf of Defendant Orconsult SA
chitchcock@hitchcockcummings.com

Fran Hoffinger on behalf of Defendant The Estate of Elena Jalon
fhoffinger@hoffingerlaw.com

Jack Hoffinger on behalf of Defendant The Estate of Elena Jalon
jhoffinger@hoffingerlaw.com

Andrea G. Hood on behalf of Defendant Appleby Productions Ltd.
ahood@milbank.com

Paul S. Hugel on behalf of Unknown 10 Michael Drive Associates, L.P.
hugel@clayro.com, akeyes@wc.com

Hanh V. Huynh on behalf of Defendant Bayside Trust
hhuynh@herrick.com, courtnotices@herrick.com

Deirdre Norton Hykal on behalf of Defendant Joan M. Schultz Trust
maosbny@willkie.com, dhykal@willkie.com

Mark J. Hyland on behalf of Defendant Reliance International Research LLC
hyland@sewkis.com

Marvin C. Ingber on behalf of Defendant Amy Pinto Lome Revocable Trust U/A/D 5/22/03
mcingber@comcast.net

Ronald L. Israel on behalf of Defendant Levy Family Partners LLC, a Delaware limited liability company
risrael@wolffsamson.com

Harold D. Jones on behalf of Attorney Jones & Schwartz, P.C.
hjones@jonesschwartz.com, rlieman@jonesschwartz.com

Gaytri D. Kachroo on behalf of Defendant Danville Manufacturing Co. Inc.
gkachroo@kachroolegal.com, jray@kachroolegal.com

Laura B. Kadetsky on behalf of Defendant Herald Fund SPC
robert.mason@kirkland.com

Heather Lamberg Kafele on behalf of Unknown Banco Bilbao Vizcaya Argentaria, S.A.
hkafele@shearman.com

David J. Kanfer on behalf of Defendant LifeInvest Opportunity Fund LDC
kanfer@thsh.com

Norman A. Kaplan on behalf of Unknown Bradermak Equities, Ltd.
norman@normankaplan.com

Robert J. Kaplan on behalf of Defendant Muus Independence Fund LP
lawkap@aol.com

Marc E Kasowitz on behalf of Defendant JRAG, LLC
mkasowitz@kasowitz.com, courtnotices@kasowitz.com

Joshua E. Keller on behalf of Defendant Sheila A. Woessner Family Trust
jkeller@milberg.com

Joshua E. Keller on behalf of Unknown The Diana Melton Trust, Dated 12/05/05
jkeller@milberg.com

Nathanael Kelley on behalf of Plaintiff Securities Investor Protection Corporation
nkelley@sipc.org

Frederick R. Kessler on behalf of Defendant Fairfield Investors (Euro) Limited
fkessler@wmd-law.com

Seunghwan Kim on behalf of Defendant MWC Holdings LLC
skim@kelleydrye.com, docketing@kelleydrye.com

Norman N. Kinel on behalf of Attorney Lowenstein Sandler LLP
nkinel@lowenstein.com, dvangrouw@lowenstein.com

Gregory S. Kinoian on behalf of Creditor Joseph S. Eastern 2004 Irrevocable Trust, a New Jersey Trust
gkinoian@ohdlaw.com

Richard A. Kirby on behalf of Cross Defendant Eastside Investment Limited
richard.kirby@klgates.com, martha.rodriguezlopez@klgates.com,judy.goldfarb@klgates.com

Howard Kleinhendler on behalf of Creditor Rosenman Family LLC
hkleinhendler@wmllp.com

Bernard V. Kleinman on behalf of Unknown SUSAN SALTZ CHARITABLE LEAD ANNUITY TRUST
attrnylwyr@yahoo.com

Tracy L. Klestadt on behalf of Defendant Michael Chasalow
tklestadt@klestadt.com, tklestadt@gmail.com

James B. Koch on behalf of Unknown Ivan Schwartzman
jkoch@gkwwlaw.com

Daniel J. Kornstein on behalf of Interested Party Certain American Securities Defendants
dkornstein@kvwmail.com

Andrew Kosloff on behalf of Defendant JP Morgan Chase Bank, NA
susan.mcnamara@chase.com

David A. Kotler on behalf of Defendant Oppenheimer Acquisition Corp.
david.kotler@dechert.com

Nancy Lynne Kourland on behalf of Creditor Amy Beth Smith
nkourland@rosenpc.com

Deborah Kovsky-Apap on behalf of Unknown Veritable LP
kovskyd@pepperlaw.com, alexsym@pepperlaw.com,kressk@pepperlaw.com

Alison Kowalski on behalf of Cross-Claimant Special Situations Cayman Fund LP
dlavin@lowenstein.com

Bennette D. Kramer on behalf of Unknown Belfer Two Corporation
bdk@schlamstone.com

Yana Kromo on behalf of Defendant Doris Shor, in her capacity as Trustee of the Leon Shor Revocable Trust and as subsequent transferee of the Leon Shor Revocable Trust and individually
yk@michaelsward.com

Daniel M. Kummer on behalf of Interested Party NBCUniversal Media, LLC
daniel.kummer@nbcuni.com

Matthew A Kupillas on behalf of Defendant Aspen Fine Arts Co.
mkupillas@milberg.com

Marc J. Kurzman on behalf of Unknown Orthopaedic Specialty Group P.C. Plan Participants
mkurzman@shglaw.com

Christopher H. LaRosa on behalf of Plaintiff Securities Investor Protection Corporation
clarosa@sipc.org

Robinson B. Lacy on behalf of Defendant Banque Jacob Safra (Gibraltar) Ltd. a/k/a Bank J Safra Limited
Lacyr@sullcrom.com, s&cmanagingclerk@sullcrom.com

Casey D. Laffey on behalf of Unknown Bart M. Schwartz, as Receiver of Gabriel Capital, L.P. and Ariel Fund Limited
claffey@reedsmith.com

Bruce A. Langer on behalf of Defendant Linda Schoenheimer McCurdy
blanger@mclaughlinstern.com

Marisa Laura Lanza on behalf of Defendant Estate of Syril Seiden
mlanza@milbermakris.com

Linda S. Larue on behalf of Defendant Samuel-David Associates, LTD
llarue@qslwm.com

John E. Lawlor on behalf of Defendant APO Health, Inc. PSP F/B/O H. Peter Steil
jlaw672@aol.com

Barry R. Lax on behalf of Creditor Rose Less

blax@laxneville.com

Gary S. Lee on behalf of Defendant Brierpatch Investment LLC, as successor in interest to Brierpatch Investment Limited Partnership
glee@mofo.com, jpintarelli@mofo.com

Richard B. Levin on behalf of Defendant M&B Capital Advisers Gestion SGIIC, S.A.
rlevin@cravath.com, managing_attorneys_office@cravath.com;jmanning@cravath.com

Alan Levine on behalf of Interested Party Stephanie S. Mack
alevine@cooley.com, nflath@cooley.com

Eric B. Levine on behalf of Unknown Nephrology Associates P.C. Pension Plan
levine@whafh.com

Richard Levy, Jr. on behalf of Creditor Century Investment Securities, Inc.
rlevy@pryorcashman.com

Eric L. Lewis on behalf of Foreign Representative Madoff Securities International Limited
eric.lewis@lewisbaach.com

Kelly A. Librera on behalf of Unknown Ellen G. Victor in her capacity as holder of Bernard L. Madoff Investment Securities LLC Accounts 1-ZA128-3 and 1-ZA128-4
klibrera@winston.com, ELaufgraben@winston.com;MGeagan@winston.com

Mark S. Lichtenstein on behalf of Defendant Samuel-David Associates, LTD
mlichtenstein@crowell.com, mlichtenstein@crowell.com

Eugene R. Licker on behalf of Defendant Stanley Chais
elicker@loeb.com

Angelina E. Lim on behalf of Creditor Anchor Holdings, LLC
angelinal@jpfirm.com, barbarab@jpfirm.com;minervag@jpfirm.com

Gene M. Linkmeyer on behalf of Unknown Jordan Group, LLC
glinkmeyer@jacobslawpc.com, filings@jacobslawpc.com

Kenneth W. Lipman on behalf of Defendant Richard Spring, The Spring Family Trust, and The Jeanne T. Spring Trust
klipman@sldsmlaw.com

Jonathan S. Liss on behalf of Defendant BERSHAD INVESTMENT GROUP LP
jliss@gibbonslaw.com

David Y. Livshiz on behalf of Defendant Citibank North America, Inc.
dlivshiz@cgsh.com, maofiling@cgsh.com

Joseph Lubertazzi, Jr. on behalf of Creditor Wachovia Bank, National Association
jlubertazzi@mccarter.com, jlubertazzi@mccarter.com

Matthew B. Lunn on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff
mlunn@ycst.com, bankfiling@ycst.com

Brian Maddox on behalf of 00-DO NOT USE U/T/A by Jacobs Davis 6/27/94
bmaddox@laxneville.com

Christopher J. Major on behalf of Defendant Estate of Gladys Cash
cjm@msf-law.com, nj@msf-law.com;bm@msf-law.com

Alan E. Marder on behalf of Defendant The Judie Lifton 1996 Revocable Trust Dated September 5, 1996
lgomez@msek.com

Jessica L Margolis on behalf of Creditor John E. Guinness Revocable Trust Dtd. 6/11/92
jmargolis@wsgr.com, ageritano@wsgr.com

David J. Mark on behalf of Defendant JRAG, LLC
dmark@kasowitz.com, courtnotices@kasowitz.com

Linda H. Martin on behalf of Interested Party Spring Mountain Capital, LP
lhmartin@stblaw.com

Heather L Marx on behalf of Defendant David J. Miller, in his capacity as a general partner of Dorado Investment Company
hmarx@cozen.com, akulbeik@cozen.com;jaudette@cozen.com

James V. Masella, III on behalf of Defendant Samuel Beaser Amended & Restated Trust U/A/D January 30, 2004
jmasella@blankrome.com, tpryan@blankrome.com;jhanner@blankrome.com;kreda@blankrome.com

Christopher M. Mason on behalf of Unknown Elaine Rosenberg
cmason@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Laurence May on behalf of Defendant Adele Fox, individually and to the extent she purports to represent a class of those similarly situated
lmay@coleschotz.com

Samuel B. Mayer on behalf of Defendant Robert F. Gold
samuelmayer@att.net

Jil Mazer-Marino on behalf of Creditor Charles & Miriam Wood Charitable Remainder Trust U/A 12803
jmazermarino@msek.com, kgiddens@msek.com

Robert M McClay on behalf of Defendant Amy Pinto Lome Revocable Trust U/A/D 5/22/03
law@mcclay-alton.com, jane@mcclay-alton.com

Richard J. McCord on behalf of Creditor Morton L. and Joyce Certilman
RMcCord@CBAH.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com

David H. McGill on behalf of Cross-Claimant R.H. Book LLC
david.McGill@kobrekim.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Thomas James McGowan on behalf of Defendant Burton R. Sax
tmcgowan@mlg.com, sbrown@meltzerlippe.com;sdonahue@meltzerlippe.com;ptabibi@meltzerlippe.com

Stacey L. Meisel on behalf of Defendant Aron B. Katz 1995 Irrevocable Trust
slmeisel@beckermeisel.com, mferrentino@beckermeisel.com;lhannon@beckermeisel.com;meholzapfel@beckermeisel.com

Jeremy A. Mellitz on behalf of Unknown Von Rautenkranz Nachfolger Special Investments LLC
jeremy.mellitz@withers.us.com

Jessica Mikhailevich on behalf of Attorney Dorsey & Whitney LLP
mikhailevich.jessica@dorsey.com

Jeffrey A. Miller on behalf of Defendant Gloria Kurzrok
jmiller@westernanllp.com, drubino@westernanllp.com

Anthony A. Mingione on behalf of Defendant Samuel Beaser Amended & Restated Trust U/A/D January 30, 2004
amingione@blankrome.com, jhanner@blankrome.com;kreda@blankrome.com;tpryan@blankrome.com

Edward R. Minson on behalf of Defendant Daniel Jacobs, in his capacity as trustee of the Trust Created Under The Will Of John Bowers For The Benefit Of
Marcy, John, And Christine Bowers
edward.minson@srmmlaw.com

Usman Mohammad on behalf of Defendant Nancy Portnoy
umohammad@kflaw.com

Thomas J. Moloney on behalf of Defendant HSBC Bank PLC
maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

Lee J. Mondshein on behalf of Unknown Kathleen Giamo Trust #6
ljm@optonline.net

Joseph P. Moodhe on behalf of Defendant Notz, Stucki Management (Bermuda) Limited
jpmoodhe@debevoise.com, mao-bk-ecf@debevoise.com

Martin A. Mooney on behalf of Creditor DCFS USA LLC
mmooney@deilylawfirm.com, arappold@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com

Brett S. Moore on behalf of Creditor Ferdinand Burg and Carlo Reding, Court- Appointed Liquidators for Herald (Lux) Sicav
bsmoore@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;rmschechter@pbnlaw.com;mpdermatis@pbnlaw.com

Harold D. Moorefield, Jr. on behalf of Defendant Isaac Jimmy Mayer
hmoorefield@stearnsweaver.com, cgraver@stearnsweaver.com;bank@stearnsweaver.com

Peter D. Morgenstern on behalf of Creditor Philip Datlof
morgenstern@butzel.com, boneau@butzel.com

Larkin M. Morton on behalf of Creditor Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust
lmorton@goodwinprocter.com, rstrassberg@goodwinprocter.com

Larkin M. Morton on behalf of Defendant Cathy G. Bernstein
lmorton@goodwinprocter.com, rstrassberg@goodwinprocter.com

John Moscow on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff
jmoscow@bakerlaw.com, bhlitdocket@bakerlaw.com

Mark Mulholland on behalf of Unknown The 2001 Frederick DeMatteis Revocable Trust
mmulholland@rmfpc.com, ttelesca@rmfpc.com

Keith R. Murphy on behalf of Defendant Amy Luria Partners LLC
kmurphy@bakerlaw.com, bhlitdocket@bakerlaw.com;nlandrio@bakerlaw.com

Keith R. Murphy on behalf of Plaintiff Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L. Madoff

bhaa@bakerlaw.com

J. Michael Murray on behalf of Interested Party The John E. Guinness Revocable Trust Dated June 11, 1992, by John E. Guinness, Trustee
jmmurray@bgmdlaw.com

Meyer Muschel on behalf of Creditor Joseph N Muschel Memorial Foundation
mmuschel@gmail.com

Alan S. Naar on behalf of Defendant Armando J. Bucelo
anaar@greenbaumlaw.com, jcollins@greenbaumlaw.com

Barton Nachamie on behalf of Creditor ABG Partners d/b/a ABG Investments
bnachamie@nscslaw.com;bgonsalves@nscslaw.com;jmakower@nscslaw.com

Jason A. Nagi on behalf of Unknown Barbara and Mark Roth
jnagi@polsinelli.com, tbackus@polsinelli.com;kvervoort@polsinelli.com;docketing@polsinelli.com

Joel D Nesset on behalf of Defendant David J. Miller, in his capacity as a general partner of Dorado Investment Company
jnesset@cozen.com, akulbeik@cozen.com;jaudette@cozen.com;hmarx@cozen.com;mpocock@cozen.com

Brian Neville on behalf of Creditor Myron Feuer
bneville@laxneville.com

Carole Neville on behalf of Creditor Alvin R. Rush c/o Weiser LLP
carole.neville@dentons.com

Christopher R Newcomb on behalf of Defendant Estate of Gilbert M. Kotzen
CNEWCOMB@GOODWINPROCTER.COM

Christopher R Newcomb on behalf of Defendant Cathy G. Bernstein
CNEWCOMB@GOODWINPROCTER.COM

Rachel Nicotra on behalf of Defendant Linda Schoenheimer McCurdy
blanger@mclaughlinstern.com

Gerald A. Novack on behalf of Defendant Nine Thirty Capital Partners, LLC, a Delaware limited liability company
klgatesbankruptcy@klgates.com

Michael S. O'Reilly on behalf of Defendant Chris G. Lazarides, individually
mo'reilly@gibbonslaw.com, lduignan@gibbonslaw.com

John Oleske on behalf of Interested Party Magnify, Inc.
joleske@herrick.com, courtnotices@herrick.com

Eric S. Olney on behalf of Defendant B.Z.
eolney@shapiroarato.com, ecf@shapiroarato.com

David Onorato on behalf of Defendant Tensyr Limited
david.onorato@freshfields.com

Alec P. Ostrow on behalf of Defendant Antaeus Enterprises, Inc.
aostrow@beckerglynn.com, rmarsico@beckerglynn.com;jbaritz@beckerglynn.com

Anthony L. Paccione on behalf of Defendant Bear Lake Partners
anthony.paccione@kattenlaw.com, mark.ciani@kattenlaw.com

Steven Paradise on behalf of Defendant Cohmad Securities Corporation
sparadise@velaw.com, mantos-fallon@velaw.com

Merritt A. Pardini on behalf of Defendant Vizcaya Partners Limited
dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;nyc.bknotices@kattenlaw.com;monica.mosby@kattenlaw.com

Mark Nelson Parry on behalf of Creditor S. Donald Friedman
mparry@mosessinger.com, dkick@mosessinger.com

Breon Peace on behalf of Defendant BNP Paribas Securities Corp.
bpeace@cgsh.com, maofiling@cgsh.com;akrieger@cgsh.com;kchotiros@cgsh.com

Benjamin D. Pergament on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff
bpergament@bakerlaw.com,
bhlitdocket@bakerlaw.com;mpowers@bakerlaw.com;gklidonas@bakerlaw.com;obitman@bakerlaw.com;jparemoud@bakerlaw.com

Fred H. Perkins on behalf of Interested Party David Silver
fhperkins@morrisoncohen.com

Timothy Pfeifer on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff
bhaa@bakerlaw.com

Irving H. Picard on behalf of Trustee Irving H. Picard
ipicard@bakerlaw.com, nlandrio@bakerlaw.com;bhlitdocket@bakerlaw.com

Jamie R Pierce on behalf of Defendant David J. Miller, in his capacity as a general partner of Dorado Investment Company
jpierce@hinshawlaw.com, akulbeik@hinshawlaw.com

Charles Collier Platt on behalf of Defendant Nancy J. Marks Trust 2002
Charles.Platt@wilmerhale.com, Michelle.Goldis@wilmerhale.com

David M. Pohl, on behalf of Defendant Robert Jaffe
david.pohl@pohllaw.com

William B. Pollard, III on behalf of Unknown Certain Rosenwald Family and Entity Defendants
wpollard@kvwmail.com

Michael S. Pollok on behalf of Unknown Alan Hayes
mpollok@marvinandmarvin.com

Brian H. Polovoy on behalf of Defendant Citrus Investment Holdings Ltd.
bpolovoy@shearman.com, Allison.Berkowitch@shearman.com;christopher.fenton@shearman.com;mmolinelli@shearman.com

Geraldine Ponto on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com

Geraldine Ponto on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff
bhaa@bakerlaw.com

Geraldine E. Ponto on behalf of Defendant The Restated Henry Kaye Trust, a California Trust, Lawrence Kaye as trustee and Steven Kaye
bhaa@bakerlaw.com

Geraldine E. Ponto on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com

Geraldine E. Ponto on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com

Geraldine E. Ponto on behalf of Trustee Irving H. Picard
gponto@bakerlaw.com, nlandrio@bakerlaw.com;bhlitdocket@bakerlaw.com

Ted Poretz on behalf of Defendant Audrey Koota
tporetz@egsllp.com

Susan Power-Johnston on behalf of Unknown Covington & Burling LLP
sjohnston@cov.com

Marc D. Powers on behalf of Plaintiff Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff
mpowers@bakerlaw.com,
bhaa@bakerlaw.com;tblaber@bakerlaw.com;jparemoud@bakerlaw.com;obitman@bakerlaw.com;kzunno@bakerlaw.com;bhlitdocket@bakerlaw.com

Gabrielle J. Pretto on behalf of Creditor Bette Wilkes
gpretto@laxneville.com

William L. Prickett on behalf of Defendant RMGF LTD. Partnership
wprickett@seyfarth.com, rmalloy@seyfarth.com;mviglas@seyfarth.com;bosdocket@seyfarth.com

Dennis C. Quinn on behalf of Creditor Jewish Community Foundation of the Jewish Federation Council of Greater Los Angeles
etorres@bargerwolen.com;noliver@bargerwolen.com;rhopkins@bargerwolen.com

Amanda Raboy on behalf of Unknown Pasifin Co. Inc.
araboy@cov.com

John J. Rapisardi on behalf of Defendant M. Elliot Schnall
jrapisardi@omm.com

Michael Rato on behalf of Defendant Fairview Associates
mrato@mdmc-law.com, mrato27@gmail.com

Gary S Redish on behalf of Unknown Carole Lipkin
gredish@winnebanta.com

Jeffrey A. Reich on behalf of Defendant A & M Johnson Trust, a California trust
reichlaw@reichpc.com

Fred W. Reinke on behalf of Creditor AXA Private Managment
freinke@mayerbrown.com

Jerome Reisman on behalf of Creditor NTC & Co.
jreisman@reismanpeirez.com

Angela T. Rella on behalf of Defendant Brierpatch Investment LLC, as successor in interest to Brierpatch Investment Limited Partnership
arella@mofo.com, docketny@mofo.com

Deborah H. Renner on behalf of Plaintiff Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff
bhaa@bakerlaw.com

Deborah H. Renner on behalf of Plaintiff Irving Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com

Lauren Resnick on behalf of Trustee Irving H. Picard
lresnick@bakerlaw.com

Stuart I. Rich on behalf of Unknown Jasper Investors Group LLC
sir@msf-law.com

Damien A. Riehl on behalf of Defendant Verdeway Investment Partners LLC
dariehl@rkmc.com

Michael J. Riela on behalf of Defendant Calesa Associates L.P.
michael.riela@lw.com

Kimberly Joan Robinson on behalf of Defendant Financiere Agache
kim.robinson@bfkn.com

Brent J. Rodine on behalf of Defendant Samuel-David Associates, LTD
brodine@qslwm.com

Martha Rodriguez-Lopez on behalf of Defendant Coldbrook Associates Partnership
martha.rodriguezlopez@klgates.com, judy.goldfarb@klgates.com;laura.clinton@klgates.com;angela.oconnor@klgates.com

Brad Rogers on behalf of Creditor PENSION BENEFIT GUARANTY CORP.
rogers.brad@pbgc.gov, efile@pbgc.gov

Danielle L. Rose on behalf of Defendant R.H. Book LLC
danielle.rose@kobrekim.com

Adam L. Rosen on behalf of Creditor Talon Air, Inc.
arosen@silvermanacampora.com;sgiugliano@silvermanacampora.com

Sanford Philip Rosen on behalf of Creditor David A. Schustack
srosen@rosenpc.com

Todd J. Rosen on behalf of Interested Party Francis N. Levy
todd.rosen@mto.com

Marc G. Rosenberg on behalf of Defendant Mildred S. Poland Revocable Trust dtd 9/8/87
mrosenberg@mclaughlinstern.com

Seth Rosenberg on behalf of Defendant 10 Michael Drive Associates, L.P.
, hinkle@clayro.com;linder@clayro.com

Seth Rosenberg on behalf of Defendant Robert Nystrom
rosenberg@clayro.com, hinkle@clayro.com;linder@clayro.com

Heath D. Rosenblat on behalf of Defendant CSP Investment Associates LLC
Heath.Rosenblat@dbr.com

Tab K. Rosenfeld on behalf of Defendant Estate of William E. Sorrel
tab@rosenfeldlaw.com

Richard J Rosensweig on behalf of Defendant Fine K-S Trust
rrosensweig@goulstonstorrs.com

Jeffrey A. Rosenthal on behalf of Unknown Ivy Asset Management LLC
maofiling@cgsh.com

David A. Rosenzweig on behalf of Defendant Melvin B. Nessel 2006 Trust u/a/d 3/14/06
DRosenzweig@Fulbright.com

Paul A. Rowe on behalf of Defendant Armando J. Bucelo
prowe@greenbaumlaw.com

Elizabeth Rozon on behalf of Unknown Egea Gustavo
rozon.elizabeth@dorsey.com

Jennifer Lauren Saffer on behalf of Defendant Jay Rosenfield
jlsaffer@jlsaffer.com, vjohnson@jlsaffer.com

Elliot G. Sagor on behalf of Unknown Elliot G. Sagor
elliot.sagor@hoganlovells.com

Chester B. Salomon on behalf of Creditor SBM Investments LLP
csalomon@beckerglynn.com

Lori K. Sapir on behalf of Defendant Estate Of John Y. Seskis
lsapir@sillscummis.com

John F. Savarese on behalf of Unknown JPMorgan Chase & Co.
jfsavarese@wlrk.com, calert@wlrk.com

Kenneth R. Schachter on behalf of Defendant Estate Of John Y. Seskis
kschachter@sillscummis.com, bschwab@sillscummis.com

Bruce S. Schaeffer on behalf of Defendant Amy Pinto Lome Revocable Trust U/A/D 5/22/03
bruce.schaeffer@gmail.com

Thomas J. Schell on behalf of Defendant NTC & CO. LLP
tjschell@bryancave.com, dortiz@bryancave.com

Kimber P. Schladweiler on behalf of Unknown Jordan Group, LLC
kschladweiler@jacobslawpc.com

Steven R. Schlesinger on behalf of Counter-Claimant Amy Luria Partners LLC
sschlesinger@jaspanllp.com

Brian A. Schmidt on behalf of Defendant Access International Advisors LLC
brian.schmidt@kattenlaw.com

Frederick E. Schmidt on behalf of Unknown A & G Goldman Partnership
eschmidt@herrick.com

Steven R. Schoenfeld on behalf of Defendant Miles and Shirley Fiterman Endowment Fund for Digestive Diseases
sschoenfeld@rc.com

Carl F. Schoeppl on behalf of Unknown Burt & Susan Moss, TEN ENT
carl@schoepplburke.com

Karin Scholz Jenson on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff
kjenson@bakerlaw.com, bhlitdocket@bakerlaw.com

Kathlyn Schwartz on behalf of Defendant Empire Prospect Partnership, LP
kathlyn.schwartz@akerman.com

Matthew L. Schwartz on behalf of Unknown United States Of America
matthew.schwartz@usdoj.gov

Barbara A. Schweiger on behalf of Creditor Albert Angel
bschweiger@skoloffwolfe.com

Brendan M. Scott on behalf of Cross-Claimant R&H Trust Co (Jersey) Limited, as Trustee of the Tower Trust
bscott@klestadt.com

Jeffrey T. Scott on behalf of Unknown Judy L. Kaufman et al. TIC
scottj@sullcrom.com, s&cmanagingclerk@sullcrom.com

Shannon Anne Scott on behalf of Counter-Claimant Amy Luria Partners LLC
sscott@jaspanllp.com

Elizabeth A. Scully on behalf of Trustee Irving H. Picard
escully@bakerlaw.com

Shannon R. Selden on behalf of Defendant Notz, Stucki Management (Bermuda) Limited
srselden@debevoise.com, mao-bk-ecf@debevoise.com

Jonathan A. Selva on behalf of Defendant Richard I. Stahl
jselva@pavialaw.com, amitzner@pavialaw.com

Gary D. Sesser on behalf of Defendant Nancy Ellen Weisser
sesser@clm.com

Nolan E. Shanahan on behalf of Defendant Adele Fox, individually and to the extent she purports to represent a class of those similarly situated
nshanahan@coleschotz.com

Alexandra A.E. Shapiro on behalf of Defendant B.Z.
ashapiro@shapiroarato.com, ecf@shapiroarato.com

Lawrence M. Shapiro on behalf of Defendant Renee R. Soskin
lshapiro@greeneespel.com, jonsgard@greeneespel.com

Peter E. Shapiro on behalf of Creditor Franklin Sands
peshapiro@arnstein.com, amroot@arnstein.com

Brian L. Shaw on behalf of Defendant Anita Russell, individually and in her capacity as a joint tenant

bshaw100@shawfishman.com

David J. Sheehan on behalf of Defendant Irving H. Picard
dsheehan@bakerlaw.com, nlandrio@bakerlaw.com;dwallace@bakerlaw.com;tblaber@bakerlaw.com;bhaa@bakerlaw.com

David J. Sheehan on behalf of Plaintiff Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L. Madoff
bhaa@bakerlaw.com

Andrew Howard Sherman on behalf of Counter-Claimant The Chais 1991 Family Trust
asherman@sillscummis.com, asherman@sillscummis.com

Stephen J. Shimshak on behalf of Defendant Estate of Mark D. Madoff
sshimshak@paulweiss.com, sshimshak@paulweiss.com

Patrick Sibley on behalf of Creditor Jan Bernstein and Kenneth Bernstein
psibley@pryorcashman.com, dstevens@pryorcashman.com

Ralph A. Siciliano on behalf of Defendant LifeInvest Opportunity Fund LDC
siciliano@thsh.com, litpara@thsh.com

Imtiaz A. Siddiqui on behalf of Defendant Daniel Ryan and Theresa Ryan, individually and on behalf of the Ryan Trust
isiddiqui@cpmlegal.com, jlein@cpmlegal.com;bschnarr@cpmlegal.com

John Siegal on behalf of Trustee Irving H. Picard
jsiegal@bakerlaw.com, bhlitdocket@bakerlaw.com

Richard E. Signorelli on behalf of Defendant Macher Family Partnership, a California Limited Partnership
rsignorelli@nyclitigator.com, rsignorelli@aol.com

Mark I Silberblatt on behalf of Unknown Upstate New York Bakery Drivers and Industry Pension Fund
msilberblatt@bd-lawfirm.com

Harvey B. Silikovitz on behalf of Unknown Deborah Madoff
hsilikovitz@cohengresser.com

Alicia M. Simmons on behalf of Unknown United States Of America
alicia.simmons@usdoj.gov

Howard L. Simon on behalf of Attorney Windels Marx Lane & Mittendorf, LLP
hsimon@windelsmarx.com,
kcullen@windelsmarx.com;klongo@windelsmarx.com;bkreutter@windelsmarx.com;yho@windelsmarx.com;ivoryteam@windelsmarx.com

Jessica Simonoff on behalf of Defendant Tensyr Limited
jessica.simonoff@freshfields.com

Leif T. Simonson on behalf of Unknown Aegis Holdings (Onshore) Inc. FBO The Beaumont Master Fund, LLC
lsimonson@faegre.com

Michael D. Sirota on behalf of Interested Party KML Asset Management LLC
msirota@coleschotz.com

Marc F. Skapof on behalf of Plaintiff Irving H. Picard trustee for the liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com

Marc F. Skapof on behalf of Plaintiff Irving H. Picard trustee for the liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com

Marc F. Skapof on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com

Maggie Sklar on behalf of Defendant Sandra L. Manzke
maggie.sklar@kobrekim.com

Edward Smith on behalf of Creditor Albert H. Small
easmith@venable.com

Mark Warren Smith on behalf of Defendant Shana D. Madoff
msmith@svlaw.com

Peter W. Smith on behalf of Defendant Adele Fox, individually and to the extent she purports to represent a class of those similarly situated
psmith@becker-poliakoff.com

Charles T. Spada on behalf of Defendant Peter B. Madoff
cspada@lswlaw.com, Rmarchitello@lswlaw.com

Judith L. Spanier on behalf of Creditor ELEM/Youth In Distress In Israel, Inc.
jspanier@abbeyspanier.com

Richard L. Spinogatti on behalf of Defendant Isaac Blech
rspinogatti@proskauer.com

Eugene E. Stearns on behalf of Defendant Isaac Jimmy Mayer
estearns@stearnsweaver.com, cgraver@stearnsweaver.com;jmejia@stearnsweaver.com

Jamie B.W. Stecher on behalf of Defendant LifeInvest Opportunity Fund LDC
litpara@thsh.com

Arthur Jay Steinberg on behalf of Defendant CSP Investment Associates LLC
asteinberg@kslaw.com, rtrowbridge@kslaw.com

Neil A. Steiner on behalf of Defendant Equity Trading Fund, Ltd
neil.steiner@dechert.com, nycmanagingclerks@dechert.com

Jeffrey D. Sternklar on behalf of Defendant Eleanore C. Unflat Living Trust
jsternklar@duanemorris.com

David S. Stone on behalf of Creditor Ethel S. Wyner
aalberts@stonemagnalaw.com;mhamilton@stonemagnalaw.com;awagner@stonemagnalaw.com

Steven G. Storch on behalf of Unknown ALYSE JOEL KLUFER, AS TRUSTEE OF THE ROBERT AND ALYSE KLUFER FAMILY TRUST "A"
storch@samlegal.com, jhoyte@samlegal.com;randoh@samlegal.com;bnilson@samlegal.com

Brent C. Strickland on behalf of Defendant Milton Davis Non Exempt Marital Trust U/A 12/13/84
bstrickland@wtplaw.com

Fletcher W. Strong on behalf of Creditor Robert F. Weinberg
fstrong@wmd-law.com

Daniel H. Tabak on behalf of Defendant Deborah Madoff
dtabak@cohengresser.com

Gregg P. Tabakin on behalf of Defendant A.N.
gtabakin@feinsuch.com

Thomas A Telesca on behalf of Unknown The 2001 Frederick DeMatteis Revocable Trust
ttelesca@rmfpc.com

Mark Thieroff on behalf of Defendant Willard N. Weisberg Trust UAD 3/25/98
markthieroff@siegelbrill.com, jaymejackson@siegelbrill.com

Charles E. Tompkins on behalf of Defendant William Jay Cohen
ctompkins@shulaw.com, mblauner@shulaw.com;kball@shulaw.com;amcintire@shulaw.com

Kevin R. Toole on behalf of Unknown Jacquelynn Fitzpatrick
ktoole@gertlerlawgroup.com

Marsha Torn on behalf of Creditor Lawrence Torn
mcalabrese@earthlink.net

Jeffrey G. Tougas on behalf of Creditor Fondauto Fondo de Pensiones, SA
JCDebaca@mayerbrown.com;mlotito@mayerbrown.com

Meredith L. Turner on behalf of Unknown J.P. Morgan Chase Bank, N.A.
mlturner@wlrk.com, calert@wlrk.com

Amanda M. Ulrich on behalf of Defendant Notz, Stucki Management (Bermuda) Limited
amulrich@debevoise.com, mao-ecf-bk@debevoise.com

Jonathan C. Vair on behalf of Defendant Isaac Jimmy Mayer
jvair@stearnsweaver.com

Chryssa Vilma Beth Valletta on behalf of Unknown Alice Barbanel
cvalletta@phillipsnizer.com

Christopher A. Van De Kieft on behalf of Defendant Joseph S. Popkin Revocable Trust Dated February 9, 2006, a Florida Trust
cvandekieft@seegerweiss.com

Raymond V Vasvari, Jr. on behalf of Interested Party The John E. Guinness Revocable Trust Dated June 11, 1992, by John E. Guinness, Trustee
rvasvari@bgmdlaw.com

Lawrence R. Velvel on behalf of Unknown Lawrence R. Velvel
velvel@mslaw.edu

Howard L. Vickery, II on behalf of Unknown ABR Capital Fixed Option/Income Strategic Fund LP
hvickery@bsfllp.com

James J. Vincequerra on behalf of Unknown Allen Ross
jvincequerra@duanemorris.com

Stuart Wachs on behalf of Defendant Rosalie Buccellato
stuart@wachsassociates.com

Lauren J. Wachtler on behalf of Defendant Joan Wachtler
pdm@msk.com;ljw@msk.com

Karen E. Wagner on behalf of Creditor Sterling Equities Associates
karen.wagner@davispolk.com, andrew.ditchfield@davispolk.com;Joshua.Dugan@davispolk.com

James R. Walker on behalf of Defendant Bernstein Properties LLC
jwalker@mmlpc.com

Robert A. Wallner on behalf of Unknown Morning Mist Holdings Limited
rwallner@milberg.com

Thomas G. Wallrich on behalf of Defendant David J. Miller, in his capacity as a general partner of Dorado Investment Company
twallrich@cozen.com, jaudette@cozen.com;akulbeik@cozen.com;hmarx@cozen.com

Jennifer M. Walrath on behalf of Trustee Irving H. Picard
jwalrath@bakerlaw.com

David H. Wander on behalf of Defendant Express Enterprises Inc.
dhw@dmlegal.com

Josephine Wang on behalf of Defendant Securities Investor Protection Corporation
jwang@sipc.org

Ona T. Wang on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff
bhaa@bakerlaw.com

Peter N. Wang on behalf of Unknown Orthopaedic Specialty Group P.C. Plan Participants
pwang@foley.com

Paula J. Warmuth on behalf of Creditor Marjorie Most
pjw@stim-warmuth.com, gpw@stim-warmuth.com

Jonathan David Warner on behalf of Defendant Gregory Antoniazzi
jdwarner@warnerandscheuerman.com

Oren Warshavsky on behalf of Counter-Defendant Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff
owarshavsky@bakerlaw.com, bhlitdocket@bakerlaw.com;nlandrio@bakerlaw.com;bhaa@bakerlaw.com;ncarbajal@bakerlaw.com

Timothy Wedeen on behalf of Defendant Judith Bellini
timothy@nycmetrolaw.com

Chaya F. Weinberg-Brodt on behalf of Unknown Collace Services Limited
chaya.weinberg@withers.us.com

William P. Weintraub on behalf of Defendant 10 Michael Drive Associates, L.P.
wweintraub@stutman.com, gfox@stutman.com

Brian E. Weisberg on behalf of Defendant Willard N. Weisberg Trust UAD 3/25/98
brianweisberg@siegelbrill.com, sarahmacdonald@siegelbrill.com

Stephen A. Weiss on behalf of Creditor Barbara Schlossberg
sweiss@seegerweiss.com, dmora@seegerweiss.com;paminolroaya@seegerweiss.com;cvandekieft@seegerweiss.com;lholbrook@seegerweiss.com

John Edward Westerman on behalf of Defendant DOS BFS Family Partnership II, L.P.
jwesterman@westermanllp.com

Michael Wexelbaum on behalf of Cross Defendant Express Enterprises Inc.
mw@dmlegal.com

Joe R. Whatley, Jr. on behalf of Unknown Alan Meyers and Ellen Meyers
jwhatley@wdklaw.com, ecf@wdklaw.com

Timothy Raymond Wheeler on behalf of Defendant Special Situations Cayman Fund LP
twheeler@lowenstein.com, klafiura@lowenstein.com

Philip R. White on behalf of Defendant Chais Investments, Ltd.
pwhite@sillscummis.com

Stephanie Wickouski on behalf of Creditor Cades Trust
stephanie.wickouski@bryancave.com, dortiz@bryancave.com

Michael E. Wiles on behalf of Unknown Hermes International Fund Limited
mewiles@debevoise.com, mao-bk-ecf@debevoise.com

Steven N. Williams on behalf of Defendant Daniel Ryan and Theresa Ryan, individually and on behalf of the Ryan Trust
swilliams@cpmlegal.com, lclark@cpmlegal.com

David G. Wise on behalf of Defendant Lila S. Raskin

dwise@snlaw.com

Lary S. Wolf on behalf of Unknown Alexander Mendik
lwolf@rhtax.com

Catherine Elizabeth Woltering on behalf of Trustee Irving H. Picard
cwoltering@bakerlaw.com

Robert William Yalen on behalf of Unknown United States Of America
robert.yalen@usdoj.gov

Russell M. Yankwitt on behalf of Unknown CAROL ROSEN
russell@yankwitt.com

David Yeger on behalf of Creditor Rosenman Family LLC
dyeger@wmllp.com, dyeger@wmllp.com

Richard C. Yeskoo on behalf of Defendant The Estate of E. Milton Sachs
yeskoo@yeskoolaw.com

Jennifer L. Young on behalf of Creditor Albert J. Goldstein U/W FBO Ruth E. Goldstein TTEE
jyoung@milberg.com, mecf@pacernotice.com

Menachem O. Zelmanovitz on behalf of Creditor The Kostin Company
mzelmanovitz@morganlewis.com

Scott A Ziluck on behalf of Defendant Gail Nessel
sziluck@halperinlaw.net

Gregory Zimmer on behalf of Defendant Shana D. Madoff
gzimmer@svlaw.com, msmith@svlaw.com;tvalliere@svlaw.com;jingoglia@svlaw.com

Jennifer B Zourigui on behalf of Defendant Candice Nadler
jzourigui@ingramllp.com

**08-01789-brl Notice will not be electronically mailed to:**

17665 Newhope Mfg., LLC
,

1776 K Street Associates Limited Partnership
,

A. Eugene Kohn
,

AGL Life Assurance Company
,

AGL Life Assurance Company Separate Account VL 84
,

AUED International, Ltd.
,

AYI International Holdings SA
,

AYT International Holdings SA
,

Shlomo & Miriam Abrahamer
c/o M. Seligman & Co.
23 Menahem Begin Rd.
pob 36090
Tel Aviv, 66184

Access Advantage Master Fund
,

Adele Silverman Rev. Trust
,

Advanced Dermatology Associates, Ltd
,

Agile Group, LLC and Agile Funds Investor Committee
,

Maria Ines Agresti
,

Vicente Antonio Agresti
,

Ala Investments
,

Alaln D. Bleznak Revocable Trust Dated 4/15/03
,

Alan D. Bleznak 2004 Five Year Grantor Retained Annuity Trust dated December 31, 2004
,

Alan D. Bleznak 2006 Five Year Grantor Retained Annuity Trust dated March 30, 2006
,

Alan D. Bleznak 2007 Five Year Grantor Retained Annuity Trust dated June 13, 2007
,

Claire Albino
,

Gaston Alciatore
,

Alice Schindler
,

Allan R. Hurwitz Revocable Trust
,

Allan R. Hurwitz and Barbara J. Hurwitz JT/WROS
,

Allyne Schwartz 2008 Grantor Retained Annuity Trust
,

Layla Y. Almoayyed
,

Kurt Altenburger
,

Christopher Altieri, Jr.
,

Christopher J. Altieri
,

Lisa Altieri
,

Marie Altieri
,

Steve Altieri
,

Alison Altman
,

Amir & Naama Peleg
,

Ravinderjit S. Anand
,

Robert P. Andelman
,

Stephanie L. Andelman
,

Steven J. Andelman
,

Susan R. Andelman
,

Brooke Anderson
,

Greg David Anderson
,

Andreas Hdun
,

Andrew Astracahn Trust Dated 10/8/01
,

Angela Dozier-Carter
,

Brian S. Appel
,

Doreen G. Appel
,

Michelle Appel
,

Ralph V. Ardolina
,

Arent Fox LLP
,

Arie & Ayala Givony
,

Arnold Saltzman
,

Aron B. Katz, Martin J. Katz, Margaret Katz Cann, Phyllis A. Katz, The Phyllis Katz 1995 Irrevocable Trust , and The Aron B. Katz 1995 Irrevocable Trust
,

Arrowgoal Business S. A.
,

Arthur Friedman & Ruth Friedman J/T WROS
,

Aryeh & Michal Berman
,

Deborah Ashenfarb
,

Asher and Aliza Kutner
,

Virginia H. Atherton
,

Amanda Atlas
,

Jan Douglas Atlas
,

Attias & Levy
,

Johann Auer
,

Eugenie Aulinger
,

Roland Aulinger
,

Esther Ziv Av
c/o M. Seligman & Co.
23 Menahem Begin Rd.
pob 36090
Tel Aviv, 66184

Avishai & Leah Silvershatz
,

Dana Aviv
c/o M. Seligman & Co.
23 Menahem Begin Rd.
p.o. box 36090
Tel-Aviv, 66184

Doron Aviv
c/o M. Seligman & Co.
23 Menahem Begin Rd.
p.o.b. 36090
Tel-Aviv, 66184

Rachel Aviv
23 Menahem Begin Rd.
p.o.b. 36090
Tel-Aviv, 66184

Ayelet & Nachum Tal
,

George J. Azar, Jr.
,

B.H.K. Investments
,

B.V. Investors
,

Marie-Antoinette Nelly Baers-Bright
,

Kathleen Bailey
,

Baird Investment Partners, LP
,

Timothy Robert Balbirnie
,

Bally KO Partnership
,

Bank Of America, N.A.
,

Bankers Trust Co.,
,

Peter Barbato
,

Barbitta Family Trust
,

Lois M. Barnes
,

Maria Barone
,

Paul Barone
,

Vincent A. Barone
,

Barry D. Leiwant and Sherry Leiwant
,

Barsanti Foundation
,

Ken Bast
,

Daniel Battles
,

Karl Baumann
,

Beatrice Wexelbaum Rev Trust DTD 5/6/1981, Beatrice Wexelbaum, Trustee
,

John Beckelman
,

Amanda Bedus
,

Doron Behar
,

Vered Behar
,

Sandi N. Behr
,

Mordechai Bejarano
,

Yael Bejarano
,

Shlomo Benjamin
,

Annette Bennett
,

Philip Bentley on behalf of Creditor American Independence Corp.
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Howard Berger
,

Linda Berger
,

Gera Bergh
,

Robert S. Bergman
,

Steven Bergman on behalf of Unknown Harriet Bergman
,

Kathleen Berk
,

Gerald Berkman
,

Eyal Berkovich
,

Bertha Berkowitz
,

Calvin Berkowitz
,

Aryeh Berman
c/o M. Seligman & Co.
23 Menahem Begin Rd.
Tel-Aviv, 66184

Michael Berman
c/o M. Seligman & Co.
23 Menahem Begin Rd.
p.o.b. 36090
Tel-Aviv, 66184

Scott Berman on behalf of Defendant Pierre Delandmeter
Friedman Kaplan Seiler & Adelman, LLP

7 Times Square
New York, NY 10036
sberman@fklaw.com, jshaw@fklaw.com

Richard Bernard
,

Richard J. Bernard on behalf of Plaintiff Irving H. Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Bernard L. Madoff Investment Securities, LLC.
,

Erika Bernath
,

Cynthia Bernstein
,

Bertha Berkowitz ITF Calvin Berkowitz
,

Beryl H. Stevens (IRA)
,

Jane Berzner
,

Robert Berzner
,

Besse and Louis M. Bleznak Foundation, Inc.
,

Gloria Besser
,

Rajiv Bhalla
,

James E. Bignell
,

Kathleen Bignell
,

Gary Bizzell
,

Thomas Blaho
,

Justin Blair
,

William G. Blair
,

Aaron Blecker
,

Alan D. Bleznak
,

Blue River Associates LP
,

Alice M. Boczko
,

Andres Bodhert
,

Gil Boosidan
,

Caroline Lichten Bottari
,

Demetre Bove
,

Judie Camus Boxill
,

Tom Braegelmann
,

William G. Brammer, Jr.
1970 N. Leslie Street PMB 2702
Pahrump, NV 89060

Brazoria S. A.
,

Barbara Brenner
,

R. James Brenner
,

Beth Brill
,

Richard L. Brittain
,

Michael Brittan
,

Cathy-Jane Brodsky
,

Daniel Brodsky
,

Lewis C. Brodsky
,

Susan Brodsky
,

John Brodwin
,

Hilda F. Brody
,

Brody Family Limited Partnership#1
,

Paula Brookshier
,

Alastair Brown
,

Roger Brown
,

Sherman L. Brown
,

Bruce & Tamara Watkins
,

Bruce Leventhal 2001 Irrevocable Trust
,

Edward F. Bryan
,

David L. Buchholz
,

Marie C. Budano
,

Mary Ryan Buddig
,

Bruce Buechler on behalf of Creditor Irrevocable Charitable Remainder Trust of Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Trust
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
bbuechler@lowenstein.com

Penney P. Burnett
,

C.E.H. Limited Partnership
c/o Duane Morris, LLP
1540 Broadway
New York, NY 10036-4086

CT
111 Eighth Avenue, 13th Floor
New York, NY 10011

CT Corporation
,

CT Corporation
,

Zachery Cahn
,

Andrew L. Cairns
,

C. Cakiroglu
,

Calvin Berkowitz ITF Bertha Berkowitz
,

Calvin Berkowitz and Bertha Berkowitz ITF Peretz Berkowitz
,

David Campanaro
,

Keith Campbell
,

Michael E. Campbell
,

Cape Verde Group Ltd.
,

Joanne Capozzoli
,

Carl Shapiro & Ruth Shapiro Family Foundation
,

Robert Carnevale
,

John H. Carney on behalf of Defendant Richard M. Balzarini
John H. Carney & Associates
5005 Greenville Avenue, Suite 200
Dallas, TX 75206

Alice Carson
,

Timothy Harry Casewell
,

Usha Bardolia Casewell
,

Ronald G. Caso
,

Lessly Y. Castillo
,

Cathy Gins
,

Alyssa Beth Certilman
c/o Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY 11554

Bernard Certilman
c/o Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY 11554

Helen Davis Chaitman on behalf of Plaintiff Diane Peskin
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084

Colin Chambers
,

Ethel L. Chambers
,

S. James Chambers
,

Travis Chambers
,

Brenda J. Chapman
,

Charles Gevirtz
,

Charles Nidholas Doyle & Linda Doyle
,

Charlotte Jasnow Geronemus
,

Shirley Charms
,

Anabella B. Charwat
,

Mark S. Charwat
,

Chen Ming Min
,

Cheung Lo Lai Wah Nelly
,

Julian Bruce Childs
,

Chloe Saltzman 80 Trust
,

Choro Associates
,

Christi Abraham IRAB
,

Christopher D. Stride As Liquidator of And For Fairfield Lambda Limited
,

Chung Thi Minh-thu
,

Suzanne Ciani
,

Leonarda Cibelli
,

Cindy Giammarrusco
,

Kenneth E. Citron
,

Rosalind Sabella Clark
,

Clerk's Office of the U.S. Bankruptcy Court
,

Clerk's Office of the U.S. Bankruptcy Court
,

Clerks Office U.S. Bankruptcy Court
,

Daniel Cohen
,

David Cohen
,

Dror Cohen
,

Ravit Cohen
,

Richard L. Cohen
,

Sandy Cohen
,

Soraya Cohen
,

Stanley Dale Cohen
,

Stanley Dale Cohen on behalf of Unknown Lee Mellis (IRA)
41 Park Avenue
Suite 17-F
New York, NY 10016

Steven J. Cohen
,

John Cohlan, IV
,

Natalia Cole
,

Collins Capital
,

Corinne Colman
,

Earl Colson on behalf of Unknown Estate Of K. Thalberg & B. Anderson
Arent Fox LLP
1050 Connecticut Ave.,
N.W
Washington, DC 20036

Colson H. Hillier Jr. IRA
,

Elliott Marshall Comora
,

Kenneth J. Conway
,

Patrick & Patricia Cooney
,

CorTrust reg.

,

Richard J. Corbi on behalf of Creditor Sterling Equities Associates
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
rcorbi@lowenstein.com, tjackson@lowenstein.com

Holly Couture
,

Candace Cox
,

Craig Snyder Trust
1972 S.E. 16th Court
Pomoano Beach, FL 33062

Crecsent Advisors
,

Crescent Advisors Ltd.
,

Frank L. Crimmins
,

Cristina P. Strobel Trust
,

Laura Crivelli
,

Cumberland Orthopedic Prof. Assoc. Retirement Plan Trust
,

Cumnor Construction Limited, Edmund Anthony O'Mahony
,

Helene Czsongei
,

SETH DAVIS on behalf of Plaintiff VICTOR J. BARNETT
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NY 10019

DOS BFS Family Partnership LP
100 Ring Road West
Suite 101
Garden City, NY 11530

Dafna & Michael Harlev
,

Sagar A. Dalal
,

Daniel H. Leeds 1997 Grantor Retained Annuity Trust
,

Daniela Epstein
,

Daniela Estremadoyro Morales
,

Annette Daniels
,

Charles D. Daniels
,

Dara Sun 2006 Irrevocable Trust
,

Judith H. Darsky
,

Kimiko Date-Krumm
,

Robert Daub
,

David A. & Mindy Falk
,

David Carlin Family Investments LLC
,

David Carlin IRA Rollover
,

David Gopen Foundation
,

David P. Gordon SEP IRA
,

David W. Stepelton Family Trust
,

David and Julianna Pyott Living Trust
,

Maude Davis
,

Ana Josefina Castagno De Agresti
,

Mishcon De Reya
,

Debra and Eric Blum
,

Robert E. Decker
,

Carole Delaire
,

Alvin J. Delaire, Jr.
,

Ilse Della-Rowere
,

Karen L. Deluca
,

Madelyn M. Dematteo
,

Robert Denerstein
,

Department of Justice, Vienna, Austria
,

Laurie Brown DiLorenzo
,

Michael J. DiLorenzo
,

David M. Diamond
,

Diandra Douglas IRA a/k/a Diandra Douglas
,

Debra Dibartolomeo
,

Gloria Dittus
,

William K. Dodds on behalf of Defendant Oppenheimer Acquisition Corp.
Dechert LLP

1095 Avenue of the Americas
New York, NY 10036

James M. Doerr
,

Thomas A. Dolan
,

Rad,o;a Dolezal
,

Dolinsky Investment Fund
,

Dolores Barbosa
,

Melissa Donelson
,

Nancy Donner
c/o Lisa Goldman
,

Sidney Dorfman
,

Dorfman Family Partners
,

Doron & Vered Behar
,

Dorothy Klausner (IRA)
,

Dorothy Klausner(IRA)
,

Dorothy Klausner, Rev. Liv. Tr. 2nd Agreement dtd 4-24-85
,

Dorothy Klausner, Rev.Liv.Tr.2nd Amendment
,

Dorothy L. Klausner IRA
,

Douglas Stepelton Trust
,

John Dourney
,

Miri Dovrat
,

Dr. Helmut and Dr. Andrea Gattinger
,

Sergio Drabkin
,

Ayanna Drafts
,

Stephen N. Dratch
,

Sally M. Driyzs
,

Eugene Dropkin
,

Dror & Edith Avni
,

Dror & Ravit Cohen
,

Sandy B. Drozdick
,

James P. Dulany
,

Ronald Dvorkin
,

EMS Trust
,

Werner Eckhardt
,

Ferdinand Edlinger
,

Eduardo Bello
,

Edward H. Kohlschreiber
3546 S Ocean Blvd
Apt 226
Palm Beach, FL 33480-6424

Edward H. Kohlschreiber and Mary A. Kohlschreiber
,

Edward J. Strobel Trust
,

Maureen Edwards
,

Scott Ehrenberg
,

Jeffrey Paul Ehrlich on behalf of Defendant United States Of America
United States Department of Justice(DC)
Post Offce Box 888
Ben Franklin Station
Washington, DC 20044

Christian Eichlehner
,

Milka Eichlehner
,

Piale Eisal
,

Steven A. Eiseman
,

Karl Eisenhauer
,

Wanda Eisenhauer
,

Phyllis M. Eldridge
,

Eleven Eighteen Limited Partnership
,

Eleven Eighteen Ltd. Partnership
,

Elisabeth Familian, TTE and Elisabeth Familian Trust
,

Ellen Schwab and Walter Schwab
,

Lamar Ellis
,

Empire Prospect Partnership, LP
,

Enrique Diego Gebert and Monica Cristina Gebert
,

Entrust Administrative Services, Custodian for Robert M. Randquist IRA
,

Daniel C. Epstein
,

Daniela Epstein
,

Eric F. Saltzman
,

Erich Stutz
,

Dorothy Ervolino
,

Manfred Essletzbichler
,

Estate of Elizabeth H. Kahn
,

Estate of Katharine Thalberg
,

Estate of Robert H. Smith
,

Estate of Robert S. Gettinger
,

Liza Estebar
,

Ester Ziv Av
,

Ethel L. Chambers and S. James Chambers
,

Carol Etkin
,

Eugene F. Collins
,

Fabrice Evangelista
,

Evans Family Trust
,

Evelina Marietta Gold Cioft
,

Evelyn Chernis Irrevocable Trust Agreement for Ryan Eyges Trust u/d/t 10/16/1986
c/o Duane Morris
1540 Broadway
New York, NY 10036

Evelyn E. Newman Trust
,

Eyal and Tali Berkovich
,

FFB Aviation LLC
,

Fairfield Sentry Limited (In Liquidation)
,

Sharon Falls Bizzell

'

Claudia Faris

'

George N. Faris

'

Faye Albert

'

Norman Feder

'

Federico Agardy and Marta Torossian de Agardy

'

Esther Feffer
c/o M. Seligman & Co.
23 Menahem Begin Rd.
Tel-Aviv, 66184

Yvonne Feffer
c/o M. Seligman & Co.
23 Menahem Begin Rd.
p.o.b. 36090
Tel-Aviv, 66184

Harvey Feiner

'

Phyllis Feiner

'

Moshe and Naomi Fejgin
c/o M. Seligman & Co.
23 Menahem Begin Rd.
pob 36090
Tel Aviv, 66184

Barbara E. Feldman

'

Jan Feldman

'

Felsen Moscoe Company Profit Sharing TST DTD 5/28/76

'

Fernando C. Colon Osorio

'

Angela Ferrara

'

Festus & Helen Stacy Foundation, Inc.

'

Roslyn Feuer

'

Bryant Finerson

'

James Robert Fink

'

Jonathan D. Fink

'

Leon I. Fink

'

Mikki L. Fink

'

Deborah L. Fisch

'

Michael Fisch

'

Paul J. Fisch

,

Steven H. Fisch

,

Beth Fischer

,

Gertrude Fischer

,

Glenn Fishman

,

Sarah Fisk

,

Carol Fitzpatrick

,

William C. Fitzpatrick

,

Fleck Elektroinstallationen Ges. m.b.H.

,

Fleck Privatstiftung

,

David Alec Andrew Fleming

,

Stodinger Flildegard

,

Martin Flumenbaum on behalf of Defendant Estate of Mark D. Madoff
Paul Weiss Rifkind Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Rosalie Fogelman

,

Brian Fontanella

,

Fortress Credit Corp.

,

Joshua Fowes on behalf of Unknown Estate Of K. Thalberg & B. Anderson
Arent Fox LLP
1050 Connecticut Ave.,
N.W.
Washington, DC 20036

Helen Fox

,

Herbert Fox

,

Manuel Salvador Franco

,

Manfred W. Franitza

,

Frank H. Wolf & Roberta Wolf J/T WROS

,

Frank and Roberta Wolf

,

Frank and Roberta Wolf, J/T WROS

,

John Franklin

,

Franz
,

Franz R. Zimmer
,

Fred Schwartz 2008 Grantor
,

Arthur Friedman
,

Friedman Partners L.P.
,

FriedrichU. Theresia Neuhofer
,

Robin S. Friehling
,

Pamela Frimmer
,

Janice Schupak Frishkopf
,

Michelle Merson Fronstin on behalf of Unknown Samantha Fronstin
,

Daren W. Fryburg
,

Elissa P. Fudim on behalf of Defendant A & G Goldman Partnership, a New York Partnership
AKERMAN SENTERFITT LLP
335 Madison Avenue
Suite 2600
New York, NY 10017
elissa.fudim@akerman.com, angela.lipscomb@akerman.com;charlene.cerda@akerman.com;kimberly.shinder@akerman.com;michael.goldberg@akerman.com

Fulgencio Pelegrin Llamas and Enriqueta Maestre Frases
,

Katherine J. Fullam
,

Jon O. Fullerton
,

Margaret L. Fullerton
,

Anthony Fusco
,

G. Rendolok LLC
,

GSP Investment Limited Partnership
,

Gabi Schinwald & (unreadable signature)
,

Gabriel Saltzman Trust
,

Gail Silverton and Joel Gutman #154
,

Gail Silverton and Joel Gutman #173
,

Jackie L. Gaines
,

John Stirling Gale
,

Ruth Gamberg

,

herbert Gamberg

,

Robert F. Gammons

,

Gustine Ganes

,

Angela Gardner

,

David M. Garelik on behalf of Unknown Alan M. Ripen
Schwartzman Garelik Walker & Troy, PC
355 Lexington Ave
New York, NY 10017

Doreen Gargano

,

James L. Garrity, Jr. on behalf of Interested Party Harold S. Miller Trust Dated 12/4/64 FBO Elaine Miller
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Kathleen Gasson

,

Sharon Gately

,

Jane A. Gavin

,

Uzi & Mina Gazit

,

Ingrid Gebhart

,

Schuyler D. Geller on behalf of Defendant Brian H. Gerber
Bellows & Bellows, P.C.
209 South LaSalle Street
Suite 800
Chicago, IL 60604

George R. & Carol D. Locca

,

Peggyann Gerhard

,

Cynthia Pattison Germaine

,

Beth Gersten

,

Gertrude I. Gordon Revocable Living Trust

,

Gettinger Foundation

,

Gettinger Management LLC Profit Sharing Plan

,

Bernard S. Gewirz

,

Carl S. Gewirz

,

Kathleen Giamo

,

Gibbons P.C.

,

Price O. Gielen on behalf of Defendant 20:20 Medici AG
Neuberger, Quinn, Gielen,
Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, MD 21202

Lillian Gilden
,

Millicent Gillum
,

Shoshana Gitelman
,

Arie Givony & Ayala Givony
,

Howard J. Glass
,

Phyllis Glick
,

Gloria Hendler Trust
,

Gerald God
,

Murray Gold
,

Eric D. Goldberg on behalf of Unknown Eric D. Goldberg
Stutman, Treister & Glatt
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067
egoldberg@Stutman.com

Gary S. Goldberg
,

Ludmilla Goldberg
,

Muriel Goldberg
,

Amy Goldman
,

Yetta Goldman
,

Bonnie Goldstein
,

Glenn Goldstein
,

Jeannette Goldstein
,

Joanne T. Goldstein
,

Michael Goldstein
,

Sidney Goldstein
,

Kimberly Golla
,

James R. Golub
,

Golub Family Limited Partnership

'

Miguel A. Gonzalez

'

Arthur S. Gordon

'

Gertrude I. Gordon

'

Ina M. Gordon

'

Joel I. Gordon

'

Stewart Gorenberg

'

Jesse R. Gottlieb

'

Ben Gould

'

Mildred Gould

'

H. Richard Grafer

'

Lisa Greenberg

'

Scott Greenberg

'

Sheila L. Greenfield

'

Yolanda Greer

'

Greg Katz, Amy Katz and Michael Katz

'

Gregory and Diana Nero

'

Melanie Greisinger

'

Katharine B. Gresham

'

Gretchen R. Dinin 2001 Trust, Charles W. Robins Trustee

'

Erich Grohe

'

David Gross

'

David and Irma Gross
7248 Ballantrae Court
Boca Raton, FL 33496

Groupement Financier Ltd. Kingston Chambers

'

Alois Gruber

'

Helmut Gschladt

'

Christopher Matthew Guhin on behalf of Unknown Lemtag Associates LLP
Stroock & Stroock & Lavan LLP
180 Maiden Lane

New York, NY 10038
cguhin@stroock.com, qmurphy@stroock.com;dmohamed@stroock.com;mmagzamen@stroock.com;dwalsman@stroock.com;jdellaquila@stroock.com

Gutmann Kapitalanlageaktiengesellschaft
,

Felix Rosenberg Guttman
,

Charles M. Haar
,

William A. Habib on behalf of Unknown Anthony F. Russo
Habib Law Associates LLC
2390 Thyme Court
Jamison, PA 18929

Jane Delaire Hackett
,

Jose Haidenblit
,

Elisabeth Haider
,

Thomas Haider
,

Glenn Hammer
,

Joseph Hanson
,

Glynn E. Hargraves
,

Ira M. Hariton
,

Dafna Harlev
c/o M. Seligman & Co.
23 Menahem Begin Rd.
p.o. box 36090
Tel-Aviv, 66184

Dafna & Michael Harlev
c/o M. Seligman & Co.
23 Menahem Begin Rd.
pob 36090
Tel Aviv, 66184

Robert Harmatz
,

Harmon Family Limited Partnership
c/o Duane Morris
1540 Broadway
New York, NY 10036-4086

Charles M. Harr
,

Alex D. Harrell
,

Ashley P. Harrell
,

Evan R. Harrell
,

Marcy R. Harris on behalf of Attorney SCHULTE ROTH & ZABEL, LLP
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022

Richard Jeffrey Clive Hartley
,

Mattthew H. Harvey
,

Harvey E. Rothenberg (Pro Se)
,

Jonathan Mark Hastings
,

Havey Krauss & Doron A. Tavlin as Trustees of the Trust dated 10/31/96 F/B/O Ryan Tavlin
,

Hayden H. Harris Revocable Living Trust
,

Hayden H.Harris REV LV TR dtd 3/6/98
,

Michael Heaney
,

William Hecht
,

Bruce P. Hector
,

Herald Fund SPC
,

Herbert and Ruth Gamberg
,

Hernan Pflaum
,

Melissa A. Herrling
,

Hannelore Hierhold
,

Higgs Johnson Truman Bodden & Co.
P.O Box 866
Anderson Square Building
KY1-1103
Grand Cayman,

Karin E. Highfield
,

Tommy J. Hill
,

Hirsch Investment Co., LLC
,

Marc Hirschfield on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff
45 Rockefeller Plaza
,

Marc Hirschfield on behalf of Unknown Irving H Picard Esq.
,

Gregory P. Ho
,

Brigitte Hoder
,

Friedrich Hoder
,

Richard Hofer
,

Karen Hoffman
,

Stephen J. Hoffman
,

Theresa Holt
,

Richard B. Hopkins, II
,

Jan Hoppenstedt
,

Howard Kaye IRA
,

Howard S. Grotsky, Ed. D.
,

Howard Siegel, IRA
,

Joseph M. Hughart
,

Hugo Antonio Romay
,

Clayre Hulsh-Haft
c/o Certilman Balin Adler & Hyman, LLP.
90 Merrick Avenue
East Meadow, NY 11554

Allan R. Hurwitz
,

Jeffrey S. Hurwitz
,

Michael B. Hurwitz
,

Michael Hutteneder
,

Joseph D. Hyman
,

Ronald Iaboni
,

Ian Saltzman Trust
,

Keiichi Ikegami
,

Indenture of Trust dated January 1, 1983
,

Independant Financial Partners AG
,

Irrevocable Trust for Benefit of Joshua Merson
,

Irrevocable Trust for the Benefit of Hannah Merson
,

Irrevocable Trust for the Benefit of Rebecca Merson
,

Irrevocable Trust for the Benefit of Samantha Fronstin
,

Irving B Kahn Foundation Inc.
,

Irving I. Gottesman IRA
,

Isakow Foundation
,

Tatiana Isdith
,

JIMMBO LLC
,

JSBR Associates LP
,

JTWROS
,

Christopher Lain Carlyle Jackson
,

Margaret Eleanor Jackson
,

Matthew F.V. Jacob
,

Michael F. Jacob
,

Robert S. Jacob
,

Jacob & Naomi Rozengarten
,

Jacob & Nava Aizikowitz
,

Arthur I. Jacobs on behalf of Unknown Colson H. Hillier Rollover IRA
Jacobs Scholz & Associates, LLC
961687 Gateway Blvd.
Ste. 2011
Fernandina Beach, FL 32034

Simon Jacobs
,

Jacquelynn J. Fitzpatrick, James Fitzpatrick, Kenneth Fitzpatrick JT/WROS
,

Jacques Jean-Marie
,

Ari Jaffe on behalf of Unknown The Reaven Group; The Albert Reaven Living Trust; The Richard, Lawrence, Linda and Ruth Reaven Trust
Kohrman, Jackson & Krantz PLL
One Cleveland Center
20th floor
1375 East Ninth Street
Cleveland, OH 44114-1793

James E. Bignell Revocable Living Trust
,

Jan & Kathelijn Rabaey
,

Jane Gray Solomon Trust
,

Richard Janik
,

Jaron & Paula Zitrin
,

Jeannette Goldstein & Ruth Kerem
,

Jeff and Karen Hansen Family Trust
,

Jennette & Ariella Goldstein
,

Jennifer Segal Herman 1985 Trust Dated 4/16/85
,

Jenny Jacob, UGMA
,

Jerry Weiss Manager RM Management LLC
,

Jill MN Buchholz 2004 Family Trust, Jill MN Buchholz
,

Joan & Harvey Rosenblatt
,

Joan Saltzman
,

Johann Auer and Leopddine Auer
,

John A. Jones Revocable Living Trust
,

John L. Steffens
,

Jon O. Fullerton, Beneficial Owner on Behalf of Entrust Administrative Services, Inc.
706 Palm Cove Drive
Palm City, FL 34990

Jonathan M. Segal Trust U/D/T DTD 12/1/70
,

Keith Jones
,

Jose de Passos Vieira Lima
,

Robert C. Josefsberg
,

Marie Elsie Joseph
,

Ronald Joseph
,

Joseph & Yael Zylberberg
,

Joseph Sloves as Tstee Under Rev Tst Agreement Dtd 9/19/00 for the Benefit of Joseph Sloves
,

Joseph Wexelbaum Trust B, Beatrice Wexelbaum, Trustee
,

Joseph and Ruth Shapira
,

Joyce Forte, Bruce Cummings and Lynn Cummings
,

Judie Lifton 1996 Recovable Trust
,

Anna Jung
,

Just Empire, LLC
,

Leonard T. Juster
,

Donald Kabat
,

David N. Kahn
,

Jean Kahn

'

Kailen Jennifer Krame Trust

'

D. Kaindl

'

Ann Kallgren
Remy Investments Corp
1-5 Harley Street
London W1G 9Qd,

Daniel Kalman

'

Judith Kalman

'

Kamal Kishore Muchhal & Aruna Muchhal

'

Bryan R. Kaplan on behalf of Unknown The Ramaz School Endowment Fund
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022

Edward H. Kaplan

'

Irene R. Kaplan

'

Jerome A. Kaplan

'

Herbert Kasper
32 East 64th Street
New York, NY 10021

Harry Kassel

'

Kathleen Drew

'

Kathy G. Walsh, Robert G. Walsh and Margaret B. Gwinn

'

Marvin Katkin

'

David Katz

'

David M. Katz

'

Gregory A. Katz

'

Iris J. Katz

'

Michael Katz

'

Phyllis A. Katz

'

Samuel Katz

'

Saul B. Katz

'

Andrew Kaufman

'

Stephen Z. Kaufman

'

Janet Ellen Kaufmann
,

Lawrence Kaufmann
,

Howard Kaye
,

Kaye Associates , L.P.
,

Timothy P. Kebbe on behalf of Creditor BK Interest, LLC
Brunelle & Hadjikow, P.C,
1 Whitehall Street
Suite 1825
New York, NY 10004

Irwin Kellner
40 Angler Lane
Port Washington, NY 11050

Kevin Kelly
,

Kenneth D. Bane 2006 Trust, Kenneth D. Bane, Trustee
,

Kenneth Krys And Joanna Lau, In Their Capacities As Joint Liquidators of Fairfield Sentry Limited
,

Kenneth M. Krys And Christopher D. Stride As Liquidators of And For Fairfield Sigma Limited
,

Ruth Kerem
,

Kerry A. Unflat as Administratrix of the Estate of M. Michael Unflat
c/o Duane Morris
1540 Broadway
New York, NY 10036

Dorothy L. Klausner
,

Joel Klausner
,

Mindy Kleinberg
,

Sharon Kleinberg
,

Howard Kleinhendler on behalf of Plaintiff Rosenman Family, LLC
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022

Frank and Wyn M. Knell
,

Kathryn Knooihuizen
,

Mark Knooihuizen
,

Tom Knooihuizen
,

Marlene M. Knopf
,

Kochanovsky Zafrir & Mira
,

Robert P. Kogod
,

Edward H Kohlschreiber
3546 S Ocean Blvd
Apt 226
Palm Beach, FL 33480-6424

A. Eugene Kohn
,

Harald Kolassa
,

Steven B. Kolsky
,

Monica Kolzet
,

Audrey Koota
,

Gordon M. Koota
,

Dushan Kosovich
,

Lanny Kotelchuck
,

Susan Kovach ITF Joan Kovack Martin
1672 SE 21st Avenue
Pomoano Beach, FL 33062

Abel Kowalsky
,

Jewel Kraham
,

Robert Kraham
,

Annika Krankl
,

Nikolas Krankl
,

Daniel W. Krasner
,

Ruth Krasner
,

Marshall W. Krause
,

Marshall W. Krause on behalf of Unknown Marshall W. Krause
PO Box 70
San Geronimo, CA 94963

Helene Kravitz
,

Dalit Kremer
c/o M. Seligman & Co.
23 Menahem Begin Rd.
p.o. box 36090
Tel-Aviv, 66184

Elizabeth Krinick
,

Li Fung Ming Krizia
,

Mikal Krueger on behalf of Unknown BAC Local 3 NY Union
Chamberlain D'Amanda Oppenheimer
& Greenfield
2 State Street
Suite 1600

Rochester, NY 14614

Michael Krumm
,

Elaine M. Krupa
,

Kenneth Krys
,

John Ksiez
,

Craig Kugel
,

John N. Kuhl
,

Thomas Kunst
,

Fenney Kuo
,

Greg T. Kupniewski on behalf of Interested Party Gem Star Fitness Center, Inc.
Flaster/Greenberg P.C.
1628 John F. Kennedy Blvd.
15th Floor
Philadelphia, PA 19103

Lucille Kurland
,

Renee Kurland
,

Steven Kurland
,

Asher and Aliza Kutner
c/o M. Seligman & Co.
23 Menahem Begin Rd.
pob 36090
Tel Aviv, 66184

L. Thomas Osterman
,

LEVA, LLC
,

LMO/MKO Family Trust
,

LSW 2006 Irrevocable Trust
,

Lai Kau & Lai Siu Ying
,

Lai Ming Wai
,

Lam Pok Lai Anthony
,

Lloyd Sherwin Landa
,

Jonathan M. Landers on behalf of Creditor Albert J. Goldstein U/W FBO Ruth E. Goldstein TTEE
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119
jlanders@milberg.com, achua@jagersmith.com

Andreas Lang
,

Adam C. Langley

'

Tonya Langley

'

Richard Armstrong Lant

'

Trudy Caroline Lant

'

Shimon Laor
c/o M. Seligman & Co.
23 Menahem Begin Rd.
pob 36090
Tel Aviv, 66184

Larry & Andrea Portal

'

Larry C. Zale, Trustee for Beatrice Zale-Revocable Trust UAD 12/27/78

'

Larry C. Zale, Trustee for the Arthur C. Zale Trust B

'

Larry Zale & Isa Zale J/T WROS

'

Leah Larsen

'

Martin Lasker

'

Joanna Lau

'

Laura Radosh Butt

'

Laurie Ann Margolies Childrens Trust

'

Lava Investments Limited Partnership

'

John J. Lavin on behalf of Unknown Alvin Delaire
Coppel Laughlin Blount & Lavin, LLP
PO Box 455
Chester, NJ 07930

Law Kin Kwok & Yung Chi Shan Christine

'

Jerry Lawrence

'

Lawrence & Jane Gould

'

Lawrence Rebak and Paula Rebak JTIC

'

Lee J. Radosh

'

Andrea R. Leeds

'

Michael S. Leeds

'

Detria Legg

'

Madalyn Lehman

'

Madalyn C. Lehman

'

Eileen Lehrer
,

Peter M. Lehrer
,

Christine Leja
2813 Fairway Drive
Belleville, IL 62220

Pamela Lemke
,

William D. Lemke
,

Lemke Family Trust
,

Frank C. Leonard
,

Phyllis Leone
,

Cynthia Levin
,

Milton Levin
,

Maurice Levinsky
,

Richard Levy, Jr. on behalf of Defendant Boslow Family Limited Partnership
Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569

Heng-Chang Liang
,

Matthew Liebman
,

Lisa Liebmann
,

Steven Liechtung
,

Judie B. Lifton
,

Ronald Lightstone
,

Liliana Victoria Parra
,

Lim Gee Chung Godfrey & Ho Yuk Fung Jackie
,

Linda Shapiro Family Trust Dated 12/08/76
,

Linda Shapiro Waintrup 1992 Trust U/D/T DTD 3/11/92 As Amended
,

Linden Coppell & Paul Maddocks
,

Debbie Lynn Lindenbaum
c/o Certilman Balin Adler & Hyman, LLP.
90 Merrick Avenue
East Meadow, NY 11554

Au Sue Ling
,

Jessica Linkewer
,

Inge Lintner
,

Micheala Lintner
,

Vladimir Lipsman
,

Liquidity Solutions, Inc.
One University Plaza
Ste 312
Hackensack, NJ 07601

Lisa B. Hurwitz Revocable Trust U/D/T 2/26/98
c/o Duane Morris
1540 Broadway
New York, NY 10036

Richard Ian Livingston
,

Lockbourne Manor, Inc.
,

Gerald Login
355 South End Avenue
New York, NY 10280

Patricia Long
,

Lorinda O Clouson IRA BDA
,

Lorraine L. Friedman Revocable Trust
,

Lovells LLP
Atlantic House
Holborn Viaduct
London EC1A 2FG,

Christopher P. Lovely
,

Ltd. Editions Media, Inc. Defined Benefit Pension Plan UA Dtd 2/9/99
Stuart M. Nierenberg, Plan Trustee
PO Box 5748
8550 E Branding Iron Drive
Carefree, AZ 85377-5748

Thomas Lucarelli
,

Ludovico Videla and Josefina Perriaux de Videla
,

M.G.L Zeevi
,

M.G.L. Zeevi Invest Ltd.
,

M.T.B.N.
,

MBS Trust
,

MBS Unitrust
,

Michele Degrange Macchia
,

Ken Macher
,

Doris Mader
,

Mag. Herbert Marker
,

Magnus A. Unflat IRA
c/o Duane Morris
1540 Broadway
New York, NY 10036

Kevin Mahoney
,

Patricio Maldonado
,

Karen E. Malin
,

Allison Malloy
,

Kathleen Malloy
,

Neal S. Mann on behalf of Interested Party New York State Education Department
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Carol Mao
,

Sophat Mao
,

Marcus Erling IRA RO
,

Margaret L. Fullerton, Beneficial Owner on Behalf of Entrust Administrative Services, Inc.
706 Palm Cove Drive
Palm City, FL 34990

Laurie A. Margolies
,

Marian Saltsman 76 Trust
,

Marian Saltzman
,

Marion Lois Brazaitis, Stanley R. Brazaitis and Carol A. Brazaitis
,

Marjet LLC
,

Marjet LLC
,

Marjorie Kalins Taylor IRA R/O
,

Mark Goroff
,

Mark and Denise Hendler
,

Jill Marks
,

David Marrero
,

A. Marshall
,

Martin Schupak (IRA)
,

Marvin Katkin Revocable Trust
,

David Marzouk
,

Jason Mathias
,

Jason Michael Mathias
,

Shawn Mathias
,

Matthew McCallum & Iris Hoi
,

Maude Davis and the Maude Davis IRA
,

Maureen Ebel and Maureen Ebel IRA; Diane and Roger Peskin
,

Robert E. May
,

Josef Mayer
,

Melvin Mayers
,

Lucy Mc Ilveen
,

Theodora McCormick on behalf of Defendant Chais Investments, Ltd.
Sills Cummis & Gross, P.C.
One Riverfront Plaza
Newark, NJ 07102
tmccormick@sillscummis.com

McFarland Investments Corp.
,

John McGinty
,

Kathleen McGovern
,

David C. McGrail on behalf of Unknown Castor Pollux Securities, LLC
McGrail & Bensinger LLP
676A Ninth Avenue
# 211
New York, NY 10036
dmcgrail@mcgrailbensinger.com

Paul F. McLaughlin
,

Nancy L. McNally
,

Eileen Mcmurrer
,

Herbert A. Medetsky
,

Menahem and Marthe Lowy
,

Susan Mendik
,

Jennifer L. Meredith

'

Robert M. Merson

'

Howard Merson, Trustee
P.O. Box 810577
Boca Raton, FL 33481

Jeffrey Steven Mertimer

'

Metis Group CPA's LLC

'

Mets Limited Partnership

'

Justin Metz

'

Diane Meyer

'

Michael & Daliah Belkine

'

Michael & Daliha Belkin

'

Michael & Paula Maturo

'

Michael A. Bellini & Judith Bellini J/T WROS

'

Michael A. Pascucci, et al.

'

Michael E. Fisch and Sudeshna M. Fisch

'

Michael Jaffe 1989 Trust U/D/T DTD 8/24/89 As Amended

'

Michael Katz & Dayle Katz J/T WROS

'

Michael Katz & Saul B. Katz

'

Michael S. Jaffe Trust U/D/T 9/25/71 As Amended

'

Michael Saltzman Trust

'

Michael Sandler IRA

'

Michael and Jennifer Ruff

'

Michelle Behrend Gift Trust

'

Marilyn Mick

'

Robert Mick

'

Millennium Trust Co. LLC Maurice Sandler

'

Richard J. Miller, Jr.

'

Milton Fine 1997 Charitable Remainder Unitrust

'

Milton Fine Revocable Trust
,

Milton Hendler Residaury Trust
,

Milton Levin and Cynthia Levin TIC
,

Lo Kin Ming
,

Patricia M. Minucci
,

Miri Dovrat
,

Miri Segal Dovrat
,

Miscork Corp.
,

Josef Mittlemann
,

Marsy Mittlemann
,

David Moffson
,

Moisand Boutin & Associes
,

Sarah Mondshine
,

Manfred Moravec, Jun.
,

Manfred Moravec, Sen.
,

Mordechai & Yael Bejarano
,

Gaudl Morico
,

Alexander Moroz
,

Russell Ormsby Morris
,

Anthony Morrone
,

Camela Morrone
,

Michael Morrone
,

Arlene C. Mortimer
,

Don Moscoe
,

Jaclyn Moscoe
,

Scott Moscoe
,

Tom Moscoe
,

Moscoe Family Foundation
,

Moshe and Naomi Fejgin
,

Barbara Moss
,

Richard Most
,

Richard Most
,

Stacy Trosch Most
,

Mr. & Mrs. David Gross
,

Mr. Sergio Drabkin
,

Mrs. Karin Kozich and Mr. Andreas Kozich
,

Mrs. Maria
,

Mrs. Maria und Mr. Helmut Eder
,

Mrs. Rossana Powsner
,

Mary Ann Mueller
,

Keith R. Murphy on behalf of Plaintiff Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L. Madoff
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Keith R. Murphy on behalf of Plaintiff Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L. Madoff
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Kenneth C. Murphy on behalf of Defendant Diane Wilson
Simon & Partners LLP
551 Fifth Ave.
31st Floor
New York, NY 10176

Bianca M. Murray
,

Joseph M. Murray
,

NTC & CO. FBO Helen Schupak(IRA)
,

NTC & CO. fbo Rose Seligson(IRA)
,

Nancy L. McNally Trust
,

Alissa m Nann
,

Narvid, Glickman, Scott & Frangie Profit Sharing Plan
,

Natale Barbara Trust F/B/O Mary Barbara and S&P Asspcoates, Gereral Partnership
,

Nathan and Etta S. Kantor JTIC
,

Neal Behrend Gift Trust
,

Neal M. Goldman (IRA)
,

Gregory P. Nero
,

Candace Newlove
PO Box 943
Nederland, CO 80466

Naomi Z. Newman
,

Paula Newton
,

Ng Shok Mui Susanna & Ng Shok Len
,

Tram Nguyen
,

Nicholas V. Boraggina revocable trust
,

Stephanie Nicholson
,

Mary Ellen Nickens
,

Kurt Niederhaus
,

Stuart M. Nierenberg
,

Michael Nilan
,

Patrick F. Nilan
,

Teresa C. Nilan
,

Nilan Family LLC
,

Alan Nisselson
c/o Windels Marx Mittendorf & Lane, LLP
156 West 56th Street
New York, NY 10019

Jadienne Nolan
,

Ingrid Noone
,

Norman Plotnick
,

John Nuernberger
,

Carrie O'Connell
,

Maureen O'Rourke
,

Emily O'Shea
,

O.D.D. Investment L.P.#2
,

Ade O. Ogunjobi
5820 Hickory Street #7
Callaway, FL 32404

Ade Ogunjobi, Toks, Inc.
,

Ann Malcolm Olesky
,

David E. Olesky
,

Samuel Olesky
,

Orthopedic & Hand Surgery Associates, PA
,

Karen Ostad on behalf of Unknown Booming Inversiones S.I.C.A.V., S.A.
Morrison & Foerster
1290 Avenue of the Americas
40 th Floor
New York, NY 10104

L. Thomas Osterman
,

Marjorie K. Osterman
,

Laurence M. Ostrin
,

PGC Limited Partnership
c/o Duane Morris
1540 Broadway
New York, NY 10036-4086

PMJ Inc.
,

Toby G. Pagano
,

Nicholas Palevsky
,

John W. Palmer
,

Karen Anderson Palmer
,

Panasia, LLC
,

Elizabeth Paradise
,

Cecilia M. Parker
,

Guy S. Parker
,

Hugo R. Pasqualis
Hilarion de la Quintana 147
Rosario (2000)
Santa Fe,

Scott S. Patience
,

Tarak N. Patolia
,

Patsy Jones Revocable Living Trust

,

Paul Allan Wheatley

,

Paul Schupak (IRA)

,

Paula Patricia Marriott & Timothy Clive Marriott

,

Paula Zitrin Roth IRA

,

Paula Zitrin Trust dated 4/29/93, Paula Zitrin or Roger Zitrin, Trustees

,

Pauline Silverstein Rev. Trust

,

Anne M. Pawelczak

,

Pcrela q. J

,

Amir & Naama Peleg
c/o M. Seligman & Co.
23 Menahem Begin Rd
pob 36090
Tel Aviv, 66184

Philip Peluso

,

Elizabeth A. Pepin

,

Arlene B. Perlis

,

Moshe Pesach

,

Karen Peshkin

,

Richard Peshkin

,

Tihomir Pesikan

,

Lena Peskin

,

Mark Peskin

,

Peter Chernis, as Trustee of Robyn G. Chernis Irrevocable Trust U/D/T 7/4/93

,

Philadelphia Financial Life Assurance Company

,

Philip E Carlin Family CRUT #1

,

Philip E Carlin Family CRUT#2

,

Philip E. Carlin CRUT#1

,

Philip E. Carlin CRUT#2

,

Philip Lee McStotts Trust

,

Phillip Lee McStotts Trust

,

Phoenix Lake Partners, LP

,

Phyllis Rebell Osterman

,

Irving H. Picard
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

Elisabeth Pichler

,

Edith A. Pillsbury

,

Lillian Pintow

,

Ludwig Piros

,

Cheryl Plambeck on behalf of Unknown Natixis and Natixis Financial Products LLC
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Suzanne K. Plati

,

Corey J. Platzner

,

Linda Platzner

,

Corrine G. Playso
1972 S.E. 16th Court
Pomoano Beach, FL 33062

Pola Brodzki Revocable Trust

,

Phyllis A. Poland

,

Robert Polk

,

Alexandra Pollanka

,

Norbert Pollanka

,

Pompart LLC

,

Geraldine Ponto on behalf of Plaintiff Irving H. Picard trustee for the liquidation of Bernard L. Madoff Investment Securities LLC
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Geraldine E. Ponto on behalf of Plaintiff Irving H. Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
Baker & Hostetler
45 Rockefeller Plaza
New York, NY 10111

Joseph Porat

,

Zohara Porat

,

Paul Powell

,

Power King Ltd.

`

Rossana Powsner
c/o M. Seligman & Co.
23 Menahem Begin Rd.
p.o.b. 36090
Tel-Aviv, 66184

Beatrix Pratscher
`

Patricia A. Pratt
`

Ambroz Preatoni
`

Primeshares
261 Fifth Avenue
22nd Floor
New York, NY 10016

Dorothy Prochilo
`

Louis F. Prochilo
`

Joan W. Procter
`

Wolfgang Prueger
`

Daniel Punz
`

Kathryn M. Quigley
`

Wanda L. Quirk
`

DAVID E. ROSS on behalf of Plaintiff VICTOR J. BARNETT
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NY 10019

Karen L. Rabins
`

Rachel & Dafna Aviv
`

Rachel & Dalit Aviv
`

Rachel & Dana Aviv
`

Rachel & Doron Aviv
`

Rachel & Paula Zitrin
`

Rachel Aviv
`

Burnett H. Radosh
`

Jeremy L. Radosh
`

Katherine M. Radosh
`

Radosh Partners
`

Omer L. Rains
,

Ramiro Castillo Marin , Marcela Kappelmayer and Marta Dominguez
,

Robert M. Randquist, Beneficial Owner, on Behalf of Entrust Adminstrative Services, Inc.
,

Rann & Tamar Smorodinsky
,

Jennifer Ranson
,

Nancy L. Rapoport
,

Norman P. Rappaport
,

Richard Rawlinson
,

Vicki Rayfield
,

Raymo Dallavecchia Jr. IRA
,

Abdallah Joseph Razzouk
,

James Reagan, Jr.
,

Christopher Reali
,

Red Valley Partners
,

Ira A. Reid on behalf of Unknown Landis Inversiones S.L.
Baker & McKenzie
1114 Avenue of the Americas
New York, NY 10036
ira.reid@bakermckenzie.com

Josef Reik
,

Reinsel Kuntz Lesher, LLP
,

Deborah H. Renner on behalf of Plaintiff Irving Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Johounes Resch
,

Sparkasse Reutte
,

Rex C. Bean CRUT
,

Daphne Rhodes
,

Rhonda Shapiro Zinner 1993 Trust U/D/T DTD 7/7/93 As Amended
,

Richard & Maureen Johnson
,

Richard A. Wilpon and Debra Wilpon
,

Richard H. Pauker and Joyce M. Pauker

'

Richard Mogg Revocable Trust

'

Jonathan Lee Riches
P.O. Box 340
Salters, SC 29590

Dawn M. Richter

'

Damien Riehl on behalf of Unknown Hess Kline Revocable Trust and Hell Kline
Damien A. Riehl
800 Lasalle Avenue
2800 Lasalle Plaza
Minneapolis, MN 55402

Yanitzel E. Rivera

'

Robert S. Robbin

'

Judd Robbins

'

Robert A. Epstein, MD and Rebecca Epstein, DMH

'

Robert Callely

'

Robert Douglas Steer & Jeanette Margaret Scott Steer

'

Robert E. Decker

'

Robert H. Smith Revocable Trust

'

Robert M. and Arlene Merson Family Trust dtd 8/12/03 FBO Michelle Merson

'

Robert M. and Arlene Merson Family Trust dtd 8/12/03 FBO of Howard Merson

'

Robert Mansfield and Andrea Mansfield JTWROS

'

Robert Rosenberg (IRA)

'

Robert Saltzman

'

Robert Saltzman 76 Trust

'

Robert and Linda Friedman Foundation

'

Robert and Suzanne Plati

'

Peter Richard Roberts

'

Maria Robinovich

'

Philip B. Robinson

'

Leonard A. Rodes

'

Griselda Rodriguez

'

Roger Zitrin (Roth Ira)
,

Roger Zitrin IRA
,

Rachel Anne Rogers
,

Patricia L. Roland
,

Roman Trojan & Danuta Trojan
,

Roman Trojan and Danuta Trojan
,

Ronald Barsanti Revocable Trust
,

Ronald Joseph and Marie Elsie Joseph
,

Daniel G. Rosenberg
,

Gary S. Rosenberg
,

Marc G Rosenberg on behalf of Unknown Howard Kaye
McLaughlin & Stern LLP
260 Madison Avenue
18th Floor
New York, NY 10016

Sherman L. Rosenfield
,

Burt Ross
,

Ellen Ross
,

Joan Gavin Ross
,

Joel Ross
,

Philip Ross
,

Regina Ross
,

Stacey B. Ross
,

Bryant Roth
,

Alex R. Rovira on behalf of Creditor Altai Capital Growth Fund PCC LImited
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
arovira@sidley.com, emcdonnell@sidley.com

Marshall G. Rowe
,

Paul Rowe on behalf of Defendant Armando J. Bucelo
GREENBAUM, ROWE, SMITH, RAVIN, DAVIS & H
6 BECKER FARM ROAD
ROSELAND, NJ 07068

Roxy Management Defined Benefit Pension Plan
,

Jacob Rozengarten

,

Naomi Rozengarten

,

S. Benjamin Rozwood on behalf of Defendant Rye Select Broad Market Prime Fund, L.P.
Rozwood & Company, A.P.C.
503 North Linden Drive
Beverly Hills, CA 90210

Charlotte Rubin

,

Harriet Rubin

,

Joseph Rubino

,

Todd Ruderman

,

Peter Scott Rumbold

,

Scott Rumbold

,

Linda Russek

,

Ruth & Leah Tall J/T WROS Norton

,

Ruth Wilk or Elliot Wilk WROS

,

Max Rutman

,

Kathleen M. Ryan

,

Patricia Ryan

,

Peter J. Ryan

,

Ryan Eyges Trust Dated December 26, 1996
c/o Duane Morris
1540 Broadway
New York, NY 10036-4086

Donald G. Rynne

,

S. Rendolok LLC

,

SCA Creque

,

SEE Holdco, LLC

,

SMI Capital Group

,

Adam A. Sabella

,

James R. Sabiston

,

Eileen N. Saca

,

Elias T. Saca

,

Alice Sachs
,

Jon Sachs
,

Sain Partners
,

Saje Partners
,

Andrzej Sal
,

Eugenia Cecilia Barreto Salazer
,

Salty Partners
,

Saltzman Foundation
,

Saltzman Group
,

Salvatore & Karyn Rosamilia
,

Sam & Edith Rosen
,

Sam Zemsky
,

Sam Zemsky Rev. Trust dtd 12/27/95
,

Samatha C. Eyges Trust UAD 4/19/02
c/o Duane Morris
1540 Broadway
New York, NY 10036

Samuel Frederick Rohdie& Lam Shuk Foon Margaret
,

Samuel Salmanson Marital Trust
,

Samuel-David Associates Ltd.
,

Iris B. Sandberg
,

Joel B. Sandberg
,

Nerlande Sanon
,

Susan Sansone
,

Arnold Glen Sarnel

Shuba Satyaprasad on behalf of Unknown Darren R. Scandone Trust
Ropes & Gray LLP
One International Place
Boston, MA 02110

Denise Saul
,

Saul B. Katz and Brian Hahn Jr. Tenants in Common
,

Schifferli Vafadar Sivilotti
,

Ralph Schiller
,

Schiltz & Schiltz
2 rue du Fort Rheinsheim
L-2419
,

David Schlazer
,

Judy Schlazer
,

Brian Schlichter
,

Karen Schlissel
,

Mary Gillen Schluck
,

Franz Schmidt
,

Elaine Schmutter
,

Marlin Schoep
,

Benjamin Schoff
,

Blanka Schossleitner
,

Hermene Schrager
,

Roy Schrager
,

Robert Schulman
,

David A. Schulz on behalf of Unknown Newsday LLC
Levine Sullivan Koch & Schulz, LLP
321 West 44th Street
Suite 510
New York, NY 10036

Amanda Schupak
,

Andrew Schupak
,

Anne Schupak
,

Cynthia Schupak
,

Helen Schupak
,

Howard M. Schupak
,

Irving I. Schupak
,

Jessica Schupak
,

Michele Schupak
,

Paul Schupak
,

Philip Nicholas Schupak
,

Schupak Group Defined Benefit Plan
,

Schupak Group Profit Sharing Plan
,

Helmut Schutz
,

Allyne Schwartz
,

Benjamin D. Schwartz
,

Fred Schwartz
,

Leonard P. Schwartz
,

Richard Schwartz
,

Paul Schwartzberg
,

Schwartzman Metals, Inc. 401(k) FBO Ivan Schwartzman
,

Peter Gregory Schwed on behalf of Creditor Alan L. and Norma K. Aufzien
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154
gschwed@loeb.com, tcummins@loeb.com

Scott Moscoe and Samantha Moscoe
,

Securities and Exchange Commission
3 World Financial Center
New York, NY 10281

Ferdinand Sedivy
,

Josef Seidl
,

James E. Seiler
,

Theodore S. Seligson
,

Service Roofing Company
,

Dana M. Seshens on behalf of Defendant 157 J.E.S. LLC
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
dana.seshens@davispolk.com, ecf.ct.papers@dpw.com,robert.jones@davispolk.com

Anthony M. Sferrazza
,

Au Yuet Shan
,

Joseph and Ruth Shapira
c/o M. Seligman & Co.
23 Menahem Begin Rd.
pob 36090
Tel Aviv, 66184

Sharon Klenberg and Laurence M. Ostrin
,

Lisa Brodie Shaughnessy
,

Kenneth Shavelson
,

Shawn Kolodny and Andrew Kolodny JT/WROS
,

Shawn Mathias Marisol Mathias JT/WROS
,

Thomas A. Shea
,

David J. Sheehan on behalf of Plaintiff Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L. Madoff
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Karen Sherman
,

Lawrence C. Sherman
,

Russell G. Sherman
,

Shirley M. Sherman
,

Steven Sherwyn
,

Joseph E. Shickich, Jr. on behalf of Creditor Microsoft Corporation and Microsoft Licensing, GP
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065
jshickich@riddellwilliams.com, hmohr@riddellwilliams.com;ctracy@riddellwilliams.com

Shimon Laor
,

Ariella Shkedi
,

Christina Shkreli
,

Shlomit & Gideon Steinitz
,

Shlomo & Anat Dovrat
,

Shlomo & Miriam Abrahamer
,

Shlomo Dovrat
,

Shoshana Gitelman
,

Sidney and Ethel Chambers
,

Howard Siegel
154 Porto Vecchio Way
Palm Gardens, FL 33418

Siegel IRA
,

Judith Elizabeth Sihombing

,

Sala Sihombing

,

Rebecca Silberstein

,

Avishai Silvershatz

,

Leah Silvershatz

,

Robin J. Silverstein

,

Nancy Silverton

,

Oliver Silverton-Peel

,

Michael Simon

,

Brooke Simonds

,

Edward L. Simonds

,

Lawrence Simonds

,

Sally K. Simonds

,

Simone Erika Krame Trust

,

Alexander Sirotkin

,

Barbara A. Sirotkin

,

Paul Sirotkin

,

Jeffrey Siskind

,

Marc F. Skapof on behalf of Plaintiff Irving H. Picard trustee for the liquidation of Bernard L. Madoff Investment Securities LLC
45 Rockefeller Plaza
New York, NY 10001

Charles Skolnick

,

Marganit Slonim

,

Yochi Slonim

,

Albert H. Small

,

Arlene Turbi Smilow

,

Clarice R. Smith

,

Verna T. Smith

,

William J. Smith

,

Alice V. Smokler
,

Karl Smolarz
,

Rann Smorodinsky
,

Tamar Smorodinsky
,

Craig Snyder
,

Jona Solomon
,

Sondov Capital, Inc.
,

Michele Sorkin
,

Renee Robinow Soskin
,

Special Asset Liquidating Trust
,

Scott M. Sporcich
,

Sport Optics
,

Helmut Spraiter
,

Spring Valley Ventures, LLC
,

Square One Fund Ltd.
,

St. Stephen's School
,

Oliver Stangl
,

Stanley Mondshine Revocable Trust
,

Stanley Mondshine and Sarah Mondshine J/T WROS
,

Daniel Stark
,

Allan Starr
,

Irene Stavin
,

Jeffrey Stavin
,

Markian D. Stecyk
,

Richard Stein
,

Richard H. Steinberg
,

Shlomit & Gideon Steinitz
c/o M. Seligman & Co.
23 Menahem Begin Rd.

pob 36090
Tel Aviv, 66184

Ruthann Stepanek
,

Brett & Jennifer Stepelton
,

Douglas & Virlee Stepelton
,

Sean Stepelton
,

Stepelton Advisors, Inc.
,

Stephen Bernard Roder & Richa Roder
,

Stephen and Francine Fogel
,

Sterling 15C L.L.C.
,

Sterling 20 LLC
,

Sterling Mets, L.P.
,

Sterling Thirty Venture LLC
,

Stephen Stern
,

Stephen H. Stern
,

Steven C. Jaffe Trust U/D/T DTD 9/25/71 As Amended
,

Steven Jaffe 1989 Trust U/D/T DTD 8/24/89 As Amended
,

Steven P. Heller Trust Robert Saltsman Trustee
,

Steven Surabian, Richard Surabian, Martin M. Surabian
,

Beryl Stevens
,

Fred Stevens on behalf of Defendant Jonathan Greenberg
Fox Rothschild LLP
100 Park Avenue
15th Floor
New York, NY 10017

Maxine S. Stewart
,

Bernd Greisinger Stiftungsrat
,

Stirs International Investments Ltd
,

Alexandra Story
,

Strand International Investments Ltd.
,

Martha D. Strizich
,

Xochitl S. Strohbehn on behalf of Unknown Kingate Euro Fund, Ltd.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Gerald Stuhr
,

Susan Sullivan
,

Sun Family Trust
,

Sunyei Ltd-Jacques Lamac
,

Sunyei Ltd.
,

Martin M. Surabian
,

Richard Surabian
,

Steven Surabian
,

Susan Miranda Selwyn
,

Susan Sansone Pension Plan
,

Susan Schemen Fradin Trustee Rev Agree TST DTD 5/23/2000
,

Stanley H. Sussman
,

Heinrich Svitak
,

Ayelet Tal & Nachum Tal
,

Tina M. Talarchyk on behalf of Foreign Representative Madoff Securities International Limited
Squire, Sanders & Dempsey LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Tamar Shine Rakavy
,

Tamra Knepfer Trust
,

Catherine Jing Tang
,

Charles I. Tannen
,

Anita M. Tappy
,

Roberta E. Tarshis
,

Stuart M. Tarshis
,

Tatsuo Inagawa
,

Lois Teich
,

Marvin B. Tepper

,

Tepper 1998 Family Trust

,

Th Surabians

,

John Thackray

,

Pat Thackray

,

The 2006 Kings Grant Trust

,

The Apmont Group Inc. Pension Plan

,

The Chernis Family Living Trust
c/o Duane Morris
1540 Broadway
New York, NY 10036

The DOS BFS Charitable Foundation
100 Ring Road West, Suite 101
Garden City, Ny 11530

The DOS BFS Family Partnership II,L.P.
100 Ring Road West, Suite 101
Garden City, NY 11530

The Dara Sun 2006 Irrevocable Trust

,

The Dean Sun 2006 Irrevocable Trust

,

The Diandra De Morrell Douglas Foundation

,

The Eleanore C. Unflat Living Trust U/A dtd 4/9/91
c/o Duane Morris
1540 Broadway
New York, NY 10036-4086

The Estate of David Sloss

,

The Estate of Jill L. Pupke

,

The Estate of Leonard J. Schreier

,

The Evans Family Trust

,

The Festus & Helen Stacy Foundation, Inc.

,

The Fred Wilpon Family Trust

,

The Geoge Jacobs Trust

,

The Grabel Family Trustee

,

The Iris and Saul Katz Family Foundation, Inc.

,

The Ive Revocable Trust

,

The Judy and Fred Wilpon Family Foundation, Inc.

,

The Kessler Nominee Partnership

c/o Duane Morris
1540 Broadway
New York, NY 10036-4086

The Lavender Trust
,

The Len, Michael and Deyva Schreier Family Foundation, Inc.
,

The Limited Partners of Baird Investment Partners, LP
,

The Liquidators of And For Fairfield Sentry Limited
,

The Lolita Trust
,

The Marilyn Chernis Revocable Trust
c/o Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

The Mark and Margaret Damon Trust
,

The Mittlemann Family Foundation
,

The Norman Shulevitz Foundation
,

The Person Family Partnership
,

The Philip Ross Trust
,

The Platzner Organization, LLC
,

The Saul B. Katz Family Trust
,

The Suzanne & Charles Harr Family Foundation Inc.
,

The White Lily Trust
,

The William and Catherine Krame Foundation
,

The Wright Family Trust
,

Thelma Barshay Trust
,

Thomas and Margaret H. Brown
,

Suzanne Thoresen
,

Annemarie Thrainer
,

Maria Tirone-Winston
,

To Wing Sik Benjamin
,

Toks, inc.
,

Michael Tom
,

Tom Braegelmann
,

Tomas Reinaldo Kuhlcke
,

James J. Trainor
,

Paul Traub on behalf of Unknown Burton and Elain Traub ITF Paul, Gary and Kenneth Traub
Epstein Becker & Green, P.C.
250 Park Avenue
11th Floor
New York, NY 10177-1211

Traviata Consultants Ltd, Paulo Nigro.
,

Emily Joanna Treherne
,

William Treiber
,

Tremont (Bermuda) Limited

Tremont Group Holdings, Inc.
,

Tremont Partners, Inc.
,

Dana Trezziova
,

Ed Trimas
,

Trust "A" U/W G Hurwitz
,

Trust U/ART Fourth O/W/O Israel Wilenitz
,

Trust Under the Will of Harold Korn F/B/O Marjorie K. Osterman
,

Trust dated 2/4/91 F/B/O Doron A. Tavlin, Harvey Krauss and Doron A. Tavlin Trustees
,

Trust"A"U/W G Hurwitz
,

Sara Tschimperle
,

Turbo Investors LLc et al Profit Sharing Plan
c/o Hinckley & Heisenberg LLP
501 5th Avenue, Suite 506
New York, NY 10017

Solomon Turiel
,

Amy B. Tyson
,

Tzedek LLC
,

UBS AG
,

US Trust Co UD Peter M. Lehrer
,

Leyla I. Ubillus
,

UniCredit S.p.A.

,

Josef Unterrainer

,

Uzi & Mina Gazit

,

Regine Vaget

,

Margaret S. Van Dyke

,

Thomas G. VanDyke

,

Eric Ward Vezie

,

Vicki Kaplow Family Trust I
c/o Vicki Kaplow, Trustee
7 Headley Way
Woodbury, NJ 11791

Neli Vilchitski

,

Richard Viola

,

Vito and Robin Errico JTIC

,

Valenzuela Vizcarra

,

Ferreydun Voss-Ughi

,

Serge Vossoughi

,

Elfriede Vrana

,

W. Rendolok LLC

,

Herman Wachtenheim

,

Ellen Diamond Waldman

,

David S. Wallenstein

,

Rosalie Wallenstein

,

Wallenstein/NY Partnership

,

Cindy Wallick

,

Marilyn Walter

,

Quentin Walter

,

Estelle Wapner

,

Irving Wapner

,

Nancy Warshow

,

Nancy L. Warshow
,

Robert D. Watman
,

Thomas M. Wearsch on behalf of Plaintiff Irving H. Picard
Baker & Hosteeller LLP
45 Rockefeler Plaza
New York, NY 10111

Johann Weichberger
,

Klaus Weickl
,

Martin B. Weinberg
,

Robin S. Weinberger
,

Peter Weinhofer
,

Joy Weiser
,

Abby Weiss
,

Donna Weiss
,

Janis Weiss
415 East 54th Street
Apt. 10C
New York, NY 10022

Jerry Weiss
,

Todd A. Wenner
,

James S. Werter
,

Ramona West
,

Michael Wexelbaum on behalf of Unknown Article Fourth Trust U/W Martin J. Joel, Jr., Deceased
Snow Becker Krauss P.C
605 Third Avenue
New York, NY 10158-0125

Frederick Roy White
,

Daniel Whittenburg
,

Francisca Wibisono
,

Laurence Wiener
,

Evelyn Berezin Wilenitz
,

Willaim and Catherine Krame
,

William A. Forrest Revocable Trust
,

William M. Woessner
,

William Silverman Rev. Trust Adele Silverman Trustee
,

William Treiber & Joyce Treiber
,

David Williams
,

Miriam Williams
,

Roger Williams
,

Williams, Barristers & Attorneys
LOM Building
27 Reid Street
Hamilton,

Bruce Wilpon
,

Debra Wilpon
,

Fred Wilpon
,

Jeffrey Wilpon
,

Judith A. Wilpon
,

Richard Wilpon
,

Robert Wittmann
,

H. Frank Wolf
,

Roberta Wolf
,

Jennifer Wortmann
,

James Addison Wright, III on behalf of Unknown Darren R. Scandone Trust
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
james.wright@ropesgray.com

XYlon Saltzman 76 Trust
,

Chang-His Yang
,

Tsui-Chan Yang
,

Mark Yeager
,

Yoseph & Rena Yechieli
c/o M. Seligman & Co.
23 Menahem Begin Rd.
pob 36090
Tel Aviv, 66184

Yeung Chee Shing Anthony & Lee Lai Chun Agnes
,

Yeung Kai Tai & Leung Chun Man Connie
,

Yichanan Yahali Slonim & Marganit Slonim
,

Ying Yu Hing
,

Yossef Yechieli
,

Yovav & Esther Feffer
,

Dalia Yowakim
,

Zafrir & Mira Kochanovsky
,

Krystyna ZeLenka
,

Susan Zedan
,

Jair Zelmanovics
,

Shu Q. Zhao
,

Donald Zief
,

Andrea Certilman Ziegler
,

Brigitte Zink
,

Risa E. Zucker
,

Jeffrey D. Zudeck
,

Yossi Zylberberg & Yael Zylberberg
,

Hugh de Blacam
,

Christian de Preux on behalf of Creditor Marian Staniszewski
100 Rue Du Rhone
1204 Geneve
Suisse,

**EXHIBIT 2**

**Exhibits Pages**

Page # : 1

NANJKAY@YAHOO.COM

Total Number of Records:        1