# **EXHIBIT B**

08-01789-cgm    Doc 5438-2    Filed 08/08/13    Entered 08/08/13 16:42:07    Exhibit B
Pg 1 of 10

# **EXHIBIT B**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number: 009170

## CUSTOMER CLAIM

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

DECEMBER 11, 2008

**RECEIVED**

JUN 0 4 2009

(Please print or type)

Name of Customer: REMY INVESTMENTS CORP
Mailing Address: REDACTED
City: REDACTED
Account No.: REDACTED
Taxpayer I.D. Number (Social Security No.): _____

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. Claim for money balances as of **December 11, 2008**:  USD 7,386,706.88 (BOOK COST)

    a. The Broker owes me a Credit (Cr.) Balance of    $15,455,114.24 (MARKET VALUE)

    b. I owe the Broker a Debit (Dr.) Balance of    $ —

    c. If you wish to repay the Debit Balance,
       please insert the amount you wish to repay and
       attach a check payable to "Irving H. Picard, Esq.,
       Trustee for Bernard L. Madoff Investment Securities LLC."
       If you wish to make a payment, **it must be enclosed**
       with this claim form.    $ —

    d. If balance is zero, insert "None."

2.     Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | ✓ |
| b. | I owe the Broker securities |   | ✓ |
| c. | If yes to either, please list below: |   |   |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | FAIRFIELD SENTRY | | |
| | KINGATE GLOBAL FUND | | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | NO |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | NO |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | NO |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | NO |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | NO |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | MR STEPHEN FELL MR ALAN BENALICK REDACTED |  |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | NO |

Please list the full name and address of anyone assisting you in the preparation of this claim form: MR EDWARD STARLING, WEDLAKE BELL, 52 BEDFORD ROW, LONDON WC1R 4LR  TEL: +44(0) 2073953000  FAX: +44(0) 2073953100

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date  28 MAY 2009           Signature _____

Date  _____       Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# FORTIS

**Portfolio Valuation on 30 SEP 2008**

Account : REDACTED

Valuation Currency : US Dollar

## Hedge Funds

| Quantity | Description | Cost Price | Book Cost USD | Market Price | Market Value USD | Annual Gross Income USD | Gross Yield |
|---|---|---|---|---|---|---|---|
| 531.2955 | FAIRFIELD SENTRY USD Sedol 4390611 | 400.20 USD | 212,622.03 | 1,343.9164 USD | 714,016.74 | 0.00 | 0.00% |
| 32,941.0000 | KINGATE GLOBAL FUND USD SHARES Sedol 2492865 | 217.79 USD | 7,174,084.85 | 447.5000 USD | 14,741,097.50 | 0.00 | 0.00% |
| | Total USD Hedge Funds | | 7,386,706.88 | | 15,455,114.24 | 0.00 | |
| | Total Hedge Funds | | 7,386,706.88 | | 15,455,114.24 | 0.00 | |

7.

Fortis Bank (C.I.) Limited REDACTED
Registered in Guernsey,

E. & O.E.
Page : 5

# FORTIS

Portfolio Valuation on 31 MAR 2009

Account : REDACTED

Valuation Currency : US Dollar

## Hedge Funds

| Quantity | Description | Cost Price | Book Cost USD | Market Price | Market Value USD | Projected Gross Income USD | Gross Yield |
|---|---|---|---|---|---|---|---|
| 531.2955 | FAIRFIELD SENTRY USD SUSPENDED Sedol 4390611 | 400.20 USD | 212,622.03 | 1,349.78 USD | 717,132.04 | 0.00 | 0.000 |
| 32,941.0000 | KINGATE GLOBAL FUND USD SHS SUSP Sedol 2492865 | 217.79 USD | 7,174,084.85 | 453.40 USD | 14,935,449.40 | 0.00 | 0.000 |
| | Total USD Hedge Funds | | 7,386,706.88 | | 15,652,581.44 | 0.00 | |
| | Total Hedge Funds | | 7,386,706.88 | | 15,652,581.44 | 0.00 | |

Fortis Bank (C.I.) Limited, REDACTED
Registered in Guernsey, Nu

E. & O.E.

Page : 6

67060308070

REMY INVESTMENTS CORP

REDACTED

DHL 398 4555 9771

To: Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff
Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue
Suite 800
Dallas
TX 75201
U.S.A.

