Schedule A

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| Doris M. Pearlman | IP0099 | 006373<br>006869<br>015649<br>015652 | N/A | 10-04504 | K&L Gates LLP[1] |
| Lillian Berman Goldfarb | 1G0087 | 009059 | N/A | 10-04366 | Kramer Levin Naftalis & Frankel LLP[2] |
| Carol Nelson & Stanley Nelson J/T WROS | 1ZA284 | 000480 | N/A | 10-04377 | Kramer Levin Naftalis & Frankel LLP |
| Douglas Rimsky | 1CM156 | 012150 | N/A | 10-04388 | Kramer Levin Naftalis & Frankel LLP |
| Article Third Trust U/W Jeanne Rimsky | 1CM387 | 014282 | N/A | 10-04388 | Kramer Levin Naftalis & Frankel LLP |
| Malcolm L. Sherman | 1EM193 | 014417 | N/A | 10-04430 | Kramer Levin Naftalis & Frankel LLP |
| Fred Schwartz & Allyne Schwartz JT WROS | 1CM621 | 012137 | N/A | 10-04431 | Kramer Levin Naftalis & Frankel LLP |
| AHT Partners, L.P. | 1A0116 | 011191 | N/A | 10-04439 | Kramer Levin Naftalis & Frankel LLP |
| Greenman Family Foundation | 1CM254 | 013434 | N/A | 10-04479 | Kramer Levin Naftalis & Frankel LLP |
| Lester Greenman | 1CM272 | 011759 | N/A | 10-04479 | Kramer Levin Naftalis & Frankel LLP |
| Stewart Katz & Judith Katz J/T WROS | 1CM274 | 005511 | N/A | 10-04479 | Kramer Levin Naftalis & Frankel LLP |
| Bernard Greenman Marital Deduction Trust U/A/D 3/22/91 | 1G0086 | 013433 | N/A | 10-04479 | Kramer Levin Naftalis & Frankel LLP |
| Michael Goldstein | 1G0264 | 000790 | N/A | 10-04482 | Kramer Levin Naftalis & Frankel LLP |
| Michael Goldstein #2 | 1G0265 | 000791 | N/A | 10-04482 | Kramer Levin Naftalis & Frankel LLP |
| Michael Goldstein #3 | 1G0266 | 000792 | N/A | 10-04482 | Kramer Levin Naftalis & Frankel LLP |
| Indian Wells Partnership | 1H0069 | 014416 | N/A | 10-04484 | Kramer Levin Naftalis & Frankel LLP |
| Karen Siff Exkorn | 1EM195 | 070171 | N/A | 10-04587 | Kramer Levin Naftalis & Frankel LLP |
| Shirley S. Siff Trust 1989 DTD 12/02/89 | 1EM198 | 014422 | N/A | 10-04641 | Kramer Levin Naftalis & Frankel LLP |
| Carol Nelson | 1ZA283 | 000495 | N/A | 10-04658 | Kramer Levin Naftalis & Frankel LLP |
| NTC & CO FBO Carol Nelson | 1ZR265 | 000531 | N/A | 10-04658 | Kramer Levin Naftalis & Frankel LLP |
| NTC & CO FBO Robert M. Siff | 1ZR207 | 011614 | N/A | 10-04705 | Kramer Levin Naftalis & Frankel LLP |

---

[1] In addition to the Customers set forth on this Schedule A, K&L Gates LLP submits this brief on behalf of each of the defendants in the avoidance actions to which those K&L Gates-represented Customers are parties.

[2] In addition to the Customers set forth on this Schedule A, Kramer Levin Naftalis & Frankel LLP submits this brief on behalf of each of the defendants in the avoidance actions to which those Kramer Levin-represented Customers are parties, with the exception of the following avoidance actions: (i) Picard v. Lehrer (represent Stuart Stein, Arthur Siskind, Arthur J. Feibus, Jamat Company, LLC, and The Mestro Company only), and (ii) Picard v. Trust U/W/O Thomas Langbert F/B/O Evelyn Langbert (represent Trust U/W/O Thomas Langbert F/B/O Evelyn Langbert, Evelyn Langbert, and Fred Dechowitz (deceased) only).

| | | | | | |
|---|---|---|---|---|---|
| Lawrence A. Siff | 1EM196 | 013410 | N/A | 10-04745 | Kramer Levin Naftalis & Frankel LLP |
| NTC & CO FBO Kay Morrissey | 1M0072 | 011200 | N/A | 10-04767 | Kramer Levin Naftalis & Frankel LLP |
| Ludmilla Goldberg | 1G0272 | 000794 | N/A | 10-04811 | Kramer Levin Naftalis & Frankel LLP |
| Heller Bros Partnership Ltd. | 1H0126 | 013890 | N/A | 10-04863 | Kramer Levin Naftalis & Frankel LLP |
| NTC & CO FBO James Morrissey | 1M0071 | 011199 | N/A | 10-04874 | Kramer Levin Naftalis & Frankel LLP |
| Susan Axelrod | ICM327 | 000222 | N/A | 10-05066 | Kramer Levin Naftalis & Frankel LLP |
| D Stone Industries Inc. Profit Sharing Plan | IS0201 | 014303 | N/A | 10-05068 | Kramer Levin Naftalis & Frankel LLP |
| Bertram Bromberg Trust UAD 5/26/06 | 1B0069 | 009098 | N/A | 10-05080 | Kramer Levin Naftalis & Frankel LLP |
| Gloria Bromberg Trust UAD 5/26/06 | 1B0125 | 003174 | N/A | 10-05080 | Kramer Levin Naftalis & Frankel LLP |
| NTC & CO FBO Bertram Bromberg | 1B0172 | 009097 | N/A | 10-05080 | Kramer Levin Naftalis & Frankel LLP |
| Susan Jane Stone | 1S0199 | 070198 | N/A | 10-05084 | Kramer Levin Naftalis & Frankel LLP |
| Daniel Stone | 1S0210 | 009029 | N/A | 10-05084 | Kramer Levin Naftalis & Frankel LLP |
| Harry Schick | 1S0035 | 000330 | N/A | 10-05096 | Kramer Levin Naftalis & Frankel LLP |
| NTC & CO FBO Robert M. Siff | 1ZR215 | 011615 | N/A | 10-05100 | Kramer Levin Naftalis & Frankel LLP |
| Jeffrey H. Fisher Separate Property Revocable Trust DTD 6/7/2007 | 1F0217 | 014280 | Claim not determined | 10-05247 | Kramer Levin Naftalis & Frankel LLP |
| Stanley I Lehrer & Stuart M Stein JT WROS | 1L0013 | 004003 | N/A | 10-05259 | Kramer Levin Naftalis & Frankel LLP |
| David A. Wingate | 1CM581 | 009781 | N/A | 10-05327 | Kramer Levin Naftalis & Frankel LLP |
| Marc B. Fisher | 1F0164 | 010658 | N/A | 10-05336 | Kramer Levin Naftalis & Frankel LLP |
| Trust U/W/O H Thomas Langbert FBO Evelyn Langbert | 1L0003 | 012232 | N/A | 10-05382 | Kramer Levin Naftalis & Frankel LLP |
| Evelyn Langbert | 1L0119 | 011197 | Claim not determined | 10-05382 | Kramer Levin Naftalis & Frankel LLP |
| Mark & Carol Enterprises Inc. | 1M0209 | 013453 | N/A | 10-05432 | Kramer Levin Naftalis & Frankel LLP |
| NTC & CO FBO Mark T. Lederman | 1ZR313 | 013452 | N/A | 10-05432 | Kramer Levin Naftalis & Frankel LLP |
| CAJ Associates LP | 1ZB363 | 013291 | N/A | 10-05440 | Kramer Levin Naftalis & Frankel LLP |
| Jewish Association for Services for the Aged | IZA995 | 011196 | N/A | 11-02773 | Kramer Levin Naftalis & Frankel LLP |
| MBE Preferred Limited Partnership, et al. | 1M0219 | 014302 | N/A | 10-4952 | Loeb & Loeb LLP |
| SEW Preferred Limited Partnership, et al. | 1S0512 | 014160 | N/A | 10-4945 | Loeb & Loeb LLP[3] |

---

[3] In addition to the Customers set forth on this Schedule A, Loeb & Loeb LLP submits this brief on behalf of each of the defendants in the avoidance actions to which those Loeb-represented Customers are parties.