## Schedule A

## __The Customers__

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| Alan F. Aufzien and Norma K. Aufzien JT/WROS | 1CM198 | 004252 | 944 | 10-04483 | Loeb & Loeb LLP[10] |
| Jonathan M. Aufzien | 1CM802 | 3407 | 945 | 10-04483 | Loeb & Loeb LLP |
| Lisa Aufzien | 1CM800 | 4170 | 946 | 10-04483 | Loeb & Loeb LLP |
| Leslie Aufzien Levin | 1CM799 | 5557 | 947 | 10-04483 | Loeb & Loeb LLP |
| Meredith Aufzien Bauer | 1CM801 | 4901 | 948 | 10-04483 | Loeb & Loeb LLP |
| Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000 | 1E0139 1U0023 | N/A | N/A | 10-04933 10-04952 | Loeb & Loeb LLP |
| SEW Preferred Limited Partnership | 1S0512 | 14160 | N/A | 10-04945 | Loeb & Loeb LLP |
| MBE Preferred Limited Partnership | 1M0219 | 14302 | N/A | 10-04952 | Loeb & Loeb LLP |
| Mark B. Evenstad Revocable Trust u/a dated January 30, 2003 | 1E0170 | N/A | N/A | 10-04512 | Loeb & Loeb LLP |
| Serene Warren Revocable Trust U/A/D September 15, 2005 | 1W0126 | N/A | N/A | 10-04520 | Loeb & Loeb LLP |
| Gorvis LLC | 1G0118 | N/A | N/A | 10-04544 | Loeb & Loeb LLP |
| The Koff Living Trust | 1K0207 | N/A | N/A | 10-04926 | Loeb & Loeb LLP |

---

[10] In addition to the Customers set forth on this Schedule A, Loeb & Loeb LLP submits this brief on behalf of each of the defendants in the avoidance actions to which those Loeb-represented Customers are parties.

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| Estate Of Doris M. Pearlman; Heidi Pearlman, In Her Capacity As Personal Representative Of The Estate Of Doris M. Pearlman; Jill Beth Pearlman, In Her Capacity As Personal Representative Of The Estate Of Doris M. Pearlman; Heidi Pearlman, In Her Capacity As Co-trustee Of The Doris M. Pearlman Revocable Trust; Jill Beth Pearlman, In Her Capacity As Co-trustee Of The Doris M. Pearlman Revocable Trust; Heidi Pearlman, As Subsequent Beneficiary; Jill Beth Pearlman, As Subsequent Beneficiary; The Doris M. Pearlman Revocable Trust, As A Subsequent Beneficiary; Marvin A. Goldenberg, As A Subsequent Beneficiary | 1P0099 | 006373 006869 015649 015652 | N/A | 10-04504 | K&L Gates LLP |
| United Congregations Mesora | 1U0013 | N/A | N/A | 10-05110 | K&L Gates LLP |
| Chesed Congregations of America | 1C1221 | N/A | N/A | 10-05054 | K&L Gates LLP |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| South Ferry Building Company, A New York Limited Partnership; Emanuel Gettinger Abraham Wolfson Zev Wolfson, In His Capacity As Trustee U/i/t F/b/o Aaron Wolfson And Alisa Wolfson Zev Wolfson, Individually A. Trust Aa. Trust A.o.n. Trust Aaron Trust Abraham Adeff Abraham Trust Abraham N. Trust Al. Trust Alisa Trust A.n. Trust Goldie Appelgrad, Individually Goldie Appelgrad, In Her Capacity As A Joint Tenant Of Simcha & Goldie Applegrad, As J/t/w/r/o/s Simcha Appelgrad, Individually Simcha Appelgrad, In His Capacity As A Joint Tenant Of Simcha & Goldie Applegrad, As J/t/w/r/o/s David G. Aviv Miriam Beren B.F.&W. Realty Company, A New York Limited Partnership Helen Elbaum, In Her Capacity As Custodian For Zelda Elbaum And Ruth Elbaum Zelda Elbaum Razel Faskowitz Roslyn Gettinger Morris Goldstein Samuel Goldstein | 1S0451 | N/A | N/A | 10-04488 | K&L Gates LLP |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| Israel Grossman | | | | | |
| Kalman Halpern | | | | | |
| Zevi Harris | | | | | |
| Joseph Katz, | | | | | |
| Bessie Kaufman, Individually | | | | | |
| Bessie Kaufman, In Her Capacity As Joint Tenant Of David & Bessie Kaufman, As J/t/w/r/o/s | | | | | |
| David Kaufman, Individually | | | | | |
| David Kaufman, In His Capacity As Joint Tenant Of David & Bessie Kaufman, As J/t/w/r/o/s | | | | | |
| Sara Klein, Individually | | | | | |
| Sara Klein, In Her Capacity As Joint Tenant Of Joint Tenant Of Sol & Sara Klein, As J/t/w/r/o/s | | | | | |
| Sol Klein, Individually | | | | | |
| Sol Klein, In His Capacity As Joint Tenant Of Sol & Sara Klein, As J/t/w/r/o/s | | | | | |
| Albert Kleinman | | | | | |
| Moses Leiter, Individually | | | | | |
| Moses Leiter, In His Capacity As Joint Tenant Of Moses & N. Zwi Leiter, J/t/w/r/o/s | | | | | |
| N. Zwi Leiter, Individually | | | | | |
| N. Zwi Leiter, In Her Capacity As Joint Tenant Of Moses & N. Zwi Leiter, J/t/w/r/o/s | | | | | |
| Gerda Levinsohn | | | | | |
| Hyman Mandelbaum | | | | | |
| Max Mandis, Individually | | | | | |
| Max Mandis, In His Capacity As Joint Tenant Of Max Mandis & Freda Rosenberg, As J/t/w/r/o/s | | | | | |
| Anthony Margadonna, Individually | | | | | |
| Anthony Margadonna, In His Capacity As Joint Tenant Of Anthony & Julia Margadonna, As | | | | | |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| J/t/w/r/o/s | | | | | |
| Julia Margadonna, Individually | | | | | |
| Julia Margadonna, In Her Capacity As Joint Tenant Of Anthony & Julia Margadonna, As J/t/w/r/o/s | | | | | |
| Clara Meth | | | | | |
| Morris Milewski | | | | | |
| Morris Nussbaum | | | | | |
| Mary Peters | | | | | |
| R. Trust | | | | | |
| R.a. Trust | | | | | |
| Rebecca Trust | | | | | |
| Irving Rosen | | | | | |
| Freda Rosenberg, Individually | | | | | |
| Freda Rosenberg, In Her Capacity As Joint Tenant Of Max Mandis & Freda Rosenberg, As J/t/w/r/o/s | | | | | |
| Leo Schechter | | | | | |
| Benjamin Schenker, Individually | | | | | |
| Benjamin Schenker, In His Capacity As Joint Tenant Of Benjamin & Minnie Schenker, As J/t/w/r/o/s | | | | | |
| Minnie Schenker, Individually | | | | | |
| Minnie Schenker, In Her Capacity As Joint Tenant Of Benjamin & Minnie Schenker, As J/t/w/r/o/s | | | | | |
| Mildred Shapiro, Individually | | | | | |
| Mildred Shapiro, In Her Capacity As Joint Tenant Of Rabbi Solomon B. & Mildred Shapiro, As J/t/w/r/o/s | | | | | |
| Rabbi Solomon B. Shapiro, Individually | | | | | |
| Rabbi Solomon B. Shapiro, In His Capacity As Joint Tenant Of Rabbi Solomon B. & Mildred Shapiro, As J/t/w/r/o/s | | | | | |
| Leon Shiffman | | | | | |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| Lee Siegmund | | | | | |
| Nachema Singer | | | | | |
| Sarah Spindell | | | | | |
| Chaim Twerksy, Individually | | | | | |
| Chaim Twerksy, In His Capacity As A Joint Tenant Of Chaim & Rachel Twersky, As J/t/w/r/o/s | | | | | |
| Rachel Twersky, Individually | | | | | |
| Rachel Twersky, In Her Capacity As A Joint Tenant Of Chaim & Rachel Twersky, As J/t/w/r/o/s Ernest Wachtel, Individually | | | | | |
| Ernest Wachtel, In His Capacity As Joint Tenant Of Ernest & Rose Wachtel, As J/t/w/r/o/s | | | | | |
| Rose Wachtel, Individually | | | | | |
| Rose Wachtel, In Her Capacity As Joint Tenant Of Ernest & Rose Wachtel, As J/t/w/r/o/s | | | | | |
| Max Well | | | | | |
| Chana Wolfson | | | | | |
| Helen Younger | | | | | |
| Aaron Zeitlin, Individually | | | | | |
| Aaron Zeitlin, In His Capacity As Trustee For Abraham Trust | | | | | |
| Aaron Zeitlin, In His Capacity As Trustee For Rebecca Trust | | | | | |
| Aaron Zeitlin, In His Capacity As Trustee For Alisa Trust | | | | | |
| Aaron Zeitlin, In His Capacity As Trustee For Aaron Trust | | | | | |
| Aaron Zeitlin, In His Capacity As Trustee For Abraham N. Trust | | | | | |
| Aaron Zeitlin, In His Capacity As Trustee For | | | | | |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| R.a. Trust<br>Aaron Zeitlin, In His Capacity As Trustee For Ai. Trust<br>Aaron Zeitlin, In His Capacity As Trustee For Aa. Trust<br>Aaron Zeitlin, In His Capacity As Trustee For A.n. Trust<br>Aaron Zeitlin, In His Capacity As Trustee For R. Trust<br>Aaron Zeitlin, In His Capacity As Trustee For A. Trust<br>Aaron Zeitlin, In His Capacity As Trustee For A.o.n. Trust<br>Rachel Zeitlin | | | | | |
| Lanx BM Investments, LLC<br>The Lanx Fund II, LP<br>Wolfson Cousins, LP<br>Edara Partnership | 1L0228 | N/A | N/A | 10-04384 | K&L Gates LLP |
| Wolfson Equities<br>Aaron Wolfson, Individually<br>The Aaron Wolfson 1983 Trust<br>The Abraham Wolfson 1983 Trust<br>The Alisa Wolfson Safier 1983 Trust<br>The Daniel Wolfson 1983 Trust<br>The Elishiva Wolfson 1983 Trust<br>The Nadine R. Wolfson 1991 Trust<br>The Rebecca Wolfson Wolmark 1983 Trust<br>The Wolfson Trust | 1W0108 | N/A | N/A | 10-05220 | K&L Gates LLP |
| Ezriel Munk, In His Capacity As Trustee Of The Wolfson Descendants 1983 Trust<br>Ezriel Munk, In His | 1Z0027 | N/A | N/A | 10-04374 | K&L Gates LLP |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| Capacity As Trustee The ZW 1999 Trust Wolfson Descendants 1983 Trust Zev Wolfson ZW 1999 Trust ZWD Investments, LLC | | | | | |
| Aaron Wolfson Abraham Wolfson Emmanuel Gettinger South Ferry #2 LP South Ferry Building Company Zev Wolfson | 1S0447 | N/A | N/A | 10-04350 | K&L Gates LLP |
| James Lowrey, Individually James Lowrey, In His Capacity As General Partner Of Turtle Cay Partners James Lowrey, In His Capacity As Personal Representative Of The Estate Of Marianne Lowrey James Lowrey, In His Capacity As Trustee For The Marianne B. Lowrey Trust James Lowrey In His Capacity As Successor Partner Of Coldbrook Associates Partnership The Estate Of Marianne Lowrey Turtle Cay Partners Coldbrook Associates Partnership, Individually Coldbrook Associates Partnership,  In Its Capacity As General Partner Of Turtle Cay Partners Trust Created For The Benefit Of Jessica Lee Lowrey Under Article Second Of A Certain Trust Agreement Dated August | 1CM585 1CM832 1CM880 | N/A | N/A | 10-04387 | K&L Gates LLP |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|----------|-------------|--------------------|-----------------------|-----------------------|----------|
| 29, 1984 Trust Created For The Benefit Of Tracy Mcdonald Lowrey Under Article Second Of A Certain Trust Agreement Dated August 29, 1984 | | | | | |
| Trust Created For The Benefit Of Whitney Hanlon Lowrey Under Article Second Of A Certain Trust Agreement Dated August 29, 1984 | | | | | |
| Jessica Lee Lowrey, Individually | | | | | |
| Jessica Lee Lowrey, In Her Capacity As Personal Representative Of The Estate Of Marianne Lowrey | | | | | |
| Jessica Lee Lowrey, In Her Capacity As Trustee For The Marianne B. Lowrey Trust | | | | | |
| Jessica Lee Lowrey, In Her Capacity As Successor Partner Of Coldbrook Associates Partnership | | | | | |
| Tracy Mcdonald Lowrey Lenehan, Individually | | | | | |
| Tracy Mcdonald Lowrey Lenehan, In Her Capacity As Personal Representative Of The Estate Of Marianne Lowrey | | | | | |
| Tracy Mcdonald Lowrey Lenehan,in Her Capacity As Trustee For The Marianne B. Lowrey Trust | | | | | |
| Tracy Mcdonald Lowrey Lenehan, In Her Capacity As Successor Partner Of Coldbrook Associates Partnership | | | | | |
| Whitney Hanlon Lowrey Gaeta, Individually | | | | | |
| Whitney Hanlon Lowrey Gaeta, In Her Capacity As | | | | | |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| Personal Representative Of The Estate Of Marianne Lowrey | | | | | |
| Whitney Hanlon Lowrey Gaeta, In Her Capacity As Trustee For The Marianne B. Lowrey Trust | | | | | |
| Whitney Hanlon Lowrey Gaeta, In Her Capacity As Successor Partner Of Coldbrook Associates Partnership | | | | | |
| Larry B. Alexander, In His Capacity As Personal Representative Of The Estate Of Marianne Lowrey | | | | | |
| Larry B. Alexander, In His Capacity As Trustee For The Marianne B. Lowrey Trust | | | | | |
| Larry B. Alexander, In His Capacity As Successor Partner Of Coldbrook Associates Partnership | | | | | |
| The Marianne B. Lowrey Trust | | | | | |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| Ambassador Shoe Corp. | IEM280 | N/A | N/A | 10-04340 | Kramer Levin Naftalis & Frankel LLP[11] |
| NTC& Co LLP FBO Arthur M. Siskind | IS0231 | N/A | N/A | 10-04365 | Kramer Levin Naftalis & Frankel LLP |
| Lillian Berman Goldfarb | 1G0087 | 009059 | N/A | 10-04366 | Kramer Levin Naftalis & Frankel LLP |
| Estate of Helene Abraham | 1AO125 | N/A | N/A | 10-04372 | Kramer Levin Naftalis & Frankel LLP |
| Estate of Alexander Abraham | 1A0129 | N/A | N/A | 10-04372 | Kramer Levin Naftalis & Frankel LLP |
| Richard A. Broms Revocable Trust | 1EM029 | N/A | N/A | 10-04373 | Kramer Levin Naftalis & Frankel LLP |
| Carol Nelson & Stanley Nelson J/T WROS | 1ZA284 | 000480 | N/A | 10-04377 | Kramer Levin Naftalis & Frankel LLP |
| Lyle A. Berman Revocable Trust U/A DTD 6/18/04 | 1B0015 | N/A | N/A | 10-04382 | Kramer Levin Naftalis & Frankel LLP |
| Douglas Rimsky | 1CM156 | 012150 | N/A | 10-04388 | Kramer Levin Naftalis & Frankel LLP |
| Douglas Rimsky C/F Margaret Rimsky | 1CM283 | N/A | N/A | 10-04388 | Kramer Levin Naftalis & Frankel LLP |
| Douglas Rimsky C/F Sarah Rimsky | 1CM284 | N/A | N/A | 10-04388 | Kramer Levin Naftalis & Frankel LLP |
| Rimsky Family Ltd. Partnership | 1CM337 | N/A | N/A | 10-04388 | Kramer Levin Naftalis & Frankel LLP |

---

[11] In addition to the Customers set forth on this Schedule A, Kramer Levin Naftalis & Frankel LLP submits this brief on behalf of each of the defendants in the avoidance actions to which those Kramer Levin-represented Customers are parties, with the exception of the following avoidance actions: (i) Picard v. Rosenfield (represent Robert Rosenfield only); (ii) Picard v. Lehrer (represent Stuart Stein, Arthur Siskind, Arthur J. Feibus, Jamat Company, LLC, and The Mestro Company only); (iii) Picard v. Trust U/W/O Thomas Langbert F/B/O Evelyn Langbert (represent Trust U/W/O Thomas Langbert F/B/O Evelyn Langbert, Evelyn Langbert, and Fred Dechowitz (deceased), only); and (iv) Picard v. Meyer Goldman (represent Neil S. Goldman only).

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| Estate of Robert Rimsky | 1CM386 | N/A | N/A | 10-04388 | Kramer Levin Naftalis & Frankel LLP |
| Article Third Trust U/W Jeanne Rimsky | 1CM387 | 014282 | N/A | 10-04388 | Kramer Levin Naftalis & Frankel LLP |
| Robert A. Meister | 1M0074 | N/A | N/A | 10-04409 | Kramer Levin Naftalis & Frankel LLP |
| Theresa Berman Revocable Trust | 1B0268 | N/A | N/A | 10-04416 | Kramer Levin Naftalis & Frankel LLP |
| The Olesky Survivors Trust dated 2/27/84 | 1EM142 | N/A | N/A | 10-04427 | Kramer Levin Naftalis & Frankel LLP |
| Malcolm L. Sherman | 1EM193 | 014417 | N/A | 10-04430 | Kramer Levin Naftalis & Frankel LLP |
| AGAS Company LP | 1CM225 | N/A | N/A | 10-04431 | Kramer Levin Naftalis & Frankel LLP |
| Fred Schwartz & Allyne Schwartz JT WROS | 1CM621 | 012137 | N/A | 10-04431 | Kramer Levin Naftalis & Frankel LLP |
| AHT Partners, L.P. | 1A0116 | 011191 | N/A | 10-04439 | Kramer Levin Naftalis & Frankel LLP |
| BWA Ambassador Inc. | 1B0101 | N/A | N/A | 10-04452 | Kramer Levin Naftalis & Frankel LLP |
| Greenman Family Foundation | 1CM254 | 013434 | N/A | 10-04479 | Kramer Levin Naftalis & Frankel LLP |
| Lester Greenman | 1CM272 | 011759 | N/A | 10-04479 | Kramer Levin Naftalis & Frankel LLP |
| Stewart Katz & Judith Katz J/T WROS | 1CM274 | 005511 | N/A | 10-04479 | Kramer Levin Naftalis & Frankel LLP |
| Bernard Greenman Marital Deduction Trust U/A/D 3/22/91 | 1G0086 | 013433 | N/A | 10-04479 | Kramer Levin Naftalis & Frankel LLP |
| Michael Goldstein | 1G0264 | 000790 | N/A | 10-04482 | Kramer Levin Naftalis & Frankel LLP |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| Michael Goldstein #2 | 1G0265 | 000791 | N/A | 10-04482 | Kramer Levin Naftalis & Frankel LLP |
| Michael Goldstein #3 | 1G0266 | 000792 | N/A | 10-04482 | Kramer Levin Naftalis & Frankel LLP |
| Indian Wells Partnership | 1H0069 | 014416 | N/A | 10-04484 | Kramer Levin Naftalis & Frankel LLP |
| NTC & CO FBO Geoffrey S. Rehnert | 1R0201 | N/A | N/A | 10-04556 | Kramer Levin Naftalis & Frankel LLP |
| Meyer Goldman | 1G0232 | N/A | N/A | 10-04567 | Kramer Levin Naftalis & Frankel LLP |
| Karen Siff Exkorn | 1EM195 | 070171 | N/A | 10-04587 | Kramer Levin Naftalis & Frankel LLP |
| Collingwood Group | 1CM850 | N/A | N/A | 10-04640 | Kramer Levin Naftalis & Frankel LLP |
| Rubin Family Investments Partnership | 1CM601 | N/A | N/A | 10-04521 | Kramer Levin Naftalis & Frankel LLP |
| Shirley S. Siff Trust 1989 DTD 12/02/89 | 1EM198 | 014422 | N/A | 10-04641 | Kramer Levin Naftalis & Frankel LLP |
| NTC & CO FBO Marc B. Wolpow | 1W0067 | N/A | N/A | 10-04646 | Kramer Levin Naftalis & Frankel LLP |
| Marc Wolpow | 1W0100 | N/A | N/A | 10-04646 | Kramer Levin Naftalis & Frankel LLP |
| The Marc B. Wolpow 1995 Family Trust | 1W0117 | N/A | N/A | 10-04646 | Kramer Levin Naftalis & Frankel LLP |
| Audax Group LP | 1AO120 | N/A | N/A | 10-04651 | Kramer Levin Naftalis & Frankel LLP |
| Carol Nelson | 1ZA283 | 000495 | N/A | 10-04658 | Kramer Levin Naftalis & Frankel LLP |
| NTC & CO FBO Carol Nelson | 1ZR265 | 000531 | N/A | 10-04658 | Kramer Levin Naftalis & Frankel LLP |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| Gordon Associates | 1G0302 | N/A | N/A | 10-04684 | Kramer Levin Naftalis & Frankel LLP |
| NTC & CO FBO Robert M. Siff | 1ZR207 | 011614 | N/A | 10-04705 | Kramer Levin Naftalis & Frankel LLP |
| NTC & CO Maurice Rosenfield FTC | 1R0151 | N/A | N/A | 10-04736 | Kramer Levin Naftalis & Frankel LLP |
| Lawrence A. Siff | 1EM196 | 013410 | N/A | 10-04745 | Kramer Levin Naftalis & Frankel LLP |
| NTC & CO FBO Kay Morrissey | 1M0072 | 011200 | N/A | 10-04767 | Kramer Levin Naftalis & Frankel LLP |
| Ludmilla Goldberg | 1G0272 | 000794 | N/A | 10-04811 | Kramer Levin Naftalis & Frankel LLP |
| Heller Bros Partnership Ltd. | 1H0126 | 013890 | N/A | 10-04863 | Kramer Levin Naftalis & Frankel LLP |
| NTC & CO FBO James Morrissey | 1M0071 | 011199 | N/A | 10-04874 | Kramer Levin Naftalis & Frankel LLP |
| Branch Family Development LLC | 1B0225 | N/A | N/A | 10-04949 | Kramer Levin Naftalis & Frankel LLP |
| Mathew & Evelyn Broms Investment Partnership | 1EM028 | N/A | N/A | 10-04985 | Kramer Levin Naftalis & Frankel LLP |
| Carol Lederman | 1ZB358 | N/A | N/A | 10-04990 | Kramer Levin Naftalis & Frankel LLP |
| Lucerne Foundation | 1CM197 | N/A | N/A | 10-05055 | Kramer Levin Naftalis & Frankel LLP |
| James Heller | 1H0024 | N/A | N/A | 10-05061 | Kramer Levin Naftalis & Frankel LLP |
| Love & Quiches Ltd Pension Plan | 1CM118 | N/A | N/A | 10-05066 | Kramer Levin Naftalis & Frankel LLP |
| Susan Axelrod | ICM327 | 000222 | N/A | 10-05066 | Kramer Levin Naftalis & Frankel LLP |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| D Stone Industries Inc. Profit Sharing Plan | IS0201 | 014303 | N/A | 10-05068 | Kramer Levin Naftalis & Frankel LLP |
| The Lyle Berman Family Partnership | IB0242 | N/A | N/A | 10-05071 | Kramer Levin Naftalis & Frankel LLP |
| Bertram Bromberg Trust UAD 5/26/06 | 1B0069 | 009098 | N/A | 10-05080 | Kramer Levin Naftalis & Frankel LLP |
| Gloria Bromberg Trust UAD 5/26/06 | 1B0125 | 003174 | N/A | 10-05080 | Kramer Levin Naftalis & Frankel LLP |
| NTC & CO FBO Bertram Bromberg | 1B0172 | 009097 | N/A | 10-05080 | Kramer Levin Naftalis & Frankel LLP |
| Susan Jane Stone | 1S0199 | 070198 | N/A | 10-05084 | Kramer Levin Naftalis & Frankel LLP |
| Daniel Stone | 1S0210 | 009029 | N/A | 10-05084 | Kramer Levin Naftalis & Frankel LLP |
| Howard Vogel Retirement Plan | 1CM262 | N/A | N/A | 10-05090 | Kramer Levin Naftalis & Frankel LLP |
| Eugenia G. Vogel | 1CM312 | N/A | N/A | 10-05090 | Kramer Levin Naftalis & Frankel LLP |
| Howard Vogel | 1CM754 | N/A | N/A | 10-05090 | Kramer Levin Naftalis & Frankel LLP |
| Harry Schick | 1S0035 | 000330 | N/A | 10-05096 | Kramer Levin Naftalis & Frankel LLP |
| NTC & CO FBO Robert M. Siff | 1ZR215 | 011615 | N/A | 10-05100 | Kramer Levin Naftalis & Frankel LLP |
| Lichter Family Partnership | 1EM115 | N/A | N/A | 10-05129 | Kramer Levin Naftalis & Frankel LLP |
| The Robert M. Siff Trust - 1990 | 1EM197 | N/A | N/A | 10-05138 | Kramer Levin Naftalis & Frankel LLP |
| Joyce Moscoe Rev Tst Agmt DTD 10/91 | 1EM130 | N/A | N/A | 10-05140 | Kramer Levin Naftalis & Frankel LLP |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| Estate of Elaine Cooper | 1ZB530 | N/A | N/A | 10-05167 | Kramer Levin Naftalis & Frankel LLP |
| Jeffrey H. Fisher Separate Property Revocable Trust DTD 6/7/2007 | 1F0217 | Claim not determined | Claim not determined | 10-05247 | Kramer Levin Naftalis & Frankel LLP |
| Stanley I Lehrer & Stuart M Stein JT WROS | 1L0013 | 004003 | N/A | 10-05259 | Kramer Levin Naftalis & Frankel LLP |
| RIP Investments, LP | 1CM222 | N/A | N/A | 10-05289 | Kramer Levin Naftalis & Frankel LLP |
| David A. Wingate | 1CM581 | 009781 | N/A | 10-05327 | Kramer Levin Naftalis & Frankel LLP |
| Marc B. Fisher | 1F0164 | 010658 | N/A | 10-05336 | Kramer Levin Naftalis & Frankel LLP |
| Falcon Associates, L.P. | 1F0171 | N/A | N/A | 10-05336 | Kramer Levin Naftalis & Frankel LLP |
| Trust U/W/O H Thomas Langbert FBO Evelyn Langbert | 1L0003 | 012232 | N/A | 10-05382 | Kramer Levin Naftalis & Frankel LLP |
| Evelyn Langbert | 1L0119 | Claim not determined | Claim not determined | 10-05382 | Kramer Levin Naftalis & Frankel LLP |
| James Heller Family LLC | 1H0170 | N/A | N/A | 10-05419 | Kramer Levin Naftalis & Frankel LLP |
| Mark & Carol Enterprises Inc. | 1M0209 | 013453 | N/A | 10-05432 | Kramer Levin Naftalis & Frankel LLP |
| NTC & CO FBO Mark T. Lederman | 1ZR313 | 013452 | N/A | 10-05432 | Kramer Levin Naftalis & Frankel LLP |
| CAJ Associates LP | 1ZB363 | 013291 | N/A | 10-05440 | Kramer Levin Naftalis & Frankel LLP |
| Jewish Association for Services for the Aged | IZA995 | 011196 | N/A | 11-02773 | Kramer Levin Naftalis & Frankel LLP |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| Potamkin Family Investments, Inc. | 1P0108 | 005313 | N/A | N/A | Milberg LLP12 |
| Lexie Potamkin | 1P0113 | 005310 | | N/A | Milberg LLP |
| Jerry Guberman | 1ZR060 | 010171 | 382 | N/A | Milberg LLP |
| Judith Rock Goldman | 1ZW013 | 009794 | 396 | N/A | Milberg LLP |
| Anita Karimian | 1ZW019 | 010930 | 397 | 10-04706 | Milberg LLP |
| Albert J. Goldstein u/w FBO Ruth E. Goldstein | 1ZA736 | 009316 | 398 | 10-04725 | Milberg LLP |
| Ann Denver | 1ZA470 | 009710 | 409 | N/A | Milberg LLP |
| Norton A. Eisenberg | 1CM296 | 008937 | 435 | 10-04576 | Milberg LLP |
| Harold A. Thau | 1ZA467 | 009522 | 450 | 10-04951 | Milberg LLP |
| Harold A. Thau | 1ZR261 | 009523 | 451 | N/A | Milberg LLP |
| The Aspen Company | 1ZA471 | 009528 | 452 | 10-05070 | Milberg LLP |
| Stephen R. Goldenberg | 1CM391 | 010950 | 460 | 10-04946 | Milberg LLP |
| Michael Silverstein & Sandra Silverstein J/T WROS | 1ZA569 | 004678 | 548 | N/A | Milberg LLP |
| Judith G. Damron | 1ZA244 | 001150 | 574 | N/A | Milberg LLP |
| Onesco International, Ltd | 1FR121 | 009658 | 668 | N/A | Milberg LLP |
| Amy Thau Friedman | 1ZA468 | 009525 | 669 | N/A | Milberg LLP |
| Michael H. Ostrove and Lisa Ostrove | 1CM360 | 008589 | 670 | N/A | Milberg LLP |
| Kenneth D. Bane 2006 Trust | 1B0217 | 010437 | 671 | N/A | Milberg LLP |
| Lester Kolodny | 1K0138 | 001066 | 672 | 10-04515 | Milberg LLP |
| William M. Woessner | 1CM275 | 000802 | 673 | 10-04741 | Milberg LLP |
| Michael E. Thau | 1ZB275 | 009524 | 676 | | Milberg LLP |
| Jan Marcus Capper | 1EM468 | 011109 | 680 | 10-05197 | Milberg LLP |
| John Denver Concerts, Inc. Pension Plan Trust | 1ZB085 | 009526 | 687 | 10-05089 | Milberg LLP |
| Aspen Fine Arts Co. | 1EM381 | 009406 | 707 | 10-04335 | Milberg LLP |
| Aspen Fine Arts Co. Defined Contribution Plan | 1EM320 | 009020 | 708 | N/A | Milberg LLP |
| Potamkin Family Foundation I, Inc. | 1P0107 | 005312 | 709 | 10-05069 | Milberg LLP |
| Robert & Lexie Potamkin | 1P0097 | 011264 | 710 | N/A | Milberg LLP |
| Jerry Guberman Trust Dated 12/23/93 | 1ZA407 | 009416 | 711 | N/A | Milberg LLP |
| Trust U/W/O Harriette Myers | 1CM316 | 009521 | 712 | 10-05401 | Milberg LLP |

---

[12] The Declaration of Bik Cheema, filed with the Trustee's motion papers, identifies C.V.I.G.V.F. (Lux) Master S.a.r.l., Gary Harnick, and The Harnick Brothers Partnership as Customers represented by Milberg LLP.  Milberg LLP does not currently represent these Customers.

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| Judith Rock Goldman | 1ZA490 | 009795 | 867 | N/A | Milberg LLP |
| Anita Karimian | 1ZA142 | 010932 | 870 | 10-04706 | Milberg LLP |
| The Marcus Family Limited Partnership | 1EM248 | 002880 | 872 | 10-04906 | Milberg LLP |
| Steven V. Marcus Separate Property Marcus Family Trust | 1EM469 | 002882 | 873 | 10-04906 | Milberg LLP |
| Diana Melton Trust, Dated 12/5/05 | 1ZA699 | 008648 | 874 | N/A | Milberg LLP |
| Ernest Melton | 1ZR043 | 008647 | 875 | N/A | Milberg LLP |
| Melton Family LLC | 1ZA894 | 008649 | 876 | N/A | Milberg LLP |
| Robert Horowitz & Harlene Horowitz as Trustees of the Horowitz Family Trust | 1H0084 | 009145 | 885 | N/A | Milberg LLP |
| Charles Gabriele | 1CM431 | 009180 | 886 | 10-04724 | Milberg LLP |
| Ruth E. Goldstein | 1ZA735 | 009314 | 912 | 10-04725 | Milberg LLP |
| Marvin Schlachter | 1S0185 | 010954 | 913 | N/A | Milberg LLP |
| Trudy Schlachter | 1S0293 | 011044 | 915 | N/A | Milberg LLP |
| Ruth E. Goldstein | 1ZR125 | 009315 | 941 | 10-04725 | Milberg LLP |
| Albert Family Retirement LP | 1CM379 | 006902 | 1019 | N/A | Milberg LLP |
| 2427 Parent Corporation | 1T0058 | 005311 | 1020 | N/A | Milberg LLP |
| Forecast Designs Retirement Trust | 1F0140 | 008441 | 1047 | N/A | Milberg LLP |
| June Pollack T/O/D to Keith L. Pollack and Cary G. Pollack | 1CM884 | 000530 | 1080 | N/A | Milberg LLP |
| Robert Potamkin | 1P0089 | 011263 | 1777 | N/A | Milberg LLP |
| Joseph Sloves | 1S0403 | 007959 | 1949 | N/A | Milberg LLP |
| Linda Berger & Howard Berger J/T WROS | 1ZB547 | 005115 | 1998 | N/A | Milberg LLP |
| Aspen Fine Arts Co. Defined Contribution Plan | 1EM414 | 011426 | 2029 | N/A | Milberg LLP |
| John Malkovich Pension Plan & Trust | 1ZB131 | 007013 | 2120 | N/A | Milberg LLP |
| Gary Albert | 1CM015 | 009762 | 2192 | 10-04390 | Milberg LLP |
| The Adina Michaeli Revocable Trust | 1ZR305 | 007983 | 2214 | N/A | Milberg LLP |
| Richard Roth | 1R0103 | 000711 | 2271 | 10-05136 | Milberg LLP |
| Michael Roth | 1R0102 | 000722 | 2272 | N/A | Milberg LLP |
| Jonathan Michaeli | 1ZR304 | 007984 | 2277 | N/A | Milberg LLP |
| Dr. Lynn Lazarus Serper | 1EM243 | 010195 | 2346 | N/A | Milberg LLP |
| Laurence Leif | 1L0142 | 001204 | 2351 | 10-04601 | Milberg LLP |
| Gerald Blumenthal | 1B0166 | 006832 | 2366 | 10-04582 | Milberg LLP |
| Michael Roth | 1R0057 | 000715 | 2373 | N/A | Milberg LLP |
| Lynda Roth | 1R0054 | 000721 | 2374 | N/A | Milberg LLP |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| Diane Sloves as Tstee Under Rev Tst Agreement Dtd 10/13/00 for the Benefit of D Sloves | 1S0274 | 009122 | 2409 | N/A | Milberg LLP |
| Richard Roth | 1R0060 | 000710 | 2448 | 10-05136 | Milberg LLP |
| Florence Roth | 1R0047 | 000712 | 2449 | N/A | Milberg LLP |
| Delia Gail Rosenberg | 1R0250 | 011095 | 2509 | N/A | Milberg LLP |
| William M. Woessner & Sheila A. Woessner | 1CM191 | 000450 | 2766 | 10-04741 | Milberg LLP |
| Advent Management Corp. Pension Plan and Trust | 1ZA466 | 009527 | 3266 | N/A | Milberg LLP |
| John G. Malkovich | 1ZB237 | 009529 | 3601 | N/A | Milberg LLP |
| HHI Investment Trust #2 | 1-H0076 | 013546 | 558 | 10-05404 | Schulte Roth & Zabel LLP |
| Douglas G. Brown, Trustee of the Douglas G. Brown Revocable Trust | 1B0139 | 015094 | 2439 | N/A | Seeger Weiss LLP[13] |
| Elbert R. Brown Trustee UTD 12/29/88 | 1B0073 | 002263 | 2288, 3122 | 10-05398 | Seeger Weiss LLP |
| Elbert R. Brown Trustee UTD 12/29/88 | 1B0142 | 002696 | Claim not determined | 10-05398 | Seeger Weiss LLP |
| Elizabeth Harris Brown | 1B0140 | 001691 | 2146 | N/A | Seeger Weiss LLP |
| Lawrence I. Brown and Barbara Brown JTWROS | 1B0154 | 002892 | 2845 | N/A | Seeger Weiss LLP |
| Viola Brown Trustee UTD 12/29/88 | 1B0078 | 002317 | 2343, 3121 | 10-05398 | Seeger Weiss LLP |
| Viola Brown Trustee UTD 12/29/88 | 1B0128 | 002695 | Claim not Determined | 10-05398 | Seeger Weiss LLP |
| Katharine Brown Trust | 1B0141 | 004020 | 1136 | N/A | Seeger Weiss LLP |
| Do Stay, Inc. | 1D0040 | 002266 | 2820 | 10-05398 | Seeger Weiss LLP |
| Export Technicians | 1ZA794 | 014260 | 436 | N/A | Seeger Weiss LLP |
| Lewis R. Franck | 1ZA440 | 015368 | 733 | 10-04759 | Seeger Weiss LLP |
| Nur C. Gangji Trustee under Nur C Gangji Trust | 1ZA201 | 008827 | 854 | N/A | Seeger Weiss LLP |
| Martin Gelman and Michale Dancer JT/WROS | 1ZB516 | 008502 | 705 | N/A | Seeger Weiss LLP |
| Irving Gerberg | 1ZG029 | 014262 | 484 | N/A | Seeger Weiss LLP |

---

[13] The Declaration of Bik Cheema, filed with the Trustee's motion papers, identifies SPCP Group LLC and Orthopaedic Specialty Group as Customers represented by Seeger Weiss LLP. Seeger Weiss does not currently represent these Customers.

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| Marilyn Cohn Gross | 1ZA409 | 007054 | 718 | N/A | Seeger Weiss LLP |
| Barbara Harris | 1H0092 | 002704 | 2753 | N/A | Seeger Weiss LLP |
| Deborah G. Katz and Deborah Katz as Custodian for Alexander and Jason Katz TIC | 1KW202 | 001841 | 2013 | N/A | Seeger Weiss LLP |
| Andrew Katz and Deborah Katz JT | 1KW342 | 001850 | 2014 | N/A | Seeger Weiss LLP |
| Jack Kaufman and Phyllis Kaufman JTWROS | 1KW142 | 006571 | 2221 | N/A | Seeger Weiss LLP |
| Robin I. Logue and Peter Logue as cotrustees of the Logue Family Revocable Trust | 1L0329 | 008883 | 2389 | N/A | Seeger Weiss LLP |
| Michael Mathias and Stacey Mathias JTWROS | 1M0100 | 002619 | 2963 | N/A | Seeger Weiss LLP |
| Joseph S. Popkin Revocable Trust Dtd 2/9/06 Robin Popkin Logue | 1ZA121 | 008885 | 861 | 10-04712 | Seeger Weiss LLP |
| Paul J. Robinson | 1EM299 | 000469 | 370 | N/A | Seeger Weiss LLP |
| Barbara Schlossberg | 1ZG022 | 000328 | 706 | N/A | Seeger Weiss LLP |
| Bernard Seldon (IRA) | 1ZR050 | 006615 | 453 | N/A | Seeger Weiss LLP |
| Dorothy B. Seldon Revocable Living Trust | 1ZA437 | 006616 | 696 | N/A | Seeger Weiss LLP |
| NTC & Co. FBO Leila F. Sobin | 1S0457 | 006479 | 829 | N/A | Seeger Weiss LLP |
| Leila F. Sobin | 1EM210 | 008499 | 2408 | N/A | Seeger Weiss LLP |
| Jonathan Sobin | 1EM208 | 008501 | 2469 | 10-04540 | Seeger Weiss LLP |
| Gary M. Weiss | 1CM281 | 010541 | 816 | 10-04241 | Seeger Weiss LLP |
| Leslie Weiss | 1CM277 | 008654 | 717 | 10-04241 | Seeger Weiss LLP |
| Melvyn I. Weiss and Barbara J. Weiss JTWROS | 1CM241 | 014261 | 3039 | 10-04241 | Seeger Weiss LLP |
| Westben Corp. | 1CM336 | 008931 | 2185 | N/A | Seeger Weiss LLP |
| NTC & CO. FBO MARSHA PESHKIN (028652) | 1ZR312 | 002628 | 439 | N/A | SNR Denton US LLP[14] |
| Michael Mann and Meryl Mann | 1CM363 | 009823 | 461 | 10-04390 | SNR Denton US LLP |

---

[14] In addition to the Customers set forth on this Schedule A, SNR Denton US LLP submits this brief on behalf of each of the defendants in the avoidance actions to which those SNR Denton-represented Customers are parties.

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| Barry Weisfeld | 1CM584 | 009817 | 462 | 10-04332 | SNR Denton US LLP |
| NTC & CO. FBO STANLEY T MILLER (030438) | 1ZR284 | 007112 | 538 | 10-04921 | SNR Denton US LLP |
| NTC & CO. FBO HAROLD J HEIN (88539) | 1ZR192 | 009824 | 780 | 10-04861 | SNR Denton US LLP |
| Trust U/W of Bernice L Rudnick, Cecil N Rudnick, ET AL Trustees | 1EM351 | 004485 | 777 | N/A | SNR Denton US LLP |
| Estate of Helen Shurman | 1S0509 | 008358 | 741 | 10-05028 | SNR Denton US LLP |
| ROBERT T SCHOEN MD AND CYNTHIA B FRENCH J/T WROS | 1CM305 | 010156 | 896 | N/A | SNR Denton US LLP |
| ELLIOT J GOLDSTEIN MD PC MONEY PURCHASE PENSION TRUST | 1CM255 | 007981 | 895 | N/A | SNR Denton US LLP |
| NTC & CO FBO Donald Snyder | 1CM392 | 000007 | 894 | 10-4765 | SNR Denton US LLP |
| S R F PARTNERS | 1R0098 | 011080 | 892 | N/A | SNR Denton US LLP |
| LI RAM LP | 1ZB067 | 009323 | 891 | 10-05236 | SNR Denton US LLP |
| David R Markin 2003 Trust | 1C1324 | 002656 | 811 | 10-05224 | SNR Denton US LLP |
| Jennifer Kelman Revocable Trust DTD 12/22/04 | 1K0150 | 009821 | 810 | 10-05158 | SNR Denton US LLP |
| NTC & CO. FBO MARVIN F BRUCE (46421) | 1CM399 | 013905 | 812 | N/A | SNR Denton US LLP |
| NEIL REGER PROFIT SHARING KEOGH | 1CM534 | 009791 | 834 | 10-05384 | SNR Denton US LLP |
| NTC & CO. FBO SIDNEY HOROWITZ (46854) | 1CM408 | 010209 | 814 | N/A | SNR Denton US LLP |
| BAM LP | 1CM579 | 009822 | 815 | 10-04390 | SNR Denton US LLP |
| ELIZABETH D FRENCH | 1CM008 | 009786 | 835 | 10-05424 | SNR Denton US LLP |
| ALVIN GINDEL REVOCABLE TRUST AGREEMENT | 1G0396 | 010207 | 863 | 10-04925 | SNR Denton US LLP |
| NTC & Co. FBO Toby Hobish | 1H0135 | 009322 | 1094 | 10-05236 | SNR Denton US LLP |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| DAVINA GREENSPAN LORI FRIEDMAN JT WROS | 1ZA194 | 001974 | 864 | N/A | SNR Denton US LLP |
| ROBERT T. SCHOEN AND CYNTHIA B. FRENCH | 1CM305 | 010156 | 1119 | N/A | SNR Denton US LLP |
| ELIZABETH D. FRENCH | 1CM008 | 009786 | 1118 | 10-05424 | SNR Denton US LLP |
| NORMA SHAPIRO (IRA) | 1S0467 | 009819 | 2082 | 10-04486 | SNR Denton US LLP |
| Robert C. Lapin, IRA | 1CM559 | 007051 | 2142 | N/A | SNR Denton US LLP |
| Lapin Children LLC c/o Eric Ginsburg | 1CM624 | 006964 | 2202 | 10-05209 | SNR Denton US LLP |
| Norma Shapiro Trustee | 1S0337 | 009826 | 2253 | 10-04486 | SNR Denton US LLP |
| Sage Realty | 1S0316 | 010157 | 2297 | 10-04400 | SNR Denton US LLP |
| Trust U/W/O Philip L. Shapiro | 1S0338 | 009825 | 2375 | 10-04486 | SNR Denton US LLP |
| Barbara Berdon | 1B0145 | 010279 | 2379 | 10-04415 | SNR Denton US LLP |
| The Rose Gindel Revocable Trust | 1G0397 | 010208 | 2384 | 10-04401 | SNR Denton US LLP |
| Laura E. Guggenheimer Cole | 1C1258 | 009721 | 2744 | 10-04882 | SNR Denton US LLP |
| Maurice S. Sage Foundation | 1S0549 | 010205 | 2944 | N/A | SNR Denton US LLP |
| Sage Associates | 1S0547 | 010206 | 2945 | 10-04362 | SNR Denton US LLP |
| Sage Associates II | 1S0548 | 010203 | 2946 | N/A | SNR Denton US LLP |
| Rosenthal Family LLC | 1R0108 | 009487 | 3014 | N/A | SNR Denton US LLP |
| Elaine Stein Roberts | 1L0013 | 011552 | 3235 | 10-05259 | SNR Denton US LLP |
| ELAINE ROBERTS | 1E0158 | 013369 | 3371 | 10-05259 | SNR Denton US LLP |
| JOEL GOLDBERG PENSION PROFIT SHARING PLAN | 1E0158 | 013370 | 3371 | 10-05259 | SNR Denton US LLP |
| ERIC P. STEIN IRA | 1E0158 | 013371 | 3371 | 10-05259 | SNR Denton US LLP |
| LENA M. STEIN TRUST | 1E0158 | 013372 | 3371 | 10-05259 | SNR Denton US LLP |
| ERIC P. STEIN FBO JONAH M. STEIN 1995 TRUST | 1E0158 | 013373 | 3371 | 10-05259 | SNR Denton US LLP |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| ALEXANDER A. STEIN TRUST | 1E0158 | 013374 | 3371 | 10-05259 | SNR Denton US LLP |
| LOREN W. STEIN | 1E0158 | 013375 | 3371 | 10-05259 | SNR Denton US LLP |
| MARGOT STEIN | 1E0158 | 013376 | 3371 | 10-05259 | SNR Denton US LLP |
| SHARON STEIN | 1E0158 | 013377 | 3371 | 10-05259 | SNR Denton US LLP |
| EPIC VENTURES LLC C/O ERIC P STEIN | 1E0158 | 013378 | 3371 | 10-04466 | SNR Denton US LLP |
| ROBERT W. RENFIELD LIVING TRUST | 1E0158 | 013380 | 3371 | 10-05259 | SNR Denton US LLP |
| MONA AND ALAN FISHER | 1E0158 | 013381 | 3371 | 10-05259 | SNR Denton US LLP |
| MARILYN AND EDWARD KAPLAN | 1E0158 | 013382 | 3371 | 10-05259 | SNR Denton US LLP |
| GEORGE AND SARAH BERMAN | 1E0158 | 013383 | 3371 | 10-05259 | SNR Denton US LLP |
| JOEL GOLDBERG PENSION PROFIT SHARING PLAN (NOT FIRST TRUST) | 1E0158 | 013384 | 3371 | 10-05259 | SNR Denton US LLP |
| LAUREN GOLDBERG IRA | 1E0158 | 013385 | 3371 | 10-05259 | SNR Denton US LLP |
| GREG GOLDBERG IRA | 1E0158 | 013386 | 3371 | 10-05259 | SNR Denton US LLP |
| KERRI GOLDBERG IRA | 1E0158 | 013387 | 3371 | 10-05259 | SNR Denton US LLP |
| MMRN ASSOCIATES C/O MALCOM SAGE | 1M0124 | 010204 | 3585 | N/A | SNR Denton US LLP |
| SIDNEY COLE | 1CM333 | 000347 | | 10-04672 | SNR Denton US LLP |
| KELMAN PARTNERS LIMITED PARTNERS, et al. | 1K0081 | 013106 | N/A | 10-05158 | SNR Denton US LLP |
| IDA FISHMAN REVOCABLE TRUST, PAUL S. SHURMAN | 1F0018 | N/A | N/A | 10-04777 | SNR Denton US LLP |
| JOEL I. GORDON REVOCABLE TRUST U/A/D 5/11/94 and JOEL I. GORDON | 1CM201 | 3015 | | 10-04615 | SNR Denton US LLP |
| HELENE CUMMINGS KARP ANNUITY, and HELENE CUMMINGS KARP | 1k0183 | 009820 | N/A | 10-05200 | SNR Denton US LLP |
| THE MURRAY FAMILY TRUST, et al. | 1CM342 | 011290 | N/A | 10-04510 | SNR Denton US LLP |

| Customer | Account No. | Customer Claim No. | Objection Docket No. | Adversary Proceeding | Law Firm |
|---|---|---|---|---|---|
| ESTATE OF MARJORIE K. OSTERMAN, et al. | 1KW049 | 9936 | N/A | 10-04999 | SNR Denton US LLP |
| EUGENE J. RIBAKOFF 2006 TRUST, et al | 1R0178 | 14348 | N/A | 10-05085 | SNR Denton US LLP |
| America-Israel Cultural Foundation | 1CM252 | N/A | N/A | 10-05058 | SNR Denton US LLP |