BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

In re:

BERNARD L. MADOFF,

    Debtor.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

    I, **Eric Pulsipher**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On August 9, 2013, I served the:

- **Trustee's Notice and Amended Motion for an Order (I) Establishing Procedures for Third-Party Data Rooms; and (II) Modifying the June 6, 2011 Litigation Protective Order, [ECF No. 5419]**

by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Exhibit 1.

On August 9, 2013, I also served the:

- **Trustee's Notice and Amended Motion for an Order (I) Establishing Procedures for Third-Party Data Rooms; and (II) Modifying the June 6, 2011 Litigation Protective Order, [ECF No. 5419]**

by placing true and correct copies thereof in sealed packages designated for FedEx Priortiy to those parties as set forth on the attached Exhibit 2.

**TO:**   *See Attached Exhibit 1 and Exhibit 2*

Dated: August 16, 2013

                                                */s/ Eric Pulsipher*
                                                **ERIC PULSIPHER**

Sworn to before me this
16th day of August, 2013

*/s/ Ramon C. Cabrera, Jr*
Ramon C. Cabrera, Jr.
Notary Public, State of New York
No. 01CA6155386
Commission Expires 11/13/2014