## **EXHIBIT 1**

Lawrence Tofel
Tofel & Partners, LLP
New York NY 10022