## **EXHIBIT 2**

Jon Wall
Withers BVI
Tortola, British Virgin Islands