BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Bik Cheema
Email: bcheema@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 21, 2013 AT 10:00 A.M.**

**CONTESTED MATTER**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

1.    Trustee's Second Motion to Affirm Trustee's Determinations Denying Claims of

Claimants Who Invested in Certain Feeder Funds and Did Not Have BLMIS Accounts in Their Names filed by David J. Sheehan (Filed: 6/27/2013) [Docket No. 5396]

Related Documents:

A.  Memorandum of Law in Support of Trustee's Second Motion to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in Certain Feeder Funds and Did Not Have BLMIS Accounts in Their Names filed by David J. Sheehan (Filed: 6/27/2013) [Docket No. 5397]

B.  Declaration of David J. Sheehan in Support of the Trustee's Second Motion to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in Certain Feeder Funds and Did Not Have BLMIS Accounts in Their Names filed by David J. Sheehan (Filed: 6/27/2013) [Docket No. 5398]

C.  Declaration of Matthew B. Greenblatt in Support of the Trustee's Second Motion to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in Certain Feeder Funds and Did Not Have BLMIS Accounts in Their Names filed by David J. Sheehan (Filed: 6/27/2013) [Docket No. 5399]

D.  Response to Motion Memorandum of the Securities Investor Protection Corporation in Support of Trustee's Motion to Affirm Determinations of Claims of Claimants Without BLMIS Accounts filed by David J. Sheehan (Filed: 6/27/2013) [Docket No. 5400]

E.  Affidavit of Service (related documents 5396, 5397, 5398, 5399, 5400) filed by David J. Sheehan (Filed: 7/1/2013) [Docket No. 5401]

F.  Affidavit of Mailing for June 27, 2013 (related documents 5396, 5397, 5398, 5399, 5400) filed by John J Collins Jr. (Filed: 7/3/2013) [Docket No. 5406]

Objections Due:                July 26, 2013

Objections Filed:

G.  Objection to Motion Objection to Trustee's Second Motion to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in Certain Feeder Funds and Did Not Have BLMIS Accounts in Their Names filed by Ann Kallgren (Filed: 7/25/2013) [Docket No. 5423]

Replies Filed:

H.  Reply Memorandum of Law in Support of Trustee's Second Motion to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in Certain Feeder Funds and Did Not Have BLMIS Accounts in Their Names filed by David J. Sheehan (Filed: 8/8/2013) [Docket No. 5438]

I. Declaration of Matthew B. Greenblatt in Further Support of Trustee's Second Motion to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in Certain Feeder Funds and Did Not Have BLMIS Accounts in Their Names (Filed: 8/8/2013) [Docket No. 5439]

J. Affidavit of Service of Reply Memorandum of Law in Support of Trustee's Second Motion to Affirm Trustee's Determinations Denying Claims of Claimants Who Invested in Certain Feeder Funds and Did Not Have BLMIS Accounts in Their Names filed by David J. Sheehan (Filed: 8/9/2013) [Docket No. 5440]

Status: This matter is going forward.

Dated: New York, New York
August 20, 2013

Respectfully submitted,

*/s/ Jorian L. Rose*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Bik Cheema
Email: bcheema@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*