UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　Debtor. | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK　)
　　　　　　　　　　) ss:
COUNTY OF NEW YORK )

I, Laura Campbell declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 9th day of August, 2013, employees of DRC, under my supervision served a true and accurate copy of the "Notice of Trustee's Amended Motion for an Order: (I) Establishing Procedures for Third-Party Data Rooms; and (II) Modifying the June 6, 2011 Litigation Protective Order", and the "Trustee's Amended Motion for an Order: (I) Establishing Procedures for Third-Party Data Rooms; and (II) Modifying the June 6, 2011 Litigation Protective Order" (Docket No. 5419), via First Class U.S. Mail upon the parties as set forth in Exhibit 1, attached hereto.

4. Said document was securely enclosed in a postage prepaid envelope and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5.     I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 19th day of August, 2013 New York, New York

By _____
Laura Campbell

Sworn before me this
19th day of August, 2013

_____
Notary Public

**EXHIBIT 1**

## Exhibits Pages

Page # : 1

553
COLT CORPORATION PROFIT SHARING PLAN & TRUST
PALM BEACH FL 33480

1719
CYNTHIA L. GINSBERG
MINNEAPOLIS MN 55410

547
HFH, A PARTNERSHIP
PALM BEACH FL 33480

4526
SANDRA DYDO
POMPANO BEACH FL 33060

1648
STEPHEN FIVERSON
PALM BEACH FL 33480

1643
STEPHEN FIVERSON
PALM BEACH FL 33480

Total Number of Records:    6