1  UNITED STATES BANKRUPTCY COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  Adversary 08-01789-brl

4  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

5  In the Matter of:

6

7  SECURITIES INVESTOR PROTECTION CORPORATION,

8                    Plaintiff

9            v.

10

11 BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, et al

12                   Defendant

13

14 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

15 In Re:

16

17 BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, et al

18                   Debtor

19

20 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

21

22             U.S. Bankruptcy Court

23             One Bowling Green

24             New York, New York

25

1                    August 21, 2013
2                       10:06 AM
3
4    B E F O R E :
5    HON BURTON R. LIFLAND
6    U.S. BANKRUPTCY JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  Hearing re: (cc-5396) Trustee's Second Motion to Affirm
2  Trustee's Determinations Denying Claims of Claimants Who
3  Invested in Certain Feeder Funds and Did Not Have BLMIS
4  Accounts in Their Names

25  Transcribed by: Melissa Looney

Page 4

```
 1   A P P E A R A N C E S :
 2   BAKER HOSTETLER
 3        Attorneys for Irving Picard, Trustee
 4        45 Rockefeller Plaza
 5        New York, NY 10111
 6
 7   BY:  SEANNA R. BROWN, ESQ.
 8        JORIAN L. ROSE, ESQ.
 9
10
11   SECURITIES INVESTOR PROTECTION CORPORATION
12        Attorney for SiPC
13        805 15th Street N.W.
14        Suite 800
15        Washington, DC 20005-2215
16
17   BY:  CHRISTOPHER H. LaROSA, ESQ.
18
19
20
21
22
23
24
25
```

1                    P R O C E E D I N G S

2            THE COURT:  Be seated please.

3            THE CLERK:  SIPA v. BLMIS.

4            MS. BROWN:  Good morning, Your Honor.

5            THE COURT:  Good morning.

6            MS. BROWN:  Seanna Brown of Baker Hostetler

7    appearing on behalf of Irving Picard, Trustee.

8            Today is the return date of a motion filed by the

9    trustee seeking an order affirming the denial of certain

10   customer claims and overruling the related claims objections

11   that are set forth on Exhibits 2 and 3 to the declaration of

12   David Sheehan that was filed in connection with the

13   trustee's motion.

14           The claimants that are the subject of this motion

15   are investors who did not have accounts with BLMIS.

16   Instead, these claimants invested directly or indirectly in

17   feeder funds that had accounts with BLMIS.  As such, these

18   claimants are not customers under SIPA and the denial of

19   their customer claims should be affirmed.

20           This motion is virtually identical to a prior

21   motion brought by the trustee relating to claimants that

22   invested in 16 different feeder funds.  That motion was

23   granted by this Court in June 2011 and was subsequently

24   affirmed by the District Court and the Second Circuit.

25           The current motion addresses 73 claims and related

1   objections filed by investors that invested in 12 other

2   feeder funds.  These claims are not included in the

3   trustee's prior motion because he did not have complete

4   documentation at that time.

5          However, these investors are factually and legally

6   indistinguishable from those investors that were included in

7   the trustee's prior motion.  The same relief that this Court

8   previously granted should also be granted here.

9          The sole objection to the trustee's motion should

10  be overruled.  The objection was filed by a claimant who

11  invested in two feeder funds, Kingate (ph) and Fairfield

12  Centry (ph) that were the subject of the trustee's first

13  motion.  In fact, the underlying claimant objection were

14  already resolved by this Court's opinion in June of 2011.

15         The trustee respectfully requests that the motion

16  be granted for the same reasons set forth in this Court's

17  prior opinion, as affirmed by the opinions of the District

18  Court and the Second Circuit.

19         Thank you, Your Honor.

20         THE COURT:  Does anyone want to be heard?

21         Well I'm constrained to grant the application.  I

22  do note the opposition by the one party that is resisting

23  the Debtor's motion.  Is Ms. Calgran (ph) here or

24  represented in any way?

25         Well based upon the papers that are before me, I

1  do overrule the response essentially for the reasons that
2  were just set forth in that she and the entity that she
3  represents is actually covered by the prior ruling.  It's
4  not only that it's the law of the case, but all the
5  rationale and the connection with the prior ruling applies
6  in full force to her.
7           I note that it was never -- she never appealed the
8  prior ruling and in the context of the trustee's motion, I
9  will issue a bench ruling or memorandum which will cover all
10 of the issues.
11          And I'm cognizant that the only respondent is from
12 the UK and that she wanted to come here by business class it
13 would cost her a lot of money.  Also she had to be
14 represented appropriately here that the American Bar
15 Association's fee charges for that kind of representations
16 are somewhat disproportionate, but there is a lot at stake
17 for her.  Nevertheless, I will issue a memorandum opinion.
18          MS. BROWN:  Thank you, Your Honor.  I have a
19 proposed order.  May I approach?
20          THE COURT:  Sure.  The order will have to be
21 consistent with the opinion and may be premature.
22       (Proceedings concluded at 10:11 a.m.)
23
24
25

Page 8

| | | Page | Line |
|---|---|---|---|
| 1 | **RULINGS** | | |
| 3 | (cc-5396) Trustee's Second Motion | 6 | 21 |
| 4 | to Affirm Trustee's Determinations | | |
| 5 | Denying Claims of Claimants Who | | |
| 6 | Invested in Certain Feeder Funds and | | |
| 7 | Did Not Have BLMIS Accounts in Their Names | | |

1                    C E R T I F I C A T I O N

2

3    I, Melissa Looney, certify that the foregoing transcript is

4    a true and accurate record of the proceedings.

5    *Melissa Looney* — Digitally signed by Melissa Looney, DN: cn=Melissa Looney, o=Veritext, ou, email=digital@veritext.com, c=US, Date: 2013.08.22 15:26:18 -04'00'

6    _____

7    MELISSA LOONEY

8    AAERT Certified Electronic Transcriber CET**D - 607

9

10

11   Veritext

12   200 Old Country Road

13   Suite 580

14   Mineola, NY 11501

15

16   Date:   August 22, 2013

17

18

19

20

21

22

23

24

25