# **EXHIBIT B**

**Proposed Order**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Presentment Date: September 9, 2013<br>Time: 12:00 p.m. |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Objections Due: September 9, 2013<br>Time 11:00 a.m.<br><br>Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |

### ORDER GRANTING TRUSTEE'S MOTION TO RETAIN KELLEY, WOLTER & SCOTT, PROFESSIONAL ASSOCIATION AS SPECIAL COUNSEL *NUNC PRO TUNC* AS OF JULY 1, 2013

Upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the estate of Bernard L. Madoff, for authority to retain Kelley, Wolter & Scott, P.A. ("Kelley Wolter"), as special counsel, *nunc pro tunc,* as of July 1, 2013, and upon the declaration of Steven E. Wolter submitted in connection therewith; and due and proper notice having been given under the circumstances of this case, and the Securities Investor Protection Corporation having specified Kelley Wolter as special counsel, and after due deliberation,

IT IS HEREBY ORDERED THAT:

1. 　　The Motion is GRANTED.

2. 　　The Court finds that Kelley Wolter is deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

2

3. The Trustee is authorized to retain Kelley Wolter as special counsel to the Trustee as provided in the Motion, *nunc pro tunc*, as of July 1, 2013.

Dated: New York, New York
       September ____, 2013

                                            HONORABLE BURTON R. LIFLAND
                                            UNITED STATES BANKRUPTCY JUDGE

2