# EXHIBIT 1

Diane Mathis
Legal Department
USAA Federal Savings Bank
San Antonio, TX 78288

Shereen Awad
Sterling National Bank
New York, NY 10019

Thomas R. Manisero
Wilson Elser
White Plains, NY 10604

James D. Flynn
Arnold & Porter
New York, NY 10022

Meredith C. Duffy
Simpson Thacher & Bartlett LLP
New York, NY 10017

Scott Krinsky
Backenroth Frankel & Krinsky, LLP
New York, NY 10017

Thomas Laughlin
Scott + Scott, LLP
The Chrysler Building
New York, NY 10174

Mary Perkolaj
Hudson Valley Bank - Legal
Yonkers, NY 10707

Catherine R. McClellan
Legal and Regulatory Affairs
SunTrust Bank
Atlanta, GA 30308

Abraham B. Goldner
New York, NY 10016

Debra Brown
Charleston, SC 29492