UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Anita Karimian (the "Claimant"), having filed an objection (the "Objection," Docket No. 870) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#010932), hereby gives notice that she has withdrawn such Objection.

Dated: July 31, 2013

_____
Jennifer L. Young
On behalf of Anita Karimian
Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Telephone No.: (212) 594-5300

300293857