**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Bik Cheema
Email: bcheema@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 10, 2013 AT 10:00 A.M.**

**CONTESTED MATTER**

**SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

1. Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages filed by David J. Sheehan (Filed: 10/10/2012) (ECF No. 5038)

Related Documents:

A.   Memorandum of Law in Support of Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages filed by David J. Sheehan. (Filed: 10/12/2012) (ECF No. 5039)

B.   Declaration of Bik Cheema in Support of The Trustee's Motion for an Order Affirming The Trustee's Calculation of Net Equity and Denying Time-Based Damages filed by David J. Sheehan. (Filed: 10/12/2012) (ECF No. 5040)

C.   Declaration of Robert J. Rock in Connection with the Trustee's Motion for an Order Affirming the Trustee's Calculation of Net Equity and Denying Time-Based Damages filed by David J. Sheehan. (Filed: 10/12/2012) (ECF No. 5041)

D.   Memorandum of Law of the Securities Investor Protection Corporation in Support of Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages filed by Josephine Wang. (Filed: 10/12/2012) (ECF No. 5036)

E.   Scheduling Order signed on 9/5/2012. (Entered: 09/05/2012) (ECF No. 5022)

F.   Amended Time-Based Damages Scheduling Order signed on 1/23/2013. (Entered: 01/23/2013) (ECF No. 5212)

Objections Due:                November 12, 2012

Supplemental Objections Due:   May 3, 2013

Objections Filed:

G.   Objection To Trustee's Motion For An Order Affirming Trustee's Calculations Of Net Equity And Denying Time-Based Damages filed by Bruce Buechler On Behalf Of Irrevocable Charitable Remainder Trust Of Yale Fishman And The Glenn Akiva Fishman Charitable Remainder Trust. (Filed: 12/3/2012) (ECF No. 5118)

H.   Memorandum Of Law In Opposition To Time-Based Damages Motion filed by Paula J. Warmuth On Behalf Of Michael Most. (Filed: 12/3/2012) (ECF No. 5120)

I.   Memorandum For MUUS Independence Fund LP And Michael W. Sonnenfeldt In Response To The Trustees Time-Based Damages Motion filed by Robert J. Kaplan On Behalf Of Muus Independence Fund LP, Michael W. Sonnenfeld. (Filed: 12/3/2012) (ECF No. 5122)

J.  Opposition By Samdia Family LP To Trustee's Time Based Damages Motion filed by Joel L. Herz On Behalf Of Samdia Family, LP. (Filed: 12/3/2012) (ECF No. 5125)

K.  Joinder In Opposition To Trustee's Motion For An Order Affirming Trustee's Calculations Of Net Equity And Denying Time-Based Damages On Behalf Of 1994 Trust For The Children Of Stanley And Pamela Chais, 1996 Trust For The Children Of Stanley And Pamela Chais, 1999 Trust For The Grandchildren Of Stanley And Pamela Chais, Ari Chais 1999 Trust, Ari Chais Transferee Trust No. 1, Benjamin Paul Chasalow 1999 Trust, Benjamin Paul Chasalow Transferee Trust No. 1, Emily Chais, Mark Chais, William Chais, Wrenn Chais, Chais Investments, Ltd., Chais Management, Inc., Chais Management, Ltd., Chais Venture Holdings, Chloe Frances Chais 1994 Trust, Chloe Frances Chais Transferee Trust No. 1, Emily Chais 1983 Trust, Emily Chais Issue Trust No. 1, Emily Chais Issue Trust No. II, Emily Chais Trust No. 2, Emily Chais Trust No. 3, Jonathan Wolf Chais 1996 Trust, Jonathon Wolf Chais Trust, Justin Robert Chasalow 1999 Trust, Justin Robert Chasalow Transferee Trust No. 1, Madeline Celia Chais 1992 Trust, Madeline Chais Transferee Trust No. 1, Mark Hugh Chais 1983 Trust, Mark Hugh Chais Issue Trust No. I, Mark Hugh Chais Issue Trust No. II, Mark Hugh Chais Trust No. 2, Mark Hugh Chais Trust No. 3, Onondaga, Inc., Onondaga, Inc. Pension Plan, Rachel Allison Chasalow 1999 Trust, Rachel Allison Chasalow Transferee Trust No. 1, Tali Chais 1997 Trust, Tali Chais Transferee Trust No. 1, Unicycle Corporation, Unicycle Trading Company, William & Wrenn Chais 1994 Family Trust, William Frederick Chais 1983 Trust, William Frederick Chais Issue Trust No. I, William Frederick Chais Issue Trust No. II, William Frederick Chais Trust No. 2, William Frederick Chais Trust No. 3 filed by Andrew Howard Sherman. (Filed: 12/3/2012) (ECF No. 5126)

L.  Memorandum Of Law Of Customer-Claimant The Kostin Co. In Opposition To The Trustee's Motion For An Order Affirming Trustee's Calculations Of Net Equity And Denying Time-Based Damages filed by Bernard J. Garbutt III On Behalf Of The Kostin Company. (Filed: 12/3/2012) (ECF No. 5127)

M.  Declaration Of Bernard J. Garbutt III In Support Of The Kostin Co.'s Memorandum Of Law filed by Bernard J. Garbutt III On Behalf Of The Kostin Company. (Filed: 12/3/2012) (ECF No. 5128)

N.  [Reply To Motion] Customers' Objection To Trustee's Motion For An Order Denying Time-Based Damages filed by Helen Davis Chaitman On Behalf Of Marsha Peshkin et al. (Filed: 12/3/2012) (ECF No. 5129)

O.  Declaration Of Helen Davis Chaitman In Support Of Customers' Objection To Trustee's Motion For An Order Denying Time-Based Damages filed by Helen Chaitman On Behalf Of Marsha Peshkin. (Filed: 12/3/2012) (ECF No. 5130)

P.  [Objection To Motion] Customers' Objection To Trustee's Motion For An Order Denying Time-Based Damages filed by Helen Davis Chaitman On Behalf Of Marsha Peshkin. (Filed: 12/3/2012) (ECF No. 5131)

Q.  Customers' Brief Opposing Trustee's Motion For An Order Rejecting An Inflation Adjustment To The Calculation Of "Net Equity" filed by Peter Gregory Schwed On Behalf Of Customers Set Forth on Schedule A. (Filed: 12/3/2012) (ECF No. 5133)

R.  Declaration Of P. Gregory Schwed In Support Of Customers' Brief Opposing Trustee's Motion For An Order Rejecting An Inflation Adjustment To The Calculation Of "Net Equity" filed by Peter Gregory Schwed On Behalf Of Customers Set Forth on Schedule A. (Filed: 12/3/2012) (ECF No. 5134)

S.  Amended Declaration Of Helen Davis Chaitman In Support Of Customers' Objection To Trustee's Motion For An Order Denying Time-Based Damages filed by Helen Davis Chaitman On Behalf Of Marsha Peshkin. (Filed: 12/3/2012) (ECF No. 5140)

T.  Letter To Judge Lifland By Richard A. Kirby On Behalf Of Estate Of Doris M. Pearlman. (Filed: 12/7/2012) (ECF No. 5141)

U.  Memorandum Of Law Of The Securities And Exchange Commission Supporting A Constant Dollar Approach To Valuing Customers' Net Equity Claims For Fictitious Securities Positions filed by Patricia Schrage On Behalf Of Securities And Exchange Commission. (Filed: 12/3/2012) (ECF No. 5142)

V.  Objection To Trustee's Motion For An Order Denying Time-Based Damages filed by David Gross. (Filed: 1/8/2013) (ECF No. 5191)

W.  Customers' Supplemental Brief Opposing Trustee's Motion For An Order Rejecting An Inflation Adjustment To The Calculation Of "Net Equity" filed by Richard A. Kirby On Behalf Of Customers Set Forth on Schedule A. (Filed: 4/26/2013) (ECF No. 5329)

X.  Declaration Of Richard A. Kirby In Support Of Customers' Supplemental Brief Opposing Trustee's Motion For An Order Rejecting An Inflation Adjustment To The Calculation Of "Net Equity" filed by Richard A. Kirby On Behalf Of Customers Set Forth on Schedule A. (Kirby, Richard) (Filed: 4/26/2013) (ECF No. 5330)

Y.  Declaration of Timothy H. Hart, CPA, CFE (Expert Report) filed by Richard A. Kirby on behalf of Customers Set Forth on Schedule A. (Filed: 4/26/2013) (ECF No. 5331)

08-01789-cgm    Doc 5462    Filed 09/09/13    Entered 09/09/13 15:28:36    Main Document
Pg 5 of 5

Z. Customers' Corrected Supplemental Brief Opposing Trustee's Motion For An Order Rejecting An Inflation Adjustment to the Calculation Of "Net Equity" filed by Richard A. Kirby on behalf of Customers Set Forth on Schedule A. (Filed: 4/29/2013) (ECF No. 5332)

Replies Filed:

AA. Reply Memorandum of Law in Support of Trustees Motion for an Order Affirming Trustees Calculations of Net Equity and Denying Time-Based Damages filed by David J. Sheehan. (Filed: 07/18/2013) (ECF No. 5415)

BB. Declaration of Vineet Sehgal in Support of Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages filed by David J. Sheehan. (Filed: 07/18/2013) (ECF No. 5416)

CC. Reply Memorandum of Law of the Securities Investor Protection Corporation in Support of Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages filed by Josephine Wang. (Filed: 07/18/2013) (ECF No. 5413)

Status: This matter is going forward.

Dated: New York, New York
September 9, 2013

Respectfully submitted,

*/s/ Jorian L. Rose*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Bik Cheema
Email: bcheema@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300297963