**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>                    Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,<br>                    Debtor. | |

**ORDER GRANTING CLAIMANT-INTERVENORS' LETTER REQUEST**

Upon the letter request (the "Letter Request"), dated December 7, 2012, brought by persons identified on Schedule A hereto who filed customer claims in the SIPA proceeding, but who did not file objections to the Trustee's claim determination (the "Claimant-Intervenors"), seeking entry of an order pursuant to Bankruptcy Rules 2018(a) and 7024 to Intervene in the Contested Matter of the Trustee's Motion for an Order Rejecting an Inflation Adjustment to the Trustee's Calculations of "Net Equity" in the above-captioned proceeding; and it appearing that this Court has jurisdiction to consider the Letter Request and the relief requested therein pursuant to 28 U.S.C. § 157; and a hearing having been held on the Letter Request; and the Court having reviewed the Letter Request, responsive pleadings, the arguments of counsel and the record in this proceeding; and the Court, as set forth in the transcript of the hearing, having determined that just cause exists for the relief granted herein, and after due deliberation and sufficient cause appearing therefor; **IT IS HEREBY**:

- 2 -

**ORDERED** that the Letter Request of the Claimant-Intervenors is GRANTED to the limited extent set forth on the record.

Dated: September 10, 2013
      New York, New York

                                           /s/Burton R. Lifland
                                           UNITED STATES BANKRUPTCY JUDGE