UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | No. 08-01789 (BRL) |
| v. | ) ) | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) ) ) | (Substantively Consolidated) |
| Defendant. | ) ) | |
| In re: | ) ) ) | |
| BERNARD L. MADOFF, | ) ) | |
| Debtor. | ) ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         )   ss:
COUNTY OF NEW YORK  )

I, Rommel Mapa declare:

1.    I am over the age of 18 years and not a party to the within action.

2.    I am employed by Donlin, Recano & Company, Inc. ("DRC"), 419 Park Avenue South, Suite 1206, New York, NY 10016.

3.    On the 10th day of September, 2013, employees of DRC, under my supervision served a true and accurate copy of the "Notice of Trustee's Amended Motion for an Order: (I) Establishing Procedures for Third-Party Data Rooms; and (II) Modifying the June 6, 2011 Litigation Protective Order", and the "Trustee's Amended Motion for an Order: (I) Establishing Procedures for Third-Party Data Rooms; and (II) Modifying the June 6, 2011 Litigation Protective Order" (Docket No. 5419), via First Class U.S. Mail upon the party as set forth in Exhibit 1, attached hereto.

4.    Said document was securely enclosed in a postage prepaid envelope and delivered to an office of the United States Postal Service for delivery by First Class Mail.

MADOFF00016D

5.    I declare under penalty of perjury that the foregoing is true and correct to the best
of my personal knowledge. Executed this 12th day of September, 2013 New York,
New York

By  _____
Rommel Mapa

Sworn before me this
12th day of September, 2013

_____
Notary Public

MADOFF 00016D

2

# EXHIBIT 1

Date : 9/10/2013

Page # : 1

ASCOT FUND LTD

ASCOT FUND LIMITED
NEW YORK, NY 10022

006698 017468