MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: 212-309-6000
Vladimir Pavlovic

*Attorneys for the Kostin Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>KOSTIN COMPANY, et. al.,<br><br>Defendant. | Adv. Pro. No. 10-04950 (BRL) |

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned hereby appears as counsel in the above-captioned action on behalf of The Kostin Company, Susan Kostin, Deborah Weinstein, David Kostin, and Andrew Kostin (the "Kostin Defendants"), and requests that all notices given or

DB1/ 75292049.1

required to be given in these cases, and all pleadings and other documents served and required to be served herein, be given to and served upon:

>Vladimir Pavlovic, Esq.
>Morgan, Lewis & Bockius LLP
>101 Park Avenue
>New York, New York 10178-0060
>Telephone No.: (212) 309-6000
>E-mail: vpavlovic@morganlewis.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or property of the Debtors.

PLEASE TAKE FURTHER NOTICE that, neither this notice nor any later appearance, pleading, claim or suit shall waive the Kostin Defendants' rights (i) to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (iv) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Defendants are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
September 12, 2013

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Vladimir Pavlovic
101 Park Avenue
New York, New York 10178
(212) 309-6000
*Attorney for the Kostin Defendants*

DB1/ 75292049.1

TO:

    Clerk of the United States Bankruptcy Court for
    the Southern District of New York
    One Bowling Green
    New York, NY 10004


    Irving H. Picard, Trustee
    c/o Baker & Hostetler LIP
    45 Rockefeller P]aza
    New York, NY 10111

DB1/ 75292049.1