BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Karin Scholz Jenson
Email: kjenson@bakerlaw.com
Edward J. Jacobs
Email: ejacobs@bakerlaw.com
Sarah Jane T.C. Truong
Email: struong@bakerlaw.com
Eric Fish
Email: efish@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 17, 2013 AT 10:00 A.M.**

**CONTESTED MATTER**

**1. Picard v. Maxam, et al. – Adv. Pro. No. 10-05342**

A. Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Agreement by and between the Trustee and MAXAM Absolute Return Fund, L.P.; MAXAM Absolute Return Fund, Ltd.; MAXAM Capital Management LLC; MAXAM Capital GP LLC; Sandra L. Manzke Revocable Trust; Sandra L. Manzke; Suzanne Hammond; Walker Manzke; and April Bukofser Manzke filed by David J. Sheehan (Filed: 8/26/2013) [Docket No. 111]

Related Documents:

1. Affidavit of Service of Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Agreement by and between the Trustee and MAXAM Absolute Return Fund, L.P.; MAXAM Absolute Return Fund, Ltd.; MAXAM Capital Management LLC; MAXAM Capital GP LLC; Sandra L. Manzke Revocable Trust; Sandra L. Manzke; Suzanne Hammond; Walker Manzke; and April Bukofser Manzke (related document 111) filed by David J. Sheehan (Filed: 8/26/2013) [Docket No. 112]

   Objections Due:                September 10, 2013

   Objections Filed:

2. Objection to Motion and Declaration of Demet Basar in Support of Objection filed by Demet Basar on behalf of William Manno
   (Filed: 9/10/2013) [Docket No. 114]

   Replies Filed:

3. Trustee Irving H. Picard's Response to the Limited Objection of William Manno to the Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Agreement by and between the Trustee and MAXAM Absolute Return Fund, L.P.; MAXAM Absolute Return Fund, Ltd.; MAXAM Capital Management LLC; MAXAM Capital GP LLC; Sandra L. Manzke Revocable Trust; Sandra L. Manzke; Suzanne Hammond; Walker Manzke; and April Bukofser Manzke filed by David J. Sheehan
   (Filed: 9/16/2013) [Docket No. 115]

   Status: This matter is going forward.

**UNCONTESTED MATTER**

**2. SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

A. Trustee's Reply Brief in Support of Amended Motion for Orders: (I) Establishing Procedures for Third-Party Data Rooms; and (II) Modifying the June 6, 2011 Litigation

Protective Order filed by David J. Sheehan (Filed: 8/28/2013) [Docket No. 5454]

Related Documents:

1. Exhibit A and Exhibit B to Trustee's Reply Brief in Support of Amended Motion for Orders: (I) Establishing Procedures for Third-Party Data Rooms; and (II) Modifying the June 6, 2011 Litigation Protective Order filed by David J. Sheehan (Filed: 8/28/2013) [Docket No. 5455]

2. Affidavit of Service of Trustee's Reply Brief in Support of Amended Motion for Orders: (I) Establishing Procedures for Third-Party Data Rooms; and (II) Modifying the June 6, 2011 Litigation Protective Order with Exhibits (related documents 5454, 5455) filed by David J. Sheehan (Filed: 8/29/2013) [Docket No. 5456]

3. Trustee's Amended Motion for an Order: (I) Establishing Procedures for Third-Party Data Rooms; and (II) Modifying the June 6, 2011 Litigation Protective Order filed by David J. Sheehan (Filed: 7/24/2013) [Docket No. 5419]

Objections Due:    August 14, 2013

Objections Filed:    NONE

Status: This matter is going forward.

Dated: New York, New York
September 16, 2013

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Karin Scholz Jenson
Email: kjenson@bakerlaw.com
Edward J. Jacobs
Email: ejacobs@bakerlaw.com
Sarah Jane T.C. Truong
Email: struong@bakerlaw.com
Eric Fish
Email: efish@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300298312