Bisceglie & DeMarco, LLC
365 Rifle Camp Road
Woodland Park, NJ 07424
Telephone: (973) 742-8900
Facsimile: (973) 742-7999
and
711 Third Avenue, Suite 1803
New York, NY 10017
Telephone: (212) 682-8089
Angelo R. Bisceglie, Jr., Esq.
Email: abisceglie@bd-lawfirm.com
Mark I. Silberblatt, Esq.
Email: msilberblatt@bd-lawfirm.com

*Attorneys for Upstate New York Bakery
Drivers and Industry Pension Fund*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,                                       :

           Plaintiff-Applicant,    :

           v.                      :

BERNARD L. MADOFF INVESTMENT    :
SECURITIES LLC,
                                  :
           Defendant.
-----------------------------------------------------------
In re:                                              :

BERNARD L. MADOFF,                       :

           Debtor.               :
---------------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## NOTICE OF WITHDRAWAL OF OBJECTION

Upstate New York Bakery Drivers and Industry Pension Fund and Upstate Union

Health and Welfare Fund (the "Claimant"), having filed an objection (the "Objection",

1

Docket No. 3795) to the Trustee's Notice of Determination respecting Claimant's customer claim (#005483), hereby gives notice that it has withdrawn such Objection.

Dated: September 13, 2013

                                                  BISCEGLIE & DEMARCO, LLC

                                                  By: _____
                                                        Mark I. Silberblatt
                                                 Attorneys for Claimant
                                                 *Upstate New York Bakery Drivers*
                                                 *and Industry Pension Fund*
                                                 365 Rifle Camp Road
                                                 Woodland Park, NJ 07424
                                                 (973) 742-8900

                                                 and

                                                 711 Third Avenue, Suite 1803
                                                 New York, NY 10017
                                                 (212) 682-8089

Z:\share\share\Upstate NY Bakery Drivers\Madoff\Pleadings\Notice of withdrawal of objection to Trustee's determination of claim.doc