UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Debtor. | SIPA LIQUIDATION <br><br> Case No. 08-01789 (BRL) <br><br> (Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Sheila L. Greenfield, having filed an objection (the "Objection", Docket Number 3623) to the Trustee's Notice of Determination respecting her customer claim (#004666) hereby gives notice that she has withdrawn such Objection.

Dated: September, 9 2013

Sheila L Greenfield
Five Emerson Road
Wellesley Hills, MA 024813401