UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Linda G. Russek, having filed objections (the "Objections", Docket Numbers 3296, 3295, 3294, and 3297) to the Trustee's Notices of Determination respecting her customer claims (#001006, 001008, 001009, 001036), hereby gives notice that she has withdrawn such Objections.

Dated: September, 9 2013

Linda G. Russek, Ph.D.
5440 North Airway Drive
Tucson, AZ 85750