**Schedule 1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RICHARD M. GLANTZ, et al.,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-05394 (BRL) |

**NOTICE OF WITHDRAWAL OF OBJECTION**

　　　　Zia Inayat Khan (the "Claimant"), having filed an objection (the "Objection," Docket No. 3779), to the Trustee's Determination Letter respecting Claimant's claim (# 015825), hereby gives notice that he has withdrawn such Objection.

Dated: August 27, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Richard E. Signorelli
　　　　　　　　　　　　　　　　　　　　　　　　On behalf of Zia Inayat Khan
　　　　　　　　　　　　　　　　　　　　　　　　Law Office of Richard E. Signorelli
　　　　　　　　　　　　　　　　　　　　　　　　799 Broadway, Suite 539
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10003
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 254-4218