MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: 212-309-6000
Bernard J. Garbutt III
Vladimir Pavlovic

*Attorneys for the Kostin Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>KOSTIN COMPANY, et. al.,<br><br>Defendant. | Adv. Pro. No. 10-04950 (BRL) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Morgan, Lewis & Bockius LLP hereby withdraws the appearance of

Menachem O. Zelmanovitz as one of the attorneys of record for Defendants Kostin Company,

Susan Kostin, Deborah Weinstein, David Kostin and Andrew Kostin (the "Kostin Defendants") in

DB1/ 75810886.1

the above-captioned proceeding. Other counsel from Morgan, Lewis, & Bockius LLP, i.e. Bernard J. Garbutt III and Vladimir Pavlovic remain as counsel for the Kostin Defendants.

Dated: September 18, 2013   Respectfully submitted,
   New York, New York

             MORGAN, LEWIS & BOCKIUS LLP

            By: _____
             Vladimir Pavlovic
             101 Park Avenue
             New York, New York 10178
             (212) 309-6000

            *Attorneys for the Kostin Defendants*

DB1/ 75810886.1

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: 212-309-6000
Bernard J. Garbutt III
Vladimir Pavlovic

*Attorneys for the Kostin Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>KOSTIN COMPANY, et. al.,<br><br>Defendant. | Adv. Pro. No. 10-04950 (BRL) |

## PROPOSED ORDER

WHEREAS, this Court, having considered the Notice Of Withdrawal Of Appearance of Menachem O. Zelmanovitz and Affidavit Of Vladimir Pavlovic In Support Of Withdrawal Of Appearance, IT

DB1/ 75810801.1

IS HEREBY ORDERED that Mr. Zelmanovitz's appearance in the above-captioned case is WITHDRAWN.

Dated: September ___, 2013
      New York, New York

SO ORDERED:

_____
THE HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE

DB1/ 75810801.1