MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: 212-309-6000
Bernard J. Garbutt III
Vladimir Pavlovic

*Attorneys for the Kostin Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>KOSTIN COMPANY, et. al.,<br><br>Defendant. | Adv. Pro. No. 10-04950 (BRL) |

**AFFIDAVIT OF VLADIMIR PAVLOVIC IN
SUPPORT OF WITHDRAWAL OF APPEARANCE**

I, VLADIMIR PAVLOVIC, being first duly sworn, hereby depose and say as follows:

DB1/ 75810831.1

1. Morgan, Lewis & Bockius LLP has been retained by Defendants Kostin Company, Susan Kostin, Deborah Weinstein, David Kostin, and Andrew Kostin (the "Kostin Defendants") as counsel and to appear as lead counsel on behalf of the Kostin Defendants in the present action.

2. I am an associate with Morgan, Lewis & Bockius LLP and have appeared on behalf of the Kostin Defendants in the present action.

3. Menachem O. Zelmanovitz is no longer an attorney with the law firm of Morgan, Lewis & Bockius LLP.

4. Accordingly, I make this Affidavit in support of the Kostin Defendants' withdrawal of Menachem O. Zelmanovitz as one of its counsel of record in the present action.

Dated: September 18, 2013
New York, New York

VLADIMIR PAVLOVIC

Sworn to and subscribed before me
this 18th day of September, 2013.

NOTARY PUBLIC

CHARLES M. CALVARUSO
NOTARY PUBLIC, State of New York
No. 01CA4818473
Qualified in New York County
Commission Expires August 31, 20 14

DB1/ 75810831.1