UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Debtor.<br><br>---<br><br>SECURITIES INVESTOR PROTECTION CORPORATION<br><br>       Plaintiff,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | SIPA LIQUIDATION<br><br>Case No.  08-01789 (BRL)<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

James H. Cohen, Robyn C. Berniker, Erin M. Hellberg, Alan D. Garfield, Barry E. Kaufman, CPA, Marion Tallering-Garfield, BK Interest, LLC, Morrie Abramson, and Marian Cohen 2001 Residence Trust (the "Claimants"), having filed an objection (the "Objection", Docket No. 3677) to the Trustee's Notice of Determination respecting Claimants' customer claims (#004108, 004109, 004110, 004111, 004112, 004113, 004142, 004143, and 004153), hereby gives notice that they have withdrawn such Objection.

{00084965}

Dated: September 19, 2013

George Brunelle
(On Behalf of the Claimants)
Brunelle & Hadjikow, P.C.
One Whitehall Street, 18th Floor
New York, NY 10004