EXHIBIT B
SUMMARY OF TWELFTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM DECEMBER 1, 2012 THROUGH APRIL 30, 2013

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein, Eugene | 1965 | 496.25 | 9.60 | 4,788.00 |
| | Picard, Irving H. | 1966 | 938.85 | 626.10 | 587,811.00 |
| | Sheehan, David J. | 1968 | 936.81 | 827.40 | 778,050.00 |
| | Colombo, Louis A | 1973 | 611.00 | 44.20 | 26,947.00 |
| | Matthias, Michael R | 1973 | 646.43 | 336.80 | 217,920.00 |
| | Moscow, John W | 1973 | 801.67 | 50.50 | 40,634.50 |
| | Bash, Brian A | 1975 | 696.25 | 58.80 | 40,640.00 |
| | Long, Thomas L | 1976 | 784.51 | 873.30 | 690,127.50 |
| | Markowitz, Laurence S | 1977 | 740.00 | 0.60 | 444.00 |
| | Weible, Robert A | 1978 | 670.00 | 5.80 | 3,886.00 |
| | Gibson, Wendy J | 1979 | 509.29 | 487.20 | 248,804.00 |
| | Powers, Marc D | 1981 | 804.58 | 70.10 | 56,444.00 |
| | Chockley III, Frederick W | 1982 | 753.33 | 233.40 | 175,263.00 |
| | Ponto, Geraldine E. | 1982 | 842.44 | 667.40 | 562,525.00 |
| | Drogen, Andrew M | 1983 | 622.50 | 8.40 | 5,269.00 |
| | Hannon, John P | 1983 | 700.00 | 87.50 | 61,628.00 |
| | McGowan Jr, John J | 1984 | 576.67 | 5.30 | 3,078.00 |
| | Quiat, Laurin D | 1985 | 545.00 | 5.50 | 2,997.50 |
| | Rivkin Jr, David B | 1985 | 947.00 | 280.90 | 265,853.00 |
| | Smith, Elizabeth A | 1985 | 788.33 | 65.90 | 51,994.00 |
| | McDonald, Heather J | 1986 | 623.33 | 371.90 | 232,101.00 |
| | Reich, Andrew W | 1987 | 585.83 | 483.00 | 283,150.00 |
| | Tobin, Donna A. | 1987 | 697.27 | 309.70 | 215,512.00 |
| | Burke, John J | 1988 | 676.92 | 234.70 | 159,331.00 |
| | Susanin, Timothy S. | 1988 | 876.67 | 470.90 | 415,669.00 |
| | Douthett, Breaden M | 1991 | 385.00 | 26.70 | 10,464.00 |
| | Goldberg, Steven H | 1991 | 886.47 | 152.30 | 135,172.00 |
| | Hunt, Dean D | 1991 | 618.57 | 311.00 | 193,598.00 |
| | Resnick, Lauren J | 1991 | 902.65 | 239.50 | 217,297.00 |
| | Hirschfield, Marc E. | 1992 | 829.88 | 609.80 | 509,128.00 |
| | Selby, Judy A. | 1992 | 810.00 | 26.40 | 21,384.00 |
| | Warren, Thomas D | 1992 | 683.33 | 71.50 | 48,690.50 |
| | Bartram, Darin R | 1993 | 660.00 | 130.50 | 86,130.00 |
| | Gluck, Peter J. | 1993 | 550.00 | 30.20 | 16,610.00 |
| | Griffin, Regina L. | 1993 | 857.98 | 678.70 | 583,363.50 |
| | Kornfeld, Mark A. | 1993 | 856.07 | 802.60 | 686,945.00 |
| | Renner, Deborah H. | 1993 | 856.61 | 530.90 | 455,564.50 |
| | Brennan, Terry M | 1995 | 465.71 | 24.10 | 11,261.00 |
| | Casey, Lee A | 1995 | 880.00 | 175.10 | 154,088.00 |
| | Scaletta, Anthony J | 1995 | 441.67 | 204.70 | 90,575.50 |
| | Cole, Tracy L | 1996 | 728.11 | 665.00 | 485,471.00 |
| | Munn, Demetri E | 1996 | 445.00 | 31.80 | 14,210.00 |
| | Turner, Christa C. | 1996 | 445.83 | 362.70 | 162,772.50 |
| | Enockson, Paul S | 1997 | 460.45 | 65.90 | 30,348.50 |
| | Hoang, Lan | 1997 | 733.33 | 783.00 | 575,472.00 |
| | Murphy, Keith R. | 1997 | 858.28 | 702.50 | 603,382.50 |
| | Scully, Elizabeth A | 1997 | 621.67 | 169.30 | 106,362.00 |
| | Fish, Eric R. | 1998 | 650.38 | 348.70 | 225,785.50 |
| | New, Jonathan B. | 1998 | 851.25 | 33.40 | 28,486.00 |
| | Perdion, Jason P | 1998 | 411.00 | 40.90 | 16,861.50 |
| | Rollinson, James H | 1998 | 423.75 | 75.70 | 32,166.00 |
| | Rose, Jorian L. | 1998 | 781.67 | 733.00 | 573,150.00 |
| | Wall, Brett A | 1998 | 453.75 | 42.20 | 19,064.50 |
| | Wang, Ona T | 1998 | 720.31 | 202.50 | 145,543.50 |
| | Warshavsky, Oren J. | 1998 | 868.36 | 924.60 | 801,715.00 |
| | Pergament, Benjamin D | 1999 | 623.57 | 376.10 | 235,884.00 |
| | Bohorquez Jr, Fernando A | 2000 | 703.08 | 712.70 | 499,713.50 |
| | Cremona, Nicholas J. | 2000 | 766.83 | 730.80 | 562,401.00 |
| | DeVinney, William T. | 2000 | 585.00 | 9.90 | 5,791.50 |
| | Alaverdi, Loura L | 2001 | 566.67 | 136.60 | 78,125.00 |
| | Beckerlegge, Robertson D | 2001 | 560.39 | 286.00 | 161,040.00 |
| | Fokas, Jimmy | 2001 | 724.00 | 284.70 | 205,815.00 |
| | Oppenheim, Adam B. | 2001 | 717.00 | 534.70 | 384,933.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Pfeifer, Timothy S. | 2001 | 728.97 | 884.20 | 644,374.50 |
| | Skapof, Marc | 2001 | 709.13 | 490.40 | 349,271.00 |
| | Zeballos, Gonzalo S. | 2001 | 780.38 | 650.90 | 506,802.00 |
| | North, Geoffrey A. | 2002 | 610.19 | 831.30 | 512,242.50 |
| | Wearsch, Thomas M | 2002 | 595.00 | 440.70 | 261,310.00 |
| | Hochmuth, Farrell A | 2003 | 452.14 | 323.30 | 146,581.50 |
| | Jacobs, Edward J. | 2003 | 612.50 | 874.00 | 537,485.00 |
| | Jenson, Karin Scholz | 2003 | 576.00 | 818.90 | 471,564.00 |
| | Malek, Sammi | 2003 | 578.75 | 360.70 | 209,804.50 |
| | Oliver, Jason S. | 2003 | 595.83 | 192.10 | 114,652.50 |
| | Wilde, Michael C | 2003 | 338.33 | 27.20 | 9,262.00 |
| | Cohen, Dennis O | 2004 | 541.67 | 7.50 | 4,117.50 |
| | DeLaquil, Mark W | 2004 | 605.00 | 49.30 | 29,826.50 |
| | Hogan, Thomas E. | 2004 | 585.00 | 24.10 | 14,098.50 |
| | Kitaev, Erica G. | 2004 | 369.12 | 180.60 | 67,535.00 |
| | Kitchen, David E | 2004 | 368.33 | 670.10 | 249,255.50 |
| | Obhof, Larry J. | 2004 | 350.00 | 11.60 | 4,060.00 |
| | Smith, Rachel M | 2004 | 420.00 | 261.50 | 109,830.00 |
| | Hartman, Ruth E | 2005 | 327.94 | 556.10 | 184,197.50 |
| | Proano, David F | 2005 | 315.00 | 2.80 | 882.00 |
| | Conley, Sylvia J | 2006 | 578.27 | 403.50 | 234,267.50 |
| Partners and of Counsel Total | | | 703.99 | 26,942.40 | 18,967,051.00 |
| Associates | Meisels, Naomi P. | 1984 | 525.00 | 76.90 | 40,372.50 |
| | Bieler, Philip | 1994 | 425.00 | 631.80 | 268,515.00 |
| | Kates, Elyssa S. | 2000 | 571.22 | 280.30 | 160,427.50 |
| | Bell, Stacey A. | 2001 | 630.40 | 777.10 | 493,268.00 |
| | Esser, Brian K | 2001 | 640.86 | 453.20 | 290,823.00 |
| | Song, Brian W. | 2002 | 467.86 | 751.50 | 354,080.00 |
| | Cheema, Bik | 2003 | 544.09 | 504.20 | 277,742.50 |
| | Shields, Nkosi D. | 2003 | 458.29 | 782.90 | 361,093.50 |
| | Wlodek, Heather | 2003 | 468.89 | 420.10 | 196,973.00 |
| | Gabriel, Jessie M | 2004 | 476.25 | 312.90 | 148,638.00 |
| | Allen, Brian F. | 2005 | 446.00 | 591.10 | 264,663.00 |
| | Benavides, Michelle | 2005 | 410.00 | 53.20 | 21,260.00 |
| | Bodenheimer, Henry C. | 2005 | 517.65 | 704.50 | 366,415.00 |
| | Carvalho, Melissa M. | 2005 | 548.94 | 324.30 | 178,210.00 |
| | Chow, Teresa C. | 2005 | 395.00 | 10.20 | 4,029.00 |
| | Rodriguez, Alberto | 2005 | 536.25 | 141.40 | 74,827.50 |
| | Stanganelli, Maryanne | 2005 | 543.18 | 491.10 | 269,392.50 |
| | Stump, Jacob R. | 2005 | 330.00 | 134.40 | 44,352.00 |
| | Thorpe, Courtni E | 2005 | 311.43 | 12.70 | 3,956.00 |
| | White, Nicholas L | 2005 | 325.00 | 94.00 | 30,550.00 |
| | Carlisle, Marie L. | 2006 | 399.55 | 596.00 | 237,198.00 |
| | Feil, Matthew D. | 2006 | 496.77 | 881.90 | 437,290.00 |
| | Heim, Kathryn M. | 2006 | 475.00 | 2.90 | 1,374.50 |
| | Kosack, Melissa L. | 2006 | 515.24 | 815.40 | 424,241.00 |
| | Lange, Gretchen L | 2006 | 315.00 | 51.30 | 16,159.50 |
| | Longstaff, Carrie | 2006 | 495.00 | 103.80 | 51,051.00 |
| | Nye, James H | 2006 | 380.00 | 96.30 | 36,594.00 |
| | Shoshany, Lindsey A. | 2006 | 441.67 | 649.80 | 286,845.00 |
| | Stanley, Scott R. | 2006 | 290.00 | 32.60 | 9,454.00 |
| | Tobin, Sarah M | 2006 | 397.86 | 156.10 | 62,718.00 |
| | Vanderwal, Amy E. | 2006 | 543.59 | 614.10 | 335,845.00 |
| | Bobb, Matthew I. | 2007 | 305.00 | 29.40 | 8,967.00 |
| | Brown, Seanna R. | 2007 | 612.65 | 919.70 | 568,732.50 |
| | Calvani, Torello H. | 2007 | 565.63 | 895.10 | 507,587.50 |
| | Coor, Maria R. | 2007 | 475.00 | 14.40 | 6,840.00 |
| | Garvin, Naima J. | 2007 | 538.85 | 109.10 | 58,993.50 |
| | Goldmark, Jena B. | 2007 | 415.00 | 771.80 | 320,297.00 |
| | Karp, Brian S. | 2007 | 522.50 | 111.40 | 58,210.00 |
| | Klidonas, George | 2007 | 444.02 | 492.90 | 219,542.50 |
| | Liburd, Essence | 2007 | 466.10 | 347.40 | 162,160.00 |
| | Nelson, Maritza S | 2007 | 289.00 | 307.30 | 90,459.50 |
| | Ranade, Samir K. | 2007 | 519.23 | 677.60 | 351,077.50 |
| | Ritz, Kenneth A. | 2007 | 415.00 | 383.10 | 158,986.50 |
| | Truong, Sarah J. | 2007 | 544.52 | 795.60 | 434,692.50 |
| | Walrath, Jennifer M | 2007 | 477.71 | 236.40 | 113,669.00 |
| | Amin, Tina U | 2008 | 306.67 | 219.50 | 67,355.00 |
| | Carbajal, Natacha | 2008 | 495.22 | 666.90 | 329,952.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Chang, Willy | 2008 | 425.00 | 12.70 | 5,397.50 |
| | Cottrell, Edward M. | 2008 | 320.00 | 61.40 | 19,648.00 |
| | Day, James W. | 2008 | 453.82 | 625.10 | 282,950.50 |
| | Goldstein, Robyn R. | 2008 | 338.00 | 344.30 | 117,439.00 |
| | Grossman, Andrew M. | 2008 | 475.00 | 343.50 | 163,162.50 |
| | McCurrach, Elizabeth G. | 2008 | 446.25 | 801.30 | 358,899.00 |
| | Moody, Matthew J. | 2008 | 453.46 | 243.70 | 110,847.50 |
| | Nixon, Christy A. | 2008 | 420.83 | 302.70 | 127,170.00 |
| | Rovine, Jacqlyn | 2008 | 423.68 | 280.90 | 120,460.00 |
| | Schutte, Elizabeth M. | 2008 | 400.00 | 498.50 | 199,400.00 |
| | Smith, Andrene | 2008 | 450.00 | 17.00 | 7,650.00 |
| | Stanley, Trevor M. | 2008 | 439.29 | 330.70 | 145,653.50 |
| | Thomas, Joshua C. | 2008 | 344.00 | 40.80 | 14,127.00 |
| | Usitalo, Michelle R. | 2008 | 456.29 | 719.50 | 330,117.00 |
| | Woltering, Catherine E. | 2008 | 267.32 | 928.40 | 248,224.50 |
| | Zunno, Kathryn M. | 2008 | 561.11 | 95.50 | 52,802.50 |
| | Budd, Ashley J. | 2009 | 230.00 | 570.90 | 131,307.00 |
| | Campbell, Patrick T | 2009 | 445.83 | 92.90 | 41,575.00 |
| | D'Andrea, Lindsey | 2009 | 252.69 | 117.10 | 29,565.50 |
| | Gentile, Dominic A. | 2009 | 420.59 | 881.30 | 370,532.50 |
| | Hangawatte, Udyogi A. | 2009 | 405.00 | 33.20 | 13,602.00 |
| | Harker, Francesca M. | 2009 | 412.50 | 18.50 | 7,712.50 |
| | Hilsheimer, Lauren M. | 2009 | 255.00 | 525.10 | 133,900.50 |
| | Hinchcliffe, Analiese | 2009 | 230.00 | 500.30 | 115,069.00 |
| | Howe, Mary E. | 2009 | 431.52 | 566.80 | 245,448.00 |
| | Kessler, Dena S. | 2009 | 332.69 | 354.40 | 118,449.50 |
| | Kuhn, Jessie A. | 2009 | 436.67 | 728.90 | 317,748.00 |
| | Makuch, Chad W. | 2009 | 260.00 | 8.90 | 2,314.00 |
| | Markel, Tatiana | 2009 | 441.18 | 930.90 | 410,120.00 |
| | Maynard, Kim M. | 2009 | 396.74 | 359.30 | 142,550.00 |
| | McKnight, Katherine L. | 2009 | 441.67 | 191.70 | 84,378.50 |
| | Molina, Marco | 2009 | 437.14 | 659.40 | 286,818.00 |
| | Murray, Kelli A. | 2009 | 275.00 | 5.00 | 1,375.00 |
| | Nickodem, Robert G. | 2009 | 229.55 | 435.30 | 99,593.50 |
| | Ozturk, Ferve E. | 2009 | 450.64 | 721.70 | 327,514.00 |
| | Shapiro, Peter B. | 2009 | 452.00 | 597.80 | 273,636.00 |
| | Winquist, Justin T. | 2009 | 300.00 | 34.50 | 10,350.00 |
| | Barnes, S. Ben | 2010 | 230.00 | 626.80 | 144,164.00 |
| | Barra, Jonathan P. | 2010 | 225.00 | 622.50 | 140,062.50 |
| | Burch, Alexander D. | 2010 | 250.00 | 70.50 | 17,625.00 |
| | Bushnell, Christina M. | 2010 | 229.44 | 409.10 | 93,471.50 |
| | Carney, Brian W. | 2010 | 229.62 | 567.30 | 130,177.00 |
| | Castillon, Jesus J. | 2010 | 320.56 | 291.80 | 94,387.00 |
| | Chandler, Tara R. | 2010 | 230.00 | 626.40 | 144,072.00 |
| | Choi, David | 2010 | 400.00 | 868.70 | 347,480.00 |
| | Clegg, Sammantha E. | 2010 | 434.55 | 418.50 | 181,828.00 |
| | Cominsky, Mark A. | 2010 | 230.00 | 517.70 | 119,071.00 |
| | Cook, Nora K. | 2010 | 229.17 | 617.10 | 141,387.50 |
| | Dallas, Cassie J. | 2010 | 308.75 | 149.70 | 45,258.00 |
| | Fein, Amanda E. | 2010 | 406.67 | 140.20 | 56,816.00 |
| | Hansford, Melissa L. | 2010 | 230.00 | 537.30 | 123,579.00 |
| | Hoff, Michelle M. | 2010 | 230.00 | 642.00 | 147,660.00 |
| | James, Christopher T. | 2010 | 322.50 | 288.30 | 92,139.50 |
| | Martin, David J. | 2010 | 230.00 | 547.00 | 125,810.00 |
| | Maytal, Anat | 2010 | 409.36 | 494.10 | 203,377.50 |
| | McMillan, David M. | 2010 | 411.77 | 519.30 | 213,941.50 |
| | Mosier, A. Mackenna | 2010 | 410.00 | 747.40 | 306,434.00 |
| | Needham, Kelly C. | 2010 | 229.21 | 603.40 | 138,295.50 |
| | Noethlich, Brian R. | 2010 | 230.00 | 488.50 | 112,355.00 |
| | Parente, Michael | 2010 | 230.00 | 645.60 | 148,488.00 |
| | Portnoy, Lesley F. | 2010 | 383.33 | 68.50 | 26,205.00 |
| | Rog, Joshua B. | 2010 | 400.00 | 777.20 | 310,880.00 |
| | Rollins, Jennifer B. | 2010 | 230.00 | 583.60 | 134,228.00 |
| | Rouach, Sophie | 2010 | 415.00 | 340.40 | 141,266.00 |
| | Schichnes, Jessica | 2010 | 415.71 | 442.60 | 185,254.00 |
| | Schlueter, Andrew C. | 2010 | 230.00 | 450.20 | 103,546.00 |
| | Scott, Justin T. | 2010 | 322.50 | 311.80 | 99,745.00 |
| | Sobel, Sean H. | 2010 | 230.00 | 283.30 | 65,159.00 |
| | Taddeo, Luisa | 2010 | 228.95 | 576.70 | 132,104.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Ubaid, Maryland H. | 2010 | 229.60 | 530.50 | 121,904.50 |
| | Vasel, Denise D. | 2010 | 393.75 | 526.10 | 208,512.50 |
| | Wasko, Lindsay J. | 2010 | 229.29 | 506.20 | 116,181.50 |
| | Young, Michelle L. | 2010 | 368.75 | 469.30 | 173,495.00 |
| | Bacon, Natalie R. | 2011 | 230.00 | 370.50 | 85,215.00 |
| | Ball, Stephen L. | 2011 | 371.43 | 610.30 | 225,900.00 |
| | Barhorst, Damon C. | 2011 | 230.00 | 514.90 | 118,427.00 |
| | Becker, Eric J. | 2011 | 230.00 | 604.40 | 139,012.00 |
| | Bennett, Melonia A. | 2011 | 230.00 | 497.00 | 114,310.00 |
| | Cabico, Jason D. | 2011 | 369.05 | 246.40 | 91,957.50 |
| | deVries, Alan C. | 2011 | 230.00 | 826.70 | 190,141.00 |
| | Donaho, Thomas A. | 2011 | 280.00 | 86.70 | 24,276.00 |
| | Dortch, Justin M. | 2011 | 230.00 | 381.80 | 87,814.00 |
| | Durbin, Damon M. | 2011 | 230.00 | 665.20 | 152,996.00 |
| | Economides, Constantine P. | 2011 | 409.40 | 280.70 | 115,126.50 |
| | Elam, Elise R. | 2011 | 230.00 | 465.20 | 106,996.00 |
| | Farnsworth, Joshua L. | 2011 | 230.00 | 430.10 | 98,923.00 |
| | Feldstein, Robyn M | 2011 | 395.00 | 846.00 | 334,170.00 |
| | Gottesman, Joel D. | 2011 | 229.44 | 386.30 | 88,521.00 |
| | Grant, Lindsey M. | 2011 | 230.00 | 157.30 | 36,179.00 |
| | Heasley, R. Scott | 2011 | 230.00 | 628.30 | 144,509.00 |
| | Kahner, Tegan E. | 2011 | 230.00 | 516.30 | 118,749.00 |
| | Krishna, Ganesh | 2011 | 410.29 | 847.30 | 348,519.50 |
| | Levine, Shneor Z. | 2011 | 230.00 | 504.70 | 116,081.00 |
| | Liao, Nina C. | 2011 | 385.00 | 19.70 | 7,584.50 |
| | Lundregan, Scott M. | 2011 | 230.00 | 509.70 | 117,231.00 |
| | Nowakowski, Jonathan | 2011 | 395.00 | 463.30 | 183,003.50 |
| | Oliva, Frank M. | 2011 | 395.00 | 378.00 | 149,310.00 |
| | Patrick, Stacey M. | 2011 | 230.00 | 634.50 | 145,935.00 |
| | Polsinelli, Jaclyn R. | 2011 | 230.00 | 176.90 | 40,687.00 |
| | Rose, Nicholas M. | 2011 | 371.43 | 268.80 | 100,500.00 |
| | Ruginis, Alexis N. | 2011 | 395.00 | 538.00 | 212,510.00 |
| | Sakowitz, Brittany A. | 2011 | 298.75 | 93.20 | 26,731.00 |
| | Schechter, Jody E. | 2011 | 335.00 | 582.50 | 195,137.50 |
| | Schwab, Justin J | 2011 | 365.00 | 288.80 | 105,412.00 |
| | Sinclair, Jordan A. | 2011 | 300.00 | 531.90 | 159,904.50 |
| | Spears, Ericka H. | 2011 | 230.00 | 521.50 | 119,945.00 |
| | Stewart, Justin T. | 2011 | 230.00 | 590.60 | 135,838.00 |
| | Thompson, Eric D. | 2011 | 230.00 | 508.70 | 117,001.00 |
| | Towner, Amber N. | 2011 | 230.00 | 534.80 | 123,004.00 |
| | Vonderhaar, Douglas A. | 2011 | 230.00 | 489.70 | 112,631.00 |
| | Wangsgard, Kendall E. | 2011 | 370.00 | 259.70 | 96,837.50 |
| | Wells, Carrie T. | 2011 | 229.38 | 539.80 | 123,443.00 |
| | White, Jason T. | 2011 | 230.00 | 564.90 | 129,927.00 |
| | Young, Michael R. | 2011 | 230.00 | 55.60 | 12,788.00 |
| | Zuberi, Madiha M. | 2011 | 410.79 | 752.90 | 309,393.50 |
| | Consolino, Serine R. | 2012 | 343.33 | 166.10 | 58,638.50 |
| | Cornell, Aaron E. | 2012 | 230.00 | 577.20 | 132,756.00 |
| | Curtin, Daniel P. | 2012 | 355.71 | 475.50 | 170,060.00 |
| | Donahue, Darren M. | 2012 | 230.00 | 157.30 | 36,179.00 |
| | Gallagher, Christopher B. | 2012 | 395.00 | 750.40 | 296,408.00 |
| | Hough, Shawn P. | 2012 | 390.00 | 839.00 | 327,210.00 |
| | Khan, Juvaria S. | 2012 | 360.00 | 223.60 | 80,496.00 |
| | Muranovic, Sanja | 2012 | 293.13 | 462.20 | 134,064.50 |
| | Rice, David W. | 2012 | 395.00 | 885.90 | 349,930.50 |
| | Rosenberg, C. Zachary | 2012 | 347.19 | 199.40 | 69,266.50 |
| | Vasut, Cody T. | 2012 | 295.00 | 28.90 | 8,525.50 |
| | Babka, Sarah R. | 2013 | 395.00 | 519.10 | 205,044.50 |
| | Choate, Hannah C. | 2013 | 347.19 | 764.20 | 265,415.00 |
| | Ferguson, Kaitlyn A. | 2013 | 346.47 | 320.70 | 110,977.50 |
| | Pate, Alan M. | 2013 | 348.13 | 336.90 | 115,878.00 |
| | Darwall, Julian H. | #N/A | 343.57 | 474.60 | 164,580.00 |
| | Hellmuth, William W. | #N/A | 315.00 | 11.30 | 3,559.50 |
| | Stamoulis, Elizabeth M. | #N/A | 345.00 | 199.30 | 68,903.00 |
| Associates Total | | | 364.27 | 76,372.30 | 27,820,216.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Ackerman, Stephanie | #N/A | 302.14 | 528.10 | 159,720.50 |
| | Annor, Sasha L. | #N/A | 267.69 | 489.40 | 131,004.00 |
| | Bekier, James M. | #N/A | 394.90 | 676.40 | 268,914.00 |
| | Belanger, Christina I. | #N/A | 313.33 | 30.70 | 9,625.50 |
| | Bitman, Oleg | #N/A | 263.96 | 629.20 | 166,178.00 |
| | Blaber, Theresa A | #N/A | 301.25 | 147.20 | 44,395.00 |
| | Bliss, Stephanie L. | #N/A | 223.57 | 114.70 | 25,694.50 |
| | Bruening, Mark P | #N/A | 175.00 | 136.50 | 23,887.50 |
| | Cabrera, Ramon C | #N/A | 248.93 | 144.20 | 35,942.00 |
| | Chan, Angeline | #N/A | 234.39 | 444.40 | 103,985.00 |
| | Charlotten, Magdalena | #N/A | 261.50 | 430.60 | 113,267.00 |
| | Cohen, Justin H. | #N/A | 315.00 | 99.00 | 31,185.00 |
| | Curbelo, Gracemary | #N/A | 291.88 | 25.70 | 7,639.00 |
| | Dinkle, Sharon L. | #N/A | 160.00 | 0.10 | 16.00 |
| | Donahue, Kerin E | #N/A | 178.67 | 41.40 | 7,424.50 |
| | Fetzer, Jeffrey L | #N/A | 220.00 | 72.50 | 15,950.00 |
| | Fishelman, Benjamin D. | #N/A | 386.46 | 693.10 | 268,251.00 |
| | Fredle, Vicki M | #N/A | 195.00 | 61.20 | 11,934.00 |
| | Gardner, Bronson R | #N/A | 200.00 | 56.50 | 11,300.00 |
| | Gibbons, Michael E. | #N/A | 347.58 | 356.60 | 124,410.00 |
| | Glanzman, Adam J | #N/A | 304.43 | 230.90 | 69,872.50 |
| | Graham, Sonya M. | #N/A | 258.82 | 46.80 | 12,097.00 |
| | Grigsby, Camilla B. | #N/A | 75.00 | 53.00 | 3,975.00 |
| | Halwes, Shannon L. | #N/A | 199.38 | 41.30 | 8,220.00 |
| | Iskhakova, Yuliya | #N/A | 285.87 | 869.10 | 253,814.50 |
| | Jesic, Mario | #N/A | 175.00 | 81.50 | 14,262.50 |
| | Kinne, Tanya M | #N/A | 302.14 | 569.20 | 172,415.00 |
| | Landrio, Nikki M. | #N/A | 340.45 | 799.20 | 273,158.00 |
| | Lasko, Seth D. | #N/A | 335.00 | 77.20 | 25,862.00 |
| | Maxwell, Sarah A | #N/A | 174.69 | 281.50 | 49,112.50 |
| | McLaughlin, Christopher | #N/A | 177.97 | 575.80 | 102,818.00 |
| | Medina, Rebecca J. | #N/A | 160.00 | 151.00 | 24,160.00 |
| | Monge, Tirsa | #N/A | 317.14 | 673.90 | 212,904.00 |
| | Montalvo, Jason M. | #N/A | 331.50 | 374.40 | 123,894.00 |
| | Montani, Christine A. | #N/A | 317.25 | 596.80 | 188,864.00 |
| | Munson, Sally L. | #N/A | 75.00 | 74.90 | 5,617.50 |
| | Nunes, Silas T | #N/A | 277.50 | 710.40 | 197,695.00 |
| | Oliver-Weeks, Marcella J. | #N/A | 306.00 | 388.10 | 119,133.00 |
| | Paremoud, Jana | #N/A | 242.63 | 186.70 | 45,497.50 |
| | Pulsipher, Eric K. | #N/A | 290.88 | 576.30 | 168,200.50 |
| | Ravick, Jacob H. | #N/A | 200.00 | 10.30 | 2,060.00 |
| | Rawles, Michael M | #N/A | 205.00 | 6.30 | 1,291.50 |
| | Remus, Amanda | #N/A | 306.36 | 728.90 | 224,085.00 |
| | Rivera, Eileen G. | #N/A | 182.98 | 628.80 | 115,291.00 |
| | Samarasekera, Dilip | #N/A | 200.00 | 19.50 | 3,900.00 |
| | Schnarre, Nicole L. | #N/A | 395.63 | 684.20 | 271,570.00 |
| | Stone, Adrian | #N/A | 278.70 | 524.00 | 145,094.00 |
| | Sweet, Karen R | #N/A | 225.00 | 19.60 | 4,410.00 |
| | Tushaj, Diana M. | #N/A | 243.10 | 384.50 | 93,669.00 |
| | Velez, Francisco J. | #N/A | 258.10 | 44.40 | 11,495.00 |
| | Villamayor, Fidentino L. | #N/A | 330.38 | 522.90 | 174,031.50 |
| | von Collande, Constance M. | #N/A | 292.12 | 731.00 | 213,291.00 |
| | Wallace, Dawn L. | #N/A | 301.76 | 409.40 | 124,012.00 |
| | Weaver, Scott | #N/A | 258.75 | 655.30 | 169,281.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | | | 289.63 | 17,904.60 | 5,185,776.00 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 703.99 | 26,942.40 | 18,967,051.00 |
| Associates Total | 364.27 | 76,372.30 | 27,820,216.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 289.63 | 17,904.60 | 5,185,776.00 |
| Blended Attorney Rate | 452.86 | | |
| Total Fees Incurred | | 121,219.30 | 51,973,043.50 |

| | | |
|---|---|---|
| | **Less 10% Public Interest Discount** | (5,197,304.35) |
| | **Grand Total** | $ 46,775,739.15 |