EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR TWELFTH INTERIM
PERIOD OF DECEMBER 1, 2012 THROUGH APRIL 30, 2013

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 229.40 | $ 86,461.50 |
| 02 | Bankruptcy Court Litigation and Related Matters | 1,074.00 | 552,931.00 |
| 03 | Feeder Funds | 125.10 | 85,720.00 |
| 04 | Asset Search Recovery and Sale | 316.00 | 193,079.00 |
| 05 | Internal Office Meetings with Staff | 1,107.70 | 574,452.50 |
| 07 | Billing | 1,231.70 | 439,894.00 |
| 08 | Case Administration | 3,111.20 | 1,029,791.50 |
| 09 | Banks | 106.90 | 80,639.00 |
| 11 | Press Inquires and Responses | 578.20 | 295,779.00 |
| 12 | Document Review | 4,530.80 | 1,207,671.00 |
| 13 | Discovery - Depositions and Document Productions | 9,142.30 | 3,610,889.00 |
| 14 | International | 585.10 | 312,571.50 |
| 15 | Charities | 1.90 | 1,007.00 |
| 18 | Auditors | 4.80 | 4,446.00 |
| 19 | Non-Bankruptcy Litigation | 17.10 | 8,618.00 |
| 20 | Governmental Agencies | 141.20 | 105,249.50 |
| 21 | Allocation | 187.20 | 113,167.50 |
| 000003 | Stanley Chais | 797.00 | 416,786.50 |
| 000004 | J. Ezra Merkin | 8,598.90 | 4,477,582.00 |
| 000005 | Customer Claims | 4,891.50 | 2,430,299.50 |
| 000006 | Vizcaya | 3,391.70 | 1,129,116.00 |
| 000007 | Madoff Family | 7,931.10 | 3,889,337.50 |
| 000008 | Norman Levy | 32.00 | 11,165.50 |
| 000009 | Fairfield Greenwich | 4,389.10 | 2,305,021.00 |
| 000010 | Harley | 35.60 | 19,440.00 |
| 000011 | Cohmad Securities Corporation | 4,479.30 | 1,955,616.00 |
| 000012 | Picower | 166.70 | 112,944.50 |
| 000013 | Kingate | 1,510.40 | 1,059,617.50 |
| 000018 | Thybo | 1,137.40 | 395,230.00 |
| 000019 | Ruth Madoff | 15.10 | 11,226.50 |
| 000021 | Avoidance Action Investigation/Litigation | 12,772.20 | 5,884,959.00 |
| 000026 | Richard Stahl | 202.00 | 125,747.50 |
| 000027 | JPMorgan Chase | 1,014.30 | 500,992.50 |
| 000028 | Westport | 369.50 | 209,585.50 |
| 000029 | Rye/Tremont | 142.70 | 94,817.50 |
| 000030 | HSBC | 3,110.60 | 1,569,356.50 |
| 000031 | Katz/Wilpon | 67.80 | 35,683.50 |
| 000032 | LuxAlpha/UBS | 4,372.40 | 2,025,725.00 |
| 000033 | Nomura Bank International PLC | 155.10 | 74,260.50 |
| 000034 | Citibank | 670.50 | 294,796.00 |
| 000035 | Natixis | 585.70 | 234,906.00 |
| 000036 | Merrill Lynch | 134.00 | 42,058.50 |
| 000037 | ABN AMRO | 135.80 | 38,027.00 |
| 000038 | Banco Bilbao | 282.60 | 102,707.00 |
| 000039 | Fortis | 63.90 | 18,669.50 |
| 000040 | Medici Enterprise | 4,852.30 | 2,334,789.00 |
| 000041 | Whitechapel | 1.60 | 630.00 |
| 000042 | Equity Trading | 1,338.00 | 420,012.50 |
| 000043 | Defender | 489.90 | 258,999.50 |
| 000044 | Maccabee | 6.30 | 2,659.00 |
| 000045 | Levey | 436.70 | 148,710.50 |
| 000046 | Glantz | 1,754.20 | 714,948.50 |
| 000047 | Bonaventre | 10.30 | 4,496.50 |
| 000048 | Bongiorno | 2.80 | 899.00 |
| 000049 | Greenberger | 5.00 | 2,788.00 |
| 000050 | Pitz | 2.50 | 696.50 |
| 000051 | Crupi | 47.70 | 24,731.00 |
| 000052 | Donald Friedman | 1,369.20 | 630,007.50 |
| 000053 | Magnify | 2,191.10 | 933,572.00 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 000054 | Mendelow | 871.80 | 249,091.50 |
| 000055 | Kugel | 0.20 | 81.00 |
| 000056 | Lipkin | 36.40 | 14,134.50 |
| 000057 | Perez/O'Hara | 7.80 | 4,179.00 |
| 000058 | PJ Administrators | 2,394.40 | 609,168.00 |
| 000059 | Stanley Shapiro | 920.90 | 343,649.00 |
| 000060 | Avellino & Bienes | 3,147.00 | 900,333.00 |
| 000061 | Maxam | 5,634.00 | 1,962,714.00 |
| 000062 | Subsequent Transfer | 3,905.00 | 1,484,800.50 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 5.20 | 2,658.50 |
| 000065 | Legacy Capital Ltd | 992.20 | 444,479.00 |
| 000066 | Lieberbaum | 3,468.30 | 1,190,631.00 |
| 000067 | US PT: AUCTION MARKET WITH PRICE IMPROVEMENT MECHANISM (U | 0.60 | 330.00 |
| 000068 | US PT: AUCTION MARKET WITH PRICE IMPROVEMENT MECHANISM (U | 0.10 | 16.00 |
| 000071 | Square One | 1.10 | 424.00 |
| 000072 | Plaza Investments | 2,497.40 | 704,254.00 |
| 000073 | BNP Paribas | 883.80 | 416,120.00 |
| Grand Total | | 121,219.30 | 51,973,043.50 |

**Less 10% Public Interest Discount** (5,197,304.35)

**Grand Total** $ 46,775,739.15

**Current Application**
Interim Compensation Requested $ 46,775,739.15
Interim Compensation Paid (42,098,165.24)
Interim Compensation Deferred $ 4,677,573.91

**Prior Applications**
Interim Compensation Requested $ 431,973,311.39
Interim Compensation Paid $ (404,775,980.31)
Interim Compensation Deferred $ 27,197,331.08