EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR TWELFTH
INTERIM PERIOD OF DECEMBER 1, 2012 THROUGH APRIL 30, 2013

| | | | |
|---|---|---|---:|
| E101 | Copying (E101) | $ | 39,360.20 |
| E102 | Outside Printing (E102) | | 14,530.28 |
| E104 | Facsimile (E104) | | 2.90 |
| E105 | Telephone (E105) | | 14,971.02 |
| E106 | Online Research (E106) | | 111,364.06 |
| E107 | Delivery Services/ Messengers (E107) | | 8,051.81 |
| E108 | Postage (E108) | | 2,974.46 |
| E109 | Local Travel (E109) | | 883.00 |
| E110 | Out-of-Town Travel (E110) | | 868,051.58 |
| E111 | Business Meals, etc. (E111) | | 113.96 |
| E112 | Court Fees (E112) | | 31,518.30 |
| E113 | Subpoena Fees (E113) | | 48.18 |
| E114 | Witness Fees (E114) | | 20,923.52 |
| E115 | Deposition Transcripts (E115) | | 16,410.60 |
| E116 | Trial Transcripts (E116) | | 5,081.01 |
| E123 | Other Professionals (E123) | | 22,738.00 |
| E124 | Other (E124) | | 7,928.74 |
| E125 | Translation Costs (E125) | | 175,671.35 |
| E129 | Official Fees (E129) | | 3,840.00 |
| E130 | Patent Maintenance Fees (E130) | | 2,872.00 |
| Grand Total | | $ | 1,347,334.97 |

**Prior Applications**

Reimbursement of Expenses Requested and Rewarded     $ 9,213,654.98