**Exhibit B**

SUMMARY OF ELEVENTH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM DECEMBER 1, 2012 THROUGH AND INCLUDING APRIL 30, 2013

| Name | Year Admitted | Hourly Rate of 2012 | Total Hours Billed December 2012 | Hourly Rate of 2013 | Total Hours Billed Jan-April 2013 | Large Case Document Review Hourly Rate 2013* | Total Large Case Document Review Hours Billed Jan-April 2013 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|---|---|
| **Partners and Special Counsel** | | | | | | | | | |
| Howard L. Simon | 1977 | 535.00 | 33.70 | 550.00 | 439.30 | 520.00 | 13.00 | 486.00 | 266,404.50 |
| Clark Alpert | 1978 | 490.00 | 1.90 | 510.00 | 2.80 | - | - | 4.70 | 2,359.00 |
| Kim M. Longo | 2002 | 405.00 | 95.70 | 435.00 | 263.60 | 400.00 | 24.20 | 383.50 | 163,104.50 |
| Antonio J. Casas | 1992 | 405.00 | 62.00 | 430.00 | 230.70 | 400.00 | 8.30 | 301.00 | 127,631.00 |
| **Total Partners and Special Counsel** | | | **193.30** | | **936.40** | | **45.50** | **1,175.20** | **$ 559,499.00** |
| **Associates** | | | | | | | | | |
| Karen M. Cullen | 1981 | 395.00 | 41.40 | 415.00 | 139.50 | 375.00 | 32.40 | 213.30 | 86,395.50 |
| Carol LaFond | 2000 | 370.00 | - | 410.00 | - | 375.00 | 81.00 | 81.00 | 30,375.00 |
| Brian W. Kreutter | 2003 | 335.00 | 130.80 | 355.00 | 401.80 | 355.00 | 91.70 | 624.30 | 219,010.50 |
| John J. Tepedino | 2004 | 335.00 | 74.20 | 355.00 | 238.30 | 355.00 | 21.60 | 334.10 | 117,121.50 |
| Sandy Galacio | 2001 | 325.00 | - | 345.00 | - | 345.00 | 18.20 | 18.20 | 6,279.00 |
| Yani Indrajana Ho | 2005 | 315.00 | 146.20 | 340.00 | 451.50 | 340.00 | 81.40 | 679.10 | 227,239.00 |
| Alan D. Lawn | 2008 | 305.00 | 76.90 | 330.00 | 479.00 | 330.00 | 73.00 | 628.90 | 205,614.50 |
| **Total Associates** | | | **469.50** | | **1,710.10** | | **399.30** | **2,578.90** | **$ 892,035.00** |
| **Paraprofessionals** | | | | | | | | | |
| Kevin Coleman | | 245.00 | - | 245.00 | - | 200.00 | 43.00 | 43.00 | 8,600.00 |
| Joel L. Solomon | | 220.00 | - | 230.00 | 2.90 | - | - | 2.90 | 667.00 |
| Matthew Corwin | | 210.00 | 68.80 | 220.00 | 376.10 | 200.00 | 53.40 | 498.30 | 107,870.00 |
| Jacob Gould | | - | - | 200.00 | - | 200.00 | 36.30 | 36.30 | 7,260.00 |
| Lisa M. Winkler | | 175.00 | - | 190.00 | - | 190.00 | 89.00 | 89.00 | 16,910.00 |
| Michael A. Simon | | 160.00 | 26.30 | 170.00 | 65.00 | 170.00 | 35.60 | 126.90 | 21,310.00 |
| Cheryll Cabrera | | - | - | 135.00 | 16.60 | 135.00 | 98.00 | 114.60 | 15,471.00 |
| **Total Paraprofessionals** | | | **95.10** | | **460.60** | | **355.30** | **911.00** | **$ 178,088.00** |

| | Total Hours | Total Fees |
|---|---|---|
| **Partners and Special Counsel** | 1,175.20 | $ 559,499.00 |
| **Associates** | 2,578.90 | 892,035.00 |
| **Paraprofessionals** | 911.00 | 178,088.00 |
| **Blended Attorney Rate** | 386.65 | |
| **GRAND TOTAL** | 4,665.10 | 1,629,622.00 |

*For large case document review work performed by certain attorneys and paraprofessionals under Matter Number 02, Task Code 021, Windels Marx agreed, at SIPC's request, to bill their time entries at a reduced hourly rate.