## Exhibit C

SUMMARY OF ELEVENTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
RENDERED FROM
DECEMBER 1, 2012 THROUGH AND INCLUDING APRIL 30, 2013

| Code Description | Amount |
|---|---:|
| Copying | $ 511.47 |
| Telephone | 13.93 |
| Online Research | 6,539.94 |
| Delivery Services/Messenger | 316.63 |
| Postage | 90.36 |
| Staff Overtime | 1,292.50 |
| Transcription/Deposition Copies | 774.35 |
| **TOTAL** | **$ 9,539.18** |