**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE ELEVENTH INTERIM PERIOD OF DECEMBER 1, 2012 THROUGH APRIL 30, 2013

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 275.50 | $ 105,366.00 |
| | | 007 | Fee Application | 87.30 | 33,343.50 |
| | | 020 | Internal Office Meeting | 35.70 | 14,289.00 |
| | | 041 | Discovery, Document Review, Document Production | 627.60 | 229,725.50 |
| | | 042 | Bankruptcy Court Litigation | 187.10 | 68,611.50 |
| | | L140 | Document/File Management | 3.00 | 840.00 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 983.40 | 349,232.50 |
| 8 | Madoff Family Entities | 010 | Litigation | 192.40 | 72,235.00 |
| 9 | Ivy/Beacon | 010 | Litigation | 102.30 | 40,178.50 |
| 10 | Blumenfeld | 010 | Litigation | 913.40 | 338,991.00 |
| 12 | Credit Suisse | 010 | Litigation | 92.90 | 30,259.50 |
| 13 | Solon Capital | 010 | Litigation | 4.00 | 992.00 |
| 14 | Zephyros | 010 | Litigation | 4.70 | 1,218.00 |
| 15 | Mistral | 010 | Litigation | 2.80 | 728.00 |
| 16 | Societe Generale | 010 | Litigation | 186.40 | 62,212.00 |
| 17 | Royal Bank of Canada | 010 | Litigation | 71.50 | 23,375.50 |
| 18 | Clariden Leu | 010 | Litigation | 8.00 | 2,202.50 |
| 19 | Trincastar Corp. | 010 | Litigation | 42.90 | 15,356.50 |
| 20 | Coordinated Cases | 010 | Litigation | 44.10 | 17,182.00 |
| 21 | Large Case Document Review | 041 | Discovery, Document Review, Document Productions | 800.10 | 223,283.50 |
| | | | **TOTALS** | **4,665.10** | **$ 1,629,622.00** |

Eleventh Fee App Exhibits - (Dec 2012- April 2013) (10887401).XLS