TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Minta J. Nester

*Co-Counsel to the Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:
In re:                                                    :    Chapter 11
:
SUNEDISON, INC., *et al.*,                                :    Case No. 16-10992 (SMB)
:
       Reorganized Debtors.[1]                            :    (Jointly Administered)
:
---------------------------------------------------------- x

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'
OBJECTION TO CLAIM NO. 1613 FILED BY KONISTO COMPANIES LLC.**

      **PLEASE TAKE NOTICE** that, on November 30, 2017, SunEdison, Inc. ("SUNE") and certain of its affiliates, the above-captioned Reorganized Debtors (as defined in the confirmed *Second Amended Joint Plan of Reorganization of SunEdison, Inc. and its Debtor Affiliates* [Dkt. No. 3735]) (collectively, the "Debtors"), filed the *Debtors'*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); Terraform Private Holdings, LLC (5993); SunEdison Products, LLC (3557); Hudson Energy Solar Corporation (1344); SunE REIT-D PR, LLC (2171); First Wind Energy, LLC (5519); First Wind Holdings, LLC (4445); Vaughn Wind, LLC (9605); Maine Wind Holdings, LLC (4825); SunEdison International Construction, LLC (6257); and EchoFirst Finance Co., LLC (1607) (collectively, the "Debtors" and, as reorganized, the "Reorganized Debtors"). The address of the Debtors' corporate headquarters is Two City Place Drive, 2nd floor, St. Louis, MO 63141.

*Second Motion for Entry of an Order Reclassifying Certain Secured Claims as General Unsecured Claims* [Dkt. No. 4379] (the "Claims Objection")[2].

**PLEASE TAKE FURTHER NOTICE** that Claim No. 1613 filed by Konisto Companies, LLC. (the "Konisto Claim") was listed on Exhibit "1" to the Claims Objection.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on the Claims Objection, scheduled for June 28, 2018 at 10:00 a.m., has been adjourned on consent to a date and time to be determined.

Dated:  July 19, 2018  
      New York, New York

TOGUT, SEGAL & SEGAL LLP  
*Co-Counsel for the Reorganized Debtors*  
By:

/s/Frank A. Oswald  
FRANK A. OSWALD  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000

---

[2]  Capitalized terms not otherwise defined herein shall have the meaning set forth in the Claims Objection.