Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Irving H. Picard
Email: ipicard@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

Hearing Date: October 16, 2013
Hearing Time: 10:00 a.m. (EST)
Objection Deadline: October 7, 2013
Time: 4:00 p.m. (EST)

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
And Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF HEARING ON TWELFTH APPLICATIONS FOR INTERIM
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF ACTUAL AND NECESSARY EXPENSES INCURRED BY APPLICANTS
FROM DECEMBER 1, 2012 THROUGH APRIL 30, 2013**

**PLEASE TAKE NOTICE**, that on **October 16, 2013 at 10:00 a.m.**, a hearing (the

"Hearing") will be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at

the United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom

623, New York, New York 10004, on the applications for interim compensation for services

rendered and reimbursement of actual and necessary expenses incurred by applicants from December

1, 2012 through April 30, 2013 (the "Applications") of the following parties:

## FEES REQUESTED[1]

### Applicants

| | | |
|---|---|---|
| Irving H. Picard, Esq., SIPA Trustee | Fees: | $46,775,739.15 |
| Baker & Hostetler LLP, Counsel to the Trustee | 90%: | $42,098,165.24 |
| (Period: December 1, 2012 through April 30, 2013) | Expenses: | $1,347,334.97 |
| | | |
| Schiltz & Schiltz | Fees: | $66,279.97 |
| Special Counsel to the Trustee | 80%: | $53,023.98 |
| (Period: December 1, 2012 through April 30, 2013) | Expenses: | $4,308.20 |
| | | |
| Higgs & Johnson | Fees: | $33,237.00 |
| Special Counsel to the Trustee | 80%: | $26,589.60 |
| (Period: December 1, 2012 through April 30, 2013) | Expenses: | $900.65 |
| | | |
| Soroker - Agmon | Fees: | $398,386.25[2] |
| Special Counsel to the Trustee | 80%: | $318,709.00 |
| (Period: December 1, 2012 through April 30, 2013) | Expenses: | $9,883.93 |
| | | |
| Graf & Pitkowitz Rechtsanwälte GmbH | Fees: | $642,544.02 |
| Special Counsel to the Trustee | 80%: | $514,035.21 |
| (Period: December 1, 2012 through April 30, 2013) | Expenses: | $76,918.91 |
| | | |
| SCA Creque | Fees: | $5,590.05 |
| Special Counsel to the Trustee | 80%: | $4,472.04 |
| (Period: December 1, 2012 through April 30, 2013) | Expenses: | $174.50 |
| | | |
| Young Conaway Stargatt & Taylor, LLP | Fees: | $38,026.35 |
| Special Counsel to the Trustee | 80%: | $30,421.08 |
| (Period: December 1, 2012 through April 30, 2013) | Expenses: | $1,401.38 |
| | | |
| Windels Marx Lane & Mittendorf | Fees: | $1,629,622.00 |
| Special Counsel to the Trustee | 80%: | $1,303,697.60 |
| (Period: December 1, 2012 through April 30, 2013) | Expenses: | $9,539.18 |

---

[1] All Applicants have agreed to apply a 10% public interest discount to their normal billable rates.  All Applicants have also agreed to a holdback (10% of fees for Trustee and Baker & Hostetler and 20% of fees for all other Applicants), which amount is to be deferred through the conclusion of the liquidation period or until further order of the Court.
[2] This amount includes 18% Israeli Value Added Tax.  Out of the $398,386.25 requested in this application, $337,615.47 is for compensation of legal fees and $60,770.78 is for the Israeli Value Added Tax.

| | | |
|---|---|---|
| Williams Barristers & Attorneys<br>Special Counsel to the Trustee<br>(Period: December 1, 2012 through April 30, 2013) | Fees:<br>80%:<br>Expenses: | $159,419.08<br>$127,535.27<br>$0 |
| Taylor Wessing<br>Special Counsel to the Trustee<br>(Period: December 1, 2012 through April 30, 2013) | Fees:<br>80%:<br>Expenses: | $5,825,888.90[3]<br>$4,660,711.12<br>$3,250,037.23 |
| UGGC & Associés<br>Special Counsel to the Trustee<br>(Period: December 1, 2012 through April 30, 2013) | Fees:<br>80%:<br>Expenses: | $175,812.50<br>$140,650.00<br>$717.59 |
| Triay Stagnetto Neish<br>Special Counsel to the Trustee<br>(Period: December 1, 2012 through April 30, 2013) | Fees:<br>80%:<br>Expenses: | $99,982.03<br>$79,985.63<br>$4,035.89 |
| Werder Vigano<br>Special Counsel to the Trustee<br>(Period: December 1, 2012 through April 30, 2013) | Fees:<br>80%:<br>Expenses: | $5,792.27<br>$4,633.82<br>$0 |
| Greenfield Stein & Senior LLP<br>Special Counsel to the Trustee<br>(Period: December 1, 2012 through April 30, 2013) | Fees:<br>80%<br>Expenses: | $2,270.25<br>$1,816.20<br>$25.65 |
| Browne Jacobson, LLP<br>Special Counsel to the Trustee<br>(Period: December 1, 2012 through April 30, 2013) | Fees:<br>80%:<br>Expenses: | $214,820.72<br>$171,856.58<br>$35,148.00 |
| Eugene F. Collins<br>Special Counsel to the Trustee<br>(Period: December 1, 2012 through April 30, 2013) | Fees:<br>80%:<br>Expenses: | $1,397.62<br>$1,118.10<br>$0 |
| Kugler Kandestein, LLP<br>Special Counsel to the Trustee<br>(Period: December 1, 2012 through April 30, 2013) | Fees:<br>80%:<br>Expenses: | $982.24<br>$785.79<br>$4.98 |
| Ritter & Ritter Advokatur<br>Special Counsel to the Trustee<br>(Period: January 15, 2013 through April 30, 2013) | Fees:<br>80%:<br>Expenses: | $70,665.69<br>$56,532.55<br>$544.56 |
| Bedell Cristin Guernsey Partnership<br>Special Counsel to the Trustee<br>(Period: April 5, 2013 through April 30, 2013) | Fees:<br>80%:<br>Expenses: | $7,851.97<br>$6,281.57<br>$27.56 |

---

[3] This amount includes 20% United Kingdom Value Added Tax.  Out of the $5,825,888.90 requested in this application, $4,894,929.25 is for compensation of legal fees and $930,959.65 is for the United Kingdom Value Added Tax.

| Munari Giudici Maniglio Panfili E Associati | | |
|---|---|---|
| Special Counsel to the Trustee | Fees: | $2,651.72[4] |
| (Period: March 21, 2013 through April 30, 2013) | 80%: | $2,121.37 |
| | Expenses: | $0 |

**PLEASE TAKE FURTHER NOTICE**, that copies of the Applications will be on file with,

and may be reviewed and downloaded from, the United States Bankruptcy Court website

www.nysb.uscourts.gov by registered users of PACER.  Copies may also be obtained by contacting

counsel to the Trustee in writing at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New

York 10111, Attn: David J. Sheehan, Esq.

**PLEASE TAKE FURTHER NOTICE**, that objections or answering papers to the

Applications, if any, shall be in writing, shall conform to the requirements of the Bankruptcy Code,

Bankruptcy Rules, and the Local Rules of this Court, and shall be filed with the Clerk of the

Bankruptcy Court with a courtesy copy delivered to the Chambers of the Honorable Burton R.

Lifland, United States Bankruptcy Judge, and a copy served upon (a) Baker & Hostetler LLP, 45

Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan; and (b) the Securities

Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn:

Kevin H. Bell, Esq., no later than **4:00 p.m. on October 7, 2013**.

---

[4] This amount includes 4% Italian Compulsory National Bar Pension Fund Contribution.  Out of the $2,651.72
requested in this application, $2,549.73 is for compensation of legal fees and $101.99 is for the Italian Compulsory
National Bar Pension Fund Contribution.

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the Hearing if you do

not object to the relief requested in the Applications.


Dated: New York, New York
      September 23, 2013

Respectfully submitted,

*/s/ David J. Sheehan*

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Irving H. Picard
Email: ipicard@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and Bernard L. Madoff*