MILBERG LLP
Matthew Gluck
Matthew A. Kupillas
Jennifer L. Young
Joshua Keller
One Pennsylvania Plaza
49th Floor
New York, NY 10119
Tel.: (212) 594-5300
Fax: (212) 868-1229

SEEGER WEISS LLP
Stephen A. Weiss
Parvin Aminolroaya
77 Water Street, 26th Floor
New York, NY 10005
Tel.: (212) 584-0700
Fax: (212) 584-0799

[Additional Counsel Listed in Signature Block]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |

**NOTICE OF APPEAL**

The customers set forth on the attached Schedule A ("Customers") hereby appeal under 28 U.S.C. Section 158(d) to the United States Court of Appeals for the Second Circuit from the Court's Memorandum Decision and Order Granting, to the Extent Set Forth Herein, the Trustee's Motion for an Order Affirming the Trustee's Calculations of Net Equity and Denying Time-Based Damages (ECF No. 5463) ("Order") (Exhibit 1) entered in the above-captioned action on September 10, 2013. On September 20, 2013, the Customers and numerous other parties jointly requested that the Court certify the Order for direct appeal to the Second Circuit pursuant to 28 U.S.C. Section 158(d)(2). *See* Request for Certification (ECF No. 5488) (Exhibit 2). That request remains pending.

In the alternative, and in the event the United States Court of Appeals for the Second Circuit does not authorize a direct appeal of the Order, Appellants appeal the Order to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. Section 158(a)(1). Although the Order is final and appealable pursuant to 28 U.S.C. Section 158(a)(1), to the extent it should be deemed interlocutory, the Customers request that this Notice be deemed a motion for leave to appeal for the reasons set forth in the Request for Certification (Exhibit 2) or that they be permitted to file a motion for leave to appeal. *See* Bankr. R. P. 8003(c); 28 U.S.C. § 158(a)(3).

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are set forth in the attached Schedule B.

Dated: September 24, 2013

s/ Jennifer L. Young

MILBERG LLP
Matthew Gluck
Matthew A. Kupillas
Jennifer L. Young
Joshua Keller
One Pennsylvania Plaza
49th Floor
New York, NY 10119
Tel.: (212) 594-5300
Fax: (212) 868-1229

SEEGER WEISS LLP
Stephen A. Weiss
Parvin Aminolroaya
77 Water Street, 26th Floor
New York, NY 10005
Tel.: (212) 584-0700
Fax: (212) 584-0799

*Attorneys for the Customers So Identified in Schedule A*

K&L GATES LLP
Richard A. Kirby
Laura K. Clinton
1601 K Street NW
Washington, DC 20006
Tel.: (202) 778-9000
Fax: (202) 778-9100

*Attorneys for the Customers So Identified in Schedule A*

3

# SCHEDULE A

### Customers Represented by Milberg LLP and Seeger Weiss LLP

| Customer | Account No. | Customer Claim No. | Objection Docket No. |
|---|---|---|---|
| 2427 Parent Corporation | 1T0058 | 005311 | 1020 |
| Advent Management Corp. Pension Plan and Trust | 1ZA466 | 009527 | 3266 |
| Albert Family Retirement LP | 1CM379 | 006902 | 1019 |
| Albert J. Goldstein u/w FBO Ruth E. Goldstein | 1ZA736 | 009316 | 398 |
| Albert, Gary | 1CM015 | 009762 | 2192 |
| Andrew Katz and Deborah Katz JT | 1KW342 | 001850 | 2014 |
| Aspen Fine Arts Co. | 1EM381 | 009406 | 707 |
| Aspen Fine Arts Co. Defined Contribution Plan | 1EM320 | 009020 | 708 |
| Aspen Fine Arts Co. Defined Contribution Plan | 1EM414 | 011426 | 2029 |
| Blumenthal, Gerald | 1B0166 | 006832 | 2366 |
| Brown, Elizabeth Harris | 1B0140 | 001691 | 2146 |
| Capper, Jan Marcus | 1EM468 | 011109 | 680 |
| Damron, Judith G. | 1ZA244 | 001150 | 574 |
| Deborah G. Katz and Deborah Katz as Custodian for Alexander and Jason Katz TIC | 1KW202 | 001841 | 2013 |
| Denver, Ann | 1ZA470 | 009710 | 409 |
| Diane Sloves as Tstee Under Rev Tst Agreement Dtd 10/13/00 for the Benefit of D. Sloves | 1S0274 | 009122 | 2409 |
| Do Stay, Inc. | 1D0040 | 002266 | 2820 |
| Dorothy B. Seldon Revocable Living Trust | 1ZA437 | 006616 | 696 |
| Douglas G. Brown, Trustee of the Douglas G. Brown Revocable Trust | 1B0139 | 015094 | 2439 |
| Eisenberg, Norton A. | 1CM296 | 008937 | 435 |
| Elbert R. Brown Trustee UTD 12/29/88 | 1B0073 | 002263 | 2288, 3122 |
| Elbert R. Brown Trustee UTD 12/29/88 | 1B0142 | 002696 | N/A |
| Export Technicians | 1ZA794 | 014260 | 436 |
| Forecast Designs Retirement Trust | 1F0140 | 008441 | 1047 |

4

| | | | |
|---|---|---|---|
| Franck, Lewis R. | 1ZA440 | 015368 | 733 |
| Friedman, Amy Thau | 1ZA468 | 009525 | 669 |
| Gabriele, P. Charles | 1CM431 | 009180 | 886 |
| Gerberg, Irving | 1ZG029 | 014262 | 484 |
| Goldenberg, Stephen R. | 1CM391 | 010950 | 460 |
| Goldman, Judith Rock | 1ZW013 | 009794 | 396 |
| Goldman, Judith Rock | 1ZA490 | 009795 | 867 |
| Goldstein, Ruth E. | 1ZA735 | 009314 | 912 |
| Goldstein, Ruth E. | 1ZR125 | 009315 | 941 |
| Gross, Marilyn Cohn | 1ZA409 | 007054 | 718 |
| Guberman, Jerry | 1ZR060 | 010171 | 382 |
| Harris, Barbara | 1H0092 | 002704 | 2753 |
| Jack Kaufman and Phyllis Kaufman JTWROS | 1KW142 | 006571 | 2221 |
| Jerry Guberman Trust Dated 12/23/93 | 1ZA407 | 009416 | 711 |
| John Denver Concerts, Inc. Pension Plan Trust | 1ZB085 | 009526 | 687 |
| John Malkovich Pension Plan & Trust | 1ZB131 | 007013 | 2120 |
| Joseph S. Popkin Revocable Trust Dtd 2/9/06 Robin Popkin Logue | 1ZA121 | 008885 | 861 |
| June Pollack T/O/D to Keith L. Pollack and Cary G. Pollack | 1CM884 | 000530 | 1080 |
| Karimian, Anita | 1ZW019 | 010930 | 397 |
| Karimian, Anita | 1ZA142 | 010932 | 870 |
| Katharine Brown Trust | 1B0141 | 004020 | 1136 |
| Kenneth D. Bane 2006 Trust | 1B0217 | 010437 | 671 |
| Kolodny, Lester | 1K0138 | 001066 | 672 |
| Lawrence I. Brown and Barbara Brown JTWROS | 1B0154 | 002892 | 2845 |
| Leif, Laurence | 1L0142 | 001204 | 2351 |
| Linda Berger & Howard Berger J/T WROS | 1ZB547 | 005115 | 1998 |
| Malkovich, John G. | 1ZB237 | 009529 | 3601 |
| Martin Gelman and Michale Dancer JT/WROS | 1ZB516 | 008502 | 705 |
| Michael Mathias and Stacey Mathias JTWROS | 1M0100 | 002619 | 2963 |
| Michael Silverstein & Sandra Silverstein J/T WROS | 1ZA569 | 004678 | 548 |
| Michaeli, Jonathan | 1ZR304 | 007984 | 2277 |
| NTC & Co. FBO Leila F. Sobin | 1S0457 | 006479 | 829 |
| Nur C. Gangji Trustee under Nur C Gangji Trust | 1ZA201 | 008827 | 854 |

5

| | | | |
|---|---|---|---|
| Onesco International, Ltd | 1FR121 | 009658 | 668 |
| Ostrove, Michael H. and Ostrove, Lisa | 1CM360 | 008589 | 670 |
| Potamkin Family Foundation I, Inc. | 1P0107 | 005312 | 709 |
| Potamkin Family Investments, Inc. | 1P0108 | 005313 | N/A |
| Potamkin, Lexie | 1P0113 | 005310 | N/A |
| Potamkin, Robert | 1P0089 | 011263 | 1777 |
| Potamkin, Robert & Lexie | 1P0097 | 011264 | 710 |
| Robert Horowitz & Harlene Horowitz as Trustees of the Horowitz Family Trust | 1H0084 | 009145 | 885 |
| Robin I. Logue and Peter Logue as cotrustees of the Logue Family Revocable Trust | 1L0329 | 008883 | 2389 |
| Robinson, Paul J. | 1EM299 | 000469 | 370 |
| Rosenberg, Delia Gail | 1R0250 | 011095 | 2509 |
| Roth, Florence | 1R0047 | 000712 | 2449 |
| Roth, Lynda | 1R0054 | 000721 | 2374 |
| Roth, Michael | 1R0102 | 000722 | 2272 |
| Roth, Michael | 1R0057 | 000715 | 2373 |
| Roth, Richard | 1R0103 | 000711, 009177 | 2271 |
| Roth, Richard | 1R0060 | 000710 | 2448 |
| Schlachter, Marvin | 1S0185 | 010954 | 913 |
| Schlachter, Trudy | 1S0293 | 011044 | 915 |
| Schlossberg, Barbara | 1ZG022 | 000328 | 706 |
| Seldon, Bernard (IRA) | 1ZR050 | 006615 | 453 |
| Serper, Lynn Lazarus | 1EM243 | 010195 | 2346 |
| Sloves, Joseph | 1S0403 | 007959 | 1949 |
| Sobin, Jonathan | 1EM208 | 008501 | 2469 |
| Sobin, Leila F. | 1EM210 | 008499 | 2408 |
| Steven V. Marcus Separate Property Marcus Family Trust | 1EM469 | 002882 | 873 |
| Thau, Harold A. | 1ZA467 | 009522 | 450 |
| Thau, Harold A. | 1ZR261 | 009523 | 451 |
| Thau, Michael E. | 1ZB275 | 009524 | 676 |
| The Adina Michaeli Revocable Trust | 1ZR305 | 007983, 009009 | 2214 |
| The Aspen Company | 1ZA471 | 009528 | 452 |
| The Marcus Family Limited Partnership | 1EM248 | 002880 | 872 |
| Trust U/W/O Harriette Myers | 1CM316 | 009521 | 712 |
| Viola Brown Trustee UTD 12/29/88 | 1B0078 | 002317 | 2343, 3121 |
| Viola Brown Trustee UTD | 1B0128 | 002695 | N/A |

6

| | | | | |
|---|---|---|---|---|
| 12/29/88 | | | | |
| Westben Corp. | | 1CM336 | 008931 | 2185 |
| Woessner, William M. | | 1CM275 | 000802, 006608 | 673 |
| Woessner, William M. & Sheila A. | | 1CM191 | 000450, 006829 | 2766 |

## Customers Represented by K&L Gates LLP

| Customer | Account No. | Customer Claim No. | Objection Docket No. |
|---|---|---|---|
| Estate of Doris M. Pearlman (IRA) | 1P0099 | 006373 | N/A |
| Estate of Doris M. Pearlman (IRA) | 1P0099 | 006869 | N/A |
| Estate of Doris M. Pearlman (IRA) | 1P0099 | 015649 | N/A |
| Estate of Doris M. Pearlman (IRA) | 1P0099 | 015652 | N/A |

# SCHEDULE B

### Parties to the Order and their Counsel

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
By: David J. Sheehan
Jorian L. Rose
Seanna R. Brown
Bik Cheema
Brian A. Bash
Thomas D. Warren
Wendy J. Gibson

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

SECURITIES INVESTOR PROTECTION CORPORATION
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005
Telephone: (202) 371-8300
Facsimile: (202) 371-6728
By: Josephine Wang
Kevin H. Bell
Christopher H. LaRosa
Lauren T. Attard

*Attorneys for the Securities Investor Protection Corporation*

SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, D.C. 20549
Telephone: (202) 551-5143
By: John W. Avery
Dominick V. Freda
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281
Telephone: (212) 336-0163
By: Alistaire Bambach
Patricia Schrage

*Attorneys for the Securities and Exchange Commission*

8

BECKER & POLIAKOFF LLP
45 Broadway
New York, NY 10006
Telephone: (212) 599-3322
By: Helen Davis Chaitman
Julie Gorchkova

*Attorneys for Claimants listed at Amended Exhibit A to the Amended Declaration of Helen Davis Chaitman in Support of Customers' Objection to Trustee's Motion for an Order Denying Time-Based Damages, Dec. 7, 2012 (Dkt. No. 5140)*

DAVID GROSS, *pro se*
7248 Ballantrae Ct.
Boca Raton, FL 33496
Telephone: (561) 483-4543

LAW OFFICES OF JOEL L. HERZ
3573 E. Sunrise Drive, Suite 215
Tucson, AZ 85718
Telephone: (520) 529-8080
By: Joel L. Herz

*Attorneys for Samdia Family, LP*

ROBERT J. KAPLAN
15 Maiden Lane, Suite 703
New York, NY 10038
Telephone: (212) 964-0600
By: Robert J. Kaplan

*Attorney for MUUS Independence Fund LP and Michael W. Sonnenfeldt*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
By: Philip Bentley
Elise S. Frejka
Jason S. Rappaport

*Attorneys for individual customers listed at Schedule A to the Customers' Brief Opposing Trustee's Motion for an Order Rejecting an Inflation Adjustment to the Calculation of "Net Equity," Dec. 3, 2012 (Dkt. No. 5133) as being represented by Kramer Levin Naftalis & Frankel LLP*

9

LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4000
Facsimile: (212) 407-4990
By: P. Gregory Schwed
Walter H. Curchack
Daniel B. Besikof

*Attorneys for individual customers listed at Schedule A to the Customers' Brief Opposing Trustee's Motion for an Order Rejecting an Inflation Adjustment to the Calculation of "Net Equity," Dec. 3, 2012 (Dkt. No. 5133) as being represented by Loeb & Loeb LLP*

DENTON'S
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
By: Carole Neville

*Attorneys for individual customers listed at Schedule A to the Customers' Brief Opposing Trustee's Motion for an Order Rejecting an Inflation Adjustment to the Calculation of "Net Equity," Dec. 3, 2012 (Dkt. No. 5133) as being represented by SNR Denton*

LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

1251 Avenue of the Americas, 18th Floor
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
By: Bruce Buechler
Nicole Stefanelli

*Attorneys for the Irrevocable Charitable Remainder Trust of Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Unitrust*

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
By: Bernard J. Garbutt III

*Attorneys for The Kostin Co.*

10

SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
By: Marcy Ressler Harris
Jennifer M. Opheim
Mark D. Richardson

*Attorneys for HHI Investment Trust #2*

SILLS CUMMIS & GROSS P.C.
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 643-7000
By: Andrew H. Sherman

*Attorneys for Claimants listed at Exhibit 1 to the Joinder in Opposition to Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages, Dec. 3, 2012 (Dkt. No. 5126)*

STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: (631) 732-2000
Facsimile: (631) 732-2662
By: Paula J. Warmuth
Glenn P. Warmuth

*Attorneys for Michael Most*

11