MILBERG LLP
Matthew Gluck
Matthew A. Kupillas
Jennifer L. Young
Joshua Keller
One Pennsylvania Plaza
49th Floor
New York, NY 10119
Tel.: (212) 594-5300
Fax: (212) 868-1229

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |

**CERTIFICATE OF SERVICE**

I, Jennifer L. Young, hereby certify that on September 24, 2013, I caused a true and correct copy of the Notice of Appeal to be filed electronically with the Court [ECF No. 5513] and served upon the parties to this action who receive electronic service through ECF. I also served the Notice of Appeal on the following parties via First Class Mail:

>John W. Avery
>Dominick V. Freda
>SECURITIES AND EXCHANGE COMMISSION
>100 F Street, NE
>Washington, D.C. 20549
>
>Alistaire Bambach
>Patricia Schrage
>SECURITIES AND EXCHANGE COMMISSION
>New York Regional Office
>3 World Financial Center, Suite 400
>New York, NY 10281
>
>David Gross, *pro se*
>7248 Ballantrae Ct.
>Boca Raton, FL 33496

In addition, on September 24, 2013, I caused copies of the Notice of Appeal, along with corresponding mailing labels, to be sent via overnight mail to the Clerk of the United States Bankruptcy Court for the Southern District of New York, in accordance with Bankr. R. P. 8004 and Local Rule 8004-1.

September 24, 2013

s/ Jennifer L. Young