**LOEB & LOEB LLP**
P. Gregory Schwed
Daniel B. Besikof
345 Park Avenue
New York, New York 10154
Telephone: 212-407-4000
Facsimile: 212-407-4990

**DENTONS US LLP**
Carole Neville
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: 212-768-6700
Facsimile: 212-768-6800

**SCHULTE ROTH & ZABEL LLP**
Marcy Ressler Harris
Jennifer M. Opheim
Mark D. Richardson
919 Third Avenue
New York, New York 10022
Telephone: 212.756.2000
Facsimile: 212.593.5955

**SEEGER WEISS LLP**
Parvin K. Aminolroya
77 Water Street, 26th Floor
New York, New York 10005
Telephone: 212-584-0700
Facsimile: 212-584-0799

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Philip Bentley
Elise S. Frejka
Jason Rappaport
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9100
Facsimile: 212-715-8000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

KL2 2814940.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         :
                          : ss
COUNTY OF NEW YORK        :

      I, Andrea Chouprouta, being duly sworn deposes and says:

      I am over the age of eighteen years and employed by Kramer Levin Naftalis & Frankel LLP and I am not a party to the above-captioned action.

      On September 24, 2013, I caused a true and correct copy of the Notice of Appeal to be filed electronically with the Court [ECF No. 5516] and served upon the parties to this action who receive electronic service through ECF. I also served the Notice of Appeal on the following parties via First Class Mail:

John W. Avery
Dominick V. Freda
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, D.C. 20549

Alistaire Bambach
Patricia Schrage
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281

David Gross, *pro se*
7248 Ballantrae Ct.
Boca Raton, FL 33496

      In addition, on September 25, 2013, I caused copies of the Notice of Appeal, along with corresponding mailing labels, to be sent via hand delivery to the Clerk of the United States Bankruptcy Court for the Southern District of New York, in accordance with Bankr. R. P. 8004 and Local Rule 8004-1.

                                        */s/ Andrea Chouprouta*
                                        Andrea Chouprouta

Sworn to before me this
25th day of September, 2013

*/s/ Bryon Becker*
Notary Public

                              **BRYON P. BECKER**
                        **Notary Public, State of New York**
                             **NO. 01BE6286671**
                          **Qualified in Dutchess County**
                      **Commission Expires July 29, 2017**

KL2 2814940.1