1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 08-01789(BRL)

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    SECURITIES INVESTOR PROTECTION

8    CORPORATION,

9

10           Debtor.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12

13                    U.S. Bankruptcy Court

14                    One Bowling Green

15                    New York, New York

16

17                    September 17, 2013

18                    10:15 AM

19

20   B E F O R E :

21   HON BURTON R. LIFLAND

22   U.S. BANKRUPTCY JUDGE

23

24

25

1    Hearing re:  (cc-5419) Trustee's Amended Motion for an

2    Order: (I) Establishing Procedures for Third-Party Data

3    Rooms; and (II) Modifying the June 6, 2011 Litigation

4    Protective Order (related document(s) 4137, 4624)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Dawn South

1   A P P E A R A N C E S :

2   BAKER & HOSTETLER LLP

3        Attorney for the Trustee

4        45 Rockefeller Plaza

5        New York, NY 10111-0100

6

7   BY:   SARAH JANE T.C. TRUONG, ESQ.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                    P R O C E E D I N G S

2              MS. TRUONG:  Good morning, Your Honor.

3              THE COURT:  Good morning.

4              MS. TRUONG:  Sarah Jane Truong from Baker

5    Hostetler on behalf of the trustee.

6              And before Your Honor today is the trustee's'

7    motion filed on July 24th, 2013 seeking entry of orders that

8    will establish procedures for third-party data rooms that

9    will contain documents produced to the trustee by third

10   parties and also seeking entry of an order that modifies the

11   litigation protective order in limited part.

12             The -- we believe that the trustee's motion will

13   help facilitate efficient and cost-effective discovery over

14   third-party documents in the trustee's possession, and we

15   believe that this will balance three prevailing interests.

16             First is the interest of defendants in non-

17   avoidance actions to obtain documents in the trustee's

18   possession from third parties that these defendants deem to

19   be relevant to the adversary proceedings brought by the

20   trustee.

21             Second to balance the -- to enable the trustee to

22   comply with his discovery obligations pertaining to these

23   third-party documents.

24             And thirdly to enable the producing parties to

25   protect any confidentiality of their documents.

Page 5

1          The trustee's motion was filed on July 24th, 2013,

2     the trustee filed a reply brief on August 28th, 2013, the

3     objection deadline was also August 28th.  No objections were

4     filed and so the motion is unopposed and the trustee

5     respectfully requests that Your Honor enter the orders as

6     submitted to this Court on August 28th, 2013.

7          THE COURT:  Does anyone want to be heard?  There's

8     no response.

9          Your application is granted.

10          MS. TRUONG:  Thank you, Your Honor.

11     (Whereupon these proceedings were concluded at 10:17

12     AM)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

1                         I N D E X

2

3                          RULINGS

4                                        Page        Line

5    Trustee's Amended Motion for an Order: (I)

6    Establishing Procedures for Third-Party Data

7    Rooms; and (II) Modifying the June 6, 2011

8    Litigation Protective Order (related

9    document(s) 4137, 4624)                    5          9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 7

1          C E R T I F I C A T I O N

2

3    I, Dawn South, certify that the foregoing transcript is a

4    true and accurate record of the proceedings.

5

6    Dawn        Digitally signed by Dawn South
               DN: cn=Dawn South, o, ou,
               email=digital1@veritext.com,
               c=US
     South     Date: 2013.09.18 17:19:03
7              -04'00'

8    AAERT Certified Electronic Transcriber CET**D-408

9

10   Veritext

11   200 Old Country Road

12   Suite 580

13   Mineola, NY 11501

14

15   Date:  September 18, 2013

16

17

18

19

20

21

22

23

24

25