STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Claimant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SECURITIES INVESTOR PROTECTION                Adv. Proc. No.
CORPORATION,                                  08-01789 (BRL)

              Plaintiff,                     SIPA LIQUIDATION

      v.                                     (Substantively
                                               Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

              Defendant.
------------------------------------x
In Re:

BERNARD L. MADOFF,

              Debtor.
------------------------------------x

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that Michael Most, a customer of Bernard L. Madoff Investment Securities LLC and a claimant, by and through his attorneys, Stim & Warmuth, P.C., hereby appeals under 28 U.S.C. § 158(d)(2) to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order Granting, to the Extent Set Forth Herein, the Trustee's

most-137

Motion for an Order Affirming the Trustee's Calculations of Net Equity and Denying Time-Based Damages entered by the Bankruptcy Court for the Southern District of New York in the above-referenced adversary proceeding on September 10, 2013 [Dkt. No. 5463](the "Order," annexed hereto as exhibit A), pursuant to the Court's Certification of Net Equity Adjustment Order of September 10, 2013 for Immediate Appeal to the United States Court of Appeals Pursuant to 28 U.S.C. §158(d)(2) [Dkt. No. 5514](the "Certification Order," annexed hereto as exhibit B).

**PLEASE TAKE FURTHER NOTICE,** that, in the event that the United States Court of Appeals for the Second Circuit does not authorize a direct appeal of the Order, Michael Most, in the alternative, hereby appeals the Order under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York.

The Order is final and appealable pursuant to 28 U.S.C. § 158(a)(1). In the alternative, this Notice should be deemed a motion for leave to appeal under 28 U.S.C. § 158(d)(2) to the United States Court of Appeals for the Second Circuit or under 28 U.S.C. § 158(a)(3) to the United States District Court for the Southern District of New York for the reasons set forth in the Certification Order and Order.

The names of all parties to the Order appealed from and the names, addresses, and all telephone numbers of their respective counsel are as follows:

**BAKER & HOSTETLER LLP**
David J. Sheehan
Jorian Rose
Amy E. Vanderwal
Seanna R. Brown
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4216
*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**SECURITIES INVESTOR PROTECTION CORPORATION**
Josephine Wang, General Counsel
Kevin H. Bell, Senior Associate General Counsel
Lauren T. Attard Assistant General Counsel
805 Fifteenth Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300

**SECURITIES AND EXCHANGE COMMISSION**
John W. Avery
Dominick V. Freda
100 F Street, NE
Washington, D.C. 20549
Telephone: 202-551-5143

**SECURITIES AND EXCHANGE COMMISSION**
Alistaire Bambach
Patricia Schrage
New York Regional Office
3 World Financial Center, Suite 400
New York, New York 10281-0163

**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
Julie Gorchkova
45 Broadway
New York, New York 10006
Telephone: 212-599-3322
*Attorneys for Customers listed at Amended Exhibit A to the Amended Declaration of Helen Davis Chaitman in Support of Customers' Objection to Trustee's Motion for an Order Denying Time Based Damages, Dec. 7, 2012 (Dkt. No. 5140)*

**DAVID GROSS, pro se**
7248 Ballantrae Ct.
Boca Raton, FL 33496
Telephone: 561-483-4543

**DENTONS US LLP**
Carole Neville
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: 212-768-6700
*Attorneys for individual customers listed at Schedule A to the Customers' Brief Opposing Trustee's Motion for an Order Rejecting an Inflation Adjustment to the Calculation of "Net Equity," Dec. 3, 2012 (Dkt. No. 5133) as being represented by Dentons US LLP*

**LAW OFFICES OF JOEL L. HERZ**
Joel L. Herz
3573 E. Sunrise Drive, Suite 215
Tucson, Arizona 85718
Telephone: 520-529-8080
*Attorneys for Samdia Family, LP*

**ROBERT J. KAPLAN**
15 Maiden Lane, Suite 703
New York, New York 10038
Telephone: 212-964-0600
*Attorneys for MUUS Independence Fund LP and Michael W. Sonnenfeldt*

**K&L GATES LLP**
Richard A. Kirby
Laura Clinton
Scott P. Lindsay
1601 K. Street NW
Washington, DC 20006-1600
Telephone: 202-778-9000
*Attorneys for individual customers listed at Schedule A to the Customers' Brief Opposing Trustee's Motion for an Order Rejecting an Inflation Adjustment to the Calculation of "Net Equity," Dec. 3, 2012 (Dkt. No. 5133) as being represented by K&L Gates LLP*

4

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Philip Bentley
Elise S. Frejka
Jason Rappaport
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9100
*Attorneys for individual customers listed at Schedule A to the Customers' Brief Opposing Trustee's Motion for an Order Rejecting an Inflation Adjustment to the Calculation of "Net Equity," Dec. 3, 2012 (Dkt. No. 5133) as being represented by Kramer Levin Naftalis & Frankel LLP*

**LOEB & LOEB LLP**
P. Gregory Schwed
Walter H. Curchack
Daniel B. Besikof
345 Park Avenue
New York, New York 10154
Telephone: 212-407-4000
*Attorneys for individual customers listed at Schedule A to the Customers' Brief Opposing Trustee's Motion for an Order Rejecting an Inflation Adjustment to the Calculation of "Net Equity," Dec. 3, 2012 (Dkt. No. 5133) as being represented by Loeb & Loeb LLP*

**LOWENSTEIN SANDLER PC**
Bruce Buechler
Nicole Stefanelli
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973-597-2500
*Attorneys for the Irrevocable Charitable Remainder Trust of Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Unitrust*

**MILBERG LLP**
Matthew Gluck
Matthew A. Kupillas
Jennifer L. Young
Joshua E. Keller
One Pennsylvania Plaza
New York, New York 10119
Telephone: 212-594-5300
*Attorneys for individual customers listed at Schedule A to the Customers' Brief Opposing Trustee's Motion for an Order Rejecting an Inflation Adjustment to the Calculation of "Net Equity," Dec. 3, 2012 (Dkt. No. 5133) as being represented by Milberg LLP*

**MORGAN, LEWIS & BOCKIUS LLP**
Bernard J. Garbutt III
101 Park Avenue
New York, New York 10178
Telephone: 212-309-6000
*Attorneys for The Kostin Co.*

**SEEGER WEISS LLP**
Parvin K. Aminolroaya
77 Water Street, 26th Floor
New York, New York 10005
Telephone: 212-584-0700
Facsimile: 212-584-0799
*Attorneys for individual customers listed at Schedule A to the Customers' Brief Opposing Trustee's Motion for an Order Rejecting an Inflation Adjustment to the Calculation of "Net Equity," Dec. 3, 2012 (Dkt. No. 5133) as being represented by Seeger Weiss LLP*

**SCHULTE ROTH & ZABEL LLP**
Marcy Ressler Harris
Jennifer M. Opheim
Mark D. Richardson
919 Third Avenue
New York, New York 10022
Telephone: 212-756-2000
*Attorneys for HHI Investment Trust #2*

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman
30 Rockefeller Plaza
New York, New York 10112
Telephone: 212-643-7000
*Attorneys for Claimants listed at Exhibit 1 to the Joinder in Opposition to Trustee's Motion for an Order Affirmation Trustee's Calculations of Net Equity and Denying Time-Based Damages, Dec. 3, 2012 (Dkt. No. 5126)*

**STIM & WARMUTH, P.C.**
Paul J. Warmuth
Glenn P. Warmuth
Telephone: 631-732-2000
2 Eighth Street
Farmingville, New York 11738
*Attorneys for Michael Most*

Dated: Farmingville, NY

September 26, 2013

    STIM & WARMUTH, P.C.

    By: /s/_____
    PAULA J. WARMUTH
    Attorney for Claimant, Michael Most
    2 Eighth Street
    Farmingville, NY 11738
    Telephone:  631-732-2000
    Facsimile:  631-732-2662
    Paula J. Warmuth
    Email:  pjw@stim-warmuth.com
    Glenn P. Warmuth
    Email:  gpw@stim-warmuth.com