STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Claimant


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SECURITIES INVESTOR PROTECTION            Adv. Proc. No.
CORPORATION,                              08-01789 (BRL)

                 Plaintiff-Applicant,     SIPA LIQUIDATION

            v.                            (Substantively
                                          Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                 Defendant.
----------------------------------------x
In Re:

BERNARD L. MADOFF,

                 Debtor.
----------------------------------------x

                   CERTIFICATE OF SERVICE

     PAULA J. WARMUTH does hereby affirm under the penalties of

perjury:

     I am not a party to this action.  I am over the age of 21

years.  I reside at 2 Eighth Street, Farmingville, New York.  I

am duly admitted to practice law in the State of New York and

in the Southern District of New York.  On September 27, 2013, I

most-137

caused a true and correct copy of the notice of appeal to be electronically filed with the Court [ECF No. 5522] and served upon the parties to this action who receive electronic service through ECF. I also served the notice of appeal on the following parties via First Class Mail:

John W. Avery
Dominick V. Freda
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549

Alistaire Bambach
Patricia Schrage
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281

David Gross, *pro se*
7248 Ballantrae Ct.
Boca Raton, FL 33496

In addition, on September 27, 2013, I caused copies of the notice of appeal, along with corresponding mailing labels, to be delivered to United Parcel Service in Farmingville, New York under our account in a wrapper directing Overnight Delivery by United Parcel Service to the Clerk of the United States Bankruptcy Court for the Southern District of New York, in accordance with Bankr. R. P. 8004 and Local Rule 8004-1.

Dated:   Farmingville, NY
         September 27, 2013

                     STIM & WARMUTH, P.C.


              By: /s/
                      PAULA J. WARMUTH
                      Attorney for Claimant,
                      Michael Most
                      2 Eighth Street
                      Farmingville, NY 11738
                      Telephone:  631-732-2000
                      Facsimile:  631-732-2662
                      Paula J. Warmuth
                      Email:  pjw@stim-warmuth.com
                      Glenn P. Warmuth
                      Email:  gpw@stim-warmuth.com