Dennis J. Nolan, Esq.
Luma al-Shabib, Esq.
Beth D. Simon, Esq.
**ANDERSON KILL P.C.**
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

**PRESENTMENT DATE:**
October 23, 2013 at 12:00 noon

**OBJECTION DEADLINE:**
October 16, 2013 at 11:30 a.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br><br>Debtor. | Case No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| **IRVING L. PICARD**, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff,<br><br>- against –<br><br>**ALPHA PRIME FUND, LIMITED**, and **HSBC BANK PLC**, and **HSBC SECURITIES SERVICES (LUXEMBOURG) S.A.**,<br><br>Defendants. | Adv. Pro. No. 09-01364 (BRL) |

TO:  THE HONORABLE BURTON L. LIFLAND
     UNITED STATES BANKRUPTCY JUDGE

**NOTICE OF PRESENTMENT OF APPLICATION OF ANDERSON KILL P.C. TO WITHDRAW AS COUNSEL TO DEFENDANTS ALPHA PRIME FUND, LTD., ALPHA PRIME ASSET MANAGEMENT, LTD., CARRUBA ASSET MANAGEMENT LTD., REGULUS ASSET MANAGEMENT LTD, SENATOR FUND SPA, SENATOR FUND SPC., TEREO TRUST COMPANY LIMITED, AND URSULA RADEL-LESZCZYNSKI**

**PLEASE TAKE NOTICE**, that upon the annexed Application of Anderson Kill P.C. to withdraw as counsel to Defendants Alpha Prime Fund, Ltd., Alpha Prime Asset Management, Ltd., Carruba Asset Management Ltd., Regulus Asset Management

nydocs1-1018479.2

Ltd., Senator Fund SPA, Senator Fund SpC, Tereo Trust Company Limited, and Ursula Radel-Leszczynski, the undersigned will present a true and complete copy of the proposed order annexed hereto to the Honorable Burton L. Lifland, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York for signature on October 23, 2013 at 12:00 noon (the "Presentment Date").

**PLEASE TAKE FURTHER NOTICE**, that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to (1) the Bankruptcy Judge's chambers, and (2) the undersigned, not later than 11:30 a.m. on the Presentment Date, there will be no hearing and the order may be signed.

**PLEASE TAKE FURTHER NOTICE**, that if a written objection is timely filed and served, a hearing will be held before the Honorable Burton L. Lifland, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York at a date and time to be scheduled and noticed.

Dated: New York, New York
October 2, 2013

Respectfully submitted,

ANDERSON KILL P.C.

By: _____***Dennis J. Nolan***_____
Dennis J. Nolan
Luma al-Shabib
Beth D. Simon
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000
(212) 278-1733 (Fax)

nydocs1-1018479.2