# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br><br>Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| **IRVING L. PICARD**, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff,<br><br>- against –<br><br>**ALPHA PRIME FUND, LIMITED**, and **HSBC BANK PLC**, and **HSBC SECURITIES SERVICES (LUXEMBOURG) S.A.,**<br><br>Defendants. | Adv. Pro. No. 09-01364 (BRL) |

**ORDER GRANTING APPLICATION OF ANDERSON KILL P.C. TO WITHDRAW AS COUNSEL TO DEFENDANTS ALPHA PRIME FUND, LTD., ALPHA PRIME ASSET MANAGEMENT, LTD., CARRUBA ASSET MANAGEMENT LTD., REGULUS ASSET MANAGEMENT LTD, SENATOR FUND SPA, SENATOR FUND SPC, TEREO TRUST COMPANY LIMITED AND URSULA RADEL-LESZCZYNSKI**

Upon the application (the "Application") of Anderson Kill P.C. ("AK"), counsel to Defendants Alpha Prime Fund, Ltd., Alpha Prime Asset Management, Ltd., Carruba Asset Management Ltd., Regulus Asset Management Ltd., Senator Fund SPA, Senator Fund SpC, Tereo Trust Company Limited, and Ursula Radel-Leszczynski for entry of an order authorizing AK to withdraw as counsel; and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and upon consideration of the Application and all pleadings related thereto;

4

nydocs1-1018479.2

and no objection to the Application having been made, and sufficient cause having been shown therefore; it is hereby:

ORDERED that the Application is GRANTED.

Dated: New York, New York
October ___, 2013

                                                                               _____
Honorable Burton L. Lifland
United States Bankruptcy Judge

nydocs1-1018479.2