**Blank Rome LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 885-5000
James V. Masella, III
Anthony A. Mingione
Ryan E. Cronin

*Attorneys for Defendants The Article Fourth Non-Exempt Trust Created Under The Leo M. Klein Trust Dated June 14, 1989 As Amended And Restated, The Leo M. Klein Revocable Trust Dated June 14, 1989 As Amended And Restated, Gloria C. Klein Revocable Trust Dated April 16, 1990, As Amended, Estate Of Gloria C. Klein, Gloria C. Klein Trust F/B/O/ Jane Klein, Jane A. Klein, Gloria C. Klein Trust F/B/O/ Deborah Klein Patton, Deborah Klein Patton, and Justin Andrew Klein*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>    Plaintiff,<br><br>v. | |

|  | Adv. Pro. No. 10-4513 (BRL) |
|---|---|
| THE ARTICLE FOURTH NON-EXEMPT TRUST CREATED UNDER THE LEO M. KLEIN TRUST DATED JUNE 14, 1989 AS AMENDED AND RESTATED, a Florida trust, THE LEO M. KLEIN REVOCABLE TRUST DATED JUNE 14, 1989 AS AMENDED AND RESTATED, a Florida trust, GLORIA C. KLEIN REVOCABLE TRUST DATED APRIL 16, 1990, AS AMENDED, a Florida trust, ESTATE OF LEO M. KLEIN, ESTATE OF GLORIA C. KLEIN, GLORIA C. KLEIN TRUST F/B/O/ JANE KLEIN, a Florida Trust, JANE A. KLEIN, as trustee, personal representative, and as an individual, GLORIA C. KLEIN TRUST F/B/O/ DEBORAH KLEIN; PATTON, a Florida trust, DEBORAH KLEIN PATTON as trustee and as an individual, and JUSTIN ANDREW KLEIN, <br><br>                                    Defendants. | |

PLEASE TAKE NOTICE that James V. Masella, III hereby requests the withdrawal of his appearance on behalf of the Defendants The Article Fourth Non-Exempt Trust Created Under The Leo M. Klein Trust Dated June 14,1989 As Amended And Restated, The Leo M. Klein Revocable Trust Dated June 14, 1989 As Amended And Restated, Gloria C. Klein Revocable Trust Dated April 16, 1990, As Amended, Estate Of Gloria C. Klein, Gloria C. Klein Trust F/B/O/ Jane Klein, Jane A. Klein, Gloria C. Klein Trust F/B/O/ Deborah Klein Patton, Deborah Klein Patton, and Justin Andrew Klein in the above-captioned Chapter 11 proceedings.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated as of: October 4, 2013

BLANK ROME LLP

By: _____
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0208
Telephone: 212-885-5000
James V. Masella, III
Email: jmasella@blankrome.com
Anthony A. Mingione
Email: amingione@blankrome.com
Ryan E. Cronin
Email: rcronin@blankrome.com

*Attorneys for Defendants The Article Fourth Non-Exempt Trust Created Under The Leo M. Klein Trust Dated June 14, 1989 As Amended And Restated, The Leo M. Klein Revocable Trust Dated June 14, 1989 As Amended And Restated, Gloria C. Klein Revocable Trust Dated April 16, 1990, As Amended, Estate Of Gloria C. Klein, Gloria C. Klein Trust F/B/O/ Jane Klein, Jane A. Klein, Gloria C. Klein Trust F/B/O/ Deborah Klein Patton, Deborah Klein Patton, and Justin Andrew Klein*