**Blank Rome LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 885-5000
James V. Masella, III
Anthony A. Mingione
Ryan E. Cronin

*Attorneys for Defendants Leonard R. Ganz and Roberta Ganz*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>    Plaintiff,<br><br>v.<br><br>LEONARD R. GANZ and ROBERTA GANZ,<br><br>            Defendants. | Adv. Pro. No. 10-4958 (BRL) |

PLEASE TAKE NOTICE that James V. Masella, III hereby requests the withdrawal of his appearance on behalf of the defendants Leonard R. Ganz and Roberta Ganz in the above-captioned Chapter 11 proceedings.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated as of: October 4, 2013

BLANK ROME LLP

By: _____
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0208
Telephone: 212-885-5000
James V. Masella, III
Email: jmasella@blankrome.com
Anthony A. Mingione
Email: amingione@blankrome.com
Ryan E. Cronin
Email: rcronin@blankrome.com

*Attorneys for Defendants Leonard R. Ganz and Roberta Ganz*