**LOEB & LOEB LLP**
P. Gregory Schwed
Daniel B. Besikof
345 Park Avenue
New York, New York  10154
Telephone: 212-407-4000
Facsimile: 212-407-4990

**SCHULTE ROTH & ZABEL LLP**
Marcy Ressler Harris
Jennifer M. Opheim
Mark D. Richardson
919 Third Avenue
New York, New York  10022
Telephone: 212.756.2000
Facsimile: 212.593.5955

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Philip Bentley
Elise S. Frejka
Jason Rappaport
1177 Avenue of the Americas
New York, New York 10036
Telephone:  212-715-9100
Facsimile:  212-715-8000

**DENTONS US LLP**
Carole Neville
1221 Avenue of the Americas
New York, New York  10020-1089
Telephone: 212-768-6700
Facsimile: 212-768-6800

**SEEGER WEISS LLP**
Parvin K. Aminolroya
77 Water Street, 26th Floor
New York, New York  10005
Telephone: 212-584-0700
Facsimile: 212-584-0799

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>        Plaintiff, <br><br>    v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>        Debtor. | |

**FED. R. BANKR. P. 8006 STATEMENT OF ISSUES
AND DESIGNATION OF RECORD ON APPEAL**

On September 24, 2013, the Customers set forth on the attached Schedule A ("Appellants") filed a Notice of Appeal (ECF No. 5513) from the "Memorandum Decision and Order Granting, to the Extent Set Forth Herein, the Trustee's Motion for an Order Affirming the Trustee's Calculations of Net Equity and Denying Time-Based Damages" (ECF No. 5463) ("Order") entered in the above-captioned action on September 10, 2013. As set forth in the Notice of Appeal, the Appellants seek to appeal the Order directly to the United States Court of Appeals for the Second Circuit, pursuant to 28 U.S.C. Section 158(d)(2). On September 24, 2013, the Bankruptcy Court certified the Order for direct appeal to the Second Circuit. *See* Court's Certification of Net Equity Adjustment Order of September 10, 2013 for Immediate Appeal to the United States Court of Appeals Pursuant to 28 U.S.C. § 158(d)(2) (ECF No. 5514). The Appellants will be filing in the Second Circuit a petition requesting permission to appeal. *See* Fed. R. Bankr. P. 8001(f)(5); Fed. R. App. P. 5.

In the event that the Second Circuit should deny Appellants' petition for leave to appeal, and to preserve Appellants' right of direct appeal to the District Court, 28 U.S.C. § 158(a)(1), Appellants submit this Statement of Issues to be presented on appeal and Designation of Items to be included in the record on appeal, pursuant to Fed. R. Bankr. P. 8006 and Local Rule 8007-1.

## I.    STATEMENT OF ISSUES ON APPEAL

1.    Did the Bankruptcy Court err in ruling, as a matter of law, that an inflation adjustment should not be made in this case when calculating "net equity" under the Securities Investor Protection Act ("SIPA")?

2.    Did the Bankruptcy Court err in failing to give deference to the Securities and Exchange Commission's position that the calculation of "net equity" claims of Madoff Securities' customers should be adjusted for inflation?

3.      Did the Bankruptcy Court err in refusing to consider evidence demonstrating that an inflation adjustment to the calculation of "net equity" reflects well-accepted economic principles and addresses significant inequities while resulting in only minimal burden to the Trustee?

## II.    DESIGNATION OF RECORD ON APPEAL

### A.    Order Appealed From, Transcript of Hearing, and Notice of Appeal[1]

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Sept. 10, 2013 | 5463 | Written Opinion/Memorandum Decision and Order signed on 9/10/2013 Granting, to the Extent Set Forth Herein, the Trustee's Motion for an Order Affirming the Trustee's Calculations of Net Equity and Denying Time-Based Damages (related document(s)5038, 5039). (Saenz De Viteri, Monica) Modified on 9/10/2013 (Richards, Beverly). (Entered: 09/10/2013) (30 pgs) |
| Sept. 10, 2013 | 5476 | Transcript regarding Hearing Held on 09/10/2013 10:03AM RE: Trustees Motion for an Order Affirming Trustees Calculations of Net Equity and Denying Time-Based Damages. Remote electronic access to the transcript is restricted until 12/9/2013. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Reporting Company.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 9/17/2013. Statement of Redaction Request Due By 10/1/2013. Redacted Transcript Submission Due By 10/11/2013. Transcript access will be restricted through 12/9/2013. (Ortiz, Carmen) (Entered: 09/17/2013) |

[1] All documents included in the Appellants' designation have been filed through the Bankruptcy Court's ECF system and pursuant to Local Rule 8007-1(a) have not been re-filed by the Appellants.

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Sept. 24, 2013 | 5513 | Notice of Appeal (related document(s)5463) filed by Jennifer L. Young on behalf of 2427 Parent Corporation, Advent Management Corp. Pension Plan and Trust, Gary Albert, Albert Family Retirement LP, Albert J. Goldstein U/W FBO Ruth E. Goldstein TTEE, Andrew Katz and Deborah Katz JT TEN, Aspen Fine Arts Co., Aspen Fine Arts Co. Defined Contribution Plan, Linda & Howard Berger, Gerald Blumenthal (IRA), Jan Marcus Capper, Judith G. Damron, Deborah G. Katz and Deborah Katz as Custodian for Alexander & Jason Katz T/I/C, Ann Denver, Diane Sloves as Tstee Under Rev Tst Agreement Dtd 10/13/00 for the Benefit of Diane Sloves, Do Stay, Inc., Douglas G. Brown, as Trustee of The Douglas G. Brown Revocable Trust, Norton Eisenberg, Elbert R. Brown, Trustee U/T/D/ 12/29/88, Estate of Doris M. Pearlman, Export Technicians, Inc., Forecast Designs Retirement Trust, Lewis Franck, Amy Thau Friedman, P. Charles Gabriele, Irving Gerberg, Stephen R. Goldenberg, Judith Rock Goldman, Ruth E. Goldstein, Marilyn C Gross, Jerry Guberman, Barbara Harris, Elizabeth Harris Brown, Horowitz Family Trust, Jack Kaufman and Phyllis Kaufman JTWROS, Jerry Guberman Trust Dated 12/23/93, John Denver Concerts Inc. Pension Plan Trust, John Malkovich Pension Plan and Trust, Anita Karimian, Kenneth D. Bane 2006 Trust, Kenneth D. Bane, Trustee, Lawrence I. Brown and Barbara Brown JTWROS, Laurence Leif, Lester Kolodny, Robin Popkin Logue, Trustee of the Joseph S. Popkin Revocable Trust, John Malkovich, I Martin Gelman and Michale Dancer JT/WROS, Michael Mathias and Stacey Mathias JTWROS, Jonathan Michaeli, Onesco International Ltd., Michael H. and Lisa Ostrove, June Pollack, Robert Potamkin, Robert and Lexie Potamkin, Potamkin Family Foundation I, Inc., Robin I. Logue and Peter G. Logue, as co-trustees of the Logue Family Revocable Trust, Paul J. Robinson, Delia Gail Rosenberg, Florence Roth, Lynda Roth, Michael Roth, Richard Roth, Marvin Schlachter, Trudy Schlachter, Barbara Schlossberg, Bernard Seldon, Dorothy B. Seldon, Lynn Lazarus Serper, Michael and Sandra Silverstein, Joseph Sloves, Jonathan Sobin, Leila F. Sobin (IRA), Steven V. Marcus Seperate Property Marcus Family Trust, Harold A. Thau, Michael E. Thau, The Adina Michaeli Revocable Trust, The Aspen Company, The Marcus Family Limited Partnership, Trust U/W/O Harriette Myers, Viola Brown, Trustee U/T/D/ 12/29/88, Westben Corp., William M. Woessner, William M. Woessner and Sheila A. Woessner. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2)(Young, Jennifer) (Entered: 09/24/2013) (44 pgs; 3 docs) |
| Sept. 24, 2013 | 5516 | Notice of Appeal (related document(s) 5463) filed by Elise Scherr Frejka on behalf of Customers identified on Exhibit A. (Frejka, Elise) (Entered: 9/24/2013) (51 pgs) |

B.      **Motions, Briefs, and Evidentiary Material**

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| July 9, 2009 | 314 | Trustee's Interim Report /Trustee's First Interim Report for the Period December 11, 2008 through June 30, 2009 filed by Irving H. Picard on behalf of Irving H Picard Esq.. (Attachments: 1 Exhibit A2 Appendix Certificate of Service)(Picard, Irving) (Entered: 07/09/2009) |
| July 10, 2009 | 320 | First Application for Interim Professional Compensation For Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred for Irving H Picard Esq., Trustee Chapter 7, period: 12/15/2008 to 4/30/2009, fee:$759,228.75, expenses: $45.00. filed by Irving H Picard Esq.. with hearing to be held on 8/6/2009 at 10:00 AM at Courtroom 623 (BRL) Responses due by 8/3/2009, (Attachments: 1 Exhibit A2 Exhibit B) (Picard, Irving) Modified on 7/17/2009 (Richards, Beverly). (Entered: 07/10/2009) (19 pgs; 3 docs) |
| July 10, 2009 | 321 | First Application for Interim Professional Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred for Baker & Hostetler LLP, Trustee's Attorney, period: 12/15/2008 to 4/30/2009, fee:$14662319.83, expenses: $274,203.03. filed by David J. Sheehan. with hearing to be held on 8/6/2009 at 10:00 AM at Courtroom 623 (BRL) Responses due by 8/3/2009, (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C4 Exhibit D) (Sheehan, David) (Entered: 07/10/2009) (31 pgs; 5 docs) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Aug. 6, 2009 | 363 | Order Granting Application for Interim Professional Compensation (Related Doc # 320)for Irving H. Picard, fees awarded: $607383.00, expense awarded: $45.00, Granting Application for Interim Professional Compensation (Related Doc # 321)for Baker & Hostetler LLP, fees awarded: $11729855.86, expense awarded: $274203.03, Granting Application for Final Professional Compensation (Related Doc # 323)for Windels Marx Lane & Mittendorf, LLP, fees awarded: $199500.00, expense awarded: $2770.46, Granting Application for Interim Professional Compensation (Related Doc # 328)for Attias & Levy, fees awarded: $11580.25, expense awarded: $339.67, Granting Application for Interim Professional Compensation (Related Doc # 329)for Eugene F. Collins, fees awarded: $65497.41, expense awarded: $26192.27, Granting Application for Interim Professional Compensation (Related Doc # 330)for Lovells LLP, fees awarded: $599632.52, expense awarded: $27016.47, Granting Application for Interim Professional Compensation (Related Doc # 331)for Williams, Barristers & Attorneys, fees awarded: $106392.48, expense awarded: $19593.75, Granting Application for Interim Professional Compensation (Related Doc # 332)for Schiltz & Schiltz, fees awarded: $40560.39, expense awarded: $4119.41, Granting Application for Interim Professional Compensation (Related Doc # 333)for Higgs Johnson Truman Bodden & Co., fees awarded: $8608.32, expense awarded: $223.18 signed on 8/6/2009. (Chou, Rosalyn) (Entered: 08/06/2009) (4 pgs) |
| Aug. 27, 2009 | 395 | Motion to Authorize /Motion For an Order to Schedule Hearing on "Net Equity" Issue filed by Marc E. Hirschfield on behalf of Irving H Picard Esq. with hearing to be held on 9/9/2009 at 10:00 AM at Courtroom 623 (BRL) Responses due by 9/3/2009, (Attachments: 1 Notice of Motion2 Exhibit A3 Exhibit B4 Appendix Certificate of Service) (Hirschfield, Marc) (Entered: 08/27/2009) |
| Nov. 23, 2009 | 998 | Second Application for Interim Professional Compensation for Irving H. Picard, Trustee Chapter 7, period: 5/1/2009 to 9/30/2009, fee:$915346.69, expenses: $921.25. filed by Irving H. Picard. with hearing to be held on 12/17/2009 at 10:00 AM at Courtroom 623 (BRL) Responses due by 12/14/2009, (Attachments: 1 Exhibit A2 Exhibit B) (Picard, Irving) (Entered: 11/23/2009) (31 pgs; 3 docs) |
| Nov. 23, 2009 | 1010 | Second Application for Interim Professional Compensation for Baker & Hostetler LLP, Trustee's Attorney, period: 5/1/2009 to 9/30/2009, fee:$23076176.37, expenses: $280681.62. filed by David J. Sheehan. with hearing to be held on 12/17/2009 at 10:00 AM at Courtroom 623 (BRL) Responses due by 12/14/2009, (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C4 Exhibit D5 Exhibit E) (Sheehan, David) (Entered: 11/23/2009) (66 pgs; 6 docs) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Nov. 23, 2009 | 1011 | Trustee's Interim Report /Trustee's Second Interim Report For The Period Ending 10/31/2009 filed by Irving H. Picard on behalf of Irving H. Picard. (Attachments: 1 Exhibit A)(Picard, Irving) (Entered: 11/23/2009) |
| Dec. 11, 2009 | 1052 | Memorandum of Law of the Securities and Exchange Commission Supporting Trustee's Determination that Net Equity Should Not be Based on Securities Positions Listed on Last Statements, and Supporting in Part Trustee's Determination that Net Equity Should be Based Upon Amounts Deposited Less Amounts Withdrawn (related document(s)524) filed by Patricia Schrage on behalf of Securities and Exchange Commission. (Schrage, Patricia) (Entered: 12/11/2009) |
| Dec. 17, 2009 | 1078 | Order signed on 12/17/2009 Granting (I)Application for Interim Professional Compensation (Related Doc # 998)for Irving H. Picard, fees awarded: $835605.00, expense awarded: $921.25, Granting Application for Interim Professional Compensation (Related Doc # 1010)for Baker & Hostetler LLP, fees awarded: $21279101.85, expense awarded: $280681.62 and (II) To amend the order pursuant to Section 78eee(b)(5)of SIPA, Section 105,330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 (a) and Local Bankruptcy Rule 2016-1 establishing procedures covering interim monthly compensation of trustee and Baker & Hostetler LLP. (Chou, Rosalyn) (Entered: 12/17/2009) (8 pgs) |
| Apr. 09, 2010 | 2188 | Application for Interim Professional Compensation /Third Application of Irving H. Picard, Trustee For Allowance of Interim Compensation For Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From 10/1/2009 through 1/31/2010 for Irving H. Picard, Trustee Chapter 7, period: 10/1/2009 to 1/31/2010, fee:$671591.25, expenses: $77.66. filed by David J. Sheehan. with hearing to be held on 5/5/2010 at 10:00 AM at Courtroom 623 (BRL) (Attachments: 1 Exhibit A2 Exhibit B) (Sheehan, David) (Entered: 04/09/2010) (30 pgs; 3 docs) |
| Apr. 09, 2010 | 2189 | Application for Interim Professional Compensation /Third Application of Baker & Hostetler LLP For Allowance of Interim Compensation For Services Rendered And Reimbursement Of Actual and Necessary Expenses Incurred From 10/1/2009 through 1/31/2010 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 10/1/2009 to 1/31/2010, fee:$23884085.25, expenses: $390204.89. filed by David J. Sheehan. with hearing to be held on 5/5/2010 at 10:00 AM at Courtroom 623 (BRL) (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C4 Exhibit D) (Sheehan, David) (Entered: 04/09/2010) (52 pgs; 5 docs) |
| Apr. 09, 2010 | 2207 | Trustee's Interim Report /Trustee's Amended Third Interim Report For The Period Ending March 31, 2010 (related document(s)2186) filed by Irving H. Picard on behalf of Irving H. Picard. (Attachments: 1 Exhibit A)(Picard, Irving) (Entered: 04/14/2010) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| May 06, 2010 | 2251 | Order Granting Application for Interim Professional Compensation (Related Doc # 2188)for Irving H. Picard, fees awarded: $570852.56, expense awarded: $77.66, Granting Application for Interim Professional Compensation (Related Doc # 2189)for Baker & Hostetler, L.L.P., fees awarded: $20301472.46, expense awarded: $390204.89, Granting Application for Interim Professional Compensation (Related Doc # 2190)for Schiltz & Schiltz, fees awarded: $68605.20, expense awarded: $5574.17, Granting Application for Interim Professional Compensation (Related Doc # 2191)for Higgs Johnson Truman Bodden & Co., fees awarded: $42840.00, expense awarded: $7680.91, Granting Application for Interim Professional Compensation (Related Doc # 2193)for Eugene F. Collins, fees awarded: $8166.53, expense awarded: $0.00, Granting Application for Interim Professional Compensation (Related Doc # 2194)for Williams, Barristers & Attorneys, fees awarded: $64400.00, expense awarded: $12495.00, Granting Application for Interim Professional Compensation (Related Doc # 2195)for Attias & Levy, fees awarded: $156300.48, expense awarded: $7218.52, Granting Application for Interim Professional Compensation (Related Doc # 2196)for Lovells LLP, fees awarded: $306502.56, expense awarded: $43672.39, Granting Application for Interim Professional Compensation (Related Doc # 2197)for Windels Marx Lane & Mittendorf, LLP, fees awarded: $793231.52, expense awarded: $16914.96, Granting Application for Interim Professional Compensation (Related Doc # 2198)for Kugler Kandestin, L.L.P., fees awarded: $4094.86, expense awarded: $193.08 signed on 5/5/2010. (Chou, Rosalyn) (Entered: 05/06/2010) (6 pgs) |
| Aug. 20, 2010 | 2883 | Application for Interim Professional Compensation Fourth Application Of Trustee and Baker & Hostetler LLP For Allowance Of Interim Compensation For Services Rendered And Reimbursement of Actual and Necessary Expenses Incurred From February 1, 2010 through May 31, 2010 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 2/1/2010 to 5/31/2010, fee:$33981534.45, expenses: $731371.19, for Irving H. Picard, Trustee Chapter 7, period: 2/1/2010 to 5/31/2010, fee:$601202.25, expenses: $39.63. filed by David J. Sheehan. with hearing to be held on 9/14/2010 at 10:00 AM at Courtroom 623 (BRL) Responses due by 9/7/2010, (Attachments: 1 Exhibit A - Affidavit of David Sheehan2 Exhibit B - Compensation by Task Code3 Exhibit C - Expense Summary by Trustee4 Exhibit D - Summary of Fourth Interim Fee Application5 Exhibit E - Compensation by Work Task Code6 Exhibit F - Expense Summary by Baker & Hostetler) (Sheehan, David) (Entered: 08/20/2010) (64 pgs; 7 docs) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Sept. 14, 2010 | 2981 | Order Granting Application for Interim Professional Compensation (Related Doc # 2883)for Baker & Hostetler, L.L.P., fees awarded: $28884304.29, expense awarded: $731371.19, Granting Application for Interim Professional Compensation (Related Doc # 2883)for Irving H. Picard, fees awarded: $511021.92, expense awarded: $39.63, Granting Application for Interim Professional Compensation (Related Doc # 2884)for Windels Marx Lane & Mittendorf, LLP, fees awarded: $1930696.00, expense awarded: $24141.50, Granting Application for Interim Professional Compensation (Related Doc # 2886)for Eugene F. Collins, fees awarded: $38568.80, expense awarded: $16233.37, Granting Application for Interim Professional Compensation (Related Doc # 2887)for Williams, Barristers & Attorneys, fees awarded: $68644.00, expense awarded: $9145.00, Granting Application for Interim Professional Compensation (Related Doc # 2888)for Attias & Levy, fees awarded: $77710.08, expense awarded: $10823.89, Granting Application for Interim Professional Compensation (Related Doc # 2889)for SCA Creque, fees awarded: $8190.00, expense awarded: $0.00, Granting Application for Interim Professional Compensation (Related Doc # 2890)for Schiltz & Schiltz, fees awarded: $55162.20, expense awarded: $4481.93, Granting Application for Interim Professional Compensation (Related Doc # 2891)for Lovells LLP, fees awarded: $268261.92, expense awarded: $64327.30, Granting Application for Interim Professional Compensation (Related Doc # 2892)for Mishcon de Reya, fees awarded: $65926.23, expense awarded: $0.00, Granting Application for Interim Professional Compensation (Related Doc # 2893)for Kugler Kandestin, L.L.P., fees awarded: $10440.65, expense awarded: $178.62, Granting Application for Interim Professional Compensation (Related Doc # 2894)for Higgs Johnson Truman Bodden & Co., fees awarded: $75585.96, expense awarded: $11487.98 signed on 9/14/2010. (Chou, Rosalyn) (Entered: 09/14/2010) (7 pgs) |
| Nov. 19, 2010 | 3207 | Fifth Application for Interim Professional Compensation Fifth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2010 through September 30, 2010 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 6/1/2010 to 9/30/2010, fee:$38522476.35, expenses: $851332.34, for Irving H. Picard, Other Professional, period: 6/1/2010 to 9/30/2010, fee:$684659.25, expenses: $954.41. filed by Baker & Hostetler, L.L.P., Irving H. Picard. with hearing to be held on 12/14/2010 at 10:00 AM at Courtroom 623 (BRL) Responses due by 12/7/2010, (Attachments: 1 Exhibit A2 Exhibit B - F) (Sheehan, David) (Entered: 11/19/2010) (69 pgs; 3 docs) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Dec. 14, 2010 | 3474 | Order Granting Application for Interim Professional Compensation (Related Doc # 3207)for Irving H. Picard, fees awarded: $681960.34, expense awarded: $954.41, Granting Application for Interim Professional Compensation (Related Doc # 3208)for Attias & Levy, fees awarded: $211880.03, expense awarded: $10827.27, Granting Application for Interim Professional Compensation (Related Doc # 3209)for Eugene F. Collins, fees awarded: $19013.68, expense awarded: $745.54, Granting Application for Interim Professional Compensation (Related Doc # 3210)for Hogan Lovells International LLP, fees awarded: $88455.60, expense awarded: $29312.01, Granting Application for Interim Professional Compensation (Related Doc # 3211)for Windels Marx Lane & Mittendorf, LLP, fees awarded: $2418914.00, expense awarded: $33127.92, Granting Application for Interim Professional Compensation (Related Doc # 3212)for Williams, Barristers & Attorneys, fees awarded: $106595.38, expense awarded: $16365.00, Granting Application for Interim Professional Compensation (Related Doc # 3213)for Schiltz & Schiltz, fees awarded: $73637.40, expense awarded: $5983.05, Granting Application for Interim Professional Compensation (Related Doc # 3214)for Higgs & Johnson, fees awarded: $54167.40, expense awarded: $4735.06, Granting Application for Interim Professional Compensation (Related Doc # 3215)for Kugler Kandestin, L.L.P., fees awarded: $3988.25, expense awarded: $117.63, Granting Application for Interim Professional Compensation (Related Doc # 3216)for Werder Vigano, fees awarded: $27103.12, expense awarded: $1041.09, Granting Application for Interim Professional Compensation (Related Doc # 3217)for SCA Creque, fees awarded: $59665.02, expense awarded: $0.00, Granting Application for Compensation (Related Doc # 3207) for Baker & Hostetler, L.L.P., fees awarded: $36144104.91, expense awarded: $851332.34 signed on 12/14/2010. (Chou, Rosalyn) (Entered: 12/14/2010) (7 pgs) |
| Apr. 18, 2011 | 4022 | Application for Interim Professional Compensation / Sixth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From October 1, 2010 Through January 31, 2011 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 10/1/2010 to 1/31/2011, fee:$43177049.10, expenses: $1103196.25, for Irving H. Picard, Other Professional, period: 10/1/2010 to 1/31/2011, fee:$713,799.00, expenses: $31.50. filed by Baker & Hostetler, L.L.P., Irving H. Picard. with hearing to be held on 5/12/2011 at 10:00 AM at Courtroom 623 (BRL) Responses due by 5/5/2011, (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C4 Exhibit D5 Exhibit E6 Exhibit F7 Exhibit G8 Exhibit H) (Sheehan, David) (Entered: 04/18/2011) (95 pgs; 9 docs) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| June 01, 2011 | 4125 | Order Granting Applications (I) For Allowance of Compensation for Services Rendered and Reimbursement of Expenses and (II)To Amend the Order Pursuant To Section 78eee (b)(5)of SIPA, Section 105, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 (a), And Local Bankruptcy Rule 2016-1 Establishing Procedures Governing Interim Monthly Compensation of Trustee and Baker & Hostetler LLP, for Interim Professional Compensation (Related Doc # 4022)for Baker & Hostetler, L.L.P., fees awarded: $42075830.36, expense awarded: $1103196.25, Granting Application for Interim Professional Compensation (Related Doc # 4022)for Irving H. Picard, fees awarded: $720033.45, expense awarded: $31.50, Granting Application for Interim Professional Compensation (Related Doc # 4024)for Attias & Levy, fees awarded: $144436.86, expense awarded: $7271.46, Granting Application for Interim Professional Compensation (Related Doc # 4025)for Eugene F. Collins, fees awarded: $6575.51, expense awarded: $345.14, Granting Application for Interim Professional Compensation (Related Doc # 4028)for Schiltz & Schiltz, fees awarded: $70869.00, expense awarded: $18382.90, Granting Application for Interim Professional Compensation (Related Doc # 4029)for Higgs Johnson Truman Bodden & Co., fees awarded: $124367.40, expense awarded: $52015.01, Granting Application for Interim Professional Compensation (Related Doc # 4030)for Kugler Kandestin L.L.P., fees awarded: $2062.24, expense awarded: $1.31, Granting Application for Interim Professional Compensation (Related Doc # 4031)for Werder Vigano, fees awarded: $14586.00, expense awarded: $67.71, Granting Application for Interim Professional Compensation (Related Doc # 4032)for SCA Creque, fees awarded: $131939.17, expense awarded: $0.00, Granting Application for Interim Professional Compensation (Related Doc # 4033)for Young Conaway Stargatt & Taylor LLP, fees awarded: $11182.68, expense awarded: $912.44, Granting Application for Final Professional Compensation (Related Doc # 4034)for Schifferli Vafadar Sivilotti, fees awarded: $3482.00, expense awarded: $0.00, Granting Application for Interim Professional Compensation (Related Doc # 4052)for Taylor Wessing, fees awarded: $1213033.12, expense awarded: $185485.24, Granting Application for Interim Professional Compensation (Related Doc # 4053)for Williams, Barristers & Attorneys, fees awarded: $216130.76, expense awarded: $4582.00, Granting Application for Interim Professional Compensation (Related Doc # 4055)for Windels Marx Lane & Mittendorf, LLP, fees awarded: $2448081.60, expense awarded: $68343.34, signed on 6/1/2011. (Chou, Rosalyn) (Entered: 06/01/2011) (10 pgs) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Sept. 21, 2011 | 4376 | Seventh Application for Interim Professional Compensation / Seventh Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2011 through May 31, 2011 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 2/1/2011 to 5/31/2011, fee:$44727586.65, expenses: $1270956.31, for Irving H. Picard, Other Professional, period: 2/1/2011 to 5/31/2011, fee:$599301, expenses: $479.80. filed by Baker & Hostetler, L.L.P.. with hearing to be held on 10/19/2011 at 10:00 AM at Courtroom 623 (BRL) Responses due by 10/5/2011, (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C4 Exhibit D5 Exhibit E6 Exhibit F) (Sheehan, David) (Entered: 09/21/2011) (97 pgs; 7 docs) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Oct. 21, 2011 | 4471 | Order signed on 10/19/2011 Re: Granting Application for Interim Professional Compensation (Related Doc # 4376)for Baker & Hostetler, L.L.P., fees awarded: $44727586.65, expense awarded: $1270956.31, Granting Application for Interim Professional Compensation (Related Doc # 4376)for Irving H. Picard, fees awarded: $599301.00, expense awarded: $479.80, Granting Application for Interim Professional Compensation (Related Doc # 4379)for Eugene F. Collins, fees awarded: $9616.37, expense awarded: $176.12, Granting Application for Interim Professional Compensation (Related Doc # 4380)for Higgs & Johnson, fees awarded: $41721.75, expense awarded: $2794.43, Granting Application for Interim Professional Compensation (Related Doc # 4381)for Taylor Wessing, fees awarded: $1434276.90, expense awarded: $249075.70, Granting Application for Interim Professional Compensation (Related Doc # 4382)for UGGC & Associes, fees awarded: $70603.45, expense awarded: $8262.14, Granting Application for Interim Professional Compensation (Related Doc # 4383)for Kugler Kandestin, L.L.P., fees awarded: $6462.53, expense awarded: $724.25, Granting Application for Interim Professional Compensation (Related Doc # 4384)for Young Conaway Stargatt & Taylor, LLP, fees awarded: $49484.70, expense awarded: $840.62, Granting Application for Interim Professional Compensation (Related Doc # 4385)for Osborne & Osborne, P.A., fees awarded: $1301.85, expense awarded: $35.21, Granting Application for Interim Professional Compensation (Related Doc # 4386)for SCA Creque, fees awarded: $159031.51, expense awarded: $1174.00, Granting Application for Interim Professional Compensation (Related Doc # 4387)for Williams, Barristers & Attorneys, fees awarded: $282089.89, expense awarded: $2673.50, Granting Application for Interim Professional Compensation (Related Doc # 4388)for Graf & Pitkowitz Rechtsanwalte GmbH, fees awarded: $970376.30, expense awarded: $32139.63, Granting Application for Interim Professional Compensation (Related Doc # 4389)for Schiltz & Schiltz, fees awarded: $60220.27, expense awarded: $9248.79, Granting Application for Interim Professional Compensation (Related Doc # 4391)for Windels Marx Lane & Mittendorf, LLP, fees awarded: $2987422.80, expense awarded: $93630.76. (Greene, Chantel) (Entered: 10/21/2011) (9 pgs) |
| Nov. 15, 2011 | 4529 | Trustee's Interim Report / Trustee's Sixth Interim Report for the Period Ending September 30, 2011 filed by Irving H. Picard on behalf of Irving H. Picard. (Attachments: # 1 Exhibit A)(Picard, Irving) (Entered: 11/15/2011) (54 pgs; 2 docs) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Feb. 17, 2012 | 4676 | Eighth Application for Interim Professional Compensation / Eighth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2011 through September 30, 2011 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 6/1/2011 to 9/30/2011, fee:$47967371.55, expenses: $1245333.46. filed by Baker & Hostetler, L.L.P.. with hearing to be held on 3/15/2012 at 10:00 AM at Courtroom 623 (BRL) Responses due by 3/8/2012, (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Sheehan, David) (Entered: 02/17/2012) (90 pgs; 5 docs) |
| Apr. 25, 2012 | 4793 | Seventh Trustee's Interim Report For The Period Ending March 31, 2012 filed by Irving H. Picard on behalf of Irving H. Picard. (Attachments: # 1 Exhibit A)(Picard, Irving) (Entered: 04/25/2012) (80 pgs; 2 docs) |
| Aug. 01, 2012 | 4936 | Ninth Application for Interim Professional Compensation / Ninth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through January 31, 2012 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 10/1/2011 to 1/31/2012, fee:$48107863.8, expenses: $866625.44. filed by Baker & Hostetler, L.L.P.. with hearing to be held on 8/29/2012 at 10:00 AM at Courtroom 623 (BRL) Responses due by 8/22/2012, (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Sheehan, David) (Entered: 08/01/2012) (93 pgs; 6 docs) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Aug. 30, 2012 | 5012 | Order Granting Application for Interim Professional Compensation (Related Doc # 4937)for Eugene F. Collins, fees awarded: $3,779.99, expense awarded: $44.99, Granting Application for Interim Professional Compensation (Related Doc # 4938)for Schiltz & Schiltz, fees awarded: $25,059.48, expense awarded: $2,821.49, Granting Application for Interim Professional Compensation (Related Doc # 4939)for Higgs Johnson Truman Bodden & Co., fees awarded: $59,983.20, expense awarded: $2,423.24, Granting Application for Interim Professional Compensation (Related Doc # 4940)for Soroker - Agmon, fees awarded: $200,597.17, expense awarded: $3,377.18, Granting Application for Interim Professional Compensation (Related Doc # 4941)for Graf & Pitkowitz Rechtsanwalte GmbH, fees awarded: $399,288.56, expense awarded: $16,937.56, Granting Application for Interim Professional Compensation (Related Doc # 4942)for SCA Creque, fees awarded: $207,250.07, expense awarded: $1,900.00, Granting Application for Interim Professional Compensation (Related Doc # 4943)for Young Conaway Stargatt & Taylor, LLP, fees awarded: $19,671.84, expense awarded: $967.27, Granting Application for Interim Professional Compensation (Related Doc # 4944)for Williams, Barristers & Attorneys, fees awarded: $335,164.08, expense awarded: $0.00, Granting Application for Interim Professional Compensation (Related Doc # 4945)for Taylor Wessing, fees awarded: $857,214.55, expense awarded: $529,103.58, Granting Application for Interim Professional Compensation (Related Doc # 4946)for UGGC & Associes, fees awarded: $51,080.72, expense awarded: $799.49, Granting Application for Interim Professional Compensation (Related Doc # 4947)for Attias & Levy, fees awarded: $36,676.54, expense awarded: $1,104.43, Granting Application for Interim Professional Compensation (Related Doc # 4948)for Werder Vigano, fees awarded: $1,395.97, expense awarded: $0.00, Granting Application for Interim Professional Compensation (Related Doc # 4949)for Greenfield Stein & Senior, LLP, fees awarded: $20,041.25, expense awarded: $631.85, Granting Application for Interim Professional Compensation (Related Doc # 4950)for Browne Jacobson, LLP, fees awarded: $12,624.36, expense awarded: $2,703.59, Granting Application for Interim Professional Compensation (Related Doc # 4951)for Windels Marx Lane & Mittendorf, LLP, fees awarded: $2,563,075.68, expense awarded: $24,142.98, Granting Application for Interim Professional Compensation (Related Doc # 4936)for Baker & Hostetler, L.L.P., fees awarded: $59,297,077.43, expense awarded: $866,625.44; signed on 8/29/2012 (White, Greg) (Entered: 08/30/2012) (8 pgs) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Oct. 12, 2012 | 5036 | Memorandum of Law of the Securities Investor Protection Corporation in Support of Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages filed by Josephine Wang on behalf of Securities Investor Protection Corporation. (Wang, Josephine) (Entered: 10/12/2012) (41 pgs) |
| Oct. 12, 2012 | 5038 | Motion to Approve / Notice of Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages (related document(s)5022) filed by David J. Sheehan on behalf of Irving H. Picard. with hearing to be held on 1/10/2013 at 10:00 AM at Courtroom 623 (BRL) Responses due by 11/12/2012, (Attachments: # 1 Exhibit A to Notice of Trustee's Motion# 2 Trustees Motion for an Order Affirming Trustees Calculations of Net Equity and Denying Time-Based Damages) (Sheehan, David) (Entered: 10/12/2012) (16 pgs; 3 docs) |
| Oct. 12, 2012 | 5039 | Memorandum of Law / Memorandum of Law in Support of Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages (related document(s)5038) filed by David J. Sheehan on behalf of Irving H. Picard. Objections due by 11/12/2012, (Sheehan, David) (Entered: 10/12/2012) (39 pgs) |
| Oct. 12, 2012 | 5040 | Declaration / Declaration of Bik Cheema in Support of The Trustee's Motion for an Order Affirming The Trustee's Calculation of Net Equity and Denying Time-Based Damages (related document(s)5038) filed by David J. Sheehan on behalf of Irving H. Picard. with hearing to be held on 1/10/2013 at 10:00 AM at Courtroom 623 (BRL) Objections due by 11/12/2012, (Attachments: # 1 Exhibit A# 2 Exhibit B) (Sheehan, David) (Entered: 10/12/2012) (79 pgs; 3 docs) |
| Oct. 12, 2012 | 5041 | Declaration / Declaration of Robert J. Rock in Connection with The Trustee's Motion for an Order Affirming The Trustee's Calculation of Net Equity and Denying Time-Based Damages (related document(s)5038, 5039) filed by David J. Sheehan on behalf of Irving H. Picard. with hearing to be held on 1/10/2013 at 10:00 AM at Courtroom 623 (BRL) Objections due by 11/12/2012, (Sheehan, David) (Entered: 10/12/2012) (5 pgs) |
| Nov. 05, 2012 | 5066 | Trustee's Interim Report / Trustee's Eighth Interim Report for the Period Ending September 30, 2012 filed by Irving H. Picard on behalf of Irving H. Picard. (Attachments: # 1 Exhibit A)(Picard, Irving) (Entered: 11/05/2012) (91 pgs; 2 docs) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Nov. 28, 2012 | 5097 | Tenth Application for Interim Professional Compensation / Tenth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2012 through June 30, 2012 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 2/1/2012 to 6/30/2012, fee:$61671551.85, expenses: $1,038,317.94. filed by Baker & Hostetler, L.L.P.. with hearing to be held on 12/19/2012 at 10:00 AM at Courtroom 623 (BRL) Responses due by 12/12/2012, (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Sheehan, David) (Entered: 11/28/2012) (102 pgs; 5 docs) |
| Dec. 03, 2012 | 5133 | Opposition Brief CUSTOMERS' BRIEF OPPOSING TRUSTEE'S MOTION FOR AN ORDER REJECTING AN INFLATION ADJUSTMENT TO THE CALCULATION OF "NET EQUITY" (related document(s)5038) filed by Peter Gregory Schwed on behalf of Customers Set forth on Schedule A. (Schwed, Peter) (Entered: 12/03/2012) (59 pgs) |
| Dec. 03, 2012 | 5134 | Affidavit DECLARATION OF P. GREGORY SCHWED IN SUPPORT OF CUSTOMERS' BRIEF OPPOSING TRUSTEE'S MOTION FOR AN ORDER REJECTING AN INFLATION ADJUSTMENT TO THE CALCULATION OF "NET EQUITY" (related document(s)5133) filed by Peter Gregory Schwed on behalf of Customers Set forth on Schedule A. (Schwed, Peter) (Entered: 12/03/2012) (35 pgs) |
| Dec. 10, 2012 | 5142 | Memorandum of Law of Securities and Exchange Commission Supporting a Constant Dollar Approach to Valuing Customers' Net Equity Claims for Fictitious Securities Positions(Related Document #5038) filed by Patricia Schrage on behalf of Securities and Exchange Commission. (Schrage, Patricia) (Modified on 12/11/2012 to Add Link Related Document) (Richards, Beverly). (Entered: 12/10/2012) (19 pgs) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Dec. 19, 2012 | 5161 | Order Granting Application for Interim Professional Compensation (Related Doc # 5096)for Windels Marx Lane & Mittendorf, LLP, fees awarded: $2,388,983.12, expense awarded: $20,442.30, Granting Application for Interim Professional Compensation (Related Doc # 5097)for Baker & Hostetler, L.L.P., fees awarded: $55,504,396.69, expense awarded: $1,038,317.94, Granting Application for Interim Professional Compensation (Related Doc # 5098)for Eugene F. Collins, fees awarded: $1,393.20, expense awarded: $213.05, Granting Application for Interim Professional Compensation (Related Doc # 5099)for Schiltz & Schiltz, fees awarded: $36,407.81, expense awarded: $2,958.15, Granting Application for Interim Professional Compensation (Related Doc # 5100)for Higgs Johnson Truman Bodden & Co., fees awarded: $87,996.60, expense awarded: $13,189.15, Granting Application for Interim Professional Compensation (Related Doc # 5102)for Graf & Pitkowitz Rechtsanwalte GmbH, fees awarded: $525,308.95, expense awarded: $30,701.66, Granting Application for Interim Professional Compensation (Related Doc # 5103)for SCA Creque, fees awarded: $91,427.98, expense awarded: $1,993.00, Granting Application for Interim Professional Compensation (Related Doc # 5104)for Young Conaway Stargatt & Taylor, LLP, fees awarded: $95,886.00, expense awarded: $11,497.84, Granting Application for Interim Professional Compensation (Related Doc # 5105)for Williams, Barristers & Attorneys, fees awarded: $262,934.50, expense awarded: $0.00, Granting Application for Interim Professional Compensation (Related Doc # 5107)for UGGC & Associes, fees awarded: $67,867.99, expense awarded: $0.00, Granting Application for Interim Professional Compensation (Related Doc # 5108)for Werder Vigano, fees awarded: $24,468.12, expense awarded: $0.00, Granting Application for Interim Professional Compensation (Related Doc # 5109)for Greenfield, Stein and Senior, LLP, fees awarded: $4,639.68, expense awarded: $53.88, Granting Application for Interim Professional Compensation (Related Doc # 5110)for Browne Jacobson, LLP, fees awarded: $58,784.65, expense awarded: $12.65, Granting Application for Interim Professional Compensation (Related Doc # 5111)for Osborne & Osborne, P.A., fees awarded: $1,100.16, expense awarded: $0.00, Granting Application for Interim Professional Compensation (Related Doc # 5101)for Sorokor - Agmon, fees awarded: $340,073.44, expense awarded: $3,445.07, Granting Application for Interim Professional Compensation (Related Doc # 5106)for Taylor Wessing, fees awarded: $2,332,952.43, expense awarded: $1,211,136.84; signed on 12/19/2012 (White, Greg) (Entered: 12/19/2012) (8 pgs) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Jan. 02, 2013 | 5181 | Amended Order Approving Applications for Allowance of Compensation for Services Rendered and Reimbursement of Expenses signed on 1/2/2013 (related document(s)4735) (White, Greg) (Entered: 01/02/2013) (8 pgs) |
| Jan. 23, 2013 | 5212 | Amended Time-Based Damages Scheduling Order signed on 1/23/2013 (related document(s)5022). (Saenz De Viteri, Monica) (Entered: 01/23/2013) (5 pgs) |
| Mar. 07, 2013 | 5258 | Errata Order re:  Interim Fee Orders signed on 2/21/13 (related document(s)4125, 3474, 363, 4471, 5181, 5012, 5161) (White, Greg) (Entered:  03/07/2013) (34 pgs; 8 docs) |
| Apr. 26, 2013 | 5329 | Supplemental Opposition Brief CUSTOMERS' SUPPLEMENTAL BRIEF OPPOSING TRUSTEE'S MOTION FOR AN ORDER REJECTING AN INFLATION ADJUSTMENT TO THE CALCULATION OF "NET EQUITY" (related document(s)5038) filed by Richard A. Kirby on behalf of Customers Set forth on Schedule A. (Kirby, Richard) (Entered: 04/26/2013) (31 pgs) |
| Apr. 26, 2013 | 5330 | Declaration OF RICHARD A. KIRBY IN SUPPORT OF CUSTOMERS' SUPPLEMENTAL BRIEF OPPOSING TRUSTEE'S MOTION FOR AN ORDER REJECTING AN INFLATION ADJUSTMENT TO THE CALCULATION OF "NET EQUITY" filed by Richard A. Kirby on behalf of Customers Set forth on Schedule A. (Kirby, Richard) (Entered: 04/26/2013) (65 pgs) |
| Apr. 26, 2013 | 5331 | Declaration OF TIMOTHY H. HART, CPA, CFE (EXPERT REPORT) filed by Richard A. Kirby on behalf of Customers Set forth on Schedule A. (Kirby, Richard) (Entered: 04/26/2013) (19 pgs) |
| Apr. 26, 2013 | 5352 | Transcript regarding Hearing Held on 04/25/2013 10:04AM RE: Trustees Motion For An Order Affirming Trustees Calculations Of Net Equity And Denying Time Based Damages..et al... Remote electronic access to the transcript is restricted until 7/25/2013. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Reporting Company.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 5/3/2013. Statement of Redaction Request Due By 5/17/2013. Redacted Transcript Submission Due By 5/28/2013. Transcript access will be restricted through 7/25/2013. (Ortiz, Carmen) (Entered: 05/01/2013) (28 pgs) |
| Apr. 29, 2013 | 5332 | Supplemental Opposition Brief CUSTOMERS' CORRECTED SUPPLEMENTAL BRIEF OPPOSING TRUSTEE'S MOTION FOR AN ORDER REJECTING AN INFLATION ADJUSTMENT TO THE CALCULATION OF "NET EQUITY" filed by Richard A. Kirby on behalf of Customers Set forth on Schedule A. (Kirby, Richard) (Entered: 04/29/2013) (31 pgs) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Apr. 29, 2013 | 5333 | Application for Interim Professional Compensation / Eleventh Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2012 through November 30, 2012 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 7/1/2012 to 11/30/2012, fee:$49126984.20, expenses: $1158883.26. filed by Baker & Hostetler, L.L.P.. with hearing to be held on 5/29/2013 at 10:00 AM at Courtroom 623 (BRL) Responses due by 5/22/2013, (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Sheehan, David) (Entered: 04/29/2013) (106 pgs; 5 docs) |
| Apr. 30, 2013 | 5351 | Trustee's Interim Report / Trustee's Ninth Interim Report for the Period Ending March 31, 2013 filed by Irving H. Picard on behalf of Irving H. Picard. (Attachments: # 1 Exhibit A)(Picard, Irving) (Entered: 04/30/2013) (101 pgs; 2 docs) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| June 5, 2013 | 5383 | Order Granting Application for Interim Professional Compensation (Related Doc # 5333)for Baker & Hostetler, L.L.P., fees awarded: $44,214,285.79, expense awarded: $1,158,883.26, Granting Application for Interim Professional Compensation (Related Doc # 5334)for Windels Marx Lane & Mittendorf, LLP, fees awarded: $1,379,197.60, expense awarded: $25,804.05, Granting Application for Interim Professional Compensation (Related Doc # 5335)for Browne Jacobson, LLP, fees awarded: $84,111.49, expense awarded: $26,141.07, Granting Application for Interim Professional Compensation (Related Doc # 5336)for Graf & Pitkowitz Rechtsanwalte GmbH, fees awarded: $454,845.83, expense awarded: $17,031.80, Granting Application for Interim Professional Compensation (Related Doc # 5337)for Greenfield Stein & Senior, LLP, fees awarded: $295.20, expense awarded: $0.00, Granting Application for Interim Professional Compensation (Related Doc # 5338)for Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.), fees awarded: $45,549.00, expense awarded: $1,578.21, Granting Application for Interim Professional Compensation (Related Doc # 5339)for La Tanzi, Spaulding & Landreth, P.C., fees awarded: $5,702.40, expense awarded: $349.40, Granting Application for Interim Professional Compensation (Related Doc # 5340)for SCA Creque, fees awarded: $5,582.05, expense awarded: $150.00, Granting Application for Interim Professional Compensation (Related Doc # 5341)for Schiltz & Schiltz, fees awarded: $27,760.66, expense awarded: $2,255.55, Granting Application for Interim Professional Compensation (Related Doc # 5344)for Triay Stagnetto Neish, fees awarded: $48,771.28, expense awarded: $383.80, Granting Application for Interim Professional Compensation (Related Doc # 5345)for UGGC & Associes, fees awarded: $72,984.90, expense awarded: $647.19, Granting Application for Interim Professional Compensation (Related Doc # 5346)for Werder Vigano, fees awarded: $11,878.69, expense awarded: $0.00, Granting Application for Interim Professional Compensation (Related Doc # 5347)for Williams, Barristers & Attorneys, fees awarded: $202,250.84, expense awarded: $0.00, Granting Application for Interim Professional Compensation (Related Doc # 5348)for Young Conaway Stargatt & Taylor, LLP, fees awarded: $34,167.60, expense awarded: $7,374.19, Granting Application for Interim Professional Compensation (Related Doc # 5342)for Sorokor - Agmon, fees awarded: $420,913.16, expense awarded: $5,530.58, Granting Application for Interim Professional Compensation (Related Doc # 5343)for Taylor Wessing, fees awarded: $3,403,857.72, expense awarded: $2,056,150.34; signed on 5/29/2013 (White, Greg) (Entered: 06/05/2013) (8 pgs) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| July 18, 2013 | 5413 | Reply to Motion Reply Memorandum of Law of the Securities Investor Protection Corporation in Support of Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Deyning Time-Based Damages (related document(s)5038) filed by Josephine Wang on behalf of Securities Investor Protection Corporation. (Wang, Josephine) (Entered: 07/18/2013) (41 pgs) |
| July 18, 2013 | 5415 | Reply to Motion / Reply Memorandum of Law in Support of Trustees Motion for an Order Affirming Trustees Motion Calculations of Net Equity and Denying Time-Based Damages (related document(s)5038) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 07/18/2013) (29 pgs) |
| July 18, 2013 | 5416 | Declaration of Vineet Sehgal in Support of Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages (related document(s)5415) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 07/18/2013) (3 pgs) |
| Aug. 12, 2013 | 5444 | Memorandum of Law / Customers' Opposition to Trustee's Request for Exclusion of Hart Expert Testimony (related document(s)5415) filed by Richard A. Kirby on behalf of Customers Set forth on Schedule A. (Attachments: # 1 Schedule A) (Kirby, Richard) (Entered: 08/12/2013) (42 pgs; 2 docs) |

## C.    Additional Material Designated by Appellants

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Sept. 25, 2009 | 461 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of Meryl Mann, Michael Mann. (Neville, Carole) (Entered: 09/25/2009) |
| Sept. 25, 2009 | 462 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of Barry Weisfeld. (Neville, Carole) (Entered: 09/25/2009) |
| Oct. 21, 2009 | 538 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of Stanley T. Miller. (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C) (Neville, Carole) (Entered: 10/21/2009) |
| Oct. 30, 2009 | 558 | Objection to the Trustee's Determination of Claim filed by Alex R. Rovira on behalf of HHI Investment Trust #2. (Attachments: 1 Exhibit A2 Exhibit B) (Rovira, Alex) (Entered: 10/30/2009) (75 pages; 3 docs) |
| Nov. 12, 2009 | 717 | Objection to Trustee's Determination of Claim filed by Stephen A. Weiss on behalf of Leslie Weiss. (Attachments: 1- Index A. Determination 2- Exhibit B. Customer Claim 3 Exhibit C. New Times Transcript 4- Certificate of Service) (Weiss, Stephen) (Entered: 11/12/2009) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Nov. 13, 2009 | 741 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of The Shurman Estate of Helen Shurman. (Attachments: 1 Exhibit A2 Exhibit B) (Neville, Carole) (Entered: 11/13/2009) |
| Nov. 13, 2009 | 780 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of Harold Hein. (Attachments: 1 Exhibits) (Neville, Carole) (Entered: 11/13/2009) |
| Nov. 16, 2009 | 810 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of Jennifer Kelman Revocable Trust. (Attachments: 1 Exhibits) (Neville, Carole) (Entered: 11/16/2009) |
| Nov. 16, 2009 | 811 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of David R. Markin 2003 Trust. (Attachments: 1 Exhibits) (Neville, Carole) (Entered: 11/16/2009) |
| Nov. 16, 2009 | 815 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of BAM LP. (Attachments: 1 Exhibits) (Neville, Carole) (Entered: 11/16/2009) |
| Nov. 16, 2009 | 834 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of Neil Reger Profit Sharing Keogh. (Attachments: 1 Exhibits) (Neville, Carole) (Entered: 11/16/2009) |
| Nov. 16, 2009 | 835 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of Elizabeth D. French. (Attachments: 1 Exhibits) (Neville, Carole) (Entered: 11/16/2009) |
| Nov. 16, 2009 | 816 | Objection To Trustee's Determination of Claim filed by Stephen A. Weiss on behalf of Gary M. Weiss. (Attachments: 1- Exhibit A. Determination 2- Exhibit B. Customer Claim 3- Exhibit C. New Times Transcript 4- Certificate of Service) (Weiss, Stephen) (Entered: 11/16/2009) |
| Nov. 17, 2009 | 863 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of Alvin Gindel. (Attachments: 1 Exhibits) (Neville, Carole) (Entered: 11/17/2009) |
| Nov. 18, 209 | 891 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of LI RAM L.P.. (Attachments: 1 Exhibits) (Neville, Carole) (Entered: 11/18/2009) |
| Nov. 18, 2009 | 944 | Objection of Alan L. Aufzien and Norma K. Aufzien to Notice of Trustee's Determination of Claim filed by Peter Gregory Schwed on behalf of Alan L. Aufzien and Norma K. Aufzien.  (Schwed, Peter) (Entered: 11/18/2009) |
| Nov. 18, 2009 | 945 | Objection of Jonathan M. Aufzien to Notice of Trustee's Determination of Claim filed by Peter Gregory Schwed on behalf of Jonathan M. Aufzien.  (Schwed, Peter) (Entered: 11/18/2009) |
| Nov. 18, 2009 | 946 | Objection of Lisa S. Aufzien to Notice of Trustee's Determination of Claim filed by Peter Gregory Schwed on behalf of Lisa S. Aufzien. (Schwed, Peter) (Entered: 11/18/2009) |

| Filing/Entry Date | ECF No. | Docket Text |
|---|---|---|
| Nov. 18, 2009 | 947 | Objection of Leslie Aufzien Levine to Notice of Trustee's Determination of Claim filed by Peter Gregory Schwed on behalf of Leslie Aufzien Levine.  (Schwed, Peter) (Entered: 11/18/2009) |
| Nov. 18, 2009 | 948 | Objection of Meredith Aufzien Bauer to Notice of Trustee's Determination of Claim filed by Peter Gregory Schwed on behalf of Meredith Aufzien Bauer.  (Schwed, Peter) (Entered: 11/18/2009) |
| Dec. 18, 2009 | 1094 | Objection To Trustee's Determination of Claim filed by Carole Neville on behalf of Toby T. Hobish IRA. (Neville, Carole) (Entered: 12/18/2009) |
| Dec. 23, 2009 | 1118 | Objection /CORRECTED Objection to Trustee's Determination of Claim (related document(s)835) filed by Carole Neville on behalf of Elizabeth D. French. (Neville, Carole) (Entered: 12/23/2009) |
| Mar. 24, 2010 | 2082 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of Norma Shapiro, IRA. (Neville, Carole) (Entered: 03/24/2010) |
| Apr. 12, 2010 | 2202 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of Lapin Children LLC c/o Eric Ginsburg. (Neville, Carole) (Entered: 04/12/2010) |
| May 6, 2010 | 2253 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of Norma Shapiro Trustee. (Neville, Carole) (Entered: 05/06/2010) |
| June 7, 2010 | 2375 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of Trust U/W/O Philip L. Shapiro. (Neville, Carole) (Entered: 06/07/2010) |
| June 8, 2010 | 2379 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of Barbara J. Berdon. (Neville, Carole) (Entered: 06/08/2010) |
| June 8, 2010 | 2384 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of The Rose Gindel Revocable Trust Agreement. (Neville, Carole) (Entered: 06/08/2010) |
| July 14, 2010 | 2744 | Objection to Trustee's Determination of Claim filed by Carole Neville on behalf of Laura E. Guggenheimer Cole. (Neville, Carole) (Entered: 07/14/2010) |
| Oct. 15, 2010 | 3039 | Objection to Trustee's Determination of Claim filed by Stephen A. Weiss on behalf of Melvyn I. Weiss and Barbara J. Weiss. (Attachments: 1- Exhibit A. New Times Transcript) (Weiss, Stephen) (Entered: 10/15/2010) |

Dated:  New York, New York      Respectfully submitted,
      October 8, 2013

**DENTONS US LLP**

By: _____/s/ Carole Neville_____
     Carole Neville
     1221 Avenue of the Americas
     New York, New York  10020-1089
     Telephone: 212-768-6700
     Facsimile: 212-768-6800

     *Attorneys for Customers set forth on Exhibit A-1*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: _____/s/ Elise S. Frejka_____
     Philip Bentley
     Elise S. Frejka
     Jason Rappaport
     1177 Avenue of the Americas
     New York, New York 10036
     Telephone:  212-715-9100
     Facsimile:  212-715-8000

     *Attorneys for Customers set forth on Exhibit A-2*

**LOEB & LOEB LLP**

By: _____/s/ P. Gregory Schwed_____
     P. Gregory Schwed
     Daniel B. Besikof
     345 Park Avenue
     New York, New York  10154
     Telephone: 212-407-4000
     Facsimile:  212-407-4990

     *Attorneys for Customers set forth on Exhibit A-3*

**SCHULTE ROTH & ZABEL LLP**

By:     /s/ Marcy Ressler Harris
       Marcy Ressler Harris
       Jennifer M. Opheim
       Mark D. Richardson
       919 Third Avenue
       New York, New York  10022
       Telephone: 212.756.2000
       Facsimile:  212.593.5955

*Attorneys for Customers set forth on Exhibit A-4*

**SEEGER WEISS LLP**

By:     /s/ Parvin K. Aminolroya
       Parvin K. Aminolroya
       77 Water Street, 26th Floor
       New York, New York  10005
       Telephone: 212-584-0700
       Facsimile: 212-584-0799

*Attorneys for Customers set forth on Exhibit A-5*

**EXHIBIT A-1**

**DENTONS US LLP**

| DEFENDANTS | ADVERSARY PROCEEDING CASE NO. |
|---|---|
| HAROLD J. HEIN | 10-04861 (BRL) |
| JENNIFER KELMAN | 10-05158 (BRL) |
| BARBARA J. BERDON | 10-04415 (BRL) |
| LAURA E. GUGGENHEIMER COLE | 10-04882 (BRL) |
| SIDNEY COLE | 10-04672 (BRL) |
| THE FREDERICA RIPLEY FRENCH REVOCABLE TRUST, *et al.* | 10-05424 (BRL) |
| ALVIN GINDEL REVOCABLE TRUST, ALVIN GINDEL | 10-04925 (BRL) |
| ROSE GINDEL TRUST, ROSE GINDEL, *et al.* | 10-04401 (BRL) |
| S&L PARTNERSHIP, a New York partnership, *et al.* | 10-04702 (BRL) |
| TOBY T. HOBISH, as an individual and as trustee, *et al.* | 10-05236 (BRL) |
| LAPIN CHILDREN LLC | 10-05209 (BRL) |
| BAM L.P., MICHAEL MANN, *et al.* | 10-04390 (BRL) |
| DAVID R. MARKIN, *et al.* | 10-05224 (BRL) |
| STANLEY T. MILLER | 10-04921 (BRL) |
| THE MURRAY FAMILY TRUST, *et al.* | 10-04510 (BRL) |
| ESTATE OF MARJORIE K. OSTERMAN, *et al.* | 10-04999 (BRL) |
| NEIL REGER PROFIT SHARING KEOGH, NEIL REGER | 10-05384 (BRL) |
| EUGENE J. RIBAKOFF 2006 TRUST, *et al.* | 10-05085 (BRL) |
| SAGE ASSOCIATES, *et al.* | 10-04362 (BRL) |
| SAGE REALTY, *et al.* | 10-04400 (BRL) |
| THE NORMA SHAPIRO REVOCABLE DECLARATION OF TRUST UNDER AGREEMENT DATED 9/16/2008, *et al.* | 10-04486 (BRL) |
| ESTATE OF JACK SHURMAN, *et al.* | 10-05028 (BRL) |
| BARRY WEISFELD | 10-04332 (BRL) |
| Marital Trust Under Article X of Charles D. Kelman Revocable Trust dated May 16, 2001, as Restated and Amended | 10-05261 (BRL) |

**EXHIBIT A-2**

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

| Customer | Customer Claim No. | Adversary Proceeding |
|---|---|---|
| Lillian Berman Goldfarb | 009059 | 10-04366 |
| Carol Nelson & Stanley Nelson J/T WROS | 000480 | 10-04377 |
| Douglas Rimsky | 012150 | 10-04388 |
| Article Third Trust U/W Jeanne Rimsky | 014282 | 10-04388 |
| Malcolm L. Sherman | 014417 | 10-04430 |
| Fred Schwartz & Allyne Schwartz JT WROS | 012137 | 10-04431 |
| AHT Partners, L.P. | 011191 | 10-04439 |
| Greenman Family Foundation | 013434 | 10-04479 |
| Lester Greenman | 011759 | 10-04479 |
| Stewart Katz & Judith Katz J/T WROS | 005511 | 10-04479 |
| Bernard Greenman Marital Deduction Trust U/A/D 3/22/91 | 013433 | 10-04479 |
| Michael Goldstein | 000790 | 10-04482 |
| Michael Goldstein #2 | 000791 | 10-04482 |
| Michael Goldstein #3 | 000792 | 10-04482 |
| Indian Wells Partnership | 014416 | 10-04484 |
| Karen Siff Exkorn | 070171 | 10-04587 |
| Shirley S. Siff Trust 1989 DTD 12/02/89 | 014422 | 10-04641 |
| Carol Nelson | 000495 | 10-04658 |
| NTC & CO FBO Carol Nelson | 000531 | 10-04658 |
| NTC & CO FBO Robert M. Siff | 011614 | 10-04705 |
| Lawrence A. Siff | 013410 | 10-04745 |
| NTC & CO FBO Kay Morrissey | 011200 | 10-04767 |
| Ludmilla Goldberg | 000794 | 10-04811 |
| Heller Bros Partnership Ltd. | 013890 | 10-04863 |
| NTC & CO FBO James Morrissey | 011199 | 10-04874 |
| Susan Axelrod | 000222 | 10-05066 |
| D Stone Industries Inc. Profit Sharing Plan | 014303 | 10-05068 |
| Bertram Bromberg Trust UAD 5/26/06 | 009098 | 10-05080 |
| Gloria Bromberg Trust UAD 5/26/06 | 003174 | 10-05080 |
| NTC & CO FBO Bertram Bromberg | 009097 | 10-05080 |
| Susan Jane Stone | 070198 | 10-05084 |
| Daniel Stone | 009029 | 10-05084 |
| Harry Schick | 000330 | 10-05096 |
| NTC & CO FBO Robert M. Siff | 011615 | 10-05100 |
| Jeffrey H. Fisher Separate Property Revocable Trust DTD 6/7/2007 | 014280 | 10-05247 |
| Stanley I Lehrer & Stuart M Stein JT WROS | 004003 | 10-05259 |

| Customer | Customer Claim No. | Adversary Proceeding |
|---|---|---|
| David A. Wingate | 009781 | 10-05327 |
| Marc B. Fisher | 010658 | 10-05336 |
| Trust U/W/O H Thomas Langbert FBO Evelyn Langbert | 012232 | 10-05382 |
| Evelyn Langbert | 011197 | 10-05382 |
| Mark & Carol Enterprises Inc. | 013453 | 10-05432 |
| NTC & CO FBO Mark T. Lederman | 013452 | 10-05432 |
| CAJ Associates LP | 013291 | 10-05440 |
| Jewish Association for Services for the Aged | 011196 | 11-02773 |

## EXHIBIT A-3

**LOEB & LOEB LLP**

| Customer | Customer Claim No. | Adversary Proceeding |
|---|---|---|
| MBE Preferred Limited Partnership | 014302 | 10-04952 |
| SEW Preferred Limited Partnership | 014160 | 10-04945 |
| Alan L. Aufzien | 004252 | 10-04483 |
| Norma K. Aufzien | 004252 | 10-04483 |
| Leslie Aufzien Levine | 005557 | 10-04483 |
| Lisa Aufzien | 004170 | 10-04483 |
| Meredith Aufzien Bauer | 004901 | 10-04483 |
| Jonathan M. Aufzien | 003407 | 10-04483 |

## EXHIBIT A-4

### SCHULTE ROTH & ZABEL LLP

| Customer | Customer Claim No. | Adversary Proceeding |
|---|---|---|
| HHI Investment Trust #2 | 013546 | 10-05404 |

**EXHIBIT A-5**

**SEEGER WEISS LLP**

| Customer | Account No. | Customer Claim No. | Objection Docket No. |
|---|---|---|---|
| Melvyn I. Weiss and Barbara J. Weiss | 1CM241 | 014261 | 3039 |
| Gary M. Weiss | 1CM281 | 010541 | 816 |
| Leslie Weiss | 1CM277 | 008654 | 717 |