Marc J. Kurzman (MK 2962)
SANDAK HENNESSEY & GRECO, LLP
707 Summer Street, 3rd Floor
Stamford, CT 06901
Tel: (203) 425-4200
Fax: (203) 325-8608
Email: mkurzman@shglaw.com

Peter N. Wang (PW 9216)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Phone: (212) 682-7474
Fax: (212) 687-2329
E-mail: pwang@foley.com

*Co-Counsel for Orthopaedic Specialty Group, P.C. Defined Contribution Pension Plan Participants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff, | |
| v. | Adv. Pro. No. 08-01789 (BRL) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | (Substantially Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

The OSG Individual Plan Participants listed on Exhibit A attached, having filed an objection (the "Objection", Docket No. 3195) to the Trustee's Notice of Determination

respecting their Claimants' customer claims, hereby give notice that they have withdrawn such Objection.

Dated: October 10, 2013

/s/ *Marc J. Kurzman*
Marc J. Kurzman (MK 2962)
SANDAK HENNESSEY & GRECO, LLP
707 Summer Street, 3rd Floor
Stamford, CT 06901
Tel: (203) 425-4200
Fax: (203) 325-8608
E-mail:mkurzman@shglaw.com

and

Peter N. Wang
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Fax: (212) 687-2329
E-mail:pwang@foley.com

*Co-Counsel for Orthopaedic Specialty Group, P.C.*
*Defined Contribution Pension Plan Participants*

# EXHIBIT A

## OSG 401(k) Pension Plan
## Individual Participants
## Withdrawing Their Objections

| Claimants | Claim Number |
|---|---|
| Henry A. Backe | 006683 |
| Joan Marie Bjork | 006689 |
| Barbara Butler | 006693 |
| William Cimino | 006700 |
| Nanci Commaille | 006703 |
| Kathy DeLucia | 006710 |
| Cynthia Fournier | 006716 |
| Scott Gallant | 006718 |
| Valerie Giarrantano | 006719 |
| Nancy Heske | 006728 |
| Daniela Kalapir | 006731 |
| Patrick Kwok | 006735 |
| Lauren Lorenzo | 006743 |
| Karen Makar | 006744 |
| Basia Pagulek | N/A |
| Caroline Panapada | 006758 |
| Eve Santos | 006776 |
| Kathie Viola | 006794 |

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Case No. 12-cv-01139(DLC) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October 2013, I electronically filed with the Clerk of the Court of the U.S. District Court for the Southern District of New York the foregoing Notice of Withdrawal of Objection using the CM/ECF system. Service will be accomplished on all registered CM/ECF users who have appeared in this action by the CM/ECF system.

Additionally, copies of the foregoing Notice of Appearance have been sent via email to the following counsel of record:

Irving H. Picard
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111
Email: jrose@bakerlaw.com

Josephine Wang, Esq.
Securities Investor Protection Corporation
805 15th Street NW
Suite 800
Washington, D.C. 20005
Email: jwang@sipc.org
       kbell@sipc.org


Dated:  Stamford, Connecticut
        October 10, 2013

                                    */s/ Marc J. Kurzman*
                                    Marc J. Kurzman (MK2962)
                                    SANDAK HENNESSEY & GRECO
                                    707 Summer Street
                                    Stamford, Connecticut 06901
                                    Telephone: (203) 425-4200
                                    Facsimile: (203) 325-8608
                                    Email: mkurzman@shglaw.com