STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Claimant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
SECURITIES INVESTOR PROTECTION            Adv. Proc. No.
CORPORATION,                              08-01789 (BRL)

       Plaintiff-Applicant,              SIPA LIQUIDATION

       v.                                (Substantively
                                          Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

       Defendant.
-----------------------------------------x
In Re:

BERNARD L. MADOFF,

       Debtor.
-----------------------------------------x

### CERTIFICATE OF SERVICE

PAULA J. WARMUTH does hereby affirm under the penalties of perjury:

I am not a party to this action.  I am over the age of 21 years.  I reside at 2 Eighth Street, Farmingville, New York.  I am duly admitted to practice law in the State of New York and in the Southern District of New York.  On October 11, 2013, I

most-137

caused a true and correct copy of the Fed. R. Bankr. P. 8006 Statement of Issues and Designation of Record on Appeal to be electronically filed with the Court and served upon the parties to this action who receive electronic service through ECF. I also served the Fed. R. Bankr. P. 8006 Statement of Issues and Designation of Record on Appeal on the following parties via First Class Mail:

John W. Avery
Dominick V. Freda
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549

Alistaire Bambach
Patricia Schrage
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281

David Gross, *pro se*
7248 Ballantrae Ct.
Boca Raton, FL 33496

Dated:   Farmingville, NY
         October 11, 2013

                    STIM & WARMUTH, P.C.

          By: /s/
              PAULA J. WARMUTH
              Attorney for Claimant,
              Michael Most
              2 Eighth Street
              Farmingville, NY 11738
              Telephone:  631-732-2000
              Facsimile:  631-732-2662
              Paula J. Warmuth
              Email:  pjw@stim-warmuth.com
              Glenn P. Warmuth
              Email:  gpw@stim-warmuth.com