STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

Attorneys for Claimant


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SECURITIES INVESTOR PROTECTION          Adv. Proc. No.
CORPORATION,                            08-01789 (BRL)

                 Plaintiff-Applicant,   SIPA LIQUIDATION

        v.                              (Substantively
                                         Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                 Defendant.
------------------------------------x
In Re:

BERNARD L. MADOFF,

                 Debtor.
------------------------------------x

                 CERTIFICATE OF SERVICE

     PAULA J. WARMUTH does hereby affirm under the penalties of

perjury:

     I am not a party to this action.  I am over the age of 21

years.  I reside at 2 Eighth Street, Farmingville, New York.  I

am duly admitted to practice law in the State of New York and

in the Southern District of New York.  On October 11, 2013, I

most-137

caused a true and correct copy of the Civil Cover Sheet to be electronically filed with the Court and served upon the parties to this action who receive electronic service through ECF. I also served the Civil Cover Sheet on the following parties via First Class Mail:

John W. Avery
Dominick V. Freda
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549

Alistaire Bambach
Patricia Schrage
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281

David Gross, *pro se*
7248 Ballantrae Ct.
Boca Raton, FL 33496

Dated:    Farmingville, NY
          October 11, 2013

                    STIM & WARMUTH, P.C.


               By: /s/
                    PAULA J. WARMUTH
                    Attorney for Claimant,
                    Michael Most
                    2 Eighth Street
                    Farmingville, NY 11738
                    Telephone:  631-732-2000
                    Facsimile:  631-732-2662
                    Paula J. Warmuth
                    Email:  pjw@stim-warmuth.com
                    Glenn P. Warmuth
                    Email:  gpw@stim-warmuth.com