BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 16, 2013 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**1. SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

A. Twelfth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary

        Expenses Incurred from December 1, 2012 through April 30, 2013 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 12/1/2012 to 4/30/2013, fee: $46,775,739.15, expenses: $1,347,334.97, filed by Baker & Hostetler LLP (Filed: 9/23/2013) [Docket No. 5490]

B.    Eleventh Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through April 30, 2013 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 12/1/2012 to 4/30/2013, fee: $1,629,622.00, expenses: $9,539.18, filed by Windels Marx Lane & Mittendorf, LLP (Filed: 9/23/2013) [Docket No. 5491]

C.    Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through April 30, 2013 for Schiltz & Schiltz, Special Counsel, period: 12/1/2012 to 4/30/2013, fee: $66,279.97, expenses: $4,308.20, filed by Schiltz & Schiltz (Filed: 9/23/2013) [Docket No. 5492]

D.    Application of Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through April 30, 2013 for Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.), Special Counsel, period: 12/1/2012 to 4/30/2013, fee:$33,237.00, expenses: $900.65, filed by Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) (Filed: 9/23/2013) [Docket No. 5493]

E.    Application of Soroker - Agmon as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through April 30, 2013 for Sorokor - Agmon, Special Counsel, period: 12/1/2012 to 4/30/2013, fee: $398,386.25, expenses: $9,883.93, filed by Sorokor - Agmon (Filed: 9/23/2013) [Docket No. 5494]

F.    Application of Graf & Pitkowitz Rechtsanwalte GmbH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through April 30, 2013 for Graf & Pitkowitz Rechtsanwalte GmbH, Special Counsel, period: 12/1/2012 to 4/30/2013, fee: $642,544.02, expenses: $76,918.91, filed by Graf & Pitkowitz Rechtsanwalte GmbH (Filed: 9/23/2013) [Docket No. 5495]

G.    Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through April 30, 2013 for SCA Creque, Special Counsel, period: 12/1/2012 to 4/30/2013, fee: $5,590.05, expenses: $174.50, filed by SCA Creque (Filed: 9/23/2013) [Docket No. 5496]

H.     Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through April 30, 2013 for Young, Conaway, Stargatt & Taylor, LLP, Special Counsel, period: 12/1/2012 to 4/30/2013, fee: $38,026.35, expenses: $1,401.38, filed by Young, Conaway, Stargatt & Taylor, LLP (Filed: 9/23/2013) [Docket No. 5497]

I.     Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through April 30, 2013 for Williams, Barristers & Attorneys, Special Counsel, period: 12/1/2012 to 4/30/2013, fee:$159,419.08, expenses: $0.00, filed by Williams, Barristers & Attorneys (Filed: 9/23/2013) [Docket No. 5498]

J.     Application of Taylor Wessing as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through April 30, 2013 for Taylor Wessing, Special Counsel, period: 12/1/2012 to 4/30/2013, fee: $5,825,888.90, expenses: $3,250,037.23, filed by Taylor Wessing (Filed: 9/23/2013) [Docket No. 5499]

K.     Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through April 30, 2013 for UGGC & Associes, Special Counsel, period: 12/1/2012 to 4/30/2013, fee: $175,812.50, expenses: $717.59, filed by UGGC & Associes (Filed: 9/23/2013) [Docket No. 5500]

L.     Application of Triay Stagnetto Neish as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through April 30, 2013 for Triay Stagnetto Neish, Special Counsel, period: 12/1/2012 to 4/30/2013, fee: $99,982.03, expenses: $4,035.89, filed by Triay Stagnetto Neish (Filed: 9/23/2013) [Docket No. 5501]

M.     Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through April 30, 2013 for Werder Vigano, Special Counsel, period: 12/1/2012 to 4/30/2013, fee: $5,792.27, expenses: $0, filed by Werder Vigano (Filed: 9/23/2013) [Docket No. 5502]

N.     Application of Greenfield Stein & Senior, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through April 30, 2013 for Greenfield Stein & Senior, LLP, Special Counsel, period: 12/1/2012 to 4/30/2013, fee: $2,270.25, expenses: $25.65, filed by Greenfield Stein & Senior, LLP (Filed: 9/23/2013) [Docket No. 5503]

O. Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through April 30, 2013 for Browne Jacobson, LLP, Special Counsel, period: 12/1/2012 to 4/30/2013, fee: $214,820.72, expenses: $35,148.00, filed by Browne Jacobson, LLP
(Filed: 9/23/2013) [Docket No. 5504]

P. Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through April 30, 2013 for Eugene F. Collins, Special Counsel, period: 12/1/2012 to 4/30/2013, fee: $1,397.62, expenses: $0.00, filed by Eugene F. Collins (Filed: 9/23/2013) [Docket No. 5505]

Q. Application of Kugler Kandestein, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2012 through April 30, 2013 for Kugler Kandestin, L.L.P., Special Counsel, period: 12/1/2012 to 4/30/2013, fee: $982.24, expenses: $4.98, filed by Kugler Kandestin, L.L.P (Filed: 9/23/2013) [Docket No. 5506]

R. Application of Ritter & Ritter Advokatur as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from January 15, 2013 through April 30, 2013 for Ritter & Ritter Advokatur, Special Counsel, period: 1/15/2013 to 4/30/2013, fee: $70,665.69, expenses: $544.56, filed by Ritter & Ritter Advokatur
(Filed: 9/23/2013) [Docket No. 5507]

S. Application of Bedell Cristin Guernsey Partnership as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 5, 2013 through April 30, 2013 for Bedell Cristin Guernsey Partnership, Special Counsel, period: 4/5/2013 to 4/30/2013, fee: $7,851.97, expenses: $27.56, filed by Bedell Cristin Guernsey Partnership
(Filed: 9/23/2013) [Docket No. 5508]

T. Application of Munari Giudici Maniglio Panfili E Associati as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from March 21, 2013 through April 30, 2013 for Munari Giudici Maniglio Panfili E Associati, Special Counsel, period: 3/21/2013 to 4/30/2013, fee: $2,651.72, expenses: $0.00, filed by Munari Giudici Maniglio Panfili E Associati (Filed: 9/23/2013) [Docket No. 5509]

<u>Related Documents</u>:

1. Notice of Hearing on Twelfth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from December 1, 2012 through April 30, 2013 (related document

- 4 -

5490, 5491, 5492, 5493, 5494, 5495, 5496, 5497, 5498, 5499, 5500, 5501, 5502, 5503, 5504, 5505, 5506, 5507, 5508, 5509) filed by David J. Sheehan (Filed: 9/23/2013) [Docket No. 5510]

2. Affidavit of Service of Notice of Hearing on Twelfth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from December 1, 2012 through April 30, 2013 filed by David J. Sheehan (Filed: 9/23/2013) [Docket No. 5512]

Responses Filed:

3. Recommendation of the Securities Investor Protection Corporation in Support of Seventh Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation
(Filed: 10/09/2013) [Docket No. 5531]

4. Recommendation of the Securities Investor Protection Corporation in Support of Seventh Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation
(Filed: 10/09/2013) [Docket No. 5533]

5. Recommendation of the Securities Investor Protection Corporation in Support of the Eleventh Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation
(Filed: 10/09/2013) [Docket No. 5534]

6. Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation
(Filed: 10/09/2013) [Docket No. 5535]

7. Recommendation of the Securities Investor Protection Corporation in Support of Twelfth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses (related document(s)5490) filed by Josephine Wang on behalf of Securities Investor Protection Corporation
(Filed: 10/10/2013) [Docket No. 5536]

Objections Due:          October 7, 2013

Objections Filed:        NONE

- 5 -

300300744

<u>Status</u>: This matter is going forward.

| | |
|---|---|
| Dated: New York, New York<br>October 15, 2013 | Respectfully submitted,<br><br>*/s/ David J. Sheehan*<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Seanna R. Brown<br>Email: sbrown@bakerlaw.com<br>Heather R. Wlodek<br>Email: hwlodek@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |