UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv Pro. No. 08-1789 (BRL) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

------------------------------------------------------- X

In re:

Bernard L. Madoff,

        Debtor.

------------------------------------------------------- X

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04601 (BRL) |
| Plaintiff, | |
| v. | |
| Laurence E. Leif, | |
| Defendant. | |

-------------------------------------------------------X

## ORDER DIRECTING MEDIATION

**To:**    BAKER & HOSTETLER LLP
        45 Rockefeller Plaza
        New York, NY 10111
        Attn: Marc E. Hirschfield
             Heather J. McDonald

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

        Laurence E. Leif
        P.O. Box 741646
        Boyton Beach, FL 33474

*Pro Se*

MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
Attn: Matthew A Kupillas

*Attorneys for Laurence E. Leif in Adversary Proceeding 10-04601*

**WHEREAS**, Laurence E. Leif ("Leif"), represented by Milberg LLP, is a defendant in an adversary proceeding (the "Adversary Proceeding") brought by Irving H. Picard (the "Trustee"), as trustee for the SIPA liquidation of Bernard L. Madoff Investment Securities LLC; and

**WHEREAS**, Leif, acting *pro se*, has objected to the Trustee's determination of the SIPA claim filed by Leif (the "Claim Dispute"); and

**WHEREAS**, the Court has reviewed letter submissions by Leif and the Trustee regarding the disputes; and

**WHEREAS**, upon due consideration, the Court finds that the disputes could possibly be resolved by mediation in the court-annexed mediation program; and

**WHEREAS**, upon due consideration, the Court finds that there are special issues presented which suggest reference to an appropriately experienced mediator;

**THEREFORE,** it is **ORDERED** that the Claim Dispute and the Adversary Proceeding are referred to mediation pursuant to the "Adoption Of Procedures Governing Mediation Of Matters And The Use Of Early Neutral Evaluation And Mediation/Voluntary Arbitration In Bankruptcy Cases And Adversary Proceedings," docketed December 1, 2009, and any amendments thereto (the "General Order") and pursuant to the Litigation Case Management Procedures For Avoidance Actions, *see* Case No. 08-1789, Dkt. No. 3141; and it is further

      **ORDERED** that Melanie L. Cyganowski, Esq. is appointed to serve as the mediator for the parties in accordance with General Order § 2.2 B

Dated: October 21, 2013
      New York, New York



/s/ Burton R. Lifland
_____
Burton R. Lifland
United States Bankruptcy Judge