**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Amy Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**TRUSTEE'S COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND COUNTER-STATEMENT OF THE ISSUES TO <u>BE PRESENTED ON APPEAL</u>**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellee Irving H. Picard ("Trustee"), trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq*. ("SIPA"), and the estate of Bernard Madoff individually, hereby submits the following counter-designation of additional items to be included in the record on appeal (the "Counter-Designation") and counter-statement of the issues to be presented on appeal (the "Counter-Statement") in connection with the appeals filed on September 24, 27 and 28, 2013 (ECF Nos. 5516, 5517, 5522, and 5523) on behalf of certain customers (the "Appellants") from the Memorandum Decision and Order Granting, to the Extent Set Forth Herein, the Trustee's Motion for an Order Affirming the Trustee's Calculation of New Equity and Denying Time-Based Damages (the "Order"), entered by the United States Bankruptcy Court for the Southern District of New York (Lifland, J.) on September 10, 2013 (ECF No. 5463), and respectfully submits as follows:

## COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

The Trustee hereby counter-designates the following items to be included in the record on appeal:

***SIPC v. BLMIS*, 08-1789-BRL (Bankr. S.D.N.Y.) (Time-Based Damages Filings)**

| **Filed On:** | **Docket No.** | **Docket Text** |
|---|---|---|
| 12/23/2008 | 12 | Order signed on 12/23/2008 on Application for an Entry of an Order Approving Form and Manner of Publication and Mailing of Notices, Specifying Procedures For Filing, Determination, and Adjudication of Claims; and Providing Other Relief (Related Doc # 8 ). (Saenz De Viteri, Monica) (Entered: 12/23/2008) |

| **Filed On:** | **Docket No.** | **Docket Text** |
|---|---|---|
| 02/10/2009 | 80 | Motion for an Order Modifying the December 23, 2008 Order Establishing Deadlines for the Filing of Customer Claims (related document(s)79) filed by Philip Bentley on behalf of Lucerne Foundation, Collingwood Enterprises and Douglas Rimsky with hearing to be held on 2/24/2009 at 10:00 AM at Courtroom 623 (BRL) Responses due by 2/20/2009, (Attachments: 1 Exhibit Exhibits A-I2 Proposed Order) (Bentley, Philip) (Entered: 02/10/2009) |
| 02/20/2009 | 113 | Response of the Unofficial Claims Committee in Opposition to Motion for an Order Modifying the Dec. 23, 2008 Order Establishing Claims Deadlines (related document(s) 80) filed by Jonathan M. Landers on behalf of Ruth E. Goldstein, June Pollack. (Landers, Jonathan) (Entered: 02/20/2009) |
| 02/20/2009 | 114 | Response of the Securities Investor Protection Corporation in Opposition to Motion of Lucerne Foundation, et al., for Order Creating Exception to Customer Claims Filing Deadline (related document(s) 80) filed by Josephine Wang on behalf of Securities Investor Protection Corporation. (Attachments: 1 Certificate of Service) (Wang, Josephine) (Entered: 02/20/2009) |
| 02/20/2009 | 115 | Trustee’s Objection to Motion for an Order Modifying the December 23, 2008 Order Establishing Deadlines For the Filing of Customer Claims (related document(s) 80) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 02/20/2009) |
| 02/23/2009 | 117 | Reply in Further Support of Motion for an Order Modifying the December 23, 2008 Order Establishing Deadlines for the Filing of Customer Claims (related document(s) 80) filed by Philip Bentley on behalf of Lucerne Foundation, Collingwood Enterprises and Douglas Rimsky. (Bentley, Philip) (Entered: 02/23/2009) |
| 2/24/2009 | 124 | Memorandum Decision And Order Denying Motion To Modify Order Establishing Deadlines For The Filing Of Customer Claims (related document(s)80). (Saenz De Viteri, Monica) (Entered: 02/24/2009) |

| Filed On: | Docket No. | Docket Text |
|---|---|---|
| 2/25/2009 | 171 | Transcript regarding Hearing Held on 2/24/09 RE: Motion for Order Pursuant to Section 78eee(b)(5) os[sic] SIPA, Sections 105, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 (a) and Local Bankruptcy Rule 2016-1 Establishing Procedures Governing Interim Monthly Compensation of Trustee and BAnker[sic] & Hostetler, LLP, et al. Remote electronic access to the transcript is restricted until 5/26/2009. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/4/2009. Statement of Redaction Request Due By 3/18/2009. Redacted Transcript Submission Due By 3/30/2009. Transcript access will be restricted through 5/26/2009. (Richards, Beverly) (Entered: 04/21/2009) |
| 7/17/2012 | 4920 | Motion for Order Scheduling Hearing on Trustee's Motion Affirming Denial of Time-Based Damages Adjustment to Customer Claims filed by David J. Sheehan on behalf of Irving H. Picard with hearing to be held on 8/9/2012 at 10:00 AM at Courtroom 623 (BRL) Objections due by 8/2/2012, (Attachments: # 1 Proposed Order)(Sheehan, David) (Entered: 07/17/2012) |
| 7/17/2012 | 4921 | Affidavit of Service of Motion for Order Scheduling Hearing on Trustee's Motion Affirming Denial of Time-Based Damages Adjustment to Customer Claims (related document(s) 4920) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 07/17/2012) |
| 7/18/2012 | 4925 | Affidavit of Service Affidavit of Mailing of Notice for July 17, 2012 of Motion for Order and Motion for Order Scheduling Hearing on Trustees Motion Affirming Denial of Time-Based Damages Adjustment to Customer Claims, and [Proposed] Scheduling Order (related document(s) 4920) filed by John J Collins Jr. on behalf of AlixPartners LLP. (Collins, John) (Entered: 07/18/2012) |
| 8/2/2012 | 4957 | Response To Trustee's Motion For Order Setting Common Briefing Schedule To Address Time-Based Adjustment Issues (related document(s) 4920) filed by Marcy R. Harris on behalf of HHI Investment Trust #2; King Harris, in his fiduciary capacity; Katherine P. Harris, in her fiduciary capacity; Toni H. Paul, in her fiduciary capacity; Denise Saul, in her fiduciary capacity; S. (Harris, Marcy) (Entered: 08/02/2012) |
| 8/6/2012 | 4963 | Notice of Adjournment of Scheduling Hearing on Trustee's Motion Affirming Denial of Time-Based Damages Adjustment to Customer Claims (related document(s) 4920) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 08/06/2012) |

| Filed On: | Docket No. | Docket Text |
|---|---|---|
| 8/22/2012 | 4996 | Affidavit of Service of Notice of Adjournment of Scheduling Hearing on Trustee's Motion Affirming Denial of Time-Based Damages Adjustment to Customer Claims (related document(s) 4963) filed by Marc E. Hirschfield on behalf of Irving H. Picard. (Hirschfield, Marc) (Entered: 08/22/2012) |
| 8/24/2012 | 5001 | Trustee's Reply to Objections to Trustee's Motion for an Order to Schedule Hearing on Time-Based Damages Issue (related document(s) 4920, 4952, 4957) filed by Jorian L. Rose on behalf of Irving H. Picard. with hearing to be held on 8/29/2012 at 10:00 AM at Courtroom 623 (BRL) (Attachments: # 1 Exhibit A# 2 Exhibit B) (Rose, Jorian) (Entered: 08/24/2012) |
| 8/24/2012 | 5002 | Affidavit of Service of Trustee's Reply to Objections to Trustee's Motion for an Order to Schedule Hearing on Time-Based Damages Issue (related document(s) 5001) filed by Marc E. Hirschfield on behalf of Irving H. Picard. (Hirschfield, Marc) (Entered: 08/24/2012) |
| 8/27/2012 | 5004 | Response to Trustee's Reply to Objections to Trustee's Motion for an Order to Schedule Hearing on Time-Based Adjustment Issues (related document(s) 5001, 4290, 4957) filed by Marcy R. Harris on behalf of HHI Investment Trust #2 and Defendants Listed on Exhibit A. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Harris, Marcy) (Entered: 08/27/2012) |
| 8/28/2012 | 5005 | Notice of Adjournment of Hearing on Motion for Order Scheduling Hearing on Trustee's Motion Affirming Denial of Time-Based Damages Adjustment to Customer Claims (related document 4920) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 08/28/2012) |
| 8/28/2012 | 5007 | Affidavit of Service of Notice of Adjournment of Hearing on Motion for Order Scheduling Hearing on Trustee's Motion Affirming Denial of Time-Based Damages Adjustment to Customer Claims and Notice of Agenda for Matters Scheduled for Hearing on August 29, 2012 at 10:00 A.M. (related document(s) 5006, 5005) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 08/28/2012) |
| 8/30/2012 | 5009 | Trustee's Reply to Second HHI Objection to Trustee's Motion for an Order to Schedule Hearing on Time-Based Damages Issue (related document(s) 4920, 5004, 4957) filed by David J. Sheehan on behalf of Irving H. Picard. with hearing to be held on 9/5/2012 at 10:00 AM at Courtroom 623 (BRL) (Attachments: # 1 Exhibit A) (Sheehan, David) (Entered: 08/30/2012) |
| 8/30/2012 | 5011 | Affidavit of Service of Trustee's Reply to Second HHI Objection to Trustee's Motion for an Order to Schedule Hearing on Time-Based Damages Issue (related document(s) 5009) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 08/30/2012) |
| 09/05/2012 | 5022 | Scheduling Order signed on 9/5/2012. (Entered: 09/05/2012) |

| **Filed On:** | **Docket No.** | **Docket Text** |
|---|---|---|
| 11/7/2012 | 5069 | Notice of Adjournment for Time-Based Damages Issue (related document(s) 5038) filed by Jorian L. Rose on behalf of Irving H. Picard. with hearing to be held on 2/13/2013 (check with court for location) Objections due by 12/3/2012, (Rose, Jorian) (Entered: 11/07/2012) |
| 12/3/2012 | 5118 | Objection to Motion /Trustee's Motion for an Order Affirming Trustee's Calculations of Net Equity and Denying Time-Based Damages (related document(s) 5038) filed by Bruce Buechler on behalf of Irrevocable Charitable Remainder Trust of Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Trust. (Attachments: # 1 Exhibit A and Exhibit B) (Buechler, Bruce) (Entered: 12/03/2012) |
| 12/3/2012 | 5120 | Memorandum of Law In Opposition (related document(s) 5038) filed by Paula J. Warmuth on behalf of Michael Most. (Attachments: # 1 Exhibit A - Part One# 2 Exhibit A - Part Two# 3 Exhibit A - Part Three) (Warmuth, Paula) (Entered: 12/03/2012) |
| 12/3/2012 | 5122 | Response to Motion -- Memorandum for MUUS Independence Fund LP and Michael W. Sonnenfeldt in Response to the Trustees Time-Based Damages Motion (related document(s) 5038) filed by Robert J. Kaplan on behalf of Muus Independence Fund LP, Michael W. Sonnenfeldt. (Kaplan, Robert) (Entered: 12/03/2012) |
| 12/3/2012 | 5125 | Opposition by Samdia Family LP to Trustee's Time Based Damages Motion (related document(s) 5038) filed by Joel L. Herz on behalf of Samdia Family, LP. (Herz, Joel) (Entered: 12/03/2012) |

| **Filed On:** | **Docket No.** | **Docket Text** |
|---|---|---|
| 12/3/2012 | 5126 | Objection to Motion (related document(s) 5038) filed by Andrew Howard Sherman on behalf of 1994 Trust for the Children of Stanley and Pamela Chais, 1996 Trust for the Children of Stanley and Pamela Chais, 1999 Trust for the Grandchildren of Stanley and Pamela Chais, Ari Chais 1999 Trust, Ari Chais Transferee Trust No. 1, Benjamin Paul Chasalow 1999 Trust, Benjamin Paul Chasalow Transferee Trust No. 1, Emily Chais, Mark Chais, William Chais, Wrenn Chais, Chais Investments, Ltd., Chais Management, Inc., Chais Management, Ltd., Chais Venture Holdings, Chloe Frances Chais 1994 Trust, Chloe Frances Chais Transferee Trust No. 1, Emily Chais 1983 Trust, Emily Chais Issue Trust No. 1, Emily Chais Issue Trust No. II, Emily Chais Trust No. 2, Emily Chais Trust No. 3, Jonathan Wolf Chais 1996 Trust, Jonathon Wolf Chais Trust, Justin Robert Chasalow 1999 Trust, Justin Robert Chasalow Transferee Trust No. 1, Madeline Celia Chais 1992 Trust, Madeline Chais Transferee Trust No. 1, Mark Hugh Chais 1983 Trust, Mark Hugh Chais Issue Trust No. I, Mark Hugh Chais Issue Trust No. II, Mark Hugh Chais Trust No. 2, Mark Hugh Chais Trust No. 3, Onondaga, Inc., Onondaga, Inc. Pension Plan, Rachel Allison Chasalow 1999 Trust, Rachel Allison Chasalow Transferee Trust No. 1, Tali Chais 1997 Trust, Tali Chais Transferee Trust No. 1, Unicycle Corporation, Unicycle Trading Company, William & Wrenn Chais 1994 Family Trust, William Frederick Chais 1983 Trust, William Frederick Chais Issue Trust No. I, William Frederick Chais Issue Trust No. II, William Frederick Chais Trust No. 2, William Frederick Chais Trust No. 3. (Sherman, Andrew) (Entered: 12/03/2012) |
| 12/3/2012 | 5127 | Opposition Brief Memorandum Of Law Of Customer-Claimant The Kostin Co. In Opposition To The Trustee's Motion For An Order Affirming Trustee's Calculations of Net Equity And Denying Time-Based Damages (related document(s) 5038) filed by Bernard J. Garbutt III on behalf of The Kostin Company. (Garbutt, Bernard) (Entered: 12/03/2012) |
| 12/3/2012 | 5128 | Declaration Of Bernard J. Garbutt III In Support Of The Kostin Co.'s Memorandum Of Law filed by Bernard J. Garbutt III On Behalf Of The Kostin Company. (Entered: 12/3/2012) |
| 12/3/2012 | 5129 | [Reply To Motion] Customers' Objection To Trustee's Motion For An Order Denying Time-Based Damages filed by Helen Davis Chaitman On Behalf Of Marsha Peshkin et al. (Entered: 12/3/2012) |
| 12/3/2012 | 5130 | Declaration Of Helen Davis Chaitman In Support Of Customers' Objection To Trustee's Motion For An Order Denying Time-Based Damages filed by Helen Chaitman On Behalf Of Marsha Peshkin. (Entered: 12/3/2012) |

| Filed On: | Docket No. | Docket Text |
|---|---|---|
| 12/3/2012 | 5131 | Objection to Motion Customers' Objection to Trustee's Motion for an Order Denying Time-Based Damages (related document(s) 5038) filed by Helen Chaitman on behalf of Marsha Peshkin. (Chaitman, Helen) (Entered: 12/03/2012) |
| 12/3/2012 | 5140 | Amended Declaration Of Helen Davis Chaitman In Support Of Customers' Objection To Trustee's Motion For An Order Denying Time-Based Damages filed by Helen Davis Chaitman On Behalf Of Marsha Peshkin. (Entered: 12/3/2012) |
| 12/3/2012 | 5141 | Letter To Judge Lifland By Richard A. Kirby On Behalf Of Estate Of Doris M. Pearlman. (Entered: 12/7/2012) |
| 1/8/2013 | 5191 | Objection to Trustee's Motion for an Order Denying Time-Based Damages filed by David Gross. (Rouzeau, Anatin) (Entered: 01/08/2013) |

***SIPC v. BLMIS*, 08-1789-BRL (Bankr. S.D.N.Y.) (Net Equity Filings)**

| Filed On: | Docket No. | Docket Text |
|---|---|---|
| 10/16/2009 | 519 | Memorandum of Law of the Securities Investor Protection Corporation in Support of Trustee's Motion for an Order Upholding Trustee's Determination Denying "Customer" Claims for Amounts Listed on Last Statement, Affirming Trustee's Determination of Net Equity, and Expunging Those Objections with Respect to the Determinations Relating to Net Equity filed by Josephine Wang on behalf of Securities Investor Protection Corporation. (Wang, Josephine) (Entered: 10/16/2009) |
| 10/16/2009 | 520 | Declaration of Hemant Sharma (related document(s)519) filed by Josephine Wang on behalf of Securities Investor Protection Corporation. (Wang, Josephine) (Entered: 10/16/2009) |
| 10/16/2009 | 524 | Motion for Objection to Claim(s) /Trustee's Motion For an Order Upholding Trustee's Determination Denying Customer Claims' For Amounts Listed on Last Statement, Affirming Trustee's Determination of Net Equity, and Expunging Those Objections With Respect to The Determinations Relating To Net Equity filed by David J. Sheehan on behalf of Irving H. Picard. (Attachments: 1 Declaration of Joseph Looby in Support of Trustee's Motion 2 Declaration of Bik Cheema in Support of Trustee's Motion 3 Declaration of Seanna R. Brown in Support of Trustee's Motion 4 Exhibit A to Brown Declaration 5 Exhibit B to Brown Declaration 6 Exhibit C to Brown Declaration) (Sheehan, David) (Entered: 10/16/2009) |

| Filed On: | Docket No. | Docket Text |
|---|---|---|
| 10/16/2009 | 525 | Memorandum of Law in Support of Trustee's Motion For an Order Upholding Trustee's Determination Denying "Customer" Claims For Amounts Listed on Last Customer Statement, Affirming Trustee's Determination of Net Equity, and Expunging Those Objections With Respect To The Determinations Relating To Net Equity (related document(s) 524) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 10/16/2009) |
| 10/19/2009 | 530 | Motion for Objection to Claim(s) /Exhibit A to the Trustee's Motion for an Order Upholding Trustee's Determination Denying Customer Claims' For Amounts Listed on Last Statement, Affirming Trustee's Determination of Net Equity and Expunging Those Objections With Respect to The Determinations Relating to Net Equity (related document(s) 524) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 10/19/2009) (Entered: 10/19/2009) |
| 01/15/2010 | 1773 | Memorandum of Law /Reply Brief In Support of Trustee's Motion For An Order Upholding Trustee's Determination Denying "Customer" Claims For Amounts Listed On Last Customer Statement, Affirming Trustee's Determination Of Net Equity, And Expunging Those Objections With Respect To The Determinations Relating To Net Equity (related document(s) 12, 524, 437, 525) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 01/15/2010) |
| 01/15/2010 | 1774 | Declaration of Seanna R. Brown in Support of Trustee's Reply Brief in Support of The Trustee's Motion For an Order Upholding Trustee's Determination Denying "Customer" Claims For Amounts Listed On Last Customer Statement, Affirming Trustee's Determination of Net Equity, And Expunging Those Objections With Respect To The Determinations Relating To Net Equity (related document(s) 1773) filed by Seanna Brown on behalf of Irving H. Picard. (Attachments: 1 Exhibit A) (Brown, Seanna) (Entered: 01/15/2010) |

***In re Bernard L. Madoff Investment Sec. LLC*, 10-2378-bk (2d Cir.) (Net Equity Filings)**

| Filed On: | Docket No. | Docket Text |
|---|---|---|
| 09/20/2010 | 282 | Brief, on behalf of Appellee Securities Investor Protection Corporation. Service date 09/20/2010 by US mail, CM/ECF. |
| 09/20/2010 | 283 | Brief, on behalf of Trustee-Appellee Irving H. Picard. Service date 09/20/2010 by US mail, CM/ECF. [109548] [10-2378]--[Edited 09/20/2010 by WD]--[Edited 09/20/2010 by WD]--[Edited 09/21/2010 by WD] |

| Filed On: | Docket No. | Docket Text |
|---|---|---|
| 08/30/2011 | 495 | Opposition To Motion to file document [494], on behalf of Appellee Securities Investor Protection Corporation. Service date 08/30/2011 by CM/ECF, 3rd party. |
| 09/07/2011 | 518 | Motion, to strike [514],[514], [513],[513], [509],[509], [508],[508], on behalf of Appellee Irving H. Picard. Service date 09/07/2011 by CM/ECF. |

**COUNTER-STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL**

The Trustee hereby submits the following counter-statement of the issues on appeal:

1. Whether the Bankruptcy Court correctly held that, as a matter of law and otherwise, "net equity" as defined in SIPA does not include any adjustment for time-based damages, including interest, inflation or any "constant dollar" adjustment, and is limited to the amounts calculated by use of the net investment method approved by the Second Circuit.

2. Whether the Bankruptcy Court correctly held that there was no basis to extend deference to the Securities and Exchange Commission's position regarding the calculation of "net equity."

Dated: New York, New York
October 22, 2013

Respectfully submitted,

*/s/ David J. Sheehan*

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Amy Vanderwal
Email: avanderwal@bakerlaw.com

300300851