|  |  |
|---|---|
|  | Presentment Date: November 13, 2013 |
|  | Time: 12:00 PM |
|  | Objections Due: November 13, 2013 |
|  | Time: 11:00 AM |

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Mark A. Kornfeld
Benjamin D. Pergament
Karin Scholz Jenson
Elyssa S. Kates
Samir K. Ranade

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**NOTICE OF PRESENTMENT OF MOTION FOR ISSUANCE OF**
**LETTERS OF REQUEST UNDER THE HAGUE EVIDENCE CONVENTION**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1781(b)(2), the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, and Rule 2004 of the Federal Rules of Bankruptcy Procedure and upon the accompanying motion (the "Motion"),

Irving H. Picard, Trustee, through his undersigned counsel, will present the proposed order annexed to the Motion (the "Order") to the Honorable Burton R. Lifland, United States Bankruptcy Judge, for signature and entry on **November 13, 2013, at 12:00 PM.**

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion ("Objections") shall (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders, (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and specific grounds therefor, (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the Chambers of the Honorable Burton R. Lifland, One Bowling Green, New York, New York, 10004, (v) be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn:  Benjamin D. Pergament, Esq.; and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq, so as to be received no later than **11:00 AM on November 13, 2013**.

**PLEASE TAKE FURTHER NOTICE** that in the event any Objections are timely served and filed, a hearing may be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct.  The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that, unless Objections are timely served and filed, the proposed Order may be signed without a hearing.

The Trustee made no prior request to this Court or to any other court for the relief requested by this Motion.

|  |  |
|---|---|
| Dated: New York, New York<br>November 4, 2013 | Respectfully submitted,<br><br>By: /s/ Benjamin D. Pergament<br>BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Mark A. Kornfeld<br>Benjamin D. Pergament<br>Karin Scholz Jenson<br>Elyssa S. Kates<br>Samir K. Ranade<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |