UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Mildred Wang, Audrey Orenbach and Robert Orenbach, Adrianne Biondo, Shelly Roth, Ira Roth, Alexander Roth, Evan Roth and Jordan Roth (the "Claimants"), having filed objections (the "Objections", Docket Numbers 3705, 3706, 3707, 3708) to the Trustee's Notices of Determination respecting Claimants' customer claims (#012122, 013527, 013774, 012127, 013494, 013773, 012132, 013501, 013771, 012183, 013500, 013772), hereby give notice that they have withdrawn such Objections.

Dated: New York, New York
      November 6, 2013

_____
Gabrielle J. Pretto, Esq.
Lax & Neville LLP
1450 Broadway, 35th Floor
New York, NY 10018
T: 212.696.1999
F: 212.566.4531