UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTIONS

White Orchard Investments, Ltd. (the "Claimant"), having filed objections (the "Objections", Docket Numbers 3279 and 3280) to the Trustee's Notice of Determination respecting Claimant's customer claim (#011597), hereby gives notice that it has withdrawn such Objections.

Dated: New York, New York
      November 6, 2013

_____
Gabrielle J. Pretto, Esq.
Lax & Neville LLP
1450 Broadway, 35th Floor
New York, NY 10018
T: 212.696.1999
F: 212.566.4531