FAEGRE BAKER DANIELS LLP (formerly Faegre & Benson LLP)
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tele: (612) 766-7000
Fax:  (612) 766-1600
Michael M. Krauss (MK-9699)
Michael.krauss@faegrebd.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Securities Investor Protection Corporation, | **Bankruptcy Case No. 08-01789 (BRL)** |
| Plaintiff, | SIPA Liquidation |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL** |
| Bernard L. Madoff Investment Securities LLC, | |
| Defendant. | |

TO:  The Clerk of the Above-Named Court and All Counsel of Record.

PLEASE TAKE NOTICE that Michael M. Krauss, on behalf of the firm Faegre Baker Daniels LLP, hereby enters his appearance as attorney for Mount Yale Highland Fund: A Series of Mount Yale Master Portfolios, LP, and for Aegis Holdings (Onshore) Inc. FBO The Beaumont Master Fund, LLC, in the above-captioned matter.  All future correspondence and papers in this action should be directed to him.

Dated:  November 7, 2013

/s/ Michael M. Krauss
Michael M. Krauss (MK-9699)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile:  (612) 766-1600

michael.krauss@faegrebd.com

*Attorneys for Mount Yale Highland Fund: A Series of Mount Yale Master Portfolios, LP*

dms.us.53059473.01