FAEGRE BAKER DANIELS LLP (formerly Faegre & Benson LLP)
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tele: (612) 766-7000
Fax:  (612) 766-1600
Michael M. Krauss (MK-9699)
Michael.krauss@faegrebd.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Securities Investor Protection Corporation, | **Bankruptcy Case No. 08-01789 (BRL)** |
| Plaintiff, | SIPA Liquidation |
| vs. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| Bernard L. Madoff Investment Securities LLC, | |
| Defendant. | |

TO:  The Clerk of the Above-Named Court and All Counsel of Record.

PLEASE TAKE NOTICE that as of close of business October 31, 2013, Leif T. Simonson will no longer be associated with Faegre Baker Daniels LLP and should be removed from the Court's service list with respect to the above-referenced action. Michael M. Krauss of Faegre Baker Daniels LLP continues to serve as counsel for Mount Yale Highland Fund: A Series of Mount Yale Master Portfolios, LP in this matter, and all future correspondence and papers in this action should continue to be directed to him.

Dated:  November 7, 2013

/s/ Michael M. Krauss
Michael M. Krauss (MK-9699)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901

Telephone: (612) 766-7000
Facsimile: (612) 766-1600
michael.krauss@faegrebd.com

*Attorneys for Mount Yale Highland Fund: A Series of Mount Yale Master Portfolios, LP*

dms.us.53059385.01

-2-