J. MICHAEL MURRAY
LORRAINE R. BAUMGARDNER
MARK R. DeVAN
STEVEN D. SHAFRON
BROOKE F. KOCAB
RAYMOND VASVARI
WILLIAM C. LIVINGSTON

# Berkman, Gordon, Murray & DeVan
### Attorneys and Counselors at Law
55 PUBLIC SQ  STE 2200
CLEVELAND OH 44113-1949

(216) 781-5245
www.bgmdlaw.com

BERNARD A. BERKMAN
(1929-1985)

Fax (216) 781-8207
rvasvari@bgmdlaw.com

November 7, 2013

Clerk, United States Bankruptcy
Court, Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:  Change of Address for Interest Party In Cases
     08-1789 and 10-16229

Dear Deputy Clerk:

The undersigned represent John E. Guinness and the John E. Guinness Revocable Trust Dated June 11, 1992, interest parties in the referenced action. While counsel receive ECF notices in the case, the client from time to time receives paper notice by postal mail as well. We request that the Court update it records to reflect the following mailing address for the clients:

John E. Guinness & The John E.
Guinness Revocable Trust
19601 Shelburne Drive
Shaker Heights, Ohio 44118

Thank you for you attention to this matter.

Yours sincerely,

Berkman, Gordon, Murray & DeVan

Raymond V. Vasvari, Jr.

RECEIVED
NOV 13
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK