**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF CHANGE OF ADDRESS**

On February 23, 2011, this Court entered an Order Granting Admission to Practice *Pro Hac Vice* to certain attorneys, to represent Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff individually, in the above-referenced matter and in any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York.

Please take notice that the address for the following attorneys has changed:

1. Jesús J. Castillón
2. Farrell A. Hochmuth
3. Dean D. Hunt
4. Pamela Gale Johnson
5. Pamela D. Nieto
6. Matthew R. Raley
7. Joshua C. Thomas

The old address for the attorneys listed above was:

BAKER HOSTETLER LLP
1000 Louisiana, Suite 2000
Houston, TX 77002-5009

The new address for these attorneys is:

BAKER HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002-6111

All email addresses and telephone and facsimile numbers will remain the same.

Dated: New York, New York

November 20, 2013

/s/ *Nicholas J. Cremona*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
E-mail: dsheehan@bakerlaw.com
Nicholas J. Cremona
E-mail: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated*
*SIPA Liquidation of Bernard L. Madoff*
*Investment Securities LLC and Bernard L.*
*Madoff*