EXHIBIT B
SUMMARY OF THIRTEENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM MAY 1, 2013 THROUGH JULY 31, 2013

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein, Eugene | 1965 | 500.00 | 7.00 | 3,500.00 |
| | Picard, Irving H. | 1966 | 950.00 | 341.70 | 324,615.00 |
| | Sheehan, David J. | 1968 | 950.00 | 469.10 | 445,645.00 |
| | Colombo, Louis A | 1973 | 615.00 | 0.20 | 123.00 |
| | Matthias, Michael R | 1973 | 650.00 | 183.00 | 118,950.00 |
| | Moscow, John W | 1973 | 801.67 | 51.10 | 41,102.50 |
| | Bash, Brian A | 1975 | 700.00 | 21.70 | 15,190.00 |
| | Long, Thomas L | 1976 | 800.00 | 490.10 | 392,080.00 |
| | Markowitz, Laurence S | 1977 | 740.00 | 0.30 | 222.00 |
| | Gibson, Wendy J | 1979 | 515.00 | 305.90 | 157,538.50 |
| | Powers, Marc D | 1981 | 815.00 | 5.80 | 4,727.00 |
| | Chockley III, Frederick W | 1982 | 760.00 | 121.30 | 92,188.00 |
| | Ponto, Geraldine E. | 1982 | 850.00 | 448.80 | 381,480.00 |
| | Drogen, Andrew M | 1983 | 635.00 | 3.80 | 2,413.00 |
| | Hannon, John P | 1983 | 683.13 | 62.30 | 41,979.00 |
| | Rivkin Jr, David B | 1985 | 950.00 | 177.40 | 168,530.00 |
| | Smith, Elizabeth A | 1985 | 790.00 | 109.20 | 86,268.00 |
| | McDonald, Heather J | 1986 | 630.00 | 186.40 | 117,432.00 |
| | Reich, Andrew W | 1987 | 590.00 | 392.10 | 231,339.00 |
| | Tobin, Donna A. | 1987 | 700.00 | 274.90 | 192,430.00 |
| | Burke, John J | 1988 | 685.00 | 142.70 | 97,749.50 |
| | Susanin, Timothy S. | 1988 | 890.00 | 258.90 | 230,421.00 |
| | DeLancey, Leah E | 1990 | 610.00 | 4.50 | 2,745.00 |
| | Douthett, Breaden M | 1991 | 395.00 | 12.00 | 4,740.00 |
| | Goldberg, Steven H | 1991 | 890.00 | 52.80 | 46,992.00 |
| | Hunt, Dean D | 1991 | 625.00 | 152.20 | 95,125.00 |
| | Resnick, Lauren J | 1991 | 893.80 | 104.00 | 92,597.00 |
| | Hirschfield, Marc E. | 1992 | 840.00 | 328.60 | 276,024.00 |
| | Selby, Judy A. | 1992 | 810.00 | 355.50 | 287,955.00 |
| | Warren, Thomas D | 1992 | 695.00 | 21.10 | 14,664.50 |
| | Bartram, Darin R | 1993 | 660.00 | 161.50 | 106,590.00 |
| | Gluck, Peter J. | 1993 | 550.00 | 29.90 | 16,445.00 |
| | Griffin, Regina L. | 1993 | 865.00 | 339.10 | 293,321.50 |
| | Kornfeld, Mark A. | 1993 | 865.00 | 371.40 | 321,261.00 |
| | Renner, Deborah H. | 1993 | 865.00 | 352.50 | 304,912.50 |
| | Brennan, Terry M | 1995 | 470.00 | 2.10 | 987.00 |
| | Casey, Lee A | 1995 | 880.00 | 160.00 | 140,800.00 |
| | Scaletta, Anthony J | 1995 | 445.00 | 163.00 | 72,535.00 |
| | Cole, Tracy L | 1996 | 735.00 | 357.10 | 262,468.50 |
| | Munn, Demetri E | 1996 | 450.00 | 5.00 | 2,250.00 |
| | Turner, Christa C. | 1996 | 450.00 | 273.10 | 122,895.00 |
| | Enockson, Paul S | 1997 | 465.00 | 49.40 | 22,971.00 |
| | Hoang, Lan | 1997 | 740.00 | 572.00 | 423,280.00 |
| | Murphy, Keith R. | 1997 | 865.00 | 413.00 | 357,245.00 |
| | Scully, Elizabeth A | 1997 | 630.00 | 46.00 | 28,980.00 |
| | Fish, Eric R. | 1998 | 655.00 | 242.30 | 158,706.50 |
| | New, Jonathan B. | 1998 | 860.00 | 31.70 | 27,262.00 |
| | Perdion, Jason P | 1998 | 415.00 | 16.60 | 6,889.00 |
| | Rollinson, James H | 1998 | 430.00 | 135.20 | 58,136.00 |
| | Rose, Jorian L. | 1998 | 790.00 | 398.50 | 314,815.00 |
| | Wall, Brett A | 1998 | 460.00 | 28.10 | 12,926.00 |
| | Wang, Ona T | 1998 | 725.00 | 145.30 | 105,342.50 |
| | Warshavsky, Oren J. | 1998 | 875.00 | 405.50 | 354,812.50 |
| | Pergament, Benjamin D | 1999 | 630.00 | 242.10 | 152,523.00 |
| | Bohorquez Jr, Fernando A | 2000 | 710.00 | 361.90 | 256,949.00 |
| | Cremona, Nicholas J. | 2000 | 775.00 | 393.80 | 305,195.00 |
| | Alaverdi, Loura L | 2001 | 562.50 | 91.80 | 51,027.50 |
| | Beckerlegge, Robertson D | 2001 | 565.00 | 184.60 | 104,299.00 |
| | Fokas, Jimmy | 2001 | 730.00 | 179.20 | 130,816.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Oppenheim, Adam B. | 2001 | 725.00 | 338.30 | 245,267.50 |
| | Pfeifer, Timothy S. | 2001 | 735.00 | 663.50 | 487,672.50 |
| | Skapof, Marc | 2001 | 715.00 | 266.70 | 190,690.50 |
| | Zeballos, Gonzalo S. | 2001 | 785.00 | 485.30 | 380,960.50 |
| | North, Geoffrey A. | 2002 | 625.00 | 520.20 | 325,125.00 |
| | Wearsch, Thomas M | 2002 | 600.00 | 362.00 | 217,200.00 |
| | Hochmuth, Farrell A | 2003 | 455.00 | 202.00 | 91,910.00 |
| | Jacobs, Edward J. | 2003 | 625.00 | 473.30 | 295,812.50 |
| | Jenson, Karin Scholz | 2003 | 585.00 | 383.30 | 224,230.50 |
| | Malek, Sammi | 2003 | 585.00 | 213.10 | 124,663.50 |
| | Oliver, Jason S. | 2003 | 600.00 | 402.30 | 241,380.00 |
| | Wilde, Michael C | 2003 | 345.00 | 12.20 | 4,209.00 |
| | Cohen, Dennis O | 2004 | 550.00 | 22.20 | 12,210.00 |
| | DeLaquil, Mark W | 2004 | 605.00 | 76.40 | 46,222.00 |
| | Kitaev, Erica G. | 2004 | 375.00 | 53.70 | 20,137.50 |
| | Kitchen, David E | 2004 | 375.00 | 390.70 | 146,512.50 |
| | Obhof, Larry J. | 2004 | 350.00 | 11.50 | 4,025.00 |
| | Smith, Rachel M | 2004 | 420.00 | 261.50 | 109,830.00 |
| | Hartman, Ruth E | 2005 | 335.00 | 131.40 | 44,019.00 |
| | Proano, David F | 2005 | 335.00 | 7.30 | 2,445.50 |
| | Conley, Sylvia J | 2006 | 585.00 | 273.70 | 160,114.50 |
| Partners and of Counsel Total | | | 706.40 | 16,786.70 | 11,858,043.00 |
| Associates | Meisels, Naomi P. | 1984 | 525.00 | 179.80 | 94,395.00 |
| | Bieler, Philip | 1994 | 425.00 | 453.10 | 192,567.50 |
| | Kates, Elyssa S. | 2000 | 575.00 | 575.10 | 330,682.50 |
| | Bell, Stacey A. | 2001 | 640.00 | 536.70 | 343,488.00 |
| | Esser, Brian K | 2001 | 645.00 | 422.70 | 272,641.50 |
| | Song, Brian W. | 2002 | 475.00 | 531.50 | 252,462.50 |
| | Cheema, Bik | 2003 | 560.00 | 896.60 | 502,096.00 |
| | Shields, Nkosi D. | 2003 | 465.00 | 531.00 | 246,915.00 |
| | Wlodek, Heather | 2003 | 470.00 | 397.60 | 186,872.00 |
| | Gabriel, Jessie M | 2004 | 480.00 | 260.30 | 124,944.00 |
| | Allen, Brian F. | 2005 | 450.00 | 456.90 | 205,605.00 |
| | Bodenheimer, Henry C. | 2005 | 525.00 | 380.70 | 199,867.50 |
| | Carvalho, Melissa M. | 2005 | 550.00 | 175.10 | 96,305.00 |
| | Stanganelli, Maryanne | 2005 | 550.00 | 307.10 | 168,905.00 |
| | Stump, Jacob R. | 2005 | 330.00 | 142.00 | 46,860.00 |
| | White, Nicholas L | 2005 | 325.00 | 40.50 | 13,162.50 |
| | Carlisle, Marie L. | 2006 | 405.00 | 191.30 | 77,476.50 |
| | Feil, Matthew D. | 2006 | 500.00 | 582.40 | 291,200.00 |
| | Kosack, Melissa L. | 2006 | 525.00 | 484.20 | 254,205.00 |
| | Lange, Gretchen L | 2006 | 315.00 | 19.90 | 6,268.50 |
| | Longstaff, Carrie | 2006 | 505.00 | 168.10 | 84,890.50 |
| | Shoshany, Lindsey A. | 2006 | 445.00 | 344.70 | 153,391.50 |
| | Smith, Greer D | 2006 | 305.00 | 10.20 | 3,111.00 |
| | Stanley, Scott R. | 2006 | 290.00 | 15.70 | 4,553.00 |
| | Tobin, Sarah M | 2006 | 405.00 | 84.70 | 34,303.50 |
| | Vanderwal, Amy E. | 2006 | 550.00 | 367.40 | 202,070.00 |
| | Brown, Seanna R. | 2007 | 625.00 | 539.50 | 337,187.50 |
| | Calvani, Torello H. | 2007 | 575.00 | 547.80 | 314,985.00 |
| | Forman, Jonathan A. | 2007 | 600.00 | 32.40 | 19,440.00 |
| | Garvin, Naima J. | 2007 | 545.00 | 204.80 | 111,616.00 |
| | Goldmark, Jena B. | 2007 | 415.00 | 497.50 | 206,462.50 |
| | Klidonas, George | 2007 | 450.00 | 277.90 | 125,055.00 |
| | Liburd, Essence | 2007 | 470.00 | 235.30 | 110,591.00 |
| | Nelson, Maritza S | 2007 | 295.00 | 142.00 | 41,890.00 |
| | Ranade, Samir K. | 2007 | 525.00 | 427.10 | 224,227.50 |
| | Ritz, Kenneth A. | 2007 | 415.00 | 419.70 | 174,175.50 |
| | Truong, Sarah J. | 2007 | 550.00 | 580.70 | 319,385.00 |
| | Walrath, Jennifer M | 2007 | 485.00 | 134.90 | 65,426.50 |
| | Wasick, Joanna F. | 2007 | 600.00 | 111.80 | 67,080.00 |
| | Amin, Tina U | 2008 | 315.00 | 46.80 | 14,742.00 |
| | Carbajal, Natacha | 2008 | 500.00 | 488.40 | 244,200.00 |
| | Day, James W. | 2008 | 460.00 | 238.30 | 109,618.00 |
| | Grossman, Andrew M. | 2008 | 475.00 | 200.30 | 95,142.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | McCurrach, Elizabeth G. | 2008 | 450.00 | 549.60 | 247,320.00 |
| | Moody, Matthew J. | 2008 | 455.00 | 215.80 | 98,189.00 |
| | Nixon, Christy A. | 2008 | 425.00 | 187.70 | 79,772.50 |
| | Rovine, Jacqlyn | 2008 | 430.00 | 317.90 | 136,697.00 |
| | Schutte, Elizabeth M. | 2008 | 400.00 | 344.40 | 137,760.00 |
| | Sea, Nexus U. | 2008 | 460.00 | 7.50 | 3,450.00 |
| | Smith, Andrene | 2008 | 450.00 | 140.10 | 63,045.00 |
| | Stanley, Trevor M. | 2008 | 445.00 | 253.70 | 112,896.50 |
| | Thomas, Joshua C. | 2008 | 350.00 | 9.10 | 3,185.00 |
| | Usitalo, Michelle R. | 2008 | 465.00 | 494.00 | 229,710.00 |
| | Woltering, Catherine E. | 2008 | 270.00 | 518.70 | 140,049.00 |
| | Zunno, Kathryn M. | 2008 | 575.00 | 108.80 | 62,560.00 |
| | Blattmachr, Jonathan D. | 2009 | 440.00 | 57.60 | 25,344.00 |
| | Budd, Ashley J. | 2009 | 228.75 | 424.20 | 96,922.00 |
| | Campbell, Patrick T | 2009 | 450.00 | 160.80 | 72,360.00 |
| | D'Andrea, Lindsey | 2009 | 255.00 | 39.70 | 10,123.50 |
| | Gentile, Dominic A. | 2009 | 425.00 | 373.00 | 158,525.00 |
| | Harker, Francesca M. | 2009 | 425.00 | 13.40 | 5,695.00 |
| | Hilsheimer, Lauren M. | 2009 | 255.00 | 353.90 | 90,244.50 |
| | Hinchcliffe, Analiese | 2009 | 230.00 | 533.60 | 122,728.00 |
| | Hirce, Margaret E. | 2009 | 450.00 | 87.20 | 39,240.00 |
| | Howe, Mary E. | 2009 | 440.00 | 491.30 | 216,172.00 |
| | Kessler, Dena S. | 2009 | 335.00 | 119.90 | 40,166.50 |
| | Kuhn, Jessie A. | 2009 | 440.00 | 571.40 | 251,416.00 |
| | Markel, Tatiana | 2009 | 450.00 | 511.10 | 229,995.00 |
| | Maynard, Kim M. | 2009 | 400.00 | 330.60 | 132,240.00 |
| | Molina, Marco | 2009 | 440.00 | 377.30 | 166,012.00 |
| | Nickodem, Robert G. | 2009 | 227.00 | 207.70 | 47,335.50 |
| | Ozturk, Ferve E. | 2009 | 460.00 | 429.50 | 197,570.00 |
| | Shapiro, Peter B. | 2009 | 460.00 | 454.90 | 209,254.00 |
| | Sollie, Erica | 2009 | 440.00 | 44.00 | 19,360.00 |
| | Winquist, Justin T. | 2009 | 300.00 | 28.60 | 8,580.00 |
| | Barnes, S. Ben | 2010 | 230.00 | 494.20 | 113,666.00 |
| | Bushnell, Christina M. | 2010 | 226.88 | 273.20 | 62,199.50 |
| | Carney, Brian W. | 2010 | 227.50 | 491.20 | 112,069.00 |
| | Castillon, Jesus J. | 2010 | 325.00 | 14.50 | 4,712.50 |
| | Chandler, Tara R. | 2010 | 228.89 | 431.70 | 98,672.50 |
| | Choi, David | 2010 | 400.00 | 517.90 | 207,160.00 |
| | Clegg, Sammantha E. | 2010 | 440.00 | 172.10 | 75,724.00 |
| | Cominsky, Mark A. | 2010 | 230.00 | 512.70 | 117,921.00 |
| | Dallas, Cassie J. | 2010 | 315.00 | 36.40 | 11,466.00 |
| | Fein, Amanda E. | 2010 | 440.00 | 190.60 | 83,864.00 |
| | Hansford, Melissa L. | 2010 | 227.00 | 521.50 | 119,027.00 |
| | Hoff, Michelle M. | 2010 | 230.00 | 544.30 | 125,189.00 |
| | James, Christopher T. | 2010 | 325.00 | 233.30 | 75,822.50 |
| | Martin, David J. | 2010 | 230.00 | 493.50 | 113,505.00 |
| | Maytal, Anat | 2010 | 415.00 | 278.30 | 115,494.50 |
| | McMillan, David M. | 2010 | 415.00 | 402.40 | 166,996.00 |
| | Mosier, A. Mackenna | 2010 | 410.00 | 528.10 | 216,521.00 |
| | Needham, Kelly C. | 2010 | 228.18 | 386.60 | 88,470.50 |
| | Noethlich, Brian R. | 2010 | 230.00 | 334.90 | 77,027.00 |
| | Parente, Michael | 2010 | 230.00 | 564.80 | 129,904.00 |
| | Rog, Joshua B. | 2010 | 400.00 | 553.10 | 221,240.00 |
| | Rollins, Jennifer B. | 2010 | 230.00 | 396.90 | 91,287.00 |
| | Rouach, Sophie | 2010 | 415.00 | 394.90 | 163,883.50 |
| | Schichnes, Jessica | 2010 | 420.00 | 259.50 | 108,990.00 |
| | Schlueter, Andrew C. | 2010 | 226.67 | 168.90 | 38,352.00 |
| | Scott, Justin T. | 2010 | 325.00 | 175.80 | 57,135.00 |
| | Sobel, Sean H. | 2010 | 227.50 | 191.80 | 43,720.50 |
| | Taddeo, Luisa | 2010 | 228.33 | 485.30 | 110,619.50 |
| | Ubaid, Maryland H. | 2010 | 228.08 | 408.30 | 93,077.50 |
| | Vasel, Denise D. | 2010 | 400.00 | 481.90 | 192,760.00 |
| | Wasko, Lindsay J. | 2010 | 228.33 | 388.20 | 88,871.50 |
| | Young, Michelle L. | 2010 | 375.00 | 393.80 | 147,675.00 |
| | Bacon, Natalie R. | 2011 | 230.00 | 423.00 | 97,290.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Ball, Stephen L. | 2011 | 375.00 | 478.10 | 179,287.50 |
| | Barhorst, Damon C. | 2011 | 230.00 | 408.10 | 93,863.00 |
| | Becker, Eric J. | 2011 | 230.00 | 533.80 | 122,774.00 |
| | Bennett, Melonia A. | 2011 | 230.00 | 462.40 | 106,352.00 |
| | Cabico, Jason D. | 2011 | 375.00 | 239.40 | 89,775.00 |
| | Crook, Darren A. | 2011 | 245.00 | 23.30 | 5,708.50 |
| | deVries, Alan C. | 2011 | 230.00 | 492.80 | 113,344.00 |
| | Dortch, Justin M. | 2011 | 230.00 | 479.30 | 110,239.00 |
| | Durbin, Damon M. | 2011 | 230.00 | 492.20 | 113,206.00 |
| | Elam, Elise R. | 2011 | 230.00 | 216.20 | 49,726.00 |
| | Farnsworth, Joshua L. | 2011 | 230.00 | 411.60 | 94,668.00 |
| | Feldstein, Robyn M | 2011 | 395.00 | 517.80 | 204,531.00 |
| | Gottesman, Joel D. | 2011 | 227.50 | 438.00 | 99,952.50 |
| | Heasley, R. Scott | 2011 | 230.00 | 70.80 | 16,284.00 |
| | Kahner, Tegan E. | 2011 | 230.00 | 487.70 | 112,171.00 |
| | Krishna, Ganesh | 2011 | 415.00 | 594.50 | 246,717.50 |
| | Levine, Shneor Z. | 2011 | 230.00 | 142.80 | 32,844.00 |
| | Liao, Nina C. | 2011 | 385.00 | 147.20 | 56,672.00 |
| | Lundregan, Scott M. | 2011 | 230.00 | 475.90 | 109,457.00 |
| | Nowakowski, Jonathan | 2011 | 395.00 | 485.60 | 191,812.00 |
| | Oliva, Frank M. | 2011 | 395.00 | 271.40 | 107,203.00 |
| | Patrick, Stacey M. | 2011 | 230.00 | 382.30 | 87,929.00 |
| | Rose, Nicholas M. | 2011 | 375.00 | 488.90 | 183,337.50 |
| | Schechter, Jody E. | 2011 | 335.00 | 472.30 | 158,220.50 |
| | Schwab, Justin J | 2011 | 365.00 | 185.40 | 67,671.00 |
| | Sinclair, Jordan A. | 2011 | 305.00 | 195.50 | 59,627.50 |
| | Spears, Ericka H. | 2011 | 230.00 | 449.80 | 103,454.00 |
| | Stewart, Justin T. | 2011 | 230.00 | 561.60 | 129,168.00 |
| | Towner, Amber N. | 2011 | 230.00 | 521.40 | 119,922.00 |
| | Vonderhaar, Douglas A. | 2011 | 230.00 | 545.00 | 125,350.00 |
| | Wangsgard, Kendall E. | 2011 | 375.00 | 158.60 | 59,475.00 |
| | Wells, Carrie T. | 2011 | 228.75 | 447.70 | 102,164.00 |
| | White, Jason T. | 2011 | 230.00 | 417.30 | 95,979.00 |
| | Zuberi, Madiha M. | 2011 | 415.00 | 437.50 | 181,562.50 |
| | Cornell, Aaron E. | 2012 | 230.00 | 475.90 | 109,457.00 |
| | Curtin, Daniel P. | 2012 | 360.00 | 396.60 | 142,776.00 |
| | Donahue, Darren M. | 2012 | 230.00 | 39.70 | 9,131.00 |
| | Gallagher, Christopher B. | 2012 | 395.00 | 449.80 | 177,671.00 |
| | Hellmuth, William W. | 2012 | 315.00 | 129.70 | 40,855.50 |
| | Hough, Shawn P. | 2012 | 390.00 | 438.10 | 170,859.00 |
| | Khan, Juvaria S. | 2012 | 360.00 | 249.50 | 89,820.00 |
| | Muranovic, Sanja | 2012 | 295.00 | 332.80 | 98,176.00 |
| | Raile, Richard B. | 2012 | 315.00 | 76.60 | 24,129.00 |
| | Rice, David W. | 2012 | 395.00 | 548.20 | 216,539.00 |
| | Rosenberg, C. Zachary | 2012 | 350.00 | 322.20 | 112,770.00 |
| | Babka, Sarah R. | 2013 | 395.00 | 382.20 | 150,969.00 |
| | Choate, Hannah C. | 2013 | 350.00 | 438.90 | 153,615.00 |
| | Ferguson, Kaitlyn A. | 2013 | 350.00 | 199.20 | 69,720.00 |
| | Pate, Alan M. | 2013 | 350.00 | 317.90 | 111,265.00 |
| | Stamoulis, Elizabeth M. | 2013 | 350.00 | 9.50 | 3,325.00 |
| | Darwall, Julian H. | #N/A | 350.00 | 229.90 | 80,465.00 |
| Associates Total | | | 369.42 | 52,750.00 | 19,486,681.50 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Ackerman, Stephanie | #N/A | 305.00 | 383.30 | 116,906.50 |
| | Annor, Sasha L. | #N/A | 270.00 | 309.30 | 83,511.00 |
| | Bekier, James M. | #N/A | 400.00 | 430.40 | 172,160.00 |
| | Belanger, Christina I. | #N/A | 315.00 | 3.70 | 1,165.50 |
| | Bitman, Oleg | #N/A | 265.00 | 427.80 | 113,367.00 |
| | Blaber, Theresa A | #N/A | 305.00 | 154.10 | 47,000.50 |
| | Bliss, Stephanie L. | #N/A | 225.00 | 57.90 | 13,027.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Bruening, Mark P | #N/A | 175.00 | 284.50 | 49,787.50 |
| | Cabrera, Ramon C | #N/A | 250.00 | 128.90 | 32,225.00 |
| | Chan, Angeline | #N/A | 235.00 | 152.70 | 35,884.50 |
| | Charlotten, Magdalena | #N/A | 265.00 | 232.90 | 61,718.50 |
| | Clark, Nancy L | #N/A | 220.00 | 6.10 | 1,342.00 |
| | Cohen, Justin H. | #N/A | 315.00 | 85.70 | 26,995.50 |
| | Curbelo, Gracemary | #N/A | 305.00 | 7.70 | 2,348.50 |
| | Donahue, Kerin E | #N/A | 180.00 | 4.30 | 774.00 |
| | Dyer, Ricky J | #N/A | 190.00 | 20.00 | 3,800.00 |
| | Farber, EugenII B | #N/A | 175.00 | 79.80 | 13,965.00 |
| | Fetzer, Jeffrey L | #N/A | 220.00 | 6.60 | 1,452.00 |
| | Fischer, Linda L. | #N/A | 260.00 | 22.00 | 5,720.00 |
| | Fishelman, Benjamin D. | #N/A | 390.00 | 403.50 | 157,365.00 |
| | Fredle, Vicki M | #N/A | 195.00 | 70.50 | 13,747.50 |
| | Gardner, Bronson R | #N/A | 200.00 | 100.50 | 20,100.00 |
| | Gibbons, Michael E. | #N/A | 350.00 | 231.10 | 80,885.00 |
| | Glanzman, Adam J | #N/A | 305.00 | 111.70 | 34,068.50 |
| | Grigsby, Camilla B. | #N/A | 75.00 | 36.00 | 2,700.00 |
| | Halwes, Shannon L. | #N/A | 200.00 | 9.80 | 1,960.00 |
| | Iskhakova, Yuliya | #N/A | 295.00 | 663.00 | 195,585.00 |
| | Jesic, Mario | #N/A | 175.00 | 50.50 | 8,837.50 |
| | Kinne, Tanya M | #N/A | 305.00 | 415.20 | 126,636.00 |
| | Landrio, Nikki M. | #N/A | 345.00 | 504.50 | 174,052.50 |
| | Lasko, Seth D. | #N/A | 335.00 | 288.60 | 96,681.00 |
| | Light, Samuel M. | #N/A | 300.00 | 46.20 | 13,860.00 |
| | Maxwell, Sarah A | #N/A | 175.00 | 185.90 | 32,532.50 |
| | McLaughlin, Christopher | #N/A | 180.00 | 383.40 | 69,012.00 |
| | Medina, Rebecca J. | #N/A | 160.00 | 81.00 | 12,960.00 |
| | Monge, Tirsa | #N/A | 320.00 | 426.20 | 136,384.00 |
| | Montalvo, Jason M. | #N/A | 335.00 | 237.30 | 79,495.50 |
| | Montani, Christine A. | #N/A | 320.00 | 388.00 | 124,160.00 |
| | Munson, Sally L. | #N/A | 75.00 | 57.40 | 4,305.00 |
| | Nunes, Silas T | #N/A | 280.00 | 461.40 | 129,192.00 |
| | Oliver-Weeks, Marcella J. | #N/A | 310.00 | 338.80 | 105,028.00 |
| | Paremoud, Jana | #N/A | 245.00 | 98.30 | 24,083.50 |
| | Pulsipher, Eric K. | #N/A | 295.00 | 448.10 | 132,189.50 |
| | Rawles, Michael M | #N/A | 205.00 | 5.70 | 1,168.50 |
| | Remus, Amanda | #N/A | 310.00 | 542.00 | 168,020.00 |
| | Rivera, Eileen G. | #N/A | 185.00 | 376.30 | 69,615.50 |
| | Schnarre, Nicole L. | #N/A | 400.00 | 418.60 | 167,440.00 |
| | Sommerkamp, Justin J. | #N/A | 300.00 | 16.80 | 5,040.00 |
| | Stone, Adrian | #N/A | 280.00 | 403.10 | 112,868.00 |
| | Sweet, Karen R | #N/A | 225.00 | 8.20 | 1,845.00 |
| | Tushaj, Diana M. | #N/A | 245.00 | 249.80 | 61,201.00 |
| | Velez, Francisco J. | #N/A | 260.00 | 6.60 | 1,716.00 |
| | Villamayor, Fidentino L. | #N/A | 335.00 | 421.30 | 141,135.50 |
| | von Collande, Constance M. | #N/A | 295.00 | 437.90 | 129,180.50 |
| | Wallace, Dawn L. | #N/A | 305.00 | 377.90 | 115,259.50 |
| | Wallace, Kevin M. | #N/A | 300.00 | 62.20 | 18,660.00 |
| | Weaver, Scott | #N/A | 260.00 | 341.30 | 88,738.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | | | 291.22 | 12,502.30 | 3,640,858.00 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 706.40 | 16,786.70 | 11,858,043.00 |
| Associates Total | 369.42 | 52,750.00 | 19,486,681.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 291.22 | 12,502.30 | 3,640,858.00 |
| Blended Attorney Rate | 450.77 | | |
| Total Fees Incurred | | 82,039.00 | 34,985,582.50 |

|   |   |   |
|---|---|---|
| | **Less 10% Public Interest Discount** | (3,498,558.25) |
| | **Grand Total** | $ 31,487,024.25 |