EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR THIRTEENTH INTERIM
PERIOD OF MAY 1, 2013 THROUGH JULY 31, 2013

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 93.10 | $ 34,618.00 |
| 02 | Bankruptcy Court Litigation and Related Matters | 1,014.10 | 553,106.00 |
| 03 | Feeder Funds | 243.50 | 132,424.50 |
| 04 | Asset Search Recovery and Sale | 134.80 | 89,302.50 |
| 05 | Internal Office Meetings with Staff | 526.50 | 248,507.50 |
| 07 | Billing | 605.70 | 203,371.50 |
| 08 | Case Administration | 1,835.90 | 607,692.50 |
| 09 | Banks | 40.60 | 30,391.00 |
| 11 | Press Inquires and Responses | 342.70 | 155,598.50 |
| 12 | Document Review | 1,357.10 | 361,273.00 |
| 13 | Discovery - Depositions and Document Productions | 14,850.60 | 4,380,965.00 |
| 14 | International | 456.90 | 254,254.50 |
| 15 | Charities | 0.80 | 760.00 |
| 19 | Non-Bankruptcy Litigation | 1.00 | 280.50 |
| 20 | Governmental Agencies | 138.90 | 99,819.50 |
| 21 | Allocation | 9.60 | 7,764.50 |
| 000003 | Stanley Chais | 2,249.30 | 693,672.50 |
| 000004 | J. Ezra Merkin | 5,591.00 | 2,870,135.50 |
| 000005 | Customer Claims | 5,007.80 | 2,180,393.00 |
| 000006 | Vizcaya | 345.40 | 167,288.00 |
| 000007 | Madoff Family | 4,689.00 | 2,380,500.50 |
| 000008 | Norman Levy | 0.90 | 613.50 |
| 000009 | Fairfield Greenwich | 1,509.10 | 738,743.00 |
| 000010 | Harley | 7.20 | 5,311.50 |
| 000011 | Cohmad Securities Corporation | 902.60 | 405,011.00 |
| 000012 | Picower | 92.50 | 52,383.00 |
| 000013 | Kingate | 1,392.40 | 787,649.50 |
| 000018 | Thybo | 659.00 | 290,480.00 |
| 000021 | Avoidance Action Investigation/Litigation | 8,057.10 | 3,687,898.50 |
| 000026 | Richard Stahl | 23.80 | 11,148.00 |
| 000027 | JPMorgan Chase | 3,383.60 | 1,592,562.50 |
| 000028 | Westport | 509.80 | 278,805.00 |
| 000029 | Rye/Tremont | 24.20 | 14,717.50 |
| 000030 | HSBC | 4,019.80 | 1,890,235.50 |
| 000031 | Katz/Wilpon | 24.40 | 7,154.00 |
| 000032 | LuxAlpha/UBS | 2,567.90 | 1,210,199.50 |
| 000033 | Nomura Bank International PLC | 337.10 | 118,126.00 |
| 000034 | Citibank | 421.00 | 187,799.00 |
| 000035 | Natixis | 347.20 | 143,935.00 |
| 000036 | Merrill Lynch | 272.60 | 108,870.50 |
| 000037 | ABN AMRO | 4.10 | 1,092.50 |
| 000038 | Banco Bilbao | 17.80 | 5,973.50 |
| 000039 | Fortis | 9.10 | 2,464.50 |
| 000040 | Medici Enterprise | 3,931.30 | 1,886,631.50 |
| 000042 | Equity Trading | 334.40 | 168,774.50 |
| 000043 | Defender | 233.70 | 120,624.50 |
| 000045 | Levey | 59.60 | 26,927.50 |
| 000046 | Glantz | 837.50 | 435,959.00 |
| 000047 | Bonaventre | 3.70 | 1,349.50 |
| 000048 | Bongiorno | 11.30 | 4,922.00 |
| 000051 | Crupi | 6.80 | 2,275.00 |
| 000052 | Donald Friedman | 951.80 | 439,767.00 |
| 000053 | Magnify | 1,227.80 | 571,942.00 |
| 000054 | Mendelow | 376.60 | 143,107.00 |
| 000056 | Lipkin | 9.40 | 3,537.00 |
| 000057 | Perez/O'Hara | 8.30 | 2,963.50 |
| 000058 | PJ Administrators | 542.50 | 208,287.00 |
| 000059 | Stanley Shapiro | 773.40 | 362,263.50 |
| 000060 | Avellino & Bienes | 529.70 | 246,990.00 |
| 000061 | Maxam | 1,180.10 | 529,248.00 |
| 000062 | Subsequent Transfer | 3,018.00 | 1,065,328.50 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 000065 | Legacy Capital Ltd | 1,655.20 | 678,029.50 |
| 000066 | Lieberbaum | 1,281.50 | 599,001.00 |
| 000070 | US PT: OPENING PRICE PROCESS FOR TRADING SYSTEM (USSN 11/2 | 17.80 | 9,790.00 |
| 000072 | Plaza Investments | 176.20 | 97,609.00 |
| 000073 | BNP Paribas | 754.90 | 386,964.50 |
| | | | |
| Grand Total | | 82,039.00 | 34,985,582.50 |

| | |
|---|---:|
| **Less 10% Public Interest Discount** | (3,498,558.25) |
| **Grand Total** | $ 31,487,024.25 |
| **Current Application** | |
| Interim Compensation Requested | $ 31,487,024.25 |
| Interim Compensation Paid | (28,338,321.83) |
| Interim Compensation Deferred | $ 3,148,702.42 |
| **Prior Applications**[1] | |
| Interim Compensation Requested | $ 478,715,477.84 |
| Interim Compensation Paid | $ (446,843,930.12) |
| Interim Compensation Deferred | $ 31,871,547.72 |

---

[1] The Twelfth Interim Fee Application listed the Interim Compensation Requested by the Trustee and B&H for professional services rendered during the Twelfth Compensation Period as $46,775,739.15, listed the Interim Compensation Paid to the Trustee and B&H for professional services rendered during the Twelfth Compensation Period as $42,098,165.24, and listed the Interim Compensation Deferred from the Trustee's and B&H's fees for professional services rendered during the Twelfth Compensation Period as $4,677,573.91. Subsequent to the filing of the Twelfth Interim Fee Application and before the hearing on that application, adjustments were made in connection with the Trustee's and B&H's statements of fees and expenses incurred during the Twelfth Compensation Period that reduced the Interim Compensation Requested by the Trustee and B&H for professional services rendered during the Twelfth Compensation Period to $46,742,166.45, reduced the Interim Compensation Paid to the Trustee and B&H for professional services rendered during the Twelfth Compensation Period to $42,067,949.81 and reduced the Interim Compensation Deferred from the Trustee's and B&H's fees for professional services rendered during the Twelfth Compensation Period to $4,674,216.64. These adjustments were stated on the record at the hearing on the Twelfth Interim Fee Application and were approved in the Twelfth Interim Fee Order. (ECF No. 5547).