EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR THIRTEENTH INTERIM PERIOD OF MAY 1, 2013 THROUGH JULY 31, 2013

| E101 | Copying (E101) | $ | 22,085.60 |
|---|---|---|---|
| E102 | Outside Printing (E102) | | 45,167.03 |
| E104 | Facsimile (E104) | | 1.60 |
| E105 | Telephone (E105) | | 9,953.59 |
| E106 | Online Research (E106) | | 64,183.05 |
| E107 | Delivery Services/ Messengers (E107) | | 5,494.33 |
| E108 | Postage (E108) | | 2,521.94 |
| E109 | Local Travel (E109) | | - |
| E110 | Out-of-Town Travel (E110) | | 463,272.30 |
| E111 | Business Meals, etc. (E111) | | - |
| E112 | Court Fees (E112) | | 7,924.35 |
| E113 | Subpoena Fees (E113) | | 1,023.33 |
| E114 | Witness Fees (E114) | | 209.39 |
| E115 | Deposition Transcripts (E115) | | 2,706.23 |
| E116 | Trial Transcripts (E116) | | 3,795.40 |
| E119 | Experts (E119) | | 356.75 |
| E123 | Other Professionals (E123) | | 22,400.46 |
| E124 | Other (E124) | | 13,743.76 |
| E125 | Translation Costs (E125) | | 142,793.96 |
| E129 | Official Fees (E129) | | 2,580.00 |
| Grand Total | | $ | 810,213.07 |

**Prior Applications**[1]

Reimbursement of Expenses Requested and Rewarded     $ 10,559,877.04

---

[1] The Twelfth Interim Fee Application sought $1,347,334.97 for reimbursement of the actual and necessary costs and expenses incurred by the Trustee and B&H in connection with professional services rendered during the Twelfth Compensation Period. Subsequent to the filing of the Twelfth Interim Fee Application and before the hearing on that application, adjustments were made in connection with the Trustee's and B&H's statements of fees and expenses incurred during the Twelfth Compensation Period that reduced the amount sought for reimbursement of the actual and necessary costs and expenses incurred by the Trustee and B&H to $1,346,222.06. These adjustments were stated on the record at the hearing on the Twelfth Interim Fee Application and were approved in the Twelfth Interim Fee Order. (ECF No. 5547).