<u>EXHIBIT E</u>

INTERIM COMPENSATION DEFERRED SUMMARY FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR THIRTEENTH INTERIM
PERIOD OF MAY 1, 2013 THROUGH JULY 31, 2013

|  | Counsel and Trustee |
|---|---|
| Interim Compensation Requested (All Periods)[1] | $ 510,202,502.09 |
| Interim Compensation Deferred | $ 35,020,250.14 |
| Holdback Amount to be Released | 8,755,062.54 |
| Holdback After Release | $ 26,265,187.60 |

[1] The Twelfth Interim Fee Application listed the Interim Compensation Requested by the Trustee and B&H for professional services rendered during the Twelfth Compensation Period as $46,775,739.15, listed the Interim Compensation Paid to the Trustee and B&H for professional services rendered during the Twelfth Compensation Period as $42,098,165.24, and listed the Interim Compensation Deferred from the Trustee's and B&H's fees for professional services rendered during the Twelfth Compensation Period as $4,677,573.91. Subsequent to the filing of the Twelfth Interim Fee Application and before the hearing on that application, adjustments were made in connection with the Trustee's and B&H's statements of fees and expenses incurred during the Twelfth Compensation Period that reduced the Interim Compensation Requested by the Trustee and B&H for professional services rendered during the Twelfth Compensation Period to $46,742,166.45, reduced the Interim Compensation Paid to the Trustee and B&H for professional services rendered during the Twelfth Compensation Period to $42,067,949.81 and reduced the Interim Compensation Deferred from the Trustee's and B&H's fees for professional services rendered during the Twelfth Compensation Period to $4,674,216.64. These adjustments were stated on the record at the hearing on the Twelfth Interim Fee Application and were approved in the Twelfth Interim Fee Order. (ECF No. 5547).