**Exhibit B**

SUMMARY OF TWELFTH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM MAY 1, 2013 THROUGH JULY 31, 2013

| Name | Year Admitted | Standard Hourly Rate | Total Standard Hours Billed | Large Case Document Review Hourly Rate* | Total Large Case Document Review Hours Billed | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|
| **Partners and Special Counsel** | | | | | | | |
| Howard L. Simon | 1977 | 550.00 | 344.00 | 520.00 | - | 344.00 | 189,200.00 |
| Kim M. Longo | 2002 | 435.00 | 547.20 | 400.00 | 9.90 | 557.10 | 241,992.00 |
| Antonio J. Casas | 1992 | 430.00 | 250.10 | 400.00 | 112.10 | 362.20 | 152,383.00 |
| **Total Partners and Special Counsel** | | | **1,141.30** | | **122.00** | **1,263.30** | **$ 583,575.00** |
| **Associates** | | | | | | | |
| Karen M. Cullen | 1981 | 415.00 | 112.80 | 375.00 | 60.90 | 173.70 | 69,649.50 |
| Carol LaFond | 2000 | 410.00 | 189.20 | 375.00 | 310.50 | 499.70 | 194,009.50 |
| Sandy Galacio | 2001 | 345.00 | - | 345.00 | 20.70 | 20.70 | 7,141.50 |
| Brian W. Kreutter | 2003 | 355.00 | 352.00 | 355.00 | 90.50 | 442.50 | 157,087.50 |
| John J. Tepedino | 2004 | 355.00 | 134.50 | 355.00 | 36.20 | 170.70 | 60,598.50 |
| Yani Indrajana Ho | 2005 | 340.00 | 326.30 | 340.00 | 115.30 | 441.60 | 150,144.00 |
| Serena M. Parker | 2001 | 355.00 | 113.00 | 355.00 | 0.00 | 113.00 | 40,115.00 |
| Alan D. Lawn | 2008 | 330.00 | 411.80 | 330.00 | 51.30 | 463.10 | 152,823.00 |
| **Total Associates** | | | **1,639.60** | | **685.40** | **2,325.00** | **$ 831,568.50** |
| **Paraprofessionals** | | | | | | | |
| Kevin Coleman | | 245.00 | - | 200.00 | 37.10 | 37.10 | 7,420.00 |
| Matthew Corwin | | 220.00 | 246.80 | 200.00 | 76.60 | 323.40 | 69,616.00 |
| Jacob Gould | | 200.00 | - | 200.00 | 133.60 | 133.60 | 26,720.00 |
| Lisa M. Winkler | | 190.00 | - | 190.00 | 168.50 | 168.50 | 32,015.00 |
| Michael A. Simon | | 170.00 | 49.00 | 170.00 | 38.50 | 87.50 | 14,875.00 |
| Cheryll Cabrera | | 135.00 | 24.00 | 135.00 | 157.90 | 181.90 | 24,556.50 |
| **Total Paraprofessionals** | | | **319.80** | | **612.20** | **932.00** | **$ 175,202.50** |

|  | Total Hours | Total Fees |
|---|---|---|
| **Partners and Special Counsel** | 1,263.30 | $ 583,575.00 |
| **Associates** | 2,325.00 | 831,568.50 |
| **Paraprofessionals** | 932.00 | 175,202.50 |
| **Blended Attorney Rate** | 394.38 | |
| **GRAND TOTAL** | **4,520.30** | **1,590,346.00** |

*For large case document review work performed by certain attorneys and paraprofessionals under Matter Number 02, Task Code 021, Windels Marx agreed, at SIPC's request, to bill their time entries at a reduced hourly rate.

10904787.XLS