## Exhibit C

SUMMARY OF TWELFTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
RENDERED FROM
MAY 1, 2013 THROUGH AND INCLUDING JULY 31, 2013

| Code Description | Amount |
|---|---:|
| Copying | $ 685.85 |
| Telephone | 11.88 |
| Online Research | 6,305.08 |
| Delivery Services/Messenger | 510.35 |
| Postage | 158.26 |
| Filing and Service Fees | 65.80 |
| **TOTAL** | **$ 7,737.22** |

10904787.XLS