**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE TWELFTH INTERIM PERIOD OF MAY 1, 2013 THROUGH JULY 31, 2013

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 502.90 | $ 197,094.50 |
| | | 007 | Fee Application | 71.10 | 26,485.00 |
| | | 020 | Internal Office Meeting | 20.50 | 8,326.00 |
| | | 041 | Discovery, Document Review, Document Production | 362.00 | 126,318.50 |
| | | 042 | Bankruptcy Court Litigation | 171.30 | 64,689.50 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 252.40 | 87,978.50 |
| 8 | Madoff Family Entities | 010 | Litigation | 71.50 | 26,653.00 |
| 9 | Ivy/Beacon | 010 | Litigation | 1.00 | 170.00 |
| 10 | Blumenfeld | 010 | Litigation | 1,345.80 | 541,128.00 |
| 12 | Credit Suisse | 010 | Litigation | 25.80 | 7,719.50 |
| 13 | Solon Capital | 010 | Litigation | 1.90 | 418.00 |
| 14 | Zephyros | 010 | Litigation | 2.00 | 440.00 |
| 15 | Mistral | 010 | Litigation | 2.00 | 440.00 |
| 16 | Societe Generale | 010 | Litigation | 17.00 | 5,358.00 |
| 17 | Royal Bank of Canada | 010 | Litigation | 11.50 | 3,466.00 |
| 18 | Clariden Leu | 010 | Litigation | 6.70 | 1,518.00 |
| 19 | Trincastar Corp. | 010 | Litigation | 1.80 | 450.00 |
| 20 | Coordinated Cases | 010 | Litigation | 233.50 | 86,031.00 |
| 21 | Large Case Document Review | 041 | Discovery, Document Review, Document Productions | 1,419.60 | 405,662.50 |
| | | | **TOTALS** | **4,520.30** | **$ 1,590,346.00** |

10904787.XLS