UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

### NOTICE OF WITHDRAWAL OF OBJECTION

Lisa Liebmann (the "Claimant"), having filed an objection (the "Objection", Docket No. 857) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#003429), hereby gives notice that she has withdrawn the Objection.

Dated: __10/29__, 2013

_/s/ Helen Harris_
Helen Harris
On behalf of Lisa Liebmann
Day Pitney, LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Telephone No: (203) 977-7418
Facsimile No.: (203) 977-7301
Email: hharris@daypitney.com

300288364