**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Irving H. Picard
Email: ipicard@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

<u>**NOTICE OF ADJOURNMENT**</u>

**PLEASE TAKE NOTICE** that the hearing for the Thirteenth Application of Trustee and

Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and

Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31,

2013, along with various Special Counsel Applications, which was previously scheduled for

December 12, 2013 at 10:00 a.m. has been adjourned to **December 16, 2013 at 10:00 a.m**.

   **PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held

before the Honorable Burton R. Lifland, United States Bankruptcy Judge.

Dated: New York, New York
   December 10, 2013

        *s/ David J. Sheehan*_____
        Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, New York 10111
        Telephone: (212) 589-4200
        Facsimile: (212) 589-4201
        Irving H. Picard
        Email: ipicard@bakerlaw.com
        David J. Sheehan
        Email: dsheehan@bakerlaw.com
        Seanna R. Brown
        Email: sbrown@bakerlaw.com
        Heather R. Wlodek
        Email: hwlodek@bakerlaw.com

        *Attorneys for Irving H. Picard, Trustee for*
        *the Substantively Consolidated SIPA*
        *Liquidation of Bernard L. Madoff Investment*
        *Securities LLC and Bernard L. Madoff*