**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**ORDER ISSUING LETTERS OF REQUEST**
**UNDER THE HAGUE EVIDENCE CONVENTION**

Upon the motion (the "Motion") of Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff, for an order issuing the accompanying letters of request (the "Requests") under the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters for transmission to the appropriate judicial authority in France, and due and sufficient notice of the Motion having been given under the circumstances, and it appearing that the Requests are appropriate, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Requests forwarded to the Court shall not be docketed and shall be signed by the Court and that the Clerk of this Court is directed to stamp the Requests with the seal of the Court for transmission to the appropriate judicial authority in France.

2



Dated: December 11, 2013
      New York, New York

/s/ Burton R. Lifland
_____
Burton R. Lifland
United States Bankruptcy Judge