BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 17, 2013 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**1. SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

A.    Thirteenth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary

      Expenses Incurred from May 1, 2013 through July 31, 2013 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 5/1/2013 to 7/31/2013, fee: $31,487,024.25, expenses: $810,213.07 filed by Baker & Hostetler, L.L.P. (Filed: 11/21/2013) [Docket No. 5566]

B.    Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013 for Schiltz & Schiltz, Special Counsel, period: 5/1/2013 to 7/31/2013, fee: $65,470.66, expenses: $4,255.59 filed by Schiltz & Schiltz (Filed: 11/21/2013) [Docket No. 5567]

C.    Application of Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013 for Higgs Johnson Truman Bodden & Co., Special Counsel, period: 5/1/2013 to 7/31/2013, fee: $70,193.25, expenses: $1,186.90 filed by Higgs Johnson Truman Bodden & Co. (Filed: 11/21/2013) [Docket No. 5568]

D.    Application of Soroker - Agmon as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013 for Sorokor - Agmon, Special Counsel, period: 5/1/2013 to 7/31/2013, fee: $187,952.44, expenses: $74.34 filed by Sorokor - Agmon (Filed: 11/21/2013) [Docket No. 5569]

E.    Application of Graf & Pitkowitz Rechtsanwalte GmbH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013 for Graf & Pitkowitz Rechtsanwalte GmbH, Special Counsel, period: 5/1/2013 to 7/31/2013, fee: $548,430.68, expenses: $5,068.65 filed by Graf & Pitkowitz Rechtsanwalte GmbH (Filed: 11/21/2013) [Docket No. 5570]

F.    Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013 for SCA Creque, Special Counsel, period: 5/1/2013 to 7/31/2013, fee: $28,090.07, expenses: $20.00 filed by SCA Creque (Filed: 11/21/2013) [Docket No. 5571]

G.    Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013 for Young Conaway Stargatt & Taylor, LLP, Special Counsel, period: 5/1/2013 to 7/31/2013, fee: $20,503.80, expenses: $1,555.39 filed by Young Conaway Stargatt & Taylor, LLP (Filed: 11/21/2013) [Docket No. 5572]

H.    Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013 for

    Williams, Barristers & Attorneys, Special Counsel, period: 5/1/2013 to 7/31/2013, fee: $101,219.42, expenses: $0 filed by Williams, Barristers & Attorneys (Filed: 11/21/2013) [Docket No. 5573]

I.    Application of Taylor Wessing as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013 for Taylor Wessing, Special Counsel, period: 5/1/2013 to 7/31/2013, fee: $3,609,012.69, expenses: $2,056,092.17 filed by Taylor Wessing (Filed: 11/21/2013) [Docket No. 5574]

J.    Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013 for UGGC & Associes, Special Counsel, period: 5/1/2013 to 7/31/2013, fee: $170,393.77, expenses: $4,896.64 filed by UGGC & Associes (Filed: 11/21/2013) [Docket No. 5575]

K.    Application of Triay Stagnetto Neish as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013 for Triay Stagnetto Neish, Special Counsel, period: 5/1/2013 to 7/31/2013, fee: $31,993.53, expenses: $221.87 filed by Triay Stagnetto Neish (Filed: 11/21/2013) [Docket No. 5576]

L.    Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013 for Werder Vigano, Special Counsel, period: 5/1/2013 to 7/31/2013, fee: $5,701.15, expenses: $0 filed by Werder Vigano (Filed: 11/21/2013) [Docket No. 5577]

M.    Application of Greenfield Stein & Senior, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013 for Greenfield, Stein and Senior, LLP, Special Counsel, period: 5/1/2013 to 7/31/2013, fee: $863.10, expenses: $0 filed by Greenfield, Stein and Senior, LLP (Filed: 11/21/2013) [Docket No. 5578]

N.    Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013 for Browne Jacobson, LLP, Special Counsel, period: 5/1/2013 to 7/31/2013, fee: $408,874.01, expenses: $14,836.89 filed by Browne Jacobson, LLP (Filed: 11/21/2013) [Docket No. 5579]

O.    Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013 for Eugene F.

300305264

      Collins, Special Counsel, period: 5/1/2013 to 7/31/2013, fee: $87,053.58, expenses: $240.10 filed by Eugene F. Collins (Filed: 11/21/2013) [Docket No. 5580]

P.    Application of Ritter & Ritter Advokatur as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013 for Ritter & Ritter Advokatur, Special Counsel, period: 5/1/2013 to 7/31/2013, fee: $38,150.06, expenses: $1,851.92 filed by Ritter & Ritter Advokatur (Filed: 11/21/2013) [Docket No. 5581]

Q.    Application of Munari Giudici Maniglio Panfili E Associati as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013 for Munari Giudici Maniglio Panfili E Associati, Special Counsel, period: 5/1/2013 to 7/31/2013, fee: $56,337.36, expenses: $201.21 filed by Munari Giudici Maniglio Panfili E Associati (Filed: 11/21/2013) [Docket No. 5582]

R.    Application of Kelley, Wolter & Scott, P.A. as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2013 through July 31, 2013 for Kelley, Wolter & Scott, P.A., Special Counsel, period: 7/1/2013 to 7/31/2013, fee: $3,733.20, expenses: $110.00 filed by Kelley, Wolter & Scott, P.A. (Filed: 11/21/2013) [Docket No. 5583]

S.    Twelfth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013 and Request for Partial Release of Holdback for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 5/1/2013 to 7/31/2014, fee: $1,590,346.00, expenses: $7,737.22 filed by Windels Marx Lane & Mittendorf, LLP (Filed: 11/21/2013) [Docket No. 5584]

<u>Related Documents</u>:

1.    Notice of Hearing on Thirteenth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from May 1, 2013 through July 31, 2013 (related documents 5566, 5567, 5568, 5569, 5570, 5571, 5572, 5573, 5574, 5575, 5576, 5577, 5578, 5579, 5580, 5581, 5582, 5583, 5584) filed by David J. Sheehan (Filed: 11/21/2013) [Docket No. 5585]

2.    Affidavit of Service of Notice of Hearing on Thirteenth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from May 1, 2013 through July 31, 2013 filed by David J. Sheehan (Filed: 11/21/2013) [Docket No. 5587]

3.    Notice of Adjournment of Hearing on Thirteenth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and

- 4 -


---

      Necessary Expenses Incurred by Applicants from May 1, 2013 through July 31, 2013, along with Special Counsel Applications, to December 16, 2013 at 10:00 a.m.  (Filed: 12/11/2013) [Docket No. 5597]

4.     Affidavit of Service of Notice of Adjournment of Hearing
(Filed: 12/11/2013) [Docket No. 5598]

5.     Notice of Further Adjournment of Hearing for the Thirteenth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through July 31, 2013, along with Special Counsel Applications, to December 17, 2013 at 10:00 a.m.
(Filed: 12/11/2013) [Docket No. 5599]

6.     Affidavit of Service of Notice of Adjournment of Hearing
(Filed: 12/16/2013) [Docket No. 5602]

Responses Filed:

7.     Recommendation of the Securities Investor Protection Corporation in Support of Sixth Application of Greenfield Stein & Senior LLP for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/06/2013) [Docket No. 5590]

8.     Recommendation of the Securities Investor Protection Corporation in Support of the Twelfth Application of Windels Marx Lane & Mittendorf LLP for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation
(Filed: 12/06/2013) [Docket No. 5591]

9.     Recommendation of the Securities Investor Protection Corporation in Support of Eighth Application of Young Conaway Stargatt & Taylor LLP for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation
(Filed: 12/06/2013) [Docket No. 5592]

10.     Recommendation of the Securities Investor Protection Corporation in Support of First Application of Kelley, Wolter & Scott for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/06/2013) [Docket No. 5593]

11.     Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation
(Filed: 12/06/2013) [Docket No. 5594]

300305264

12. Recommendation of the Securities Investor Protection Corporation in Support of Thirteenth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/06/2013) [Docket No. 5595]

13. Revised Recommendation of the Securities Investor Protection Corporation in Support of Thirteenth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/06/2013) [Docket No. 5596]

<u>Objections Due</u>:    December 5, 2013

<u>Objections Filed</u>:    NONE

<u>Status</u>: This matter is going forward.

Dated: New York, New York
December 16, 2013

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*