**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |

## ORDER APPROVING APPLICATIONS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

This matter came before the Court on December 17, 2013 on the application (the "Application")[1] of Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), and Bernard L. Madoff ("Madoff", and together with BLMIS, each a "Debtor" and collectively, the "Debtors"), and Baker & Hostetler LLP ("B&H"), counsel to the Trustee (together with the Trustee, the "Applicants"), with the support and approval of the Securities Investor Protection Corporation ("SIPC"), for entry of an order for interim allowance, pursuant to section 78eee(b)(5) of the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"),[2] sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

[2] For convenience, future reference to SIPA will not include "15 U.S.C."

of the Local Rules for the Bankruptcy Court for the Southern District of New York (the "Local

Rules"), for compensation for professional services rendered and for reimbursement of actual

and necessary expenses incurred during the period May 1, 2013 through and including July 31,

2013 (the "Compensation Period") in the amounts listed on Exhibit A attached hereto pursuant to

the Order Pursuant to Section 78eee(b)(5) of SIPA, Sections 105, 330 and 331 of the Bankruptcy

Code, Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2106-1 Establishing Procedures

Governing Interim Monthly Compensation of Trustee and Baker & Hostetler LLP, dated

February 25, 2009 (ECF No. 126), as amended on December 17, 2009 and June 1, 2011 (ECF

Nos. 1078 and 4125) (collectively, the "Second Amended Compensation Order"), as more fully

set forth in the Application; and the applications of special counsel to the Trustee ("Special

Counsel Applications"), as listed on Exhibit A attached hereto; and the Court having jurisdiction

to consider the Application, the Special Counsel Applications, and the relief requested therein in

accordance with section 78eee(b)(4) of SIPA, the Protective Decree entered on December 15,

2008 by the United States District Court for the Southern District of New York in Case No. 08

Civ. 10791, and 28 U.S.C. §§ 157 and 1334; and it appearing that sufficient notice of the

Application and Special Counsel Applications having been given by November 21, 2013 (ECF

No. 5585), and no other notice being necessary; and SIPC having filed its recommendations in

support of the Application and Special Counsel Applications on December 6, 2013 (ECF Nos.

5594, 5595, and 5596) pursuant to section 78eee(b)(5)(C) of SIPA; and no objections having

been filed; and a hearing (the "Hearing") having been held on December 17, 2013 to consider the

Application and Special Counsel Applications; and the Court having determined that the legal

and factual bases set forth in the Application and Special Counsel Applications establish just

cause for the relief granted therein; and after due deliberation and sufficient cause appearing

therefore; and for the reasons stated on the record at the Hearing, it is hereby

ORDERED, ADJUDGED and DECREED that:

1.      The Application is granted.

2.      The Special Counsel Applications are granted.

3.      The Trustee is authorized to pay the amounts as set forth on Exhibit A.

/s/ Burton R. Lifland

Dated: December 17, 2013              _____
        New York, New York                                Burton R. Lifland
                                                          United States Bankruptcy Judge

3