# EXHIBIT A TO THIRTEENTH INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (BRL)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: May 1, 2013 – July 31, 2013 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation to be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 11/21/2013 ECF No. 5585 | 05/01/2013 – 07/31/2013 | $31,467,962.25[1] | $31,467,962.25[1] | $37,075,752.02[2] | $809,756.30[3] | $809,756.30[3] |
| Schiltz & Schiltz, Special Counsel to the Trustee | 11/21/2013 ECF No. 5567 | 05/01/2013 – 07/31/2013 | $65,470.66 | $65,470.66 | $52,376.53 | $4,255.59 | $4,255.59 |
| Higgs & Johnson, Special Counsel to the Trustee | 11/21/2013 ECF No. 5568 | 05/01/2013 – 07/31/2013 | $70,193.25 | $70,193.25 | $56,154.60 | $1,186.90 | $1,186.90 |

---

[1] Subsequent to the filing of the Thirteenth Fee Application, adjustments were made in connection with the Trustee's and B&H's statement of fees and expenses for the period from June 1, 2013 through June 30, 2013. Accordingly, the amount requested and awarded as an interim payment for professional services rendered during the Compensation Period has been reduced from $31,487,024.25 to $31,467,962.25.

[2] Subsequent to the filing of the Thirteenth Fee Application, adjustments were made in connection with the Trustee's and B&H's statement of fees and expenses for the period from June 1, 2013 through June 30, 2013. Accordingly, the amount to be paid has been reduced from $28,338,321.83 to $28,321,166.03. Additionally, the Trustee and B&H initially requested a release of $8,755,062.54 from the Holdback, withheld from prior applications. After the discussions between the Trustee and B&H noted previously, the Holdback release was reduced from $8,755,062.54 to $8,754,585.99. Together, the sum total of interim compensation to be paid for the current Compensation Period is $37,075,752.02. This amount includes $28,321,166.03 of interim compensation, plus a release of $8,754,585.99 from the Holdback from prior applications.

[3] Subsequent to the filing of the Thirteenth Fee Application, adjustments were made in connection with the Trustee's and B&H's statement of fees and expenses for the period from June 1, 2013 through June 30, 2013. Accordingly, the amount requested and awarded as reimbursement of costs and expenses incurred during the Compensation Period has been reduced from $810,213.07 to $809,756.30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soroker – Agmon, Special Counsel to the Trustee | 11/21/2013 ECF No. 5569 | 05/01/2013 – 07/31/2013 | $187,952.44 | $187,952.44 | $150,361.95 | $74.34 | $74.34 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | 11/21/2013 ECF No. 5570 | 05/01/2013 – 07/31/2013 | $548,430.68 | $548,430.68 | $438,744.54 | $5,068.65 | $5,068.55 |
| SCA Creque, Special Counsel to the Trustee | 11/21/2013 ECF No. 5571 | 05/01/2013 – 07/31/2013 | $28,090.07 | $28,090.07 | $22,472.06 | $20.00 | $20.00 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 11/21/2013 ECF No. 5572 | 05/01/2013 – 07/31/2013 | $20,503.80 | $20,503.80 | $16,403.04 | $1,555.39 | $1,555.39 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 11/21/2013 ECF No. 5584 | 05/01/2013 – 07/31/2013 | $1,590,346.00 | $1,590,346.00 | $3,877,001.02[4] | $7,737.22 | $7,737.22 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | 11/21/2013 ECF No. 5573 | 05/01/2013 – 07/31/2013 | $101,219.42 | $101,219.42 | $80,975.54 | $0.00 | $0.00 |

---

[4] During the current Compensation Period, Windels Marx Lane and Mittendorf, LLP ("Windels Marx") is to be paid $1,272,276.80 in interim compensation. Additionally, Windels Marx requested a release of $2,604,724.22 from the Holdback, withheld from prior applications. Together, the sum total of interim compensation to be paid for the current Compensation Period is $3,877,001.02. This amount includes $1,272,276.80 of interim compensation, plus a release of $2,604,724.22 from the Holdback from prior applications.

A-2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Taylor Wessing, Special Counsel to the Trustee | 11/21/2013 ECF No. 5574 | 05/01/2013 – 07/31/2013 | $3,609,012.69 | $3,609,012.69 | $2,887,210.15 | $2,056,092.17 | $2,056,092.17 |
| UGGC & Associés, Special Counsel to the Trustee | 11/21/2013 ECF No. 5575 | 05/01/2013 – 07/31/2013 | $170,393.77 | $170,393.77 | $136,315.01 | $4,896.64 | $4,896.64 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | 11/21/2013 ECF No. 5576 | 05/01/2013 – 07/31/2013 | $31,993.53 | $31,993.53 | $25,594.82 | $221.87 | $221.87 |
| Werder Vigano, Special Counsel to the Trustee | 11/21/2013 ECF No. 5577 | 05/01/2013 – 07/31/2013 | $5,701.15 | $5,701.15 | $4,560.92 | $0.00 | $0.00 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | 11/21/2013 ECF No. 5578 | 05/01/2013 – 07/31/2013 | $863.10 | $863.10 | $690.48 | $0.00 | $0.00 |
| Browne Jacobson LLP, Special Counsel to the Trustee | 11/21/2013 ECF No. 5579 | 05/01/2013 – 07/31/2013 | $408,874.01 | $408,874.01 | $327,099.21 | $14,836.89 | $14,836.89 |
| Eugene F. Collins, Special Counsel to the Trustee | 11/21/2013 ECF No. 5580 | 05/01/2013 – 07/31/2013 | $87,053.58 | $87,053.58 | $69,642.86 | $240.10 | $240.10 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Kelley, Wolter & Scott Special Counsel to the Trustee | 11/21/2013 ECF No. 5583 | 07/01/2013 – 07/31/2013 | $3,733.20 | $3,733.20 | $2,986.56 | $110.00 | $110.00 |
| Ritter & Ritter Advokatur, Special Counsel to the Trustee | 11/21/2013 ECF No. 5581 | 05/01/2013 – 07/31/2013 | $38,150.06 | $38,150.06 | $30,520.04 | $1,851.92 | $1,851.92 |
| Munari Giudici Maniglio Panfili E Associati, Special Counsel to the Trustee | 11/21/2013 ECF No. 5582 | 05/01/2013 – 07/31/2013 | $56,337.36 | $56,337.36 | $45,069.89 | $201.21 | $201.21 |

Schedule A(1)     DATE: 12/17/ 2014     INITIALS: /s/BRL  USBJ

* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

Adv. Pro. No. 08-1789 (BRL)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

## Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $510,183,440.09 | $510,183,440.09 | $483,919,682.14[5] | $11,369,633.34 | $11,369,633.34 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.59 | $180,941.59 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0.00 | $0.00 |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Eugene F. Collins, Special Counsel to the Trustee | $320,276.06 | $320,276.06 | $256,220.87 | $44,602.20 | $44,602.20 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $795,740.39 | $795,740.39 | $636,592.34 | $70,467.92 | $70,467.92 |
| Higgs & Johnson, Special Counsel to the Trustee | $892,084.95 | $892,084.95 | $713,667.96 | $105,871.02 | $105,871.02 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $34,926.12 | $34,926.12 | $27,940.89 | $1,219.87 | $1,219.87 |
| Graf & Pitkowitz Rechtsanwälte GmbH Special Counsel to the Trustee | $4,485,731.85 | $4,485,731.85 | $3,588,585.48 | $223,385.25 | $223,385.25 |
| SCA Creque, Special Counsel to the Trustee | $1,000,377.32 | $1,000,377.32 | $800,301.88 | $6,496.30 | $6,496.30 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $329,145.31 | $329,145.31 | $263,316.24 | $24,974.48 | $24,974.48 |

---

[5] The total interim compensation paid to date to the Trustee and B&H is $475,165,096.15. During the current Compensation Period, the Trustee and B&H have been paid a release of $8,754,585.99 from the Holdback, withheld from prior applications. Together, the total amount of interim compensation paid to date is $483,919,682.14.

A-5

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $27,037,038.70 | $27,037,038.70 | $24,424,355.18[6] | $316,034.99 | $316,034.99 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $2,581,245.53 | $2,581,245.53 | $2,064,996.43 | $96,767.25 | $96,767.25 |
| Taylor Wessing, Special Counsel to the Trustee | $22,104,052.87 | $22,104,052.87 | $17,683,242.30 | $9,699,243.43 | $9,699,243.43 |
| UGGC & Associés, Special Counsel to the Trustee | $675,024.54 | $675,024.54 | $540,019.65 | $15,529.80 | $15,529.80 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,141.64 | $35.21 | $35.21 |
| Werder Vigano, Special Counsel to the Trustee | $131,643.70 | $131,643.70 | $105,314.97 | $1,162.37 | $1,162.37 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | $42,601.56 | $42,601.56 | $34,081.25 | $711.38 | $711.38 |
| Soroker - Agmon, Special Counsel to the Trustee | $1,788,318.39 | $1,788,318.39 | $1,430,654.72 | $22,311.10 | $22,311.10 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $818,095.36 | $818,095.36 | $654,476.29 | $78,842.20 | $78,842.20 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $7,128.00 | $7,128.00 | $5,702.40 | $349.40 | $349.40 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $192,939.66 | $192,939.66 | $154,351.73 | $4,641.26 | $4,641.26 |
| Ritter & Ritter Advokatur, Special Counsel to the Trustee | $108,815.75 | $108,815.75 | $87,052.59 | $2,396.48 | $2,396.48 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $7,851.97 | $7,851.97 | $6,281.57 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $58,989.08 | $58,989.08 | $47,191.26 | $201.21 | $201.21 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $3,733.20 | $3,733.20 | $2,986.56 | $110.00 | $110.00 |

Schedule A(1)    DATE: 12/17/2013    INITIALS: /s/BRL USBJ

---

[6] The total interim compensation paid to date to Windels Marx is $21,819,630.96. During the current Compensation Period, Windels Marx has been paid a release of $2,604,724.22 from the Holdback, withheld from prior applications. Together, the total amount of interim compensation paid to date is $24,424,355.18.

A-6