**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,

                     Plaintiff,

      v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                     Defendant.

------------------------------------------------------------X

In re:

BERNARD L. MADOFF,

                     Debtor.

------------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

## ORDER DENYING LETTER REQUEST FOR SUMMARY JUDGMENT

    **WHEREAS,** Laurence Leif ("Leif") is currently engaged in several proceedings before this Court, and is currently represented by counsel in certain of those proceedings; and

    **WHEREAS,** apparently appearing *pro se* (without counsel), Leif submitted a letter styled as a "Request for Final Judgment Against SIPC and the Trustee in the Madoff Litigation" (the "Letter") regarding his claim dispute with the Trustee (the "Claim Dispute"), *see* Dkt. No. 5606; and

    **WHEREAS,** the Letter can be construed as a motion for summary judgment (the "Motion"); and

**WHEREAS,** Leif failed to comply with Federal Rule of Bankruptcy Procedure 7056 and Local Rule of Bankruptcy Procedure 7056-1 governing motions for summary judgment; and

**WHEREAS,** the Claim Dispute, as well as the Trustee's avoidance action against Leif, *see Picard v. Leif*, Adv. Pro. No. 10-04601, have previously been ordered to mediation by this Court, *see* Order Directing Mediation and Appointing Mediator, Dkt. No. 5549;

**THEREFORE,** it is **ORDERED** that, to the extent the Letter can be construed as a motion for summary judgment, the Motion is **DENIED**, and the parties shall proceed with mediation as per this Court's prior order.



Dated: December 19, 2013
      New York, New York

/s/ Burton R. Lifland
_____
Burton R. Lifland
United States Bankruptcy Judge