KACHROO LEGAL SERVICES, P.C.

Dr. Gaytri Kachroo
245 Park Avenue
24th and 39th Floors
New York, NY 10167
Phone: +1 212 372 8939
Fax: +1 (617) 864-1125
gkachroo@kachroolegal.com

*Attorneys for The Diana Melton Trust, Dated 12/05/05 (Account Number 1ZA699)*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), the law firm of Kachroo Legal Services, P.C., hereby enters its appearance in the above-referenced adversary proceeding as counsel of record regarding claims submitted on behalf of the following customer: the Diana Melton Trust, Dated 12/05/05 (Account Number 1ZA699), and hereby requests, pursuant to

1

Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case, or required to be given or filed in this case, be given and served upon counsel at the following address:

> Dr. Gaytri Kachroo
> 245 Park Avenue
> 24th and 39th Floors
> New York, NY 10167
> Phone: +1 212 372 8939
> Fax: +1 (617) 864-1125
> gkachroo@kachroolegal.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the referenced case and the proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned counsel be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in the referenced case. Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive our client's (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in

2

any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Date: 17 December 2013

                                Respectfully submitted,

                                KACHROO LEGAL SERVICES, P.C.

                                By:/s/ Gaytri Kachroo
                                KACHROO LEGAL SERVICES, P.C.

                                Dr. Gaytri Kachroo
                                245 Park Avenue
                                24th and 39th Floors
                                New York, NY 10167
                                Phone: +1 212 372 8939
                                Fax: +1 (617) 864-1125
                                gkachroo@kachroolegal.com

                                *Attorneys for The Diana Melton Trust, Dated 12/05/05 (Account Number 1ZA699)*