UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Ellen Bernfeld, Marilyn Bernfeld, and Herbert Bernfeld Residuary Trust (the "Claimants"), having had an objection filed on their behalf (the "Objection", Docket No. 3255) to the Trustee's Notice of Determination respecting Claimants' customer claims (#014642, 014647 and 015390), hereby gives notice that they have withdrawn such Objection.

Dated: December [  ], 2013

_____
Ms. Ellen Bernfeld on behalf of herself,
Marilyn Bernfeld, and Herbert Bernfeld
Residuary Trust.