UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Lila Goodman (the "Claimant"), having had objections filed on her behalf (the "Objections", Docket No. 1679 and 1682) to the Trustee's Notice of Determination respecting Claimant's customer claims (#013817 and 013818), hereby gives notice that she has withdrawn such Objections as they relate to her claims.

Dated: December [3], 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Ms. Lila Goodman
　　　　　　　　　　　　　　　　　　10602 W. Clairmont Circle
　　　　　　　　　　　　　　　　　　Tamarac FL. 33321