UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
|                                            : |
| In re:                                     : |
|                                            : |
| Securities Investor Protection Corporation,: | Adv. Pro. No. 08-01789 (SMB)
|                                            : |
|         Plaintiff,                         : |
|                                            : |
|              v.                            : | SIPA Liquidation
| Bernard L. Madoff Investment Securities LLC,: |
|                                            : |
|         Defendant.                         : | (Substantively Consolidated)
|_____ : |
|                                            : |
| In re:                                     : |
|                                            : |
| Bernard L. Madoff                          : |
|         Debtor.                            : |
|_____ : |

NOTICE OF CASE REASSIGNMENT

The above-referenced case no. 08-01789, related cases and all pending adversary proceedings are reassigned to Judge Stuart M. Bernstein.  Please style all future captions with the appropriate judicial suffix (SMB).

                                                      /s/ Vito Genna
                                                      Clerk of Court

Date:   January 14, 2014