Honorable Judge Burton Lifland

United States Bankruptcy Court

Southern District Of New York

One Bowling Green

New York, N Y 10004-1408

January 7, 2014

## Request for a change in mediators from the court on my Determination of my IRA account

I have attempted to work with the trustee on a change of mediators but as usual, it is their way or the highway. Their tactics of ignoring my e-mails and trying to engage my Lawyer on this subject are typical of this trustee. As I have told the court and the trustee many times I am representing myself on my IRA dispute. The reason for the request to change mediators is very simple. I appeared on Fox Business news with her about 4 years ago called "The Victims want answers" and "Chasing Madoff ". Judge Cyganowski and I had a heated debate on several issues and found her to have preconceived notions on what is morally right for the victims. If you give me an e-mail address I would be happy to send you a link to that Fox show. In your order of mediation you stated "**upon due consideration, the court finds that this dispute could possibly be resolved by mediation in the court-annexed mediation**

**program"**. I am not sure why you feel that way or what gave you that impression. Miss McDonald has shown tremendous lack of cooperation and respect to me. Most if the time she ignores my e-mails and requests. The only way she allowed me partial discovery on my IRA was because I went to the court to demand it but still has not proved to me that my money was in the madoff pool prior to 1990. In addition when I was attempting to bundle the issues and propose a settlement including my IRA dispute she commented to my lawyer "**She will win this one**" meaning my IRA dispute. Is that an attitude to go into mediation with? How does an individual fight her and a law firm getting 3 million a week to terrorize innocent victims? This has been over 5 years and still the trustee shows lack of cooperation to many devastated and elderly people. When asking for some consideration given my health problems in fighting cancer and my age, Miss McDonald responded to my attorney with Mr. Picard is much older then Mr. Leif. What does that have to do with anything?? The trustee and his people are bullying me. I am now dealing with another major health issue and to be honest this is making it worse and hard to deal with. Why is my country allowing this to go on and on and on? Why does the system and the courts ignore the fact that I paid 1.4 million dollars in taxes on money I never earned and the IRS will not give back? As one of my doctors said "This is the HIDDEN epidemic". Your Honor I am really a very sick man and I need your help to get past this in a timely manor. What is

the big deal about changing mediators or better yet how about hearing my IRA dispute yourself and leave the other issue to my Lawyer?

One more thing I would like to say. The trustee and his people have definitely made this personal against Larry Leif for being out spoken and standing up for what is morally right. Their efforts against me for such small issues speak for themselves

...

Laurence Leif

Time2larry@aol.com

P.O. Box 741646

Boynton Beach, FL 33474

CC Irving Picard