Your Honorable Judge Bernstein,

I have been asked to e-mail you by your staff. As you know I have two separate and very different cases in front of the court. One is a objection to the trustee's determination on my IRA and the other is actual clawback litigation. I am represented by counsel on the claw back suit but represent myself on the objection to the trustee's determination on my IRA account. The reasons for me wanting to explain to you on January 29th why I need them separated is because my attorney Matt Kupillas has no knowledge or background of the facts about me IRA. The second matter is that I have been on Fox news with Judge Cyganowski about 4 years ago talking about claw back and the IRS's responsibility in taking the taxes on fictitious profits and not giving them back to the victims. She seem to dismiss this concept quickly but to be honest it is just the plain old TRUTH. Does the truth matter anymore?

I cannot afford to fly up there and be present personally at the hearing. I have lost my life savings to Mr. Madoff and I am also battling prostate cancer. My emotional issues also come in to play. I am a beaten man with not much of a life. I have been at this for 5 years with no end in site.

It is your decision to let me speak on the issue that I am representing myself on so I will wait for your response.

Laurence Leif

**MEMORANDUM ENDORSEMENT**

The Court does not generally permit parties to make their substantive arguments by telephone, and requires a personal appearance. Accordingly, the Court denies Mr. Leif's letter request to argue telephonically at the hearing scheduled for January 29, 2014. If Mr. Leif appears telephonically, he may listen only. If he would like to argue his case, he must appear in person.

**So ordered:**

**Dated: New York, New York**                                **/s/ STUART M. BERNSTEIN**

**January 17, 2014**                                         **United States Bankruptcy Judge**