# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

January 10, 2014

Heather J. McDonald
direct dial: 212.589.4285
hmcdonald@bakerlaw.com

Honorable Burton R. Lifland
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   *Sec. Inv. Prot. Corp. v. Bernard L. Madoff Inv. Secs. LLC,* Case No. 08-01789
(BRL); Claim No. 000458

Dear Judge Lifland:

We are counsel to Irving H. Picard, Trustee for the substantively consolidated liquidation proceedings of Bernard L. Madoff Investment Securities LLC ("BLMIS") and Bernard L. Madoff under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* ("SIPA").  We write in response to the January 7, 2014 letter of Laurence E. Leif seeking the replacement of Judge Melanie L. Cyganowski as the mediator with regard to the Trustee's disputes with Mr. Leif pursuant to her appointment by this Court.  *See* Order Directing Mediation and Appointing Mediator, *Sec. Inv. Prot. Corp. v. Bernard L. Madoff Inv. Secs. LLC*, No. 08-01789 (BRL) (Bankr. S.D.N.Y. entered Oct. 21, 2013) [Dkt. #5549]; Order Directing Mediation and Appointing Mediator, *Picard v. Leif,* Adv. Pro. No. 10-04601 (BRL) (Bankr. S.D.N.Y. entered Oct. 21, 2013) [Dkt. #22] (the "Mediation Referral Order").

We decline to respond to the statements Mr. Leif has made in his letter regarding the parties' interactions in the context of the Mediation Referral Order other than to say that the Trustee disputes such statements.  Nevertheless, we would like to address Mr. Leif's position in his letter regarding the May 06, 2011 Fox Business News segment in which he and Judge Cyganowski participated (available at http://video.foxbusiness.com/v/3884749/madoff-victims-want-answers/).

We have reviewed this video segment and we believe that nothing contained therein warrants Judge Cyganowski's disqualification as mediator in this matter.  However, the Trustee will defer to any determination by this Court as to Judge Cyganowski's

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

suitability for her appointment.

Sincerely,

Heather J. McDonald


cc:   Matthew A. Kupillas, Esq.
      Laurence E. Leif