AO 88 (Rev. 12/13) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 08-1789 (BRL)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Philip J. Von Kahle Conservator for S&P Associates, General Partnership and P&S Associates General Partnership, c/o Michael Moeckler & Associates, Inc. on *(date)* 1/15/14.

☒ I served the subpoena by delivering a copy to the named person as follows: Norma Castellon as Secretary

on *(date)* 1/15/14 at 1:00pm ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Orville Cameron S.P.S. #492
*Printed name and title*

5831 Hallandale Beach Blvd. West Park, FL 33023
*Server's address*

Additional information regarding attempted service, etc.: