UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Debtor. | SIPA LIQUIDATION<br><br>Case No.  08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>                Plaintiff,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

George and Teresa Lawrence (the "Claimants"), having had an objection filed on their behalf

(the "Objection", Docket No. 3644) to the Trustee's Notice of Determination respecting

Claimants' customer claims (#003373 and 004001), hereby give notice that they have withdrawn

such Objection as it relates to their claims.

Dated: December [4, 2013

Mr. Robert Keane
c/o Teresa Lawrence
12 Clydesdale Road
Scotch Plains
New Jersey
07076