UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Debtor.
_____/

SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendant.
_____/

SIPA LIQUIDATION
CASE NO. 08-01789 (BRL)
(Substantively Consolidated)

## NOTICE OF WITHDRAWAL OF OBJECTION

Frances W. Ragsdale and Vernice Denny Ragsdale (the "Claimants"), having had an objection filed on their behalf (the "Objection", Docket No. 1682) to the Trustee's Notice of Determination respecting Claimants' customer claims (#008573 and 008575), hereby give notice that they have withdrawn such Objection as it relates to their claims.

Dated: January 28, 2014

_____
Frances W. Ragsdale
222 Orlando Blvd.
Indialantic, FL 32903

_____
Dr. Vernice Denny Ragsdale
222 Orlando Blvd.
Indialantic, FL 32903