**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Marc E. Hirschfield  

**Settlement Date: February 11, 2014 at 12:00p.m.**  
**Objection Date: February 11, 2014 at 11:30a.m.**

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>LAURENCE E. LEIF,<br><br>Defendant. | Adv. Pro. No. 10-04601 (SMB) |

## NOTICE OF SETTLE ORDER DENYING
## MOTIONS FOR DISQUALIFICATION OF MEDIATOR

**PLEASE TAKE NOTICE** that upon the hearing held on January 29, 2014 with respect to the motions requesting disqualification of the mediator appointed pursuant to this Court's Order dated October 21, 2013, the undersigned will settle the attached order to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature on **February 11, 2014 at 12:00 noon.**

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than **11:30 a.m. on February 11, 2014.**  Unless objections are received by that time, the order may be signed.

Dated: New York, NY
February 6, 2014

BAKER & HOSTETLER LLP

By: */s/ Marc E. Hirschfield*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Heather J. McDonald
Email: hmcdonald@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

To:  Laurence E. Leif
P.O. Box 741646
Boynton Beach, FL 33474

*Pro Se*

MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
Attn:  Matthew A. Kupillas

*Attorneys for Laurence E. Leif in Adversary Proceeding 10-04601*