**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |

**ORDER ALLOWING CLAIMS OF THE IRREVOCABLE CHARITABLE REMAINDER TRUST OF YALE FISHMAN AND THE GLENN AKIVA FISHMAN CHARITABLE REMAINDER UNITRUST AND GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[1] of the The Irrevocable Charitable Remainder Trust of Yale Fishman (the "Yale Trust") and the Glenn Akiva Fishman Charitable Remainder Unitrust (the "Glenn Trust," and together with the Yale Trust, the "Trust Claimants"), for (i) a hearing to determine the allowance of the Claims (defined below) filed by the Trust Claimants and (ii) the entry of an order allowing the Claims and granting related relief; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b) and 1334 and the *Standing Order of Reference* dated February 1, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1409; and it appearing that notice of the Motion is sufficient under the circumstances; and any objections to the requested relief having been withdrawn or overruled; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. Notwithstanding anything to the contrary in the Claims Procedure Order, this Court has the power to hear and determine the Motion.

3. The Yale Trust is hereby granted an allowed claim in the amount of $1,484,221.13.

4. The Glenn Trust is hereby granted an allowed claim in the amount of $1,486,590.00.

5. The Securities Investor Protection Corporation is hereby directed to pay each of the Yale Trust and the Glenn Trust a $500,000, respectively, as an advance pursuant to 15 U.S.C. § 78fff-3(a) within ten (10) days of the date of this Order.

6. Within ten (10) days of the date of this Order, the Trustee shall pay both the Yale Trust and the Glenn Trust any and all pro rata amounts that they are entitled to as general unsecured creditors, including any amounts that would have been paid under previous distributions.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____ ___, 2014
      New York, New York

                                                          _____
                                                          HONORABLE STUART M. BERNSTEIN
                                                          UNITED STATES BANKRUPTCY JUDGE