Hearing Date: April 2, 2014 at 10:00 a.m. (Eastern Time)
Objection Deadline: March 5, 2014 at 4:00 p.m. (Eastern Time)
Reply Deadline: March 19, 2014 at 4:00 p.m. (Eastern Time)

**LOWENSTEIN SANDLER LLP**
Bruce Buechler, Esq.
Nicole Stefanelli, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
    -and-
1251 Avenue of the Americas, 18th Floor
New York, NY  10020
Tel: (212) 262-6700
Fax: (212) 262-7402

*Attorneys for the Irrevocable Charitable Remainder Trust of*
*Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Unitrust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**NOTICE OF HEARING OF MOTION OF THE IRREVOCABLE CHARITABLE REMAINDER TRUST OF YALE FISHMAN AND THE GLENN AKIVA FISHMAN CHARITABLE REMAINDER UNITRUST FOR (I) A HEARING TO DETERMINE ALLOWANCE OF CLAIMS AND (II)  ENTRY OF AN ORDER ALLOWING THE TRUST CLAIMANTS' CLAIMS AND GRANTING RELATED RELIEF**

24349/2
02/07/2014 28343492.1

**PLEASE TAKE NOTICE** that the Irrevocable Charitable Remainder Trust of Yale Fishman (the "Yale Trust") and the Glenn Akiva Fishman Charitable Remainder Unitrust (the "Glenn Trust," and together with the Yale Trust, the "Trust Claimants"), by and through their undersigned counsel, will move (the "Motion") before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004-1408, on **April 2, 2014, at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard, for the entry of an order allowing the Claims (as defined in the Motion) filed by the Trust Claimants.

**PLEASE TAKE FURTHER NOTICE** that written objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **4:00 p.m. (Eastern Time) on March 5, 2014** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Lowenstein Sandler LLP, Attorneys for the Trust Claimants, 65 Livingston Avenue, Roseland, New Jersey 07068, Attn: Bruce Buechler, Esq. and Nicole Stefanelli, Esq., (b) Baker & Hostetler, LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., and (c) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq.  Any objection must specifically state the interest that the objecting party has in these proceedings and the basis of the objection to the Motion.

**PLEASE TAKE FURTHER NOTICE** that any reply of the Trust Claimants must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **4:00 p.m. (Eastern Time) on March 19, 2014**.

**PLEASE TAKE FURTHER NOTICE** if no objections are timely filed and served with respect to the Motion, an order may be entered with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default..

Respectfully submitted,

Dated: February 7, 2014             **LOWENSTEIN SANDLER LLP**

By:   */s/ Bruce Buechler*
Bruce Buechler, Esq. (BB 0324)
Nicole Stefanelli (NS 4100)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
        -and-
1251 Avenue of the Americas, 18th Floor
New York, NY  10020
Tel: (212) 262-6700
Fax: (212) 262-7402

*Attorneys for the Irrevocable Charitable Remainder Trust of Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Unitrust*