Honorable Judge Stuart Bernstein

United States Bankruptcy Court

Southern District Of New York

One Bowling Green

New York, N Y 10004-1408

February 7, 2014

FEB 10 2014

## REQIUEST FOR SEPARATE MEDIATIONS ON MY IRA DISPUTE AND MY CLAWBACK CASE

Your Honor in the past 10 months or so I have been disputing with Mr. Picard about his determination on my IRA claim. I have attached all the pervious correspondence on this issue that I had sent the late Judge Lifland. I am aware that you ruled against me on the issue of changing the mediator because of prior contact. However you did not rule on my request to separate the mediations as I have previously requested. The two issues are totally different and not legally connected in any way. As you know I am representing myself on this IRA dispute. I am out of money for this 5-year fight (My Lawyer wanted an additional $20,000 to handle my IRA). I am in poor health and need to save my recourses for these health issues. I have documented those health problems to the court and some of that documentation is enclosed.

The trustee has not given in on any issues. He has asked me to give up my home and wanted to know of I could access my IRA. This is brutal talk to somebody that has already lost everything once and paid the IRS 1.4 million in federal taxes **that was mandated by federal law at that time on money that was never earned and they will not give it back**. I am sure this can be won with a jury of my peers. My IRA claim is very important to me and do not want to mix it up in the claw back suit. Miss McDonald has told my lawyer in the claw back case that she is confident "**SHE WILL WIN THAT**

<u>ONE</u>", meaning my IRA dispute and completely discounted it in any attempted negotiations. She is wrong. My money was not in Madoff prior to 1990 and I even proofed it to her, which she has totally ignored. In order for me to have any chance in mediating that claim and getting paid for it will be in a separate mediations. I am not sure why she is so against it. Judge Lifland did not order that we mediate them together only that we mediate them, which I am fine with. <u>I wait for your ruling in this matter</u>.

This system has successfully ruined my life. There is nothing left for me to look forward to except Legal bills and the constant pursuit by a trustee that is intent on trying to take what I have left. This is what I get from my country after being a hard working and honest citizen my entire life. **I HAVE DONE NOTHING WRONG !**

Laurence Leif

P.O. Box 741646

Boynton Beach, FL 33474

Time2larry@aol.com


CC… Irving Picard, Trustee