Seymour Leven, M.D.

White's Hill-R.R.1 Box1m

Cavendish, Vermont 05142

Telephone (802) 226-7568

Dear Mr. Picard,

When I learned about the Madoff matter and Mr. Leif's losses, I was concerned and now apprehensive about his emotional state. We have been in close communication now for over 4 years.

I know him to be strikingly honest and forthright man unblemished by any act or hint of immoral or sociopathic behavior. He was shocked and emotionally devastated no less by the legal suits rendered against him than by the painful disillusionment over Madoff's heartless illegal and immoral activities involving him and so many other innocent, intelligent, trusting people. In his words, " I feel totally abandoned by my beloved country and deeply hurt by its lack of protection against this kind of evil ".

As a practicing psychiatrist with many decades of experience in clinical and forensic tasks, I am alarmed by Mr. Leif's current mental and physical state. He shows virtually every sign and symptom of a major clinical depression. Inclined by temperament toward extreme conscientiousness, loyalty to others, hard work and charity, he remains appalled by the implied attacks on his integrity. His reaction is diagnosable as a Post Traumatic stress disorder.

His recent medical diagnosis and extensive treatment of advanced prostate cancer have exacerbated his ongoing experience of loss, defeat and despair.

I assess him to be emotionally broken and physically as well as mentally disabled. He is subject to further deterioration if not relieved of the obvious stress generated by the legal actions he is subject to. Psychosis or Suicide would not be unexpected in his case.

Very Truly Yours,

Seymour Leven, M.D.

April 28, 2103

# *Matthew S. Lief, M.D., F.A.C.S., P.A.*

Diplomate, American Board of Urology

To Whom It May Concern,

Re: Laurence Leif

DOB: 7/27/1950

      Mr. Leif was recently diagnosed with a very aggressive form of Prostate Cancer. He will require extensive treatment with radiation and/or surgery. The life impact of this disease is severe. He will require monitoring every 3 months for the rest of his life.

Respectfully submitted,

Matthew S. Lief, M.D., F.A.C.S., P.A.
MSL: tt

LEIF, LAURENCE/1188.1/1-1188.1/M dob 07-27-1950 (62 Years)

**HCA SURGERY CENTER AT CORAL SPRINGS**
967 University Dr
Coral Springs, FL 33071
Tel: (954) 341-5553   Fax: (954) 344-7054

**OPERATIVE REPORT**                SEP 25 2012

**PATIENT NAME:** LEIF, LAURENCE

**MEDICAL RECORD #:** 501638

**SURGEON:** Matthew Lief, M.D.

**DATE OF PROCEDURE:** 09/24/12

**PREOPERATIVE DIAGNOSES:**
1. Benign prostatic hypertrophy.
2. Elevated prostate-specific antigen.
3. Positive prostate cancer profile.

**POSTOPERATIVE DIAGNOSES:**
1. Benign prostatic hypertrophy.
2. Elevated prostate-specific antigen.
3. Positive prostate cancer profile.

**PROCEDURE PERFORMED:** Rigid cystoscopy with transrectal
ultrasound of the prostate and biopsies.

**ANESTHESIA:** General.

**COMPLICATIONS:** None.

**ANTIBIOTICS:** Cipro IV and Rocephin IV.

**DESCRIPTION OF PROCEDURE:** The patient was brought to the
operating room for the above indications. General anesthesia
was induced. He was prepped and draped first in the lithotomy
position. Cystoscopy revealed a normal urethra. He had some
element of BPH, but was not completely obstructed. The bladder
was slightly trabeculated. There were no tumors, stones,
diverticula, or cellulite.

The patient was repositioned. The prostate ultrasonography was
performed. The prostate measured 34.2 mL. Using the prostate
ultrasound, I was able to take 12 biopsies. These were taken in
a systematic fashion at 12 preselected locations. A small
amount of bleeding was encountered but not significant.

**OPERATIVE REPORT - PAGE 1**

LEIF, LAURENCE/1188.1/1-1188.1/M dob 07-27-1950 (62 Years)

Ameripath        NCL033861, DR. MATTHEW S. LEIF       09/27/12    09:54 PM   Fax Number: 9547555229    Pg 3 / 4



| PATIENT INFORMATION | SPECIMEN INFORMATION |
|---|---|
| LEIF, LAURENCE | Accession #: **FL12-006402-PB** |

CONFIDENTIAL

### SURGICAL PATHOLOGY REPORT
### DIAGNOSIS

**12. LEFT LATERAL BASE, PROSTATE BIOPSY:**
1 - RIGHT APEX, 3 - RIGHT BASE, 4 - RIGHT LATERAL APEX, 5 - RIGHT LATERAL MID, 6 - RIGHT LATERAL BASE, 7 -
LEFT APEX, 10 - LEFT LATERAL APEX, PROSTATE BIOPSIES.
    BENIGN PROSTATIC TISSUE.

8 - LEFT MID, PROSTATE BIOPSIES:
    BENIGN OTHER TISSUE. SEE COMMENT.
LEFT MID - BENIGN SEMINAL VESICLE TISSUE.

**CASE COMMENTS:** 1, 3, 4, 5, 6, 7 AND 10:
GLANDULAR HYPERPLASIA.
MALIGNANCY NOT SEEN.

1, 3-12  A MICROSCOPIC EXAMINATION WAS PERFORMED TO ARRIVE AT THE DIAGNOSTIC CONCLUSION
REPORTED.

Steven D. Weiss, MD
Electronic Signature: 27 SEP 2012 09:54 PM

### SPECIMEN DATA

**GROSS DESCRIPTION:**
1. Right Apex. RECEIVED IN FORMALIN LABELED "RIGHT APEX" IS A 1.6 X 0.1 CM CORE OF TAN-WHITE SOFT
TISSUE.

2. Right Mid. RECEIVED IN A CONTAINER OF FORMALIN LABELED "RIGHT MID" IN WHICH THERE ARE NO GROSSLY
IDENTIFIABLE TISSUE FRAGMENTS. THE CONTAINER IS ALSO EXAMINED BY SENIOR PATHOLOGISTS' ASSISTANT
ANISSA KRUDUP AND THE ABSENCE OF TISSUE IS CONFIRMED. NO SECTIONS ARE SUBMITTED.

THE SPECIMEN RECEIVING DEPARTMENT WILL VERBALLY NOTIFY THE PHYSICIAN'S OFFICE ON SEPTEMBER 25,
2012.

3. Right Base. RECEIVED IN FORMALIN LABELED "RIGHT BASE" ARE TWO CORES OF TAN-WHITE SOFT TISSUE
MEASURING 0.6 CM TO 1.1 CM. TS.

4. Right Lateral Apex. RECEIVED IN FORMALIN LABELED "RIGHT APEX LATERAL" IS A 1.1 X 0.1 CM CORE OF TAN-
WHITE SOFT TISSUE. TS

5. Right Lateral Mid. RECEIVED IN FORMALIN LABELED "RIGHT MID LATERAL" ARE TWO CORES OF TAN-WHITE SOFT
TISSUE MEASURING 0.4 CM TO 0.7 CM.  TS.

6. Right Lateral Base. RECEIVED IN FORMALIN LABELED "RIGHT LATERAL BASE" ARE TWO CORES OF TAN-WHITE
SOFT TISSUE MEASURING 0.4 CM TO 0.5 CM. TS.

7. Left Apex. RECEIVED IN FORMALIN LABELED "LEFT APEX" IS A 1.3 X 0.1 CM CORE OF TAN-WHITE SOFT TISSUE.
TS.

AmeriPath Florida 8150 Chancellor Dr., Suite 110 Orlando FL 32809  P(800)395-7284  F(407)851-2434
Medical Director Kraig S. Tarud, MD, Board Certified Cytopathologist CLIA 10D0275299

FINAL REPORT-ACC FINAL                      PAGE 2 OF 3

LEIF, LAURENCE/1188.1/1-1188.1/M dob 07-27-1950 (62 Years)

Ameripath          NCL033861, DR MATTHEW S. LIEF    09/27/12    09 54 PM    Fax Number  9547555229    Pg 4 / 4

**AmeriPath**
FLORIDA

| PATIENT INFORMATION | SPECIMEN INFORMATION |
|---|---|
| LEIF, LAURENCE | Accession #: FL12-006402-PB |

CONFIDENTIAL

## SURGICAL PATHOLOGY REPORT
### SPECIMEN DATA

**GROSS DESCRIPTION:**

8. Left Mid. RECEIVED IN FORMALIN LABELED "LEFT MID" IS A 1.6 X 0.1 CM CORE OF TAN-WHITE SOFT TISSUE. TS.

9. Left Base. RECEIVED IN FORMALIN LABELED "LEFT BASE" ARE TWO CORES OF TAN-WHITE SOFT TISSUE MEASURING 0.5 CM TO 1.0 CM  TS.

10. Left Lateral Apex. RECEIVED IN FORMALIN LABELED "LEFT APEX LATERAL" ARE TWO CORES OF TAN-WHITE SOFT TISSUE MEASURING 0.3 TO 1.3 CM. TS.

11. Left Lateral Mid. RECEIVED IN FORMALIN LABELED "LEFT MID LATERAL" IS A 1.3 X 0.1 CM CORE OF TAN-WHITE SOFT TISSUE. TS.

12. Left Lateral Base. RECEIVED IN FORMALIN LABELED "LEFT BASE LATERAL" IS A CORE OF TAN-WHITE SOFT TISSUE MEASURING 1.3 X 0.1 CM. TS.

EACH BIOPSY OF THIS CASE IS INKED BLACK.

THE GROSS EXAMINATION OF THIS/THESE SPECIMEN(S) IS/ARE PERFORMED AT AMERIPATH FLORIDA, 8100 CHANCELLOR DR, SUITE 130, ORLANDO, FL 32809.  MEDICAL DIRECTOR, KRAIG S. LERUD, CLIA #10 D2025224

Reading Location: AmeriPath South Florida. 895 S W. 30th Ave., Suite 101 Pompano Beach FL  33069 P(866)836-1925, F(954)633-3266

**LIEF, MATTHEW, MD has requested a copy of this report be sent to you**

The CPT codes provided are for information purposes only, and are based on AMA guidelines without regard to specific payor requirements

**CPT Codes : 88305x12**

AmeriPath Florida 8150 Chancellor Dr ,Suite 110 Orlando FL 32809  P(800)395-7284  F(407)851-7434
Medical Director: Kraig S. Lerud, MD, Board Certified Cytopathologist CLIA 10D0275299

| FINAL REPORT-ACC FINAL | PAGE 3 OF 3 |

LEIF, LAURENCE/1188.1/1-1188.1/M dob 07-27-1950 (62 Years)



AmeriPath    NCL_033861, DR MATTHEW S LIEF    09/27/12    09 54 PM    Fax Number 9547555229    Pg 2/4

**AmeriPath FLORIDA**

CONFIDENTIAL

### PATIENT INFORMATION
LEIF, LAURENCE
SEX: M
AGE: 62Y    DOB: 07/27/1950
Patient ID: 501638

### PHYSICIAN INFORMATION
Copy to:
DR. MATTHEW S. LIEF NCL033861
Referring Physician: MATTHEW LIEF, MD

### SPECIMEN INFORMATION
Collected: 9/24/2012
Received: 9/24/2012
Reported: 9/27/2012
Accession #: FL12-006402-PB

### CLINICAL INFORMATION:
ELEVATED PSA

## SURGICAL PATHOLOGY REPORT
### IMAGES

#### PROSTATE DIAGRAM

#### LEGEND MAP
● Benign    ■ Adenocarcinoma    Inflammation
✗ Perineural Invasion    ↗ Extraprostatic Extension    ■ Other
◆ Focus of Small Atypical Glands Suspicious for Carcinoma    ● Non-Prostatic
▽ High Grade Prostatic Intraepithelial Neoplasia

#### PHOTOMICROGRAPH
LEFT LATERAL MID

Microscopic image and diagram, if present, are a symbolic representation of the key findings of the case. The icons designated on the organ diagram are based upon clinical information provided and do not necessarily indicate the specific location from where the biopsy was taken. The image and diagram are not intended to replace a complete reading of the final report.

## DIAGNOSIS

**2. RIGHT MID, PROSTATE BIOPSY:**
**COMMENTS:** NO TISSUE IDENTIFIED.

**9. LEFT BASE, PROSTATE BIOPSY:**
ADENOCARCINOMA, GLEASON GRADE 3+4=7. PERCENTAGE OF PROSTATIC TISSUE INVOLVED BY TUMOR:~15%
MAXIMUM LINEAR EXTENT OF CARCINOMA IN ANY CORE ~2.0 mm

**11. LEFT LATERAL MID, PROSTATE BIOPSY:**
ADENOCARCINOMA, GLEASON GRADE 3+4=7. PERCENTAGE OF PROSTATIC TISSUE INVOLVED BY TUMOR:~40%
MAXIMUM LINEAR EXTENT OF CARCINOMA IN ANY CORE ~5.0 mm
PERINEURAL INVASION IS IDENTIFIED.

**12. LEFT LATERAL BASE, PROSTATE BIOPSY:**
ADENOCARCINOMA, GLEASON GRADE 3+4=7. PERCENTAGE OF PROSTATIC TISSUE INVOLVED BY TUMOR:~30%
MAXIMUM LINEAR EXTENT OF CARCINOMA IN ANY CORE ~4.0 mm

AmeriPath Florida 8150 Chancellor Dr. Suite 110 Orlando FL 37809, P(800)895-7284, F(407)851-7434
Medical Director: Kraig S Lerud MD, Board Certified Cytopathologist CLIA 10D0275299

FINAL REPORT-ACC FINAL                    PAGE 1 OF 3

Printer on 10/2/2012 by Lief, Matthew



**Mark & Kambour**
PATHOLOGY ASSOCIATES
CLIA #: 10D0082916

**PATIENT:**
Laurence Leff
P.O. Box 741046
Boynton Beach, FL 33474

62 M   07/27/1950

| CASE NUMBER | L12-40124 | | Page 1 of 1 |
|---|---|---|---|
| COLLECTED | RECVD | | MICRO |
| 07/27/2012 | 07/27/2012 | | 08/10/2012 |

PHYSICIAN: Matthew S Lief, M.D.
9750 NW 33rd Street, Suite 218
Coral Springs, FL 33065

**RESULT**

**POSITIVE**

**RESULT FOR PCA3 ProfileRM TEST**

PCA3/PSA ratio is 34 (POSITIVE)

INTERPRETATION:

POSITIVE RESULT:   PCA/PSA result of 25 or greater

NEGATIVE RESULT:   PCA/PSA result below 25

INCONCLUSIVE RESULT:   Inadequate amount of PSA mRNA

PCA3 is a prostate-specific gene that is highly upregulated in prostate cancer cells. PCA3 ProfileR™ uses transcription mediated amplification (TMA) technology to measure the quantity of PCA3 mRNA from a urine specimen. In studies, PCA3 ProfileR™ had specificity for detecting prostate carcinoma of 76% and a sensitivity of 58%, as determined by subsequent biopsy.

PSA mRNA levels are used to normalize PCA3 signals and verify recovery of prostate mRNA. The PCA3/PSA mRNA ratio is the prognostic indicator.

An inadequate amount of PSA mRNA suggests that not enough prostate cells were collected in the sample processed and that this result would be inconclusive.

* Higher ratios correlate with higher probability of a positive biopsy.
* Ratio may also be elevated in cases of high-grade PIN or atypical glands.
* Unlike serum PSA levels, the PCA/PSA mRNA levels are independent of prostate gland volume.

References:

Marks, L.S., et al.
Specificity of the PCA mRNA molecular urine test for prostate cancer.

The information in this report is legally privileged and confidential. Its use is strictly limited only to those authorized. If you are not the intended recipient you are notified that any disclosure of this information is legally prohibited. This report is the property of Mark & Kambour Pathology Assoc. If you received it in error, please call us immediately at 1-866-698-3471.

Patricia Delgado, M.D.
Electronically Signed: 08/10/2012

Honorable Judge Burton Lifland

United States Bankruptcy Court

Southern District Of New York

One Bowling Green

New York, N Y 10004-1408

January 7, 2014

## Request for a change in mediators from the court on my Determination of my IRA account

I have attempted to work with the trustee on a change of mediators but as usual, it is their way or the highway. Their tactics of ignoring my e-mails and trying to engage my Lawyer on this subject are typical of this trustee. As I have told the court and the trustee many times I am representing myself on my IRA dispute. The reason for the request to change mediators is very simple.  I appeared on Fox Business news with her about 4 years ago called "The Victims want answers" and "Chasing Madoff ". Judge Cyganowski and I had a heated debate on several issues and found her to have preconceived notions on what is morally right for the victims. If you give me an e-mail address I would be happy to send you a link to that Fox show. In your order of mediation you stated "**upon due consideration, the court finds that this dispute could possibly be resolved by mediation in the court-annexed mediation**

**program"**. I am not sure why you feel that way or what gave you that impression. Miss McDonald has shown tremendous lack of cooperation and respect to me. Most if the time she ignores my e-mails and requests. The only way she allowed me partial discovery on my IRA was because I went to the court to demand it but still has not proved to me that my money was in the madoff pool prior to 1990. In addition when I was attempting to bundle the issues and propose a settlement including my IRA dispute she commented to my lawyer **"She will win this one"** meaning my IRA dispute. Is that an attitude to go into mediation with? How does an individual fight her and a law firm getting 3 million a week to terrorize innocent victims? This has been over 5 years and still the trustee shows lack of cooperation to many devastated and elderly people. When asking for some consideration given my health problems in fighting cancer and my age, Miss McDonald responded to my attorney with Mr. Picard is much older then Mr. Leif. What does that have to do with anything?? The trustee and his people are bullying me. I am now dealing with another major health issue and to be honest this is making it worse and hard to deal with. Why is my country allowing this to go on and on and on? Why does the system and the courts ignore the fact that I paid 1.4 million dollars in taxes on money I never earned and the IRS will not give back? As one of my doctors said "This is the HIDDEN epidemic". Your Honor I am really a very sick man and I need your help to get past this in a timely manor. What is

the big deal about changing mediators or better yet how about hearing my IRA dispute yourself and leave the other issue to my Lawyer?

One more thing I would like to say. The trustee and his people have definitely made this personal against Larry Leif for being out spoken and standing up for what is morally right. Their efforts against me for such small issues speak for themselves

...

Laurence Leif

Time2larry@aol.com

P.O. Box 741646

Boynton Beach, FL 33474

CC Irving Picard

Honorable Judge Burton Lifland

United States Bankruptcy Court

Southern District Of New York

One Bowling Green

New York, N Y 10004-1408

December 19, 2013

## Request for a hearing in front of the court on my Determination of my IRA account

Your Honor I am asking for a hearing in front of the court on the
determination of my IRA BLMIS account number 1L0139 claim
number 000458. I did receive you order of mediation but to be honest
it is unfair to require me to mediate this and my other case together.
The lawyer on the Clawback case does not represent on the IRA
dispute. That is just one of many reasons I do not want the
mediations together. I have requested from you (Via Aaron) to order
separate mediation but have had no response back from him on that
request. I have also sent the trustee two e-mails recently requesting
separate mediation with no response. How can I mediate with a
trustee that ignores my e-mails? The trustee just refuses to even
acknowledge any liability on my IRA claim and is trying to mix it in
with my other case. His letter to you of December 17th is filled with
half-truths explaining his lack of action. My side is much different like
waiting 5 weeks (October 31st to December 9th) for a response on a
simple subject. This has been the norm throughout the last 5 years.
Let me explain what it is like to be a victim with no money from SIPC
to fight the battle. The trustee and the SIPC can say whatever they
want and nobody can challenge them. For example: I have attached
a transcript (Exhibit A) from a November 21st testimony by Mr. Steve
Harbeck, President of the SIPC under oath in front of congress. Let
his words tell the rest of the story about non-truths. I am not getting
paid $800 an hour to write extensive letters and I am no match for his

hundreds of lawyers and almost one billion dollars in Legal fees. It seems that all my motions to the court are ignored except the last one, which you denied. Nothing happens unless the trustee wants it to happen. Is this really fair? It appears there is no place in the system for the honest citizens to protect themselves. I just want to show my case to you and let you decide. Why is this so difficult after 5 years of torment I have received by the trustee? This system is literally taking the remaining years of my life away...


Laurence Leif

Time2larry@aol.com

P.O. Box 741646

Boynton Beach, FL 33474


CC Irving Picard

Honorable Judge Burton Lifland

United States Bankruptcy Court

Southern District Of New York

One Bowling Green

New York, N Y 10004-1408

December 1, 2013

## REQIUEST FOR FINAL JUDGEMNET AGAISNT SIPC AND THE TRUSSTE IN THE MADOFF LIQUDATION

I am asking the court to make a judgment against SIPC and Mr. Picard the trustee to pay me the **$61,176.80** that is owed to me with 5 years of interest that I have lost; which at 9% a year is approximately $5500 per year, which brings the total owed to me at approximately **$88,176.80.** Lost opportunities with this money over the last 5 years is not even measurable. I have made every attempt to collect this money both from the trustee and the court. I have supplied the court with documents that clearly can be interpreted that my portions of the Coral/Sportsotron retirement plans were not invested with Madoff prior to 1990. For the sake of making things easier for the court I am attaching my pervious correspondence to the court and the trustee (Exhibits C and D) along with copies of my pension and profit sharing plan account statements from 1987 (Please see exhibits A an B). They both show tremendous looses for that year and we all know that Madoff never generated yearly losses whether real or fictitious.

Early in October you had Aaron call me to advise me that you were directing this to mediation. Later that month I received an official order from your court mandating this mediation. I was fine with that but the trustee has not contacted me to discuss or schedule this mediation. It is just one stall tactic after another and more importantly

he is ignoring the courts instructions. It will be 5 years in a little over a week.


Your honor this is such an easy decision yet the Trustee has done everything in his power to ignore my evidence and delay your orders of mediation. He has had enough time to do that and now I am asking the court to make a judgment against SIPC and the trustee for payment. The trustee has no interest in mediating this issue based on his actions or should I say lack of action. My position is clear and indisputable that his accountants, made their determination on false assumptions, which cannot be proved. I have gone over all that the trustee has supplied to me in discovery yet there is nothing to say my money was invested with madoff prior to 1990 therefore I should not be penalized for it in his determination of payment of my SIPC insurance.


Laurence Leif

P.O. Box 741646

Boynton Beach, FL 33474

Time2larry@aol.com


CC…Irving Picard, Trustee

Honorable Judge Burton Lifland

United States Bankruptcy Court

Southern District Of New York

One Bowling Green

New York, N Y 10004-1408

October 24, 2013


Your Honorable Judge Lfland,


About a month ago Aaron from your chambers called me at home to
inform met that you were referring my IRA dispute for mediations.
The trustee informed my Lawyer that we are going to mediation on
both claw back and my IRA determination. Because my lawyer does
not represent me on my IRA dispute I cannot mediate this together. I
did put together an offer of settlement on both issues for the trustee
so no mediation would be necessary. The problem is Miss McDonald
does not respond to my Lawyers calls. This has been a major
problem for years. Why is the trustee and his assistants so rude and
disrespectful to the victims? Sometimes I think he is trying to win
based on intimidation. Your honor the trustee and his people are not
doing their job. They are showing no respect to the process and to be
honest your recommendations. It has been over one month since
Aaron called me and I have not heard one word directly from the
trustee about your mediation order on my IRA. My objection is going
back over 4 years now and should be heard before my claw back
case.


I want the money owed to me by the trustee on my IRA dispute but
he has too much money to spend and to many lawyers for me to be
successful. Its just hundreds of lawyers against Larry Leif

What would you have me do? No word from the trustee on your
mediation order for my IRA dispute and no response to my lawyers
call to present an offer to Miss McDonald. Why is this just a game for
the trustee as he gets paid about 3 million a week to help the victims?
The trustee has filed so many lawsuits and seems to lose every one. I
just read that his ligation against the Madoff sons in England was just
dismissed. So far all the big suits he has brought against major
financial institutions have been thrown out or dismissed. Why is he
being allowed to file so many FRIVILOUS law suits with far-fetched
allegations? Yet the trustee always wins because he gets paid
whether he wins, loses or the case gets dismissed which is true in
most cases. When he does lose he just places one appeal after the
other. When is this going to end? Your honor 5 years has gone by
and I am no further along then I was when I started. I have been
emotionally disabled by the trustees actions against me as a innocent
victim…. who did nothing except pay 1.5 million in federal taxes on
fictitious profits which the IRS is keeping and I also trusted that my
government (The SEC) was protecting me.


Your Honor, I am an older man who is not well. I have put in two
"Hardship Applications" which were both denied even though my
situation is very similar to others that were let off by the trustee. This
is just what I call "**The luck Of The Draw**" not the law. That process
is so arbitrary and so wrong. The man that benefits from denying you
a hardship is profiting from his power to do so. It is my feeling that the
trustee and Miss McDonald **have made this personal**. They are
doing what ever they can to defeat me and make me poor and
destitute while they count their millions of dollars from doing so. I
guess it is a race between the Trustee and my health. Which will get
to me first? Do you really believe the trustee is fair and impartial? I
don't! Maybe it is time to put a stop to all of this. I think you have that
power don't you?


Basically this system that was put in place to protect me has stolen 5
years of my life and made me emotionally and physically disabled.
Sometimes I wish my life would just come to the end. Is that what my
country wants? If so just tell me but the torture by the trustee and the

system meant to protect me is killing me. It just gets worse and
worse. I have lost faith in all that my country has promised me my
entire life. I have even been told that by signing a SIPC claim form I
have given up my rights to a jury trail. If that is so don't you think the
trustee had an obligation to put a warning on that claim form similar to
what the surgeon general does on cigarettes? We were led into a
quick signing by the trustee who campaigned in the media for us to
do so. NEVER did he mention that we were giving our rights up to a
fair jury trial of our peers. It is just about lawyers and fees. Misguided
would be an understatement.


Laurence Leif

P.O. Box 741646

Boynton Beach, FL 33474

Time2larry@aol.com

Honorable Judge Burton Lifland

United States Bankruptcy Court

Southern District Of New York

One Bowling Green

New York, N Y 10004-1408

October 8, 2013


Honorable Judge Burton Lifland,


A few weeks ago Aaron from your chambers called me to
say you have deferred my objection to my IRA account with
the trustee to mediation. I did not think you would include my
claw back case in that mediation however the trustee told my
lawyer (**That only represents me in claw back**) that you
told him he must mediate both at the same time. I have been
very clear in all my communication with the trustee and the
court that I have no money to pay a lawyer for my IRA
objection. My lawyer only represents me in claw back and
the trustee knows that. **I am asking that you direct the
trustee to mediate my IRA dispute separately from my
claw back suit.** The response to the claw back suit that has
been filed which clearly states I am requesting and will seek
a jury trial in this matter. My lawyer had requested discovery
over a year ago and the trustee denied that. How would I
mediate my regular account if I can't see the evidence? I
thought in America we were allowed to see the oppositions
evidence before anything begins? I was told that in signing a
SIPC claim form I gave up my rights to a jury trial. That is
ridiculous and if that is true I feel the trustee should have put
a WARNING on each SIPC claim form informing the victims
of that, very similar to the surgeon generals warning on a

pack of cigarettes. The average innocent investor had know
way of knowing that fact (if True) and we were clearly
encouraged in the media by the trustee to file our SIPC
claims forms quickly other wise we would loose out. My
position on my claw back is clear and indisputable. There
are federal income tax laws that mandated I take money
from my account to pay taxes on the fictitious profits Madoff
was reporting to the Internal Revenue Service. It is that
Federal law that forced me to become a "Net Winner" in the
trustee's words. However the fact of the matter I was not a
winner but a "Net Loser" because federal law mandated I
pay those taxes or be put in jail for income tax evasion.
Those taxes come to about 1.3 million, which is the same
amount of the original claw back suit.  The trustee has deaf
ears to this issue. However after a ruling by another court
the trustee's suit has been cut back to about $675,000 and I
paid taxes on fictitious profits twice that amount.

Your Honor, don't I have this right? My IRA objection came
way before my claw back suit. I want to do this in the proper
order and not what the trustee demands. I am asking that
the court instruct the trustee to mediate my IRA objection
separately. These two situations are clearly different under
the eyes of the law.


There is one more thing. I would like to advise the court that
I feel I am being targeted by Mr. Picard and his assistant
Miss. McDonald. I really feel no matter what I do Mr. Picard
is out to make sure he "gets me". By denying two hardship
applications even though I meet his full criteria. Getting in my
way on discovery (I had to write the court to get that and still
denies it to my lawyer in claw back). Now trying to tie in the
mediation on my IRA determination to my claw back case. I
believe he does not like my outspoken and honest

personality. I have said many times in the media that what he is doing to innocent victims is morally wrong. The arbitrarily way he is doing it is unfair to all but especially to the ones that fall on the wrong side of his decisions. I guess he is trying to make me pay for those words and to be honest he is succeeding. I have lived in hell because of him and Miss McDonald for 5 years and there is no end in site. I feel he using the power as a trustee to implement his personal feelings about me.

The ironic part of this whole scenario is the only people that continue to suffer are the innocent victims. The government has turned their back on the victims and their failure as a watchdog agency for Wall Street. Frank DiPascalli the number two man in the crime remains out on bail for 5 years now. The trustee continues to make millions of dollars a week suing various parties most if not all are thrown out of court but the trustee still wins because he earns money either way. So this all ends up with only the victims being made to pay for others peoples mistakes. Your honor don't you find something wrong in the way the innocent victims are being treated?

I have only one hope. A jury trial with a jury of my peers, which is what I was taught in grammar school that all of us have a right to have. There would not be one person on that jury that would vote in Mr. Picard's favor and that is why he is doing everything he can to block it.

Laurence Leif

P.O. Box 741646

Boynton Beach, FL 33474

Time2larry@aol.com

Honorable Judge Burton Lifland

United States Bankruptcy Court

Southern District Of New York

One Bowling Green

New York, N Y 10004-1408

September 24, 2013


Your Honorable Judge Lfland,


I am in receipt of a letter dated September 23, 2013 about my IRA
claim number 000458 BLMIS account number 1L0139 from Mr.
Picard and his staff. I am sure you have also received it. It was quite
impressive to say the least.


My Position has not changed and I totally disagree with his stand on
my IRA. He has not proven to me that I was in the CDP pension pool
with my fellow workers. I have proven to them that in a year prior to
1990 I was in an alternate investment. They claim the burden of proof
is on me, which I did provide, but really it is just the opposite. They
claim that they provided me with all documents but really nothing
from the years I am claiming for.


In addition I think it is unfair to bring up his claw back suit in context to
this matter. I thought they are separate issues and he is just
muddying up the waters. Also in bringing this matter he has
exaggerated the current suit against me. The courts have ruled that
he can only try and sue for two years about $675,000 but he gives
you the figure for 6 years 1.4 million. Just another example of the
trustee being wrong. His offer of settlement on that was to take my
home away which is in a homestead state where he knows he can't
take it legally.

He is fighting vigorously against a hearing on my IRA determination
and I am not sure why unless he really does not have any information
going back to the years prior to 1990. I saw nothing in what he
supplied me to back up his calculations on my separate account,
which was not invested with Madoff prior to 1990.

I am not a well man. I am battling cancer and severe emotional
issues). I have supplied Mr. Picard with documentation (Exhibits A, B
and C) on both in hopes that he would let me off his claw back suit
like he has randomly done for hundreds of others. Is that how the law
should be applied RADOMLY and a trustee's whim? He calls it a
hardship program How much more hardship do I have to go through?
I lost my entire life's work to Mr. Madoff and the IRS. If Madoff or the
IRS didn't finish me off he wants to make sure he will. It has been 5
years of hell and will not stop. I wouldn't be surprised if he sent one of
his people to my funeral.

His firm does not like me because I am fighting for what is mine. Their
money and their 100's of Lawyer's are no match for a 63-year-old
man like myself. I have no money to pay a lawyer on this issue but he
continues to try and drag my other lawyer (claw Back) into this
problem. We have notified him many times that Mr. Kupillas does not
want to represent me on this matter because I cannot pay him.

The trustee also claims in their letter of September 24th, 2013 that I
am seeking "Priority over that of any other claimant objecting to the
trustee's determination". **Your Honor, is waiting almost 5 years
really seeking priority?** Just another issue brought up by the trustee
that has no relevance to this matter.

My question is this. Don't I have a right to have a hearing on this
matter without Mr. Picard trying to cut that off at every corner? What
could he be worried about? Let the judge decide is how I feel.

Laurence Leif

P.O. Box 741646

Boynton Beach, FL 33474

Time2larry@aol.com

Honorable Judge Burton Lifland

United States Bankruptcy Court

Southern District Of New York

One Bowling Green

New York, N Y 10004-1408

September 10, 2013


Your Honorable Judge Lfland,


On June 25, 2013 and July 23, 2013 I made two motions to the court
for a hearing on the Determination on my IRA account with Bernie
Madoff. You have not responded to either motion. Why is that? I don't
have an unlimited budget to pursue this in your court but I am doing
the best I can to follow the RULES. I thought if you made a motion
the judge responded. This is a very unfair process. Mr. Picard has an
unlimited budget with hundreds of lawyers. I have nothing but a
ruined life caused by my own government's failure to do their job.

This entire process is unfair. Mr. Picard makes a determination and I
have nothing to say about it. If that is the case can you tell me to shut
up and go away? Just some response would be appreciated.

You have to understand that from 1992 to 2002 I paid 1.4 million in
taxes on money that was never earned and the government will not
give it back. It is that money that made me what Picard calls a "Net
Winner" but the real winner is the IRS. BY FERDRAL LAW I WAS
OBLIGATED TO PAY THOSE TAXES. I HAD NO CHOICE AND
NOW IT IS THOSE TAXES THAT HAS MADE ME LOOSE
EVYTHING AND NOW I AM BEING SUED FOR 1.4 MILLION
MORE. Isn't it ironic that the numbers are almost identical? I paid 1.4
million in taxes that I did not get back from the government and Mr.
Picard is suing me for almost the same amount.

This seems to be every man for themselves except for Mr. Picard. He
continues to persecute and sue innocent people that by federal law

had to pay the taxes on the money they made "fictitious profits or
not". He has even asked me to surrender my house to him even
though I live in a homestead State.


Can you help me on my IRA or not?



Laurence Leif

P.O. Box 741646

Boynton Beach, FL 33474

Time2larry@aol.com

Honorable Judge Burton Lifland

United States Bankruptcy Court

Southern District Of New York

One Bowling Green

New York, N Y 10004-1408

July 23, 2013

## Request That The Court Schedule A Hearing To Rule For Additional SIPC Payment From The Trustee Irving Picard

I am requesting that the court schedule a hearing to rule on my objection to the Trustee's determination on my Bernie Madoff account number 1L0139 claim number 000458. I have made every attempt to settle this with the Trustee but my side is received with deaf ears. They copy you letters to me with some of the facts not being accurate in my opinion. Rather then keep sending you copy's of correspondent and confusing facts at this time I think it is best for the court to hear both sides and make a decision. I am one victim fighting against hundreds of millions of dollars worth of lawyers. This can be very difficult if not an impossible task and think this process is not a fair ground for the victims. On my other clawback case with the Trustee he requested through my attorney that I give up my rights to my home and they will allow me to live in it until I die. I would definitely say that was an inappropriate request and would make me a prisoner in my own home. The trustee even does motor vehicle checks to see what kind of car I am driving. The use of these tactics is intrusive and unfair. I have done nothing wrong.  What the trustee calls negotiations I call intimidation.

I am one man fighting a legal machine with unlimited
resources. Last year I was diagnosed with prostate cancer
and the treatment for that cancer has changed my life
forever. I will not include the gory details because they are
embarrassing to say the least I am also suffering from
severe anxiety from this entire process and seeing doctors
for the effects of that also. I live in a world of uncertainty
without one peaceful day. I have appealed to the trustee to
release me from his clawback lawsuit because under his
own guidelines I do qualify. He has denied two applications. I
personally know other victims that were released from
clawback suits for far less issues and problems then myself
and would be happy to also discuss that with the court. I live
in a world of uncertainty with one man and one law firm
deciding who lives and who dies financially. While they are
deciding they are earning about 3 million a week. This is a
process that has gone bad. It is been almost 5 years and
there in no end in site. This is not what the SIPC law was
intended to do which is further victimize the victims and
basically ruin a good mans life. This process has stolen 5
years of my aging life. This is my last a final motion. If you
choose to grant my hearing that would help but I have not
heard back from you on my last two motions. I am worn out
emotionally, tired and struggling to stay healthy. Do I have to
live out my remaining years with hundreds of lawyers going
after me trying to take what is left for me to live out my life?
This entire process is sad. This is the voice of a real victim
suffering the consequences of being a model citizen and
paying all my taxes to the Government on money that was
never earned and never returned back to me (about 1.4
million). If Mr. Picard succeeds in your court winning a
clawback case all that will happen is you will be making a
self-sufficient person in society into just another poor person
unable to live a self-sufficient life as I have had the last 63
years. What a life ending this will be for me. It is just like my

cancer it will be with me forever. Judge Lifland all these
issues are in your hands. I reach out for some help from the
system that was meant to protect me but instead it is it's
intent to destroy me.

Laurence Leif

P.O. Box 741646

Boynton Beach, FL 33474

Time2larry@aol.com

Honorable Judge Burton Lifland

United States Bankruptcy Court

Southern District Of New York

One Bowling Green

New York, N Y 10004-1408

July 22, 2013

## Request That The Court Schedule A Hearing To Rule For Additional SIPC Payment From The Trustee Irving Picard

I am requesting that the court schedule a hearing to rule on my objection to the Trustee's determination on my Bernie Madoff account number 1L0139 claim number 000458. I have made every attempt to settle this with the Trustee but my side is received with deaf ears. They copy you letters to me with some of the facts not being accurate in my opinion. Rather then keep sending you copy's of correspondent and confusing facts at this time I think it is best for the court to hear both sides and make a decision. I am one victim fighting against hundreds of millions of dollars worth of lawyers. This can be very difficult if not an impossible task and think this process is not a fair ground for the victims. On my other clawback case with the Trustee he requested through my attorney that I give up my rights to my home and they will allow me to live in it until I die. I would definitely say that was an inappropriate request and would make me a prisoner in my own home. The trustee even does motor vehicle checks to see what kind of car I am driving. The use of these tactics is intrusive and unfair. I have done nothing wrong.  What the trustee calls negotiations I call intimidation.

I am one man fighting a legal machine with unlimited resources. Last year I was diagnosed with prostate cancer and the treatment for that cancer has changed my life forever. I will not include the gory details because they are embarrassing to say the least I am also suffering from severe anxiety from this entire process and seeing doctors for the effects of that also. I live in a world of uncertainty without one peaceful day. I have appealed to the trustee to release me from his clawback lawsuit because under his own guidelines I do qualify. He has denied two applications. I personally know other victims that were released from clawback suits for far less issues and problems then myself and would be happy to also discuss that with the court. I live in a world of uncertainty with one man and one law firm deciding who lives and who dies financially. While they are deciding they are earning about 3 million a week. This is a process that has gone bad. It is been almost 5 years and there in no end in site. This is not what the SIPC law was intended to do which is further victimize the victims and basically ruin a good mans life. This process has stolen 5 years of my aging life. This is my last a final motion. If you choose to grant my hearing that would help but I have not heard back from you on my last two motions. I am worn out emotionally, tired and struggling to stay healthy. Do I have to live out my remaining years with hundreds of lawyers going after me trying to take what is left for me to live out my life? This entire process is sad. This is the voice of a real victim suffering the consequences of being a model citizen and paying all my taxes to the Government on money that was never earned and never returned back to me (about 1.4 million). What a life ending this will be for me. It is just like my cancer it will be with me forever. Judge Lifland all these issues are in your hands. I reach out for some help from the system that was meant to protect me but instead it is it's intent to destroy me.

Laurence Leif

P.O. Box 741646

Boynton Beach, FL 33474

Time2larry@aol.com

Honorable Judge Burton Lifland

United States Bankruptcy Court

Southern District Of New York

One Bowling Green

New York, N Y 10004-1408

June 25, 2013

## <u>Request That The Court Rule For Additional SIPC Payment From The Trustee Irving Picard</u>

Your Honor I have made many attempts to receive full discovery on my IRA account at Madoff (1L1039) Investments from the trustee Mr. Picard. Those attempts include a motion I made to you on March 1, 2013, which I have had some success with discovery but still have not gotten a majority of the documents and also requested a specific group of documents and that e-mail request has been ignored (please see exhibit E). I was promised a "CD" on May 23rd, 2013 with all documents that was never received (see exhibit E). With the documents I received from the trustee he has shown me no proof to contradict my claim that prior to 1990 I had made an alternate investment that was self directed by me in my company pension and profit sharing plan. The trustee has failed to provide me with any documents except a spreadsheet his accountants made from my former employer whose pension and profit sharing plan were invested with Madoff. However prior to 1990 I was in a alternate which I have proven to the trustee buy supplying him with statements (Exhibit B&C) I found from both my profit and pension fund showing substantial losses in 1987. We all know that Madoff never showed yearly losses and this is the only proof I have but should be sufficient to proof my investments in the plan were not in Madoff at that time which is prior to 1990. Please see exhibit (A) an e-mail to Mr. Picard which is self-explanatory. He refuses to give me any hard documents to show otherwise to contradict my claim yet I have supplied him with documents to proof my part of the retirement plans were invested

elsewhere and I should not have my amounts cut almost in half when they were rolled over in 1990. I am asking the court to compel SIPC and Mr. Picard to pay me the **$61,176.80** that is owed to me with 4 years of interest that I have lost which at 9% a year is approximately $5500 per year, which brings the total owed to me at approximately **$83,176.80**. I did file an objection 3 years ago, which also was never heard but now is updated with the motion. I did get from the trustee some documents last month but still no documents to proof I was I was in the Madoff pool prior to 1990 yet I have supplied proof that I was not in that pool. My case is simple. The trustee is wrong in his assumptions and I should not be penalized prior to 1990. I am asking for a direct response from the court because the trustee is wrong and will not pay me the additional money that is owed to me. This all goes back 26 years ago but with the documents that I was able to find he is wrong. Also please see (exhibit D), which is my last e-mail to the Trustee after I received some documents from him. I have had no response to that request. Mr. Picard is suing me for "clawback" on my other account with Madoff. I have been battling cancer and severe emotional issues. I have supplied Mr. Picard with two hardship applications because of these conditions. He has denied my first application even though I qualified based on the criteria that is on the trustee's website and has not responded to my second but I already know the answer because they have ignored my inquiries about it. I feel I am being penalized in both situations because of my out spoken comments in the media. I believe that what is being done to innocent victims like myself is wrong by any standard I have lived by.

Laurence Leif

P.O. Box 741646

Boynton Beach, FL 33474

Time2larry@aol.com

Honorable Judge Burton Lifland

United States Bankruptcy Court

Southern District Of New York

One Bowling Green

New York, N Y 10004-1408

March 1, 2013


## DEMAND FOR IMMEDAITE DISCOVER FROM IRVING PICARD TRUSTEE FOR BERNARD L MADOFF INVESTMENTS


On August 2, 2010 my ex-attorney Lax & Neville filed an objection to Mr. Picard's Determination on my IRA account 1L0139. Over the past year I have taken this away from my Attorneys and notified Mr. Picard I was representing myself. In 2012 I have requested discovery from the Trustee Mr. Picard in relation to his determination of this account. He and his law firm have totally ignored all my requests and inquiries (See attached exhibit A& B). It is going on almost three years since my objection was filed with the court and now ask the court to compel Mr. Picard to honor my requests for discovery.

Please see attached e-mails to Mr. Picard's firm that have been ignored and I have had NO response.


Laurence Leif

Time2larry@aol.com

P.O. Box 741646

Boynton Beach, FL 33474

CC Irving Picard via e-mail

**From:** Larry <time2larry@aol.com>
**To:** hmcdonald <hmcdonald@bakerlaw.com>
**Cc:** ipicard <ipicard@bakerlaw.com>
**Subject:** Proof that my pension and profit sharing money was not in Madoff prior to 1992
**Date:** Wed, Apr 17, 2013 8:35 am
**Attachments:** coralmoneypurchase.pdf (206K), coralprofitsharing.pdf (198K)

Miss McDonald,

As promised attached please find the indisputable proof that my retirement money both the "profit sharing plan" and the "pension trust" was not invested wit the funds my company was investing with Madoff. As you can see by my statements I had tremendous losses in 1987 because of the stock market crash. My loss on the profit sharing plan was -$20,573.11 and in the pension/money purchase plan was -$27,918.56. If you go back to the Madoff quarterly reports and the statements from other accounts you will see he did not report those kind of losses and probably reported a gain.

As stated in my e-mail to you yesterday you would owe me $61,176.80 above what you already have paid me on this account My money was REAL money by your standards until we disbanded the plan in 1992 and I decided to go with Madoff based on his reputation on wall street, the SIPC seal of approval and his past performance with my fellow employees.

As you know I am battling cancer. I will not tell you the gory details. I am considering an additional treatment method called "**Proton Radiation**". This is done with a highly specialized and expensive radiation machine of which there are only about a half dozen in this country. I am told the machine is three story's high and can cost about 30 million dollars. Therefore as you can guess the treatment can run about $125,000 plus I must stay there for about three months which can be another $15,000. This is a very big decision for me considering the financial devastation Mr. Madoff has caused me.

I am sure you can understand that **TIME** has become paramount in my life so I ask that you give me a timely response on this issue. From my side this is a easy call fro Mr. Picard.

Laurence Leif

From: Larry <time2larry@aol.com>
To: hmcdonald <hmcdonald@bakerlaw.com>
Cc: ipicard <ipicard@bakerlaw.com>
Subject: Incorrect Determination
Date: Tue, Apr 16, 2013 2:22 pm

Miss McDonald,


First of all I would like to see all additional back up work as it becomes available from third parties, **including your accountants notes, figures etc and anything you receive from the plan administrator**. As I expected your calculations are based on the assumption that my part of the pension plan and profit sharing plans were invested with Mr. Madoff. **That is a false assumption**. I had negotiated a work contract with Spotsotron/Coral and in that contract it stated I could direct my portion to another investment firm which I did. My portion of the plan was with "**JEFFERSON ARBITRAGE PARTNERSHIP**" which was filtered through "**Time Capital Securities**" one Roosevelt Ave, Port Jefferson NY 11776. Phone number 516-331-1400. This is undisputed. Unfortunately only the plan administrator received the results each month of their performance. I was not given the details only the yearly reports from the administrator.

This is what happens when you make assumptions which I thought was the problem.


**Therefore here are my numbers**.

2/5/1990 Rollover from Profit Sharing trust  $88,475.24    Adjusted amount $45,690.49  **Difference that should be credited.......$42,784.75**

2/5/1990 Rollover from Pension Trust    $32,938.41    Adjusted amount $17,010.09  **Difference that should be credited.......$15,928.32**

1/3/1990 Transfers from coral $1034.93, $393.87,    Adjusted amount $00.00    **Difference that should be credited.......$2463.73**

**Total....................$61,176.80**

The rest of your calculations appear to be wrong but I would need to speak with the accountant firm that did this because it is not clear and very ambiguous. This is why I need his notes and worksheets,


But in the meantime I am requesting a check from SIPC to cover the amounts that are clear and total $61,176.80 plus 4 years worth of interest.


If you have any questions please do not hesitate to contact me.


Laurence Leif


-----Original Message-----

From: Larry <time2larry@aol.com>
To: hmcdonald <hmcdonald@bakerlaw.com>
Subject: Re: Documents Attached..
Date: Tue, May 21, 2013 6:45 pm

Miss McDonald,

Thank you for the documents that you provided but nothing is proving that my part of both the plans was invested with Madoff along with others prior to 1990. As I have demonstrated to you my money was invested elsewhere ( Time Capital/Lincoln associates & Jefferson Arbitrage) until we broke up the plans around 1990 and made separate accounts wit Madoff. You need to obtain the statements from those investments to figure what is mine but to be honest I have already indicated the formula to you. Anything prior to 1990 was real money yet you cut it in half. So I still stand by the following: Again I was in alternate investment **which you have NEVER acknowledged** but I have supplied you with my 1987 statements which clearly show substantial looses that year which proves my money was not with Madoff because I am sure you have his fake returns for that year.

This is what happens when you make assumptions which I thought was the problem.


**Therefore here are my numbers**.

2/5/1990 Rollover from Profit Sharing trust  $88,475.24    Adjusted amount $45,690.49  **Difference that should be credited.......$42,784.75**

2/5/1990 Rollover from Pension Trust      $32,938.41    Adjusted amount $17,010.09  **Difference that should be credited.......$15,928.32**

1/3/1990 Transfers from coral $1034.93, $393.87,        Adjusted amount $00.00      **Difference that should be credited.......$2463.73**

**Total....................$61,176.80**

Rather than just denying me my money once again how about you take a moment and put yourself in my shoes. I am being penalized for something that was not true. If you can prove otherwise I would love to see it so we can resolve this peacefully.. I want to move on but $61,000 **plus interest** is a lot of money for a man that lost almost his entire life's work either to Madoff or to the IRS by paying 1.4 million in taxes on fictitious profits that was never returned to me from them.

I want a **resolution** and not a fight so lets work together to obtain that. I am so tired from all of this.


Larry Leif


-----Original Message-----
From: McDonald, Heather J. <hmcdonald@bakerlaw.com>
To: time2larry <time2larry@aol.com>
Sent: Tue, May 21, 2013 5:31 pm
Subject: Documents Attached

Dear Mr. Leif:

Attached is a password-protected file containing BLMIS records from the files for the following accounts:

101262
1L0015

EXHIBIT
(D)

1L0139
101988
101989

As stated in my earlier email, additional documents will follow as they are ready.

A second email with the password required to access the attached file will follow shortly.

Heather McDonald

My Bio | Web site | vCard

T 212.589.4285    **Heather McDonald**
F 212.589.4201    hmcdonald@bakerlaw.com

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
www.bakerlaw.com

⊠ BakerHostetler

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

EMPLOYEE STATEMENT
CORAL DIVING PRODUCTS, INC.
401K PROFIT SHARING PLAN
For the Period 11/01/86 to 10/31/87

LEIF,LAURENCE                                    STATUS: A - 1        BIRTH 07/27/50   EMPLOY 02/01/71
Salary - Annual : 100054.12                                          PARTIC 10/01/75   RETIRE 05/01/15

### ELECTIVE CONTRIBUTION

| ACCOUNT NAME | PRIOR BALANCE | FUND CONTRIB | FORFEIT. ALLOCAT. | PAYOUT/ DISTRIB | GAIN/ LOSS | ENDING BALANCE | NONVESTED SUSPENSE | VESTED BALANCE |
|---|---|---|---|---|---|---|---|---|
| INVESTMENT FUND | 7245.82 | 7001.08 | 0.00 | 0.00 | -2677.01 | 11569.89 | 0.00 | 11569.89 |

### NON-ELECTIVE CONTRIBUTION

| ACCOUNT NAME | PRIOR BALANCE | FUND CONTRIB | FORFEIT. ALLOCAT. | PAYOUT/ DISTRIB | GAIN/ LOSS | ENDING BALANCE | NONVESTED SUSPENSE | VESTED BALANCE |
|---|---|---|---|---|---|---|---|---|
| INVESTMENT FUND | 104343.94 | 0.00 | 816.29 | 0.00 | -20573.11 | 84587.12 | 0.00 | 84587.12 |

### VOLUNTARY CONTRIBUTION

| ACCOUNT NAME | PRIOR BALANCE | FUND CONTRIB | FORFEIT. ALLOCAT. | PAYOUT/ DISTRIB | GAIN/ LOSS | ENDING BALANCE | NONVESTED SUSPENSE | VESTED BALANCE |
|---|---|---|---|---|---|---|---|---|
| INVESTMENT FUND | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GRAND TOTALS... | 111589.76 | 7001.08 | 816.29 | 0.00 | -23250.12 | 96157.01 | 0.00 | 96157.01 |

You are urged to bring to the attention of the Plan Administrator
anything on this statement that does not appear correct.



EXHIBIT
C



CORAL DIVING PRODUCTS, INC.
MONEY PURCHASE
STATEMENT OF BENEFITS
10/31/87

TO :LAURENCE LEIF

Date of Birth   :07/27/50
Date of Hire    :02/01/71

Date of Participation :10/01/75
Date of Retirement    :11/01/09

Annual Compensation :$ 100054.12

                    EMPLOYER

Begin. Balance      $   82697.56
Gain (Loss)            -27918.55
Fund Contribution       4813.27
Payout/Distrib.            0.00
Forfeitures              370.27
Ending Balance      $   59962.55

Vested Percent          100.00%
Vested Balance      $   59962.55

You are urged to bring to the attention of the Plan Administrator
anything on this statement that does not appear correct.

We have prepared this statement as carefully and accurately as
possible.  If for any reason an error has been made, the benefits
you actually receive will be based upon the terms of the plan, not
this statement.

EXHIBIT
B

