UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | SIPA LIQUIDATION<br><br>Case No. 08-01789 |
|---|---|

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                                       )   ss:
COUNTY OF DALLAS    )

JOHN S. FRANKS, being duly sworn, deposes and says:

1. I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On February 6, 2014, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000474)
   B. Notice of Transfer of Allowed Claim (Transfer Number T000475)
   C. Notice of Transfer of Allowed Claim (Transfer Number T000476)
   D. Notice of Transfer of Allowed Claim (Transfer Number T000477)

Executed on Feb. 10, 2014

_____
John S. Franks

Sworn to and subscribed before me this 10Th day of Feb, 2014



_____
(SEAL)

_____
Notary Public

2

# Exhibit A

SERVICE LIST A
TRANSFER NUMBER T000414 - T000477
2/6/2014

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |
| X | | | | | | | | | |
| | X | CVI GVF (Lux) Master S.a.r.l. | | 12700 Whitewater Drive | MS 144 | Minnetonka | MN | 55343-9439 | |