**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff,

     v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
------------------------------------------------------------X

In re:

BERNARD L. MADOFF,

                Debtor.
------------------------------------------------------------X

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

## ORDER DIRECTING DUPLICATE FILINGS

      Upon the conference held on February 14, 2014, and unless the Court directs otherwise, it is hereby

      ORDERED that any document filed in any of the Bernard L. Madoff Investment Securities LLC ("Madoff") adversary proceedings on or after the date of this order shall be electronically docketed both in the appropriate adversary proceeding and in the Madoff main case, 08-1789.

Dated:  New York, New York
         February 18, 2014

                                                 /s/ STUART M. BERNSTEIN
                                                STUART M. BERNSTEIN
                                          United States Bankruptcy Judge