**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>LEONARD R. GANZ and ROBERTA GANZ,<br><br>      Defendants. | Adv. Pro. No. 10-04958 (SMB) |

**CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: **April 15, 2014.**

2. Fact Discovery shall be completed by: **January 30, 2015**.

3. The Deadline for Service of Substantive Interrogatories shall be: **October 2, 2014**.

4. The Disclosure of Case-in-Chief Experts shall be due: **March 2, 2015**.

5. The Disclosure of Rebuttal Experts shall be due: **March 31, 2015.**

6. The Deadline for Completion of Expert Discovery shall be: **June 29, 2015.**

7. The Deadline for Service of a Notice of Mediation Referral shall be: On or before **August 28, 2015.**

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before **September 11, 2015**, or within 14 days after the service of the Notice of Mediation Referral, whichever is earlier.

9. The Deadline for Conclusion of Mediation shall be: **January 29, 2016**.

| | |
|---|---|
| Dated: New York, New York<br>February 18, 2014 | BAKER & HOSTETLER LLP<br><br>By: *Nicholas J. Cremona*<br>David J. Sheehan<br>Marc E. Hirschfield<br>Nicholas J. Cremona<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |