| | |
|---|---|
| **From:** | Robert Loigman |
| **Sent:** | Thursday, July 15, 2010 7:18 PM |
| **To:** | Hirschfield, Marc E.; Chockley, Frederick W. |
| **Cc:** | Robert Dakis; Joseph Hammond; Sarah Rubin |
| **Subject:** | BLMIS/Kingate -- Draft Tracing Summary (Confidential) |
| **Attachments:** | CONFIDENTIAL Draft Tracing Analysis.pdf |

WITHOUT PREJUDICE
CONFIDENTIAL MATERIALS

Marc and Fritz: When we spoke on Wednesday, I explained that Zolfo Cooper had put together a draft "tracing" summary of payments to KML. The draft, as I explained, is incomplete because it does not account for certain payments to KML. Specifically, the summary addresses management fees that were paid to KML between 2002 and 2008. It does not include, however, (a) administration fees relating to FOREX (for Kingate Euro), and (b) redemption fees or load fees (for Kingate Euro and Global). While the management fees – i.e., those included in the summary – are the bulk of all fees paid by the Funds to KML, we will not know the complete effect of adding the other fees until the analysis is redone. We do not expect that these smaller amounts will have a material effect on the results of the draft tracing.

The draft summary shows, for each year, the payments to KML, and how much of those payment came from subscription monies (i.e., monies never paid into BLMIS), and how much came from funds withdrawn by the Funds from their BLMIS accounts.

As you'll understand, this is a draft document that is subject to change, and which will necessarily be revised as the JLs undertake the tracing analysis with more information. We are providing the document to you without prejudice and subject to our agreed confidentiality provisions.

Please let us know if you have any questions.

Regards,
Bob


**Robert S. Loigman** ▫ **Partner**
**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Direct: (212) 849-7444
Main Phone: (212) 849-7000
Main Fax: (212) 849-7100
E-mail: robertloigman@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Kingate Global Limited**

Analysis of source of payments to KML

| Year | Total paid to KML per BoB statements | Paid from BLMIS monies | Paid from Subscription monies | Amounts paid to KML per audited accounts | Note |
|---|---|---|---|---|---|
| 2002 | 2,251,060 | 0 | 2,251,060 | | 1 |
| 2003 | 28,259,375 | 0 | 28,259,375 | 28,495,194 | |
| 2004 | 31,371,662 | 0 | 31,371,662 | 31,665,162 | |
| 2005 | 33,999,239 | 2,827,903 | 31,171,336 | 34,017,453 | |
| 2006 | 34,118,556 | 9,636,800 | 24,481,756 | 34,408,746 | |
| 2007 | 38,474,353 | 0 | 38,474,353 | 38,783,479 | |
| 2008 | 38,048,952 | 6,859,089 | 31,189,864 | 34,658,202 | 2 |
| Total | **206,523,197** | **19,323,792** | **187,199,406** | **202,028,236** | |
| Percentage | | 9.36% | 90.64% | | |

1. This is only December of 2002
2. No audited accounts prepared, amount is therefore per KML ledgers