**From:**        Robert Dakis
**Sent:**        Friday, November 12, 2010 4:12 PM
**To:**          Chockley, Frederick W.; Hirschfield, Marc E.; Burke, John
**Cc:**          Robert Loigman; Joseph Hammond; Sarah Rubin
**Subject:**     Kingate -- Tracing Analysis
**Attachments:** 101110 Note to accompany Tracing Analysis.pdf; 101110 Tracing Analysis.xls


Attached please find the tracing analysis and accompanying cover note.

Best,

Robert

**Robert K. Dakis**
**Quinn Emanuel Urquhart & Sullivan, LLP**
**51 Madison Avenue, 22nd Floor**
**New York, NY 10010**
**Direct: (212) 849-7447**
**Main Phone: (212) 849-7000**
**Main Fax:  (212) 849-7100**
E-mail:  robertdakis@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Confidential – Subject to Confidentiality Agreement
Privileged

# KGF & KEF - Notes on Tracing Exercise

1.1   The analysis was undertaken to identify the source of payments made by the Funds to investors (redemptions), and KML (remuneration), to determine what amounts had been paid to these parties from BLMIS sourced monies and what amount had been paid using non-BLMIS sourced monies (receipts from investors).

1.2   The analysis was undertaken for the period 6 years prior to the bankruptcy of BLMIS, from 11 December 2002 – 11 December 2008.

1.3   The analysis has been conducted on a first in – first out basis ("FIFO").  Payments made by the Funds were allocated against the monies available in the Funds' accounts in the order in which the monies were received.

1.4   There are no definitive results for the analysis.  Instead, the assumptions that have had to be made in order to complete the analysis, which are further detailed in this note, have led to a range of possibilities.  The lower ends and higher ends of each range of possibilities is given below, the 'true' result will fall between these figures.  An explanation of these ranges and the 2 scenarios noted for KEF can be found in paragraphs 1.20 to 1.24.  Tables setting out the findings are below:

**Results**

**KGF**

| | Payments made to KML | | | |
| --- | --- | --- | --- | --- |
| | From BLMIS sourced monies | | From non-BLMIS sourced monies | |
| | Amount US$ | % | Amount US$ | % |
| Lower end | 9,443,419 | 4.53% | 199,069,884 | 95.47% |
| Upper end | 26,813,135 | 12.86% | 181,700,168 | 87.14% |

| | Payments made to Redeemers | | | |
| --- | --- | --- | --- | --- |
| | From BLMIS sourced monies | | From non-BLMIS sourced monies | |
| | Amount US$ | % | Amount US$ | % |
| Lower end | 201,735,327 | 7.19% | 2,604,110,632 | 92.18% |
| Upper end | 301,735,327 | 10.75% | 2,504,110,632 | 89.25% |

Confidential – Subject to Confidentiality Agreement
Privileged

**KEF**

| | Payments made to KML | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Scenario 1 | | | | Scenario 2 | | | |
| | From BLMIS sourced monies | | From non-BLMIS sourced monies | | From BLMIS sourced monies | | From non-BLMIS sourced monies | |
| | Amount € | % | Amount € | % | Amount € | % | Amount € | % |
| Lower end | 2,662,241 | 5.36% | 47,049,678 | 94.64% | 29,864,891 | 60.08% | 19,847,028 | 39.92% |
| Upper end | 7,185,805 | 14.45% | 42,526,114 | 85.55% | 34,388,455 | 69.18% | 15,323,464 | 30.82% |

| | Payments made to Redeemers | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Scenario 1 | | | | Scenario 2 | | | |
| | From BLMIS sourced monies | | From non-BLMIS sourced monies | | From BLMIS sourced monies | | From non-BLMIS sourced monies | |
| | Amount € | % | Amount € | % | Amount € | % | Amount € | % |
| Lower end | 79,936,883 | 13.44% | 515,007,028 | 86.56% | 107,139,533 | 18.01% | 487,804,378 | 81.99% |
| Upper end | 156,036,166 | 26.23% | 438,907,745 | 73.77% | 183,238,816 | 30.80% | 411,705,095 | 69.20% |

**Methodology**

1.5    The analysis was undertaken on all the Funds' bank accounts that were used to receive monies from or pay monies to investors and BLMIS, all of which were held at the Bank of Bermuda, (as further detailed in paragraphs 1.13 to 1.14 below) and involved tracing the source of receipts into these accounts to determine what amounts had been paid to these parties from BLMIS sourced monies and what amounts had been paid using non-BLMIS sourced monies, i.e. receipts from investors.

1.6    Payments made by the Funds were allocated against the monies available in the Funds' accounts in the order in which the monies were received. This has been a manual exercise, it could not be undertaken using formulae in a spreadsheet in view of the complexity of the analysis and the anomalies encountered.

1.7    The anomalies that were encountered during the analysis are explained in paragraphs 1.8 to 1.28 below.

**Format change in Bank Statements**

1.8    On 1 July 2008 the format of all the bank statements changed to one which no longer listed transactions in the order they occurred, but instead by size of the transaction on any particular day.

Confidential – Subject to Confidentiality Agreement
Privileged

1.9    After enquiries, the Bank of Bermuda were unable to provide the timings of the transactions, therefore it was not possible to continue the FIFO tracing after 1 July 2008.

1.10    Substantial transactions occurred after 30 June 2008 and in view of the impossibility of continuing with the FIFO basis as before, certain assumptions have been made which have given rise to a range of possible answers referred to in the tables above. The lower end results represent the outcome if all payments were made from non-BLMIS sourced monies.  The upper end results represent the outcome if all payments, subject to the qualification noted in paragraph 1.12 below for KGF only, were made from BLMIS sourced monies.

1.11    The results at each end of the range of possibilities include all payments made during the period. Therefore, as stated in paragraph 1.4, the results set out in the summary represent the range of possibilities and the 'true' result will fall within the ranges given.

1.12    At 30 June 2008 the FIFO tracing indicated that the balance in KGF's account only comprised non-BLMIS sourced monies.  Payments of approximately US$290m were made during the period 1 July 2008 to 11 December 2008 to KML and redeeming investors, but KGF only received US$100m from BLMIS during this period.  Therefore, it is not appropriate to assume that all payments could have been made from BLMIS sourced monies. The realistic assumption adopted is that the maximum amount paid from BLMIS sourced monies at the upper end of the range of results is US$100m, representing approximately 35% of the payments in that period.

## Relevant Bank Accounts

1.13    KGF held a number of bank accounts at Bank of Bermuda ("BoB").  After reviewing each of them, it was apparent that all transactions involving BLMIS sourced monies occurred in its US$ account, therefore this was the only account considered in the tracing analysis for KGF.

1.14    KEF also held a number of bank accounts at BoB.  After reviewing them, it was apparent that all transactions involving BLMIS sourced monies occurred only in its US$ account.  KEF, however, also operated a Euro account which was used to receive and pay monies from and to investors and to pay fees to KML.  Both the Euro and US$ accounts were considered in the tracing analysis.

## Determining the Correct Starting Point

1.15    Although the analysis began at 11 December 2002 (6 years prior to commencement of BLMIS bankruptcy), it was necessary to determine the composition of the cash balance held by each of the Funds in their bank accounts at that date in order to determine what proportions were BLMIS and non-BLMIS sourced.

1.16    This was determined by working backward through the receipts from 11 December 2002 until such point as these receipts totalled the cash balance in the account as at 11 December 2002.  The source of these receipts leading up to 11 December 2002 was then examined and it was determined that none came from BLMIS. Therefore the cash balance in the accounts at 11 December 2002 only comprised non-BLMIS sourced monies.

Confidential – Subject to Confidentiality Agreement
Privileged

**Transfers made between bank accounts**

**Fund to Fund**

1.17    Transfers occurred between KGF and KEF in instances where an investor wished to change the fund in which they were invested.

1.18    Due to the Funds each using a different currency to handle monies from investors, the transfers between KGF and KEF included a foreign exchange from US$ to Euro, or vice versa.   The rates at which the exchanges took place are disclosed in the bank statements for each account.

1.19    Because any transfer between the Funds could consist of BLMIS sourced monies, the tracing analysis had to be undertaken for both Funds, on all three relevant bank accounts, simultaneously to be sure that BLMIS sourced monies could be tracked through the accounts correctly.  In each transfer, the proportion of BLMIS sourced and non-BLMIS sourced monies was maintained when the monies were received in the transferee account, notwithstanding the currency conversion.


**Foreign exchange in Kingate Euro**

1.20    KEF received subscriptions and paid redemptions and fees to KML from its Euro account, however it paid subscriptions to and received redemptions from BLMIS using its US$ account.   KEF, in anticipation of its future currency needs, entered into a number of foreign exchange futures contracts with BoB.  The contracts were conducted via the bank accounts reviewed in this exercise (not via a separate foreign exchange futures account).   The bank required that KEF always maintained a certain, but unknown, cash balance to support the contracts, however the source of this balance (BLMIS or non-BLMIS) was constantly changing.

1.21    There are therefore a number of credits and debits in KEF's accounts which reflect foreign exchange gains and losses. Some of these arise as a result of transactions based on monies identifiable as having been introduced by either subscribers or BLMIS and in such cases, gains or losses  have been allocated between these sources accordingly.

1.22    We have allocated the €27,202,649.78 in profits arising on currency transactions to non-BLMIS sourced monies.  The profits are cash profits and not accounting profits and should have been allocated between BLMIS and non-BLMIS sourced monies proportionate to the source of the monies that comprised the principal of the currency transaction in question.  It would be overly burdensome, however, to calculate how these profits should have been allocated as it would require us to re-do the entire analysis from scratch.

1.23    The need to re-allocate these profits only affects KEF; so the tracing exercise has not been re-calculated.  As with the format change in the bank statements already noted above, it is possible to analyse the effect of this error on the final results of the analysis on 2 different assumptions.  As in paragraph 1.4 above, these different assumptions represent the extreme range of possible results:

> Scenario 1 - all €27,202,649.78 is attributable to non-BLMIS monies and therefore all resulting payments were made from non-BLMIS sourced monies

Confidential – Subject to Confidentiality Agreement
Privileged

Scenario 2 - all €27,202,649.78 is attributable to BLMIS monies and therefore all resulting payments were made from BLMIS sourced monies.

1.24    Scenario 1 is the basis on which the tracing exercise has been conducted so no amendment is needed to the results reported in the tables above to show the outcome of this scenario.  However, Scenario 2 requires an amendment to the results in the tables above.

**Overdrawn Position**

1.25    There are instances in each account where payments were made which led the account to become overdrawn.  In these cases, any payments or portion of a payment that caused an account to become overdrawn must have been paid from a facility in effect provided by BoB and therefore could not be considered to have originated from BLMIS monies.

1.26    When the next receipt or portion of a receipt entered the account, from whatever source, to cover the amount overdrawn, this was treated as having been paid to BoB to clear the overdraft.

1.27    The transactions that either lead to, or reduce or eliminate, an overdrawn balance been highlighted in the analysis with red text.

**No Need for Detailed Payment Allocation at Certain Points**

1.28    At points in the analysis, all BLMIS sourced monies had been spent and only non-BLMIS sourced monies remained in the accounts.  We have not provided a detailed payment allocation analysis during these periods, as all payments to KML and to investors during these periods could only have been made from non-BLMIS sourced monies.  The periods of time where no detailed allocation is provided have been marked clearly on the analysis – during these periods we have only shown the totals for redemptions paid and the various fees paid to KML.

# User Guide

Confidential - Subject to Confidentiality Agreement

Privileged

**Column A**

This column denotes the 1st date of each month included in the analysis.

**Column B**

This column categorises the nature of the transaction.  When several transactions falling into the same category take place consecutively they have been summed on one row.

**Columns C to E**

These columns were used to perform the analysis of the sources of cash available in KGF's US$ account.  Column C shows all non-BLMIS sourced monies received and all subsequent payments made from these receipts.  Column D shows all BLMIS sourced monies received and all subsequent payments made from these receipts.  Receipts are shown with positive figures and payments are shown with negative figures.  Column E was used to keep a running 'tally' through the analysis of which amounts of cash were available for use against payments.  As each amount was used against a payment it was deleted from the tally, this is why this column is now blank.

**Columns F to H**

These columns were used to perform the analysis of the sources of cash available in KEF's Euro account.  Column F shows all non-BLMIS sourced monies received and all subsequent payments made from these receipts.  Column G shows all BLMIS sourced monies received and all subsequent payments made from these receipts.  Receipts are shown with positive figures and payments are shown with negative figures.  Column H was used to keep a running 'tally' through the analysis of which amounts of cash were available for use against payments.  As each amount was used against a payment it was deleted from the tally, this is why this column is now blank.

**Columns I to K**

These columns were used to perform the analysis of the sources of cash available in KEF's US$ account.  Column I shows all non-BLMIS sourced monies received and all subsequent payments made from these receipts.  Column J shows all BLMIS sourced monies received and all subsequent payments made from these receipts.  Receipts are shown with positive figures and payments are shown with negative figures.  Column K was used to keep a running 'tally' through the analysis of which amounts of cash were available for use against payments.  As each amount was used against a payment it was deleted from the tally, this is why this column is now blank.

**Columns L to AC**

These columns simply contain a summary of the information contained in columns C to H detailing the sources of the various payment types.

## Kingate Global Fund, Ltd. & Kingate Euro Fund, Ltd.
Confidential - Subject to Confidentiality Agreement
Privileged

Analysis of source of all payments to KML (Management fees, Load fees, Redemption fees and Admin fees - Euro ONLY)

### Kingate Global

*11 December 2002 to 30 June 2008*

| Year | Total fees paid to KML per bank statements | Portion paid from BLMIS $ | Portion paid from subscription $ |
|------|---:|---:|---:|
| 2002 | 2,292,660 | 0 | 2,292,660 |
| 2003 | 28,593,600 | 0 | 28,593,600 |
| 2004 | 31,762,073 | 0 | 31,762,073 |
| 2005 | 34,074,056 | 2,827,903 | 31,246,153 |
| 2006 | 34,622,539 | 6,615,516 | 28,007,022 |
| 2007 | 38,952,848 | 0 | 38,952,848 |
| 2008 | 20,845,812 | 0 | 20,845,812 |
| Total KML Fee Payments $ | 191,143,587 | 9,443,419 | 181,700,168 |
| Percentage | | 4.94% | 95.06% |

*1 July 2008 to 11 December 2008 (refer to paragraphs 1.08 to 1.12 of the Tracing Note)*

KML Fee Payments $          17,369,716

*11 December 2002 to 11 December 2008*

| Lower end | | | |
|------|---:|---:|---:|
| Total KML Fee Payments $ | 208,513,303 | 9,443,419 | 199,069,884 |
| Percentage | | 4.53% | 95.47% |
| Upper end | | | |
| Total KML Fee Payments $ | 208,513,303 | 26,813,135 | 181,700,168 |
| Percentage | | 12.86% | 87.14% |

### Kingate Euro

*11 December 2002 to 30 June 2008*

| Year | Total fees paid to KML per bank statements | Portion paid from BLMIS $ | Portion paid from subscription $ |
|------|---:|---:|---:|
| 2002 | 548,329 | 0 | 548,329 |
| 2003 | 6,834,483 | 1,543 | 6,832,940 |
| 2004 | 7,652,215 | 614,012 | 7,038,203 |
| 2005 | 8,506,056 | 1,403,261 | 7,102,795 |
| 2006 | 7,508,134 | 643,424 | 6,864,710 |
| 2007 | 9,001,649 | 0 | 9,001,649 |
| 2008 | 5,137,488 | 0 | 5,137,488 |
| Total KML Fee Payments € | 45,188,355 | 2,662,241 | 42,526,114 |
| Percentage | | 5.89% | 94.11% |

*1 July 2008 to 11 December 2008 (refer to paragraphs 1.08 to 1.12 of the Tracing Note)*

KML Fee Payments €          4,523,564

*11 December 2002 to 11 December 2008*

| Lower end | | | |
|------|---:|---:|---:|
| Total KML Fee Payments € | 49,711,919 | 2,662,241 | 47,049,678 |
| Percentage | | 5.36% | 94.64% |
| Upper end | | | |
| Total KML Fee Payments € | 49,711,919 | 7,185,805 | 42,526,114 |
| Percentage | | 14.45% | 85.55% |

*11 December 2002 to 11 December 2008 (refer to paragraphs 1.20 to 1.24 of the Tracing Note)*

Profits €          27,202,650

*11 December 2002 to 11 December 2008*

| Scenario 1) | | | |
|------|---:|---:|---:|
| Total KML Fee Payments € | 49,711,919 | 29,864,891 | 19,847,028 |
| Percentage | | 60.08% | 39.92% |
| Scenario 2) | | | |
| Total KML Fee Payments € | 49,711,919 | 34,388,455 | 15,323,464 |
| Percentage | | 69.18% | 30.82% |

# Kingate Global Fund, Ltd. & Kingate Euro Fund, Ltd.

Confidential - Subject to Confidentiality Agreement
Privileged

Analysis of source of all redemption payments to investors

**Kingate Global**

*11 December 2002 to 30 June 2008*

| Year | Total redemptions paid per bank statements | Portion paid from BLMIS $ | Portion paid from subscription $ |
|---|---|---|---|
| 2002 | 42,501,305 | 0 | 42,501,305 |
| 2003 | 383,431,070 | 0 | 383,431,070 |
| 2004 | 371,433,824 | 408,137 | 371,025,687 |
| 2005 | 455,039,957 | 78,242,837 | 376,797,120 |
| 2006 | 435,357,267 | 123,084,354 | 312,272,913 |
| 2007 | 543,589,093 | 0 | 543,589,093 |
| 2008 | 301,518,917 | 0 | 301,518,917 |
| Total Redemption Payments $ | 2,532,871,432 | 201,735,327 | 2,331,136,105 |
| Percentage | | 7.96% | 92.04% |

*1 July 2008 to 11 December 2008 (refer to paragraphs 1.08 to 1.12 of the Tracing Note)*

Redemption Payments $    272,974,527

*11 December 2002 to 11 December 2008*

Lower end
| | | | |
|---|---|---|---|
| Total Redemption Payments $ | 2,805,845,959 | 201,735,327 | 2,604,110,632 |
| Percentage | | 7.19% | 92.81% |

Upper end
| | | | |
|---|---|---|---|
| Total Redemption Payments $ | 2,805,845,959 | 301,735,327 | 2,504,110,632 |
| Percentage | | 10.75% | 89.25% |

**Kingate Euro**

*11 December 2002 to 30 June 2008*

| Year | Total redemptions paid per bank statements | Portion paid from BLMIS $ | Portion paid from subscription $ |
|---|---|---|---|
| 2002 | 7,707,374 | 0 | 7,707,374 |
| 2003 | 61,771,745 | 7,792,678 | 53,979,067 |
| 2004 | 84,144,489 | 3,923,550 | 80,220,940 |
| 2005 | 126,614,339 | 63,813,017 | 62,801,322 |
| 2006 | 75,963,174 | 4,407,638 | 71,555,536 |
| 2007 | 120,227,854 | 0 | 120,227,854 |
| 2008 | 42,415,653 | 0 | 42,415,653 |
| Total Redemption Payments € | 518,844,628 | 79,936,883 | 438,907,745 |
| Percentage | | 15.41% | 84.59% |

*1 July 2008 to 11 December 2008 (refer to paragraphs 1.08 to 1.12 of the Tracing Note)*

Redemption Payments €    76,099,283

*11 December 2002 to 11 December 2008*

Lower end
| | | | |
|---|---|---|---|
| Total Redemption Payments € | 594,943,910 | 79,936,883 | 515,007,027 |
| Percentage | | 13.44% | 86.56% |

Upper end
| | | | |
|---|---|---|---|
| Total Redemption Payments € | 594,943,910 | 156,036,166 | 438,907,745 |
| Percentage | | 26.23% | 73.77% |

*11 December 2002 to 11 December 2008 (refer to paragraphs 1.20 to 1.24 of the Tracing Note)*

Profits €    27,202,650

*11 December 2002 to 11 December 2008*

Scenario 1)
| | | | |
|---|---|---|---|
| Total Redemption Payments € | 594,943,910 | 107,139,533 | 487,804,377 |
| Percentage | | 18.01% | 81.99% |

Scenario 2)
| | | | |
|---|---|---|---|
| Total Redemption Payments € | 594,943,910 | 183,238,816 | 411,705,095 |
| Percentage | | 30.80% | 69.20% |