**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Keith R. Murphy
Jonathan B. New
Andrew W. Reich

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ROBERT A. LURIA and ROBERT LURIA PARTNERS,<br><br>　　　　Defendants. | Adv. Pro. No. 10-03223 (SMB) |

## NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE
## AND CONTINUANCE OF HEARING

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding, which had been scheduled for February 26, 2014, has been adjourned to March 26, 2014, at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that the hearing on Plaintiff's motion to dismiss Defendants' counterclaims and to strike Defendants' fourteenth and fifteenth affirmative defenses, which had been scheduled for February 26, 2014, has also been continued to March 26, 2014, at 10:00 a.m.

Dated: New York, New York
       February 19, 2014

> */s/Nicholas J. Cremona*
> David J. Sheehan
> Email: dsheehan@bakerlaw.com
> Nicholas J. Cremona
> Email: ncremona@bakerlaw.com
> Keith R. Murphy
> Email: kmurphy@bakerlaw.com
> Jonathan B. New
> Email: jnew@bakerlaw.com
> Andrew W. Reich
> Email: areich@bakerlaw.com
> **BAKER & HOSTETLER LLP**
> 45 Rockefeller Plaza
> New York, New York 10111
> Telephone: (212) 589-4200
> Facsimile: (212) 589-4201
>
> *Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*