**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Erica Gann Kitaev

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>  v. | Adv. Pro. No. 10-04883 (SMB) |

ROBERT BERNSTEIN,

                                            Defendant.

## NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (BRL), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the estate of Bernard L. Madoff individually ("Madoff"). The Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, the Trustee and Defendant may jointly agree to enter mediation prior to or upon completion of discovery without further court order. Avoidance Procedures, ¶ 5A.

Through this Notice of Mediation Referral, the Trustee and Defendant Robert Bernstein (the "Parties") hereby state that they have completed discovery in the above-referenced adversary proceeding and agree to be referred to mandatory mediation at this time.

Pursuant to the Avoidance Procedures, the Parties agree that within 14 calendar days after the filing of this Notice of Mediation Referral, the Parties shall choose a mediator in accordance

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

2

with the Mediation Order. If the Parties are unable to agree on a mediator, the Court shall appoint one in accordance with the Mediation Order.

Dated: New York, New York

February 19, 2014

| | |
|---|---|
| */s/ Nicholas J. Cremona*_____ | */s/ Max Folkenflik*_____ |
| Baker & Hostetler LLP | Folkenflik & McGerity |
| 45 Rockefeller Plaza | 1500 Broadway, 21st Floor |
| New York, NY 10111 | New York, NY 10036 |
| Telephone: (212) 589-4200 | Telephone: (212) 757-0400 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 757-2010 |
| David J. Sheehan | Max Folkenflik |
| e-mail: dsheehand@bakerlaw.com | email: max@fmlaw.net |
| Marc E. Hirshfield | |
| e-mail: mhirschfield@bakerlaw.com | |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | |
| Erica G. Kitaev | |
| Email: ekitaev@bakerlaw.com | |
| | |
| *Attorneys for Irving H. Picard,* | *Attorneys for Defendant Robert* |
| *Trustee for the Substantively Consolidated* | *Bernstein* |
| *SIPA Liquidation of Bernard L. Madoff* | |
| *Investment Securities LLC and the Estate of* | |
| *Bernard L. Madoff* | |

3