| | **APPENDIX A** | | | |
|---|---|---|---|---|
| | Adv. Pro. No. | Defendant(s)[1] | Date MTD Filed | Counsel for Defendant(s) |
| 1. | 10-04349 | Pauline B. Feldman | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 2. | 10-04394 | Frederic Z. Konigsberg | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 3. | 10-04396 | Edith A. Schur | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 4. | 10-04408 | Cheryl Yankowitz | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 5. | 10-04468 | Ken-Wen Family Limited Partnership | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 6. | 10-04560 | Richard E. Feldman | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 7. | 10-04561 | Jeffrey R. Werner 11/1/98 Trust | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 8. | 10-04717 | William Diamond | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 9. | 10-05094 | The Estate of Carolyn Miller | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 10. | 10-05231 | Trust under Deed of Suzanne R. May | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 11. | 10-04361 | Harvey L. Werner Revocable Trust | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 12. | 10-04569 | Stephen H. Stern | 2/14/14 | Richard E. Signorelli |
| 13. | 10-05393 | Francis G. Rea | 1/31/14 | Richard E. Signorelli |
| 14. | 10-04772 | M. Elliot Schnall | 1/24/14 | Herbert Biegel |
| 15. | 10-04421 | A&G Goldman Partnership | 1/17/14 | Akerman LLP |
| 16. | 10-04850 | Nathan Cohen Trust | 1/17/14 | Akerman LLP |
| 17. | 10-04843 | Nathan Cohen | 1/17/14 | Akerman LLP |
| 18. | 10-04936 | L. Rags, Inc. | 1/17/14 | Akerman LLP |
| 19. | 10-04962 | Estate of Alvin Rush | 1/17/14 | Akerman LLP |
| 20. | 10-05046 | Martin Gettinger | 1/17/14 | Akerman LLP |
| 21. | 10-05108 | Marilyn Davimos 1999 Grat | 1/17/14 | Akerman LLP |
| 22. | 10-05399 | Martin Lifton | 1/17/14 | Akerman LLP |
| 23. | 10-05433 | Merida Associates, Inc. | 1/17/14 | Akerman LLP |
| 24. | 10-04404 | Empire Prospect Partnership | 1/17/14 | Akerman LLP |
| 25. | 10-04423 | Joel Busel Rev Trust | 1/17/14 | Akerman LLP |
| 26. | 10-04832 | Richard E. Winter Rev Trust | 1/17/14 | Akerman LLP |
| 27. | 10-04713 | Marsy Mittleman | 1/17/14 | Akerman LLP |
| 28. | 10-05436 | Just Empire, LLC | 1/17/14 | Akerman LLP |

---

[1] This column does not list all participating Defendants, but is merely indicative of the actions that filed motions to dismiss.

|   | Adv. Pro. No. | Defendant(s) | Date MTD Filed | Counsel for Defendant(s) |
|---|---|---|---|---|
| 29. | 10-04638 | The Mittleman Family Foundation | 1/17/14 | Akerman LLP |
| 30. | 10-05223 | Estate of Sam W. Klein | 1/17/14 | Akerman LLP |
| 31. | 10-04655 | Jaffe Family Partnership | 1/17/14 | Lax & Neville LLP |
| 32. | 10-04756 | Stephen B. Kaye | 1/17/14 | Lax & Neville LLP |
| 33. | 10-04900 | Bonnie J. Kansler | 1/17/14 | Lax & Neville LLP |
| 34. | 10-04881 | Jillian Wernick Livingston | 1/17/14 | Lax & Neville LLP |
| 35. | 10-04481 | Armand Lindenbaum | 1/17/14 | Lax & Neville LLP |
| 36. | 10-04467 | David S. Wallenstein | 1/17/14 | Lax & Neville LLP |
| 37. | 10-04307 | Howard Solomon | 1/17/14 | Lax & Neville LLP |
| 38. | 10-04988 | Wallenstein / NY Partnership | 1/17/14 | Lax & Neville LLP |
| 39. | 10-04827 | Madeline Gins Arakawa | 1/17/14 | Lax & Neville LLP |
| 40. | 10-04289 | John Fujiwara | 1/17/14 | Lax & Neville LLP |
| 41. | 10-04301 | Frieda Bloom | 1/17/14 | Lax & Neville LLP |
| 42. | 10-04304 | Elinor Solomon | 1/17/14 | Lax & Neville LLP |
| 43. | 10-04647 | Abbit Family Trust | 1/17/14 | Lax & Neville LLP |
| 44. | 10-05169 | Fairfield Pagma Associates | 1/17/14 | Lax & Neville LLP |
| 45. | 10-05246 | Frances J. Le Vine Rev. Trust | 1/17/14 | Lax & Neville LLP |
| 46. | 10-04954 | Ruth Kahn | 1/17/14 | Lax & Neville LLP |
| 47. | 10-04966 | Onesco International | 1/17/14 | Lax & Neville LLP |
| 48. | 10-05036 | Elinor Friedman Felcher | 1/17/14 | Lax & Neville LLP |
| 49. | 10-05048 | Armand L. Greenhall | 1/17/14 | Lax & Neville LLP |
| 50. | 10-05160 | Lanny Rose Rev. Trust | 1/17/14 | Lax & Neville LLP |
| 51. | 10-04573 | Bruce Leventhal 2001 Irrevocable Trust | 1/17/14 | Lax & Neville LLP |
| 52. | 10-05400 | Ted Goldberg | 1/17/14 | Wachtel Missry LLP |
| 53. | 10-04726 | Lori Chemla | 1/17/14 | Wachtel Missry LLP |
| 54. | 10-04579 | Shetland Fund Limited Partnership | 1/17/14 | Wachtel Missry LLP |
| 55. | 10-04896 | Helene Juliette Feffer | 1/17/14 | Wachtel Missry LLP |
| 56. | 10-05372 | O.D.D. Investment LP | 1/17/14 | Wachtel Missry LLP |
| 57. | 10-04502 | Steven Schiff | 1/17/14 | Wachtel Missry LLP |
| 58. | 10-04363 | Schiff Family Holdings | 1/17/14 | Wachtel Missry LLP |
| 59. | 10-04447 | Franklin Sands | 1/17/14 | Wachtel Missry LLP |
| 60. | 10-04472 | Daniel N. Silna | 1/17/14 | Wachtel Missry LLP |
| 61. | 10-04470 | Silna Family Inter Vivos Trust | 1/17/14 | Wachtel Missry LLP |
| 62. | 10-04357 | James Greiff | 1/17/14 | Dentons LLP |
| 63. | 10-04796 | Howard Kaye | 1/17/14 | McClaughlin & Stern LLP |
| 64. | 10-04735 | Kara Fishbein Goldman | 1/17/14 | Pryor Cashman LLP |
| 65. | 10-04944 | Pergament Equities | 1/17/14 | Pryor Cashman LLP |

|     | Adv. Pro. No. | Defendant(s) | Date MTD Filed | Counsel for Defendant(s) |
|---|---|---|---|---|
| 66. | 10-05194 | Bruce D. Pergament | 1/17/14 | Pryor Cashman LLP |
| 67. | 10-05087 | Steven J. Lifton | 1/17/14 | Meyer, Suozzi, English & Klein, P.C. |
| 68. | 10-04906 | Steven V Marcus Separate Property of the Marcus Family Trust | 1/16/14 | Milberg LLP |
| 69. | 10-04861 | Harold J. Hein | 3/22/13 | Dentons LLP |
| 70. | 10-04921 | Stanley T. Miller | 3/22/13 | Dentons LLP |
| 71. | 10-04672 | Sidney Cole | 3/22/13 | Dentons LLP |
| 72. | 10-04415 | Barbara J. Berdon | 3/22/13 | Dentons LLP |
| 73. | 10-05209 | Lapin Children LLC | 3/22/13 | Dentons LLP |
| 74. | 10-04332 | Barry Weisfeld | 3/22/13 | Dentons LLP |
| 75. | 10-04401 | Rose Gindel Trust | 3/22/13 | Dentons LLP |
| 76. | 10-05085 | Eugene J. Ribakoff 2006 Trust | 3/22/13 | Dentons LLP |
| 77. | 10-05424 | Frederia Ripley French Rev. Trust | 3/22/13 | Dentons LLP |
| 78. | 10-05224 | David R. Markin | 3/22/13 | Dentons LLP |
| 79. | 10-04925 | Alvin Gindel Rev. Trust | 3/22/13 | Dentons LLP |
| 80. | 10-05384 | Neil Reger Profit Sharing Keogh | 3/22/13 | Dentons LLP |
| 81. | 10-05058 | America Israel Cultural Foundation | 3/22/13 | Dentons LLP |
| 82. | 10-04951 | Harold A. Thau | 3/22/13 | Milberg LLP |
| 83. | 10-04946 | Stephen R. Goldenberg | 3/22/13 | Milberg LLP |
| 84. | 10-05089 | John Denver Concerts | 3/22/13 | Milberg LLP |
| 85. | 10-04335 | Melvin Knyper and Aspen Fine Arts Co. | 3/22/13 | Milberg LLP |
| 86. | 10-04966 | Onesco International | 3/22/13 | Milberg LLP |
| 87. | 10-04978 | Estate of Ira S. Rosenberg | 3/22/13 | Milberg LLP |
| 88. | 10-04725 | Ruth E. Goldstein | 3/22/13 | Milberg LLP |
| 89. | 10-04601 | Laurence E. Leif | 3/22/13 | Milberg LLP |
| 90. | 10-05069 | Potamkin Family Foundation | 3/22/13 | Milberg LLP |
| 91. | 10-04576 | Norton A. Eisenberg | 3/22/13 | Milberg LLP |
| 92. | 10-04741 | William M. Woessner Family Trust | 3/22/13 | Milberg LLP |
| 93. | 10-04724 | P. Charles Gabriele | 3/22/13 | Milberg LLP |
| 94. | 10-04582 | Gerald Blumenthal | 3/22/13 | Milberg LLP |
| 95. | 10-05136 | Richard Roth | 3/22/13 | Milberg LLP |
| 96. | 10-04540 | Jonathan Sobin | 3/22/13 | Seeger Weiss LLP |
| 97. | 10-04341 | James P. Marden | 3/22/13 | Pryor Cashman LLP |
| 98. | 10-04348 | Marden Family Limited | 3/22/13 | Pryor Cashman LLP |
| 99. | 10-05194 | Bruce D. Pergament | 3/22/13 | Pryor Cashman LLP |

|      | Adv. Pro. No. | Defendant(s) | Date MTD Filed | Counsel for Defendant(s) |
|------|---------------|--------------|----------------|--------------------------|
| 100. | 10-05239 | Robert Fried | 3/22/13 | Pryor Cashman LLP |
| 101. | 10-05439 | Avram J. Goldberg | 3/22/13 | Pryor Cashman LLP |
| 102. | 10-05118 | Charlotte M. Marden | 3/22/13 | Pryor Cashman LLP |
| 103. | 10-04575 | Boslow Family Limited | 3/22/13 | Pryor Cashman LLP |
| 104. | 10-05397 | Oakdale Foundation | 3/22/13 | Pryor Cashman LLP |
| 105. | 10-04565 | Murray & Irene Pergament Foundation | 3/22/13 | Pryor Cashman LLP |
| 106. | 10-05022 | Montbarry Inc. | 1/18/13 | Simon & Partners LLP |
| 107. | 10-04998 | Estate of Hermen Greenberg | 6/15/12 | Arent Fox LLP |
| 108. | 10-05027 | 1776 K Street Associates | 4/20/12 | Arent Fox LLP |
| 109. | 10-04976 | Eleven Eighteen Limited Partnership | 4/20/12 | Arent Fox LLP |
| 110. | 10-04865 | Edward H. Kaplan | 4/20/12 | Arent Fox LLP |
| 111. | 10-05179 | Liselotte J. Leeds Lifetime Trust | 4/2/12 | Dow Lohnes PLLC |
| 112. | 10-04336 | Estate of Doris Igoin | 4/2/12 | Kelley Drye & Warren LLP |
| 113. | 10-04405 | Estate of Elaine S. Fox | 3/6/12 | Cole, Schotaz, Meisel, Forman, & Leonard, P.A. |
| 114. | 10-05257 | Edward A. Zraick | 2/17/12 | Hunton & Williams LLP |
| 115. | 10-04799 | Marvin L. Olshan | 2/3/12 | Olshan Grundman Frome Rosenzweig & Wolosky LLP |
| 116. | 10-04774 | Diane Wilson | 1/31/12 | Simon & Partners LLP |
| 117. | 10-05416 | Ostrin Family Partnership | 1/31/12 | Richard Signorelli |
| 118. | 10-04338 | Financière Agache | 1/10/12 | Barack Ferrazzano Kirschbaum & Nagelberg LLP |
| 119. | 10-04551 | Douglas D. Johnson | 1/4/12 | Herrick, Feinstein LLP |
| 120. | 10-05255 | Stefanelli Investors Group | 12/20/11 | Rattet Pasternak, LLP |
| 121. | 10-04629 | Frank J. Lynch | 12/14/11 | McDermott Will & Emery LLP |
| 122. | 10-05109 | F&P Lynch Family Partnership | 12/14/11 | McDermott Will & Emery LLP |
| 123. | 10-04959 | Judith Pisetzner | 12/14/11 | Greenberg Traurig LLP |
| 124. | 10-05097 | Pisetzner Family Limited Partnership | 12/14/11 | Greenberg Traurig LLP |
| 125. | 10-04463 | Triangle Diversified Investments LLC | 11/30/11 | Dickstein Shapiro LLP |
| 126. | 10-05388 | Lilyan Berkowitz | 10/18/11 | Morrison & Foerster LLP |
| 127. | 10-04475 | DPF Investors | 10/3/11 | Morrison & Foerster LLP |
| 128. | 10-04402 | Brierpatch Investments LLC | 10/3/11 | Morrison & Foerster LLP |
| 129. | 10-04721 | George D. Levy Trust | 10/3/11 | Morrison & Foerster LLP |
| 130. | 10-05057 | Joseph Persky Foundation | 10/3/11 | Morrison & Foerster LLP |
| 131. | 10-04460 | Lexus Worldwide | 10/3/11 | Dickstein Shapiro LLP |
| 132. | 10-04370 | Sidney Marks Trust 2002 | 9/5/11 | Wilmer Cutler Pickering Hale and Dorr LLP |

|  | Adv. Pro. No. | Defendant(s) | Date MTD Filed | Counsel for Defendant(s) |
|---|---|---|---|---|
| 133. | 10-04698 | Nancy J. Marks Trust 2002 | 9/5/11 | Wilmer Cutler Pickering Hale and Dorr LLP |
| 134. | 10-04511 | Weithorn/ Casper Associates | 6/24/11 | Becker Meisel LLC |
| 135. | 10-04419 | Katz Group Ltd Partnership | 6/20/11 | Becker Meisel LLC |
| 136. | 10-04495 | Carl Glick | 6/15/11 | Becker Meisel LLC |
| 137. | 10-04435 | Prospect Capital Partners | 6/13/11 | Becker Meisel LLC |
| 138. | 10-04662 | Lexington Capital Partners | 6/13/11 | Becker Meisel LLC |
| 139. | 10-04294 | David T. Washburn | 6/13/11 | Becker Meisel LLC |
| 140. | 10-04323 | Weiner Family Ltd. Partnership | 6/1/11 | Fox Rothschild LLP |
| 141. | 10-04293 | Marvin M. Weiner | 6/1/11 | Fox Rothschild LLP |
| 142. | 10-05371 | L.H. Rich Companies | 5/10/11 | Garvey Schubert Baker |
| 143. | 10-04759 | Howard Klee | 4/1/11 | *Pro se* |
| 144. | 10-04744 | Irving J. Pinto 1996 Grantor Retained Trust | 1/26/11 | Filed By Bruce S. Schaeffer, but now unrepresented; Estate's Counsel: Joseph A. Roman |
| 145. | 10-04538 | James B. Pinto Rev. Trust and James B. Pinto | 1/26/11 | Filed By Bruce S. Schaeffer, but now represented by Marvin Ingber / McClay Alton, P.L.L.P Estate's Counsel: Joseph A. Roman |
| 146. | 10-04588 | Amy Pinto Lome Rev. Trust | 1/26/11 | Filed By Bruce S. Schaeffer, but now represented by Marvin Ingber / McClay Alton, P.L.L.P Estate's Counsel: Joseph Roman |