UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION : Adv. Pro. No. 08-01789 (SMB)
CORPORATION, :
                    Plaintiff, :
       v. : SIPA Liquidation
  :
BERNARD L. MADOFF INVESTMENT : (Substantively Consolidated)
SECURITIES LLC, :
                Defendant. :

-------------------------------------------------------------------------X

In re :
  :
BERNARD L. MADOFF, :
             Debtor. :

-------------------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation : Adv. Pro. No. 10-05444 (SMB)
of Bernard L. Madoff Investment Securities LLC, :
  :
  :
              Plaintiff, :
       v. :
  :
THE LEEDS PARTNERSHIP, MARGARET AND :
RICHARD LIPMANSON FOUNDATION, :
KALEIDOSCOPE FOUNDATION, GERARD :
LEEDS, as general partner of The Leeds Partnership, :
LISELOTTE A/K/A LILO LEEDS, as general partner :
of The Leeds Partnership, RICHARD LEEDS, as :
general partner of The Leeds Partnership, MICHAEL :
LEEDS, as general partner of The Leeds Partnership, :
DANIEL LEEDS, as general partner of The Leeds :
Partnership, GREGORY JOBIN LEEDS, as general :
partner of The Leeds Partnership, and JENNIFER :
LEEDS, as general partner of The Leeds Partnership, :
  :
             Defendants. :

-------------------------------------------------------------------------X

## <u>NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER</u>

PLEASE TAKE NOTICE that the law firm of Kramer Levin Naftalis & Frankel LLP,

1177 Avenue of the Americas, New York, New York 10036, shall be substituted in place of the

law firm of Cooley LLP (as successor by merger to Dow Lohnes PLLC), 1114 Avenue of the

Americas, New York, New York 10036, as counsel of record for defendants The Leeds

Partnership, Margaret and Richard Lipmanson Foundation, Kaleidoscope Foundation, Gerard

Leeds, Liselotte a/k/a Lilo Leeds, Richard Leeds, Michael Leeds, Daniel Leeds, Gregory Jobin

Leeds, and Jennifer Leeds (the "Defendants") in this adversary proceeding.  All notices given or

required to be given in this adversary proceeding shall be given to and served upon the

following:

> KRAMER LEVIN NAFTALIS & FRANKEL LLP
> 1177 Avenue of the Americas
> New York, New York 10036
> Attn:   Philip Bentley
>       Elise S. Frejka
>       Jason S. Rappaport
> Telephone: (212) 715-9100
> Facsimile: (212) 715-8000
> Email:  pbentley@kramerlevin.com
>       efrejka@kramerlevin.com
>       jrappaport@kramerlevin.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and

consent to this substitution of counsel.

Dated: New York, New York
      February 20, 2014

COOLEY LLP

By:  /s/ Lawrence C. Gottlieb
    Lawrence C. Gottlieb
    1114 Avenue of the Americas
    New York, New York 10036
    Telephone: 212.479.6000
    Facsimile: 212.479.6275

    Michael D. Hays
    Alyssa T. Saunders
    1299 Pennsylvania Avenue, NW
    Suite 700
    Washington, DC 20004-2400
    Telephone: 202.842.7800
    Facsimile: 202.842.7899

Dated: New York, New York
    _____, 2014

Dated: New York, New York
      February 20, 2014

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:  /s/ Elise S. Frejka
    Philip Bentley
    Elise S. Frejka
    Jason S. Rappaport
    1177 Avenue of the Americas
    New York, New York  10036
    Telephone: 212.715.9100
    Facsimile: 212.715.8000

SO ORDERED:

_____
HON. STEWART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : Adv. Pro. No. 08-01789 (SMB) |
| | : |
| Plaintiff, | : |
| v. | : SIPA Liquidation |
| | : |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : (Substantively Consolidated) |
| | : |
| Defendant. | : |

---------------------------------------------------------------------------X

| | |
|---|---|
| In re | : |
| | : |
| BERNARD L. MADOFF, | : |
| Debtor. | : |

---------------------------------------------------------------------------X

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : Adv. Pro. No. 10-05444 (SMB) |
| | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| THE LEEDS PARTNERSHIP, MARGARET AND RICHARD LIPMANSON FOUNDATION, KALEIDOSCOPE FOUNDATION, GERARD LEEDS, as general partner of The Leeds Partnership, LISELOTTE A/K/A LILO LEEDS, as general partner of The Leeds Partnership, RICHARD LEEDS, as general partner of The Leeds Partnership, MICHAEL LEEDS, as general partner of The Leeds Partnership, DANIEL LEEDS, as general partner of The Leeds Partnership, GREGORY JOBIN LEEDS, as general partner of The Leeds Partnership, and JENNIFER LEEDS, as general partner of The Leeds Partnership, | : |
| | : |
| Defendants. | : |

---------------------------------------------------------------------------X

## <u>DECLARATION OF ELISE S. FREJKA</u>

I, ELISE S. FREJKA declare as follows:

      1.    I am special counsel at the law firm of Kramer Levin Naftalis & Frankel

LLP and a member of the Bar of this Court.  Pursuant to Local Civil Rule 1.4 of the Local Rules

of the United States District Courts for the Southern and Eastern Districts of New York, I submit

this declaration in support of the accompanying notice and proposed order substituting Kramer

Levin Naftalis & Frankel LLP for Cooley LLP (as successor by merger to Dow Lohnes PLLC),

as counsel for defendants The Leeds Partnership, Margaret and Richard Lipmanson Foundation,

Kaleidoscope Foundation, Gerard Leeds, Liselotte a/k/a Lilo Leeds, Richard Leeds, Michael

Leeds, Daniel Leeds, Gregory Jobin Leeds, and Jennifer Leeds (the "<u>Defendants</u>") in the above-

captioned action.  I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the

United States Bankruptcy Court for the Southern District of New York.

       2.     The Defendants have requested and consent to this substitution of counsel.

       3.     It is not expected that any delay or prejudice will result to any party in this

proceeding from this substitution of counsel.

       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Dated: New York, New York
      February 20, 2014

              By: _/s/ Elise S. Frejka_____
                  Elise S. Frejka