| | |
|---|---|
| **Baker & Hostetler LLP** | **Presentment Date: February 28, 2014** |
| 45 Rockefeller Plaza | **Time:** 12:00 p.m. |
| New York, New York 10111 | |
| Telephone: (212) 589-4200 | **Objections Due:** February 28, 2014 |
| Facsimile: (212) 589-4201 | **Time:** 11:00 a.m. |
| David J. Sheehan | |
| Email: dsheehan@bakerlaw.com | |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | |
| v. | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA Liquidation |
| Defendant. | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF PRESENTMENT BY TRUSTEE OF ORDER**
**AMENDING ORDER DIRECTING DUPLICATE FILINGS**

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee (the "Trustee") for the

substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the

estate of Bernard L. Madoff, seeks entry of the attached proposed order (the "Proposed Order")

amending the Order Directing Duplicate Filings, dated February 18, 2014 [ECF No. 5659],

directing that any document filed in any of the Bernard L. Madoff Investment Securities LLC ("Madoff") adversary proceedings shall be docketed in the Madoff main case, 08-01789, by the Honorable Stuart M. Bernstein, Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, at One Bowling Green, New York, New York 10004, for signature and approval on **February 28, 2014 at 12:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Proposed Order ("Objections"), shall (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders; (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefore; (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein, One Bowling Green, New York, New York 10004; and (v) be served upon (a) Baker & Hostetler LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David Sheehan, Esq. and Nicholas J. Cremona, Esq., and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq., so as to be received no later than **February 28, 2014 at 11:00 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE**, that in the event any Objections are timely served and filed, a hearing may be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

300312384.3

**PLEASE TAKE FURTHER NOTICE**, that, unless Objections are timely served and filed, the proposed Order may be signed without a hearing.

| | |
|---|---|
| Dated: New York, New York<br>February 20, 2014 | Respectfully submitted,<br><br>/s/ David J. Sheehan<br>David J. Sheehan<br>Nicholas J. Cremona<br><br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br><br>              Debtor. | |

**AMENDED ORDER DIRECTING DUPLICATE FILINGS**

By Notice of Presentment dated February 20, 2014, Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, by and through his counsel, sought an order amending this Court's February 18, 2014 Order [ECF No. 5659] (the "Duplicate Filings Order"), directing that any document filed in any of the Bernard L. Madoff Investment Securities LLC ("Madoff") adversary proceedings (the "Adversary Proceedings") shall be docketed in the Madoff main case, 08-01789 (the "Main Case"); and this Court having been informed that under

300312384.3

the Order Establishing Notice Procedures and Limiting Notice dated December 5, 2011 [ECF No. 4560] (the "Limited Notice Procedures Order"), parties are required to serve all filings in the Main Case on all parties to the "Master Service List" (as defined in the Limited Notice Procedures Order); and that the Limited Notice Procedures Order also requires parties to file an affidavit of service or certification of service annexing the list of parties that received notice and the manner in which notice was served; and the Trustee having reviewed the Duplicate Filings Order; and it appearing that the relief requested herein is necessary and in the best interests of all parties-in-interest; and due notice of this Order having been given, and it appearing that no other or further notice need be given; and after due deliberation, it is hereby:

**ORDERED**, that any document filed in any of the Adversary Proceedings on or after the date of this order shall be electronically docketed both in the appropriate Adversary Proceeding and in the Main Case; and it is further

**ORDERED**, that the duplicate electronic filing of all documents filed in any Adversary Proceeding in the Main Case will serve as sufficient notice to the parties in the Main Case; and it is further

**ORDERED**, that parties shall not be required to serve documents filed in the Main Case that relate solely to individual Adversary Proceedings on the Master Service List; and it is further

**ORDERED**, that parties will only be required to serve documents filed in Adversary Proceedings in accordance with the Limited Notice Procedures Order; and it is further

**ORDERED**, that parties in the Main Case shall be deemed to have received notice of and been served with all filings in the Main Case that relate solely to individual Adversary Proceedings through the Court's Electronic Filing ("ECF") notification system; and it is further

300312384.3

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York
      February ___, 2014

                                                HONORABLE STUART M. BERNSTEIN,
                                                UNITED STATES BANKRUPTCY JUDGE