<mark>08-01789-cgm    Doc 5682    Filed 02/20/14    Entered 02/20/14 16:11:38    Main Document
                                    Pg 1 of 4</mark>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION           : Adv. Pro. No. 08-01789 (SMB)
CORPORATION,                             :
         Plaintiff,                    :
    v.                                 : SIPA Liquidation
                                         :
BERNARD L. MADOFF INVESTMENT             : (Substantively Consolidated)
SECURITIES LLC,                          :
         Defendant.                    :
---------------------------------------------------------------------------X
In re                                    :
                                         :
BERNARD L. MADOFF,                       :
         Debtor.                       :
---------------------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation : Adv. Pro. No. 10-04934 (SMB)
of Bernard L. Madoff Investment Securities LLC, :
                                         :
         Plaintiff,                    :
    v.                                 :
                                         :
MICHAEL S. LEEDS and ANDREA R. LEEDS,    :
                                         :
         Defendants.                   :
---------------------------------------------------------------------------X

**<u>NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER</u>**

PLEASE TAKE NOTICE that the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, shall be substituted in place of the law firm of Cooley LLP (as successor by merger to Dow Lohnes PLLC), 1299 Pennsylvania Avenue, NW, Suite 700, Washington, DC 20004, as counsel of record for defendants Michael S. Leeds and Andrea R. Leeds (the "<u>Defendants</u>") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        1177 Avenue of the Americas
        New York, New York 10036
        Attn:  Philip Bentley
                  Elise S. Frejka
                  Jason S. Rappaport

        Telephone: (212) 715-9100
        Facsimile: (212) 715-8000
        Email: pbentley@kramerlevin.com
             efrejka@kramerlevin.com
             jrappaport@kramerlevin.com

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

| Dated: Washington, DC<br>February 20, 2014 | Dated: New York, New York<br>February 20, 2014 |
|---|---|
| COOLEY LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| By: /s/ Michael D. Hays<br>Michael D. Hays<br>The Warner Building<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004<br>Telephone: 202.776.2711<br>Facsimile: 202.842.7899 | By: /s/ Elise S. Frejka<br>Philip Bentley<br>Elise S. Frejka<br>Jason S. Rappaport<br>1177 Avenue of the Americas<br>New York, New York  10036<br>Telephone: 212.715.9100<br>Facsimile: 212.715.8000 |
| Dated: New York, New York<br>_____, 2014 | SO ORDERED:<br><br>_____<br>HON. STEWART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION              :  Adv. Pro. No. 08-01789 (SMB)
CORPORATION,                                :
             Plaintiff,                     :
       v.                                   :  SIPA Liquidation
                                            :
BERNARD L. MADOFF INVESTMENT                :  (Substantively Consolidated)
SECURITIES LLC,                             :
             Defendant.                     :
------------------------------------------------------------------X
In re                                       :
                                            :
BERNARD L. MADOFF,                          :
             Debtor.                        :
------------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation :  Adv. Pro. No. 10-04934 (SMB)
of Bernard L. Madoff Investment Securities LLC, :
                                            :
             Plaintiff,                     :
       v.                                   :
                                            :
MICHAEL S. LEEDS and ANDREA R. LEEDS,       :
                                            :
             Defendants.                    :
------------------------------------------------------------------X
```

## DECLARATION OF ELISE S. FREJKA

I, ELISE S. FREJKA declare as follows:

      1.    I am special counsel at the law firm of Kramer Levin Naftalis & Frankel LLP and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting Kramer Levin Naftalis & Frankel LLP for Cooley LLP (as successor by merger to Dow Lohnes PLLC), as counsel for defendants Michael S. Leeds and Andrea R. Leeds (the "Defendants") in the above-captioned action. I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

      2.    The Defendants have requested and consent to this substitution of counsel.

3. It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
February 20, 2014

By: /s/ Elise S. Frejka
Elise S. Frejka