**WILMER CUTLER PICKERING HALE AND DORR LLP**
Charles C. Platt
George W. Shuster, Jr.
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for BSI AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the law firm of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel of record for BSI AG ("BSI"), and requests that copies of all notices given, or required to be given in this case, and all papers filed or served, or required to be filed or served in this case, be provided to the following:

> Charles C. Platt
> Wilmer Cutler Pickering Hale and Dorr LLP
> 7 World Trade Center
> 250 Greenwich Street
> New York, New York 10007
> Telephone: (212) 230-8800
> Facsimile: (212) 230-8888
> Email: charles.platt@wilmerhale.com

ActiveUS 124308941v.1

  This Notice of Appearance is limited in nature and does not constitute a consent to service or jurisdiction.  In filing this Notice of Appearance, BSI is not admitting any facts or waiving any rights or defenses, including service or jurisdictional defenses.  BSI does not hereby submit to the jurisdiction of any court, and expressly reserves all rights, defenses, and objections, including without limitation, all defenses based on lack of jurisdiction, lack of service, and improper service.

  This Notice of Appearance shall not be deemed or construed to be a waiver of the rights of BSI (i) to have final orders in non-core matters entered only after de novo review by a District Court judge, (ii) to trial by jury in any proceeding so triable in this case or in any adversary proceeding, case, or controversy related to this case, or (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, all of which rights are expressly reserved.

Dated: New York, NY

  February 21, 2014

  /s/ Charles C. Platt
Charles C. Platt
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888
Email: charles.platt@wilmerhale.com

*Attorneys for BSI AG*