**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman hchaitman@bplegal.com
Peter W. Smith psmith@bplegal.com
Julie Gorchkova jgorchkova@bplegal.com
45 Broadway
New York, New York 10006
Telephone (212) 599-3322

*Attorneys for Defendants Listed on*
*Exhibits A & B Attached to the October 31, 2013*
*Notice of Motions to Dismiss*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON EXHIBITS A and B ATTACHED TO THE NOTICE OF MOTIONS TO DISMISS,<br><br>                              Defendants. | Adv. Pro. Nos. listed on Exhibits A and B to Notice of Motions to Dismiss |

**DECLARATION OF HELEN DAVIS CHAITMAN, ESQ.**
**IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**

I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§1746, as follows:

{N0041891 }

1. I am a partner with Becker & Poliakoff LLP ("B&P"), counsel to defendants listed on Exhibits A and B attached to the Notice of Motions to Dismiss.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the June 3, 2011 letter from United States Representatives Scott Garrett, Peter King, Ileana Ross-Lehtinen and Carolyn McCarthy to Gene L. Dodaro, Comptroller General of the United States.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the September 13, 2013 letter from the Securities Investor Protection Corporation to United States Representatives Scott Garrett and Carolyn Maloney in response to their letter of August 30, 2013.

Dated:    February 21, 2014                    /s/ Helen Davis Chaitman
          New York, New York

{N0041891}                                2