**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff,

    v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
-----------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

In re:

BERNARD L. MADOFF,

                Debtor.
-----------------------------------------------------------X

## CASE MANAGEMENT ORDER REGARDING CERTAIN PENDING MOTIONS TO DISMISS

       **WHEREAS**, a hearing was held before the Court on February 14, 2014 (the "Hearing"); and

       **WHEREAS**, Irving H. Picard (the "Trustee") submitted a letter to the Court (ECF No. 5678) on February 20, 2014, memorializing and providing the parties with notice of the Court's rulings made during the Hearing with respect to pending motions to dismiss in certain Bernard L. Madoff Investment Securities LLC adversary proceedings set forth on Appendix A thereto (the "Adversary Proceedings");

**IT IS HEREBY:**

       **ORDERED**, that the Trustee shall file one omnibus opposition to all pending motions to dismiss in the Adversary Proceedings on or before March 10, 2014; and it is further

       **ORDERED**, that all defendants subject to pending motions to dismiss in the Adversary Proceedings shall file reply briefs on or before March 17, 2014; and it is further

**ORDERED**, that to the extent that a single law firm represents defendants in multiple Adversary Proceedings, one omnibus reply brief per law firm shall be submitted on or before March 17, 2014.

Dated: New York, New York
       February 21, 2014

                                              /s/ *Stuart M. Bernstein*
                                              STUART M. BERNSTEIN
                                              United States Bankruptcy Court