**WILMER CUTLER PICKERING HALE AND DORR LLP**
Andrea J. Robinson
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for SNS Global Custody B.V. and SNS Bank N.V.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                          Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>                          Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the law firm of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel of record for SNS Global Custody B.V. and SNS Bank N.V. (collectively, "SNS"), and requests that copies of all notices given, or required to be given in this case, and all papers filed or served, or required to be filed or served in this case, be provided to the following:

                            Andrea J. Robinson
                            Wilmer Cutler Pickering Hale and Dorr LLP
                            60 State Street
                            Boston, MA 02109
                            Telephone: (617) 526-6000
                            Facsimile: (617) 526-5000
                            Email: andrea.robinson@wilmerhale.com

ActiveUS 124293623v.3

This Notice of Appearance is limited in nature and does not constitute a consent to service or jurisdiction.  In filing this Notice of Appearance, SNS is not admitting any facts or waiving any rights or defenses, including service or jurisdictional defenses.  SNS does not hereby submit to the jurisdiction of any court, and expressly reserves all rights, defenses, and objections, including without limitation, all defenses based on lack of jurisdiction, lack of service, and improper service.

This Notice of Appearance shall not be deemed or construed to be a waiver of the rights of SNS (i) to have final orders in non-core matters entered only after de novo review by a District Court judge, (ii) to trial by jury in any proceeding so triable in this case or in any adversary proceeding, case, or controversy related to this case, or (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, all of which rights are expressly reserved.

Dated: Boston, MA

February 24, 2014

/s/ Andrea J. Robinson
Andrea J. Robinson
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
Andrea.Robinson@wilmerhale.com

*Attorneys for SNS Global Custody B.V. and SNS Bank N.V.*

ActiveUS 124293623v.3