**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br>v.<br><br>THE ARTHUR AND ROCHELLE BELFER FOUNDATION, INC.,<br><br>BELFER CORPORATION,<br><br>THE 1999 BELFER PARTNERSHIP, L.P.,<br><br>LS COMMERCIAL HOLDINGS, LLC, as general partner of The 1999 Belfer Partnership, L.P. | Adv. Pro. No. 10-05385 (SMB) |

| | |
|---|---|
| THE ROBERT A. BELFER AND RENEE E. BELFER FAMILY FOUNDATION, and<br><br>ROBERT A. BELFER, as Trustee of The Robert A. Belfer And Renee E. Belfer Family Foundation,<br><br>Defendants. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>BELFER TWO CORPORATION,<br><br>Defendant. | Adv. Pro. No. 10-05423 (SMB) |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to these adversary proceedings:

1. The Initial Disclosures shall be due:  June 2, 2014

2. Fact Discovery shall be completed by: May 22, 2015

3. The Deadline for Service of Substantive Interrogatories shall be: February 20, 2015

4. The Disclosure of Case-in-Chief Experts shall be due:  July 22, 2015

5. The Disclosure of Rebuttal Experts shall be due: August 21, 2015

6. The Deadline for Completion of Expert Discovery shall be: November 20, 2015

7. The Deadline for Service of a Notice of Mediation Referral shall be: January 19, 2016

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: February 2, 2016

9. The Deadline for Conclusion of Mediation shall be: <u>May 20, 2016</u>

Dated: New York, New York  
       February 20, 2014

BAKER & HOSTETLER LLP

By: <u>*/s/ Marc E. Hirschfield*</u>  
    David J. Sheehan  
    Marc E. Hirschfield  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*