**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
Marc E. Hirschfield
Amy E. Vanderwal
James W. Day

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> LAWRENCE R. VELVEL, <br><br> Defendant(s). | Adv. Pro. No. 10-05412 (SMB) |

**CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 10, 2014.

2. Fact Discovery shall be completed by: January 1, 2015

3. The Deadline for Service of Substantive Interrogatories shall be: September 5, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due: February 17, 2015.

5. The Disclosure of Rebuttal Experts shall be due: March 19, 2015.

6. The Deadline for Completion of Expert Discovery shall be: May 5, 2015.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: July 2, 2015.

8. The Deadline for Conclusion of Mediation shall be: October 30, 2015.

Dated: New York, New York
       February 24, 2014

BAKER & HOSTETLER LLP

By: */s/ Marc E. Hirschfield*
Marc E. Hirschfield
Amy E. Vanderwal
James W. Day
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

300311193.3