MORRISON | FOERSTER

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BERLIN, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG,
SINGAPORE

February 25, 2014

Writer's Direct Contact
+1 (212) 336.4317
LDeArcy@mofo.com

By E-mail

Hon. Stuart M. Bernstein
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:  *Picard v. Brierpatch Investment LLC*, Adv. Pro. No. 10-04402; *Picard v. Levy Trust*, Adv. No. 10-04721; *Picard v. DPF Investors*, Adv. Pro. No. 10-04475; *Picard v. Persky Foundation*, Adv. Pro. No. 10-05057; *Picard v. Berkowitz*, Adv. Pro No. 10-5388.

Dear Judge Bernstein:

We write in response to the Trustee's letter to the Court of yesterday regarding the Levy, Berkowitz and Persky matters (Adv. Pro. Nos. 10-04402, 10-04721, 10-04475, 10-05057, 10-5388).

Without comment on the positions taken in the Trustee's letter, we respectfully see no reason for our clients to engage in further briefing on the legal issues raised in our motions to dismiss as those issues have already been resolved by the district court. As such, we stand ready to immediately mediate these matters to resolution.

Respectfully submitted,

LaShann M. DeArcy