BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Adv. Pro. No. 08-01789 (SMB) |
| | SIPA LIQUIDATION |
| Debtor. | (Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | |
| DEFENDANTS LISTED ON APPENDIX A, | Adv. Pro. Nos. listed on Appendix A |
| Defendants. | |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK  )

     I, **Anne C. Suffern** , being duly sworn, depose and say:  I am more than eighteen years

old and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller

Plaza, New York, NY 10111.

On February 25, 2014, I served the:

**Scheduling Order signed on 2/25/2014. re: certain pending Motions to Dismiss with hearing to be held on 3/4/2014 at 02:00 PM**

by emailing the interested parties true and correct copies via electronic transmission to the email

addresses designated for delivery and/or by placing true and correct copies thereof in sealed

packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule

A.

/s/Anne C. Suffern
ANNE C. SUFFERN

Sworn to before me this
25th day of February, 2014

/s/Sonya M. Graham
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

2

300312623.1

## SCHEDULE A

Lexus Worldwide Limited
c/o Illan Kelson
as Manager and Authorized Signatory
291 Round Hill Rd.
Greenwich, CT 06831

Onesco International Ltd
138 Club Lodge Drive
Carbondale, CO 81623
and
c/o Equity Trust (BVI) Ltd., Palm Grove House
Road Town, Tortola
British Virgin Islands

Impact Designs Limited
FLAT C ON 37TH FLOOR OF TOWER 9
ISLAND HARBOURVIEW
NO.11 HOI FAI ROAD
Kowloon, Hong Kong
China

Carl B. Kornblum
Alyse Kornblum
8032 Links Way
Port St. Lucie, FL 34986

Elizabeth Woessner
850 Ogden Street
Denver, Colorado 80218

ANTHONY STEFANELLI, III
ALEXANDRA ANN STEFANELLI
MATTHEW BERNARD STEFANELLI
595 HIGHLAND AVENUE
MONTCLAIR, NJ 07043

MARK STEFANELLI, as general partner of Stefanelli Investors Group and individually
ALYSSA STEFANELLI, as general partner of Stefanelli Investors Group and individually
ROBERT STEFANELLI, as general partner of Stefanelli Investors Group and individually
BARBARA ANN STEFANELLI, as general partner of Stefanelli Investors Group and individually
LISA M. STEFANELLI, as general partner of Stefanelli Investors Group and individually
PATRICIA MORETTA, as general partner of Stefanelli Investors Group and individually
NICHOLAS MORETTA, JR, as general partner of Stefanelli Investors Group and individually
CHRISTOPHER MORETTA, as general partner of Stefanelli Investors Group and individually
Anton Leroy, as general partner of Stefanelli Investors Group and individually

Anthony E. Stefanelli, as general partner of Stefanelli Investors Group and individually
36 Battleridge Trail
Totowa, NJ 07036

Howard Klee
19620 Sawgrass Circle-2801
Boca Raton, FL 33434

Lanny Rose Revocable Trust
5210 NE 31st Avenue
Ft. Lauderdale, FL 33308
Email: lroseinc@yahoo.com

Lanny Rose, as trustor, as trustee and as an individual
5210 NE 31st Avenue
Fort Lauderdale, FL 33308
Email: lroseinc@yahoo.com

Bradermak Equities Corp.
150 Walnut Drive
Roslyn, NY 11576
and
1 HERRICKS ROAD
GARDEN CITY PARK, NY 11040

Zin Investments Limited
c/o Servenco Enterprises
546 FIFTH AVENUE SUITE 18B
NEW YORK, NY 10036

Ernest Edward Badway
Fox Rothschild LLP
Email: EBadway@foxrothschild.com
Attorney for: Wiener Family Limited Partnership, Wiener Family Holding Corporation, Marvin
M. Wiener, Sondra M. Wiener, and Marvin M. Wiener

Chester Salomon
Alec P. Ostrow
Becker, Glynn, Melamed & Muffly LLP
Email: csalomon@beckerglynn.com
Email: aostrow@beckerglynn.com
Attorney for: David Washburn, CARL GLICK, Stanley S. Weithorn, individually, in his capacity
as General Manager/Partner of Weithorn/Casper Associates for Selected Holdings, LLC, as
trustee of the Article Sixth Trust, Stanley S. Weithorn Revocable Trust, Howard B. Weithorn
Trust, Lara L. Weithorn Trust, Weithorn Family Charitable Remainder Unitrust, MLM
Charitable Remainder Unitrust, Stanley/Lois Charitable Remainder Unitrust, and director of
Weithorn and Ehrmann Families Foundation, Weithron/Casper Associates for Selected Holdings

4

LLC, Muriel Casper Weithorn, Corey Casper, Howard B. Weithorn, Monroe Klein, Stanley S. Weithorn Revocable Trust, Howard B. Weithorn Trust, Weithorn Grandchildren Charitable Lead Unitrust, Weithorn Family Charitable Lead Annuity Trust, Weithorn Family Charitable Remainder Unitrust, MLM Charitable Remainder Unitrust, Article Sixth Trust, Michael J. Weithorn, in his capacity as co-trustee of the Weithorn Grandchildren Charitable Lead Unitrust, and the Weithorn Family Charitable Lead Annuity Trust, William J. Rouhana, Jr., in his capacity as co-trustee of the Weithorn Grandchildren Charitable Lead Unitrust and the Weithorn Family Charitable Lead Annuity Trust, Weithorn and Ehrmann Families Foundation, Stanley/Lois Charitable Remainder Unitrust, Lara L. Weithorn Trust, Prospect Capital Partners, Prospect Hill Foundation, The Sperry Fund, Lexington Capital Partners, LP, and Antaeus Enterprises, Inc.

Brian J. Neville
Lax & Neville, LLP
Email: bneville@laxneville.com
Attorney for: Frieda Bloom, John Fujiwara, Gladys Fujiwara, Howard Solomon, Elinor Solomon, Robin Geoffrey Swaffield, Elinor Friedman Felcher, Jaffe Family Investment Partnership, Bruce Jaffe, Jillian Wernick Livingston, David S Wallenstein, Wallenstein/NY Partnership, David Wallenstein, in his capacity as General partner of the Wallenstein/ NY Partnership, Madeline Gins Arakawa, Madeline Gins Arakawa as Executrix of the Estate of Shusaka Arakawa, Estate of Shusaku Arakawa, Abbit Family Trust, Linda Anne Abbit, Jeffrey Brian Abbit, Ruth Kahn, BONNIE J. KANSLER, Frances J. Le Vine Revocable Trust, Frances J. Le Vine, Peng Yan, ARMAND LINDENBAUM, Bruce Leventhal 2001 Irrevocable Trust, and Bruce Leventhal

Gabrielle J. Pretto
Lax & Neville, LLP
Email: gpretto@laxneville.com
Attorney for: John Fujiwara, Gladys Fujiwara, Howard Solomon, Elinor Solomon, Robin Geoffrey Swaffield, Elinor Friedman Felcher, Jaffe Family Investment Partnership, Bruce Jaffe, Jillian Wernick Livingston, David S Wallenstein, Wallenstein/NY Partnership, David Wallenstein, in his capacity as General partner of the Wallenstein/ NY Partnership, Madeline Gins Arakawa, Madeline Gins Arakawa as Executrix of the Estate of Shusaka Arakawa, Estate of Shusaku Arakawa, Abbit Family Trust, Linda Anne Abbit, Jeffrey Brian Abbit, Ruth Kahn, Stephen B. Kaye, Sandra Phillips Kaye, BONNIE J. KANSLER, Fairfield Pagma Associates LP, Seymour Kleinman, Marjorie Kleinman, Fairfox LLC, Seyfair LLC, Frances J. Le Vine Revocable Trust, Frances J. Le Vine, Peng Yan, ARMAND LINDENBAUM, Bruce Leventhal 2001 Irrevocable Trust, and Bruce Leventhal

Barry R. Lax.
Lax & Neville, LLP
Email: blax@laxneville.com
Attorney for: John Fujiwara, Gladys Fujiwara, Howard Solomon, Elinor Solomon, Robin Geoffrey Swaffield, Elinor Friedman Felcher, Jaffe Family Investment Partnership, Bruce Jaffe, Jillian Wernick Livingston, David S Wallenstein, Wallenstein/NY Partnership, David Wallenstein, in his capacity as General partner of the Wallenstein/ NY Partnership, Madeline Gins Arakawa, Madeline Gins Arakawa as Executrix of the Estate of Shusaka Arakawa, Estate of Shusaku Arakawa, Abbit Family Trust, Linda Anne Abbit, Jeffrey Brian Abbit, Ruth Kahn, BONNIE J. KANSLER, Frances J. Le Vine Revocable Trust, Frances J. Le Vine, ARMAND

300312623.1

LINDENBAUM, Bruce Leventhal 2001 Irrevocable Trust, and Bruce Leventhal

Jennifer L. Young
Milberg LLP
Email: jyoung@milberg.com
Attorney for: P. CHARLES GABRIELE, DELIA GAIL ROSENBERG, Individually and in her
Fiduciary Capacity, ESTATE OF IRA S ROSENBERG, Norton A. Eisenberg, William M.
Woessner Family Trust, Sheila A Woessner Family Trust, William M. Woessner, individually,
and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family
Trust, Sheila A. Woessner, individually, and as Trustee of the William M. Woessner Family
Trust and the Sheila A. Woessner Family Trust, Laurence E. Leif, Aspen Fine Arts Co., Melvin
W. Knyper, Steven V Marcus Separate Property of the Marcus Family Trust, Steven V. Marcus,
individually and in his capacity as Trustee of the Steven V. Marcus Separate Property of the
Marcus Family Trust, General Partner of the Marcus Family Limited Partnership and Guardian
of O.M., K.M. and H.M, The Marcus Family Limited Partnership, Denise C. Marcus, in her
capacity as Trustee of the Steven V. Marcus Separate Property of the Marcus Family Trust, Ruth
E. Goldstein, Gerald Blumenthal, Potamkin Family Foundation, Inc., Harold A. Thau, John
Denver Concerts, Inc. Pension Plan Trust, Harold A. Thau, in his capacity as Trustee for the
John Denver Concerts, Inc. Pension Plan Trust, Richard Roth, and Stephen R. Goldenberg

Matthew A. Kupillas
Milberg LLP
Email: mkupillas@milberg.com
Attorney for: P. CHARLES GABRIELE, Kathleen Albert as personal representative of the
Estate of Gary Albert, Steven Braun as personal representative of the Estate of Gary Albert,
Norton A. Eisenberg, Laurence E. Leif, Aspen Fine Arts Co., Melvin W. Knyper, Ruth E.
Goldstein, Potamkin Family Foundation, Inc., Harold A. Thau, John Denver Concerts, Inc.
Pension Plan Trust, and Harold A. Thau, in his capacity as Trustee for the John Denver Concerts,
Inc. Pension Plan Trust

Michael I. Goldberg
Akerman Senterfitt
Email: michael.goldberg@akerman.com
Attorney for: Sandra Busel, in her capacity as Trustee of the Sandra Busel Revocable Trust and
Joel Busel Revocable Trust, and in her capacity as grantor of the Sandra Busel Revocable Trust,
Joel Busel, in his capacity as Trustee of the Joel Busel Revocable Trust and the Sandra Busel
Revocable Trust, and in his capacity as grantor of the Joel Busel Revocable Trust, Joel Busel
Revocable Trust, Sandra Busel Revocable Trust, Joel Busel Revocable Trust, Sandra Busel
Revocable Trust, MARTIN LIFTON, L Rags, Inc., RICHARD E. WINTER REVOCABLE
TRUST U/A DATED October 30, 2002, RICHARD E. WINTER, individually and in his
capacity as Trustee for the Richard E. Winter Revocable Trust U/A Dated October 30, 2002,
Nathan Cohen Trust, Nathan Cohen, individually and in his capacity as Trustee of the Nathan
Cohen Trust, David B. Cohen, in his capacity as Trustee of the Nathan Cohen Trust, Jonathan R.
Cohen, in his capacity as Trustee of the Nathan Cohen Trust, Josef Mittlemann, individually and
as General Partner of Empire Prospect Partnership, LP, Empire Prospect Partnership, LP, Marsy
Mittlemann, Just Empire LLC, The Mittlemann Family Foundation, A&G GOLDMAN
PARTNERSHIP, a New York Partnership, Gerald Goldman, as General Partner of A & G
Goldman Partnerhip and individually, Alan Goldman, as General Partner of A & G Goldman

6

Partnerhip and individually, Nathan Cohen, MARILYN DAVIMOS 1999 GRAT, a Florida trust, STEWART GLASSMAN, as trustee, MARILYN DAVIMOS a/k/a MARILYN LOBELL, Merida Associates Inc., Estate of Arthur I. Meyer, Sydelle F. Meyer, as personal representative, as trustee, and as an individual, William A. Meyer, Gail M. Asarch, Generation Skipping Transfer Tax Exemption Trust Under Article IV of the Will of Arthur I. Meyer, Marital Trust Under Article VI of the Will of Arthur I. Meyer, Bank of America, N.A., in its capacity as Personal Representative and as Trustee, SAM W. KLEIN EIGHTH RESTATED REVOCABLE TRUST AGREEMENT DATED JUNE 5, 2007,, Michael Klein, in his capacity as Personal Representative and as Trustee, Peter Grossman, in his capacity as Trustee, Adam Pisano, in his capacity as Trustee, Marital Trust for the Benefit of Jayne Klein, Trust for the Benefit of Warren Klein, Trust for the Benefit of Lillian Klein, Trust for the Benefit of N.K., Trust for the Benefit of Kandice Klein, Estate of Sam W. Klein, Trebor Management Corp. Retirement Plan #1, Trebor Management Corp. #3 Employee Profit Sharing Plan, Gettinger Management LLC Profit Sharing Plan, Miscork Corp. Retirement Plan, Martin Gettinger,individually,and in capacity as Trustee for Trebor Mgmt.Corp.Retirement Plan #1,Trebor Mgmt.Corp. #3 Employee Profit Sharing Plan and Miscork Corp.Retirement Plan, Clark Gettinger, Individually, ESTATE OF ALVIN RUSH, MARILYN RUSH, in her capacity as administrator of the Estate of Alvin Rush, STEPHEN RUSH, in his capacity as administrator of the Estate of Alvin Rush, LAWRENCE RUSH, in his capacity as administrator of the Estate of Alvin Rush, RICHARD RUSH, in his capacity as administrator of the Estate of Alvin Rush, and GREGORY RUSH, in his capacity as administrator of the Estate of Alvin Rush

Elissa P. Fudim
Akerman Senterfitt
Email: elissa.fudim@akerman.com
Attorney for: Sandra Busel, in her capacity as Trustee of the Sandra Busel Revocable Trust and Joel Busel Revocable Trust, and in her capacity as grantor of the Sandra Busel Revocable Trust, Joel Busel, in his capacity as Trustee of the Joel Busel Revocable Trust and the Sandra Busel Revocable Trust, and in his capacity as grantor of the Joel Busel Revocable Trust, Joel Busel Revocable Trust, Sandra Busel Revocable Trust, Joel Busel Revocable Trust, Sandra Busel Revocable Trust, MARTIN LIFTON, L Rags, Inc., RICHARD E. WINTER REVOCABLE TRUST U/A DATED October 30, 2002, RICHARD E. WINTER, individually and in his capacity as Trusteee for the Richard E. Winter Revocable Trust U/A Dated October 30, 2002, Nathan Cohen Trust, Nathan Cohen, individually and in his capacity as Trustee of the Nathan Cohen Trust, David B. Cohen, in his capacity as Trustee of the Nathan Cohen Trust, Jonathan R. Cohen, in his capacity as Trustee of the Nathan Cohen Trust, Josef Mittlemann, individually and as General Partner of Empire Prospect Partnership, LP, Empire Prospect Partnership, LP, Marsy Mittlemann, Just Empire LLC, The Mittlemann Family Foundation, A&G GOLDMAN PARTNERSHIP, a New York Partnership, Gerald Goldman, as General Partner of A & G Goldman Partnerhip and individually, Alan Goldman, as General Partner of A & G Goldman Partnerhip and individually, Nathan Cohen, Merida Associates Inc., Estate of Arthur I. Meyer, Sydelle F. Meyer, as personal representative, as trustee, and as an individual, William A. Meyer, Gail M. Asarch, Generation Skipping Transfer Tax Exemption Trust Under Article IV of the Will of Arthur I. Meyer, Marital Trust Under Article VI of the Will of Arthur I. Meyer, Bank of America, N.A., in its capacity as Personal Representative and as Trustee, SAM W. KLEIN EIGHTH RESTATED REVOCABLE TRUST AGREEMENT DATED JUNE 5, 2007,, Michael Klein, in his capacity as Personal Representative and as Trustee, Peter Grossman, in his capacity as Trustee, Adam Pisano, in his capacity as Trustee, Marital Trust for the Benefit of Jayne Klein,

300312623.1

Trust for the Benefit of Warren Klein, Trust for the Benefit of Lillian Klein, Trust for the Benefit of N.K., Trust for the Benefit of Kandice Klein, Estate of Sam W. Klein, ESTATE OF ALVIN RUSH, MARILYN RUSH, in her capacity as administrator of the Estate of Alvin Rush, STEPHEN RUSH, in his capacity as administrator of the Estate of Alvin Rush, LAWRENCE RUSH, in his capacity as administrator of the Estate of Alvin Rush, RICHARD RUSH, in his capacity as administrator of the Estate of Alvin Rush, and GREGORY RUSH, in his capacity as administrator of the Estate of Alvin Rush

Susan F. Balaschak
Akerman Senterfitt
Email: susan.balaschak@akerman.com
Attorney for: Sandra Busel, in her capacity as Trustee of the Sandra Busel Revocable Trust and Joel Busel Revocable Trust, and in her capacity as grantor of the Sandra Busel Revocable Trust, Joel Busel, in his capacity as Trustee of the Joel Busel Revocable Trust and the Sandra Busel Revocable Trust, and in his capacity as grantor of the Joel Busel Revocable Trust, Joel Busel Revocable Trust, Sandra Busel Revocable Trust, Joel Busel Revocable Trust, Sandra Busel Revocable Trust, MARTIN LIFTON, L Rags, Inc., RICHARD E. WINTER REVOCABLE TRUST U/A DATED October 30, 2002, RICHARD E. WINTER, individually and in his capacity as Trustee for the Richard E. Winter Revocable Trust U/A Dated October 30, 2002, Nathan Cohen, Merida Associates Inc., Estate of Arthur I. Meyer, Sydelle F. Meyer, as personal representative, as trustee, and as an individual, William A. Meyer, Gail M. Asarch, Generation Skipping Transfer Tax Exemption Trust Under Article IV of the Will of Arthur I. Meyer, Marital Trust Under Article VI of the Will of Arthur I. Meyer, Bank of America, N.A., in its capacity as Personal Representative and as Trustee, SAM W. KLEIN EIGHTH RESTATED REVOCABLE TRUST AGREEMENT DATED JUNE 5, 2007,, Michael Klein, in his capacity as Personal Representative and as Trustee, Peter Grossman, in his capacity as Trustee, Adam Pisano, in his capacity as Trustee, Marital Trust for the Benefit of Jayne Klein, Trust for the Benefit of Warren Klein, Trust for the Benefit of Lillian Klein, Trust for the Benefit of N.K., Trust for the Benefit of Kandice Klein, Estate of Sam W. Klein, ESTATE OF ALVIN RUSH, MARILYN RUSH, in her capacity as administrator of the Estate of Alvin Rush, STEPHEN RUSH, in his capacity as administrator of the Estate of Alvin Rush, LAWRENCE RUSH, in his capacity as administrator of the Estate of Alvin Rush, RICHARD RUSH, in his capacity as administrator of the Estate of Alvin Rush, and GREGORY RUSH, in his capacity as administrator of the Estate of Alvin Rush

Kathlyn Schwartz
Akerman Senterfitt
Email: kathlyn.schwartz@akerman.com
Attorney for: Sandra Busel, in her capacity as Trustee of the Sandra Busel Revocable Trust and Joel Busel Revocable Trust, and in her capacity as grantor of the Sandra Busel Revocable Trust, Joel Busel, in his capacity as Trustee of the Joel Busel Revocable Trust and the Sandra Busel Revocable Trust, and in his capacity as grantor of the Joel Busel Revocable Trust, Joel Busel Revocable Trust, Sandra Busel Revocable Trust, Joel Busel Revocable Trust, Sandra Busel Revocable Trust, MARTIN LIFTON, L Rags, Inc., RICHARD E. WINTER REVOCABLE TRUST U/A DATED October 30, 2002, RICHARD E. WINTER, individually and in his capacity as Trustee for the Richard E. Winter Revocable Trust U/A Dated October 30, 2002, Nathan Cohen Trust, Nathan Cohen, individually and in his capacity as Trustee of the Nathan Cohen Trust, David B. Cohen, in his capacity as Trustee of the Nathan Cohen Trust, Jonathan R. Cohen, in his capacity as Trustee of the Nathan Cohen Trust, Josef Mittlemann, individually and

8

as General Partner of Empire Prospect Partnership, LP, Empire Prospect Partnership, LP, Marsy Mittlemann, Just Empire LLC, The Mittlemann Family Foundation, Nathan Cohen, Merida Associates Inc., Estate of Arthur I. Meyer, Sydelle F. Meyer, as personal representative, as trustee, and as an individual, William A. Meyer, Gail M. Asarch, Generation Skipping Transfer Tax Exemption Trust Under Article IV of the Will of Arthur I. Meyer, Marital Trust Under Article VI of the Will of Arthur I. Meyer, Bank of America, N.A., in its capacity as Personal Representative and as Trustee, SAM W. KLEIN EIGHTH RESTATED REVOCABLE TRUST AGREEMENT DATED JUNE 5, 2007,, Michael Klein, in his capacity as Personal Representative and as Trustee, Peter Grossman, in his capacity as Trustee, Adam Pisano, in his capacity as Trustee, Marital Trust for the Benefit of Jayne Klein, Trust for the Benefit of Warren Klein, Trust for the Benefit of Lillian Klein, Trust for the Benefit of N.K., Trust for the Benefit of Kandice Klein, Estate of Sam W. Klein, Trebor Management Corp. Retirement Plan #1, Trebor Management Corp. #3 Employee Profit Sharing Plan, Gettinger Management LLC Profit Sharing Plan, Miscork Corp. Retirement Plan, Martin Gettinger,individually,and in capacity as Trustee for Trebor Mgmt.Corp.Retirement Plan #1,Trebor Mgmt.Corp. #3 Employee Profit Sharing Plan and Miscork Corp.Retirement Plan, Clark Gettinger, Individually, ESTATE OF ALVIN RUSH, MARILYN RUSH, in her capacity as administrator of the Estate of Alvin Rush, STEPHEN RUSH, in his capacity as administrator of the Estate of Alvin Rush, LAWRENCE RUSH, in his capacity as administrator of the Estate of Alvin Rush, RICHARD RUSH, in his capacity as administrator of the Estate of Alvin Rush, and GREGORY RUSH, in his capacity as administrator of the Estate of Alvin Rush

Richard E. Signorelli
Law Office of Richard E. Signorelli
Email: rsignorelli@nycLITIGATOR.com;  rsignorelli@aol.com
Attorney for: MERCEDES P. REA, Stephen H. Stern, Richard M. Glantz, General Partner, Vista Management Company, General Partner, Ostrin Family Partnership, General Partnership, Ostrin Family Partnership, Limited Partnership, Fern Creek, Limited Partnership, General Partner, Elaine Ostrin, General Partner, and Jerald Ostrin, General Partner

Richard Levy, Jr.
Pryor Cashman LLP
Email: rlevy@pryorcashman.com
Attorney for: Boslow Family Limited Partnership, Iris Boslow Revocable Living Trust, Alvin S. Boslow, Iris C. Boslow, Mindy Boslow, Judy Boslow, Lisa Boslow Dorman, Robert Pergament, Lois Pergament, Bruce D. Pergament Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, and in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament, Pergament & Pergament Realty, MURRAY PERGAMENT 1999 TRUST FBO BRUCE PERGAMENT, LINDA HOROWITZ SPOUSAL TRUST FBO RICHARD HOROWITZ, f/k/a MURRAY PERGAMENT 1999 TRUST FBO LINDA HOROWITZ, Richard Horowitz, Eric B. Woldenberg Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament and in his Capacity as Trustee of the Linda Horowitz Spousal Trust FBO Richard Horowitz, f/k/a Murray Pergament 1999 Trust FBO Linda Horowitz, The Murray & Irene Pergament Foundation, Inc., The Horowitz & Libshutz Family Foundation, Inc., f/k/a Linda & Richard Horowitz Foundation, Inc., The Randi Pergament & Bruce Pergament Foundation, Inc., OAKDALE FOUNDATION INC, BERNARD A. & CHRIS MARDEN FOUNDATION INC, THE PATRICE AND KEVIN AULD

FOUNDATION, THE MARDEN FAMILY FOUNDATION, INC., Kara Fishbein Goldman, Steven Goldman, Robert Fried, Joanne Fried, JAMES P. MARDEN, IRIS ZURAWIN MARDEN, PATRICE M. AULD, Olivia G. Auld, CHARLOTTE M. MARDEN, The Charlotte M. Marden Irrevocable Insurance Trust, Neal J. Nissel, as trustee, James P. Marden, Patrice M. Auld, Alexandria K. Marden, Gabrielle Z. Marden, Meghan M. Auld, Elizabeth C. Auld, MARDEN FAMILY LIMITED PARTNERSHIP, a Delaware limited partnership, B&C MARDEN LLC, a Delaware limited liability company, BERNARD A. MARDEN REVOCABLE TRUST, a Florida Trust, ESTATE OF BERNARD A. MARDEN, CHARLOTTE MARDEN (aka CHRIS MARDEN), as trustee and as an individual, PATRICE M. AULD, as trustee, as personal representative, and as an individual, JAMES P. MARDEN, as trustee, as personal representative, and as an individual, Avram Goldberg, individually and in his capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, Carol R. Goldberg, individually and in her capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, AvCar Group, Ltd., Sidney R. Rabb Trust FBO Carol R. Goldberg, and M Gordon Ehrlich, in his capacity as trustee of The Sidney R. Rabb Trust FBO Carol Goldberg, and as attorney-in-fact for Carol R. Goldberg, Avram J. Goldberg, and the Carol R. Goldberg and Avram J. Goldberg Special Account

Mark Randolph Jacobs
Jacobs Partners LLC
Email: mark.jacobs@jacobs-partners.com
Attorney for: Boslow Family Limited Partnership, Iris Boslow Revocable Living Trust, Alvin S. Boslow, Iris C. Boslow, Mindy Boslow, Judy Boslow, and Lisa Boslow Dorman

Sheldon I. Hirshon
Proskauer Rose LLP
Email: shirshon@proskauer.com
Attorney for: BARRY WEISFELD, Lapin Children LLC, Rose Gindel Trust, Rose Gindel, Individually and in her capacity as trustee of the Rose Gindel Trust, Michael Gindel, Individually and in his capacity as trustee of the Rose Gindel Trust, Brent Gindel, in his capacity as Trustee of the Rose Gindel Trust, Alvin Gindel, in his capacity as Trustee of the Rose Gindel Trust, David R. Markin, individually and as trustee of the David Markin Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2, SouthPac Trust International, Inc., as trustee of the David R. Markin 2003 Trust, David R. Markin Charitable Remainder Unitrust #1, David R. Markin Charitable Remainder Unitrust #2, David R. Markin 2003 Trust, Sidney Cole, Neil Reger, individually and in his capacity as sole trustee of the Neil Reger Profit Sharing Keogh, Neil Reger Profit Sharing Keogh, The Frederica Ripley French Revocable Trust, Frederica R. French, and Seth B. French

Carole Neville
Dentons US LLP
Email: carole.neville@dentons.com
Attorney for: BARRY WEISFELD, Lapin Children LLC, Harold J. Hein, Barbara J. Berdon, ALVIN GINDEL REVOCABLE TRUST AGREEMENT, Alvin Gindel, in his capacity as trustee of the Alvin Gindel Revocable Trust and individually as settlor and beneficiary thereof, Stanley T. Miller, Rose Gindel Trust, Rose Gindel, Individually and in her capacity as trustee of the Rose Gindel Trust, Michael Gindel, Individually and in his capacity as trustee of the Rose Gindel Trust, Brent Gindel, in his capacity as Trustee of the Rose Gindel Trust, Alvin Gindel, in

10

his capacity as Trustee of the Rose Gindel Trust, AMERICA ISRAEL CULTURAL
FOUNDATION INC, David R. Markin, individually and as trustee of the David Markin
Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2,
SouthPac Trust International, Inc., as trustee of the David R. Markin 2003 Trust, David R.
Markin Charitable Remainder Unitrust #1, David R. Markin Charitable Remainder Unitrust #2,
David R. Markin 2003 Trust, EUGENE J. RIBAKOFF 2006 TRUST, STEPHANIE
RIBAKOFF, as Trustee of the Eugene J. Ribakoff 2006 Trust, as Personal Representative of the
Estate of Eugene J. Ribakoff, and individually, ESTATE OF EUGENE J. RIBAKOFF, Sidney
Cole, Neil Reger, individually and in his capacity as sole trustee of the Neil Reger Profit Sharing
Keogh, Neil Reger Profit Sharing Keogh, The Frederica Ripley French Revocable Trust,
Frederica R. French, and Seth B. French

Eric B. Fisher
Dickstein Shapiro LLP
Email: fishere@dicksteinshapiro.com
Attorney for: Illan Kelson, Triangle Diversified Investments, and Triangle Diversified
Investments LLC

Joshua H. Vinik
Milberg LLP
Email: jvinik@milberg.com
Attorney for: DELIA GAIL ROSENBERG, Individually and in her Fiduciary Capacity,
ESTATE OF IRA S ROSENBERG, William M. Woessner Family Trust, Sheila A Woessner
Family Trust, William M. Woessner, individually, and as Trustee of the William M. Woessner
Family Trust and the Sheila A. Woessner Family Trust, Sheila A. Woessner, individually, and as
Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust,
Richard Roth, and Stephen R. Goldenberg

Joshua E. Keller
Milberg LLP
Email: jkeller@milberg.com
Attorney for: DELIA GAIL ROSENBERG, Individually and in her Fiduciary Capacity,
ESTATE OF IRA S ROSENBERG, William M. Woessner Family Trust, Sheila A Woessner
Family Trust, William M. Woessner, individually, and as Trustee of the William M. Woessner
Family Trust and the Sheila A. Woessner Family Trust, Sheila A. Woessner, individually, and as
Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust,
Steven V Marcus Separate Property of the Marcus Family Trust, Steven V. Marcus, individually
and in his capacity as Trustee of the Steven V. Marcus Separate Property of the Marcus Family
Trust, General Partner of the Marcus Family Limited Partnership and Guardian of O.M., K.M.
and H.M, The Marcus Family Limited Partnership, Denise C. Marcus, in her capacity as Trustee
of the Steven V. Marcus Separate Property of the Marcus Family Trust, Ruth E. Goldstein,
Richard Roth, and Stephen R. Goldenberg

David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com; dbblaw@hotmail.com
Attorney for: Edith A. Schur

Jeffrey L. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: jeffreybernfeld@bernfeld-dematteo.com
Attorney for: Edith A. Schur, Richard E. Feldman, Pauline B. Feldman, William Diamond, Jeffrey R. Werner 11/1/98 Trust, Jeffrey R. Werner, Violet M. Werner, in her capacity as Trustee for the Jeffrey R. Werner 11/1/98 Trust, Ken-Wen Family Limited Partnership, Kenneth W. Brown, in his capacity as a General Partner of the Ken Wen Family Limited Partnership, Wendy Brown, Cheryl Yankowitz, Jack Yankowitz, Harvey L. Werner Revocable Trust u/a/d 8/31/82 As Amended, Violet M. Werner, individually and in her capacity as Co-Trustee of the Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended, Jeffrey R. Werner, in his capacity as Co-Trustee for the Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended, Wendy Werner Brown, in her capacity as Co-Trustee for The Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended, Estate of Carolyn Miller,, Laurie Riemer, individually and in her capacities as Personl Representative of The Estate of Carolyn Miller and trustee of the Carolyn Rosen Miller Revocable Trust, Leonard Miller, individually and in his capacities as Personal Representative of the Estate of Carolyn Miller and trustee of the Carolyn Rosen Miller Revocable Trust, The Carolyn Rosen Miller Revocable Trust, Robert E. May, in his Capcity as Co-Trustee of the Trust under Deed of Suzanne R. May dated November 23, 1994, and Individually, and as Beneficiary of the Estate of Suzanne R. May, Trust Under Deed of Suzanne R. May Dated 11/23/1994, Estate of Suzanne R. May as Successor of Suzanne R. May in her Capacity as Creator and Trustee of Trust under Deed of Suzanne R. May dated 11/23/94, Cheryl M. Coleman, Individually as Beneficiary of Estate of Suzanne R. May, Richard A. May, Individually as Beneficiary of Estate of Suzanne R. May, Jeffrey A. May, in his Capcity as Co-Trustee of the Trust under Deed of Suzanne R. May dated November 23, 1994, and Individually, and as Beneficiary of the Estate of Suzanne R. May, Frederic Z. Konigsberg, Susan M. Konigsberg, Bradermak, Ltd., and Lee Rautenberg

Stephen A. Weiss
Seeger Weiss LLP
Email: sweiss@seegerweiss.com
Attorney for: Kathleen Albert as personal representative of the Estate of Gary Albert, Steven Braun as personal representative of the Estate of Gary Albert, Jonathan Sobin, Lewis R. Franck, individually and in his capacity as Trustee for the Florence Law Irrevocable Trust dtd 1/24/05, and Florence Law Irrevocable Trust DTD 1/24/05

H. Barry Vasios
Barbara Parlin
Holland & Knight
Email: barry.vasios@hklaw.com
Email: barbara.parlin@hklaw.com
Attorney for: Pergament Equities LLC

Patrick Sibley
David C. Rose
Pryor Cashman LLP
Email: psibley@pryorcashman.com
Email: drose@pryorcashman.com
Attorney for: Robert Pergament, Lois Pergament, Bruce D. Pergament Individually, in his

12

Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, and in his
Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament, Pergament &
Pergament Realty, MURRAY PERGAMENT 1999 TRUST FBO BRUCE PERGAMENT,
LINDA HOROWITZ SPOUSAL TRUST FBO RICHARD HOROWITZ, f/k/a MURRAY
PERGAMENT 1999 TRUST FBO LINDA HOROWITZ, Richard Horowitz, Eric B.
Woldenberg Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO
Kyle Koeppel, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce
Pergament and in his Capacity as Trustee of the Linda Horowitz Spousal Trust FBO Richard
Horowitz, f/k/a Murray Pergament 1999 Trust FBO Linda Horowitz, The Murray & Irene
Pergament Foundation, Inc., The Horowitz & Libshutz Family Foundation, Inc., f/k/a Linda &
Richard Horowitz Foundation, Inc., The Randi Pergament & Bruce Pergament Foundation, Inc.,
OAKDALE FOUNDATION INC, BERNARD A. & CHRIS MARDEN FOUNDATION INC,
THE PATRICE AND KEVIN AULD FOUNDATION, THE MARDEN FAMILY
FOUNDATION, INC., Kara Fishbein Goldman, Steven Goldman, Robert Fried, Joanne Fried,
JAMES P. MARDEN, IRIS ZURAWIN MARDEN, PATRICE M. AULD, Olivia G. Auld,
CHARLOTTE M. MARDEN, The Charlotte M. Marden Irrevocable Insurance Trust, Neal J.
Nissel, as trustee, James P. Marden, Patrice M. Auld, Alexandria K. Marden, Gabrielle Z.
Marden, Meghan M. Auld, Elizabeth C. Auld, MARDEN FAMILY LIMITED PARTNERSHIP,
a Delaware limited partnership, B&C MARDEN LLC, a Delaware limited liability company,
BERNARD A. MARDEN REVOCABLE TRUST, a Florida Trust, ESTATE OF BERNARD A.
MARDEN, CHARLOTTE  MARDEN (aka CHRIS MARDEN), as trustee and as an individual,
PATRICE M. AULD, as trustee, as personal representative, and as an individual, JAMES P.
MARDEN, as trustee, as personal representative, and as an individual, Avram Goldberg,
individually and in his capacity as trust officer for The Sidney R. Rabb Trust FBO Carol
Goldberg, Carol R. Goldberg, individually and in her capacity as trust officer for The Sidney R.
Rabb Trust FBO Carol Goldberg, AvCar Group, Ltd., Sidney R. Rabb Trust FBO Carol R.
Goldberg, and M Gordon Ehrlich, in his capacity as trustee of The Sidney R. Rabb Trust FBO
Carol Goldberg, and as attorney-in-fact for Carol R. Goldberg, Avram J. Goldberg, and the Carol
R. Goldberg and Avram J. Goldberg Special Account

Nicholas Wise
Weitz & Luxenberg
Email: NWise@weitzlux.com
Attorney for: Justin Weitz, David Weitz, Lauren Weitz, Felicia Weitz, and Arthur Luxenberg

Vincent D'Andrea
D?ANDREA & GOLDSTEIN
Email: vdandrea@dtad.net
Attorney for: Corey Platzner, Linda Platzner, and The Platzner Organization, LLC

Alan E. Marder
Jessica G. Berman
Meyer, Suozzi, English & Klein, P.C.
Email: amarder@msek.com
Email: jberman@msek.com
Attorney for: STEVEN J LIFTON

Angela Lipscomb

300312623.1

Akerman Senterfitt
Email: angela.lipscomb@akerman.com
Attorney for: MARTIN LIFTON, L Rags, Inc., RICHARD E. WINTER REVOCABLE TRUST U/A DATED October 30, 2002, RICHARD E. WINTER, individually and in his capacity as Trusteee for the Richard E. Winter Revocable Trust U/A Dated October 30, 2002, Nathan Cohen Trust, Nathan Cohen, individually and in his capacity as Trustee of the Nathan Cohen Trust, David B. Cohen, in his capacity as Trustee of the Nathan Cohen Trust, Jonathan R. Cohen, in his capacity as Trustee of the Nathan Cohen Trust, Josef Mittlemann, individually and as General Partner of Empire Prospect Partnership, LP, Empire Prospect Partnership, LP, Marsy Mittlemann, Just Empire LLC, The Mittlemann Family Foundation, A&G GOLDMAN PARTNERSHIP, a New York Partnership, Gerald Goldman, as General Partner of A & G Goldman Partnerhip and individually, and Alan Goldman, as General Partner of A & G Goldman Partnerhip and individually

Howard Kleinhendler
Wachtel Missry LLP
Email: hkleinhendler@wmllp.com
Attorney for: O.D.D. Investments, L.P., D.D.O. Inc., Daniel N. Silna, Ozzie Silna, Donald Schupak, The Robin Silna 1997 Trust, The Jeffrey Silna 1997 Trust, The Silna Family Inter Vivos Trust, Sophie Silna, Spencer Silna, Samantha Silna, Robin Silna, Jeffrey Silna, Daniel Silna, individually and in his capacity as general partner of White Lakes Associates, White Lake Associates, Joan Silna, as partner of White Lake Associates, Amy Silna Shafron Trust, as partner of White Lake Associates, Ezra Shafron Trust, as partner of White Lake Associates, Noah Shafron Trust, as partner of White Lake Associates, Tracy Silna Zur, as partner of White Lake Associates, Coby Zur Trust, as partner of White Lake Associates, Kayla Zur Trust, as partner of White Lake Associates, Logan Zur Trust, as partner of White Lake Associates, Ozzie Silna, Sophie Silna, Spencer Silna, Samantha Silna, Silna Family Intervivos Trust, Ted Goldberg, Lori Goldberg, Lori Chemla, Alexandre Chemla, Shetland Fund Limited Partnership, U/W/O Louis Zaiger Residue Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Marion L. Lappin, in her capacity as a Limited Partner of Shetland Fund Limited Partnership, Nancy J. Lappin, in her capacity as a Limited Partner of Shetland Fund Limited Partnership, Peter J. Lappin, in his capacity as a Limited Partner of Shetland Fund Limited Partnership, Barton Realty Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Shetland Associates Limited Partnership, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Grandchildren's Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Shetland Investments Limited Partnership, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Family Limited Partnership, Lappin Family Limited Partnership, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Nancy Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Peter Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Andrew Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Peter Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Andrew Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Marion L. Lappin Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Andrew Lappin, in his capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Grandchildren's Trust FBO Danielle F. Lappin, it its

300312623.1

capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin, in his capacity as General Partner of the Shetland Fund Limited Partnership, Shetland Properties, Inc., it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Nancy Lappin, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Steven Schiff, Schiff Family Holdings Nevada Limited Partnership, Schiff Family Holdings, Nevada, Inc., in its capacity as General Partner of Schiff Family Holdings Nevada Limited Partnership, Franklin Sands, and Helene Juliette Feffer

Sara Spiegelman
Wachtel Missry LLP
Email: sspiegelman@wmllp.com
Attorney for: O.D.D. Investments, L.P., D.D.O. Inc., Daniel N. Silna, Ozzie Silna, Donald Schupak, The Robin Silna 1997 Trust, The Jeffrey Silna 1997 Trust, The Silna Family Inter Vivos Trust, Sophie Silna, Spencer Silna, Samantha Silna, Robin Silna, Jeffrey Silna, Daniel Silna, individually and in his capacity as general partner of White Lakes Associates, White Lake Associates, Joan Silna, as partner of White Lake Associates, Amy Silna Shafron Trust, as partner of White Lake Associates, Ezra Shafron Trust, as partner of White Lake Associates, Noah Shafron Trust, as partner of White Lake Associates, Tracy Silna Zur, as partner of White Lake Associates, Coby Zur Trust, as partner of White Lake Associates, Kayla Zur Trust, as partner of White Lake Associates, Logan Zur Trust, as partner of White Lake Associates, Ted Goldberg, Lori Goldberg, Lori Chemla, Alexandre Chemla, Shetland Fund Limited Partnership, U/W/O Louis Zaiger Residue Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Marion L. Lappin, in her capacity as a Limited Partner of Shetland Fund Limited Partnership, Nancy J. Lappin, in her capacity as a Limited Partner of Shetland Fund Limited Partnership, Peter J. Lappin, in his capacity as a Limited Partner of Shetland Fund Limited Partnership, Barton Realty Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Shetland Associates Limited Partnership, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Grandchildren's Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Shetland Investments Limited Partnership, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Family Limited Partnership, Lappin Family Limited Partnership, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Nancy Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Peter Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Andrew Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Peter Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Andrew Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Marion L. Lappin Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Andrew Lappin, in his capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Grandchildren's Trust FBO Danielle F. Lappin, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin, in his capacity as General Partner of the Shetland Fund Limited Partnership, Shetland Properties, Inc., it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Nancy Lappin, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Steven Schiff, Schiff Family Holdings Nevada Limited Partnership, Schiff Family Holdings, Nevada, Inc., in its capacity as General Partner of Schiff Family Holdings Nevada Limited Partnership, Franklin Sands, and

Helene Juliette Feffer

Jonathan K. Cooperman
Jessica L. Klarfeld
Kelley Drye & Warren LLP
Email: Jcooperman@KelleyDrye.com
Email: jklarfeld@kelleydrye.com
Attorney for: Laurence Apfelbaum, individually and in her capacities as executor and beneficiary
of the Estate of (Succession) of Doris Igoin, Emilie Apfelbaum, and Estate (Succession) of Doris
Igoin

Scott M. Grossman
Greenberg Traurig, LLP
Email: grossmansm@gtlaw.com
Attorney for: Judith Pisetzner, Pisetzner Family Limited Partnership, Sharon Baker, and Judith
Pisetzner

Allan G. Kadish
Greenberg Traurig, LLP
Email: kadisha@gtlaw.com
Attorney for: Judith Pisetzner, Pisetzner Family Limited Partnership, and Sharon Baker

James B. Glucksman
Jonathan S. Pasternak
Rattet Pasternak, LLP
Email: jbg@rattetlaw.com
Email: jsp@rattetlaw.com
Attorney for: STEFANELLI INVESTORS GROUP, ANTHONY E. STEFANELLI, JR., as
general partner of Stefanelli Investors Group and individually, and MARY ANN STEFANELLI,
as general partner of Stefanelli Investors Group and individually

Charles C. Platt
Wilmer Cutler Pickering Hale and Dorr LLP
Email: charles.platt@wilmerhale.com
Attorney for: Nancy J. Marks Trust 2002, Sidney Marks in his capacity as successor Trustee for
the Nancy J. Marks Trust 2002, Robert A. Marks, Susan M. Lazarus, Lawrence D. Marks, Estate
of Nancy J. Marks, Sidney Marks in his capacity as Personal Representative for the Estate of
Nancy J. Marks, Sidney Marks Trust 2002, and Sidney Marks

Gary S. Lee
John A. Pintarelli
Angela T. Rella
LaShann M. DeArcy
Joel C. Haims
Morrison & Foerster LLP
Email: glee@mofo.com
Email: jpintarelli@mofo.com
Email: arella@mofo.com

Email: ldearcy@mofo.com
Email: jhaims@mofo.com
Attorney for: DPF Investors, David A. Persky, Marlene Persky, PERSKY FAMILY TRUST, DAVID A. PERSKY TRUST FOR MINORS FOR THE BENEFIT OF L.P., DAVID A. PERSKY TRUST FOR MINORS FOR THE BENEFIT OF J.P., Joseph A. Persky, Lauren Dana Persky, Brierpatch Investments LLC, George D. Levy Trust u/t/d August 17, 1990, Karen S. Levy Trust u/t/d dated August 17, 1990, Lisa M. Levy 1987 Trust u/t/d June 17, 1987, Paul D. Levy 1989 Trust u/t/d December 21, 1989, Joanne V. Levy 1996 Trust u/d/t March 26, 1996, Levy Family 2002 Irrevocable Trust u/d/t May 13, 2002, Karen S. Levy, in her capacity as Trustee for the George D. Levy Trust, the Karen S. Levy Trust, the Lisa M. Levy 1987 Trust, the Paul D. Levy 1989 Trust and the Joanne V. Levy 1996 Trust and in her capacity as Personal Representative of the Estate of George D. Levy, Robert C. First, David R. Andelman, Lisa L. Shaub, Paul D. Levy, Joanne V. Levy, Estate of George D. Levy, George D. Levy Trust, Karen S. Levy, in her individual capacity and in her capacity as Personal Representative of the Estate of George S. Levy, George D. Levy & Karen S Levy Irrevocable Family Trust UDT Dated 8/17/90, David Andelman, in his capacity as trustee for the George D. Levy and Karen S. Levy Irrevocable Family Trust U/D/T dated 8/17/90, Estate of George D. Levy, JOSEPH PERSKY FOUNDATION, Lilyan Berkowitz, Lilyan Berkowitz, as Executor of the Estate of Gordon Michael Berkowitz, Lilyan Berkowitz, as Trustee of the Gordon Michael Berkowitz Revocable Trust, Lilyan Berkowitz, as Trustee of the Gordon Michael Berkowitz Family Trust, Lilyan Berkowitz, as Trustee of the Gordon Michael Berkowitz Family Trust (Exempt), Lilyan Berkowitz, as Trustee of the Lilyan Berkowitz Trust, Lilyan Berkowitz, as Trustee of the Abraham B. Berkowitz QTIP GST Trust, Lilyan Berkowitz, as Trustee of the Harold S. Miller Trust dated December 4, 1964, Steven M. Berkowitz, Helen S. Berkowitz, as Trustee of the Steven M. Berkowitz Trust, Steven M. Berkowitz, as Trustee of the Steven M. Berkowitz Trust, Steven M. Berkowitz Trust, Steven M. Berkowitz Irrevocable Trust, Steven M. Berkowitz, as Trustee of the Steven M. Berkowitz Irrevocable Trust, James L. Berkowitz, as Trustee of the James L. Berkowitz Irrevocable Trust, James L. Berkowitz, as Trustee of the Gordon Michael Berkowitz Irrevocable Trust, James L. Berkowitz Irrevocable Trust, Elaine N. Miller, Elaine N. Miller, as Trustee of the Harold S. Miller Trust dated December 4, 1964, Elaine N. Miller, as Trustee of the Gordon Michael Berkowitz Revocable Trust, Elaine N. Miller, as Trustee of the Gordon Michael Berkowitz Family Trust, Elaine N. Miller, as Trustee of the Gordon Michael Berkowitz Family Trust (Exempt), Susan Needleman, as Trustee of the Lilyan Berkowitz Trust, David Andelman, Esq., as Trustee of the James Berkowitz 2004 Generation-Skipping Trust, David R. Andelman, Esq., as Trustee of the Gordon Michael Berkowitz 2004 Generation-Skipping Trust, David R. Andelman, Esq., as Trustee of the Steven M. Berkowitz 2004 Generation-Skipping Trust, David R. Andelman, Esq., as Trustee of the Abraham B. Berkowitz QTIP GST Trust, James Berkowitz 2004 Generation-Skipping Trust, Steven M. Berkowitz 2004 Generation-Skipping Trust, Gordon Michael Berkowitz 2004 Generation-Skipping Trust, Abraham B. Berkowitz QTIP GST Trust, Estate of Gordon Michael Berkowitz, Lilyan and Abraham Berkowitz Family LLC, Lilfam LLC, Lilyan Berkowitz Trust, Harold S. Miller Trust dated December 4, 1964, Gordon Michael Berkowitz Revocable Trust, Gordon Michael Berkowitz Irrevocable Trust, Gordon Michael Berkowitz Family Trust, Gordon Michael Berkowitz Family Trust (Exempt), Lilyan Berkowitz, as Trustee of the Harold S. Miller Irrevocable Trust, and Lilyan Berkowitz, as Trustee of the Lilyan Berkowitz Revocable Trust

Kiersten A. Fletcher
Morrison & Foerster LLP

17

Email: kfletcher@mofo.com
Attorney for: DPF Investors, David A. Persky, Marlene Persky, PERSKY FAMILY TRUST, DAVID A. PERSKY TRUST FOR MINORS FOR THE BENEFIT OF L.P., DAVID A. PERSKY TRUST FOR MINORS FOR THE BENEFIT OF J.P., Joseph A. Persky, Lauren Dana Persky, Brierpatch Investments LLC, George D. Levy Trust u/t/d August 17, 1990, Karen S. Levy Trust u/t/d dated August 17, 1990, Lisa M. Levy 1987 Trust u/t/d June 17, 1987, Paul D. Levy 1989 Trust u/t/d December 21, 1989, Joanne V. Levy 1996 Trust u/t/d March 26, 1996, Levy Family 2002 Irrevocable Trust u/d/t May 13, 2002, Karen S. Levy, in her capacity as Trustee for the George D. Levy Trust, the Karen S. Levy Trust, the Lisa M. Levy 1987 Trust, the Paul D. Levy 1989 Trust and the Joanne V. Levy 1996 Trust and in her capacity as Personal Representative of the Estate of George D. Levy, Robert C. First, David R. Andelman, Lisa L. Shaub, Paul D. Levy, Joanne V. Levy, Estate of George D. Levy, George D. Levy Trust, Karen S. Levy, in her individual capacity and in her capacity as Personal Representative of the Estate of George S. Levy, George D. Levy & Karen S Levy Irrevocable Family Trust UDT Dated 8/17/90, David Andelman, in his capacity as trustee for the George D. Levy and Karen S. Levy Irrevocable Family Trust U/D/T dated 8/17/90, Estate of George D. Levy, JOSEPH PERSKY FOUNDATION, Lilyan Berkowitz, Lilyan Berkowitz, as Executor of the Estate of Gordon Michael Berkowitz, Lilyan Berkowitz, as Trustee of the Gordon Michael Berkowitz Revocable Trust, Lilyan Berkowitz, as Trustee of the Gordon Michael Berkowitz Family Trust, Lilyan Berkowitz, as Trustee of the Gordon Michael Berkowitz Family Trust (Exempt), Lilyan Berkowitz, as Trustee of the Lilyan Berkowitz Trust, Lilyan Berkowitz, as Trustee of the Abraham B. Berkowitz QTIP GST Trust, Lilyan Berkowitz, as Trustee of the Harold S. Miller Trust dated December 4, 1964, Steven M. Berkowitz, Helen S. Berkowitz, as Trustee of the Steven M. Berkowitz Trust, Steven M. Berkowitz, as Trustee of the Steven M. Berkowitz Trust, Steven M. Berkowitz Trust, Steven M. Berkowitz Irrevocable Trust, Steven M. Berkowitz, as Trustee of the Steven M. Berkowitz Irrevocable Trust, James L. Berkowitz, as Trustee of the James L. Berkowitz Irrevocable Trust, James L. Berkowitz, as Trustee of the Gordon Michael Berkowitz Irrevocable Trust, James L. Berkowitz Irrevocable Trust, Elaine N. Miller, Elaine N. Miller, as Trustee of the Harold S. Miller Trust dated December 4, 1964, Elaine N. Miller, as Trustee of the Gordon Michael Berkowitz Family Trust (Exempt), Susan Needleman, as Trustee of the Lilyan Berkowitz Trust, David Andelman, Esq., as Trustee of the James Berkowitz 2004 Generation-Skipping Trust, David R. Andelman, Esq., as Trustee of the Gordon Michael Berkowitz 2004 Generation-Skipping Trust, David R. Andelman, Esq., as Trustee of the Steven M. Berkowitz 2004 Generation-Skipping Trust, David R. Andelman, Esq., as Trustee of the Abraham B. Berkowitz QTIP GST Trust, James Berkowitz 2004 Generation-Skipping Trust, Steven M. Berkowitz 2004 Generation-Skipping Trust, Gordon Michael Berkowitz 2004 Generation-Skipping Trust, Abraham B. Berkowitz QTIP GST Trust, Estate of Gordon Michael Berkowitz, Lilyan and Abraham Berkowitz Family LLC, Lilfam LLC, Lilyan Berkowitz Trust, Harold S. Miller Trust dated December 4, 1964, Gordon Michael Berkowitz Revocable Trust, Gordon Michael Berkowitz Irrevocable Trust, Gordon Michael Berkowitz Family Trust, Gordon Michael Berkowitz Family Trust (Exempt), Lilyan Berkowitz, as Trustee of the Harold S. Miller Irrevocable Trust, and Lilyan Berkowitz, as Trustee of the Lilyan Berkowitz Revocable Trust

Peter M. Friedman
John J. Rapisardi
O'Melveny and Myers LLP
Law Offices of Herbert Beigel
Email: hbeigel@gmail.com

Email: pfriedman@omm.com
Email: jrapisardi@omm.com
Email: hbeigel@gmail.com
Attorney for: M. Elliot Schnall

Bruce S. Schaeffer
BRUCE S. SCHAEFFER
Email: Bruce.Schaeffer@gmail.com; Bschaef123@aol.com
Attorney for: Irving J. Pinto 1996 Grantor Retained Annuity Trust, Irving J. Pinto, individually
and in his capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust, Sidney
Kaplan in his/her capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust
and the Irving J. Pinto 1994 Grantor Retained Annuity Trust, and Irving J. Pinto 1994 Grantor
Retained Annuity Trust

Marvin C. Ingber
Marvin C. Ingber
McClay Alton, P.L.L.P
Email: bob@mcclay-alton.com;law@mcclay-alton.com;jane@mcclay-alton.com
Email: mcingber@comcast.net
Email: bob@mcclay-alton.com;law@mcclay-alton.com;jane@mcclay-alton.com
Attorney for: Jame B. Pinto Revocable Trust U/A DTD 12/1/03, James B. Pinto, individually and
in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust, Amy Pinto Lome
Revocable Trust U/A/D 5/22/03, Amy Pinto Lome, individually and in her capacity as Grantor
and Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03, and Leonard D. Lome, in
his capacity as Trustee for the Amy Pinto Lome Revocable Trust u/a/d 5/22/03

Hanh Huyhn
Howard R. Elisofon
Herrick, Feinstein, LLP
Email: hhuynh@herrick.com
Email: helisofon@herrick.com
Attorney for: Douglas D. Johnson

Laurence May
Jill B. Bienstock
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Email: lmay@coleschotz.com
Email: jbienstock@coleschotz.com
Attorney for: Martin S. Fox in his capacity as Executor of the Estate of Elaine S. Fox, Julie Fox,
individually and in her Capacity as Executor of the Estate of Elaine S. Fox, Linda Fox, David
Fox, Rachel Schway, Frances Raymond, Dylan Raymond, and ESTATE OF ELAINE S. FOX

Parvin K. Aminolroaya
Christopher M. Van de Kieft
Seeger Weiss LLP
Email: paminolroaya@seegerweiss.com
Email: cvandekieft@seegerweiss.com
Attorney for: Jonathan Sobin, Lewis R. Franck, individually and in his capacity as Trustee for

300312623.1

the Florence Law Irrevocable Trust dtd 1/24/05, and Florence Law Irrevocable Trust DTD
1/24/05

Anthony L. Paccione
Brian A. Schmidt
Mark T. Ciani
Katten Muchin Rosenman LLP
Email: anthony.paccione@kattenlaw.com
Email: brian.schmidt@kattenlaw.com
Email: mark.ciani@kattenlaw.com
Attorney for: RBC Centura Bank

Matthew Gluck, Esq.
Milberg LLP
Email: mgluck@milberg.com
Attorney for: Ruth E. Goldstein

Bryan Ha
Law Office of Richard E. Signorelli
Email: bhanyc@gmail.com
Attorney for: Stephen H. Stern

Michael Gerard
Morrison & Foerster LLP
Email: MGerard@mofo.com
Attorney for: George D. Levy Trust, Karen S. Levy, in her individual capacity and in her
capacity as Personal Representative of the Estate of George S. Levy, George D. Levy & Karen S
Levy Irrevocable Family Trust UDT Dated 8/17/90, David Andelman, in his capacity as trustee
for the George D. Levy and Karen S. Levy Irrevocable Family Trust U/D/T dated 8/17/90, Estate
of George D. Levy, and JOSEPH PERSKY FOUNDATION

Donald N. David
Akerman Senterfitt
Email: donald.david@akerman.com
Attorney for: Josef Mittlemann, individually and as General Partner of Empire Prospect
Partnership, LP, Empire Prospect Partnership, LP, Marsy Mittlemann, The Mittlemann Family
Foundation, A&G GOLDMAN PARTNERSHIP, a New York Partnership, Gerald Goldman, as
General Partner of A & G Goldman Partnerhip and individually, Alan Goldman, as General
Partner of A & G Goldman Partnerhip and individually, MARILYN DAVIMOS 1999 GRAT, a
Florida trust, STEWART GLASSMAN, as trustee, MARILYN DAVIMOS a/k/a MARILYN
LOBELL, Trebor Management Corp. Retirement Plan #1, Trebor Management Corp. #3
Employee Profit Sharing Plan, Gettinger Management LLC Profit Sharing Plan, Miscork Corp.
Retirement Plan, Martin Gettinger,individually,and in capacity as Trustee for Trebor
Mgmt.Corp.Retirement Plan #1,Trebor Mgmt.Corp. #3 Employee Profit Sharing Plan and
Miscork Corp.Retirement Plan, and Clark Gettinger, Individually

Kenneth C. Murphy
Simon & Partners LLP

300312623.1

Email: KCMurphy@Simonlawyers.com
Attorney for: Diane Wilson

Helen Davis Chaitman
Peter W. Smith
Julie Gorchkova
Becker & Poliakoff
Email: hchaitman@becker-poliakoff.com
Email: psmith@becker-poliakoff.com
Email: jgorchkova@becker-poliakoff.com
Attorney for: James Greiff

Joshua Fowkes
James H. Hulme
Arent Fox LLP
Email: fowkes.joshua@arentfox.com
Email: hulme.james@arentfox.com
Attorney for: ELEVEN EIGHTEEN LIMITED PARTNERSHIP, BERNARD S. GEWIRZ,
CARL S. GEWIRZ, EDWARD H. KAPLAN, JEROME A. KAPLAN, ALBERT H. SMALL,
EDWARD H. KAPLAN, MARJET LLC, IRENE R. KAPLAN, 1776 K Street Associates
Limited Partnership, Bernard S. Gewirz, Edward H. Kaplan, Estate of Robert H. Smith, Clarice
R. Smith, as personal representative, as trustee, and as an individual, Robert P. Kogod, as
personal representative, Robert H. Smith Revocable Trust, Eleventh Amendment and
Restatement, and Successor Trusts, Sherri L. Waddell, individually, Richard N. Greenberg,
individually, Aleco J. Greenberg, individually, Robert L. Powell, individually, Vicki Shannon,
individually, Delores Ross, individually, Theus Griggs, individually, William Powell,
individually, C. Richard Beyda, in his capacity as personal representative of the Estate of
Hermen Greenberg, John Schofield, in his capacity as personal representative of the Estate of
Hermen Greenberg, Lee G. Kirstein, in his capacity as personal representative of the Estate of
Hermen Greenberg, M.G., a minor, individually, C.W., a minor, individually, M.W., a minor,
individually, Estate of Hermen Greenberg, Monica Greenberg, Qualified Terminable Interest
Property Trust for the Benefit of Monica Greenberg, as established under the Last Will and
Testament of Hermen Greenberg, Trust for the Benefit of M.G., as established under the Last
Will and Testament of Hermen Greenberg, Trust for the Benefit of M.W., as established under
the Last Will and Testament of Hermen Greenberg, and Trust for the Benefit of C.W., as
established under the Last Will and Testament of Hermen Greenberg

Jonathan M. Landers
Milberg LLP
Email: jlanders@milberg.com
Attorney for: Gerald Blumenthal

Marc G. Rosenberg
Lee S Shalov
McLaughlin & Stern, LLP
Email: mrosenberg@mclaughlinstern.com
Email: lshalov@mclaughlinstern.com
Attorney for: Howard Kaye

300312623.1

Lauren Hannon
Stacey L. Meisel
Becker Meisel LLC
Email: lhannon@beckermeisel.com
Email: slmeisel@beckermeisel.com
Attorney for: KATZ GROUP LIMITED PARTNERSHIP, A WYOMING LIMITED
PARTNERSHIP, KFI INC., A WYOMING CORPORATION, Aron B. Katz Charitable
Remainder Unitrust, Martin J. Katz Charitable Remainder Unitrust, Margaret E. Cann Charitable
Remainder Unitrust, Aron B. Katz 1995 Irrevocable Trust, Martin J. Katz, as trustee, and as an
individual, Margaret Katz Cann, as trustee, and as an individual, and Aron B. Katz, as trustee,
and as an individual

Ben H. Becker
Becker Meisel LLC
Email: bhbecker@beckermeisel.com
Attorney for: KATZ GROUP LIMITED PARTNERSHIP, A WYOMING LIMITED
PARTNERSHIP

Daniel N. Jocelyn
Michael R. Huttenlocher
McDermott Will & Emery LLP,
Email: djocelyn@mwe.com
Email: mhuttenlocher@mwe.com
Attorney for: Frank J. Lynch, a.k.a. Frank J. Lynch, III, F&P Lynch Family Partnership, L.P.,
Frank J. Lynch, a.k.a. Frank J. Lynch, III, and Patricia C. Lynch

Jonathan Stern
Simon & Partners LLP
Email: jstern@simonlawyers.com
Attorney for: Montbarry Incorporated, and Suly Liberman

Joseph F. Keenan
McCanliss & Early, LLP
Email: jkeenan@mccanliss.com
Attorney for: Deidre A. Sweeney, and Estate of Armand L. Greenhall

Alyssa T. Saunders
Michael Hays
Cooley LLP
Email: asaunders@cooley.com
Email: mhays@cooley.com
Attorney for: Liselotte J. Leeds Lifetime Trust, and Liselotte Leeds, Trustee

Jonathan Evan Goldberg
Dentons US LLP
Email: jonathan.goldberg@dentons.com
Attorney for: AMERICA ISRAEL CULTURAL FOUNDATION INC

300312623.1

Robert M. Hirsh
Arent Fox LLP
Attorney for: Sherri L. Waddell, individually, Richard N. Greenberg, individually, Aleco J. Greenberg, individually, Robert L. Powell, individually, Vicki Shannon, individually, Delores Ross, individually, Theus Griggs, individually, William Powell, individually, C. Richard Beyda, in his capacity as personal representative of the Estate of Hermen Greenberg, John Schofield, in his capacity as personal representative of the Estate of Hermen Greenberg, Lee G. Kirstein, in his capacity as personal representative of the Estate of Hermen Greenberg, M.G., a minor, individually, C.W., a minor, individually, M.W., a minor, individually, Estate of Hermen Greenberg, Monica Greenberg, Qualified Terminable Interest Property Trust for the Benefit of Monica Greenberg, as established under the Last Will and Testament of Hermen Greenberg, Trust for the Benefit of M.G., as established under the Last Will and Testament of Hermen Greenberg, Trust for the Benefit of M.W., as established under the Last Will and Testament of Hermen Greenberg, and Trust for the Benefit of C.W., as established under the Last Will and Testament of Hermen Greenberg

Andrew J. Goodman
Garvey Schubert Barer
Email: agoodman@gsblaw.com
Attorney for: L. H. Rich Companies, N. R. Investment Associates, and M. R. Investment Associates

Kimberly J. Robinson
Robert E. Shapiro
William J. Barrett
Barack Ferrazzano Kirchbaum & Nagelberg LLP
Email: kim.robinson@bfkn.com
Email: rob.shapiro@bfkn.com
Email: william.barrett@bfkn.com
Attorney for: Financiere Agache

John E. Lawlor
John E. Lawlor
Email: JLaw672@aol.com
Attorney for: Jan Stahl, Geri Stahl, H. Peter Steil, APO Health Inc. PSP f/b/o H. Peter Steil, APO Health, Inc. PSP f/b/o Jan Stahl, Buyer's Alternatives, Inc. PSP f/b/o Jan Stahl, and PJS Trading, Inc. PSP f/b/o Jan Stahl

Joshua S. Androphy
Thomas J. Fleming
Olshan Frome Wolosky LLP
Email: JAndrophy@olshanlaw.com
Email: tfleming@olshanlaw.com
Attorney for: Marvin L. Olshan

Stefanie Birbrower Greer
Dickstein Shapiro LLP

300312623.1

Email: greers@dicksteinshapiro.com
Attorney for: Triangle Diversified Investments, and Triangle Diversified Investments LLC

Robert Rich
Richard P. Norton
Hunton & Williams LLP
Email: rrich2@hunton.com
Email: rrich2@hunton.com
Attorney for: Edward A. Zraick, Jr., individually, as joint tenant and as personal representative of
the Estate of Lorraine Zraick, Nancy Zraick, individually and as joint tenant, Patricia Zraick
DeLuca, individually, as joint tenant and as personal representative of the Estate of Lorraine
Zraick, Karen M. Rich, individually and as joint tenant, and Estate of Lorraine Zraick

Government Parties
Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

Securities Investor Protection Corporation
Kevin Bell
Email: kbell@sipc.org
Josephine Wang
Email: jwang@sipc.org

Securities and Exchange Commission
Alexander Mircea Vasilescu
Email: vasilescua@sec.gov
Terri Swanson
Email: swansont@sec.gov
Preethi Krishnamurthy
Email: krishnamurthyp@sec.gov

United States Attorney for SDNY
Carolina Fornos
Email: carolina.fornos@usdoj.gov
Alicia Simmons
Email: Alicia.simmons@usdoj.gov
Matthew Schwartz
Email: matthew.schwartz@usdoj.gov

Counsel to the JPL
Eric L. Lewis

300312623.1

Email: Eric.Lewis@baachrobinson.com

Internal Revenue Service
District Director
290 Broadway
New York, NY 10008


BLMIS Customers
Remy Investments Corp
c/o Ann Kallgren
1-5 Harley Street
London W1G 9QD,
England, United Kingdom

Edward H. Kohlschreiber
3546 S. Ocean Blvd. Apt. 226
Palm Beach, FL 33480

Richard G. Corey
1235 Edgewood Drive
Charleston, WV 25302

Ng Shok Mui Susanna
Ng Shok Len
12B Marigold Mansion
Taikoo Shing,,
Hong Kong

Cecilia M. Parker
11 South Shore Trail
Sparta, NJ 07871

Guy S. Parker
43 Fawn Lake Road
Stockholm, NJ 07460-1423

Panagiotis Moutzouris
8 Aiolou Street
Voula GR-16673,
Greece

Harriet Rubin
9733 Ravine Avenue
Las Vegas, NV 89117

Ethel L. Chambers
S. James Chambers

300312623.1

3443 SE Fairway E
Stuart, FL 34997

Anna Lowit
5700 Queen Palm Ct Apt. A
Delray Beach, FL 33484

Barbara Moss Estate
c/o Irving Moss
665 Thwaite Pl Apt. 3J
Bronx, NY 10467-7905

George H. Hulnick
72 Golf Lane
Ridgefield, CT 06877

Kenneth Springer
2267 Newbury Dr.
Wellington, FL 33414

Peerstate Equity Fund L.P.
c/o Lou Prochilo
43 West St.
Northport, NY 11768

Chris P. Tsukoa
A. Angelaki
1202 Parrilla de Avila
Tampa, FL 33613

Hilda Drucker
5 Schenck Ave, Apt. 3-I
Great Neck, NY 11021

John H. Petito
3639 River Road
Lumberville, PA 18933

Bernard W. Braverman
417 Hill Street
Southampton, NY 11968
Email: berniebraverman@gmail.com

Richard C. Brockway
705 Harbour Drive
Vero Beach, FL 32963

Kimberly S. Stoller

300312623.1

710 8th Avenue Apt. 6E
Belmar, NJ 07719

KR Erwin Hawle
Dorfstrasse 67
4865 Nussdorf,
Austria

Shao-Po Wang
No. 69, Zhongshan Rd., Tucheng Dist.
New Taipei City 236,,
Taiwan

Chi-Hua Liao
No. 449 Sanmin Road
Jhubei City, Hsinchu County,
Taiwan

Lee Garrity
2601 Willowwood Ave.
Valparaiso, IN 46383

Alder Family Foundation
6424 Brookside Rd
Chevy Chase, MD 20814
Email: lovormon@aol.com

Maurice Sandler
Gloria Sandler
Email: mauricesandler@sbcglobal.net

Lamar Ellis Trust
Lamar Ellis
Email: lamelli@verizon.net

Michael E. Fisch
Sudeshna M. Fisch
Email: fischwave@comcast.net

Daniel L. Gaba
c/o Rhoda S. Gaba
Email: rhodan1@embarqmail.com

Jean-Marie Jacques
Email: jacques123@wanadoo.es

Samuel Frederick Rohdie
Lam Shuk Foon Margaret

Email: srohdie@bellsouth.net

Gail B. Oren Revocable Trust dtd. 9/8/95
Gail B. Oren as Trustee
Email: oreng@bellsouth.net

Sharon Lee Tiner
Email: sltiner@yahoo.com

David B. Epstein (IRA Bene)
Email: david1943@comcast.net

Marshall W. Krause, Esq.
Email: mrkruze@comcast.net

Peerstate Equity Fund, L.P.
Email: rng67@comcast.net

Deborah L. Fisch
Email: dfisch1@twcny.rr.com

Paul J. Fisch
Email: pfisch@twcny.rr.com

Sunyei Ltd. Jaques Lamac
Email: jaqueslamac@gmail.com

Simcha Gutgold
Email: simcha.gutgold@gmail.com

Au Yuet Shan
Email: eau203@gmail.com

PFC Nominees Limited
Email: info@pfcintl.com

Lee Mei-Ying
Email: icbcmylee@yahoo.com.tw

Richard Jeffrey Clive Hartley
Email: rjch@netvigator.com

Robert Douglas Steer
Jeanette Margaret Scott Steer
Email: bobjen8@bigpond.com

Samore 1992 Family Trust
John Samore

300312623.1

Gayle Samore Co-Trustees
John Samore, Jr.
Ronald E. Samore, Sr.
James R. Samore
Email: johnsamore@hotmail.com

Partricia M. Hynes
Roy L. Reardon JTWROS
Email: rreardon@stblaw.com

Cheung Lo Lai Wah Nelly
Email: freedomlo@yahoo.com.hk

Timothy Robert Balbirnie
Email: tim.balbirnie@gmail.com

Kamal Kishore Muchhal
Aruna Muchhal
Email: muchhal@netvigator.com

MLSMK Investments Co
Email: stanleymkatz@mac.com

Charles Nicholas Doyle
Linda Doyle
Email: linchasd@netvigator.com

John Stirling Gale
Email: galejs@gmail.com

Li Fung Ming Krizia
Email: krizia_ligale@yahoo.com.hk

Lindel Coppell
Email: lindencoppell@gmail.com

Paul Maddocks
Email: maddockspaul@gmail.com

Frederick Cohen and Jan Cohen JT WROS
Email: fcohen@duanemorris.com

Carole Coyle
Email: bionicdoll@aol.com

Martha Alice Gilluly
Email: marny@corsair2.com

300312623.1

Phyrne and Ron LLC
Email: jpitkin@umich.edu

Howard Stern
Email: hstern@wzssa.com

Robins Family Limited Partnership
Email: charles.robins@weil.com

Dewey H. Lane
Email: dewlane@gmail.com

Fondo General De Inversion Centro America-No, S.A.
FJ Associates, S.A.
Krates, S.A.
Email: pabst@mantomgmt.com

Elaine and Sidney Goldstein
Email: grandpastuffit@bellsouth.net

Rhouda Macdonald
Email: rmacdon482@aol.com

Jeanne H. Rosenblum
Email: prosenblum@mindspring.com

Capital Bank
Email: Volker.enzi@capitalbank.at
Email: Christoph.stocker@capitalbank.at

J.W. Nijkamp
Email: jwnijkamp@kpnmail.nl

Martin Wimick
Email: mwinick@hotmail.com

Bullock Family Estate
Andrew Bullock
Courtney Bullock
Diana Bullock
Kerry Scarvie
Email: abullock5150@cox.net

Stuart Nierenberg, Trustee for Ltd Editions Media Inc. Defined Benefit Plan Trust dtd 2/9/99
Email: stuart@silverboxsw.com

Alice J. Rawlins
Email: alicerawlins@me.com

300312623.1

Linda Wolf
Rita Wolf
Email: wolfie2400@yahoo.com

Stephen Hill
Email: leyla.hill@hos.com

Waterland Investment Services
Email: admin@waterland-investment.nl

Joseph J. Nicholson
Email: jn-pro-se@pobox.com

Ralph Schiller
Email: optics58@gmail.com

Patsy P. Jones
Email: 335pat@roadrunner.com

Donald P. Weber
Email: mdweb27@me.com

Harvey Barr
Lillian Barr
Email: hbarr@bplegalteam.com

Yvonne Roodberg
Email: cissie2010@gmail.com

Wim C. Helsdingen
Email: wc.helsdingen@casema.nl

Donald Schupak
Email: dschupak@schupakgroup.com

Joanne Rosen
Amy Cappellazzo
Email: jr@beacon-ny.com

Nancy Dver Cohen
Email: ndver@comcast.net

J. Todd Figi Revocable Trust
Email: jakefigi2@aol.com

Matthew F. Carroll
Email: mcarroll16@msn.com

31

David Drucker
Email: daved628@aol.com

Phyllis Pressman
Email: peplady5@gmail.com

Crisbo S.A.
Email: info.luxembourg@atcgroup.com

Ilse Della-Rowere
Email: roman@della-rowere.at

Rausch Rudolf
Email: rudolf.rausch@gmail.com

Kwok Yiu Leung
Siu Yuen Veronica Nh
Email: yiuleunghk@gmail.com
Email: yiuleung@yahoo.com.hk

Fifty-Ninth Street Investors LLC
Email: truggiero@resnicknyc.com

KHI Overseas Ltd
Email: ew@khiholdings.com

Arlene R. Chinitz
Email: arlenerc54@hotmail.com

The Gottesman Fund
Email: dgottesman@firstmanhattan.com

Goore Partnership
Email: hyassky@aol.com

Nicholas Kardasis
Email: gdnite@earthlink.net

BF+M Life Insurance Company Limited
Email: jsousa@bfm.bm

Alan G. Cosner
Email: alan@cosnerlaw.com

Chien-Liang Shih
Email: gary.libra@gmail.com

300312623.1

Heng-Chang Liang
Email: ts.yang@msa.hinet.net

Andy Huang
Email: andy.huang@sofos.com.sg

John B. Malone
Email: doctor1000@earthlink.net

Jose Haidenblit
Email: chore55@yahoo.com

Richard Hoefer
Email: richard.hoefer@utanet.at

Jane Delaire
Email: j.delaire@yahoo.com

Birgit Peters
Email: birgit.peters2010@yahoo.com

Mark A. Soslow, CPA on behalf of
Trust u/w/o Daniel Sargent c/o Elaine Sargent
Email: msoslow@untracht.com

John P. Harris
Email: johnph1494@gmail.com

Marcia Roses Schachter
2202 Bleckley Ct,
Charlotte, NC 28270
Email: marciroses@aol.com


Seth C. Farber
Kelly A. Librera
Winston & Strawn LLP
Email: sfarber@winston.com
Email: klibrera@winston.com
Attorney for: Diana P. Victor

Notices of Appearance

Eric D. Goldberg, Esq.
Stutman, Treister & Glatt, P.C.
Email: egoldberg@stutman.com
Attorney for: Eric D. Goldberg

300312623.1

William F. Dahill
Fletcher W. Strong
Wollmuth Maher & Deutsch LLP
Email: wdahill@wmd-law.com
Email: fstrong@wmd-law.com
Attorney for: Robert F. Weinberg

Michael D. Sirota, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Email: msirota@coleschotz.com
Attorney for: KML Asset Management LLC

Mark S. Mulholland
Thomas Telesca
Ruskin Moscou Faltischek, P.C.
Email: mmulholland@rmfpc.com
Email: ttelesca@rmfpc.com
Attorney for: Irwin Kellner ("Kellner"), The 2001 Frederick DeMatteis Revocable Trust, and
DeMatteis FLP Assets

Stuart I. Rich, Esq.
James M. Ringer, Esq.
Meister Seelig & Fein LLP
Email: sir@msf-law.com
Email: jmr@msf-law.com
Attorney for: Jasper Investors Group LLC ("Jasper")

Jennifer L. Young
Matthew Gluck, Esq.
Brad N. Friedman, Esq.
Sanford P. Dumain, Esq.
Milberg LLP
Email: jyoung@milberg.com
Email: mgluck@milberg.com
Email: bfriedman@milberg.com
Email: sdumain@milberg.com
Attorney for: Ruth E. Goldstein, June Pollack, Gerald Blumenthal, Blumenthal & Associates
Florida General Partnership, Judith Rock Goldman, The Horowitz Family Trust, and The
Unofficial Committee of Certain Claim Holders

Howard Kleinhendler
William B. Wachtel, Esq.
David Yeger, Esq.
Wachtel Missry LLP
Email: hkleinhendler@wmllp.com
Email: Wachtel@wmllp.com
Email: dyeger@wmllp.com
Attorney for: Rosenman Family LLC

34

Robert William Yalen
Assistant United States Attorney for the Southern District of New York
Email: robert.yalen@usdoj.gov
Attorney for: Attorney for the United States of America

Parvin K. Aminolroaya
Stephen A. Weiss
Seeger Weiss LLP
Email: paminolroaya@seegerweiss.com
Email: sweiss@seegerweiss.com
Attorney for: The M & B Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss,
Melvyn I. Weiss, Barbara J. Weiss, Stephen A. Weiss, Leslie Weiss and Gary M. Weiss, Marilyn
Cohn Gross, Bernard Seldon, Lewis Franck, and Barbara Schlossberg

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
Email: ffm@bostonbusinesslaw.com
Attorney for: Iron Mountain Information Management,  Inc.

Brian J. Neville
Barry R. Lax.
Lax & Neville, LLP
Email: bneville@laxneville.com
Email: blax@laxneville.com
Attorney for: Rose Less, and PJFN Investors LP

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
Email: schristianson@buchalter.com
Attorney for: Oracle USA, Inc. ("Oracle"), and Oracle Credit Corporation

Dennis C. Quinn
Barger & Wolen, LLP
Email: dquinn@bargerwolen.com
Attorney for: Jewish Community Foundation of the Jewish Federation - Council of Greater Los
Angeles

Alan Nisselson
Howard L. Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
Email: anisselson@windelsmarx.com
Email: hsimon@windelsmarx.com
Attorney for: Alan Nisselson, and Interim Chapter 7 Trustee of Bernard L. Madoff

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLLC
Email: eric.lewis@baachrobinson.com

300312623.1

Attorney for: Stephen John Akers, Mark Richard Byers, and Andrew Laurence Hosking

Joseph E. Shickich, Jr.
Erin Joyce Letey
Riddell Willams P.S.
Email: jshickich@riddellwilliams.com
Email: eletey@riddellwilliams.com
Attorney for: Microsoft Corporation and Microsoft Licensing, GP (collectively , "Microsoft")

Adam L. Rosen
Silverman Acampora LLP
Email: ARosen@SilvermanAcampora.com
Attorney for: Talon Air, Inc.

Angelina E. Lim, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, P.A.
Email: angelinal@jpfirm.com
Attorney for: Anchor Holdings, LLC

Sanford Rosen
Rosen & Associates, P.C.
Email: srosen@rosenpc.com
Attorney for: Judith S. Schustack, David A. Schustack, Robert J. Schustack, Shirley Schustack Conrad, and Amy Beth Smith

Marsha Torn, Esq.
Calabrese and Torn, Attorneys at Law
Email: mcalabrese@earthlink.net
Attorney for: Lawrence Torn

Judith L. Spanier, Esq.
Abbey Spanier Rodd & Abrams, LLP
Email: jspanier@abbeyspanier.com
Attorney for: ELEM/Youth in Distress Israel  Inc. ("ELEM")

David J. Molton
Brown Rudnick LLP
Email: dmolton@brownrudnick.com
Attorney for: Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry Limited

Dana M. Seshens
Karen E. Wagner
Jonathan D. Martin
Davis Polk & Wardwell LLP
Email: dana.seshens@davispolk.com
Email: karen.wagner@davispolk.com
Email: jonathan.martin@davispolk.com

300312623.1

Attorney for: Sterling Equities Associates and Certain Affiliates

Jeffrey L. Bernfeld
David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: jeffreybernfeld@bernfeld-dematteo.com
Email: davidbernfeld@bernfeld-dematteo.com
Attorney for: Dr. Michael Schur, and Mrs. Edith A. Schur

Joel L. Herz
Law Offices of Joel L. Herz
Email: joel@joelherz.com
Attorney for: Samdia Family,  LP

Stephen Fishbein
Shearman & Sterling LLP
Email: sfishbein@shearman.com
Attorney for: Carl J. Shapiro et al.

Richard F. Schwed
Shearman & Sterling LLP
Email: rschwed@shearman.com
Attorney for: Carl J. Shapiro et al., Harold S. Miller Trust Dated 12/4/64 FBO Elaine Miller,
Lilfam LLC, Lilyan Berkowitz Revocable Trust Dated 11/3/95, and Wellesley Capital
Management

Seth C. Farber
Kelly A. Librera
Winston & Strawn LLP
Email: sfarber@winston.com
Email: klibrera@winston.com
Attorney for: Ellen G. Victor,  holder of Bernard L. Madoff Investment Securities LLC Accounts
1ZA128-3 and 1ZA128-40, Ariana Victor, Justin Victor Baadarani, Shosharma Remark Victor,
and Leila Victor Baadarani

Larkin M. Morton
David J. Apfel
Daniel M. Glosband
Brenda R. Sharton
Goodwin Procter LLP
Email: lmorton@goodwinprocter.com
Email: dapfel@goodwinprocter.com
Email: dglosband@goodwinprocter.com
Email: bsharton@goodwinprocter.com
Attorney for: Jeffrey A. Berman, Russell deLucia, Ellenjoy Fields, Michael C. Lesser, Norman
E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust, and Jane L. O'Connor as
Trustee of the Jane O'Connor Living Trust

300312623.1

Russell M. Yankwitt
Yankwitt & Associates LLC
Email: russell@yankwitt.com
Attorney for: Carol Rosen

Barton Nachamie, Esq.
Todtman Nachamie Spizz & Johns, P.C.
Email: bnachamie@tnsj-law.com
Attorney for: ABG Partners d/b/a ABG Investments, Bruce Graybow,  as a Partner of ABG
Partners, and Graybow Communications Group,  Inc.

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney for: Paul Laplume, and Alain Rukavina, Court Appointed Liquidators for LuxAlpha
Sicav and Luxembourg Investment Fund

Bernard V. Kleinman, Esq.
Alan Berlin, Esq.
Aitken Berlin LLP
Email: bvkleinman@aitkenberlin.com
Email: adberlin@aitkenberlin.com
Attorney for: Susan Saltz Charitable Lead Annuity Trust Susan Saltz Descendants Trust

Fred W. Reinke
Mayer Brown LLP
Email: freinke@mayerbrown.com
Attorney for: Mutua Madrilena Automovilista Ramo de vida, AXA Private Management, and
Fondauto Fondo de Pensiones,  SA

Arthur J. Steinberg
Richard A. Cirillo
Kristi E. Jacques
King & Spalding LLP
Email: asteinberg@kslaw.com
Email: rcirillo@kslaw.com
Email: kjacques@kslaw.com
Attorney for: National Bank of Kuwait, S.A.K. ("NBK"), Lemania SICAV-SIF, and NBK
Banque Privee and counsel for the Pascucci Family

Linda H. Martin, Esq.
Joshua A. Levine, Esq.
Simpson Thacher & Barlett LLP
Email: lmartin@stblaw.com
Email:  jlevine@stblaw.com
Attorney for: Spring Mountain Capital, LP

Ernest Edward Badway

300312623.1

Fox Rothschild LLP
Email: EBadway@foxrothschild.com
Attorney for: Iris Schaum

Steven R. Schlesinger
Shannon Scott
Jaspan Schlesinger LLP
Email: sschlesinger@jaspanllp.com
Email: sscott@jaspanllp.com
Attorney for: Peter Zutty, Janet Jaffin Dispositive Trust and Janet Jaffin and Milton Cooper as
Trustees, Amy Luria Partners LLC, Amy Joel, Robert Luria Partners, Samuels Family LTD
Partnership, Patricia Samuels, Andrew Samuels, Estate of Richard A. Luria, David Richman, and
Jay Rosen Executors

Jeremy A. Mellitz
Withers Bergman, LLP
Email: Jeremy.Mellitz@withers.us.com
Attorney for: Von Rautenkranz Nachfolger Special Investments LLC

Hunter T. Carter
Arent Fox LLP
Email: hunter.carter@arentfox.com
Attorney for: Sanford Guritzky, Brenda Guritzky, Dana Guritzky Mandelbaum, Ronald P.
Guritzky, Guritzky Family Partnership LP, and Brenda H. Guritzky as Trustee of Trust B U/W
George H. Hurwitz (collectively the "Guritzky Parties")

George Brunelle, Esq.
Anna Hadjikow
Brunelle & Hadjikow, P.C.
Email: gbrunelle@brunellelaw.com; brunellelaw@gmail.com
Email:  ahadjikow@brunellelaw.com; brunellelaw@gmail.com
Attorney for: The James H. Cohen Special Trust, James H. Cohen, Morrie Abramson, Robyn
Berniker, BK Interest,  LLC, The Marian Cohen 2001 Residence Trust, Alan D. Garfield, Erin
M. Hellberg, Barry E. Kaufman, and Marion Tallering-Garfield

Test
Brunelle & Hadjikow, P.C.
Email: brunellelaw@gmail.com
Attorney for: James H. Cohen, Morrie Abramson, Robyn Berniker, BK Interest,  LLC, The
Marian Cohen 2001 Residence Trust, Alan D. Garfield, Erin M. Hellberg, Barry E. Kaufman,
and Marion Tallering-Garfield

Chester Salomon
Becker, Glynn, Melamed & Muffly LLP
Email: csalomon@beckerglynn.com
Attorney for: SBM Investments,  LLP, and Weithorn/Casper Associated for Selected Holdings
LLC

Barbara A. Schweiger
Jonathan W. Wolfe
Skoloff & Wolfe, P.C.
Email: bschweiger@skoloffwolfe.com
Email: jwolfe@skoloffwolfe.com
Attorney for: Albert & Carole Angel

Richard J. McCord
Carol A. Glick
Certilman, Balin, Adler & Hyman LLP
Email: rmccord@certilmanbalin.com
Email: cglick@certilmanbalin.com
Attorney for: Clayre Hulsh Haft, Morton L. Certilman and Joyce Certilman, Bernard Certilman, and Alyssa Beth Certilman

Eric B. Levine
Wolf Haldenstein Adler Freeman & Herz LLP
Email: levine@whafh.com
Attorney for: Nephrology Associates P.C. Pension Plan

Steven N. Williams
Cotchett, Pitre & McCarthy
Email: swilliams@cpmlegal.com
Attorney for: Jay Wexler, Daniel Ryan, Theresa Ryan, Matthew Greenberg, Walter Greenberg, Doris Greenberg, The Estate of Leon Greenberg, and Donna M. McBride

Bernard J. Garbutt III
Morgan Lewis & Bockius LLP
Email: bgarbutt@morganlewis.com
Attorney for: The Kostin Company

Richard Yeskoo
Yeskoo Hogan & Tamlyn LLP
Email: Yeskoo@yeskoolaw.com
Attorney for: Joan L. Fisher, Carl T. Fisher, and The Trust U/A VIII of the Will of Gladys C. Luria F/B/O Carl T. Fisher

Carmine Boccuzzi(Duplicate - To Be Deleted)
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney for: Citibank,  N.A., and Citigroup Global Markets Limited

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney for: Citibank North America,  Inc.

Casey D. Laffey

300312623.1

Reed Smith LLP
Email: claffey@reedsmith.com
Attorney for: Bart M. Schwartz,  as Receiver of Gabriel Capital,  L.P., and Ariel Fund Limited

Michael S. Pollok
Marvin and Marvin, PLLC
Email:  mpollok@marvinandmarvin.com
Attorney for: Alan Hayes, and Wendy Wolosoff-Hayes

Joshua Fowkes
James H. Hulme
Arent Fox LLP
Email: fowkes.joshua@arentfox.com
Email: hulme.james@arentfox.com
Attorney for: Eleven Eighteen Limited Partnership, Bernard S. Gewirz, Carl S. Gewirz, Edward
H. Kaplan, Jerome A. Kaplan, Albert H. Small, 1776 K Street Associates Limited Partnership,
Estate of Robert H. Smith, Robert H. Smith Revocable Trust, Clarice R. Smith, Robert P. Kogod,
Marjet LLC, and Irene R. Kaplan

Carolyn B. Rendell
David S. Stone
Amy Walker Wagner
Stone & Magnanini, LLP
Email: CRendell@stonemagnalaw.com
Email: dstone@stonemagnalaw.com
Email: awagner@stonemagnalaw.com
Attorney for: Defendants David P. Gerstman, and Janet Gerstman

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
Email: amarder@msek.com
Attorney for: Counsel for Judie B. Lifton and the Judie Lifton 1996

Jeffrey D. Sternklar
Duane Morris LLP
Email: jdsternklar@duanemorris.com
Attorney for: Magnus A. Unflat, the Eleanore C. Unflat Living Trust, Eleanore C. Unflat,in her
capacity as co- trustee of the Eleanore C. Unflat Living Trust, Magnus A. Unflat, in his capacity
as co-trustee of the Eleanore C. Unflat Living Trust, and Eleanore C. Unflat

Jeff E. Butler
Alexander M. Feldman
Clifford Chance U.S. LLP
Email: Jeff.Butler@CliffordChance.com
Email: Alexander.Feldman@CliffordChance.com
Attorney for: Cardinal Management, Inc., and Dakota Global Investments, Ltd.

Bennette D. Kramer

Schlam Stone & Dolan LLP
Email: bdk@schlamstone.com
Attorney for: Belfer Two Corporation

Schuyler D. Geller
Bellows & Bellows, P.C.
Email: sgeller@bellowslaw.com
Attorney for: Counsel for Brian H. Gerber

Peter N. Wang
Foley & Lardner LLP
Email: pwang@foley.com
Attorney for: Orthopaedic Specialty Group,  P.C. Defined Contribution Pension Plan Participants

Fred H. Perkins
Robert K. Dakis
Michael Lago, Esq.
Morrison Cohen LLP
Email: fhperkins@morrisoncohen.com
Email: rdakis@morrisoncohen.com
Email:  bankruptcy@morrisoncohen.com
Attorney for: Customer Claimant David Silver

Andrew J. Ehrlich
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com
Attorney for: The Estate of Mark D. Madoff, and Andrew H. Madoff, individually and as
Executor of the Estate of Mark D. Madoff

Helen Davis Chaitman
Peter W. Smith
Julie Gorchkova
Becker & Poliakoff
Email: hchaitman@becker-poliakoff.com
Email: psmith@becker-poliakoff.com
Email: jgorchkova@becker-poliakoff.com
Attorney for: Marsha Peshkin et al.

Robert J. Kaplan
Law Office of Robert J. Kaplan
Email: lawkap@aol.com
Attorney for: MUUS Independence Fund LP, and Michael W. Sonnenfeldt

Paula J. Warmuth
Glenn P. Warmuth
Stim & Warmuth, P.C.
Email: pjw@stim-warmuth.com
Email: gpw@stim-warmuth.com

300312623.1

Attorney for: Creditors,  Michael Most and Marjorie Most

Martin H. Bodian
Bodian & Bodian, LLP
Email: mhbodian@gmail.com
Attorney for: Linda Polatsch

Steven Storch
Storch Amini & Munves PC
Email: sstorch@samlegal.com
Attorney for: PJ Administrator LLC, Trust Under Article Fourth U/W/O Robert E. Klufer, Alyse
Klufer,  individually and in her capacity as trustee of the Trust Under Article Fourth U/W/O
Robert E. Klufer, Elisabeth Klufer, in her capacity as trustee of the Trust Under Article Fourth
U/W/O Robert E. Klufer, Robert and Alyse Klufer Family Trust ?A?, Alyse Joel Klufer as
Trustee of the Robert and Alyse Klufer Family Trust ?A?, Elisabeth Klufer, Nancy Greengrass,
Jane Shrage, Natalie Greengrass, Maxwell Greengrass, Damien Cave, and Michael Shrage

Steven H. Newman
Robert A. Abrams
Katsky Korins LLP
Email: snewman@katskykorins.com
Email: rabrams@katskykorins.com
Attorney for: Richard Spring, The Spring Family Trust, The Jeanne T. Spring Trust, Estate of
Richard L. Cash, Richard L. Cash Declaration of Trust Dated September 19,1994, James H.
Cash, David Cash, Jonathan Cash, Gladys Cash, Gladys Cash and Cynthia J. Gardstein, Freda
Epstein Revocable Trust, Freda B. Epstein, Jennifer Spring McPherson, and S. H. & Helen R.
Scheuer Family Foundation

Kenneth W. Lipman
Siegel, Lipman & Shepard LLP
Email: klipman@slsbocalaw.com
Attorney for: The Spring Family Trust, The Jeanne T. Spring Trust, and Co-counsel of record
with Katsky Korins LLP for defendants Richard Spring

William B. Pollard, III
Ina Bort
Daniel J. Kornstein, Esq.
Amy C. Gross, Esq.
Kornstein Veisz Wexler & Polla
Email: wpollard@kvwmail.com
Email: IBort@kvwmail.com
Email: dkornstein@kvwmail.com
Email: agross@kvwmail.com
Attorney for: Certain American Securities Defendants

David A. Kotler
Dechert LLP
Email: david.kotler@dechert.com

Attorney for: Defendant Oppenheimer Acquisition Corp.

Carole Neville
Dentons US LLP
Email: carole.neville@dentons.com
Attorney for: SNR Customers

William A. Habib, Esq.
Habib Law Associates, LLC
Email: wahabib@verizon.net
Attorney for: Anthony F. Russo

Sedgwick M. Jeanite, Esq.
White and Williams LLP
Email: jeanites@whiteandwilliams.com
Attorney for: Fabio Conti

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney for: CRS Revocable Trust, Constance R. Sisler, individually, and in her capacity as
Settlor and Trustee of the CRS Revocable Trust, Allan R. Tessler, in his capacity as Trustee of
the CRS Revocable Trust, Edith G. Sisler, S. James Coppersmith Charitable Remainder Unitrust,
Robert S. Bernstein, Robert Auerbach Revocable Trust, Joyce C. Auerbach Revocable Trust, and
Robert Auerbach,  individually

Marcy Ressler Harris
Schulte, Roth & Zabel LLP
Email: marcy.harris@srz.com
Attorney for: The Pati H. Gerber Defendants

Mor Wetzler
Paul, Hastings, Janofsky & Walker LLP
Email: morwetzler@paulhastings.com
Attorney for: Federico Ceretti, Carlo Grosso, Kingate Management Limited, FIM Limited, and
FIM Advisors, LLP

David S. Golub
Silver Golub & Teitel, LLP
Email: dgolub@sgtlaw.com
Attorney for: Maria Shuster, Maria Rabinovich, Vladimir Rabinovich, Alexander Rabinovich,
Natasha Jane Rabinovich, Jason M. Rausher, Eric Rausher, Marsha H. Rausher, Mitchell J.
Rausher, Peggy Kohn (Arnold Kohn Executor of Peggy Kohn Estate), Arnold Kohn, Theresa A.
Wolfe, Wendy Sager Pomerantz, Robin S. Abramowitz, Howard Pomerantz, Richard
Abramowitz & Pomerantz, P.A. Retirement Plan, Trustees Richard Abramowitz and Howard L.
Pomerantz, Marcia B Fitzmaurice, Thomas R. Fitzmaurice, Rita S. Katz (n/k/a Rita Starr Katz
Davey), Paula S. Katz, Frank S. Katz, Melissa Doron, parent of A.S.D., Samuel D. Davis, Traci
D. Davis, and Daniel L. Davis,  Individually and as parent of H.D.D.

Robert S. Horwitz
Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A.
Email: rhorwitz@conroysimberg.com; eservicewpb@conroysimberg.com
Attorney for: Andrew C. Sankin

Neal S. Mann c/o Eric T. Schneiderman
The New York State Department of Taxation & Finance
Email: neal.mann@oag.state.ny.us
Attorney for: New York State Education Department.

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney for: Joyce C. Auerbach, individually, as Trustee of the Robert Auerbach Revocable
Trust, and as Trustee of the Joyce C. Auerbach Revocable Trust, Jing W. Davis (now known as
Amy Davis),, Gary S. Davis, individually and as parent of S.W.D. and J.F.D.,, Sol Davis,
individually and as Trustee of the Sol Davis Retirement Plan, Giuseppe C. Basili, Grace A. Nash,
Michael T. Nash, Thomas H. Nash, Justin Kane, Cynthia Schrank Kane, Steven E. Sklar, parent
of J.K.S, parent of K.H.S, parent of N.A.S., Linda Laychak, Eugene G. Laychak, Jr., Jozef
Kaczynski, Giuseppa A Boccanfuso, Dominick F. Boccanfuso, Margherita M. Basili, Trustee of
Margherita M. Basili Retirement Plan and individually, Betty Tarr, Madeline E Corish Estate,
Margaret Pace, Joanne Verses, Shirley B. Sklar, William Sklar, William Sklar, Trustee of Pacific
Plumbing and Heating Supply Company Profit-Sharing Plan, Harold Murtha, Trustee of Murtha
Enterprises, Inc. Profit-Sharing Plan, Robert Levin, Diane T. Levin, Carol P. Dargan, Everett L.
Dargan, Antona G Wilson, Gerald A Wilson, Midlands Surgical Associates, PA Profit Sharing
Plan, Anna Kedersha, as parent of A.K, Mary Zarra, as parent of A.Z. and A.Z., Sophia B
Freitag, Crescienzo J Boccanfuso, Patti E Schacht, Cindy J Schacht, Jacqueline A Johnson,
Douglas H. Johnson, Cory D Johnson, Jaime R Johnson, David C Johnson, Bonnie A Johnson,
Individually and as parent of D.C.J., Diane C. Backus, and WR Johnson Co. Pension and Profit
Sharing Plan

Xochitl Strohbehn
Quinn Emanuel Urquhart & Sullivan, LLP
Email: xochitlstrohbehn@quinnemanuel.com
Attorney for: Kingate Global Fund Ltd., and Kingate Euro Fund Ltd.

Vladmir Pavlovic
Morgan Lewis & Bockius LLP
Email: vpavlovic@morganlewis.com
Attorney for: The Kostin Company, Susan Kostin, Deborah Weinstein, David Kostin, and
Andrew Kostin

300312623.1