**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Heather J. McDonald

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>LEWIS W. BERNARD 1995 CHARITABLE REMAINDER TRUST; LEWIS W. BERNARD in his capacity as Grantor and Trustee and individually; and ROBERT B. FEDUNIAK in his capacity as Special Trustee,<br><br>       Defendants. | Adv. Pro. No. 10-05063 (SMB) |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 14, 2014

2. Fact Discovery shall be completed by: November 10, 2014

3. The Deadline for Service of Substantive Interrogatories shall be: August 8, 2014

4. The Disclosure of Case-in-Chief Experts shall be due: January 5, 2015

5. The Disclosure of Rebuttal Experts shall be due: February 4, 2015

6. The Deadline for Completion of Expert Discovery shall be: May 5, 2015

7. The Deadline for Service of a Notice of Mediation Referral shall be: On or before July 3, 2015

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before July 17, 2015, or within 14 days after the service of the Notice of Mediation Referral, whichever is earlier.

9. The Deadline for Conclusion of Mediation shall be: On or before October 30, 2015, or within 120 days of the date of service of the Notice of Mediator Selection, whichever is earlier.

Dated: New York, New York  
       February 26, 2014

BAKER & HOSTETLER LLP

By: /s/ *Nicholas J. Cremona*  
David J. Sheehan  
Marc E. Hirschfield  
Nicholas J. Cremona  
Heather J. McDonald  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

300311524.3