DAY PITNEY LLP
Margarita Y. Ginzburg, Esq. (MG-6240)
One Jefferson Road
Parsippany, NJ  07054-2891
Telephone: (973)966-6300
Facsimile: (973) 966-1015
-and-
7 Times Square
New York, NY  10036
*mginzburg@daypitney.com*
*Attorneys for Defendants Edmond A. Gorek and Marguerite M. Gorek*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SECURITIES INVESTOR PROTECTION CORPORATION,<br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>    Debtor | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC,<br>    Plaintiff,<br>v.<br><br>EDMOND A. GOREK, as an individual and as a joint tenant, and MARGUERITE M. GOREK, as an individual and as a joint tenant,<br>    Defendants. | Adv. Pro. No. 10-4797 (SMB)) |

72216352.1

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of the undersigned counsel on behalf of defendants EDMOND A. GOREK and MARGUERITE M. GOREK, in the above Adversary Proceeding and matters therein.

Dated: February 27, 2014
      Parsippany, NJ

      By:   /s/ *Margarita Y. Ginzburg*
              Margarita Y. Ginzburg (MG-6240)
              Day Pitney LLP
              One Jefferson Road
              Parsippany, NJ 07054
              Telephone: (973) 966-8265
              Facsimile: (973) 995-4588
              Email: mginzburg@daypitney.com