DAY PITNEY LLP
Margarita Y. Ginzburg, Esq. (MG-6240)
One Jefferson Road
Parsippany, NJ  07054-2891
Telephone: (973)966-6300
Facsimile: (973) 966-1015
-and-
7 Times Square
New York, NY  10036
*mginzburg@daypitney.com*
*Attorneys for Defendant Edmond A. Gorek*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SECURITIES INVESTOR PROTECTION CORPORATION,<br>             Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>             Debtor | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC,<br>             Plaintiff,<br>v.<br><br>EDMOND A. GOREK,<br>             Defendant. | Adv. Pro. No. 10-4623 (SMB) |

72216365.1

## **NOTICE OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of the undersigned counsel on behalf of defendant EDMOND A. GOREK, in the above Adversary Proceeding and matters therein.

Dated: February 27, 2014
Parsippany, NJ

By: /s/ *Margarita Y. Ginzburg*
Margarita Y. Ginzburg (MG-6240)
Day Pitney LLP
One Jefferson Road
Parsippany, NJ  07054
Telephone: (973) 966-8265
Facsimile:  (973) 995-4588
Email:  mginzburg@daypitney.com

72216365.1