DAY PITNEY LLP
7 Times Square
New York, NY 10036
Telephone:  (212) 297-5800
Thomas D. Goldberg (TG-7251)
Margarita Y. Ginzburg (MG-6240)

*Attorneys for Defendants Edmond A. Gorek and Marguerite M. Gorek*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation Of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-4797 (SMB) |
| Plaintiff, | |
| v. | |
| EDMOND A. GOREK and MARGUERITE M. GOREK, | |
| Defendants. | |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS
## COUNTS 2-6 OF THE COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in

Support of Defendants' Motion to Dismiss Counts 2-6 of the Complaint (the "Motion to

Dismiss"), all prior papers and proceedings herein, and such other and further arguments as may

be presented prior to and the hearing on the motion, Defendants Edmond A. Gorek and

Marguerite M. Gorek, by their undersigned counsel, will move to dismiss Counts 2-6 of the

complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Bankruptcy Rule

7012(b)(6) before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the

United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, NY 10004, Room 623 at a hearing to be held on the Motion to Dismiss at a date to be

determined by the Bankruptcy Judge in accordance with the procedures applicable to adversary

proceedings.

Dated: February 27, 2014               Respectfully submitted,
      New York, New York

                                      DAY PITNEY LLP

                                      By:  */s/ Thomas D. Goldberg*_____
                                         7 Times Square
                                         New York, NY 10036

                                         Thomas D. Goldberg
                                         One Canterbury Green
                                         201 Broad Street
                                         Stamford, CT  06901
                                         Telephone: (203) 977-7383
                                         Telecopier: (203) 977-7301
                                         E-mail: tgoldberg@daypitney.com

                                         Margarita Y. Ginzburg
                                         1 Jefferson Rd.
                                         Parsippany, NJ 07054
                                         Telephone:  (973) 966-6300
                                         Facsimile:   (973) 966-1015
                                         E-mail: mginzburg@daypitney.com
                                         *Attorneys for Defendants Edmond A. Gorek and*
                                         *Marguerite M. Gorek*