DAY PITNEY LLP
Margarita Y. Ginzburg, Esq. (MG-6240)
One Jefferson Road
Parsippany, NJ  07054-2891
Telephone: (973)966-6300
Facsimile: (973) 966-1015
-and-
7 Times Square
New York, NY  10036
*mginzburg@daypitney.com*
*Attorneys for Defendant Edmond A. Gorek*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation Of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br><br>v.<br><br>EDMOND A. GOREK,<br><br>            Defendant. | Adv. Pro. No. 10-4623 (SMB) |

**CERTIFICATE OF SERVICE**

72219953.1

THIS IS TO CERTIFY that on this 27th day of February, 2014 copies of the Notice of Defendant Edmond A. Gorek's Motion to Dismiss Counts 2-6 of the Complaint and the Memorandum of Law in Support of Defendant's Motion to Dismiss Counts 2-6 of the Complaint were transmitted and served through the Court's CM/ECF system upon all registered electronic filers.

Dated: February 27, 2014  
      New York, New York

Respectfully submitted,

DAY PITNEY LLP

By: */s/ Margarita Y. Ginzburg*  
Margarita Y. Ginzburg (MG-6240)  
Day Pitney LLP  
One Jefferson Road  
Parsippany, NJ  07054  
Telephone: (973) 966-8265  
Facsimile:  (973) 995-4588  
Email:  mginzburg@daypitney.com  
*Attorneys for Defendant Edmond A. Gorek*

-2-