DAY PITNEY LLP
Margarita Y. Ginzburg, Esq. (MG-6240)
One Jefferson Road
Parsippany, NJ 07054-2891
Telephone: (973)966-6300
Facsimile: (973) 966-1015
-and-
7 Times Square
New York, NY 10036
*mginzburg@daypitney.com*
*Attorneys for Defendants Edmond A. Gorek and Marguerite M. Gorek*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation Of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-4797 (SMB) |
| Plaintiff, | |
| v. | |
| EDMOND A. GOREK and MARGUERITE M. GOREK, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

72220134.1

THIS IS TO CERTIFY that on this 27th day of February, 2014 copies of the Notice of Defendants' Motion to Dismiss Counts 2-6 of the Complaint and the Memorandum of Law in Support of Defendants' Motion to Dismiss Counts 2-6 of the Complaint were transmitted and served through the Court's CM/ECF system upon all registered electronic filers.

Dated: February 27, 2014  
       New York, New York

Respectfully submitted,

DAY PITNEY LLP

By: */s/ Margarita Y. Ginzburg*  
Margarita Y. Ginzburg (MG-6240)  
Day Pitney LLP  
One Jefferson Road  
Parsippany, NJ 07054  
Telephone: (973) 966-8265  
Facsimile: (973) 995-4588  
Email: mginzburg@daypitney.com  
*Attorneys for Defendant Edmond A. Gorek*

72220134.1