# BakerHostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

February 27, 2014

Tatiana Markel
direct dial: 212.589.4615
tmarkel@bakerlaw.com

**VIA ELECTRONIC MAIL TO**
**bernstein.chambers@nysb.uscourts.gov**

Judge Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408

Re:    *Picard v. MUUS Independence Fund LP*, Adv. Pro. No. 10-04445 (SMB)

Dear Judge Bernstein:

Baker & Hostetler LLP is counsel to Irving H. Picard, trustee (the "Trustee") and
plaintiff in the above-referenced adversary proceeding.  Robert J. Kaplan is counsel to
the defendants in that proceeding.  This letter is a follow-up to the joint call that counsel
had with Your Honor's Chambers this morning.

We write to jointly and formally advise the Court that the parties have settled.
Defendants have signed the settlement agreement. The Trustee is presently out of town
and will countersign the settlement agreement early next week.  We expect to submit a
notice of dismissal of the adversary proceeding ("Dismissal Notice") to the Court next
week, after Defendants make the first settlement payment, in accordance with the terms
of the settlement agreement.

Pursuant to a Scheduling Order (the "Scheduling Order") [Docket No. 35], so ordered
by Your Honor on January 9, 2014, the parties were to exchange, and submit to the
Court, various pre-trial documents next week.  The Scheduling Order also set forth other
dates, including a trial that was to commence on March 25, 2014.

We respectfully request that Your Honor endorse a memorandum order on this letter
suspending the Scheduling Order pending the filing of the Dismissal Notice.

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Judge Stuart M. Bernstein
February 27, 2014
Page 2


Respectfully submitted,


_s/ Tatiana Markel_                                    _s/ Robert J. Kaplan_

Tatiana Markel                                        Robert J. Kaplan

BAKER & HOSTETLER LLP                                 *Counsel to Defendants*
*Counsel to Plaintiff*