**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>GEOFFREY S. REHNERT,<br><br>       Defendant. | Adv. Pro. No. 10-04556 (SMB) |

**CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 30, 2014.

2. Fact Discovery shall be completed by: December 12, 2014.

3. The Deadline for Service of Substantive Interrogatories shall be: September 12, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due: February 16, 2015.

5. The Disclosure of Rebuttal Experts shall be due: March 18, 2015.

6. The Deadline for Completion of Expert Discovery shall be: June 16, 2015.

7. The Deadline for Service of a Notice of Mediation Referral shall be: August 17, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: August 31, 2015.

9. The Deadline for Conclusion of Mediation shall be: December 29, 2015.

300310398.1

Dated: February 28, 2014

| BAKER & HOSTETLER LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|---|---|
| By: */s/ Nicholas J. Cremona* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone:  212.589.4200 <br> Facsimile:  212.589.4201 <br> David J. Sheehan <br> Email:  dsheehan@bakerlaw.com <br> Nicholas J. Cremona <br> Email:  ncremona@bakerlaw.com <br> Christa C. Turner <br> Email: cturner@bakerlaw.com <br> Parker G. Jordan <br> Email: pjordan@bakerlaw.com <br><br> *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By:  */s/ Elise S. Frejka* <br> Philip Bentley <br> Elise S. Frejka <br> Jason S. Rappaport <br> 1177 Avenue of the Americas <br> New York, New York 10036 <br> Telephone: 212.715.9100 <br> Facsimile: 212.715.8000 <br><br> and <br><br> GOULSTON & STORRS <br> A Professional Corporation <br> James F. Wallack <br> Peter D. Bilowz <br> 400 Atlantic Avenue <br> Boston, Massachusetts 02110-3333 <br> Telephone: 617.482.1776 <br> Facsimile: 617.574.4112 <br><br> *Attorneys for Defendants* |

300310398.1