**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

# AMENDED ORDER DIRECTING DUPLICATE FILINGS

By Notice of Presentment dated February 20, 2014, Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, by and through his counsel, sought an order amending this Court's February 18, 2014 Order [ECF No. 5659] (the "Duplicate Filings Order"), directing that any document filed in any of the Bernard L. Madoff Investment Securities LLC ("Madoff") adversary proceedings (the "Adversary Proceedings") shall be docketed in the Madoff main case, 08-01789 (the "Main Case"); and this Court having been informed that under

300312384.3

the Order Establishing Notice Procedures and Limiting Notice dated December 5, 2011 [ECF No. 4560] (the "Limited Notice Procedures Order"), parties are required to serve all filings in the Main Case on all parties to the "Master Service List" (as defined in the Limited Notice Procedures Order); and that the Limited Notice Procedures Order also requires parties to file an affidavit of service or certification of service annexing the list of parties that received notice and the manner in which notice was served; and the Trustee having reviewed the Duplicate Filings Order; and it appearing that the relief requested herein is necessary and in the best interests of all parties-in-interest; and due notice of this Order having been given, and it appearing that no other or further notice need be given; and after due deliberation, it is hereby:

**ORDERED**, that any document filed in any of the Adversary Proceedings on or after the date of this order shall be electronically docketed both in the appropriate Adversary Proceeding and in the Main Case; and it is further

**ORDERED**, that the duplicate electronic filing of all documents filed in any Adversary Proceeding in the Main Case will serve as sufficient notice to the parties in the Main Case; and it is further

**ORDERED**, that parties shall not be required to serve documents filed in the Main Case that relate solely to individual Adversary Proceedings on the Master Service List; and it is further

**ORDERED**, that parties will only be required to serve documents filed in Adversary Proceedings in accordance with the Limited Notice Procedures Order; and it is further

**ORDERED**, that parties in the Main Case shall be deemed to have received notice of and been served with all filings in the Main Case that relate solely to individual Adversary Proceedings through the Court's Electronic Filing ("ECF") notification system; and it is further

300312384.3

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York
      March 3rd, 2014

                                            /s/ STUART M. BERNSTEIN
                                            HONORABLE STUART M. BERNSTEIN,
                                            UNITED STATES BANKRUPTCY JUDGE