MILBERG LLP
Matthew Gluck
Matthew A. Kupillas
Jennifer L. Young
Joshua E. Keller
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Attorneys for Trust U/W/O Harriet Myers*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05401 (SMB) |
| Plaintiff, | |
| v. | |
| ESTATE OF ELEANOR MYERS a/k/a ELEANOR BLOCK a/k/a LEE BLOCK, | |
| TRUST U/W/O HARRIET MYERS, | |
| MARK E. BLOCK, in his capacity as Personal | |

Representative and Beneficiary of the Estate of Eleanor Myers, and as Trustee of the Trust U/W/O Harriet Myers,

GERALD J. BLOCK, individually and as Beneficiary of the Estate of Eleanor Myers,

MELISSA MYERS, as Beneficiary of the Trust U/W/O Harriet Myers, and

JASON MYERS as Beneficiary of the Trust U/W/O Harriet Myers,

                Defendants.

## CERTIFICATE OF SERVICE

I, Matthew A. Kupillas, hereby certify that on the 3rd day of March, 2014, I electronically filed Defendant Trust U/W/O Harriet Myers' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to the parties in this action that have elected to receive electronic notification through the CM/ECF system.

                                        *s/ Matthew A. Kupillas*
                                        Matthew A. Kupillas

681156v1