## Miscellaneous:

11-02760-smb Irving H. Picard, Trustee for the Liquidation of B v. ABN AMRO BANK N.V. (presently known as THE ROYAL B

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from David J. Sheehan entered on 3/3/2014 at 4:47 PM and filed on 3/3/2014

| | |
|---|---|
| **Case Name:** | Irving H. Picard, Trustee for the Liquidation of B v. ABN AMRO BANK N.V. (presently known as THE ROYAL B |
| **Case Number:** | 11-02760-smb |
| **Document Number:** | 21 |

**Docket Text:**
Stipulation *Extending Time to Respond to April 30, 2014 and Adjourning the Pre-Trial Conference to July 30, 2014* filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Sheehan, David)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Users\sroberts\Documents\ECF Filings 3-3-14\ABN Amro Bank London (11-02760) - Stipulation Extending Time to Respond to April 2014 and Adjournin.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=3/3/2014] [FileNumber=13395535-0]
[862fd2d6b4937acb7eb4db2c17a9c28b38590558dbee1647107556fd4fa4fd13c771f
1da9620aacd284b7b66d947a88a10d1328337dc850812095ad73dc7cc1b]]

**11-02760-smb Notice will be electronically mailed to:**

Michael S. Feldberg on behalf of Defendant ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.)
michael.feldberg@newyork.allenovery.com,
kurt.vellek@allenovery.com;brian.dehaan@allenovery.com

Marc E. Hirschfield on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
bhaa@bakerlaw.com

**11-02760-smb Notice will not be electronically mailed to:**

Clerk's Office of the United States Bankruptcy Court
One Bowling Green
New York, NY 10004

David J. Sheehan on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111