**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br>  v.<br><br>THE SUMITOMO TRUST AND BANKING CO., LTD.,<br><br>     Defendant. | Adv. Pro. No. 11-02573 (SMB) |

**STIPULATION EXTENDING TIME TO RESPOND**
**AND ADJOURNING THE PRE-TRIAL CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein,

that the time by which defendant Sumitomo Mitsui Trust Bank, Limited (formerly known as The

Sumitomo Trust & Banking Co., Ltd.) ("Defendant") may answer, move against, or otherwise

respond to the Trustee's amended complaint ("Amended Complaint") is extended up to and

including April 30, 2014.  The pre-trial conference will be adjourned from May 28, 2014, at

10:00 a.m. to July 30, 2014, at 10:00 a.m.

The purpose of this stipulated extension ("Stipulation") is to provide additional time for

the Defendant to answer, move against, or otherwise respond to the Amended Complaint.  This is

the ninth such extension.  Nothing in this Stipulation is a waiver of the Defendant's right to

request from the Court a further extension of time to answer, move against, or otherwise respond

to the Amended Complaint and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all rights and defenses they may have, and entry

into this Stipulation shall not impair or otherwise affect such rights and defenses, including

without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of

which when so signed shall be an original, but all of which shall together constitute one and the

same instrument.  A signed facsimile, photocopy, or electronic copy of this Stipulation shall be

deemed an original.  This Stipulation is entered into pursuant to the Order Granting

Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial

Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 5600).

Dated: March 4, 2014
       New York, New York

BAKER & HOSTETLER LLP

By: /s/ Thomas L. Long
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Marc E. Hirschfield
Email:  mhirschfield@bakerlaw.com
Thomas L. Long
Email:  tlong@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC*

BECKER, GLYNN, MUFFLY, CHASSIN &
HOSINSKI LLP

By: /s/ Jordan E. Stern
299 Park Avenue
New York, New York 10171
Telephone:  212-888-3033
Facsimile:  \212-888-0255
Zeb Landsman
Email: zlandsman@beckerglynn.com
Jordan E. Stern
Email:  jstern@beckerglynn.com

*Attorneys for Sumitomo Mitsui Trust Bank,
Limited (formerly known as The Sumitomo
Trust & Banking Co., Ltd.)*