LOWENSTEIN SANDLER LLP
Norman N. Kinel, Esq.
Terence D. Watson, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
Telephone:  (212) 262-6700
Facsimile:   (212) 262-7402

*Attorneys for John V. O'Neill,*
*Justin J. O'Neill and Megan E. O'Neill*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**NOTICE OF ELECTRONIC WITHDRAWAL FROM**
**CM/ECF ELECTRONIC NOTIFICATION SERVICE**

  **PLEASE TAKE NOTICE** that Norman N. Kinel and Terence D. Watson of the law firm Lowenstein Sandler LLP, hereby request to be removed from CM/ECF electronic notification service, and any other mailing matrix or service list in this case and any related adversary proceedings.

-2-

Dated: March 4, 2014  Respectfully Submitted,

LOWENSTEIN SANDLER LLP

By: */s/ Norman N. Kinel*
Norman N. Kinel, Esq.
Terence D. Watson, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7402

*Attorneys for John V. O'Neill,
Justin J. O'Neill and Megan E. O'Neill*