**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN NESSEL, <br><br> Defendant(s). | Adv. Pro. No. 10-04701 (SMB) |

**CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above

captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the

following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due:  April 11, 2014

2.      The Deadline for Service of Substantive Interrogatories shall be:  January 6, 2015

3.      Fact Discovery shall be completed by:  April 15, 2015

4.      The Disclosure of Case-in-Chief Experts shall be due:  July 6, 2015

5.      The Disclosure of Rebuttal Experts shall be due:  August 6, 2015

6.      The Deadline for Completion of Expert Discovery shall be:  October 2, 2015

7.      The Deadline to file a Notice of Mediation Referral shall be:  October 30, 2015

8.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:
November 13, 2015

9.      The Deadline for Conclusion of Mediation shall be:  December 30, 2015

Dated: New York, New York
      March 4, 2014

BAKER & HOSTETLER LLP


By: *Nicholas J. Cremona*
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*