**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>        v.<br><br>WILLARD N. WEISBERG TRUST UAD 3/25/98 ; and WILLARD N. WEISBERG, individually and in his capacity as Settlor and Trustee of the Willard N. Weisberg Trust UAD 3/25/98, | Adv. Pro. No. 10-04771 (SMB) |

|                                  |
| -------------------------------- |
| Defendant(s).                    |

## NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (BRL), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff") [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, the Trustee and Defendants may jointly agree to enter mediation prior to or upon completion of discovery without further court order. Avoidance Procedures, ¶ 5A.

Through this Notice of Mediation Referral, the Trustee and Defendants (the "Parties") hereby state that they have completed discovery in the above-referenced adversary proceeding and agree to be referred to mandatory mediation at this time.

Pursuant to the Avoidance Procedures, the Parties agree that within 14 calendar days after the filing of this Notice of Mediation Referral, the Parties shall choose a mediator in accordance with the Mediation Order. If the Parties are unable to agree on a mediator, the Court shall appoint one in accordance with the Mediation Order.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

2

Dated: New York, New York

March 4, 2014

| | |
|---|---|
| /s/ *Nicholas J. Cremona* | /s/ *Mark Thieroff* |
| Baker & Hostetler LLP | Siegel Brill, P.A. |
| 45 Rockefeller Plaza | 100 Washington Avenue South |
| New York, NY 10111 | Suite 1300 |
| Telephone: 212.589.4200 | Minneapolis, MN 55401 |
| Facsimile: 212.589.4201 | Telephone: (612) 337-6100 |
| David J. Sheehan | Facsimile: (612) 339-6591 |
| E-mail: dsheehand@bakerlaw.com | Brian E. Weisberg |
| Marc E. Hirschfield | Email: brianweisberg@siegelbrill.com |
| E-mail: mhirschfield@bakerlaw.com | Mark Thieroff |
| Nicholas J. Cremona | Email: markthieroff@siegelbrill.com |
| E-mail: jcremona@bakerlaw.com | |
| | *Attorneys for Defendants Willard N.* |
| *Attorneys for Irving H. Picard,* | *Weisberg Trust UAD 3/25/98 and* |
| *Trustee for the Substantively Consolidated* | *Willard N. Weisberg* |
| *SIPA Liquidation of Bernard L. Madoff* | |
| *Investment Securities LLC and the Estate of* | |
| *Bernard L. Madoff* | |