**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 12-01217 (SMB) |
| Plaintiff, | |
| v. | |
| BROWN BROTHERS HARRIMAN & CO., | |
| Defendant. | |

**STIPULATION EXTENDING TIME TO RESPOND**
**AND ADJOURNING THE PRE-TRIAL CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein,

that the time by which defendant Brown Brothers Harriman & Co. ("Defendant") may answer,

move against, or otherwise respond to the Trustee's complaint ("Complaint") is extended up to

and including April 30, 2014.  The pre-trial conference will be adjourned from May 28, 2014, at

10:00 a.m. to July 30, 2014, at 10:00 a.m.

The purpose of this stipulated extension ("Stipulation") is to provide additional time for

the Defendant to answer, move against, or otherwise respond to the Complaint.  This is the tenth

such extension.  Nothing in this Stipulation is a waiver of the Defendant's right to request from

the Court a further extension of time to answer, move against, or otherwise respond to the

Complaint and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all other rights and defenses they may have, and

entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including

without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of

which when so signed shall be an original, but all of which shall together constitute one and the

same instrument.  A signed facsimile, photocopy, or electronic copy of this Stipulation shall be

deemed an original.    This Stipulation is entered into pursuant to the Order Granting

Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial

Conferences (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 5600).

Dated:  March 5, 2014
        New York, New York

/s/ Thomas L. Long                          /s/ Bruce M. Sabados
**BAKER & HOSTETLER LLP**                   **KATTEN MUCHIN ROSENMAN LLP**
45 Rockefeller Plaza                        575 Madison Avenue
New York, New York 10111                    New York, New York 10022
Telephone:  (212) 589-4200                  Telephone:  (212) 940-8800
Facsimile:  (212) 589-4201                  Facsimile:  (212) 940-8776
David J. Sheehan                            Bruce M. Sabados
Email:  dsheehan@bakerlaw.com               Email:  bruce.sabados@kattenlaw.com
Thomas L. Long                              Anthony L. Paccione
Email:  tlong@bakerlaw.com                  Email:  anthony.paccione@kattenlaw.com
Mark A. Kornfeld
Email:  mkornfeld@bakerlaw.com              *Attorneys for Brown Brothers Harriman & Co.*

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*