UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

John Ksiez (the "Claimant"), having filed an objection (the "Objection", Docket No. 457) to the Trustee's Notice of Determination respecting Claimant's customer claim (#000113), hereby gives notice that he withdraws such Objection. The basis for the withdrawal is that the Claimant's customer claim was allowed and has been fully satisfied in accordance with the Net Investment Method.

Dated: February 28 2014

　　　　　　　　　　　　　　　　　　　　　　　_/s/ John Ksiez_
　　　　　　　　　　　　　　　　　　　　　　　John Ksiez
　　　　　　　　　　　　　　　　　　　　　　　4496 N.W. Wandering Oak Court
　　　　　　　　　　　　　　　　　　　　　　　Jensen Beach, Florida, 34957