# EXHIBIT I

**PENAP, APPEAL**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Adversary Proceeding #: 10-03114-smb

*Assigned to:* Judge Stuart M. Bernstein  
*Lead BK Case:* 08-99000  
*Lead BK Title:* Administrative Case Re: 08-01789 (Securities Invest  
*Lead BK Chapter:* 11  
*Demand:*  

*Nature[s] of Suit:* 72 Injunctive relief - other

*Date Filed:* 03/31/10

*Plaintiff*
-----------------------

| | |
|---|---|
| **Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff** | represented by **Marc E. Hirschfield**<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>212-589-4200<br>Fax : 212-589-4201<br>Email: mhirschfield@bakerlaw.com<br><br>**Keith R. Murphy**<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>212-589-4200<br>Fax : 212-589-4201<br>Email: kmurphy@bakerlaw.com |

V.

*Defendant*
-----------------------

| | |
|---|---|
| **Adele Fox, individually and to the extent she purports to represent a class of those similarly situated** | represented by **Helen Chaitman**<br>Becker & Poliakoff, LLP<br>45 Broadway<br>New York, NY 10006<br>212-599-3322<br>Fax : 212-557-0295<br>Email: HChaitman@becker-poliakoff.com<br><br>**John H. Drucker**<br>Cole Schotz Meisel Forman & Leonard P.A. |

A Professional Corporation  
900 Third Avenue  
16th Floor  
New York, NY 10022-4728  
(212) 752-8000  
Fax : (212) 752-8393  
Email: jdrucker@coleschotz.com

**Laurence May**  
Cole Schotz Meisel Forman & Leonard P.A.  
A Professional Corporation  
900 Third Avenue  
16th Floor  
New York, NY 10022-4728  
(212) 752-8000  
Fax : (212) 752-8393  
Email: lmay@coleschotz.com

**Nolan E. Shanahan**  
Cole, Schotz, Meisel, Forman & Leonard, P.A.  
900 Third Avenue  
New York, NY 10022  
(212) 752-8000  
Fax : (212) 752-8393  
Email: nshanahan@coleschotz.com

**Peter W. Smith**  
Becker & Poliakoff. LLP  
45 Broadway  
New York, NY 10006  
212-955-3322  
Email: psmith@becker-poliakoff.com

*Defendant*  
-----------------------  
**Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated**

represented by **Helen Chaitman**  
(See above for address)

**Peter W. Smith**  
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
|  | [1](#) (23 pgs) | Complaint against Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated . |

| | | |
|---|---|---|
| 03/31/2010 | | Nature(s) of Suit: (72 (Injunctive relief - other)) Filed by Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 03/31/2010) |
| 03/31/2010 | [2](#) (45 pgs) | Motion for Temporary Restraining Order */Memorandum of Law In Support of Trustee's Application For Temporary Restraining Order, Enforcement of Automatic Stay and Preliminary Injunction* filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 03/31/2010) |
| 03/31/2010 | [3](#) (140 pgs; 11 docs) | Affidavit *n Support of The Trustee's Application For Temporary Restraining Order, Enforcement of Automatic Stay and Preliminary Injunction* (related document(s)[2](#)) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Attachments: [1](#) Exhibit A[2](#) Exhibit B[3](#) Exhibit C[4](#) Exhibit D[5](#) Exhibit E[6](#) Exhibit F[7](#) Exhibit G[8](#) Exhibit H[9](#) Exhibit I[10](#) Exhibit J)(Murphy, Keith) (Entered: 03/31/2010) |
| 04/01/2010 | [4](#) (4 pgs) | Order to Show Cause With Temporary Restraining Order (TRO) signed on 4/1/2010 at 11:05 AM signed on 4/1/2010 (related document(s)[2](#)). With hearing to be held on 4/19/2010 at 10:00 AM at Courtroom 623 (BRL). (Saenz De Viteri, Monica) (Entered: 04/01/2010) |
| 04/01/2010 | [5](#) (3 pgs) | Certificate of Service *of Order to Show Cause with Temporary Restraining Order, Memorandum of Law, Affidavit of David J. Sheehan in Support, Proposed Order Enforcing Automatic Stay and Complaint* (related document(s)[2](#), [3](#), [4](#), [1](#)) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 04/01/2010) |
| | [6](#) (1 pg) | Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 5/12/2010 at 10:00 AM at Courtroom 623 (BRL), Answer due by 5/3/2010, |

| | | |
|---|---|---|
| 04/02/2010 | | (Campbell, Tiffany) (Entered: 04/02/2010) |
| 04/07/2010 | 7<br>(2 pgs) | Notice of Appearance filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Chaitman, Helen) (Entered: 04/07/2010) |
| 04/07/2010 | 8<br>(2 pgs) | Notice of Appearance filed by Peter W. Smith on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Smith, Peter) (Entered: 04/07/2010) |
| 04/08/2010 | 9<br>(2 pgs) | So Ordered Stipulation signed on 4/8/2010 Between Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff and Adele Fox and Susanne Stone Marshall, individually and to the extent they represent a class of those similarly situated. RE: Adjourning Hearing, Extending Temporary Restraining Order, And Setting Briefing Schedule (related document(s)4). With hearing to be held on 4/27/2010 at 10:00 AM at Courtroom 623 (BRL). (Saenz De Viteri, Monica) (Entered: 04/08/2010) |
| 04/15/2010 | 10<br>(31 pgs) | Opposition Brief *Defendants' Memorandun of Law in Opposition to Plaintiff's Order to Show Cause* (related document(s)2) filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Chaitman, Helen) (Entered: 04/15/2010) |
| | 11<br>(8 pgs; 2 docs) | Declaration *of Adele Fox* (related document(s)2) filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those |

| | | |
|---|---|---|
| 04/15/2010 | | similarly situated. (Attachments: 1 Exhibit A) (Chaitman, Helen) (Entered: 04/15/2010) |
| 04/15/2010 | 12 (2 pgs) | Declaration *of Susanne Stone Marshall* (related document(s)2) filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Chaitman, Helen) (Entered: 04/15/2010) |
| 04/15/2010 | 13 (83 pgs; 4 docs) | Declaration *of Peter W. Smith, Esq. in Opposition to the Trustee's Application for Enforcement of Automatice Stay and Preliminary Injunction* (related document(s)2) filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Attachments: 1 Exhibit A 2 Exhibit B 3 Exhibit C) (Chaitman, Helen) (Entered: 04/15/2010) |
| 04/15/2010 | 14 (2 pgs) | Declaration *of Richard L. Stone* (related document(s)2) filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Chaitman, Helen) (Entered: 04/15/2010) |
| 04/15/2010 | 15 (2 pgs) | Certificate of Service (related document(s)10, 12, 13, 14, 11) filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Chaitman, Helen) (Entered: 04/15/2010) |
| | 16 (3 pgs) | Summons Service Executed on Adele Fox, individually and to the extent she purports to represent a class of those similarly situated Answer Due: 05/6/2010; Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated |

| | | |
|---|---|---|
| 04/15/2010 | | Answer Due: 05/6/2010. (related document(s)1, 6) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 04/15/2010) |
| 04/21/2010 | | Receipt of Complaint(10-03114) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 635. Fee amount 250.00. (Slinger) (Entered: 04/21/2010) |
| 04/21/2010 | 17 (25 pgs) | Reply to Motion */Reply Memorandum of Law in Support of Trustee's Application For Enforcement of Automatic Stay and Preliminary Injunction* (related document(s)2) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 04/21/2010) |
| 04/21/2010 | 18 (3 pgs) | Certificate of Service *of Reply Memorandum of Law in Support of Trustee's Application For Enforcement of Automatic Stay and Preliminary Injunction* (related document(s)17) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 04/21/2010) |
| 04/26/2010 | 19 (17 pgs) | Letter *to Hon. Burton R. Lifland, Re: Argument April 27, 2010 at 10 a.m.* filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Chaitman, Helen) (Entered: 04/26/2010) |
| 04/28/2010 | 20 (2 pgs) | Minute Order signed on 4/28/2010 Granting Motion for Enforcement of the Automatic Stay and Preliminary Injunction. RE: Per the record of the hearing held on April 27, 2010, and as more fully set forth in the Courts forthcoming separate, written opinion (Related Doc # 2). (Saenz De Viteri, Monica) (Entered: 04/28/2010) |
| | 21 (23 pgs) | Transcript regarding Hearing Held on April 27, 2010 RE: Application for Temporary Restraining Order, Enforcement of Automatic Stay and |

| | | |
|---|---|---|
| 04/29/2010 | | Preliminary Injunction, et al.. Remote electronic access to the transcript is restricted until 7/28/2010. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 5/6/2010. Statement of Redaction Request Due By 5/20/2010. Redacted Transcript Submission Due By 6/1/2010. Transcript access will be restricted through 7/28/2010. (Richards, Beverly) (Entered: 04/29/2010) |
| 05/03/2010 | 22 (22 pgs) | Written Opinion signed on 5/3/2010 granting trustee's motion pursuant to Bankruptcy Code Section 362(a) and 105(a) and Bankruptcy Rule 7065 for enforcement of the automatic stay and for a preliminary injunction. (related document(s) 2, 20, 1) (Chou, Rosalyn) (Entered: 05/03/2010) |
| 05/03/2010 | 23 (17 pgs; 2 docs) | Answer to Complaint (Related Doc # 1) (related document(s)1) filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Attachments: 1 Certificate of Service)(Chaitman, Helen) (Entered: 05/03/2010) |
| 05/11/2010 | 24 (5 pgs; 2 docs) | Notice of Adjournment of Hearing */Notice of Adjournment of the Pre-Trial Conference to July 20, 2010* filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. with hearing to be held on 7/20/2010 at 10:00 AM at Courtroom 623 (BRL) (Attachments: 1 Appendix Certificate of Service)(Hirschfield, Marc) (Entered: 05/11/2010) |
| | 25 (29 pgs; 3 docs) | Notice of Appeal (related document(s)22, 20) filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Attachments: 1 Exhibit A2 Exhibit B)(Chaitman, Helen) (Entered: |

| | | |
|---|---|---|
| 05/12/2010 | | 05/12/2010) |
| 05/12/2010 | | Receipt of Notice of Appeal(10-03114-brl) [appeal,97] ( 255.00) Filing Fee. Receipt number 6809696. Fee amount 255.00. (U.S. Treasury) (Entered: 05/12/2010) |
| 05/12/2010 | 26 (2 pgs) | Certificate of Service (related document(s)25) filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Chaitman, Helen) (Entered: 05/12/2010) |
| 05/25/2010 | 27 (2 pgs) | Consent Order signed on 5/25/2010 Granting Substitution of Attorney. (Saenz De Viteri, Monica) (Entered: 05/25/2010) |
| 05/26/2010 | 28 (11 pgs) | Designation of Contents (appellant). *Designation of Items to be Included in the Record and Statement of the Issues to be Presented on Appeal* (related document(s)25) filed by Helen Chaitman on behalf of Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Chaitman, Helen) (Entered: 05/26/2010) |
| 05/26/2010 | 29 (2 pgs) | Certificate of Service (related document(s)28) filed by Helen Chaitman on behalf of Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Chaitman, Helen) (Entered: 05/26/2010) |
| 05/26/2010 | 30 (16 pgs; 2 docs) | Designation of Contents (appellant). *and Statement of Issues on Appeal* filed by John H. Drucker on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated. (Attachments: 1 Exhibit A)(Drucker, John) (Entered: 05/26/2010) |
| | 31 (82 pgs) | Counter Designation (appellee) */ Appellee Irving H. Picard, Trustees Counter-Designation Of Additional Items To Be Included In The Record On Appeal* filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. |

| | | |
|---|---|---|
| 06/09/2010 | | (Murphy, Keith) (Entered: 06/09/2010) |
| 06/09/2010 | [32](#) (13 pgs) | Motion to Strike */ Trustee's Motion To Strike Issue Number Five And Related Documents And Memorandum Of Law In Support* filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. with hearing to be held on 7/15/2010 at 10:00 AM at Courtroom 623 (BRL) Responses due by 6/24/2010, (Murphy, Keith) (Entered: 06/09/2010) |
| 06/09/2010 | [33](#) (4 pgs) | Affidavit of Service *by I. Rodriguez* (related document(s)[32](#), [31](#)) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 06/09/2010) |
| 06/10/2010 | [34](#) (113 pgs; 2 docs) | Counter Designation (appellee) */Appellee Irving H. Picard, Trustee's Amended Counter-Designation Of Additional Items To Be Included In The Record On Appeal* (related document(s)[31](#)) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Attachments: [1](#) Exhibit Item Nos. 14, 16-24)(Murphy, Keith) (Entered: 06/10/2010) |
| 06/10/2010 | [35](#) (4 pgs) | Affidavit of Service *of Appellee Irving H. Picard, Trustee's Amended Counter-Designation of Additional Items To Be Included In The Record on Appeal* (related document(s)[34](#)) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 06/10/2010) |
| 06/17/2010 | [36](#) (2 pgs) | Civil Cover Sheet from U.S. District Court, Case Number: 1004652 Judge John G. Koeltl (related document(s)[25](#)) filed by Clerk's Office of the U.S. Bankruptcy Court, S.D.N.Y.. (Rouzeau, Anatin) (Entered: 06/17/2010) |
| | [37](#) (1 pg) | Letter *to District Court Judge John G. Koeltl* (related document(s)[36](#), [34](#), [30](#), [28](#), [31](#), [25](#)) filed by Clerk's Office of the U.S. Bankruptcy Court, S.D.N.Y.. (Rouzeau, Anatin) (Entered: |

| | | |
|---|---|---|
| 06/17/2010 | | 06/17/2010) |
| 07/06/2010 | [38](#) (12 pgs) | Memorandum of Law *in Opposition to Trustee's Motion to Strike* (related document(s)[32](#)) filed by Laurence May on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated. (May, Laurence) (Entered: 07/06/2010) |
| 07/07/2010 | [39](#) (4 pgs) | So Ordered Stipulation signed on 7/7/2010 modifying scheduling (related document(s)[32](#)) with hearing to be held on 7/28/2010 at 10:00 AM at Courtroom 623 (BRL) (Chou, Rosalyn) (Entered: 07/07/2010) |
| 07/07/2010 | [40](#) (2 pgs) | Opposition *Marshall Defendants' Joinder in Fox Defendants' Opposition to Trustee's Motion to Strike* (related document(s)[32](#)) filed by Helen Chaitman on behalf of Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Chaitman, Helen) (Entered: 07/07/2010) |
| 07/07/2010 | [41](#) (2 pgs) | Certificate of Service (related document(s)[40](#)) filed by Helen Chaitman on behalf of Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Chaitman, Helen) (Entered: 07/07/2010) |
| 07/07/2010 | [42](#) (2 pgs) | Amended Certificate of Service (related document(s)[40](#)) filed by Helen Chaitman on behalf of Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Chaitman, Helen) (Entered: 07/07/2010) |
| 07/15/2010 | [43](#) (2 pgs) | Notice of Adjournment of Hearing */Notice of Adjournment of the Pre-Trial Conference to September 21, 2010* filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. with hearing to be held on 9/21/2010 at 10:00 AM at Courtroom 623 (BRL) (Murphy, Keith) (Entered: 07/15/2010) |
| | [44](#) (4 pgs) | Affidavit of Service *of Notice of Adjournment of Pre-Trial Conference to September 21, 2010* (related document(s)[43](#)) filed by Keith R. Murphy |

| | | |
|---|---|---|
| 07/19/2010 | | on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 07/19/2010) |
| 07/23/2010 | [45](#) (12 pgs) | Reply to Motion */ Reply Memorandum of Law in Support of Trustee's Motion to Strike Issue Number Five and Related Documents* (related document(s)[32](#)) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 07/23/2010) |
| 07/27/2010 | [46](#) (2 pgs) | Notice of Adjournment of Hearing */Notice of Adjournment of Hearing on Trustee's Motion to Strike Issue Number Five and Related Documents* (related document(s)[32](#)) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. with hearing to be held on 8/3/2010 at 10:00 AM at Courtroom 623 (BRL) (Murphy, Keith) (Entered: 07/27/2010) |
| 08/02/2010 | [47](#) (4 pgs) | Affidavit of Service *of Reply Memorandum of Law in Support of Trustee's Motion to Strike Issue Number Five and Related Documents* (related document(s)[32](#)) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 08/02/2010) |
| 08/02/2010 | [48](#) (4 pgs) | Affidavit of Service *of Notice of Adjournment of hearing on Trustee's Motion To Strike Issue Number Five And Related Documents And Memorandum Of Law In Support* (related document(s)[32](#)) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 08/02/2010) |
| 08/03/2010 | [49](#) (7 pgs) | Written Opinion signed on 8/3/2010 granting trustee's motion to strike. (related document(s)[40](#), [45](#), [32](#)) (Chou, Rosalyn) (Entered: 08/03/2010) |
| | [50](#) | Transcript regarding Hearing Held on August 3, |

| | | |
|---|---|---|
| 08/04/2010 | (26 pgs) | 2010 10:09 AM Remote electronic access to the transcript is restricted until 11/2/2010. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/11/2010. Statement of Redaction Request Due By 8/25/2010. Redacted Transcript Submission Due By 9/7/2010. Transcript access will be restricted through 11/2/2010. (Richards, Beverly) (Entered: 08/04/2010) |
| 08/11/2010 | 51 (11 pgs; 2 docs) | Notice of Appeal (related document(s)49) filed by Nolan E. Shanahan on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated. (Attachments: 1 Exhibit A - Appealed Order)(Shanahan, Nolan) (Entered: 08/11/2010) |
| 08/11/2010 | | Receipt of Notice of Appeal(10-03114-brl) [appeal,97] ( 255.00) Filing Fee. Receipt number 7013579. Fee amount 255.00. (U.S. Treasury) (Entered: 08/11/2010) |
| 08/12/2010 | 52 (13 pgs; 3 docs) | Notice of Appeal (related document(s)49) filed by Peter W. Smith on behalf of Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Attachments: 1 Exhibit A - Doc. #492 Certificate of Service)(Smith, Peter) (Entered: 08/12/2010) |
| 08/12/2010 | | Receipt of Notice of Appeal(10-03114-brl) [appeal,97] ( 255.00) Filing Fee. Receipt number 7014295. Fee amount 255.00. (U.S. Treasury) (Entered: 08/12/2010) |
| 08/25/2010 | 53 (6 pgs) | Designation of Contents (appellant). , Statement of Issues filed by Nolan E. Shanahan on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated. (Attachments: 1 Exhibit A - Transcript of Oral Argument **Transcript Restricted Until 11/2/2010** (8/30/10))(Shanahan, Nolan) Modified on 8/26/2010 (Richards, Beverly). (Entered: 08/25/2010) |

| | | |
|---|---|---|
| 08/26/2010 | 54 (7 pgs) | Designation of Contents (appellant). *Statement of Issues* filed by Peter W. Smith on behalf of Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated. (Smith, Peter) (Entered: 08/26/2010) |
| 09/08/2010 | 55 (559 pgs; 20 docs) | Counter Designation (appellee) */Appellee Irving H. Picard, Trustee's Counter-Designation of Additional Items to be Included In The Record On Appeal* (related document(s)53, 54) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Attachments: 1 Appendix Item 12 Appendix Item 23 Appendix Item 3 - Part I4 Appendix Item 3 - Part II5 Appendix Item 46 Appendix Item 57 Appendix Item 68 Appendix Item 79 Appendix Item 810 Appendix Item 911 Appendix Item 1012 Appendix Item 1113 Appendix Item 1214 Appendix Item 1315 Appendix Item 1416 Appendix Item 1517 Appendix Item 1618 Appendix Item 1719 Appendix Item 18)(Murphy, Keith) (Entered: 09/08/2010) |
| 09/08/2010 | 56 (4 pgs) | Affidavit of Service *of Appellee Irving H. Picard, Trustee's Counter-Designation of Additional Items To Be Included In The Record On Appeal* (related document(s)55) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 09/08/2010) |
| 09/16/2010 | 57 (3 pgs) | Civil Cover Sheet from U.S. District Court, Case Number: 1007101 (related document(s)51) filed by Clerk's Office of the U.S. Bankruptcy Court, S.D.N.Y.. (Rouzeau, Anatin) (Entered: 09/16/2010) |
| | 61 (34 pgs) | Transcript regarding Hearing Held on September 14, 2010 10:04 AM Remote electronic access to the transcript is restricted until 12/15/2010. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 9/23/2010. Statement of |

| | | |
|---|---|---|
| 09/16/2010 | | Redaction Request Due By 10/7/2010. Redacted Transcript Submission Due By 10/18/2010. Transcript access will be restricted through 12/15/2010. (Richards, Beverly) (Entered: 09/30/2010) |
| 09/20/2010 | 58 (2 pgs) | Notice of Adjournment of Hearing */ Notice of Adjournment of Pre-Trial Conference to December 29, 2010 at 10:00 A.M.* filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. with hearing to be held on 12/29/2010 at 10:00 AM at Courtroom 623 (BRL) (Murphy, Keith) (Entered: 09/20/2010) |
| 09/21/2010 | 59 (2 pgs) | Civil Cover Sheet from U.S. District Court, Case Number: 1007219 (related document(s)52) filed by Clerk's Office of the U.S. Bankruptcy Court, S.D.N.Y.. (Rouzeau, Anatin) (Entered: 09/21/2010) |
| 09/23/2010 | 60 (4 pgs) | Affidavit of Service *of Notice of Adjournment of Pre-Trial Conference* (related document(s)58) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 09/23/2010) |
| 12/28/2010 | 62 (2 pgs) | Notice of Adjournment of Hearing *Notice of Adjournment of Pre-Trial Conference* filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. with hearing to be held on 3/9/2011 at 10:00 AM at Courtroom 623 (BRL) (Murphy, Keith) (Entered: 12/28/2010) |
| 12/29/2010 | 63 (4 pgs) | Affidavit of Service *of Notice of Adjournment of Pre-Trial Conference* (related document(s)62) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 12/29/2010) |
| | 64 (2 pgs) | Notice of Adjournment of Hearing */ Notice of Adjournment of Pre-Trial Conference to July 27, 2011* filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard |

| | | |
|---|---|---|
| 03/04/2011 | | L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 03/04/2011) |
| 07/21/2011 | [65](#) (2 pgs) | Notice of Adjournment of Hearing / *Notice of Adjournment of the Pre-Trial Conference to October 26, 2011* filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 07/21/2011) |
| 10/20/2011 | [66](#) (2 pgs) | Notice of Adjournment of Hearing / *Notice of Adjournment of Pre-Trial Conference to February 29, 2012 at 10:00 A.M.* filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Murphy, Keith) (Entered: 10/20/2011) |
| 10/20/2011 | [67](#) (4 pgs) | Affidavit of Service *of Notice of Adjournment of Pre-Trial Conference* (related document(s)[66](#)) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Murphy, Keith) (Entered: 10/20/2011) |
| 02/28/2012 | [68](#) (2 pgs) | Notice of Adjournment of Hearing / *Notice of Adjournment of the Pre-Trial Conference to July 25, 2012 at 10:00 A.M.* filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Murphy, Keith) (Entered: 02/28/2012) |
| 03/27/2012 | [69](#) (49 pgs) | Order of U.S. District Court Judge John G. Koeltl signed on 3/26/2012 re: [25](#). The Bankruptcy Court's Automatic Stay Order, and its Order approving the settlement between the Trustee and the Picower defendants and permanently enjoining certain duplicative or derivative actions against the Picower Defendants is AFFIRMED. This Opinion and Order finally disposes of the above captioned appeals. (Savinon, Tiffany) (Entered: 03/27/2012) |
| | [70](#) (2 pgs) | Notice of Adjournment of Hearing /*Notice of Adjournment of the Pre-Trial Conference* |

| | | |
|---|---|---|
| 07/24/2012 | | *Rescheduled to January 10, 2013 at 10:00 a.m.* filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Sheehan, David) (Entered: 07/24/2012) |
| 01/09/2013 | [71](#) (2 pgs) | Notice of Adjournment of Hearing */ Notice of Adjournment of the Pre-Trial Conference to March 20, 2013* filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Murphy, Keith) (Entered: 01/09/2013) |
| 01/11/2013 | [72](#) (3 pgs) | Affidavit of Service *of Notice of Adjournment of the Pre-Trial Conference to March 20, 2013* (related document(s)71) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Murphy, Keith) (Entered: 01/11/2013) |
| 03/18/2013 | [73](#) (2 pgs) | Notice of Adjournment of Hearing */Pre-Trial Conference* filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. with hearing to be held on 5/29/2013 at 10:00 AM at Courtroom 623 (BRL) (Murphy, Keith) (Entered: 03/18/2013) |
| 03/25/2013 | [74](#) (3 pgs) | Affidavit of Service (related document(s)73) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Murphy, Keith) (Entered: 03/25/2013) |
| 05/21/2013 | [75](#) (2 pgs) | Notice of Adjournment of Hearing */ Notice of Adjournment of the Pre-Trial Conference Rescheduled to August 21, 2013 at 10:00 a.m.* filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Murphy, Keith) (Entered: 05/21/2013) |
| | [76](#) (3 pgs) | Affidavit of Service (related document(s)75) filed by Marc E. Hirschfield on behalf of Irving H. |

| | | |
|---|---|---|
| 05/24/2013 | | Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Hirschfield, Marc) (Entered: 05/24/2013) |
| 08/12/2013 | [77](#) (2 pgs) | Notice of Adjournment of Hearing */Notice of Adjournment of the Pre-Trial Conference Rescheduled to November 20, 2013 at 10:00 a.m.* filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Murphy, Keith) (Entered: 08/12/2013) |
| 08/23/2013 | [78](#) (3 pgs) | Affidavit of Service (related document(s)[77](#)) filed by Marc E. Hirschfield on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Hirschfield, Marc) (Entered: 08/23/2013) |
| 11/19/2013 | [79](#) (2 pgs) | Statement */Notice of Adjournment of the Pre-Trial Conference* filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Sheehan, David) (Entered: 11/19/2013) |
| 11/22/2013 | [80](#) (3 pgs) | Affidavit of Service (related document(s)[79](#)) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Sheehan, David) (Entered: 11/22/2013) |
| 01/14/2014 | [81](#) (1 pg) | Notice of Case Reassignment From Judge Burton R. Lifland to Judge Stuart M. Bernstein. Judge Stuart M. Bernstein added to the case. (Richards, Beverly). (Entered: 01/15/2014) |



