# EXHIBIT M

WM

# U.S. District Court
## Southern District of Florida (West Palm Beach)
### CIVIL DOCKET FOR CASE #: 9:14-cv-80012-KAM

Goldman et al v. Capital Growth Company et al  
Assigned to: Judge Kenneth A. Marra  
Cause: 28:2201 Declaratory Judgment

Date Filed: 01/06/2014  
Jury Demand: None  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: Federal Question

**Plaintiff**

**Pamela Goldman** represented by **Lesley Guy Blackner**
Blackner Stone & Associates
340 Royal Poinciana Way
St 317-377
Palm Beach, FL 33480
561-659-5754
Fax: 561-659-3184
Email: LBlackner@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph George Galardi**
Beasley Hauser Kramer & Galardi PA
505 S Flagler Drive
Suite 1500
West Palm Beach, FL 33401
561-835-0900
Fax: 835-0939
Email: Galardi@beasleylaw.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A & G Goldman Partnership** represented by **Lesley Guy Blackner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph George Galardi**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Capital Growth Company**

**Defendant**

Decisions, Inc.

**Defendant**

Favorite Funds

**Defendant**

JA Primary Limited Partnership

**Defendant**

JA Special Limited Partnership

**Defendant**

JAB Partnership

**Defendant**

JEMW Partnership

**Defendant**

JF Partnership

**Defendant**

JFM Investment Companies

**Defendant**

JLN Partnership

**Defendant**

JMP Limited Partnership

**Defendant**

Jeffry M. Picower Special Company

**Defendant**

Jeffry M. Picower, P.C.

**Defendant**

The Picower Foundation

**Defendant**

John Doe Trustees of the Picower Foundation

**Defendant**

The Picower Institute of Medical Research

**Defendant**

**The Trust f/b/o Gabrielle H. Picower**

**Defendant**

**Barbara Picower**
*individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabriel H. Picower*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/06/2014 | 1 | COMPLAINT *for Declaratory Judgment* against All Defendants. Filing fees $ 400.00 receipt number 113C-6366685, filed by A & G Goldman Partnership, Pamela Goldman. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A - Complaint-Class Action, # 3 Exhibit B - Memorandum and Order 9-30-13, # 4 Exhibit C - Report and Recommendation)(Galardi, Joseph) (Entered: 01/06/2014) |
| 01/06/2014 | 2 | Judge Assignment to Judge Kenneth A. Marra (yha) (Entered: 01/06/2014) |
| 01/08/2014 | 3 | Order Requiring Counsel to Confer and File Joint Scheduling Report. Signed by Judge Kenneth A. Marra on 1/7/2014. (ir) (Entered: 01/08/2014) |
| 01/28/2014 | 4 | NOTICE of Filing Proposed Summons(es) by A & G Goldman Partnership, Pamela Goldman (Attachments: # 1 Summon(s) All Defendants)(Galardi, Joseph) (Entered: 01/28/2014) |
| 01/28/2014 | 5 | Plaintiff's MOTION for Summary Judgment *and Incorporated Statement of Material Facts and Memorandum of Law* by A & G Goldman Partnership, Pamela Goldman. Responses due by 2/14/2014 (Attachments: # 1 Exhibit A - January 13, 2014 Opinion)(Galardi, Joseph) (Entered: 01/28/2014) |
| 01/29/2014 | 6 | Summons Issued as to All Defendants. (yha) (Entered: 01/29/2014) |
| 02/21/2014 | 7 | Notice of Pendency of Other Action by A & G Goldman Partnership, Pamela Goldman (Galardi, Joseph) (Entered: 02/21/2014) |

