# EXHIBIT P

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80012-CIV-MARRA

PAMELA GOLDMAN and A & G
GOLDMAN PARTNERSHIP,

    Plaintiffs,

vs.

CAPITAL GROWTH COMPANY, et al.,

    Defendants

_____/

## NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

    Plaintiffs Pamela Goldman and A & G Goldman Partnership, by and through their undersigned counsel, pursuant to Local Rule 3.8, hereby notify the Court that a related case, styled *Fox v. Picower*, No. 10-80252-CV-KLR, was filed on February 16, 2010. The case was administratively closed by the Honorable Kenneth L. Ryskamp on March 23, 2011. *See id.* at D.E. 26. However, a Motion to Reopen the case was filed on February 5, 2014. *See id.* at D.E. 28. Currently pending before District Judge Ryskamp are the Motion to Reopen, Plaintiffs' Motion for Order of Transfer and Consolidation (*id.* at D.E. 29), and Plaintiffs' Motion to Disqualify Counsel (*id.* at D.E. 30).

    **Dated:** February 21, 2014

Respectfully submitted,

/s/ Joseph G. Galardi
James W. Beasley, Jr.
beasley@beasleylaw.net
Florida Bar No. 145750
Joseph G. Galardi
galardi@beasleylaw.net

1

Florida Bar No. 180572
BEASLEY HAUSER KRAMER
& GALARDI, P.A.
505 South Flagler Drive, Suite 1500
West Palm Beach, Florida 33401
Tel: (561) 835-0900
Fax: (561) 835-0939

and

/s/ Lesley Blackner
Lesley Blackner, Esq.
lblackner@aol.com
Florida Bar No. 654043
BLACKNER, STONE & ASSOCIATES
123 Australian Avenue
Palm Beach, Florida 33480
Tel: (561) 659-5754
Fax: (561) 659-3184

*Attorneys for Pamela Goldman and A & G Goldman Partnership*

2