# EXHIBIT Y

John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Tel: (212) 592-1400
Email: joleske@herrick.com
Attorneys for Claimant A&G Goldman Partnership

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

               Plaintiff-Applicant,

      v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

               Defendant.
------------------------------------------------------X
In re:

BERNARD L. MADOFF

               Debtor,
------------------------------------------------------X

Adv. Pro. No. 08-0179 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## CLAIMANT'S OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM

Claimant A & G Goldman Partnership, by its attorneys Herrick, Feinstein LLP, hereby submits its objection to the Trustee's denial of its customer Claim Number 015036. The basis for Claimant's objection is the Trustee's faulty construction of the term Net Equity, which should properly be based on each claimant's balance as shown on their November 30, 2008

MWPTAP01100710

account statement provided by BLMIS.

In support of its objection Claimant submits herewith its November 30, 2008 account statement, which shows a closing balance of $1,618,432.86. Based on that closing balance, Claimant is entitled to an allowed claim in the BLMIS liquidation proceeding.

Dated: New York, New York
September 28, 2009

                                  HERRICK, FEINSTEIN LLP

                By: _____
                           John Oleske
                          2 Park Avenue
                          New York, New York 10016
                          Telephone: 212-592-1400
                          joleske@herrick.com
                          *Attorneys for Claimant*
                          *A&G Goldman Partnership*

MWPTAP01100711



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (0)2 7493 6222

A & G GOLDMAN PARTNERSHIP
C/O G GOLDMAN
9 RYE ROAD
RYE           NY   10580

Processing Date: 11/30/08
Your Account Number: 1-G0304-3-0
Your Tax Payer Identification Number: ******5682
Page 1

| Date | Shares | Tran | Description | Price | Amount Debited | Amount Credited |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 138,401.24 |
| 11/12 | 884 | 13613 | WAL-MART STORES INC | 55.030 | 49,388.72 | |
| 11/12 | 576 | 4115 | INTERNATIONAL BUSINESS MACHS | 87.270 | 50,485.06 | |
| 11/12 | 2,142 | 7939 | EXXON MOBIL CORP | 72.880 | 156,193.96 | |
| 11/12 | 2,346 | 8441 | INTEL CORP. | 14.510 | 34,133.46 | |
| 11/12 | 1,122 | 12767 | JOHNSON & JOHNSON | 57.580 | 64,862.76 | |
| 11/12 | 3,550 | 17092 | JPM MORGAN CHASE & CO | 38.930 | 138,401.50 | |
| 11/12 | 816 | 21418 | COCA COLA CO | 44.660 | 36,474.56 | |
| 11/12 | 676 | 25744 | MCDONALDS CORP | 55.370 | 37,475.12 | |
| 11/12 | 884 | 30070 | MERCK & CO INC | 28.550 | 25,277.20 | |
| 11/12 | 1,230 | 34396 | MICROSOFT CORP | 21.800 | 26,915.00 | |
| 11/12 | 1,632 | 38722 | ORACLE CORPORATION | 17.300 | 28,298.60 | |
| 11/12 | 646 | 51700 | PEPSICO INC | 56.410 | 36,465.86 | |
| 11/12 | 374 | 52201 | APPLE INC | 100.700 | 37,705.72 | |
| 11/12 | 2,754 | 56025 | PFIZER INC | 16.794 | 46,472.76 | |
| 11/12 | 646 | 56528 | ABBOTT LABORATORIES | 54.610 | 35,303.06 | |
| 11/12 | 1,224 | 60352 | PROCTER & GAMBLE CO | 64.080 | 78,481.92 | |
| 11/12 | 442 | 60854 | AMGEN INC | 59.480 | 26,365.72 | |
| 11/12 | 1,850 | 64678 | PHILIP MORRIS INTERNATIONAL | 43.500 | 57,094.00 | |
| 11/12 | 2,040 | 65180 | BANK OF AMERICA | 21.590 | 44,124.60 | |
| 11/12 | 680 | 69004 | QUALCOMM, INC. | 32.770 | 22,590.60 | |
| 11/12 | 2,710 | 69506 | CITI GROUP INC | 10.050 | 27,235.50 | |
| 11/12 | 510 | 73330 | SCHLUMBERGER LTD | 49.480 | 25,254.80 | |
| 1/12 | 1,224 | 73832 | COMCAST CORP CL A | 16.510 | 20,256.24 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP01100712

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

A & G GOLDMAN PARTNERSHIP
C/O G GOLDMAN
9 RYE ROAD
RYE                NY 10580

| YOUR TAX PAYER IDENT NO. | YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|---|
| *****5682 | 1-G0304-3-0 | 11/30/08 | 2 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRAN CODE | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 2,414 | | 77656 | AT&T INC | 27 | 65,274.00 | |
| 11/12 | 612 | | 78158 | CONOCOPHILLIPS | 52.510 | 32,160.12 | |
| 11/12 | 408 | | 81282 | UNITED PARCEL SVS INC CLASS B | 52.540 | 21,240.32 | |
| 11/12 | 2,482 | | 82484 | CISCO SYSTEMS INC | 16.730 | 41,622.86 | |
| 11/12 | 714 | | 86308 | U S BANCORP | 29.530 | 21,112.42 | |
| 11/12 | 850 | | 86810 | CHEVRON CORP | 73.350 | 62,349.50 | |
| 11/12 | 408 | | 90634 | UNITED TECHNOLOGIES CORP | 53.120 | 21,705.28 | |
| 11/12 | 4,318 | | 91136 | GENERAL ELECTRIC CO | 19.630 | 84,934.34 | |
| 11/12 | 1,156 | | 94960 | VERIZON COMMUNICATIONS | 30.410 | 35,199.96 | |
| 11/12 | 1,102 | | 95662 | GOOGLE | 317.500 | 349,793.80 | |
| 11/12 | 1,428 | | 99286 | WELLS FARGO & CO-NEW | 29.800 | 42,761.40 | |
| 11/12 | 1,020 | | 99788 | HEWLETT PACKARD CO | 34.900 | 35,630.00 | |
| 11/12 | | 1,550,000 | 21898 | U S TREASURY BILL DUE 2/12/2009 MATURITY 2/12/2009 | 99.936 | | 1,549,008.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 9.67 |
| 11/12 | 16,188 | | 14997 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,188.00 | |
| 11/12 | 18,540 | | 28366 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,540.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.26 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP01100713



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

A & G GOLDMAN PARTNERSHIP

C/O G GOLDMAN
9 RYE ROAD
RYE                NY    10580

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-G0304-3-0 | 11/30/08 | ***-**-5682 | 4 |

| BOUGHT | SOLD | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 612 | | CONOCOPHILIPS | 52.520 | | |
| 2,142 | | EXXON MOBIL CORP | 80.150 | | |
| 4,518 | | GENERAL ELECTRIC CO | 17.170 | | |
| 102 | | GOOGLE | 292.660 | | |
| 1,020 | | HEWLETT PACKARD CO | 35.280 | | |
| 2,346 | | INTEL CORP. | 13.800 | | |
| 378 | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 1,530 | | JPMORGAN CHASE & CO | 31.660 | | |
| 1,122 | | JOHNSON & JOHNSON | 58.580 | | |
| 476 | | MCDONALDS CORP. | 58.750 | | |
| 804 | | MERCK & CO. | 26.220 | | |
| 5,280 | | MICROSOFT CORP | 20.220 | | |
| 1,632 | | ORACLE CORPORATION | 16.090 | | |
| 646 | | PEPSICO INC. | 56.700 | | |
| 2,754 | | PFIZER INC | 16.630 | | |
| 1,650 | | PHILIP MORRIS INTERNATIONAL | 42.160 | | |
| 1,224 | | PROCTER & GAMBLE CO | 64.350 | | |
| 680 | | QUALCOMM INC. | 33.570 | | |
| 1,510 | | SCHLUMBERGER LTD | 50.740 | | |
| 20,480 | | FIDELITY SPARTAN | 1. | | |
| | | U S TREASURY MONEY MARKET | | | |
| 714 | | U S BANCORP | 26.900 | | |
| 408 | | UNITED PARCEL SVC INC | 57.600 | | |
| | | CLASS B | | | |
| | | U S TREASURY BILL | 99.971 | | |
| 100,000 | | DUE 03/26/2009 03/26/2009 | | | |
| | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP01100715



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

A & G GOLDMAN PARTNERSHIP
C/O G GOLDMAN
9 RYE ROAD
RYE           NY  10580

PAGE: 5
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5682
YOUR ACCOUNT NUMBER: 1-G0304-3-0

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| | 408 | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 1,155 | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 1,064 | | WAL-MART STORES INC | 55.880 | | |
| | 4,428 | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | MARKET VALUE OF SECURITIES LONG | 4,620,432.86 | | |
| | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP01100716

MWPTAP01100717

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

805 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

A & G GOLDMAN PARTNERSHIP

C/O G GOLDMAN
9 RYE ROAD
RYE   NY   10580

PAGE: 1
DATE: 11/30/08
ACCOUNT NO: 1-G0304-4-0
TAX ID: ******5682

| DATE | BOUGHT | SOLD | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 138,402.00 |
| 11/12 | 34 | 43040 | S & P 100 INDEX | | | 553,886.00 |
| | | | NOVEMBER 460 CALL | | | |
| 11/12 | | 47374 | NOVEMBER 450 PUT | 17.800 | 60,554.00 | |
| 11/19 | 34 | 33478 | S & P 100 INDEX | | | 89,365.00 |
| | | | DECEMBER 430 CALL | | | |
| 11/19 | | 37803 | DECEMBER 420 PUT | 30 | 102,034.00 | |
| 11/19 | 35 | 42528 | S & P 100 INDEX | | | |
| | | | NOVEMBER 460 CALL | | | |
| 11/19 | 34 | 46453 | NOVEMBER 450 PUT | 37 | 125,766.00 | |
| | | | NEW BALANCE | | | 233,396.00 |

SECURITY POSITIONS
| | | | | MKT PRICE | | |
|---|---|---|---|---|---|---|
| | 34 | | S & P 100 INDEX | 223,800 | | |
| | | | DECEMBER 430 CALL | 16.500 | | |
| | | | S & P 100 INDEX | | | |
| | | | DECEMBER 420 PUT | | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG | 56,100.00 | | |
| | | | SHORT | 75,220.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP01100718