**Hearing Date: May 20, 2014 at 10:00 a.m. (Eastern Time)**
        **Objection Deadline: March 31, 2014 at 4:00 p.m. (Eastern Time)**
        **Reply Deadline: April 14, 2014 at 4:00 p.m. (Eastern Time)**

**LOWENSTEIN SANDLER LLP**
Bruce Buechler, Esq.
Nicole Stefanelli, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
    -and-
1251 Avenue of the Americas, 18th Floor
New York, NY 10020
Tel: (212) 262-6700
Fax: (212) 262-7402

*Attorneys for the Irrevocable Charitable Remainder Trust of*
*Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Unitrust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF**
**THE IRREVOCABLE CHARITABLE REMAINDER TRUST OF**
**YALE FISHMAN AND THE GLENN AKIVA FISHMAN CHARITABLE**
**REMAINDER UNITRUST FOR (I) A HEARING TO DETERMINE**
**ALLOWANCE OF CLAIMS AND (II) ENTRY OF AN ORDER ALLOWING**
**THE TRUST CLAIMANTS' CLAIMS AND GRANTING RELATED RELIEF**

24349/2
03/11/2014 28985557.1

**PLEASE TAKE NOTICE** that the hearing on the *Motion of the Irrevocable Charitable Remainder Trust of Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Unitrust (the "Trust Claimants") for (I) A Hearing to Determine Allowance of Claims and (II) Entry of an Order Allowing the Trust Claimants' Claims and Granting Related Relief* [Docket No. 5645] (the "Motion") has been adjourned from April 2, 2014 at 10:00 a.m. (Eastern Time) to **May 20, 2014 at 10:00 a.m. (Eastern Time)** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that written objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **4:00 p.m. (Eastern Time) on March 31, 2014** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Lowenstein Sandler LLP, Attorneys for the Trust Claimants, 65 Livingston Avenue, Roseland, New Jersey 07068, Attn: Bruce Buechler, Esq. and Nicole Stefanelli, Esq., (b) Baker & Hostetler, LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., and (c) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq. Any objection must specifically state the interest that the objecting party has in these proceedings and the basis of the objection to the Motion.

**PLEASE TAKE FURTHER NOTICE** that any reply of the Trust Claimants must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **4:00 p.m. (Eastern Time) on April 14, 2014**.

**PLEASE TAKE FURTHER NOTICE** if no objections are timely filed and served with respect to the Motion, an order may be entered with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default..

Respectfully submitted,

Dated: March 11, 2014

**LOWENSTEIN SANDLER LLP**

By: */s/ Bruce Buechler*
Bruce Buechler, Esq. (BB 0324)
Nicole Stefanelli (NS 4100)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
         -and-
1251 Avenue of the Americas, 18th Floor
New York, NY  10020
Tel: (212) 262-6700
Fax: (212) 262-7402

*Attorneys for the Irrevocable Charitable Remainder Trust of Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Unitrust*