**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Geraldine E. Ponto
Michelle R. Usitalo

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | NO. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  FEDERICO CERETTI, ET AL.  Defendants. | Adv. Pro. No. 09-1161 (SMB) |

# NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON MARCH 13, 2014, AT 10:30 A.M.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House before the Honorable Stanley M. Bernstein
One Bowling Green, Room 723, New York, NY  10004-1408

## UNCONTESTED MATTERS

### Picard v. Federico Ceretti, et. al., Adv. Pro. No. 09-01161

1. Trustee's Notice of Motion and Motion for Entry of Order Under Rule 15 of the Federal Rules of Civil Procedure, as Incorporated by Rule 7015 of the Federal Rules of Bankruptcy Procedure, Granting Motion for Leave to File Fourth Amended Complaint (with Exhibit 1, Fourth Amended Complaint with appended Exhibits A and B) filed by David J. Sheehan (Filed: 2/18/2014) [ECF No. 96]

    Related Documents:

    A. Memorandum in Support of Motion for Leave to File a Fourth Amended Complaint (Filed: 2/18/2014) [Docket No. 97]

    Objections Due:         March 6, 2014

    Responses Filed:        No responses filed.

    Status:                 This matter is going forward.

Dated:  March 12, 2014
        New York, New York

BAKER & HOSTETLER LLP

By: /s/ _David J. Sheehan_
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Geraldine E. Ponto
Email: gponto@bakerlaw.com
Michelle R. Usitalo
Email: musitalo@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC substantively consolidated with the estate of Bernard L. Madoff*