**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Howard L. Simon
Kim M. Longo
Yani Indrajana Ho

*Special Counsel for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MADOFF ENERGY HOLDINGS LLC, MADOFF ENERGY LLC, CONGLOMERATE GAS RESOURCES LLC, MADOFF ENERGY III LLC, MADOFF ENERGY IV LLC, ESTATE OF MARK D. MADOFF, and ANDREW MADOFF, individually and in his capacity as Executor of the ESTATE OF MARK D. MADOFF,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 10-03484 (SMB) |

{10937702:1}

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                           ) SS.:
COUNTY OF NEW YORK    )

Yani Indrajana Ho, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019, and that on March 12, 2014, I served the

**Notice of Adjournment**

upon the interested parties by emailing those parties as set forth on the attached Schedule A, true and correct copies via electronic transmission to the email addresses as set forth on the attached Schedule A.

                                                                                            */s/* Yani Indrajana Ho
                                                                                            Yani Indrajana Ho

Sworn to before me this
12th day of March, 2014

/s/ Maritza Segarra
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2017

## **SCHEDULE A**

Andrew J. Ehrlich (aehrlich@paulweiss.com)
Caitlin E. Grusauskas (cgrusauskas@paulweiss.com)