**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| MADOFF SECURITIES | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. Nos. listed on Appendix A Attached Hereto |
| v. | |
| DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO, | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

I, Kevin H. Bell, hereby certify that on March 10, 2014 I caused true and correct copies of my Notice of Appearance and Memorandum Of Law Of The Securities Investor Protection Corporation In Opposition To Defendants' Motions To Dismiss to be served through ECF upon those parties who receive electronic service or through email or prepaid regular U.S. Mail upon those parties who have not consented to electronic service.

/s/ Kevin H. Bell
Kevin H. Bell

# Service List

Onesco International Ltd
138 Club Lodge Drive
Carbondale, CO 81623
and
c/o Equity Trust (BVI) Ltd., Palm Grove House
Road Town, Tortola
British Virgin Islands

Impact Designs Limited
FLAT C ON 37TH FLOOR OF TOWER 9
ISLAND HARBOURVIEW
NO.11 HOI FAI ROAD
Kowloon, Hong Kong
China

Carl B. Kornblum
Alyse Kornblum
8032 Links Way
Port St. Lucie, FL 34986

Elizabeth Woessner
850 Ogden Street
Denver, Colorado 80218

Howard Klee
19620 Sawgrass Circle-2801
Boca Raton, FL 33434

Bradermak Equities Corp.
150 Walnut Drive
Roslyn, NY 11576
and
1 HERRICKS ROAD
GARDEN CITY PARK, NY 11040


Ernest Edward Badway
Fox Rothschild LLP
Email: EBadway@foxrothschild.com
Attorney for: Wiener Family Limited Partnership, Wiener Family Holding Corporation, Marvin M.
Wiener, Sondra M. Wiener, and Marvin M. Wiener

Chester Salomon
Alec P. Ostrow
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: csalomon@beckerglynn.com
Email: aostrow@beckerglynn.com
Attorney for: David Washburn, CARL GLICK, Stanley S. Weithorn, individually, in his capacity as General
Manager/Partner of Weithorn/Casper Associates for Selected Holdings, LLC, as trustee of the Article
Sixth Trust, Stanley S. Weithorn Revocable Trust, Howard B. Weithorn Trust, Lara L. Weithorn Trust,
Weithorn Family Charitable Remainder Unitrust, MLM Charitable Remainder Unitrust, Stanley/Lois
Charitable Remainder Unitrust, and director of Weithorn and Ehrmann Families Foundation,
Weithron/Casper Associates for Selected Holdings LLC, Muriel Casper Weithorn, Corey Casper, Howard
B. Weithorn, Monroe Klein, Stanley S. Weithorn Revocable Trust, Howard B. Weithorn Trust, Weithorn
Grandchildren Charitable Lead Unitrust, Weithorn Family Charitable Lead Annuity Trust, Weithorn
Family Charitable Remainder Unitrust, MLM Charitable Remainder Unitrust, Article Sixth Trust, Michael
J. Weithorn, in his capacity as co-trustee of the Weithorn Grandchildren Charitable Lead Unitrust, and
the Weithorn Family Charitable Lead Annuity Trust, William J. Rouhana, Jr., in his capacity as co-trustee
of the Weithorn Grandchildren Charitable Lead Unitrust and the Weithorn Family Charitable Lead
Annuity Trust, Weithorn and Ehrmann Families Foundation, Stanley/Lois Charitable Remainder Unitrust,
Lara L. Weithorn Trust, Prospect Capital Partners, Prospect Hill Foundation, and The Sperry Fund

Brian J. Neville
Lax & Neville, LLP
Email: bneville@laxneville.com
Attorney for: Frieda Bloom, John Fujiwara, Gladys Fujiwara, Howard Solomon, Elinor Solomon, Robin
Geoffrey Swaffield, Elinor Friedman Felcher, Jaffe Family Investment Partnership, Bruce Jaffe, Jillian
Wernick Livingston, David S Wallenstein, Wallenstein/NY Partnership, David Wallenstein, in his capacity
as General partner of the Wallenstein/ NY Partnership, Madeline Gins Arakawa, Madeline Gins Arakawa
as Executrix of the Estate of Shusaka Arakawa, Estate of Shusaku Arakawa, Abbit Family Trust, Linda
Anne Abbit, Jeffrey Brian Abbit, Ruth Kahn, BONNIE J. KANSLER, Frances J. Le Vine Revocable Trust,
Frances J. Le Vine, Peng Yan, ARMAND LINDENBAUM, Bruce Leventhal 2001 Irrevocable Trust, and Bruce
Leventhal

Gabrielle J. Pretto
Lax & Neville, LLP
Email: gpretto@laxneville.com
Attorney for: John Fujiwara, Gladys Fujiwara, Howard Solomon, Elinor Solomon, Robin Geoffrey
Swaffield, Elinor Friedman Felcher, Jaffe Family Investment Partnership, Bruce Jaffe, Jillian Wernick
Livingston, David S Wallenstein, Wallenstein/NY Partnership, David Wallenstein, in his capacity as
General partner of the Wallenstein/ NY Partnership, Madeline Gins Arakawa, Madeline Gins Arakawa as
Executrix of the Estate of Shusaka Arakawa, Estate of Shusaku Arakawa, Abbit Family Trust, Linda Anne
Abbit, Jeffrey Brian Abbit, Ruth Kahn, Stephen B. Kaye, Sandra Phillips Kaye, BONNIE J. KANSLER,

Fairfield Pagma Associates LP, Seymour Kleinman, Marjorie Kleinman, Fairfox LLC, Seyfair LLC, Frances J. Le Vine Revocable Trust, Frances J. Le Vine, Peng Yan, ARMAND LINDENBAUM, Bruce Leventhal 2001 Irrevocable Trust, and Bruce Leventhal

Barry R. Lax.
Lax & Neville, LLP
Email: blax@laxneville.com
Attorney for: John Fujiwara, Gladys Fujiwara, Howard Solomon, Elinor Solomon, Robin Geoffrey Swaffield, Elinor Friedman Felcher, Jaffe Family Investment Partnership, Bruce Jaffe, Jillian Wernick Livingston, David S Wallenstein, Wallenstein/NY Partnership, David Wallenstein, in his capacity as General partner of the Wallenstein/ NY Partnership, Madeline Gins Arakawa, Madeline Gins Arakawa as Executrix of the Estate of Shusaka Arakawa, Estate of Shusaku Arakawa, Abbit Family Trust, Linda Anne Abbit, Jeffrey Brian Abbit, Ruth Kahn, Lanny Rose Revocable Trust, Lanny Rose, as trustor, as trustee and as an individual, BONNIE J. KANSLER, Frances J. Le Vine Revocable Trust, Frances J. Le Vine, ARMAND LINDENBAUM, Bruce Leventhal 2001 Irrevocable Trust, and Bruce Leventhal

Jennifer L. Young
Milberg LLP
Email: jyoung@milberg.com
Attorney for: P. CHARLES GABRIELE, Trust U/W/O Harriet Myers, DELIA GAIL ROSENBERG, Individually and in her Fiduciary Capacity, ESTATE OF IRA S ROSENBERG, Norton A. Eisenberg, William M. Woessner Family Trust, Sheila A Woessner Family Trust, William M. Woessner, individually, and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust, Sheila A. Woessner, individually, and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust, Laurence E. Leif, Aspen Fine Arts Co., Melvin W. Knyper, Steven V Marcus Separate Property of the Marcus Family Trust, Steven V. Marcus, individually and in his capacity as Trustee of the Steven V. Marcus Separate Property of the Marcus Family Trust, General Partner of the Marcus Family Limited Partnership and Guardian of O.M., K.M. and H.M, The Marcus Family Limited Partnership, Denise C. Marcus, in her capacity as Trustee of the Steven V. Marcus Separate Property of the Marcus Family Trust, Ruth E. Goldstein, Gerald Blumenthal, Potamkin Family Foundation, Inc., Harold A. Thau, John Denver Concerts, Inc. Pension Plan Trust, Harold A. Thau, in his capacity as Trustee for the John Denver Concerts, Inc. Pension Plan Trust, Richard Roth, and Stephen R. Goldenberg

Matthew A. Kupillas
Milberg LLP
Email: mkupillas@milberg.com
Attorney for: P. CHARLES GABRIELE, Trust U/W/O Harriet Myers, Kathleen Albert as personal representative of the Estate of Gary Albert, Steven Braun as personal representative of the Estate of Gary Albert, Norton A. Eisenberg, Laurence E. Leif, Aspen Fine Arts Co., Melvin W. Knyper, Ruth E. Goldstein, Potamkin Family Foundation, Inc., Harold A. Thau, John Denver Concerts, Inc. Pension Plan Trust, and Harold A. Thau, in his capacity as Trustee for the John Denver Concerts, Inc. Pension Plan Trust

Richard Levy, Jr.

Pryor Cashman LLP

Email: rlevy@pryorcashman.com

Attorney for: Boslow Family Limited Partnership, Iris Boslow Revocable Living Trust, Alvin S. Boslow, Iris C. Boslow, Mindy Boslow, Judy Boslow, Lisa Boslow Dorman, Robert Pergament, Lois Pergament, Bruce D. Pergament Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, and in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament, Pergament & Pergament Realty, MURRAY PERGAMENT 1999 TRUST FBO BRUCE PERGAMENT, LINDA HOROWITZ SPOUSAL TRUST FBO RICHARD HOROWITZ, f/k/a MURRAY PERGAMENT 1999 TRUST FBO LINDA HOROWITZ, Richard Horowitz, Eric B. Woldenberg Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament and in his Capacity as Trustee of the Linda Horowitz Spousal Trust FBO Richard Horowitz, f/k/a Murray Pergament 1999 Trust FBO Linda Horowitz, The Murray & Irene Pergament Foundation, Inc., The Horowitz & Libshutz Family Foundation, Inc., f/k/a Linda & Richard Horowitz Foundation, Inc., The Randi Pergament & Bruce Pergament Foundation, Inc., OAKDALE FOUNDATION INC, BERNARD A. & CHRIS MARDEN FOUNDATION INC, THE PATRICE AND KEVIN AULD FOUNDATION, THE MARDEN FAMILY FOUNDATION, INC., Kara Fishbein Goldman, Steven Goldman, Robert Fried, Joanne Fried, JAMES P. MARDEN, IRIS ZURAWIN MARDEN, PATRICE M. AULD, Olivia G. Auld, CHARLOTTE M. MARDEN, The Charlotte M. Marden Irrevocable Insurance Trust, Neal J. Nissel, as trustee, James P. Marden, Patrice M. Auld, Alexandria K. Marden, Gabrielle Z. Marden, Meghan M. Auld, Elizabeth C. Auld, MARDEN FAMILY LIMITED PARTNERSHIP, a Delaware limited partnership, B&C MARDEN LLC, a Delaware limited liability company, BERNARD A. MARDEN REVOCABLE TRUST, a Florida Trust, ESTATE OF BERNARD A. MARDEN, CHARLOTTE    MARDEN (aka CHRIS MARDEN), as trustee and as an individual, PATRICE M. AULD, as trustee, as personal representative, and as an individual, JAMES P. MARDEN, as trustee, as personal representative, and as an individual, Avram Goldberg, individually and in his capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, Carol R. Goldberg, individually and in her capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, AvCar Group, Ltd., Sidney R. Rabb Trust FBO Carol R. Goldberg, and M Gordon Ehrlich, in his capacity as trustee of The Sidney R. Rabb Trust FBO Carol Goldberg, and as attorney-in-fact for Carol R. Goldberg, Avram J. Goldberg, and the Carol R. Goldberg and Avram J. Goldberg Special Account

Carole Neville

Dentons US LLP

Email: carole.neville@dentons.com

Attorney for: BARRY WEISFELD, Lapin Children LLC, Harold J. Hein, Barbara J. Berdon, ALVIN GINDEL REVOCABLE TRUST AGREEMENT, Alvin Gindel, in his capacity as trustee of the Alvin Gindel Revocable Trust and individually as settlor and beneficiary thereof, James Greiff, Stanley T. Miller, Rose Gindel Trust, Rose Gindel, Individually and in her capacity as trustee of the Rose Gindel Trust, Michael Gindel, Individually and in his capacity as trustee of the Rose Gindel Trust, Brent Gindel, in his capacity as Trustee of the Rose Gindel Trust, Alvin Gindel, in his capacity as Trustee of the Rose Gindel Trust, AMERICA ISRAEL CULTURAL FOUNDATION INC, David R. Markin, individually and as trustee of the David

Markin Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2, SouthPac Trust International, Inc., as trustee of the David R. Markin 2003 Trust, David R. Markin Charitable Remainder Unitrust #1, David R. Markin Charitable Remainder Unitrust #2, David R. Markin 2003 Trust, EUGENE J. RIBAKOFF 2006 TRUST, STEPHANIE RIBAKOFF, as Trustee of the Eugene J. Ribakoff 2006 Trust, as Personal Representative of the Estate of Eugene J. Ribakoff, and individually, ESTATE OF EUGENE J. RIBAKOFF, Sidney Cole, Neil Reger, individually and in his capacity as sole trustee of the Neil Reger Profit Sharing Keogh, Neil Reger Profit Sharing Keogh, The Frederica Ripley French Revocable Trust, Frederica R. French, and Seth B. French

Jed Horwitt
Zeisler & Zeisler, P.C.
Email: jhorwitt@zeislaw.com
Attorney for: Estate of Eleanor Myers a/k/a Eleanor Block a/k/a Lee Block, and Mark E. Block, in his capacity as Personal Representative and Beneficiary of the Estate of Eleanor Myers, and as Trustee of the Trust U/W/O Harriet Myers

Jenny Lynn Fountain
Stephen T. O'Neill
Robert A. Franklin
MURRAY & MURRAY PC
Email: jfountain@murraylaw.com
Email: soneill@murraylaw.com
Email: rfranklin@murraylaw.com
Attorney for: Gerald J. Block, individually and as Beneficiary of the Estate of Eleanor Myers

Brian J. Zimmet
Olga Batsedis
Zimmet Bieber LLP
Email: bzimmet@zblaw.com
Email: obatsedis@zblaw.com
Attorney for: Melissa Myers, as Beneficiary of the Trust U/W/O Harriet Myers, and Jason Myers, as Beneficiary of the Trust U/W/O Harriet Myers

Joshua H. Vinik
Milberg LLP
Email: jvinik@milberg.com
Attorney for: DELIA GAIL ROSENBERG, Individually and in her Fiduciary Capacity, ESTATE OF IRA S ROSENBERG, William M. Woessner Family Trust, Sheila A Woessner Family Trust, William M. Woessner, individually, and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust, Sheila A. Woessner, individually, and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust, Richard Roth, and Stephen R. Goldenberg

Joshua E. Keller
Milberg LLP
Email: jkeller@milberg.com
Attorney for: DELIA GAIL ROSENBERG, Individually and in her Fiduciary Capacity, ESTATE OF IRA S
ROSENBERG, William M. Woessner Family Trust, Sheila A Woessner Family Trust, William M. Woessner,
individually, and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family
Trust, Sheila A. Woessner, individually, and as Trustee of the William M. Woessner Family Trust and the
Sheila A. Woessner Family Trust, Steven V Marcus Separate Property of the Marcus Family Trust, Steven
V. Marcus, individually and in his capacity as Trustee of the Steven V. Marcus Separate Property of the
Marcus Family Trust, General Partner of the Marcus Family Limited Partnership and Guardian of O.M.,
K.M. and H.M, The Marcus Family Limited Partnership, Denise C. Marcus, in her capacity as Trustee of
the Steven V. Marcus Separate Property of the Marcus Family Trust, Ruth E. Goldstein, Richard Roth,
and Stephen R. Goldenberg

David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com; dbblaw@hotmail.com
Attorney for: Edith A. Schur

Jeffrey L. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: jeffreybernfeld@bernfeld-dematteo.com
Attorney for: Edith A. Schur, Richard E. Feldman, Pauline B. Feldman, William Diamond, Jeffrey R.
Werner 11/1/98 Trust, Jeffrey R. Werner, Violet M. Werner, in her capacity as Trustee for the Jeffrey R.
Werner 11/1/98 Trust, Ken-Wen Family Limited Partnership, Kenneth W. Brown, in his capacity as a
General Partner of the Ken Wen Family Limited Partnership, Wendy Brown, Cheryl Yankowitz, Jack
Yankowitz, Harvey L. Werner Revocable Trust u/a/d 8/31/82 As Amended, Violet M. Werner, individually
and in her capacity as Co-Trustee of the Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended,
Jeffrey R. Werner, in his capacity as Co-Trustee for the Harvey L. Werner Revocable Trust u/a/d 8/31/82,
as amended, Wendy Werner Brown, in her capacity as Co-Trustee for The Harvey L. Werner Revocable
Trust u/a/d 8/31/82, as amended, Estate of Carolyn Miller,, Laurie Riemer, individually and in her
capacities as Personl Representative of The Estate of Carolyn Miller and trustee of the Carolyn Rosen
Miller Revocable Trust, Leonard Miller, individually and in his capacities as Personal Representative of
the Estate of Carolyn Miller and trustee of the Carolyn Rosen Miller Revocable Trust, The Carolyn Rosen
Miller Revocable Trust, Robert E. May, in his Capcity as Co-Trustee of the Trust under Deed of Suzanne
R. May dated November 23, 1994, and Individually, and as Beneficiary of the Estate of Suzanne R. May,
Trust Under Deed of Suzanne R. May Dated 11/23/1994, Estate of Suzanne R. May as Successor of
Suzanne R. May in her Capacity as Creator and Trustee of Trust under Deed of Suzanne R. May dated
11/23/94, Cheryl M. Coleman, Individually as Beneficiary of Estate of Suzanne R. May, Richard A. May,
Individually as Beneficiary of Estate of Suzanne R. May, Jeffrey A. May, in his Capcity as Co-Trustee of the
Trust under Deed of Suzanne R. May dated November 23, 1994, and Individually, and as Beneficiary of
the Estate of Suzanne R. May, Frederic Z. Konigsberg, Susan M. Konigsberg, Bradermak, Ltd., and Lee

Rautenberg

Stephen A. Weiss
Seeger Weiss LLP
Email: sweiss@seegerweiss.com
Attorney for: Kathleen Albert as personal representative of the Estate of Gary Albert, Steven Braun as personal representative of the Estate of Gary Albert, Jonathan Sobin, Lewis R. Franck, individually and in his capacity as Trustee for the Florence Law Irrevocable Trust dtd 1/24/05, and Florence Law Irrevocable Trust DTD 1/24/05

H. Barry Vasios
Barbara Parlin
Holland & Knight
Email: barry.vasios@hklaw.com
Email: barbara.parlin@hklaw.com
Attorney for: Pergament Equities LLC

Patrick Sibley
David C. Rose
Pryor Cashman LLP
Email: psibley@pryorcashman.com
Email: drose@pryorcashman.com
Attorney for: Robert Pergament, Lois Pergament, Bruce D. Pergament Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, and in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament, Pergament & Pergament Realty, MURRAY PERGAMENT 1999 TRUST FBO BRUCE PERGAMENT, LINDA HOROWITZ SPOUSAL TRUST FBO RICHARD HOROWITZ, f/k/a MURRAY PERGAMENT 1999 TRUST FBO LINDA HOROWITZ, Richard Horowitz, Eric B. Woldenberg Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament and in his Capacity as Trustee of the Linda Horowitz Spousal Trust FBO Richard Horowitz, f/k/a Murray Pergament 1999 Trust FBO Linda Horowitz, The Murray & Irene Pergament Foundation, Inc., The Horowitz & Libshutz Family Foundation, Inc., f/k/a Linda & Richard Horowitz Foundation, Inc., The Randi Pergament & Bruce Pergament Foundation, Inc., OAKDALE FOUNDATION INC, BERNARD A. & CHRIS MARDEN FOUNDATION INC, THE PATRICE AND KEVIN AULD FOUNDATION, THE MARDEN FAMILY FOUNDATION, INC., Kara Fishbein Goldman, Steven Goldman, Robert Fried, Joanne Fried, JAMES P. MARDEN, IRIS ZURAWIN MARDEN, PATRICE M. AULD, Olivia G. Auld, CHARLOTTE M. MARDEN, The Charlotte M. Marden Irrevocable Insurance Trust, Neal J. Nissel, as trustee, James P. Marden, Patrice M. Auld, Alexandria K. Marden, Gabrielle Z. Marden, Meghan M. Auld, Elizabeth C. Auld, MARDEN FAMILY LIMITED PARTNERSHIP, a Delaware limited partnership, B&C MARDEN LLC, a Delaware limited liability company, BERNARD A. MARDEN REVOCABLE TRUST, a Florida Trust, ESTATE OF BERNARD A. MARDEN, CHARLOTTE    MARDEN (aka CHRIS MARDEN), as trustee and as an individual, PATRICE M. AULD, as trustee, as personal representative, and as an individual, JAMES P. MARDEN, as trustee, as personal

representative, and as an individual, Avram Goldberg, individually and in his capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, Carol R. Goldberg, individually and in her capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, AvCar Group, Ltd., Sidney R. Rabb Trust FBO Carol R. Goldberg, and M Gordon Ehrlich, in his capacity as trustee of The Sidney R. Rabb Trust FBO Carol Goldberg, and as attorney-in-fact for Carol R. Goldberg, Avram J. Goldberg, and the Carol R. Goldberg and Avram J. Goldberg Special Account

Vincent D'Andrea
D?ANDREA & GOLDSTEIN
Email: vdandrea@dtad.net
Attorney for: Corey Platzner, Linda Platzner, and The Platzner Organization, LLC

Alan E. Marder
Jessica G. Berman
Meyer, Suozzi, English & Klein, P.C.
Email: amarder@msek.com
Email: jberman@msek.com
Attorney for: STEVEN J LIFTON

Howard Kleinhendler
Wachtel Missry LLP
Email: hkleinhendler@wmllp.com
Attorney for: O.D.D. Investments, L.P., D.D.O. Inc., Daniel N. Silna, Ozzie Silna, Donald Schupak, The Robin Silna 1997 Trust, The Jeffrey Silna 1997 Trust, The Silna Family Inter Vivos Trust, Sophie Silna, Spencer Silna, Samantha Silna, Robin Silna, Jeffrey Silna, Daniel Silna, individually and in his capacity as general partner of White Lakes Associates, White Lake Associates, Joan Silna, as partner of White Lake Associates, Amy Silna Shafron Trust, as partner of White Lake Associates, Ezra Shafron Trust, as partner of White Lake Associates, Noah Shafron Trust, as partner of White Lake Associates, Tracy Silna Zur, as partner of White Lake Associates, Coby Zur Trust, as partner of White Lake Associates, Kayla Zur Trust, as partner of White Lake Associates, Logan Zur Trust, as partner of White Lake Associates, Ozzie Silna, Sophie Silna, Spencer Silna, Samantha Silna, Silna Family Intervivos Trust, Ted Goldberg, Lori Goldberg, Lori Chemla, Alexandre Chemla, Shetland Fund Limited Partnership, U/W/O Louis Zaiger Residue Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Marion L. Lappin, in her capacity as a Limited Partner of Shetland Fund Limited Partnership, Nancy J. Lappin, in her capacity as a Limited Partner of Shetland Fund Limited Partnership, Peter J. Lappin, in his capacity as a Limited Partner of Shetland Fund Limited Partnership, Barton Realty Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Shetland Associates Limited Partnership, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Grandchildren's Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Shetland Investments Limited Partnership, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Family Limited Partnership, Lappin Family Limited Partnership, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Nancy Lappin, in its capacity as a Limited Partner of Shetland

Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Peter Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Andrew Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Peter Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Andrew Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Marion L. Lappin Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Andrew Lappin, in his capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Grandchildren's Trust FBO Danielle F. Lappin, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin, in his capacity as General Partner of the Shetland Fund Limited Partnership, Shetland Properties, Inc., it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Nancy Lappin, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Steven Schiff, Schiff Family Holdings Nevada Limited Partnership, Schiff Family Holdings, Nevada, Inc., in its capacity as General Partner of Schiff Family Holdings Nevada Limited Partnership, Franklin Sands, and Helene Juliette Feffer

Sara Spiegelman
Wachtel Missry LLP
Email: sspiegelman@wmllp.com
Attorney for: O.D.D. Investments, L.P., D.D.O. Inc., Daniel N. Silna, Ozzie Silna, Donald Schupak, The Robin Silna 1997 Trust, The Jeffrey Silna 1997 Trust, The Silna Family Inter Vivos Trust, Sophie Silna, Spencer Silna, Samantha Silna, Robin Silna, Jeffrey Silna, Daniel Silna, individually and in his capacity as general partner of White Lakes Associates, White Lake Associates, Joan Silna, as partner of White Lake Associates, Amy Silna Shafron Trust, as partner of White Lake Associates, Ezra Shafron Trust, as partner of White Lake Associates, Noah Shafron Trust, as partner of White Lake Associates, Tracy Silna Zur, as partner of White Lake Associates, Coby Zur Trust, as partner of White Lake Associates, Kayla Zur Trust, as partner of White Lake Associates, Logan Zur Trust, as partner of White Lake Associates, Ted Goldberg, Lori Goldberg, Lori Chemla, Alexandre Chemla, Shetland Fund Limited Partnership, U/W/O Louis Zaiger Residue Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Marion L. Lappin, in her capacity as a Limited Partner of Shetland Fund Limited Partnership, Nancy J. Lappin, in her capacity as a Limited Partner of Shetland Fund Limited Partnership, Peter J. Lappin, in his capacity as a Limited Partner of Shetland Fund Limited Partnership, Barton Realty Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Shetland Associates Limited Partnership, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Grandchildren's Trust, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Shetland Investments Limited Partnership, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Lappin Family Limited Partnership, Lappin Family Limited Partnership, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Nancy Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Peter Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin 1972 Family Trust FBO Andrew Lappin, in its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Peter Lappin, in its capacity as a Limited Partner of Shetland

Fund Limited Partnership, Robert I. Lappin Irrevocable 1976 Family Trust FBO Andrew Lappin, in its
capacity as a Limited Partner of Shetland Fund Limited Partnership, Marion L. Lappin Trust, in its
capacity as a Limited Partner of Shetland Fund Limited Partnership, Andrew Lappin, in his capacity as a
Limited Partner of Shetland Fund Limited Partnership, Lappin Grandchildren's Trust FBO Danielle F.
Lappin, it its capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin, in his
capacity as General Partner of the Shetland Fund Limited Partnership, Shetland Properties, Inc., it its
capacity as a Limited Partner of Shetland Fund Limited Partnership, Robert I. Lappin Irrevocable 1976
Family Trust FBO Nancy Lappin, it its capacity as a Limited Partner of Shetland Fund Limited Partnership,
Steven Schiff, Schiff Family Holdings Nevada Limited Partnership, Schiff Family Holdings, Nevada, Inc., in
its capacity as General Partner of Schiff Family Holdings Nevada Limited Partnership, Franklin Sands, and
Helene Juliette Feffer

Jonathan K. Cooperman
Jessica L. Klarfeld
Kelley Drye & Warren LLP
Email: Jcooperman@KelleyDrye.com
Email: jklarfeld@kelleydrye.com
Attorney for: Laurence Apfelbaum, individually and in her capacities as executor and beneficiary of the
Estate of (Succession) of Doris Igoin, Emilie Apfelbaum, and Estate (Succession) of Doris Igoin

Jonathan S. Pasternak
DelBello Donnellan Weingarten Wise & Wiederkehr LLP
Email: jsp@ddw-law.com
Attorney for: STEFANELLI INVESTORS GROUP, ANTHONY E. STEFANELLI, JR., as general partner of
Stefanelli Investors Group and individually, ANTHONY STEFANELLI, III, ALEXANDRA ANN STEFANELLI,
MATTHEW BERNARD STEFANELLI, MARY ANN STEFANELLI, as general partner of Stefanelli Investors
Group and individually, MARK STEFANELLI, as general partner of Stefanelli Investors Group and
individually, ALYSSA STEFANELLI, as general partner of Stefanelli Investors Group and individually,
ROBERT STEFANELLI, as general partner of Stefanelli Investors Group and individually, BARBARA ANN
STEFANELLI, as general partner of Stefanelli Investors Group and individually, LISA M. STEFANELLI, as
general partner of Stefanelli Investors Group and individually, PATRICIA MORETTA, as general partner of
Stefanelli Investors Group and individually, NICHOLAS MORETTA, JR, as general partner of Stefanelli
Investors Group and individually, CHRISTOPHER MORETTA, as general partner of Stefanelli Investors
Group and individually, Anton Leroy, as general partner of Stefanelli Investors Group and individually,
and Anthony E. Stefanelli, as general partner of Stefanelli Investors Group and individually

Charles C. Platt
Wilmer Cutler Pickering Hale and Dorr LLP
Email: charles.platt@wilmerhale.com
Attorney for: Nancy J. Marks Trust 2002, Sidney Marks in his capacity as successor Trustee for the Nancy
J. Marks Trust 2002, Robert A. Marks, Susan M. Lazarus, Lawrence D. Marks, Estate of Nancy J. Marks,
Sidney Marks in his capacity as Personal Representative for the Estate of Nancy J. Marks, Sidney Marks

Trust 2002, and Sidney Marks

Herbert Beigel
Law Offices of Herbert Beigel
Email: hbeigel@gmail.com
Attorney for: M. Elliot Schnall

Bruce S. Schaeffer
BRUCE S. SCHAEFFER
Email: Bruce.Schaeffer@gmail.com; Bschaef123@aol.com
Attorney for: Irving J. Pinto 1996 Grantor Retained Annuity Trust, Irving J. Pinto, individually and in his
capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust, Sidney Kaplan in his/her
capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust and the Irving J. Pinto
1994 Grantor Retained Annuity Trust, and Irving J. Pinto 1994 Grantor Retained Annuity Trust

Robert M. McClay
McClay Alton, P.L.L.P
Email: bob@mcclay-alton.com;law@mcclay-alton.com;jane@mcclay-alton.com
Attorney for: Jame B. Pinto Revocable Trust U/A DTD 12/1/03, James B. Pinto, individually and in his
capacity as Grantor and Trustee for the James B. Pinto Revocable Trust, Amy Pinto Lome Revocable
Trust U/A/D 5/22/03, Amy Pinto Lome, individually and in her capacity as Grantor and Trustee for the
Amy Pinto Lome Revocable Trust u/a/d 5/22/03, and Leonard D. Lome, in his capacity as Trustee for the
Amy Pinto Lome Revocable Trust u/a/d 5/22/03

Hanh Huyhn
Howard R. Elisofon
Herrick, Feinstein, LLP
Email: hhuynh@herrick.com
Email: helisofon@herrick.com
Attorney for: Douglas D. Johnson

Parvin K. Aminolroaya
Christopher M. Van de Kieft
Seeger Weiss LLP
Email: paminolroaya@seegerweiss.com
Email: cvandekieft@seegerweiss.com
Attorney for: Jonathan Sobin, Lewis R. Franck, individually and in his capacity as Trustee for the Florence
Law Irrevocable Trust dtd 1/24/05, and Florence Law Irrevocable Trust DTD 1/24/05

Anthony L. Paccione
Brian A. Schmidt
Mark T. Ciani

Katten Muchin Rosenman LLP
Email: anthony.paccione@kattenlaw.com
Email: brian.schmidt@kattenlaw.com
Email: mark.ciani@kattenlaw.com
Attorney for: RBC Centura Bank

Matthew Gluck, Esq.
Milberg LLP
Email: mgluck@milberg.com
Attorney for: Ruth E. Goldstein

Kenneth C. Murphy
Simon & Partners LLP
Email: KCMurphy@Simonlawyers.com
Attorney for: Diane Wilson

Joshua Fowkes
James H. Hulme
Arent Fox LLP
Email: fowkes.joshua@arentfox.com
Email: hulme.james@arentfox.com
Attorney for: ELEVEN EIGHTEEN LIMITED PARTNERSHIP, BERNARD S. GEWIRZ, CARL S. GEWIRZ, EDWARD
H. KAPLAN, JEROME A. KAPLAN, ALBERT H. SMALL, EDWARD H. KAPLAN, MARJET LLC, IRENE R. KAPLAN,
1776 K Street Associates Limited Partnership, Bernard S. Gewirz, Edward H. Kaplan, Estate of Robert H.
Smith, Clarice R. Smith, as personal representative, as trustee, and as an individual, Robert P. Kogod, as
personal representative, Robert H. Smith Revocable Trust, Eleventh Amendment and Restatement, and
Successor Trusts, Sherri L. Waddell, individually, Richard N. Greenberg, individually, Aleco J. Greenberg,
individually, Robert L. Powell, individually, Vicki Shannon, individually, Delores Ross, individually, Theus
Griggs, individually, William Powell, individually, C. Richard Beyda, in his capacity as personal
representative of the Estate of Hermen Greenberg, John Schofield, in his capacity as personal
representative of the Estate of Hermen Greenberg, Lee G. Kirstein, in his capacity as personal
representative of the Estate of Hermen Greenberg, M.G., a minor, individually, C.W., a minor,
individually, M.W., a minor, individually, Estate of Hermen Greenberg, Monica Greenberg, Qualified
Terminable Interest Property Trust for the Benefit of Monica Greenberg, as established under the Last
Will and Testament of Hermen Greenberg, Trust for the Benefit of M.G., as established under the Last
Will and Testament of Hermen Greenberg, Trust for the Benefit of M.W., as established under the Last
Will and Testament of Hermen Greenberg, and Trust for the Benefit of C.W., as established under the
Last Will and Testament of Hermen Greenberg

Thomas D. Goldberg
Margarita Y. Ginzburg
Day Pitney LLP

Email: tgoldberg@daypitney.com
Email: mginzburg@daypitney.com
Attorney for: Edmond A. Gorek, M.D., as an individual and as a joint tenant, Marguerite M. Gorek, as an individual and as a joint tenant, and Edmond A. Gorek, MD

Marc G. Rosenberg
Lee S Shalov
McLaughlin & Stern, LLP
Email: mrosenberg@mclaughlinstern.com
Email: lshalov@mclaughlinstern.com
Attorney for: Howard Kaye

Lauren Hannon
Stacey L. Meisel
Becker Meisel LLC
Email: lhannon@beckermeisel.com
Email: slmeisel@beckermeisel.com
Attorney for: KATZ GROUP LIMITED PARTNERSHIP, A WYOMING LIMITED PARTNERSHIP, KFI INC., A WYOMING CORPORATION, Aron B. Katz Charitable Remainder Unitrust, Martin J. Katz Charitable Remainder Unitrust, Margaret E. Cann Charitable Remainder Unitrust, Aron B. Katz 1995 Irrevocable Trust, Martin J. Katz, as trustee, and as an individual, Margaret Katz Cann, as trustee, and as an individual, and Aron B. Katz, as trustee, and as an individual

Ben H. Becker
Becker Meisel LLC
Email: bhbecker@beckermeisel.com
Attorney for: KATZ GROUP LIMITED PARTNERSHIP, A WYOMING LIMITED PARTNERSHIP

Joseph F. Keenan
McCanliss & Early, LLP
Email: jkeenan@mccanliss.com
Attorney for: Deidre A. Sweeney, and Estate of Armand L. Greenhall

Jonathan Evan Goldberg
Dentons US LLP
Email: jonathan.goldberg@dentons.com
Attorney for: AMERICA ISRAEL CULTURAL FOUNDATION INC

Robert M. Hirsh
Arent Fox LLP
Email: robert.hirsh@arentfox.com
Attorney for: Sherri L. Waddell, individually, Richard N. Greenberg, individually, Aleco J. Greenberg,

individually, Robert L. Powell, individually, Vicki Shannon, individually, Delores Ross, individually, Theus Griggs, individually, William Powell, individually, C. Richard Beyda, in his capacity as personal representative of the Estate of Hermen Greenberg, John Schofield, in his capacity as personal representative of the Estate of Hermen Greenberg, Lee G. Kirstein, in his capacity as personal representative of the Estate of Hermen Greenberg, M.G., a minor, individually, C.W., a minor, individually, M.W., a minor, individually, Estate of Hermen Greenberg, Monica Greenberg, Qualified Terminable Interest Property Trust for the Benefit of Monica Greenberg, as established under the Last Will and Testament of Hermen Greenberg, Trust for the Benefit of M.G., as established under the Last Will and Testament of Hermen Greenberg, Trust for the Benefit of M.W., as established under the Last Will and Testament of Hermen Greenberg, and Trust for the Benefit of C.W., as established under the Last Will and Testament of Hermen Greenberg

Andrew J. Goodman
Garvey Schubert Barer
Email: agoodman@gsblaw.com
Attorney for: L. H. Rich Companies, N. R. Investment Associates, and M. R. Investment Associates

John E. Lawlor
John E. Lawlor
Email: JLaw672@aol.com
Attorney for: Jan Stahl, Geri Stahl, H. Peter Steil, APO Health Inc. PSP f/b/o H. Peter Steil, APO Health, Inc. PSP f/b/o Jan Stahl, Buyer's Alternatives, Inc. PSP f/b/o Jan Stahl, and PJS Trading, Inc. PSP f/b/o Jan Stahl

Joshua S. Androphy
Thomas J. Fleming
Olshan Frome Wolosky LLP
Email: JAndrophy@olshanlaw.com
Email: tfleming@olshanlaw.com
Attorney for: Marvin L. Olshan

# APPENDIX A
## Included Motions to Dismiss[1]

|  | Adv. Pro. No. | Case Caption | Date MTD Filed | Counsel for Defendant(s) |
|---|---|---|---|---|
| 1. | 10-05401 | Picard v. Estate of Eleanor Myers a/k/a Eleanor Block a/k/a Lee Block, et al. | 3/3/14 | Milberg LLP |
| 2. | 10-05255 | Picard v. Stefanelli Investors Group, et al.[2] | 2/28/14 | Delbello Donnellan Weingarten Wise & Wiederkehr, LLP |
| 3. | 10-04797 | Picard v. Edmond A. Gorek, et al | 2/27/14 | Day Pitney LLP |
| 4. | 10-04623 | Picard v. Edmond A. Gorek | 2/27/14 | Day Pitney LLP |
| 5. | 10-04349 | Picard v. Pauline B. Feldman | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 6. | 10-04394 | Picard v. Frederic Z. Konigsberg, et al. | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 7. | 10-04396 | Picard v. Edith A. Schur | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 8. | 10-04408 | Picard v. Cheryl Yankowitz, et al. | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 9. | 10-04468 | Picard v. Ken-Wen Family Limited Partnership, et al. | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 10. | 10-04560 | Picard v. Richard E. Feldman | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 11. | 10-04561 | Picard v. Jeffrey R. Werner 11/1/98 Trust, et al. | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 12. | 10-04717 | Picard v. William Diamond | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 13. | 10-05094 | Picard v. The Estate of Carolyn Miller, et al | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |

[1] This list identifies all defendants participating in this omnibus briefing process as of the filing date of the Trustee's memorandum of law in opposition to the motions to dismiss.
[2] Note that this motion to dismiss was filed in response to the amended complaint filed on January 10, 2012 and is substituted in place of the prior motion to dismiss filed on December 20, 2011 in response to the initial complaint, that was included on the original Appendix A filed with the Trustee's Letter dated February 20, 2014.

|     | Adv. Pro. No. | Case Caption | Date MTD Filed | Counsel for Defendant(s) |
| --- | --- | --- | --- | --- |
| 14. | 10-05231 | Picard v. Trust under Deed of Suzanne R. May, et al | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 15. | 10-04361 | Picard v. Harvey L. Werner Revocable Trust, et al. | 2/18/14 | Bernfeld, DeMatteo & Bernfeld, LLP |
| 16. | 10-04772 | Picard v. M. Elliot Schnall | 1/24/14 | Herbert Biegel |
| 17. | 10-04655 | Picard v. Jaffe Family Partnership, et al. | 1/17/14 | Lax & Neville LLP |
| 18. | 10-04756 | Picard v. Stephen B. Kaye, et al. | 1/17/14 | Lax & Neville LLP |
| 19. | 10-04900 | Picard v. Bonnie J. Kansler | 1/17/14 | Lax & Neville LLP |
| 20. | 10-04881 | Picard v. Jillian Wernick Livingston | 1/17/14 | Lax & Neville LLP |
| 21. | 10-04481 | Picard v. Armand Lindenbaum | 1/17/14 | Lax & Neville LLP |
| 22. | 10-04467 | Picard v. David S. Wallenstein | 1/17/14 | Lax & Neville LLP |
| 23. | 10-04307 | Picard v. Howard Solomon | 1/17/14 | Lax & Neville LLP |
| 24. | 10-04988 | Picard v. Wallenstein / NY Partnership, et al. | 1/17/14 | Lax & Neville LLP |
| 25. | 10-04827 | Picard v. Madeline Gins Arakawa, et al. | 1/17/14 | Lax & Neville LLP |
| 26. | 10-04289 | Picard v. John Fujiwara, et al | 1/17/14 | Lax & Neville LLP |
| 27. | 10-04301 | Picard v. Frieda Bloom | 1/17/14 | Lax & Neville LLP |
| 28. | 10-04304 | Picard v. Elinor Solomon | 1/17/14 | Lax & Neville LLP |
| 29. | 10-04647 | Picard v. Abbit Family Trust, et al | 1/17/14 | Lax & Neville LLP |
| 30. | 10-05169 | Picard v. Fairfield Pagma Associates, LP, et al. | 1/17/14 | Lax & Neville LLP |
| 31. | 10-05246 | Picard v. Frances J. Le Vine Rev. Trust, et al. | 1/17/14 | Lax & Neville LLP |
| 32. | 10-04954 | Picard v. Ruth Kahn | 1/17/14 | Lax & Neville LLP |
| 33. | 10-05036 | Picard v. Elinor Friedman Felcher | 1/17/14 | Lax & Neville LLP |

|  | Adv. Pro. No. | Case Caption | Date MTD Filed | Counsel for Defendant(s) |
|---|---|---|---|---|
| 34. | 10-05048 | Picard v. Armand L. Greenhall, et al. | 1/17/14 | Lax & Neville LLP |
| 35. | 10-05160 | Picard v. The Lanny Rose Rev. Trust, et al | 1/17/14 | Lax & Neville LLP |
| 36. | 10-04573 | Picard v. Bruce Leventhal 2001 Irrevocable Trust, et al. | 1/17/14 | Lax & Neville LLP |
| 37. | 10-04966 | Picard v. Onesco International, Ltd., et al. | 1/17/14 | Lax & Neville LLP |
| 38. | 10-05400 | Picard v. Ted Goldberg, et al. | 1/17/14 | Wachtel Missry LLP |
| 39. | 10-04726 | Picard v. Lori Chemla, et al. | 1/17/14 | Wachtel Missry LLP |
| 40. | 10-04579 | Picard v. Shetland Fund Limited Partnership, et al. | 1/17/14 | Wachtel Missry LLP |
| 41. | 10-04896 | Picard v. Helene Juliette Feffer | 1/17/14 | Wachtel Missry LLP |
| 42. | 10-05372 | Picard v. O.D.D. Investment LP, et al. | 1/17/14 | Wachtel Missry LLP |
| 43. | 10-04502 | Picard v. Steven Schiff | 1/17/14 | Wachtel Missry LLP |
| 44. | 10-04363 | Picard v. Schiff Family Holdings Nevada Limited Partnership, et al. | 1/17/14 | Wachtel Missry LLP |
| 45. | 10-04447 | Picard v. Franklin Sands | 1/17/14 | Wachtel Missry LLP |
| 46. | 10-04472 | Picard v. Daniel N. Silna, et al. | 1/17/14 | Wachtel Missry LLP |
| 47. | 10-04470 | Picard v. Silna Family Inter Vivos Trust, et al. | 1/17/14 | Wachtel Missry LLP |
| 48. | 10-04357 | Picard v. James Greiff | 1/17/14 | Dentons LLP |
| 49. | 10-04796 | Picard v. Howard Kaye | 1/17/14 | McClaughlin & Stern LLP |
| 50. | 10-04735 | Picard v. Kara Fishbein Goldman, et al. | 1/17/14 | Pryor Cashman LLP |
| 51. | 10-04944 | Picard v. Pergament Equities LLC, et al. | 1/17/14 | Pryor Cashman LLP |

|  | Adv. Pro. No. | Case Caption | Date MTD Filed | Counsel for Defendant(s) |
|---|---|---|---|---|
| 52. | 10-05194 | Picard v. Bruce D. Pergament, et al. | 1/17/14 | Pryor Cashman LLP |
| 53. | 10-05087 | Picard v. Steven J. Lifton | 1/17/14 | Meyer, Suozzi, English & Klein, P.C. |
| 54. | 10-04906 | Picard v. Steven V Marcus Separate Property of the Marcus Family Trust, et al. | 1/16/14 | Milberg LLP |
| 55. | 10-04861 | Picard v. Harold J. Hein | 3/22/13 | Dentons LLP |
| 56. | 10-04921 | Picard v. Stanley T. Miller | 3/22/13 | Dentons LLP |
| 57. | 10-04672 | Picard v. Sidney Cole | 3/22/13 | Dentons LLP |
| 58. | 10-04415 | Picard v. Barbara J. Berdon | 3/22/13 | Dentons LLP |
| 59. | 10-05209 | Picard v. Lapin Children LLC | 3/22/13 | Dentons LLP |
| 60. | 10-04332 | Picard v. Barry Weisfeld | 3/22/13 | Dentons LLP |
| 61. | 10-04401 | Picard v. Rose Gindel Trust, et al. | 3/22/13 | Dentons LLP |
| 62. | 10-05085 | Picard v. Eugene J. Ribakoff 2006 Trust, et al. | 3/22/13 | Dentons LLP |
| 63. | 10-05424 | Picard v. The Frederia Ripley French Rev. Trust, et al.t | 3/22/13 | Dentons LLP |
| 64. | 10-05224 | Picard v. David R. Markin, et al. | 3/22/13 | Dentons LLP |
| 65. | 10-04925 | Picard v. Alvin Gindel Rev. Trust, et al. | 3/22/13 | Dentons LLP |
| 66. | 10-05384 | Picard v. Neil Reger Profit Sharing Keogh, et al. | 3/22/13 | Dentons LLP |
| 67. | 10-05058 | Picard v. America Israel Cultural Foundation | 3/22/13 | Dentons LLP |
| 68. | 10-04966 | Picard v. Onesco International, Ltd., et al | 3/22/13 | Milberg LLP |
| 69. | 10-04951 | Picard v. Harold A. Thau | 3/22/13 | Milberg LLP |
| 70. | 10-04946 | Picard v. Stephen R. Goldenberg | 3/22/13 | Milberg LLP |

|  | Adv. Pro. No. | Case Caption | Date MTD Filed | Counsel for Defendant(s) |
|---|---|---|---|---|
| 71. | 10-05089 | Picard v. John Denver Concerts, Inc., et al. | 3/22/13 | Milberg LLP |
| 72. | 10-04335 | Picard v. Aspen Fine Arts Co., et al. | 3/22/13 | Milberg LLP |
| 73. | 10-04978 | Picard v. Estate of Ira S. Rosenberg, et al | 3/22/13 | Milberg LLP |
| 74. | 10-04725 | Picard v. Ruth E. Goldstein | 3/22/13 | Milberg LLP |
| 75. | 10-04601 | Picard v. Laurence E. Leif | 3/22/13 | Milberg LLP |
| 76. | 10-05069 | Picard v. Potamkin Family Foundation | 3/22/13 | Milberg LLP |
| 77. | 10-04576 | Picard v. Norton A. Eisenberg | 3/22/13 | Milberg LLP |
| 78. | 10-04741 | Picard v. William M. Woessner Family Trust, et al. | 3/22/13 | Milberg LLP |
| 79. | 10-04724 | Picard v. P. Charles Gabriele | 3/22/13 | Milberg LLP |
| 80. | 10-04582 | Picard v. Gerald Blumenthal | 3/22/13 | Milberg LLP |
| 81. | 10-05136 | Picard v. Richard Roth | 3/22/13 | Milberg LLP |
| 82. | 10-04540 | Picard v. Jonathan Sobin | 3/22/13 | Seeger Weiss LLP |
| 83. | 10-05194 | Picard v. Bruce D. Pergament, et al. | 3/22/13 | Pryor Cashman LLP |
| 84. | 10-04341 | Picard v. James P. Marden, et al. | 3/22/13 | Pryor Cashman LLP |
| 85. | 10-04348 | Picard v. Marden Family Limited Partnership, et al. | 3/22/13 | Pryor Cashman LLP |
| 86. | 10-05239 | Picard v. Robert Fried, et al. | 3/22/13 | Pryor Cashman LLP |
| 87. | 10-05439 | Picard v. Avram J. Goldberg, et al. | 3/22/13 | Pryor Cashman LLP |
| 88. | 10-05118 | Picard v. Charlotte M. Marden, et al. | 3/22/13 | Pryor Cashman LLP |
| 89. | 10-04575 | Picard v. Boslow Family Limited Partnership, et al. | 3/22/13 | Pryor Cashman LLP |

| | Adv. Pro. No. | Case Caption | Date MTD Filed | Counsel for Defendant(s) |
|---|---|---|---|---|
| 90. | 10-05397 | Picard v. Oakdale Foundation Inc., et al. | 3/22/13 | Pryor Cashman LLP |
| 91. | 10-04565 | Picard v. Murray & Irene Pergament Foundation, Inc., et al. | 3/22/13 | Pryor Cashman LLP |
| 92. | 10-04998 | Picard v. Estate of Hermen Greenberg, et al. | 6/15/12 | Arent Fox LLP |
| 93. | 10-05027 | Picard v. 1776 K Street Associates Limited Partnership, et al. | 4/20/12 | Arent Fox LLP |
| 94. | 10-04976 | Picard v. Eleven Eighteen Limited Partnership, et al. | 4/20/12 | Arent Fox LLP |
| 95. | 10-04865 | Picard v. Edward H. Kaplan, et al. | 4/20/12 | Arent Fox LLP |
| 96. | 10-04336 | Picard v. The Estate of Doris Igoin, et al. | 4/2/12 | Kelley Drye & Warren LLP |
| 97. | 10-04799 | Picard v. Marvin L. Olshan | 2/3/12 | Olshan Grundman Frome Rosenzweig & Wolosky LLP |
| 98. | 10-04774 | Picard v. Diane Wilson | 1/31/12 | Simon & Partners LLP |
| 99. | 10-04551 | Picard v. Douglas D. Johnson | 1/4/12 | Herrick, Feinstein LLP |
| 100. | 10-04370 | Picard v. Sidney Marks Trust 2002, et al. | 9/5/11 | Wilmer Cutler Pickering Hale and Dorr LLP |
| 101. | 10-04698 | Picard v. Nancy J. Marks Trust 2002, et al. | 9/5/11 | Wilmer Cutler Pickering Hale and Dorr LLP |
| 102. | 10-04511 | Picard v. Weithorn/ Casper Associates For Selected Holdings, LLC, et al. | 6/24/11 | Becker Glynn, Melamed & Muffly LLP |
| 103. | 10-04419 | Picard v. Katz Group Limited Partnership, et al. | 6/20/11 | Becker Meisel LLC |
| 104. | 10-04495 | Picard v. Carl Glick | 6/15/11 | Becker Glynn, Melamed & Muffly LLP |
| 105. | 10-04435 | Picard v. Prospect Capital Partners, et al. | 6/13/11 | Becker Glynn, Melamed & Muffly LLP |

|  | Adv. Pro. No. | Case Caption | Date MTD Filed | Counsel for Defendant(s) |
|---|---|---|---|---|
| 106. | 10-04294 | Picard v. David T. Washburn | 6/13/11 | Becker Glynn, Melamed & Muffly LLP |
| 107. | 10-04323 | Picard v. Weiner Family Limited. Partnership, et al. | 6/1/11 | Fox Rothschild LLP |
| 108. | 10-04293 | Picard v. Marvin M. Weiner | 6/1/11 | Fox Rothschild LLP |
| 109. | 10-05371 | Picard v. L.H. Rich Companies, et al. | 5/10/11 | Garvey Schubert Baker |
| 110. | 10-04759 | Picard v. Lewis R. Franck, et al. | 4/1/11 | *Pro se* Defendant |
| 111. | 10-04744 | Picard v. Irving J. Pinto 1996 Grantor Retained Annuity Trust, et al. | 1/26/11 | Filed By Bruce S. Schaeffer, but now unrepresented; Estate's Counsel: Joseph A. Roman |
| 112. | 10-04538 | Picard v. James B. Pinto Rev. Trust, et al | 1/26/11 | Filed By Bruce S. Schaeffer, but now represented by Marvin Ingber / McClay Alton, P.L.L.P Estate's Counsel: Joseph A. Roman |
| 113. | 10-04588 | Picard v. Amy Pinto Lome Rev. Trust, et al | 1/26/11 | Filed By Bruce S. Schaeffer, but now represented by Marvin Ingber / McClay Alton, P.L.L.P Estate's Counsel: Joseph Roman |