Susan F. Balaschak (SB 1901)
**AKERMAN LLP**
**f/k/a AKERMAN SENTERFITT LLP**
335 Madison Avenue, Suite 2600
New York, NY 10017
Phone: (212) 880-3800
Fax: (212) 880-8965

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,** | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff- Applicant, | SIPA LIQUIDATION |
| v. | |
| **BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,** | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| **BERNARD L. MADOFF,** | |
| Debtor. | |
| **IRVING H. PICARD,** Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-04832 (BRL) |
| **RICHARD E. WINTER REVOCABLE TRUST U/A DATED OCTOBER 30, 2002, RICHARD E. WINTER,** in his capacity as Trustee for the Richard E. Winter Revocable Trust U/A dated October 30, 2002, and Individually, | |
| Defendants. | |

**SUGGESTION OF DEATH**
**[Pursuant to F.R. Civ.P. 25(a)]**

{28312732;1}

PLEASE TAKE NOTICE that undersigned counsel regrets to inform the Court that Richard E. Winter died on March 3, 2014.

Dated: New York, NY
March 13, 2014

Respectfully submitted,

**AKERMAN LLP
f/k/a AKERMAN SENTERFITT, LLP**

By: /s/   Susan F. Balaschak
Email: susan.balaschak@akerman.com
335 Madison Avenue, Suite 2600
New York, NY 10017
Phone: (212) 880-3800/Fax: (212) 880-8965

Michael I. Goldberg (MG 0869)
Email: michael.goldberg@akerman.com
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2229
Phone: (954) 463-2700/Fax: (954) 463-2224

*Counsel for RICHARD E. WINTER REVOCABLE TRUST U/A DATED OCTOBER 30, 2002, RICHARD E. WINTER, in his capacity as Trustee for the Richard E. Winter Revocable Trust U/A dated October 30, 2002, and Individually,*

{28312732;1}

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 13, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: /s/ Susan F. Balaschak

{28312732;1}