# EXHIBIT A

Bernard L. Madoff Investment Securities Customers
Represented By Becker & Poliakoff, LLP

1. Nancy Dver Cohen
2. Leonard Forrest Revocable Trust
3. Marjorie Forrest Revocable Trust Dated 1/29/99
4. Adele Fox
5. UDT 3/5/90 FBO Adele Fox
6. Barbara Gaba
7. Charles Gevirtz
8. Edwin A. Grant II
9. Benjamin T. Heller Irrevocable Trust
10. Saulius Kajota
11. Jocelyn La Bianca & Mark La Bianca JT/WROS
12. Levy GST Trust DTD 3/14/02 FBO Francine Levy
13. Levy GST Trust DTD 3/14/02/ FBO M. Forrest
14. Marsha Peshkin
15. Richard Rosen
16. Jeffrey Shankman
17. Jon Warner
18. Robbin Warner