**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Oren J. Warshavsky
Robertson D. Beckerlegge
Jessica Schichnes

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>THE ESTATE OF SARAH E. PEARCE, NORTON S. ROSENSWEIG, LINDA ROSENSWEIG, DAVID B. PEARCE, | Adv. Pro. No. 10-04407 (SMB) |

JONATHAN P. ROSENSWEIG, JULIE SCHWARTZ, and LAURIE BLANK,

              Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due April 28, 2014.

2. Fact Discovery shall be completed by March 13, 2015.

3. The Deadline for Service of Substantive Interrogatories shall be October 17, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due May 13, 2015.

5. The Disclosure of Rebuttal Experts shall be due June 12, 2015.

6. The Deadline for Completion of Expert Discovery shall be September 11, 2015.

7. The Deadline for Service of a Notice of Mediation Referral shall be November 13, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be November 27, 2015.

9. The Deadline for Conclusion of Mediation shall be March 25, 2016. This deadline may be extended by the mutual consent of the parties to the mediation and the mediator.

Dated: New York, New York
March 14, 2014

BAKER & HOSTETLER LLP

By: /s/ Robertson D. Beckerlegge
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Oren J. Warshavsky
Robertson D. Beckerlegge
Jessica Schichnes

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*