**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>ESTATE OF GILBERT M. KOTZEN; GILBERT M. KOTZEN 1982 TRUST; LINDA S. PARESKY, in her capacity as personal representative of the Estate of Gilbert M. Kotzen and as Trustee for the Gilbert M. Kotzen 1982 Trust; and Stepheny B. Riemer, in her capacity as personal representative of the Estate of Gilbert M. Kotzen and as Trustee for the Gilbert M. | Adv. Pro. No. 10-04637 (SMB) |

| Kotzen 1982 Trust, |
|---|
| Defendants. |

# CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 18, 2014.

2. The Deadline for Service of Substantive Interrogatories shall be: October 24, 2014.

3. Fact Discovery shall be completed by: January 26, 2015.

4. The Disclosure of Case-in-Chief Experts shall be due: April 6, 2015.

5. The Disclosure of Rebuttal Experts shall be due: May 6, 2015.

6. The Deadline for Completion of Expert Discovery shall be: July 6, 2015.

7. The Deadline to File a Notice of Mediation Referral shall be: August 5, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: August 19, 2015.

9. The Deadline for Conclusion of Mediation shall be: October 19, 2015.

Dated: New York, New York
      March 13, 2014

BAKER & HOSTETLER LLP

By: *Nicholas J. Cremona*
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*