**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>CHERNIS FAMILY LIVING TRUST (2004); SCOTT R. CHERNIS IRREVOCABLE TRUST UNDER INDENTURE OF TRUST 8/15/91; SCOTT R. CHERNIS, individually, in his capacity as Trustee for the Chernis Family Living Trust (2004) and as Settlor for the Scott R. Chernis Irrevocable Trust Under Indenture of Trust 8/15/91; GABRIELLE S. | Adv. Pro. No. 10-04755 (SMB) |

CHERNIS, individually and in her capacity as Trustee for the Chernis Family Living Trust (2004); and PETER G. CHERNIS, in his capacity as Trustee for the Scott R. Chernis Irrevocable Trust Under Indenture of Trust 8/15/91,

                        Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 18, 2014.

2. The Deadline for Service of Substantive Interrogatories shall be: August 29, 2014.

3. Fact Discovery shall be completed by: December 1, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due: May 8, 2015.

5. The Disclosure of Rebuttal Experts shall be due: June 8, 2015.

6. The Deadline for Completion of Expert Discovery shall be: September 4, 2015.

7. The Deadline to File a Notice of Mediation Referral shall be: November 4, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: November 18, 2015.

9. The Deadline for Conclusion of Mediation shall be: March 17, 2016.

Dated: New York, New York
March 14, 2014

Of Counsel:

BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002-5018
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP

By: /s/ Nicholas J. Cremona
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*