# PEERSTATE EQUITY FUND, L.P.



NEW WORLD PLAZA
6 ARISTA COURT
DIX HILLS, NY 11746
631 424-0078

*MARCH 28, 2006*

Dear *JAMES & BARBARA*

This will acknowledge receipt of your check in the amount of $ *50,000.00*

which will be invested for your account.

Sincerely,

*Bob*

Robert N. Getz, LLC
General Partner

RNG:cs 9/04

*Current Address*
*James & barbara Prodilo*
*72 Riley Cove Rd.*
*Malta NY 12020*
*H: 518-306-4383*
*C: 518-269-2587*

# PEERSTATE EQUITY FUND, L.P.

### Robert N. Getz, LLC, General Partner

## QUARTERLY INVESTMENT VALUE STATEMENT

### PERSONAL AND CONFIDENTIAL

### FOR QUARTER ENDED:  June 30, 2008

**PARTNER NAME:**        James Prochilo
                        Barbara Prochilo JTWROS

**ADDRESS:**            46 Hemlock Drive
                        Clifton Park, NY  12065

**ACCOUNT NUMBER:**     3338

## I. THE VALUE OF YOUR INVESTMENT AT:

\*     June 30, 2008:        $ 85,721.39
      March 31, 2008:        $ 81,642.42

\*     Included in this amount is an unrealized gain $150.57

## II. YOUR INVESTMENT:

Contributions and (Withdrawals):

Date:                              Amount Contributed:

March 29, 2006                        $   50,000.00
November 2, 2006                          20,000.00

Total Net Contributions to Date:      $    70,000.00

### YOUR NET ANNUALIZED RETURN FOR THE YEAR IS    9.902%

N.B. For the Period 4/1/08-6/30/08 an Account with No Additions or Withdrawals Earned 4.7038 Net

New World Plaza  6 Arista Ct., Dix Hills, New York 11746-4908  (631) 424-0078

February 12, 2014
Page 5

**Exhibit 2: Interrogatories**

**Please answer the following questions:**

1. Identify each person who first introduced you to BLMIS by name, telephone number, address and affiliation to you.

   _Robert N Getz_      _561-622-7919_      _516-238-9616_
   _Don't know Current Address_
   _Steven GETZ_      _917-941-0550_      _212-706-037_
   _Don't Know Current Address_

2. Identify all documents concerning how you came to invest in the accountholder through which you invested in BLMIS, including how you learned of or became aware of the accountholder and how you came to invest.

   _Copies enclosed_ {
   _Personal Check  HSBC  # 3323      $ 50,000.00   3/26/06_
   _Bank Check  HSBC # 425324049  $ 20,000.00  10/26/06_
   _I knew Robert Getz years before when he worked for the Equitable. Came to invest through a phone conversation I had with Mr. Getz in early 2006_

3. Identify all documents that describe how you made investments or deposits in connection with the account, including, but not limited to, the process for making such investments or deposits, the person and/or entity to whom such investments or deposits were sent, and the method for making such investments or deposits.

   _Items listed in #2 above. Checks were sent to Peerstate Equity Fund L.P. @ 6 Arista Court DIX Hill NY 11746_

4. Identify all documents that describe how payments were made to you in connection with the account, including, but not limited to, the process for requesting or receiving such payments and the person and/or entity to whom such requests were made or from whom such payments were received, and the method of receipt.

   _N/A  *  Never received or requested payments._

5. Identify all documents concerning any other BLMIS account in which you allege
to have a claim.  For each BLMIS account in which you allege to have a claim,
identify all person(s) who performed any due diligence or provided any advice,
opinion, commentary, or analysis of BLMIS to you or on your behalf, and
identify all documents that you reviewed before opening and investing in the
account.

*n/a*

6. Identify all persons at BLMIS with whom you had any communications, and
identify all documents concerning the substance of those communications,
including which (if any) BLMIS account such communications related to.

*none*

7. Identify each person who had control over the accountholder and/or authority to
exercise discretion with respect to the assets or investments of accountholder.

*Robert W Getz* } *General Partners*
*Steven Getz* } *Peristate Equity Fund*

8. Identify each person who received direct payments from BLMIS in connection
with the account, and identify all documents concerning the method(s) by which
such payments were made, including from whom such payments were sent.

*n/a   never received paymts*

9. Identify each person associated with the accountholder who had a direct
understanding or agreement with BLMIS with respect to the assets or
investments of the accountholder.

*Robert W Getz* } *General Partners*
*Steven Getz* }

10. Identify all documents concerning meetings you attended where an employee or
representative of BLMIS was present, and identify all documents that describe
the substance of the communications that occurred during each meeting.

*n/a   never happened*

_N/a   Never happened_

**11.** Identify any and all banks where you hold or have held accounts from the date
the BLMIS account you invested in was opened, through the present, and for
each bank account, identify all documents evidencing the account number, the
date the account was opened, and the date the account was closed.

**12.** Identify any and all banks where the accountholder holds or has held accounts
from the date the BLMIS account you invested in was opened, through the
present, and for each bank account, identify all documents evidencing the
account number, the date the account was opened, and the date the account was
closed.

_Bank of America   Checking   9550_
_Bank of America   Savings   3436_
_Peerstate   Tax Return   Balance Sheet   11/30/08_

February 12, 2014
Page 8

**Exhibit 3: Requests for Admissions**

**Please respond with "admit" or "deny" to the following statements where applicable:**

1. Admit the BLMIS account that is the subject of your objections was not titled in your name. *admit*

2. Admit you did not have an account in your name at BLMIS. *admit*

3. Admit you never received correspondence directly from BLMIS. *admit*

4. Admit you never deposited securities directly with BLMIS. *admit*

5. Admit you never made a payment of cash directly to BLMIS for credit to an account in your name. *admit*

6. Admit you never withdrew funds directly from BLMIS. *admit*

7. Admit that any funds you received were transmitted to you from the accountholder. *never received or requested funds!*

8. Admit you did not receive investment statements from BLMIS in your name. *admit*

9. Admit you did not receive tax statements from BLMIS in your name. *admit*

February 12, 2014
Page 9

**10.** Admit you never entered into any contracts in your name with BLMIS.

*admit*

**11.** Admit your only relationship to BLMIS existed by way of your relationship to the accountholder.   *admit*

**12.** Admit you did not have any control, investment discretion or decision-making power over any investment assets at BLMIS.

*admit*

**13.** Admit that accountholder had its own bank account and kept its funds separate from your personal funds.   *admit*

**14.** Admit that there was an agreement between the partners of the accountholder that restricted management rights of limited partners.

*admit*