**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Christa C. Turner

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>  v.<br><br>Richard M. Balzarini,<br><br>         Defendant(s). | Adv. Pro. No. 10-04444 (SMB) |

## **CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were completed on August 16, 2011.

2. Fact Discovery shall be completed by: September 20, 2014.

3. The Deadline for Service of Substantive Interrogatories was February 14, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due: November 19, 2014.

5. The Disclosure of Rebuttal Experts shall be due: December 19, 2014.

6. The Deadline for Completion of Expert Discovery shall be: March 19, 2015.

7. The Deadline for Service of a Notice of Mediation Referral shall be: On or before May 18, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before June 1, 2015, or within 14 days after the service of the Notice of Mediation Referral, whichever is earlier.

9. The Deadline for Conclusion of Mediation shall be: On or before September 29, 2015.

Dated: New York, New York
       March 14, 2014

| JOHN H. CARNEY & ASSOCIATES | BAKER & HOSTETLER LLP |
|---|---|
| By: /s/ John H. Carney . <br> John H. Carney <br> One Meadows Building <br> 5005 Greenville Avenue, Suite 200 <br> Dallas, TX  75206 <br> Telephone: (214) 368-8300 <br> Facsimile: (214) 363-9979 <br><br> *Attorneys for Defendant* <br> *Richard M. Balzarini* | By: /s/ Christa C. Turner . <br> David J. Sheehan <br> Marc E. Hirschfield <br> Nicholas J. Cremona <br> Christa C. Turner <br> 45 Rockefeller Plaza <br> New York, NY  10111 <br> Telephone: (212) 589-4200 <br> Facsimile: (212) 589-4201 <br><br> *Attorneys for Irving H. Picard, Trustee* <br> *for the Substantively Consolidated SIPA* <br> *Liquidation of Bernard L. Madoff Investment* <br> *Securities LLC and for the Estate of Bernard* <br> *L. Madoff* |

300314133.1