K&L GATES LLP
Philip M. Guess (*Pro Hac Vice*)
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623-7022

*Attorneys for South Ferry #2 LP,*
*Emmanuel Gettinger, Aaron Wolfson,*
*Abraham Wolfson, Zev Wolfson,*
*and South Ferry Building Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF ELECTRONIC WITHDRAWAL FROM**
**CM/ECF ELECTRONIC NOTIFICATION SERVICE**

  **PLEASE TAKE NOTICE** that Philip M. Guess of the law firm K&L Gates LLP requests to be removed from CM/ECF electronic notification service, and any other mailing matrix or service list in this case and any related adversary proceedings.

Dated: March 14, 2014
Seattle, Washington

        Respectfully submitted,

        K&L GATES LLP

        By: _____
        Philip M. Guess (*Pro Hac Vice*)
        K&L GATES LLP
        925 Fourth Avenue, Suite 2900
        Seattle, WA 98104-1158
        Phone: (206) 623-7580
        Fax: (206) 623-7022
        Email: philg@klgates.com

- 2 -

## CERTIFICATE OF SERVICE

I certify that on March 14, 2014, I arranged for electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record via the CM/ECF system.

s/ Laura Clinton
Laura Clinton (*Pro Hac Vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Fax: (206) 623-7022
