**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessie A. Kuhn
Michelle L. Young

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff,<br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                      Plaintiff,<br>     v.<br><br>ESTATE OF SYRIL SEIDEN, and<br><br>STUART SEIDEN, individually and in his fiduciary capacity,<br><br>                      Defendants. | Adv. Pro. No. 10-04739 (SMB) |

# AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were served on March 15, 2013.

2. Fact Discovery shall be completed by: April 25, 2014.

3. Substantive Interrogatories were served on January 10, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due: June 24, 2014.

5. The Disclosure of Rebuttal Experts shall be due: July 24, 2014.

6. The Deadline for Completion of Expert Discovery shall be: October 22, 2014.

7. The Deadline for Service of a Notice of Mediation Referral shall be: December 22, 2014.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: January 5, 2015.

[*The Rest of this Page is Intentionally Left Blank*]

9.     The Deadline for Conclusion of Mediation shall be: May 5, 2015.

Dated: New York, New York  
       March 14, 2014

BAKER & HOSTETLER LLP

By: s/ *Marc E. Hirschfield*  
David J. Sheehan  
Marc E. Hirschfield  
Oren J. Warshavsky  
Jessie A. Kuhn  
Michelle L. Young  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300314580.1