**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH FERRY #2 LP, EMMANUEL GETTINGER, AARON WOLFSON, ABRAHAM WOLFSON, ZEV WOLFSON, and SOUTH FERRY BUILDING COMPANY,<br><br>Defendants. | Adv. Pro. No. 10-04350 (SMB) |

**CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: June 6, 2014

2. Fact Discovery shall be completed by: October 9, 2014

3. The Deadline for Service of Substantive Interrogatories shall be: August 15, 2014

4. The Disclosure of Case-in-Chief Experts shall be due: December 8, 2014

5. The Disclosure of Rebuttal Experts shall be due: February 9, 2015

6. The Deadline for Completion of Expert Discovery shall be: April 30, 2015

7. The Deadline for Service of a Notice of Mediation Referral shall be: On or before June 9, 2015

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before June 23, 2015, or within 14 days after the service of the Notice of Mediation Referral, whichever is earlier.

9. The Deadline for Conclusion of Mediation shall be: On or before October 23, 2015, or within 120 days of the date of service of the Notice of Mediator Selection, whichever is earlier.

300310845.2

              Pg 3 of 3


Dated:  March 17, 2014

| **BAKER & HOSTETLER LLP** | **K&L GATES LLP** |
|---|---|
| By: /s *Nicholas J. Cremona* | By: *Richard A. Kirby* |
| 45 Rockefeller Plaza | 1601 K Street NW |
| New York, New York 10111 | Washington, DC 20006-1600 |
| Telephone:  212.589.4200 | Telephone: 202.661.3730 |
| Facsimile:  212.589.4201 | Facsimile: 202.778.9100 |
| David J. Sheehan | Richard A. Kirby |
| Email:  dsheehan@bakerlaw.com | Email: Richard.Kirby@klgates.com |
| Marc E. Hirschfield | Martha Rodriguez-Lopez |
| Email:  mhirschfield@bakerlaw.com | Email: Martha.RodriguezLopez@klgates.com |
| Nicholas Cremona | Phillip Guess |
| Email:  ncremona@bakerlaw.com | Email: philg@klgates.com |
| Christa C. Turner | |
| Email: cturner@bakerlaw.com | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | *Attorneys for Defendants South Ferry #2, LP, Emmanuel Gettinger, Aaron Wolfson, South Ferry Building Company, Zev Wolfson, and Abraham Wolfson* |

300281266