**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH FERRY BUILDING COMPANY, a New York limited partnership, EMANUEL GETTINGER, ABRAHAM WOLFSON, ZEV WOLFSON, in his capacity as trustee u/i/t f/b/o | Adv. Pro. No. 10-04488 (SMB) |

Aaron Wolfson and Alisa Wolfson and individually, A. TRUST, AA. TRUST, A.O.N. TRUST, AARON TRUST, ABRAHAM ADEFF, ABRAHAM TRUST, ABRAHAM N. TRUST, AL. TRUST, ALISA TRUST, A.N. TRUST, GOLDIE APPELGRAD, individually and in her capacity as a joint tenant of Simcha & Goldie Applegrad, as j/t/w/r/o/s, SIMCHA APPELGRAD, individually and in his capacity as a joint tenant of Simcha & Goldie Applegrad, as j/t/w/r/o/s, DAVID G. AVIV, MIRIAM BEREN, B.F.&W. REALTY COMPANY, a New York limited partnership, HELEN ELBAUM, in her capacity as custodian for Zelda Elbaum and Ruth Elbaum, ZELDA ELBAUM, RAZEL FASKOWITZ, ROSLYN GETTINGER, MORRIS GOLDSTEIN, SAMUEL GOLDSTEIN, ISRAEL GROSSMAN, KALMAN HALPERN, ZEVI HARRIS, JOSEPH KATZ, BESSIE KAUFMAN, individually and in her capacity as joint tenant of David & Bessie Kaufman, as j/t/w/r/o/s, DAVID KAUFMAN, individually and in his capacity as joint tenant of David & Bessie Kaufman, as j/t/w/r/o/s, SARA KLEIN, individually and in her capacity as joint tenant of joint tenant of Sol & Sara Klein, as j/t/w/r/o/s, SOL KLEIN, individually and in his capacity as joint tenant of Sol & Sara Klein, as j/t/w/r/o/s, ALBERT KLEINMAN, MOSES LEITER, individually and in his capacity as joint tenant of Moses & N. Zwi Leiter, j/t/w/r/o/s, N. ZWI LEITER, individually and in her capacity as joint tenant of Moses & N. Zwi Leiter, j/t/w/r/o/s, GERDA LEVINSOHN, HYMAN MANDELBAUM, MAX MANDIS, individually and in his capacity as joint tenant of Max Mandis & Freda Rosenberg, as j/t/w/r/o/s, ANTHONY MARGADONNA, individually and in his capacity as joint tenant of Anthony & Julia Margadonna, as j/t/w/r/o/s, JULIA MARGADONNA, individually and in her capacity as joint tenant of Anthony & Julia Margadonna, as j/t/w/r/o/s, CLARA METH, MORRIS MILEWSKI, MORRIS NUSSBAUM, MARY PETERS, R. TRUST, R.A. TRUST, REBECCA TRUST, IRVING ROSEN, FREDA ROSENBERG, individually and in her capacity as joint tenant of Max Mandis & Freda Rosenberg, as

300310846.1

j/t/w/r/o/s, LEO SCHECHTER, BENJAMIN SCHENKER, individually and in his capacity as joint tenant of Benjamin & Minnie Schenker, as j/t/w/r/o/s, MINNIE SCHENKER, individually and in her capacity as joint tenant of Benjamin & Minnie Schenker, as j/t/w/r/o/s, MILDRED SHAPIRO, individually and in her capacity as joint tenant of Rabbi Solomon B. & Mildred Shapiro, as j/t/w/r/o/s, RABBI SOLOMON B. SHAPIRO, individually and in his capacity as joint tenant of Rabbi Solomon B. & Mildred Shapiro, as j/t/w/r/o/s, LEON SHIFFMAN, LEE SIEGMUND, NACHEMA SINGER, SARAH SPINDELL, CHAIM TWERKSY, individually and in their capacity as a joint tenant of Chaim & Rachel Twersky, as j/t/w/r/o/s, RACHEL TWERSKY, individually and in her capacity as a joint tenant of Chaim & Rachel Twersky, as j/t/w/r/o/s, ERNEST WACHTEL, individually and in his capacity as joint tenant of Ernest & Rose Wachtel, as j/t/w/r/o/s, ROSE WACHTEL, individually and in her capacity as joint tenant of Ernest & Rose Wachtel, as j/t/w/r/o/s, MAX WEIL, CHANA WOLFSON, HELEN YOUNGER, AARON ZEITLIN, individually and in his capacity as trustee for Abraham Trust, Rebecca Trust, Alisa Trust, Aaron Trust, Abraham N. Trust, R.A. Trust, Al. Trust, Aa. Trust, A.N. Trust, R. Trust, A. Trust, and A.O.N. Trust, and RACHEL ZEITLIN,

Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due: June 6, 2014

3

300310846.1

2. Fact Discovery shall be completed by: October 9, 2014

3. The Deadline for Service of Substantive Interrogatories shall be: August 15, 2014

4. The Disclosure of Case-in-Chief Experts shall be due: December 8, 2014

5. The Disclosure of Rebuttal Experts shall be due: February 9, 2015

6. The Deadline for Completion of Expert Discovery shall be: April 30, 2015

7. The Deadline for Service of a Notice of Mediation Referral shall be: On or before June 9, 2015

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before June 23, 2015, or within 14 days after the service of the Notice of Mediation Referral, whichever is earlier.

9. The Deadline for Conclusion of Mediation shall be: On or before October 23, 2015, or within 120 days of the date of service of the Notice of Mediator Selection, whichever is earlier.

Dated: March 17, 2014

| **BAKER & HOSTETLER LLP** | **K&L GATES LLP** |
|---|---|
| By: /s *Nicholas Cremona* | By: *Richard A. Kirby* |
| 45 Rockefeller Plaza | 1601 K Street NW |
| New York, New York 10111 | Washington, DC 20006-1600 |
| Telephone: 212.589.4200 | Telephone: 202.661.3730 |
| Facsimile: 212.589.4201 | Facsimile: 202.778.9100 |
| David J. Sheehan | Richard A. Kirby |
| Email: dsheehan@bakerlaw.com | Email: Richard.Kirby@klgates.com |
| Marc E. Hirschfield | Martha Rodriguez-Lopez |
| Email: mhirschfield@bakerlaw.com | Email: Martha.RodriguezLopez@klgates.com |
| Nicholas Cremona | |
| Email: ncremona@bakerlaw.com | *Attorneys for Defendants* |
| Christa C. Turner | |
| Email: cturner@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC*