**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
*Attorneys for Defendant*
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Chester B. Salomon
csalomon@beckerglynn.com
Alec P. Ostrow
aostrow@beckerglynn.com

**UNITED STATES BANKRUPTY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x
SECURITIES INVESTOR PROTECTION
CORPORATION,

|  |  |
|---|---|
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (BRL) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |

------------------------------------------------------------------- x
In re:

BERNARD L. MADOFF,                                    Case No. 09-11893 (BRL)


                                    Debtor.
-------------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                                                      Adv. P. No.
                    Plaintiff,                        10-04495 (BRL)

          v.

CARL GLICK,

                                    Defendant.
-------------------------------------------------------------------x

**DEFENDANT'S REPLY MEMORANDUM OF LAW IN SUPPORT**
**OF MOTION TO DISMISS COMPLAINT**

**Preliminary Statement**

Carl Glick (the "Defendant"), by his undersigned attorneys, respectfully submits

this reply memorandum of law in support of his motion to dismiss the Complaint filed by

Irving H. Picard (the "Plaintiff" or "Trustee"), as Trustee for the liquidation of Bernard L.

Madoff Investment Securities, LLC ("BLMIS," "Madoff" or the "Debtor").

**Statement of the Current Posture of the Case**

Nearly three years have passed since the Defendant submitted his motion to

dismiss the Complaint.  In the interim, among other things, Judge Rakoff withdrew the

reference, held consolidated hearings, and issued several decisions that apply in this

adversary proceeding.  Most significantly, Judge Rakoff decided that 11 U.S.C. § 546(e)

bars all of the Trustee's avoiding power claims asserted in the Complaint other than

actual fraudulent transfers under 11 U.S.C. § 548(a)(1)(A).  *Securities Investor Prot.*

*Corp. v. Bernard L. Madoff Inv. Sec. LLC*, 476 B.R. 715, 722 (S.D.N.Y. 2012), *appeal*

*pending*, No. 12-2557(L) (2d Cir.).  The result is that Counts Two through Six of the

Complaint have been dismissed.  Unless the Second Circuit reverses, the only remaining

claims in the Complaint are Counts One (actual fraudulent transfers under the Bankruptcy

Code) and Seven (subsequent transferee liability).

On March 10, 2014, the Trustee and the Securities Investor Protection

Corporation ("SIPC") filed memoranda of law in opposition to various motions to

dismiss, including the one made by the Defendant herein.  These filing were omnibus

submissions, identically filed in several adversary proceedings, including the instant one.

Many of the arguments address points that the Defendant herein did not raise.  One

argument addressing a point that the Defendants did make – that to plead an actual

*251104v1*

fraudulent transfer claim under New York law, fraudulent intent of the transferee must also be alleged – is moot in light of Judge Rakoff's ruling concerning the applicability of section 546(e).  This argument pertains to Count Three of the Complaint, which has been dismissed.

Since the Defendant has not not sought dismissal of Count One (actual fraudulent transfer under the Bankruptcy Code), there are no remaining live under the Defendant's motion to dismiss.

### Conclusion

For all the foregoing reasons, the Defendant respectfully requests that the Complaint be dismissed, and in particular that Counts Two, Three, Four, Five and Six be dismissed with prejudice, and that the Defendant be granted such other and further relief as is just.

Dated:  New York, New York
         March 17, 2014

Respectfully submitted,

**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
*Attorneys for Defendant*

By:  ___*/s/ Alec P. Ostrow*_____

Alec P. Ostrow
Chester B. Salomon
299 Park Avenue
New York, New York 10171
Telephone: (212) 888-3033
Facsimile:  (212) 888-0255
aostrow@beckerglynn.com
csalomon@beckerglynn.com

*251104v1*