DENTONS US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Defendants Listed on Schedule A*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,                                         :        Adv. Pro. No. 08-1789 (SMB)
                                                     :
                    Plaintiff-Applicant,             :        SIPA LIQUIDATION
                                                     :
                    - against -                      :        (Substantively Consolidated)
                                                     :
BERNARD L. MADOFF INVESTMENT                         :
SECURITIES LLC,                                      :
                                                     :
                    Defendant.                       :
--------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation        :        Adv. Pro. No. 10-05224 (SMB)
of Bernard L. Madoff Investment Securities LLC,      :
                                                     :
                    Plaintiff,                       :
                                                     :
                    - against -                      :
                                                     :
DEFENDANTS LISTED ON                                 :
SCHEDULE A                                           :
--------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

        Daniel Piña, the undersigned deposes and says:  I am over 18 years of age, am not a party

in the above-captioned case, and am employed by the firm of Dentons US LLP.

On March 17, 2014, I served a true and correct copy of the Reply Memorandum of Law In Support of Defendants' Motion To Dismiss, upon the parties to this action who receive electronic service through CM/ECF and upon the parties listed below via E-Mail.

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan (dsheehan@bakerlaw.com)

SIPC
805 15th Street NW Suite 800
Washington, DC 20005
Telephone: (202) 371-8300
Facsimile: (202) 371-6728
Kevin Bell (kbell@sipc.org)

_/s/ Daniel Piña_____
Daniel Piña

Sworn to before me this
_17th_ day of March, 2014

_/s/ Neil R. Toro_____
Notary Public

**Neil R. Toro**
**Notary Public, State of New York**
**No. 01TO6012986**
**Qualified in Kings County**
**Commission Expires October 21, 2014**

## SCHEDULE A

| Irving H. Picard v. Barry Weisfeld | Adv. Pro. No. 10-04332 (SMB) |
|---|---|
| Irving H. Picard v. Rose Gindel, *et al.* | Adv. Pro. No. 10-04401 (SMB) |
| Irving H. Picard v. Barbara J. Berdon | Adv. Pro. No. 10-04415 (SMB) |
| Irving H. Picard v. Sidney Cole | Adv. Pro. No. 10-04672 (SMB) |
| Irving H. Picard v. Harold J. Hein | Adv. Pro. No. 10-04861 (SMB) |
| Irving H. Picard v. Stanley T. Miller | Adv. Pro. No. 10-04921 (SMB) |
| Irving H. Picard v. Alvin Gindel, *et al.* | Adv. Pro. No. 10-04925 (SMB) |
| Irving H. Picard v. Stephanie Ribakoff, *et al.* | Adv. Pro. No. 10-05085 (SMB) |
| Irving H. Picard v. Lapin Children LLC | Adv. Pro. No. 10-05209 (SMB) |
| Irving H. Picard v. David R. Markin, *et al.* | Adv. Pro. No. 10-05224 (SMB) |
| Irving H. Picard v. Neil Reger, *et al.* | Adv. Pro. No. 10-05384 (SMB) |
| Irving H. Picard v. Frederica R. French, *et al.* | Adv. Pro. No. 10-05424 (SMB) |
| Irving H. Picard v. America-Israel Cultural Foundation, Inc. | Adv. Pro. No. 10-05028 (SMB) |
| Irving H. Picard v. James Greiff | Adv. Pro. No. 10-04357 (SMB) |

81978973\V-2

1