**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. No. 08-01789 (BRL) |
| | : | |
| Plaintiff-Applicant, | : | SIPA LIQUIDATION |
| v. | : | |
| | : | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | : | |
| | : | |
| Defendant. | : | |

----------------------------------------X

| | |
|---|---|
| In re: | : |
| | : |
| BERNARD L. MADOFF, | : |
| | : |
| Debtor. | : |

----------------------------------------X

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : : : | Adv. Pro. No. 10-05371 (BRL) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| L.H. RICH COMPANIES, N.R. INVESTM ENT ASSOCIATES, M.R. INVESTMENT ASSOCIATES, JACK POLACK, and JAMES POLACK, | : : : : | |
| Defendants. | : | |

----------------------------------------X

## CERTIFICATE OF SERVICE

I, Ella Aiken, hereby certify that on March 17, 2014 I caused true and correct copies of Defendants L.H. Rich Companies, N.R. Investment Associates, M.R. Investment Associates, Jack Polack and James Polack's Reply Memorandum of Law in Further Support of Defendants' Motions To Dismiss to be served via Email and through ECF upon the following:

BAKER & HOSTETLER LLP
*Irving H. Picard, Trustee for the Liquidation of*
*Bernard L. Madoff Investment Securities LLC,*
*and Bernard L. Madoff*
45 Rockefeller Plaza
New York, New York 10111
mhirschfield@bakerlaw.com
ncremona@bakerlaw.com

Kevin H. Bell
*Senior Associate General Counsel for Dispute Resolution*
Securities Investor Protection Corporation
805 15th Street, Suite 800
Washington, D.C. 20005
kbell@sipc.org


    /s/ Ella Aiken
    Ella Aiken

NY_DOCS:621244.1