**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

## NOTICE OF ADJOURNMENT OF HEARING

**WHEREAS,** Baker & Hostetler LLP is counsel to Irving H. Picard (the "Trustee"), as

trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC,

under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively

consolidated estate of Bernard L. Madoff individually; and

**WHEREAS**, during a case conference held on February 14, 2014, the Honorable Stuart

M. Bernstein scheduled a status conference on discovery related matters for March 18, 2014;

**WHEREAS**, counsel to the Trustee and counsel to certain defendants have met and conferred on discovery issues and have agreed to adjourn the March 18, 2014 discovery conference on consent to March 26, 2014.

**PLEASE TAKE NOTICE** that the status conference on discovery related matters scheduled to be held on March 18, 2014 has been rescheduled to take place on **March 26, 2014 at 11:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced status conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
   March 17, 2014

           /s/ *Nicholas J. Cremona*    
           Baker & Hostetler LLP
           45 Rockefeller Plaza
           New York, New York 10111
           Telephone: (212) 589-4200
           Facsimile: (212) 589-4201
           David J. Sheehan
           Email: dsheehan@bakerlaw.com
           Nicholas J. Cremona
           ncremona@bakerlaw.com

           *Attorneys for Irving H. Picard, Trustee for*
           *the Substantively Consolidated SIPA*
           *Liquidation of Bernard L. Madoff Investment*
           *Securities LLC and the Estate of Bernard L.*
           *Madoff*