# EXHIBIT A

Exhibit A

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| KINGATE GLOBAL FUND LTD C/O BANK OF BERMUDA LTD A/C/F KINGATE GLOBAL FUND | 1FN061 |
| KINGATE EURO FUND LTD | 1FN086 |