**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>     v.<br><br>SUSANNE STONE MARSHALL; ADELE FOX; MARSHA PESHKIN; RUSSELL OASIS; A & G GOLDMAN PARTNERSHIP; and PAMELA GOLDMAN,<br><br>                              Defendants. | Adv. Pro. No. 14-01840 (SMB)<br><br><br><br>**NOTICE OF ISSUANCE OF ORDER BY FLORIDA DISTRICT COURT** |

**PLEASE TAKE NOTICE** that defendants Susanne Stone Marshall, Adele Fox, Marsha Peshkin and Russell Oasis ("Defendants") filed a Motion for Emergency Hearing and Motion for Limited Relief from Stay ("Motion") in the U.S. District Court for the Southern District of Florida ("Florida District Court") in *Fox v. Capital Growth Co.*, No. 10-80252 (S.D. Fla.), which sought to enjoin Irving H. Picard, as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC, from pursuing the instant injunction action against the Defendants.

**PLEASE TAKE FURTHER NOTICE** that on March 14, 2014, the Honorable Kenneth L. Ryskamp of the Florida District Court issued an order denying the Motion (the "Order"). A copy of the Order is appended as Exhibit A to this notice. The Florida District Court recognized that "Picard seeks an order enjoining [Defendants] from proceeding in this Court on the ground that their claims are duplicative and derivative of the Trustee's settled action against the Picower defendants." (Order at 2.) The Florida District Court declined to conduct an emergency hearing, and it further held that it "defers to the Bankruptcy Court for the Southern District of New York for a ruling on Picard's motion to enjoin the instant action." (*Id.*)

Dated: New York, New York
       March 17, 2014

    /s/ *David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Deborah H. Renner
Email: drenner@bakerlaw.com
Tracy L. Cole
Email: tcole@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*