# EXHIBIT 1

IN THE CIRCUIT COURT FOR PALM BEACH COUNTY,
FLORIDA
                 PROBATE DIVISION

IN RE: ESTATE OF

SYLVIA W. LOCK,
                 File No. 502010CP004075XXXXSB

      DECEASED.    Division

2010 NOV -4 PM 12: 27

PALM BEACH COUNTY, FL
SOUTH CTY BRANCH-FILED

STATEMENT OF CLAIM
BY
IRVING H. PICARD, ESQ., AS TRUSTEE FOR
BERNARD L. MADOFF INVESTMENT SECURITIES LLC

The undersigned, Irving H. Picard, as Trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS"), hereby presents for filing against the above estate this statement of claim, and alleges:

1.    The basis for the claim is recovery of avoidable fictitious profits. As background, this claim arises from the massive Ponzi scheme perpetrated by Bernard L. Madoff ("Madoff"). In early December 2008, BLMIS generated client account statements for its approximately 4,900 open client accounts at BLMIS. When added together, these statements purport that clients of BLMIS had approximately $65 billion invested with BLMIS. In reality, BLMIS had assets on hand worth a small fraction of that amount. On March 12, 2009, Madoff admitted to the fraudulent scheme and pled guilty to 11 felony counts, and was sentenced on June 29, 2009 to 150 years in prison. Decedent was the beneficiary and co-trustee of an account invested with BLMIS, and a beneficiary of the Ponzi scheme. The investigation of Irving H. Picard, Esq., as

trustee ("Trustee") for the liquidation of the business of BLMIS, has revealed that the amount of money withdrawn from the account of which Decedent was a co-trustee and beneficiary (account number 1EM117) was greater than the amount deposited with BLMIS, and thus constitutes fictitious profit. Specifically, the amount of the six year fictitious profits that are avoidable by the Trustee from account number 1EM117 is $1,900,000.00. The fictitious profits Decedent received were taken from other customers of BLMIS and given to Decedent. Claimant seeks return of this amount so that the customer property can be equitably distributed among all of the victims of BLMIS.

2.  The name and address of the claimant are Irving H. Picard, Esq., as Trustee for Bernard L. Madoff Investment Securities LLC, c/o Baker & Hostetler LLP, 45 Rockefeller Plaza, 11th Floor, New York, NY 10100, and the name and address of the claimant's attorney, if any, are as set forth below.

3.  The amount of the claim is at least $1,900,000.00, which will become due once the claim is reduced to judgment.

4.  The claim is contingent or unliquidated. If contingent or unliquidated, the nature of the uncertainty is that the claim is not yet reduced to judgment.

5.  The claim is not secured.

Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged are true, to the best of my knowledge and belief.

*[signature]*
_____
Anthony J. Scaletta, Esquire
Attorney for Claimant
Florida Bar No. 0058246
Baker & Hostetler, LLP
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801

Telephone: (407) 649-4000

*[signature]*
_____
Irving H. Picard, Esq., as Trustee for Bernard
L. Madoff Investment Securities LLC
Claimant

Copy mailed to attorney for
the Personal Representative on
_____NOV 1 0 2009_____, 20____.

CLERK OF THE CIRCUIT COURT

By: *[signature]*_____

**MUST BE FILED IN DUPLICATE**

095879, 000021, 300111432, Statement of Claim - Lock

3