**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04730 (SMB) |
| Plaintiff, | |
| v. | |
| EDWARD BLUMENFELD, *et al.,* | |
| Defendants. | |

## STIPULATION AND ORDER ON POST-MEDIATION PLEADINGS

**WHEREAS,** Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff (the "Trustee"), commenced this adversary proceeding (the "Action") by filing a complaint (the "Complaint") on November 29, 2010; and

**WHEREAS,** the Trustee and the defendants ("Defendants," and together with the Trustee, the "Parties") agreed to exchange limited discovery and mediate the issues presented in

{10939098:1}

the Action pursuant to a Stipulation and Order "so ordered" by this Court on August 27, 2012 (the "Original Order"); and

**WHEREAS**, the Original Order, among other things, (i) provided for an "Agreed Period" for the Parties to exchange limited discovery and conduct the mediation, (ii) scheduled a pre-trial conference, (iii) extended Defendants' time to respond to the Complaint up to and including 30 days following the last day of the Agreed Period, and (iv) confirmed the Parties' agreement that the Trustee may file and serve an amended complaint until 45 days after the end of the Agreed Period; and

**WHEREAS**, pursuant to subsequent "so ordered" Stipulations and Orders, the Parties extended the Agreed Period to March 14, 2014 and adjourned the pre-trial conference to May 28, 2014 at 10:00 a.m. (such Stipulations and Orders, together with the Original Order, the "Amended Order"); and

**WHEREAS**, the Agreed Period has expired; and

**WHEREAS**, the Parties have agreed to certain modifications to the Amended Order, with respect to the timing of certain post-mediation pleadings;

**NOW, THEREFORE,** the Parties stipulate and agree to, and the Court **ORDERS**, the following:

1. Other than as set forth below, the Parties hereby affirm the terms of the Amended Order in all respects.

2. Defendants' time to move, answer or otherwise respond to the Complaint is extended, as per paragraph 6 below (in the event such Complaint is not amended, per paragraphs 3-5 below).

3. The Trustee's time by which he may file an amended complaint, pursuant to Section 4(a) of the Original Order (an "Amended Complaint"), is hereby extended from 45 to 60 days after the end of the Agreed Period, or May 13, 2014.

4. The Defendants' time to move, answer, or otherwise respond to such Amended Complaint is hereby extended to 45 days after the date on which the Amended Complaint is served.

5. The Trustee shall give Defendants at least 15 days' notice if he intends to file an Amended Complaint before April 29, 2014. If the Trustee seeks to extend the time by which he may file an Amended Complaint beyond May 13, 2014, the Defendants will consent to any reasonable request to do so.

6. If, by May 13, 2014, the Trustee has not filed an Amended Complaint and has not sought any extension of time to do so, the Defendants shall have until June 27, 2014 to move, answer or otherwise respond to the Complaint.

7. The pre-trial conference is adjourned to July 30, 2014 at 10:00 a.m.

Dated: New York, New York
       March 17, 2014

By: /s/ Antonio J. Casas
Howard L. Simon (hsimon@windelsmarx.com)
Antonio J. Casas (acasas@windelsmarx.com)
Windels Marx Lane & Mittendorf LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

{10939098:1}    3

Dated: New York, New York　　By: /s/ William Weintraub
　　　　　March 17, 2014　　　　　William Weintraub
　　　　　　　　　　　　　　　　　Stutman, Treister & Glatt P.C.
　　　　　　　　　　　　　　　　　675 Third Avenue, Suite 2216
　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　Tel: (212) 235-0800
　　　　　　　　　　　　　　　　　Fax: (212) 235-0848

　　　　　　　　　　　　　　　　　*Attorneys for Defendants*


Dated: New York, New York　　By: /s/ Seth L. Rosenberg
　　　　　March 17, 2014　　　　　Seth L. Rosenberg
　　　　　　　　　　　　　　　　　Clayman & Rosenberg LLP
　　　　　　　　　　　　　　　　　305 Madison Avenue
　　　　　　　　　　　　　　　　　New York, NY 10165
　　　　　　　　　　　　　　　　　Tel: (212) 922-1080
　　　　　　　　　　　　　　　　　Fax: (212) 949-8255

　　　　　　　　　　　　　　　　　*Attorneys for Defendants*



SO ORDERED ON March 17th, 2014

　　　　　　　　　　　　　　　　　/s/ STUART M. BERNSTEIN
　　　　　　　　　　　　　　　　　HONORABLE STUART M. BERNSTEIN
　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE