PRYOR CASHMAN LLP
Richard Levy, Jr.
David C. Rose
7 Times Square
New York, New York 10036
Tel:    (212) 421-4100
Fax:    (212) 326-0806
rlevy@pryorcashman.com
drose@pryorcashman.com

*Attorneys for the Pryor Cashman Movants (as defined below)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff-Applicant,

- against -

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.

Adv. Pro. No. 08-1789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

------------------------------------------------------------x

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                Plaintiff,

- against -

VARIOUS DEFENDANTS REPRESENTED
BY PRYOR CASHMAN LLP (SEE CHART
OF MOVING DEFENDANTS IMMEDIATELY
BEHIND COVER),

                Defendants.

Adv. Pro. Nos. 10-4341 (SMB)
10-4348 (SMB)
10-4565 (SMB)
10-4575 (SMB)
10-4735 (SMB)
10-4944 (SMB)
10-5118 (SMB)
10-5194 (SMB)
10-5239 (SMB)
10-5397 (SMB)
10-5439 (SMB)

------------------------------------------------------------x

# DECLARATION OF SERVICE

1308469 1

1. I reside in New York, NY, am over 18 years of age and am not a party to this action.

2. On March 17, 2014 the document listed below (the "Filing") was filed electronically via the Court's CM/ECF System.

- Omnibus Reply Memorandum Of The Pryor Cashman Movants In Further Support Of Their Motions To Dismiss The Amended Complaints

3. Electronic notice of said Filing was provided via the Court's CM/ECF System to all parties able to receive electronic notice, as indicated in the Notice of Electronic Filing. Such parties may access the Filing through the Court's CM/ECF System.

4. Copies of the Filing were also served on March 17, 2014 via email to those parties listed on the attached Service List.

I declare, pursuant to USC Title 28 § 1746, under penalty of perjury that the foregoing is true and correct. Executed in New York, NY, on March 18, 2014.

By:   */s/ David L. Stevens*
      David L. Stevens

13084692

**Service List:**

Nicholas Cremona
ncremona@bakerlaw.com

David J. Sheehan
dsheehan@bakerlaw.com

Kevin Bell
kbell@sipc.org

Lauren Attard
lattard@sipc.org

1308469 3