**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Tracy Cole
Ona T. Wang

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-04336 (SMB) |
| THE ESTATE (SUCCESSION) OF DORIS IGOIN; LAURENCE APFELBAUM, individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin; and EMILIE APFELBAUM, | |

|  |
|---|
| Defendants. |

# STIPULATION AND ORDER EXTENDING
# JURISDICTIONAL DISCOVERY DEADLINE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1. The deadline for completion of all jurisdictional discovery with respect to the defendants is hereby extended up to and including May 23, 2014.

2. This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

Dated:  New York, New York
        March 17, 2014

BAKER & HOSTETLER LLP

By: /s/ *Marc E. Hirschfield*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Tracy Cole
Email: tcole@bakerlaw.com
Ona T. Wang
Email: owang@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC*

KELLEY DRYE & WARREN LLP

By: /s/ *Jonathan K. Cooperman*
101 Park Avenue
New York, NY 10178
Telephone: 212.808.7534
Facsimile: 212.808.7897
Jonathan K. Cooperman
Email: jcooperman@kelleydrye.com
Jessica L. Klarfeld
Email: jklarfeld@kelleydrye.com

*Attorneys for Defendants Laurence
Apfelbaum, Emilie Apfelbaum, and the Estate
(Succession) of Doris Igoin*

SO ORDERED:

Dated: March 18th, 2014    /s/ STUART M. BERNSTEIN
New York, New York          HONORABLE STUART M. BERNSTEIN
                            UNITED STATES BANKRUPTCY JUDGE