MILBERG LLP
Matthew Gluck
Matthew A. Kupillas
Jennifer L. Young
Joshua E. Keller
One Pennsylvania Avenue
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Attorneys for Defendants Identified on Attachment A Hereto*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securites LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON EXHBIIT A ATTACHED HERETO,<br><br>Defendants. | Adv. Pro. Nos. Listed on Attachment A Hereto |

### CERTIFICATE OF SERVICE

I, Matthew A. Kupillas, hereby certify that on the 17th day of March, 2013, I electronically filed DEFENDANTS' OMNIBUS REPLY BRIEF IN FURTHER SUPPORT OF MOTIONS TO DISMISS THE AMENDED COMPLAINTS with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to the parties in this action that have elected to receive electronic notification through the CM/ECF system.

                                              *s/ Matthew A. Kupillas*
                                              Matthew A. Kupillas

655734v1

## ATTACHMENT A

| Defendant(s)[12] | Docket No. | Antecedent Debt | Avoidance of Obligations | Intra-Account Transfers/Multiple Accounts | Subsequent Transfer Claims | IRA/Trust Distributions |
|---|---|---|---|---|---|---|
| Trust U/W/O Harriet Myers | 10-05401 | ✓ | ✓ | | | |
| Potamkin Family Foundation Inc. | 10-05069 | ✓ | ✓ | ✓ | | |
| Kathleeen Albert and Steven Braun in their capacity as Personal Representatives of the Estate of Gary Albert | 10-04966 | ✓ | ✓ | ✓ | ✓ | |
| Aspen Fine Arts Co., Melvin E. Knyper | 10-04335 | ✓ | ✓ | | ✓ | |
| Norton A. Eisenberg | 10-04576 | ✓ | ✓ | | | ✓ |
| John Denver Concerts, Inc. Pension Plan Trust; Harold A. Thau in his capacity as Trustee of the John Denver Concerts, Inc. Pension Plan Trust | 10-05089 | ✓ | ✓ | | | |
| Laurence E. Leif | 10-04601 | ✓ | ✓ | ✓ | | |

---

[12] Appendix C included with the Trustee's Memorandum of Law in Opposition to Defendants' Motions to Dismiss appears to indicate that certain of the Defendants (P. Charles Gabriele, Gerald Blumenthal, Richard Roth, and Jonathan Sobin) argued in their respective motions to dismiss that the Trustee failed to adequately plead fraudulent intent. That is incorrect. Although Defendants do not concede that the Trustee has adequately pled fraud, and reserve their right to assert at an appropriate point that the Trustee has not adequately pleaded or proved fraud, Defendants will not respond to that portion of the Trustee's opposition in this reply. Furthermore, Appendix C the Defendants in *Picard* v. *Steven V. Marcus Separate Property of the Marcus Family Trust, et al.*, 10-ap-04906, as defendants that "included a joinder provision in their individual motions in which they join arguments made in other motions to dismiss, filed by similarly-situated defendants in other BLMIS adversary proceedings." The Trustee is incorrect.

| Defendant(s)[12] | Docket No. | Antecedent Debt | Avoidance of Obligations | Intra-Account Transfers/Multiple Accounts | Subsequent Transfer Claims | IRA/Trust Distributions |
|---|---|---|---|---|---|---|
| Harold A. Thau | 10-04901 | ✓ | ✓ | | | |
| Ruth E. Goldstein | 10-04725 | ✓ | ✓ | | | ✓ |
| Stephen Goldenberg | 10-04946 | ✓ | ✓ | | | |
| Estate of Ira S. Rosenberg; Delia Gail Rosenberg | 10-04978 | ✓ | ✓ | | ✓ | |
| Richard Roth | 10-05136 | ✓ | ✓ | ✓ | | ✓ |
| P. Charles Gabriele | 10-04724 | ✓ | ✓ | ✓ | | ✓ |
| Gerald Blumenthal | 10-04582 | ✓ | ✓ | ✓ | | ✓ |
| Steven V Marcus Separate Property of The Marcus Family Trust; The Marcus Family Limited Partnership; Steven V. Marcus, individually, and in his capacity as Trustee of the Steven V. Marcus Separate Property of the Marcus Family Trust, General Partner of the Marcus Family Limited Partnership and Guardian of O.M., K.M. and H.M; and Denise C. Marcus, in her capacity as Trustee of the Steven V. Marcus Separate Property of the Marcus Family Trust | 10-04906 | ✓ | ✓ | | ✓ | |

| Defendant(s)[12] | Docket No. | Antecedent Debt | Avoidance of Obligations | Intra-Account Transfers/Multiple Accounts | Subsequent Transfer Claims | IRA/Trust Distributions |
|---|---|---|---|---|---|---|
| William M. Woessner Family Trust; Sheila A. Woessner Family Trust; William M. Woessner individually and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust; Sheila A. Woessner, individually and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust | 10-04741 | ✓ | ✓ | | ✓ | ✓ |
| Jonathan Sobin | 10-04540 | ✓ | ✓ | ✓ | | |