Richard A. Kirby
Laura K. Clinton
Martha Rodriguez Lopez
K&L GATES LLP
1601 K Street
Washington D.C. 20006
(202) 778-9000 (Telephone)
(202) 778-9100 (Facsimile)

Hearing Date: To Be Determined.
Objection Date: To Be Determined.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
SECURITIES INVESTOR PROTECTION            :
CORPORATION,                              :
                                          :
                    Plaintiff,            :   Adv. Pro. No. 08-1789 (SMB)
        v.                                :
                                          :   SIPA LIQUIDATION
BERNARD L. MADOFF INVESTMENT              :
SECURITIES LLC,                           :   (substantively consolidated)
                                          :
                    Defendant.            :
--------------------------------------------------------------- x
In re:                                    :
                                          :
BERNARD L. MADOFF,                        :
                                          :
                    Debtor.               :
--------------------------------------------------------------- x
IRVING H. PICARD, Trustee for the Liquidation of :
Bernard L. Madoff Investment Securities LLC,     :
                                          :
                    Plaintiff,            :
        v.                                :   Adv. Pro. No. 10-04363 (SMB)
                                          :
SCHIFF FAMILY HOLDINGS NEVADA             :
LIMITED PARTNERSHIP; et al.,              :
                                          :
                    Defendants.           :
--------------------------------------------------------------- x

```
IRVING H. PICARD, Trustee for the Liquidation of   :
Bernard L. Madoff Investment Securities LLC,       :
                                                   :
                       Plaintiff,                  :
          v.                                       :   Adv. Pro. No. 10-04718 (SMB)
                                                   :
THE JORDAN H. KART REVOCABLE TRUST; et             :
al.,                                               :
                                                   :
                       Defendants.                 :
...................................................x
```

## NOTICE OF MOTION TO INTERVENE

PLEASE TAKE NOTICE that the parties listed below will seek entry of an order (the "Order") allowing them to intervene pursuant to Fed. R. Civ. P. 24 (made applicable by Fed. R. Bankr. P. 7024) for the limited purpose of being heard on the issue of the Trustee's standing raised in Motions to Dismiss filed the above-captioned adversary proceedings (and other proceedings in which similar motions raise that issue). Movants will seek leave to intervene before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, at such date and time that the Court may set for the hearings on the pending Motions to Dismiss, or as soon thereafter as counsel may be heard.

The motion is based upon the *Memorandum of Law In Support of Motion to Intervene and Be Heard on the Issue of the Trustee's Standing to Recover Customer Property* filed as Adv. No. 08-1789, ECF No. 5886, *Intervenors' Memorandum on the Limits of Trustee Standing to Recovery Customer Property* annexed thereto (ECF No. 5886-1), and the *Declaration of Richard A. Kirby in Support of Motion to Intervene* (ECF No. 5887), all pleadings and papers filed in these proceedings, and any other matters that may properly come before the Court in connection

with this motion. The motion will be scheduled for further briefing, oral argument and submission in accordance with the direction of the Court.

Dated: March 18, 2014

Respectfully submitted,

K&L GATES LLP

By:   /s/ Richard A. Kirby
    Richard A. Kirby
    Laura K. Clinton
    1601 K Street NW
    Washington, DC 20006-1600
    Tel: (202) 778-9000
    Fax: (202) 778-9100

*Attorneys for defendants in the Lowrey matter, 1:10-ap-4387 and in United Congregations Mesora 1:10-ap-5110, and other defendants in other adversary proceedings*

BRYAN CAVE LLP

By:   /s/ Thomas J. Schell
    Thomas J. Schell
    Eric Rieder
    1290 Avenue of the Americas
    New York, New York 10019
    Tel: (212) 541-2000
    Fax: (212) 541-1462
    tjschell@bryancave.com

*Attorneys for Defendants The Estate of Sarah E. Pearce, Norton S. Rosensweig, Linda Rosensweig, David B. Pearce, Jonathan P. Rosensweig, Julie Schwartz, Laurie Blank, and other defendants in other adversary proceedings*

DENTONS US LLP

By:   /s/ Carole Neville
    Carole Neville
    Claude D. Montgomery
    1221 Avenue of the Americas
    New York New York 10020
    Tel: (212) 768-6700
    Fax: (212) 768-6800
    carole.neville@dentons.com

*Attorneys for Harold Hein, James Grieff, and other defendants in other adversary proceedings*

PRYOR CASHMAN LLP

By:   /s/ Richard Levy, Jr.
    Richard Levy, Jr.
    David C. Rose
    7 Times Square
    New York, New York 10036
    Tel: (212) 421-4100
    Fax: (212) 326-0806
    rlevy@pryorcashman.com
    drose@pryorcashman.com

*Attorneys for Kara Fishbein Goldman, Steven Goldman,, and other defendants in other adversary proceedings*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:   /s/ Elise S. Frejka
    Philip Bentley
    Elise S. Frejka
    Jason S. Rappaport
    1177 Avenue of the Americas
    New York, New York 10036
    Tel: (212) 715-9100
    Fax: (212) 715-8000

*Attorneys for Agas Company L.P., Michael Goldstein, Indian Wells Partnership, LTD., Margaret and Richard Lipmanson Foundation, and*

*Branch Family Development, LLC, and other defendants in other adversary proceedings*

LOEB & LOEB LLP

By:   /s/ Daniel B. Besikof
     P. Gregory Schwed
     Daniel B. Besikof
     345 Park Avenue
     New York, New York  10154
     Tel:  (212) 407-4000
     Fax:  (212) 407-4990
     gschwed@loeb.com
     dbesikof@loeb.com

*Attorneys for Kenneth L. Evenstad Revocable Trust u/a/d May 2, 2000, MBE Preferred Limited Partnership, and other defendants in other adversary proceedings*