**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>         v.<br><br>KATZ GROUP LIMITED PARTNERSHIP, a Wyoming limited partnership, KFI, INC., a Wyoming corporation, ARON B. KATZ CHARITABLE REMAINDER UNITRUST, MARTIN J. KATZ CHARITABLE REMAINDER UNITRUST, MARGARET E. CANN CHARITABLE REMAINDER UNITRUST, ARON B. KATZ 1995 IRREVOCABLE TRUST, MARTIN J. KATZ, as trustee and as an individual, MARGARET KATZ CANN, as trustee and as an individual, and ARON B. KATZ, as trustee and as an individual,<br><br>                              Defendants. | Adv. Pro. No. 10-04419 (SMB) |

300310709

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 18, 2014

2. The Deadline for Service of Substantive Interrogatories shall be: August 29, 2014

3. Fact Discovery shall be completed by: November 30, 2014

4. The Disclosure of Case-in-Chief Experts shall be due: January 30, 2015

5. The Disclosure of Rebuttal Experts shall be due: March 1, 2015

6. The Deadline for Completion of Expert Discovery shall be: May 31, 2015

7. The Deadline to File a Notice of Mediation Referral shall be: July 31, 2015

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: August 15, 2015

9. The Deadline for Conclusion of Mediation shall be: December 31, 2015

Dated: New York, New York
March 17, 2014

Of Counsel:

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Michael R. Matthias
Email: mmatthias@bakerlaw.com
Yulia N. Fradkin
Email: yfradkin@bakerlaw.com

BAKER & HOSTETLER LLP

By: *s/ Nicholas J. Cremona*
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*