Richard A. Kirby
Laura K. Clinton
Martha Rodriguez Lopez
K&L GATES LLP
1601 K Street NW
Washington D.C. 20006
(202) 778-9000 (Telephone)
(202) 778-9100 (Facsimile)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (substantively consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-04363 (SMB) |
| SCHIFF FAMILY HOLDINGS NEVADA LIMITED PARTNERSHIP; et al., | |
| Defendants. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : <br> : <br> : |
| Plaintiff, | : |
| v. | : <br> : Adv. Pro. No. 10-04718 (SMB) |
| THE JORDAN H. KART REVOCABLE TRUST; et al. | : <br> : <br> : |
| Defendants. | : |
| ................................................................... | x |

## CERTIFICATE OF SERVICE

    I, Richard A. Kirby, hereby certify that I electronically filed MEMORANDUM OF LAW IN SUPPORT OF MOTION TO INTERVENE AND BE HEARD ON THE ISSUE OF THE TRUSTEE'S STANDING TO RECOVER CUSTOMERS PROPERTY and DECLARATION OF RICHARD A. KIRBY on the 17th day of March, 2014, and NOTICE OF MOTION TO INTERVENE on the 18th day of March, 2014, with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to the parties in this action that have elected to receive electronic notification through the CM/ECF system.

Dated: March 18, 2014

                                              Respectfully submitted,

                                              K&L GATES LLP


                                          By:   /s/ Richard A. Kirby
                                                     Richard A. Kirby