**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Tracy Cole
Ona T. Wang

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MAGNIFY INC., et al.,<br><br>    Defendants. | Adv. Pro. No. 10-05279 (SMB) |

**STIPULATION AND ORDER EXTENDING
JURISDICTIONAL DISCOVERY DEADLINE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1. The deadline for completion of all jurisdictional discovery with respect to defendant Kurt Brunner is hereby extended up to and including May 23, 2014.

2. This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

Dated: New York, New York
March 17, 2014

| BAKER & HOSTETLER LLP | DAVIDOFF HUTCHER & CITRON LLP |
|---|---|
| By: /s/ *Marc E. Hirschfield*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Marc E. Hirschfield<br>Email: mhirschfield@bakerlaw.com<br>Tracy Cole<br>Email: tcole@bakerlaw.com<br>Ona T. Wang<br>Email: owang@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By: /s/ *Michael Wexelbaum*<br>605 Third Avenue<br>New York, New York 10158<br>Telephone: 212.557.7200<br>Facsimile: 212.286.1884<br>Michael Wexelbaum<br>Email: mw@dhclegal.com<br>Larry Hutcher<br>Email: lkh@dhclegal.com<br><br>*Attorneys for Defendants Kurt Brunner, Magnify Inc., Strand International Investments Ltd., Premero Investments Ltd., Yair Green, Express Enterprises Inc. and the Yeshaya Horowitz Association* |

SO ORDERED:

Dated: March 18th, 2014          /s/ STUART M. BERNSTEIN
New York, New York                HONORABLE STUART M. BERNSTEIN
                                  UNITED STATES BANKRUPTCY JUDGE

2