08-01789-cgm    Doc 5913    Filed 03/19/14    Entered 03/19/14 12:31:38    Main Document
                                        Pg 1 of 3

James H. Hulme (admitted *pro hac vice*)
Joshua A. Fowkes (admitted *pro hac vice*)
Arent Fox LLP
1717 K Street NW
Washington, DC 20036
(202) 857-6000
james.hulme@arentfox.com
joshua.fowkes@arentfox.com

George V. Utlik
Arent Fox LLP
1675 Broadway
New York, New York 10019
(212) 484-3900
george.utlik@arentfox.com

*Attorneys for Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Debtor.

----------------------------------------------------------x

IRVING H. PICARD, TRUSTEE FOR THE
LIQUIDATION OF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC,

Plaintiff,

v.

EDWARD H. KAPLAN, *et al.*,
ELEVEN EIGHTEEN LIMITED
PARTNERSHIP, *et al.*,
ESTATE OF HERMEN GREENBERG, *et al.*,
1776 K STREET ASSOCIATES LIMITED
PARTNERSHIP, *et al.*

Defendants.

----------------------------------------------------------x

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Pro. No. 10-04865 (SMB)

Adv. Pro. No. 10-04976 (SMB)

Adv. Pro. No. 10-4998 (SMB)

Adv. Pro. No. 10-5027(SMB)

AFDOCS/10831484.1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                     )  s.s.:
COUNTY OF NEW YORK    )

       NOVA A. ALINDOGAN, being duly sworn, deposes and says:

       1.      Deponent is not a party to this action, is over eighteen years of age, and resides in Queens County, State of New York.

       2.      On March 18, 2014, I served a true and correct copy of the *Arent Fox LLP Defendants' Omnibus Reply Brief in Support of Motions to Dismiss* by depositing true and correct copies thereof, enclosed in a postage-paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the City and State of New York upon the parties on the attached service list.

                                                                               */s/ Nova A. Alindogan*
                                                                               Nova A. Alindogan

Sworn to before me this
18th day of March 2014.

    */s/ Melton L. Sawyer*
Notary Public, State of New York
Qualified in Queens County
Commission Expires July 5, 2015
Registration #01SA6244327

## SERVICE LIST

The Honorable Stuart M. Bernstein
U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
*(via hand-delivery)*

Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
*Chapter 7 Trustee*

Josephine Wang
Kevin H. Bell
Security Investment Protection Corporation
805 Fifteenth Street, N.W.
Suite 800
Washington, DC 20005-2207
*Attorneys for Securities Investor Protection Corporation*

Marc E. Hirschfield
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
*Counsel to Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*

AFDOCS/10831484.1