**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>KAY MORRISSEY,<br><br>        Defendant. | Adv. Pro. No. 10-04767 (SMB) |

300311156

## **CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 10-04767 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 30, 2014

2. The Deadline for Service of Substantive Interrogatories shall be: October 17, 2014

3. Fact Discovery shall be completed by: January 16, 2015

4. The Disclosure of Case-in-Chief Experts shall be due: April 24, 2015

5. The Disclosure of Rebuttal Experts shall be due: May 22, 2015

6. The Deadline for Completion of Expert Discovery shall be: August 21, 2015

7. The Deadline to File a Notice of Mediation Referral shall be: October 23, 2015

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: November 6, 2015

9. The Deadline for Conclusion of Mediation shall be: February 5, 2016

Dated: New York, New York
March 18, 2014

| Of Counsel: | BAKER & HOSTETLER LLP |
|---|---|
| **BAKER & HOSTETLER LLP**<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, California 90025-0509<br>Telephone:  310.820.8800<br>Facsimile:  310.820.8859<br>Michael R. Matthias<br>Email:  mmatthias@bakerlaw.com<br>Yulia M. Fradkin<br>Email:  yfradkin@bakerlaw.com | By: *s/ Nicholas J. Cremona*<br>David J. Sheehan<br>Marc E. Hirschfield<br>Nicholas J. Cremona<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |

300311156