UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: BERNARD L. MADOFF

                                Debtor

Case No.: 08-01789SMB

Chapter ___

------------------------------------------------------------x

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC

                                Plaintiff

                                v.

STUART J. RABIN, et al.

                                Defendant

Adversary Proceeding No.: 10-04675SMB

------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Richard A. Kirby , to be admitted, ***pro hac vice***, to represent  Stuart J. Rabin , (the "Client") a  defendant  in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  District of Columbia   and, if applicable, the bar of the U.S. District Court for the _____ District of  Columbia , it is hereby

**ORDERED**, that  Richard A. Kirby , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/ _____

                                                                 UNITED STATES BANKRUPTCY JUDGE