**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                      Plaintiff,<br>v.<br><br>AUDAX GROUP LP,<br><br>AUDAX MANAGEMENT CO. LLC,<br><br>101 HUNTINGTON HOLDINGS LLC,<br><br>MARC B. WOLPOW,<br><br>GEOFFREY S. REHNERT, and | Adv. Pro. No. 10-04651 (BRL) |

RICHARD T. JOSEPH,

                        Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 30, 2014

2. Fact Discovery shall be completed by: December 12, 2014

3. The Deadline for Service of Substantive Interrogatories shall be: September 12, 2014

4. The Disclosure of Case-in-Chief Experts shall be due: February 16, 2015

5. The Disclosure of Rebuttal Experts shall be due: March 18, 2015

6. The Deadline for Completion of Expert Discovery shall be: June 16, 2015

7. The Deadline for Service of a Notice of Mediation Referral shall be: August 17, 2015

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: August 31, 2015

9. The Deadline for Conclusion of Mediation shall be: December 29, 2015

Dated: New York, New York
March 19, 2014

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*