**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>CAROL LEDERMAN, AMY LEDERMAN 1986 TRUST, JUDY LEDERMAN 1986 TRUST, AMY L. VERSCHLEISER 1998 TRUST, and JUDY LEDERMAN 1998 TRUST, AMY VERSCHLEISER, and JUDY LEDERMAN,<br><br>                              Defendants. | Adv. Pro. No. 10-05440 (SMB) |

300310875

## **CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due:  April 30, 2014.

2. The Deadline for Service of Substantive Interrogatories shall be:  October 17, 2014.

3. Fact Discovery shall be completed by:  January 16, 2015.

4. The Disclosure of Case-in-Chief Experts shall be due:  April 24, 2015.

5. The Disclosure of Rebuttal Experts shall be due:  May 22, 2015.

6. The Deadline for Completion of Expert Discovery shall be:  August 21, 2015.

7. The Deadline to file a Notice of Mediation Referral shall be:  October 23, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  November 6, 2015.

9. The Deadline for Conclusion of Mediation shall be:  February 5, 2016.

Dated: New York, New York
       March 18, 2014

Of Counsel:

**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Michael R. Matthias
Email:  mmatthias@bakerlaw.com
Morvareed Z. Salehpour
Email:  msalehpour@bakerlaw.com

BAKER & HOSTETLER LLP

By: */s/ Nicolas J. Cremona*
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

300310875