**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Lauren Resnick
Marc E. Hirschfield

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, and Alan Nisselson, the Chapter 7 Trustee for Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and ALAN NISSELSON, Chapter 7 Trustee for the Estate of Bernard L. Madoff,<br><br>   Plaintiffs,<br>v.<br><br>DEBORAH MADOFF, individually, and as Natural Guardian of A. W. M. and E. W. M.; ANDREW H. MADOFF, individually, and as Natural Guardian of A. W. M. and E. W. M.; ANDREW H. MADOFF, as Executor of the Estate of Mark D. Madoff, and | Adv. Pro. No. 10-05332 (SMB) |

ESTATE OF MARK D. MADOFF, as Trustee of A. W. M. Trust U/A 11/15/93 and E. W. M. Trust U/A 04/01/96; A. W. M.; and E. W. M.,

        Defendants.

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for March 26, 2014, has been adjourned to **May 28, 2014, at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
       March 19, 2014

| Of Counsel: | By: */s/* Marc E. Hirschfield |
|---|---|
| **BAKER & HOSTETLER LLP** | **BAKER & HOSTETLER LLP** |
| Jimmy Fokas | 45 Rockefeller Plaza |
| Email: jfokas@bakerlaw.com | New York, New York 10111 |
| Sammi Malek | Telephone: (212) 589-4200 |
| Email: smalek@bakerlaw.com | Facsimile: (212) 589-4201 |
| Patrick T. Campbell | |
| Email: pcampbell@bakerlaw.com | David J. Sheehan |
| | Email: dsheehan@bakerlaw.com |
| | Lauren Resnick |
| | Email: lresnick@bakerlaw.com |
| | Marc E. Hirschfield |
| | Email: mhirschfield@bakerlaw.com |
| | Geraldine E. Ponto |
| | Email: gponto@bakerlaw.com |

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC, and Alan Nisselson, Chapter 7*
*Trustee for Bernard L. Madoff*

2