**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

## STATUS REPORT FOR THE AVOIDANCE ACTION
## OMNIBUS HEARING SCHEDULED FOR MARCH 26, 2014

On November 10, 2010, this Court entered the order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order (the "Order") [Dkt. No. 3141].

Pursuant to the Order, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), is required to file a report prior to each Avoidance Action Omnibus Hearing (as defined in the Order) setting forth the status of each of the avoidance actions that are subject to the Order and the procedures therein, and are scheduled to be heard at such hearing.  Order Ex. A, ¶ 6D.

As of the date of this Notice, a status conference on discovery related matters in the Avoidance Actions is scheduled to be held at the Avoidance Action Omnibus Hearing scheduled for March 26, 2014 at 10:00 a.m.

The next Avoidance Action Omnibus Hearing is scheduled for April 30, 2014.  The Trustee will file a report of the status of each of the avoidance actions scheduled to be heard at such hearing as required by the Order.

Dated:  March 19, 2014
        New York, New York

By:      _/s/ Nicholas J. Cremona_____
         **BAKER & HOSTETLER LLP**
         45 Rockefeller Plaza
         New York, New York 10111
         Telephone: (212) 589-4200
         Facsimile: (212) 589-4201
         David J. Sheehan
         Email:  dsheehan@bakerlaw.com
         Nicholas J. Cremona
         Email:  ncremona@bakerlaw.com

         *Attorneys for Irving H. Picard, Trustee for the*
         *Substantively Consolidated SIPA Liquidation of*
         *Bernard L. Madoff Investment Securities LLC and*
         *Bernard L. Madoff*