**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Oren J. Warshavsky
Jessica Schichnes
George Klidonas

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff*
*Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04657 (SMB) |
| v. | |
| KASE-GLASS FUND, | |
| NATHAN KASE, individually, in his capacity as joint tenant and in his capacity as general partner of the Kase-Glass Fund, and | |

| |
|---|
| JUDITH KASE, individually and in her capacity as joint tenant, |
| Defendants. |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due April 14, 2014.

2. Fact Discovery shall be completed by January 26, 2015.

3. The Deadline for Service of Substantive Interrogatories shall be October 28, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due March 27, 2015.

5. The Disclosure of Rebuttal Experts shall be due April 27, 2015.

6. The Deadline for Completion of Expert Discovery shall be July 24, 2015.

7. The Deadline for Service of a Notice of Mediation Referral shall be September 22, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be October 6, 2015.

9. The Deadline for Conclusion of Mediation shall be February 3, 2016. This deadline may be extended by the mutual consent of the parties to the mediation and the mediator.

Dated: New York, New York
March 19, 2014

BAKER & HOSTETLER LLP

By: */s/ Marc E. Hirschfield*
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Oren J. Warshavsky
Jessica Schichnes
George Klidonas
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*