**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>BEAR LAKE PARTNERS; RICHARD KAUFMAN, in his capacity as a Partner of Bear Lake Partners; SYLVIA KAUFMAN, in her capacity as a Partner of Bear Lake Partners; MICHAEL KAUFMAN, in his capacity as a Partner of Bear Lake Partners; ROBERT KAUFMAN, in his capacity as a Partner of Bear | Adv. Pro. No. 10-04547 (SMB) |

Lake Partners; GREGORY KAUFMAN, in his capacity as a Partner of Bear Lake Partners; and ANDREW KAUFMAN, in his capacity as a Partner of Bear Lake Partners,

                                        Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.  The Initial Disclosures shall be due: April 17, 2014.

2.  The Deadline for Service of Substantive Interrogatories shall be: October 14, 2014.

3.  Fact Discovery shall be completed by: January 14, 2015.

4.  The Disclosure of Case-in-Chief Experts shall be due: April 28, 2015.

5.  The Disclosure of Rebuttal Experts shall be due: May 28, 2015.

6.  The Deadline for Completion of Expert Discovery shall be: August 10, 2015.

7.  The Deadline to File a Notice of Mediation Referral shall be: September 9, 2015.

8.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: September 23, 2015.

9.  The Deadline for Conclusion of Mediation shall be: December 18, 2015.

Dated: New York, New York  
   March 19, 2014

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*  
David J. Sheehan  
Marc E. Hirschfield  
Nicholas J. Cremona  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and for the Estate of Bernard*  
*L. Madoff*

300310451.5