**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicolas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                            Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                            Plaintiff,<br>v.<br><br>ESTATE OF ROBERT RIMSKY, RIMSKY FAMILY LIMITED PARTNERSHIP, L.RIMSKY, INC., ARTICLE THIRD TRUST U/W JEANNE RIMSKY, ARTICLE FOURTH TRUST SECTION ONE, ARTICLE FOURTH TRUST SECTION THREE, ARTICLE FIFTH TRUST SECTION ONE, DOUGLAS JAY RIMSKY, RENA RIMSKY WING, LEE | Adv. Pro. No. 10-04388 (SMB) |

| |
|---|
| COOPER RIMSKY, DON HARRIS RIMSKY, RENEE RIMSKY, MARGARET RIMSKY, SARAH RIMSKY LEVITIN, KENNETH WING, GABRIELLE JAFFE, ADAM BEER, JONATHAN WING, JULIETTE BEER, BARRY MEYERS, HARRIET L. MEYERS, ERIC RIMSKY, LIZA RIMSKY, KATE RIMSKY, K.A.L., A.R.L., J.L.W., T. RANDOLPH HARRIS, in his fiduciary capacity as trustee for the ARTICLE THIRD TRUST U/W JEANNE RIMSKY, and SHELDON SILVERBERG, in his fiduciary capacity as trustee for the ARTICLE THIRD TRUST U/W JEANNE RIMSKY,<br><br>      Defendants. |

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 30, 2014

2. Fact Discovery shall be completed by: January 15, 2015

3. The Deadline for Service of Substantive Interrogatories shall be: October 17, 2014

4. The Disclosure of Case-in-Chief Experts shall be due: June 29, 2015

5. The Disclosure of Rebuttal Experts shall be due: July 29, 2015

6. The Deadline for Completion of Expert Discovery shall be: October 27, 2015

7. Deadline for Service of a Notice of Mediation Referral shall be: On or before December 28, 2015

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before January 11, 2016, or within 14 days after the service of the Notice of Mediation Referral, whichever is earlier.

9.     The Deadline for Conclusion of Mediation shall be: On or before <u>May 10, 2016</u>, or within 120 days of the date of service of the Notice of Mediator Selection, whichever is earlier.

Dated: New York, New York  
       March 20, 2014

BAKER & HOSTETLER LLP

By:   /s/ Nicolas J. Cremona_____  
David J. Sheehan  
Marc E. Hirschfield  
Nicolas J. Cremona  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*