**UNITED STATES BANKRUPTY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
SECURITIES INVESTOR PROTECTION
CORPORATION,

       Plaintiff-Applicant,   Adv. Pro. No. 08-01789 (BRL)

 v.             SIPA LIQUIDATION

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,        (Substantively Consolidated)

       Defendant.
------------------------------------------------------------------- x
In re:

BERNARD L. MADOFF,       Case No. 09-11893 (BRL)

       Debtor.
---------------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

               Adv. Pro. No.
       Plaintiff,      10-04511 (BRL)

 v.

WEITHORN/CASPER ASSOCIATES FOR
SELECTED HOLDINGS, LLC, et al.,

       Defendants.
---------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that the Defendant's Reply Memorandum of Law in Support of Amended Motion to Dismiss Complaint, dated March 17, 2014, was served electronically on all parties who receive electronic notice of filing through the Court's ECF system on March 17, 2014. It was also served via mail and email on the Plaintiff and Trustee at the following addresses:

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com
Anat Maytal
Email: amaytal@bakerlaw.com

**SECURITIES INVESTOR PROTECTION CORPORATION**
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Josephine Wang
E-mail: jwang@sipc.org
Kevin H. Bell
E-mail: kbell@sipc.org
Lauren T. Attard
E-mail: lattard@sipc.org


Dated:  New York, New York
March 20, 2014

**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
*Attorneys for Defendants*

By:   /s/Alec P. Ostrow
        Alec P. Ostrow
299 Park Avenue
New York, New York 10171
Telephone: (212) 888-3033
Facsimile:  (212) 888-0255
aostrow@beckerglynn.com