**UNITED STATES BANKRUPTY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                              Plaintiff-Applicant,        Adv. Pro. No. 08-01789 (BRL)

    v.

BERNARD L. MADOFF INVESTMENT                 SIPA LIQUIDATION
SECURITIES LLC,

                                                                     (Substantively Consolidated)

                               Defendant.
------------------------------------------------------------------------ x

In re:

BERNARD L. MADOFF,                                         Case No. 09-11893 (BRL)

                               Debtor.
------------------------------------------------------------------------x

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                                                            Adv. P. No.

                              Plaintiff,                      10-04294 (BRL)

    v.

DAVID T WASHBURN,

                               Defendant.
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I hereby certify that the Defendant's Reply Memorandum of Law in Support of Motion to Dismiss Complaint, dated March 17, 2014, was served electronically on all parties who receive electronic notice of filing through the Court's ECF system on March 17, 2014. It was also served via mail and email on the Plaintiff and Trustee at the following addresses:

*Remainder of page intentionally left blank*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com
Anat Maytal
Email: amaytal@bakerlaw.com

**SECURITIES INVESTOR PROTECTION CORPORATION**
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Josephine Wang
E-mail: jwang@sipc.org
Kevin H. Bell
E-mail: kbell@sipc.org
Lauren T. Attard
E-mail: lattard@sipc.org


Dated: New York, New York
March 20, 2014

        **BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
           *Attorneys for David T. Washburn*

           By: ___/s/Alec P. Ostrow_____
                Alec P. Ostrow
        299 Park Avenue
        New York, New York 10171
        Telephone: (212) 888-3033
        Facsimile: (212) 888-0255
        aostrow@beckerglynn.com