**UNITED STATES BANKRUPTY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

SECURITIES INVESTOR PROTECTION
CORPORATION,

|  |  |
|---|---|
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (BRL) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |

------------------------------------------------------------------------ x

In re:

BERNARD L. MADOFF,                                        Case No. 09-11893 (BRL)

Debtor.

------------------------------------------------------------------------x

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

Adv. P. No.
Plaintiff,                        10-04662 (BRL)

v.

LEXINGTON CAPITAL PARTNERS, L.P. and
ANTAEUS ENTERPRISES, INC.

Defendants.

------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that the Defendant's Reply Memorandum of Law in Support of Motion to

Dismiss Complaint, dated March 17, 2014, was served electronically on all parties who

receive electronic notice of filing through the Court's ECF system on March 17, 2014. It

was also served via mail and email on the Plaintiff and Trustee at the following

addresses:

*Remainder of page intentionally left blank*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com
Anat Maytal
Email: amaytal@bakerlaw.com

**SECURITIES INVESTOR
PROTECTION CORPORATION**
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Josephine Wang
E-mail: jwang@sipc.org
Kevin H. Bell
E-mail: kbell@sipc.org
Lauren T. Attard
E-mail: lattard@sipc.org

Dated:  New York, New York
March 20, 2014

**BECKER, GLYNN, MUFFLY, CHASSIN &
HOSINSKI LLP**
*Attorneys for Defendants*

By:   /s/Alec P. Ostrow
       Alec P. Ostrow
299 Park Avenue
New York, New York 10171
Telephone: (212) 888-3033
Facsimile:  (212) 888-0255
aostrow@beckerglynn.com

2