**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,

     Plaintiff,     SIPA LIQUIDATION

    v.     Adv. Pro. No. 08-01789 (SMB)

BERNARD L. MADOFF INVESTMENT  (Substantively Consolidated)
SECURITIES LLC,

     Defendant.

------------------------------------------------------------X

In re:

BERNARD L. MADOFF,

     Debtor.

------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

     Plaintiff,
    v.     Adv. Pro. No. 10-04363 (SMB)

SCHIFF FAMILY HOLDINGS NEVADA
LIMITED PARTNERSHIP; et al.,

     Defendants.

------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation
Of Bernard L. Madoff Investment Securities LLC,

     Plaintiff,

    v.     Adv. Pro. No. 10-04781 (SMB)

THE JORDAN H. KART REVOCABLE TRUST,
et al.,

     Defendants.     :

------------------------------------------------------------X

# ORDER SCHEDULING HEARING

Defendants in numerous avoidance actions commenced by the Irving H. Picard, trustee for the liquidation of Bernard L. Madoff Investment Securities LLC (the "Trustee"), filed a motion to intervene (the "Motion"), pursuant to Rule 7024(b) of the Federal Rule of Bankruptcy Procedure, in two adversary proceedings with motions to dismiss currently pending before this Court, for the limited purpose of being heard on the Trustee's standing to recover avoidable transfers. *See* Case No. 08-1789, Dkt. Nos. 5886, 5887, 5895. Now, therefore,

**IT IS HEREBY:**

**ORDERED**, that a hearing on the Motion will be held before the undersigned bankruptcy judge at 10:00 a.m. on April 9, 2014 in Room 723 of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004; and it is further

**ORDERED**, that objections to the Motion, not exceeding 20 pages, shall be filed by 5:00 p.m. on March 28, 2014; and it is further

**ORDERED**, that reply briefs, not exceeding 10 pages, shall be filed by 5:00 p.m. on April 4, 2014

Dated: New York, New York
       March 20, 2014

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge