**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Tatiana Markel

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT F. GOLD, <br><br> Defendant. | Adv. Pro. No. 10-04670 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines, agreed to by the parties, are hereby made applicable to this adversary proceeding:

1.  The Initial Disclosures were served by Plaintiff on July 12, 2013 and by Defendants on July 10, 2013;

2.  Fact Discovery shall be completed by: July 11, 2014;

3.  The Disclosure of Case-in-Chief Experts shall be due: September 24, 2014;

4.  The Disclosure of Rebuttal Experts shall be due: October 24, 2014;

5.  The Deadline for Completion of Expert Discovery shall be: January 23, 2015;

6.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: April 24, 2015; and

7.  The Deadline for Conclusion of Mediation shall be: July 31, 2015.

[*The Remainder of this Page is Intentionally Left Blank*]

| | |
|---|---|
| Dated: New York, New York<br>March 17, 2014 | BAKER & HOSTETLER LLP<br><br>By: */s/ Marc E. Hirschfield*<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Marc E. Hirschfield<br>Email: mhirschfield@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Tatiana Markel<br>Email: tmarkel@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |