**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>GORVIS LLC, a California Limited Liability Company,<br><br>THE STACY L. KOFF INVESTMENT TRUST, a member of Gorvis, LLC,<br><br>THE DAVID I. KOFF INVESTMENT TRUST, a | Adv. Pro. No. 10-04544 (SMB) |

> member of Gorvis, LLC,
>
> ALAN S. GORDON, in his capacities as trustee of the Stacy L. Koff Investment Trust and trustee of the David I. Koff Investment Trust,
>
> C. RAY JOHNSON, in his capacities as trustee of the Stacy L. Koff Investment Trust and trustee of the David I. Koff Investment Trust,
>
> STACY L. KOFF, individually as settlor and beneficiary of the Stacy L. Koff Investment Trust,
>
> and
>
> DAVID I. KOFF, individually as settlor and beneficiary of the David I. Koff Investment Trust,
>
>                                       Defendants.

## **CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: **May 16, 2014.**

2. Fact Discovery shall be completed by: **November 14, 2014.**

3. The Deadline for Service of Substantive Interrogatories shall be: **September 12, 2014.**

4. The Disclosure of Case-in-Chief Experts shall be due: **March 18, 2015**.

5. The Disclosure of Rebuttal Experts shall be due: **April 16, 2015.**

6. The Deadline for Completion of Expert Discovery shall be: **July 15, 2015.**

7. The Deadline for Service of a Notice of Mediation Referral shall be: On or before **September 14, 2015.**

8.    The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before **September 28, 2015**, or within 14 days after the service of the Notice of Mediation Referral, whichever is earlier.

9.    The Deadline for Conclusion of Mediation shall be: **January 26, 2016.**

Dated: New York, New York  
       March 20, 2014

BAKER & HOSTETLER LLP

By: /s/ Nicholas J. Cremona  
David J. Sheehan  
Marc E. Hirschfield  
Nicholas J. Cremona  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*