**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF RICHARD L. CASH; RICHARD L. CASH DECLARATION OF TRUST DATED SEPTEMBER 19, 1994, as a joint tenant WROS; JAMES H. CASH, individually as a joint tenant WROS, and in his capacity as Trustee of the Richard L. Cash Declaration of Trust and as Personal Representative of the estate of Richard L. Cash; | Adv. Pro. No. 10-05044 (SMB) |

DAVID CASH; JONATHAN CASH; ESTATE OF
GLADYS CASH; and CYNTHIA J. GARDSTEIN,
in her capacity as Personal Representative of the
Estate of Gladys Cash,

Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above

captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the

following deadlines are hereby made applicable to this adversary proceeding:

1.   The Initial Disclosures shall be due: April 18, 2014

2.   The Deadline for Service of Substantive Interrogatories shall be: December 5, 2014

3.   Fact Discovery shall be completed by: March 5, 2015

4.   The Disclosure of Case-in-Chief Experts shall be due: May 4, 2015

5.   The Disclosure of Rebuttal Experts shall be due: June 3, 2015

6.   The Deadline for Completion of Expert Discovery shall be: September 1, 2015

7.   The Deadline for Mediation Referral shall be: October 30, 2015

8.   The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:
     November 13, 2015

9.   The Deadline for Conclusion of Mediation shall be: March 11, 2016

Dated:  New York, New York
        March 21, 2014

BAKER & HOSTETLER LLP

By: /s/ *Nicholas J. Cremona*
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*