EXHIBIT B
SUMMARY OF FOURTEENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM AUGUST 1, 2013 THROUGH NOVEMBER 30, 2013

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein, Eugene | 1965 | 500.00 | 14.50 | 7,250.00 |
| | Picard, Irving H. | 1966 | 950.00 | 428.40 | 406,980.00 |
| | Sheehan, David J. | 1968 | 950.00 | 751.20 | 713,640.00 |
| | Matthias, Michael R | 1973 | 650.00 | 203.60 | 132,340.00 |
| | Colombo, Louis A | 1973 | 615.00 | 1.00 | 615.00 |
| | Moscow, John W | 1973 | 805.00 | 2.60 | 2,093.00 |
| | Bash, Brian A | 1975 | 700.00 | 21.50 | 15,050.00 |
| | Long, Thomas L | 1976 | 800.00 | 650.40 | 520,320.00 |
| | Markowitz, Laurence S | 1977 | 740.00 | 2.70 | 1,998.00 |
| | Gibson, Wendy J | 1979 | 515.00 | 306.80 | 158,002.00 |
| | Powers, Marc D | 1981 | 815.00 | 0.30 | 244.50 |
| | Martin, Ted T | 1982 | 350.00 | 5.90 | 2,065.00 |
| | Chockley III, Frederick W | 1982 | 760.00 | 192.20 | 146,072.00 |
| | Ponto, Geraldine E. | 1982 | 850.00 | 613.80 | 521,730.00 |
| | Hannon, John P | 1983 | 705.00 | 9.00 | 6,345.00 |
| | Drogen, Andrew M | 1983 | 635.00 | 3.20 | 2,032.00 |
| | McGowan Jr, John J | 1984 | 585.00 | 5.30 | 3,100.50 |
| | Rivkin Jr, David B | 1985 | 950.00 | 70.10 | 66,595.00 |
| | Quiat, Laurin D | 1985 | 570.00 | 4.70 | 2,679.00 |
| | Smith, Elizabeth A | 1985 | 790.00 | 110.70 | 87,453.00 |
| | McDonald, Heather J | 1986 | 630.00 | 197.50 | 124,425.00 |
| | Reich, Andrew W | 1987 | 590.00 | 418.20 | 246,738.00 |
| | Tobin, Donna A. | 1987 | 700.00 | 142.40 | 99,680.00 |
| | Burke, John J | 1988 | 685.00 | 229.40 | 157,139.00 |
| | Susanin, Timothy S. | 1988 | 890.00 | 184.70 | 164,383.00 |
| | DeLancey, Leah E | 1990 | 610.00 | 5.80 | 3,538.00 |
| | Resnick, Lauren J | 1991 | 910.00 | 87.10 | 79,261.00 |
| | Douthett, Breaden M | 1991 | 395.00 | 20.80 | 8,216.00 |
| | Hunt, Dean D | 1991 | 625.00 | 162.50 | 101,562.50 |
| | Goldberg, Steven H | 1991 | 890.00 | 101.70 | 90,513.00 |
| | Selby, Judy A. | 1992 | 810.00 | 529.10 | 428,571.00 |
| | Warren, Thomas D | 1992 | 695.00 | 78.10 | 54,279.50 |
| | Hirschfield, Marc E. | 1992 | 840.00 | 516.60 | 433,944.00 |
| | Griffin, Regina L. | 1993 | 865.00 | 586.80 | 507,582.00 |
| | Bartram, Darin R | 1993 | 660.00 | 93.10 | 61,446.00 |
| | Renner, Deborah H. | 1993 | 865.00 | 393.10 | 340,031.50 |
| | Gluck, Peter J. | 1993 | 550.00 | 21.20 | 11,660.00 |
| | Kornfeld, Mark A. | 1993 | 865.00 | 640.80 | 554,292.00 |
| | Brennan, Terry M | 1995 | 470.00 | 25.60 | 12,032.00 |
| | Casey, Lee A | 1995 | 880.00 | 82.80 | 72,864.00 |
| | Scaletta, Anthony J | 1995 | 445.00 | 110.20 | 49,039.00 |
| | Cole, Tracy L | 1996 | 735.00 | 522.10 | 383,743.50 |
| | Turner, Christa C. | 1996 | 450.00 | 232.90 | 104,805.00 |
| | Murphy, Keith R. | 1997 | 865.00 | 562.70 | 486,735.50 |
| | Hoang, Lan | 1997 | 740.00 | 735.80 | 544,492.00 |
| | Enockson, Paul S | 1997 | 465.00 | 62.80 | 29,202.00 |
| | Scully, Elizabeth A | 1997 | 630.00 | 55.70 | 35,091.00 |
| | Rollinson, James H | 1998 | 430.00 | 110.60 | 47,558.00 |
| | Perdion, Jason P | 1998 | 415.00 | 14.20 | 5,893.00 |
| | New, Jonathan B. | 1998 | 860.00 | 51.70 | 44,462.00 |
| | Wall, Brett A | 1998 | 460.00 | 40.20 | 18,492.00 |
| | Rose, Jorian L. | 1998 | 790.00 | 444.90 | 351,471.00 |
| | Wang, Ona T | 1998 | 725.00 | 173.60 | 125,860.00 |
| | Fish, Eric R. | 1998 | 655.00 | 211.20 | 138,336.00 |
| | Warshavsky, Oren J. | 1998 | 875.00 | 620.70 | 543,112.50 |
| | Pergament, Benjamin D | 1999 | 630.00 | 192.80 | 121,464.00 |
| | Fischbach, Ryan D | 1999 | 470.00 | 6.50 | 3,055.00 |
| | Cremona, Nicholas J. | 2000 | 775.00 | 662.60 | 513,515.00 |
| | Grupposo, Anthony M. | 2000 | 625.00 | 48.20 | 30,125.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Bohorquez Jr, Fernando A | 2000 | 710.00 | 321.70 | 228,407.00 |
| | Bell, Stacey A. | 2001 | 640.00 | 662.90 | 424,256.00 |
| | Oppenheim, Adam B. | 2001 | 725.00 | 15.80 | 11,455.00 |
| | Pfeifer, Timothy S. | 2001 | 735.00 | 464.90 | 341,701.50 |
| | Beckerlegge, Robertson D | 2001 | 565.00 | 198.90 | 112,378.50 |
| | Zeballos, Gonzalo S. | 2001 | 785.00 | 525.40 | 412,439.00 |
| | Skapof, Marc | 2001 | 715.00 | 317.90 | 227,298.50 |
| | Fokas, Jimmy | 2001 | 730.00 | 207.50 | 151,475.00 |
| | Wearsch, Thomas M | 2002 | 600.00 | 300.10 | 180,060.00 |
| | Reece, Lora M | 2002 | 350.00 | 10.40 | 3,640.00 |
| | North, Geoffrey A. | 2002 | 625.00 | 669.80 | 418,625.00 |
| | Jenson, Karin Scholz | 2003 | 585.00 | 601.90 | 352,111.50 |
| | Jacobs, Edward J. | 2003 | 625.00 | 696.40 | 435,250.00 |
| | Kepple, Brandon E | 2003 | 350.00 | 9.10 | 3,185.00 |
| | Oliver, Jason S. | 2003 | 600.00 | 507.60 | 304,560.00 |
| | Sherer, James A. | 2003 | 575.00 | 38.20 | 21,965.00 |
| | Wilde, Michael C | 2003 | 345.00 | 19.60 | 6,762.00 |
| | Shields, Nkosi D. | 2003 | 465.00 | 563.80 | 262,167.00 |
| | Malek, Sammi | 2003 | 585.00 | 129.40 | 75,699.00 |
| | Hochmuth, Farrell A | 2003 | 455.00 | 371.40 | 168,987.00 |
| | Kitchen, David E | 2004 | 375.00 | 544.00 | 204,000.00 |
| | DeLaquil, Mark W | 2004 | 605.00 | 51.40 | 31,097.00 |
| | Smith, Rachel M | 2004 | 420.00 | 238.90 | 100,338.00 |
| | Kitaev, Erica G. | 2004 | 375.00 | 170.00 | 63,750.00 |
| | Obhof, Larry J. | 2004 | 350.00 | 22.60 | 7,910.00 |
| | Cohen, Dennis O | 2004 | 550.00 | 12.10 | 6,655.00 |
| | Hartman, Ruth E | 2005 | 335.00 | 65.70 | 22,009.50 |
| | Chow, Teresa C. | 2005 | 415.00 | 7.80 | 3,237.00 |
| | Proano, David F | 2005 | 335.00 | 7.70 | 2,579.50 |
| | Carlisle, Marie L. | 2006 | 405.00 | 181.80 | 73,629.00 |
| | Conley, Sylvia J | 2006 | 585.00 | 316.90 | 185,386.50 |
| | Lange, Gretchen L | 2006 | 315.00 | 38.70 | 12,190.50 |
| Partners and of Counsel Total | | | 701.66 | 21,064.90 | 14,780,417.00 |
| Associates | Meisels, Naomi P. | 1984 | 525.00 | 37.70 | 19,792.50 |
| | Bieler, Philip | 1994 | 425.00 | 492.40 | 209,270.00 |
| | Kates, Elyssa S. | 2000 | 575.00 | 413.00 | 237,475.00 |
| | Esser, Brian K | 2001 | 645.00 | 161.90 | 104,425.50 |
| | Song, Brian W. | 2002 | 475.00 | 642.30 | 305,092.50 |
| | Wlodek, Heather | 2003 | 470.00 | 486.70 | 228,749.00 |
| | Cheema, Bik | 2003 | 560.00 | 615.70 | 344,792.00 |
| | Gabriel, Jessie M | 2004 | 480.00 | 301.70 | 144,816.00 |
| | Bodenheimer, Henry C. | 2005 | 525.00 | 483.80 | 253,995.00 |
| | Stanganelli, Maryanne | 2005 | 550.00 | 514.00 | 282,700.00 |
| | Allen, Brian F. | 2005 | 450.00 | 397.10 | 178,695.00 |
| | Stump, Jacob R. | 2005 | 330.00 | 57.50 | 18,975.00 |
| | Carvalho, Melissa M. | 2005 | 550.00 | 192.80 | 106,040.00 |
| | White, Nicholas L | 2005 | 325.00 | 11.40 | 3,705.00 |
| | Smith, Greer D | 2006 | 305.00 | 26.30 | 8,021.50 |
| | Vanderwal, Amy E. | 2006 | 550.00 | 390.90 | 214,995.00 |
| | Feil, Matthew D. | 2006 | 500.00 | 601.80 | 300,900.00 |
| | Shoshany, Lindsey A. | 2006 | 445.00 | 480.60 | 213,867.00 |
| | Tobin, Sarah M | 2006 | 405.00 | 7.40 | 2,997.00 |
| | Longstaff, Carrie | 2006 | 505.00 | 694.00 | 350,470.00 |
| | Kosack, Melissa L. | 2006 | 525.00 | 916.20 | 481,005.00 |
| | Stanley, Scott R. | 2006 | 290.00 | 14.90 | 4,321.00 |
| | Truong, Sarah Jane T.C. | 2007 | 550.00 | 656.40 | 361,020.00 |
| | Walrath, Jennifer M | 2007 | 485.00 | 183.40 | 88,949.00 |
| | Nelson, Maritza S | 2007 | 295.00 | 137.10 | 40,444.50 |
| | Klidonas, George | 2007 | 450.00 | 365.10 | 164,295.00 |
| | Ranade, Samir K. | 2007 | 525.00 | 346.20 | 181,755.00 |
| | Liburd, Essence | 2007 | 470.00 | 136.90 | 64,343.00 |
| | Goldmark, Jena B. | 2007 | 415.00 | 672.50 | 279,087.50 |
| | Garvin, Naima J. | 2007 | 545.00 | 258.10 | 140,664.50 |
| | Forman, Jonathan A. | 2007 | 550.00 | 494.80 | 272,140.00 |
| | Casey IV, James P. | 2007 | 375.00 | 20.50 | 7,687.50 |
| | Wasick, Joanna F. | 2007 | 600.00 | 668.10 | 400,860.00 |
| | Brown, Seanna R. | 2007 | 625.00 | 786.30 | 491,437.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Ritz, Kenneth A. | 2007 | 415.00 | 493.40 | 204,761.00 |
| | Calvani, Torello H. | 2007 | 575.00 | 714.70 | 410,952.50 |
| | Perlman, Julian D. | 2007 | 575.00 | 436.40 | 250,930.00 |
| | Nixon, Christy A. | 2008 | 425.00 | 121.60 | 51,680.00 |
| | Stanley, Trevor M. | 2008 | 445.00 | 469.40 | 208,883.00 |
| | Sea, Nexus U. | 2008 | 460.00 | 605.60 | 278,576.00 |
| | Thomas, Joshua C. | 2008 | 350.00 | 13.70 | 4,795.00 |
| | McCurrach, Elizabeth G. | 2008 | 450.00 | 500.00 | 225,000.00 |
| | Day, James W. | 2008 | 460.00 | 145.70 | 67,022.00 |
| | Rovine, Jacqlyn | 2008 | 430.00 | 507.10 | 218,053.00 |
| | Woltering, Catherine E. | 2008 | 270.00 | 745.00 | 201,150.00 |
| | Carpenter, Susrut A. | 2008 | 460.00 | 539.60 | 248,216.00 |
| | Zunno, Kathryn M. | 2008 | 575.00 | 88.50 | 50,887.50 |
| | Carbajal, Natacha | 2008 | 500.00 | 517.50 | 258,750.00 |
| | Chang, Willy | 2008 | 425.00 | 2.80 | 1,190.00 |
| | Schutte, Elizabeth M. | 2008 | 400.00 | 533.20 | 213,280.00 |
| | Usitalo, Michelle R. | 2008 | 465.00 | 806.60 | 375,069.00 |
| | Moody, Matthew J. | 2008 | 455.00 | 54.40 | 24,752.00 |
| | Grossman, Andrew M. | 2008 | 475.00 | 137.40 | 65,265.00 |
| | Smith, Andrene | 2008 | 450.00 | 108.40 | 48,780.00 |
| | Amin, Tina U | 2008 | 315.00 | 250.70 | 78,970.50 |
| | Shapiro, Peter B. | 2009 | 460.00 | 581.40 | 267,444.00 |
| | Molina, Marco | 2009 | 440.00 | 492.30 | 216,612.00 |
| | Hinchcliffe, Analiese | 2009 | 230.00 | 520.60 | 119,738.00 |
| | Budd, Ashley J. | 2009 | 230.00 | 46.60 | 10,718.00 |
| | Nickodem, Robert G. | 2009 | 230.00 | 472.20 | 108,606.00 |
| | Marck, Michelle K | 2009 | 440.00 | 24.10 | 10,604.00 |
| | Kuhn, Jessie A. | 2009 | 440.00 | 664.60 | 292,424.00 |
| | D'Andrea, Lindsey | 2009 | 255.00 | 40.10 | 10,225.50 |
| | Ozturk, Ferve E. | 2009 | 460.00 | 745.20 | 342,792.00 |
| | Winquist, Justin T. | 2009 | 300.00 | 46.60 | 13,980.00 |
| | Hilsheimer, Lauren M. | 2009 | 255.00 | 548.10 | 139,765.50 |
| | Campbell, Patrick T | 2009 | 450.00 | 124.20 | 55,890.00 |
| | Howe, Mary E. | 2009 | 440.00 | 569.00 | 250,360.00 |
| | Maynard, Kim M. | 2009 | 400.00 | 186.20 | 74,480.00 |
| | Blattmachr, Jonathan D. | 2009 | 440.00 | 448.10 | 197,164.00 |
| | McKnight, Katherine L. | 2009 | 445.00 | 215.40 | 95,853.00 |
| | Sollie, Erica | 2009 | 440.00 | 296.10 | 130,284.00 |
| | Harker, Francesca M. | 2009 | 425.00 | 22.10 | 9,392.50 |
| | Kessler, Dena S. | 2009 | 335.00 | 100.40 | 33,634.00 |
| | Gentile, Dominic A. | 2009 | 425.00 | 703.20 | 298,860.00 |
| | Hirce, Margaret E. | 2009 | 450.00 | 642.60 | 289,170.00 |
| | Schichnes, Jessica | 2010 | 420.00 | 443.70 | 186,354.00 |
| | Noethlich, Brian R. | 2010 | 230.00 | 452.70 | 104,121.00 |
| | Young, Michelle L. | 2010 | 375.00 | 753.20 | 282,450.00 |
| | McMillan, David M. | 2010 | 415.00 | 256.40 | 106,406.00 |
| | Hansford, Melissa L. | 2010 | 230.00 | 415.30 | 95,519.00 |
| | Clegg, Sammantha E. | 2010 | 440.00 | 252.30 | 111,012.00 |
| | Parente, Michael | 2010 | 230.00 | 510.00 | 117,300.00 |
| | Carney, Brian W. | 2010 | 230.00 | 489.80 | 112,654.00 |
| | Castillon, Jesus J. | 2010 | 325.00 | 146.60 | 47,645.00 |
| | Taddeo, Luisa | 2010 | 230.00 | 735.00 | 169,050.00 |
| | Burch, Alexander D. | 2010 | 315.00 | 24.70 | 7,780.50 |
| | Mosier, A. Mackenna | 2010 | 410.00 | 522.50 | 214,225.00 |
| | Chandler, Tara R. | 2010 | 230.00 | 520.20 | 119,646.00 |
| | Needham, Kelly C. | 2010 | 230.00 | 581.50 | 133,745.00 |
| | Rog, Joshua B. | 2010 | 400.00 | 687.70 | 275,080.00 |
| | Wasko, Lindsay J. | 2010 | 230.00 | 554.80 | 127,604.00 |
| | Rollins, Jennifer B. | 2010 | 230.00 | 495.20 | 113,896.00 |
| | Choi, David | 2010 | 400.00 | 471.90 | 188,760.00 |
| | Rouach, Sophie | 2010 | 415.00 | 419.80 | 174,217.00 |
| | Cominsky, Mark A. | 2010 | 230.00 | 566.90 | 130,387.00 |
| | Maytal, Anat | 2010 | 415.00 | 341.20 | 141,598.00 |
| | James, Christopher T. | 2010 | 325.00 | 126.40 | 41,080.00 |
| | Salehpour, Morvareed Z. | 2010 | 320.00 | 5.70 | 1,824.00 |
| | Vasel, Denise D. | 2010 | 400.00 | 214.50 | 85,800.00 |
| | Hoff, Michelle M. | 2010 | 230.00 | 619.10 | 142,393.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Barnes, S. Ben | 2010 | 230.00 | 642.50 | 147,775.00 |
| | Scott, Justin T. | 2010 | 325.00 | 379.10 | 123,207.50 |
| | Ubaid, Maryland H. | 2010 | 230.00 | 521.80 | 120,014.00 |
| | Fein, Amanda E. | 2010 | 440.00 | 626.50 | 275,660.00 |
| | Cook, Nora K. | 2010 | 230.00 | 249.70 | 57,431.00 |
| | Bushnell, Christina M. | 2010 | 230.00 | 429.80 | 98,854.00 |
| | Martin, David J. | 2010 | 238.94 | 668.20 | 159,335.00 |
| | McGourty, Cara | 2010 | 430.00 | 298.80 | 128,484.00 |
| | Sinclair, Jordan A. | 2011 | 305.00 | 353.00 | 107,665.00 |
| | Kahner, Tegan E. | 2011 | 230.00 | 341.10 | 78,453.00 |
| | Dortch, Justin M. | 2011 | 230.00 | 545.50 | 125,465.00 |
| | Liao, Nina C. | 2011 | 385.00 | 217.30 | 83,660.50 |
| | Durbin, Damon M. | 2011 | 230.00 | 642.10 | 147,683.00 |
| | Patrick, Stacey M. | 2011 | 230.00 | 623.40 | 143,382.00 |
| | Cabico, Jason D. | 2011 | 375.00 | 312.40 | 117,150.00 |
| | Becker, Eric J. | 2011 | 230.00 | 325.00 | 74,750.00 |
| | Nowakowski, Jonathan | 2011 | 395.00 | 581.70 | 229,771.50 |
| | Farnsworth, Joshua L. | 2011 | 230.00 | 492.30 | 113,229.00 |
| | Schechter, Jody E. | 2011 | 335.00 | 568.00 | 190,280.00 |
| | Bennett, Melonia A. | 2011 | 230.00 | 576.00 | 132,480.00 |
| | Gottesman, Joel D. | 2011 | 230.00 | 554.10 | 127,443.00 |
| | Bacon, Natalie R. | 2011 | 230.00 | 621.70 | 142,991.00 |
| | Barhorst, Damon C. | 2011 | 230.00 | 529.60 | 121,808.00 |
| | Vonderhaar, Douglas A. | 2011 | 230.00 | 566.10 | 130,203.00 |
| | Schwab, Justin J | 2011 | 365.00 | 90.40 | 32,996.00 |
| | deVries, Alan C. | 2011 | 230.00 | 518.70 | 119,301.00 |
| | Spears, Ericka H. | 2011 | 230.00 | 529.90 | 121,877.00 |
| | Crook, Darren A. | 2011 | 245.00 | 52.10 | 12,764.50 |
| | Stewart, Justin T. | 2011 | 230.00 | 535.40 | 123,142.00 |
| | Wangsgard, Kendall E. | 2011 | 375.00 | 145.80 | 54,675.00 |
| | Rose, Nicholas M. | 2011 | 375.00 | 416.90 | 156,337.50 |
| | Krishna, Ganesh | 2011 | 415.00 | 770.90 | 319,923.50 |
| | Braverman, Elizabeth A. | 2011 | 235.00 | 42.30 | 9,940.50 |
| | Wells, Carrie T. | 2011 | 230.00 | 577.10 | 132,733.00 |
| | Oliva, Frank M. | 2011 | 395.00 | 243.70 | 96,261.50 |
| | Feldstein, Robyn M | 2011 | 395.00 | 764.50 | 301,977.50 |
| | Zuberi, Madiha M. | 2011 | 415.00 | 764.00 | 317,060.00 |
| | White, Jason T. | 2011 | 230.00 | 585.10 | 134,573.00 |
| | Towner, Amber N. | 2011 | 230.00 | 559.70 | 128,731.00 |
| | Ball, Stephen L. | 2011 | 375.00 | 351.00 | 131,625.00 |
| | Rice, David W. | 2012 | 395.00 | 712.50 | 281,437.50 |
| | Muranovic, Sanja | 2012 | 295.00 | 514.00 | 151,630.00 |
| | Raile, Richard B. | 2012 | 315.00 | 74.40 | 23,436.00 |
| | Donahue, Darren M. | 2012 | 230.00 | 95.00 | 21,850.00 |
| | Cornell, Aaron E. | 2012 | 230.00 | 521.00 | 119,830.00 |
| | Curtin, Daniel P. | 2012 | 360.00 | 327.90 | 118,044.00 |
| | Gallagher, Christopher B. | 2012 | 395.00 | 727.10 | 287,204.50 |
| | Ackerman, Stephanie | 2012 | 305.00 | 655.90 | 200,049.50 |
| | Rosenberg, C. Zachary | 2012 | 350.00 | 283.50 | 99,225.00 |
| | Hellmuth, William W. | 2012 | 315.00 | 154.00 | 48,510.00 |
| | Hough, Shawn P. | 2012 | 390.00 | 522.80 | 203,892.00 |
| | Khan, Juvaria S. | 2012 | 360.00 | 332.60 | 119,736.00 |
| | Babka, Sarah R. | 2013 | 395.00 | 526.60 | 208,007.00 |
| | Ferguson, Kaitlyn A. | 2013 | 350.00 | 252.50 | 88,375.00 |
| | Joyce, Justin J. | 2013 | 230.00 | 196.80 | 45,264.00 |
| | Stamoulis, Elizabeth M. | 2013 | 350.00 | 29.10 | 10,185.00 |
| | Owsley, Travis I. | 2013 | 230.00 | 175.50 | 40,365.00 |
| | Coats, Holly L. | 2013 | 220.00 | 70.60 | 15,532.00 |
| | Felz, Jenna N. | 2013 | 350.00 | 268.60 | 94,010.00 |
| | Fradkin, Yulia M | 2013 | 290.00 | 5.60 | 1,624.00 |
| | Darwall, Julian H. | 2013 | 350.00 | 303.90 | 106,365.00 |
| | Choate, Hannah C. | 2013 | 350.00 | 678.90 | 237,615.00 |
| | Smith, Jonathan L. | 2013 | 215.00 | 148.80 | 25,592.00 |
| | Durkheimer, Michael J. | 2013 | 290.00 | 6.00 | 1,740.00 |
| | Pate, Alan M. | 2013 | 350.00 | 152.30 | 53,305.00 |
| | Thompson, Aaron J. | 2013 | 230.00 | 42.80 | 9,844.00 |
| | Tranbaugh, Mary H. | 2014 | 350.00 | 321.80 | 112,630.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Groves, Ryan D. | #N/A | 230.00 | 228.60 | 52,578.00 |
| | Cardenas, Samantha A. | #N/A | 230.00 | 207.20 | 47,656.00 |
| Associates Total | | | 371.22 | 65,702.90 | 24,389,912.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Munson, Sally L. | #N/A | 75.00 | 31.70 | 2,377.50 |
| | Bekier, James M. | #N/A | 400.00 | 578.70 | 231,480.00 |
| | Nunes, Silas T | #N/A | 280.00 | 598.20 | 167,496.00 |
| | Bitman, Oleg | #N/A | 265.00 | 551.50 | 146,147.50 |
| | Oliver-Weeks, Marcella J. | #N/A | 310.00 | 392.30 | 121,613.00 |
| | Bliss, Stephanie L. | #N/A | 225.00 | 188.60 | 42,435.00 |
| | Paremoud, Jana | #N/A | 245.00 | 121.60 | 29,792.00 |
| | Chan, Angeline | #N/A | 235.00 | 207.10 | 48,668.50 |
| | Pulsipher, Eric K. | #N/A | 295.00 | 589.00 | 173,755.00 |
| | Cohen, Justin H. | #N/A | 315.00 | 63.10 | 19,876.50 |
| | Rawles, Michael M | #N/A | 205.00 | 12.10 | 2,480.50 |
| | Curbelo, Gracemary | #N/A | 305.00 | 7.20 | 2,196.00 |
| | Remus, Amanda | #N/A | 310.00 | 502.20 | 155,682.00 |
| | Fishelman, Benjamin D. | #N/A | 390.00 | 491.80 | 191,802.00 |
| | Rivera, Eileen G. | #N/A | 185.00 | 89.50 | 16,557.50 |
| | Gardner, Bronson R | #N/A | 200.00 | 168.50 | 33,700.00 |
| | Schnarre, Nicole L. | #N/A | 400.00 | 627.10 | 250,840.00 |
| | Graham, Sonya M. | #N/A | 260.00 | 5.80 | 1,508.00 |
| | Stone, Adrian | #N/A | 280.00 | 514.20 | 143,976.00 |
| | Halwes, Shannon L. | #N/A | 200.00 | 15.90 | 3,180.00 |
| | Sweet, Karen R | #N/A | 225.00 | 16.60 | 3,735.00 |
| | Jesic, Mario | #N/A | 175.00 | 74.80 | 13,090.00 |
| | Tolbert, Amelia M. | #N/A | 200.00 | 7.00 | 1,400.00 |
| | Maxwell, Sarah A | #N/A | 175.00 | 226.30 | 39,602.50 |
| | Tushaj, Diana M. | #N/A | 245.00 | 317.10 | 77,689.50 |
| | Medina, Rebecca J. | #N/A | 160.00 | 161.50 | 25,840.00 |
| | Velez, Francisco J. | #N/A | 260.00 | 6.70 | 1,742.00 |
| | Montalvo, Jason M. | #N/A | 335.00 | 138.50 | 46,397.50 |
| | Villamayor, Fidentino L. | #N/A | 335.00 | 479.90 | 160,766.50 |
| | Belanger, Christina I. | #N/A | 315.00 | 7.20 | 2,268.00 |
| | von Collande, Constance M. | #N/A | 295.00 | 650.90 | 192,015.50 |
| | Cabrera, Ramon C | #N/A | 250.00 | 103.00 | 25,750.00 |
| | Wallace, Dawn L. | #N/A | 305.00 | 359.80 | 109,739.00 |
| | Creagan, Carol A | #N/A | 175.00 | 4.10 | 717.50 |
| | Weaver, Scott | #N/A | 260.00 | 510.80 | 132,808.00 |
| | Fredle, Vicki M | #N/A | 195.00 | 156.60 | 30,537.00 |
| | Glanzman, Adam J | #N/A | 305.00 | 120.50 | 36,752.50 |
| | Grigsby, Camilla B. | #N/A | 75.00 | 65.30 | 4,897.50 |
| | Annor, Sasha L. | #N/A | 270.00 | 117.40 | 31,698.00 |
| | Landrio, Nikki M. | #N/A | 345.00 | 725.30 | 250,228.50 |
| | Kinne, Tanya M | #N/A | 305.00 | 598.60 | 182,573.00 |
| | Monge, Tirsa | #N/A | 320.00 | 562.80 | 180,096.00 |
| | Lasko, Seth D. | #N/A | 335.00 | 399.70 | 133,899.50 |
| | Blaber, Theresa A | #N/A | 305.00 | 140.10 | 42,730.50 |
| | Bruening, Mark P | #N/A | 175.00 | 386.10 | 67,567.50 |
| | Fetzer, Jeffrey L | #N/A | 220.00 | 22.90 | 5,038.00 |
| | Reyes, Lucinda A. | #N/A | 180.00 | 293.20 | 52,776.00 |
| | Iskhakova, Yuliya | #N/A | 295.00 | 849.70 | 250,661.50 |
| | Suffern, Anne C. | #N/A | 315.00 | 113.10 | 35,626.50 |
| | Montani, Christine A. | #N/A | 320.00 | 521.10 | 166,752.00 |
| | Beer, Sharon L | #N/A | 225.00 | 9.00 | 2,025.00 |
| | Gibbons, Michael E. | #N/A | 350.00 | 375.50 | 131,425.00 |
| | Bhagat, Ashish K. | #N/A | 165.00 | 7.80 | 1,287.00 |
| | Charlotten, Magdalena | #N/A | 265.00 | 248.70 | 65,905.50 |
| | Chamberlain, David R | #N/A | 175.00 | 78.50 | 13,737.50 |
| | McLaughlin, Christopher | #N/A | 180.00 | 584.80 | 105,264.00 |
| | Farber, Eugenll B | #N/A | 175.00 | 91.00 | 15,925.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | | | 289.54 | 15,288.00 | 4,426,527.00 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 701.66 | 21,064.90 | 14,780,417.00 |
| Associates Total | 371.22 | 65,702.90 | 24,389,912.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 289.54 | 15,288.00 | 4,426,527.00 |
| Blended Attorney Rate | 451.44 | | |
| Total Fees Incurred | | 102,055.80 | 43,596,856.00 |
| **Less 10% Public Interest Discount** | | | (4,359,685.60) |
| **Grand Total** | | | $ 39,237,170.40 |