EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR FOURTEENTH INTERIM
PERIOD OF AUGUST 1, 2013 THROUGH NOVEMBER 30, 2013

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 1,172.40 | $ 662,682.50 |
| 02 | Bankruptcy Court Litigation and Related Matters | 930.00 | 508,390.00 |
| 03 | Feeder Funds | 290.30 | 151,666.50 |
| 04 | Asset Search Recovery and Sale | 120.10 | 77,602.50 |
| 05 | Internal Office Meetings with Staff | 1,829.50 | 852,481.00 |
| 07 | Billing | 995.60 | 360,541.50 |
| 08 | Case Administration | 2,494.10 | 802,094.50 |
| 09 | Banks | 18.00 | 15,483.50 |
| 11 | Press Inquires and Responses | 498.60 | 235,987.50 |
| 12 | Document Review | 4,403.50 | 1,108,467.50 |
| 13 | Discovery - Depositions and Document Productions | 15,041.80 | 4,516,130.00 |
| 14 | International | 453.80 | 230,968.00 |
| 15 | Charities | 2.50 | 1,975.00 |
| 19 | Non-Bankruptcy Litigation | 115.70 | 35,053.00 |
| 20 | Governmental Agencies | 544.40 | 336,835.00 |
| 21 | Allocation | 3.60 | 3,187.50 |
| 000003 | Stanley Chais | 923.30 | 418,428.00 |
| 000004 | J. Ezra Merkin | 9,778.60 | 4,446,028.50 |
| 000005 | Customer Claims | 3,060.70 | 1,482,199.00 |
| 000006 | Vizcaya | 464.50 | 284,290.50 |
| 000007 | Madoff Family | 4,694.70 | 2,201,636.00 |
| 000008 | Norman Levy | 4.60 | 1,946.00 |
| 000009 | Fairfield Greenwich | 1,488.80 | 754,678.50 |
| 000010 | Harley | 12.20 | 9,317.50 |
| 000011 | Cohmad Securities Corporation | 1,996.10 | 914,865.50 |
| 000012 | Picower | 90.10 | 56,394.00 |
| 000013 | Kingate | 1,686.40 | 984,696.00 |
| 000018 | Thybo | 809.90 | 388,684.50 |
| 000019 | Ruth Madoff | 1.20 | 1,008.00 |
| 000021 | Avoidance Action Investigation/Litigation | 11,988.60 | 5,379,769.00 |
| 000026 | Richard Stahl | 16.40 | 5,471.50 |
| 000027 | JPMorgan Chase | 4,034.30 | 2,190,966.00 |
| 000028 | Westport | 315.90 | 180,631.00 |
| 000029 | Rye/Tremont | 191.20 | 88,132.50 |
| 000030 | HSBC | 6,030.70 | 2,736,832.00 |
| 000031 | Katz/Wilpon | 14.40 | 4,035.00 |
| 000032 | LuxAlpha/UBS | 3,933.80 | 1,675,507.50 |
| 000033 | Nomura Bank International PLC | 103.50 | 52,018.50 |
| 000034 | Citibank | 969.10 | 430,368.50 |
| 000035 | Natixis | 535.80 | 210,188.00 |
| 000036 | Merrill Lynch | 1,221.50 | 512,854.00 |
| 000037 | ABN AMRO | 77.80 | 34,261.50 |
| 000038 | Banco Bilbao | 19.60 | 7,028.50 |
| 000039 | Fortis | 19.00 | 6,758.00 |
| 000040 | Medici Enterprise | 2,554.40 | 1,222,199.00 |
| 000042 | Equity Trading | 464.40 | 252,360.50 |
| 000043 | Defender | 416.20 | 202,147.50 |
| 000044 | Maccabee | 3.00 | 2,040.00 |
| 000045 | Levey | 97.70 | 40,766.50 |
| 000046 | Glantz | 674.20 | 355,632.50 |
| 000047 | Bonaventre | 37.60 | 11,497.50 |
| 000048 | Bongiorno | 2.80 | 1,228.00 |
| 000049 | Greenberger | 3.20 | 2,171.00 |
| 000052 | Donald Friedman | 2,173.40 | 966,262.50 |
| 000053 | Magnify | 1,049.60 | 491,458.00 |
| 000054 | Mendelow | 176.20 | 83,643.00 |
| 000056 | Lipkin | 16.00 | 6,185.00 |
| 000057 | Perez/O'Hara | 6.80 | 3,855.50 |
| 000058 | PJ Administrators | 342.00 | 144,247.00 |
| 000059 | Stanley Shapiro | 211.90 | 110,422.50 |
| 000060 | Avellino & Bienes | 524.60 | 258,702.50 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 000061 | Maxam | 154.70 | 92,111.50 |
| 000062 | Subsequent Transfer | 4,661.20 | 1,568,205.00 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 5.30 | 3,024.50 |
| 000065 | Legacy Capital Ltd | 2,656.70 | 1,173,485.50 |
| 000066 | Lieberbaum | 531.80 | 243,038.00 |
| 000070 | US PT: OPENING PRICE PROCESS FOR TRADING SYSTEM (USSN 11/2 | 15.10 | 8,305.00 |
| 000071 | Square One | 10.70 | 5,658.50 |
| 000072 | Plaza Investments | 430.50 | 232,639.50 |
| 000073 | BNP Paribas | 1,439.20 | 757,031.00 |
| Grand Total | | 102,055.80 | 43,596,856.00 |

**Less 10% Public Interest Discount**     (4,359,685.60)

**Grand Total**     $ 39,237,170.40

**Current Application**
Interim Compensation Requested     $ 39,237,170.40
Interim Compensation Paid     (35,313,453.37)
Interim Compensation Deferred     $ 3,923,717.03

**Prior Applications**
Interim Compensation Requested     $ 510,183,440.09
Interim Compensation Paid     $ (483,919,682.14)
Interim Compensation Deferred     $ 26,263,757.95