EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR FOURTEENTH
INTERIM PERIOD OF AUGUST 1, 2013 THROUGH NOVEMBER 30, 2013

| E101 | Copying (E101) | $ | 30,917.50 |
|---|---|---|---|
| E102 | Outside Printing (E102) | | 13,548.92 |
| E104 | Facsimile (E104) | | 6.20 |
| E105 | Telephone (E105) | | 5,608.75 |
| E106 | Online Research (E106) | | 82,851.25 |
| E107 | Delivery Services/ Messengers (E107) | | 7,321.24 |
| E108 | Postage (E108) | | 9,716.40 |
| E110 | Out-of-Town Travel (E110) | | 169,508.39 |
| E112 | Court Fees (E112) | | 15,056.13 |
| E113 | Subpoena Fees (E113) | | 1,906.10 |
| E114 | Witness Fees (E114) | | 231.99 |
| E115 | Deposition Transcripts (E115) | | 21,815.99 |
| E116 | Trial Transcripts (E116) | | 4,795.79 |
| E117 | Trial Exhibits (E117) | | 65.33 |
| E119 | Experts (E119) | | 993.43 |
| E123 | Other Professionals (E123) | | 39,595.32 |
| E124 | Other (E124) | | 5,857.96 |
| E125 | Translation Costs (E125) | | 78,733.40 |
| E129 | Official Fees (E129) | | 1,300.00 |
| Grand Total | | $ | 489,830.09 |

**Prior Applications**

Reimbursement of Expenses Requested and Rewarded        $ 11,369,633.34