# EXHIBIT A

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>               Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD , Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>HSBC BANK PLC,  *et al.*,<br>               Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**ORDER GRANTING MOTION OF DEFENDANTS ALPHA PRIME FUND LIMITED AND SENATOR FUND SPC FOR AN ORDER PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-390 AUTHORIZING ALTERNATIVE DISPUTE RESOLUTION PROCEDURES**

Upon the motion dated February 24, 2014, of Alpha Prime Fund Ltd. and Senator Fund Ltd. for an Order Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 Authorizing Alternative Dispute Resolution Procedures (the "**Motion**"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334 and Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing and all of the proceedings had before the Court; and the Court having considered objections to the Motion, if any; and the Court having found that the legal and factual bases

set forth in the Motion establish just cause for the relief granted herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that mediation will be conducted among Alpha Prime Fund Ltd ("**Alpha Prime**") and Senator Fund Ltd. ("**Senator Fund**" and collectively, with Alpha Prime, the "**Defendants**") as defendants and Irving H. Picard as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (the "**Trustee**") on a date to be determined by the mediator appointed below (the "**Mediation Date**"); and it is further

ORDERED that the appointed mediator will be _____ (the "**Mediator**"); and it is further

ORDERED that no party shall be bound by anything said or done during the Mediation, unless either a written and signed stipulation is entered into or the parties enter into a written and signed agreement; and it is further

ORDERED that information obtained by the Mediator, either in written or oral form, shall be confidential and shall not be revealed by the Mediator unless and until the party who provided that information agrees to its disclosure; and it is further

ORDERED that the mediation process shall be considered a settlement negotiation for the purpose of all federal and state rules protecting disclosures made during such conferences from later discovery or use in evidence. The entire procedure shall be confidential, and no stenographic or other record shall be made except to memorialize a settlement record. All communications, oral or written, made during the Mediation by any party or a party's agent, employee, or attorney are confidential and, where appropriate, are to be considered work product and privileged. Such communications, statements, promises, offers, views and opinions shall not be subject to any discovery or admissible for any purpose, including impeachment, in any

2

litigation or other proceeding involving the parties. Provided, however, that evidence otherwise subject to discovery or admissible is not excluded from discovery or admission in evidence simply as a result of it having been used in connection with this mediation process; and it is further

ORDERED that the Mediator and his/her agents shall have the same immunity as judges and court employees have under the Federal law and the common law from liability for any act or omission in connection with the Mediation, and from compulsory process to testify or produce documents in connection with the Mediation; and it is further

ORDERED that the parties: (i) shall not call or subpoena the Mediator as a witness or expert in any proceeding relating to: the Mediation, the subject matter of the Mediation, or any thoughts or impressions which the Mediator may have about the parties in the Mediation, and (ii) shall not subpoena any notes, documents or other material prepared by the Mediator in the court of or in connection with the Mediation, and (iii) shall not offer into evidence any statements, views or opinions of the Mediator; and it is further

ORDERED that all parties are required to attend at least one session and as many sessions thereafter as may be helpful in resolving this dispute; and it is further

ORDERED that mediation will be conducted in the following matter:

a. Each party must provide the Mediator, in confidence, a concise statement of the legal issues and the evidence the party expects to produce at trial at least **ten (10) calendar days** prior to the Mediation Date.

b. The statements should also contain a brief discussion of the following:

- The relevant facts;
- Analysis of the applicable law;

3

- Strengths of the case;

- Weaknesses of the case;

- Identification of any pending motion; and

- Status of settlement negotiations to date.

c. Alpha Prime, Senator Fund and the Trustee, through a designated representative, other than counsel of record, **with full and final settlement authority must attend in person**.

d. Alpha Prime, Senator Fund and the Trustee must be prepared to engage in good-faith negotiations and exchange offers and counter offers at the Mediation;

and it is further

ORDERED that Defendants shall pay 50% of the costs of the Mediation and Plaintiff shall pay 50% of the costs of the Mediation.

Dated: New York, New York
       March __, 2014

                                                                               Stuart M. Bernstein
                                                       United States Bankruptcy Judge

4