Todd E. Duffy
Douglas A. Amedeo
DUFFYAMEDEO LLP
275 Seventh Avenue, 7th Floor
New York, NY 10001
Telephone: (212) 729-5832
Email: tduffy@duffyamedeo.com
damedeo@duffyamedeo.com
*Attorneys for Alpha Prime Fund Ltd. and Senator Fund Ltd.*

Hearing Date: April 9, 2014 at 10:30 a.m.
Objection Deadline: March 18, 2014

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, Plaintiff-Applicant, v. BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Defendant. | Adv. Pro. No. 08-01789 (SMB) SIPA LIQUIDATION (Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff, v. HSBC BANK PLC, *et al.*, Defendants. | Adv. Pro. No. 09-1364 (SMB) |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF DEFENDANTS ALPHA PRIME FUND LIMITED AND SENATOR FUND SPC FOR AN ORDER PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-390 AUTHORIZING ALTERNATIVE DISPUTE RESOLUTION PROCEDURES**

PLEASE TAKE NOTICE that a hearing on the motion of Alpha Prime Fund Ltd. and Senator Fund SPC for an Order Pursuant to Section 105 of the Bankruptcy Code and General Order M-390 Authorizing Alternative Dispute Resolution Procedures dated February 12, 2014 (the "Motion"), was scheduled for March 25, 2014.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion **has been adjourned to April 9, 2014 at 10:30 a.m.** and will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Room 723 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004 or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (a) by registered users of the Bankruptcy Court's case filing system, electronically in accordance with General Order M-399 (which can be found at http://nysb.uscourts.gov) and (b) by all other parties in interest, on a 3.5 inch disk, in text searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and serviced in accordance with General Order M-399 and on (i) the attorneys for the Alpha/Senator Defendants, DuffyAmedeo LLP, 275 Seventh Avenue, 7th Floor, New York, NY 10001 so as to be received no later than March 18, 2014.

PLEASE TAKE FURTHER NOTICE that the Hearing on the Motions may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
       March 5, 2014

**DUFFYAMEDEO LLP**

By: */s/ Todd E. Duffy*
    Todd E. Duffy
    Douglas A. Amedeo
275 Seventh Avenue, 7th Floor
New York, NY 10001
Telephone: (212) 729-5832
Email: tduffy@duffyamedeo.com
       damedeo@duffyamedeo.com
*Attorneys for Alpha Prime Fund Ltd and Senator Fund Ltd.*

2