**Exhibit B**

SUMMARY OF THIRTEENTH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM AUGUST 1, 2013 THROUGH NOVEMBER 30, 2013

| Name | Year Admitted | Standard Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners and Special Counsel** | | | | |
| Howard L. Simon | 1977 | 550.00 | 293.90 | $ 161,645.00 |
| Kim M. Longo | 2002 | 435.00 | 603.10 | $ 262,348.50 |
| Antonio J. Casas | 1992 | 430.00 | 131.80 | $ 56,674.00 |
| Thomas A. Banahan | 1977 | 510.00 | 0.30 | 153.00 |
| **Total Partners and Special Counsel** | | | **1,029.10** | **$ 480,820.50** |
| **Associates** | | | | |
| Karen M. Cullen | 1981 | 415.00 | 585.40 | $ 242,941.00 |
| Carol LaFond | 2000 | 410.00 | 594.00 | $ 243,540.00 |
| Brian W. Kreutter | 2003 | 355.00 | 505.10 | $ 179,310.50 |
| John J. Tepedino | 2004 | 355.00 | 221.30 | $ 78,561.50 |
| Yani Indrajana Ho | 2005 | 340.00 | 388.60 | $ 132,124.00 |
| Dave Butler | 1987 | 400.00 | 85.60 | $ 34,240.00 |
| Alex Jonatowski | 2007 | 330.00 | 206.60 | $ 68,178.00 |
| Aurelio Quinones | 1989 | 330.00 | 213.90 | $ 70,587.00 |
| Alan D. Lawn | 2008 | 330.00 | 449.20 | $ 148,236.00 |
| **Total Associates** | | | **3,249.70** | **$ 1,197,718.00** |
| **Paraprofessionals** | | | | |
| Joel Solomon | | 230.00 | 17.20 | $ 3,956.00 |
| Jacob Gould | | 220.00 | 268.60 | $ 59,092.00 |
| Kevin D. Coleman | | 260.00 | 221.80 | $ 57,668.00 |
| Lisa M. Winkler | | 190.00 | 142.80 | $ 27,132.00 |
| Matthew Corwin | | 220.00 | 396.70 | $ 87,274.00 |
| Michael A. Simon | | 170.00 | 108.80 | $ 18,496.00 |
| Cheryll Cabrera | | 135.00 | 7.60 | $ 1,026.00 |
| **Total Paraprofessionals** | | | **1,163.50** | **$ 254,644.00** |

| | Total Fees |
|---|---|
| **Partners and Special Counsel** | $ 480,820.50 |
| **Associates** | $ 1,197,718.00 |
| **Paraprofessionals** | $ 254,644.00 |
| **Blended Attorney Rate** | 392.29 |
| **GRAND TOTAL** | $ 1,933,182.50 |