## **Exhibit C**

SUMMARY OF TWELFTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
AUGUST 1, 2013 THROUGH AND INCLUDING NOVEMBER 30, 2013

| **Code Description** | **Amount** |
|---|---:|
| Copying | $ 1,009.34 |
| Telephone | 16.80 |
| Online Research | 8,516.74 |
| Delivery Services/Messenger | 393.17 |
| Postage | 60.19 |
| Filing and Service Fees | 5.60 |
| **TOTAL** | **$ 10,001.84** |

10939973.XLS