**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE THIRTEENTH INTERIM PERIOD OF AUGUST 1, 2013 THROUGH NOVEMBER 30, 2013

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 289.30 | $ 111,117.50 |
| | | 007 | Fee Application | 155.80 | 63,408.00 |
| | | 020 | Internal Office Meeting | 7.00 | 2,453.50 |
| | | 041 | Discovery, Document Review, Document Production | 583.00 | 221,386.50 |
| | | 042 | Bankruptcy Court Litigation | 254.70 | 97,637.50 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 332.60 | 116,708.50 |
| 8 | Madoff Family Entities | 010 | Litigation | 70.00 | 26,390.50 |
| 10 | Blumenfeld | 010 | Litigation | 409.50 | 170,480.00 |
| 12 | Credit Suisse | 010 | Litigation | 1,253.00 | 402,785.50 |
| 13 | Solon Capital | 010 | Litigation | 29.20 | 10,721.00 |
| 14 | Zephyros | 010 | Litigation | 15.80 | 5,555.00 |
| 15 | Mistral | 010 | Litigation | 17.90 | 6,361.50 |
| 16 | Societe Generale | 010 | Litigation | 621.90 | 206,328.50 |
| 17 | Royal Bank of Canada | 010 | Litigation | 153.20 | 50,788.00 |
| 18 | Clariden Leu | 010 | Litigation | 199.10 | 63,308.50 |
| 19 | Trincastar Corp. | 010 | Litigation | 21.80 | 7,549.00 |
| 20 | Coordinated Cases | 010 | Litigation | 1,028.50 | 370,203.50 |
| | | | **TOTALS** | **5,442.30** | **$ 1,933,182.50** |

10939973.XLS