Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Geraldine E. Ponto
Email: gponto@bakerlaw.com

Hearing Date: April 17, 2014
Time: 10:30 a.m.

Objection Deadline: April 10, 2014
Time: 5:00 p.m.

*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br> v.<br><br>KINGATE GLOBAL FUND, LTD., by its Liquidators; and KINGATE EURO FUND, LTD., by its Liquidators,<br><br>    Defendants. | Adv. Pro. No. 12-1920 (SMB) |

# NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER UNDER RULE 15 OF THE FEDERAL RULES OF CIVIL PROCEDURE, AS INCORPORATED BY RULE 7015 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, GRANTING LEAVE TO FILE AN AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities, LLC and the estate of Bernard L. Madoff, by and through the Trustee's undersigned counsel, will move under Rule 15 of the Federal Rules of Civil Procedure, as incorporated in this proceeding by Rule 7015 of the Federal Rules of Bankruptcy Procedure, before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 723, One Bowling Green, New York, NY 10004, on April 17, 2014 at 10:30 a.m., or as soon thereafter as counsel may be heard, seeking entry of an Order granting the Trustee leave to file an Amended Complaint, in substantially the form attached as *Exhibit 1*, on the grounds and for the reasons set forth in the accompanying Memorandum in Support of Motion for Leave to File an Amended Complaint and the Declaration of Gonzalo S. Zeballos, Esq.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must: (i) be in writing, conform to applicable rules of this Court, and be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, NY 10004, in accordance with General Order 242, by no later than **5:00 p.m. on April 10, 2014** (the "Objection Deadline") (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein); and (ii) be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, NY 10111, Attn: David J. Sheehan and Geraldine E. Ponto; and (b) Securities Investor Protection Corporation, 805 15th Street, N.W., Suite 800, Washington,

D.C. 20005, Attn: Kevin H. Bell, so as to be received no later than the Objection Deadline. Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the Motion.

**PLEASE TAKE FURTHER NOTICE** that notice of the Motion will be provided by U.S. Mail or email to all defendants in this adversary proceeding in accordance with the Order Establishing Notice Procedures (ECF No. 4560). The Trustee submits that no other or further notice is required.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: March 25, 2014
      New York, New York

/s/ David J. Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Geraldine E. Ponto
Email: gponto@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

Of Counsel:
Anthony M. Gruppuso
Email: agruppuso@bakerlaw.com