UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                  Plaintiff,<br><br>    v.<br><br>KINGATE GLOBAL FUND, LTD., by its Liquidators and KINGATE EURO FUND., LTD., by its Liquidators,<br><br>                  Defendants. | Adv. Pro. No. 12-01920 (SMB) |

**ORDER GRANTING MOTION FOR
LEAVE TO FILE AN AMENDED COMPLAINT**

**THIS MATTER**, having come before the Court on the Trustee's Motion for Leave to File an Amended Complaint (the "Motion"), and the Court having considered the submissions in support of and in opposition to (if any) the Motion, and the Court having found good cause for

the relief sought in the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**. The Trustee's Amended Complaint, in substantially the form attached to the Motion as *Exhibit 1*, is to be filed on or before _____, 2014.

SO ORDERED.

Dated: _____, 2014  
New York, New York

                                                   HONORABLE STUART M. BERNSTEIN  
                                                   UNITED STATES BANKRUPTCY JUDGE