# Kingate Global Fund, Ltd. - In Liquidation

Recalculation of NAV and Management fees for 2009

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Recalculated gross assets before Management and Performance fees | $2,738,642,665.67 | $2,786,047,304.52 | $2,805,864,310.34 | $2,827,088,113.80 | $2,783,521,709.79 | $2,773,327,072.45 | $2,721,504,894.05 | $1,923,351,305.47 | $1,962,907,109.34 | $2,765,735,908.44 | $26,078,034,713.89 |
| Reported NAV of investments | $2,654,749,201.24 | $2,656,300,178.61 | $2,669,384,560.25 | $2,701,737,652.00 | $2,727,882,497.00 | $2,735,664,095.50 | $2,715,259,347.16 | $1,852,145,101.25 | $1,875,328,966.25 | $2,727,185,094.25 | $25,315,660,903.51 |
| True gross assets before management and performance fees | $83,893,464.43 | $129,747,125.91 | $136,479,750.09 | $125,350,461.80 | $55,639,012.79 | $37,662,976.95 | $6,245,546.90 | $71,206,204.22 | $87,578,143.09 | $38,550,814.19 | $762,373,810.38 |
| Management fee paid | $3,410,803.61 | $3,482,559.13 | $3,507,355.39 | $3,533,860.14 | $3,479,402.64 | $3,466,658.84 | $3,401,918.74 | $2,404,159.12 | $2,453,626.39 | $3,457,169.09 | $33,597,543.39 |
| True management fee due | $92,367.11 | $162,183.91 | $170,624.69 | $156,688.06 | $69,549.77 | $47,078.72 | $7,807.06 | $89,007.76 | $109,472.68 | $48,188.02 | $952,967.26 |
| Over payment | $3,318,436.50 | $3,320,375.22 | $3,336,730.70 | $3,377,172.08 | $3,409,853.37 | $3,419,580.12 | $3,394,111.68 | $2,315,151.36 | $2,344,153.71 | $3,408,981.37 | $31,644,576.13 |

Kingate Global Fund, Ltd. - in Liquidation

Recalculation of NAV and management fees

| | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before management and Performance fees | [illegible] | [illegible] | $2,549,673,631.50 | $6,320,101,156.36 | [illegible] | [illegible] | [illegible] | $20,525,296,130.01 | $27,535,275,170.39 | $23,342,549,831.37 | $22,213,962,793.55 | $27,526,996,987.50 | $31,026,763,047.43 | $26,078,054,713.89 | [illegible] |
| Reported NAV of investments | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| True gross Assets before management and performance fees | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Management fee paid | $174,849.21 | $926,071.13 | $2,127,092.04 | $7,905,249.86 | $12,114,669.20 | $17,160,723.45 | $27,643,977.52 | $25,656,643.17 | [illegible] | $31,677,937.26 | $34,017,452.46 | [illegible] | [illegible] | [illegible] | [illegible] |
| True management fee due | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Over payment | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 1996

| | Jan* | Feb* | Mar* | Apr* | May | Jun | Jul | Aug | Sept* | Oct* | Nov* | Dec* | Total - DM | Total Euro |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before management and Performance fees | 2,038,607.37 | 2,290,840.38 | 2,326,467.83 | 2,579,194.03 | 2,807,767.47 | 5,342,872.36 | 6,567,978.23 | 7,318,433.00 | 7,746,066.75 | 8,297,288.01 | 10,531,328.37 | 11,573,141.64 | 69,410,959.58 | € 35,487,263.15 |
| Reported NAV of investments | 2,073,989.61 | 2,333,477.95 | 2,380,639.23 | 2,661,155.10 | 2,706,624.84 | 5,225,936.06 | 6,359,447.35 | 7,235,636.13 | 7,781,223.33 | 8,310,502.06 | 10,595,494.58 | 11,655,682.00 | 69,314,828.79 | € 35,440,101.21 |
| True gross assets before management and performance fees | -35,382.24 | -42,637.57 | -54,171.40 | -81,961.07 | 96,157.63 | 116,936.30 | 210,450.88 | 82,795.87 | -35,156.63 | -13,214.05 | -65,166.21 | -82,540.31 | 96,130.90 | € 49,150.95 |
| Management fee paid | 2,548.26 | 2,863.55 | 2,908.08 | 3,223.94 | 3,503.48 | 6,678.59 | 8,212.47 | 9,140.54 | 9,682.58 | 10,371.61 | 13,164.16 | 14,466.43 | 86,763.73 | € 44,361.56 |
| True management fee due | 0.00 | 0.00 | 0.00 | 0.00 | 120.20 | 146.17 | 263.11 | 103.49 | 0.00 | 0.00 | 0.00 | 0.00 | 632.95 | € 323.64 |
| Over payment | 2,548.26 | 2,863.55 | 2,908.08 | 3,223.94 | 3,383.28 | 6,532.42 | 7,949.36 | 9,037.05 | 9,682.58 | 10,371.61 | 13,164.16 | 14,466.43 | 86,130.72 | € 44,037.94 |
| Admin fee paid | 169.67 | 190.65 | 193.63 | 214.66 | 233.37 | 444.56 | 545.91 | 608.61 | 644.70 | 690.58 | 876.51 | 963.22 | 5,777.02 | € 2,953.74 |
| True admin fee due | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] | 9.73 | 17.52 | 6.89 | 0.00 | 0.00 | 0.00 | 0.00 | 42.15 | € 21.55 |
| Over payment | 169.67 | 190.65 | 193.63 | 214.66 | 225.37 | 434.83 | 528.39 | 601.72 | 644.70 | 690.58 | 876.51 | 963.22 | 5,734.87 | € 2,932.19 |

* All figures in DM, except where otherwise noted

*Assume you cannot have a negative amount due to KML. Therefore amount used for this month is 0.00

## Kingate Euro Fund, Ltd. - in Liquidation

Recalculation of NAV and Management and Admin fees for 1997

| | Jan* | Feb* | Mar* | Apr* | May | Jun* | Jul* | Aug* | Sept* | Oct | Nov* | Dec* | Total | Total - Euro |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | 12,575,241.01 | 14,743,539.40 | 20,541,542.12 | 22,602,[illegible] | 23,664,264.76 | 28,331,276.02 | 33,727,381.67 | 38,278,659.75 | 40,010,902.12 | 43,622,016.90 | 45,725,167.07 | 54,664,033.45 | 352,647,261.85 | € 190,746,750.06 |
| Reported MV of investments | 11,446,664.45 | 16,015,760.00 | 21,545,533.29 | 24,232,444.55 | 23,213,853.72 | 29,884,667.86 | 36,091,437.77 | 40,279,606.59 | 41,012,014.92 | 43,346,454.65 | 45,728,376.15 | 56,950,310.70 | 366,119,124.41 | € 202,634,750.42 |
| True gross assets before management and performance fees | -471,201.44 | -1,272,240.52 | -503,980.92 | -1,629,548.05 | 450,511.04 | -1,553,391.84 | -2,364,056.10 | -2,600,945.84 | -1,001,112.80 | 275,563.25 | -3,209.04 | -2,296,288.25 | -13,471,742.55 | € -6,887,992.59 |
| Management fee paid | 15,719.05 | 18,454.42 | 26,177.43 | 29,503.57 | 32,080.46 | 35,414.10 | 42,159.23 | 47,548.32 | 50,013.63 | 54,507.52 | 58,400.46 | 68,255.04 | 476,559.21 | € 244,183.45 |
| True management fee due | 0.00 | 0.00 | 0.00 | 0.00 | 563.14 | 0.00 | 0.00 | 0.00 | 0.00 | 344.45 | 0.00 | 0.00 | 907.59 | € 464.04 |
| Over payment | 15,719.05 | 18,454.42 | 26,177.43 | 29,503.57 | 31,517.32 | 35,414.10 | 42,159.23 | 47,548.32 | 50,013.63 | 54,163.07 | 58,400.46 | 68,255.04 | 477,651.64 | € 244,219.40 |
| Admin fee paid | 1,046.63 | 1,228.76 | 1,742.58 | 1,954.45 | 2,116.02 | 2,357.99 | 2,807.10 | 3,165.90 | 3,330.07 | 3,620.62 | 3,335.90 | 4,344.65 | 31,464.02 | € 16,291.04 |
| True admin fee due | 0.00 | 0.00 | 0.00 | 0.00 | 37.50 | 0.00 | 0.00 | 0.00 | 0.00 | 12.91 | 0.00 | 0.00 | 60.41 | € 30.90 |
| Over payment | 1,046.63 | 1,228.76 | 1,742.58 | 1,954.45 | 2,058.52 | 2,357.99 | 2,807.10 | 3,165.90 | 3,330.07 | 3,607.69 | 3,335.90 | 4,344.65 | 31,403.34 | € 16,260.94 |

* All figures in DM, except where otherwise noted

*Assume you cannot have a negative amount due to KML, therefore amount owed for this month is 0.00

Kingate Euro Fund, Ltd. - In Liquidation

# Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 1999

| | Jan | Feb* | Mar* | Apr* | May* | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 106,510,952.87 | € 109,975,383.28 | € 123,019,664.76 | € 127,260,359.16 | € 137,196,097.38 | € 152,730,377.68 | € 161,038,623.54 | € 166,489,121.27 | € 171,973,028.64 | € 184,575,594.88 | € 202,407,992.41 | € 217,462,650.17 | € 1,860,647,821.05 |
| Reported NAV of investments | € 104,530,558.00 | € 112,426,440.29 | € 123,326,897.42 | € 128,004,192.80 | € 139,160,507.15 | € 148,273,006.47 | € 148,814,576.01 | € 160,259,474.73 | € 162,791,982.77 | € 177,636,[illegible] | € 196,107,541.16 | € 202,550,241.53 | € 1,803,901,716.55 |
| True gross assets before management and performance fees | € 1,988,394.87 | -€ 2,451,057.01 | -€ 307,232.66 | -€ 743,833.64 | -€ 1,964,409.77 | € 4,457,371.21 | € 12,224,052.54 | € 6,229,646.54 | € 9,151,046.87 | € 6,939,286.65 | € 6,300,451.26 | € 14,912,388.64 | € 56,746,104.50 |
| Management fee paid | € 133,148.69 | € 137,469.23 | € 153,774.58 | € 159,075.45 | € 171,495.12 | € 190,912.97 | € 201,298.29 | € 208,111.40 | € 214,966.29 | € 230,719.46 | € 253,009.99 | € 271,928.29 | € 2,325,809.78 |
| True management fee due | € 2,485.49 | € 0.00 | € 0.00 | € 0.00 | € 0.00 | € 5,571.71 | € 15,280.07 | € 7,787.06 | € 11,476.31 | € 8,674.11 | € 7,875.56 | € 18,840.49 | € 77,790.80 |
| Over payment | € 130,663.20 | € 137,469.23 | € 153,774.58 | € 159,075.45 | € 171,495.12 | € 185,341.26 | € 186,018.22 | € 200,324.34 | € 203,489.98 | € 222,045.37 | € 245,134.43 | € 253,187.80 | € 2,248,018.98 |
| Admin fee paid | € 6,865.48 | € 9,153.16 | € 10,238.82 | € 10,591.77 | € 11,418.72 | € 12,711.62 | € 13,403.11 | € 13,886.75 | € 14,313.17 | € 15,362.07 | € 16,846.25 | € 18,099.23 | € 154,669.17 |
| True admin fee due | € 165.49 | € 0.00 | € 0.00 | € 0.00 | € 0.00 | € 370.98 | € 1,017.40 | € 548.49 | € 764.13 | € 577.55 | € 524.38 | € 1,241.15 | € 5,179.57 |
| Over payment | € 6,699.99 | € 9,153.16 | € 10,238.82 | € 10,591.77 | € 11,418.72 | € 12,340.64 | € 12,385.71 | € 13,338.26 | € 13,549.04 | € 14,784.52 | € 16,321.87 | € 16,858.08 | € 149,680.60 |

*Assume you cannot have a negative amount due to KML, therefore amount owed for this month is 0.00

## Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 2000

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 227,390,684.50 | € 234,048,181.38 | € 247,290,776.22 | € 245,982,940.76 | € 253,565,355.73 | € 258,821,325.25 | € 262,544,773.34 | € 261,870,318.39 | € 263,955,437.34 | € 267,672,248.79 | € 267,724,885.27 | € 276,373,460.39 | € 3,067,240,387.37 |
| Reported NV of Investments | € 222,120,388.40 | € 228,150,976.36 | € 237,728,231.91 | € 236,929,738.33 | € 228,725,049.31 | € 237,092,462.34 | € 245,728,908.30 | € 249,365,675.75 | € 239,760,964.08 | € 255,302,937.78 | € 250,376,268.18 | € 251,110,908.03 | € 2,882,392,535.80 |
| True gross assets before management and performance fees | € 5,270,296.10 | € 5,897,205.02 | € 9,562,544.31 | € 9,053,202.43 | € 24,840,306.42 | € 21,728,862.91 | € 16,815,865.04 | € 12,504,642.63 | € 24,194,473.26 | € 12,369,311.01 | € 17,348,617.09 | € 25,262,552.36 | € 184,847,851.57 |
| Management fee paid | € 284,238.36 | € 292,560.23 | € 309,113.47 | € 307,478.68 | € 316,956.69 | € 323,526.66 | € 328,180.97 | € 327,337.98 | € 329,944.30 | € 334,590.31 | € 334,656.11 | € 345,466.83 | € 3,834,050.48 |
| True management fee due | € 6,587.97 | € 7,371.51 | € 11,953.18 | € 11,316.50 | € 31,050.38 | € 27,161.08 | € 21,019.84 | € 15,630.89 | € 30,243.09 | € 15,461.64 | € 21,685.77 | € 31,578.19 | € 231,059.85 |
| Over payment | € 277,650.49 | € 285,188.72 | € 297,160.29 | € 296,162.17 | € 285,906.31 | € 296,365.58 | € 307,161.13 | € 311,707.09 | € 299,701.21 | € 319,128.67 | € 312,970.34 | € 313,888.64 | € 3,602,990.63 |
| Admin fee paid | € 18,929.54 | € 19,479.64 | € 20,081.31 | € 20,472.95 | € 21,104.03 | € 21,541.46 | € 21,851.38 | € 21,795.25 | € 21,968.79 | € 22,276.14 | € 22,282.52 | € 23,002.33 | € 255,283.86 |
| True admin fee due | € 435.64 | € 490.82 | € 295.39 | € 753.49 | € 2,067.43 | € 1,808.45 | € 1,399.57 | € 1,040.75 | € 2,013.69 | € 1,023.49 | € 1,443.91 | € 2,102.58 | € 15,384.74 |
| Over payment | € 18,493.90 | € 18,988.82 | € 19,785.92 | € 19,719.46 | € 19,036.60 | € 19,733.01 | € 20,451.81 | € 20,754.50 | € 19,955.11 | € 21,252.65 | € 20,838.61 | € 20,899.75 | € 239,899.13 |

## Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 2001

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 289,519,078.15 | € 289,527,995.53 | € 298,356,753.71 | € 309,994,805.35 | € 312,845,501.01 | € 322,952,634.44 | € 325,370,800.78 | € 328,199,184.11 | € 332,402,027.61 | € 339,137,077.32 | € 351,615,943.43 | € 360,512,010.94 | € 3,860,432,812.36 |
| Reported NAV of Investments | € 270,592,682.92 | € 274,827,869.21 | € 293,643,171.80 | € 294,271,152.85 | € 310,840,486.22 | € 310,258,811.57 | € 302,313,706.07 | € 305,246,956.95 | € 308,348,978.08 | € 317,175,930.04 | € 334,561,616.47 | € 338,126,667.79 | € 3,660,206,029.96 |
| True gross assets before management and performance fees | € 18,926,395.23 | € 14,700,126.32 | € 4,713,581.90 | € 15,723,652.50 | € 2,005,014.79 | € 12,693,822.86 | € 23,057,094.71 | € 22,952,227.15 | € 24,053,049.54 | € 21,961,147.28 | € 17,054,326.96 | € 22,385,343.15 | € 200,225,782.40 |
| Management fee paid | € 361,898.65 | € 361,909.99 | € 372,945.94 | € 387,493.51 | € 391,056.88 | € 403,690.79 | € 406,713.50 | € 410,246.98 | € 415,502.53 | € 423,921.34 | € 439,519.92 | € 450,640.01 | € 4,825,542.26 |
| True management fee due | € 23,657.99 | € 18,375.16 | € 5,891.98 | € 19,654.57 | € 2,506.27 | € 15,867.28 | € 28,821.37 | € 28,690.28 | € 30,066.31 | € 27,451.43 | € 21,317.91 | € 27,981.68 | € 250,282.23 |
| Over payment | € 338,240.65 | € 343,534.84 | € 367,053.96 | € 367,838.94 | € 388,550.61 | € 387,823.51 | € 377,892.13 | € 381,556.70 | € 385,436.22 | € 396,469.91 | € 418,202.02 | € 422,658.33 | € 4,575,260.03 |
| Admin fee paid | € 24,096.43 | € 24,097.17 | € 24,831.98 | € 25,800.61 | € 26,037.37 | € 26,879.08 | € 27,080.34 | € 27,315.74 | € 27,665.54 | € 28,226.10 | € 29,264.70 | € 30,005.11 | € 321,300.69 |
| True admin fee due | € 1,575.23 | € 1,223.48 | € 392.31 | € 1,308.67 | € 166.38 | € 1,006.50 | € 1,919.02 | € 1,910.29 | € 2,001.92 | € 1,827.81 | € 1,419.42 | € 1,863.11 | € 16,664.63 |
| Over payment | € 22,521.20 | € 22,873.69 | € 24,439.66 | € 24,491.94 | € 25,870.99 | € 25,872.58 | € 25,161.32 | € 25,405.45 | € 25,663.63 | € 26,398.29 | € 27,845.28 | € 28,142.00 | € 304,636.06 |

# Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 2002

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov* | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 356,950,305.26 | € 369,834,190.57 | € 371,823,072.35 | € 377,948,940.71 | € 378,631,021.59 | € 376,026,337.91 | € 384,763,465.50 | € 389,109,927.31 | € 394,308,439.54 | € 393,644,554.47 | € 397,721,637.65 | € 395,591,685.96 | € 4,587,774,479.77 |
| Reported NAV of investments | € 347,989,541.27 | € 349,402,477.69 | € 350,538,914.58 | € 342,871,777.90 | € 350,727,711.41 | € 341,811,694.16 | € 359,093,605.77 | € 359,177,323.63 | € 358,510,179.42 | € 360,186,867.62 | € 361,542,126.10 | € 355,527,307.03 | € 4,238,379,561.57 |
| True gross assets before management and performance fees | € 8,960,764.99 | € 20,631,712.88 | € 21,284,157.77 | € 35,077,162.81 | € 27,904,210.18 | € 34,214,686.75 | € 25,669,859.73 | € 29,932,603.68 | € 35,798,260.12 | € 33,457,636.85 | € 36,179,511.55 | € 40,064,378.93 | € 349,394,895.20 |
| Management fee paid | € 449,057.51 | € 461,292.74 | € 464,778.84 | € 472,436.18 | € 473,289.90 | € 470,032.99 | € 480,979.33 | € 486,397.41 | € 492,305.55 | € 492,305.63 | € 497,152.05 | € 494,409.61 | € 5,734,718.10 |
| True management fee due | € 11,200.45 | € 25,789.14 | € 26,605.20 | € 43,846.45 | € 34,880.26 | € 42,768.36 | € 32,112.32 | € 37,415.75 | € 44,747.83 | € 41,822.05 | € 45,224.39 | € 50,080.41 | € 430,493.62 |
| Over payment | € 437,456.92 | € 435,503.10 | € 438,173.64 | € 428,589.72 | € 438,409.64 | € 427,264.62 | € 448,867.01 | € 448,971.65 | € 448,137.72 | € 450,483.58 | € 451,927.66 | € 444,409.20 | € 5,292,224.48 |
| Admin fee paid | € 29,875.13 | € 30,714.41 | € 30,946.52 | € 31,454.33 | € 31,513.22 | € 31,296.36 | € 32,025.21 | € 32,385.29 | € 32,817.96 | € 32,777.35 | € 35,102.94 | € 32,974.77 | € 381,836.69 |
| True admin fee due | € 745.80 | € 1,717.16 | € 1,771.46 | € 2,919.44 | € 2,322.44 | € 2,847.95 | € 2,138.15 | € 2,491.27 | € 2,979.46 | € 2,784.65 | € 3,011.79 | € 3,334.63 | € 29,063.20 |
| Over payment | € 29,129.34 | € 28,997.25 | € 29,175.06 | € 28,535.93 | € 29,190.78 | € 28,448.70 | € 29,887.06 | € 29,894.03 | € 29,838.50 | € 29,992.70 | € 30,090.55 | € 29,590.14 | € 352,773.49 |

*No data available, so figures are based on average increases for months prior

# Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 2003

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 400,542,768.32 | € 403,574,835.85 | € 413,069,883.19 | € 410,297,074.45 | € 418,474,826.78 | € 420,542,188.91 | € 424,230,227.12 | € 431,785,379.02 | € 436,227,639.15 | € 447,002,871.21 | € 445,966,535.59 | € 449,131,245.60 | € 5,100,845,495.39 |
| Reported NAV of investments | € 373,015,831.04 | € 371,808,100.59 | € 377,537,236.60 | € 368,834,916.40 | € 375,140,773.44 | € 397,786,223.83 | € 401,674,930.39 | € 411,930,243.99 | € 393,046,276.81 | € 419,038,751.08 | € 404,479,673.41 | € 399,054,229.26 | € 4,693,347,207.04 |
| True gross assets before management and performance fees | € 27,526,937.28 | € 31,766,735.25 | € 35,532,646.59 | € 41,462,158.05 | € 43,334,053.33 | € 22,755,965.08 | € 22,555,296.73 | € 19,855,135.03 | € 43,181,362.34 | € 27,964,120.13 | € 41,486,862.18 | € 50,077,016.34 | € 407,498,288.35 |
| Management fee paid | € 500,678.49 | € 504,468.54 | € 516,337.35 | € 512,871.34 | € 523,093.53 | € 525,677.74 | € 530,287.78 | € 539,731.73 | € 545,284.55 | € 558,753.59 | € 557,458.17 | € 561,414.06 | € 6,376,056.87 |
| True management fee due | € 34,408.67 | € 39,708.42 | € 44,415.81 | € 51,827.70 | € 54,167.57 | € 28,444.96 | € 28,194.12 | € 24,818.92 | € 53,976.70 | € 34,975.15 | € 51,858.58 | € 62,596.27 | € 509,372.86 |
| Over payment | € 466,269.81 | € 464,760.12 | € 471,921.55 | € 461,043.65 | € 468,925.97 | € 497,232.78 | € 502,092.66 | € 514,912.80 | € 491,307.85 | € 523,778.44 | € 505,599.59 | € 498,817.79 | € 5,866,684.01 |
| Admin fee paid | € 33,336.84 | € 33,589.20 | € 34,379.46 | € 34,148.68 | € 34,829.31 | € 35,001.38 | € 35,308.33 | € 35,937.14 | € 36,306.86 | € 37,203.68 | € 37,117.42 | € 37,380.82 | € 424,539.12 |
| True admin fee due | € 2,291.04 | € 2,643.92 | € 2,957.35 | € 3,450.86 | € 3,606.66 | € 1,893.96 | € 1,877.26 | € 1,652.53 | € 3,593.95 | € 2,327.43 | € 3,452.91 | € 4,167.87 | € 33,915.74 |
| Over payment | € 31,045.80 | € 30,945.28 | € 31,422.11 | € 30,697.82 | € 31,227.65 | € 33,107.47 | € 33,431.07 | € 34,284.61 | € 32,712.91 | € 34,876.25 | € 33,664.51 | € 33,212.95 | € 390,623.35 |

# Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 2004

| | Jan | Feb | Mar | Apr | May* | Jun | Jul |
|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 450,828,654.74 | € 433,674,478.51 | € 437,046,604.34 | € 438,298,964.14 | € 434,122,400.61 | € 456,397,782.49 | € 459,192,456.11 |
| Reported NAV of investments | € 407,487,714.15 | € 409,622,068.96 | € 416,226,312.93 | € 413,450,811.72 | € 415,438,510.91 | € 424,911,618.58 | € 431,974,632.01 |
| True gross assets before management and performance fees | € 43,340,940.61 | € 24,052,409.55 | € 20,820,291.41 | € 24,848,152.42 | € 18,683,889.70 | € 31,486,163.91 | € 27,217,824.10 |
| Management fee paid | € 563,535.82 | € 542,093.10 | € 546,308.26 | € 547,873.71 | € 542,653.00 | € 570,497.23 | € 573,990.57 |
| True management fee due | € 54,176.18 | € 30,065.51 | € 26,025.36 | € 31,060.19 | € 23,354.86 | € 39,357.73 | € 34,022.28 |
| Over payment | € 509,359.64 | € 512,027.59 | € 520,282.89 | € 516,813.51 | € 519,298.14 | € 531,139.52 | € 539,968.29 |
| admin fee paid | € 37,522.09 | € 36,094.37 | € 36,375.03 | € 36,479.36 | € 36,131.65 | € 37,985.61 | € 38,218.21 |
| True admin fee due | € 3,607.23 | € 2,001.86 | € 1,732.86 | € 2,068.01 | € 1,555.04 | € 2,620.57 | € 2,265.32 |
| Over payment | € 33,914.86 | € 34,092.52 | € 34,642.17 | € 34,411.17 | € 34,576.60 | € 35,365.04 | € 35,952.89 |

| | Aug | Sept | Oct | Nov* | Dec | Total |
|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 455,468,367.83 | € 472,593,373.22 | € 475,764,437.59 | € 480,606,101.37 | € 491,548,739.42 | € 5,485,542,360.39 |
| Reported NAV of investments | € 433,574,797.80 | € 427,655,016.08 | € 431,865,407.68 | € 433,603,854.96 | € 458,233,714.22 | € 5,104,044,459.99 |
| True gross assets before management and performance fees | € 21,893,570.03 | € 44,938,357.14 | € 43,899,029.91 | € 47,002,246.41 | € 33,315,025.20 | € 381,497,900.40 |
| Management fee paid | € 569,335.46 | € 590,741.72 | € 594,705.55 | € 600,737.63 | € 614,435.92 | € 6,856,927.95 |
| True management fee due | € 27,366.96 | € 56,172.95 | € 54,873.79 | € 58,732.81 | € 41,643.78 | € 476,872.38 |
| Over payment | € 541,968.50 | € 534,568.77 | € 539,831.76 | € 542,004.82 | € 572,792.14 | € 6,380,055.57 |
| admin fee paid | € 37,908.25 | € 39,333.85 | € 39,597.46 | € 40,000.45 | € 40,911.19 | € 456,557.12 |
| True admin fee due | € 1,822.18 | € 3,740.48 | € 3,653.48 | € 3,911.96 | € 2,772.76 | € 31,761.75 |
| Over payment | € 36,086.07 | € 35,593.37 | € 35,943.80 | € 36,088.49 | € 38,138.41 | € 424,805.37 |

*No data available, so figures are based on average increases for month prior

# Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 2008

| | Jan | Feb | Mar** | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 503,636,684.55 | € 513,200,172.92 | € 522,763,461.24 | € 541,207,501.05 | € 543,239,713.94 | € 543,941,925.51 | € 539,892,434.13 |
| Reported NAV of Investments | € 479,685,491.90 | € 474,822,859.01 | € 469,960,026.15 | € 507,103,785.75 | € 527,097,386.34 | € 518,285,601.42 | € 510,806,793.70 |
| True gross assets before management and performance fees | € 23,951,192.65 | € 38,377,313.67 | € 52,803,435.09 | € 34,103,715.30 | € 16,142,327.60 | € 25,656,324.09 | € 29,085,640.43 |
| Management fee paid | € 629,545.11 | € 641,500.21 | € 653,454.32 | € 676,508.13 | € 679,049.64 | € 679,929.41 | € 674,870.54 |
| True management fee due | € 29,938.00 | € 47,971.64 | € 66,004.29 | € 42,632.14 | € 20,177.91 | € 32,071.16 | € 36,362.05 |
| Over payment | € 599,607.11 | € 593,528.57 | € 587,450.03 | € 633,875.99 | € 658,871.73 | € 647,858.25 | € 638,508.49 |
| Admin fee paid | € 41,917.28 | € 42,715.22 | € 43,509.17 | € 45,044.17 | € 45,213.39 | € 45,271.97 | € 44,935.13 |
| True admin fee due | € 1,993.44 | € 3,196.11 | € 4,394.79 | € 2,838.59 | € 1,343.51 | € 2,135.41 | € 2,421.11 |
| Over payment | € 39,923.84 | € 39,519.11 | € 39,114.38 | € 42,205.58 | € 43,869.88 | € 43,136.56 | € 42,514.02 |

| | Aug | Sept* | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 531,213,476.77 | € 524,027,981.09 | € 523,121,830.64 | € 503,561,818.66 | € 503,352,459.48 | € 6,293,164,281.36 |
| Reported NAV of Investments | € 515,298,287.33 | € 535,081,937.47 | € 488,775,791.02 | € 467,408,582.45 | € 468,801,775.68 | € 5,963,126,520.24 |
| True gross assets before management and performance fees | € 15,915,189.44 | -€ 11,053,956.38 | € 34,346,039.62 | € 36,153,236.21 | € 34,550,683.80 | € 330,037,761.12 |
| Management fee paid | € 664,016.85 | € 655,034.93 | € 653,902.31 | € 629,452.27 | € 629,190.57 | € 7,866,458.35 |
| True management fee due | € 19,893.99 | € 0.00 | € 42,932.57 | € 45,191.55 | € 43,188.35 | € 426,364.65 |
| Over payment | € 644,122.86 | € 655,034.93 | € 610,969.74 | € 584,260.72 | € 586,002.22 | € 7,440,093.70 |
| Admin fee paid | € 44,212.46 | € 43,614.41 | € 43,535.00 | € 41,911.03 | € 41,893.61 | € 523,724.80 |
| True admin fee due | € 1,324.61 | € 0.00 | € 2,654.60 | € 3,009.00 | € 2,875.65 | € 28,368.76 |
| Over payment | € 42,887.85 | € 43,614.41 | € 40,880.40 | € 38,902.03 | € 39,017.96 | € 495,356.04 |

*Assume you cannot have a negative amount due to KML, therefore amount owed for this month is 0.00

**No data available, so figures are based on average increases for months prior

# Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 2006

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 498,800,180.66 | € 476,634,880.41 | € 481,158,587.79 | € 488,171,145.56 | € 479,959,615.67 | € 551,986,926.56 | € 484,614,078.72 | € 488,234,240.32 | € 492,307,057.19 | € 496,152,615.93 | € 512,351,899.38 | € 525,470,316.39 | € 5,957,356,527.79 |
| Reported NAV of investments | € 461,378,955.25 | € 471,235,326.89 | € 451,072,168.47 | € 438,181,335.72 | € 443,944,207.30 | € 521,996,223.37 | € 456,088,088.49 | € 458,875,246.03 | € 468,476,176.54 | € 464,279,310.45 | € 459,162,891.48 | € 473,746,463.37 | € 5,566,435,383.26 |
| True gross assets before management and performance fees | € 37,421,225.41 | € 7,399,553.52 | € 30,086,419.32 | € 49,989,809.84 | € 36,015,408.68 | € 29,990,703.19 | € 28,525,990.23 | € 29,358,994.29 | € 23,826,880.66 | € 31,873,305.48 | € 53,189,000.90 | € 51,723,853.02 | € 419,421,144.54 |
| Management fee paid | € 623,900.23 | € 598,293.60 | € 601,448.23 | € 610,213.93 | € 599,949.52 | € 702,483.66 | € 605,767.60 | € 610,317.80 | € 615,377.57 | € 620,190.77 | € 640,439.85 | € 656,337.90 | € 7,484,820.55 |
| True management fee due | € 46,776.53 | € 9,249.44 | € 37,608.02 | € 62,487.26 | € 45,019.26 | € 49,988.38 | € 35,657.49 | € 36,723.74 | € 29,783.60 | € 39,841.63 | € 66,486.25 | € 64,654.82 | € 524,276.43 |
| Over payment | € 576,723.69 | € 589,044.16 | € 563,840.21 | € 547,726.67 | € 554,930.26 | € 652,495.28 | € 570,110.11 | € 573,594.06 | € 585,593.97 | € 580,349.14 | € 573,953.60 | € 592,183.08 | € 6,960,544.22 |
| Admin fee paid | € 41,514.72 | € 39,836.38 | € 40,046.43 | € 40,630.08 | € 39,946.64 | € 46,773.70 | € 40,334.02 | € 40,636.99 | € 40,973.89 | € 41,294.37 | € 42,642.62 | € 43,734.46 | € 498,364.31 |
| True admin fee due | € 3,114.54 | € 615.86 | € 2,504.07 | € 4,160.61 | € 2,997.52 | € 3,328.39 | € 2,374.19 | € 2,445.19 | € 1,983.09 | € 2,652.79 | € 4,426.88 | € 4,304.93 | € 34,908.07 |
| Over payment | € 38,400.19 | € 39,220.52 | € 37,542.36 | € 36,469.47 | € 36,949.11 | € 43,445.31 | € 37,959.83 | € 38,191.80 | € 38,990.80 | € 38,641.58 | € 38,215.74 | € 39,429.53 | € 463,456.24 |

# Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 2007

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 512,862,030.78 | € 525,536,439.82 | € 540,941,427.08 | € 554,789,906.14 | € 558,484,416.93 | € 561,986,926.56 | € 567,887,448.46 | € 576,724,121.37 | € 577,644,990.00 | € 575,937,484.32 | € 608,101,351.01 | € 630,576,857.51 | € 6,791,073,959.95 |
| Reported MV of Investments | € 482,155,926.19 | € 481,554,481.11 | € 495,013,513.92 | € 508,933,108.39 | € 520,740,690.26 | € 521,996,223.37 | € 525,950,986.72 | € 541,797,291.75 | € 527,640,783.00 | € 553,431,763.25 | € 576,715,865.10 | € 580,502,504.62 | € 6,316,433,197.65 |
| True gross assets before management and performance fees | € 30,706,104.60 | € 43,981,958.71 | € 45,927,913.16 | € 45,856,797.75 | € 37,743,726.67 | € 39,990,703.19 | € 41,936,461.75 | € 34,926,829.62 | € 50,004,207.00 | € 22,506,221.05 | € 31,385,485.91 | € 50,074,352.89 | € 474,640,762.30 |
| Management fee paid | € 641,077.61 | € 656,920.55 | € 679,676.78 | € 693,487.36 | € 698,105.52 | € 702,483.66 | € 709,859.31 | € 720,905.15 | € 722,056.24 | € 719,922.41 | € 760,125.69 | € 788,221.07 | € 8,488,842.45 |
| True management fee due | € 38,382.63 | € 54,977.45 | € 56,909.89 | € 57,321.00 | € 47,179.66 | € 49,988.38 | € 52,420.58 | € 43,658.54 | € 62,505.26 | € 28,132.76 | € 39,231.86 | € 62,592.94 | € 593,300.95 |
| Over payment | € 602,694.98 | € 601,943.10 | € 613,766.89 | € 636,166.39 | € 650,925.86 | € 652,495.28 | € 657,438.73 | € 677,246.61 | € 659,550.98 | € 691,789.70 | € 720,894.33 | € 725,628.13 | € 7,895,541.50 |
| Admin fee paid | € 42,685.08 | € 43,739.96 | € 44,989.81 | € 46,174.70 | € 46,482.19 | € 46,773.70 | € 47,264.80 | € 48,000.27 | € 48,076.91 | € 47,934.84 | € 50,611.77 | € 50,482.39 | € 565,215.43 |
| True admin fee due | € 2,555.64 | € 3,660.58 | € 3,789.25 | € 3,816.62 | € 3,141.38 | € 3,328.39 | € 3,490.34 | € 2,906.93 | € 4,161.81 | € 1,873.17 | € 2,612.19 | € 4,167.65 | € 39,503.96 |
| Over payment | € 40,129.44 | € 40,079.38 | € 41,199.56 | € 42,358.08 | € 43,340.81 | € 43,445.31 | € 43,774.46 | € 45,093.34 | € 43,915.10 | € 46,061.66 | € 47,999.58 | € 46,314.74 | € 525,711.47 |

# Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV and Management and Admin fees for 2008

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 624,466,046.31 | € 636,885,364.79 | € 646,518,722.97 | € 652,502,909.88 | € 656,343,490.62 | € 650,636,379.71 | € 656,049,748.44 | € 645,697,634.13 | € 650,844,258.80 | € 636,135,136.06 | € 6,456,079,691.71 |
| Reported MV of investments | € 575,798,690.84 | € 577,404,925.86 | € 564,608,857.87 | € 594,057,311.51 | € 602,071,367.33 | € 596,830,057.84 | € 608,611,172.15 | € 612,978,056.74 | € 624,250,198.04 | € 585,119,462.66 | € 5,941,730,100.85 |
| True gross assets before management and performance fees | € 48,667,355.46 | € 59,480,438.94 | € 81,909,865.11 | € 58,445,598.36 | € 54,272,123.29 | € 53,806,321.87 | € 47,438,576.29 | € 32,719,577.39 | € 26,594,060.76 | € 51,015,673.39 | € 514,349,590.86 |
| Management fee paid | € 780,582.56 | € 796,106.71 | € 808,148.40 | € 815,628.64 | € 820,429.36 | € 813,295.47 | € 820,062.19 | € 807,122.04 | € 813,555.32 | € 795,168.92 | € 8,070,099.61 |
| True management fee due | € 60,834.19 | € 74,350.55 | € 102,387.33 | € 73,057.00 | € 67,840.15 | € 67,257.90 | € 59,298.22 | € 40,899.47 | € 33,242.58 | € 63,769.59 | € 642,936.59 |
| Over payment | € 719,748.36 | € 721,756.16 | € 705,761.07 | € 742,571.64 | € 752,589.21 | € 746,037.57 | € 760,763.97 | € 766,222.57 | € 780,312.75 | € 731,399.33 | € 7,427,162.63 |
| Admin fee paid | € 51,973.79 | € 53,007.44 | € 53,809.21 | € 54,307.27 | € 54,626.92 | € 54,151.92 | € 54,602.47 | € 53,740.88 | € 54,169.23 | € 52,945.00 | € 537,334.13 |
| True admin fee due | € 4,050.54 | € 4,950.51 | € 6,817.29 | € 4,864.38 | € 4,517.02 | € 4,478.26 | € 3,948.27 | € 2,723.22 | € 2,213.40 | € 4,245.99 | € 42,808.89 |
| Over payment | € 47,923.25 | € 48,056.93 | € 46,991.92 | € 49,442.89 | € 50,109.90 | € 49,673.67 | € 50,654.20 | € 51,017.65 | € 51,955.82 | € 48,699.01 | € 494,525.24 |

## Kingate Euro Fund, Ltd. - in Liquidation

Re-calculation of NAV, Management fees and Admin fees

| | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 35,469,260.15 | € 155,746,258.08 | € 847,480,676.78 | € 1,866,647,821.05 | € 3,057,240,387.37 | € 3,860,433,812.56 | € 4,587,774,479.72 |
| Reported NAV of investments | € 31,400,109.21 | € 153,634,750.67 | € 812,456,799.32 | [illegible] | [illegible] | [illegible] | € 4,238,579,581.57 |
| True gross assets before management and performance fees | € 49,150.95 | -€ 4,417,592.59 | € 31,023,277.32 | € 36,246,104.50 | € 154,847,881.57 | € 200,223,783.40 | € 349,194,898.20 |
| Management fee paid | € 44,261.58 | € 244,683.45 | € 1,054,333.65 | € 2,325,889.76 | € 3,634,050.49 | € 4,725,542.56 | € 5,734,718.10 |
| True management fee due | € 323.64 | € 464.04 | € 42,923.48 | € 77,790.80 | € 231,051.45 | € 250,282.33 | € 436,493.52 |
| Over payment | € 44,037.94 | € 244,219.40 | € 1,011,410.17 | € 2,248,098.93 | € 3,402,999.53 | € 4,575,260.03 | € 5,298,224.48 |
| Admin fee paid | € 2,953.74 | € 16,291.24 | € 70,202.19 | € 154,960.17 | € 251,370.86 | € 321,300.69 | € 381,836.45 |
| True admin fee due | € 21.55 | € 30.90 | € 2,857.80 | € 5,179.52 | € 12,114.74 | € 16,664.63 | € 29,063.20 |
| Over payment | € 2,932.19 | € 16,260.94 | € 67,344.39 | € 149,480.60 | € 239,099.13 | € 304,631.06 | € 352,773.15 |

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | Total - EUR |
|---|---|---|---|---|---|---|---|
| Reported gross assets before Management and Performance fees | € 5,300,845,495.39 | € 5,485,512,350.39 | € 6,293,164,281.26 | € 5,967,656,527.79 | € 6,795,073,959.98 | € 6,456,979,651.71 | € 50,565,375,512.10 |
| Reported NAV of investments | € 4,893,347,307.04 | € 5,104,044,459.99 | € 5,963,126,520.21 | € 5,548,435,383.25 | € 6,320,433,197.48 | € 5,941,730,100.85 | € 47,022,730,362.13 |
| True gross assets before management and performance fees | € 407,498,288.35 | € 381,497,900.40 | € 330,077,761.32 | € 419,421,144.54 | € 474,640,762.50 | € 514,349,550.86 | € 3,542,645,149.97 |
| Management fee paid | € 6,376,058.87 | € 6,856,927.95 | € 7,866,392.35 | € 7,454,820.66 | € 8,488,842.43 | € 795,100.96 | € 55,931,703.69 |
| True management fee due | € 509,372.86 | € 476,872.38 | € 426,294.65 | € 524,276.43 | € 913,300.95 | € 61,789.59 | € 3,533,291.71 |
| Over payment | € 5,866,684.01 | € 6,380,055.57 | € 7,440,030.70 | € 6,929,544.23 | € 7,575,541.50 | € 733,319.33 | € 52,398,459.96 |
| Admin fee paid | € 424,539.12 | € 456,557.12 | € 523,774.82 | € 465,364.31 | € 565,215.43 | € 537,534.12 | € 4,200,514.07 |
| True admin fee due | € 33,915.74 | € 31,751.75 | € 28,188.75 | € 34,908.07 | € 39,503.95 | € 42,208.89 | € 220,479.57 |
| Over payment | € 390,623.38 | € 424,805.37 | € 495,586.04 | € 442,455.24 | € 525,711.47 | € 494,925.24 | € 3,920,034.50 |

IN THE SUPREME COURT OF BERMUDA

CIVIL JURISDICTION

COMMERCIAL LIST

2011: 454

B E T W E E N:

KINGATE GLOBAL FUND LIMITED (IN LIQUIDATION)                First Plaintiff

KINGATE EURO FUND LIMITED (IN LIQUIDATION)                 Second Plaintiff

and

KINGATE MANAGEMENT LIMITED                        First Defendant

FIM LIMITED                            Second Defendant

FIM ADVISERS LLP                        Third Defendant

FIRST PENINSULA TRUSTEES LIMITED (AS TRUSTEE OF THE ASHBY TRUST)
                                    Fourth Defendant

PORT OF HERCULES TRUSTEES LIMITED (AS TRSUTEE OF THE EL PRELA TRUST)
                                    Fifth Defendant

ASHBY HOLDING SERVICES LIMITED                    Sixth Defendant

EL PRELA GROUP HOLDING SERVICES LIMITED              Seventh Defendant

MR CARLO GROSSO                        Eighth Defendant

MR FEDERICO CERETTI                        Ninth Defendant

Annex D

Kingate Global

Redemptions per year - per audited accounts

| Year | Amount US$ |
|------|-----------|
| 1995 | 912,850 |
| 1996 | 5,576,991 |
| 1997 | 27,693,109 |
| 1998 | 106,077,591 |
| 1999 | 100,599,109 |
| 2000 | 289,609,315 |
| 2001 | 334,868,765 |
| 2002 | 361,043,478 |
| 2003 | 382,707,855 |
| 2004 | 376,755,400 |
| 2005 | 477,663,891 |
| 2006 | 466,838,862 |
| 2007 | 568,037,370 |
| 2008 | 574,993,835 |
| | 3,498,384,586 |

Kingate Euro
Redemptions per year - per audited accounts

| Year | Amount EUR |
|------|------------|
| 2000 | 50,566,495 |
| 2001 | 38,977,268 |
| 2002 | 69,236,560 |
| 2003 | 60,217,286 |
| 2004 | 88,577,979 |
| 2005 | 110,141,597 |
| 2006 | 107,850,422 |
| 2007 | 110,119,291 |
| 2008 | 118,685,935 |
| | **635,686,898** |

IN THE SUPREME COURT OF BERMUDA

CIVIL JURISDICTION

COMMERICAL LIST

2010: 454

BETWEEN:

(1)    KINGATE GLOBAL FUND LIMITED (IN LIQUIDATION)

(2)    KINGATE EURO FUND LIMITED (IN LIQUIDATION)

Plaintiffs

and

(1) KINGATE MANAGEMENT LIMITED

(2) FIM LIMITED

(3) FIM ADVISERS LLP

(4) FIRST PENINSULA TRUSTEES LIMITED (AS TRUSTEE OF THE ASHBY TRUST)

(5) PORT OF HERCULES TRUSTEES LIMITED (AS TRUSTEE OF THE EL PRELA TRUST)

(6) ASHBY HOLDINGS SERVICES LIMITED

(7) EL PRELA GROUP HOLDING SERVICES LIMITED

(8) MR CARLO GROSSO

(9) MR FEDERICO CERETTI

(10) ASHBY INVESTMENT SERVICES LIMITED

(11) EL PRELA TRADING INVESTMENTS LIMITED

(12) ALPINE TRUSTEES LIMITED

Defendants

_____

AMENDED STATEMENT OF CLAIM

_____

SEDGWICK CHUDLEIGH
E.W. Pearman Building
20 Brunswick Street
Hamilton, HM I 0
Bermuda

(Attorneys for the First and Second Plaintiffs)

LN/312895v1

# EXHIBIT B

On behalf of: Claimant
F O Walters
First Affidavit
Exhibit "FOW1"
1b November 2011

**THE EASTERN CARIBBEAN SUPREME COURT**

**IN THE HIGH COURT OF JUSTICE**

**BRITISH VIRGIN ISLANDS**

**BVIHCV 2011/**

**BETWEEN:**

<div align="center">

**FIRST PENINSULA TRUSTEES LIMITED**
**(AS TRUSTEE OF THE ASHBY TRUST)**

</div>

<div align="right">

**Claimant**

</div>

<div align="center">

**-and-**

**(1) IRVING H PICARD**
**(as trustee for the substantively consolidated SIPA liquidation of Bernard L**
**Madoff Investment Securities LLC and the estate of Bernard L Madoff)**

**(2) KINGATE GLOBAL FUND LIMITED (IN LIQUIDATION)**
**(acting by William R Tacon and Richard E Fogerty as joint liquidators)**

**(3) KINGATE EURO FUND LIMITED (IN LIQUIDATION)**
**(acting by William R Tacon and Richard E Fogerty as joint liquidators)**

**(4) CARLO GROSSO**
**(as representative of the adult beneficiaries of the Ashby Trust)**

**(5) MAC IMRIE**
**(as representative of the minor, unborn and unascertained beneficiaries of the**
**Ashby Trust)**

**(6) HER MAJESTY'S ATTORNEY GENERAL OF THE BRITISH VIRGIN ISLANDS**

</div>

<div align="right">

**Defendants**

</div>

<div align="center">

---

**AFFIDAVIT OF**
**FRANK OLIVER WALTERS**

---

</div>

I, **FRANK OLIVER WALTERS** of L'Estoril, 31 Avenue Princesse Grace, Monte Carlo, MC 98000, Monaco **MAKE OATH** and **SAY** as follows:

## INTRODUCTION

1.    I am a Manager – Trust & Corporate Services at Moore Stephens Services SAM, whose offices are at L'Estoril, 31 Avenue Princesse Grace, Monte Carlo, MC 98000, Monaco ("**Moore Stephens Monaco**").

2.    Moore Stephens Monaco is a company authorised by the government of the Principality of Monaco.  It acts as administrator to First Peninsula Trustees Limited, being a company incorporated on 3 August 1984 under the laws of the Republic of Liberia, whose registered office is at 80 Broad Street, Monrovia, Republic of Liberia (the "**Ashby Trustee**").

3.    The facts and matters set out in this Affidavit are within my own knowledge, save where the contrary appears, and are true.  Where such facts and matters are not within my own personal knowledge, they are true to the best of my information and belief and derive from the sources stated.

4.    Exhibited to this Affidavit is a bundle of documents marked "Exhibit FOW1". References in this Affidavit to page numbers are to page numbers in Exhibit FOW1.

5.    Nothing in this Affidavit is intended to be or should be read as a waiver of privilege on the part of the Ashby Trustee or its 100% subsidiaries.

6.    This Affidavit is structured as follows:

| Section heading | Page |
|---|---|
| Introduction, purpose of the application and background | 2 |
| Overview | 7 |
| The Ashby Trust | 8 |
| The Kingate Funds and Kingate Management Limited | 20 |
| Legal action against the Ashby Trustee | 29 |
| Claims by Irving H Picard against the Ashby Trustee | 34 |
| The Ashby Trustee's approach to seeking representations in connection with the present application | 42 |

11698152.1

| Directions sought by the Ashby Trustee | 45 |
|---|---|
| Costs | 46 |
| Conclusion | 48 |

## Purpose of the Application

7.          I make this Affidavit in support of an application by the Ashby Trustee for an
order for the following directions in respect of (i) a claim brought against the
Ashby Trustee and others in the United States Bankruptcy Court of the Southern
District of New York (the "**Bankruptcy Court**") with case reference Adv. Pro. No.
09-1161 (BRL) (the "**Third Amended Complaint**") and (ii) a claim brought
against the Ashby Trustee and others in the High Court of Justice of England
and Wales, Queen's Bench Division, Commercial Court with claim number 2010
Folio 1478 (the "**English Claim**"), the subject matter of both of which is
explained further below:

7.1     That Mr Carlo Grosso ("**Mr Grosso**") is appointed and shall act in these
proceedings as representative of the adult beneficiaries of the Ashby
Trust and that his reasonable costs incurred in connection with this
application be paid from the assets currently held on the trusts of the
Ashby Trust;

7.2     That Mr Mac Imrie is appointed and shall act in these proceedings as
representative of the interests of the minor, unborn and/or unascertained
beneficiaries of the Ashby Trust and that his reasonable costs incurred in
connection with this application be paid from the assets currently held on
the trusts of the Ashby Trust;

7.3     That the Ashby Trustee shall be indemnified from the assets currently
held on the trusts of the Ashby Trust for its costs of making this
application;

7.4     In respect of the Third Amended Complaint, that the Ashby Trustee shall
be indemnified from the assets currently on the trusts of the Ashby Trust
for its costs of making the motions to withdraw the reference and motions
to dismiss articulated in the Confidential Affidavit, including costs arising

3

from any adverse costs orders made against it in pursuance of those motions; and

7.5    In respect of the English Claim, that the Ashby Trustee shall be indemnified from the assets currently held on the trusts of the Ashby Trust for its costs of obtaining advice in relation to the English Claim, considering that advice and taking such steps as appropriate in light of that advice, including costs arising from any adverse costs orders made against it in pursuance of those steps.

8.    The Ashby Trustee's application is also supported by my second Affidavit, of even date. That second Affidavit (the "**Confidential Affidavit**") concerns facts and matters which are privileged and/or confidential, including details of US Counsel's advice on the approach the Ashby Trustee should take with respect to the Third Amended Complaint.    The facts and matters in the Confidential Affidavit are relevant to the Court's consideration of the application, and for that reason, the Confidential Affidavit will be lodged with the Court together with this Affidavit. For reasons which will be obvious to the Court, the Ashby Trustee considers that it is not appropriate for the material in that Confidential Affidavit to be provided to the Defendants to the present application, a number of whom are themselves parties to the English claim and/or the Third Amended Complaint.

**Background**

9.    Schedule 1 to this Affidavit contains a list of defined terms used in this Affidavit.

10.    This application arises as a result of the following:

10.1    The Third Amended Complaint, which was filed in the Bankruptcy Court on 20 May 2011 naming the Ashby Trustee and 17 others (page 1), including the Ashby Trust and the El Prela Trust which have no legal personality. The Plaintiff is Irving H Picard ("**Mr Picard**"), the trustee for the liquidation of the business of Bernard L Madoff Investment Securities LLC ("**BLMIS**").    The Third Amended Complaint was deemed to be served on the Ashby Trustee on 10 August 2011, as is explained further below; and

10.2    The English Claim, which was issued by Mr Picard in the High Court of Justice of England and Wales, Queen's Bench Division, Commercial Court on 10 December 2010, against the Ashby Trustee and eleven

4

others.    The English Claim was served on the Ashby Trustee on 16
September 2011, as is explained further below.

The Third Amended Complaint and the English Claim are together, the "**Picard
Claims**".

11.    As has been well publicised, on 12 March 2009, the principal of BLMIS, Mr
Bernard Madoff ("**Madoff**") pleaded guilty before the New York court to the
criminal charges laid against him, admitting to operating a "Ponzi scheme"
through the investment advisory side of BLMIS. He has since been sentenced to
prison for 150 years.

12.    Shortly after his arrest, the United States Securities and Exchange Commission
("**SEC**") commenced proceedings against Madoff and BLMIS, and a receiver
was appointed over the assets of BLMIS. Shortly thereafter, the SEC consented
to a combination of those proceedings with an application by the Securities
Investor Protection Corporation ("**SIPC**"). SIPC filed an application alleging,
among other things, that BLMIS was not able to meet its obligations as they
came due and, accordingly, its customers needed the protection of the Securities
Investor Protection Act ("**SIPA**").    On 15 December 2008, Mr Picard was
appointed trustee for the liquidation of the business of BLMIS pursuant to SIPA.

13.    One of the Ashby Trustee's Co-Defendants to the Picard Claims is Port of
Hercules Trustees Limited, a company incorporated on 6 February 1993 under
the laws of the British Virgin Islands (the "**BVI**"), which is trustee of the El Prela
Trust (the "**El Prela Trustee**"). The El Prela Trustee was appointed trustee of the
El Prela Trust on 17 August 2006 in place of Alpine Trustees Limited ("**Alpine
Trustees**"), also a Co-Defendant to the Picard Claims, which was trustee of the
El Prela Trust from its settlement until that date. Moore Stephens Monaco also
acts as administrator to the El Prela Trust, and I have sworn similar affidavits in
support of an equivalent application by the El Prela Trustee, also seeking
directions in relation to the Picard Claims. The Ashby Trust and the El Prela
Trust are together, the "**Trusts**".

14.    Two of the other Co-Defendants to the Third Amended Complaint are Kingate
Global Fund Limited ("**Kingate Global**") and Kingate Euro Fund Limited
("**Kingate Euro**") (together, the "**Kingate Funds**"), as to which, see further
paragraphs 70 to 77 below.

5

15.    The claims made against the Ashby Trustee and the El Prela Trustee (together,
the "**Trustees**") in the Third Amended Complaint are complex and the sums
claimed are substantial, totalling approximately US$976 million. They fall into two
broad categories:

15.1    Claims under Title 11 of the United States Bankruptcy Code sections 544,
547, 548 and 550 and the New York Debtor and Creditor Law sections
273 to 279 to avoid and recover allegedly preferential and fraudulent
transfers allegedly received by the Trustees (which claims are applicable
to subsequent transferees by virtue of section 550 of that statute); and

15.2    Common law claims asserted under New York law, the essence of which
is that the Trustees possess BLMIS customer property and should be
required to return those funds to Mr Picard for distribution among the
claimants in the BLMIS liquidation.

16.    The claims made against the Trustees in the English Claim are also complex,
and the amount claimed mirrors the amount claimed in the Third Amended
Complaint, namely approximately US$976 million.    The relief sought and/or
claims made can be summarised as follows:

16.1    A declaration pursuant to English and US law that the Trustees hold
on constructive trust for BLMIS subsequent transfers or the
proceeds thereof allegedly received by the Trustees by reason of
the initial transfers having been made in breach of the fiduciary
duties owed to BLMIS by Madoff and/or the BLMIS management;

16.2    An account and/or enquiry as to the whereabouts of the alleged
subsequent transfers and/or their traceable proceeds;

16.3    Claims that the Trustees make restitution of the alleged subsequent
transfers or the proceeds thereof because, as a matter of New York
law, the transfers from BLMIS to the Kingate Funds were void *ab
initio*;

16.4    Claims for damages and/or equitable compensation for alleged
knowing receipt in breach of trust;

16.5    A contribution and/or indemnity at common law or under the Civil
Liability (Contribution) Act 1978; and

6

16.6     Claims under section 213 of the Insolvency Act 1986 and/or the common law and/or the Cross-Border Insolvency Regulations 2006 based on allegations that the Trustees were knowingly party to fraudulent trading at BLMIS.

17.     The Kingate Funds (now in liquidation) are open-ended investment companies established under the laws of the BVI whose purpose was to seek long-term capital growth by allocating share capital to an investment adviser selected to execute their investment objectives.

18.     As will be explained further below, the manager of the Kingate Funds was Kingate Management Limited ("**KML**"), which is the Third Defendant to the Third Amended Complaint and the First Defendant to the English Claim. At all material times, the shares in KML were held by a nominee appointed by the Trustees or their respective 100% subsidiaries.

19.     While the applications made by the Trustees are distinct, they arise from the same facts and the Trustees' positions with respect to the Picard Claims are, materially, the same.

20.     By way of further background, the Trustees have previously made similar applications for directions to the Eastern Caribbean Supreme Court, High Court of Justice of the BVI (the "**BVI Court**") as to how they should proceed in respect of other, related, proceedings commenced against them and seven others in the Supreme Court of Bermuda by the Kingate Funds (the "**Bermuda Proceedings**"). With the exception of Mr Picard, the Defendants to those applications were the same as the Defendants to this present application.

**OVERVIEW**

21.     In supporting this present application of the Ashby Trustee, this Affidavit will:

21.1   Explain the formation of the Ashby Trust and the source of its assets;

21.2   Summarise the relationship between the Ashby Trust and KML;

21.3   Summarise the relationship between KML, the Kingate Funds, Mr Picard and other parties;

7

11698152.1

21.4    Explain the various actual and prospective claims faced by the Ashby
Trustee, and its 100% subsidiaries, including the Picard Claims;

21.5    Explain the Ashby Trustee's approach to seeking representations in
connection with the present application;

21.6    Set out the directions sought; and

21.7    Summarise the costs of steps already taken by the Ashby Trustee and
the estimate of future steps to be taken by it.

22.    Certain other facts and matters are summarised in the Confidential Affidavit,
referred to above.

## THE ASHBY TRUST

23.    On 24 March 1994, the Ashby Trust was formed under the laws of Jersey.  Its
settlor is Mr Grosso and its trustee is the Ashby Trustee. The Ashby Trust is an
irrevocable discretionary trust.  A copy of the instrument of trust relating to the
Ashby Trust dated 24 March 1994 (the "**Trust Deed**") is at page 130.

### The Ashby Trustee

24.    The Ashby Trustee is a company incorporated on 3 August 1984 under the laws
of the Republic of Liberia, whose registered office is at 80 Broad Street,
Monrovia, Republic of Liberia.  It has provided and continues to provide
professional trustee services to a number of trusts, in addition to the Ashby
Trust.

25.    Both the Ashby Trustee and Moore Stephens Monaco are 100% subsidiaries of
Moore Stephens & Company Bermuda, a partnership which is a member firm of
Moore Stephens International Limited ("**Moore Stephens International**"), an
international accounting and consulting association.

26.    The Ashby Trustee currently has a single corporate director, Port of Hercules
Directors Limited, being a company incorporated on 28 November 2000 under
the laws of the BVI, whose registered office is Palm Grove House, PO Box 3186,
Wickhams Cay 1, Road Town, Tortola, BVI ("**Port of Hercules Directors**"). Port
of Hercules Directors was appointed director of the Ashby Trustee on 6 February
2001.

8

11698152.1

27.     The current directors of Port of Hercules Directors, and the dates of their appointment, are as follows:

27.1    Frank O Walters (appointed 28 November 2000);

27.2    Phillip A Evans (appointed 28 November 2000); and

27.3    David R Brand (appointed 30 March 2006). Mr Brand replaced a previous director, Mary Magagli, who was appointed on 28 November 2000. Ms Magagli died on 20 March 2006.

28.     A table showing the dates of appointment and resignation of the directors of the Ashby Trustee prior to the appointment of Port of Hercules Directors is at page 152.

29.     The shares of Port of Hercules Directors are held by the El Prela Trustee on trust for Moore Stephens & Company Bermuda. The company secretary of the Ashby Trustee and of Port of Hercules Directors is First Peninsula Secretaries Limited, which is also a 100% subsidiary of Moore Stephens & Company Bermuda.

**The Trust Deed**

30.     The Trust Deed contains the following provisions, relevant for the purposes of this application:

30.1    Paragraph C1, which provides that the property of the Ashby Trust as at the date of settlement was US$5,000 (page 150);

30.2    Recital (b) (page 133) and paragraph A6 (page 136), which provides that further "*money investments or other property*" may be "*paid or transferred to or otherwise placed under* [*the Ashby Trustee's*] *control*";

30.3    Paragraph A1, which provides that the proper law of the Ashby Trust at the date of its settlement was the law of the Island of Jersey (page 133);

30.4    Paragraph A15, which provides that the Ashby Trustee "*... may from time to time by instrument declare that the proper law of this trust shall be the law of some other place in any part of the world under which the terms of this trust shall be capable of taking effect and such law shall thereupon become the proper law of this trust...*" (page141) (for an explanation of the Ashby Trustee's exercise of this power in changing the proper law of

9

11698152.1