**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Tatiana Markel

*Attorneys for Irving H. Picard., Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04440 (SMB) |
| Plaintiff, | |
| v. | |
| RMGF LTD. PARTNERSHIP, | |
| REGINA FISHER, individually and as General Partner of RMGF Ltd. Partnership, | |
| MICHAEL FISHER, as Limited Partner of RMGF | |

Ltd. Partnership,

FRANCINE FISHMAN, as Limited Partner of RMGF
Ltd. Partnership, and

GREGORY FISHER, as Limited Partner of RMGF
Ltd. Partnership,

                              Defendants.

## TENTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines, agreed to by the parties, are hereby made applicable to this adversary proceeding:

1.     The Initial Disclosures were served by Plaintiff on September 16, 2011 and by Defendants on September 29, 2011.

2.     Fact Discovery shall be completed by:  August 1, 2014

3.     The Disclosure of Case-in-Chief Experts shall be due:  October 8, 2014

4.     The Disclosure of Rebuttal Experts shall be due:  November 14, 2014

5.     The Deadline for Completion of Expert Discovery shall be:  January 16, 2015

6.     The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: February 13, 2015

7.     The Deadline for Conclusion of Mediation shall be:  May 29, 2015

Dated: New York, New York
March 24, 2014

By:    _/s/  Marc E. Hirschfield_

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Marc E. Hirschfield
Email:  mhirschfield@bakerlaw.com
Oren J. Warshavsky
Email:  owarshavsky@bakerlaw.com
Tatiana Markel
Email:  tmarkel@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and Bernard L. Madoff*