**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessie A. Kuhn
Matthew J. Moody

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>            Plaintiff, <br><br>     v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>            Plaintiff, <br><br>     v. <br><br> RIP INVESTMENTS, LP, VILLAGE HOOK, LLC, as General Partner, SIDNEY KIMMEL REVOCABLE TRUST DATED MAY 17, 2001, and SIDNEY KIMMEL, Individually and as Trustee, | Adv. Pro. No. 10-05289 (SMB) |

Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due: April 30, 2014.

2.      Fact Discovery shall be completed by: January 15, 2015.

3.      The Deadline for Service of Substantive Interrogatories shall be: October 17, 2014.

4.      The Disclosure of Case-in-Chief Experts shall be due: June 29, 2015.

5.      The Disclosure of Rebuttal Experts shall be due: July 29, 2015.

6.      The Deadline for Completion of Expert Discovery shall be: October 27, 2015.

7.      The Deadline for Service of a Notice of Mediation Referral shall be: December 28, 2015.

8.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: January 11, 2016.

*[The Remainder of this Page is Intentionally Left Blank]*

9.      The Deadline for Conclusion of Mediation shall be: May 10, 2016.


Dated: New York, New York                    BAKER & HOSTETLER LLP
       March 24, 2014


                                             By: s/ *Marc E. Hirschfield*
                                             David J. Sheehan
                                             Marc E. Hirschfield
                                             Oren J. Warshavsky
                                             Jessie A. Kuhn
                                             Matthew J. Moody
                                             45 Rockefeller Plaza
                                             New York, NY 10111
                                             Telephone: (212) 589-4200
                                             Facsimile: (212) 589-4201

                                             *Attorneys for Irving H. Picard, Trustee*
                                             *for the Substantively Consolidated SIPA*
                                             *Liquidation of Bernard L. Madoff Investment*
                                             *Securities LLC and for the Estate of Bernard*
                                             *L. Madoff*