**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>v.<br><br>DOUGLAS HALL; STEVEN HEIMOFF; BOTTLEBRUSH INVESTMENTS, L.P.; LEGHORN INVESTMENTS LTD.; and KAMALA D. HARRIS, solely in her capacity as Attorney General for the State of California,<br><br>       Defendants. | Adv. Pro. No. 12-01001 (SMB) |

### STIPULATION AND ORDER CONCERNING SCHEDULING

  Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, by and through his counsel, and Douglas Hall; Steven Heimoff; Bottlebrush Investments, Ltd.; Leghorn Investments Ltd.; and Kamala D. Harris, solely in her capacity as Attorney General for the State of California (collectively, the "Defendants"), by and through their respective counsel

(collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on January 4, 2012, the Trustee commenced the above-referenced adversary proceeding by filing a complaint ("Complaint") and application ("Application") seeking a declaration that state-court actions commenced by the Defendants are void *ab initio* as violative of the automatic stay and seeking to preliminarily enjoin the continued litigation of such actions;

WHEREAS, on July 18, 2012, the Court issued an order directing that the Parties enter mediation concerning the subject matter of the Application and related proceedings;

WHEREAS, on July 31, 2012, November 8, 2012, December 13, 2012, February 27, 2013, June 4, 2013, September 11, 2013, and November 26, 2013, the Court so-ordered stipulations extending the Defendants' time to respond to the Complaint;

WHEREAS, the Parties have agreed that the Defendants' time to respond to the Complaint should be further extended;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE TRUSTEE AND DEFENDANTS:

1. The Defendants' time to respond to the Complaint is extended to **June 25, 2014**.

2. Nothing contained herein can or shall be construed as an adjudication on the merits of any claims that the Trustee and/or Defendants may have against each other or any other party, or as an admission or acknowledgement of any claim or defense as against the other by the Trustee or Defendants, with all such claims and defenses preserved.

*/s/ Alexandra Robert Gordon*
Kamala Harris
Attorney General of California
Alexandra Robert Gordon
Deputy Attorney General
Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Email: alexandra.robertgordon@doj.ca.gov

*Attorneys for The People of the State of California*

*/s/ Marvin Gelfand*
Marvin Gelfand, Esq.
Michael Bergman, Esq.
Anjani Mandavia, Esq.
Steven Glaser, Esq.
Weissman Wolff Bergman Coleman Grodin & Evall LLP
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
Email: mgelfand@wwllp.com
       mbergman@wwllp.com
       amandavia@wwllp.com
       sglaser@wwllp.com

*Attorneys for Bottlebrush Investments and Leghorn Investments, Inc.*

*/s/ Barry Weprin*
Barry Weprin, Esq.
Leigh Smith, Esq.
Joshua E. Keller, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, New York 10119
Email: bweprin@milberg.com
       lsmith@milberg.com
       jkeller@milberg.com

*/s/ Marc Hirschfield*
David J. Sheehan
Marc Hirschfield
Deborah H. Renner
Keith R. Murphy
Tracy L. Cole
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: dsheehan@bakerlaw.com
       mhirschfield@bakerlaw.com
       drenner@bakerlaw.com
       kmurphy@bakerlaw.com
       tcole@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

3

| | |
|---|---|
| Jeff S. Westerman, Esq.<br>Michelle Furukawa, Esq.<br>Milberg LLP<br>One California Plaza<br>300 South Grand Avenue, Suite 3900<br>Los Angeles, California 90071<br>Email: jwesterman@milberg.com<br>           mfurukawa@milberg.com<br><br>Stephen A. Weiss, Esq.<br>Christopher M. Van de Kieft, Esq.<br>Seeger Weiss LLP<br>One William Street<br>New York, New York 10004<br>Email: sweiss@seegerweiss.com<br>           cvandekieft@seegerweiss.com<br><br><br>Martin R. Cramer, Esq.<br>623 Maitland Avenue<br>Teaneck, New Jersey 07666<br>Email: martcramer@gmail.com<br><br>*Attorneys for Douglas Hall, as Co-Trustee of the Vivian H. Hall IRA and Derivatively on Behalf of Crescent Securities, and Steven Heimoff, Derivatively on Behalf of Marloma Securities* | |

SO ORDERED

Dated: March 25th, 2014               /s/ STUART M. BERNSTEIN
         New York, New York           HON. STUART M. BERNSTEIN
                                      UNITED STATES BANKRUPTCY JUDGE