**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessie A. Kuhn
George Klidonas

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>LESLIE AUFZIEN LEVINE,<br><br>LISA AUFZIEN,<br><br>ALAN L. AUFZIEN, individually and in his | Adv. Pro. No. 10-04483 (SMB) |

capacity as a Joint Tenant,

NORMA K. AUFZIEN, individually and in her capacity as a Joint Tenant,

MEREDITH AUFZIEN BAUER, and

JONATHAN M. AUFZIEN,

                      Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: May 16, 2014.

2. Fact Discovery shall be completed by: December 29, 2014.

3. The Deadline for Service of Substantive Interrogatories shall be: September 30, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due: March 18, 2015.

5. The Disclosure of Rebuttal Experts shall be due: April 16, 2015.

6. The Deadline for Completion of Expert Discovery shall be: July 15, 2015.

7. The Deadline for Service of a Notice of Mediation Referral shall be:  On or before September 14, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On or before September 28, 2015.

9. The Deadline for Conclusion of Mediation shall be: On or before January 26, 2016.

Dated: New York, New York  
      March 25, 2014

BAKER & HOSTETLER LLP

*By: /s/ Marc E. Hirschfield*  
David J. Sheehan  
Marc E. Hirschfield  
Oren J. Warshavsky  
Jessie A. Kuhn  
George Klidonas  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and for the Estate of Bernard*  
*L. Madoff*