# **EXHIBIT A**

SECURITIES INVESTOR PROTECTION CORPORATION
Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC

Period Ended February 28, 2014                                                                                             Report No. 63
CASH RECEIPTS:

| General Cash Receipts | Net Change for Period | Prior Period Cumulative | Total Received | Customer Fund | General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $30,781,684.59 | | | | | | |
| Transfer from Debtor's Estate - Securities | 0.00 | 289,841,908.00 | 289,841,908.00 | 289,841,908.00 | | | 4011 |
| Transfers from Debtor's Estate - BNY Account | 0.00 | 336,660,934.06 | 336,660,934.06 | 336,660,934.06 | | | 4014 |
| Transfers from Debtor's Estate - Chase Account | 0.00 | 235,156,309.36 | 235,156,309.36 | 235,156,309.36 | | | 4016 |
| Transfers from Debtor's Estate - Other | 0.00 | 4,036,145.08 | 4,036,145.08 | 4,036,145.08 | | | 4018 |
| Interest and Dividends | 0.00 | 1,843,166.84 | 1,843,166.84 | 1,843,166.84 | | | 4040 |
| Closeout Proceeds - Broker Dealers | 0.00 | 37,316,297.78 | 37,316,297.78 | 37,316,297.78 | | | 4030 |
| Closeout Proceeds - NSCC | 0.00 | 21,783,082.40 | 21,783,082.40 | 21,783,082.40 | | | 4031 |
| Closeout Proceeds - DTCC | 0.00 | 18,001,787.96 | 18,001,787.96 | 18,001,787.96 | | | 4032 |
| Sale of Debtor's Assets | 0.00 | 47.26 | 47.26 | 47.26 | | | 4070 |
| - Sports Tickets | 0.00 | 91,037.20 | 91,037.20 | 91,037.20 | | | 4071 |
| - Bank Debt Participations | 0.00 | 7,871,653.96 | 7,871,653.96 | 7,871,653.96 | | | 4072 |
| - DTCC Shares | 0.00 | 204,170.51 | 204,170.51 | 204,170.51 | | | 4073 |
| - Market Making Business | 0.00 | 1,416,279.52 | 1,416,279.52 | 1,416,279.52 | | | 4075 |
| - Abtech | 0.00 | 795,000.00 | 795,000.00 | 795,000.00 | | | 4076 |
| - NSX Shares | 0.00 | 100,734.60 | 100,734.60 | 100,734.60 | | | 4077 |
| - BLM Air Charter | 0.00 | 6,494,631.95 | 6,494,631.95 | 6,494,631.95 | | | 4074 |
| - Auction Sales | 2,437.50 | 529,080.00 | 531,517.50 | 531,517.50 | | | 4078 |
| Administrative Subtenant Rent Revenue | 0.00 | 531,078.49 | 531,078.49 | 531,078.49 | | | 4111 |
| Adjusting Administrative Subtenant Rent Revenue | 0.00 | (531,078.49) | (531,078.49) | (531,078.49) | | | 4111a |
| Refunds - Deposits | 0.00 | 9,841.45 | 9,841.45 | 9,841.45 | | | 4091 |
| - Dues/Subscriptions | 0.00 | 177,247.15 | 177,247.15 | 177,247.15 | | | 4092 |
| - Car Registrations | 0.00 | 157.00 | 157.00 | 157.00 | | | 4093 |
| - Vendors | 0.00 | 62,450.65 | 62,450.65 | 62,450.65 | | | 4094 |
| - Transit Cards | 0.00 | 833.61 | 833.61 | 833.61 | | | 4095 |
| - Insurance/Workers Comp | 0.00 | 402,859.56 | 402,859.56 | 402,859.56 | | | 4096 |
| - Ref. - Political Contributions | 0.00 | 144,500.00 | 144,500.00 | 144,500.00 | | | 4097 |
| - Refunds Other | 0.00 | 50.84 | 50.84 | 50.84 | | | 4099 |
| Recoveries - Litigation Related | 0.00 | 0.00 | 0.00 | 0.00 | | | 4101 |
| - Customer Avoidances | 0.00 | 117,298,582.68 | 117,298,582.68 | 117,298,582.68 | | | 4020 |
| - Pre-Litigation Settlements | 0.00 | 1,905,143,597.98 | 1,905,143,597.98 | 1,905,143,597.98 | | | 4021 |
| - Litigation Settlements *See Note (1) Below | 275,403,333.33 | 6,504,784,217.11 | 6,780,187,550.44 | 6,780,187,550.44 | | | 4022 |
| - Donation Settlements | 0.00 | 875,000.00 | 875,000.00 | 875,000.00 | | | 4023 |
| - Vendor Preferences | 0.00 | 809,850.39 | 809,850.39 | 809,850.39 | | | 4024 |
| - Employees | 0.00 | 10,674.74 | 10,674.74 | 10,674.74 | | | 4102 |
| - Taxing Authorities | 0.00 | 12,777.56 | 12,777.56 | 12,777.56 | | | 4103 |
| - Class Actions | 549,214.37 | 789,425.95 | 1,338,640.32 | 1,338,640.32 | | | 4104 |
| - NASDAQ | 0.00 | 308,948.49 | 308,948.49 | 308,948.49 | | | 4105 |
| - NYSE | 0.00 | 183,683.79 | 183,683.79 | 183,683.79 | | | 4106 |
| - Transaction Fees | 0.00 | 96,816.23 | 96,816.23 | 96,816.23 | | | 4107 |
| - Other | 0.00 | 296,298.73 | 296,298.73 | 296,298.73 | | | 4109 |
| Miscellaneous | 0.00 | 0.36 | 0.36 | 0.36 | | | 4110 |
| Earnings on Trustee's Investments | 184,772.35 | 23,992,348.98 | 24,177,121.33 | 24,177,121.33 | | | 4120 |
| Interest on Trustee's Savings Accounts | 23,963.65 | 1,215,169.36 | 1,239,133.01 | 1,239,133.01 | | | 4140 |
| Sub-total General Cash Receipts | $276,163,721.20 | $9,518,757,599.09 | $9,794,921,320.29 | $9,794,921,320.29 | | | |
| Advances from SIPC | | | | | | | |
| Administration - Advances | 1,196,863.59 | 913,482,537.82 | 914,679,401.41 | | | 914,679,401.41 | 2901 |
| Securities - Paid Bank Loans | 0.00 | 0.00 | 0.00 | | | 0.00 | 2921 |
| - Cash in Lieu | 0.00 | 808,173,978.44 | 808,173,978.44 | | | 808,173,978.44 | 2922 |
| Sub-total SIPC Advances | $1,196,863.59 | $1,721,656,516.26 | $1,722,853,379.85 | | | $1,722,853,379.85 | |
| Funds Transferred from Investment Accounts *See Note (3) on Page 3 | 44,662.70 | 5,759,766,491.53 | 5,759,811,154.23 | | | | 1901 |
| Total Cash Receipts | $277,405,247.49 | $17,000,180,606.88 | $17,277,585,854.37 | $9,794,921,320.29 | $0.00 | $1,722,853,379.85 | |

Page 1

*Note (1) On February 5, 2014, the Bankruptcy Court entered an Order approving the Trustee's Motion for settlement of Avoidance Claims brought by the Trustee against JP Morgan Chase. Under the settlement agreement, JP Morgan Chase has paid $325 million to the Trustee in full and final settlement of the Trustee's Avoidance Claims. The settlement was a practical and fair compromise of complex litigation and increased the fund of customer property, thus benefitting BLMIS customers holding allowed claims.
Previously, on June 10, 2011, the Bankruptcy Court approved a settlement agreement by and among the Trustee and Kenneth Krys, the Foreign Representative and Liquidator of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda (the "Fairfield Sentry Funds"). Under that agreement, the Fairfield Sentry Funds are entitled to share in certain avoidance settlement payments received by the Trustee, including JP Morgan Chase. Accordingly, the Trustee paid $50 million to the Fairfield Sentry Funds. Under the circumstances, the settlement agreement with JP Morgan Chase enabled the Trustee to increase the fund of customer property by a net amount of $275 million. That is the amount recorded for the JP Morgan Chase settlement under Recoveries-Litigation Settlements.

**Period Ended February 28, 2014**  
*CASH DISBURSEMENTS:*

Report No. 63

| Administrative Disbursements<br>General Administrative Disbursements | Net Change<br>for Period | Prior Period<br>Cumulative | Cumulative<br>Total Paid | Code |
|---|---:|---:|---:|---|
| Computer - Rental | 0.00 | 11,121.59 | 11,121.59 | 5011 |
| - Software Support | 0.00 | 55,159.20 | 55,159.20 | 5012 |
| - Equipment Leases | 0.00 | 204,159.01 | 204,159.01 | 5013 |
| Employee Related - Salaries-Net | 0.00 | 4,361,844.80 | 4,361,844.80 | 5020 |
| - FICA-Employer | 0.00 | 318,550.60 | 318,550.60 | 5021 |
| - Fed. & St. Unemploy. | 0.00 | 4,296.08 | 4,296.08 | 5023 |
| - Temporary Help | 0.00 | 29,612.50 | 29,612.50 | 5024 |
| - Employee Medical Plan | 0.00 | 830,103.99 | 830,103.99 | 5025 |
| - Employee LTD | 0.00 | 6,887.03 | 6,887.03 | 5026 |
| - Employee Expense Reimbursement | 0.00 | 1,125.87 | 1,125.87 | 5027 |
| - Employee Life/AD&D | 0.00 | 9,006.83 | 9,006.83 | 5028 |
| - Other | 0.00 | 1,622.90 | 1,622.90 | 5029 |
| Insurance - Trustee Bond | 0.00 | 3,000.00 | 3,000.00 | 5030 |
| Insurance - Surety & Fidelity Bonds | 0.00 | 37,400.00 | 37,400.00 | 5031 |
| Insurance Workers Comp | 0.00 | 12,578.00 | 12,578.00 | 5032 |
| - Other | 0.00 | 21,099.00 | 21,099.00 | 5039 |
| Fees - Payroll Processing | 0.00 | 8,195.96 | 8,195.96 | 5045 |
| Fees - Escrow | 0.00 | 1,218,198.85 | 1,218,198.85 | 5046 |
| - Other | 0.00 | 12,337.22 | 12,337.22 | 5047 |
| Expenses for Asset Sales | 0.00 | 19,205.73 | 19,205.73 | 5048 |
| Rent - Office | 0.00 | 3,987,347.17 | 3,987,347.17 | 5050 |
| *- Adjustment for Administrative Subtenant Rent Revenue* | 0.00 | (531,078.49) | (531,078.49) | 5050a |
| - Equipment | 0.00 | 1,695.89 | 1,695.89 | 5051 |
| - Warehouse | 12,728.74 | 742,962.34 | 755,691.08 | 5052 |
| - Bulova | 0.00 | 310,130.75 | 310,130.75 | 5053 |
| - Other | 936.00 | 62,249.27 | 63,185.27 | 5059 |
| Costs - Vacating 885 Third Avenue | 0.00 | 20,179.46 | 20,179.46 | 5111 |
| Telephone and Telegraph | 0.00 | 360,456.68 | 360,456.68 | 5060 |
| Communication Fees | 0.00 | 644,177.76 | 644,177.76 | 5061 |
| Utilities - Electricity | 96.25 | 20,833.75 | 20,930.00 | 5070 |
| Office Supplies & Expense - Maint. & Repairs | 0.00 | 79,338.86 | 79,338.86 | 5080 |
| - Moving & Storage | 2,290.83 | 264,128.02 | 266,418.85 | 5081 |
| - Postage/Handling/Preparation | 0.00 | 40,961.12 | 40,961.12 | 5082 |
| - Reproduction | 0.00 | 183,889.65 | 183,889.65 | 5083 |
| - Locksmith | 0.00 | 5,811.39 | 5,811.39 | 5084 |
| - Security | 0.00 | 249,897.70 | 249,897.70 | 5085 |
| - Supplies | 0.00 | 3,342.03 | 3,342.03 | 5086 |
| - Temporary Help | 0.00 | 4,588,642.69 | 4,588,642.69 | 5087 |
| - Process Server - Complaint | 2,575.00 | 241,451.52 | 244,026.52 | 5088 |
| - Other | 2,400.00 | 33,818.62 | 36,218.62 | 5089 |
| Taxes | 0.00 | 555.51 | 555.51 | 5090 |
| NYC Commercial Rent Tax | 0.00 | 154,269.47 | 154,269.47 | 5091 |
| Claims Related Costs - Mailing Costs | 0.00 | 23,053.28 | 23,053.28 | 5101 |
| - Publication | 0.00 | 163,961.13 | 163,961.13 | 5102 |
| - Supplies | 0.00 | 16,244.58 | 16,244.58 | 5103 |
| - Printing | 0.00 | 2,207.42 | 2,207.42 | 5104 |
| Court Related Noticing - Postage/Handling/Preparation *See Note (1) Below | 0.00 | 0.00 | 0.00 | 5106 |
| - Reproduction | 0.00 | 0.00 | 0.00 | 5107 |
| - Supplies | 0.00 | 0.00 | 0.00 | 5108 |
| Scanning - Investigation | 0.00 | 5,159,289.06 | 5,159,289.06 | 5110 |
| Foreign Research | 0.00 | 38,975.00 | 38,975.00 | 5112 |
| Miscellaneous | 0.00 | 666.91 | 666.91 | 5115 |
| Hosting Expense | 746,409.45 | 18,737,272.13 | 19,483,681.58 | 5244 |
| **Sub-total General Admin. Disbursements** | **$767,436.27** | **$42,772,235.83** | **$43,539,672.10** | |

| Professional Fees and Expenses | | | | |
|---|---:|---:|---:|---|
| Trustee Fees | 0.00 | 4,377,662.10 | 4,377,662.10 | 5200 |
| Trustee Expenses | 0.00 | 2,549.25 | 2,549.25 | 5201 |
| Trustee Counsel Fees (Baker) | 7,154,244.16 | 508,288,985.60 | 515,443,229.76 | 5210 |
| Trustee Counsel Expenses (Baker) | 109,493.62 | 11,864,348.39 | 11,973,842.01 | 5211 |
| Trustee Counsel Fees (Windels) | 0.00 | 25,007,523.53 | 25,007,523.53 | 5212 |
| Trustee Counsel Expenses (Windels) | 0.00 | 324,653.96 | 324,653.96 | 5213 |
| Special Counsel Fees | 0.00 | 34,488,108.35 | 34,488,108.35 | 5220 |
| Special Counsel Expenses | 0.00 | 10,779,357.84 | 10,779,357.84 | 5221 |
| Consultant Fees | 3,762,135.69 | 288,458,006.10 | 292,220,141.79 | 5240 |
| Consultant Expenses *See Note (2) Below | 254,670.07 | 13,246,747.72 | 13,501,417.79 | 5241 |
| Investment Banker Fees | 0.00 | 1,050,000.00 | 1,050,000.00 | 5242 |
| Sales Tax | 4,211.75 | 1,274,705.84 | 1,278,917.59 | 5243 |
| Mediator Fees | 26,556.75 | 1,088,700.32 | 1,115,257.07 | 5245 |
| Mediator Expenses | 0.00 | 9,620.79 | 9,620.79 | 5246 |
| Receiver Counsel Fees | 0.00 | 300,000.00 | 300,000.00 | 5260 |
| Receiver Counsel Expenses | 0.00 | 6,449.08 | 6,449.08 | 5261 |
| Receiver's Consultants Fees | 0.00 | 316,000.00 | 316,000.00 | 5262 |
| Receiver's Consultants Expenses | 0.00 | 15,000.00 | 15,000.00 | 5263 |
| **Sub-total Professional Fees and Expenses** | **$11,311,312.04** | **$900,898,418.87** | **$912,209,730.91** | |
| **Total Administrative Disbursements** | **$12,078,748.31** | **$943,670,654.70** | **$955,749,403.01** | |

Page 2

* Note (2) See Supporting Schedule on Page 6

Period Ended February 28, 2014                                                                                           Report No. 63

**CASH DISBURSEMENTS:**

| Claim Related Disbursements | Net Change for Period | Prior Period Cumulative | Total Paid | Cumulative Totals Customer Fund | Cumulative Totals General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| Customer - Paid Bank Loan | | | | | | | 6021 |
| - Securities - Cash in Lieu | $ 0.00 | $ 5,585,037,226.33 | $ 5,585,037,226.33 | $ 4,776,863,247.89 | $ | 808,173,978.44 | 6022 |
| - Securities - Purchases | | | | | | | 6023 |
| - Indemnification | | | | | | | 6031 |
| - Cash Balance | | | | | | | 6041 |
| Customer - | | | | | | | 6050 |
| Customer - | | | | | | | 6060 |
| Customer - Trustee Journal Entry per Allocation | | | | | | | 6000 |
| Other - Contractual Commitments | | | | | | | 6111 |
| - Pd. Bank Loan | | | | | | | 6121 |
| - Indemnification | | | | | | | 6131 |
| Other - | | | | | | | 6140 |
| Other - | | | | | | | 6150 |
| Other - | | | | | | | 6160 |
| Other - Trustee Journal Entry per Allocation | | | | | | | 6100 |
| General Creditor | | | | | | | 6200 |
| Sub-total Claim Disbursements | $0.00 | $5,585,037,226.33 | $5,585,037,226.33 | $4,776,863,247.89 | $0.00 | $808,173,978.44 | |

**Other Disbursements (except investments)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIPC - Refunds - Recoupment | | | | | | | 6301 |
| - Indemnification | | | | | | | 6310 |
| - Contr. Commitments | | | | | | | 6311 |
| - Paid Bank Loan | | | | | | | 6321 |
| - Subrogation | 0.00 | 102,805,012.23 | 102,805,012.23 | 102,805,012.23 | | | 6322 |
| Other - | | | | | | | 6400 |
| Other - | | | | | | | 6401 |
| Other - | | | | | | | 6402 |
| Other - | | | | | | | 6403 |
| Other - | | | | | | | 6404 |
| Sub-total Other Disbursements | $0.00 | $102,805,012.23 | $102,805,012.23 | $102,805,012.23 | $0.00 | $0.00 | |
| Investments by Trustee - Purchases *See Note (3) Below | $275,208,736.00 | $10,337,886,029.03 | $10,613,094,765.03 | | | | 1900 |
| Sub-total Administrative Disb. - page 2 | $12,078,748.31 | $943,670,654.70 | $955,749,403.01 | | $0.00 | $955,749,403.01 | |
| Total Disbursements | $287,287,484.31 | $16,969,398,922.29 | $17,256,686,406.60 | $4,879,668,260.12 | $0.00 | $1,763,923,381.45 | |
| Total Receipts less Disbursements | ($9,882,236.82) | $30,781,684.59 | $20,899,447.77 | $4,915,253,060.17 | $0.00 | ($41,070,001.60) | |
| Ending Cash Balance *See Note (4) Below | $20,899,447.77 | | | | | | |

Page 3

* Note (3) Two preferred custody accounts and an insured money market account have been established at Citibank for investment purposes and an additional investment account is maintained at JP Morgan Chase. A Broker's account, which was previously established at Morgan Joseph, was closed in January 2012. Since January 20, 2009, $10,613,094,765.03 of recovered funds have been transferred into these investment accounts and $5,759,811,154.23 of these funds have subsequently been used for interim distributions to customers with allowed claims and for operations. (See Page 5 for more details).

* Note (4) The ending cash balance includes a $19,834,007.26 balance in the Citibank Business Checking Account and $1,065,440.51 in the Citibank Distribution Account.

Period Ended February 28, 2014                                                                Report No. 63

SUMMARY INFORMATION ON STATUS OF LIQUIDATION

|  | Customer Claimants | Broker/Dealer Claimants | General Estate Claimants |
|---|---:|---:|---:|
| Claims received | 16,519 | 49 | 94 |
| Claims satisfied by distribution of cash and/or securities: | | | |
| a. As part of the transfer in bulk | | | |
| b. On an account by account basis-Fully Satisfied | 1,248 | | |
| c. On an account by account basis-Partially Satisfied | 1,255 | | |
|  | 2,503 | - | - |
| Claims Determined - no claims | 12 | | |
| Claims Deemed Determined - pending litigation | 155 | | |
| Claims Determined - withdrawn | 209 | | |
| Claims Determined but not yet satisfied | 14 | | |
| Claims under review | - | 49 | 94 |
| Claims Denied: | | | |
| a. No Claims | | | |
| c. Assets at Another Broker | | | |
| c. Other Denials for which no objections were filed | 9,536 | | |
| d. Denials for which objections were filed: | | | |
| - Hearing not yet set | 3,446 | | |
| - Set for Hearing | 644 | | |
| - Adjudicated | | | |
|  | 14,016 | 49 | 94 |

Accounts with cash and/or securities which were transferred in bulk
                    Filing Date Value
Customer name securities distributed
Customer fund securities distributed

                                                $

_____Irving H. Picard_____                    3-12-2014
(Trustee's Signature)                              (Date)

_____William C. Kingsford_____                3-11-2014
(Accountant's Signature)                           (Date)


Page 4

Period Ended February 28, 2014

Report No. 63

**IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS LLC**
Investment Accounts

| | Citibank Preferred Custody Account-Original Account | | | | Citibank Preferred Custody Account-#2 Assets/Mutual Funds | Citibusiness IMMA Account | Total Citibank |
|---|---|---|---|---|---|---|---|
| | Cash Assets/Mutual Funds | U.S. Treasury Bills | US Treasury Notes | Accrued Interest | Account Balance | Account Balance | |
| Balance January 31, 2014 | 3,029,559 | 748,099,227 | - | 51 | 751,128,837 | 763,973,350 | 156,215,169 | 1,671,317,356 |
| Maturity of U.S. Treasury Bills | 394,442,723 | (394,442,723) | | | - | | | - |
| Purchase of Securities | (669,442,665) | 669,442,665 | | | - | | | - |
| Unrealized Gain or (Loss) | | (23,558) | | | (23,558) | | (44,663) | (23,558) |
| Transfers from/(to) the Citibank Operating Account | 275,000,000 | | | | 275,000,000 | | | 274,955,337 |
| Interest and Dividends Earned | | | | | | | | |
|   Interest | 1,330 | | | (5) | 1,325 | 70,327 | 23,964 | 95,616 |
|   Dividends | 1 | | | | 1 | | | 1 |
| Balance February 28, 2014 | 3,030,948 | 1,023,075,611 | - | 46 | 1,026,106,605 | 764,043,677 | 156,194,470 | 1,946,344,752 |

**JP Morgan Chase**

| | Cash | U.S. Treasury Bills | Account Balance |
|---|---|---|---|
| Balance January 31, 2014 | 525,979 | 2,906,639,866 | 2,907,165,845 |
| Maturity of U.S. Treasury Bills | | | - |
| Purchase of U.S. Treasury Bills | | | - |
| Unrealized Gain or (Loss) | | (31,857) | (31,857) |
| Interest and Dividends Earned | | | |
|   Interest | | | - |
|   Dividends | | | - |
| Balance February 28, 2014 | 525,979 | 2,906,608,009 | 2,907,133,988 |

Page 5

Period Ended February 28, 2014     Report No. 63

**IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS LLC**
**Consultant Expenses for Court Related Noticing**

|  | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid |
|---|---:|---:|---:|
| Postage / Handling / Preparation | 0.00 | 490,385.30 | 490,385.30 |
| Printing | 0.00 | 44,945.40 | 44,945.40 |
| Reproduction Costs | 0.00 | 682,797.70 | 682,797.70 |
| Supplies | 0.00 | 91,503.64 | 91,503.64 |
| **Total  *See Note Below** | **$0.00** | **$1,309,632.04** | **$1,309,632.04** |

Page 6

*Note: All of the expenses above were incurred by consultants in connection with court related noticing procedures, and are included in the Consultant Expenses line (Account #5241) on Page 2 of the SIPC Form 17.