**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

Hearing Date: April 17, 2014
Hearing Time: 10:30 a.m. **(**EST)
Objection Deadline: April 10, 2014

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF MOTION FOR AN ORDER APPROVING FOURTH ALLOCATION OF**
**PROPERTY TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING**
**FOURTH INTERIM DISTRIBUTION TO CUSTOMERS**

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee ("Trustee") for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under

the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq*. ("SIPA"), and the substantively

consolidated estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), will move (the

"Motion") before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the

United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green,

New York, New York 10004, on **April 17, 2014 at 10:30 a.m.**, or as soon thereafter as counsel

may be heard, seeking entry of an order (1) approving the fourth allocation of property ("Fourth

Allocation") to the fund of customer property ("Customer Fund"); and (2) authorizing a fourth

pro rata interim distribution ("Fourth Interim Distribution") to customers whose claims for

customer protection under SIPA have been allowed for amounts exceeding the SIPC statutory

advance limits and not already satisfied by the interim pro rata interim distributions to date.

**PLEASE TAKE FURTHER NOTICE** that written objections to the Motion must be

filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York,

New York 10004 by no later than **4:00 p.m. on April 10, 2014** (with a courtesy copy delivered

to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker &

Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn:

David J. Sheehan, Esq., and (b) the Securities Investor Protection Corporation, 805 Fifteenth

Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq.  Any objections must

specifically state the interest that the objecting party has in these proceedings and the specific

basis of any objection to the Motion.

2

**PLEASE TAKE FURTHER NOTICE** that replies to objections, if any, must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **4:00 p.m. on April 15, 2014** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein).

Dated: March 25, 2014                                    Respectfully submitted,


                                                         */s/ David J. Sheehan*
                                                         **Baker & Hostetler LLP**
                                                         45 Rockefeller Plaza
                                                         New York, New York  10111
                                                         Tel: (212) 589-4200
                                                         Fax: (212) 589-4201
                                                         David J. Sheehan
                                                         Email: dsheehan@bakerlaw.com
                                                         Seanna R. Brown
                                                         Email: sbrown@bakerlaw.com
                                                         Heather R. Wlodek
                                                         Email: hwlodek@bakerlaw.com

                                                         *Attorneys for Irving H. Picard, Trustee*
                                                         *for the Substantively Consolidated SIPA*
                                                         *Liquidation of Bernard L. Madoff Investment*
                                                         *Securities LLC and Bernard L. Madoff*