**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

### [PROPOSED] ORDER APPROVING A FOURTH ALLOCATION OF PROPERTY TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING FOURTH INTERIM DISTRIBUTION TO CUSTOMERS

Upon consideration of the motion (the "Motion")[1], dated March 25, 2014, filed by Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), for an Order Approving the Trustee's Fourth Allocation of Property to the Fund of Customer Property and Authorizing Fourth Interim Distribution to Customers, and the Affidavit of Vineet Sehgal, executed March 25, 2014, and it appearing that due and proper notice of the Motion and the relief requested therein have been given, and no other or further notice needing to be given; and a hearing having been held on the Motion; and the Court having reviewed the Motion, responsive pleadings, the arguments of counsel and the

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

record in this case; and the Court, as set forth in the transcript of the hearing on the Motion,

having determined that the legal and factual bases set forth in the Motion establish just cause for

the relief granted herein, and after due deliberation and sufficient cause appearing therefor, **IT IS**

**HEREBY**:

      **ORDERED**, that the relief requested in the Motion is hereby granted; and it is

further

      **ORDERED**, that any objections to the Motion are hereby overruled; and it is

further

      **ORDERED**, that all holders of current and future allowed claims are eligible to

receive a distribution consistent with the relief granted herein; and it is further

      **ORDERED**, that the Trustee is required to maintain a reserve for the Time-Based

Damages Issue at not less than the 3% Reserve.


Dated: New York, New York
     April __, 2014


_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE