**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Bankruptcy Case No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br> v.<br><br>KINGATE GLOBAL FUND, LTD., by its Liquidators and KINGATE EURO FUND, LTD., by its Liquidators,<br><br>      Defendants. | Adv. Pro. No. 12-01920 (SMB) |

**STIPULATION AND ORDER EXTENDING TIME TO REPLY**

  Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, by and through his counsel, and Kingate Global Fund, Ltd. ("Kingate Global") and Kingate Euro Fund, Ltd. ("Kingate Euro" and collectively with Kingate Global, the "Kingate Funds"), acting

through their respective joint liquidators (collectively, the "Joint Liquidators"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, on October 22, 2012, the Trustee filed a Complaint (the "Complaint") and Application for Enforcement of Automatic Stay and Issuance of Preliminary Injunction against the Kingate Funds (the "Application"); and

WHEREAS, on November 14, 2012, December 11, 2012, January 8, 2013, April 17, 2013, May 14, 2013, August 14, 2013, October 24, 2013 and December 2, 2013, the parties stipulated to extensions of the time by which the Joint Liquidators may respond to the Complaint and the Application, and these stipulations were subsequently so ordered by the Court;

WHEREAS, the Joint Liquidators filed an Opposition to the Application on February 18, 2014;

WHEREAS, the parties have agreed to further extend the time by which the Trustee may submit any reply brief in Support of the Application;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE TRUSTEE AND THE KINGATE FUNDS:

1. The time by which the Trustee and/or the Securities Investor Protection Corporation may submit any reply briefs in support of the Application is extended from March 25, 2014, through and including <u>March 26, 2014</u>. This extension is without prejudice to the parties agreeing to further extensions.

2. The Joint Liquidators, having previously waived any objections to the sufficiency of service or process on the Kingate Funds' behalf in a stipulation dated November 13, 2012, reserve all other defenses to the Complaint and Application,

- 2 -

including the right to make any motions concerning the Complaint and Application.

3. The Trustee reserves all rights and defenses he may have in this action, and entry into this stipulation shall not impair or otherwise affect any such rights.

Dated: March 25, 2014
New York, New York

BAKER & HOSTETLER LLP

By: /s/ David J. Sheehan
David J. Sheehan
dsheehan@bakerlaw.com
Gonzalo S. Zeballos
gzeballos@bakerlaw.com
Deborah H. Renner
drenner@bakerlaw.com
Geraldine E. Ponto
gponto@bakerlaw.com

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Robert S. Loigman
Robert S. Loigman
robertloigman@quinnemanuel.com
Susheel Kirpalani
susheelkirpalani@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for the Joint Liquidators of Kingate Global Fund, Ltd. and Kingate Euro Fund, Ltd.*

SECURITIES INVESTOR PROTECTION CORPORATION

By:  /s/ Kevin H. Bell

JOSEPHINE WANG
General Counsel
KEVIN H. BELL
Senior Associate General Counsel for Dispute Resolution
LAUREN T. ATTARD
Assistant General Counsel

805 15th Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 371-8300
Email: jwang@sipc.org
Email: kbell@sipc.org
Email: lattard@sipc.org

SO ORDERED this 26th  day of March, 2014

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY COURT JUDGE