UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>MADOFF SECURITIES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David Y. Livshiz, an associate at the law firm of Freshfields Bruckhaus Deringer US LLP, duly admitted to the Bar of the United States District Court, Southern District of New York, hereby appears as counsel for Defendant Tensyr Limited, a defendant in the adversary proceeding captioned *Picard v. Natixis et al.*, Adv. Pro. No. 10-05353 (SMB), and requests that all notices, pleadings, motions, applications and other documents filed and/or served in the case be served on the undersigned. Tensyr Limited reserves all rights, including any defenses or objections to the jurisdiction or venue of this court, and this appearance in no way waives any such rights.

Dated:   New York, New York  
         March 26, 2014

FRESHFIELDS BRUCKHAUS
DERINGER US LLP

By: */s/ David Y. Livshiz*  
David Y. Livshiz, Esq.

601 Lexington Avenue  
31st Floor  
New York, New York 10022  
Telephone: (212) 284-4979  
Facsimile: (646) 521-5779  
david.livshiz@freshfields.com

*Attorneys for Defendant Tensyr Limited*