**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessie A. Kuhn
Peter B. Shapiro

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>          v.<br><br>HALINA BITENSKY,<br><br>                              Defendant. | Adv. Pro. No. 10-05442 (SMB) |

**CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: February 5, 2013.

2. Fact Discovery shall be completed by: May 5, 2014.

3. The Deadline for Service of Substantive Interrogatories was: June 5, 2013.

4. The Disclosure of Case-in-Chief Experts shall be due: July 7, 2014.

5. The Disclosure of Rebuttal Experts shall be due: August 4, 2014.

6. The Deadline for Completion of Expert Discovery shall be: November 3, 2014.

7. The Deadline for Service of a Notice of Mediation Referral shall be: January 2, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: January 16, 2015.

[*The Remainder of this Page is Intentionally Left Blank*]

9. The Deadline for Conclusion of Mediation shall be: May 15, 2015.

| | |
|---|---|
| Dated: New York, New York<br>March 26, 2014 | BAKER & HOSTETLER LLP<br><br>By: s/ *Marc E. Hirschfield*<br>David J. Sheehan<br>Marc E. Hirschfield<br>Oren J. Warshavsky<br>Jessie A. Kuhn<br>Peter B. Shapiro<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |

300315766.1