**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MINNETONKA MOCCASIN CO., INC. PROFIT SHARING TRUST; DAVID MILLER, in his capacity as Trustee of the Minnetonka Moccasin Co. Inc. Profit Sharing Trust; and MARSHALL MILLER, in his capacity as Trustee of the Minnetonka Moccasin Co. Inc. Profit Sharing Trust,<br><br>        Defendants. | Adv. Pro. No. 10-05126 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures have been exchanged.

2. The Deadline for Service of Substantive Interrogatories has passed.

3. Fact Discovery shall be completed by: September 4, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due: November 12, 2014.

5. The Disclosure of Rebuttal Experts shall be due: December 12, 2014.

6. The Deadline for Completion of Expert Discovery shall be: March 12, 2015.

7. The Deadline to file a Notice of Mediation Referral shall be: May 13, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: May 27, 2015.

9. The Deadline for Conclusion of Mediation shall be: September 24, 2015.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

| | |
|---|---|
| Dated: New York, New York<br>March 26, 2014<br><br>Of Counsel:<br><br>**BAKER & HOSTETLER LLP**<br>811 Main, Suite 1100<br>Houston, Texas 77002<br>Telephone: (713)751-1600<br>Facsimile: (713)751-1717<br>Dean D. Hunt<br>Farrell A. Hochmuth | **BAKER & HOSTETLER LLP**<br><br>By: */s/ Nicholas J. Cremona*<br>David J. Sheehan<br>Marc E. Hirschfield<br>Nicholas J. Cremona<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |

300315447.1                                       3