**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>MINNETONKA MOCCASIN COMPANY, INC. PENSION PLAN; DAVID MILLER, in his capacity as Trustee of the Minnetonka Moccasin Company, Inc. Pension Plan; and MARSHALL MILLER, in his capacity as Trustee of the Minnetonka Moccasin Company, Inc. Pension Plan,<br><br>             Defendants. | Adv. Pro. No. 10-05141 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures have been exchanged.

2.      The Deadline for Service of Substantive Interrogatories has passed.

3.      Fact Discovery shall be completed by: September 4, 2014.

4.      The Disclosure of Case-in-Chief Experts shall be due: November 17, 2014.

5.      The Disclosure of Rebuttal Experts shall be due: December 17, 2014.

6.      The Deadline for Completion of Expert Discovery shall be: March 17, 2015.

7.      The Deadline to file a Notice of Mediation Referral shall be: May 18, 2015.

8.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: June 1, 2015.

9.      The Deadline for Conclusion of Mediation shall be: September 29, 2015.

### [THIS PORTION IS INTENTIONALLY LEFT BLANK]

Dated: New York, New York
March 26, 2014

Of Counsel:

**BAKER & HOSTETLER LLP**

811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713)751-1600
Facsimile: (713)751-1717
Dean D. Hunt
Farrell A. Hochmuth

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*