**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Geraldine E. Ponto
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, and Alan Nisselson, the Chapter 7 Trustee for Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and ALAN NISSELSON, Chapter 7 Trustee for the Estate of Bernard L. Madoff, <br><br> Plaintiffs, <br> v. <br><br> STEPHANIE S. MACK, individually, and as Natural Guardian of A. V. M. M.; ANDREW H. MADOFF, as Executor of the Estate of Mark D. Madoff and as Trustee of Daniel G. Madoff Trust U/A 10/1/92, TR | Adv. Pro. No. 10-05328 (SMB) |

| |
|---|
| FBO K. D. M. U/A 03/08/95, and A. V. M. Trust U/A 01/10/07; ROBERT W. MIKESELL, as Trustee of A. V. M. Trust U/A 01/10/07; ESTATE OF MARK D. MADOFF; SUSAN ELKIN, as Natural Guardian of K. D. M.; DANIEL G. MADOFF; K. D. M.; and A. V. M. M., <br><br>                    Defendants. |

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANTS
SUSAN ELKIN, DANIEL G. MADOFF AND K.D.M. WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, and defendants Stephanie S. Mack, individually, and as Natural Guardian of A. V. M. M.; Andrew H. Madoff, as Executor of the Estate of Mark D. Madoff and as Trustee of Daniel G. Madoff Trust U/A 10/1/92, TR FBO K. D. M. U/A 03/08/95, and A. V. M. Trust U/A 01/10/07; Robert W. Mikesell, as Trustee of A. V. M. Trust U/A 01/10/07; Estate of Mark D. Madoff; Susan Elkin, as Natural Guardian of K. D. M.; Daniel G. Madoff; K. D. M.; and A. V. M. M. (together the "Defendants," and collectively with the Trustee, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the following:

1.    On February 7, 2012, the Trustee filed and served the Amended Complaint against the Defendants in the above-captioned proceeding (the "Adversary Proceeding"). On March 23, 2012, Daniel G. Madoff, Susan Elkin as guardian of K.D.M., K.D.M. and Andrew H. Madoff filed answers to the Amended Complaint.

2.    In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(A)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with

2

prejudice of the Trustee's claims in the Adversary Proceeding against Daniel G. Madoff, Susan Elkin as guardian of K.D.M., K.D.M, and Andrew H. Madoff in his capacity as Trustee of Daniel G. Madoff Trust U/A 10/1/92 and TR FBO K. D. M. U/A 03/08/95.  Nothing herein shall affect the Trustee's claims in the Adversary Proceeding against any defendant other than Daniel G. Madoff, Susan Elkin as guardian of K.D.M., K.D.M., and Andrew H. Madoff in his capacity as Trustee of Daniel G. Madoff Trust U/A 10/1/92 and TR FBO K. D. M. U/A 03/08/95, and the Trustee hereby preserves all his rights and claims against any defendant other than Daniel G. Madoff, Susan Elkin as guardian of K.D.M., K.D.M, and Andrew H. Madoff in his capacity as Trustee of Daniel G. Madoff Trust U/A 10/1/92 and TR FBO K. D. M. U/A 03/08/95.  Upon the dismissal of Daniel G. Madoff, Susan Elkin as guardian of K.D.M., K.D.M., and Andrew H. Madoff in his capacity as Trustee of Daniel G. Madoff Trust U/A 10/1/92 and TR FBO K. D. M. U/A 03/08/95, the caption of the Adversary Proceeding is hereby amended to delete Daniel G. Madoff, Susan Elkin as guardian of K.D.M., K.D.M., and Andrew H. Madoff in his capacity as Trustee of Daniel G. Madoff Trust U/A 10/1/92 and TR FBO K. D. M. U/A 03/08/95 from the caption.  The amended caption of the Adversary Proceeding shall appear as indicated in Exhibit A hereto.

3.     The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

*[Signature Pages Follow]*

Dated: March 26, 2014

| | |
|---|---|
| BAKER & HOSTETLER LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By: */s/ David J. Sheehan* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: 212.589.4200 <br> Facsimile: 212.589.4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Lauren Resnick <br> Email: lresnick@bakerlaw.com <br> Marc E. Hirschfield <br> Email: mhirschfield@bakerlaw.com | By: */s/ Andrew Ehrlich* <br> 1285 Avenue of the Americas <br> New York, New York 10019-6064 <br> Telephone: 212.373-3191 <br> Facsimile: 212.492-0191 <br> Martin Flumenbaum <br> Email: mflumenbaum@paulweiss.com <br> Andrew Ehrlich <br> Email: aehrlich@paulweiss.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Defendant Andrew H. Madoff and the Estate of Mark D. Madoff* |
| | DAY PITNEY LLP <br> By: */s/ Thomas D. Goldberg* <br> One Canterbury Green <br> 201 Broad Street <br> Stamford, CT 06901 <br> Telephone: 203.977.7383 <br> Facsimile: 203.399.5882 <br> Thomas D. Goldberg <br> Email: tgoldberg@daypitney.com |
| | *Attorneys for Susan Elkin, Daniel G. Madoff and K.D.M.* |

COOLEY LLP

By: <u>*/s/ Laura Grossfield Birger*</u>
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212.479.6000
Facsimile: 212.479.6275
Alan Levine
Email: alevine@cooley.com
Laura Grossfield Birger
Email: lbirger@cooley.com

*Attorneys for Defendant Stephanie S. Mack*