**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE LEEDS PARTNERSHIP, MARGARET AND RICHARD LIPMANSON FOUNDATION, KALEIDOSCOPE FOUNDATION, GERARD LEEDS, as general partner of The Leeds Partnership, LISELOTTE A/K/A LILO LEEDS, as general partner of The Leeds Partnership, RICHARD LEEDS, as general partner of The Leeds Partnership, MICHAEL | Adv. Pro. No. 10-05444 (SMB) |

LEEDS, as general partner of The Leeds Partnership,
DANIEL LEEDS, as general partner of The Leeds
Partnership, GREGORY JOBIN LEEDS, as general
partner of The Leeds Partnership, and JENNIFER
LEEDS, as general partner of The Leeds Partnership,

Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case

Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above

captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the

following deadlines are hereby made applicable to this adversary proceeding:

1.    The Initial Disclosures shall be due: May 15, 2014.

2.    Fact Discovery shall be completed by: January 15, 2015.

3.    The Deadline for Service of Substantive Interrogatories shall be: October 17, 2014.

4.    The Disclosure of Case-in-Chief Experts shall be due: June 29, 2015.

5.    The Disclosure of Rebuttal Experts shall be due: July 29, 2015.

6.    The Deadline for Completion of Expert Discovery shall be: October 27, 2015.

7.    The Deadline for Service of a Notice of Mediation Referral shall be:  On or before
      December 28, 2015.

8.    The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be:  On
      or before January 11, 2016.

9.    The Deadline for Conclusion of Mediation shall be:  On or before May 10, 2016.

Dated: New York, New York
      March 26, 2014

BAKER & HOSTETLER LLP

By: _/s/ Peter B. Shapiro_
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Oren J. Warshavsky
Peter B. Shapiro
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and for the Estate of Bernard*
*L. Madoff*