**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04863 (SMB) |
| v. | |
| NINTH STREET PARTNERS, LTD. f/k/a HELLER BROS. PARTNERSHIP, LTD., a Florida limited partnership, and SHL, INC., a Florida corporation, | |
| Defendants. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )

                                  ) ss.:

COUNTY OF NEW YORK   )

I, **Anne C. Suffern**, being duly sworn, depose and say:  I am more than eighteen years old and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On March 19, 2014, I served the Case Management Notice by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

                                         */s/ Anne C. Suffern*
                                         Anne Suffern

Sworn to before me this
28th day of March, 2014
*/s/Sonya M. Graham*
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

2

## SCHEDULE A

Elise Scherr Frejka
Kramer Levin Naftalis & Frankel LLP
Email: efrejka@kramerlevin.com
Attorney for: Ninth Street Partners Ltd f/k/a Heller Bros. Partnership Ltd., a Florida Limited
Partnership and SHL Inc., a Florida Corporation

Philip Bentley
Kramer Levin Naftalis & Frankel LLP
Email: pbentley@kramerlevin.com
Attorney for: Ninth Street Partners Ltd f/k/a Heller Bros. Partnership Ltd., a Florida Limited
Partnership and SHL Inc., a Florida Corporation

Jason S. Rappaport
Kramer Levin Naftalis & Frankel LLP
Email: jrappaport@kramerlevin.com
Attorney for: Ninth Street Partners Ltd f/k/a Heller Bros. Partnership Ltd., a Florida Limited
Partnership and SHL Inc., a Florida Corporation