**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>KATZ GROUP LIMITED PARTNERSHIP, a Wyoming limited partnership, KFI, INC., a Wyoming corporation, ARON B. KATZ CHARITABLE REMAINDER UNITRUST, MARTIN J. KATZ CHARITABLE REMAINDER UNITRUST, MARGARET E. CANN CHARITABLE REMAINDER UNITRUST, ARON B. KATZ 1995 IRREVOCABLE TRUST, | Adv. Pro. No. 10-04419 (SMB) |

| |
|---|
| MARTIN J. KATZ, as trustee and as an individual, MARGARET KATZ CANN, as trustee and as an individual, and ARON B. KATZ, as trustee and as an individual,<br>                    Defendants. |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                        ) ss.:
COUNTY OF NEW YORK   )

I, **Anne C. Suffern**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On March 18, 2014, I served the Case Management Notice by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

                                        */s/ Anne C. Suffern*
                                        Anne Suffern

Sworn to before me this
28th day of March, 2014
*/s/Sonya M. Graham*
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

2

## SCHEDULE A

Lauren Hannon
Becker Meisel LLC
Email: lhannon@beckermeisel.com
Attorney for: KATZ GROUP LIMITED PARTNERSHIP, A WYOMING LIMITED PARTNERSHIP, KFI INC., A WYOMING CORPORATION, Aron B. Katz Charitable Remainder Unitrust, Martin J. Katz Charitable Remainder Unitrust, Margaret E. Cann Charitable Remainder Unitrust, Aron B. Katz 1995 Irrevocable Trust, Martin J. Katz, as trustee, and as an individual, Margaret Katz Cann, as trustee, and as an individual and Aron B. Katz, as trustee, and as an individual

Stacey L. Meisel
Becker Meisel LLC
Email: slmeisel@beckermeisel.com
Attorney for: KATZ GROUP LIMITED PARTNERSHIP, A WYOMING LIMITED PARTNERSHIP, KFI INC., A WYOMING CORPORATION, Aron B. Katz Charitable Remainder Unitrust, Martin J. Katz Charitable Remainder Unitrust, Margaret E. Cann Charitable Remainder Unitrust, Aron B. Katz 1995 Irrevocable Trust, Martin J. Katz, as trustee, and as an individual, Margaret Katz Cann, as trustee, and as an individual and Aron B. Katz, as trustee, and as an individual

Michael Holzapfel
Becker Meisel LLC
Email: meholzapfel@beckermeisel.com
Attorney for: KATZ GROUP LIMITED PARTNERSHIP, A WYOMING LIMITED PARTNERSHIP, KFI INC., A WYOMING CORPORATION, Aron B. Katz Charitable Remainder Unitrust, Martin J. Katz Charitable Remainder Unitrust, Margaret E. Cann Charitable Remainder Unitrust, Aron B. Katz 1995 Irrevocable Trust, Martin J. Katz, as trustee, and as an individual, Margaret Katz Cann, as trustee, and as an individual and Aron B. Katz, as trustee, and as an individual