**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>WILLARD N. WEISBERG TRUST UAD 3/25/98 ; and WILLARD N. WEISBERG, individually and in his capacity as Settlor and Trustee of the Willard N. Weisberg Trust UAD 3/25/98,<br>            Defendants. | Adv. Pro. No. 10-04771 (SMB) |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

I, **Anne C. Suffern**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On March 18, 2014, I served the Notice of Mediator Selection by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

                                        */s/ Anne C. Suffern*
                                        Anne Suffern

Sworn to before me this
28th day of March, 2014
*/s/Sonya M. Graham*
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

**SCHEDULE A**

Brian E. Weisberg
Siegel Brill P.A.
Email: brianweisberg@siegelbrill.com
Attorney for: Willard N. Weisberg Trust UAD 3/25/98 and Willard N. Weisberg

Mark Thieroff
Siegel Brill P.A.
Email: markthieroff@siegelbrill.com
Attorney for: Willard N. Weisberg Trust UAD 3/25/98 and Willard N. Weisberg