**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessica Schichnes
Dominic Gentile

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,　　　　　　　Plaintiff-Applicant,　　　v.　BERNARD L. MADOFF INVESTMENT SECURITIES LLC,　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)　SIPA LIQUIDATION　(Substantively Consolidated) |
| In re:　BERNARD L. MADOFF,　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,　Plaintiff,　v.　JOEL BUSEL REVOCABLE TRUST,　SANDRA BUSEL REVOCABLE TRUST,　JOEL BUSEL, in his capacity as Trustee of the Joel, Busel Revocable Trust and the Sandra Busel | Adv. Pro. No. 10-04423 (SMB) |

> Revocable Trust, and in his capacity as grantor of the Sandra Busel Revocable Trust, and
> SANDRA BUSEL, in her capacity as Trustee of the Sandra Busel Revocable Trust and the Joel Busel Revocable Trust, and in her capacity as grantor of the Sandra Busel Revocable Trust,
> 
> Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

I, **Anne C. Suffern**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On March 28, 2014, I served the Notice of Mediation Referral by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

*/s/ Anne C. Suffern*
Anne Suffern

Sworn to before me this
28th day of March, 2014
*/s/Sonya M. Graham*
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

2

**SCHEDULE A**

Michael I. Goldberg
Akerman Senterfitt
Email: michael.goldberg@akerman.com
Attorney for: Sandra Busel, in her capacity as Trustee of the Sandra Busel Revocable Trust and Joel Busel Revocable Trust, and in her capacity as grantor of the Sandra Busel Revocable Trust, Joel Busel, in his capacity as Trustee of the Joel Busel Revocable Trust and the Sandra Busel Revocable Trust, and in his capacity as grantor of the Joel Busel Revocable Trust, Joel Busel Revocable Trust, Sandra Busel Revocable Trust, Joel Busel Revocable Trust and Sandra Busel Revocable Trust

Elissa P. Fudim
Akerman Senterfitt
Email: elissa.fudim@akerman.com
Attorney for: Sandra Busel, in her capacity as Trustee of the Sandra Busel Revocable Trust and Joel Busel Revocable Trust, and in her capacity as grantor of the Sandra Busel Revocable Trust, Joel Busel, in his capacity as Trustee of the Joel Busel Revocable Trust and the Sandra Busel Revocable Trust, and in his capacity as grantor of the Joel Busel Revocable Trust, Joel Busel Revocable Trust, Sandra Busel Revocable Trust, Joel Busel Revocable Trust and Sandra Busel Revocable Trust

Susan F. Balaschak
Akerman Senterfitt
Email: susan.balaschak@akerman.com
Attorney for: Sandra Busel, in her capacity as Trustee of the Sandra Busel Revocable Trust and Joel Busel Revocable Trust, and in her capacity as grantor of the Sandra Busel Revocable Trust, Joel Busel, in his capacity as Trustee of the Joel Busel Revocable Trust and the Sandra Busel Revocable Trust, and in his capacity as grantor of the Joel Busel Revocable Trust, Joel Busel Revocable Trust, Sandra Busel Revocable Trust, Joel Busel Revocable Trust and Sandra Busel Revocable Trust

Kathlyn Schwartz
Akerman Senterfitt
Email: kathlyn.schwartz@akerman.com
Attorney for: Sandra Busel, in her capacity as Trustee of the Sandra Busel Revocable Trust and Joel Busel Revocable Trust, and in her capacity as grantor of the Sandra Busel Revocable Trust, Joel Busel, in his capacity as Trustee of the Joel Busel Revocable Trust and the Sandra Busel Revocable Trust, and in his capacity as grantor of the Joel Busel Revocable Trust, Joel Busel Revocable Trust, Sandra Busel Revocable Trust, Joel Busel Revocable Trust and Sandra Busel Revocable Trust