**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-04746 (SMB) |
| HARMON FAMILY LIMITED PARTNERSHIP; FAMILY TRUST UNDER ARTICLE VII of the HAROLD HARMON REVOCABLE TRUST; FLORENCE HARMON REVOCABLE TRUST; JUDITH BREZNIAK; MARK HARMON, in his capacity as Conservator of Marjorie Harmon, | |
| Defendants. | |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                              ) ss.:
COUNTY OF NEW YORK   )

I, **Anne C. Suffern**, being duly sworn, depose and say:  I am more than eighteen years old and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On March 14, 2014, I served the Case Management Notice by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

*/s/ Anne C. Suffern*
Anne Suffern

Sworn to before me this
27th day of March, 2014

*/s/Sonya M. Graham*
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

# SCHEDULE A

Martin B. Shulkin
Duane Morris LLP
Email: MBShulkin@duanemorris.com
Attorney for: Harmon Family Limited Partnership, Florence Harmon Revocable Trust, Judith Brezniak, Mark Harmon, in his capacity as Conservator of Marjorie Harmon and Family Trust Under Article VIII of the Harold Harmon Revocable Trust

Jeffrey D. Sternklar
Duane Morris LLP
Email: jdsternklar@duanemorris.com
Attorney for: Harmon Family Limited Partnership, Florence Harmon Revocable Trust, Judith Brezniak, Mark Harmon, in his capacity as Conservator of Marjorie Harmon and Family Trust Under Article VIII of the Harold Harmon Revocable Trust

Patricia Heer Piskorski
Duane Morris LLP
Email: phheer@duanemorris.com
Attorney for: Harmon Family Limited Partnership, Florence Harmon Revocable Trust, Judith Brezniak, Mark Harmon, in his capacity as Conservator of Marjorie Harmon and Family Trust Under Article VIII of the Harold Harmon Revocable Trust