# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC<br><br>        Plaintiff,<br><br>   v.<br><br>PERGAMENT EQUITIES, LLC, ROBERT PERGAMENT, LOIS PERGAMENT, COREY PLATZNER, LINDA PLATZNER, and THE PLATZNER ORGANIZATION, LLC,<br><br>        Defendants. | Adv. Pro. No. 10-04944 (SMB) |