**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  L. RAGS, INC.,  Defendant. | Adv. Pro. No. 10-04936 (SMB) |

## NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on November 12, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, the Trustee and Defendant may jointly agree to enter mediation prior to or upon completion of discovery without further court order. Avoidance Procedures, ¶ 5A.

Through this Notice of Mediation Referral, the Trustee and Defendant L. Rags, Inc. (the "Parties") hereby mutually agree to enter mediation.

Pursuant to the Avoidance Procedures, the Parties agree that within 14 calendar days after the filing of this Notice of Mediation Referral, the Parties shall choose a mediator in accordance with the Mediation Order. If the Parties are unable to agree on a mediator, the Court shall appoint one in accordance with the Mediation Order.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

300316445.2

Dated: New York, New York

    March 31, 2013

| | |
|---|---|
| */s/ Nicholas J. Cremona* | */s/ Michael I. Goldberg* |
| Baker & Hostetler LLP | Akerman LLP |
| 45 Rockefeller Plaza | 666 Fifth Avenue, 20th Floor |
| New York, NY 10111 | New York, NY 10103 |
| Telephone: (212) 589-4200 | Phone: (212) 880-3800 |
| Facsimile: (212) 589-4201 | Fax: (212) 880-8965 |
| David J. Sheehan | Susan Balaschak |
| E-mail: dsheehand@bakerlaw.com | Email: susan.balaschak@akerman.com |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | Las Olas Centre II, Suite 1600 |
| Christa C. Turner | 350 East Las Olas Boulevard |
| Email: cturner@bakerlaw.com | Fort Lauderdale, FL 33301-2229 |
| Parker G. Jordan | Telephone: (954) 463-2700 |
| Email: pjordan@bakerlaw.com | Facsimile: (954) 463-2224 |
| | Michael I. Goldberg |
| *Attorneys for Irving H. Picard,* | Email: michael.goldberg@akerman.com |
| *Trustee for the Substantively Consolidated* | |
| *SIPA Liquidation of Bernard L. Madoff* | *Attorneys for Defendant L. Rags, Inc.* |
| *Investment Securities LLC and the Estate of* | |
| *Bernard L. Madoff* | |