**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 10-04468 (SMB) |
| Plaintiff, | |
| v. | |
| KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; WENDY BROWN; and RBC CENTURA BANK, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Baker & Hostetler LLP hereby withdraws its appearance as counsel for Irving H. Picard, Esq., Trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC (the "Trustee"), in the adversary proceeding before the United States Bankruptcy Court for the Southern District of New York captioned Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Ken-Wen Family Limited Partnership, et al., Adv. Pro. No. 10-04468 (SMB) (the "Adversary Proceeding"), and that the law firm of Young Conaway Stargatt & Taylor, LLP hereby enters its appearance as special conflicts counsel for the Trustee in the Adversary Proceeding.

Dated: April 1, 2014
       New York, New York

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| _/s/ Nicholas J. Cremona_ | _/s/ Matthew Lunn_ |
| David J. Sheehan | Matthew B. Lunn |
| Nicholas J. Cremona | Justin P. Duda |
| 45 Rockefeller Plaza | Rockefeller Center |
| New York, New York 10111 | 1270 Avenue of the Americas |
| Telephone (212) 589-4200 | Suite 2210 |
| Facsimile (212) 589-4201 | New York, NY 10020 |
| -and- | Telephone: (212) 332-8840 |
| Thomas L. Long | Facsimile: (212) 332-8855 |
| 65 East State Street, Suite 2100 | *Counsel for the Trustee* |
| Columbus, Ohio 43215 | |
| Telephone: (614) 228-1541 | |
| Facsimile: (614) 462-2616 | |
| *Withdrawing Counsel for the Trustee* | |