**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br>v.<br><br>IRVING J. PINTO 1996 GRANTOR RETAINED ANNUITY TRUST; IRVING J. PINTO 1994 GRANTOR RETAINED ANNUITY TRUST; SIDNEY KAPLAN, in his/her capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust and the Irving J. Pinto 1994 Grantor Retained Annuity Trust; ESTATE OF IRVING J.PINTO; and JAMIE PINTO, in his capacity as Personal Representative of the Estate of Irving J.Pinto,<br><br>       Defendants. | Adv. Pro. No. 10-04744 (SMB) |

**NOTICE OF FILING OF MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

    Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, I Robert M. McClay, have filed via CM/ECF

on March 31, 2014 (CM/ECF document number 32), a request for admission, *pro hac vice*, before the Honorable Judge Stuart M. Bernstein, to represent:

> IRVING J. PINTO 1996 GRANTOR RETAINED ANNUITY TRUST; IRVING J. PINTO 1994 GRANTOR RETAINED ANNUITY TRUST; SIDNEY KAPLAN, in his/her capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust and the Irving J. Pinto 1994 Grantor Retained Annuity Trust; ESTATE OF IRVING J.PINTO; and JAMIE PINTO, in his capacity as Personal Representative of the Estate of Irving J.Pinto,

Defendants in the above-referenced case adversary proceeding (case captions above reflect the substitution of Irving J. Pinto (now deceased) with the Estate of Irving J. Pinto and Jamie Pinto in his capacity as personal representative per So Ordered Stipulation Signed On 3/31/2014 Re: Substitution Of Defendant by the Honorable Judge Bernstein CM/ECF document number 6077).

    I am in good standing of the bar of the State of Minnesota and there are no pending disciplinary proceedings against me in any state or federal court.

    I have submitted the filing fee of $200.00.

Dated: April 1, 2014　　　　　　　　　Respectfully submitted,

                                              /s/ Robert M. McClay
                                          Robert M. McClay #69620
                                          McClay•Alton, P.L.L.P.
                                          951 Grand Avenue
                                          St. Paul, Minnesota 55105
                                          Telephone: 651-290-0301
                                          Fax: 651-290-2502
                                          Email: law@mcclay-alton.com