**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br>v.<br><br>IRVING J. PINTO 1996 GRANTOR RETAINED ANNUITY TRUST; IRVING J. PINTO 1994 GRANTOR RETAINED ANNUITY TRUST; IRVING J. PINTO, individually and in his capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust; and SIDNEY KAPLAN, in his/her capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust and the Irving J. Pinto 1994 Grantor Retained Annuity Trust,<br><br>       Defendants. | Adv. Pro. No. 10-04744 (SMB) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

       The motion of Robert M. McClay, for admission to practice ***pro hac vice*** in the above captioned actions is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Minnesota; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Robert M. McClay |
| Firm Name: | McClay•Alton, P.L.L.P. |
| Address: | 951 Grand Avenue |
| | St. Paul, Minnesota 55105 |
| Telephone: | 651-290-0301 |
| Fax: | 651-290-2502 |
| Email: | law@mcclay-alton.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for:

IRVING J. PINTO 1996 GRANTOR RETAINED ANNUITY TRUST; IRVING J. PINTO 1994 GRANTOR RETAINED ANNUITY TRUST; IRVING J. PINTO, individually and in his capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust; and SIDNEY KAPLAN, in his/her capacity as Trustee of the Irving J. Pinto 1996 Grantor Retained Annuity Trust and the Irving J. Pinto 1994 Grantor Retained Annuity Trust,

Defendants in the above-referenced case adversary proceeding.

**IT IS HEREBY ORDERED**, that Applicant is admitted to *practice pro hac vice* in the above-referenced case adversary proceeding in the United States Bankruptcy Court for the Southern District of New York provided that the filing fee has been paid. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 1st, 2014  /s/ STUART M. BERNSTEIN
New York, New York   HONORABLE STUART M. BERNSTEIN
     UNITED STATES BANKRUPTCY JUDGE