**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Heather J. McDonald
Kimberly M. Maynard

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>PULVER FAMILY FOUNDATION, INC.,<br><br>        Defendant. | Adv. Pro. No. 10-05052 (SMB) |

## SEVENTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above-captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following amended deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due:  May 29, 2012.

2. Fact Discovery shall be completed by:  July 10, 2014.

3. The Deadline for Service of Substantive Interrogatories shall be:  October 15, 2012.

4. The Disclosure of Case-in-Chief Experts shall be due:  September 11, 2014.

5. The Disclosure of Rebuttal Experts shall be due:  October 16, 2014.

6. The Deadline for Completion of Expert Discovery shall be:  January 19, 2015.

7. The Deadline to file a Notice of Mediation Referral shall be: March 12, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: March 26, 2015.

9. The Deadline for Conclusion of Mediation shall be: July 23, 2015.

Dated: New York, New York
      April 1, 2014

BAKER & HOSTETLER LLP

By: /s/ *Heather J. McDonald*
    David J. Sheehan
    Marc E. Hirschfield
    Nicholas J. Cremona
    Heather J. McDonald
    Kimberly M. Maynard
    45 Rockefeller Plaza
    New York, NY 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*