**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessie A. Kuhn
Michelle L. Young

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>MERCEDES P. REA, individually and in her | Adv. Pro. No. 10-05393 (SMB) |

>   capacity as a joint tenant,
>
>                    Defendant.

# NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard, as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-lll ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually, in this *Adversary* Proceeding on December 9, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, the Trustee and Defendant may jointly agree to enter mediation prior to or upon completion of discovery without further court order. Avoidance Procedures, ¶ 5A.

Through this Notice of Mediation Referral, the Trustee and Defendant (the "Parties") hereby mutually agree to enter mediation.

The Parties agree that within 30 calendar days after the filing of this Notice of Mediation Referral, the Parties shall choose a mediator in accordance with the Mediation Order. If the

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

2

Parties are unable to agree on a mediator, the Court shall appoint one in accordance with the Mediation Order.

Dated: New York, New York

April 1, 2014

| **LAW OFFICE OF RICHARD E. SIGNORELLI** | **BAKER & HOSTETLER LLP** |
|---|---|
| By: */s/ Richard E. Signorelli* <br> 799 Broadway, Suite 539 <br> New York, NY 10003 <br> Telephone: 212.254.4218 <br> Facsimile: 212.254.1396 <br> Richard E. Signorelli <br> Email: rsignorelli@aol.com and rsignorelli@nyclitigator.com <br> Bryan Ha <br> Email: bhanyc@gmail.com <br><br> *Attorneys for Defendant Mercedes P. Rea* | By: */s/ Marc E. Hirschfield* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: 212.589.4200 <br> Facsimile: 212.589.4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Marc E. Hirschfield <br> Email: mhirschfield@bakerlaw.com <br> Oren J. Warshavsky <br> Email: owarshavsky@bakerlaw.com <br> Jessie A. Kuhn <br> Email: jkuhn@bakerlaw.com <br> Michelle L. Young <br> Email: myoung@bakerlaw.com <br><br> *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |