**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>            Plaintiff, <br><br>      v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>            Defendant. | Bankruptcy Case No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>            Plaintiff, <br><br>      v. <br><br> SUSANNE STONE MARSHALL; ADELE FOX; MARSHA PESHKIN; RUSSELL OASIS; A & G GOLDMAN PARTNERSHIP; and PAMELA GOLDMAN, <br><br>            Defendants. | Adv. Pro. No. 14-01840 (SMB) |

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND**
**TO COMPLAINT AND ADJOURNING PRE-TRIAL CONFERENCE**

Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, by and through his counsel, and certain of the defendants, Susanne Stone Marshall, Adele Fox, Marsha Peshkin and Russell Oasis (collectively, the "Marshall Defendants"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, on March 11, 2014, the Trustee commenced the above-captioned action by filing with this Court (the "Bankruptcy Court") a Complaint (the "Complaint") and Application for Enforcement of Permanent Injunction and Automatic Stay (the "Application"); and

WHEREAS, on March 11, 2014, the Trustee filed a Notice of Application (the "Notice") providing notice that the deadline to respond to the Application was April 18, 2014 and that a hearing on the Application (the "Hearing") is scheduled to take place on May 7, 2014, at 10:00 a.m. before the Bankruptcy Court; and

WHEREAS, on March 14, 2014, a summons was issued scheduling a pre-trial conference in the matter for April 29, 2014 at 10:00 a.m., and directing the captioned defendants, including the Marshall Defendants, to respond to the Complaint by April 14, 2014;

WHEREAS, the Marshall Defendants requested an extension of the time by which they may respond to the Complaint; and

WHEREAS, the Trustee has agreed to extend the Marshall Defendants' time to respond to the Complaint;

WHEREAS, the deadline for the Marshall Defendants to respond to the Application remains April 18, 2014 and the Hearing remains scheduled for May 7, 2014 at 10:00 a.m.:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND

BETWEEN THE TRUSTEE AND THE MARSHALL DEFENDANTS:

1.      The time by which the Marshall Defendants may respond to the Complaint is

extended from April 14, 2014 through and including May 15, 2014.

2.      The pre-trial conference previously scheduled for April 29, 2014 has been

adjourned to May 28, 2014 at 10:00 a.m.

3.      The extension shall not affect, delay or prejudice the Trustee's Application or

prevent the Bankruptcy Court from substantively ruling on the Application at or

in connection with the Hearing.  This extension is without prejudice to the parties

agreeing to further extensions as to the Complaint.

4.      The deadline for the Marshall Defendants to respond to the Application remains

April 18, 2014, and the Hearing remains scheduled for May 7, 2014 at 10:00 a.m.

5.      Other then as set forth above, the parties hereto reserve all rights and defenses

they may have in this action, and entry into this stipulation shall not impair or

otherwise affect any such rights.


- Remainder of page blank -

M:\BK Filings - Tkinne\April 2014\1401840 Stipulation to Extend Response Deadline.docx

Dated:    April 2, 2014                          BAKER & HOSTETLER LLP
          New York, New York


                                                By: */s/ Keith R. Murphy*
                                                David J. Sheehan
                                                dsheehan@bakerlaw.com
                                                Deborah H. Renner
                                                drenner@bakerlaw.com
                                                Tracy L. Cole
                                                tcole@bakerlaw.com
                                                Keith R. Murphy
                                                kmurphy@bakerlaw.com

                                                45 Rockefeller Plaza
                                                New York, New York 10111
                                                Telephone: (212) 589-4200
                                                Facsimile: (212) 589-4201

                                                *Attorneys for Irving H. Picard, Trustee for
                                                the Substantively Consolidated SIPA Liquidation
                                                of Bernard L. Madoff Investment Securities LLC
                                                and the Estate of Bernard L. Madoff*

                                                BECKER & POLIAKOFF P.A.


                                                By: */s/ Julie Gorchkova*
                                                Helen D. Chaitman
                                                hchaitman@bplegal.com
                                                Peter Smith
                                                psmith@becker-poliakoff.com
                                                Julie Gorchkova
                                                jgorchkova@becker-poliakoff.com

                                                45 Broadway
                                                8th Floor
                                                New York, New York 10006
                                                Telephone: (212) 599-3322
                                                Facsimile: (212) 557-0295

                                                *Attorneys for the Marshall Defendants*


SO ORDERED this 3rd day of April, 2014

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY COURT JUDGE

M:\BK Filings - Tkinne\April 2014\1401840 Stipulation to Extend Response Deadline.docx