**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Tracy Cole
David McMillan
Ganesh Krishna

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br><br>      v.<br><br>MAGNIFY INC., et al.,<br><br>          Defendants. | Adv. Pro. No. 10-05279 (SMB) |

## STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON
## BANK HAPOALIM B.M.'S MOTION FOR A PROTECTIVE ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1. The deadline to file any objections or other papers responding to Bank Hapoalim B.M.'s Motion for a Protective Order ("Motion") is hereby extended to April 28, 2014.

2. The deadline to file any reply to any objections to the Motion is May 6, 2014.

3. A hearing on the Motion will take place before the Honorable Stuart M. Bernstein, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on May 13, 2014 at 10:00 a.m.

4. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

Dated:  New York, New York
        April 2, 2014

2

| | |
|---|---|
| BAKER & HOSTETLER LLP | DAVIDOFF HUTCHER & CITRON LLP |
| By: /s/ David McMillan<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  212.589.4200<br>Facsimile:  212.589.4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Tracy Cole<br>Email: tcole@bakerlaw.com<br>David McMillan<br>Email: dmcmillan@bakerlaw.com<br>Ganesh Krishna<br>Email: gkrishna@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By: /s/ Michael Wexelbaum<br>605 Third Avenue<br>New York, New York 10158<br>Telephone: 212.557.7200<br>Facsimile: 212.286.1884<br>Michael Wexelbaum<br>Email: mw@dhclegal.com<br>Larry Hutcher<br>Email: lkh@dhclegal.com<br><br>*Attorneys for Defendants Kurt Brunner, Magnify Inc., Strand International Investments Ltd., Premero Investments Ltd., Yair Green, Express Enterprises Inc. and the Yeshaya Horowitz Association* |
| HERBERT SMITH FREEHILLS NEW YORK LLP<br><br>By: /s/ Scott Balber<br>450 Lexington Ave<br>New York, New York 10017<br>Telephone: 917.542.7600<br>Scott S. Balber<br>Email: scott.balber@hsf.com<br><br>*Attorneys for Bank Hapoalim B.M.* | |

SO ORDERED:

| | |
|---|---|
| Dated: April 3rd, 2014<br>New York, New York | /s/ STUART M. BERNSTEIN_____<br>HONORABLE STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |