**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas Cremona
Heather J. McDonald
Kathryn M. Zunno
M. Elizabeth Howe

*Attorney for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JUDITH PISETZNER,<br><br>　　　　　　Defendant. | Adv. Pro. No. 10-04959 (SMB) |

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the parties must conclude mediation in the above-captioned case is extended up to and including June 2, 2014.

The purpose of this Stipulation is to provide additional time for the parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated: April 3, 2014
New York, New York

| **BAKER & HOSTETLER LLP** | **GREENBERG TAURIG, LLP** |
|---|---|
| By: /s/ *Nicholas Cremona* | By: /s/ *Maria J. DiConza* |
| 45 Rockefeller Plaza | Maria J. DiConza |
| New York, New York 10111 | 200 Park Avenue |
| Telephone: 212.589.4200 | New York, NY 10166 |
| Facsimile: 212.589.4201 | Telephone: (212) 801-9200 |
| David J. Sheehan | Facsimile: (212) 801-6400 |
| Email: dsheehan@bakerlaw.com | Email: diconzam@gtlaw.com |
| Nicholas Cremona | |
| Email: ncremona@bakerlaw.com | *Attorneys for Defendant Judith Pisetzner* |
| Heather J. McDonald | |
| Email: hmcdonald@bakerlaw.com | |
| Kathryn M. Zunno | |
| Email: kzunno@bakerlaw.com | |
| M. Elizabeth Howe | |
| Email: bhowe@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC*

New York, New York

By:  /s/ *Francis G. Conrad*
Francis G. Conrad, Mediator

3