Page 1

1  UNITED STATES BANKRUPTCY COURT
2  SOUTHERN DISTRICT OF NEW YORK
3  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
4  In the Matter of:
5  SECURITIES INVESTOR PROTECTION
6  COMPANY,
7              Plaintiff,
8        v.                    Case No. 08-01789(SMB)
9  BERNARD L. MADOFF INVESTMENT
10 SECURITIES, LLC, ET AL.,
11             Defendants.
12 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
13                U.S. Bankruptcy Court
14                One Bowling Green
15                New York, New York
16
17                March 27, 2014
18                10:00 AM
19
20
21
22 B E F O R E :
23 HON STUART M. BERNSTEIN
24 U.S. BANKRUPTCY JUDGE
25

1  Hearing re:  Trustee's Motion Affirming Application of Net
2  Investment Method to Determination of Customer Transfers
3  Between BLMIS Accounts
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:  Dawn South

```
 1   A P P E A R A N C E S :
 2   BAKER HOSTETLER
 3          Attorney for the Trustee
 4          45 Rockefeller Plaza
 5          New York, NY 10111
 6
 7   BY:  SEANNA R. BROWN, ESQ.
 8
 9   WINDELS MARX LANE & MITTENDORF, LLP
10          Counsel of Record for the Trustee
11          156 West 56th Street
12          New York, NY 10019
13
14   BY:  YANI INDRAJANA HO, ESQ.
15
16
17
18
19
20
21
22
23
24
25
```

1                    P R O C E E D I N G S

2              THE COURT:  Madoff?

3              MS. BROWN:  Good morning, Your Honor, Seanna

4    Brown, Baker Hostetler on behalf of Irving Picard, Trustee.

5              This is the return date of the trustee's motion

6    for a scheduling order on what we have called the inner

7    account transfer issue.  That issue involves a question of

8    whether the trustee correctly applied as a legal matter the

9    net investment method to transfers between BLMIS accounts.

10   The trustee submits that a net investment method was

11   correctly applied to those transfers; however, that issue is

12   for another day.

13             The motion before Your Honor today is for the

14   scheduling of this matter for briefing and a hearing.  There

15   was one objection filed by Ms. Chapman (ph) in which she

16   indicated that she wanted to seek discovery.  Several other

17   law firms also reached out to the trustee on an informal

18   basis with a similar request about the possibility of also

19   taking discovery.

20             The trustee's position is that no discovery is

21   necessary to resolve the motion but that the scheduling

22   order proposed here today would not preclude any party from

23   seeking discovery at the appropriate time nor the trustee's

24   ability to objecting to the discovery when he sees it.

25             In addition both Ms. Chapman and the other law

1   firms also asked to add several weeks to the briefing

2   scheduling to which the trustee consented, and on that basis

3   Ms. Chapman agreed to withdraw her objection.

4              Counsel agreed to a revised schedule, which we

5   submitted to Your Honor yesterday, and the revised proposed

6   scheduling order, which moved the dates out by approximately

7   two weeks.  The trustee's moving papers will be due on

8   March 31st, which is the same date, and the parties would

9   propose, if the Court agrees, to move the opposition briefs

10  from April 30th to May 16, the briefs of the interested

11  parties from May 7th to May 23rd, the trustee's reply from

12  May 14th to June 6, and if the Court is available for a

13  hearing on June 19th the hearing date would move from May 29

14  to June 19th.

15             And so given that we've resolved the objections,

16  both the Chapman objection and the informal conversations we

17  had with the other counsel, we would as the Court to approve

18  the revised proposed scheduling order.

19             THE COURT:  Is there anyone in the court who wants

20  to be heard in connection with the matter?  The record

21  should reflect there's no response.

22             I'll approve the order and I've signed it.  Thank

23  you.

24             MS. BROWN:  Thank you, Your Honor.

25        (Whereupon these proceedings were concluded at 10:03

1 AM)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

# I N D E X

## RULINGS

|  | Page | Line |
|---|---|---|
| Motion for the scheduling of this matter for briefing and a hearing | 5 | 22 |

1          C E R T I F I C A T I O N

2

3    I, Dawn South, certify that the foregoing transcript is a

4    true and accurate record of the proceedings.

5

6    *Dawn South*

Digitally signed by Dawn South
DN: cn=Dawn South, o=Veritext,
ou, email=digital@veritext.com,
c=US
Date: 2014.04.01 13:47:35 -04'00'

7

8    AAERT Certified Electronic Transcriber CET**D-408

9

10   Veritext

11   330 Old Country Road

12   Suite 300

13   Mineola, NY 11501

14   Date:   March 28, 2014

15

16

17

18

19

20

21

22

23

24

25