Richard A. Kirby
Laura K. Clinton
Martha Rodriguez Lopez
K&L GATES LLP
1601 K Street NW
Washington D.C. 20006
(202) 778-9000 (Telephone)
(202) 778-9100 (Facsimile)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (substantively consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-04363 (SMB) |
| SCHIFF FAMILY HOLDINGS NEVADA LIMITED PARTNERSHIP; et al., | |
| Defendants. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : : : |
| Plaintiff, | : |
| v. | : : Adv. Pro. No. 10-04718 (SMB) |
| THE JORDAN H. KART REVOCABLE TRUST; et al. | : : : |
| Defendants. | : |
| ............................................................................ | x |

## CERTIFICATE OF SERVICE

    I, Richard A. Kirby, hereby certify that I electronically filed REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO INTERVENE AND BE HEARD ON THE ISSUE OF THE TRUSTEE'S STANDING TO RECOVER CUSTOMERS PROPERTY on the 4th day of April, 2014, with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to the parties in this action that have elected to receive electronic notification through the CM/ECF system.

Dated: April 4, 2014

                                          Respectfully submitted,

                                          K&L GATES LLP

                                          By:   /s/ Richard A. Kirby
                                                    Richard A. Kirby