Lax & Neville LLP
1450 Broadway, 35th Floor
New York, New York 10018
Telephone: (212) 696 – 1999
Facsimile: (212) 566 – 4531
Barry R. Lax, Esq. (BL1302)
Gabrielle J. Pretto, Esq. (GP1202)

*Attorneys for Defendants*
*William Jay Cohen and William Jay*
*Cohen Revocable Trust dtd 11/14/89*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : : : | SIPA LIQUIDATION |
| Plaintiff-Applicant, | : : | No. 08-01789 (BRL) |
| v. | : : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | : : : | |
| Defendant. | : | |

---------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : : | Adv. Pro. No. 10-04787 (BRL) |
| BERNARD L. MADOFF, | : : | |
| Debtor. | : | |

---------------------------------------------------------------X

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation Of Bernard L. Madoff Investment Securities LLC | : : : |
| Plaintiff, | : : |
| v. | : : |
| WILLIAM JAY COHEN, individually and in his Capacity as Trustee for the William Jay Cohen Revocable Trust dtd 11/14/89, and WILLIAM JAY COHEN REVOCABLE TRUST dtd 11/14/89, | : : : : : |
| Defendants. | : |

---------------------------------------------------------------X

4

**ORDER GRANTING REQUEST TO WITHDRAW AND SUBSTITUTE COUNSEL**

Michelle H. Blauner, Thomas Shapiro, Charles Tompkins of Shapiro Haber & Urmy LLP, have previously appeared and filed pleadings on behalf of Defendants William Jay Cohen and the William Jay Cohen Revocable Trust dtd 11/14/89 ("Defendants"), and Defendants having retained separate legal counsel, Barry R. Lax and Gabrielle Pretto, Lax & Neville LLP, 1450 Broadway, 35th Floor, New York, New York 10036, to represent them in these proceedings, with Shapiro Haber & Urmy LLP and Lax & Neville LLP having filed a Request to Withdraw and Substitute Counsel, it is hereby

ORDERED, that the Request of Shapiro Haber & Urmy LLP to Withdraw as Attorney of record be and is hereby granted; it is further

ORDERED that Barry R. Lax and Gabrielle Pretto, of Lax & Neville LLP is hereby substituted as counsel and Attorney of Record for Defendants.

Dated: New York, New York
April 7th, 2014

*/s/* **STUART M. BERNSTEIN**
Honorable Stuart Bernstein
United States Bankruptcy Judge