

# SMITH VALLIERE PLLC

75 ROCKEFELLER PLAZA 21ST FLOOR  NEW YORK  NEW YORK 10019

TELEPHONE 212 755 5200
FACSIMILE  212 755 5203
WWW.SVLAW.COM

Mark W. Smith
(212) 755-5220
msmith@svlaw.com

April 7, 2014

**VIA ECF**

Clerk of the Court
Southern District of New York
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

    Re:    *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC. et al.* - **Case Number: 08-01789-smb**

Dear Sir/Madam:

    This letter is to request that my name and address be electronically removed from the above-referenced cases as I am no longer involved with this case and do not wish to receive electronic ECF notices for this case. My email is msmith@svlaw.com.

Sincerely,

Mark W. Smith