**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel:  (212) 237-1000
Howard L. Simon
Kim M. Longo

*Special Counsel to Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> MARTIN GETTINGER, individually, and in his capacity as Trustee for TREBOR MANAGEMENT CORP. RETIREMENT PLAN #1, TREBOR MANAGEMENT CORP. #3 EMPLOYEE PROFIT SHARING PLAN, and MISCORK CORP. RETIREMENT PLAN; CLARK GETTINGER, individually; TREBOR MANAGEMENT CORP. RETIREMENT PLAN | Adv. Pro. No. 10-05046 (SMB) |

#1; TREBOR MANAGEMENT CORP. #3
EMPLOYEE PROFIT SHARING PLAN;
GETTINGER MANAGEMENT LLC PROFIT
SHARING PLAN; and MISCORK CORP.
RETIREMENT PLAN,

Defendants.

## NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case
Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010
Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to
the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the
liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under
the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the
substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this
Adversary Proceeding on December 2, 2010 [Dkt. No. 2], the Order and the avoidance
procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on March 25, 2014, the Trustee filed with this
Court the Notice of Mediation Referral [Dkt. No. 38], wherein the Trustee and Defendants
Martin Gettinger, individually, and in his capacity as trustee for Trebor Management Corp.
Retirement Plan #1, Trebor Management Corp. #3 Employee Profit Sharing Plan, and Miscork
Corp. Retirement Plan; Clark Gettinger, individually; Trebor Management Corp. Retirement
Plan #1; Trebor Management Corp. #3 Employee Profit Sharing Plan; Gettinger Management
LLC Profit Sharing Plan; and Miscork Corp. Retirement Plan (the "Parties") jointly agreed to
enter mediation prior to or upon completion of discovery without further court order.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register Melanie Cyganowski, from the law firm of Otterbourg P.C., to act as Mediator in this matter.  The Parties further agree to contact Melanie Cyganowski as soon as practicable after this Notice of Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.

*[The remainder of this page is intentionally left blank.]*

Dated: New York, New York
      April 7, 2014

By: /s/ Howard L. Simon

Howard L. Simon, Esq. (hsimon@windelsmarx.com)
Kim M. Longo, Esq. (klongo@windelsmarx.com)
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of Bernard L.
Madoff Investment Securities LLC and Bernard L. Madoff*

Dated: Fort Lauderdale, FL
      April 7, 2014

By: /s/ Michael. I. Goldberg

Michael I. Goldberg, Esq.
(michael.goldberg@akerman.com)
Akerman Senterfitt LLP
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

*Attorneys for Defendants*