# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>　　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARJA LEE ENGLER, as trustee of the Mendel J. Engler Revocable Trust Under Agreement and Restatement Dated July 8, 1993, as trustee of the Marja Lee Engler 2003 Grantor Retained Annuity Trust, and in her individual capacity;<br><br>NTC & CO. LLP, as former custodian of an Individual Retirement Account for the benefit of Marja Lee Engler;<br><br><br>THE MENDEL J. ENGLER REVOCABLE TRUST UNDER AGREEMENT AND RESTATEMENT DATED JULY 8, 1993; and<br><br>THE MARJA LEE ENGLER 2003 | Adv. Pro. No. 10-04935 (SMB) |

NY01\KimSe\2247200.1

| GRANTOR RETAINED ANNUITY TRUST, |
| --- |
| Defendants. |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Seunghwan Kim of Kelley Drye & Warren LLP having moved to withdraw as counsel of record for Defendants Marja Lee Engler, as trustee of the Mendel J. Engler Revocable Trust Under Agreement and Restatement Dated July 8, 1993, as trustee of the Marja Lee Engler 2003 Grantor Retained Annuity Trust, and in her individual capacity, the Mendel J. Engler Revocable Trust Under Agreement and Restatement Dated July 8, 1993 and the Marja Lee Engler 2003 Grantor Retained Annuity Trust ("Defendants"). Upon consideration of the motion, the Court has determined that the motion should be granted. Accordingly:

IT IS ORDERED that the motion of Seunghwan Kim of the law firm of Kelley Drye & Warren LLP for leave to withdraw as counsel of record for Defendants is GRANTED.

IT IS FURTHER ORDERED that the case docket be amended to reflect withdrawal of Seunghwan Kim as counsel for Defendants.

Dated: April ___, 2014

                                                                                    _____
                                                                                    Stuart M. Bernstein
                                                                                    United States Bankruptcy Judge

**MEMO ENDORSED**

*The Court declines to sign this proposed order because it has not been properly served — filing on the ECF system does not constitute service. The movant is directed to serve the parties to this action, proposed successor counsel and the client.*

NY01\KimSe\2247200.1

So Ordered: 4/7/14
SMB, USBJ