**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04931 (SMB) |
| v. | |
| MURIEL B. CANTOR. | |
| ROBERT I. CANTOR, Individually, as Personal Representative of the Estate of Sol B. Cantor and as Co-Trustee of the ROBERT I. CANTOR TRUST and the ELLEN T. PECK TRUST, | |
| ELLEN T. PECK, Individually, as Personal Representative of the Estate of Sol B. Cantor and as Co-Trustee of the ELLEN T. PECK TRUST and | |

the ROBERT I. CANTOR TRUST,

SANFORD J. SCHLESINGER, as Trustee of the
ROBERT I. CANTOR TRUST and the ELLEN T.
PECK TRUST,

WARREN COHEN,

C.C.,

L.C.,

M.C.,

WENDY WILDER,

S.W.,

and N.W.,

                              Defendants.

## STIPULATION EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the date before which the above-captioned Defendants (individually and collectively, the "Defendants") may move, answer or otherwise respond to the complaint (the "Complaint") filed in the above-captioned adversary proceeding is extended up to and including July 18, 2014.

The purpose of this stipulated extension is to provide additional time for Defendants to answer, move against, or otherwise respond to the Complaint. Nothing in this stipulation is a waiver of the Defendants' right to request from the Court a further extension of time to answer, move or otherwise respond and/or the Trustee's right to object to any such request.

Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

Undersigned counsel for the Defendants: (i) expressly represent that, to the best of their

2

knowledge, as of the date of this stipulation, all Defendants represented by the undersigned counsel in the adversary proceeding (the "Client Defendants") are alive or that counsel has previously provided notice to the Trustee in writing of Defendants' death; (ii) expressly agree to notify the Trustee in writing of the death of any Client Defendant within the later of thirty (30) days of the date of such Client Defendant's death or five (5) days of the date Counsel learns of the death (unless Counsel knows that the Trustee is already aware of the death), and to provide to the Trustee the county and state of residence at the time of death of the deceased Client Defendant; and (iii) expressly agree to reasonably cooperate with the Trustee, where applicable, by, among other things, (a) advising the Trustee whether a probate has or will be filed, (b) filing a stipulation substituting the deceased Client Defendant's estate or personal representative/executor and/or (c) advising the Trustee who will represent the deceased Client Defendant's estate herein and in any probate proceeding.   For the avoidance of doubt, the parties to this stipulation expressly agree that the obligations set forth in this paragraph shall continue beyond the time period addressed by the stipulation and shall be ongoing for the duration of the above-captioned adversary proceeding.

This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.   A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.   This stipulation is entered into pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (ECF No. 5600) in the above-captioned case (No. 08-01789 (SMB)).

Dated: April 8, 2014
       New York, New York

BAKER & HOSTETLER LLP

By: */s/ Marc E. Hirschfield*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
George Klidonas
Email: gklidonas@bakerlaw.com
Matthew J. Moody
Email: mmoody@bakerlaw.com


*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the Estate
of Bernard L. Madoff*

SCHLESINGER GANNON &
LAZETERA LLP

By: */s/ Ross S. Katz*
535 Madison Avenue
New York, New York 10022
Telephone: 212.652.3800
Facsimile: 212.652.3789
Ross S. Katz
Email: rkatz@sgllp.com

*Attorneys for Defendants Nancy Atlas, as
Personal Representative of the Estate of
Muriel B. Cantor, Robert I. Cantor,
Individually, as Personal Representative of
the Estate of Sol B. Cantor and as Co-
Trustee of the Robert I. Cantor Trust and the
Ellen T. Peck Trust, Ellen T. Peck,
Individually, as Personal Representative of
the Estate of Sol B. Cantor and as Co-
Trustee of the Ellen T. Peck Trust and the
Robert I. Cantor Trust, Sanford J.
Schlesinger, as Trustee of the Robert I.
Cantor Trust and the Ellen T. Peck Trust,
Warren Cohen, C.C., L.C., M.C., Wendy
Wilder, S.W., and N.W.*