Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON APRIL 9, 2014**

**CONTESTED MATTERS**

**10:00 A.M.**

**Picard V. Schiff Family Holdings Nevada Limited Partnership, et al., Adv. Pro. 10-04363 (SMB)**

**Picard v. The Jordan H. Kart Revocable Trust, et al., Adv. Pro. No. 10-04718 (SMB)**

1. Notice of Motion to Intervene (Filed: 3/18/2014) [ECF No. 32, 10-04363; ECF No. 41, 10-04718]

    A.  Memorandum of Law in Support of Motion to Intervene and Be Heard on the Issue of the Trustee's Standing to Recover Customer Property [ECF No. 30, 10-04363; ECF No. 39, 10-04718]

    B.  Declaration of Richard A. Kirby in Support of Motion to Intervene [ECF No. 31, 10-04363; ECF No. 40, 10-04718]

Responses Filed:

    C.  Trustee's Limited Opposition to Motion to Intervene on the Issue of the Trustee's Standing to Recover Customer Property  (Filed: 3/28/2014) [ECF No. 34, 10-04363; ECF No. 42, 10-04718]

    D.  Securities Investor Protection Corporation's Response to Intervenors' Memorandum on the Limits of Trustee Standing to Recover Customer Property (Filed: 3/28/2014) [ECF No. 36, 10-04363; ECF No. 44, 10-04718]

Reply Filed:

    E.  Reply Memorandum of Law in Support of Motion to Intervene and Be Heard on the Issue of the Trustee's Standing to Recover Customer Property (Filed: 4/14/2014) [ECF No. 37, 10-04363; ECF No. 46, 10-04718]

Related Documents:

    F.  Scheduling Order Signed On 3/20/2014 [ECF No. 33, 10-04363; ECF No. 45, 10-04718]

Status: This matter is going forward.

**10:30 A.M.**

**Picard v. HSBC Bank PLC, et al., Adv. Pro. No. 09-01364 (SMB)**

2.    Motion of Defendants Alpha Prime Fund Limited and Senator Fund SPC for an Order Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 Authorizing Alternative Dispute Resolution Procedures (Filed: 2/24/2014) [ECF No. 280, 09-01364]

Response Filed:

    A.  Trustee's Memorandum of Law in Opposition to Alpha Prime Fund Ltd.'s and Senator Fund SPC's Motion for an Order Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 Authorizing Alternative Dispute Resolution Procedures (Filed: 3/18/2014) [ECF No. 288, 09-01364]

- 2 -

300317813

<u>Reply Filed</u>:

    B. Reply in Support of the Motion of Defendants Alpha Prime Fund Limited and Senator Fund SPC for an Order Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 Authorizing Alternative Dispute Resolution Procedures (Filed: 3/25/2014) [ECF No. 289, 09-01364]

<u>Related Documents</u>:

    C. Notice of Adjournment of Hearing on Motion of Defendants Alpha Prime Fund Limited and Senator Fund SPC for an Order Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 Authorizing Alternative Dispute Resolution Procedures (Filed: 3/5/2014) [ECF No. 286, 09-01364]

<u>Status</u>: This matter is going forward.

Dated: New York, New York  
       April 8, 2014

Respectfully submitted,

*/s/ David J. Sheehan*  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Nicholas J. Cremona  
Email: ncremona@bakerlaw.com  
Keith R. Murphy  
Email: kmurphy@bakerlaw.com  
Oren J. Warshavsky  
Email: owarshavsky@bakerlaw.com  
Amy E. Vanderwal  
Email: avanderwal@bakerlaw.com  
Seanna R. Brown  
Email: sbrown@bakerlaw.com  
Geoffrey A. North  
Email: gnorth@bakerlaw.com  
Dominic A. Gentile  
Email: dgentile@bakerlaw.com

**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Tel: (212) 589-4200  
Fax: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*