**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessica Schichnes
Dominic Gentile

*Attorney for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOEL BUSEL REVOCABLE TRUST,<br><br>SANDRA BUSEL REVOCABLE TRUST,<br><br>JOEL BUSEL, in his capacity as Trustee of the Joel | Adv. Pro. No. 10-04423 (SMB) |

> Busel Revocable Trust and the Sandra Busel Revocable Trust, and in his capacity as grantor of the Sandra Busel Revocable Trust, and
>
> SANDRA BUSEL, in her capacity as Trustee of the Sandra Busel Revocable Trust and the Joel Busel Revocable Trust, and in her capacity as grantor of the Sandra Busel Revocable Trust,
>
> Defendants.

## NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on November 12, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on March 28, 2014 the Trustee filed with this Court the Notice of Mediation Referral [Dkt. No. 41], wherein the Trustee and Defendants (the "Parties") jointly agreed to enter mediation prior to or upon completion of discovery without further court order.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

Mediation Referral, the Parties hereby mutually select from the Mediation Register Melanie L. Cyganowski, from the law firm of Otterbourg P.C., to act as Mediator in this matter. The Parties further agree to contact Melanie L. Cyganowski as soon as practicable after this Notice of Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline

[*Remainder of This Page Intentionally Left Blank*]

is extended by mutual consent of the Parties and the Mediator.

Dated: New York, New York

    April 8, 2014

| **BAKER & HOSTETLER LLP** | **AKERMAN SENTERFITT** |
|---|---|
| By: */s/   Marc E. Hirschfield*_____ | By: */s/   Michael I. Goldberg*_____ |
| 45 Rockefeller Plaza | 350 East Las Olas Boulevard Suite 1600 |
| New York, New York 10111 | Fort Lauderdale, FL 33301 |
| Telephone: 212.589.4200 | Telephone: (954) 463-2700 |
| Facsimile: 212.589.4201 | Facsimile: (954) 463-2224 |
| David J. Sheehan | Michael I. Goldberg |
| Email: dsheehan@bakerlaw.com | Email: michael.goldberg@akerman.com |
| Marc E. Hirschfield | Donald N. David |
| Email: mhirschfield@bakerlaw.com | Email: donald.david@akerman.com |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | |
| Oren J. Warshavsky | *Attorneys for Defendants Joel Busel Revocable* |
| Email: owarshavsky@bakerlaw.com | *Trust, Sandra Busel Revocable Trust, Joel* |
| Jessica Schichnes | *Busel and Sandra Busel* |
| Email: jschichnes@bakerlaw.com | |
| Dominic Gentile | |
| Email: dgentile@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff of Bernard L. Madoff*