UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**Securities Investor Protection Corporation**<br><br>Plaintiff,<br><br>v.<br><br>**Bernard L. Madoff Investment Securities LLC,**<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated)<br><br>**Order for Admission<br>Pro Hac Vice** |
| In re:<br><br>Bernard L. Madoff<br><br>Debtor | |
| Pertains to: | |
| **Irving H. Picard,** Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>Plaintiff,<br><br>v.<br><br>**Miles Q. Fiterman Revocable Trust,** *et al.,*<br><br>Defendants. | Case No. 10-04337 (SMB) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Thomas F. Berndt, Esq. to be admitted, ***pro hac vice***, to represent

Miles Q. Fiterman Revocable Trust (the "Client") a defendant in the above referenced case

adversary proceeding, and upon the movant's certification that the movant is a member in good

standing of the bar in the State of Minnesota, it is hereby

**ORDERED**, that Thomas F. Berndt, Esq., is admitted to practice, ***pro hac vice***,

in the above referenced adversary proceeding to represent the Client, in the United States

Bankruptcy Court for the Southern District of New York, provided that the filing fee has been

paid.

Dated:      April 9, 2014
            New York, New York


                                    /s/ *Stuart M. Bernstein*
                                    STUART M. BERNSTEIN
                                    United States Bankruptcy Judge