**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, NY 10019
212-237-1000
Howard L. Simon
Kim M. Longo

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>JOYCE CERTILMAN, individually, and in her capacity as joint tenant in the Morton Certilman and Joyce Certilman J/T WROS; and MORTON CERTILMAN, individually, and in his capacity as joint tenant in the Morton Certilman and Joyce Certilman J/T WROS,<br><br>　　　　Defendants. | Adv. Pro. No. 10-04356 (SMB) |

10944228:1

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: February 24, 2012

2. Fact Discovery shall be completed by: June 16, 2014

3. The Deadline for Service of Substantive Interrogatories shall be: June 1, 2012

4. The Disclosure of Case-in-Chief Experts shall be due: September 16, 2014

5. The Disclosure of Rebuttal Experts shall be due: October 10, 2014

6. The Deadline for Completion of Expert Discovery shall be: November 25, 2014

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: January 12, 2015

   The Deadline for Conclusion of Mediation shall be: April 27, 2015

Dated: New York, New York
April 9, 2014

WINDELS MARX LANE & MITTENDORF, LLP

By: /s/ Howard L. Simon
Howard L. Simon
Kim M. Longo
156 West 56th Street
New York, NY 10019
212-237-1000

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*