**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, NY 10019
212-237-1000
Howard L. Simon
Kim M. Longo

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> BERNARD CERTILMAN, individually, and in his capacity as General Partner of SHADOW ASSOCIATES LP, and SHADOW ASSOCIATES LP, <br><br> Defendants. | Adv. Pro. No. 10-04368 (SMB) |

10944263:1

## **AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: February 24, 2012

2. Fact Discovery shall be completed by: June 16, 2014

3. The Deadline for Service of Substantive Interrogatories shall be: June 1, 2012

4. The Disclosure of Case-in-Chief Experts shall be due: September 16, 2014

5. The Disclosure of Rebuttal Experts shall be due: October 10, 2014

6. The Deadline for Completion of Expert Discovery shall be: November 25, 2014

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: January 12, 2015

8. The Deadline for Conclusion of Mediation shall be: April 27, 2015

Dated: New York, New York
April 9, 2014

WINDELS MARX LANE & MITTENDORF, LLP

By: /s/ Howard L. Simon
Howard L. Simon
Kim M. Longo
156 West 56th Street
New York, NY 10019
212-237-1000

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*