**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>EVELYN CHERNIS IRREVOCABLE TRUST AGREEMENT FOR SAMANTHA EYGES DTD OCTOBER 6TH 1986; MARILYN CHERNIS, in her capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; RICHARD EYGES, in his | Adv. Pro. No. 10-04711 (SMB) |

capacity as Trustee of the Evelyn Chernis
Irrevocable Trust Agreement for Samantha Eyges
dtd October 6th 1986; DAVID M. DUCHESNEAU,
in his capacity as Trustee of the Evelyn Chernis
Irrevocable Trust Agreement for Samantha Eyges
dtd October 6th 1986; and SAMANTHA EYGES,

Defendants.

## STIPULATION EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein,

that the date before which the above-captioned Defendant(s) (individually and collectively, the

"Defendants") may move, answer or otherwise respond to the complaint (the "Complaint") filed

in the above-captioned adversary proceeding is extended up to and including July 18, 2014.

The purpose of this stipulated extension is to provide additional time for Defendants to

answer, move against, or otherwise respond to the Complaint.  Nothing in this stipulation is a

waiver of the Defendants' right to request from the Court a further extension of time to answer,

move or otherwise respond and/or the Trustee's right to object to any such request.

Except as expressly set forth herein, the parties to this stipulation reserve all rights and

defenses they may have, and entry into this stipulation shall not impair or otherwise affect such

rights and defenses, including without limitation any defenses based on lack of jurisdiction.

Undersigned counsel for the Defendants: (i) expressly represents that as of the date of this

stipulation, all Defendants represented by the undersigned counsel in the adversary proceeding

are alive or that counsel has previously provided notice to the Trustee in writing of Defendants'

death; (ii) expressly agrees to notify the Trustee in writing of the death of any Defendant within

thirty (30) days of the date of such Defendant's death, and to provide to the Trustee the county

and state of residence at the time of death of the deceased Defendant; and (iii) expressly agrees

to reasonably cooperate with the Trustee, where applicable, by, among other things, (a) advising

the Trustee whether a probate has or will be filed, (b) filing a stipulation substituting the

deceased Defendant's estate or personal representative/executor and/or (c) advising the Trustee who will represent the deceased Defendant's estate herein and in any probate proceeding.   For the avoidance of doubt, the parties to this stipulation expressly agree that the obligations set forth in this paragraph shall continue beyond the time period addressed by the stipulation and shall be ongoing for the duration of the above-captioned adversary proceeding.

This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.   A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.   This stipulation is entered into pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (ECF No. 5358) in the above-captioned case (No. 08-01789 (SMB)).

[*The Remainder of this Page is Intentionally Left Blank*]

Dated as of:  April 10, 2014

**BAKER & HOSTETLER LLP**

By: s/ *Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and the Estate of Bernard L. Madoff*

**DUANE MORRIS LLP**

By: /s/ *Jeffrey D. Sternklar*
1540 Broadway
New York, New York 10036-4086
Telephone: 212.692.1000
Facsimile: 212.692.1020
Patricia Heer Piskorski
Email: PHHeer@duanemorris.com

  -- and --

100 High Street, 24th Floor
Boston, Massachusetts 02210-1724
Telephone: 857.488.4216
Facsimile: 857.401.3034
Martin B. Shulkin
Email: MBShulkin@duanemorris.com
Jeffrey D. Sternklar
Email: JDSternklar@duanemorris.com

*Attorneys for Defendants Evelyn Chernis
Irrevocable Trust Agreement for Samantha
Eyges Dated October 6, 1986, Marilyn
Chernis,  Richard Eyges, David M.
Duchesneau, and Samantha Eyges*