## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04601 (SMB) |
| v. | |
| LAURENCE E. LEIF, | |
| Defendant. | |

### STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted

pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation

Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010

Protective Order ("Case Management Procedures Order") and the Bankruptcy Court's Order

entered October 21, 2013 Directing Mediation and Appointing Mediator in the above-captioned

proceedings ("Mediation Referral Order"). *See* Order Directing Mediation and Appointing

Mediator, *Sec. Inv. Prot. Corp. v. Bernard L. Madoff Inv. Secs. LLC*, No. 08-01789 (SMB)

(Bankr. S.D.N.Y. entered Oct. 21, 2013) [Dkt. #5549]; Order Directing Mediation and Appointing Mediator, *Picard v. Leif,* Adv. Pro. No. 10-04601 (SMB) (Bankr. S.D.N.Y. entered Oct. 21, 2013) [Dkt. #22].

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including August 18, 2014.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order and the Mediation Referral Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated: April 10, 2014
    New York, New York

By:   */s/ Marc E. Hirschfield*
    **BAKER & HOSTETLER LLP**
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    David J. Sheehan
    Email:  dsheehan@bakerlaw.com
    Marc E. Hirschfield
    Email:  mhirschfield@bakerlaw.com
    Nicholas J. Cremona
    Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

Dated: April 10, 2014
    New York, New York

By:   */s/ Matthew A. Kupillas*
    **MILBERG LLP**
    One Pennsylvania Plaza, 49th Floor
    New York, New York 10119
    Telephone: (212) 613-5697
    Facsimile: (212) 273-4331
    Matthew A. Kupillas
    Email: mkupilllas@milberg.com

*Attorney for Defendant Laurence E. Leif in Adversary Proceeding No. 10-04601*

Dated: April __, 2014
    New York, New York

By:   */s/ Laurence E. Leif*
    Laurence E. Leif
    P.O. Box 741646
    Boynton Beach, FL 33474
    Email: time2larry@aol.com

*Pro se*

/s/ *Melanie Cyganowski*
Melanie Cyganowski, Mediator