**DUFFYAMEDEO, LLP**
275 Seventh Avenue, 7th Fl
New York, New York 10010
Tel: (212) 729-5832
Todd E. Duffy
Douglas A. Amedeo
*Attorneys for Alpha Prime Fund Limited and Senator Fund SPC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br>Debtor. | **Adv. Pro. No. 08-1789 (SMB)**<br><br>**SIPA LIQUIDATION**<br><br>**(Substantively Consolidated)** |
| **IRVING L. PICARD**, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>Plaintiff,<br>- against –<br>**HSBC BANK PLC, et. al.**<br>Defendants. | **Adv. Pro. No. 09-01364 (SMB)** |

**DECLARATION OF SERVICE**

Todd E. Duffy, certifies, pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a member of the law firm of DuffyAmedeo LLP, which has its address as 275 Seventh Avenue, 7th Floor, New York, NY 10010. On April 11, 2014, I caused to be served via electronic mail, a true and correct copy of the Notice of Settlement of Order Granting Motion of Defendants Alpha Prime Fund Ltd and Senator Fund SPC for an Order Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 Authorizing Alternative Dispute Resolution Procedures upon the following recipients via electronic mail:

> 'Kinne, Tanya' <tkinne@bakerlaw.com>; sheldon@eisenbergerlaw.com;
> pog@nqgrg.com; nda@nqgrg.com; mwarren@willkie.com;
> eric.heining@bingham.com; mark.elliott@bingham.com; glee@mofo.com;
> mewiles@debevoise.com; dhykal@willkie.com; bharvey@goodwinprocter.com;
> dglosband@goodwinprocter.com; joseph.serino@kirkland.com;
> david.flugman@kirkland.com; jay.lefkowitz@kirkland.com;

bsmoore@pbnlaw.com; mark.mcdermott@skadden.com; susan.saltzstein@skadden.com; maurabarry.grinalds@skadden.com; jeremy.berman@skadden.com; marco.schnabl@skadden.com; edavis@cgsh.com; jfrasco@cgsh.com; cjkeeley@cgsh.com; dbrodsky@cgsh.com; mdecker@cgsh.com; tmoloney@cgsh.com; fvelie@sandw.com; jkortmansky@sandw.com; mstein@sandw.com; owarshavsky@bakerlaw.com; Gentile, Dominic A. <dgentile@bakerlaw.com>; North, Geoffrey A <gnorth@bakerlaw.com>

2. I hereby certify under penalty of perjury, that the forgoing factual statements made by me are true to the best of my knowledge, information and belief.

_____
Todd E. Duffy

Dated: April 11 2014