**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
Yani Indrajana Ho

*Special Counsel to Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br>v.<br><br>STANLEY I. LEHRER, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; STUART M. STEIN, individually, and in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; ARTHUR SISKIND; LINDA SOHN; NEAL GOLDMAN; DOUGLAS ELLENOFF; ELAINE STEIN ROBERTS; NEUBERGER BERMAN LLC, as former custodian of an Individual Retirement Account for the benefit of ELAINE STEIN ROBERTS; ARTHUR J. FEIBUS; EUNICE CHERVONY | Adv. Pro. No. 10-05259 (SMB) |

{10946923:1}

| | |
|---|---|
| LEHRER; ELAINE S. STEIN; ELAINE S. STEIN REVOCABLE TRUST; JAMAT COMPANY, LLC; THE MESTRO COMPANY; TRUST U/W/O DAVID L. FISHER; TRUST U/T/A 8/20/90; and EVELYN FISHER, individually, and in her capacity as Trustee for TRUST U/W/O DAVID L. FISHER and TRUST U/T/A 8/20/90,<br><br>                    Defendants. | |

## STIPULATION EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which Defendants Stanley Lehrer, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein J/T WROS; Stuart Stein, individually, and in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein J/T WROS; Arthur Siskind; Linda Sohn; Neal Goldman; Douglas Ellenoff; Elaine Stein Roberts; Neuberger Berman LLC, as former custodian of an Individual Retirement Account for the benefit of Elaine Stein Roberts; Arthur J. Feibus; Elaine S. Stein; Elaine S. Stein Revocable Trust; Jamat Company, LLC; The Mestro Company; Trust U/W/O David L. Fisher; Trust U/T/A 8/20/90; and Evelyn Fisher, individually, and in her capacity as Trustee for Trust U/W/O David L. Fisher and Trust U/T/A 8/20/90 (collectively, the "Defendants") may move, answer or otherwise respond to the amended complaint (the "Amended Complaint") filed in the above-referenced adversary proceeding (Adv. Pro. No. 10-05259 (BRL)) (the "Adversary Proceeding") is extended up to and including May 19, 2014.  The pre-trial conference will be adjourned from May 28, 2014 to June 25, 2014 at 10:00 a.m.

The purpose of this stipulated extension is to provide additional time for Defendants to answer, move against, or otherwise respond to the Amended Complaint.  This is the nineteenth such extension.  Nothing in this stipulation is a waiver of the Defendants' right to request from

{10946923:1}                                                      2

the Court a further extension of time to answer, move or otherwise respond and/or the Trustee's right to object to any such request.

Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

Undersigned counsel for the Defendants: (i) expressly represents that as of the date of this stipulation, all Defendants represented by the undersigned counsel in the Adversary Proceeding are alive or that counsel has previously provided notice to the Trustee in writing of Defendants' death; (ii) expressly agrees to notify the Trustee in writing of the death of any Defendant within thirty (30) days of the date of such Defendant's death, and to provide to the Trustee the county and state of residence at the time of death of the deceased Defendant; and (iii) expressly agrees to reasonably cooperate with the Trustee, where applicable, by, among other things, (a) advising the Trustee whether a probate has or will be filed, (b) filing a stipulation substituting the deceased Defendant's estate or personal representative/executor and/or (c) advising the Trustee who will represent the deceased Defendant's estate herein and in any probate proceeding.  For the avoidance of doubt, the parties to this stipulation expressly agree that the obligations set forth in this paragraph shall continue beyond the time period addressed by the stipulation and shall be ongoing for the duration of the Adversary Proceeding.

This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.  This stipulation is entered into pursuant to the Order Granting Supplemental

{10946923:1}                                                3

Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (ECF No. 5600) in the above-captioned case (No. 08-01789 (SMB)).

| | |
|---|---|
| Dated: New York, New York<br>　　　　April 10, 2014 | By: /s/ Howard L. Simon<br>Howard L. Simon (hsimon@windelsmarx.com)<br>Kim M. Longo (klongo@windelsmarx.com)<br>Yani Indrajana Ho (yho@windelsmarx.com)<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Telephone: (212) 237-1000<br>Facsimile: (212) 262-1215<br>*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |
| Dated: New York, New York<br>　　　　April 9, 2014 | By: /s/ Elise Scherr Frejka<br>Philip Bentley (pbentley@kramerlevin.com)<br>Elise Scherr Frejka (efrejka@kramerlevin.com)<br>Jason Rappaport (jrappaport@kramerlevin.com)<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>*Attorneys for Defendants Stuart Stein, Arthur Siskind, Arthur J. Feibus, Jamat Company, LLC, and The Mestro Company* |
| Dated: New York, New York<br>　　　　April 10, 2014 | By: /s/ Carole Neville<br>Carole Neville (carole.neville@dentons.com)<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 768-6889<br>Facsimile: (212) 768-6800<br>*Attorneys for Defendant Elaine Stein Roberts* |

| | |
|---|---|
| Dated: New York, New York<br>April 10, 2014 | By: /s/ Victor A. Machcinski, Jr.<br>Victor A. Machcinski, Jr.<br>(victor.machcinski@mmlawus.com)<br>Murphy & McGonigle, P.C.<br>1185 Avenue of the Americas, 21st Fl.<br>New York, New York 10036<br>Telephone: (212) 880-3977<br>Facsimile: (212) 880-3998<br>*Attorneys for Defendant Neuberger Berman LLC* |
| Dated: Delray Beach, Florida<br>April 10, 2014 | By: /s/ Stanley I. Lehrer<br>Stanley Lehrer, in his capacity as administrator of the<br>Stanley I. Lehrer and Stuart M. Stein, J/T WROS<br>7333 Morocca Lake Drive<br>Delray Beach, Florida 33446<br>*Defendant* |
| Dated: New York, New York<br>April 9, 2014 | By: /s/ Terence W. McCormick<br>Terence W. McCormick (mccormick@mintzandgold.com)<br>Steven G. Mintz (mintz@mintzandgold.com)<br>Mintz & Gold, LLP<br>470 Park Avenue South<br>New York, New York 10016<br>Telephone: (212) 696-4848<br>Facsimile: (212) 696-1231<br>*Attorneys for Defendants Neal Goldman; Linda Sohn; Evelyn Fisher, individually and in her capacity as Trustee for the Trust U/W/O David L. Fisher and the Trust U/T/A 8/20/90; Trust U/W/O David L. Fisher; and the Trust U/T/A 8/20/90* |
| Dated: New York, New York<br>April 9, 2014 | By: /s/ Ted Poretz<br>Ted Poretz (tporetz@egsllp.com)<br>Ellenoff Grossman & Schole LLP<br>1345 Avenue of the Americas, 11th Fl.<br>New York, New York 10105<br>Telephone: (212) 370-1300<br>Facsimile: (212) 370-7889<br>*Attorneys for Defendant Douglas Ellenoff* |

{10946923:1}                                5

Dated: New York, New York  
April 9, 2014

By: /s/ Douglas L. Furth  
Douglas L. Furth (dfurth@golenbock.com)  
Michael S. Weinstein (mweinstein@golenbock.com)  
Golenbock Eiseman Assor Bell & Peskoe LLP  
437 Madison Avenue  
New York, New York 10022  
Telephone: (212) 907-7300  
Facsimile: (212) 754-0330  
*Attorneys for Defendants Elaine S. Stein and Elaine S. Stein Revocable Trust*