**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessie A. Kuhn
Peter B. Shapiro

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br><br><br>FINAL DOCUMENT CLOSING ADVERSARY PROCEEDING |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br>v.<br><br>HALINA BITENSKY,<br><br>      Defendant. | Adv. Pro. No. 10-05442 (SMB) |

## STIPULATION AND ORDER FOR
## VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendant Halina Bitensky ("Defendant"), by and through her counsel, Sills Cummis & Gross P.C. (collectively, the "Parties"), hereby stipulate and agree to the following:

1.  On December 2, 2010, the Trustee filed and served a Complaint against Defendant, and on February 10, 2012, the Trustee filed and served the Amended Complaint against Defendant.

2.  On January 20, 2012, Defendant served an Answer on the Trustee, and on February 24, 2012, Defendant served the Amended Answer on the Trustee.

3.  On April 1, 2014, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4.  In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the above-captioned adversary proceeding.

5.  The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6.  This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall

be deemed an original.

Dated: April 10, 2014

| BAKER & HOSTETLER LLP | SILLS CUMMIS & GROSS P.C. |
|---|---|
| By: s/ *Marc E. Hirschfield* | By: s/ *Kenneth R. Schachter* |
| 45 Rockefeller Plaza | 30 Rockefeller Plaza |
| New York, New York 10111 | New York, New York 10112 |
| Telephone: 212.589.4200 | Telephone: 212.589.4200 |
| Facsimile: 212.589.4201 | Facsimile: 212.589.4201 |
| David J. Sheehan | Kenneth R. Schachter |
| Email: dsheehan@bakerlaw.com | Email: kschachter@sillscummis.com |
| Marc E. Hirschfield | |
| Email: mhirschfield@bakerlaw.com | *Attorneys for Defendant* |
| Oren J. Warshavsky | |
| Email: owarshavsky@bakerlaw.com | |
| Jessie A. Kuhn | |
| Email: jkuhn@bakerlaw.com | |
| Peter B. Shapiro | |
| Email: pshapiro@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: April 14, 2014
New York, New York