**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br><br>          v.<br><br>RICHARD M. GLANTZ, et al.,<br><br>          Defendants. | Adv. Pro. No. 10-05394 (SMB) |

**STIPULATION AND ORDER EXTENDING TIME TO AMEND COMPLAINT
AND ADJOURNING PRE-TRIAL CONFERENCE AND HEARING**

WHEREAS, on December 9, 2010, Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq*. and the substantively consolidated estate of Bernard L. Madoff individually, commenced the above-captioned adversary proceeding (the "Adversary Proceeding"); and

WHEREAS, on February 1, 2012, Defendants filed a motion to dismiss the Adversary Proceeding (the "Motion to Dismiss"), which is pending before this Court; and

WHEREAS, by stipulation dated December 10, 2013, which was so ordered on December 12, 2013, and which followed prior stipulations and orders extending time, the Trustee's time to amend the complaint in the Adversary Proceeding pursuant to Federal Rule of Bankruptcy Procedure 7015 and Federal Rule of Civil Procedure 15(a)(1)(B) was extended up to and including April 17, 2014;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1. The Trustee's time to respond to the Motion to Dismiss or to amend the complaint pursuant to Federal Rule of Bankruptcy Procedure 7015 and Federal Rule of Civil Procedure 15(a)(1)(B) is extended up to and including July 16, 2014.

2. After any amendment of the complaint by the Trustee, Defendants shall have until September 10, 2014 to supplement the Motion to Dismiss or file a new Motion to Dismiss. The Trustee shall have until October 22, 2014 to serve and file answering papers, if any, to the Motion to Dismiss, and Defendants shall have until December 10, 2014 to serve and file reply papers, if any.

3. The hearing on the Motion to Dismiss is adjourned to January 14, 2015, at 10:00 a.m.

4. The pre-trial conference, which was previously scheduled to be held on October 2, 2014, is adjourned to November 19, 2014, at 10:00 a.m., or otherwise shall proceed in accordance with applicable court rules.

5. Nothing in this stipulation is a waiver of the parties' right to stipulate to further extensions. Nor is anything in this stipulation a waiver of any party's right to request from the presiding Court a further extension, or of any other party's right to object to any such request.

6.   This stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: New York, New York
       April 10, 2014

| BAKER & HOSTETLER LLP | LAW OFFICE OF RICHARD E. SIGNORELLI |
|---|---|
| By: /s/Keith R. Murphy<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Keith R. Murphy<br>Email: kmurphy@bakerlaw.com<br>Andrew W. Reich<br>Email: areich@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* | By: /s/Richard E. Signorelli<br>799 Broadway, Suite 539<br>New York, New York 10003<br>Telephone: 212.254.4218<br>Facsimile: 212.254.1396<br>Richard E. Signorelli<br>Email: rsignorelli@aol.com<br>Email: rsignorelli@nyclitigator.com<br><br>*Attorneys for Defendants RICHARD M. GLANTZ, individually, as trustee of the Richard M. Glantz 1991 Living Trust, the Edward R. Glantz Living Trust, the Thelma Glantz Living Trust, the Glantz-Ostrin Trust I, and the Glantz-Ostrin Trust II, and as executor of the Estate of Edward R. Glantz and the Estate of Thelma Glantz; ELAINE OSTRIN, individually and as trustee of the Edward R. Glantz Living Trust; THE RICHARD M. GLANTZ 1991 LIVING TRUST; THE EDWARD R. GLANTZ LIVING TRUST; THE ESTATE OF EDWARD R. GLANTZ; THE THELMA GLANTZ LIVING TRUST; THE ESTATE OF THELMA GLANTZ; THE GLANTZ-OSTRIN TRUST I; THE GLANTZ-OSTRIN TRUST II; AUSTIN BOSARGE; GRACE & COMPANY; EJS ASSOCIATES, L.P.; JELRIS & ASSOCIATES, L.P.; THE GLANTZ FAMILY FOUNDATION, INC; MERLIN & ASSOCIATES, LTD.; ENHANCEMENT GROUP; LAKEVIEW INVESTMENT, LP; VISTA MANAGEMENT CO.;* |

3

*and BUCKMASTER FARMS, L.P.*

SO ORDERED:

Dated: Arpil 14th, 2014          /s/ STUART M. BERNSTEIN_____
New York, New York          HONORABLE STUART M. BERNSTEIN
                                              UNITED STATES BANKRUPTCY JUDGE