**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- X
:
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                            :
                                        :    Adv. Pro. No. 08-01789 (SMB)
                    Plaintiff,          :
            v.                          :    SIPA LIQUIDATION
                                        :
BERNARD L. MADOFF INVESTMENT            :    (Substantively Consolidated)
SECURITIES LLC,                         :
                                        :
                    Defendant.          :
--------------------------------------------------------- X
:
In re                                   :
                                        :
BERNARD L. MADOFF,                      :
                                        :
                    Debtor.             :
                                        :
--------------------------------------------------------- X
:
IRVING H. PICARD, Trustee for the       :    Adv. Pro. No. 10-04354 (SMB)
Liquidation of Bernard L. Madoff Investment  :
Securities LLC.,                        :
                                        :
                    Plaintiff,          :
                                        :
            v.                          :
                                        :
FITERMAN INVESTMENT FUND;               :
VERDEWAY INVESTMENT PARTNERS            :
LLC; STEVEN FITERMAN, individually, and :
in his capacity as General Partner of   :
FITERMAN INVESTMENT FUND; SUSAN         :
FITERMAN, individually, and in her capacity :
as General Partner of FITERMAN          :
INVESTMENT FUND; STEVEN C.              :
FITERMAN LIVING TRUST DATED 1/6/95,     :
AS AMENDED; SUSAN L. FITERMAN           :
LIVING TRUST DATED 1/6/95, AS           :
AMENDED,                                :
                                        :
                    Defendants.         :
--------------------------------------------------------- X

## NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER

PLEASE TAKE NOTICE that the law firm of Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154, shall be substituted in place of the law firms of Robins, Kaplan, Miller & Ciresi LLP, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, and Jones & Schwartz P.C., One Old Country Road, Suite 384, Carle Place, NY 11514, as counsel of record for defendants Fiterman Investment Fund; Verdeway Investment Partners LLC; Steven Fiterman; Susan Fiterman; Steven C. Fiterman Living Trust Dated 1/6/95, as amended; and Susan L. Fiterman Living Trust dated 1/6/95, as amended (the "Defendants") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall  be given to and served upon the following:

> LOEB & LOEB LLP
> 345 Park Avenue
> New York, New York 10154
> Attn:    P. Gregory Schwed
>           Daniel B. Besikof
> Telephone:  (212) 407-4000
> Facsimile:  (212) 407-4990
> E-mail: gschwed@loeb.com
>           dbesikof@loeb.com

PLEASE TAKE FURTHER NOTICE that the Defendants have knowledge of and consent to this substitution of counsel.

[SIGNATURES TO FOLLOW ON NEXT PAGE]

Dated: April 12, 2014                           Dated: April 12, 2014
        Minneapolis, Minnesota                          New York, New York

ROBINS, KAPLAN, MILLER & CIRESI LLP    LOEB & LOEB LLP
JONES & SCHWARTZ P.C.

By:   /s/ Thomas B. Hatch                     By:   /s/ Daniel B. Besikof
     Michael V. Ciresi                                P. Gregory Schwed
     Thomas B. Hatch                                 Daniel B. Besikof
     Damien A. Riehl                                 345 Park Avenue
     800 LaSalle Avenue                              New York, New York  10154
     Suite 2800                                      Tel:  (212) 407-4000
     Minneapolis, Minnesota  55402                   Fax:  (212) 407-4990
     Tel:  (612) 349-8500                            E-mail:  gschwed@loeb.com
     Fax:  (612) 339-4181                                     dbesikof@loeb.com
     E-mail:  mvciresi@rkmc.com
           tbhatch@rkmc.com
           dariehl@rkmc.com

Dated: April 12, 2014
        Carle Place, New York

JONES & SCHWARTZ P.C.

By:   /s/ Harold D. Jones
     Harold D. Jones
     One Old Country Road
     Suite 384
     Carle Place, New York  11514
     Tel:  516-873-8700
     Fax:  (516) 873-8711
     E-mail:  hjones@jonesschwartz.com

Dated:  New York, New York,                     IT IS SO ORDERED:
        _____, 2014

                                   _____
                                   HON. STUART M. BERNSTEIN
                                   UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- X
                                                            :
SECURITIES INVESTOR PROTECTION                              :
CORPORATION,                                                :
                                                            :   Adv. Pro. No. 08-01789 (SMB)
                    Plaintiff,                              :
         v.                                                 :   SIPA LIQUIDATION
                                                            :
BERNARD L. MADOFF INVESTMENT                                :   (Substantively Consolidated)
SECURITIES LLC,                                             :
                                                            :
                    Defendant.                              :
----------------------------------------------------------- X
                                                            :
In re                                                       :
                                                            :
BERNARD L. MADOFF,                                          :
                                                            :
                    Debtor.                                 :
                                                            :
----------------------------------------------------------- X
                                                            :
IRVING H. PICARD, Trustee for the                           :   Adv. Pro. No. 10-04354 (SMB)
Liquidation of Bernard L. Madoff Investment                 :
Securities LLC.,                                            :
                                                            :
                    Plaintiff,                              :
                                                            :
         v.                                                 :
                                                            :
FITERMAN INVESTMENT FUND;                                   :
VERDEWAY INVESTMENT PARTNERS                                :
LLC; STEVEN FITERMAN, individually, and                     :
in his capacity as General Partner of                       :
FITERMAN INVESTMENT FUND; SUSAN                             :
FITERMAN, individually, and in her capacity                 :
as General Partner of FITERMAN                              :
INVESTMENT FUND; STEVEN C.                                  :
FITERMAN LIVING TRUST DATED 1/6/95,                         :
AS AMENDED; SUSAN L. FITERMAN                               :
LIVING TRUST DATED 1/6/95, AS                               :
AMENDED,                                                    :
                                                            :
                    Defendants.                             :
----------------------------------------------------------- X

## DECLARATION OF DANIEL B. BESIKOF

I, DANIEL B. BESIKOF declare as follows:

      1.      I am Senior Counesl at the law firm of Loeb & Loeb LLP and a member of the Bar of this Court.  Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting Loeb & Loeb LLP for Robins, Kaplan, Miller & Ciresi LLP and Jones & Schwartz P.C., as counsel for defendants Fiterman Investment Fund; Verdeway Investment Partners LLC; Steven Fiterman; Susan Fiterman; Steven C. Fiterman Living Trust Dated 1/6/95, as amended; and Susan L. Fiterman Living Trust dated 1/6/95, as amended (the "Defendants") in the above-captioned action. I also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

      2.      The Defendants have requested and consent to this substitution of counsel.

      3.      It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
       April 12, 2014

                  By:___/s/ Daniel B. Besikof_____
                      Daniel B. Besikof