## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    SS.
COUNTY OF NEW YORK   )

TIMOTHY B. CUMMINS, being duly sworn, deposes and says:

1. I am not a party to this action and am over 18 years of age.

2. On April 14, 2014, I served true copies of foregoing Notice of Substitution of Counsel and Proposed Order by electronic transmission and first-class mail to the below listed parties:

Howard L. Simon
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
(212) 237-1000
Fax : (212) 262-1215
Email: hsimon@windelsmarx.com

Thomas B. Hatch
Robins, Kaplan, Miller & Ciresi LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
(612) 349-8500
Fax : (612) 339-4181
Email: tbhatch@rkmc.com

Michael V. Ciresi
Robins, Kaplan, Miller & Ciresi LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
(612) 349-8500
Fax : (612) 339-4181
Email: mvciresi@rkmc.com

NY1269597.1
223067-10001

Damien A. Riehl
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
(612) 349-8500
Fax : (612) 339-4181
Email: dariehl@rkmc.com

Harold D. Jones
Jones & Schwartz P.C.
One Old Country Road
Suite 384
Carle Place, NY 11514
Email: hjones@jonesschwartz.com

Steven C. Fiterman
Susan L. Fiterman
Fiterman Investment Fund
Verdeway Investment Partners LLC
Steven C. Fiterman Living Trust dated 1/6/95, as amended
Susan L. Fiterman Living Trust dated 1/6/95, as amended
C/O Towers Management Company
7575 Golden Valley Road, #300
Golden Valley, Minnesota  55427
Attn:  Steven C. Fiterman
Email:  sfiterman@grounddevelopment.com

Timothy B. Cummins

Sworn to before me this
14th Day of April, 2014

Notary Public

ANTOINETTE PEPPER
Notary Public, State of New York
No. 01PE4973633
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires January 7, 2015

NY1269597.1
223067-10001

2