**LOWENSTEIN SANDLER LLP**
Bruce Buechler, Esq.
Nicole Stefanelli, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
    -and-
1251 Avenue of the Americas, 18th Floor
New York, NY  10020
Tel: (212) 262-6700
Fax: (212) 262-7402

*Attorneys for the Irrevocable Charitable Remainder Trust of*
*Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Unitrust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |

## CERTIFICATE OF SERVICE

**NICOLE STEFANELLI**, being of full age, hereby certifies as follows:

1.    I am counsel with the law firm of Lowenstein Sandler LLP, attorneys for the Irrevocable Charitable Remainder Trust of Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Unitrust in the above-captioned matter.

24349/2
04/14/2014 29475091.1

2. I hereby certify that on April 14, 2014, I caused the following document to be e-filed with the United States Bankruptcy Court for the Southern District of New York and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice:

(a) Reply in Further Support of the Motion of the Irrevocable Charitable Remainder Trust of Yale Fishman and the Glenn Akiva Fishman Charitable Remainder Unitrust for (I) a Hearing to Determine Allowance of Claims and (II) Entry of an Order Allowing the Trust Claimants' Claims and Granting Related Relief [Docket No. 6221].

3. I further certify that on April 14, 2014, I caused a true and correct copy of the forgoing document to be served upon the parties indicated on the attached service list, in the manner listed therein.

I certify that the foregoing statements made by me are true to the best of my knowledge and belief.

                                        */s/ Nicole Stefanelli*
                                        Nicole Stefanelli, Esq.

Dated: April 14, 2014

**SERVICE LIST**

*Via Email*

kbell@sipc.org
jwang@sipc.org
vasilescua@sec.gov
swansont@sec.gov
krishnamurthyp@sec.gov
carolina.fornos@usdoj.gov
Alicia.simmons@usdoj.gov
matthew.schwartz@usdoj.gov
Eric.Lewis@baachrobinson.com
berniebraverman@gmail.com
lovormon@aol.com
mauricesandler@sbcglobal.net
lamelli@verizon.net
fischwave@comcast.net
rhodan1@embarqmail.com
jacques123@wanadoo.es
srohdie@bellsouth.net
oreng@bellsouth.net
sltiner@yahoo.com
david1943@comcast.net
mrkruze@comcast.net
rng67@comcast.net
dfisch1@twcny.rr.com
pfisch@twcny.rr.com
jaqueslamac@gmail.com
simcha.gutgold@gmail.com
eau203@gmail.com
info@pfcintl.com
icbcmylee@yahoo.com.tw
rjch@netvigator.com
bobjen8@bigpond.com
johnsamore@hotmail.com
rreardon@stblaw.com
freedomlo@yahoo.com.hk
tim.balbirnie@gmail.com
muchhal@netvigator.com
stanleymkatz@mac.com
linchasd@netvigator.com
galejs@gmail.com
krizia_ligale@yahoo.com.hk
lindencoppell@gmail.com

hstern@wzssa.com
charles.robins@weil.com
dewlane@gmail.com
pabst@mantomgmt.com
grandpastuffit@bellsouth.net
rmacdon482@aol.com
prosenblum@mindspring.com
Volker.enzi@capitalbank.at
Christoph.stocker@capitalbank.at
jwnijkamp@kpnmail.nl
mwinick@hotmail.com
abullock5150@cox.net
stuart@silverboxsw.com
alicerawlins@me.com
wolfie2400@yahoo.com
leyla.hill@hos.com
admin@waterland-investment.nl
jn-pro-se@pobox.com
optics58@gmail.com
335pat@roadrunner.com
mdweb27@me.com
hbarr@bplegalteam.com
cissie2010@gmail.com
wc.helsdingen@casema.nl
dschupak@schupakgroup.com
jr@beacon-ny.com
ndver@comcast.net
jakefigi2@aol.com
baudryg@bluewin.ch
mcarroll16@msn.com
daved628@aol.com
peplady5@gmail.com
info.luxembourg@atcgroup.com
roman@della-rowere.at
rudolf.rausch@gmail.com
yiuleunghk@gmail.com
yiuleung@yahoo.com.hk
truggiero@resnicknyc.com
ew@khiholdings.com
arlenerc54@hotmail.com
dgottesman@firstmanhattan.com

24349/2
04/14/2014 29475091.1

maddockspaul@gmail.com
fcohen@duanemorris.com
bionicdoll@aol.com
marny@corsair2.com
jpitkin@umich.edu
gary.libra@gmail.com
ts.yang@msa.hinet.net
andy.huang@sofos.com.sg
doctor1000@earthlink.net
chore55@yahoo.com
richard.hoefer@utanet.at
j.delaire@yahoo.com
birgit.peters@navegante.com.sv
msoslow@untracht.com
johnph1494@gmail.com
marciroses@aol.com
sfarber@winston.com
klibrera@winston.com
egoldberg@stutman.com
wdahill@wmd-law.com
fstrong@wmd-law.com
msirota@coleschotz.com
mmulholland@rmfpc.com
ttelesca@rmfpc.com
sir@msf-law.com
jmr@msf-law.com
jyoung@milberg.com
mgluck@milberg.com
bfriedman@milberg.com
sdumain@milberg.com
hkleinhendler@wmllp.com
Wachtel@wmllp.com
dyeger@wmllp.com
robert.yalen@usdoj.gov
paminolroaya@seegerweiss.com
sweiss@seegerweiss.com
ffm@bostonbusinesslaw.com
bneville@laxneville.com
blax@laxneville.com
schristianson@buchalter.com
dquinn@bargerwolen.com
anisselson@windelsmarx.com
hsimon@windelsmarx.com
eric.lewis@baachrobinson.com
jshickich@riddellwilliams.com
eletey@riddellwilliams.com

hyassky@aol.com
gdnite@earthlink.net
jsousa@bfm.bm
alan@cosnerlaw.com
mcalabrese@earthlink.net
jspanier@abbeyspanier.com
dmolton@brownrudnick.com
dana.seshens@davispolk.com
karen.wagner@davispolk.com
jonathan.martin@davispolk.com
jeffreybernfeld@bernfeld-dematteo.com
davidbernfeld@bernfeld-dematteo.com
joel@joelherz.com
sfishbein@shearman.com
rschwed@shearman.com
sfarber@winston.com
klibrera@winston.com
lmorton@goodwinprocter.com
dapfel@goodwinprocter.com
dglosband@goodwinprocter.com
bsharton@goodwinprocter.com
russell@yankwitt.com
bnachamie@tnsj-law.com
bsmoore@pbnlaw.com
bvkleinman@aitkenberlin.com
adberlin@aitkenberlin.com
freinke@mayerbrown.com
asteinberg@kslaw.com
rcirillo@kslaw.com
kjacques@kslaw.com
lmartin@stblaw.com
jlevine@stblaw.com
EBadway@foxrothschild.com
sschlesinger@jaspanllp.com
sscott@jaspanllp.com
Jeremy.Mellitz@withers.us.com
hunter.carter@arentfox.com
gbrunelle@brunellelaw.com
ahadjikow@brunellelaw.com
brunellelaw@gmail.com
csalomon@beckerglynn.com
bschweiger@skoloffwolfe.com
jwolfe@skoloffwolfe.com
rmccord@certilmanbalin.com
cglick@certilmanbalin.com
levine@whafh.com

ARosen@SilvermanAcampora.com
angelinal@jpfirm.com
srosen@rosenpc.com
Yeskoo@yeskoolaw.com
cboccuzzi@cgsh.com
claffey@reedsmith.com
mpollok@marvinandmarvin.com
fowkes.joshua@arentfox.com
hulme.james@arentfox.com
CRendell@stonemagnalaw.com
dstone@stonemagnalaw.com
awagner@stonemagnalaw.com
amarder@msek.com
jdsternklar@duanemorris.com
psmith@becker-poliakoff.com
jgorchkova@becker-poliakoff.com
lawkap@aol.com
pjw@stim-warmuth.com
gpw@stim-warmuth.com
mhbodian@gmail.com
sstorch@samlegal.com
snewman@katskykorins.com
rabrams@katskykorins.com
carole.neville@dentons.com
wahabib@verizon.net
jeanites@whiteandwilliams.com
max@fmlaw.net
marcy.harris@srz.com
morwetzler@paulhastings.com

swilliams@cpmlegal.com
bgarbutt@morganlewis.com
dgolub@sgtlaw.com
rhorwitz@conroysimberg.com
eservicewpb@conroysimberg.com
neal.mann@oag.state.ny.us
max@fmlaw.net
xochitlstrohbehn@quinnemanuel.com
vpavlovic@morganlewis.com
ipicard@bakerlaw.com
jrose@bakerlaw.com
dsheehan@bakerlaw.com
hsimon@windelsmarx.com
Jeff.Butler@CliffordChance.com
Alexander.Feldman@CliffordChance.com
bdk@schlamstone.com
sgeller@bellowslaw.com
pwang@foley.com
fhperkins@morrisoncohen.com
rdakis@morrisoncohen.com
bankruptcy@morrisoncohen.com
aehrlich@paulweiss.com
hchaitman@becker-poliakoff.com
klipman@slsbocalaw.com
wpollard@kvwmail.com
IBort@kvwmail.com
dkornstein@kvwmail.com
agross@kvwmail.com
david.kotler@dechert.com

*Via the Court's Electronic Filing System:*

All parties who receive notice through the Court's electronic filing system.