**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X
:
SECURITIES INVESTOR PROTECTION : 
CORPORATION, :
: Adv. Pro. No. 08-01789 (SMB)
Plaintiff, :
v. : SIPA LIQUIDATION
:
BERNARD L. MADOFF INVESTMENT : (Substantively Consolidated)
SECURITIES LLC, :
:
Defendant. :
----------------------------------------------------------X
:
In re :
:
BERNARD L. MADOFF, :
:
Debtor. :
:
----------------------------------------------------------X
:
IRVING H. PICARD, Trustee for the : Adv. Pro. No. 10-04354 (SMB)
Liquidation of Bernard L. Madoff Investment :
Securities LLC., :
:
Plaintiff, :
:
v. :
:
FITERMAN INVESTMENT FUND; :
VERDEWAY INVESTMENT PARTNERS :
LLC; STEVEN FITERMAN, individually, and :
in his capacity as General Partner of :
FITERMAN INVESTMENT FUND; SUSAN :
FITERMAN, individually, and in her capacity :
as General Partner of FITERMAN :
INVESTMENT FUND; STEVEN C. :
FITERMAN LIVING TRUST DATED 1/6/95, :
AS AMENDED; SUSAN L. FITERMAN :
LIVING TRUST DATED 1/6/95, AS :
AMENDED, :
:
Defendants. :
----------------------------------------------------------X

NY1269578.1_x000b_223067-10001

## NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER

PLEASE TAKE NOTICE that the law firm of Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154, shall be substituted in place of the law firms of Robins, Kaplan, Miller & Ciresi LLP, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, and Jones & Schwartz P.C., One Old Country Road, Suite 384, Carle Place, NY 11514, as counsel of record for defendants Fiterman Investment Fund; Verdeway Investment Partners LLC; Steven Fiterman; Susan Fiterman; Steven C. Fiterman Living Trust Dated 1/6/95, as amended; and Susan L. Fiterman Living Trust dated 1/6/95, as amended (the "Defendants") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

>LOEB & LOEB LLP
>345 Park Avenue
>New York, New York 10154
>Attn:   P. Gregory Schwed
>        Daniel B. Besikof
>Telephone:  (212) 407-4000
>Facsimile:  (212) 407-4990
>E-mail: gschwed@loeb.com
>        dbesikof@loeb.com

PLEASE TAKE FURTHER NOTICE that the Defendants have knowledge of and consent to this substitution of counsel.

[SIGNATURES TO FOLLOW ON NEXT PAGE]

NY1269578.1_x000b_223067-10001                     2

| | |
|---|---|
| Dated: April 12, 2014<br>      Minneapolis, Minnesota | Dated: April 12, 2014<br>      New York, New York |
| ROBINS, KAPLAN, MILLER & CIRESI LLP<br>JONES & SCHWARTZ P.C. | LOEB & LOEB LLP |
| By: /s/ Thomas B. Hatch<br>   Michael V. Ciresi<br>   Thomas B. Hatch<br>   Damien A. Riehl<br>   800 LaSalle Avenue<br>   Suite 2800<br>   Minneapolis, Minnesota 55402<br>   Tel: (612) 349-8500<br>   Fax: (612) 339-4181<br>   E-mail: mvciresi@rkmc.com<br>            tbhatch@rkmc.com<br>            dariehl@rkmc.com | By: /s/ Daniel B. Besikof<br>   P. Gregory Schwed<br>   Daniel B. Besikof<br>   345 Park Avenue<br>   New York, New York 10154<br>   Tel: (212) 407-4000<br>   Fax: (212) 407-4990<br>   E-mail: gschwed@loeb.com<br>            dbesikof@loeb.com |

Dated: April 12, 2014
      Carle Place, New York

JONES & SCHWARTZ P.C.

By: /s/ Harold D. Jones
   Harold D. Jones
   One Old Country Road
   Suite 384
   Carle Place, New York 11514
   Tel: 516-873-8700
   Fax: (516) 873-8711
   E-mail: hjones@jonesschwartz.com

| | |
|---|---|
| Dated: New York, New York,<br>      April 14th, 2014 | IT IS SO ORDERED:<br><br>/s/ STUART M. BERNSTEIN<br>HON. STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |

NY1269578.1_x000b_223067-10001