ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Michael V. Ciresi
Thomas B. Hatch
Damien A. Riehl
Thomas F. Berndt
800 LaSalle Avenue – 2800 LaSalle Plaza
Minneapolis, MN55402-2015
T:  612-349-8500
F:  612-339-4181

*Attorneys for Defendants*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Adv. Pro. No. 08-1789 (SMB) |
| Securities Investor Protection Corporation | |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| Bernard L. Madoff Investment Securities LLC, | |
| Defendant. | |
| In re: | |
| Bernard L. Madoff | |
| Debtor | |

Pertains to:

| | |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | Case No. 10-04337 (SMB) |
| Plaintiff, | |
| v. | |
| Miles Q. Fiterman Revocable Trust, *et al.*, | |
| Defendants. | |

## Notice of Withdrawal of Appearance and
## Request for Removal from Service List in this Case

PLEASE TAKE NOTICE that Thomas B. Hatch of Robins, Kaplan, Miller & Ciresi L.L.P. hereby withdraws his appearance for Defendants Miles Q. Fiterman Revocable Trust; Miles Q. Fiterman Non-Exempt Marital Trust; Towers Management Company LLC; Fiterman GST Exempt Marital Trust; Miles Fiterman Family Trust; Shirley Fiterman, individually and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust; Steven Fiterman, individually, and in his capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust; Valerie Herschman, individually, and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust; Karen Wasserman; Lynn Guez; Stephanie Rosenthal; Miles Q. Fiterman II; Matthew Fiterman (collectively "Defendants") in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that Thomas B. Hatch requests that he be removed from any and all mailing matrixes and service lists in the above-referenced matter on behalf of Defendants.

This notice and request is precipitated by Mr. Hatch's departure from the firm of Robins, Kaplan, Miller & Ciresi L.L.P. All other counsel of record at Robins, Kaplan, Miller & Ciresi L.L.P. remain the same.

Dated:  April 9, 2014                                  Respectfully submitted,

By: *s/Thomas B. Hatch*
Thomas B. Hatch
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Telephone:  (612) 349-8500
tbhatch@rkmc.com

*Attorneys for Defendants Miles Q. Fiterman Revocable Trust, et al.*