**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> NATHAN COHEN, <br><br> Defendant. | Adv. Pro. No. 10-04843 (SMB) |

300318326

## NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141].  Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on December 1, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on March 31, 2014 the Trustee filed with this Court the Notice of Mediation Referral [Dkt. No. 41], wherein the Trustee and Defendant (the "Parties") jointly agreed to enter mediation prior to discovery without further court order.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register Melanie Cyganowski, from the law firm of Ottenbourg, Steindler, Houston & Rosen P.C., to act as Mediator in this matter.  The Parties further agree to contact Melanie Cyganowski as soon as practicable after this Notice of Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude

within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline

is extended by mutual consent of the Parties and the Mediator.

Dated: New York, New York
       April 14, 2014

Of Counsel:                                    **BAKER & HOSTETLER LLP**

                                               By: *s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**                      45 Rockefeller Plaza
11601 Wilshire Boulevard, Suite 1400           New York, New York 10111
Los Angeles, California 90025-0509             Telephone:  212.589.4200
Telephone:  310.820.8800                       Facsimile:  212.589.4201
Facsimile:  310.820.8859                       David J. Sheehan
Michael R. Matthias                            Email: dsheehan@bakerlaw.com
Email:  mmatthias@bakerlaw.com                 Marc E. Hirschfield
                                               Email: mhirschfield@bakerlaw.com
                                               Nicholas J. Cremona
                                               Email: ncremona@bakerlaw.com

                                               *Attorneys for Irving H. Picard, Trustee for the*
                                               *Substantively Consolidated SIPA Liquidation*
                                               *of Bernard L. Madoff Investment Securities*
                                               *LLC and Estate of Bernard L. Madoff*

                                               **AKERMAN SENTERFITT**

                                               By: *s/ Michael I. Goldberg*
                                               Las Olas Centre II, Suite 1600
                                               350 East Las Olas Boulevard
                                               Fort Lauderdale, Florida 33301-2229
                                               Telephone: 954.463.2700
                                               Facsimile: 954.463.2224
                                               Michael I. Goldberg
                                               Email: michael.goldberg@akerman.com

                                               355 Madison Avenue, Suite 2600
                                               New York, New York 10017
                                               Telephone: 212.880.3800
                                               Facsimile: 212.880.8965
                                               Susan F. Balaschak
                                               Email: susan.balaschak@akerman.com
                                               Kathryn Schwartz
                                               Email: kathryn.schwartz@akerman.com

                                               *Attorneys for Defendant NATHAN COHEN*

300318326