**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman HCHAITMAN@BPLEGAL.COM
Peter W. Smith PSMITH@BPLEGAL.COM
Julie Gorchkova JGORCHKOVA@BPLEGAL.COM
45 Broadway
New York, New York 10006
Telephone (212) 599-3322
Facsimile (212) 557-0295
*Attorneys for Defendants Trust for the Benefit of Ryan Tavlin, Doron Tavlin, in his capacity as Trustee of the Trust for the Benefit of Ryan Tavlin, Omega Asset Management, LLC, and Ryan Tavlin, individually as beneficiary of the Trust for the Benefit of Ryan Tavlin*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　Plaintiff-Applicant,<br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　　Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>TRUST FOR THE BENEFIT OF RYAN TAVLIN,<br><br>HARVEY KRAUSS, in his capacity as Trustee of the Trust for the Benefit of Ryan Tavlin,<br><br>DORON TAVLIN, in his capacity as Trustee of the Trust for the Benefit of Ryan Tavlin,<br><br>OMEGA ASSET MANAGEMENT, LLC, and | Adv. Pro. No. 10-05232 (SMB) |

{N0045043 2 }

RYAN TAVLIN, individually as beneficiary of the Trust for the Benefit of Ryan Tavlin,

                                                             Defendants.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the incorrectly named defendants in this Adversary Proceeding represented by Becker & Poliakoff, LLP on Exhibit A to the Notice of Motions to Dismiss are corrected as follows: Trust for the Benefit of Ryan Tavlin, Doron Tavlin, in his capacity as Trustee of the Trust for the Benefit of Ryan Tavlin, Omega Asset Management, LLC, and Ryan Tavlin, individually as beneficiary of the Trust for the Benefit of Ryan Tavlin (the "Corrected Defendants").

IF IS HEREBY FURTHER STIPULATED AND AGREED, that the motion to dismiss filed in this adversary proceeding on October 31, 2013 [ECF No. 28] was filed on behalf of the Corrected Defendants.

Dated as of: April 16, 2014

| **BAKER & HOSTETLER LLP** | **BECKER & POLIAKOFF LLP** |
|---|---|
| By: **/s/ *Nicholas J. Cremona*** <br>     David J. Sheehan <br>     Nicholas J. Cremona <br>     Donna A. Tobin <br>     Kimberly M. Maynard <br>     45 Rockefeller Plaza <br>     New York, NY 10111 <br>     (212) 589-4200 <br><br> *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By: **/s/ *Helen Davis Chaitman*** <br>     Helen Davis Chaitman <br>     Peter W. Smith <br>     Julie Gorchkova <br>     45 Broadway <br>     New York, New York 10006 <br>     (212) 599-3322 <br><br> *Attorneys for Defendants Trust for the Benefit of Ryan Tavlin, Doron Tavlin, in his capacity as Trustee of the Trust for the Benefit of Ryan Tavlin, Omega Asset Management, LLC, and Ryan Tavlin, individually as beneficiary of the Trust for the Benefit of Ryan Tavlin* |