BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON APRIL 17, 2014 AT 10:30 A.M.**

**UNCONTESTED MATTERS**

**1. SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

A.       Fourteenth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim
          Compensation for Services Rendered and Reimbursement of Actual and Necessary

Expenses Incurred from August 1, 2013 through November 30, 2013 for Baker &
Hostetler, L.L.P., Trustee's Attorney, period: 8/1/2013 to 11/30/2013, fee:
$39,237,170.40, expenses: $489,830.09. Filed by Baker & Hostetler, L.L.P.
(Filed: 3/21/2014) [Docket No. 5980]

B.      Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of
        Interim Compensation for Services Rendered and Reimbursement of Actual and
        Necessary Expenses Incurred from August 1, 2013 through November 30, 2013 for
        Schiltz & Schiltz, Special Counsel, period: 8/1/2013 to 11/30/2013, fee: $31,100.40,
        expenses: $2,021.51. Filed by Schiltz & Schiltz (Filed: 3/21/2014) [Docket No. 5982]

C.      Application of Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) as
        Special Counsel to the Trustee for Allowance of Interim Compensation for Services
        Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August
        1, 2013 through November 30, 2013 for Higgs & Johnson, Special Counsel, period:
        8/1/2013 to 11/30/2013, fee: $58,369.50, expenses: $4,772.21. Filed by Higgs & Johnson
        (Filed: 3/21/2014) [Docket No. 5983]

D.      Application of Soroker - Agmon as Special Counsel to the Trustee for Allowance of
        Interim Compensation for Services Rendered and Reimbursement of Actual and
        Necessary Expenses Incurred from August 1, 2013 through November 30, 2013 for
        Soroker - Agmon, Special Counsel, period: 8/1/2013 to 11/30/2013, fee: $46,747.43,
        expenses: $14.00. Filed by Soroker - Agmon (Filed: 3/21/2014) [Docket No. 5984]

E.      Application of Graf & Pitkowitz Rechtsanwalte GmbH as Special Counsel to the Trustee
        for Allowance of Interim Compensation for Services Rendered and Reimbursement of
        Actual and Necessary Expenses Incurred from August 1, 2013 through November 30,
        2013 for Graf & Pitkowitz Rechtsanwalte GmbH, Special Counsel, period: 8/1/2013 to
        11/30/2013, fee: $369,883.06, expenses: $4,169.66. Filed by Graf & Pitkowitz
        Rechtsanwalte GmbH (Filed: 3/21/2014) [Docket No. 5985]

F.      Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim
        Compensation for Services Rendered and Reimbursement of Actual and Necessary
        Expenses Incurred from August 1, 2013 through November 30, 2013 for SCA Creque,
        Special Counsel, period: 8/1/2013 to 11/30/2013, fee: $18,342.97, expenses: $135.00.
        Filed by SCA Creque (Filed: 3/21/2014) [Docket No. 5986]

G.      Thirteenth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of
        Interim Compensation for Services Rendered and Reimbursement of Actual and
        Necessary Expenses Incurred from August 1, 2013 through November 30, 2013 for
        Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 8/1/2013 to
        11/30/2013, fee: $1,933,182.50, expenses: $10,001.84. Filed by Windels Marx Lane &
        Mittendorf, LLP (Filed: 3/21/2014) [Docket No. 5989]

H.      Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee
        for Allowance of Interim Compensation for Services Rendered and Reimbursement of

Actual and Necessary Expenses Incurred from August 1, 2013 through November 30, 2013 for Young, Conaway, Stargatt & Taylor, LLP, Special Counsel, period: 8/1/2013 to 11/30/2013, fee: $31,022.55, expenses: $742.93. Filed by Young, Conaway, Stargatt & Taylor, LLP (Filed: 3/21/2014) [Docket No. 5990]

I.      Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2013 through November 30, 2013 for Williams, Barristers & Attorneys, Special Counsel, period: 8/1/2013 to 11/30/2013, fee: $118,386.81, expenses: $0. Filed by Williams, Barristers & Attorneys (Filed: 3/21/2014) [Docket No. 5991]

J.      Application of Taylor Wessing as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2013 through November 30, 2013 for Taylor Wessing, Special Counsel, period: 8/1/2013 to 11/30/2013, fee:$1,406,764.55, expenses: $60,747.30. Filed by Taylor Wessing (Filed: 3/21/2014) [Docket No. 5992]

K.      Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2013 through November 30, 2013 for UGGC & Associes, Special Counsel, period: 8/1/2013 to 11/30/2013, fee: $93,897.94, expenses: $10,508.64. Filed by UGGC & Associes (Filed: 3/21/2014) [Docket No. 5993]

L.      Application of Triay Stagnetto Neish as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2012 through November 30, 2013 for Triay Stagnetto Neish, Special Counsel, period: 10/1/2012 to 11/30/2013, fee: $87,185.27, expenses: $939.51. Filed by Triay Stagnetto Neish (Filed: 3/21/2014) [Docket No. 5994]

M.      Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2013 through November 30, 2013 for Werder Vigano, Special Counsel, period: 8/1/2013 to 11/30/2013, fee: $3,412.67, expenses: $0. Filed by Werder Vigano (Filed: 3/21/2014) [Docket No. 5995]

N.      Application of Greenfield Stein & Senior, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2013 through November 30, 2013 for Greenfield Stein & Senior, LLP, Special Counsel, period: 8/1/2013 to 11/30/2013, fee: $2,817.45, expenses: $36.25. Filed by Greenfield Stein & Senior, LLP (Filed: 3/21/2014) [Docket No. 5996]

O.      Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and

- 3 -

Necessary Expenses Incurred from August 1, 2013 through November 30, 2013 for Browne Jacobson, LLP, Special Counsel, period: 8/1/2013 to 11/30/2013, fee: $624,090.66, expenses: $32,822.16. Filed by Browne Jacobson, LLP (Filed: 3/21/2014) [Docket No. 5997]

P.       Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2013 through November 30, 2013 for Eugene F. Collins, Special Counsel, period: 8/1/2013 to 11/30/2013, fee: $3,075.55, expenses: $0. Filed by Eugene F. Collins (Filed: 3/21/2014) [Docket No. 5998]

Q.       Application of Ritter & Ritter Advokatur as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2013 through November 30, 2013 for Ritter & Ritter Advokatur, Special Counsel, period: 8/1/2013 to 11/30/2013, fee: $11,013.71, expenses: $23.26. Filed by Ritter & Ritter Advokatur (Filed: 3/21/2014) [Docket No. 5999]

R.       Application of Munari Giudici Maniglio Panfili E Associati as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2013 through November 30, 2013 for Munari Giudici Maniglio Panfili E Associati, Special Counsel, period: 8/1/2013 to 11/30/2013, fee: $14,262.31, expenses: $0. Filed by Munari Giudici Maniglio Panfili E Associati (Filed: 3/21/2014) [Docket No. 6000]

S.       Application of Kelley, Wolter & Scott, P.A. as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2013 through November 30, 2013 for Kelley, Wolter & Scott, P.A., Special Counsel, period: 8/1/2013 to 11/30/2013, fee: $9,540.00, expenses: $324.00. Filed by Kelley, Wolter & Scott, P.A. (Filed: 3/21/2014) [Docket No. 6001]

T.       Application of Kugler Kandestein, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2013 through November 30, 2013 for Kugler Kandestin, L.L.P., Special Counsel, period: 8/1/2013 to 11/30/2013, fee: $337.19, expenses: $0. Filed by Kugler Kandestin, L.L.P. (Filed: 3/21/2014) [Docket No. 6002]

Related Documents:

1.       Notice of Hearing on Fourteenth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from August 1, 2013 through November 30, 2013 filed by David J. Sheehan (Filed: 3/21/2014) [Docket No. 6003]

- 4 -

2.       Affidavit of Service of Notice of Hearing on Fourteenth Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from August 1, 2013 through November 30, 2013 (Filed: 3/21/2014) [Docket No. 6004]

Responses Filed:

3.       Recommendation of the Securities Investor Protection Corporation in Support of Ninth Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 4/2/2014) [Docket No. 6108]

4.       Recommendation of the Securities Investor Protection Corporation in Support of Seventh Application of Greenfield Stein & Senior LLP for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 4/2/2014) [Docket No. 6109]

5.       Recommendation of the Securities Investor Protection Corporation in Support of Second Application of Kelley, Wolter & Scott, P.A., for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 4/2/2014) [Docket No. 6110]

6.       Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 4/2/2014) [Docket No. 6111]

7.       Recommendation of the Securities Investor Protection Corporation in Support of Fourteenth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 4/2/2014) [Docket No. 6112]

8.       Recommendation of the Securities Investor Protection Corporation in Support of the Thirteenth Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 4/2/2014) [Docket No. 6113]

Objections Due:               April 10, 2014

Objections Filed:             NONE

Status: This matter is going forward.

**2. SIPC v. BLMIS, et al.; Adv. Pro. No. 08-01789**

A. Motion for an Order Approving Fourth Allocation of Property to the Fund of Customer Property and Authorizing Fourth Interim Distribution to Customers filed by David J. Sheehan (Filed: 3/25/2014) [Docket No. 6024]

Related Documents:

 1. Affidavit of Vineet Sehgal in Support of the Trustee's Motion for an Order Approving Fourth Allocation of Property to the Fund of Customer Property and Authorizing Fourth Interim Distribution to Customers (Filed: 3/25/2014) [Docket No. 6025]

 2. Affidavit of Service of Motion for an Order Approving Fourth Allocation of Property to the Fund of Customer Property, Affidavit of Vineet Sehgal in Support of the Trustee's Motion, and Notice of Adjournment of Hearing on Discovery Related Matters (Filed: 3/26/2014) [Docket No. 6029]

  Objections Due:    April 10, 2014

  Objections Filed:   NONE

Status: This matter is going forward.

**3. Picard v. Kingate Global Fund, LTD., et. al.: Adv. Pro. No. 12-01920**

A. Notice of Motion and Motion for Entry of Order under Rule 15 of the Federal Rules of Civil Procedure, as Incorporated by Rule 7015 of the Federal Rules of Bankruptcy Procedure, Granting Leave to File an Amended Complaint filed by David J. Sheehan (Filed 3/25/2014) [Docket No. 28]

Related Documents:

 1. Memorandum of Law in Support of Motion for Leave to File an Amended Complaint filed by David J. Sheehan (Filed 3/25/2014) [Docket No. 29]

 2. Declaration of Gonzalo S. Zeballos, Esq. in Support of Motion for Leave to File an Amended Complaint filed by David J. Sheehan (Filed 3/25/2014) [Docket No. 30]

 3. Affidavit of Service of Notice of Motion and Motion for Entry of Order under Rule 15 of the Federal Rules of Civil Procedure, as Incorporated by Rule 7015 of the Federal Rules of Bankruptcy Procedure, Granting Leave to File an Amended Complaint filed by David J. Sheehan (Filed April 15, 2014) [Docket No. 34]

  Objections Due:    April 10, 2014

  Objections Filed:   NONE

- 6 -

<u>Status</u>: This matter is going forward.


Dated: New York, New York
April 16, 2014

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*