Susan F. Balaschak (SB 1901)
Michael I. Goldberg (MG 0869)
**AKERMAN LLP**
666 Fifth Avenue, 20th Floor
New York, NY 10103
Phone: (212) 880-3800
Fax: (212) 880-8965

*Counsel for Defendants Listed on Exhibit "A"*
*Attached to the Notice of Motion to Dismiss*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff- Applicant, | SIPA LIQUIDATION |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | |
| Plaintiff, | |
| v. | Adv. Pro. Nos. listed on Exhibit "A" |
| DEFENDANTS LISTED ON EXHIBIT "A" ATTACHED TO THE NOTICE OF MOTION TO DISMISS, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Susan F. Balaschak, hereby certify that on April 17, 2014, I caused true and correct copies of the Notice of Motion to Dismiss and Memorandum of Law in Support of Motion to

{28506886;1}

Dismiss the Complaint be filed with the Clerk of the Court and to be served using the CM/ECF system which automatically sent notification of such filing to the parties in this action that have elected to receive notification through the CM/ECF system.

**AKERMAN, LLP**

By: /s/   Susan F. Balaschak
Email: susan.balaschak@akerman.com
335 Madison Avenue, Suite 2600
New York, NY 10017
Phone: (212) 880-3800
Fax: (212) 880-8965

Michael I. Goldberg (MG 0869)
Email: michael.goldberg@akerman.com
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2229
Phone: (954) 463-2700
Fax: (954) 463-2224

{28506886;1}