| | |
|---|---|
| DENTONS US LLP<br>Carole Neville<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>carole.neville@dentons.com<br><br>*Attorneys for Defendants Kelman Partners Limited Partnership, a Delaware limited partnership, C.D. Kelman Corporation, a Delaware corporation, Trust for Lesley A. Kelman Koeppel under Article XII of the Charles D. Kelman Revocable Trust, a Florida trust, Jennifer Kelman, as trustee, Lesley A. Kelman Koeppel, as trustee and as an individual, Trust for Jennifer Kelman under Article XII of the Charles D. Kelman Revocable Trust, a Florida trust, Lesley A. Kelman Koeppel, as trustee, Jennifer Kelman, as trustee and as an individual* | PROSKAUER ROSE LLP<br>Richard L. Spinogatti<br>Pietro A. Deserio<br>Eleven Times Square<br>New York, New York 10036<br>Telephone: (212) 969-3000<br>Facsimile: (212) 969-2900<br>rspinogatti@proskauer.com<br>pdeserio@proskauer.com<br><br>*Attorneys for Defendants Charles D. Kelman Revocable Trust dated May 16, 2001, as restated and amended, a Florida Trust, Steven A. Belson as trustee, Darren S. Berger as trustee; Marital Trust under Article X of the Charles D. Kelman Revocable Trust, a Florida Trust, Ann G. Kelman, as trustee and as an individual, Steven A. Belson, as trustee, Darren S. Berger, as trustee; Trusts for Evan Kelman, J.K. (a minor) and S.K. (a minor) under Article XIII of the Charles D. Kelman Revocable Trust, Florida Trusts; Ann G. Kelman, Steven A. Belson and Darren S. Berger, as trustees; Evan Kelman; J.K. (a minor); S.K. (a minor); Trust for Charles D. Kelman's Grandchildren and more remote descendants under Article VII of the Charles D. Kelman Revocable Trust, a Florida trust, Steven A. Belson, as trustee, Darren S. Berger, as trustee* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>                - against -<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>- against -<br><br>KELMAN PARTNERS LIMITED PARTNERSHIP, a Delaware limited partnership, C.D. KELMAN CORPORATION, a Delaware corporation, CHARLES D. KELMAN REVOCABLE TRUST DATED MAY 16, 2001, AS RESTATED AND AMENDED, a Florida trust, STEVEN A. BELSON, as trustee, DARREN S. BERGER, as trustee, MARITAL TRUST UNDER ARTICLE X OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, ANN G. KELMAN, as trustee and as an individual, STEVEN A. BELSON, as trustee, DARREN S. BERGER, as trustee, TRUST FOR LESLEY A. KELMAN KOEPPEL UNDER ARTICLE XII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, JENNIFER KELMAN, as trustee, LESLEY A. KELMAN KOEPPEL, as trustee and as an individual, TRUST FOR JENNIFER KELMAN UNDER ARTICLE XII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, LESLEY A. KELMAN KOEPPEL, as trustee, JENNIFER KELMAN, as trustee and as an individual, TRUST FOR EVAN KELMAN UNDER ARTICLE XIII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, ANN G. KELMAN, as trustee, STEVEN A. BELSON, as trustee, DARREN S. BERGER, as trustee, EVAN KELMAN, TRUST FOR J.K. [a minor] UNDER ARTICLE XIII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, ANN G. KELMAN, as trustee, STEVEN A. BELSON, as trustee, DARREN S. BERGER, as trustee, J.K., a minor, TRUST FOR S.K. [a minor] UNDER ARTICLE XIII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, ANN G. KELMAN, as trustee, STEVEN A. BELSON, as trustee, DARREN S. BERGER, as trustee, S.K., a minor, TRUST FOR CHARLES D. KELMAN'S GRANDCHILDREN AND MORE REMOTE | Adv. Pro. No.10-05158 (SMB)<br><br><br><br>ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES<br><br><br>JURY TRIAL DEMANDED |

82117876

- 2 -

DESCENDANTS UNDER ARTICLE VII OF THE CHARLES D. KELMAN REVOCABLE TRUST, a Florida trust, STEVEN A. BELSON, as trustee, and DARREN S. BERGER, as trustee,

        Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

    Daniel Piña, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Dentons US LLP.

    On April 17, 2014, I served a true and correct copy of the Answer to Amended Complaint and Affirmative Defenses, upon the parties to this action who receive electronic service through CM/ECF and upon the parties listed below via E-Mail.

        BAKER & HOSTETLER LLP
        45 Rockefeller Plaza
        New York, NY 10111
        Telephone: (212) 589-4200
        Facsimile: (212) 589-4201
        David J. Sheehan (dsheehan@bakerlaw.com)
        Irving H. Picard (ipicard@bakerlaw.com)

        SIPC
        805 15th Street NW Suite 800
        Washington, DC 20005
        Telephone: (202) 371-8300
        Facsimile: (202) 371-6728
        Kevin Bell (kbell@sipc.org)

                                                                               */s/ Daniel Piña*
                                                                               Daniel Piña

Sworn to before me this
17th day of April, 2014

  */s/ Neil R. Toro*
Notary Public

          **Neil R. Toro**
**Notary Public, State of New York**
         **No. 01TO6012986**
       **Qualified in Kings County**
**Commission Expires October 21, 2014**