ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Michael V. Ciresi

Damien A. Riehl

Thomas F. Berndt

800 LaSalle Avenue — 2800 LaSalle Plaza

Minneapolis, MN 55402–2015

T: 612–349–8500

F: 612–339–4181

*Attorneys for Defendants Miles Q. Fiterman Revocable Trust; Miles Q. Fiterman Non-Exempt Marital Trust; Towers Management Company LLC; Fiterman GST Exempt Marital Trust; Miles Fiterman Family Trust; Shirley Fiterman, individually, and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust; Steven Fiterman, individually, and in his capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Nonexempt Marital Trust; Valerie Herschman, individually, and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust; Karen Wasserman; Lynn Guez; Stephanie Rosenthal; Miles Q. Fiterman II; and Matthew Fiterman*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Securities Investor Protection Corporation,**  Plaintiffs-Applicant,  v.  **Bernard L. Madoff Investment Securities LLC,**  Defendant. | SIPA Liquidation  No. 08–01789 (SMB)  (Substantively Consolidated) |
| In re:  **Bernard L. Madoff,**  Debtor. | |

– 1 –

84729923.1

| | |
|---|---|
| **Irving H. Picard**, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>**Miles Q. Fiterman Revocable Trust**; **Miles Q. Fiterman Non-Exempt Marital Trust**; **Towers Management Company LLC**; **Fiterman GST Exempt Marital Trust**; **Miles Fiterman Family Trust**; **Shirley Fiterman,** individually, and in her capacity as Trustee for the **Miles Q. Fiterman Revocable Trust** and the **Miles Q. Fiterman Non-Exempt Marital Trust**; **Steven Fiterman**, individually, and in his capacity as Trustee for the **Miles Q. Fiterman Revocable Trust** and the **Miles Q. Fiterman Nonexempt Marital Trust**; **Valerie Herschman**, individually, and in her capacity as Trustee for the **Miles Q. Fiterman Revocable Trust** and the **Miles Q. Fiterman Non-Exempt Marital Trust**; **Karen Wasserman**; **Lynn Guez**; **Stephanie Rosenthal**; **Miles Q. Fiterman II**; and **Matthew Fiterman**,<br><br>Defendants. | Adversary Proceeding<br><br>No. 10–04337 (SMB)<br><br>Jury Trial Demanded |

### DECLARATION OF THOMAS F. BERNDT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

I, Thomas F. Berndt, hereby declare as follows:

1. I am an attorney at the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., counsel of record for Defendants in this litigation.

2. I submit this affidavit in connection with Defendant's Memorandum of Law in Support of Motion to Dismiss the First Amended Complaint.

3. Attached to this Declaration as Exhibit 1 is a true and correct copy of the Miles Q. Fiterman Non-Exempt Marital Trust's November 30, 2008 BLMIS account

– 2 –

statement for Account No. 1F0200, the first page of which lists the "net market value of open securities positions" as $383,004,866.35.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

April 17, 2014

**Jones & Schwartz, P.C.**

Harold Jones (Bar No. HDJ–4652)

One Old Country Road – Suite 384
Carle Place, New York 11514

T: 516–873–8700
F: 516–873–8711

**Robins, Kaplan, Miller & Ciresi L.L.P.**

By: s/ Thomas F. Berndt
Michael V. Ciresi (admitted *pro hac vice*)
Damien A. Riehl (admitted *pro hac vice*)
Thomas F. Berndt (admitted *pro hac vice*)

800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402–2015

T: 612–349–8500
F: 612–339–4181

*Attorneys for Defendants Miles Q. Fiterman Revocable Trust; Miles Q. Fiterman Non-Exempt Marital Trust; Towers Management Company LLC; Fiterman GST Exempt Marital Trust; Miles Fiterman Family Trust; Shirley Fiterman, individually, and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust; Steven Fiterman, individually, and in his capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Nonexempt Marital Trust; Valerie Herschman, individually, and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust; Karen Wasserman; Lynn Guez; Stephanie Rosenthal; Miles Q. Fiterman II; and Matthew Fiterman*

– 3 –