PORTFOLIO MANAGEMENT REPORT AS OF 11/30/08

Madoff Securities International
12
Mayfair, L
T

NT # 1-F0200-3   MILES Q FITERMAN                REPORT THRU 11/30/08

```
STARTING EQUITY FOR CURRENT YEAR                    363,422,191.47CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                  13,469,429.79-

REALIZED P/L FOR CURRENT YEAR                        68,585,634.40CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS            35,533,529.22-

CURRENT CASH BALANCE                                           .51CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       383,004,866.35    NET LONG
TOTAL EQUITY                                        383,004,866.86CR

ANNUALIZED RETURN FOR CURRENT YEAR          10.16 %
```

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NU ******7091

AMOUNT DEBITED TO YOUR ACCOUNT

```
14,294,670.66

 3,049,378.88
 2,835,004.16
 2,135,027.90
 1,315,425.44
 3,991,016.52
 1,169,381.40
 1,246,902.72
 1,327,381.80
 1,405,449.14
 2,442,382.52
 1,526,327.80

 2,630,850.88
 3,442,708.08
 1,472,815.10
 4,979,706.56
 1,594,143.80
 6,754,155.80
 2,291,967.56
 1,181,594.72
 1,350,265.60
 3,081,422.50
 4,177,427.80
```

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD   STE 300
GOLDEN VALLEY           MN  55427

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-F0200-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|       |         |  |       | BALANCE FORWARD              |         | 14,294,670.66 |  |
| 11/06 | 28,926  |  | 10990 | APPLE INC                    | 105.380 | 3,049,378.88  |  |
| 11/06 | 51,424  |  | 11225 | ABBOTT LABORATORIES          | 55.090  | 2,835,004.16  |  |
| 11/06 | 35,354  |  | 11460 | AMGEN INC                    | 60.350  | 2,135,027.90  |  |
| 11/06 | 25,712  |  | 11695 | BOEING CO                    | 51.120  | 1,315,425.44  |  |
| 11/06 | 167,128 |  | 11930 | BANK OF AMERICA              | 23.840  | 3,991,016.52  |  |
| 11/06 | 19,284  |  | 12165 | BAXTER INTERNATIONAL INC     | 60.600  | 1,169,381.40  |  |
| 11/06 | 38,568  |  | 12400 | BANK OF NEW YORK MELLON CORP | 32.290  | 1,246,902.72  |  |
| 11/06 | 64,280  |  | 12635 | BRISTOL MYERS SQUIBB COMPANY | 20.610  | 1,327,381.80  |  |
| 11/06 | 22,498  |  | 12870 | ANHEUSER BUSCH COS INC       | 62.430  | 1,405,449.14  |  |
| 11/06 | 179,984 |  | 13105 | CITI GROUP INC               | 13.530  | 2,442,382.52  |  |
| 11/06 | 96,420  |  | 13340 | COMCAST CORP CL A            | 15.790  | 1,526,327.80  |  |
| 11/06 | 51,424  |  | 13575 | CONOCOPHILIPS                | 51.120  | 2,630,850.88  |  |
| 11/06 | 196,054 |  | 13810 | CISCO SYSTEMS INC            | 17.520  | 3,442,708.08  |  |
| 11/06 | 48,210  |  | 14045 | CVS CAREMARK CORP            | 30.510  | 1,472,815.10  |  |
| 11/06 | 67,494  |  | 14280 | CHEVRON CORP                 | 73.740  | 4,979,706.56  |  |
| 11/06 | 64,280  |  | 14515 | THE WALT DISNEY CO           | 24.760  | 1,594,143.80  |  |
| 11/06 | 343,898 |  | 14750 | GENERAL ELECTRIC CO          | 19.600  | 6,754,155.80  |  |
| 11/06 | 6,428   |  | 14985 | GOOGLE                       | 356.520 | 2,291,967.56  |  |
| 11/06 | 12,856  |  | 15220 | GOLDMAN SACHS GROUP INC      | 91.870  | 1,181,594.72  |  |
| 11/06 | 57,852  |  | 15455 | HOME DEPOT INC               | 23.300  | 1,350,265.60  |  |
| 11/06 | 80,350  |  | 15690 | HEWLETT PACKARD CO           | 38.310  | 3,081,422.50  |  |
| 11/06 | 44,996  |  | 15925 | INTERNATIONAL BUSINESS MACHS | 92.800  | 4,177,427.80  |  |
|       |         |  |       | CONTINUED ON PAGE    2       |         |               |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD STE 300
GOLDEN VALLEY      MN   55427

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-F0200-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/06 | 183,198 | | 16160 | INTEL CORP | 16.070 | 2,951,318.86 | |
| 1/06 | 93,206 | | 16395 | JOHNSON & JOHNSON | 61.310 | 5,718,187.86 | |
| 1/06 | 122,132 | | 16630 | J.P. MORGAN CHASE & CO | 40.910 | 5,001,305.12 | |
| 1/06 | 51,424 | | 16865 | KRAFT FOOD INC | 29.110 | 1,499,008.64 | |
| 1/06 | 64,280 | | 17100 | COCA COLA CO | 44.490 | 2,862,388.20 | |
| 1/06 | 38,568 | | 17335 | MCDONALDS CORP | 57.900 | 2,234,629.20 | |
| 1/06 | 38,568 | | 17570 | MEDTRONIC INC | 40.310 | 1,556,218.08 | |
| 1/06 | 22,498 | | 17805 | 3M COMPANY | 63.590 | 1,431,546.82 | |
| 1/06 | 67,494 | | 18040 | ALTRIA GROUP INC | 19.160 | 1,295,884.04 | |
| 1/06 | 70,708 | | 18275 | MERCK & CO | 30.780 | 2,179,220.24 | |
| 1/06 | 260,334 | | 18510 | MICROSOFT CORP | 22.310 | 5,818,464.54 | |
| 1/06 | 131,774 | | 18745 | ORACLE CORPORATION | 18.110 | 2,391,697.14 | |
| 1/06 | 28,926 | | 19450 | OCCIDENTAL PETROLEUM CORP | 54.290 | 1,571,549.54 | |
| 1/06 | 51,424 | | 19685 | PEPSICO INC | 57 | 2,933,224.00 | |
| 1/06 | 221,766 | | 19920 | PFIZER INC | 17.690 | 3,931,910.54 | |
| 1/06 | 99,634 | | 20155 | PROCTER & GAMBLE CO | 64.570 | 6,437,352.38 | |
| 1/06 | 70,708 | | 20390 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 3,024,180.84 | |
| 1/06 | 54,638 | | 20625 | QUALCOMM INC | 37.810 | 2,068,047.78 | |
| 1/06 | 38,568 | | 20860 | SCHLUMBERGER LTD | 51.760 | 1,997,821.68 | |
| 1/06 | 192,840 | | 21095 | AT&T INC | 26.980 | 5,210,536.20 | |
| 1/06 | 118,918 | | 21330 | TIME WARNER INC | 10.060 | 1,201,071.08 | |
| 1/06 | 32,140 | | 21565 | UNITED PARCEL SVC INC CLASS B | 52.790 | 1,697,955.60 | |
| 1/06 | 57,852 | | 21800 | U S BANCORP | 29.550 | 1,711,840.60 | |
| 1/06 | 32,140 | | 22035 | UNITED TECHNOLOGIES CORP | 54.920 | 1,766,413.80 | |
| | | | | CONTINUED ON PAGE 3 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD   STE 300
GOLDEN VALLEY     MN   55427

PERIOD ENDING: 11/30/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-F0200-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/06 | 93,206 | | 22270 | VERIZON COMMUNICATIONS | 29.980 | 2,798,043.88 | |
| 1/06 | 109,276 | | 22505 | WELLS FARGO & CO NEW | 33.660 | 3,682,601.16 | |
| 1/06 | 73,922 | | 22740 | WAL-MART STORES INC | 56.560 | 4,183,984.32 | |
| 1/06 | 173,556 | | 22975 | EXXON MOBIL CORP | 73.680 | 12,794,548.08 | |
| 1/06 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/06/08 | DIV | | 6.95 |
| 1/06 | 32,395 | | 10755 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 32,395.00 | |
| 1/06 | | 28,625 | 48272 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 28,625.00 |
| 1/06 | | 10,900,000 | 48486 | U S TREASURY BILL DUE 12/11/2008     12/11/2008 | 99.989 | | 10,898,801.00 |
| 1/06 | | 31,825,000 | 48699 | U S TREASURY BILL DUE 12/18/2008     12/18/2008 | 99.932 | | 31,803,359.00 |
| 1/06 | | 39,625,000 | 48918 | U S TREASURY BILL DUE 01/08/2009     1/08/2009 | 99.960 | | 39,609,150.00 |
| 1/06 | | 39,625,000 | 49129 | U S TREASURY BILL DUE 01/15/2009     1/15/2009 | 99.946 | | 39,603,602.50 |
| 1/06 | | 39,625,000 | 49344 | U S TREASURY BILL DUE 01/22/2009     1/22/2009 | 99.934 | | 39,598,847.50 |

CONTINUED ON PAGE     4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD   STE 300
GOLDEN VALLEY        MN   55427

PERIOD ENDING: 11/30/08
PAGE: 4
YOUR ACCOUNT NUMBER: 1-F0200-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/06 | | 39,625,000 | 49559 | U S TREASURY BILL DUE 01/29/2009 1/29/2009 | 99.928 | | 39,596,470.00 |
| 1/06 | | 25,650,000 | 49765 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.902 | | 25,624,863.00 |
| 1/06 | 26,500,000 | | 50001 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.802 | 26,447,530.00 | |
| 1/06 | 26,500,000 | | 50230 | U S TREASURY BILL DUE 4/02/2009 4/02/2009 | 99.751 | 26,434,015.00 | |
| 1/06 | 26,500,000 | | 50459 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.726 | 26,427,390.00 | |
| 1/07 | 20,025 | | 23511 | APPLE INC | 108.800 | 2,179,521.00 | |
| 1/07 | 35,600 | | 23746 | ABBOTT LABORATORIES | 56.590 | 2,016,028.00 | |
| 1/07 | 24,475 | | 23981 | AMGEN INC | 62.070 | 1,520,142.25 | |
| 1/07 | 17,800 | | 24216 | BOEING CO | 53.640 | 955,504.00 | |
| 1/07 | 113,475 | | 24451 | BANK OF AMERICA | 23.720 | 2,696,166.00 | |
| 1/07 | 13,350 | | 24686 | BAXTER INTERNATIONAL INC | 61.740 | 824,763.00 | |
| 1/07 | 24,475 | | 24921 | BANK OF NEW YORK MELLON CORP | 34.210 | 838,268.75 | |
| 1/07 | 44,500 | | 25156 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 937,170.00 | |
| 1/07 | 15,575 | | 25391 | ANHEUSER BUSCH COS INC | 64.190 | 1,000,382.25 | |
| 1/07 | 120,150 | | 25626 | CITI GROUP INC | 14.410 | 1,736,167.50 | |

CONTINUED ON PAGE 5

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD  STE 300
GOLDEN VALLEY       MN   55427

PERIOD ENDING: 11/30/08
PAGE: 5
YOUR ACCOUNT NUMBER: 1-F0200-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/07 | 64,525 | | 25861 | COMCAST CORP CL A | 17.390 | 1,124,670.75 | |
| 1/07 | 33,375 | | 26096 | CONOCOPHILIPS | 53.060 | 1,772,212.50 | |
| 1/07 | 131,275 | | 26331 | CISCO SYSTEMS INC | 17.580 | 2,313,065.50 | |
| 1/07 | 31,150 | | 26566 | CVS CAREMARK CORP | 31.720 | 989,324.00 | |
| 1/07 | 46,725 | | 26801 | CHEVRON CORP | 75.450 | 3,527,270.25 | |
| 1/07 | 42,275 | | 27036 | THE WALT DISNEY CO | 25.620 | 1,084,776.50 | |
| 1/07 | 233,625 | | 27271 | GENERAL ELECTRIC CO | 19.810 | 4,637,456.25 | |
| 1/07 | 4,450 | | 27506 | GOOGLE | 349.160 | 1,553,940.00 | |
| 1/07 | 8,900 | | 27741 | GOLDMAN SACHS GROUP INC | 89.070 | 793,079.00 | |
| 1/07 | 37,825 | | 27976 | HOME DEPOT INC | 22.480 | 851,819.00 | |
| 1/07 | 55,625 | | 28211 | HEWLETT PACKARD CO | 38.820 | 2,161,587.50 | |
| 1/07 | 31,150 | | 28446 | INTERNATIONAL BUSINESS MACHS | 92.430 | 2,880,440.50 | |
| 1/07 | 124,600 | | 28681 | INTEL CORP | 16 | 1,998,584.00 | |
| 1/07 | 62,300 | | 28916 | JOHNSON & JOHNSON | 61.820 | 3,853,878.00 | |
| 1/07 | 84,550 | | 29151 | J.P. MORGAN CHASE & CO | 40.960 | 3,466,550.00 | |
| 1/07 | 33,375 | | 29386 | KRAFT FOOD INC | 29.710 | 992,906.25 | |
| 1/07 | 44,500 | | 29621 | COCA COLA CO | 46.580 | 2,074,590.00 | |
| 1/07 | 24,475 | | 29856 | MCDONALDS CORP | 57.510 | 1,408,536.25 | |
| 1/07 | 24,475 | | 30091 | MEDTRONIC INC | 41.140 | 1,007,880.50 | |
| 1/07 | 15,575 | | 30326 | 3M COMPANY | 64.880 | 1,011,129.00 | |
| 1/07 | 46,725 | | 30561 | ALTRIA GROUP INC | 19.370 | 906,932.25 | |
| 1/07 | 48,950 | | 30796 | MERCK & CO | 30.480 | 1,493,954.00 | |
| 1/07 | 178,000 | | 31031 | MICROSOFT CORP | 22.940 | 4,090,440.00 | |
| 1/07 | 89,000 | | 31266 | ORACLE CORPORATION | 18.470 | 1,647,390.00 | |
| | | | | CONTINUED ON PAGE   6 | | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD   STE 300
GOLDEN VALLEY        MN   55427

PERIOD ENDING: 11/30/08
PAGE: 6
YOUR ACCOUNT NUMBER: 1-F0200-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/07 | 17,800 | | 31971 | OCCIDENTAL PETROLEUM CORP | 54.380 | 968,676.00 | |
| 1/07 | 35,600 | | 32206 | PEPSICO INC | 58.630 | 2,088,652.00 | |
| 1/07 | 151,300 | | 32441 | PFIZER INC | 18 | 2,729,452.00 | |
| 1/07 | 68,975 | | 32676 | PROCTER & GAMBLE CO | 65.180 | 4,498,549.50 | |
| 1/07 | 46,725 | | 32911 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 2,040,948.00 | |
| 1/07 | 37,825 | | 33146 | QUALCOMM INC | 37.690 | 1,427,137.25 | |
| 1/07 | 26,700 | | 33381 | SCHLUMBERGER LTD | 51.770 | 1,383,327.00 | |
| 1/07 | 129,050 | | 33616 | AT&T INC | 28.910 | 3,735,997.50 | |
| 1/07 | 80,100 | | 33851 | TIME WARNER INC | 10.110 | 813,015.00 | |
| 1/07 | 22,250 | | 34086 | UNITED PARCEL SVC INC CLASS B | 53.680 | 1,195,270.00 | |
| 1/07 | 40,050 | | 34321 | U S BANCORP | 30.790 | 1,234,741.50 | |
| 1/07 | 22,250 | | 34556 | UNITED TECHNOLOGIES CORP | 56 | 1,246,890.00 | |
| 1/07 | 62,300 | | 34791 | VERIZON COMMUNICATIONS | 31.810 | 1,984,255.00 | |
| 1/07 | 75,650 | | 35026 | WELLS FARGO & CO NEW | 34.080 | 2,581,178.00 | |
| 1/07 | 51,175 | | 35261 | WAL-MART STORES INC | 56.730 | 2,905,204.75 | |
| 1/07 | 117,925 | | 35496 | EXXON MOBIL CORP | 75.280 | 8,882,111.00 | |
| | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/07/08 | DIV | | .59 |
| /07 | | 32,395 | 10998 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 32,395.00 |
| /07 | | 25,575,000 | 11267 | U S TREASURY BILL DUE 02/05/09    2/05/2009 | 99.923 | | 25,555,307.25 |

CONTINUED ON PAGE 7

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD   STE 300
GOLDEN VALLEY         MN   55427

PERIOD ENDING: 11/30/08
PAGE: 7
YOUR ACCOUNT NUMBER: 1-F0200-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/07 | | 24,675,000 | 11480 | U S TREASURY BILL DUE 02/19/2009 2/19/2009 | 99.887 | | 24,647,117.25 |
| 1/07 | | 24,675,000 | 11696 | U S TREASURY BILL DUE 02/26/2009 2/26/2009 | 99.889 | | 24,647,610.75 |
| 1/07 | | 25,575,000 | 11908 | U S TREASURY BILL DUE 03/05/09 3/05/2009 | 99.866 | | 25,540,729.50 |
| 1/07 | 75,000 | | 12243 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.720 | 74,790.00 | |
| 1/07 | 75,000 | | 12463 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.671 | 74,753.25 | |
| 1/07 | 31,738 | | 12688 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 31,738.00 | |
| 1/10 | 24,525 | | 35971 | APPLE INC | 108.720 | 2,667,339.00 | |
| 1/10 | 43,600 | | 36206 | ABBOTT LABORATORIES | 55.910 | 2,439,420.00 | |
| 1/10 | 29,975 | | 36441 | AMGEN INC | 59.620 | 1,788,308.50 | |
| 1/10 | 21,800 | | 36676 | BOEING CO | 52.190 | 1,138,614.00 | |
| 1/10 | 141,700 | | 36911 | BANK OF AMERICA | 24.050 | 3,413,553.00 | |
| 1/10 | 19,075 | | 37146 | BAXTER INTERNATIONAL INC | 60.770 | 1,159,950.75 | |
| 1/10 | 32,700 | | 37381 | BANK OF NEW YORK MELLON CORP | 33.480 | 1,096,104.00 | |
| 1/10 | 57,225 | | 37616 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | 1,221,753.75 | |
| | | | | CONTINUED ON PAGE   8 | | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD   STE 300
GOLDEN VALLEY        MN   55427

PERIOD ENDING: 11/30/08
PAGE: 8
YOUR ACCOUNT NUMBER: 1-F0200-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/10 | 19,075 |  | 37851 | ANHEUSER BUSCH COS INC | 64.090 | 1,223,279.75 |  |
| 1/10 | 155,325 |  | 38086 | CITI GROUP INC | 14.270 | 2,222,700.75 |  |
| 1/10 | 81,750 |  | 38321 | COMCAST CORP CL A | 17.410 | 1,426,537.50 |  |
| 1/10 | 43,600 |  | 38556 | CONOCOPHILIPS | 54.130 | 2,361,812.00 |  |
| 1/10 | 166,225 |  | 38791 | CISCO SYSTEMS INC | 18.080 | 3,011,997.00 |  |
| 1/10 | 40,875 |  | 39026 | CVS CAREMARK CORP | 31.300 | 1,281,022.50 |  |
| 1/10 | 59,950 |  | 39261 | CHEVRON CORP | 76.410 | 4,583,177.50 |  |
| 1/10 | 51,775 |  | 39496 | THE WALT DISNEY CO | 25.660 | 1,330,617.50 |  |
| 1/10 | 297,025 |  | 39731 | GENERAL ELECTRIC CO | 20.530 | 6,109,804.25 |  |
| 1/10 | 5,450 |  | 39986 | GOOGLE | 363.580 | 1,981,729.00 |  |
| 1/10 | 13,625 |  | 40201 | GOLDMAN SACHS GROUP INC | 92.680 | 1,263,310.00 |  |
| 1/10 | 49,050 |  | 40436 | HOME DEPOT INC | 23.030 | 1,131,583.50 |  |
| 1/10 | 70,850 |  | 40671 | HEWLETT PACKARD CO | 37.290 | 2,644,830.50 |  |
| 1/10 | 38,150 |  | 40906 | INTERNATIONAL BUSINESS MACHS | 92.660 | 3,536,505.00 |  |
| 1/10 | 160,775 |  | 41141 | INTEL CORP | 15.880 | 2,559,538.00 |  |
| 1/10 | 79,025 |  | 41376 | JOHNSON & JOHNSON | 61.320 | 4,848,974.00 |  |
| 1/10 | 103,550 |  | 41611 | J.P. MORGAN CHASE & CO | 41.730 | 4,325,283.50 |  |
| 1/10 | 43,600 |  | 41846 | KRAFT FOOD INC | 30.100 | 1,314,104.00 |  |
| 1/10 | 57,225 |  | 42081 | COCA COLA CO | 45.500 | 2,606,026.50 |  |
| 1/10 | 32,700 |  | 42316 | MCDONALDS CORP | 57.230 | 1,872,729.00 |  |
| 1/10 | 32,700 |  | 42551 | MEDTRONIC INC | 40.300 | 1,319,118.00 |  |
| 1/10 | 19,075 |  | 42786 | 3M COMPANY | 64.690 | 1,234,724.75 |  |
| 1/10 | 57,225 |  | 43021 | ALTRIA GROUP INC | 18.890 | 1,083,269.25 |  |
| 1/10 | 59,950 |  | 43256 | MERCK & CO | 30.510 | 1,831,472.50 |  |

CONTINUED ON PAGE   9

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD   STE 300
GOLDEN VALLEY   MN   55427

PERIOD ENDING: 11/30/08
PAGE: 9
YOUR ACCOUNT NUMBER: 1-F0200-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /10 | 220,725 | | 43491 | MICROSOFT CORP | 23.200 | 5,129,649.00 | |
| /10 | 111,725 | | 43726 | ORACLE CORPORATION | 18.600 | 2,082,554.00 | |
| /10 | 24,525 | | 44431 | OCCIDENTAL PETROLEUM CORP | 56.010 | 1,374,626.25 | |
| /10 | 43,600 | | 44666 | PEPSICO INC | 57.550 | 2,510,924.00 | |
| /10 | 193,475 | | 44901 | PFIZER INC | 17.960 | 3,482,550.00 | |
| /10 | 84,475 | | 45136 | PROCTER & GAMBLE CO | 65.230 | 5,513,683.25 | |
| /10 | 57,225 | | 45371 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 2,521,905.75 | |
| /10 | 46,325 | | 45606 | QUALCOMM INC | 37.310 | 1,730,238.75 | |
| /10 | 35,425 | | 45841 | SCHLUMBERGER LTD | 50.500 | 1,790,379.50 | |
| /10 | 168,950 | | 46076 | AT&T INC | 28.580 | 4,835,349.00 | |
| /10 | 98,100 | | 46311 | TIME WARNER INC | 11.010 | 1,084,005.00 | |
| /10 | 27,250 | | 46546 | UNITED PARCEL SVC INC CLASS B | 54.420 | 1,484,035.00 | |
| /10 | 49,050 | | 46781 | U S BANCORP | 31.510 | 1,547,527.50 | |
| /10 | 27,250 | | 47016 | UNITED TECHNOLOGIES CORP | 56.430 | 1,538,807.50 | |
| /10 | 81,750 | | 47251 | VERIZON COMMUNICATIONS | 32 | 2,619,270.00 | |
| /10 | 92,650 | | 47486 | WELLS FARGO & CO NEW | 34.600 | 3,209,396.00 | |
| /10 | 62,675 | | 47721 | WAL-MART STORES INC | 55.710 | 3,494,131.25 | |
| /10 | 147,150 | | 47956 | EXXON MOBIL CORP | 75.800 | 11,159,856.00 | |
| /10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/10/08 | DIV | | 1.72 |
| /10 | | 31,738 | 12924 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 31,738.00 |
| /10 | | 25,625,000 | 13120 | U S TREASURY BILL DUE 3/12/2009  3/12/2009 | 99.875 | | 25,592,968.75 |

CONTINUED ON PAGE   10



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD  STE 300
GOLDEN VALLEY      MN   55427

PERIOD ENDING: 11/30/08
PAGE: 10
YOUR ACCOUNT NUMBER: 1-F0200-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /10 | | 25,425,000 | 13303 | U S TREASURY BILL DUE 03/19/2009  3/19/2009 | 99.867 | | 25,391,184.75 |
| /10 | | 26,500,000 | 13513 | U S TREASURY BILL DUE 03/26/2009  3/26/2009 | 99.834 | | 26,456,010.00 |
| /10 | | 26,500,000 | 13715 | U S TREASURY BILL DUE 4/02/2009  4/02/2009 | 99.770 | | 26,439,050.00 |
| /10 | | 26,575,000 | 13935 | U S TREASURY BILL DUE 04/09/2009  4/09/2009 | 99.742 | | 26,506,436.50 |
| /10 | | 75,000 | 14163 | U S TREASURY BILL DUE 4/16/2009  4/16/2009 | 99.686 | | 74,764.50 |
| /10 | 150,000 | | 14385 | U S TREASURY BILL DUE 4/16/2009  4/16/2009 | 99.686 | 149,529.00 | |
| /10 | 98 | | 14612 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 98.00 | |
| /18 | | 57,148 | 49360 | ANHEUSER BUSCH COS INC | 70 | | 4,000,360.00 |
| /18 | 4,000,000 | | 49595 | U S TREASURY BILL DUE 4/16/2009  4/16/2009 | 99.830 | 3,993,200.00 | |
| /18 | 7,160 | | 49833 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,160.00 | |

CONTINUED ON PAGE 11



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD   STE 300
GOLDEN VALLEY           MN   55427

PERIOD ENDING: 11/30/08    PAGE: 11
YOUR ACCOUNT NUMBER: 1-F0200-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .14 |
| 11/19 | | 7,258 | 51632 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 7,258.00 |
| 11/19 | 36,225,000 | | 56234 | U S TREASURY BILL DUE 03/26/2009  3/26/2009 | 99.926 | 36,198,193.50 | |
| 11/19 | 2,709 | | 60671 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,709.00 | |
| 11/20 | | 36,225,000 | 63809 | U S TREASURY BILL DUE 03/26/2009  3/26/2009 | 99.962 | | 36,211,234.50 |
| 11/20 | 36,225,000 | | 64047 | U S TREASURY BILL DUE 4/16/2009  4/16/2009 | 99.947 | 36,205,800.75 | |
| 11/20 | 5,433 | | 64286 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,433.00 | |
| 11/25 | 9,648 | | 64527 | APPLE INC | 85.070 | 821,140.36 | |
| 11/25 | 17,152 | | 64765 | ABBOTT LABORATORIES | 54.140 | 929,295.28 | |
| 11/25 | 11,792 | | 65003 | AMGEN INC | 53.630 | 632,875.96 | |
| 11/25 | 54,672 | | 65241 | BANK OF AMERICA | 12.980 | 711,828.56 | |
| 11/25 | 6,432 | | 65479 | BAXTER INTERNATIONAL INC | 52.570 | 338,387.24 | |
| 11/25 | 12,864 | | 65717 | BANK OF NEW YORK MELLON CORP | 24.690 | 318,126.16 | |
| 11/25 | 21,440 | | 65955 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 432,658.60 | |
| | | | | CONTINUED ON PAGE 12 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD    STE 300
GOLDEN VALLEY         MN   55427

PERIOD ENDING: 11/30/08
PAGE: 12
YOUR ACCOUNT NUMBER: 1-F0200-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/25 | 62,176 | | 66193 | CITI GROUP INC | 6.100 | 381,760.60 | |
| 1/25 | 5,360 | | 66431 | COLGATE PALMOLIVE CO | 62.660 | 336,071.60 | |
| 1/25 | 31,088 | | 66669 | COMCAST CORP CL A | 13.970 | 435,542.36 | |
| 1/25 | 17,152 | | 66907 | CONOCOPHILIPS | 45.100 | 774,241.20 | |
| 1/25 | 64,320 | | 67145 | CISCO SYSTEMS INC | 14.970 | 965,442.40 | |
| 1/25 | 16,080 | | 67383 | CVS CAREMARK CORP | 27.040 | 435,446.20 | |
| 1/25 | 22,512 | | 67621 | CHEVRON CORP | 68.710 | 1,547,699.52 | |
| 1/25 | 20,368 | | 67859 | THE WALT DISNEY CO | 19.760 | 403,285.68 | |
| 1/25 | 7,504 | | 68097 | EXELON CORP | 48.740 | 366,044.96 | |
| 1/25 | 117,920 | | 68335 | GENERAL ELECTRIC CO | 14.010 | 1,656,775.20 | |
| 1/25 | 2,144 | | 68573 | GOOGLE | 275 | 589,685.00 | |
| 1/25 | 18,224 | | 68811 | HOME DEPOT INC | 19.530 | 356,642.72 | |
| 1/25 | 26,800 | | 69049 | HEWLETT PACKARD CO | 32.990 | 885,204.00 | |
| 1/25 | 15,008 | | 69287 | INTERNATIONAL BUSINESS MACHS | 75.080 | 1,127,400.64 | |
| 1/25 | 62,176 | | 69525 | INTEL CORP | 12.270 | 765,386.52 | |
| 1/25 | 31,088 | | 69763 | JOHNSON & JOHNSON | 57.650 | 1,793,466.20 | |
| 1/25 | 40,736 | | 70001 | J.P. MORGAN CHASE & CO | 27.760 | 1,132,460.36 | |
| 1/25 | 16,080 | | 70239 | KRAFT FOOD INC | 25.900 | 417,115.00 | |
| 1/25 | 21,440 | | 70477 | COCA COLA CO | 42.040 | 902,194.60 | |
| 1/25 | 11,792 | | 70715 | MCDONALDS CORP | 55 | 649,031.00 | |
| 1/25 | 12,864 | | 70953 | MEDTRONIC INC | 30.800 | 396,725.20 | |
| 1/25 | 7,504 | | 71191 | 3M COMPANY | 58.280 | 437,633.12 | |
| 1/25 | 22,512 | | 71429 | ALTRIA GROUP INC | 16.250 | 366,720.00 | |
| 1/25 | 23,584 | | 71667 | MERCK & CO | 25 | 590,543.00 | |

CONTINUED ON PAGE 13

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD   STE 300
GOLDEN VALLEY        MN   55427

PERIOD ENDING: 11/30/08
PAGE: 13
YOUR ACCOUNT NUMBER: 1-F0200-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/25 | 85,760 | | 71905 | MICROSOFT CORP | 18.100 | 1,555,686.00 | |
| 1/25 | 42,880 | | 72619 | ORACLE CORPORATION | 16.050 | 689,939.00 | |
| 1/25 | 9,648 | | 72857 | OCCIDENTAL PETROLEUM CORP | 44.570 | 430,396.36 | |
| 1/25 | 17,152 | | 73095 | PEPSICO INC | 51.800 | 889,159.60 | |
| 1/25 | 73,968 | | 73333 | PFIZER INC | 15.320 | 1,136,147.76 | |
| 1/25 | 32,160 | | 73571 | PROCTER & GAMBLE CO | 61.940 | 1,993,276.40 | |
| 1/25 | 22,512 | | 73809 | PHILLIP MORRIS INTERNATIONAL | 36.380 | 819,886.56 | |
| 1/25 | 18,224 | | 74047 | QUALCOMM INC | 29.850 | 544,714.40 | |
| 1/25 | 12,864 | | 74285 | SCHLUMBERGER LTD | 46.270 | 595,731.28 | |
| 1/25 | 64,320 | | 74523 | AT&T INC | 25 | 1,610,572.00 | |
| 1/25 | 39,664 | | 74761 | TIME WARNER INC | 8.010 | 319,294.64 | |
| 1/25 | 10,720 | | 74999 | UNITED PARCEL SVC INC CLASS B | 50.760 | 544,575.20 | |
| 1/25 | 19,296 | | 75237 | U S BANCORP | 23.400 | 452,297.40 | |
| 1/25 | 10,720 | | 75475 | UNITED TECHNOLOGIES CORP | 44.890 | 481,648.80 | |
| 1/25 | 31,088 | | 75713 | VERIZON COMMUNICATIONS | 26.570 | 827,251.16 | |
| 1/25 | 41,808 | | 75951 | WELLS FARGO & CO NEW | 23.820 | 997,538.56 | |
| 1/25 | 24,656 | | 76189 | WAL-MART STORES INC | 51.450 | 1,269,537.20 | |
| 1/25 | 15,008 | | 76427 | WYETH | 33 | 495,864.00 | |
| 1/25 | 57,898 | | 76665 | EXXON MOBIL CORP | 72 | 4,170,251.00 | |
| 1/25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/25/08 | DIV | | .73 |
| 1/25 | | 8,142 | 77238 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 8,142.00 |

CONTINUED ON PAGE 14

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD   STE 300
GOLDEN VALLEY        MN   55427

PERIOD ENDING: 11/30/08
PAGE: 14
YOUR ACCOUNT NUMBER: 1-F0200-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/25 | | 40,375,000 | 77496 | U S TREASURY BILL DUE 4/16/2009  4/16/2009 | 99.878 | | 40,325,742.50 |
| 1/25 | 4,745 | | 77779 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,745.00 | |
| | | | | NEW BALANCE | | 52,424,662.49 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 555,160 | | | AT&T INC | 28.560 | | |
| | 147,776 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 193,956 | | | ALTRIA GROUP INC | 16.080 | | |
| | 101,596 | | | AMGEN INC | 55.540 | | |
| | 83,124 | | | APPLE INC | 92.670 | | |
| | 476,975 | | | BANK OF AMERICA | 16.250 | | |
| | 108,607 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 58,141 | | | BAXTER INTERNATIONAL INC | 52.900 | | |
| | 65,312 | | | BOEING CO | 42.630 | | |
| | 187,445 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 136,315 | | | CVS CAREMARK CORP | 28.930 | | |
| | 196,681 | | | CHEVRON CORP | 79.010 | | |
| | 557,874 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 517,635 | | | CITI GROUP INC | 8.290 | | |
| | 187,445 | | | COCA COLA CO | 46.870 | | |
| | 5,360 | | | COLGATE PALMOLIVE CO | 65.070 | | |

CONTINUED ON PAGE   15

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD   STE 300
GOLDEN VALLEY           MN   55427

PERIOD ENDING: 11/30/08
PAGE: 15
YOUR ACCOUNT NUMBER: 1-F0200-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 273,783 | | | COMCAST CORP CL A | 17.340 | | |
| | 145,551 | | | CONOCOPHILIPS | 52.520 | | |
| | 178,698 | | | THE WALT DISNEY CO | 22.520 | | |
| | 7,504 | | | EXELON CORP | 56.210 | | |
| | 496,519 | | | EXXON MOBIL CORP | 80.150 | | |
| | 992,468 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 35,381 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 18,472 | | | GOOGLE | 292.960 | | |
| | 233,625 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 162,951 | | | HOME DEPOT INC | 23.110 | | |
| | 530,749 | | | INTEL CORP | 13.800 | | |
| | 129,304 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 350,968 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 265,619 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 144,479 | | | KRAFT FOOD INC | 27.210 | | |
| | 107,535 | | | MCDONALDS CORP | 58.750 | | |
| | 108,607 | | | MEDTRONIC INC | 30.520 | | |
| | 203,192 | | | MERCK & CO | 26.720 | | |
| | 744,819 | | | MICROSOFT CORP | 20.220 | | |
| | 80,899 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| | 375,379 | | | ORACLE CORPORATION | 16.090 | | |
| | 147,776 | | | PEPSICO INC | 56.700 | | |
| | 640,509 | | | PFIZER INC | 16.430 | | |
| | 197,170 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |

CONTINUED ON PAGE   16

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD   STE 300
GOLDEN VALLEY        MN   55427

PERIOD ENDING: 11/30/08
PAGE: 16
YOUR ACCOUNT NUMBER: 1-F0200-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 285,244 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 157,012 | | | QUALCOMM INC | 33.570 | | |
| | 113,557 | | | SCHLUNBERGER LTD | 50.740 | | |
| | 4,745 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 64,652 | | | 3M COMPANY | 66.930 | | |
| | 336,782 | | | TIME WARNER INC | 9.050 | | |
| | 166,248 | | | U S BANCORP | 26.980 | | |
| | 92,360 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 92,360 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 268,344 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 212,428 | | | WAL-MART STORES INC | 55.880 | | |
| | 319,384 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 15,008 | | | WYETH | 36.010 | | |
| | | | | MARKET VALUE OF SECURITIES LONG        SHORT 394,548,866.35 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD   STE 300
GOLDEN VALLEY        MN   55427

PERIOD ENDING: 11/30/08
PAGE: 17
YOUR ACCOUNT NUMBER: 1-F0200-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 2,322,356.05 |
| | | | | GROSS PROCEEDS FROM SALES | | | 2,255,786,794.94 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | BERNARD L. MADOFF | | | 885 Third Avenue | | Affiliated with |
|---|---|---|---|---|---|---|
| MADF | INVESTMENT SECURITIES LLC | | | New York, NY 10022 | | Madoff Securities International Limited |
| | New York □ London | | | (212) 230-2424 | | 12 Berkeley Street |
| | | | | 800 334-1343 | | Mayfair, London W1J 8DT |
| | | | | Fax (212) 838-4061 | | Tel 020 7493 6222 |

MILES Q FITERMAN  
NON-EXEMPT MARITAL TRUST  
C/O TOWERS MANAGEMENT CO  
7575 GOLDEN VALLEY RD STE 300  
GOLDEN VALLEY MN 55427  

PERIOD ENDING: 11/30/08   PAGE: 1  
YOUR ACCOUNT NUMBER: 1-F0200-4-0   YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091  

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 14,294,671.00 |
| 1/06 | | 3,214 | 18980 | S & P 100 INDEX NOVEMBER 470 CALL | 20.300 | | 6,521,206.00 |
| 1/06 | 3,214 | | 19215 | S & P 100 INDEX NOVEMBER 460 PUT | 20.500 | 6,591,914.00 | |
| 1/07 | | 2,225 | 31501 | S & P 100 INDEX NOVEMBER 470 CALL | 22 | | 4,892,775.00 |
| 1/07 | 2,225 | | 31736 | S & P 100 INDEX NOVEMBER 460 PUT | 13.800 | 3,072,725.00 | |
| 1/10 | | 2,725 | 43961 | S & P 100 INDEX NOVEMBER 485 CALL | 12.400 | | 3,376,275.00 |
| 1/10 | 2,725 | | 44196 | S & P 100 INDEX NOVEMBER 475 PUT | 16.800 | 4,580,725.00 | |
| 1/19 | | 8,164 | 30175 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 21,218,236.00 |
| 1/19 | 8,164 | | 30413 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 24,500,164.00 | |
| 1/19 | 5,439 | | 30651 | S & P 100 INDEX NOVEMBER 470 CALL | 1.500 | 821,289.00 | |
| 1/19 | 2,725 | | 30889 | S & P 100 INDEX NOVEMBER 485 CALL | .900 | 247,975.00 | |
| 1/19 | | 5,439 | 31127 | S & P 100 INDEX NOVEMBER 460 PUT | 45 | | 24,470,061.00 |
| 1/19 | | 2,725 | 31365 | S & P 100 INDEX NOVEMBER 475 PUT | 59 | | 16,074,775.00 |
| | | | | CONTINUED ON PAGE 2 | | | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MILES Q FITERMAN
NON-EXEMPT MARITAL TRUST
C/O TOWERS MANAGEMENT CO
7575 GOLDEN VALLEY RD   STE 300
GOLDEN VALLEY        MN  55427

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-F0200-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7091

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/25 | | 1,072 | 72143 | S & P 100 INDEX DECEMBER 380 CALL | 34 | | 3,643,728.00 |
| 1/25 | 1,072 | | 72381 | S & P 100 INDEX DECEMBER 370 PUT | 21 | 2,252,272.00 | |
| | | | | NEW BALANCE | | | 52,424,663.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 8,164 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | 1,072 | | S & P 100 INDEX DECEMBER 380 CALL | 61 | | |
| | 8,164 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | 1,072 | | | S & P 100 INDEX DECEMBER 370 PUT | 5.100 | | |

MARKET VALUE OF SECURITIES
LONG              SHORT
14,017,320.00    25,561,320.00-