DENTONS US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| - against - | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No.10-05028 (SMB) |
| Plaintiff, | |
| - against - | |
| ESTATE OF JACK SHURMAN; ESTATE OF HELEN SHURMAN; PAUL S. SHURMAN, individually, in his capacity as Executor of the Estates of Jack Shurman and Helen Shurman and as beneficiary under the wills of Jack Shurman and Helen Shurman; and WILLIAM A. SHURMAN, individually, in his capacity as Executor of the Estates of Jack Shurman and Helen Shurman, and as beneficiary under the wills of Jack Shurman and Helen Shurman, | ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

JURY TRIAL DEMANDED |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )

                       ) ss.:

COUNTY OF NEW YORK  )

Daniel Piña, the undersigned deposes and says:  I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Dentons US LLP.

On April 17, 2014, I served a true and correct copy of the Answer to Amended Complaint and Affirmative Defenses, upon the parties to this action who receive electronic service through CM/ECF and upon the parties listed below via E-Mail.

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan (dsheehan@bakerlaw.com)
Irving H. Picard (ipicard@bakerlaw.com)

SIPC
805 15th Street NW Suite 800
Washington, DC 20005
Telephone: (202) 371-8300
Facsimile: (202) 371-6728
Kevin Bell (kbell@sipc.org)

                                        */s/ Daniel Piña*
                                        Daniel Piña

Sworn to before me this
17th day of April, 2014

*/s/ Neil R. Toro*
Notary Public

**Neil R. Toro**
**Notary Public, State of New York**
**No. 01TO6012986**
**Qualified in Kings County**
**Commission Expires October 21, 2014**

82117257\V-1