**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Oren J. Warshavsky
Jessie A. Kuhn
Michelle L. Young

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>                    Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>                    Plaintiff,<br>v.<br>ESTATE OF SYRIL SEIDEN, and<br>STUART SEIDEN, individually and in his fiduciary capacity,<br>                    Defendants. | Adv. Pro. No. 10-04739 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were served on March 15, 2013.

2. Fact Discovery shall be completed by: June 16, 2014.

3. Substantive Interrogatories were served on January 10, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due: August 22, 2014.

5. The Disclosure of Rebuttal Experts shall be due: September 24, 2014.

6. The Deadline for Completion of Expert Discovery shall be: December 22, 2014.

7. The Deadline for Service of a Notice of Mediation Referral shall be: February 23, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: March 5, 2015.

[*The Rest of this Page is Intentionally Left Blank*]

300318619.1

9.  The Deadline for Conclusion of Mediation shall be: July 6, 2015.

Dated: New York, New York             BAKER & HOSTETLER LLP
       April 17, 2014

                                      By: s/ *Marc E. Hirschfield*
                                      David J. Sheehan
                                      Marc E. Hirschfield
                                      Oren J. Warshavsky
                                      Jessie A. Kuhn
                                      Michelle L. Young
                                      45 Rockefeller Plaza
                                      New York, NY 10111
                                      Telephone: (212) 589-4200
                                      Facsimile: (212) 589-4201

                                      *Attorneys for Irving H. Picard, Trustee for*
                                      *the Substantively Consolidated SIPA*
                                      *Liquidation of Bernard L. Madoff Investment*
                                      *Securities LLC and Bernard L. Madoff*

300318619.1