**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendant.

-----------------------------------------------------------X

In re:

BERNARD L. MADOFF,

    Debtor.

-----------------------------------------------------------X

IRVING PICARD, Trustee for the
Liquidation of Bernard L. Madoff Investment
Securities LLC, and Bernard L. Madoff,

    Plaintiff,

v.

PANAGIOTIS SAKELLARIOU
SETTLEMENT, an irrevocable trust u/a/d
12/17/92, SG HAMBROS BANK & TRUST
(BAHAMAS) LIMITED, in its capacity as
Trustee of the Panagiotis Sakellariou
Settlement, an Irrevocable Trust u/a/d 12/17/92,
CONSTANTINE PALEOLOGOS, individually,
CELIA PALEOLOGOS, individually, and
CHRIS G. LAZARIDES, individually,

    Defendants.

-----------------------------------------------------------X

No. 08-01789 (SMB)

SIPA Liquidation

(Substantively Consolidated)

Bankruptcy Court Case No.:
Adv. Pro. No. 10-04392 (SMB)

## RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendant Panagiotis Sakellariou Settlement, an irrevocable trust u/a/d 12/17/9, and Defendant SG Hambros Bank & Trust (Bahamas) Limited (now known as Société Générale Private Banking (Bahamas) Ltd.), in its capacity as Trustee of the Panagiotis Sakellariou Settlement, an irrevocable trust u/a/d 12/17/92, through their undersigned attorneys, state that they are not corporate parties and therefore there are no parent corporations or publicly held corporations as to which disclosure is required for such Defendants.[1]

Dated: New York, New York
April 17, 2014

                                    FLEMMING ZULACK WILLIAMSON
                                    ZAUDERER LLP

                                    /s/ John F. Zulack
                                    John F. Zulack
                                    One Liberty Plaza
                                    New York, New York  10006
                                    Telephone:  (212) 412-9500

                                    *Attorneys for Defendants Panagiotis*
                                    *Sakellariou Settlement, an irrevocable trust*
                                    *u/a/d 12/17/92, and SG Hambros Bank & Trust*
                                    *(Bahamas) Limited, in its capacity as Trustee*
                                    *of the Panagiotis Sakellariou Settlement, an*
                                    *irrevocable trust u/a/d 12/17/92*

---

[1] The following corporate entities own 10% or more of the stock of SG Hambros Bank & Trust (Bahamas) Limited (now known as Société Générale Private Banking (Bahamas) Ltd.) in its individual capacity:  Société Générale Private Banking (Suisse) S.A., Société Générale Bank & Trust S.A., and Société Générale.