DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Jeffrey D. Sternklar (*pro hac vice*)
jdsternklar@duanemorris.com
    and
1540 Broadway
New York, NY 10036-4086
Gerard S. Catalanello
Patricia Heer Piskorski
gcatalanello@duanemorris.com
phheer@duanemorris.com

*Attorneys for ROBYN G. CHERNIS*
*IRREVOCABLE TRUST U/D/T 7/4/93;*
*PETER G. CHERNIS, in his capacity as*
*Trustee of the Robyn G. Chernis*
*Irrevocable Trust u/d/t 7/4/93; and*
*ROBYN G. CHERNIS*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD,<br>    Plaintiff,<br><br>    -against-<br><br>ROBYN G. CHERNIS IRREVOCABLE TRUST U/D/T 7/4/93; PETER G. CHERNIS, | Adv. Pro. No. 10-04734 (SMB) |

> in his capacity as Trustee of the Robyn G. Chernis Irrevocable Trust u/d/t 7/4/93; and
> ROBYN G. CHERNIS
>     Defendants.

## CERTIFICATE OF SERVICE

I Patricia Heer Piskorski, certify that I am not less than 18 years of age, and that on April 17, 2014, I caused a true and correct copy of the *Defendants' Answer, Affirmative Defenses and Jury Demand* to be served electronically through the Court's ECF System on parties requesting electronic service, and on April 18, 2014 by electronic mail and Federal Express, overnight delivery at the address set forth below:

Jordan Sinclair
jsinclair@bakerlaw.com
Baker & Hostetler LLP
1000 Louisiana, Suite 2000
Houston, Texas 77002-5018

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 18, 2014
      New York, New York

      **DUANE MORRIS LLP**

      */s/ Patricia Heer Piskorski*
      Patricia H. Heer Piskorski, Esq.
      1540 Broadway
      New York, New York 10036-4086
      (212) 692-1000
      (212) 692-1020 (facsimile)
      pheer@duanemorris.com
      *Attorneys for the Defendants*