DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Jeffrey D. Sternklar (*pro hac vice*)
jdsternklar@duanemorris.com
        and
1540 Broadway
New York, NY 10036-4086
Gerard S. Catalanello
Patricia Heer Piskorski
gcatalanello@duanemorris.com
phheer@duanemorris.com

*Attorneys for MAGNUS A. UNFLAT; ELEANORE C. UNFLAT LIVING TRUST; ELEANORE C. UNFLAT, in her capacity as co-trustee of the Eleanore C. Unflat Living Trust; MAGNUS A. UNFLAT, in his capacity as co-trustee for the Eleanore C. Unflat Living Trust; and ELEANORE C. UNFLAT, individually*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>        Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

| | |
|---|---|
| IRVING H. PICARD,<br>    Plaintiff,<br><br>-against-<br><br>MAGNUS A. UNFLAT; ELEANORE C. UNFLAT LIVING TRUST; ELEANORE C. UNFLAT, in her capacity as co-trustee of the Eleanore C. Unflat Living Trust; MAGNUS A. UNFLAT, in his capacity as co-trustee for the Eleanore C. Unflat Living Trust; and ELEANORE C. UNFLAT, individually,<br>    Defendants. | Adv. Pro. No. 10-04617 (SMB) |

## CERTIFICATE OF SERVICE

I Patricia Heer Piskorski, certify that I am not less than 18 years of age, and that on April 17, 2014, I caused a true and correct copy of the *Defendants' Answer, Affirmative Defenses and Jury Demand* to be served electronically through the Court's ECF System on parties requesting electronic service and by Federal Express, overnight delivery at the address set forth below, and on April 18, 2014 by electronic mail.

Michael Wilde
mwilde@bakerlaw.com
Baker & Hostetler LLP
SunTrust Center
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432

    Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 18, 2014
      New York, New York

**DUANE MORRIS LLP**

*/s/ Patricia Heer Piskorski*
Patricia H. Heer Piskorski, Esq.
1540 Broadway
New York, New York 10036-4086
(212) 692-1000


(212) 692-1020 (facsimile)
pheer@duanemorris.com
*Attorneys for the Defendants*