DENTONS US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>- against -<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>- against -<br><br>EPIC VENTURES, LLC and ERIC P. STEIN, individually, and as Managing Member of EPIC VENTURES, LLC,<br><br>Defendants. | Adv. Pro. No.10-04466 (SMB) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Daniel Piña, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Dentons US LLP.

On April 16, 2014, I served a true and correct copy of the Answer to Complaint and Affirmative Defenses, upon the parties to this action who receive electronic service through CM/ECF and upon the parties listed below via E-Mail.

>BAKER & HOSTETLER LLP
>45 Rockefeller Plaza
>New York, NY 10111
>Telephone: (212) 589-4200
>Facsimile: (212) 589-4201
>David J. Sheehan (dsheehan@bakerlaw.com)
>Irving H. Picard (ipicard@bakerlaw.com)

>SIPC
>805 15th Street NW Suite 800
>Washington, DC 20005
>Telephone: (202) 371-8300
>Facsimile: (202) 371-6728
>Kevin Bell (kbell@sipc.org)

           /s/ Daniel Piña
           Daniel Piña

Sworn to before me this
18th day of April, 2014

  /s/ Neil R. Toro
Notary Public

**Neil R. Toro
Notary Public, State of New York
No. 01TO6012986
Qualified in Kings County
Commission Expires October 21, 2014**