DENTONS US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| - against - | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No.10-05200 (SMB) |
| Plaintiff, | |
| - against - | |
| HELENE CUMMINGS KARP ANNUITY, and HELENE CUMMINGS KARP, | |
| Defendants. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

Daniel Piña, the undersigned deposes and says:  I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Dentons US LLP.

On April 16, 2014, I served a true and correct copy of the Answer to Amended Complaint and Affirmative Defenses, upon the parties to this action who receive electronic service through CM/ECF and upon the parties listed below via E-Mail.

>BAKER & HOSTETLER LLP
>45 Rockefeller Plaza
>New York, NY 10111
>Telephone: (212) 589-4200
>Facsimile: (212) 589-4201
>David J. Sheehan (dsheehan@bakerlaw.com)
>Irving H. Picard (ipicard@bakerlaw.com)

>SIPC
>805 15th Street NW Suite 800
>Washington, DC 20005
>Telephone: (202) 371-8300
>Facsimile: (202) 371-6728
>Kevin Bell (kbell@sipc.org)

                                    */s/ Daniel Piña*
                                    Daniel Piña

Sworn to before me this
 18th day of April, 2014

 */s/ Neil R. Toro*
Notary Public

**Neil R. Toro**
**Notary Public, State of New York**
**No. 01TO6012986**
**Qualified in Kings County**
**Commission Expires October 21, 2014**

82112369\V-1               - 2 -