UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

       Plaintiff-Applicant,

       - against-

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

       Defendant.
---------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

       Plaintiff,

       - against -

PATRICE M. AULD, MERRITT KEVIN AULD
and JAMES P. MARDEN,

       Defendants.
---------------------------------------------------------------x

Adv. Pro. No. 08-1789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Pro. No. 10-4343 (SMB)

## DECLARATION OF SERVICE

1.    I reside in New York, NY, am over 18 years of age and am not a party to this action.

2.    On April 17, 2014 the document listed below (the "Filing") was filed electronically via the Court's CM/ECF System.

- **ANSWER AND AFFIRMATIVE DEFENSES**

3.    Electronic notice of said Filing was provided via the Court's CM/ECF System to all parties able to receive electronic notice, as indicated in the Notice of Electronic Filing. Such parties may access the Filing through the Court's CM/ECF System.

1316073 v1

2

4.	Copies of the Filing were also served on April 18, 2014 via USPS First Class Mail, postage prepaid, return service requested to those parties listed on the attached Service List.

I declare, pursuant to USC Title 28 § 1746, under penalty of perjury that the foregoing is true and correct. Executed in New York, NY, on April 18, 2014.

By:	*/s/ David L. Stevens*
	David L. Stevens

**<u>Sevice List</u>:**

Marc Hirschfield, Esq.
Oren J. Warshavsky, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Kevin Bell, Esq.
Lauren Attard, Esq.
Securities Investor Protection Corporation
805 15th Street NW, Suite 800
Washington, DC 20005