DENTONS US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>- against -<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>- against -<br><br>LAURA E. GIGGENHEIMER COLE,<br><br>Defendant. | Adv. Pro. No.10-04882 (SMB) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Daniel Piña, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Dentons US LLP.

On April 16, 2014, I served a true and correct copy of the Answer to Amended Complaint and Affirmative Defenses, upon the parties to this action who receive electronic service through CM/ECF and upon the parties listed below via E-Mail.

> BAKER & HOSTETLER LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> Telephone: (212) 589-4200
> Facsimile: (212) 589-4201
> David J. Sheehan (dsheehan@bakerlaw.com)
> Irving H. Picard (ipicard@bakerlaw.com)
>
> SIPC
> 805 15th Street NW Suite 800
> Washington, DC 20005
> Telephone: (202) 371-8300
> Facsimile: (202) 371-6728
> Kevin Bell (kbell@sipc.org)

            */s/ Daniel Piña*
            Daniel Piña

Sworn to before me this
 18th day of April, 2014

 */s/ Neil R. Toro*
Notary Public

**Neil R. Toro**
**Notary Public, State of New York**
**No. 01TO6012986**
**Qualified in Kings County**
**Commission Expires October 21, 2014**