UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | : | SIPA LIQUIDATION |
| - against- | : | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : | |
| Plaintiff, | : | |
| - against - | : | Adv. Pro. No. 10-4814 (SMB) |
| NORMA FISHBEIN REVOCABLE TRUST DTD 3/21/90; ESTATE OF NORMA FISHBEIN; and ROBERT FISHBEIN, in his capacity as Trustee of the Norma Fishbein Revocable Trust dtd 3/21/90 and in his capacity as Personal Representative of the Estate of Norma Fishbein, | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

## **DECLARATION OF SERVICE**

1. I reside in New York, NY, am over 18 years of age and am not a party to this action.

2. On April 17, 2014 the document listed below (the "Filing") was filed electronically via the Court's CM/ECF System.

- **ANSWER AND AFFIRMATIVE DEFENSES**

3. Electronic notice of said Filing was provided via the Court's CM/ECF System to

1316073 v5

all parties able to receive electronic notice, as indicated in the Notice of Electronic Filing. Such parties may access the Filing through the Court's CM/ECF System.

4.     Copies of the Filing were also served on April 18, 2014 via USPS First Class Mail, postage prepaid, return service requested to those parties listed on the attached Service List.

I declare, pursuant to USC Title 28 § 1746, under penalty of perjury that the foregoing is true and correct.  Executed in New York, NY, on April 18, 2014.

|  |  |
|---|---|
| By: | */s/ David L. Stevens* |
|  | David L. Stevens |

**Sevice List:**

Marc Hirschfield, Esq.
Oren J. Warshavsky, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Kevin Bell, Esq.
Lauren Attard, Esq.
Securities Investor Protection Corporation
805 15th Street NW, Suite 800
Washington, DC 20005