**KLESTADT & WINTERS, LLP**

570 Seventh Avenue, 17th Floor
New York, NY 10018-6314
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
Brendan M. Scott

*Attorneys for Defendants Lewis Alpern and Jane Alpern*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04308 (BRL) |
| v. | |
| LEWIS ALPERN and JANE ALPERN, | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

1. I am an attorney admitted to practice before this Court.

2. On April 17, 2014 the document listed below was filed electronically via the Court's CM/ECF System.

- **Defendants' Answer with Affirmative Defenses ("Answer")**

3.  Electronic notice of the filing of the Answer was provided via the Court's CM/ECF System to all parties able to receive electronic notice, as indicated in the Notice of Electronic Filing. Such parties may access the Answer through the Court's CM/ECF System.

4.  Copies of the Answer were also served on April 18, 2014 via USPS First Class Mail, postage prepaid, return service requested to those parties listed on the attached Service List.

I declare, pursuant to USC Title 28 § 1746, under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       April 18, 2014.


                                                      */s/Brendan M. Scott*
                                                      Brendan M. Scott

## <u>SERVICE LIST</u>

Marc Hirschfield, Esq.
Oren J. Warshavsky, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Kevin Bell, Esq.
Lauren Attard, Esq.
Securities Investor Protection Corporation
805 15th Street NW, Suite 800
Washington, DC 20005