DENTONS US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>               - against -<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>               - against -<br><br>TOBY T. HOBISH, as an individual and as trustee, LI RAM L.P., a New York limited partnership, AMY A. HOBISH, MITCHELL K. HOBISH, as an individual and as trustee, RICHARD S. HOBISH, TOBY T. HOBISH LIVING TRUST, a New York trust, MARITAL TRUST UNDER ARTICLE XXII OF THE HERBERT W. HOBISH LIVING TRUST, a New York trust, and NON MARITAL TRUST UNDER ARTICLE XXII OF THE HERBERT W. HOBISH LIVING TRUST, a New York trust,<br><br>               Defendants. | Adv. Pro. No.10-05236 (SMB) |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Daniel Piña, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Dentons US LLP.

On April 18, 2014, I served a true and correct copy of the Answer to Complaint and Affirmative Defenses, upon the parties to this action who receive electronic service through CM/ECF and upon the parties listed below via E-Mail.

> BAKER & HOSTETLER LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> Telephone: (212) 589-4200
> Facsimile: (212) 589-4201
> David J. Sheehan (dsheehan@bakerlaw.com)
> Irving H. Picard (ipicard@bakerlaw.com)
>
> SIPC
> 805 15th Street NW Suite 800
> Washington, DC 20005
> Telephone: (202) 371-8300
> Facsimile: (202) 371-6728
> Kevin Bell (kbell@sipc.org)

                                                            /s/ Daniel Piña
                                                            Daniel Piña

Sworn to before me this
18th day of April, 2014

/s/ Neil R. Toro
Notary Public

**Neil R. Toro**
**Notary Public, State of New York**
**No. 01TO6012986**
**Qualified in Kings County**
**Commission Expires October 21, 2014**