ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Michael V. Ciresi
Damien A. Riehl
Thomas F. Berndt
800 LaSalle Avenue — 2800 LaSalle Plaza
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

*Attorneys for Defendants Miles Q. Fiterman Revocable Trust; Miles Q. Fiterman Non-Exempt Marital Trust; Towers Management Company LLC; Fiterman GST Exempt Marital Trust; Miles Fiterman Family Trust; Shirley Fiterman, individually, and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust; Steven Fiterman, individually, and in his capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Nonexempt Marital Trust; Valerie Herschman, individually, and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust; Karen Wasserman; Lynn Guez; Stephanie Rosenthal; Miles Q. Fiterman II; and Matthew Fiterman*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities Investor Protection Corporation,<br><br>Plaintiffs-Applicant,<br>v.<br>**Bernard L. Madoff Investment Securities LLC,**<br><br>Defendant. | SIPA Liquidation<br><br>No. 08–01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>**Bernard L. Madoff,**<br><br>Debtor. | |

– 1 –

84740782.1

|  |  |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>Miles Q. Fiterman Revocable Trust; Miles Q. Fiterman Non-Exempt Marital Trust; Towers Management Company LLC; Fiterman GST Exempt Marital Trust; Miles Fiterman Family Trust; Shirley Fiterman, individually, and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust; Steven Fiterman, individually, and in his capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Nonexempt Marital Trust; Valerie Herschman, individually, and in her capacity as Trustee for the Miles Q. Fiterman Revocable Trust and the Miles Q. Fiterman Non-Exempt Marital Trust; Karen Wasserman; Lynn Guez; Stephanie Rosenthal; Miles Q. Fiterman II; and Matthew Fiterman,<br><br>Defendants. | Adversary Proceeding<br><br>No. 10-04337 (SMB)<br><br>Jury Trial Demanded |

## AFFIDAVIT OF SERVICE

STATE OF MINNESOTA   )
                     ) ss.:
COUNTY OF HENNEPIN   )

Michelle Schroeder, the undersigned, deposes and says: I am over 18 years of age, am not a party in the above-captioned cases, and am employed by the Firm of Robins, Kaplan, Miller & Ciresi L.L.P.

On April 17, 2014, I served via CM/ECF the parties to this action who receive electronic service a true and correct copy of the following documents:

- Notice of Motion and Motion to Dismiss the First Amended Complaint;

– 2 –

84740782.1

- Memorandum of Law in Support of Defendants' Motion to Dismiss the First Amended Complaint; and
- Declaration of Thomas F. Berndt in Support of Defendants' Motion to Dismiss the First Amended Complaint.

On April 18, 2014, I served the same documents via First Class U.S. Mail and email on the parties listed below:

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY  10111
David J. Sheehan (dsheehan@bakerlaw.com)
Irving H. Picard (ipicard@bakerlaw.com)

SIPC
805 15th Street NW, Suite 800
Washington, DC  20005
Kevin Bell (kbell@sipc.org)

_____
Michelle R. Schroeder

Subscribed and sworn to before me
this 18th day of April, 2014.

_____
Notary Public



BARBARA L STEVENS
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/18

– 3 –

84740782.1