**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
45 Broadway
New York, New York 10006
(212) 599-3322

*Attorneys for Defendants Susanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis*

**Hearing Date and Time:**
May 1, 2014 at 10:30 a.m.

**Objection Deadline:**
April 24, 2014

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　　　　Plaintiff,<br>　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　　　　　　Plaintiff,<br>　　v.<br>SUSANNE STONE MARSHALL; ADELE FOX; MARSHA PESHKIN; RUSSELL OASIS; A & G GOLDMAN PARTNERSHIP; and PAMELA GOLDMAN,<br>　　　　　　　　　Defendants. | Adv. Pro. No. 14-01840 (SMB)<br><br>**NOTICE OF MOTION FOR A STAY OF THE PROCEEDING AND AN EXTENSION OF TIME PURSUANT TO FED. BANKR. R. 9006 AND LOCAL RULE 9006-2** |

　　　　**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated April 17, 2014; the Declaration of Helen Davis Chaitman, dated April 17, 2014;

{N0045468 }

and upon all prior pleadings and proceedings herein; the undersigned, counsel to defendants Susanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis, individually and on behalf of the classes they represented, (collectively, the "Florida Plaintiffs"), will move before the Honorable Stuart M. Bernstein on **May 1, 2014, at 10:30** on the Florida Plaintiffs' motion (1) to stay this proceeding until the United States Court of Appeals for the Eleventh Circuit decides the pending appeal in *Marshall v. Capital Growth Company, et al.*, Case No. 11-11250; (2) and to extend the Florida Plaintiffs' time to respond to the Trustee's pending application to enforce a permanent injunction and the automatic stay [ECF Nos. 2-5] until 14 days after the Court rules on this motion or the stay is lifted, if the requested stay is granted.

**PLEASE TAKE FURTHER NOTICE** that written objections to the motion must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **April 24, 2014** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that replies to objections, if any, must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **April 29, 2014** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein).

{N0045468 }

                                                        **BECKER & POLIAKOFF LLP**

April 17, 2014
New York, New York           By:   */s/ Helen Davis Chaitman*
                                                 Helen Davis Chaitman
                                                 45 Broadway
                                                 New York, New York 10006
                                                 (212) 599-3322

                                                 *Attorneys for Defendants Susanne*
                                                 *Stone Marshall, Adele Fox, Marsha*
                                                 *Peshkin, and Russell Oasis*

{N0045468 }

## CERTIFICATE OF SERVICE

I, Chelsey Davis, hereby certify that I caused true and correct copies of the foregoing Notice of Motion, the Declaration of Helen Davis Chaitman, and the Memorandum of Law in Support of the Florida Plaintiffs' Motion for a Stay of the Proceeding and an Extension of Time to be served upon the parties in this action who receive electronic service through CM/ECF, and by electronic mail upon:

Marc E. Hirschfield
David J. Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
Fax : (212) 589-4201
bhaa@bakerlaw.com
dsheehan@bakerlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 17, 2014

*/s/ Chelsey Davis*

{N0045468 }