**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman
45 Broadway
New York, New York 10006
(212) 599-3322

**Objection Deadline:**
May 1, 2014

**Hearing Date and Time:**
May 7, 2014 at 10 AM

*Attorneys for Defendants Susanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis (the "Marshall Plaintiffs")*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br>v.<br><br>SUSANNE STONE MARSHALL; ADELE FOX; MARSHA PESHKIN; RUSSELL OASIS; A & G GOLDMAN PARTNERSHIP; and PAMELA GOLDMAN,<br><br>           Defendants. | Adv. Pro. No. 14-01840 (SMB) |

## NOTICE OF CROSS-MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Cross-Motion to Dismiss Complaint for Failure to State a Claim by

{N0045504 }

defendants Marshall, Fox, Peshkin, and Oasis (collectively, the "Marshall Plaintiffs"), the April 20, 2014 Declaration of Helen Davis Chaitman, Esq., and exhibits thereto, and on such other and further arguments as may be presented prior to and at the hearing on the motion, the Marshall Plaintiffs, by their undersigned counsel, will move before the Honorable Stuart M. Bernstein on **May 7, 2014, at 10:00 AM** on the Marshall Plaintiffs' cross-motion to dismiss the complaint against them, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that written objections to the cross-motion must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **May 1, 2014** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon the undersigned.

**BECKER & POLIAKOFF LLP**

Dated:  April 20, 2014
        New York, New York

By:  */s/ Helen Davis Chaitman*
     Helen Davis Chaitman
     45 Broadway
     New York, New York 10006
     (212) 599-3322

*Attorneys for the Marshall Plaintiffs*

{N0045504 }                                    2