# EXHIBIT 2

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

**MANDATE**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of January, two thousand and fourteen.

Before:   José A Cabranes,
          Reena Raggi,
          Susan L. Carney,
              *Circuit Judges.*

---

| | |
|---|---|
| In Re: Bernard L. Madoff Investment Securities LLC, | **JUDGMENT** |
| Debtor. | Docket Nos. 12-1645(L) |
| ------------------------------ | 12-1646(con) |
| Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similartly situated, Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, | 12-1651(con) |
| | 12-1669(con) |
| | 12-1703(con) |
| Claimants- Appellants, | |
| v. | |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Appellee, | |
| Securities Investor Protection Corporation, | |
| Intervenor. | |

---

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in accordance with the opinion of this court.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/05/2014