# EXHIBIT 4

| | |
|---|---|
| **From:** | Giuliano, Nicole |
| **Sent:** | Wednesday, February 19, 2014 7:31 PM |
| **To:** | dsheehan@bakerlaw.com |
| **Subject:** | Fox v. Picower 10-80252-KLR (S.D.Fla.) |
| **Attachments:** | Opposition.pdf; Exhibit.pdf |

Good evening Mr. Sheehan,

Attached for your informatipn please find papers filed today in the above referenced matter.

**Nicole W. Giuliano**
Attorney at Law
Miramar
Ext. 42602 (954.985.4102)