# EXHIBIT 6

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO. **14-11250**

SUZANNE STONE MARSHALL, ADELE FOX, MARSHA PESHKIN, and RUSSELL OASIS, individually and on behalf of a class of similarly situated,

Appellants,

- versus -

CAPITAL GROWTH COMPANY; DECISIONS, INC.;  FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES;
JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabriel H. Picower.

Appellees.
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
_____

**APPELLANTS' EXPEDITED MOTION FOR AN INJUNCTION PENDING APPEAL**

BECKER & POLIAKOFF, LLP
Helen Davis Chaitman
45 Broadway
New York, New York 10006
Telephone:   (212) 599-3322
Facsimile:   (212) 557-0295
HChaitman@bplegal.com
*Counsel for Appellants*

{N0044893 }

Respectfully submitted

By: /s/ Helen Davis Chaitman
BECKER & POLIAKOFF, LLP
Helen Davis Chaitman
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295
HChaitman@bplegal.com
*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that an original and three copies of the foregoing Certificate of Interested Persons and Motion were delivered by overnight mail to the United States Court of Appeals for the Eleventh Circuit on the 9th day of April, 2014, and that a copy thereof was delivered by overnight mail on the same day to all those on the attached service list:

/s/ Helen Davis Chaitman
Helen Davis Chaitman

Sanford L. Bohrer
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
Sandy.Bohrer@hklaw.com

William D. Zabel, Esq.
Marcy Ressler Harris, Esq.
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2351
Facsimile: (212) 593.5955
william.zabel@srz.com
marcy.harris@srz.com

Lesley Guy Blackner
Blackner Stone & Associates
340 Royal Poinciana Way, St 317-377
Palm Beach, FL 33480
Phone: 561-659-5754
Fax: 561-659-3184
Email: LBlackner@aol.com

Andrew Steven Kwan & Joseph George Galardi
505 South Flagler Drive, Ste. 1500
West Palm Beach, FL 33401
Phone: 561-835-0900
Fax: 561-835-0939
Email: kwan@beasleylaw.net
Email: Galardi@beasleylaw.net

David Sheehan
Counsel for Trustee Irving Picard
BakerHostetler
45 Rockefeller Plaza, #10
New York, NY 10111
Phone (212) 589-4616
dsheehan@bakerlaw.com
tkinne@bakerlaw.com

The Honorable Kenneth L. Ryskamp
United States District Court for the Southern District of Florida
Paul G. Rogers Federal Building
701 Clematis Street, Room 416
West Palm Beach, FL 33401

{N0044893 }                              20

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# NO. **14-11250**

SUZANNE STONE MARSHALL, ADELE FOX, MARSHA PESHKIN, and RUSSELL OASIS, individually and on behalf of a class of similarly situated,

Appellants,

- versus -

CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabriel H. Picower.

Appellees.
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
_____

### APPELLANTS' MOTION FOR EXPEDITED APPEAL

BECKER & POLIAKOFF, LLP
Helen Davis Chaitman
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295
HChaitman@bplegal.com
*Counsel for Appellants*

{N0044888 }

# CERTIFICATE OF SERVICE

I hereby certify that an original and three copies of the foregoing Certificate of Interested Persons and Motion were delivered by overnight mail to the United States Court of Appeals for the Eleventh Circuit on the 9th day of April, 2014, and that a copy thereof was delivered by overnight mail on the same day to all those on the attached service list:

/s/ Helen Davis Chaitman
Helen Davis Chaitman

Sanford L. Bohrer
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
Sandy.Bohrer@hklaw.com

William D. Zabel, Esq.
Marcy Ressler Harris, Esq.
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2351
Facsimile: (212) 593.5955
william.zabel@srz.com
marcy.harris@srz.com

Lesley Guy Blackner
Blackner Stone & Associates
340 Royal Poinciana Way, St 317-377
Palm Beach, FL 33480
Phone: 561-659-5754
Fax: 561-659-3184
Email: LBlackner@aol.com

{N0044888 }  3

Andrew Steven Kwan & Joseph George Galardi
505 South Flagler Drive
Ste. 1500
West Palm Beach, FL 33401
Phone: 561-835-0900
Fax: 561-835-0939
Email: kwan@beasleylaw.net
Email: Galardi@beasleylaw.net

David Sheehan
Counsel for Trustee Irving Picard
BakerHostetler
45 Rockefeller Plaza, #10
New York, NY 10111
Phone (212) 589-4616
dsheehan@bakerlaw.com
tkinne@bakerlaw.com


The Honorable Kenneth L. Ryskamp
United States District Court for the Southern District of Florida
Paul G. Rogers Federal Building
701 Clematis Street, Room 416
West Palm Beach, FL 33401

{N0044888 }                           4