

**RE: Picard v. Marshall, et. al., Adv. Pro. No. 14-01840 (SMB)**

Smith, Peter    to: bernstein.chambers@nysb.uscourts.gov,
David_Gerardi@nysb.uscourts.gov                          04/21/2014 08:35 AM

Cc: "Chaitman, Helen Davis", "Gorchkova, Julie", "Gotthoffer, Lance", "Kinne, Tanya", "kmurphy@bakerlaw.com", "Blanco, Lourdes"

From: "Smith, Peter" <psmith@bplegal.com>
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>, "David_Gerardi@nysb.uscourts.gov" <David_Gerardi@nysb.uscourts.gov>
Cc: "Chaitman, Helen Davis" <hchaitman@bplegal.com>, "Gorchkova, Julie" <JGorchkova@bplegal.com>, "Gotthoffer, Lance" <LGotthoffer@bplegal.com>, "Kinne, Tanya" <tkinne@bakerlaw.com>, "kmurphy@bakerlaw.com" <kmurphy@bakerlaw.com>, "Blanco,

BY EMAIL & BY HAND

Dear Judge Bernstein:

We represent defendants Marshall, Fox, Peshkin and Oasis. At approximately 4 a.m. this morning, we filed the enclosed opposition to the Trustee's motion to enforce automatic stay and permanent injunction, as well as a cross-motion to dismiss the Trustee's complaint. We prepared these papers as rapidly as possible over the Easter weekend after receiving your endorsed memo late Friday afternoon. While it remains unclear to us whether or not Your Honor has ruled on our motion for extension of time, we sincerely apologize for any convenience to the Court and counsel caused by our confusion and the recent string of emails to chambers.

Opposition to the Trustee's motion was due on Friday, April 18, 2014. We respectfully request that Your Honor accept our papers filed early this morning, or for an extension, nunc pro tunc. We obviously consent to a corresponding extension of time for the Trustee to file his reply.

*[Handwritten: Granted 4/21/14 SMB USBJ]*

We thank Your Honor and his staff for continued patience and attention to this matter.

Respectfully,
Peter W. Smith


Peter W. Smith
Shareholder

Becker & Poliakoff
45 Broadway, 8th Floor | New York, NY 10006
Tel: 212.599.3322 | Fax: 212.557.0295
E-Mail | Website



Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that

is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.