**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>KINGATE GLOBAL FUND, LTD., by its Liquidators and KINGATE EURO FUND., LTD., by its Liquidators,<br><br>     Defendants. | Adv. Pro. No. 12-01920 (SMB) |

## ORDER GRANTING MOTION FOR
## LEAVE TO FILE AN AMENDED COMPLAINT

**THIS MATTER**, having come before the Court on the Trustee's Motion for Leave to

File an Amended Complaint (the "Motion"), and the Court having considered the submissions in

support of and in opposition to (if any) the Motion, and the Court having found good cause for

the relief sought in the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**.  The

Trustee's Amended Complaint, in substantially the form attached to the Motion as *Exhibit 1*, is

to be filed on or before April 24th, 2014.


SO ORDERED.

Dated: April 22nd ,2014                         /s/ STUART M. BERNSTEIN_____
New York, New York                              HONORABLE STUART M. BERNSTEIN
                                                UNITED STATES BANKRUPTCY JUDGE