**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Nicholas J. Cremona
Christa C. Turner
Jacob R. Stump

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>NORTH NASSAU CARDIOLOGY ASSOCIATES, P.C. DEFINED BENEFIT PENSION PLAN, CARL S. SCHREIBER, in his capacity as trustee of the North Nassau Cardiology Associates, P.C. Defined Benefit Pension Plan, and ARNOLD W. SCHREIBER, in his | Adv. Pro. No. 10-05038 (SMB) |

> capacity as trustee of the North Nassau Cardiology Associates, P.C. Defined Benefit Pension Plan,
>
> Defendants.

## TENTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Initial disclosures were served on September 16, 2011.

2. Fact Discovery shall be completed by: October 27, 2014.

3. The Deadline for Service of Substantive Interrogatories shall be: July 31, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due: January 12, 2015.

5. The Disclosure of Rebuttal Experts shall be due: February 17, 2015.

6. The Deadline for Completion of Expert Discovery shall be: May 15, 2015.

7. The Deadline for Service of a Notice of Mediation Referral shall be: On or before June 16, 2015.

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before June 30, 2015, or within 14 days after the service of the Notice of Mediation Referral, whichever is earlier.

9. The Deadline for Conclusion of Mediation shall be: On or before October 16, 2015 or within 120 days of the date of service of the Notice of Mediator Selection, whichever is earlier.

Dated: April 22, 2014

| BAKER & HOSTETLER LLP | GARFUNKEL WILD, P.C. |
|---|---|
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Afsheen A. Shah* |
| 45 Rockefeller Plaza | 111 Great Neck Road |
| New York, New York 10111 | Great Neck, New York 11021 |
| Telephone: 212.589.4200 | Telephone: 516.393.2200 |
| Facsimile: 212.589.4201 | Andrew L. Zwerling |
| David J. Sheehan | Email: azwerling@garfunkelwild.com |
| Email: dsheehan@bakerlaw.com | Marianne Monroy |
| Marc E. Hirschfield | Email: mmonroy@garfunkelwild.com |
| Email: mhirschfield@bakerlaw.com | Afsheen A. Shah |
| Nicholas J. Cremona | Email: ashah@garfunkelwild.com |
| Email: ncremona@bakerlaw.com | |
| Christa C. Turner | *Attorneys for Defendants* |
| Email: cturner@bakerlaw.com | |
| Wendy Cramer Townsend | |
| Email: wtownsend@bakerlaw.com | |
| | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | |

300316742.2