**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05257 (SMB) |
| v. | |
| Edward A. Zraick, Jr., individually and as joint tenant; Nancy Zraick, individually and as joint tenant; Patricia Zraick DeLuca, individually and as joint tenant; Karen M. Rich, individually and as joint tenant; Estate of Lorraine Zraick; Edward A. Zraick, Jr., as personal representative of the Estate of Lorraine Zraick; and Patricia Zraick DeLuca, as | |

| personal representative of the Estate of Lorraine Zraick |
| :--- |
| Defendants. |

## NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by [Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on December 6, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on April 1, 2014 the Trustee filed with this Court the Notice of Mediation Referral [Dkt. No. 25], wherein the Trustee and Defendants, Edward A. Zraick, Jr., individually and as joint tenant; Nancy Zraick, individually and as joint tenant; Patricia Zraick DeLuca, individually and as joint tenant; Karen M. Rich, individually and as joint tenant; Estate of Lorraine Zraick; Edward A. Zraick, Jr., as personal representative of the Estate of Lorraine Zraick; and Patricia Zraick DeLuca, as personal representative of the Estate of Lorraine Zraick (the "Parties") jointly agreed to enter mediation.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select from the Mediation Register Robert J.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

300319222.1

Rosenberg, from the firm of Robert Rosenberg LLC., to act as Mediator in this matter.  The

Parties further agree to contact Mr. Rosenberg as soon as practicable after this Notice of

Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that

person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the

Parties provide prior written consent that the person may act as Mediator.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude

within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline

is extended by mutual consent of the Parties and the Mediator.

*[Remainder of page intentionally left blank]*

Dated: New York, New York

    April 22, 2014

| | |
|---|---|
| /s/    *Nicholas J. Cremona* | /s/    *Robert Rich* |
| Baker & Hostetler LLP | Hunton & Williams LLP |
| 45 Rockefeller Plaza | 200 Park Avenue |
| New York, NY 10111 | 53rd Floor |
| Telephone: (212) 589-4200 | New York, NY 10166 |
| Facsimile: (212) 589-4201 | Phone: (212) 309-1132 |
| David J. Sheehan | Fax: (212) 309-1884 |
| Email: dsheehand@bakerlaw.com | Robert Rich |
| Nicholas J. Cremona | Email: RRich2@hunton.com |
| Email:  ncremona@bakerlaw.com | Peter S. Partee Sr. |
| Christa C. Turner | Email: PPartee@hunton.com |
| Email: cturner@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*Attorneys for Defendants*

300319222.1