**ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK, P.C.**
875 Third Avenue
New York, NY 10022-0123
(212) 603-6345
**Steven B. Eichel, Esq.**

**QUILLING, SELANDER, LOWNDS, WINSLETT, & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100
**Linda S. LaRue, Esq.**

*Attorneys for Defendants* Samuel-David Associates, Ltd.,
Ann M. Olesky, David E. Olesky, and Samuel J. Olesky

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *SECURITIES INVESTOR PROTECTION CORPORATION,*<br><br>Plaintiff-Applicant,<br><br>-v-<br><br>*BERNARD L. MADOFF INVESTMENT SECURITIES LLC,*<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| *In re:*<br><br>*BERNARD L. MADOFF,*<br><br>Debtor. | |
| *IRVING H. PICARD, Trustee of the Liquidation of Bernard L. Madoff Investment Securities LLC,*<br><br>Plaintiff,<br><br>-v-<br><br>*SAMUEL-DAVID ASSOCIATES, LTD.; NTC & Co. LLP, as former custodian of an Individual Retirement Account for the benefit of Ann M. Olesky; ANN M. OLESKY, individually and in her capacity as General Partner of Samuel-David Associates, Ltd.; DAVID E. OLESKY, individually and in his capacity as a Limited Partner of Samuel-David Associates Ltd.; and SAMUEL J. OLESKY, individually and his capacity as a Limited Partner of Samuel-David Associates, Ltd.,*<br><br>Defendants. | Adv. Pro. No. 10-04453 (SMB) |

## **NOTICE OF SUBSTITUTION OF COUNSEL**

{00669227.DOC;1 }

**PLEASE TAKE NOTICE**, that the law firm of Robinson Brog Leinwand Green Genovese & Gluck, P.C., with the consent of SAMUEL-DAVID ASSOCIATES, LTD, ANN M. OLESKY; DAVID E. OLESKY; and SAMUEL J. OLESKY (collectively, the "Defendants"), shall be substituted in place of the law firm of Crowell & Moring LLP as co-counsel of record for the Defendants in the above-captioned adversary proceeding.

**PLEASE TAKE FURTHER NOTICE**, that the Defendants request that the following name be added to any service list in this case and that all papers served or required to be served in this case also be given to and served upon:

**Steven B. Eichel, Esq.
ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**
875 Third Avenue, 9th floor
New York, New York 10022
Tel. No.: 212-603-6345

**PLEASE TAKE FURTHER NOTICE**, that the Defendants further request that the law firm of Crowell & Moring LLP be removed from any service list in this case and that all papers served or required to be served in this case no longer be given to and served upon the law firm of Crowell & Moring LLP.

**PLEASE TAKE FURTHER NOTICE**, that Quilling, Selander, Lownds, Winslett, & Moser, P.C. will remain as co-counsel to the Defendants and shall remain on any

service list in this case and that all papers served or required to be served in this case continue to be given to and served upon Quilling, Selander, Lownds, Winslett, & Moser, P.C.

Dated: April 2, 2014
New York, New York

Respectfully submitted,

**Robinson Brog Leinwand Greene Genovese & Gluck P.C.**
875 Third Avenue, 9th Floor
New York, NY 10002
Tel. No.: 212-603-6300

By: _____
Steven B. Eichel

*Attorneys for Defendants Samuel-David Associates, Ltd., Ann M. Olesky, David E. Olesky, and Samuel J. Olesky*

**Crowell & Moring LLP**
590 Madison Avenue, 20th Floor
New York, NY 10022
Tel. No.: 212-223-4000

By: _____
Mark S. Lichtenstein

*Withdrawing Attorneys for Defendants Samuel-David Associates, Ltd., Ann M. Olesky, David E. Olesky, and Samuel J. Olesky*

669227