**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Terry Brennan

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>IRWIN LIPKIN, CAROLE LIPKIN, ERIC LIPKIN, ERIKA LIPKIN, individually, and in her capacity as Custodian UGMA/NJ for [name redacted] [C.L.], [name redacted] [D.L.], and [name redacted] [S.L.], [name redacted] [C.L.], by and through Erika Lipkin, parent and custodian, [name redacted] [D.L.], by and | Adv. Pro. No. 10-04218 (SMB) |

> through Erika Lipkin, parent and custodian, [name redacted] [S.L.], by and through Erika Lipkin, parent and custodian, MARC LIPKIN, RUSSELL LIPKIN, and KAREN YOKOMIZO LIPKIN,
>
>                         Defendants.

## NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding that was previously scheduled for **April 30, 2014** has been further adjourned to **May 28, 2014 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
April 23, 2014

                    By:    s/ *Marc E. Hirschfield*
                            Baker & Hostetler LLP
                            45 Rockefeller Plaza
                            New York, New York 10111
                            Telephone: 212.589.4200
                            Facsimile: 212.589.4201
                            David J. Sheehan
                            Email: dsheehan@bakerlaw.com
                            Marc E. Hirschfield
                            Email: mhirschfield@bakerlaw.com
                            Terry Brennan
                            Email: tbrennan@bakerlaw.com

                            *Attorneys for Irving H. Picard, Trustee for the*
                            *Substantively Consolidated SIPA Liquidation of*
                            *Bernard L. Madoff Investment Securities LLC*
                            *and Bernard L. Madoff*